**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln*
*National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus, | Case No. 2:24-cv-00228-ROS |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL OF DEFENDANT BALFOUR BEATTY INVESTMENTS, INC. LONG-TERM DISABILITY PLAN WITHOUT PREJUDICE** |
| The Lincoln National Life Insurance Company and Balfour Beatty Investments, Inc. Long-Term Disability Plan, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Balfour Beatty Investments, Inc. Long-Term Disability Plan (the "Plan") based on the following stipulation:

It is hereby stipulated by and between Plaintiff Leslie Marcus ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their respective counsel, that the Plan is hereby dismissed from this action without

1

prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of the Plan having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since the Plan has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against the Plan.

RESPECTFULLY SUBMITTED this 16th day of April 2024.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: _____/s/ Iwana Rademaekers_____
Iwana Rademaekers
Attorney for Defendant The Lincoln National
Life Insurance Company

AND

By: _____/s/ Lisa Counters_____
Lisa Counters, 016436
SCHIFFMAN LAW OFFICE
4506 N. 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Email: Lisa@Schiffmanlaw.com
Attorneys for Plaintiff Leslie Marcus

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2024, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lisa Counters, 016436
SCHIFFMAN LAW OFFICE
Email:  Lisa@Schiffmanlaw.com
Attorneys for Plaintiff


/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.