Lisa Counters, 016436
**SCHIFFMAN LAW OFFICE**
4506 N. 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Email: Lisa@Schiffmanlaw.com

*Attorneys for Plaintiff*

**AND**

**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus,<br><br>             Plaintiff,<br>   vs.<br><br>The Lincoln National Life Insurance Company,<br><br>             Defendant. | Case No.: 2:24-cv-00228-ROS<br><br>**JOINT STIPULATED RECORD** |

Pursuant to this Court's Scheduling Order entered on May 15, 2024, Plaintiff Leslie Marcus and Defendant The Lincoln National Life Insurance Company submit this Joint Stipulated Record.

A.    Group Disability Income Policy (Lincoln/Marcus 0001-0046);

1

B.    Appeal Decision Letter Dated November 3, 2023 (Lincoln/Marcus 0089-0098); and

C.    Administrative Record (Lincoln/Marcus 0047-0088 and 0099-3919).

RESPECTFULLY SUBMITTED this 7th day of February 2025.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By:    /s/ Iwana Rademaekers
       Iwana Rademaekers
       Attorneys for Defendant

-AND-

SCHIFFMAN LAW OFFICE

By:    /s/ Lisa Counters
       Lisa Counters
       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lisa J. Counters
Lisa@Schiffmanlaw.com
Attorneys for Plaintiff

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.

2