**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 9303113    Claim Last Updated 11/02/2023    Printed On 2/26/2024

**Claimant Information**

Name LESLIE  MARCUS    SSN    Birth Date

Address    Salary Amount $ 9020.27    Mode M

Date of Hire 09/14/2015

Last Work Date 05/03/2019

Federal Tax Employee Option    State Tax No

Phone    Phys Demands Light

JobDesc REGIONAL PROPERTY MGR

Claim Status Closed    Status Reason Not TD Any Occ    Received Date 09/10/2019

Disability Date 04/13/2019    Close Date 10/17/2021    Reopen Date

Sick Days Left 187    Max Ben Date 05/26/2038    RTW FT / PT

Ben Begin Date 10/17/2019    Apprv Thru Date 10/16/2021    Gross Ben $

Diagnosis 1 Code/Desc R53.82    Chronic fatigue, unspecified

Diagnosis 2 Code/Desc M35.7    Hypermobility syndrome

**Policyholder Information**

Customer ID 09 - 464263    BALFOUR BEATTY INVESTMENTS

Subsidiary M030    BALFOUR BEATTY INVESTMENTS

Location 00000000    BALFOUR BEATTY INVESTMENTS

Symb GF    Numeral 01    Product LTD    Funding CON    Bank Y    Calcs Y    Cntr Eff 01/01/2016

Class 01    FULL-TIME SALARIED EMPLOYEES

Waiting Period: New/Mode-Current/Mode 12    Month    12    Month    Days in WRKWK

Elimination Period: Days/Type 180    Hospital-Sickness    COLA: Mode/Duration

Successive Period: Period/Mode 180    Day    SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+    7.00    Survivor Ben Months/Wait Period 3    180

Non-Verifiable Symptoms Limit    Own Occupation Definition Limit 24    M/N Limit 24

Benefit %    Max Benefit $    Min Benefit $    Employer Contr % 100.00    Subro Ind Y

**Selected Benefits**

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|--|
| GF | 01 | LTD | 01 | 09/14/2016 | |
| PD | 01 | STD | 01 | 09/14/2016 | |

**Additional Information:**

EXHIBIT

C, part 1

**Lincoln/Marcus 0047**



**02/26/2024 12:56 PM - CLAIM Note 176**
Claim/Event/Leave: 9303113
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [02/26/2024 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**11/03/2023 8:58 AM - CLAIM Note 175**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [11/03/2023 - SCALES, KEISHA]SENT APPEAL UH LETTER TO ATTY

**11/02/2023 5:20 PM - CLAIM Note 174**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : CRS DECISION
Text: [11/02/2023 - SCALES, KEISHA]52 YOF LDW 5.3.19 DOD 4.13.19. CID 10.16.2021. INITIAL DECISION CLAIM WAS DENIED NOT TD AO BASED ON CONCLUSIONS FROM PEER REVIEW AND TSA. ATTY SUBMITTED APPEAL WITH NEW MED RECORDS TO CONSIDER. DURING APPEAL REVIEW CLAIMWAS SENT FOR NEUROPSYCH AND IM REVIEW. NEUROPSYCH REVIEW DID NOT CONCLUDE ANY RLS. IM REVIEW CONCLUDED RLS OF STAND/WALK/SIT/USE HANDS FOR FINE MANIPULATION- AS TOLERATED BY THE PATIENT IN AN 4 HOURS WORKDAY DUE TO CHRONIC FATIGUE; PUSH/PULL/CARRY/LIFT-UP TO 15 POUNDS OCCASIONALLY; BEND/STOOP/KNEEL/CLIMB STAIRS/REACH -AS TOLERATED, UPDATED TSA WAS PERFORMED AND ALT OCCS REMAINED VIABLE. ATTY WAS GIVEN RTR AND NEW MEDICAL DOCS WERE RECD TO CONSIDER. DURING APPEAL REVIEW CLAIM WAS SENT FOR 2 ADDENDUMS. NEUROPSYCH AND IM DID NOT ALTER RLS. ATTY WAS GIVEN RTR, ATTY REQUESTED MULTIPLE EXTENSIONS TO PROV INFO. THE FINAL RTR WAS DUE 10.29.2023. NO NEW INFO WAS RECD TO CONSIDER. BASED ON CONCLUSIONS FROM PEER REVIEWS AND ADDENDUM AND TSA FINDING ALT OCCS EE IS NOT PRECLUDED FROM AO. APPEAL RESULTS IN UH.

**10/09/2023 3:46 PM - CLAIM Note 173**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [10/09/2023 - SCALES, KEISHA]SENT RTR LETTER TO ATTY DUE DATE 10/29

**10/02/2023 8:50 PM - CLAIM Note 172**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/2/2023 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**09/20/2023 1:11 PM - CLAIM Note 171**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [09/20/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING FINAL EXT. DUE DATE 9.26.23

**09/14/2023 9:35 AM - CLAIM Note 170**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [09/14/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING EXT TO 9.19

**Lincoln/Marcus 0048**

**09/08/2023 12:43 PM - PHONE Note 26**
Claim/Event/Leave: 9303113
NoteSubject : Called Other
Other Subject : ATTY
Text: [09/08/2023 - SCALES, KEISHA]RET CALL TO BRIANN WITH ATTY OFFICE, CX EXT GRANTED FOR RTR TO 9/12

**09/08/2023 12:23 PM - CLAIM Note 169**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [09/08/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING EXT TO 9/12

**08/29/2023 4:45 PM - CLAIM Note 168**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [08/29/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING EXT THROUGH 9/5

**08/21/2023 2:37 PM - CLAIM Note 167**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject :
Text: [08/21/2023 - KILLIAN, NAKESHIA]EXT REQUEST RECD. REQUESTED EXTENSION THRU 8/25

**08/15/2023 2:43 PM - CLAIM Note 166**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/15/2023 - MICHAUD, ROBIN]INVOICE DATED 6/8/2023 FROM NETWORK MEDICAL REVIEW COMPANY. INVOICE # 872960-1 IN THE AMOUNT OF $ 400.00 FOR NEUROPSYCHOLOGY PEER REVIEW. INVOICE PAID IN FULL

**08/15/2023 10:22 AM - CLAIM Note 165**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [08/15/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING EXT TO 8/25

**08/14/2023 2:58 PM - CLAIM Note 164**
Claim/Event/Leave: 9303113
NoteSubject : Peer Review
Other Subject : VENDOR PAYMENT
Text: [08/14/2023 - MAURICE, DANIELLE]INVOICE RECEIVED ON 08/14/2023 AND DATED 06/08/2023 FROM NETWORK MEDICAL REVIEW COMPANY, LTD. INV # 872954-1, IN THE AMOUNT OF $350.00 FOR PEER REVIEW. INVOICE PAID IN FULL.

**08/07/2023 4:27 PM - CLAIM Note 163**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [08/07/2023 - SCALES, KEISHA]SENT EXT LETTER TO ATTY. GRANTING EXT TO 8/11

**08/01/2023 9:37 AM - CLAIM Note 162**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [08/01/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING TOLLING EXT TO 8/7

**07/24/2023 11:43 AM - CLAIM Note 161**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [07/24/2023 - KILLIAN, NAKESHIA]SENT LETTER TO ATTY GRANTING EXT TO 7/28

**07/24/2023 7:29 AM - CLAIM Note 160**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject :
Text: [07/24/2023 - FERGUSON, TARA]6/16/23 TREATMENT NOTE FROM DR. SAPERSTEIN SUBMITTED

**07/19/2023 5:08 PM - CLAIM Note 159**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [07/19/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING EXT TO 7/21

**Lincoln/Marcus 0049**

**07/19/2023 1:48 PM - CLAIM Note 158**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/19/2023 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 07/19/2023 AND DATED 04/04/2023 FROM COMPLEX
NEUROLOGY LLC. INV# 510, IN THE AMOUNT OF $950.00 FOR MEDICAL RECORDS. PAID INVOICE IN FULL

**07/03/2023 12:11 PM - CLAIM Note 157**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [07/03/2023 - SCALES, KEISHA]SENT EXT LETTER TO ATTY

**06/12/2023 1:27 PM - CLAIM Note 156**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [06/12/2023 - SCALES, KEISHA]SENT RTR LETTER TO ATTY. DUE DATE 7/2/23

**06/01/2023 8:50 PM - CLAIM Note 155**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 6/1/2023 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**05/17/2023 4:40 PM - CLAIM Note 154**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [05/17/2023 - SCALES, KEISHA]SENT LETTER TO ATTY GRANTING EXT FOR RTR RESPONSE. TOLLING DUE DATE
5.25.2023.

**05/03/2023 9:35 AM - CLAIM Note 153**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [05/03/2023 - SCALES, KEISHA]SENT LETTER TO ATTY WITH COPY OF CORRESPONDENCE TO NMR

**03/27/2023 9:18 AM - CLAIM Note 152**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [03/27/2023 - SCALES, KEISHA]REC'D FAILED FAX NOTICE, RESENT RTR LETTER

**03/23/2023 9:27 AM - CLAIM Note 151**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [03/23/2023 - SCALES, KEISHA]SENT RTR LETTER TO ATTY

**03/22/2023 10:08 AM - CLAIM Note 150**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : APPEAL TSA ADDENDUM
Text: [03/22/2023 - HALL, NICOLE]RCVD REFERRAL FOR APPEAL TSA ADDENDUM AS CLARIFIED RESTRICTIONS WERE
OBTAINED. COMPLETED TSA MEMORANDUM AND PLACED REPORT IN S1 WITH NOTIFICATION TO ARC. ALTERNATE
OCCUPATIONS WERE IDENTIFIED.

**03/21/2023 8:51 PM - CLAIM Note 149**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 3/21/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**03/14/2023 8:50 PM - CLAIM Note 148**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 3/14/2023 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**03/13/2023 2:14 PM - CLAIM Note 147**
Claim/Event/Leave: 9303113
NoteSubject : Peer Review
Other Subject : VENDOR PAYMENT
Text: [03/13/2023 - MAURICE, DANIELLE]INVOICE RECEIVED ON 03/13/2023 AND DATED 03/09/2023 FROM NETWORK MEDICAL

**Lincoln/Marcus 0050**

Text: [03/13/2023 - MAURICE, DANIELLE]INVOICE RECEIVED ON 03/13/2023 AND DATED 03/09/2023 FROM NETWORK MEDICAL REVIEW COMPANY, LTD. INV # 815678-1, IN THE AMOUNT OF $660.00 FOR PEER REVIEW. INVOICE PAID IN FULL.

**03/03/2023 8:50 PM - CLAIM Note 146**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/3/2023 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**03/03/2023 9:21 AM - CLAIM Note 145**
Claim/Event/Leave: 9303113
NoteSubject : Appeal
Other Subject : OVERSIGHT REVIEW
Text: [03/03/2023 - BERRY, STEPHANIE]P3 CLAIM RESOLUTION CONSULTANT OVERSIGHT REVIEW - PROCEED W/ CLARIFICATION AS DISCUSSED

**02/28/2023 10:53 AM - CLAIM Note 144**
Claim/Event/Leave: 9303113
NoteSubject : Appeal
Other Subject : REVIEW
Text: [02/28/2023 - SCALES, KEISHA]51 YOF LDW 5.3.18 DOD 4.13.2019 CID 10.16.2021. OOW D/T CHRONIC FATIGUE SYNDROME/ MYALGIC ENCEPHALOPATHY MYELITIS COMORBID: ANXIETY, DEPRESSION,CYCLIC NAUSEA, TACHYCARDIA. INITIAL CLAIM DECISION DENIED NOT TD AO AFTER COMPLETION OF PEER REVIEW AND TSA IDENTIFIED OTHER OCCS. EE'S ATTY SUBMITTED APPEAL WITH NEW MED RECORDS STATING SHE CANNOT BE RELIABLY EMPLOYED ON A FT BASIS D/T CFS, MYALGIC ENCEPHALITIS, POTS AND NAUSEA. DURING APPEAL REVIEW CLAIM WAS SUBMITTED FORIM AND PSYCH REVIEW. IM REVIEW CONCLUDED R&LS OF STAND/WALK/SIT/USE HANDS FOR FINE MANIPULATION- AS TOLERATED IN AN 4 HOURS WORKDAY DUE TO CHRONIC FATIGUE; PUSH/PULL/CARRY/LIFT-UP TO 15 POUNDS OCCASIONALLY; BEND/STOOP/KNEEL/CLIMB STAIRS/REACH -ASTOLERATED. PSYCH REVIEW CONCLUDED : THE RECORDS PROVIDED DO NOT SUPPORT RESTRICTIONS AND LIMITATIONS ON THE BASIS OF SEVERE PSYCHIATRIC OR NEUROCOGNITIVE IMPAIRMENT. CLAIM WAS SENT FOR NEW TSA AND VOC CONSULTANT CONCLUDED THE PREV IDENTIFIED OCC ARENO LONGER VIABLE AS THEY FALL OUTSIDE OF THE UPDATED PART-TIME RESTRICTIONS AND LIMITATIONS AS OUTLINED BY DR. EWALD (IM PEER REVIEW). GIVEN THAT THE UPDATED MEDICAL INFORMATION PRECLUDES FULL-TIME WORK CAPACITY, THERE ARE NO OCCUPATIONAL ALTERNATIVES THAT CAN BE IDENTIFIED FOR THE INSURED AT THIS TIME. BASED ON UPDATED PEER REVIEW R&LS AND NO VIABLE OCCS IDENITFIED APPEAL RESULTS IN OT.

**02/27/2023 9:08 AM - CLAIM Note 143**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : APPEAL TSA
Text: [02/27/2023 - HALL, NICOLE]RCVD REFERRAL FOR APPEAL TSA AS UPDATED MEDICAL INFORMATION HAS BEEN OBTAINED. COMPLETED TSA MEMORANDUM AND PLACED REPORT IN S1 WITH NOTIFICATION TO ARC. ALTERNATE OCCUPATIONS WERE NOT IDENTIFIED.

**02/24/2023 8:50 PM - CLAIM Note 142**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/24/2023-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**02/24/2023 4:02 PM - CLAIM Note 141**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [02/24/2023 - SCALES, KEISHA]SENT LETTER TO ATTY ADV WE PROCEED WITH OUR REVIEW AND SHE WILL HAVE RTR IF CANNOT REINSTATE BASED ON MED WE HAVE ON FILE.

**02/17/2023 2:45 PM - CLAIM Note 140**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/17/2023 - SPRAGUE, TAYLA]INVOICE DATED 2/14/23 FROM NMR. INV #7988791 IN THE AMT OF $2131.25 FOR PEER REVIEW INVOICE PAID IN FULL.

**02/16/2023 8:50 PM - CLAIM Note 139**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 2/16/2023 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**02/16/2023 10:37 AM - CLAIM Note 138**
Claim/Event/Leave: 9303113
NoteSubject : Peer Review
Other Subject : NEUROPSYCH
Text: [02/16/2023 - SCALES, KEISHA]REVIEW CONCLUDED THE CLAIMANT IS ABLE TO WORK FULL TIME FULL DUTY WITHOUT RESTRICTIONS FROM 10/17/2021 TO - AND BEYOND FROM NEUROPSYCH PERSPECTIVE. THERE WAS INSUFFICIENT IN MED

**Lincoln/Marcus 0051**

RECORDS TO DETERMINE WHETHER THERE WERE CONSISTENT FINDINGS OF MEMORY IMPAIRMENT, OR CONSISTENT FINDINGS OF ATTENTIONAL IMPAIRMENT. THE RECORDS INDICATE THERE WERE PERFORMANCE VALIDITY INDICATORS INCLUDED AS PART OF THAT ASSESSMENT. THESE PERFORMANCES WERE NOT SPECIFICALLY REVIEWED IN THEREPORT OR APPENDIX. IT IS NOT POSSIBLE FOR AN INDEPENDENT REVIEWER TO FORM IMPRESSION ON THE BASIS OF THESE DATA ALONE, AND REVIEW OF THE TOTAL RECORD DOES NOT YIELD A CONSISTENT PICTURE OF ABNORMAL EXAM FINDINGS OR CLINICIAN-OBSERVED COGNITIVE DYSFUNCTION. THE RECORDS DO NOT INDICATE THE CLAIMANT HAS BEEN REFERRED FOR COGNITIVE REHABILITATION.

**02/13/2023 2:28 PM - CLAIM Note 137**
Claim/Event/Leave: 9303113
NoteSubject : Peer Review
Other Subject : IM
Text: [02/13/2023 - SCALES, KEISHA]PEER REVIEW CONCLUDED R&LS OF STAND/WALK/SIT/USE HANDS FOR FINE MANIPULATION- AS TOLERATED BY EE IN AN 4 HOURS WORKDAY DUE TO CHRONIC FATIGUE; PUSH/PULL/CARRY/LIFT-UP TO 15 POUNDS OCCASIONALLY; BEND/STOOP/KNEEL/CLIMB STAIRS/REACH -AS TOLERATED.

**02/10/2023 5:42 PM - CLAIM Note 136**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/10/2023 - HAYNES, LINDA]RCVD NETWORK MEDICAL REVIEW COMPANY, INVOICE # 798880-1 ON DATE 02/10/2023 DATED 02/09/2023 IN THE AMOUNT OF $1,991.25 FOR PEER REVIEW. INVOICE PAID IN FULL.

**02/02/2023 8:50 PM - CLAIM Note 135**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 2/2/2023 - REFERRED TO NETWORK MEDICAL REVIEW FOR PEER REVIEW.

**02/02/2023 4:44 PM - CLAIM Note 134**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [02/02/2023 - SCALES, KEISHA]SENT LETTER TO ATTY TO CLARIFY FILE COPY REQUEST AND LFG'S DISCLOSURE OBLIGATIONS UNDER ERISA

**02/01/2023 9:34 AM - CLAIM Note 133**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Atty
Other Subject :
Text: [02/01/2023 - SCALES, KEISHA]SENT APPEAL ACK LETTER TO ATTY

**02/01/2023 9:32 AM - CLAIM Note 132**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : APPEAL REVIEW
Text: [02/01/2023 - SCALES, KEISHA]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD, FI, ERISA. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD AO. DATE OF DENIAL WAS 10/16/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL FILING DUE DATE 04/14/2022. LETTER OF APPEAL RECEIVED 01/27/2023. APPEAL LATE BY 288 DAY(S).EE IS ATTORNEY REPRESENTED. 45TH DAY OF ACTIVE REVIEW : 03/13/2023. . . ACTION PLAN: DUE TO THE COVID-19 NATIONAL EMERGENCY THE APPEAL WILL BE ACCEPTED AS TIMELY. COMPLETE APPEAL RECEIVED, WILL SEND FOR IM &AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP;AMP; NEUROPSYCH PEER REVIEWS.[02/16/2023 - SCALES, KEISHA]NEUROPSYCH AND IM PEER REVIEWS ARE COMPLETE. REFERRED FOR UPDATED TSA.[02/24/2023 - SCALES, KEISHA]LETTER FROMATTY REQ ADDTLTIME TOSEND NOTES FROMNEWAP EVAL. TOLLING 2/24-3/25.TENTATIVE NEW DAY 45 = 4/12/2023[02/28/2023 - SCALES, KEISHA]TSA COMPLETE, PREV IDENTIFIED OCCS NOT VIABLE. NO OTHER OCCS IDENTIFIED. APPEAL RESULT IN OT[03/03/2023 - SCALES, KEISHA]SENT IMPEER REVIEW FOR ADDENDUM[03/14/2023- SCALES, KEISHA]IM ADDENDUM COMPLETE, CLAIM SENT FOR UPDATED TSA[03/23/2023 - SCALES, KEISHA]TSA ADDENDUM COMPLETED, PREV IDENTIFIED OCCS REMAIN VIABLE. RTR LETTER TO ATTY. TOLLING 3/23-4/12. NEW TENTATIVE 90 DAY = 5/18/2023.[04/19/2023 - SCALES, KEISHA]ATTY REQ EXT TO RTR. DUE DTE 5/1. TENT NEW DAY 90 = 6/3[05/02/2023 - SCALES, KEISHA]ATTY REQUESTED COPY OF CORRESPONDENCE BETWEEN LFG AND NMR. REQ EXT TO ALLOW TIME TO REVIEW DOCS. RTR EXT THROUGH 5/9.[05/17/2023- SCALES,KEISHA]RECDLETTER FROM ATTY REQ EXT OF RTR UNTIL 5.25.2023.[06/01/2023 - SCALES, KEISHA]INFO RECD ON RTR SENT FOR ADDENDUM TO ASSESS IF THERE ARE ANY CHANGES TO RECOMMENDED RLS[06/12/2023 - SCALES, KEISHA]ADDENDUMS COMPLETE. THEREARENOCHANGES TO RLS.CRSPROCEEDING WITH 2ND RTR. TOLLING 6/12-7/2. NEW DAY 90 = 7/16[07/03/2023 - SCALES, KEISHA]ATTY REQUESTED EXT TO 7/17. TENT NEW DAY 90 = 7/31[07/19/2023 - SCALES, KEISHA]ATTY REQ EXT TO 7/21 TENT NEW DAY 90 = 8/4[08/01/2023 - SCALES,KEISHA]ATTYREQ EXT, GRANTED EXT TO 8/7. TENT NEW DAY 90 = 8/21[08/15/2023 - SCALES, KEISHA]GRANTED ATTY EXT TO 8/25, TENT NEW DAY 90 = 9/11[08/29/2023 - SCALES, KEISHA]GRANTED ATTY EXT TO 9/5, TENT NEW DAY 90 = 9/19 (RTR TOLL 6/12-9/5)[09/08/2023-SCALES, KEISHA]GRANTED EXT TO ATTY TO 9/12 TENT NEW DAY 90 = 9/26[09/14/2023 - SCALES, KEISHA]RTR TOLLING 6/12-9/19 TENT NEW DAY 90 = 10/3[09/20/2023 - SCALES, KEISHA]GRANTED FINAL EXT TO 9.26.23 RTR TOLL - 6.12.23-9.26.23 TENT NEW DAY 45 = 10/10[10/09/2023 - SCALES, KEISHA]ADDENDUM COMPLETED, NO CHANGED TO RLS. PROCEEDING WITH RTR. TOLL 10/9-10/29. TENT NEW DAY 90 = 10/31/2023

**01/31/2023 8:28 AM - CLAIM Note 131**
Claim/Event/Leave: 9303113

NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [01/31/2023 - AVERILL, REBECCA]ASSIGNED TO KIESHA SCALES

**01/30/2023 8:50 PM - CLAIM Note 130**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 1/30/2023 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**01/30/2023 10:53 AM - CLAIM Note 129**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [01/30/2023 - RICHARD, LINDSAY]REVIEWED AND AGREE WITH REFERRAL TO ARU

**01/30/2023 10:31 AM - CLAIM Note 128**
Claim/Event/Leave: 9303113
NoteSubject : Appeal
Other Subject : TO ARU
Text: [01/30/2023 - MARTIN, CHARLES]RCMND REFERRAL TRO ARU AS APPEAL AND ADDITIONAL RCDS WERE RCVD OVER 1 YEAR PAST THE CLOSURE DATE.

**01/30/2023 10:30 AM - CLAIM Note 127**
Claim/Event/Leave: 9303113
NoteSubject : Appeal
Other Subject : APPEAL FROM ATTNY
Text: [01/30/2023 - MARTIN, CHARLES]RCVD APPEAL AND MED RCDS FROM ATTNY OVER 1 YEAR PAST CLOSURE DATE.

**05/17/2022 7:57 AM - CLAIM Note 126**
Claim/Event/Leave: 9303113
NoteSubject : Appeal
Other Subject : APPEAL D/L 2/8/23
Text: [05/17/2022 - AVERILL, REBECCA]THE APPEAL DEADLINE IS CALCULATED CORRECTLY IN THE 5/16 ATTORNEY LETTER. THE APPEAL DEADLINE IS 2/8/23.

**10/28/2021 11:32 AM - CLAIM Note 125**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/28/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #715052, IN THE AMOUNT OF $23.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**09/20/2021 10:41 AM - CLAIM Note 124**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : FILE COY
Text: [09/20/2021 - HOFFNER, FAYE]FULL CLAIM FILE REQUEST FOR 9303113 6209923-- SUBMIT TO LTD@SCHIFFMANLAW.COM--ADMIN COMPLETED AND SUBMITTED VIA SECURE ONE DRIVE WITH A BCC TO THE EXAMINER FOR THEIR REFERENCE OF SUBMISSISON.

**09/17/2021 4:29 PM - CLAIM Note 123**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : ATTNY CLARIFICATION
Text: [09/17/2021 - MARTIN, CHARLES]DEAR MR. MARTIN: WE WILL BE TAKING THE FULL 180 DAYS FROM THE DATE OF THE DENIAL LETTER. THE LETTER WE SENT WAS STRICTLY A REQUEST FOR LFG S ENTIRE CLAIM FILE. MELISSA GUTIERREZ, PARALEGAL TO LISA COUNTERS 4506 N. 12TH STREET PHOENIX, AZ 85014-4246 VOICE: (602) 266-2667 X 350 FAX: (602) 266-0141 MELISSAG@SCHIFFMANLAW.COM

**09/17/2021 8:34 AM - CLAIM Note 122**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : LETTER TO ATTNY
Text: [09/17/2021 - MARTIN, CHARLES]EMAILED LETTER TO ATTNY FOR CLARIFICATION AS TO WHETHER OR NOT THIS IS INTENT TO APPEAL OR JUST A CLAIM FILE REQUEST

**09/17/2021 8:34 AM - CLAIM Note 121**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : LTR FROM ATTNY
Text: [09/17/2021 - MARTIN, CHARLES]RCVD LETTER FROM ATTNY FOR CLAIM FILE

**08/23/2021 10:46 AM - CLAIM Note 120**
Claim/Event/Leave: 9303113

Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [08/23/2021 - MARTIN, CHARLES]1/27/2020-10/23/2020 RCDS RCVD

**08/13/2021 9:33 AM - CLAIM Note 119**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [08/13/2021 - HONAKER, FELICIA]REFERRAL RECEIVED AND MANUAL PAYMENT ISSUED FROM08/17/21 THRU 10/16/21 FOR $10,824.32 AS REQUESTED BY CCM SINCE CLAIM IS BEING ADVANCE PAID AND CLOSED. COPY OF CALC WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**08/12/2021 8:50 PM - CLAIM Note 118**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF ADVANCE PAY AND CLOSE HAS BEEN RECEIVED AND ASSIGNED TO FELICIA HONAKER.

**08/12/2021 8:50 PM - CLAIM Note 117**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR ADVANCE PAY AND CLOSE. COMMENTS: NOT TD AO-AP&C

**08/12/2021 12:48 PM - PHONE Note 25**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : CLOSURE NOT TD AO
Text: [08/12/2021 - MARTIN, CHARLES]CALLED AND ADVISED EE OF CLOSURE FOR NOT TD AO BASED ON MED RVW. WILL PAY OUT TO 10/16 AND CLOSED 10/17. LM

**08/11/2021 2:02 PM - CLAIM Note 116**
Claim/Event/Leave: 9303113
NoteSubject : Appeal
Other Subject : MGR REVIEW
Text: [08/11/2021 - COLE, MICHELLE]AGREE WITH RECOMMENDATION TO DENY NOT TD AO.[08/12/2021 - COLE, MICHELLE], AGREE WITH AP&C

**08/11/2021 11:16 AM - CLAIM Note 115**
Claim/Event/Leave: 9303113
NoteSubject : Closed
Other Subject : NOT TD AO/APC
Text: [08/11/2021 - MARTIN, CHARLES]RCMND CLOSURE FOR NOT TD AO AS TSA BASED OFF TEE AND R/L'S FROM PEER ADDENDUM RVW FOUND ALT OCCS. EE HAS MYALGIC ENCEPHALITIS/CHRONIC FATIGUE SYNDROME AND HYPERMOBILITY/EHLERS-DANLOS SYNDROME WITH RELATED FATIGUE AND AUTONOMIC DYSFUNCTION.

**08/11/2021 9:52 AM - CLAIM Note 114**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [08/11/2021 - PROVOST, MEGAN]TSA COMPLETED AND UPLOADED. NO FURTHER VCM ACTIVITY. THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN THE PHYSICAL ABILITIES AND IDENTIFIED SKILLS LEVEL.

**08/10/2021 8:52 PM - CLAIM Note 113**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 8/10/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO PROVOST, MEGAN. CLAIM/AS EVENT IS PENDING REVIEW.

**08/02/2021 8:50 PM - CLAIM Note 112**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 8/2/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**08/02/2021 8:26 AM - CLAIM Note 111**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : TSA REFERRAL
Text: [08/02/2021 - MARTIN, CHARLES]REFERED FOR TSA BASED OFF 5412.16 GBE, IM PEER RVW R/L'S AND RESUME/TEE

**07/30/2021 4:43 PM - CLAIM Note 110**
Claim/Event/Leave: 9303113

NoteSubject : Action Plan
Other Subject : RTW AO OCT 2021
Text: [07/30/2021 - MARTIN, CHARLES]EE HAS A LIGHT OCC. OOW FOR MULTIPLE CONDITIONS AND MN MAX WILL BE INCLUDED. SOCIAL MEDIA FINDINGS SHOW EE TO BE VERY ACTIVE AND EVEN SWIMMING WITH SHARKS. SHE GOT MARRIED IN THE CARIBBEAN RECENTLY AND ALSO WAS STEERINGA BOAT. WAITING ON PEER ADDENDUM FOR R/L CLARIFICATION FOR CID. WILL SEND FOR TSA TO SEE IF ALT OCCS EXIST.

**07/06/2021 4:31 PM - CLAIM Note 109**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : PEER REFERRAL
Text: [07/06/2021 - MARTIN, CHARLES]REFERRED FOR IM PEER RVW

**06/30/2021 10:37 AM - CLAIM Note 108**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject :
Text: [06/30/2021 - MULLEN, AIMEE]RECEIVED SOCIAL MEDIA SEARCH

**06/24/2021 2:32 PM - CLAIM Note 107**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : IM CCS - MILLSTEIN
Text: [06/24/2021 - MARTIN, CHARLES]PER IM CCS RVW, IM PEER RVW IS NEEDED TO DETERMINE ONGOING R/L'S.

**06/18/2021 8:51 PM - CLAIM Note 106**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 6/18/2021 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - SOCIAL MEDIA.

**06/18/2021 4:28 PM - PHONE Note 24**
Claim/Event/Leave: 9303113
NoteSubject : AP Called
Other Subject : PCP - GRAHAM
Text: [06/18/2021 - MARTIN, CHARLES]PCP PROVIDER CALLED AND SAID EE WILL SEE HER AGAIN 6/25. EE ASKED FOR LETTER FROM AP FOR DISABILITY AND SHE REFUSED TO DO IT. EE HAS EHLER'S DANLOS AND POTTS BUT IS MANAGEABLE AND NOT DISABLING NECESSARILY. PCP SAID EE DOES NOT HAVE CHIARI MALFORMATION AS EE CLAIMS. SHE SAID EE JUST GOT BACK FROM VACATION AS WELL. DCM DISCUSSED ACTIVITIES EE CAN DO AND SHE SAID SHE IS TRYING TO GET EE TO RTW IN SOME FORM OR ANOTHER. SHE WILL HAVE EE MEET ANOTHER PATIENT WITH EHLER'SDANLOS 6/25 TO SHOW HER PEOPLE CAN WORK WITH THIS CX AS OTHER PATIENT IS WORKING FT. THANKED DR GRAHAM FOR INFO.

**06/18/2021 8:23 AM - CLAIM Note 105**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA/CHO
Text: [06/18/2021 - MARTIN, CHARLES]710/28/2018-7/14/2021 RCDS RCDV FROM CHO/CIBULKA

**06/16/2021 12:54 PM - PHONE Note 23**
Claim/Event/Leave: 9303113
NoteSubject : EE Called
Other Subject : UPDATE/CID
Text: [06/16/2021 - MARTIN, CHARLES]EE CALLED AND SAID WHAT IS KEEPING HER OOW IS CFS, EHLERS DANLOS, AUTONOMIC NEUROPATHY. GRAHAM IS PCP TREATING HER FOR EVERYTHING. DR. CHO IS HEMATOLOGY AND CIBULKA IS FAMILY DOCTOR. SHE SAID SHE HAS MEMORY ISSUES AND SAW AN ORTHO DR. ERIC REBICH 623-846-7614 WHO SAID SHE IS HAVING ISSUE WITH VAGUS NERVE. EE SAID SHE PASSES OUT ALL THE TIME FOR LBP. EE HAS CERVICAL SPINE BUT DOES NOT TREAT WITH PM. DOES NOT WANT SX. TREATING WITH PCP GRAHAM. ADVISED OF CID AND OO VS AO AND SHE STARTED ARGUING WITH DCM THAT HOW CAN OUR DOCTORS MAKE DECISION TO GIVE R/L'S WHEN THEY DON'T EVEN KNOW HER. EXPLAIN3ED WE LOOK AT MED RCDS TO DETERMINE DIS AND AP'S WILL BE CONTACTED AS WELL. EE IS CRYING ON PHONE SAYING SHE CAN'T DEAL WITH THIS AS SHE HAS SITUATIONAL DEPRESSION. ADVISED OF MN MAX AND ASKED IF SHE IS TREATING WITH PSYCH AND SHE SAID NO. ASKED IIF TREATING WITH NEUROPSYCH FOR MEMORY ISSUE AND SHE SAID NO. ADVISED OF NP DL FOR ALL UPDATED RCDS. EE UNDERSTOOD AND WILL CALL PROVIDERS AND SEND IN UPDATED LTD FORMS.

**06/16/2021 11:58 AM - PHONE Note 22**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : UPDATE
Text: [06/16/2021 - MARTIN, CHARLES]CALLED EE AND ADVISED OF CID AND ASKED FOR UPDATE. WAITING ON CIBULKA AND CHO RCDS. LMTC

**06/04/2021 12:35 PM - CLAIM Note 104**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd

NoteSubject : Med Records Rcvd
Other Subject : WELLNESS FOR LIFE
Text: [06/04/2021 - MARTIN, CHARLES]10/26/20-5/11/21 RCDS RCVD

**06/01/2021 11:35 AM - CLAIM Note 103**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/01/2021 - MITCHELL, CATHERINE]INVOICE DATED 5/25/2021___ FROM HUB ENTERPRISES. INV #370451 ___ , IN THE
AMT OF $2048.00 FOR SURVEILLANCE SERVICES. INVOICE PAID IN FULL.

**05/25/2021 4:04 PM - CLAIM Note 102**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : INVOICE
Text: [05/25/2021 - KENNEDY, CHENTA]HUB SURV 2048.00-FORWARD TO PROCESS

**05/25/2021 4:04 PM - CLAIM Note 101**
Claim/Event/Leave: 9303113
NoteSubject : Surveillance
Other Subject :
Text: [05/25/2021 - STANTON, TIMOTHY]EE SEEN AS PASSENGER GOING TO APPT THEN RET HOME. NO FURTHER
OBSERVED ACTIVITY.

**05/25/2021 3:40 PM - CLAIM Note 100**
Claim/Event/Leave: 9303113
NoteSubject : Social Security
Other Subject :
Text: [05/25/2021 - STANTON, TIMOTHY]PER DCK: THE HEARING IS SCHEDULED FOR 7/9/21. THE AVERAGE WAIT FOR A
DECISION POST HEARING IS 10 WEEKS

**05/18/2021 9:15 AM - CLAIM Note 99**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : RP MED REQ
Text: [05/18/2021 - MARTIN, CHARLES]REQUESTED RCDS 9/1-PRESENT VIA RP FROM CHO, CIBULKA, AND WELLNESS FOR
LIFE

**05/06/2021 2:51 PM - CLAIM Note 98**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : RTW OO JUN 2021
Text: [05/06/2021 - MARTIN, CHARLES]SOCIAL MEDIA POST SUGGEST EE IS ACTIVE. WILL HAVE SURVEILLANCE AROUND OV
AND SEND FOR UPDATED RCDS FOR PEER RVW TO DETERMINE IF SHE IS DISABLED FROM MN AND PHYSICAL
STANDPOINT.

**05/05/2021 8:51 PM - CLAIM Note 97**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 5/5/2021 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**05/05/2021 8:51 PM - CLAIM Note 96**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 5/5/2021 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - SOCIAL MEDIA.

**05/05/2021 3:49 PM - PHONE Note 21**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : UPDATE
Text: [05/05/2021 - MARTIN, CHARLES]EE STATED SHE IS NO LONGER GOING TO MAYO AND NO LONGER TREATING WITH
PSYCH BUT WILL ASK TONYA GRAHAM FOR REFERRAL. SHE HAS APPT 5/11 WITH TONYA. HAS SEVERAL HEALTH
CONDITIONS.

**05/05/2021 3:29 PM - CLAIM Note 95**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : SIU
Text: [05/05/2021 - MOORE, CURTIS]DISCUSSED W/ CS AND AGREE WITH UPDATED SURVEILLANCE AROUND NOV. ALSO CS
WILL SEND FOR SEPARATE DATABASE REPORT BASED ON RECENT ACTIVITY.
HTTPS://WWW.FACEBOOK.COM/LESLIE.M.KELLETT

**04/01/2021 2:27 PM - CLAIM Note 94**

**Lincoln/Marcus 0056**

Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/01/2021 - KEEFER, DAWN]REQUEST TO RESEND THE FILE COPY HAS BEEN COMPLETED AND FORWARDED VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SSDILAW@DCKLAW.COM

**04/01/2021 9:37 AM - CLAIM Note 93**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/01/2021 - KEEFER, DAWN]MEDICAL FILE COPY INCLUDING AUTHORIZATION PROVIDED- REQUEST HAS BEEN COMPLETED FOR CLAIM #9303113 VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED SSDILAW@DCKLAW.COM

**03/10/2021 8:50 PM - CLAIM Note 92**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO HEATHER HUDGENS.

**03/10/2021 8:50 PM - CLAIM Note 91**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS. COMMENTS: W4S RECEIVED

**03/10/2021 1:48 PM - CLAIM Note 90**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [03/10/2021 - HUDGENS, HEATHER]REFERRAL REC'D TO ADD FEDERAL TAX WITHHOLDINGS IN THE AMOUNT OF $200 PER MONTH PER EE SUBMISSION OF W4S FORM LOCATED IN THE DOC LIST

**03/05/2021 2:47 PM - PHONE Note 20**
Claim/Event/Leave: 9303113
NoteSubject : EE Called
Other Subject :
Text: [03/05/2021 - MARTIN, CHARLES]EE CALLED AND SAID SHE HAD TRIED TO CALL DCM TWICE AND LEFT MESSAGES AND DOESN'T KNOW WHAT'S GOING ON WITH CLAIM. ADVISED EE THAT DCM HAS NOT RCVD MESSAGES FROM HER AND ASKED TO CONFIRM PH# AND SHE SAID SAME NUMBER SHE JUST CALLED. ASKED EE HOW I CAN HELP AND SHE NEEDED CLARIFICATION ABOUT CID LETTER. EE SAID SHE IS DISABLED FOR LIFE. ASKED EE TO EMAIL LIST OF CURRENT PROVIDERS AND IF ASSOCIATED WITH MAYO WE CAN SEND BLANKET REQUEST. SHE SAID STOPPED GOING TO MAYO IN SEPTEMBER AND WILL EMAIL LIST TO DCM. DCM WILL SEND MED REQ IN MAY FOR ALL UPDATED RCDS FOR CID. EE UNDERSTOOD.

**11/06/2020 12:15 PM - PHONE Note 19**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : STATUS UPDATE
Text: [11/06/2020 - PELLETIER, BRANDY]CALLED CLMT IN FOLLOW UP OF THE MEDICAL FILE REVIEW AND TO EXPLAIN THAT THE CLAIM IS ALL SET AT THIS TIME. WE WILL CONTINUE TO MONITOR HER PROGRESS IN THE NEXT 6-12 MOS. DID PROVIDE THE FEEDBACK RE: 67% OF PATIENTS DIAGNOSED WITH CHF SHOWING SYMPTOM IMPROVEMENT IN 2-4 YEARS SO THAT IS OUR GOAL FOR HER. CLMT ACK AND NOTED THAT SHE IS SEEING A NEW DOCTOR NOW THAT SPECIALIZES IN CHF AND RARE DISEASES WHO WILL BE SENDING HER FOR TESTING, AS SHE FELT THE MAYO CLINIC DIDN'T HAVE SOMEONE THERE SHE COULD FURTHER TREAT WITH. SHE FOUND THIS ONE PROVIDER IN THE ENTIRE STATE SO IS TRYING TO STAY HOPEFUL. DCM WISHED WELL AND EXPLAINED WE WOULD F/U AT A LATER TIME AND CERTAINLY PLAN TO SECURE THE NEW AP CONTACT WHEN WE REQUEST RECORDS IN THE FUTURE. ENCOURAGED CLMT TO CALL IF QUESTIONS / CHANGES. C/E

**11/06/2020 9:32 AM - CLAIM Note 89**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : RTW ALT OCC OCT 2021
Text: [11/06/2020 - PELLETIER, BRANDY]LTD BBD: 10/17/2019. CLMT IS A 49 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS. ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 - LDW: 5/3/2019. DX: MYALGIC ENCEPHALITIS/CHRONIC FATIGUE SYNDROME. CO-MORBIDS OF A-FIB, HYPERMOBILITY SYNDROME AND ANXIETY, PTSD. PER CLMT, SYMPTOMS INCLUDE COGNITIVE DEFICITS, FATIGUE AND DEPRESSION DUE TO OVERALL HEALTH. CLAIM WITH INTERNAL MEDICINE REVIEWSVIA CP, OF WHICH, SUPPORT ONGOING IMPAIRMENTS DUE TO PRIMARY DIAGNOSES. THE 11/2020 REVIEW SPECIFICALLY ENDORSES THAT THE RECORDS REASONABLY SUPPORT THAT THE CLAIMANT CONTINUES TO HAVE FUNCTIONAL IMPAIRMENT DUE TO ME/CFS. GIVEN THE NATURAL HISTORYTHAT INDIVIDUALS WITH ME/CFS SHOW IMPROVEMENT IN 67% OF INDIVIDUALS BETWEEN 2 AND 4 YEARS, A 6 TO 12 MONTH INTERVAL FOR THE NEXT 2 YEARS WOULD BE APPROPRIATE TIMEFRAME FOR REVIEW OF HER CLINICAL CONDITION. AS SUCH, THE ACTION PLAN WILL INCLUDE SECURING UPDATED RECORDS IN 6-12 MOS. DCM TO ALSO PREPARE FOR REVIEW WITH BEHAVIORAL HEALTH, TO UNDERSTAND HOW CLMT S M/N DIAGNOSES IMPACT THE

**Lincoln/Marcus 0057**

PHYSICAL / SUBJECTIVE. SSDB IS PENDING.

**11/06/2020 9:23 AM - CLAIM Note 88**
Claim/Event/Leave: 9303113
NoteSubject : Peer Review
Other Subject : INT MED REVIEW
Text: [11/06/2020 - PELLETIER, BRANDY]RCVD ADDENDUM REPORT VIA CP - THE RECORDS REASONABLY SUPPORT THAT THE CLAIMANT CONTINUES TO HAVE FUNCTIONAL IMPAIRMENT DUE TO ME/CFS. GIVEN THE NATURAL HISTORY THAT INDIVIDUALS WITH ME/CFS SHOW IMPROVEMENT IN 67% OFINDIVIDUALS BETWEEN 2 AND 4 YEARS, A 6 TO 12 MONTH INTERVAL FOR THE NEXT 2 YEARS WOULD BE APPROPRIATE TIMEFRAME FOR REVIEW OF HER CLINICAL CONDITION.

**11/05/2020 9:33 AM - CLAIM Note 87**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/05/2020 - MITCHELL, CATHERINE]INVOICE DATED _11/3/2020__ FROM HUB ENTERPRISES. INV # 352321___ , IN THE AMT OF $1536.00 FOR SURVEILLANCE SERVICES. INVOICE PAID IN FULL.

**11/03/2020 3:45 PM - CLAIM Note 86**
Claim/Event/Leave: 9303113
NoteSubject : Surveillance
Other Subject : SIU REPORT
Text: [11/03/2020 - PELLETIER, BRANDY]RCVD SIU REPORT - COMPLETE REPORT LOCATED IN DOC LIST

**10/29/2020 2:58 PM - CLAIM Note 85**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/29/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 10/19/2020 AND DATED 09/14/2020 FROM CIOXHEALTH. INV # 0316864396, IN THE AMOUNT OF $49.50 FOR MEDICAL RECORDS FROM MAYO CLINIC HIMS AZ. INVOICE PAID IN FULL

**10/19/2020 11:55 AM - CLAIM Note 84**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : MAYO CLINIC
Text: [10/19/2020 - PELLETIER, BRANDY]INVOICE; OVN 9/3/2020 DR MARTIN, (PSYCH); OVN 7/23/2020 AP MARTIN; OVN 7/10/2020 AP GUDENKAUF, PSYCHOLOGIST; LABS 7/7/20; OVN PCP 7/7/2020

**10/16/2020 8:50 AM - CLAIM Note 83**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : HONOR HEALTH
Text: [10/16/2020 - PELLETIER, BRANDY]RETURNED - NO DOS

**10/13/2020 8:51 PM - CLAIM Note 82**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 10/13/2020 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**10/13/2020 1:11 PM - CLAIM Note 81**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : SIU
Text: [10/13/2020 - MIDGETTE, MEGAN]REVIEWED IN SIU CONSULT. REASONABLE TO CONDUCT 2-3 DAYS OF SURVEILLANCE.

**10/12/2020 2:17 PM - CLAIM Note 80**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : INT MED CCS
Text: [10/12/2020 - PELLETIER, BRANDY]CLAIM PRESENTED TO INT MED CCS WITH CP DR WAGER PRESENT. IN REVIEW OF AVAILABLE INFORMATION, CLAIM WAS DISCUSSED FOR ASSISTANCE IN ACTION PLANNING. IT IS RECOMMENDED THAT DCM CONSIDER ADDITIONAL SURVEILLANCE TO DETERMINE DAILY ACTIVITY. RECOMMEND UPDATING THE LTD FORMS / ANY FURTHER MEDICAL FROM DR CIBULCA AND AN UPDATED FILE REVIEW TO COMPLETE AP CONTACT. RECOMMEND DCM GET CLARIFICATION OF A DX OF HYPER MOBILITY SYNDROME, WHETHER THIS IS A CLINICALLY SUPPORTEDOR NOT, AS THIS MAY WARRANT A POOR PROGNOSIS.

**10/12/2020 1:43 PM - CLAIM Note 79**
Claim/Event/Leave: 9303113
NoteSubject : LTR to EE
Other Subject : LTD FORMS
Text: [10/12/2020 - PELLETIER, BRANDY]REQUESTED UPDATED LTD FORMS

**10/07/2020 9:05 AM - CLAIM Note 78**

**Lincoln/Marcus 0058**

**10/07/2020 9:05 AM - CLAIM Note 78**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : HONOR HEALTH
Text: [10/07/2020 - PELLETIER, BRANDY]RCVD CLAIMANT'S MY CHART RECORDS - PROGRESS NOTES AND AFTER SUMMARY VISITS DATED 7/7/2002 - 9/28/2020

**10/05/2020 1:10 PM - PHONE Note 18**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : RTC
Text: [10/05/2020 - PELLETIER, BRANDY]RTC TO CLMT FROM VM TODAY AT 12:06PM. SHE RCVD THE N&P LTR AND WAS VERY CONCERNED ** DCM RTC AND EXPLAINED NATURE OF N&P AND THAT WE ARE IN PROCESS OF REQUESTING THE MEDICAL RECORDS FOR THE CLAIM FILE. CLMT STATED THAT THERE IS NO CURE FOR HER CONDITION AND SHE WILL ALWAYS BE DISABLED. HER APTS ARE NOT AS FREQUENT AS THEY ARE JUST MAINTENANCE APTS. DCM ACK AND EXPLAINED THAT WHILE WE UNDERSTAND THIS, EVEN WITH A CHRONIC CONDITION, WE WILL UPDATE RECORDS TO ENSURE THE CLAIM REMAINS CURRENT. CLMT ACK UNDERSTANDING. WE CONFIRMED THE PH AND FAX FOR MAY CLINIC MEDICAL RECORDS AND THAT DCM WILL NOTIFY CLMT UPON RECEIPT. ALSO, CLMT HAS ACCESS TO HER OVNS VIA HER MEDICAL PORTAL AND WILL EMAIL WHAT SHE HAS AVAILABLE SINCE APRIL. THANKED. C/E

**10/05/2020 11:29 AM - CLAIM Note 77**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : CLOSE NP DEC 2020
Text: [10/05/2020 - PELLETIER, BRANDY]LTD BBD: 10/17/2019. CLMT IS A 49 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 -NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE, ANEMIC LEVELS AND BALANCE ISSUES ARE PRIMARY CONCERNS. DR CIBULKA IS HER PCP, DR CHO IS HEMATOLOGIST; ALL OTHER SPECIALISTS (NEURO, CARDIOLOGY, GI, ETC) ARE UNDER THE MAYO CLINIC. PER CLMT, SYMPTOMS ALSO INCLUDE COGNITIVE WITH INABILITY TO FOCUS, AND DEPRESSION DUE TO OVERALL HEALTH. IN ORDER TO ASSESS FOR THE LTD, AN INT MED FILE REVIEW WAS SECURED - WHICH SHOWS IT IS REASONABLE TO CONCLUDE THAT SHE IS DECONDITIONED. SHE WILL BE REFERRED TO PHYSICAL THERAPY/OCCUPATIONAL THERAPY WITH THE GOAL OF WORK HARDENING OVER 6 TO 8 WEEKS PER HER PRIMARY CARE PHYSICIAN. PROGNOSIS FOR FULL RECOVERY AND RETURN TO WORK IS GOOD. CLMT WAS THEN DX WITH CHRONIC FATIGUE SYNDROME AND EXPERIENCED INCREASED ANXIETY. UPDATED RECORDS SECURED FROM DR CIBULKA AND MAYO. CLAIM WAS DISCUSSED IN INT MED CCS AND DETERMINED THAT DCM IS TO CLARIFY IF PT AND OT RECORDS WERE AVAILABLE, UPDATED LABS AND THEN REFER FOR UPDATED CP INT MED REVIEW (ADDENDUM) WITH AP CONTACT TO DR CIBULKA. A 6/2020 CP ADDENDUM SUPPORTS THAT EE WAS RECENTLY DIAGNOSED WITH MYALGIC ENCEPHALOMYELITIS/CHRONIC FATIGUE SYNDROME (ME/CFS). THERAPEUTIC REGIMEN WAS CHANGED IN MARCH 2020. AS A RESULT, THE RECORDS REASONABLY SUPPORT THAT SHE WOULD NOT HAVE THE STAMINA, STABILITY OR STRENGTH TO PERFORM EVEN SEDENTARY WORK AS OF THE LAST CLINICAL RECORDS FOR REVIEW. GIVEN THE NATURAL HISTORY OF THE CONDITION AND THE RECENT ADJUSTMENT IN THE CLAIMANT S THERAPEUTIC REGIMEN, IT WOULD NOT BE UNEXPECTED THAT IT MAY TAKE AN ADDITIONAL 5 TO 6 MONTHS TO SEE SIGNIFICANT IMPROVEMENT AFTER CHANGE IN TREATMENT REGIMEN. *** ACTION PLAN: DCM IS REQUESTING UPDATED MEDICAL RECORDS VIA THE MAYO CLINIC FACILITY. N&P WILL BE DUE 12/18/2020. ONCE RCVD, WILL PRESENT TO INT MED CCS. SSDB PENDING.

**09/21/2020 9:30 AM - CLAIM Note 76**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : MAYO CLINIC
Text: [09/21/2020 - PELLETIER, BRANDY]ISSUED SUBSEQUENT MED REQ TO THE MAYO CLINIC

**09/04/2020 9:58 AM - CLAIM Note 75**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : MAYO CLINIC
Text: [09/04/2020 - PELLETIER, BRANDY]SENT MED REQ VIA RIGHTFAX TO (480) 301-7282

**08/11/2020 3:31 PM - CLAIM Note 74**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : FORMS
Text: [08/11/2020 - PELLETIER, BRANDY]RCVD DD (ACTIVATED ACCT)

**08/11/2020 3:38 AM - NOTIFICATION Note 10**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name              : Lincoln Financial Group: Claim 9303113. Your benefit payment for 07/17/2020 through 08/16/2020 in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**

**Lincoln/Marcus 0059**

Sent ON: 08/11/2020 03:38 AM EST
Current Status: DELIVERED
Delivered ON: 08/11/2020 12:00 PM EST

**08/03/2020 1:21 PM - PHONE Note 17**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : STATUS
Text: [08/03/2020 - PELLETIER, BRANDY]FEELS VERY TIRED AND SPEECH IS SLOW AT TIMES. LOV WAS A TELEVISIT WITH DR MARTIN. RE: NEXT APPOINTMENTS - 9/2 VIDEO APT WITH MARGARET BROWN, DIVISION OF NUTRITION. ALSO, DR MARTIN ON 9/3 VIDEO APT. CONFIRMED THAT ALL PROVIDERS ARE UNDER THE MAYO CLINIC. RE: DX OF CFS, THERE ARE NO MEDICATIONS THEY CAN GIVE HER. THE MEDICATIONS THAT THEY'RE CHANGING NOW ARE TRYING TO HELP HER SLEEP. FOR EXAMPLE, SHE IS TIRED ALL THE TIME, BUT CANNOT SLEEP. SHE IS FINDING THAT SHE IS DOING BETTER AT NIGHT, BUT FEELS MORE TIRED IN THE DAYTIME. SSDB IS PENDING - SHE HAS NOT HEARD OF ANY DECISION. SHE REQUESTED A DD BE EMAILED - SENT - EXPLAINED THAT WE WILL PLAN TO UPDATE RECORDS FROM THE MAYO CLINIC THIS FALL. THANKED.C/E

**07/11/2020 3:33 AM - NOTIFICATION Note 9**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name                : Lincoln Financial Group: Claim 9303113. Your benefit payment for 06/17/2020 through 07/16/2020 in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 07/11/2020 03:33 AM EST
Current Status: DELIVERED
Delivered ON: 07/11/2020 12:00 PM EST

**06/15/2020 11:30 AM - CLAIM Note 73**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [06/15/2020 - PELLETIER, BRANDY]OVN 3/30/2020 & 2/6/2020

**06/11/2020 3:39 AM - NOTIFICATION Note 8**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name                : Lincoln Financial Group: Claim 9303113. Your benefit payment for 05/17/2020 through 06/16/2020 in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 06/11/2020 03:39 AM EST
Current Status: DELIVERED
Delivered ON: 06/11/2020 12:00 PM EST

**06/08/2020 11:41 AM - CLAIM Note 72**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : RTW ALT OCC SEP 2020
Text: [06/08/2020 - PELLETIER, BRANDY]LTD BBD: 10/17/2019. CLMT IS A 49 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 -NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE, ANEMIC LEVELS AND BALANCE ISSUES ARE PRIMARY CONCERNS. DR CIBULKA IS HER PCP, DR CHO IS HEMATOLOGIST; ALL OTHER SPECIALISTS (NEURO, CARDIOLOGY, GI, ETC) ARE UNDER THE MAYO CLINIC. PER CLMT, SYMPTOMS ALSO INCLUDE COGNITIVE WITH INABILITY TO FOCUS, AND DEPRESSION DUE TO OVERALL HEALTH. IN ORDER TO ASSESS FOR THE LTD, AN INT MED FILE REVIEW WAS SECURED - WHICH SHOWS IT IS REASONABLE TO CONCLUDE THAT SHE IS DECONDITIONED. SHE WILL BE REFERRED TO PHYSICAL THERAPY/OCCUPATIONAL THERAPY WITH THE GOAL OF WORK HARDENING OVER 6 TO 8 WEEKS PER HER PRIMARY CARE PHYSICIAN. PROGNOSIS FOR FULL RECOVERY AND RETURN TO WORK IS GOOD. CLMT WAS THEN DX WITH CHRONIC FATIGUE SYNDROME AND EXPERIENCED INCREASED ANXIETY. UPDATED RECORDS SECURED FROM DR CIBULKA AND MAYO. CLAIM WAS DISCUSSED IN INT MED CCS AND DETERMINED THAT DCM IS TO CLARIFY IF PT AND OT RECORDS WERE AVAILABLE, UPDATED LABS AND THEN REFER FOR UPDATED CP INT MED REVIEW (ADDENDUM) WITH AP CONTACT TO DR CIBULKA. A 6/2020 CP ADDENDUM SUPPORTS THAT EE WAS RECENTLY DIAGNOSED WITH MYALGIC ENCEPHALOMYELITIS/CHRONIC FATIGUE SYNDROME (ME/CFS). THERAPEUTIC REGIMEN WAS CHANGED IN MARCH 2020. AS A RESULT, THE RECORDS REASONABLY SUPPORT THAT SHE WOULD NOT HAVE THE STAMINA, STABILITY OR STRENGTH TO PERFORM EVEN SEDENTARY WORK AS OF THE LAST CLINICAL RECORDS FOR REVIEW. GIVEN THE NATURAL HISTORY OF THE CONDITION AND THE RECENT ADJUSTMENT IN THE CLAIMANT S THERAPEUTIC REGIMEN, IT WOULD NOT BE UNEXPECTED THAT IT MAY TAKE AN ADDITIONAL 5 TO 6 MONTHS TO SEE SIGNIFICANT IMPROVEMENT AFTER CHANGE IN TREATMENT REGIMEN. *** ACTION PLAN: RECOMMENDATIONS WOULD BE TO OBTAIN INTERIM CLINICAL RECORDS IN SEPTEMBER 2020. SSDB PENDING.

**Lincoln/Marcus 0060**

**06/08/2020 11:38 AM - CLAIM Note 71**
Claim/Event/Leave: 9303113
NoteSubject : Peer Review
Other Subject : INT MED ADDENDUM
Text: [06/08/2020 - PELLETIER, BRANDY]THE CLAIMANT IS A 49 YEAR OLD FEMALE WHO WAS RECENTLY DIAGNOSED WITH MYALGIC ENCEPHALOMYELITIS/CHRONIC FATIGUE SYNDROME (ME/CFS). HER THERAPEUTIC REGIMEN WAS CHANGED IN MARCH 2020. AS A RESULT, THE RECORDS REASONABLYSUPPORT THAT SHE WOULD NOT HAVE THE STAMINA, STABILITY OR STRENGTH TO PERFORM EVEN SEDENTARY WORK AS OF THE LAST CLINICAL RECORDS FOR REVIEW. GIVEN THE NATURAL HISTORY OF THE CONDITION AND THE RECENT ADJUSTMENT IN THE CLAIMANT S THERAPEUTIC REGIMEN, IT WOULD NOT BE UNEXPECTED THAT IT MAY TAKE AN ADDITIONAL 5 TO 6 MONTHS TO SEE SIGNIFICANT IMPROVEMENT AFTER CHANGE IN TREATMENT REGIMEN. RECOMMENDATIONS WOULD BE TO OBTAIN INTERIM CLINICAL RECORDS IN SEPTEMBER 2020. I

**05/27/2020 3:59 PM - CLAIM Note 70**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : RETURNED: HONOR HEAL
Text: [05/27/2020 - PELLETIER, BRANDY]RETURNED- NO DOS FOR TIME REQUESTED (4/1/20 - PRESENT)

**05/21/2020 3:01 PM - CLAIM Note 69**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : RTW ALT OCC JUN 2020
Text: [05/21/2020 - PELLETIER, BRANDY]LTD BBD: 10/17/2019. CLMT IS A 48 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 -NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE, ANEMIC LEVELS AND BALANCE ISSUES ARE PRIMARY CONCERNS. DR CIBULKA IS HER PCP, DR CHO IS HEMATOLOGIST; ALL OTHER SPECIALISTS (NEURO, CARDIOLOGY, GI, ETC) ARE UNDER THE MAYO CLINIC. PER CLMT, SYMPTOMS ALSO INCLUDE COGNITIVE WITH INABILITY TO FOCUS, AND DEPRESSION DUE TO OVERALL HEALTH. IN ORDER TO ASSESS FOR THE LTD, AN INT MED FILE REVIEW WAS SECURED - WHICH SHOWS IT IS REASONABLE TO CONCLUDE THAT SHE IS DECONDITIONED. SHE WILL BE REFERRED TO PHYSICAL THERAPY/OCCUPATIONAL THERAPY WITH THE GOAL OF WORK HARDENING OVER 6 TO 8 WEEKS PER HER PRIMARY CARE PHYSICIAN. PROGNOSIS FOR FULL RECOVERY AND RETURN TO WORK IS GOOD. CLMT WAS THEN DX WITH CHRONIC FATIGUE SYNDROME, POTS, FIBRO AND EXPERIENCED INCREASED ANXIETY. UPDATED RECORDS SECURED FROM DR CIBULKA AND MAYO. CLAIM WAS DISCUSSEDIN INT MED CCS AND DETERMINED THAT DCM IS TO CLARIFY IF PT AND OT RECORDS WERE AVAILABLE, UPDATED LABS AND THEN REFER FOR UPDATED CP INT MED REVIEW (ADDENDUM) WITH AP CONTACT TO DR CIBULKA. SSDB PENDING.

**05/21/2020 2:55 PM - CLAIM Note 68**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : INT MED CCS
Text: [05/21/2020 - PELLETIER, BRANDY]CLAIM PRESENTED TO INT MED CCS WITH CP DR MILLSTEIN PRESENT. IN REVIEW OF UPDATED INFORMATION, IS RECOMMENDED THAT CLARIFICATION AS TO WHETHER OR NOT CLMT COMPLETED PHYSICAL THERAPY / OCCUPATIONAL, SECURE UPDATED LABSAND REFERRAL BACK TO CP INT MED FOR REVIEW WITH AP CONTACT AGAIN TO DR CIBULKA.

**05/20/2020 9:48 AM - CLAIM Note 67**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [05/20/2020 - PELLETIER, BRANDY]OVN 2/6/2020; TELEPHONE VISIT 3/30/2020

**05/19/2020 10:26 AM - CLAIM Note 66**
Claim/Event/Leave: 9303113
NoteSubject : LTR to Other
Other Subject : SHARECARE
Text: [05/19/2020 - PELLETIER, BRANDY]CUSTOMERSERVICEHDS@SHARECARE.COM-HDS.SHARECARE.COM- STATUS INQUIRY

**05/12/2020 3:38 AM - NOTIFICATION Note 7**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name              : Lincoln Financial Group: Claim 9303113. Your benefit payment for 04/17/2020 through 05/16/2020 in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 05/12/2020 03:38 AM EST
Current Status: DELIVERED
Delivered ON: 05/12/2020 12:00 PM EST

05/01/2020 3:23 PM - CLAIM Note 65

**Lincoln/Marcus 0061**

05/01/2020 3:25 PM - CLAIM Note 65
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : MAYO CLINIC
Text: [05/01/2020 - PELLETIER, BRANDY]RCVD MEDICAL FROM MAYO CLINIC - DOS 2/10/2020 - 3/23/2020

**04/28/2020 7:21 AM - CLAIM Note 64**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/28/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 04/22/2020 AND DATED 04/22/2020 FROM SHARECARE HEALTH DATA SERVICES, LLC. INV # UJ6DV-1, IN THE AMOUNT OF $57.74 FOR MEDICAL RECORDS FROM HONORHEALTH MEDICAL GROUP ARCADIA. INVOICE PAID IN FULL

**04/16/2020 3:30 PM - CLAIM Note 63**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/16/2020 - NAI, TIMOTHY]INVOICE DATED 04/06/2020 FROM IOD . INV #63613779 IN THE AMT OF $44.90 FOR MEDICAL RECORDS INVOICE PAID IN FULL.

**04/13/2020 12:32 PM - NOTIFICATION Note 6**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name              : Lincoln Financial Group: Claim 9303113. Your benefit payment for 03/17/2020 through 04/16/2020 in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 04/13/2020 12:32 PM EST
Current Status: DELIVERED
Delivered ON: 04/13/2020 12:32 PM EST

**04/13/2020 10:53 AM - CLAIM Note 62**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : CIBULKA
Text: [04/13/2020 - PELLETIER, BRANDY]REQUESTED RECORDS (WE HAVE RF)

**04/07/2020 11:16 AM - CLAIM Note 61**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : INVOICE
Text: [04/07/2020 - PELLETIER, BRANDY]RCVD INVOICE VIA MAYO CLINIC

**04/02/2020 4:07 PM - CLAIM Note 60**
Claim/Event/Leave: 9303113
NoteSubject : Social Security
Other Subject : PENDING
Text: [04/02/2020 - PELLETIER, BRANDY]DOHERTY CELLA KEANE & ASSOCIATES LLP <SSDILAW@DCKLAW.COM> THE SOCIAL SECURITY DISABILITY INITIAL CLAIM FOR MS. MARCUS HAS BEEN FILED WITH HER LOCAL DISTRICT OFFICE. PLEASE ALLOW FOUR TO SIX MONTHS FOR A DISABILITY DECISION AT THIS LEVEL. I WILL NOTIFY YOU IF A DECISION IS RENDERED PRIOR TO THE EXPIRATION OF THIS PERIOD. PLEASE DO NOT HESITATE TO CALL AT 1-800-211-4736 IF YOU HAVE ANY QUESTIONS.

**04/02/2020 1:13 PM - CLAIM Note 59**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA - RF
Text: [04/02/2020 - PELLETIER, BRANDY]RF DATED 4/1/2020

**03/31/2020 11:13 AM - CLAIM Note 58**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : MAYO
Text: [03/31/2020 - PELLETIER, BRANDY]SENT MED REQ VIA RIGHTFAX

**03/31/2020 11:13 AM - CLAIM Note 57**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : MAYO AUTH
Text: [03/31/2020 - PELLETIER, BRANDY]RCVD UPDATED MAYO AUTH

**03/30/2020 12:57 PM - CLAIM Note 56**
Claim/Event/Leave: 9303113
NoteSubject : LTR to EE

**Lincoln/Marcus 0062**

Other Subject : AP AUTH
Text: [03/30/2020 - PELLETIER, BRANDY]REQUESTED UPDATED MAYO AUTH

**03/30/2020 12:52 PM - CLAIM Note 55**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : RETURNED -MAYO
Text: [03/30/2020 - PELLETIER, BRANDY]DECLINED AUTH & ENCLOSED NEW MAYO AUTH

**03/30/2020 11:06 AM - CLAIM Note 54**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : CIBULKA / MAYO
Text: [03/30/2020 - PELLETIER, BRANDY]REQUESTED UPDATED MEDICAL RECORDS

**03/27/2020 8:50 PM - CLAIM Note 53**
Claim/Event/Leave: 9303113
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 3/27/2020 - REFERRED TO DOHERTY AND ASSOCIATES AS SS ADVOCATE.

**03/27/2020 3:43 PM - PHONE Note 16**
Claim/Event/Leave: 9303113
NoteSubject : EE Called
Other Subject : RTC
Text: [03/27/2020 - PELLETIER, BRANDY]EE RTC. OFFERED AN UPDATE. SHE SAID THAT THERE IS NO RTW PLAN. SHE CAN NEVER RTW. MAYO CLINIC DIAGNOSED HER WITH SEVERAL CONDITIONS AND THERE IS NO CURE. SHE SAID SHE WAS DX WITH: MECSF - OR CHRONIC FATIGUE SYNDROME. A-FIB TACHYCARDIA, AUTONOMIC NEUROLPATHY, POTS, FIBROMYALGIA, PTSD, MASS CELL ACTIVATION DISORDER AND GASTROPARESIS. THIS IS PER DR LARRY BERGSTROM ON 3/4/2020. SHE DID SEE DR CIBULKA SINCE FOR A SECOND OPINION ON LEARNING THE DIAGNOSES. DCM ASKED WHAT THE TX PL WAS AND SHE SAID THERE IS NO TX PL. SHE IS JUST TRYING TO MANAGE HER SIDE EFFECTS. THERE IS A 3 WEEK COURSE THAT IS OFFERED ON TEACHING YOU HOW TO LIVE WITH THIS DISEASE, BUT WAS PUSHED DUE TO CORONA-VIRUS. WHICH SHE IS CURRENTLY STAYING HOME AND NOT GOING OUT. SHE WAS CRYING AS SHE HAS TO LEARN TO DEAL WITH ALL THIS. IT'S A LOT TO DEAL WITH AND FEELS SHE IS IN SHOCK. DCM ACK HER FEELINGS AND FRUSTRATIONS. EXPLAINED THE NEXT STEPS FOR THE CLAIM WILL BE TO UPDATE THE MEDICAL RECORDS AND BEGIN TO DISCUSS SSDB. SHE STATED THAT SHE'D ALREADY BEEN DENIED, AFTER SHE APPLIED ON HER OWN. DCM ACK AND NOTED THAT I WASN'T AWARE SHE'D APPLIED, BUT WILL UPDATE THAT NOW. AFTER DISCUSSING, SHE WOULD LIKE VENDOR TO HELP WITH RECONSIDERATION. WILL REF TO DOH. THANKED. C/E

**03/27/2020 3:10 PM - PHONE Note 15**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : STATUS
Text: [03/27/2020 - PELLETIER, BRANDY]LVM FOR RTC FOR UPDATE

**03/11/2020 3:37 AM - NOTIFICATION Note 5**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name            : Lincoln Financial Group: Claim 9303113. Your benefit payment for 02/17/2020 through 03/16/2020 in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 03/11/2020 03:37 AM EST
Current Status: DELIVERED
Delivered ON: 03/11/2020 12:00 PM EST

**02/18/2020 3:08 PM - CLAIM Note 52**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/18/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 02/18/2020 AND DATED 02/11/2020 FROM SHARECARE HEALTH DATA SERVICES, LLC. INV # 479357, IN THE AMOUNT OF $55.00 FOR MEDICAL RECORDS FROM SCOTTSDALE HEALTHCARE HOSPITALS DBA HONORHEALTH-SCOTTSDALE SHEA MEDICAL CENTER. INVOICE PAID IN FULL

**02/18/2020 9:25 AM - CLAIM Note 51**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : RTW OO MAY 2020
Text: [02/18/2020 - PELLETIER, BRANDY]LTD BBD: 10/17/2019. CLMT IS A 48 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 -NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE, ANEMIC LEVELS AND

MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE, ANEMIC LEVELS AND BALANCE ISSUES ARE PRIMARY CONCERNS. DR CIBULKA IS HER PCP, DR CHO IS HEMATOLOGIST; ALL OTHER SPECIALISTS (NEURO, CARDIOLOGY, GI, ETC) ARE UNDER THE MAYO CLINIC. PER CLMT, SYMPTOMS ALSO INCLUDE COGNITIVE WITH INABILITY TO FOCUS, AND DEPRESSION DUE TO OVERALL HEALTH. IN ORDER TO ASSESS FOR THE LTD, AN INT MED FILE REVIEW WAS SECURED - WHICH SHOWS IT IS REASONABLE TO CONCLUDE THAT SHE IS DECONDITIONED. SHE WILL BE REFERRED TO PHYSICAL THERAPY/OCCUPATIONAL THERAPY WITH THE GOAL OF WORK HARDENING OVER 6 TO 8 WEEKS PER HER PRIMARY CARE PHYSICIAN. PROGNOSIS FOR FULL RECOVERY AND RETURN TO WORK IS GOOD. CLMT MENTIONED WORK UP FOR POTS BUT DOES NOT APPEAR TO BE CONFIRMED, AS WELL AS DX OF LYME. UPDATED RECORDS SECURED FROM DR CIBULKA STATES CLMT IS CONTINUING WITH FATIGUE AND UNABLE TO PERFORM PT OR OT UNTIL WORK UP IS COMPLETE. AP ENDORSES OOW FOR 4 MOS. *** ACTION PLAN: DCM TO MONITOR STATUS OVER THE NEXT SEVERAL MOS WITH INTENT TO FOLLOW FOR RELEASE BY MAY 2020 (4 MOS FROM LOV). IF NO RELEASE, WILL UPDATE ALL RECORDS AND PREPARE FOR ADDENDUM.

**02/18/2020 9:11 AM - CLAIM Note 50**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [02/18/2020 - PELLETIER, BRANDY]OVN 1/27/2020

**02/18/2020 9:09 AM - CLAIM Note 49**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : INVOICE
Text: [02/18/2020 - PELLETIER, BRANDY]RCVD PRE PAYMENT INVOICE FOR RECORDS VIA SHARECARE - NOTIFICATION SENT FOR PMT PROCESSING

**02/11/2020 3:39 AM - NOTIFICATION Note 4**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name            : Lincoln Financial Group: Claim 9303113. Your benefit payment for 01/17/2020 through 02/16/2020 in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 02/11/2020 03:39 AM EST
Current Status: DELIVERED
Delivered ON: 02/11/2020 11:00 AM EST

**02/10/2020 11:10 AM - CLAIM Note 48**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : CIBULKA
Text: [02/10/2020 - PELLETIER, BRANDY]ISSUED SUBSEQUENT REQ TO AP CIBULKA

**02/05/2020 3:24 PM - PHONE Note 14**
Claim/Event/Leave: 9303113
NoteSubject : EE Called
Other Subject : RECORDS
Text: [02/05/2020 - PELLETIER, BRANDY]CLMT CALLED TO F/U ON STATUS OF RECORDS. SHE HAD EMAILED DCM THE MAYO RECORDS BUT WASN'T SURE ON DR CIBULKA. DCM CONFIRMED RECEIPT OF HER INFO FROM MAYO, BUT WE HAD NOT RCVD A RESPONSE FROM AP CIBULKA. SHE HAS AN APT TOMORROW AND WILL F/U ON RECORDS. THANKED. C/E

**02/05/2020 12:21 PM - CLAIM Note 47**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/05/2020 - JORGENSEN, ERIKA]INVOICE # 328843 DATED 01/31/2020 FROM HUB ENTERPRISES, IN THE AMT OF $1024.00 FOR SURVEILLANCE SERVICES. INVOICE PAID IN FULL. TID 720827028

**02/04/2020 4:18 PM - CLAIM Note 46**
Claim/Event/Leave: 9303113
NoteSubject : Surveillance
Other Subject : REPORT
Text: [02/04/2020 - PELLETIER, BRANDY]RCVD SIU REPORT - NO ACTIVITY

**01/31/2020 4:07 PM - CLAIM Note 45**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : MAYO CLINIC
Text: [01/31/2020 - PELLETIER, BRANDY]PATIENT COPY - INTEGRATIVE MEDICINE AND HEALTH PROGRAM OV. (DATE UNK / PROVIDER UNK)

**01/28/2020 8:50 PM - CLAIM Note 44**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL

~~Other Subject : SOURCE REFERRAL~~
Text: 1/28/2020 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**01/28/2020 2:16 PM - CLAIM Note 43**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [01/28/2020 - CRAM, BRIAN]CLAIM DISCUSSED IN SIU CCS WITH SIU SPECIALIST AND IT WAS AGREED THAT WE SHOULD INITIATE 2-3 DAYS OF SURVEILLANCE.

**01/28/2020 8:57 AM - CLAIM Note 42**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [01/28/2020 - PELLETIER, BRANDY]ARE YOU RESTRICTING THIS PATIENT FROM WORK? YES. ERTW: 5/28/2020

**01/27/2020 11:52 AM - PHONE Note 13**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : RTC
Text: [01/27/2020 - PELLETIER, BRANDY]RTC TO CLMT FROM VM RCVD TODAY AT 9:32AM. SHE LEFT A VM RE: N&P AND WANTED TO TOUCH BASE. ** DCM RTC AND SP/W CLMT. EXPLAINED N&P AND PROCESS TO UPDATE RECORDS PERIODICALLY. DCM NOTED THAT WE WILL CONTINUE TO F/U ANDLET HER KNOW IF WE ARE NOT GETTING A RESPONSE. SHE SP/W DR CIBULLKA TODAY AND THEY WILL BE FAXING OVER HER RECORDS. RE: MAYO, IT MAY TAKE LONGER, BUT SHE SAID THAT SHE HAS ACCESS TO ALL HER RECORDS TOO AND CAN EMAIL THEM. ASKED FOR CONTACT TO BE SENTOVER TO HER VIA EMAIL - DCM AGREED TO SEND THE DISABILITY DOCS CONTACT INFO TO HER.

**01/27/2020 9:16 AM - CLAIM Note 41**
Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : CLOSE NP APR 2020
Text: [01/27/2020 - PELLETIER, BRANDY]LTD BBD: 10/17/2019. CLMT IS A 48 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 -NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE, ANEMIC LEVELS AND BALANCE ISSUES ARE PRIMARY CONCERNS. DR CIBULKA IS HER PCP, DR CHO IS HEMATOLOGIST; ALL OTHER SPECIALISTS (NEURO, CARDIOLOGY, GI, ETC) ARE UNDER THE MAYO CLINIC. PER CLMT, SYMPTOMS ALSO INCLUDE COGNITIVE WITH INABILITY TO FOCUS, AND DEPRESSION DUE TO OVERALL HEALTH. IN ORDER TO ASSESS FOR THE LTD, AN INT MED FILE REVIEW WAS SECURED - WHICH SHOWS IT IS REASONABLE TO CONCLUDE THAT SHE IS DECONDITIONED. SHE WILL BE REFERRED TO PHYSICAL THERAPY/OCCUPATIONAL THERAPY WITH THE GOAL OF WORK HARDENING OVER 6 TO 8 WEEKS PER HER PRIMARY CARE PHYSICIAN. PROGNOSIS FOR FULL RECOVERY AND RETURN TO WORK IS GOOD. CLAIM WAS ACCEPTED AND UPDATE SECURED FROM CLMT IN DEC MENTIONED POSITIVE WORKUP FOR POTS. ERTW UNK *** ACTION PLAN: DCM IS REQUESTING ALL UPDATED MEDICAL RECORDS TOASSESS ONGOING IMPAIRMENT. HAVE ALSO REQUESTED THAT DR CIBULKA COMMENT ON RTW PLAN. WILL CONSIDER SIU TO DETERMINE ACTIVITY LEVEL. N&P IS DUE 4/10/2020. DCM TO CONSIDER ADDENDUM UPON RECEIPT.

**01/27/2020 9:12 AM - CLAIM Note 40**
Claim/Event/Leave: 9303113
NoteSubject : LTR to EE
Other Subject : N&P
Text: [01/27/2020 - PELLETIER, BRANDY]ISSUED N&P LTR TO CLMT - DUE 4/10/2020

**01/27/2020 8:57 AM - CLAIM Note 39**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : CIBULKA
Text: [01/27/2020 - PELLETIER, BRANDY]ISSUED SUBSEQUENT MED REQ TO DR CIBULKA

**01/16/2020 2:20 PM - CLAIM Note 38**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : MAYO CLINIC
Text: [01/16/2020 - DIMAGGIO, JENNIFER]ADDITIONAL REQUEST WITH UPDATED AUTH

**01/15/2020 7:43 AM - CLAIM Note 37**
Claim/Event/Leave: 9303113
NoteSubject : LTR to EE
Other Subject :
Text: [01/15/2020 - DIMAGGIO, JENNIFER]AUTHORIZATION SPECIFIC TO MAYO CLINIC

**01/11/2020 3:31 AM - NOTIFICATION Note 3**
Claim/Event: 9303113

**Lincoln/Marcus 0065**

NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name             : Lincoln Financial Group: Claim 9303113. Your benefit payment for 12/17/2019 through 01/16/2020
in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 01/11/2020 03:31 AM EST
Current Status: DELIVERED
Delivered ON: 01/11/2020 11:00 AM EST

**01/07/2020 8:51 PM - CLAIM Note 36**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/7/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO PROVOST, MEGAN. CLAIM/AS EVENT IS PENDING REVIEW.

**01/07/2020 2:13 PM - CLAIM Note 35**
Claim/Event/Leave: 9303113
NoteSubject : Voc Rehab
Other Subject : OA
Text: [01/07/2020 - PROVOST, MEGAN]OA COMPLETED AND UPLOADED. NO FURTHER VCM ACTIVITY. SUMMARY: THE
EMPLOYER REQUIREMENTS OF THE JOB ARE SIMILAR TO THAT OF THE NATIONAL REQUIREMENTS OF THE OCCUPATION.
THE OCCUPATION IS MOST OFTEN PERFORMED AT THE LIGHT LEVEL IN THE NATIONAL ECONOMY, PER THE DOT WITH
FREQUENT REACHING, HANDLING, FINGERING, TALKING, HEARING, NEAR ACUITY; AND OCCASIONAL CLIMBING,
STOOPING, CROUCHING. MENTAL/COGNITIVE DEMANDS: PER DOT, DIRECTING, CONTROLLING, OR PLANNING ACTIVITIES
OF OTHERS; DEALING WITH PEOPLE. I HAVE NOT MET WITH MS. MARCUS FOR THE PURPOSE OF THIS REVIEW. ALL
OPINIONS ARE BASED ON A REVIEW OF MEDICAL RECORDS AND RESOURCES LISTED ONLY.

**01/06/2020 8:50 PM - CLAIM Note 34**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/6/2020 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**01/06/2020 3:30 PM - CLAIM Note 33**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [01/06/2020 - PELLETIER, BRANDY] CONTACTED MAYO CLINIC, AND DR. CIBULKA FOR MEDICAL RECORDS. - REQUEST -
PROVIDER - MEDICAL

**12/12/2019 3:39 PM - PHONE Note 12**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : STATUS
Text: [12/12/2019 - PELLETIER, BRANDY]CALLED FOR STATUS UPDATE - SHE'S HAD A LOT OF APTS. SHE HAD PRELIMINARY
TESTING OR POTS ON MONDAY WHICH WAS POSITIVE. THE DOCTOR DOING THIS WORK UP IS THE GI SPECIALIST AT THE
MAYO CLINIC- DIANA SCHNEIDER. WILL HAVEFOLLOW UP TESTING ON THAT. HER LABS ARE SHOWING ELEVATED MARKER
FOR CANCER. TODAY, SHE WILL HAVE A FULL BODY SCAN. HER NOV W/ DR CIBULKA IS NEXT MONTH. DCM EXPLAINED
THAT WE WILL PLAN TO UPDATE ALL RECORDS SO IF THERE ARE CHANGES FOLLOWING THE TESTING, TO LET DCM
KNOW SO WE CAN REQUEST THOSE RECORDS. THANKED. C/E

**12/11/2019 3:37 AM - NOTIFICATION Note 2**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name             : Lincoln Financial Group: Claim 9303113. Your benefit payment for 11/17/2019 through 12/16/2019
in the net amount of $5,412.16 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 12/11/2019 03:37 AM EST
Current Status: DELIVERED
Delivered ON: 12/11/2019 11:00 AM EST

**11/20/2019 10:48 AM - CLAIM Note 32**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : RETURNED- HONOR HEAL
Text: [11/20/2019 - PELLETIER, BRANDY]HONOR HEALTH - RETURNED - NO DOS 10/29/2019 TO PRESENT

**11/19/2019 3:25 PM - PHONE Note 11**
Claim/Event/Leave: 9303113
NoteSubject : EE Called
Other Subject : LVM
Text: [11/19/2019 - PELLETIER, BRANDY]EE CALLED AND LVM 11/18 AT 1:46PM: WAS AT THE DOCTOR S OFFICE LAST WEEK
AND FELL AT THE DOCTOR S OFFICE DUE TO HER NEUROPATHY. SHE MAY HAVE BROKEN HER FOOT. WANTED TO LET
DCM KNOW. ALSO, WILL HAVE ESOPHAGEAL SCOPE FORNAUSEA, WHICH WILL BE OUTPATIENT ON FRIDAY.

**Lincoln/Marcus 0066**

DCM KNOW. ALSO, WILL HAVE ESOPHAGEAL SCOPE FORNAUSEA, WHICH WILL BE OUTPATIENT ON FRIDAY.

**11/15/2019 3:37 AM - NOTIFICATION Note 1**
Claim/Event: 9303113
NoteSubject : Text Message
Other Subject : Benefit Payment Issued
Text: Recipient Name               : Lincoln Financial Group: Claim 9303113. Your benefit payment for 10/17/2019 through 11/16/2019 in the net amount of $4,998.13 has issued. Please allow 7 days for US Postal delivery or 3 days for Direct Deposit.
**TEXT Life Cycle**
Sent ON: 11/15/2019 03:37 AM EST
Current Status: DELIVERED
Delivered ON: 11/15/2019 11:00 AM EST

**11/14/2019 4:36 PM - CLAIM Note 31**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/14/2019 - MICHAUD, ROBIN]INVOICE RECEIVED ON 11/ 13/2019 FROM SHARECARE . INVOICE # 297486 IN THE AMOUNT OF $ 60.33 FOR MEDICAL RECORDS FROM SCOTTSDALE HEALTHCARE HOSPITALS. INVOICE PAID IN FULL

**11/14/2019 11:41 AM - PHONE Note 10**
Claim/Event/Leave: 9303113
NoteSubject : EE Called
Other Subject : APPROVAL
Text: [11/14/2019 - PELLETIER, BRANDY]EE CALLED CM RE: RECEIVING A TEXT ON THE APPROVAL. DCM ACK AND CONFIRMED THAT I WAS WORKING ON HER CLAIM RIGHT NOW AND INTENDED TO CALL HER THIS MORNING AS WELL - EXPLAINED THE INITIAL INT MED CP REVIEW AND REASONS WHYCLAIM WAS INITIALLY APPROVED. WE DISCUSSED HER TX PL AND THAT HER GOAL IS TO GET BETTER AND RTW. SHE DOESN'T WANT TO HAVE TO BE ON CLAIM. EXPLAINED MONTHLY BEN AND CHECK THAT WILL BE ISSUED - DCM WILL F/U IN A MONTH FOR AN UPDATE. EE UNDERSTOOD THAT WE WOULD CONT TO MEDICALLY MANAGE THE CLAIM AND HOW THAT WOULD LOOK. THANKED. C/E

**11/14/2019 11:09 AM - NOTIFICATION Note 1**
Claim/Event/Leave: 9303113
NoteSubject : Text Message
Other Subject : Approved
Text: Recipient Name               : Lincoln Financial Group: Claim 9303113. Your disability claim has been approved.
**TEXT Life Cycle**
Sent ON: 11/14/2019 11:09 AM EST
Current Status: DELIVERED
Delivered ON: 11/14/2019 11:09 AM EST

**11/14/2019 9:48 AM - CLAIM Note 30**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [11/14/2019 - CRAM, BRIAN]AGREE WITH INITIAL APPROVAL.

**11/14/2019 8:54 AM - CLAIM Note 29**
Claim/Event/Leave: 9303113
NoteSubject : Approved
Other Subject : MGR REFERRAL
Text: [11/14/2019 - PELLETIER, BRANDY]LTD BBD: 10/17/2019. CLMT IS A 48 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 -NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE IS OUT OF CONTROL, AS WELL AS ANEMIC LEVELS.DR CIBULKA IS HER PCP, AND THEN SHE WILL SEE HEMATOLOGIST, DR CHO ON 9/18/2019; ALL OTHER SPECIALISTS (NEURO, CARDIOLOGY, GI, ETC) ARE UNDER THE MAYO CLINIC. PER CLMT, SYMPTOMS ALSO INCLUDE COGNITIVE WITH INABILITY TO FOCUS, DEPRESSION DUE TO OVERALL HEALTH. IN ORDER TO ASSESS FOR THE LTD, AN INT MED FILE REVIEW WAS SECURED - WHICH SHOWS IT IS REASONABLE TO CONCLUDE THAT SHE IS DECONDITIONED. SHE WILL BE REFERRED TO PHYSICAL THERAPY/OCCUPATIONAL THERAPY WITH THE GOAL OF WORK HARDENING OVER6 TO 8 WEEKS PER HER PRIMARY CARE PHYSICIAN. PROGNOSIS FOR FULL RECOVERY AND RETURN TO WORK IS GOOD. SUGGEST OBTAINING RECORDS FROM DR. CIBULKA AND PHYSICAL THERAPY IN ONE MONTH FOR EVALUATION OF THE CLAIMANT S CLINICAL CONDITION. BASED ON FINDINGS, DCM IS RECOMMENDING ACCEPTANCE OF LTD LIABILITY, WITH M/N LIMIT APPLIED AS UNK. WILL PLAN TO F/U IN 1 MONTH, OR 12/2019, FOR AN UPDATE AND SECURE RECORDS FOR REVIEW IF NO RELEASE TO RTW.

**11/14/2019 8:45 AM - CLAIM Note 28**
Claim/Event/Leave: 9303113
NoteSubject : Peer Review
Other Subject : CP REVIEW
Text: [11/14/2019 - PELLETIER, BRANDY]RCVD INT MED CP REVIEW - COMPLETE REPORT IS LOCATED IN THE DOC LIST

**11/14/2019 8:39 AM - CLAIM Note 27**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [11/14/2019 - PELLETIER, BRANDY]OVNS 2/6/2019 - 9/5/2019

**11/12/2019 12:59 PM - CLAIM Note 26**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [11/12/2019 - PELLETIER, BRANDY]OVN 10/28/2019

**11/05/2019 10:05 AM - CLAIM Note 25**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [11/05/2019 - MONAHAN, JAQUELINE]SET UP SCHEDULED PAYMENT BASED ON EARNINGS STMNT IN DOC LIST PPE 04/07/19 INDICATES PAY $2914.24/56 HRS = HOURLY $52.04 X 40 HPW X 52 WKS / 12 MONTHS = $9020.27 BME. THE BENEFIT IS 60% OR $5,412.16. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**11/01/2019 8:50 PM - CLAIM Note 24**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN REASSIGNED TO JAQUELINE MONAHAN.

**11/01/2019 4:11 PM - CLAIM Note 23**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : SALARY REQUEST
Text: [11/01/2019 - MONAHAN, JAQUELINE]SENT ER EMAIL 11/1/19 FOR SALARY

**10/30/2019 1:33 PM - CLAIM Note 22**
Claim/Event/Leave: 9303113
NoteSubject : LTR to EE
Other Subject : FILE REVIEW
Text: [10/30/2019 - PELLETIER, BRANDY]ISSUED LTR TO CLMT RE: REF FOR FILE REVIEW

**10/30/2019 1:32 PM - CLAIM Note 21**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : CRT REFERRAL
Text: [10/30/2019 - PELLETIER, BRANDY]DCM PROCESSED CRT REFERRAL FOR FULL FILE INT MED REVIEW

**10/30/2019 11:55 AM - CLAIM Note 20**
Claim/Event/Leave: 9303113
NoteSubject : Medical Status
Other Subject : DIRECTOR REVIEW
Text: [10/30/2019 - CAREY, LAUREN]AGREE WITH REFERRAL FOR CP TO EVALUATE BASED ON THE RECORDS RECEIVED WITHIN THE NP DEADLINE THE MAJORITY OF THE RECORDS ARE ON FILE.

**10/28/2019 9:35 AM - CLAIM Note 19**
Claim/Event/Leave: 9303113
NoteSubject : Medical Status
Other Subject : DIRECTOR REVIEW
Text: [10/28/2019 - PELLETIER, BRANDY]*PENDING* LTD BBD: 10/17/2019. CLMT IS A 48 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 - NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CLMT TREATS WITH PCP, DR. CIBULKA AND DR. CHO, HEMATOLOGIST.ALL OTHER SPECIALISTS ARE WITHIN THE MAYO CLINIC. N&P WAS INITIATED AND ALL RECORDS WERE DUE 10/28. A RESPONSE WAS RCVD FROM THE MAYO CLINIC, AS WELL AS A RF FROM DR CIBULKA; HOWEVER, WE ARE CURRENTLY MISSING AVAILABLE RECORDS FROM DR CIBULKA ANDDR CHO. IN ORDER TO REVIEW AVAILABLE INFORMATION RCVD TO DATE, DCM IS RECOMMENDING A FILE REVIEW WITH INTERNAL MEDICINE TO COMMENT ON RECORDS RCVD FROM THE MAYO CLINIC. PROCESSING REFERRAL TO DIRECTOR FOR REVIEW & SIGNOFF.

**10/27/2019 2:51 PM - CLAIM Note 18**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/27/2019 - MICHAUD, ROBIN]INVOICE RECEIVED ON 10/18/2019 FROM CIOX/IOD . INVOICE # 52181884 IN THE AMOUNT

**Lincoln/Marcus 0068**

OF $ 197.10 FOR MEDICAL RECORDS FROM MAYO CLINIC . INVOICE PAID IN FULL

**10/22/2019 1:24 PM - PHONE Note 9**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : RTC
Text: [10/22/2019 - PELLETIER, BRANDY]RTC TO CLMT FROM HER VM RCVD 10/21 AT 413PM: - DR. CIBULKA S ASSISTANT FAXED OVER CORRESPONDENCE AT 8:48AM VIA HONOR HEALTH (DR CIBULKA). RE: STATUS, SHE THOUGHT SHE HAD THE FLU AND THE MAYO CLINIC IS REFERRING HER TOEMERGENCY ROOM NOW, AS THEY THINK SHE MAY HAVE ANOTHER BLOOD CLOT. PLEASE RTC TO CONFIRM DR. CIBULKA S INFORMATION. ** DCM RTC AND SP/W CLMT. EXPLAINED WE'D RCVD A FORM AND THEN DAWN WITH THEIR MEDICAL RECORDS DEPT WOULD BE SENDING THE RECORDS OVER. WISHED WELL.

**10/22/2019 1:22 PM - PHONE Note 8**
Claim/Event/Leave: 9303113
NoteSubject : Called AP
Other Subject : CIBULKA
Text: [10/22/2019 - PELLETIER, BRANDY]CALLED AP OFFICE TO THANK FOR SENDING THE FORM YESTERDAY, BUT TO F/U ON MEDICAL RECORDS ** SP/W SYLVIA. SHE TRANSFERRED DCM TO MEDICAL RECORDS. SP/W DAWN. SHE REVIEWED AND CONFIRMED THAT SHE CAN SEND THE RECORDS AVAILABLE FROM JAN TO PRESENT. DCM THANKED. C/E

**10/22/2019 1:13 PM - CLAIM Note 17**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [10/22/2019 - PELLETIER, BRANDY]RCVD RF DATED 10/11/2019

**10/21/2019 1:57 PM - PHONE Note 7**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : MEDICAL RCVD
Text: [10/21/2019 - PELLETIER, BRANDY]CALLED AND LVM -LETTING EE KNOW THAT WE RCVD MEDICAL FROM MAYO CLINIC - PENDING A RESPONSE OF RECORDS REQUESTED FROM DR CHO AND CIBULKA

**10/21/2019 8:43 AM - CLAIM Note 16**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : MAYO CLINIC
Text: [10/21/2019 - PELLETIER, BRANDY]RCVD RECORDS FROM THE MAYO CLINIC - DOS RANGE 5/4/2019 THRU 9/16/2019

**10/21/2019 8:36 AM - CLAIM Note 15**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : INVOICE
Text: [10/21/2019 - PELLETIER, BRANDY]RCVD PRE PAYMENT INVOICE VIA IOD FOR RECORDS REQUESTED FROM THE MAYO CLINIC - VENDOR PMT NOTIFICATION SENT TO J. BEST

**10/16/2019 1:20 PM - PHONE Note 6**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : RTC
Text: [10/16/2019 - PELLETIER, BRANDY]RTC TO CLMT FROM HER VM TODAY ON STATUS OF CONFIRMING RECEIPT OF HER FORMS. ** DCM RTC AND SP/W CLMT. CONFIRMED WE DO HAVE HER FORMS THAT SHE FAXED; THANKED. EXPLAINED THAT HER RECORDS FROM AP CHO, AP CIBULKA AND THEMAYO CLINIC ARE DUE BY 10/28 AND DCM WILL CALL ONCE WE RECEIVE ANY INFORMATION. CLMT STATED THAT SHE HAS PUT OUT REQUESTS TO EACH OF THESE LOCATIONS TO ENCOURAGE THAT THEY RESPOND AS WELL. DCM THANKED. WILL BE IN TOUCH. EXPLAINED FTPP IN THE EVENT WEDO NOT RECEIVE A RESPONSE BY 10/28

**10/16/2019 7:54 AM - CLAIM Note 14**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : LTD FORMS
Text: [10/16/2019 - PELLETIER, BRANDY]RCVD LTD FORMS

**10/12/2019 2:29 AM - CLAIM Note 13**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO KRISTEN SPRINGMEIER.

**10/12/2019 2:29 AM - CLAIM Note 12**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : PMT SVC

Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**10/11/2019 2:13 PM - PHONE Note 5**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : DAY 30
Text: [10/11/2019 - PELLETIER, BRANDY]SP/W CLMT RE: LTD FORMS AND MEDICAL. SHE REPORTEDLY MAILED BACK ALL THE FORMS A WHILE AGO. DCM WILL EMAIL TO HER TODAY, AS WE DID NOT RECEIVE THEM. WE RCVD THE MAYO AUTH AND GOT THAT OFF TO THE MAYO CLINIC FOR THEIR RECORDS, BUT NEED FORMS AND OTHER RECORDS FROM OTHER PROVIDERS. EE TO F/U W/ AP OFFICES AS WELL.

**10/01/2019 11:52 AM - CLAIM Note 11**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : MAYO
Text: [10/01/2019 - PELLETIER, BRANDY]REQUESTED RECORDS FROM MAYO CLINIC - ENCLOSED AP AUTH

**10/01/2019 11:51 AM - CLAIM Note 10**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : MAYO AUTH
Text: [10/01/2019 - PELLETIER, BRANDY]RCVD MAYO AUTH

**09/27/2019 12:16 PM - PHONE Note 4**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : DAY 15
Text: [09/27/2019 - PELLETIER, BRANDY]PLACED F/U CALL TO EE RE: N&P. CONFIRMED THAT SHE DID RECEIVE THE AUTHS FORMS AND MAILED THEM BACK TO DCM. DCM EXPLAINED THAT ONCE RCVD, WE'LL SEND OFF UPDATED MED REQUESTS W/ THE AUTH ENCLOSED. SHE HAS ALSO PROACTIVELY INFORMED EACH OF HER DOCTORS / LOCATIONS THAT SHE IS APPLYING FOR LTD SO TO EXPECT OUR CORRESPONDENCE AND RELEASE ALL INFO. SHE SAW THE HEMATOLOGIST, DR CHO, AND HE DID SET UP IRON INFUSIONS. SHE HAS A F/U ON 10/2 AND WILL HAVE THE FIRST INFUSION ON THIS DATE. WILL THEN HAVE 1 INFUSION PER WEEK FOR 5 WEEKS. DCM WISHED WELL. ASKED THAT SHE CALL IF CHANGES OR QUESTIONS.

**09/18/2019 2:47 PM - PHONE Note 3**
Claim/Event/Leave: 9303113
NoteSubject : EE Called
Other Subject : LVM
Text: [09/18/2019 - PELLETIER, BRANDY]EE LVM TODAY AT 12:57PM: DIDN T RECEIVE THE EMAIL RE: MAYO CLINIC IF WE WANT TO EMAIL                      THIS AND THE OTHER FORMS

**09/18/2019 12:43 PM - PHONE Note 2**
Claim/Event/Leave: 9303113
NoteSubject : Called EE
Other Subject : AUTHS
Text: [09/18/2019 - PELLETIER, BRANDY]LEFT DETAILED MSG RE :AUTHS NEEDED FOR MAYO CLINIC AND ALSO GENERAL AUTH FOR AP CIBULKA - ASKED THAT THE AUTHS BE RETURNED TO DCM ASAP SO WE CAN RE-REQUEST ALL RECORDS

**09/18/2019 10:44 AM - CLAIM Note 9**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : CHO
Text: [09/18/2019 - PELLETIER, BRANDY]REQUESTED TODAYS OVN

**09/18/2019 9:06 AM - CLAIM Note 8**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : RETURNED - HONOR HEA
Text: [09/18/2019 - PELLETIER, BRANDY]HONOR HEALTH RETURNED MED REQ D/T NO AUTH

**09/16/2019 1:45 PM - CLAIM Note 7**
Claim/Event/Leave: 9303113
NoteSubject : LTR to EE
Other Subject : AP AUTH
Text: [09/16/2019 - PELLETIER, BRANDY]SENT A COPY OF A MAYO CLINIC AUTH FORM TO CLMT

**09/16/2019 1:41 PM - CLAIM Note 6**
Claim/Event/Leave: 9303113
NoteSubject : Med Records Rcvd
Other Subject : RETURNED - MAYO
Text: [09/16/2019 - PELLETIER, BRANDY]REQUIRES AUTH

**09/13/2019 3:40 PM - CLAIM Note 5**

**Lincoln/Marcus 0070**

Claim/Event/Leave: 9303113
NoteSubject : Action Plan
Other Subject : PENDING
Text: [09/13/2019 - PELLETIER, BRANDY]**PENDING** LTD BBD: 10/17/2019. CLMT IS A 48 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (TERMINATED). ORIGINAL LDW: 4/12/2019. DOD: 4/13/2019. SUCCESSIVE RTW ON ASSOCIATED STD:4/29/2019 - NEW LDW: 5/3/2019. DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION. CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN. HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CURRENTLY, BLOOD PRESSURE IS OUT OF CONTROL, AS WELL AS ANEMIC LEVELS. DR CIBULKA IS HER PCP, AND THEN SHE WILL SEE HEMATOLOGIST, DR CHO ON 9/18/2019; ALL OTHER SPECIALISTS (NEURO, CARDIOLOGY, GI, ETC) ARE UNDER THE MAYO CLINIC. PER CLMT, SYMPTOMS ALSO INCLUDE COGNITIVE WITH INABILITY TO FOCUS, DEPRESSIONDUE TO OVERALL HEALTH. IN ORDER TO ASSESS FOR LTD, DCM HAS REQUESTED ALL RECORDS - AND LTD FORMS - AND WILL PREPARE FOR REVIEW IN CONSULT TO DETERMINE IF A CP REVIEW IS WARRANTED, AND IF SO, WHAT SPECIALTY. N&P IS DUE 10/28/2019

**09/13/2019 3:32 PM - CLAIM Note 4**
Claim/Event/Leave: 9303113
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [09/13/2019 - PELLETIER, BRANDY] CONTACTED MAYO CLINIC, AND DR. CIBULKA FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**09/13/2019 3:19 PM - PHONE Note 1**
Claim/Event/Leave: 9303113
NoteSubject : Initial EE Interview
Other Subject : ICP COMPLETE
Text: [09/13/2019 - PELLETIER, BRANDY]SHE HAD A MVA 12/17/2017 AND FEELS IT'S BEEN SINCE THEN. SHE HAD BACK PAIN FROM THAT, WHICH TURNED INTO A MASSIVE ORDEAL OF HEALTH ISSUES. WHAT'S SURFACED FROM THE STEROIDS (FOR THE BACK PAIN) WAS THE HEAR ISSUES - SHEHAD A-FIB WITH TACHYCARDIA. HER HEART WOULDN'T SLOW DOWN. SHE HAD TWO HEART ABLATIONS, THE LAST ONE BEING IN JULY, AND THAT SEEMS TO BE BETTER. THEY'RE TITRATING DOWN HER HEAR MEDICATIONS NOW. SHE HAS NAUSEA 24/7 AND HAS ULCERS UP AND DOWN HER ESOPHAGUS. SHE HAS A LYMPH NODE ON HER NECK THAT IS CAUSING SOME ISSUES WITH TURNING HER HEAD. SHE IS GETTING AN APT W/ A ENT SURGEON. SHE HAS AN APT NEXT WEEK WITH HONOR HEALTH AND THEN A 2ND OPINION WITH MAYO IN NOVEMBER. SHE IS SEVERELY ANEMIC ANDIS EXHAUSTED. SHE CANNOT TAKE IRON SUPPLEMENTS BECAUSE SHE VOMITS. SHE HAS TROUBLE W/ FOCUS AND MEMORY. NEURO RULED OUT A STROKE, BUT WILL FOLLOW UP WITH THEM SOON TOO. THEY'RE TRYING TO RULE OUT DIAGNOSES AND ALSO STILL DETERMINE WHAT IS CAUSINGWHAT. HER BLOOD PRESSURE IS HIGH AND HAD ISSUES WITH PULMONARY EMBOLISM WHILE FLYING. SHE WAS TERMINATED FROM HER JOB FOR BEING SICK. SHE'S GAINED 40LBS AND HAS TO WEAR COMPRESSION SOCKS. HER LIFE HAS BEEN TURNED UPSIDE DOWN. HER TWIN SISTER ASSEVERE AUTO-IMMUNE DISORDER. SHE THINKS THAT MAY BE GOING ON WITH HER TOO. ALL OF HER SYSTEMS SEEM TO BE ATTACKING EACH OTHER. SHE REALLY THINKS SHE NEEDS TO SEE A HEMATOLOGIST. SHE DID SAY THAT HER BACK IS FIXED - SHE HAD SURGERY - SHE NEVER NEEDED THE CORTICO (SP?) STEROIDS, BUT IT WAS TORN LIGAMENTS THAT WAS CAUSING THE LUMBAR PAIN. ALL SHE NEEDED WAS AN OUTPATIENT PROCEDURE WHERE THEY CUT THE NERVES. IN RETROSPECT, SHE SHOULD HAVE STAYED WITH PHYSICAL THERAPY AND DEALT WITH BACK PAIN.FEELS THAT ALL TRIGGERED EVERYTHING. *** CONFIRMED TREATING PROVIDERS: DR CIBULKA IS HER PCP THAT SHE'S HAD FOR 15 YEARS (LOV WAS LAST WEEK); DR HENDRICKS IS AFFILIATED WITH MAYO CLINIC - SHE IS THE PA TO HER CARDIOLOGIST. THE CARDIOLOGIST IS DR SRIVATHSAN; KARI MARTIN IS THE PSYCHIATRIST AT MAYO; DR TASHMAN IS THE SLEEP SPECIALIST AT THE MAYO CLINIC; HER PC AT MAYO DR GRETCHEN ANDERSON. SHE HAS DOCTORS THAT SHE HAS NOT SEEN YET - SHE HAS A CONSULT THIS MONTH WITH LINDSAY STULL ON 9/17 OTORHINOLARYNGLOLGY; APT W/ DR SIMEON ON 10/28 W/ NEUROLOGY; 11/6/2019 DR ROUST ENDOCRINOLOGY; DR CAMORIAN, HEMATOLOGY IB 11/13, ; DR SNEIDER ON 11/14 IS GI; ***ALL OF THESE PROVIDERS ARE WITH THE MAYO CLINIC*** NEXT WEEK WILL SEE HEMATOLOGIST DAVID CHOPH: 623-238-7610 ON 9/18. **** HER PCP DR CIBULKA AND DR CHO THE HEMATOLOGIST ARE THE ONLY PROVIDERS OUTSIDE OF THE MAYO CLINIC. *** ASKED WHAT SHE IS DOING DAY TO DAY - SHE IS MAKING JEWELRY HAS A HOBBY. SELLS SOME HERE AND THERE. HER PCP RECOMMENDS THAT SHE DOESN'T WORK AT ALL AS STRESS PUTS HER OVER THE EDGE. SHE WANTED TO DO SOME FREELANCE WORK, BUT SHE CAN'T HANDLE IT. SHE TRIES TO NAP DURING THE DAY, BUT CAN'T DO THAT. CAN'T READ AS SHE CAN'T FOCUS. TRYING TO MEDIATE EVERYDAY. TRIESTO GO FOR A WALK EVERYDAY. *** SHE HAS A SON WHO IS 20 AND HE HELPS WITH HER. HER BF LIVES W/ HER AS WELL. HER DOGS HAVE BEEN THERE WITH HER. WHAT IS THE RTW GOAL - SHE HAS A BROKER'S LICENSE THAT SHE RENEWED, AND THOUGHT ABOUT BUSINESS ON HER OWN, BUT CAN'T DO RESEARCH WITH THAT RIGHT NOW. SHE DID LOVE HER JOB AND WOULD LIKE TO DO SOMETHING WITH REAL ESTATE, SHE KNOWS THAT. DCM EXPLAINED THE NEXT STEPS FOR ASSESSING A CLAIM FOR LTD - ANSWERED QUESTIONS. C/E

**09/13/2019 2:08 PM - CLAIM Note 3**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : ELIGIBILITY REVIEW
Text: [09/13/2019 - PELLETIER, BRANDY]EDOC: 9/14/2016 (IF THE COVERED PERSON IS EMPLOYED BY THE SPONSOR ON THE POLICY EFFECTIVE DATE - 12 MONTHS OF CONTINUOUS, ACTIVE EMPLOYMENT); ELIGIBLE FOR LTD CLASS 1: FULL-TIME SALARIED EMPLOYEES; ELIGIBLE FOR 60.00%OF BASIC MONTHLY EARNINGS

**09/12/2019 10:13 AM - CLAIM Note 2**
Claim/Event/Leave: 9303113
NoteSubject : Other
Other Subject : CLM ASSIGNED

**Lincoln/Marcus 0071**

Text: [09/12/2019 - CRAM, BRIAN]CLAIM ASSIGNED TO DCM PELLETIER.

**09/12/2019 2:27 AM - CLAIM Note 1**
Claim/Event/Leave: 9303113
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/11/2019 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**Lincoln/Marcus 0072**

**Note Report**

| Report | Clear | Print | Help |

AS Accom   AS Event   Add Note   Appeal   Claim   Coord Claim Note   Correspond   Doc List   Employee   Leave   Life Claim   Lve Addtl Info

Lve Correspondence   Lve Program   Lve Work Sched   Medical   Medical History   Note   SPELL Letters   Scheduled Pmt   Task Print   Task Rpt

Tasks

Claim

\* **Claim/Event/Leave Number** 6209923    **Accommodation Number**

**Note type:**

Primary Sort Order

Note Type

Note Number

● Note Date/Time

Accm. No.

Sec

●

---

**09/16/2019 1:18 PM - NOTIFICATION Note 1**
Claim/Event/Leave: 6209923
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name            : Lincoln Financial Group: Claim 6209923. Your approved through date has been changed from 09/10/2019 to 10/16/2019.
**TEXT Life Cycle**
Sent ON: 09/16/2019 01:18 PM EST
Current Status: DELIVERED
Delivered ON: 09/16/2019 01:18 PM EST

**09/16/2019 1:16 PM - CLAIM Note 51**
Claim/Event/Leave: 6209923
NoteSubject : Extended Benefits
Other Subject : THRU 10/16
Text: [09/16/2019 - RAITT, MELISSA]EE IS A 47 YOF REGIONAL MANAGER RESPONSIBLE FOR TRAVELING AND FLYING, CLASSIFIED AS A LIGHT OCCUPATION. LDW 5/3, DOD 5/4. EE MENTIONED SHE HAS BEEN EXPERIENCING ELEVATED HEART RATE, SWEATING AND FATIGUE DUE TO TACHYCARDIAAND ATRIAL FIBRULATION. RECEIVED MEDICAL RECORDS FROM DR CIBULKA FROM 2/6, 2/11, 2/20 AND 5/16 CITING THE EE HAS BEEN EXTREMELY STRESSED AND WAS REFERRED TO A NUEROLOGIST FOR EVAL ON 3/8/19. EE WAS INITIALLY HAVING VASOVAGAL EPISODES CHRONICALLY WHICH CONTRIBUTED TO HER FATIGUE. ADDITIONALLY EE WAS EXPERIENCING BACK PAIN FROM A HERNIATED DISC, JOINT PAIN DUE TO AN MVA AND CHRONIC FATIGUE AND AFIB. AP CIBULKA SUGGESTED THE EE UNDERGO AN ABLATION. MEDICAL RECORDS FROM DR SRIVATHSAN DATED 5/5 INDICATE THE EE HAS BEEN HAVING CONSISTENT AFIB SINCE AUGUST 2018 AND HAS BEEN TAKING FELCAINIDE AND SWITCHED TO PROPAFENONE BECAUSE 'IT DID NOT HELP'.. CLAIM WAS INITIALLY SUPPORTED THROUGH 7/25. AFTER AN ONGOING MEDICAL REVIEW, 7/18 OVN FROM DR. MARTIN(PSYCHOLOGY) INDICATES THE EE IS TEARFUL, DEPRESSED WITH SEVERE ANXIETY AND DEPRESSION.. EE IS UNABLE TO CONTROL HER WORRYING OR IRRITABILITY. SHE HAS BEEN USING CANNABIS AND ZOLOFT AND REFERRED FOR BIOFEEDBACK AND COGNITIVE BEHAVIORAL THERAPY. AT THIS TIME LESS THAN SEDENTARY R&LS CONTINUE TO REMAIN SUPPORTED THROUGH 9/10. ****BASED ON UPDATE EE STILL SEEING MULTIPLE SPECIALISTS AND NO ERTW AT THIS TIME, ADCM WILL BE SUPPORTING THRU MBS AND REQUESTING ALL UPDATED MEDS FROM ALL AP

**09/16/2019 1:15 PM - CLAIM Note 50**
Claim/Event/Leave: 6209923
NoteSubject : Status Report
Other Subject :
Text: CLAIM EXTENDED THRU 10/16 UNK ERTW

**09/16/2019 1:14 PM - PHONE Note 11**
Claim/Event/Leave: 6209923
NoteSubject : Called ER
Other Subject : UPDATE
Text: [09/16/2019 - RAITT, MELISSA]EE STATED NO DX YET, EE STATED SPOKE TO AP LAST WEEK, GETTING SECOND OPINIONS, HAS APT THIS WEEK WITH FU FOR MAS SIN NECK TO SEE IF CAN BE REMOVED, EE STATED ALSO HAS APT THIS WEEK WITH HEMATOLOGY FOR ANEMIA, EE MAY NEEDINFUSION / ADCM ADVISED OK TO EMAIL / EE GAVE ADCM ALL UPDATED AP INFO, EE WILL BE EXTENDING AS EE IS CONTINUING TREATMENT WITH NEW SPECILISTS THRU MAX STD THANKED AND EC

**09/12/2019 10:14 AM - CLAIM Note 49**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : CLM REASSIGNED
Text: [09/12/2019 - CRAM, BRIAN]CLAIM REASSIGNED TO DCM RAITT.

**Lincoln/Marcus 0073**

**09/09/2019 11:51 AM - CLAIM Note 48**
Claim/Event/Leave: 6209923
NoteSubject : Escalation
Other Subject : TO LTD
Text: [09/09/2019 - YOUNG, JUSTINE]CLAIM REASSIGNED TO LTD DCM K. PORTER

**09/06/2019 10:18 AM - DOCUMENT Note 4**
Claim/Event/Leave: 6209923
NoteSubject : eSignature
Other Subject : Document Signed

**09/06/2019 7:52 AM - DOCUMENT Note 3**
Claim/Event/Leave: 6209923
NoteSubject : eSignature
Other Subject : Document Requested

**09/06/2019 7:46 AM - CLAIM Note 47**
Claim/Event/Leave: 6209923
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [09/06/2019 - RAITT, MELISSA]EE IS A 47 YOF REGIONAL MANAGER RESPONSIBLE FOR TRAVELING AND FLYING, CLASSIFIED AS A LIGHT OCCUPATION. LDW 5/3, DOD 5/4. APPROVED THRU 9/10, MAX BEN 10/16. EE MENTIONED SHE HAS BEEN EXPERIENCING ELEVATED HEART RATE, SWEATING AND FATIGUE DUE TO TACHYCARDIAAND ATRIAL FIBRULATION. RECEIVED MEDICAL RECORDS FROM DR CIBULKA FROM 2/6, 2/11, 2/20 AND 5/16 CITING THE EE HAS BEEN EXTREMELY STRESSED AND WAS REFERRED TO A NUEROLOGIST FOR EVAL ON 3/8/19. EE WAS INITIALLY HAVINGVASOVAGAL EPISODES CHRONICALLY WHICH CONTRIBUTED TO HER FATIGUE. ADDITIONALLY EE WAS EXPERIENCING BACK PAIN FROM A HERNIATED DISC, JOINT PAIN DUE TO AN MVA AND CHRONIC FATIGUE AND AFIB. AP CIBULKA SUGGESTED THE EE UNDERGO AN ABLATION. MEDICAL RECORDSFROM DR SRIVATHSAN DATED 5/5 INDICATE THE EE HAS BEEN HAVING CONSISTENT AFIB SINCE AUGUST 2018 AND HAS BEEN TAKING FELCAINIDE AND SWITCHED TO PROPAFENONE BECAUSE 'IT DID NOT HELP'.. CLAIM WAS INITIALLY SUPPORTED THROUGH 7/25. AFTER AN ONGOING MEDICAL REVIEW, 7/18 OVN FROM DR. MARTIN(PSYCHOLOGY) INDICATES THE EE IS TEARFUL, DEPRESSED WITH SEVERE ANXIETY AND DEPRESSION.. EE IS UNABLE TO CONTROL HER WORRYING OR IRRITABILITY. SHE HAS BEEN USING CANNABIS AND ZOLOFT AND REFERRED FOR BIOFEEDBACK AND COGNITIVE BEHAVIORAL THERAPY. AT THIS TIME LESS THAN SEDENTARY R&LS CONTINUE TO REMAIN SUPPORTED THROUGH 9/10. ADDITIONAL CLAIMANT ALSO MENTIONED SHE WAS TERMINATED FROM BALFOUR BEATTY AS OF 6/2.ACTION PLAN AT THIS TIME IS TO FOLLOW UP TO DETERMINE ONGOING TX PLANS.

**08/29/2019 9:10 AM - CLAIM Note 46**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [08/29/2019 - BECKETT, JOHN]RECEIVED EMAIL FROM ER INDICATING THE EE DID NOT FILE FOR WORKER'S COMPENSATION CLAIM...SEE DOC LIST

**08/27/2019 2:42 PM - CLAIM Note 45**
Claim/Event/Leave: 6209923
NoteSubject : LTR to EE
Other Subject :
Text: [08/27/2019 - BECKETT, JOHN]MAILED SUBRO FORMS TO EE..SEE DOC LIST

**08/27/2019 2:29 PM - CLAIM Note 44**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : EMAIL TO ER
Text: [08/27/2019 - BECKETT, JOHN]SENT EMAIL TO ER TO CONFIRM THE EE DID NOT FILE FOR WC...SEE DOC LIST

**08/21/2019 10:34 AM - CLAIM Note 43**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : DEFER ESCALATION
Text: [08/21/2019 - YOUNG, JUSTINE]DEFER ESCALATION TO INVESTIGATE WC AND MVA

**08/20/2019 3:28 PM - CLAIM Note 42**
Claim/Event/Leave: 6209923
NoteSubject : LTR to EE
Other Subject :
Text: [08/20/2019 - BECKETT, JOHN]SENT LETTER TO EE WITH LTD PAPERWORK... SEE DOC LIST

**08/20/2019 3:22 PM - CLAIM Note 41**
Claim/Event/Leave: 6209923
NoteSubject : Escalation
Other Subject : TO LTD
Text: [08/20/2019 - BECKETT, JOHN]EE IS A 47 YOF REGIONAL MANAGER RESPONSIBLE FOR TRAVELING AND FLYING, CLASSIFIED AS A LIGHT OCCUPATION. LDW 5/3, DOD 5/4. APPROVED THRU 9/10, MAX BEN 10/16. EE MENTIONED SHE HAS BEEN EXPERIENCING ELEVATED HEART RATE, SWEATING AND FATIGUE DUE TO TACHYCARDIAAND ATRIAL FIBRULATION.

**Lincoln/Marcus 0074**

RECEIVED MEDICAL RECORDS FROM DR CIBULKA FROM 2/6, 2/11, 2/20 AND 5/16 CITING THE EE HAS BEEN EXTREMELY STRESSED AND WAS REFERRED TO A NUEROLOGIST FOR EVAL ON 3/8/19. EE WAS INITIALLY HAVINGVASOVAGAL EPISODES CHRONICALLY WHICH CONTRIBUTED TO HER FATIGUE. ADDITIONALLY EE WAS EXPERIENCING BACK PAIN FROM A HERNIATED DISC, JOINT PAIN DUE TO AN MVA AND CHRONIC FATIGUE AND AFIB. AP CIBULKA SUGGESTED THE EE UNDERGO AN ABLATION. MEDICAL RECORDSFROM DR SRIVATHSAN DATED 5/5 INDICATE THE EE HAS BEEN HAVING CONSISTENT AFIB SINCE AUGUST 2018 AND HAS BEEN TAKING FELCAINIDE AND SWITCHED TO PROPAFENONE BECAUSE 'IT DID NOT HELP'.. CLAIM WAS INITIALLY SUPPORTED THROUGH 7/25. AFTER AN ONGOING MEDICAL REVIEW, 7/18 OVN FROM DR. MARTIN(PSYCHOLOGY) INDICATES THE EE IS TEARFUL, DEPRESSED WITH SEVERE ANXIETY AND DEPRESSION.. EE IS UNABLE TO CONTROL HER WORRYING OR IRRITABILITY. SHE HAS BEEN USING CANNABIS AND ZOLOFT AND REFERRED FOR BIOFEEDBACK AND COGNITIVE BEHAVIORAL THERAPY. AT THIS TIME LESS THAN SEDENTARY R&LS CONTINUE TO REMAIN SUPPORTED THROUGH 9/10. ADDITIONAL CLAIMANT ALSO MENTIONED SHE WAS TERMINATED FROM BALFOUR BEATTY AS OF 6/2.ACTION PLAN AT THIS TIME IS TO FOLLOW UP ON 9/5 AFTER EE'S DIAGNOSTIC TEST TO DETERMINE ONGOING TX PLANS.

**08/19/2019 8:12 AM - CLAIM Note 40**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject :
Text: [08/19/2019 - BECKETT, JOHN]SENT EMAIL TO EE TO ADVISE OF EXTENSION..SEE DOC LIST

**08/19/2019 8:09 AM - CLAIM Note 39**
Claim/Event/Leave: 6209923
NoteSubject : Action Plan
Other Subject :
Text: [08/19/2019 - BECKETT, JOHN]FOLLOW UP WITH EE AFTER 9/3 DIAGNOSTIC TEST TO DETERMINE ONGOING TX PLANS

**08/19/2019 8:08 AM - CLAIM Note 38**
Claim/Event/Leave: 6209923
NoteSubject : Status Report
Other Subject :
Text: REASONABLE TO EXTEND BENEFITS THROUGH 9/10

**08/19/2019 8:07 AM - CLAIM Note 37**
Claim/Event/Leave: 6209923
NoteSubject : Extended Benefits
Other Subject : THRU 9/10
Text: [08/19/2019 - BECKETT, JOHN]EE IS A 47 YOF REGIONAL MANAGER RESPONSIBLE FOR TRAVELING AND FLYING, CLASSIFIED AS A LIGHT OCCUPATION. LDW 5/3, DOD 5/4. EE MENTIONED SHE HAS BEEN EXPERIENCING ELEVATED HEART RATE, SWEATING AND FATIGUE DUE TO TACHYCARDIAAND ATRIAL FIBRULATION. RECEIVED MEDICAL RECORDS FROM DR CIBULKA FROM 2/6, 2/11, 2/20 AND 5/16 CITING THE EE HAS BEEN EXTREMELY STRESSED AND WAS REFERRED TO A NUEROLOGIST FOR EVAL ON 3/8/19. EE WAS INITIALLY HAVING VASOVAGAL EPISODES CHRONICALLY WHICH CONTRIBUTED TO HER FATIGUE. ADDITIONALLY EE WAS EXPERIENCING BACK PAIN FROM A HERNIATED DISC, JOINT PAIN DUE TO AN MVA AND CHRONIC FATIGUE AND AFIB. AP CIBULKA SUGGESTED THE EE UNDERGO AN ABLATION. MEDICAL RECORDS FROM DR SRIVATHSAN DATED 5/5 INDICATE THE EE HAS BEEN HAVING CONSISTENT AFIB SINCE AUGUST 2018 AND HAS BEEN TAKING FELCAINIDE AND SWITCHED TO PROPAFENONE BECAUSE 'IT DID NOT HELP'.. CLAIM WAS INITIALLY SUPPORTED THROUGH 7/25. AFTER AN ONGOING MEDICAL REVIEW, 7/18 OVN FROM DR. MARTIN(PSYCHOLOGY) INDICATES THE EE IS TEARFUL, DEPRESSED WITH SEVERE ANXIETY AND DEPRESSION.. EE IS UNABLE TO CONTROL HER WORRYING OR IRRITABILITY. SHE HAS BEEN USING CANNABIS AND ZOLOFT AND REFERRED FOR BIOFEEDBACK AND COGNITIVE BEHAVIORAL THERAPY. AT THIS TIME LESS THAN SEDENTARY R&LS CONTINUE TO REMAIN SUPPORTED THROUGH 9/10.

**08/18/2019 11:56 AM - MDS Note**
Claim/Leave: 6209923
Episode #: 2
Nurse Name: BEATY, ELIZABETH
Service #: 16814348
Service Date: 08/18/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, JOHN, BECKETT
Note Type: INFORMATION OBTAINED DESC
Text: SEE NURSE MEMORANDUM IN DOC LIST.

**08/13/2019 6:46 PM - CLAIM Note 36**
Claim/Event/Leave: 6209923
NoteSubject : Ref to Managed Care
Other Subject : LEVEL 2
Text: [08/13/2019 - BECKETT, JOHN]RECEIVED OVNS FROM SUSAN HENDRICKS, KARI MARTIN, DR. SRIVATHSAN AND TASHMAN (NO RECORDS ON FILE FOR TIMEFRAME REQUESTED). EE HAS SEVERAL CARDIAC AND PULMONARY ISSUES IN ADDITIONAL TO SEVERE ANXIETY AND DEPRESSION. AFTER AMEDICAL REVIEW THE CLAIM WAS INITIALLY SUPPORTED THROUGH 7/25. BASED ON THE UPDATED MEDICAL ON FILE INDICATING SEVERAL REFERRALS, MEDICATION ADJUSTMENTS ETC ARE RESTRICTIONS AND LIMITATIONS SUPPORTED THROUGH THE 8/14 FOLLOW UP WITH DR. ANDERSON OR THE 9/3 F/U WUTH RADIOLOGY OR PSYCHIATRY?

**08/13/2019 6:41 PM - CLAIM Note 35**
Claim/Event/Leave: 6209923

**Lincoln/Marcus 0075**

Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject : MARTIN
Text: [08/13/2019 - BECKETT, JOHN]RECEIVED 7/18 OVN FROM DR. MARTIN INDICATING THE EE HAS SEVERE ANXIETY AND DEPRESSION WITH SEVERAL ADDITIONAL MEDICAL ISSUES...SEE DOC LIST

**08/13/2019 6:36 PM - CLAIM Note 34**
Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject :
Text: [08/13/2019 - BECKETT, JOHN]RECEIVED MEDICAL REQUEST FROM DR. TASHMAN INDICATING THE EE WAS NOT SEEN FROM JULY 1,2019 THROUGH THE PRESENT DATE..SEE DOC LIST

**08/07/2019 4:28 PM - PHONE Note 10**
Claim/Event/Leave: 6209923
NoteSubject : Called AP
Other Subject : TASHMAN
Text: [08/07/2019 - BECKETT, JOHN]CALLED AP TASHMAN'S CLINIC AND CONFIRMED THE FAX NUMBER IS 4803421012. FAXED SUBSEQUENT REQUEST TO PROVIDER...SEE DOC LIST

**08/07/2019 4:26 PM - CLAIM Note 33**
Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject :
Text: [08/07/2019 - BECKETT, JOHN]RECEIVED REQUEST BACK FROM DR. TASHMAN. REQUEST COULD NOT BE DELIVERED...SEE DOC LIST

**08/02/2019 7:35 AM - CLAIM Note 32**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [08/02/2019 - BECKETT, JOHN]RECEIVED EMAIL FROM EE ASKING HOW SHE CAN HELP EXPEDITE HER CLAIM PROCESSING...SEE DOC LIST

**08/01/2019 12:27 PM - CLAIM Note 31**
Claim/Event/Leave: 6209923
NoteSubject : LTR to AP
Other Subject :
Text: [08/01/2019 - BECKETT, JOHN]FAXED SUB REQUEST TO AP MARTIN...SEE DOC LIST

**08/01/2019 12:26 PM - PHONE Note 9**
Claim/Event/Leave: 6209923
NoteSubject : Called AP
Other Subject : DAY 7- MARTIN
Text: [08/01/2019 - BECKETT, JOHN]CALLED AP MARTIN'S CLINIC TO RECEIPT OF MY MEDICAL RECORDS REQUEST. SPOKE WITH ANGELA WHO ADVISED THE REQUEST WAS NOT RECEIVED AND SUGGESTED I RE-FAX A REQUEST TO 4803016258. THANKED. CALL ENDED

**08/01/2019 12:17 PM - CLAIM Note 30**
Claim/Event/Leave: 6209923
NoteSubject : LTR to AP
Other Subject :
Text: [08/01/2019 - BECKETT, JOHN]FAXED SUBSEQUENT MEDICAL REQUEST TO AP TASHMAN..SEE DOC LIST

**08/01/2019 12:16 PM - PHONE Note 8**
Claim/Event/Leave: 6209923
NoteSubject : Called AP
Other Subject : DAY 7- TASHMAN
Text: [08/01/2019 - BECKETT, JOHN]CALLED AP TASHMAN'S CLINIC TO CONFIRM RECEIPT OF MY MEDICAL RECORDS REQUEST. CONFIRMED THE REQUEST WAS NOT RECEIVED. WILL NEED TO FAX 4803017282. THANKED. CALL ENDED

**08/01/2019 12:14 PM - PHONE Note 7**
Claim/Event/Leave: 6209923
NoteSubject : Called AP
Other Subject : DAY 7- CIBULKA
Text: [08/01/2019 - BECKETT, JOHN]CALLED AP CIBULKA TO CONFIRM RECEIPT OF MY MEDICAL RECORD REQUEST. SPOKE WITH SILVIA WHO ADVISED THE REQUEST WAS RECEIVED ON 7/25 AND IS CURRENTLY IN PROCESS. THANKED. CALL ENDED

**08/01/2019 6:52 AM - CLAIM Note 29**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [08/01/2019 - BECKETT, JOHN]RECEIVED EMAIL FROM EE LOOKING FOR A STATUS UPDATE...SEE DOC LIST

**Lincoln/Marcus 0076**

**07/29/2019 7:57 AM - CLAIM Note 28**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject :
Text: [07/29/2019 - BECKETT, JOHN]CLAIM TO REMAIN ON N/P FOR ADDITIONAL MED FROM VARIOUS OTHER PROVIDERS.

**07/29/2019 7:56 AM - CLAIM Note 27**
Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject : SRIVATHSAN
Text: [07/29/2019 - BECKETT, JOHN]RECEIVED 7/8 OVN FROM DR. SRIVATHSAN/ SUSAN HENDRICK CITING THE EE
COMPLAINS OF HEART PALPITATIONS AND FAST HEART RATES HOWEVER THE ECG SHOWED SINUS RHYTHM WITH A
NORMAL RATE. EE CONTINUES ON ELIQUIS. EE WAS REFERRED FOR ASNIFF TEST, CT CHEST, PFT, ECHO AND HOLTER
MONITOR. ..SEE DOC LIST

**07/26/2019 10:27 AM - DOCUMENT Note 2**
Claim/Event/Leave: 6209923
NoteSubject : eSignature
Other Subject : Document Signed

**07/26/2019 6:55 AM - DOCUMENT Note 1**
Claim/Event/Leave: 6209923
NoteSubject : eSignature
Other Subject : Document Requested

**07/26/2019 6:55 AM - CLAIM Note 26**
Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject : MARTIN
Text: [07/26/2019 - BECKETT, JOHN]RECEIVED MEDICAL REQUEST BACK FROM DR. MARTIN DUE TO NO AUTH...SEE DOC
LIST

**07/25/2019 7:27 AM - CLAIM Note 25**
Claim/Event/Leave: 6209923
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [07/25/2019 - BECKETT, JOHN] CONTACTED DR. CIBULKA, DR. MARTIN, DR. HENDRICKS, DR. TASHMAN, AND DR.
SRIVATHSAN FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**07/25/2019 7:24 AM - CLAIM Note 24**
Claim/Event/Leave: 6209923
NoteSubject : Status Report
Other Subject :
Text: PLACING CLAIM ON NOTICE AND PROOF FOR MEDICAL DUE 9/8

**07/25/2019 7:24 AM - CLAIM Note 23**
Claim/Event/Leave: 6209923
NoteSubject : Notice/Proof Review
Other Subject :
Text: [07/25/2019 - BECKETT, JOHN]PLACING CLAIM ON NOTICE AND PROOF FOR MEDICAL FROM DR. CIBULKA, HENDRICK,
SRIVATHSAN, MARTIN AND TASHMAN. DAY 7 8/1, DAY 21 8/14, DAY 46 9/8

**07/25/2019 7:22 AM - CLAIM Note 22**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [07/25/2019 - BECKETT, JOHN]RECV'D EMAIL FROM EE CONFIRMED THE PHYSICIANS SHE HAS CURRENTLY TREATED
WITH...SEE DOC LIST

**07/24/2019 6:48 AM - CLAIM Note 21**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : EMAIL FROM EE
Text: [07/24/2019 - BECKETT, JOHN]RECEIVED EMAIL FROM EE INDICATING SHE HAS SEEN SEVERAL AP'S OVER THE LAST
FEW MONTHS AND IS SCHEDULED FOR A CARDIAC REVIEW ON 8/7, EVAL WITH PC ON 8/14, RADIOLOGY TESTING ON 9/3,
OVN WITH PSYCHIATRY ON 9/3 AND HEMATOLOGY APT ON 11/13..SEE DOC LIST

**07/23/2019 9:24 AM - CLAIM Note 20**
Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject : RTW SLIP
Text: [07/23/2019 - BECKETT, JOHN]RECEIVED RTW SLIP FROM DR. CIBULKA CLEARING THE EE TO RETURN TO WORK ON
8/23...SEE DOC LIST

**Lincoln/Marcus 0077**

**07/22/2019 1:04 PM - PHONE Note 6**
Claim/Event/Leave: 6209923
NoteSubject : EE Called
Other Subject :
Text: [07/22/2019 - BECKETT, JOHN]EE LEFT A VOICEMAIL YESTERDAY ON 7/19 TO FOLLOW UP ON HER CLAIM** CALLED EE BACK. EE ADVISED SHE UNDERWENT A SECOND ABLATION ON 6/19 AND WILL NOT KNOW THE RESULTS FOR ANOTHER MONTH. EE WAS ALSO TERMINATED FROM BALFOUR BEATTY ON 6/2.. EE HAS BEEN WRITTEN OUT OF WORK THROUGH 8/23 BY FRANK CIBULKA. EE ADVISED SHE IS CURRENTLY BEING SEEN BY DR. CIBULKA AND A CLINICAL TEAM AT MAYO CLINIC. EE MENTIONED SHE WOULD EMAIL ME THE NAMES AND OVN DATES SO WE HAVE IT IN OUR RECORDS.THANKED. CALL ENDED

**07/19/2019 12:56 PM - PHONE Note 5**
Claim/Event/Leave: 6209923
NoteSubject : Called EE
Other Subject :
Text: [07/19/2019 - BECKETT, JOHN]CALLED EE TO CONFIRM RTW AND TX PLANS. EE DID NOT ANSWER. LEFT MESSAGE FOR RTC.

**07/02/2019 4:29 PM - CLAIM Note 19**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : VNDR PMT
Text: [07/02/2019 - THEOFRASTOU, ELIZABETH]INV REC'D 6/20/19, FROM IOD/CIOX, INVOICE #51663759, IN THE AMT OF $21.80 FOR MEDICAL RECORDS FROM MAYO CLINIC. INV PAID

**06/28/2019 11:22 AM - PHONE Note 4**
Claim/Event/Leave: 6209923
NoteSubject : Called EE
Other Subject :
Text: [06/28/2019 - BECKETT, JOHN]CALLED EE FOR 30 DAY F/U. LEFT MESSAGE FOR RTC.

**06/20/2019 8:07 AM - CLAIM Note 18**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject :
Text: [06/20/2019 - BECKETT, JOHN]RECEIVED INVOICE IN THE AMOUNT OF $21.80...FORWARDED TO JAMES BEST FOR PAYMENT

**06/10/2019 7:16 AM - CLAIM Note 17**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject :
Text: [06/10/2019 - BECKETT, JOHN]RECEIVED INVOICE IN THE AMOUNT OF 21.80. FORWARDED TO JAMES BEST FOR PAYMENT

**05/30/2019 12:45 PM - CLAIM Note 16**
Claim/Event/Leave: 6209923
NoteSubject : Action Plan
Other Subject :
Text: [05/30/2019 - BECKETT, JOHN]CONTINUE WITH 30 DAY FOLLOW UPS.

**05/30/2019 12:44 PM - CLAIM Note 15**
Claim/Event/Leave: 6209923
NoteSubject : Status Report
Other Subject :
Text: REASONABLE TO APPROVE BENEFITS THROUGH 7/25/2019

**05/30/2019 12:44 PM - CLAIM Note 14**
Claim/Event/Leave: 6209923
NoteSubject : Approved
Other Subject : THRU 7/25
Text: [05/30/2019 - BECKETT, JOHN]EE IS A 47 YOF REGIONAL MANAGER RESPONSIBLE FOR TRAVELING AND FLYING, CLASSIFIED AS A LIGHT OCCUPATION. LDW 5/3, DOD 5/4. EE MENTIONED SHE HAS BEEN EXPERIENCING ELEVATED HEART RATE, SWEATING AND FATIGUE DUE TO TACHYCARDIAAND ATRIAL FIBRULATION. RECEIVED MEDICAL RECORDS FROM DR CIBULKA FROM 2/6, 2/11, 2/20 AND 5/16 CITING THE EE HAS BEEN EXTREMELY STRESSED AND WAS REFERRED TO A NUEROLOGIST FOR EVAL ON 3/8/19. EE WAS INITIALLY HAVING VASOVAGAL EPISODES CHRONICALLY WHICH CONTRIBUTED TO HER FATIGUE. ADDITIONALLY EE WAS EXPERIENCING BACK PAIN FROM A HERNIATED DISC JOINT PAIN DUE TO AN MVA AND CHRONIC FATIGUE AND AFIB. AP CIBULKA SUGGESTED THE EE UNDERGO AN ABLATION. MEDICAL RECORDS FROM DR SRIVATHSAN DATED 5/5 INDICATE THE EE HAS BEEN HAVING CONSISTENT AFIB SINCE AUGUST 2018 AND HAS BEEN TAKING FELCAINIDE AND SWITCHED TO PROPAFENONE BECAUSE 'IT DID NOT HELP'. EE ALSO RESUMED ELIQUIS FOR HISTORY OF PE.AP SUGGESTED EE REPEAT AF ABLATION WITH HIGH DENSITY MAPPING.AFTER REVIEW OF THE MEDICAL INFORMATION ON FILE, EE HAS BEEN EXPERIENCING PERSISTENT HEART RATE BETWEEN 140 AND 200 BPM. EE CONTINUES TO HAVE SEVERE CARDIAC ABNORMALITIES WITH SEVERE FATIGUE AND HER CARDIAC ABLATION IS SCHEDULED FOR 7/12/2019, AT THIS TIME, R&LS ARE SUPPORTED THROUGH HER FOLLOW UP APT AFTER THE COMPLETION OF THE ABLATION. REASONABLE TO APPROVE CLAIM THROUGH 7/25 (2 WEEKS POST ABLATION) TO ALLOW

**Lincoln/Marcus 0078**

COMPLETION OF THE ABLATION. REASONABLE TO APPROVE CLAIM THROUGH 7/26 (2 WEEKS POST ABLATION) TO ALLOW FOR ADEQUATE TREATMENT AND A FOLLOW UP WITH HER PHYSICIAN AFTER THE ABLATION

**05/29/2019 2:55 PM - MDS Note**
Claim/Leave: 6209923
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16768440
Service Date: 05/29/2019
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, JOHN, BECKETT
Note Type: ACTION PLAN DESCRIPTION
Text: REMOVE FROM ASSIGNMENT.

**05/29/2019 2:55 PM - MDS Note**
Claim/Leave: 6209923
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16768440
Service Date: 05/29/2019
Activity: SUMMARY, FINAL CASE SUMMARY
Contact Information: CLAIMS, JOHN, BECKETT
Note Type: INFORMATION OBTAINED DESC
Text: BASED ON HER ONGOING IRREGULAR RAPID HEARTBEAT WITH SYNCOPE AND ONGOING FATIGUE IT IS REASONABLE TO SUPPORT R&LS OF LESS THAN SEDENTARY CAPACITY FROM 5/4/19 AT LEAST THROUGH F/U AFTER COMPLETION OF THE ABLATION CURRENTLY SCHEDULED FOR 7/12/19. RECOMMENDCCM CONFIRM WITH EE IF THE DATE OF SURGERY IS CHANGED AND OBTAIN THE F/U AFTER PROCEDURE AND IF ONGOING R&LS ARE UNCLEAR REFER BACK TO THIS NDC FOR ONGOING RECOMMENDATIONS. DISCUSS WITH CCM.

**05/29/2019 2:40 PM - MDS Note**
Claim/Leave: 6209923
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16768410
Service Date: 05/29/2019
Activity: PHONE CONTACT, CLAIMANT
Contact Information: CLAIMANT, LESLIE, MARCUS
Note Type: INFORMATION OBTAINED DESC
Text: NDC PLACED A CALL TO EE. NDC S/W EE WHO CONFIRMED THAT SHE WAS HOSPITALIZED ON 5/5/19 FOR 48 HRS OF OBSERVATION FOR HER MEDICATION INCREASE. NDC INQUIRED ABOUT A POSSIBLE SCHEDULE DATE FOR HER PENDING CARDIAC ABLATION AND PER EE SHE IS CURRENTLY SCHEDULED FOR THE ABLATION ON 7/12/19 BUT IS ON A CANCELATION LIST AS MD WOULD LIKE TO DO THIS SOONER THAN LATER DUE TO THE SEVERITY OF HER SYMPTOMS. PER EE SHE IS VERY FATIGUED AND SOB WITH ANY EXERTION AND IT IS ONLY GETTING WORSE. NDC THANKED HER FOR HER ASSISTANCE AND WISHED HER LUCK WITH HER PENDING PROCEDURE AND ONGOING CARE AND THE CALL WAS ENDED.

**05/29/2019 2:39 PM - MDS Note**
Claim/Leave: 6209923
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16768409
Service Date: 05/29/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, JOHN, BECKETT
Note Type: ACTION PLAN DESCRIPTION
Text: UPGRADE TO CM.

**05/29/2019 2:39 PM - MDS Note**
Claim/Leave: 6209923
Episode #: 1
Nurse Name: O'HARA, CHRISTINE
Service #: 16768409
Service Date: 05/29/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, JOHN, BECKETT
Note Type: INFORMATION OBTAINED DESC
Text: NURSING MEMORANDUM COMPLETED. PLEASE SEE DOC LIST FOR DETAILS.

**05/28/2019 10:41 AM - PHONE Note 3**
Claim/Event/Leave: 6209923
NoteSubject : EE Called
Other Subject :
Text: [05/28/2019 - BECKETT, JOHN]EE CALLED AND WAS EXTREMELY FRUSTRATED SHE HAS NOT BEEN PAID SINCE 5/3. ADVISED WE ARE CURRENTLY WAITING ON THE MEDICAL REVIEW TO BE COMPLETED TO DETERMINE WHETHER OR NOT SHE IS UNABLE TO PERFORM THE DUTIES OF HER JOB. EEDID NOT UNDERSTAND WHY WE WOULD REVIEW THE MEDICAL

**Lincoln/Marcus 0079**

WHEN HER DOCTORS HAVE ALREADY TAKEN HER OUT OF WORK. ADVISED HER DOCTORS CAN TAKE HER OUT OF WORK BUT WE NEED TO DETERMINE IF SHE IS DISABLED. EE HUNG UP. CALL ENDED

**05/28/2019 7:06 AM - CLAIM Note 13**
Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/28/2019 - BECKETT, JOHN]RECIEVED OUT OF WORK NOTE FROM DR. CIBULKA CLEARING THE EE TO REMAIN OUT OF WORK THROUGH 8/23/19...SEE DOC LIST

**05/23/2019 10:48 AM - CLAIM Note 12**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : JD
Text: [05/23/2019 - BECKETT, JOHN]RECEIVED JOB DESCRIPTION FROM ER..SEE DOC LIST

**05/23/2019 10:00 AM - CLAIM Note 11**
Claim/Event/Leave: 6209923
NoteSubject : Ref to Managed Care
Other Subject : LA
Text: [05/23/2019 - BECKETT, JOHN]EE IS A 47 YOF REGIONAL MANAGER RESPONSIBLE FOR TRAVELING AND FLYING, CLASSIFIED AS A LIGHT OCCUPATION. LDW 5/3, DOD 5/4. EE MENTIONED SHE HAS BEEN EXPERIENCING ELEVATED HEART RATE, SWEATING AND FATIGUE DUE TO TACHYCARDIAAND ATRIAL FIBRULATION. RECEIVED MEDICAL RECORDS FROM DR CIBULKA FROM 2/6, 2/11, 2/20 AND 5/16 CITING THE EE HAS BEEN EXTREMELY STRESSED AND WAS REFERRED TO A NUEROLOGIST FOR EVAL ON 3/8/19. EE WAS INITIALLY HAVING VASOVAGAL EPISODES CHRONICALLY WHICH CONTRIBUTED TO HER FATIGUE. ADDITIONALLY EE WAS EXPERIENCING BACK PAIN FROM A HERNIATED DISC JOINT PAIN DUE TO AN MVA AND CHRONIC FATIGUE AND AFIB. AP CIBULKA SUGGESTED THE EE UNDERGO AN ABLATION. MEDICAL RECORDS FROM DR SRIVATHSAN DATED 5/5 INDICATE THE EE HAS BEEN HAVING CONSISTENT AFIB SINCE AUGUST 2018 AND HAS BEEN TAKING FELCAINIDE AND SWITCHED TO PROPAFENONE BECAUSE 'IT DID NOT HELP'. EE ALSO RESUMED ELIQUIS FOR HISTORY OF PE.AP SUGGESTED EE REPEAT AF ABLATION WITH HIGH DENSITY MAPPING.AT THIS TIME I AM NOT SURE IF THE NEW ABLATION WAS COMPLETED. BASED ON THE MEDICAL INFORMATION ON FILE ARE RESTRICTIONS AND LIMITATIONS SUPPORTED? RECOMMEND AP TO AP CONTACT. EMPLOYER BELIEVES THE EE IS RETURNING TO WORK PRE-MATURELY (SET TO RTW ON6/1) AND WANTS US TO MAKE SURE WE UNDERSTAND WHAT THE EMPLOYEE DOES FOR WORK TO ACCURATELY EVALUATE IF R&LS CAN BE SUPPORTED (REQUESTED JOB DESCRIPTION TODAY TO REVIEW)

**05/23/2019 9:21 AM - CLAIM Note 10**
Claim/Event/Leave: 6209923
NoteSubject : Reopen
Other Subject :
Text: [05/23/2019 - BECKETT, JOHN]REOPENING CLAIM SUCCESSIVE. EE HAS A HISTORY OF AFIB AND FILED A NEW CLAIM WITHIN THE 14 DAY SUCCESSIVE PERIOD. LDW 5/3 AS CONFIRMED BY THE ER, DOD 5/4

**04/30/2019 8:49 AM - CLAIM Note 9**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/30/2019 - RENY, SARAH]RECEIVED EMAIL 04/26 FROM ER THAT EE'S DOH IS 05/01/2018 AND SHOULD NOT BE ELIGIBLE FOR BENEFITS ---- PAYMENT HAD ALREADY RELEASED SO UNABLE TO PULL BACK APPROVED THRU DATE. CLOSED CLAIM FOR CONTRACTUAL.[05/23/2019 - RENY, SARAH]**** DISREGARD CLAIM NOTE ****

**04/22/2019 10:25 AM - CLAIM Note 8**
Claim/Event/Leave: 6209923
NoteSubject : Med Records Rcvd
Other Subject : RTW NOTE
Text: [04/22/2019 - RAITT, MELISSA]RCVD RTW NOTE STATING EE IS RELEASED TO RTW ON 04/29 WITH NO RESTRICTIONS

**04/18/2019 10:55 AM - PHONE Note 2**
Claim/Event/Leave: 6209923
NoteSubject : Called EE
Other Subject : ADVISE OF APPROVAL
Text: [04/18/2019 - RAITT, MELISSA]CALLED EE ADVISED OF APPROVAL THRU 5/10, ADVISED EE IF AP RELEASES EE TO RTW SOONER PLEASE REACH OUT TO ADCM, EE THANKED DCM AND EC

**04/17/2019 12:30 PM - CLAIM Note 7**
Claim/Event/Leave: 6209923
NoteSubject : Status Report
Other Subject :
Text: CLAIM APPROVED THROUGH 5/10 UNKNOWN ERTW

**04/17/2019 12:30 PM - CLAIM Note 6**
Claim/Event/Leave: 6209923
NoteSubject : Action Plan
Other Subject :
Text: [04/17/2019 - RAITT, MELISSA]CLAIM IS APPROVED THRU 5/10 FU FOR ONGOING MEDS AND TREATMENT PLAN

**Lincoln/Marcus 0080**

**04/17/2019 12:30 PM - CLAIM Note 5**
Claim/Event/Leave: 6209923
NoteSubject : Approved
Other Subject : THRU 5/10
Text: [04/17/2019 - RAITT, MELISSA]***LDW 4/12 ***DOD 4/13***GAP NA ***BBD 4/20 ***JOB TITLE: REGIONAL MANAGER***DX:
PULMONARY EMBOLISM***BASED ON JOB DEMANDS AND CX OF EE BEING INPATIENT, REASONABLE TO APPROVE CLAIM
THRU 5/10 FU FOR ONGOING MEDS AND TREATMENT PLAN

**04/17/2019 12:30 PM - CLAIM Note 4**
Claim/Event/Leave: 6209923
NoteSubject : Other
Other Subject : PAY
Text: [04/17/2019 - RAITT, MELISSA]BASED ON ELECTRONIC ELG. FILE EE S ANNUAL SALARY REPORTED AS $108243.22 PAID
BW/26=$4163.20

**04/17/2019 12:18 PM - PHONE Note 1**
Claim/Event/Leave: 6209923
NoteSubject : Initial EE Interview
Other Subject : ICP
Text: [04/17/2019 - RAITT, MELISSA]*** LDW: 4/12 *** DOD: 4/13 ***WHEN DID YOU BECOME ILL/SICK/INJURED? ***
DIAGNOSIS/SYMPTOMS: PULMONARY EMBELISMS FROM FLYING FOR WORK / FLEW OUT ON MONDAY GOT SICK ON
WEDNESDAY *** JOB TITLE/DUTIES: REGIONAL MANAGER *** PROVIDERS (SPECIALTY)/PHONE: STILL INPATIENT ***ANY
OTHER PROVIDER: *** HOSPITALIZATION? SCOTTSDALE OSBORNE HOSPITAL 480-882-4000 4/12 STILL *** FOV: 4/12
ADMITTED *** LOV: UNK *** NOV/PROVIDER: UNK ***WHAT ARE YOUR SPECIFIC RESTRICTIONS AND LIMITATIONS : IN
PATIENT *** ERTW (IS ER AWARE OF RTW PLANS?): UNK ***DO YOU HAVE ANY OTHER MEDICAL CONDITIONS (COMORBIDS):
NO *** MEDICATIONS: UNK *** DIAGNOSTIC TESTS/DATES/RESULTS: UNK *** RIGHT/LEFT HANDED: UNK ***SMOKER? :NO ***
ANY OTHER INCOME, STATUTORY BENEFITS? NO *** NORMAL WORK SCHEDULE M-F ***SIGNED AUTH W/AP? NO

**04/16/2019 8:53 AM - POSSINV Note 1**
Claim/Event/Leave: 6209923
NoteSubject : Prior Claim
Other Subject :
Text: [04/16/2019 - BOISVERT, RONDA]PLEASE INVESTIGATE

**04/15/2019 2:51 PM - CLAIM Note 3**
Claim/Event/Leave: 6209923
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS LEAVE HAS BEEN DENIED FOR NO ENTITLEMENT AVAILABLE

**04/15/2019 2:50 PM - CLAIM Note 1**
Claim/Event/Leave: 6209923
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: UNKNWN WORK ADDRESS UNKNWN PHYS INFO UNKNWN ERTWD K.HANCEY

**04/15/2019 2:50 PM - CLAIM Note 2**
Claim/Event/Leave: 6209923
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: PULMONARY EMBELISMS

**Lincoln/Marcus 0081**

**Note Report**

| Report | Clear | Print | Help |

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info

Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt

Tasks

Claim

\* **Claim/Event/Leave Number** 8947111          **Accommodation Number** [        ]

**Note type:** [                    ]

Primary Sort Order

Note Type
Note Number
● Note Date/Time
Accm. No.

---

**05/23/2019 9:19 AM - CLAIM Note 17**
Claim/Event/Leave: 8947111
NoteSubject : Other
Other Subject :
Text: [05/23/2019 - BECKETT, JOHN]AFTER REVIEW OF THE MEDICAL INFORMATION ON FILE, CLAIM IS SUCCESSIVE TO 6209923. EE HAS BEEN EXPERIENCING CARDIAC ISSUES SINCE AUGUST 2018 AND HAS A HISTORY OF ATRIAL FIBRILLATION.

**05/23/2019 8:55 AM - CLAIM Note 16**
Claim/Event/Leave: 8947111
NoteSubject : Med Records Rcvd
Other Subject :
Text: [05/23/2019 - BECKETT, JOHN]RECEIVED 5/5 OV NOTE FROM DR. SRIVATAHSAN CITING EE HAS BEEN EXPERIENCING A RAPID HEART RATE AND HAS A HISTORY OF ATRIAL FIBRILLATION SINCE DEC 2018..SEE DOC LIST

**05/23/2019 8:54 AM - CLAIM Note 15**
Claim/Event/Leave: 8947111
NoteSubject : Med Records Rcvd
Other Subject : CIBULKA
Text: [05/23/2019 - BECKETT, JOHN]RECEIVED 2/6/19, 2/11, 2/20 AND 5/16 OV NOTE FROM DR. CIBULKA...SEE DOC LIST

**05/20/2019 12:28 PM - CLAIM Note 14**
Claim/Event/Leave: 8947111
NoteSubject : LTR to AP
Other Subject :
Text: [05/20/2019 - BECKETT, JOHN]FAXED MEDICAL REQUEST TO DR. SRIVATHSAN..SEE DOC LIST

**05/20/2019 12:26 PM - PHONE Note 7**
Claim/Event/Leave: 8947111
NoteSubject : AP Called
Other Subject : MAYO CLINIC
Text: [05/20/2019 - BECKETT, JOHN]JUDY FROM MAYO CLINIC LEFT A VOICEMAIL ON 5/17 SUGGESTING I FAX A REQUEST TO 4803421606. **CALLED JUDY BACK TO CLARIFY WHICH PROVIDER'S OFFICE SHE WAS CALLING FROM. JUDY MENTIONED SHE DOES NOT WORK WITH ANY OF THE 3 PROVIDERS ON FILE SHE WORKS WITH DR. SRIVATHSAN. THANKED. CALL ENDED

**05/16/2019 2:50 PM - PHONE Note 6**
Claim/Event/Leave: 8947111
NoteSubject : EE Called
Other Subject : VM
Text: [05/16/2019 - BECKETT, JOHN]EE LEFT MESSAGE THIS MORNING AT 11:33AM FRUSTRATED HER CLAIM HAS NOT BEEN APPROVED** CALLED EE BACK TO ADVISE WE ARE CURRENTLY WAITING ON MEDICAL INFORMATION FROM HER PROVIDERS TO EVALUATE FOR DISABILITY. EE DISCONNECTED THE LINE.

**05/16/2019 11:22 AM - PHONE Note 5**
Claim/Event/Leave: 8947111
NoteSubject : Called EE
Other Subject : DAY 7
Text: [05/16/2019 - BECKETT, JOHN]CALLED EE TO ADVISE WE HAVE NOT RECEIVED MEDICAL BACK FROM YOU PROVIDER TO EVALUATE DISABILITY. LEFT MESSAGE WITH CONTACT INFO FOR RTC.

**05/16/2019 11:18 AM - PHONE Note 4**
Claim/Event/Leave: 8947111

**Lincoln/Marcus 0082**

NoteSubject : Called AP
Other Subject : UNZEK
Text: [05/16/2019 - BECKETT, JOHN]CALLED AP UNZEK'S CLINIC TO CONFIRM RECEIPT OF OUR MEDICAL RECORDS REQUEST. SPOKE WITH KATHY WHO CONFIRMED THE EE WAS NEVER SEEN AT THE CLINIC BY DR. UNZEK AND ONLY WAS SEEN AT THE HOSPITAL. TRANSFERRED ME TO HOSPITAL'S MEDICAL RECORDS DEPT TO ASSIST. OPERATOR ADVISED ME TO FAX A REQUEST TO 4803017282. CALL ENDED

**05/16/2019 11:12 AM - PHONE Note 3**
Claim/Event/Leave: 8947111
NoteSubject : Called AP
Other Subject : DAY 7- CIBULKA
Text: [05/16/2019 - BECKETT, JOHN]CALLED AP CIBULKA'S CLINIC AND SPOKE WITH SYLVIA WHO CONFIRMED THE MEDICAL RECORD REQUEST WAS RECV'D ON 5/14 AND IS CURRENTLY IN PROCESS. THANKED. CALL ENDED

**05/16/2019 11:11 AM - CLAIM Note 13**
Claim/Event/Leave: 8947111
NoteSubject : LTR to AP
Other Subject : BUDHO
Text: [05/16/2019 - BECKETT, JOHN]FAXED SUBSEQUENT MEDICAL REQUEST TO AP BUDHO DUE BY 6/10

**05/16/2019 11:09 AM - PHONE Note 2**
Claim/Event/Leave: 8947111
NoteSubject : Called AP
Other Subject : DAY 7- BUDHO
Text: [05/16/2019 - BECKETT, JOHN]CALLED AP BUDHO'S CLINIC TO CONFIRM RECEIPT OF MY MEDICAL RECORDS REQUEST. DIALED 8 FOR MEDICAL RECORDS. LEFT MESSAGE WITH CONTACT INFO FOR RTC.

**05/14/2019 12:33 PM - CLAIM Note 12**
Claim/Event/Leave: 8947111
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [05/14/2019 - BECKETT, JOHN]RECV'D EMAIL FROM ER FOLLOWING UP ON THE CLAIM..SEE RESPONSE IN DOC LIST

**05/14/2019 12:23 PM - CLAIM Note 11**
Claim/Event/Leave: 8947111
NoteSubject : Med Records Rcvd
Other Subject : RTW SLIP
Text: [05/14/2019 - BECKETT, JOHN]RECV'D RTW SLIP CLEARING THE EE TO RTW ON 6/1..SEE DOC LIST

**05/10/2019 3:59 PM - CLAIM Note 10**
Claim/Event/Leave: 8947111
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [05/10/2019 - RENY, SARAH]FROM: POPE, JASMINE MAILTO:JPOPE@BBCGRP.COM SENT: FRIDAY, MAY 10, 2019 9:56 AM TO: RENY, SARAH <SARAH.RENY@LFG.COM>; BECKETT, JOHN <JOHN.BECKETT@LFG.COM> CC: BBC BENEFITS <BENEFITS@BBCGRP.COM> SUBJECT: LESLIE MARCUS 8947111 IMPORTANCE: HIGH ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** JOHN, THIS EE RTW 4/29 AND WAS OOO AGAIN AS OF 5/6/19 WITH AN ESTIMATED RTW DATE OF 5/13/19 PLEASE LET ME KNOW IF THERE IS AN UPDATE ON HER CLAIM

**05/10/2019 3:58 PM - CLAIM Note 9**
Claim/Event/Leave: 8947111
NoteSubject : Med Records Rcvd
Other Subject : AP NOVAIS
Text: [05/10/2019 - RENY, SARAH]RECEIVED LETTER DATED 05/05/2019 - EE WAS SEEN AT MAYO CLINIC - REOCMMENDATION THAT SHE NOT RTW OR FLY UNTIL 05/13/2019

**05/10/2019 3:24 PM - CLAIM Note 8**
Claim/Event/Leave: 8947111
NoteSubject : LTR to AP
Other Subject : MEDICAL REQUEST
Text: [05/10/2019 - BECKETT, JOHN] CONTACTED DR. BUDHO, DR. CIBULKA, AND DR. UNZEK FOR MEDICAL RECORDS. - REQUEST - PROVIDER - MEDICAL

**05/10/2019 3:22 PM - CLAIM Note 7**
Claim/Event/Leave: 8947111
NoteSubject : Status Report
Other Subject :
Text: PLACING CLAIM ON NOTICE AND PROOF FOR MEDICAL DUE 5/13 ** 6/24

**05/10/2019 3:21 PM - CLAIM Note 6**
Claim/Event/Leave: 8947111
NoteSubject : Notice/Proof Review
Other Subject :

Text: [05/10/2019 - BECKETT, JOHN]PLACING CLAIM ON NOTICE AND PROOF FOR OFFICE NOTES AND TREATMENT PLANS FROM DR. UNZEK, DR. BUDHO AND DR. CIBULKA. DAY 7 5/16, DAY 21 5/30, DAY 46 6/24

**05/10/2019 2:52 PM - PHONE Note 1**
Claim/Event/Leave: 8947111
NoteSubject : Initial EE Interview
Other Subject :
Text: [05/10/2019 - BECKETT, JOHN]*** LDW: 5/3/2019 *** DOD: 5/4/2019 GAP? NO GAP JOB SCHEDULE: 40 HOURS PER WEEK JOB TITLE- REGIONAL MANAGER- SEDENTARY DESK JOB SYMPTOMS: ELEVATED HEART RATE, SWEATING, FATIGUE, DIAGNOSIS- TACHYCARDIA TREATMENT- SEVERAL MEDICATIONS COMORBIDS***LOW BLOOD PRESSURE WORK RELATED? NONE *** RESTRICTIONS AND LIMITATIONS? PROVIDERS (SPECIALTY)/PHONE: DR. SAMUEL UNZEK, MD 480 515 6296 HONOR HEALTH CARE- FRANK CIBULKA PCP CARDIOLOGIST - DR. BUDHHO AZ*** HOSPITALIZATION- INPATIENT 5/4-5/6 *** SURGERY- NONE MEDICATIONS- SEVERAL *** ERTW- 5/13 ** ANY OTHER INCOME, STATUTORY BENEFITS- NO OTHER INCOME, NO STAT[05/10/2019 - BECKETT, JOHN]EE HAS RESTRICTIONS OF NO FLYING

**05/08/2019 9:18 AM - CLAIM Note 5**
Claim/Event/Leave: 8947111
NoteSubject : Other
Other Subject : EMAIL FROM ER
Text: [05/08/2019 - BECKETT, JOHN]RECEIVED EMAIL FROM ER CONFIRMING THE EE'S LDW WAS 5/3...SEE DOC LIST

**05/07/2019 7:30 AM - POSSINV Note 1**
Claim/Event/Leave: 8947111
NoteSubject : Prior Claim
Other Subject :
Text: [05/07/2019 - HERTERICH, KIMBERLY]PLEASE INVESTIGATE

**05/07/2019 7:29 AM - CLAIM Note 4**
Claim/Event/Leave: 8947111
NoteSubject : Initial Entry
Other Subject :
Text: [05/07/2019 - HERTERICH, KIMBERLY]TODAY S DATE: 5/6/19 SUBMITTED BY: MADDIE C EMPLOYEE S NAME: LESLIE MARCUS CALLER S NAME: LESLIE MARCUS CALLER S RELATIONSHIP: EMPLOYER NAME: BALFOUR BEATTY INVESTMENTS EMPLOYEE ID OR SSN:           EMPLOYEES DOB:           EMPLOYEE S GENDER: FEMALE EMPLOYEE S ADDRESS (STREET, CITY, STATE, ZIP):                                                EMPLOYEES PHONE NUMBER:          EMPLOYEE S EMAIL ADDRESS:                          EMPLOYEE S PREFERRED METHOD OF CONTACT (EMAIL, FAX, MAIL): EMAIL EMPLOYEE S WORK STATE: AZ IS THE CLAIM FOR CONTINUOUS OR INTERMITTENT TIME: CONTINUOUS EMPLOYEE S OWN ILLNESS/INJURY: 1. IS THIS FOR AN ILLNESS OR INJURY: ILLNESS 2. WHAT IS THE DATE OF THE ILLNESS OR INJURY: 4/29/19 3. WHAT IS THE ACTUAL OR ESTIMATED DATE LAST WORKED: 5/3/19 4. WAS THIS RESULT OF AN ACCIDENT (NO): NO A. IF YES: I. WAS THEEE IN A MOTOR VEHICLE ACCIDENT (YES/NO): II. DID THIS OCCUR WHILE ON THE JOB (YES/NO): III. DID OR WILL THE EE BE GOING TO THE HOSPITAL (YES/NO), IF YES, WHAT IS THE DATE: IV. DID OR WILL THE EE HAVE SURGERY (YES/NO/UNKNOWN), IF YES, WHAT IS THE DATE: B. IF NO: I. DID THIS OCCUR WHILE ON THE JOB (NO): YES SYMPTOMS OCCURED II. DID OR WILL THE EE BE GOING TO THE HOSPITAL (YES) IF YES, WHAT IS THE DATE: 5/4/19 5/6/19 III. DID OR WILL THE EE HAVE SURGERY (YES) IF YES, WHAT IS THE DATE: YES DATE: N/A 5. WHAT IS THE CONDITION/DIAGNOSIS: AFIB AND TACICARDIA ISSUES 6. ICD 10 CODE: 7. ARE THERE ANY COMPLICATIONS: NO 8. ARE THERE ANY RESTRICTIONS & LIMITATIONS (R/L S): DOCTOR SAID EMPLOYEE CANNOT WORK AND CANNOT FLY 9. WHEN WASTHE LAST OFFICE VISIT (LOV): 5/6/19 10. WHEN IS THE NEXT OFFICE VISIT (NOV): UNKNOWN RIGHT NOW 11. DOCTOR S INFORMATION (NAME, PHONE/FAX NUMBER): DR. K SRIEATHFAN PHONE: 480-301-8200

**05/07/2019 7:29 AM - CLAIM Note 3**
Claim/Event/Leave: 8947111
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THIS LEAVE HAS BEEN DENIED FOR NO ENTITLEMENT AVAILABLE

**05/07/2019 7:28 AM - CLAIM Note 1**
Claim/Event/Leave: 8947111
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: AFIB AND TACICARDIA ISSUES

**05/07/2019 7:28 AM - CLAIM Note 2**
Claim/Event/Leave: 8947111
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: DOCTOR SAID EMPLOYEE CANNOT WORK AND CANNOT FLY

**Lincoln/Marcus 0084**

**This report contains claimant information collected from the employer interview.  You will need to confirm this information with the employee.**

| | |
|---|---|
| Claim Number or Leave ID: | 8947111 |
| Reorted by Portal User ID: | N0358611 |
| Accident Date: | 1/1/1900 |
| Accident Time: | 12:00 AM |
| Job Description: | |
| Employee Subsidiary: | |
| Employee Location: | |
| Employee Class: | |
| Work Status: | |
| Salary Type: | |
| Earnings: | $0.00 |
| Return to Work Date: | 1/1/1900 |
| Product: | |
| Premium Employer Contribution: | |
| Premium Employee Contribution | |
| Employee Benefit Percent: | |

**The Employer Contact has indicated that the employee's injury or illness was work related, and the status of their WC claim is either accepted or pending.**

| | |
|---|---|
| WC Carrier | |
| WC Carrier Contact: | |
| WC Carrier Contact Phone: | |

**The Employer Contact has indicated that the employee will be receiving another source(s) of income for a portion of the absence, or the entire absence, covered by this claim.**

**Other Income 1**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 2**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 3**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Lincoln/Marcus 0085**

**Lincoln/Marcus 0086**

**Other Income 4**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 5**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 6**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 7**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 8**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 9**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 10**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Lincoln/Marcus 0087**

**Lincoln/Marcus 0088**



**REFERRED BY:**      KEISHA SCALES
**CLIENT:**           Lincoln Life Insurance
**NAME:**             Leslie Marcus
**CLAIM #:**          9303113
**NMR #:**            960160
**DATE:**             10/9/2023

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | N/A | 10/2/2023 |
|---|---|---|
| Progress Notes | D Saperstein, MD | 9/27/2023 |
| Correspondence | N/A | 9/26/2023 |
| Fax Cover Sheets | | |

**ASSESSMENT:** This is a female claimant (DOB: 5/27/71) diagnosed with history of chronic fatigue.

Additional documentation was provided for review.

There is a letter from Schiffman Law. Enclosed is a 9/21/23 declaration of Dr. David Saperstein.

An 9/27/23 letter by David Saperstein, MD confirms that she has POTS (postural orthostatic tachycardia syndrome), mast cell activation syndrome and generalized hypermobility spectrum disorder.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please review medical declaration from Dr. Saperstein. Does new info alter recommended r&ls from 10/17/2021 and beyond? Please provide rationale.**

In totality, based on my previous review(s) dated 6/8/2023, 3/9/2023, and 2/9/2023, and now with the additional letter by Dr. Saperstein, I would opine that this document does not alter my previous assessment from an internal medicine perspective in regards to restrictions and limitations for the timeframe in question.

I would continue to maintain that whether she has POTS, or dysautonomia not otherwise specified, or chronic fatigue syndrome, or Ehlers-Danlos syndrome/generalized hypermobility spectrum disorder, or mast cell

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone 815.964.6334 ● Fax 815.964.1162**
*website* **www.nmrco.com** ■ *email* **info@nmrco.com**

**Lincoln/Marcus 0099**

RE: Leslie Marcus                                    NMR #: 960160
Page 2

activation syndrome, or cyclic nausea/vomiting syndrome, or mild dementia (I continue to have a certain level of skepticism that all of these diagnoses are accurate and remain concerned that there may be a component of somaticizing from depression/anxiety, or that behaviors/symptoms are due to secondary gain, or that there is a component of symptom magnification) she still is employable.

My opinion remains that it is both reasonable and expected that she would be capable of continuing to work full-time with some minor restrictions based on her multitude of symptoms and diagnoses. Patients with POTS almost always are still able to lead essentially normal/near normal lives and remain both functional and employable with recognition of their syndrome and lifestyle modification. It is recommended that they maintain adequate hydration, liberalize their sodium intake, possibly wear support stockings, and find a seated/lying position should they have problems with lightheadedness. In severe cases, the addition of Florinef or midodrine is sometimes instituted. Much of her symptoms remain subjective and revolve around fatigue and whether she has the other concurrent diagnoses as listed above my assessment remains the same.

The restrictions and limitations remain unchanged from my previous addended review, dated 6/8/2023, where I opined (even if all of the above diagnoses are accurate/applicable including POTS, mast cell activation syndrome, chronic fatigue syndrome, generalized hypermobility spectrum disorder, mild dementia) it would be both reasonable, expected as well as therapeutic that the patient remain as active as she is capable of. I would continue to opine that she should be capable of :

Standing, walking, sitting, and using her hands for fine manipulation as tolerated and unrestricted during an 8-hour workday.
Push/pull/carry/lift up to 15 pounds occasionally.
She would be able to bend/stoop/kneel/climb stairs/reach as tolerated.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**Lincoln/Marcus 0100**

RE:  Leslie Marcus                                          NMR #: 960160
Page 3
_____


**ADVISING REVIEWER:**


Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*


**Lincoln/Marcus 0101**

**From:**Charles.Ellis@nmrexamworks.com
**Sent:**Mon, 9 Oct 2023 09:11:38 -0500
**To:**Scales, Keisha Y;VendorReferrals
**Subject:**NMR peer report notification for case - Case #: 9303113 - NMR# 960160
**Attachments:**Report_NMR_Peer__LLAOBinv_960160-1_v1.pdf, Report_NMR_Peer__LTD-R01_960160-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #9303113 (NMR # 960160-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Marcus 0102**

# Network Medical Review Company, LTD.

*An Examworks company*

## INVOICE

LINCOLN FINANCIAL GROUP -
LLAOB

Attn: SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

| | |
|---|---|
| Invoice Number: | 960160-1 |
| Invoice Date: | |
| Account Number: | 519193 |
| File Number: | 960160-1 |

---

### Description

| | |
|---|---|
| Claim Number: | 9303113 |
| Claimant Name: | Leslie Marcus |
| Business Unit/Process Level: | |
| Line of Business Overall: | Peer Review |
| Line of Business: | Disability |
| Claim Type: | LTD |
| Review Level: | Initial |
| IME Appointment Date: | |
| Examiner Name: | |
| Examiner Specialty: | Internal Medicine/Family Practice |

### Charge/Physician Specialty

**Subtotal:**

**Tax:**

**Please pay this amount:**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

10/9/2023 1:24 PM

CDT

**Lincoln/Marcus 0103**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, October 9, 2023 3:45:44 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | erh8435vcked4tlyvcqb_16299926.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0104**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 9, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Marcus' appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached addendum, which is new or additional evidence in connection with Ms. Marcus'appeal. You may review these and provide a response to us, which we will consider in making our decision on her appeal. If we do not receive your response within 21 days of the date of this letter or October 29, 2023, we will proceed with making a determination on her appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Marcus'appeal. If your response is not received by October 29, 2023, we will render a determination based on the information contained in her file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln' control, which require a delay in making a determination. If additional time is needed,

1  of 2

**Lincoln/Marcus 0105**

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Marcus'claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments:   9303113-MEDICAL-CP/PEER REVIEW-10.09.2023

**Lincoln/Marcus 0106**



**Network Medical Review Co. Ltd.**

**An ExamWorks Company**

| **REFERRED BY:** | KEISHA SCALES |
|---|---|
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 960160 |
| **DATE:** | 10/9/2023 |

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | N/A | 10/2/2023 |
|---|---|---|
| Progress Notes | D Saperstein, MD | 9/27/2023 |
| Correspondence | N/A | 9/26/2023 |
| Fax Cover Sheets | | |

**ASSESSMENT:** This is a female claimant (DOB:          diagnosed with history of chronic fatigue.

Additional documentation was provided for review.

There is a letter from Schiffman Law. Enclosed is a 9/21/23 declaration of Dr. David Saperstein.

An 9/27/23 letter by David Saperstein, MD confirms that she has POTS (postural orthostatic tachycardia syndrome), mast cell activation syndrome and generalized hypermobility spectrum disorder.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please review medical declaration from Dr. Saperstein. Does new info alter recommended r&ls from 10/17/2021 and beyond? Please provide rationale.**

In totality, based on my previous review(s) dated 6/8/2023, 3/9/2023, and 2/9/2023, and now with the additional letter by Dr. Saperstein, I would opine that this document does not alter my previous assessment from an internal medicine perspective in regards to restrictions and limitations for the timeframe in question.

I would continue to maintain that whether she has POTS, or dysautonomia not otherwise specified, or chronic fatigue syndrome, or Ehlers-Danlos syndrome/generalized hypermobility spectrum disorder, or mast cell

**1252 Bell Valley Road, Suite 210 ⊗ Rockford, IL 61108 ⊗ Phone 815.964.6334 ⊗ Fax 815.964.1162**
*website* www.nmrco.com ▮ *email* info@nmrco.com

**Lincoln/Marcus 0107**

RE: Leslie Marcus                                                    NMR #: 960160
Page 2

activation syndrome, or cyclic nausea/vomiting syndrome, or mild dementia (I continue to have a certain level of skepticism that all of these diagnoses are accurate and remain concerned that there may be a component of somaticizing from depression/anxiety, or that behaviors/symptoms are due to secondary gain, or that there is a component of symptom magnification) she still is employable.

My opinion remains that it is both reasonable and expected that she would be capable of continuing to work full-time with some minor restrictions based on her multitude of symptoms and diagnoses. Patients with POTS almost always are still able to lead essentially normal/near normal lives and remain both functional and employable with recognition of their syndrome and lifestyle modification. It is recommended that they maintain adequate hydration, liberalize their sodium intake, possibly wear support stockings, and find a seated/lying position should they have problems with lightheadedness. In severe cases, the addition of Florinef or midodrine is sometimes instituted. Much of her symptoms remain subjective and revolve around fatigue and whether she has the other concurrent diagnoses as listed above my assessment remains the same.

The restrictions and limitations remain unchanged from my previous addended review, dated 6/8/2023, where I opined (even if all of the above diagnoses are accurate/applicable including POTS, mast cell activation syndrome, chronic fatigue syndrome, generalized hypermobility spectrum disorder, mild dementia) it would be both reasonable, expected as well as therapeutic that the patient remain as active as she is capable of. I would continue to opine that she should be capable of :

Standing, walking, sitting, and using her hands for fine manipulation as tolerated and unrestricted during an 8-hour workday.
Push/pull/carry/lift up to 15 pounds occasionally.
She would be able to bend/stoop/kneel/climb stairs/reach as tolerated.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**Lincoln/Marcus 0108**

RE: Leslie Marcus                                    NMR #: 960160
Page 3

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0109**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:    Keisha Scales
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(800) 291-0112 x14099
Fax:  (603) 430-5887

Document Locations

☐ Document List
☐ Correspondence
☑ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: | 10/2/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LESLIE    MARCUS | Claim #: | 9303113 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 4/13/2019 |
| Zip: | | Primary Diagnosis: | Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: | Eric J. Ewald, M.D |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax | David Saperstein MD |

Referral Questions:                  Vendor Chosen:    Network Medical Review

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0110**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please review medical declaration from Dr. Saperstein. Does new info alter recommended r&ls from 10/17/2021 and beyond? Please provide rationale.

Instructions For Vendor:

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0111**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Addendum, please assign to Dr. Eric Ewald NMR #: 872954

Attorney Information (if applicable):

Schiffman Law : Lisa Counters

Claimant Name:     LESLIE     MARCUS

**Lincoln/Marcus 0112**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** September 27, 2023

**SUBJECT/MESSAGE:**

RE:    Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0113**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

September 26, 2023

Keisha Scales, Claims Resolution Specialist          **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

      Re:    Leslie Marcus
            Claim No.:   9303113
            Employer:   Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I am enclosing the following:

- 09/21/2023 Declaration of Dr. David Saperstein.

If you have any questions please contact me at the contact information above or my legal assistant, Breann, at 602-266-2667 ext. 129 or by email at breann@schiffmanlaw.com.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh
Encl.

**STATE BAR CERTIFIED SPECIALISTS: WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0114**

**MARCUS, Leslie (id #7056, dob:**

## DECLARATION OF DAVID SAPERSTEIN

I am a board-certified neurologist and licensed to practice medicine in Arizona. My CV is attached for reference. I devote a significant amount of time to treating autonomic disorders. I began treating Leslie Marcus on February 28, 2023. I performed extensive testing and evaluation of Ms. Marcus. I have reviewed the reports prepared by Dr. Eric J. Ewald and Dr. David Nowell.

I have confirmed that Ms. Marcus has POTS, Mast Cell Activation Syndrome ("MCAS"), and generalized hypermobility spectrum disorder. She underwent autonomic testing in my office on April 20, 2023. The tilt test showed an excessive increase in heart rate with stable blood pressure readings, consistent with POTS. Her lab work revealed elevated plasma and blood histamine levels, confirming the MCAS diagnosis. Also, she has had a clear beneficial response to mast cell stabilizing medication, further supporting the diagnosis of MCAS. My physical examination documented an elevated Beighton score of 5. While she does not meet formal criteria for Ehlers-Danlos Syndrome, Ms. Marcus does meet criteria for the diagnosis generalized hypermobility spectrum disorder criteria.

Ms. Marcus reports lightheadedness and syncope, known symptoms of POTS. Individuals with POTS tend to pool blood in vessels below the heart. The longer a POTS patient is standing, the more significant the proportion of blood settles in the lower part of the body; the vessels may not constrict efficiently, or they dilate. A person's heart rate increases, leading to lightheadedness and syncope. The problem's cause is unknown, but some research suggests it can begin after major surgery, trauma or a viral illness. There is no cure. The best I can do is try using various medications in controlled doses to lessen the symptoms. POTS patients experience significant fatigue after modest activity levels, consistent with Ms. Marcus's reports. POTS often follows a relapsing/remitting course. To manage the POTS, Ms. Marcus needs to manage her activity, stay hydrated, and avoid quick postural changes.

MCAS also has no "cure." MCAS causes a patient to experience varying episodes of allergic-like symptoms including hives, swelling, low blood pressure, difficulty breathing and diarrhea. Ms. Marcus's symptoms are also consistent with MCAS. It is not unusual for an individual diagnosed with chronic fatigue syndrome to develop POTS, MCAS, and hypermobility disorders.

I declare under penalty of perjury that the foregoing is true and correct.

David S. Saperstein, M.D.

**Lincoln/Marcus 0115**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** September 20, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0116**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

September 19, 2023

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (603) 334-0401**

Re:     Leslie Marcus
        Claim No.:    9303113
        Employer:    Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through September 26, 2023.

Please let me know if LFG is amenable to an extension through September 26, 2023 as soon as possible.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION\***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\***

**Lincoln/Marcus 0117**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, September 20, 2023 1:11:19 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 8d5k3t51txhcfd7u3a73_16165149.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0118**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 20, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated September 14, 2023 you were afforded until September 18, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus' appeal for LTD benefits.

In a letter received September 19, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by September 26, 2023.

<u>Please be advised we have granted 13 extensions under right to review. We are unable to make an additional extension beyond September 26, 2023.</u>

If we do not receive additional information by **September 26, 2023,** we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

1  of  2

**Lincoln/Marcus 0119**

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 0120**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, September 14, 2023 9:35:16 AM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | n6ge5nnjtmdhzzgix5ra_16117726.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0121**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 14, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated September 8, 2023 you were afforded until September 12, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus' appeal for LTD benefits.

In a letter received September 13, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by September 19, 2023.

If we do not hear from you and do not receive additional information by September 19, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

1  of  2

**Lincoln/Marcus 0122**

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

2  of  2

**Lincoln/Marcus 0123**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** September 13, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0124**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

September 12, 2023

Keisha Scales, Claims Resolution Specialist        **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

      Re:    Leslie Marcus
            Claim No.:   9303113
            Employer:   Balfour Beatty Investments

Dear Ms. Scales:

     As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through September 19, 2023.

     Please let me know if LFG is amenable to an extension through September 19, 2023 as soon as possible.

                               Best regards,
                                 SCHIFFMAN LAW OFFICE, P.C.

                               LISA J. COUNTERS

LJC/blh

## STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION\*
## PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\*

**Lincoln/Marcus 0125**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, September 8, 2023 12:23:15 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 2l9dlpiyufhlkmkflzyy_16077660.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0126**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 8, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated August 29, 2023 you were afforded until September 5, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus'appeal for LTD benefits.

In a letter received September 6, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by September 12, 2023.

If we do not hear from you and do not receive additional information by September 12, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist

1  of 2

**Lincoln/Marcus 0127**

Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

2  of  2

**Lincoln/Marcus 0128**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**                                         **TO:**

Lisa Counters                                     Keisha Scales, Claims Resolution Specialist
Schiffman Law Office, P.C.                        The Lincoln National Life Insurance Company
4506 N. 12th Street                               PO Box 2578
Phoenix, AZ  85014                                Omaha, NE 68172-9688

**Phone:  602-266-2667**                          **Fax Number: (603) 334-0401**
**Fax Number:  602-266-0141**                     **Phone Number:**

**DATE:** September 6, 2023

**SUBJECT/MESSAGE:**

RE:    Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. WE WILL REIMBURSE YOU FOR MAILING COSTS. THANK YOU.

**Lincoln/Marcus 0129**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

August 28, 2023

Keisha Scales, Claims Resolution Specialist          **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

     Re:    Leslie Marcus
          Claim No.:   9303113
          Employer:   Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through September 12, 2023.

Please let me know if LFG is amenable to an extension through September 12, 2023 as soon as possible.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0130**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, August 29, 2023 4:44:39 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | mc6oz4zlpsngjzulnqrj_16010649.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0131**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 29, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated August 15, 2023 you were afforded until August 25, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus' appeal for LTD benefits.

In a letter received August 28, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of Ms. Marcus'appeal, we ask that you submit any additional information you wish to have considered by September 5, 2023.

If we do not hear from you and do not receive additional information by September 5, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist

**Lincoln/Marcus 0132**

Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

2 of 2

**Lincoln/Marcus 0133**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** August 28, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0134**



# SCHIFFMAN LAW
## HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

August 28, 2023

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (603) 334-0401**

Re:    Leslie Marcus
Claim No.:    9303113
Employer:    Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through August 25, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through September 1, 2023.

Please let me know if LFG is amenable to an extension through September 1, 2023 as soon as possible.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION\***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\***

**Lincoln/Marcus 0135**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** August 28, 2023

**SUBJECT/MESSAGE:**

RE:     Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0136**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

August 28, 2023

Keisha Scales, Claims Resolution Specialist          **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

> Re:    Leslie Marcus
>         Claim No.:    9303113
>         Employer:    Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through September 1, 2023 and I will still need an extension. Unfortunately, I am continuing to have difficulty connecting with one of her providers. In the meantime, I am submitting the following in support of Ms. Marcus' appeal:

- Declaration of Tonia Graham, N.P.

Please let me know if LFG is amenable to an extension through September 1, 2023 as soon as possible.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh
Encl.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0137**

From: Breann Henry    Fax:        To: 6033340401@rcfax.com    Fax: (603) 334-0401        Page: 3 of 3    08/28/2023 12:04 PM
08/28/2023    10:22AM    6233220966        WELLNESS FOR LIFE                    PAGE 03/03

RECEIVED    08/25/2023 12:08PM  6233220966        WELLNESS FOR LIFE
From: Breann Henry        Fax:        To: 6233220966@rcfax.com    Fax: (623) 322-0966        Page: 3 of 3    08/25/2023 12:07 PM

## Declaration of Tonia Graham, N.P.

Leslie Marcus has been my patient since October 2020. This statement supplements my August 12, 2021, letter to Lincoln Financial Group. Ms. Marcus' primary complaints of fatigue, headaches (migraine), POTS, persistent nausea, back and neck pain. I noted positive physical findings of tenderness, weakness, and a significant body mass index (BMI) drop.

I have reviewed the peer review reports and addendums prepared by Dr. Eric Ewals. When I spoke with Dr. Ewals on February 7, 2023, I maintained my opinion that Ms. Marcus remained disabled due to several issues. Before she became my patient, Ms. Marcus had already been diagnosed with myalgic encephalitis/chronic fatigue syndrome by Dr. Bergstrom at Mayo Clinic. She continues to meet the diagnostic criteria for chronic fatigue syndrome. I ordered Cardio Pulmonary Exercise Testing (CPET) for Leslie. Unfortunately, she is not a candidate for the test.

My notes report consistent fatigue, insomnia, and neurological difficulties, and I maintain that Ms. Marcus is not "malingering" or faking her illnesses. Her reports to me have been consistent, verified by her husband, and I have viewed videotaped evidence of Leslie having uncontrollable vomiting and neurological problems. It was not until I tried Qulipta to treat her nausea that Leslie experienced some improvement in her gastrointestinal problems and put on some weight.

The difficulty for patients with CFS/ME is trying to manage post-exertional malaise and other conditions. There is no cure for the disease. The post-exertional malaise can result from even minor physical or mental exertion. The best way for a patient to manage this disease is to balance activity with rest to avoid emptying energy reserves. When patients push themselves, it results in a flare-up of CFS/ME symptoms. The CFS/ME symptoms wax and wane without predictability. I do not doubt that Ms. Marcus could engage in eight hours of work activity in one day; however, that exertion would inevitably leave her unable to engage in activity the next day or several days.

As I also advised Dr. Ewald, I was able to get Leslie connected with a neurologist in town who specializes in autoimmune disorders, Dr. Saperstein. Leslie has since seen Dr. Saperstein, who confirmed the diagnoses of POTS and Mast Cell Activation Disorder.

I declare under penalty of perjury that the foregoing is true and correct.

Tonia Graham, N.P.

**Lincoln/Marcus 0138**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** August 18, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0139**

From: Breann Henry        Fax:                To: 6033340401@rcfax.com    Fax: (603) 334-0401        Page: 2 of 2        08/18/2023 2:36 PM



# SCHIFFMAN LAW

### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

August 18, 2023

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (603) 334-0401**

Re:    Leslie Marcus
       Claim No.:    9303113
       Employer:    Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through August 18, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through August 25, 2023.

Please let me know if LFG is amenable to an extension through August 25, 2023 as soon as

**Lincoln/Marcus 0140**

PAGE 2/2 * RCVD AT 8/18/2023 5:36:19 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/4 * DNIS:6033340401 * CSID: * ANI:1559702067 * DURATION (mm-ss):01-09

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Tuesday, August 15, 2023 10:21:46 AM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | ognn6cdpi6li12upi2rw_15901759.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0141**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 15, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated August 7, 2023 you were afforded until August 11, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus' appeal for LTD benefits.

In a letter received August 11, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by August 25, 2023.

If we do not hear from you and do not receive additional information by August 25, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist

1  of 2

**Lincoln/Marcus 0142**

Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 0143**

**Network Medical Review Company, LTD.**
*An Examworks company*

**INVOICE**

LINCOLN FINANCIAL GROUP -
LLAOB

Attn: SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

| | |
|---|---|
| Invoice Number: | 872954-1 |
| Invoice Date: | 6/8/2023 |
| Account Number: | 519193 |
| File Number: | 872954-1 |

**Description**

| | |
|---|---|
| Claim Number: | 9303113 |
| Claimant Name: | Leslie Marcus |
| Business Unit/Process Level: | |
| Line of Business Overall: | Peer Review |
| Line of Business: | Disability |
| Claim Type: | LTD |
| Review Level: | Initial |
| IME Appointment Date: | |
| Examiner Name: | |
| Examiner Specialty: | Internal Medicine |

**Charge/Physician Specialty**

Charge = 350 billing base charge + 0 billing other charge - 0 billing discount - 0 billing penalty discount - 0 billing volume discount

| | |
|---|---|
| **Subtotal:** | 350.00 |
| **Tax:** | 0 |

**Please pay this amount:   $350.00**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

6/8/2023 10:51 AM

CDT

**Lincoln/Marcus 0144**

# Network Medical Review Company, LTD.
*An Examworks company*

**INVOICE**

6/8/2023 10:51 AM

CDT

**Lincoln/Marcus 0145**

## Network Medical Review Company, LTD.
*An Examworks company*

### INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

| | |
|---|---|
| Invoice Number: | 872960-1 |
| Invoice Date: | 6/8/2023 |
| Account Number: | 519193 |
| File Number: | 872960-1 |

Attn: SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

---

**Description**

| | |
|---|---|
| Claim Number: | 9303113 |
| Claimant Name: | Leslie Marcus |
| Business Unit/Process Level: | |
| Line of Business Overall: | Peer Review |
| Line of Business: | Disability |
| Claim Type: | LTD |
| Review Level: | Initial |
| IME Appointment Date: | |
| Examiner Name: | |
| Examiner Specialty: | Neuropsychology |

**Charge/Physician Specialty**

Charge = 400 billing base charge + 0 billing other charge - 0 billing discount - 0 billing penalty discount - 0 billing volume discount

| | |
|---|---|
| **Subtotal:** | 400.00 |
| **Tax:** | 0 |

**Please pay this amount:**     **$400.00**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

6/8/2023 3:21 PM

CDT

**Lincoln/Marcus 0146**

**Network Medical Review Company, LTD.**
*An Examworks company*

**INVOICE**

6/8/2023 3:21 PM

CDT

**Lincoln/Marcus 0147**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** August 11, 2023

**SUBJECT/MESSAGE:**

RE:     Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0148**



# SCHIFFMAN LAW
## HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

August 11, 2023

Keisha Scales, Claims Resolution Specialist          **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

      Re:    Leslie Marcus
             Claim No.:   9303113
             Employer:   Balfour Beatty Investments

Dear Ms. Scales:

      As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through August 11, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through August 18, 2023.

      Please let me know if LFG is amenable to an extension through August 18, 2023 as soon as possible.

                      Best regards,
                      SCHIFFMAN LAW OFFICE, P.C.

                      LISA J. COUNTERS

LJC/blh

**STATE BAR CERTIFIED SPECIALISTS: WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0149**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, August 7, 2023 4:24:04 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | jo9f8lke2yl2bgxlm8ie_15847442.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0150**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 7, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated August 1, 2023 you were afforded until August 7, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus'appeal for LTD benefits.

In a letter received August 5, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of Ms. Marcus'appeal, we ask that you submit any additional information you wish to have considered by August 11, 2023.

If we do not hear from you and do not receive additional information by August 11, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist

1  of 2

**Lincoln/Marcus 0151**

Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 0152**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** August 5, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0153**

From: Breann Henry        Fax:            To: 6033340401@rcfax.com    Fax: (603) 334-0401        Page: 2 of 2        08/05/2023 12:06 AM



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

July 28, 2023

Keisha Scales, Claims Resolution Specialist          **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

      Re:    Leslie Marcus
             Claim No.:   9303113
             Employer:   Balfour Beatty Investments

Dear Ms. Scales:

      As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through August 4, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through August 11, 2023.

      Please let me know if LFG is amenable to an extension through August 11, 2023 as soon as possible.

                         Best regards,
                         SCHIFFMAN LAW OFFICE, P.C.

                         LISA J. COUNTERS

LJC/blh
Encl.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

PAGE 2/2 * RCVD AT 8/5/2023 3:06:19 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):01-09

**Lincoln/Marcus 0154**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: August 1, 2023 | |
| To: LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn: | |
| Fax: (602) 266-0141 | |
| From: Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0155**

# Lincoln
## Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

August 1, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated July 24, 2023 you were afforded until July 28, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus' appeal for LTD benefits.

In a letter dated July 28, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by August 7, 2023.

If we do not hear from you and do not receive additional information by <u>August 7, 2023</u>, we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist

1  of  2

**Lincoln/Marcus 0156**

Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

2  of  2

**Lincoln/Marcus 0157**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** July 29, 2023

**SUBJECT/MESSAGE:**

RE:     Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0158**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

July 28, 2023

Keisha Scales, Claims Resolution Specialist          **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

      Re:    Leslie Marcus
              Claim No.:   9303113
              Employer:   Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through July 28, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have continued to have difficulty contacting one of her providers and will need an additional 7-day extension through August 4, 2023.

Please let me know if LFG is amenable to an extension through August 4, 2023 as soon as possible.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh
Encl.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION\***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\***

**Lincoln/Marcus 0159**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

| | |
|---|---|
| Date: July 24, 2023 | |
| To:  LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn: | |
| Fax:   (602) 266-0141 | |
| From:  Nakeshia Killian<br>Disability Claims Case Manager<br>On Behalf Of: Keisha Scales<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0160**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-0119

July 24, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated July 19, 2023 you were afforded until July 21, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus's appeal for LTD benefits under the Policy.

In a letter dated July 21, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered by July 28, 2023.

If we do not hear from you and do not receive additional information by July 28, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in Ms. Marcus' file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

1  of  2

**Lincoln/Marcus 0161**

Sincerely,

Nakeshia Killian
Disability Claims Case Manager
On Behalf Of: Keisha Scales
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

2  of  2

**Lincoln/Marcus 0162**

From: Breann Henry          Fax:              To: 6033340401@rcfax.com     Fax: (603) 334-0401          Page: 1 of 7          07/18/2023 4:18 PM

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** July 18, 2023

**SUBJECT/MESSAGE:**

RE:    Please see the enclosed correspondence. Part 3 of 3 (other fax attempts failed due to size of PDFs).

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

Batch: 008234579, Audit Trail: 008234579 71, Printed by: lawfe3, 7/19/2023 11:31 AM

**Lincoln/Marcus 0163**

MARCUS, Leslie (id #7056, dob:

# Medical Records - CONFIDENTIAL

**FROM:** AZ - Center for Complex Neurology

Brianne L
1010 E MCDOWELL RD STE 101, PHOENIX, AZ 85006-2607
Phone: (602) 900-9404
Fax: (833)535-1450

**TO:**

## Name: MARCUS, LESLIE

## DOB:

## Date Range: 01/01/2023 to 06/19/2023

### This document contains the following records of the patient:
### • Encounters and Procedures

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7056-A-25544]

MARCUS AR03136

Batch: 008234579, Audit Trail: 008234579 72, Printed by: lawfe3, 7/19/2023 11:31 AM

**Lincoln/Marcus 0164**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## Encounters and Procedures

Clinical Encounter Summaries

MARCUS AR03137

Batch: 008234579, Audit Trail: 008234579 73, Printed by: lawfe3, 7/19/2023 11:31 AM

**Lincoln/Marcus 0165**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

**Encounter Date: 06/16/2023**
Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (52yo, F) ID# 7056 | **Appt. Date/Time** | 06/16/2023 11:00AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | DAVID S. SAPERSTEIN, MD | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Secondary: BCBS-AZ (PPO)<br>  Insurance # : CDC851936353<br>  Policy/Group # : 26078<br>Prescription: OPTUM_IRX - Member is eligible. details | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Primary Care Provider:** TONIA GRAHAM FNP-BC: 20449 N LAKE PLEASANT STE 101, PEORIA, AZ 85382, Ph (623) 322-0099, Fax (623) 322-0966 NPI: 1699108621

### Patient's Pharmacies

**SYNERGIS COMPOUNDING PHARMACY (ERX): 1017 S. GILBERT RD. #206, MESA, AZ 85204, Ph (480) 471-8405, Fax (480) 999-0626**
WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549

### Vitals

None recorded.

### Allergies

Allergies not reviewed (last reviewed 02/28/2023)

ADHESIVE TAPE, unable-to-assess criticality: - Medical Tape

CORTICOSTEROIDS (GLUCOCORTICOIDS), unable-to-assess criticality

### Medications

MARCUS AR03138

Batch: 008234579, Audit Trail: 008234579 74, Printed by: lawfe3, 7/19/2023 11:31 AM

**Lincoln/Marcus 0166**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Medications not reviewed (last reviewed 02/28/2023)

**acetaZOLAMIDE 125 mg tablet**                                    02/20/23   entered
Take 1 tablet(s) twice a day by oral route.

**berberine-herbal comb no.18 capsule**                            02/20/23   entered
Take by oral route.
**Internal Note:** no dossage and frequency

**clonazePAM 1 mg disintegrating tablet**                          02/20/23   entered
Place 1 tablet(s) every day by translingual route.

**COMPOUNDED MEDICATION**                                          06/16/23   prescribed
Ketotifen 1 mg Capsule
Ketotifen 1 mg capsule. SIG: Take 2 capsules bid

**desvenlafaxine ER 50 mg tablet,extended release 24 hr**          02/20/23   entered
Take 1 tablet(s) every day by oral route.

**Eliquis 5 mg tablet**                                            02/20/23   entered
Take 1 tablet(s) twice a day by oral route.

**montelukast 10 mg tablet**                                       02/20/23   entered
Take 1 tablet(s) every day by oral route.

**pyRIDostigmine bromide 60 mg tablet**                            06/16/23   prescribed
Take one half tablet Tid. In One Week Increase To 1 Tid.

**Qulipta 30 mg tablet**                                           02/20/23   entered
Take 1 tablet(s) every day by oral route.

**traZODone 100 mg tablet**                                        02/20/23   entered
Take 1 tablet(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
• Impaired cognition - Onset: 03/01/2023
• Postural orthostatic tachycardia syndrome - Onset: 06/16/2023
• Joint pain - Onset: 03/01/2023
• Fatigue - Onset: 03/01/2023
• Tremor - Onset: 03/01/2023
• Paresthesia - Onset: 03/01/2023
• Disorder of autonomic nervous system - Onset: 03/01/2023
• Hypermobility of joint - Onset: 03/01/2023
• Mast cell activation syndrome - Onset: 06/16/2023

## Family History

Family History not reviewed (last reviewed 02/28/2023)

MARCUS AR03139

Batch: 008234579, Audit Trail: 008234579 75, Printed by: lawfe3, 7/19/2023 11:31 AM

**Lincoln/Marcus 0167**

## MARCUS, Leslie (id #7056, dob:

She has an identical twin sister who is hypermobile. The sister carries a diagnosis of mixed connective tissue disorder. The sister has a 30-year-old son who has what sounds to be a chest pectus deformity. She says that he carries a diagnosis of Marfan's. The patient has an older sister and she has a paternal half brother. The brother has gastrointestinal symptoms. The patient's father has been diagnosed with sporadic amyloidosis. This is producing cardiac problems. He has a pacemaker. He has dementia that came on late in life. The patient does not know about her mother's family history. The patient has a 23-year-old son without apparent medical issues. There is no known family history of atrial fibrillation, dysautonomia, migraines, neuropathy, and dementia (other than her father), tremor, aneurysms, or ruptured organs (other than her sister who had her gallbladder "burst").

## Social History

Social History not reviewed (last reviewed 02/28/2023)

## Surgical History

Surgical History not reviewed (last reviewed 02/28/2023)
» Nasal septoplasty - Septoplasty/Turbinate Reduction 07.12.2022
» Spondylometry - Lumbar Spondciylosis 3.6.2019
» Hysterectomy - Full Hysterectomy 2006
» Laparoscopy - x9 between 1992-2005
» Oophorectomy - 1991
» Destruction of lesion of heart - 12/18/2018 - Heart Ablation 12.26.2018/06/122019

## Past Medical History

Past Medical History not reviewed (last reviewed 03/01/2023)
Notes: Atrial fibrillation, s/p ablation. Ovarian tumor.

## HPI

This is a video telehealth follow-up. She is accompanied by her husband. They consent to telehealth.

She has noticed improvement with Ketotifen. She feels less negative. She feels that his "evened her out" emotionally. She has gained 3 pounds, which is good as she has been trying to gain weight. No adverse effects.

She had neuropsych testing yesterday.

## Physical Exam

Autonomic testing was notable for an abnormal tilt table test. Pulse increased from 58-94. Supine blood pressure 114/77 and at 10 minutes upright 112/80. There was not a significant decrease in cerebral blood flow velocity as measured by TCD.

Brain MRI showed a few, small, scattered subcortical ischemic white matter lesions. I reviewed the images. These are unremarkable.

Cervical spine MRI showed bulging disks with mild cord flattening at C3/4 and C4/5. Cord signal was unremarkable. Clivo-axial angle was normal at 145 degrees. Grabb Oakes and Harris measurements normal. Posterior fossa unremarkable.

Whole blood and plasma histamine levels were elevated at 144 and 1.88, respectively (normal value of 4 blood less than 127 and 4 plasma less than 1.0). Tryptase and prostaglandin D2 were normal. Complement C4 a mildly elevated at 809. Transforming growth factor beta elevated at 11,265 (normal less than 666.2). MMP 9 normal at 737. MSH 15.

Paraneoplastic antibody panel negative.

Quantitative immunoglobulin testing revealed elevated IgA of 439 (normal less than 392) and elevated IgE of 611 (normal less than 495).

Metanephrine and catecholamine levels were within normal limits.

Homocystine elevated at 20.

Serum copper normal at 133. Ceruloplasmin normal.

ambulatory EEG was normal.

## Assessment / Plan

Laboratory testing supports the clinical suspicion of mast cell activation syndrome (MCAS). Indeed, she has benefited from Ketotifen.

Autonomic testing showed findings consistent with POTS. This is consistent with her symptoms. Treatment directed at POTS could further help her. I find that treating both POTS and MCAS can be beneficial as each of these conditions can aggravate the other.

The significance of the elevated transforming growth factor beta 1 is uncertain. This may simply be a

MARCUS AR03140

Batch: 008234579, Audit Trail: 008234579 76, Printed by: lawfe3, 7/19/2023 11:31 AM

**Lincoln/Marcus 0168**

## MARCUS, Leslie (id #7056, dob:

manifestation of abnormal mast cells, as mast cells produce TGFB1. Alternatively, there may be an extrinsic inflammatory or infectious process that is contributing to mast cell activation. So-called "leaky gut" may contribute to this. Treatment directed at improving MCAS is often sufficient to address this.

She has a significantly elevated homocystine. She may have an MTHFR polymorphism that compromises the functionality of this enzyme. She reports a history of throwing up when taking vitamins. She may be sensitive to certain vitamins due to other metabolic pathway deficiencies.

**Plan**
Begin pyridostigmine for POTS. We discussed potential adverse effects to include GI upset, loose stools, and muscle twitches.

In 2 weeks, if she there are still significant symptoms, increase Ketotifen to 2 mg twice daily.

Await results of neuropsych testing.

Check for antibodies that could be triggering IgE release.

Folic acid and B6 levels to see if they are contributing to elevated homocystine. We will check metabolic pathways with testing from the lab called "3 x 4".

Follow-up in 2 months or sooner as needed.

**1. Mast cell activation syndrome**
    D89.40: Mast cell activation, unspecified
- COMPOUNDED MEDICATION - Ketotifen 1 mg Capsule     Ketotifen 1 mg capsule. SIG: Take 2 capsules bid
    Qty: (120) capsules    Refills: 3    Pharmacy: SYNERGIS COMPOUNDING PHARMACY

**2. Postural orthostatic tachycardia syndrome**
    I95.1: Orthostatic hypotension
    G90.A: Postural orthostatic tachycardia syndrome [POTS]
- pyridostigmine bromide 60 mg tablet - Take one half tablet Tid. In One Week Increase To 1 Tid.    Qty: (90) tablet    Refills: 6    Pharmacy: SYNERGIS COMPOUNDING PHARMACY

**3. Homocysteine level elevated**
    R79.89: Other specified abnormal findings of blood chemistry
- FOLATE, RBC AND SERUM
- VITAMIN B6, PLASMA

**4. Fatigue**
    R53.83: Other fatigue
- FE+TIBC+FER-030825-U
- BARTONELLA ANTIBODY PANEL

Return to Office
- to see David S. Saperstein, MD for TELE FU MD 375-500 at Main Office on or around 08/16/2023

Encounter Sign-Off
Encounter signed-off by David S. Saperstein, MD, 06/16/2023.

Encounter performed and documented by David S. Saperstein, MD
Encounter reviewed & signed by David S. Saperstein, MD on 06/16/2023 at 12:15pm

MARCUS AR03141

Batch: 008234579, Audit Trail: 008234579 77, Printed by: lawfe3, 7/19/2023 11:32 AM

**Lincoln/Marcus 0169**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist 253
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** July 21, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0170**

From: Breann Henry        Fax:              To: 6033340401@rcfax.com      Fax: (603) 334-0401              Page: 2 of 2        07/21/2023 2:15 PM



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

July 21, 2023

Keisha Scales, Claims Resolution Specialist            **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

     Re:    Leslie Marcus
            Claim No.:   9303113
            Employer:   Balfour Beatty Investments

Dear Ms. Scales:

As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through July 21, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. Unfortunately, we have recently had difficulty contacting one of her providers and will need an additional 7-day extension through July 28, 2023.

Please let me know if LFG is amenable to an extension through July 28, 2023 as soon as possible.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh
Encl.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

PAGE 2/2 * RCVD AT 7/21/2023 5:15:35 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):01-15

**Lincoln/Marcus 0171**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: July 19, 2023 | |
| To: LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn: Lisa Counters | |
| Fax: (602) 266-0141 | |
| From: Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0172**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 19, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated July 3, 2023 you were afforded until July 17, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus' appeal for LTD benefits under the Policy.

In a letter dated July 18, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered by July 21, 2023.

If we do not hear from you and do not receive additional information by July 21, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in Ms. Marcus' file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist

1  of 2

**Lincoln/Marcus 0173**

Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

2  of  2

**Lincoln/Marcus 0174**

MARCUS, Leslie (id #7056, dob:

## Admin Documents

 CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

# Invoice

**Invoice No.**   510

**Date**   4/4/2023

**Recipient:**
Lisa Counters
Shiffman Law
4506 N 12th St
Phoenix AZ 85014 United States
Edarling@cnivellocarlson.com

**Company Details:**
Complex Neurology, LLC
1015 E McDowell Rd, Ste 101
Phoenix AZ 85006
team@complexneurology.com
Leslie Marcus

| Date of Service | Description | Price per Unit | | Quantity | Total Price | |
|---|---|---|---|---|---|---|
| 4/4/2023 | Medical Records | $ | 100.00 | 1 | $ | 100.00 |
| 4/4/2023 | Autonomic -TCD Testing | $ | 850.00 | 1 | $ | 850.00 |
| | | | | Subtotal | $ | 950.00 |

| | Grand Total | $ | 950.00 |
|---|---|---|---|

**Payment Details**
Tax ID 33-2551387
Make Check Payable to Complex Neurology, LLC

Invoice Questions? Contact:
Fran Silberstein 602 834 2557

MARCUS AR03082

**Lincoln/Marcus 0175**

From: Breann Henry    Fax:    To: 6033340401@rcfax.com    Fax: (603) 334-0401    Page: 45 of 98    07/18/2023 5:09 PM    P: 02 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

## Admin Documents



### CENTER FOR COMPLEX NEUROLOGY
### EDS & POTS

## Invoice

Invoice No.    510

Date    4/4/2023

**Recipient:**
Lisa Counters
Shiffman Law
4506 N 12th St
Phoenix AZ 85014 United States
Edarling@crivellocarlson.com

**Company Details:**
Complex Neurology, LLC
1010 E McDowell Rd, Ste 101
Phoenix AZ 85006
fran@complexneurology.com
Leslie Marcus

| Date of Service | Description | Price per Unit | Quantity | Total Price |
|---|---|---|---|---|
| 4/4/2023 | Medical Records | $ 100.00 | 1 | $ 100.00 |
| 4/4/2023 | Autonomic -TCD Testing | $ 850.00 | 1 | $ 850.00 |
| | | | Subtotal | $ 950.00 |
| | | | **Grand Total** | **$ 950.00** |

**Payment Details**
Tax ID 93-2551387
Make Check Payable to Complex Neurology, LLC

**Invoice Questions/ Contact:**
Fran Wasserstein 602-834-4587

MARCUS AR03082

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** July 18, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. WE WILL REIMBURSE YOU FOR MAILING COSTS. THANK YOU.

**Lincoln/Marcus 0177**



# SCHIFFMAN LAW
HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

July 18, 2023

Keisha Scales, Claims Resolution Specialist          **VIA FACSIMILE (603) 334-0401**
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

   Re: Leslie Marcus
     Claim No.: 9303113
     Employer: Balfour Beatty Investments

Dear Ms. Scales:

  As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through July 27, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. After speaking with one of Ms. Marcus' providers, I learned we only need an extension through July 21, 2023. Additionally, I am submitting the following:

- 05/12/2023 Physical Capacities Evaluation completed by Dr. Frank Cibulka;
- 02/28/2023 to 05/04/2023 Medical Records from Center for Complex Neurology/Dr. David S. Saperstein; and
- 06/16/2023 Medical Records from Center for Complex Neurology/Dr. David S. Saperstein.

Some of the enclosed records are being resubmitted because the bates stamps were corrected.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION\***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\***

**Lincoln/Marcus 0178**

July 18, 2023
Page 2

Please let me know if LFG is amenable to an extension through July 21, 2023 as soon as possible.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh
Encl.

**Lincoln/Marcus 0179**

April 12, 2023

Att: Lisa Counters
Schiffman Law Offices

RE: Leslie Marcus

I understand there is some question to Leslie Marcus' health status as related to her disability claim. First, some context.

We met Leslie in 2017 through our son, Clay. Both were employed by Balfour Beatty Construction at the time. Leslie was actively managing military housing at Mountain Home AFB including a number of other military installations. Her responsibilities required significant travel across multiple states while based in Arizona.

Clay and Leslie were able to engage in an active lifestyle (including motorcycle rides, overnight hikes, travel, etc.) for a couple years in keeping with our typical family activities. That active lifestyle is significantly altered.

Leslie's health deteriorated rapidly and significantly during the ensuing years. Her health challenges are necessary considerations during our holiday visits and during time we spend together. Our trip to the Bahamas in 2021 is an apt example.

Leslie's stamina and cardio is compromised to the point that a wheelchair is required to get through airports. During our trip to the Bahamas to celebrate a family birthday, sailing proved a perfect accommodation to address Leslie's physical limitations while allowing for other more active family members.

On our visits to Phoenix, we have witnessed moments of high energy and accomplishment followed by days of debilitating fatigue that was frequently accompanied by pain and nausea. One such incident that comes to mind is Thanksgiving 2021 when Leslie was literally carried to bed after Thanksgiving dinner. Leslie's food choices are limited by nausea. Retrieving mail from a community mailbox less than a block away and negotiating stairs takes significant effort.

Leslie's ability to stand for prolonged periods of time is significantly diminished as demonstrated during our Christmas 2022 visit. Five family members (including Leslie) attended the Musical Instrument Museum in Phoenix. Leslie spent most of our hour-visit seated while the rest of the family strolled through the exhibits.

Our perspective of Leslie's health challenges over the last several years are concerning, of course; however, we are also impressed with her desire to remain upbeat and her attempts to maintain as much of her previous lifestyle as possible.

Respectfully,

Linda S Cornwell
209.890.6963

MARCUS AR03038

Lincoln/Marcus 0180

# FAX – CONFIDENTIAL



**To: SCHIFFMAN LAW**

Company:
Fax:    602-266-0141
Phone:

**From: HonorHealth Medical Group Arcadia**

Fax:    480-882-5866
Phone:  482-882-7360
E-mail:

## NOTES:

If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter. Please make sure you upload the misdirected fax with your report.

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission: 5/12/2023 3:23:52 PM**
**Number of pages including this cover sheet: 9**

MARCUS AR03039

**Lincoln/Marcus 0181**

Marcus, Leslie S (MR # 3220726)
Media Information

Scan on 5/12/2023 1521 by Denisse Lopez, MA: PHYSICAL EVAL FORM SCHIFFMAN LAW 05.12.23  FAXED

Image is displayed on its own page.



Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM              Page 1 of 8

MARCUS AR03040

**Lincoln/Marcus 0182**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax;              To: 4808825866@rcfax.com    Fax: (480) 882-5866              Page: 3 of 6        04/28/2023 4:08 PM



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website:** www.schiffmanlaw.com

April 28, 2023

Frank Cibulka, M.D.
HonorHealth Medical Group                *Sent via facsimile (480) 882-5866*
3311 North 44th Street
Phoenix, AZ 85018

     RE:    Leslie Marcus
            DOB:

Dear Dr. Cibulka:

We represent the client referenced above for whom we are processing a claim for Social Security benefits. The issue in cases of this type is whether the claimant has been, or can be expected to be, prevented from engaging in any substantial gainful activity, i.e., unable to work on a sustained full-time basis, for a period of 12 months or longer. Your patient alleged disability on October 30, 2021. Enclosed is a medical information waiver signed by Ms. Marcus authorizing you to provide us with medical information as it is required. Please put it in her file.

At this time we are requesting the following:

    1.  **Completion of the attached Physical Capacities Evaluation form, noting the dates during which you believe the limitations have existed since the date of alleged onset, i.e., October 30, 2021. If the limitations have changed during your course of treatment, please make copies of the form and complete a separate form for each relevant period.**

**If there is a fee for your time, please advise in advance so that prepayment arrangements can be made.** Thank you for your prompt attention to this request.

                    Sincerely,

                    SCHIFFMAN LAW OFFICE, P.C.

                    Anna T. Schiffman

ATS/lw

**STATE BAR CERTIFIED SPECIALIST:  WORKERS' COMPENSATION\***

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM                Page 2 of 8

MARCUS AR03041

PAGE 7/59 * RCVD AT 7/18/2023 1:31:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):67-14

**Lincoln/Marcus 0183**

Marcus, Leslie S (MR # 3220726)

## HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF MEDICAL, PSYCHOLOGICAL/PSYCHIATRIC, HOSPITAL, EDUCATIONAL, EMPLOYMENT, INSURANCE, LEGAL, MILITARY, SOCIAL SECURITY AND/OR VOCATIONAL RECORDS

Patient Name: Leslie S. Marcus _____ Health Record Number _____
Date of Birth

1. I authorize the use or disclosure of the above named individual's protected health information as described below. In addition, I authorize the release of educational, employment, insurance, legal, military, Social Security, vocational and Industrial Commission of Arizona or workers' compensation commissions of any other state records.

2. The following named individual or organization is authorized to make the disclosure: _____
Frank Cibulka, M.D.

3. The type and amount of information to be used or disclosed is as follows:

   [ ] entire medical record from _____ to _____. This includes records, reports, charts, notes, history, findings, diagnosis and prognosis, x-ray and imaging reports, laboratory results, test results, hospital records, prescription records, consultation reports, operative reports, phone records, insurance records, correspondence, whether or not generated by your office.
   [ ] x-ray and imaging films from _____ to _____
   [ ] itemized billing statement from _____
   [X] other: Please see the attached correspodence.

4. This information may be disclosed to and used by the Schiffman Law Office, P.C., 4506 North 12th Street, Phoenix, AZ 85014 (Tel #: 602-258-2857/Fax #: 602-598-0748/Email: MedRecs@schiffmanlaw.com) for the purpose of:
   [ ] Social Security claim  [ ] Workers' compensation claim  [ ] litigation  [ ] Other:

5. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire two years from the date below or upon completion of representation, whichever comes first.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand that Schiffman Law Office, P.C., is not a covered entity, e.g. health insurance plan or health care provider and that the released information may no longer be protected by federal and state privacy regulations once released to it. I also understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal or state confidentiality rules.

8. The physician-patient privilege is not waived. You are specifically requested and instructed not to disclose any information, opinions, records or x-rays to any other attorney, physician, insurance company or person without specific additional written authorization from me to do so, unless said disclosure is necessary for health care or health insurance purpose. ARS § 12-2235. All other authorizations are hereby revoked and canceled.

9. Photocopies of this authorization will be considered as valid as the original.

_____ DATED this 28 day of April 20 23
Signature of Patient or Legal Representative

_____          _____
If Signed by Legal Representative, Relationship to Patient      Signature of Witness

MARCUS AR03042

Lincoln/Marcus 0184

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:              To: 4808925866@rcfax.com      Fax: (480) 882-5866            Page: 5 of 6        04/28/2023 4:08 PM

## PHYSICAL CAPACITIES EVALUATION

Name of Patient Leslie Marcus SSN:

**IMPORTANT: Please complete the following items based on your clinical evaluation of the claimant and other testing results. Any item that you do not believe you can answer should be marked N/A (Not Answerable)**

**NOTE**: In terms of an 8 hour workday, "Occasionally" equals 1% to 33%; "Frequently", 34% to 66%; "Continuously", 67% to 100%.

1.  A)  Number of hours patient can work: Per Day ___9___     Per Week ___
    B)  Need for change of position:   Seldom      Occasional      Frequent      Continuous

2.  In an 8-hr. workday, patient can: (Circle full capacity for each activity)

TOTAL AT ONE TIME

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A) | Sit | - | 0 ___ min. | 1 | 2 | (3) | 4 | 5 | 6 | 7 | 8(hrs) |
| B) | Stand | - | 0 **10** min. | .1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |
| C) | Walk | - | 0 **15** min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |

TOTAL DURING ENTIRE 8-HOUR DAY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A) | Sit | - | 0 ___ min. | 1 | 2 | (3) | 4 | 5 | 6 | 7 | 8(hrs) |
| B) | Stand | - | 0 **10** min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |
| C) | Walk | - | 0 **15** min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |

3.  Patient can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A) | Up to 5 lbs. | [X] | [ ] | [ ] | [ ] |
| B) | 6-10 lbs. | [X] | [ ] | [ ] | [ ] |
| C) | 11-20 lbs. | [X] | [ ] | [ ] | [ ] |
| D) | 21-25 lbs. | [X] | [ ] | [ ] | [ ] |
| E) | 26-50 lbs. | [X] | [ ] | [ ] | [ ] |
| F) | 51-100 lbs. | [X] | [ ] | [ ] | [ ] |

4.  Patient can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A) | Up to 5 lbs. | [X] | [ ] | [ ] | [ ] |
| B) | 6-10 lbs. | [X] | [ ] | [ ] | [ ] |
| C) | 11-20 lbs. | [X] | [ ] | [ ] | [ ] |
| D) | 21-25 lbs. | [X] | [ ] | [ ] | [ ] |
| E) | 26-50 lbs. | [X] | [ ] | [ ] | [ ] |
| F) | 51-100 lbs. | [X] | [ ] | [ ] | [ ] |

5.  Patient can use hands for repetitive action such as:

| | Simple Grasping | Pushing & Pulling of Arm Controls | Fine Manipulation |
|---|---|---|---|
| A. Right | [X]Yes [ ]No | [ ]Yes [X]No | [ ]Yes [X]No |
| B. Left | [X]Yes [ ]No | [ ]Yes [X]No | [ ]Yes [X]No |

6.  Patient can use feet for repetitive movements (i.e., leg controls):

| Right | Left | Both |
|---|---|---|
| [ ]Yes [X]No | [ ]Yes [X]No | [ ]Yes [X]No |

7.  Patient can:

| | Not at All | Occasionally | Frequently | Continuously |
|---|---|---|---|---|
| A. Bend | [ ] | [X] | [ ] | [ ] |
| B. Squat | [X] | [ ] | [ ] | [ ] |
| C. Crawl | [X] | [ ] | [ ] | [ ] |
| D. Climb | [X] | [ ] | [ ] | [ ] |
| E. Reach | [ ] | [X] | [ ] | [ ] |

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM        Page 4 of 8

MARCUS AR03043

**Lincoln/Marcus 0185**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:            To: 4808825866@rcfax.com        Fax: (480) 882-5866              Page: 5 of 6        04/28/2023 4:08 PM

8.  Does patient have any restriction of activities involving:

|  | None | Mild | Moderate | Total |
|---|---|---|---|---|
| A. Unprotected heights | [ ] | [ ] | [ ] | ✓ |
| B. Being around moving machinery | [ ] | [ ] | [ ] | ✓ |
| C. Exposure to marked changes in temperatures & humidity | [ ] | [ ] | [ ] | ✓ |
| D. Driving automotive equipment | [ ] | [ ] | [ ] | ✓ |
| E. Exposures to dust, fumes & gases | [ ] | [ ] | ✓ | [ ] |

9.  A.  Can the patient's medically determinable impairment(s) reasonably be expected to limit activities due to subjective symptoms (e.g. pain, fatigue, dizziness, etc.)? YES,NO__ Y€)

If YES, identify the symptom(s): _p+ has multiple chrono the loss of concentration ↓ focus, @ dementia

B.  Does patient experience any side-effects from any of the medications prescribed for treatment of patients' medically determinable impairment(s)?    YES___ NO✓    If YES, identify the medication and the side-effect(s) _____

If you answered yes to 9(A) or 9(B), check the degree to which the symptom(s) and/or side-effect can be expected to affect patient's ability to perform the following nonexertional functions:

|  | None | Mild | Moderate | Moderately Severe* | Severe* |
|---|---|---|---|---|---|
| A. Pay attention to and/or concentrate on tasks: | [ ] | [ ] | [ ] | [ ] | ✓ |
| B. Maintain interpersonal relationships with supervisors, co-workers or the public: | [ ] | [ ] | [ ] | [ ] | ✓ |
| C. Respond to customary work pressures or stress: | [ ] | [ ] | [ ] | [ ] | ✓ |
| D. Provide consistent work effort: | [ ] | [ ] | [ ] | [ ] | ✓ |

10. Are your patient's impairments likely to produce "good days" and "bad days"? [ ] Yes [✓] No  If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

[ ] Never                          [ ] About three days per month
[ ] About one day per month        [ ] About four days per month
[ ] About two days per month       [ ] More than four days per month

11. The above limitations have been present since: 2/16/2017 (date)
12. I expect the above limitations to continue:

[ ] less than 12 mos, [ ] at least 12 mos [ ] longer than 12 mos [✓] Indefinitely

13. Remarks on above or other functional limitations: _____
P+ is not able Able to conduct Huml ADL) Can not Complete Any hworh Activity

*Definitions of Rating Terms:
NONE:        Able to perform designated task or function with no observable limits
MILD:        Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) no more than 10% of the workday/workweek (i.e., 1 hour or less per day or ½ day or less per week).
MODERATE:    Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) from 11-20% of the workday/workweek (i.e., more than 1 hour per day or more then ½ day per week).
MODERATELY SEVERE:  Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) more than 20% of the workday/workweek (i.e., more than 1 hour and up to 2 hours per day or ½ to one day per week).
SEVERE:      Not able to perform designated task or function on regular, reliable, and sustained schedule.

5/12/2023
Date

Signature Frank Cibulka, M.D.

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM          Page 5 of 8
MARCUS AR03044

Lincoln/Marcus 0186

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:              To: 4808825866@rcfax.com    Fax: (480) 882-5866              Page: 1 of 6        04/28/2023 4:08 PM

# FAX

| Date: | 04/28/2023 |
|---|---|

| Pages including cover sheet: | 6 |
|---|---|

| To: | 4808825866@rcfax.com |
|---|---|
| | |
| | |
| | |
| | |
| | |
| Phone | |
| Fax Phone | (480) 882-5866 |

| From: | Leslie Winkler |
|---|---|
| | Schiffman Law Office |
| | 4506 N 12th Street |
| | Phoenix |
| | AZ          85014 |
| | |
| Phone | |
| Fax Phone | |

**NOTE:**

Marcus, Leslie

---

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM        Page 6 of 8

MARCUS AR03045

**Lincoln/Marcus 0187**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler      Fax:            To: 4808825866@rcfax.com      Fax: (480) 882-5866            Page: 2 of 6      04/28/2023 4:08 PM



Document Information

**Misc Clinical:  Exam Forms**

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM            Page 7 of 8

MARCUS AR03046

**Lincoln/Marcus 0188**

Marcus, Leslie S (MR # 3220726)
> PHYSICAL EVAL FORM SCHIFFMAN LAW 05.12.23  FAXED
> 05/12/2023 15:21
> **Attached To:**
> Leslie S Marcus

Source Information

Denisse Lopez, MA | Arcadia Mg

MARCUS AR03047

**Lincoln/Marcus 0189**

MARCUS, Leslie (id #7056, dob:

## Medical Records - CONFIDENTIAL

**FROM:** AZ - Center for Complex Neurology

Amanda L
1010 E MCDOWELL RD STE 101, PHOENIX, AZ 85006-2607
Phone: (602) 900-9404
Fax: (833)535-1450

**TO:**

**Name: MARCUS, LESLIE**

**DOB:**

**Date Range: to 05/04/2023**

**This document contains the following records of the patient:**
• **Encounters and Procedures**
• **Encounter Documents**
• **Imaging Results**

**Note:** re; Marcus, L.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7056-A-25544]

MARCUS AR03048

**Lincoln/Marcus 0190**

From: Breann Henry        Fax:              To: 6033340401@rcfax.com      Fax: (603) 334-0401        Page: 15 of 107      07/18/2023 10:31 AM      02 / 33
CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

## Encounters and Procedures

Clinical Encounter Summaries

MARCUS AR03049

## MARCUS, Leslie (id #7056, dob:

**Encounter Date: 02/28/2023**
Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (51yo, F) ID# 7056 | **Appt. Date/Time** | 02/28/2023 02:30PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | DAVID S. SAPERSTEIN, MD | | |

**Insurance**
Med Primary: *SELF PAY*
Med Secondary: BCBS-AZ (PPO)
Insurance # : CDC85193653
Policy/Group # : 26078
Prescription: check now

### Chief Complaint

None recorded.

### Patient's Care Team

**Primary Care Provider:** TONIA GRAHAM FNP-BC: 20449 N LAKE PLEASANT STE 101, PEORIA, AZ 85382, Ph (623) 322-0099, Fax (623) 322-0966 NPI: 1699108621

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in Stated 02/28/2023 02:35 pm | **Wt:** 96 lbs Stated 02/28/2023 02:35 pm | **BMI:** 16 02/28/2023 02:35 pm |
| **BP:** 100/64 sitting R arm 02/28/2023 02:37 pm | **HR:** 88 02/28/2023 02:37 pm | **RR:** 16 02/28/2023 02:35 pm |
| **T:** 98.1 F° temporal artery 02/28/2023 02:35 pm | **O2Sat:** 99% Room Air at Rest 02/28/2023 02:35 pm | **Pain Scale:** 5 02/28/2023 02:35 pm |

### Allergies

Reviewed Allergies

**ADHESIVE TAPE**, unable-to-assess criticality: - Medical Tape

**CORTICOSTEROIDS (GLUCOCORTICOIDS)**, unable-to-assess criticality

### Medications

MARCUS AR03050

**Lincoln/Marcus 0192**

## MARCUS, Leslie (id #7056, dob:

Reviewed Medications

**acetaZOLAMIDE 125 mg tablet**                                    02/20/23   entered
Take 1 tablet(s) twice a day by oral route.

**berberine-herbal comb no.18 capsule**                           02/20/23   entered
Take by oral route.
**Internal Note:** no dossage and frequency

**clonazePAM 1 mg disintegrating tablet**                         02/20/23   entered
Place 1 tablet(s) every day by translingual route.

**desvenlafaxine ER 50 mg tablet,extended release 24 hr**         02/20/23   entered
Take 1 tablet(s) every day by oral route.

**Eliquis 5 mg tablet**                                           02/20/23   entered
Take 1 tablet(s) twice a day by oral route.

**montelukast 10 mg tablet**                                      02/20/23   entered
Take 1 tablet(s) every day by oral route.

**Qulipta 30 mg tablet**                                          02/20/23   entered
Take 1 tablet(s) every day by oral route.

**traZODone 100 mg tablet**                                       02/20/23   entered
Take 1 tablet(s) every day by oral route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Impaired cognition - Onset: 03/01/2023
- Joint pain - Onset: 03/01/2023
- Fatigue - Onset: 03/01/2023
- Tremor - Onset: 03/01/2023
- Paresthesia - Onset: 03/01/2023
- Disorder of autonomic nervous system - Onset: 03/01/2023
- Hypermobility of joint - Onset: 03/01/2023

## Family History

Reviewed Family History

She has an identical twin sister who is hypermobile. The sister carries a diagnosis of mixed connective tissue disorder. The sister has a 30-year-old son who has what sounds to be a chest pectus deformity. She says that he carries a diagnosis of Marfan's. The patient has an older sister and she has a paternal half brother. The brother has gastrointestinal symptoms. The patient's father has been diagnosed with sporadic amyloidosis. This is producing cardiac problems. He has a pacemaker. He has dementia that came on late in life. The patient does not know about her mother's family history. The patient has a 23-year-old son without apparent medical issues. There is no known family history of atrial fibrillation, dysautonomia, migraines, neuropathy, and dementia (other than her father), tremor, aneurysms, or ruptured organs (other than her sister who had her gallbladder "burst").

## Social History

Reviewed Social History

## Surgical History

Reviewed Surgical History
- Nasal septoplasty - Septoplasty/Turbinate Reduction 07.12.2022
- Spondylometry - Lumbar Spondclylosis 3.6.2019
- Hysterectomy - Full Hysterectomy 2006
- Laparoscopy - x9 between 1992-2005
- Oophorectomy - 1991

MARCUS AR03051

**Lincoln/Marcus 0193**

## MARCUS, Leslie (id #7056, dob:

~ Destruction of lesion of heart - 12/18/2018 - Heart Ablation 12.26.2018/06/122019

### Past Medical History

Reviewed Past Medical History
Notes: Atrial fibrillation, s/p ablation. Ovarian tumor.

### Screening

| Name | Score | Notes |
|------|-------|-------|
| ACE for Adults | Not scored | |
| MIDAS | Not scored | |

### HPI

This is a 51-year-old woman here for evaluation of dysautonomia and EDS.

She was in good health until 2017 when she was involved in a motor vehicle accident. She was stopped on the highway and was rear-ended. She experienced cervical and lumbar spine disc injuries related to this, with neck and back pain. She underwent treatments with PRP and lumbar epidural steroids. 1 day after lumbar epidural steroid she felt poorly. She wanted up in the emergency room and was found to be in atrial fibrillation. She ultimately underwent 2 ablations for A-fib; the second 1 was successful. She experienced numerous DVTs and pulmonary emboli. There were hospitalizations where blood pressure was very low. Each of these are different instances.

Chronic back pain related to denervation surgery in her lumbar spine.

As mentioned, there were numerous hospitalizations and medical encounters. She ultimately wound up being seen at the Mayo Clinic in Arizona. I do not have records for this, but Leslie reports that she was diagnosed with POTS, autonomic neuropathy, MCAS, EDS, fibromyalgia, chronic fatigue syndrome, depression, anxiety, and suspected PTSD (from the motor vehicle accident). She was last seen at the Mayo Clinic in 2020.

Prior to the motor vehicle accident there was slight insomnia and some issues with constipation. With the motor vehicle accident she did not hit her head.

Previously she has had experienced lightheadedness and syncope. She says she knows how to get up slowly and there has not been recent syncope. The patient denies racing heart rate. There is also not bradycardia.

She is nauseous all the time. She was taking Zofran daily. Her primary put her on Qulipta for the possibility of cyclic vomiting syndrome. Since being on Qulipta that she no longer requires taking Zofran. In the past Leslie has had "bad" migraines. Even before Qulipta, migraines have not been an issue recently.

She takes acetazolamide 125 mg twice daily. She is not sure why. It sounds like this was started at Mayo Clinic. It is not clear if she was found to have an abnormality of $CO_2$.

There is numbness and tingling in the hands and feet. These are present all the time. In addition, there are sensory symptoms that shoot up the arms and legs. Patient reports recently having nerve conduction and EMG testing done at honor health by Dr. Anne Hatch. These were apparently normal. A skin biopsy to look at epidermal nerve fibers was also apparently normal.

Leslie is prone to rashes and hives.

There is no bloating or diarrhea. She does get constipation.

She denies urinary symptoms.

The patient has always been "super bendy" and did gymnastics when she was younger. There is no history of joint subluxations or dislocations. When asked about joint pain presently, she says "everything hurts."

Since at least 2018 she is experienced shaking and tremors.

About a year ago she started experiencing episodes where her toes involuntarily curl and her feet turn in towards 1 another. These can last hours to days. The husband showed me a video from September 2022 that showed toes flexed and, later, feet turned in. The toe flexion cannot be overcome by trying to pull on the toes. They showed this video to Dr. Hatch and she indicated that these movements were psychogenic.

Day today, Leslie is bothered by decreased concentration, decreased energy (she is typically "exhausted", she is unable to do simple things. She feels like she is walking in quicksand. She feels like her body and head are too heavy. She does not drive. She reports PTSD since the accident. When she was still driving she sometimes got lost while driving.

Stress is exhausting. This could be "bad stress" but also "good stress" such as getting together with family and friends.

She has has difficulty falling asleep and staying asleep. She takes clonazepam, trazodone, and medical marijuana

MARCUS AR03052

**Lincoln/Marcus 0194**

## MARCUS, Leslie (id #7056, dob:

to help with sleep.

She has progressive difficulties with memory. Neuropsychological testing performed in November 2021 diagnosed her with dementia.

She reports anemia that comes and goes. She reports varying GFR.

She does not believe she has had brain MRI imaging since at least 2019.

She does not recall ever being tried on Ketotifen or cromolyn for MCAS.

Previously she worked in real estate. She was a regional manager and supervised a large number of individuals and projects. After the problems that developed following a motor vehicle accident she went on FMLA. She last worked in 2018. There is ongoing litigation associated with the accident.

Family history

She has an identical twin sister who is hypermobile. The sister carries a diagnosis of mixed connective tissue disorder. The sister has a 30-year-old son who has what sounds to be a chest pectus deformity. She says that he carries a diagnosis of Marfan's. The patient has an older sister and she has a paternal half brother. The brother has gastrointestinal symptoms. The patient's father has been diagnosed with sporadic amyloidosis. This is producing cardiac problems. He has a pacemaker. He has dementia that came on late in life. The patient does not know about her mother's family history. The patient has a 23-year-old son without apparent medical issues.

There is no known family history of atrial fibrillation, dysautonomia, migraines, neuropathy, and dementia (other than her father), tremor, aneurysms, or ruptured organs (other than her sister who had her gallbladder "burst").

## ROS

**Additionally reports:**
**POSITIVE RESPONSES TO MCAS QUESTIONNAIRE (SCORE = 18):**
**Urinary or sexual symptoms**
**Fatigue**
**Tinnitus**
**Itchy eyes**
**Chest Pain**
**Rapid heart beat**
**Light headedness**
**Shortness of breath**
**Nausea**
**Abdominal pain**
**Bloating**
**Headaches**
**Numbness**
**Brain fog**
**Blotchiness of skin**
**Bruising**
**Bone pain**

## Physical Exam

GENERAL
This is a well-developed individual in no acute distress. There are no abnormalities of development or body habitus. There is no clinodactyly. The skin has normal coloration.

No Broad forehead
No Telecanthus
No Epicanthal folds
No Narrow face
No Retrognathia
No Malar hypoplasia
No Thin chin
No Sunken cheeks
No Thin lips/nose
No Low set ears
No Lobeless ears

No Blue sclerae
No Central heterochromia. Eye color: brown
No Large eyes

No High arched palate
No Palate torus
No Crowded teeth
No Absent frenulum

MARCUS AR03053

**Lincoln/Marcus 0195**

## MARCUS, Leslie (id #7056, dob:

**SKIN:**
No Hyperextensible skin.
No Soft or velvety skin.
Yes Atrophic scarring
No Papyraceous scarring
No Piezogenic papules in both heels
No Molluscoid pseudotumors
No Subcutaneous spheroids
No Striae
No Bruising
No Translucent skin
No Rash

**SKELETAL:**

No Arachnodactyly

Joint Hypermobility.
Beighton's Criteria for Joint Hypermobility (9-point scale)(/u>
5th finger can be hyperextended more than 90°: 2
thumb can touch forearm: 2
elbow extends more than 10°: 0
knee extends more than 10°: 0
both palms can touch the floor: 1

TOTAL SCORE: 5

**NEUROLOGICAL:**
Mental Status: The patient is alert and oriented and able to give a coherent history. Fund of knowledge is appropriate. Speech, language, comprehension and concentration are normal. Affect is appropriate.

Cranial Nerve: There is no ptosis. Pupils are equal and round. Extraocular movements are intact. Optic discs are sharp. There is normal facial strength. There is normal facial sensation. Hearing is intact to voice. The tongue and palate are midline. Gag is present. Shoulder shrug is normal.

Motor: There is normal muscle tone and bulk. Strength is 5/5 throughout. There is no pronator drift.

Sensory: Light touch, pinprick, vibration and joint position sense intact. Romberg sign is absent.

Reflexes: Reflexes are present and symmetrical throughout. Plantar responses are flexor bilaterally.

Complex Motor: Finger to nose and rapid alternating movements are normal. There is no tremor or dysmetria.

Gait: Casual, heel, toe and tandem walking are normal.

CRITERIA FOR HYPERMOBILTY SYNDROMES
CRITERION 1 – Generalized Joint Hypermobility
One of the following:
N/A >=6 pre-pubertal children and adolescents
N/A >=5 pubertal men and woman to age 50
Yes >=4 men and women over the age of 50

*If Beighton Score is one point below age- and sex-specific cut off, two or more of the following must also be selected to meet criterion:
N/A Can you now (or could you ever) place your hands flat on the floor without bending your knees?
N/A Can you now (or could you ever) bend your thumb to touch your forearm?
N/A As a child, did you amuse your friends by contorting your body into strange shapes or could you do the splits?
N/A As a child or teenager, did your shoulder or kneecap dislocate on more than one occasion?
N/A Do you consider yourself "double jointed"?

CRITERION 2 – Two or more of the following features (A, B, or C) must be present
Feature A (five must be present):
No Unusually soft or velvety skin
No Mild skin hyperextensibility
No Unexplained striae distensae or rubae at the back, groins, thighs, breasts and/or abdomen in adolescents, men or pre-pubertal women without a history of significant gain or loss of body fat or weight
No Bilateral piezogenic papules of the heel
No Recurrent or multiple abdominal hernia(s)
Yes Atrophic scarring involving at least two sites and without the formation of truly papyraceous and/or hemosideric scars as seen in classical EDS
No Pelvic floor, rectal, and/or uterine prolapse in children, men or nulliparous women without a history of morbid obesity or other known predisposing medical condition

MARCUS AR03054

**Lincoln/Marcus 0196**

## MARCUS, Leslie (id #7056, dob:

No Dental crowding and high or narrow palate
No Arachnodactyly
Yes Arm span-to-height ratio >1.05 (her measure is 1.077)
No Mitral valve prolapse
No Aortic root dilatation with Z-score >+2

Feature A total: 2/12

Feature B
No Positive family history; one or more first-degree relatives independently meeting the current criteria for hEDS

Feature C (must have at least one)
Yes Musculoskeletal pain in 2 or more limbs, daily for at least 3 mos
Yes Chronic, widespread pain for >3 months
No Recurrent joint dislocations or frank instability, in the absence of trauma

## Assessment / Plan

The patient has a history suggestive of joint hypermobility. She is hypermobile on examination. She has some features of hypermobile EDS but does not meet formal criteria. She qualifies for a diagnosis of "generalized hypermobility spectrum disorder." As is often seen in this diagnosis she has (apparently developed dysautonomia. Individuals with hypermobility disorders may develop problems with dysautonomia and MCAS following some sort of trigger. A question is whether the epidural steroids served as a trigger. There could have been something in the materials injected. Alternatively, her development of atrial fibrillation could have been a coincidence. Atrial fibrillation is not commonly seen in individuals with dysautonomia and MCAS, but can result from hyperadrenergic state which can develop any symptoms.

Unfortunately, I do not have records from Mayo clinic. Today, blood pressure and heart rate are unremarkable. She reports a diagnosis of POTS but tells me that autonomic testing was normal at Mayo Clinic. Apparently she was on medications, such as beta-blocker. More recently, Dr. Hatch took her off of her medications and did repeat autonomic testing at honor health. The patient and her husband report that this was also normal.
I am not certain what what to make of the diagnosis of dementia. I question this. I am not saying there are not cognitive issues, but I doubt she has a dementia disorder. I would want to see this repeated by a different neuropsychologist.
Leslie experiences involuntary movements such as tremor and abnormal flexion movements in her feet and toes. The etiology of this is uncertain. However, I will say that in individuals with MCAS, poorly explain neurologic events can be seen. These often get diagnosed as functional.
The patient does have symptoms suggestive of MCAS. I do not know if there were positive test results at Mayo that led to this diagnosis or if the diagnosis was presumptive.

**PLAN:**
I am requesting records from Mayo Clinic. I am requesting records from honor health.
Empiric trial of Ketotifen. This is safe and can be effective against MCAS. She will take 1 mg twice daily. We discussed the need to have this compounded. We discussed potential adverse effects to include weight gain, sedation, jitteriness.
Repeat neuropsychological testing.
Repeat autonomic testing.
EEG to evaluate for a seizure disorder as cause of cognitive or other symptoms. If routine EEG is normal, then we will obtain 72-hour ambulatory EEG.
Laboratory testing to look for factors that could flare or mimic MCAS.
Updated MRI of the brain and cervical spine to evaluate for structural lesions. Individuals with hypermobility can have issues such as craniocervical instability.

She might benefit from PT with a therapist well-versed in hypermobility. This could help with pain.
Follow-up after above.

**1. Disorder of autonomic nervous system**
    G90.9: Disorder of the autonomic nervous system, unspecified
- METANEPHRINES, FRACTIONATED, FREE, PLASMA
- AUTONOMIC FUNCTION ANALYSIS -    Note to Imaging Facility: Perform autonomic reflex testing
- MEDICAL RECORD REQUEST*
- MEDICAL RECORD REQUEST*

**2. Fluctuating level of consciousness**
    R40.4: Transient alteration of awareness
- US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE

**3. Impaired cognition**
    R41.89: Other symptoms and signs involving cognitive functions and awareness
- NEUROPSYCHOLOGICAL TESTING*
- MRI, BRAIN, W/O CONTRAST

    Height (ft.): 5 ft 5 in Weight (lbs): 96

**4. Fatigue**

MARCUS AR03055

**Lincoln/Marcus 0197**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

R53.83: Other fatigue

### 5. Mast cell activation syndrome
D89.40: Mast cell activation, unspecified
- MCAS HANDOUT - Handout: MCAS HANDOUT
- HISTAMINE, QUANTITATIVE, BLOOD
- TRYPTASE, SERUM
- HISTAMINE, SERUM OR PLASMA
- PROSTAGLANDIN D2, QUANT, SERUM OR PLASMA

### 6. Disorder of immune function
D89.9: Disorder involving the immune mechanism, unspecified
- THYROGLOBULIN ANTIBODY
- THYROID PEROXIDASE (TPO) AB
- IMMUNOGLOBULINS A/E/G/M, SERUM

### 7. Nonspecific immune reaction
D89.9: Disorder involving the immune mechanism, unspecified
- COMPLEMENT C4A, PLASMA
- TRANSFORMING GROWTH FACTOR BETA 1, SERUM OR PLASMA
- MATRIX METALLOPEPTIDASE 9, QUANTITATIVE, SERUM
- ALPHA MELANOCYTE STIMULATING HORMONE, SERUM OR PLASMA

### 8. Hypermobility of joint ~
Beighton score = 5
Points out of 12 = 2
R29.898: Other symptoms and signs involving the musculoskeletal system

### 9. Medical examination for suspected condition
Z00.01: Encounter for general adult medical examination with abnormal findings
- HOMOCYSTEINE, SERUM OR PLASMA

### 10. Seizure
R56.9: Unspecified convulsions
- CONTINUOUS ELECTROENCEPHALOGRAM WITH VIDEO ~    Note to Imaging Facility: To HPN: Routine EEG and 72 hour ambulatory VEEG.

### 11. Tremor
R25.1: Tremor, unspecified
- COPPER, SERUM OR PLASMA
- CERULOPLASMIN
- PARANEOPLASTIC ANTIBODY PANEL, SERUM -    Note to Lab: Labcorp panel 505535

### 12. Paresthesia
R20.2: Paresthesia of skin
- MRI, CERVICAL SPINE, W/O CONTRAST

Height (ft.): 5 ft 5 in Weight (lbs): 96

### 13. Joint pain
M25.50: Pain in unspecified joint

## Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by David S. Saperstein, MD, 03/01/2023.

Encounter performed and documented by David S. Saperstein, MD
Encounter reviewed & signed by David S. Saperstein, MD on 03/01/2023 at 6:25am

MARCUS AR03056

**Lincoln/Marcus 0198**

**MARCUS, Leslie (id #7056, dob:**



**Center for Complex Neurology, EDS & POTS**
**ORTHOSTATIC VITAL SIGNS**

8 Minutes:  116/82  89  95

☒ Dizzy
☐ Faint
☒ Headache
☐ Blurred vision
☒ Nauseous
☒ Flushed
☐ Sweaty

10 Minutes:  112/80  94  94

☒ Dizzy
☐ Faint
☒ Headache
☐ Blurred vision
☐ Nauseous
☒ Flushed
☐ Sweaty

After Tilt:  99/70  51  99

☒ Dizzy
☐ Faint
☒ Headache
☐ Blurred vision
☒ Nauseous
☒ Flushed
☐ Sweaty

**SUDOMOTOR ASSESSMENT RESULTS**

HANDS:
Asymmetry= 16/.  Bio Cond = 38.9
FEET:
Asymmetry= 13/.  Bio Cond = 53.3

**EEG Head Measurements**

Naison to Inion: _____ cm

Preauricular: _____ cm

Circumference: _____ cm

Center for Complex Neurology, EDS & POTS
1010 E McDowell St, Ste 101
Phoenix, AZ 85006
P: 602-900-9404            F: 602-903-6587

MARCUS AR03057

PAGE 23/59 * RCVD AT 7/18/2023 1:31:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):67-14

**Lincoln/Marcus 0199**

MARCUS, Leslie (id #7056, dob:

### Center for Complex Neurology, EDS & POTS
### ORTHOSTATIC VITAL SIGNS

Name: Leslie marcus                DOB:

Performed by: N_
Date Performed: 4/20/2023          Height: 5'5
Follow Up: none scheduled          Weight: 96 lbs

*lots of trouble with TCD, Unable to locate w/ multiple attempts (routine)*

| POSITION: | BP | HR | PO | Symptoms |
|---|---|---|---|---|
| Baseline: | 114/77 | 58 | 99 | ☑ Dizzy ☑ Faint ☑ Headache ☑ Blurred vision ☐ Nauseous ☑ Flushed ☑ Sweaty |

DB · 2:35
VAL: 2:37

| Right after Tilt: | 116/75 | 89 | 91 | ☑ Dizzy ☐ Faint ☑ Headache ☐ Blurred vision ☐ Nauseous ☐ Flushed ☐ Sweaty |
| 2 Minutes: | 107/70 | 88 | 92 | ☑ Dizzy ☐ Faint ☑ Headache ☐ Blurred vision ☐ Nauseous ☑ Flushed ☐ Sweaty |
| 4 Minutes: | 108/74 | 88 | 93 | ☑ Dizzy ☐ Faint ☑ Headache ☐ Blurred vision ☐ Nauseous ☑ Flushed ☐ Sweaty |
| 6 Minutes: | 107/73 | 86 | 94 | ☑ Dizzy ☐ Faint ☑ Headache ☐ Blurred vision ☐ Nauseous ☑ Flushed ☐ Sweaty |

blood pooling @ feet

Center for Complex Neurology, EDS & POTS
1010 E McDowell St, Ste 101
Phoenix, AZ 85006
P: 602-900-9404          F: 602-903-6587

## Imaging Results

MARCUS AR03058

Lincoln/Marcus 0200

MARCUS, Leslie (id #7056, dob:

## AUTONOMIC FUNCTION ANALYSIS (#97727, 04/27/2023)

**AUTONOMIC TESTING LAB**
**Center for Complex Neurology**
**1010 E McDowell Rd, Ste 101**
**Phoenix, AZ 85006**
**Phone 602-900-9404**
**Fax 602-903-6587**

| | | | |
|---|---|---|---|
| **Patient:** | Marcus, Leslie | **Date:** | 4/20/2023 |
| **DOB:** | | **Dx Code:** | I95.1 |
| **Clinician:** | David Saperstein, MD | **Indication:** | Orthostasis |

**Medications Taken in the Last 24 Hours**
No restricted meds, Fasting x 3 hours

| **Sudomotor Testing** | | **NL Value** |
|---|---|---|
| Hands - Asymmetry | 16 % | <20 |
| Hands - Bioelectrical Conductivity | 0.94 µS/kg | >0.92 |
| Feet - Asymmetry | 13 % | <20 |
| Feet - Bioelectrical Conductivity | 1.22 µS/kg | >0.92 |

**Heart Rate Response to Deep Breathing**

| | Measured | Nl value |
|---|---|---|
| E:I Ratio | 1.35 | 1.07 |

**Valsalva Ratio**

| | Measured | Nl value |
|---|---|---|
| VR | 1.42 | 1.40 |

**Heart Rate Variability**
Rest

| | Measured | Nl value |
|---|---|---|
| LFa (bpm2) | 2.28 | 0.9 - 3.5 |
| HFa (bpm2) | 2.42 | 0.9 - 3.5 |
| LFa/HFa | 0.94 | 0.6 - 1.3 |

**Tilt Table (HUT 70 Degrees)**

| | Supine | Upright | 2 min | 5 min | 10 min |
|---|---|---|---|---|---|
| BP | 114/77 | 116/75 | 107/70 | 107/73 | 112/80 |
| HR | 58 | 89 | 88 | 86 | 94 |

Tilt produced dizziness headache, nausea, flushing, sweating.

**FINDINGS:**
Sudomotor testing was normal.
Heart rate response to deep breathing was normal.
Valsalva ratio was normal.
Heart rate variability parameters were within normal limits.
There were appropriate BP changes during valsalva.
Tilt causes a symptomatic, excessive increase in HR with stable BPs.
TCD during tilt showed no significant change in cerebral blood flow velocity.

MARCUS AR03059

**Lincoln/Marcus 0201**

## MARCUS, Leslie (id #7056, dob:

**Marcus, Leslie**                                      **Page 2 of 2**

**IMPRESSION:**
No autonomic failure.
There is a postural increase in heart rate consistent with POTS.

David S. Saperstein, M.D.

MARCUS AR03060

**Lincoln/Marcus 0202**

## MARCUS, Leslie (id #7056, dob:

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97726, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

## Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Routine Exam |
| D.O.B | / | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

TCD Exam Data:

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 42 | 46 | 20 | 7 | 1.90 | 0.84 | 0.58 | - | 108 | - |
| | | -40 | -18 | -7 | 1.78 | 0.81 | 0.74 | - | 108 | - |
| RMCA | 42 | 45 | 20 | 8 | 1.81 | 0.82 | 0.22 | - | 113 | - |
| | | -44 | -20 | -8 | 1.79 | 0.82 | 0.25 | - | 113 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.74 | 0.81 | 0.05 | - | 117 | - |
| | | -44 | -20 | -9 | 1.71 | 0.80 | 0.01 | 5.00 | 117 | - |
| RMCA | 42 | 42 | 20 | 9 | 1.60 | 0.77 | 0.11 | 4.43 | 96 | - |
| | | -43 | -20 | -8 | 1.77 | 0.81 | 0.13 | - | 96 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.66 | 0.79 | 0.22 | 4.71 | 82 | - |
| | | -42 | -20 | -9 | 1.60 | 0.77 | 0.78 | 4.43 | 82 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.67 | 0.79 | 0.63 | 4.79 | 117 | - |
| | | -43 | -21 | -9 | 1.63 | 0.78 | 0.71 | 4.57 | 117 | - |
| RMCA | 42 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 42 | 31 | 15 | 7 | 1.54 | 0.76 | 0.26 | 4.18 | 115 | - |
| | | -36 | -18 | -9 | 1.44 | 0.74 | 0.37 | 3.79 | 115 | - |
| RMCA | 42 | 30 | 16 | 8 | 1.43 | 0.73 | 0.64 | 3.75 | 133 | - |
| | | -33 | -16 | -7 | 1.61 | 0.78 | 0.35 | 4.45 | 133 | - |
| RMCA | 42 | 43 | 20 | 9 | 1.69 | 0.79 | 0.80 | 4.85 | 111 | - |
| | | -40 | -18 | -7 | 1.78 | 0.81 | 0.41 | - | 111 | - |
| RMCA | 42 | 44 | 20 | 9 | 1.71 | 0.80 | 0.41 | 5.00 | 124 | - |
| | | -39 | -18 | -7 | 1.76 | 0.81 | 0.62 | - | 124 | - |

**TRANSCRANIAL DOPPLER PROCEDURE (VASOMOTOR REACTIVITY TESTING):**

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices were obtained from MCA.

Vessels were insonated through the trans-temporal window. Vasomotor reactivity (VMR), is the percentage increase in mean flow velocity following a 20-sec breath-holding maneuver and was obtained in order to evaluate for the underlying vasodilatory reserve capacity.

1 / 4

MARCUS AR03061

**Lincoln/Marcus 0203**

## MARCUS, Leslie (id #7056, dob:

**Name:**  **Leslie Marcus**     **TCD ID:**  **1071**

**TRANSCRANIAL DOPPLER SUMMARY:**

Vasomotor reactivity (VMR) testing showed abnormal vasodilatory reserve capacity with a breath holding index of 0.25 (normal >0.6).

**IMPRESSION:**

Vasomotor reactivity is abnormal. This is of unclear clinical significance.

David                                                                                                   Saperstein,

MD

electronically signed

**Signature:**

**Report Date:**   04/20/2023

2 / 4

MARCUS AR03062

**Lincoln/Marcus 0204**

**MARCUS, Leslie (id #7056, dob:**



Name:    Leslie Marcus    TCD ID:    1071

3 / 4

MARCUS AR03063

**Lincoln/Marcus 0205**

## MARCUS, Leslie (id #7056, dob:



4 / 4

MARCUS AR03064

**Lincoln/Marcus 0206**

## MARCUS, Leslie (id #7056, dob:

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
### (#97725, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

# Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Routine Exam |
| D.O.B | | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

**TCD Exam Data:**

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 53 | 68 | 41 | 28 | 0.98 | 0.59 | 0.31 | 2.46 | 97 | - |
| | | - | - | - | - | - | - | - | - | - |
| RACA | 51 | -33 | -17 | -9 | 1.36 | 0.71 | - | 3.50 | 70 | - |
| | | 83 | 53 | 38 | 0.84 | 0.54 | 0.05 | 2.17 | 70 | - |
| LMCA | 41 | 48 | 22 | 9 | 1.73 | 0.80 | 0.36 | - | 86 | - |
| | | -47 | -23 | -10 | 1.63 | 0.78 | 0.19 | 4.55 | 86 | - |
| LACA | 42 | -51 | -23 | -9 | 1.78 | 0.81 | 0.76 | - | 55 | - |
| | | 50 | 22 | 8 | 1.86 | 0.83 | 0.71 | - | 55 | - |
| RVA | 42 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| RVA | 42 | - | - | - | - | - | - | - | - | - |
| | | 39 | 19 | 9 | 1.55 | 0.76 | 0.59 | 4.20 | 81 | - |
| LVA | 44 | -38 | -18 | -8 | 1.60 | 0.77 | 0.59 | 4.44 | 45 | - |
| | | - | - | - | - | - | - | - | - | - |
| BA | 47 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - | - |
| BA | 47 | -40 | -19 | -8 | 1.67 | 0.79 | 0.53 | 4.78 | 86 | - |
| | | 44 | 20 | 8 | 1.86 | 0.83 | 0.77 | - | 86 | - |

**TRANSCRANIAL DOPPLER PROCEDURE:**

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices for the bilateral ICAs, MCAs, ACAs, PCAs, vertebral arteries and basilar artery where obtained. Vessels were insonated through the trans-temporal, trans-orbital, sub-occipital or sub-mandibular windows. High intensity transient signals (HITS), consistent with native micro embolic events, was performed throughout the exam.

**TRANSCRANIAL DOPPLER SUMMARY:**

Study confirms the patency of the major basal vessels of the Circle of Willis that were adequately insonated.
No evidence of hemodynamically significant stenosis or occlusive disease.
Waveform morphology appears normal.
No micro-embolic events were detected.

1 / 4

MARCUS AR03065

**Lincoln/Marcus 0207**

## MARCUS, Leslie (id #7056, dob:

**Name:** **Leslie Marcus**    **TCD ID:** **1071**

---

**IMPRESSION:**
Normal study.

David Saperstein, MD

|  |  |
|---|---|
| **Signature:** | electronically signed |
| **Report Date:** | 04/20/2023 |

2 / 4

MARCUS AR03066

**Lincoln/Marcus 0208**

**MARCUS, Leslie (id #7056, dob:**

Name:    Leslie Marcus    TCD ID:    1071



3 / 4

MARCUS AR03067

**Lincoln/Marcus 0209**

MARCUS, Leslie (id #7056, dob:          .)

Name:    Leslie Marcus        TCD ID:    1071

MARCUS AR03068

**Lincoln/Marcus 0210**

From: Breann Henry     Fax:          To: 6033340401@rcfax.com      Fax: (603) 334-0401          Page: 35 of 107     07/18/2023 10:31 AM     22 / 33

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97724, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101. Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

# Center For Complex Neurology Transcranial Doppler Testing

| name | Leslie Marcus | Warity | MRI |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | | Exam Type | Monitoring Exam |
| D.O.B | | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

**TCD Exam Data:**

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 60 | 43 | 22 | 11 | 1.46 | 0.74 | 0.38 | 3.83 | 72 | - |
|  |  | -47 | -23 | -10 | 1.63 | 0.78 | 0.72 | 4.55 | 72 | - |
| RMCA | 60 | 49 | 24 | 11 | 1.58 | 0.77 | 0.66 | 4.33 | 92 | - |
|  |  | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 49 | 24 | 11 | 1.58 | 0.77 | 0.66 | 4.33 | 92 | - |
|  |  | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 53 | 25 | 11 | 1.67 | 0.79 | 0.71 | 4.75 | 108 | - |
|  |  | -39 | -19 | -9 | 1.55 | 0.76 | - | 4.20 | 108 | - |
| RMCA | 60 | 53 | 25 | 10 | 1.75 | 0.81 | 0.49 | - | 135 | - |
|  |  | -42 | -20 | -9 | 1.62 | 0.78 | - | 4.50 | 135 | - |
| RMCA | 60 | 53 | 25 | 10 | 1.75 | 0.81 | 0.49 | - | 135 | - |
|  |  | -42 | -20 | -9 | 1.62 | 0.78 | - | 4.50 | 135 | - |
| RMCA | 60 | 57 | 26 | 10 | 1.81 | 0.82 | 0.43 | - | 144 | - |
|  |  | -39 | -19 | -9 | 1.55 | 0.76 | 0.08 | 4.20 | 144 | - |
| RMCA | 60 | 42 | 21 | 10 | 1.52 | 0.76 | 0.74 | 4.09 | 114 | - |
|  |  | -36 | -18 | -9 | 1.45 | 0.74 | 0.71 | 3.80 | 114 | - |
| RMCA | 60 | 42 | 21 | 10 | 1.52 | 0.76 | 0.24 | 4.09 | 114 | - |
|  |  | -36 | -18 | -9 | 1.45 | 0.74 | 0.71 | 3.80 | 114 | - |
| RMCA | 60 | 60 | 30 | 15 | 1.50 | 0.75 | 0.61 | 4.00 | 59 | - |
|  |  | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 72 | 43 | 29 | 0.99 | 0.60 | 0.46 | 2.48 | 81 | - |
|  |  | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 73 | 49 | 37 | 0.75 | 0.50 | 0.63 | 2.00 | 87 | - |
|  |  | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 73 | 49 | 37 | 0.75 | 0.50 | 0.63 | 2.00 | 87 | - |
|  |  | - | - | - | - | - | - | - | - | - |
| LMCA | 50 | 47 | 23 | 11 | 1.54 | 0.76 | 0.32 | 4.17 | 72 | - |
|  |  | -51 | -24 | -10 | 1.70 | 0.80 | 0.36 | 4.91 | 72 | - |
| LMCA | 50 | 45 | 22 | 12 | 1.42 | 0.72 | 0.45 | 2.69 | 92 | - |
|  |  | -50 | -25 | -12 | 1.52 | 0.75 | 0.73 | 4.08 | 92 | - |

1 / 5

MARCUS AR03069

PAGE 35/59 * RCVD AT 7/18/2023 1:31:59 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):67-14

**Lincoln/Marcus 0211**

**MARCUS, Leslie (id #7056, dob:            )**

Name:    Leslie Marcus        TCD ID:    1071

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LMCA | 50 | - | - | - | - | - | - | - | - | - |
| | | -50 | -25 | -12 | 1.52 | 0.75 | 0.73 | 4.08 | 92 | - |
| LMCA | 50 | 48 | 24 | 12 | 1.48 | 0.75 | 0.25 | 3.92 | 108 | - |
| | | -55 | -26 | -11 | 1.70 | 0.80 | - | 4.92 | 108 | - |
| LMCA | 50 | 43 | 22 | 11 | 1.46 | 0.74 | 0.11 | 3.83 | 135 | - |
| | | -46 | -23 | -11 | 1.52 | 0.76 | 0.12 | 4.08 | 135 | - |
| LMCA | 50 | 43 | 22 | 11 | 1.46 | 0.74 | 0.11 | 3.83 | 135 | - |
| | | -46 | -23 | -11 | 1.52 | 0.76 | 0.12 | 4.08 | 135 | - |
| LMCA | 50 | 43 | 21 | 10 | 1.54 | 0.76 | 0.09 | 4.18 | 144 | |
| | | -45 | -22 | -10 | 1.59 | 0.77 | 0.20 | 4.36 | 144 | - |
| LMCA | 50 | 50 | 25 | 13 | 1.44 | 0.74 | 0.54 | 3.79 | 114 | - |
| | | -49 | -24 | -12 | 1.50 | 0.75 | 0.33 | 4.00 | 114 | - |
| LMCA | 50 | 50 | 25 | 13 | 1.44 | 0.74 | 0.54 | 3.79 | 114 | - |
| | | -49 | -24 | -12 | 1.50 | 0.75 | 0.33 | 4.00 | 114 | - |
| LMCA | 50 | 62 | 31 | 15 | 1.53 | 0.76 | 0.49 | 4.13 | 59 | - |
| | | -50 | -30 | -10 | 1.50 | 0.78 | 0.53 | 4.57 | 59 | |
| LMCA | 50 | 48 | 25 | 14 | 1.33 | 0.71 | 0.68 | 3.40 | 81 | - |
| | | -44 | -24 | -14 | 1.25 | 0.68 | 0.53 | 3.13 | 81 | - |
| LMCA | 50 | 46 | 25 | 15 | 1.22 | 0.67 | 0.55 | 3.06 | 87 | - |
| | | -41 | -24 | -15 | 1.11 | 0.64 | 0.53 | 2.75 | 87 | - |
| LMCA | 50 | 46 | 25 | 15 | 1.22 | 0.67 | 0.55 | 3.06 | 87 | - |
| | | -41 | -24 | -15 | 1.11 | 0.64 | 0.53 | 2.75 | 87 | - |

## TRANSCRANIAL DOPPLER PROCEDURE (TILT TABLE TESTING):

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices were obtained from the right and left MCAs. MCA recordings were made through the transtemporal window using a robotic head harness.

Recordings were made with the patient supine and following 70 degrees upright tilt.

## TRANSCRANIAL DOPPLER SUMMARY:

There were normal findings at baseline.

Baseline mean CBV was 25. With tilt, this decreased to 23.

Percent decrease in mean CBV with tilt was 8%. This is normal (normal is <20%).

## IMPRESSION:

There were no significant changes in CBV with upright tilt.

David                                                                  Saperstein,
MD

2 / 5

MARCUS AR03070

**Lincoln/Marcus 0212**

## MARCUS, Leslie (id #7056, dob:

Name:    Leslie Marcus    TCD ID:    1071

electronically signed

**Signature:**
**Report Date:**   04/20/2023

3 / 5

MARCUS AR03071

**Lincoln/Marcus 0213**

From: Breann Henry    Fax:    To: 6033340401@rcfax.com    Fax: (603) 334-0401    Page: 38 of 107    07/18/2023 10:31 AM    25 / 33
CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

Name:    Leslie Marcus    TCD ID:    1071



4 / 5

MARCUS AR03072

Lincoln/Marcus 0214

From: Breann Henry    Fax:    To: 6033340401@rcfax.com    Fax: (603) 334-0401    Page: 39 of 107    07/18/2023 10:31 AM    26 / 33

MARCUS, Leslie (id #7056, dob:



Name:    Leslie Marcus    TCD ID:    1071

5 / 5

MARCUS AR03073

**Lincoln/Marcus 0215**

MARCUS, Leslie (id #7056, dob:

## MRI, CERVICAL SPINE, W/O CONTRAST (#90803, 03/27/2023 12:00am)

From SimonMed AZ Avondale    180501015533    3/27/2023 11:55:24 PDT    Page 1 of 2



**SimonMed**
*See Tomorrow Today*

**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85302
Phone: 623-433-0121

### DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie Sex :F DOB: 05/27/1971 Age: 51
Diag. Imaging#: 3160249

Status:

Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507358 – 03/19/2023 12:15 PM –MR CERVICAL SPINE WITHOUT CONTRAST

COMPARISON: None

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and awareness. Paresthesias of skin

TECHNIQUE: Sagittal T1, sagittal and axial T2, and axial gradient echo images of the cervical spine were obtained without contrast.

FINDINGS:

The vertebral body heights are well maintained.
There is a subtle retrolisthesis measuring 2 to 3 mm of C3 on C4. There is a minimal levocurvature of the cervical spine diffusely. Mild dextrocurvature the upper thoracic spine
The spinal cord is normal in course, caliber and signal.
No surgical hardware is evident within the cervical spine.
Bone marrow signal is unremarkable . No significant osseous lesion is evident.
Posterior fossa structures and visible soft tissue structures are unremarkable.

C2-3: Disc is relatively well-maintained. Broad-based central disc protrusion narrows the ventral space. No cord flattening. Facets are mildly degenerated on the left without neural foraminal stenosis.

C3-4: There is mild degenerative disc disease. There is diffuse disc osteophyte complex bulging. There is redundancy ligamentum flavum. There is narrowing the ventral and dorsal thecal space with mild diffuse ventral and subtle dorsal lateral cord flattening. There is mild right and left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C4-5: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. Subtle superimposed central protrusion results and central cord flattening. There is moderate right and mild-to-moderate left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C5-6: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. No significant cord flattening is noted. There is mild-to-moderate right and left facet arthropathy. With uncovertebral joint spurring there is moderate right and severe left neural foraminal stenosis.

C6-7: Disc is relatively well maintained. No significant central canal stenosis. There is moderate right and left facet arthropathy. With uncovertebral joint spurring there is mild right and left neural foraminal stenosis.

C7-T1: There are no disc protrusions, cord compression, central canal spinal stenosis, or neural foraminal

page 1 of 2

MARCUS AR03074

**Lincoln/Marcus 0216**

MARCUS, Leslie (id #7056, dob:

From SimonMed AZ Avondale    18559161953    3/27/2023 11:05:24 PDT    Page 2 of 2

**SimonMed**
*See Tomorrow Today*

SimonMed AZ Avondale
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

## DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie Sex :F DOB:    Age: 51
Diag. Imaging#: 3160249

Status:

Referring Physician: DAVID SAPERSTEIN

CC Physician:

EXAM #35507358 – 03/19/2023 12:15 PM –MR CERVICAL SPINE WITHOUT CONTRAST

stenosis. There is mild-to-moderate right and mild left facet arthropathy.

IMPRESSION:

Multilevel cervical spondylosis as described in detail above. No high-grade central canal stenosis is noted. Cord flattening is evident at C3-4 and C4-5.

Multilevel uncovertebral joint and facet arthropathy results in multilevel neural foraminal stenosis. This is felt to be significant bilaterally at C3-4, bilaterally at C4-5 and bilaterally at C5-6.

JU 09/27/2020 11:01 AM

Reported by: Crum, Charles M.D.
Electronically signed by: CRUM, CHARLES

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at
888-RAD-TALK(888-723-8255).

page 2 of 2

MARCUS AR03075

**Lincoln/Marcus 0217**

CENTER FOR COMPLEX NEUROLOGY - 4614 E MCDOWELL RD STE 101 PHOENIX AZ 85008-3667

**MARCUS, Leslie (id #7056, dob:**

# MRI, BRAIN, W/O CONTRAST (#90799, 03/27/2023 12:00am)
From SimonMed AZ Avondale    18559161953    3/27/2023 11:01:25 PDT    Page 1 of 2

 **SimonMed**
*See Tomorrow Today*

**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

**DIAGNOSTIC IMAGING REPORT**

Patient:    Marcus, Leslie Sex: F DOB: 05/27/1971 Age: 51
            Diag. Imaging#: 3160249

Status:
Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507357 ~ 03/19/2023 12:30 PM ~MR BRAIN WITHOUT CONTRAST

COMPARISON: March 25, 2015

CLINICAL HISTORY:  Other symptoms and signs involving cognitive functions and awareness, R 41.89

TECHNIQUE:  Multiplanar multisequence MR imaging of the brain without contrast administration. 3D sagittal images obtained under general physician supervision including monitoring and adjustment of the 3D structures and tissue types on an independent workstation. Subsequently, a NeuroQuant volumetric study was performed.

FINDINGS:  The ventricles and sulci are normal in size.  The cerebellar tonsils are in normal position.  There are no masses, mass effect or midline shift.  The pituitary gland is normal in size.  There is no evidence for acute intracranial hemorrhage or acute cerebral, brainstem or cerebellar infarction.  No diffusion-weighted abnormalities are identified.  There are a few scattered foci of increased T2 signal seen within the subcortical and deep white matter. This does not appear significantly changed compared to the previous exam.  There are no extra-axial fluid collections or subdural hematomas.  Flow voids are present within the major vessels indicating patency.  The paranasal sinuses and mastoid air cells are clear.

The NeuroQuant study demonstrates normal bilateral hippocampal volumes and normal volumes of the lateral ventricles and bilateral temporal horns compared with age-matched controls. There is no preferential hippocampal atrophy or temporal horn dilatation to suggest a neurodegenerative disorder such as Alzheimer's disease. 3-D sagittal images show no abnormality.

NeuroQuant substructure analysis:
Gray-white segmentation quality: Good
Whole brain structures (normative percentiles):
Whole brain: 99.00%
Gray matter: 90.00%
White matter: 97.00%
Hippocampi: 89.00%

IMPRESSION:

No acute intracranial abnormality or worrisome lesion.

There are a few scattered foci of T2 signal changes within the white matter most consistent with mild chronic microvascular ischemic changes. This is unchanged compared to the preceding exam

Volumetric analysis of the intracranial structures is within normal limits.

dd:03/27/2023 10:57 AM

page 1 of 2

MARCUS AR03076

**Lincoln/Marcus 0218**

**MARCUS, Leslie (id #7056, dob:**

From SimonMed AZ Avondale          1000010100          3070000 110100 DDT          Page 0 of 0


# SimonMed
*See Tomorrow Today*

**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

## DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie Sex :F DOB: 05/27/1971 Age: 51
            Diag. Imaging#: 3160249

Status:

Referring Physician: DAVID SAPERSTEIN

CC Physician:

EXAM #35507357 - 03/19/2023 12:30 PM -MR BRAIN WITHOUT CONTRAST

Reported by: Crum, Charles M.D.
Electronically signed by: CRUM, CHARLES

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at
855-RAD-TALK(855-723-8255).

page 2 of 2

MARCUS AR03077

**Lincoln/Marcus 0219**

**MARCUS, Leslie (id #7056, dob:            )**

## MR-BRAIN W/O CONTRAST (#90795, Complete, 03/19/2023 12:30pm)

Dictation Date: 20230327110100

https://images.simonmed.com/view/order/O2461652
Patient Name: Leslie Marcus
Patient DOB:
Patient Sex: F
Referring Provider: DAVID SAPERSTEIN
Performing Location: SimonMed AZ Avondale
Exam # O2461652 - Mar 19 2023 - MR - BRAIN WITHOUT CONTRAST
COMPARISON: March 26, 2019

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and awareness. R 41.89

TECHNIQUE: Multiplanar multisequence MR imaging of the brain without contrast administration. 3D sagittal images obtained under general physician supervision including monitoring and adjustment of the 3D structures and tissue types on an independent workstation. Subsequently, a NeuroQuant volumetric study was performed.

FINDINGS: The ventricles and sulci are normal in size. The cerebellar tonsils are in normal position. There are no masses, mass effect or midline shift. The pituitary gland is normal in size. There is no evidence for acute intracranial hemorrhage or acute cerebral, brainstem or cerebellar infarction. No diffusion-weighted abnormalities are identified. There are a few scattered foci of increased T2 signal seen within the subcortical and deep white matter. This does not appear significantly changed compared to the previous exam.. There are no extra-axial fluid collections or subdural hematomas. Flow voids are present within the major vessels indicating patency. The paranasal sinuses and mastoid air cells are clear.

The NeuroQuant study demonstrates normal bilateral hippocampal volumes and normal volumes of the lateral ventricles and bilateral temporal horns compared with age-matched controls. There is no preferential hippocampal atrophy or temporal horn dilatation to suggest a neurodegenerative disorder such as Alzheimer's disease. 3-D sagittal images show no abnormality.

NeuroQuant substructure analysis:
Gray-white segmentation quality: Good
Whole brain structures (normative percentiles):
Whole brain: 99.00%
Gray matter: 90.00%
White matter: 97.00%
Hippocampi: 89.00%

IMPRESSION:

No acute intracranial abnormality or worrisome lesion.

There are a few scattered foci of T2 signal changes within the white matter most consistent with mild chronic microvascular ischemic changes. This is unchanged compared to the preceding exam

Volumetric analysis of the intracranial structures is within normal limits.
ELECTRONICALLY SIGNED BY: Provider (CRUM, CHARLES) on March 27, 2023

Thank you for your kind referral. If you need further assistance, please contact our Radiologist Hotline at 855-RAD-TALK or 855-723-8255.

MARCUS AR03078

**Lincoln/Marcus 0220**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

## MR-CERVICAL SPINE W/O CONTRAST (#90798, Complete, 03/19/2023 12:15pm)

Dictation Date: 20230327110500

https://images.simonmed.com/view/order/O2461653
Patient Name: Leslie Marcus
Patient DOB:
Patient Sex: F
Referring Provider: DAVID SAPERSTEIN
Performing Location: SimonMed AZ Avondale
Exam # O2461653 - Mar 19 2023 - MR - CERVICAL SPINE WITHOUT CONTRAST
COMPARISON: None

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and awareness. Paresthesias of skin

TECHNIQUE: Sagittal T1, sagittal and axial T2, and axial gradient echo images of the cervical spine were obtained without contrast.

FINDINGS:

The vertebral body heights are well maintained.
There is a subtle retrolisthesis measuring 2 to 3 mm of C3 on C4. There is a minimal levocurvature of the cervical spine diffusely. Mild dextrocurvature the upper thoracic spine
The spinal cord is normal in course, caliber and signal.
No surgical hardware is evident within the cervical spine.
Bone marrow signal is unremarkable . No significant osseous lesion is evident.
Posterior fossa structures and visible soft tissue structures are unremarkable.

C2-3: Disc is relatively well-maintained. Broad-based central disc protrusion narrows the ventral space. No cord flattening. Facets are mildly degenerated on the left without neural foraminal stenosis.

C3-4: There is mild degenerative disc disease. There is diffuse disc osteophyte complex bulging. There is redundancy ligamentum flavum. There is narrowing the ventral and dorsal thecal space with mild diffuse ventral and subtle dorsal lateral cord flattening. There is mild right and left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C4-5: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. Subtle superimposed central protrusion results and central cord flattening. There is moderate right and mild-to-moderate left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C5-6: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. No significant cord flattening is noted. There is mild-to-moderate right and left facet arthropathy. With uncovertebral joint spurring there is moderate right and severe left neural foraminal stenosis.

C6-7: Disc is relatively well-maintained. No significant central canal stenosis. There is moderate right and left facet arthropathy. With uncovertebral joint spurring there is mild right and left neural foraminal stenosis.

C7-T1: There are no disc protrusions, cord compression, central canal spinal stenosis, or neural foraminal stenosis. There is mild-to-moderate right and mild left facet arthropathy.

IMPRESSION:

Multilevel cervical spondylosis as described in detail above. No high-grade central canal stenosis is noted. Cord flattening is evident at C3-4 and C4-5.

Multilevel uncovertebral joint and facet arthropathy results in multilevel neural foraminal stenosis. This is felt to be significant bilaterally at C3-4, bilaterally at C4-5 and bilaterally at C5-6.
ELECTRONICALLY SIGNED BY: Provider (CRUM, CHARLES) on March 27, 2023

MARCUS AR03079

**Lincoln/Marcus 0221**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

Thank you for your kind referral. If you need further assistance, please contact our Radiologist Hotline at 855-RAD-TALK or 855-723-8255.

MARCUS AR03080

**Lincoln/Marcus 0222**

MARCUS, Leslie (id #7056, dob:

## Medical Records - CONFIDENTIAL

**FROM:** AZ - Center for Complex Neurology

Amanda L.
1010 E MCDOWELL RD STE 101, PHOENIX, AZ 85006-2607
Phone: (602) 900-9404
Fax: (833)535-1450

**TO:**

**Name: MARCUS, LESLIE**

**DOB:**

**Date Range: 01/01/2023 to 05/01/2023**

**This document contains the following records of the patient:**
• **Admin Documents**
• **Lab Results**
• **Lab Orders**
• **Clinical Documents**

**Note:** re: MARCUS, L.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7056-A-25544]

MARCUS AR03081

**Lincoln/Marcus 0223**

**MARCUS, Leslie (id #7056, dob:**



Monday, February 13, 2023

**MEDICAL HISTORY FORM**

| | |
|---|---|
| **Name** | Leslie Marcus |
| **Date** | Monday, February 13, 2023 |

## PROVIDERS

Plesae list the names, specialties and location of other providers who are treating you, including your primary care provider. If you have a phone number, please include that.

**List here:**
Tonia Graham PCP
623.322.0099

## PHARMACY

Please provide the name, address and phone number of your preferred pharmacies.

**PREFERRED PHARMACIES**
Walgreens
13014 w camelback rd Litchfield park
623.935.0528

## CURRENT MEDICATIONS

Please list any MEDICATIONS you are currently taking, prescribed or over the counter. Please include name of medication, dosage and frequency.

**Current Medications, Dosage and Frequency**
Acetazolamide 125mg 2x day
Quilipta 30mg 1x day
Eloquis 5mg 2x day
Clonazapam 1mg 1x day
Montelukast 10mg 1x day
Trazodone 100mg 1x day
Desvenlafaxine 50mg 1x day

## SUPPLEMENTS

Please list any supplements, tinctures, or herbals you are taking, including amount and frequency..

**Current Supplements**
Berberine

## ALLERGIES

Please list all medication and food allergies along with the reactions

1

MARCUS AR03083

**Lincoln/Marcus 0224**

## MARCUS, Leslie (id #7056, dob:

**Medication & Food Allergies**

Corticosteroids
Medical Tape

## PAST SURGERIES

Please list past surgical history with month and year.

**Surgical History**

Oophorectomy 1991
Laparoscopy x9 between 1992-2005
Full Hysterectomy 2006
Heart Ablation 12.26.2018
Lumbar Spondclylosis 3.6.2019
Heart Ablation 06.12.2019
Septoplasty/Turbinate Reduction 07.12.2022

**Have you had COVID and/or the COVID Vaccine?**

**When did you have COVID or your most recent vaccine/booster?**    Thursday, December 16, 2021

2

MARCUS AR03084

**Lincoln/Marcus 0225**

MARCUS, Leslie (id #7056, dob:

Jan 06 23, 08:54a    Wellness for life    6233220966    p.1



**Black Diamond Medical LLC**
**DBA: Wellness for Life Family Practice**
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
623-322-0966 fax
Office
Tonia Graham FNP-BC & M. Dawn Austin FNP-C

Referral Information: Date: 1 6 23

Patient Name: Leslie Marcus    DOB:

Email Address: _

Phone:    Ok to text: ___ Okay to leave voicemail: ✓

Address:

Reason: evaluation and treatment for POTS, postural orthostatic tachycardia Syndrome

ICD 10 code: I95.1    Secondary: R42 ___, I69.311

Specialist Referral Name/Clinic: Dr. Saperstein MD

Address: 1010 e Mcdowell Rd. Ste 101, Phx. AZ, 85006

Telephone: 602-900-9404    Fax: 833-525-1460

Visits: 1.6.23    to    1.4.24    Number of Visits: 12

Please call patient to schedule (circle) ~~Immediately~~ Next Available In next 1-2 months

Tonia Graham FNP-BC    Melody Dawn Austin FNP-C

NPI:    1699018621    NPI: 1356768439

Signature: _____

Insurance Co. _____ see attached)

Policy#:_____ Copy of Ins. Card attached: yes

Please request records when pt has been scheduled.

MARCUS AR03085

**Lincoln/Marcus 0226**

## MARCUS, Leslie (id #7056, dob:

Jan 06 23, 08:55a    Wellness for life    6233220966    p.2



MARCUS AR03086

**Lincoln/Marcus 0227**

**MARCUS, Leslie (id #7056, dob:**

## MELANOCYTE STIMULATING HORMONE 03/23/2023 (#90177, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| MELANOCYTE STIMULATING HORMONE | 15 | 0-40 | pg/mL | | Final | 01 |
| | Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure. | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

## THYROID PEROXIDASE (TPO) AB 03/23/2023 (#90176, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02) LABCORP PHOENIX EARLE COLLUM 5005 S 40TH STREET STE 1200 PHOENIX, AZ 850402969 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| THYROID PEROXIDASE (TPO) AB | 11 | 0-34 | IU/mL | | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03087

**Lincoln/Marcus 0228**

**MARCUS, Leslie (id #7056, dob:**

## COPPER, SERUM OR PLASMA 03/23/2023 (#90175, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
| --- | --- | --- | --- |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| COPPER, SERUM OR PLASMA | 133 | 80-158 | ug/dL | | Final | 01 |
| | | | | | Detection Limit = 5 | |
| RESULT NOTE | FASTING YES<br>Test(s) 001586-Copper, Serum or Plasma<br>was developed and its performance characteristics determined<br>by Labcorp. It has not been cleared or approved by the Food<br>and Drug Administration. | | | | | |

## CERULOPLASMIN 03/23/2023 (#90174, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>Account ID: 02031930 |
| --- | --- | --- | --- |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| CERULOPLASMIN | 24.8 | 19.0-39.0 | mg/dL | | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03088

**Lincoln/Marcus 0229**

**MARCUS, Leslie (id #7056, dob:**

## THYROGLOBULIN ANTIBODY 03/23/2023 (#90173, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| THYROGLOBULIN ANTIBODY | <1.0 | 0.0-0.9 | IU/mL | Final | 02 |
| | Thyroglobulin Antibody measured by Beckman Coulter Methodology | | | | |
| RESULT NOTE | FASTING YES | | | | |

## HISTAMINE, PLASMA 03/23/2023 (#90172, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| HISTAMINE, PLASMA | 1.88 | <1.00 | ng/mL | Above High Normal | Final | 01 |
| RESULT NOTE | FASTING YES<br>Test(s) 144601-Histamine, Plasma<br>This test was developed and its performance characteristics<br>determined by Labcorp. It has not been cleared or approved<br>by the Food and Drug Administration. | | | | | |

MARCUS AR03089

**Lincoln/Marcus 0230**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

# HISTAMINE DETERMINATION, BLOOD 03/23/2023 (#90171, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| **HISTAMINE DETERMINATION, BLOOD** | **144** | **12-127** | **ng/mL** | **Above High Normal** | **Final** | **01** |
| RESULT NOTE | | FASTING YES<br>Test(s) 081746-Histamine Determination, Blood<br>This test was developed and its performance characteristics<br>determined by Labcorp. It has not been cleared or approved<br>by the Food and Drug Administration. | | | | |

# HOMOCYST(E)INE 03/23/2023 (#90170, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| **HOMOCYST(E)INE** | **20.3** | **0.0-14.5** | **umol/L** | **Above High Normal** | **Final** | **02** |
| RESULT NOTE | | FASTING YES | | | | |

MARCUS AR03090

**Lincoln/Marcus 0231**

**MARCUS, Leslie (id #7056, dob:**

## MMP-9 (MATRIX METALLOPROT.-9) 03/23/2023 (#90169, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | ESOTERIX INC (06)<br>ESOTERIX INC<br>BRIAN F. POIRIER<br>8490 UPLAND DRIVE STE 100<br>ENGLEWOOD, CO 801127116<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| MMP9 | 737 | | ng/mL | Final | 06 |
| | Reference Range:<br><984<br>**Results of this test are for research purposes only per the assay manufacturer. The performance characteristics of this assay have not been established. The result should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure. | | | | |
| RESULT NOTE | FASTING YES | | | | |

## COMPLEMENT C4A 03/23/2023 (#90168, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| **COMPLEMENT C4A** | **809.0** | **0.0-650.0** | **ng/mL** | **Above High Normal** | **Final** | **01** |
| | Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure. | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03091

**Lincoln/Marcus 0232**

CENTER FOR COMPLEX NEUROLOGY • 10 10 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

### TRYPTASE 03/23/2023 (#90167, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| TRYPTASE | 5.8 | 2.2-13.2 | ug/L | Final | 01 |
| RESULT NOTE | FASTING YES | | | | |

### TRANS. GROWTH FACT. BETA 1* 03/23/2023 (#90166, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | EUROFINS VIRACOR LLC (05)<br>EUROFINS VIRACOR LLC<br>BROCK NEIL<br><br>LENEXA, KS 662191233<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TRANS. GROWTH FACT. BETA 1* | 11269 | 867-6662 | pg/mL | Above High Normal | Final | 05 |
| | The result is reported in pg/mL. The assay range is approximately 190 to 90,000. The reference range for a healthy population is 867-6662. However it should be noted that these ranges are obtained from a limited population of apparently healthy adults and are not diagnostic thresholds.<br>*This test was developed and its performance characteristics determined by Eurofins Viracor. It has not been cleared or approved by the U.S. Food and Drug Administration. | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03092

Lincoln/Marcus 0233

MARCUS, Leslie (Id #7056, dob:    )

## PROSTAGLANDIN D2, SERUM 03/23/2023 (#90169, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | ECOTERIX INC (04) |
| | | | ECOTERIX INC |
| | | | BRIAN POIRIER |
| | | | 4301 LOST HILLS ROAD |
| | | | CALABASAS HILLS, CA 913015258 |
| | | | Account ID: 02031930 |
| Specimen/Accession ID | 12700CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | A | Status | Lab |
|--------|--------|------------|-------|---|--------|-----|
| PROSTAGLANDIN D2, SERUM | 19 | | pg/mL | | Final | 04 |
| | This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. Reference Range: 2.0 – 100 | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

## METANEPHRINES, FRAC., PL. FREE 03/23/2023 (#90164, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
| | | | |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | A | Status | Lab |
|--------|--------|------------|-------|---|--------|-----|
| NORMETANEPHRINE, PL | 125.7 | 0.0-244.0 | pg/mL | | Final | 01 |
| METANEPHRINE, PL | 27.0 | 0.0-88.0 | pg/mL | | Final | 01 |
| RESULT NOTE | FASTING YES Test(s) 070013-Normetanephrine, Pl; 070023-Metanephrine, Pl was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |

MARCUS AR03093

**Lincoln/Marcus 0234**

From: Breann Henry          Fax:                    To: 6033340401@rcfax.com      Fax: (603) 334-0401              Page: 1 of 4          07/18/2023 4:26 PM

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

| **FROM:** | **TO:** |
|---|---|
| Lisa Counters<br>Schiffman Law Office, P.C.<br>4506 N. 12th Street<br>Phoenix, AZ  85014 | Keisha Scales, Claims Resolution Specialist<br>The Lincoln National Life Insurance Company<br>PO Box 2578<br>Omaha, NE 68172-9688 |
| **Phone:  602-266-2667**<br>**Fax Number:  602-266-0141** | **Fax Number: (603) 334-0401**<br>**Phone Number:** |

**DATE:** July 18, 2023

**SUBJECT/MESSAGE:**

RE:     Please see the enclosed correspondence. Part 1 of 3 (other fax attempts failed due to size of PDFs).

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0235**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

July 18, 2023

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (603) 334-0401**

      Re:     Leslie Marcus
              Claim No.:    9303113
              Employer:    Balfour Beatty Investments

Dear Ms. Scales:

      As you are aware, I represent Ms. Marcus' claim for long-term disability benefits. I previously sent you a letter requesting an extension through July 27, 2023 for Ms. Marcus' providers to submit their responses to multiple peer review reports. After speaking with one of Ms. Marcus' providers, I learned we only need an extension through July 21, 2023. Additionally, I am submitting the following:

- 05/12/2023 Physical Capacities Evaluation completed by Dr. Frank Cibulka;
- 02/28/2023 to 05/04/2023 Medical Records from Center for Complex Neurology/Dr. David S. Saperstein; and
- 06/16/2023 Medical Records from Center for Complex Neurology/Dr. David S. Saperstein.

Some of the enclosed records are being resubmitted because the bates stamps were corrected.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0236**

July 18, 2023
Page 2

     Please let me know if LFG is amenable to an extension through July 21, 2023 as soon as possible.

          Best regards,
          SCHIFFMAN LAW OFFICE, P.C.

          LISA J. COUNTERS

LJC/blh
Encl.

**Lincoln/Marcus 0237**

April 12, 2023

Att: Lisa Counters
Schiffman Law Offices

RE: Leslie Marcus

I understand there is some question to Leslie Marcus' health status as related to her disability claim. First, some context.

We met Leslie in 2017 through our son, Clay. Both were employed by Balfour Beatty Construction at the time. Leslie was actively managing military housing at Mountain Home AFB including a number of other military installations. Her responsibilities required significant travel across multiple states while based in Arizona.

Clay and Leslie were able to engage in an active lifestyle (including motorcycle rides, overnight hikes, travel, etc.) for a couple years in keeping with our typical family activities. That active lifestyle is significantly altered.

Leslie's health deteriorated rapidly and significantly during the ensuing years. Her health challenges are necessary considerations during our holiday visits and during time we spend together. Our trip to the Bahamas in 2021 is an apt example.

Leslie's stamina and cardio is compromised to the point that a wheelchair is required to get through airports. During our trip to the Bahamas to celebrate a family birthday, sailing proved a perfect accommodation to address Leslie's physical limitations while allowing for other more active family members.

On our visits to Phoenix, we have witnessed moments of high energy and accomplishment followed by days of debilitating fatigue that was frequently accompanied by pain and nausea. One such incident that comes to mind is Thanksgiving 2021 when Leslie was literally carried to bed after Thanksgiving dinner. Leslie's food choices are limited by nausea. Retrieving mail from a community mailbox less than a block away and negotiating stairs takes significant effort.

Leslie's ability to stand for prolonged periods of time is significantly diminished as demonstrated during our Christmas 2022 visit. Five family members (including Leslie) attended the Musical Instrument Museum in Phoenix. Leslie spent most of our hour-visit seated while the rest of the family strolled through the exhibits.

Our perspective of Leslie's health challenges over the last several years are concerning, of course; however, we are also impressed with her desire to remain upbeat and her attempts to maintain as much of her previous lifestyle as possible.

Respectfully,

Linda S Cornwell

MARCUS AR03038

Lincoln/Marcus 0238

From: Breann Henry          Fax:                    To: 6033340401@rcfax.com     Fax: (603) 334-0401            Page: 1 of 98        07/18/2023 5:09 PM

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** July 19, 2023

**SUBJECT/MESSAGE:**

RE:    Please see the enclosed correspondence. Part 2 of 3 (other fax attempts failed due to size of PDFs).

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0239**

# FAX – CONFIDENTIAL



**To:** **SCHIFFMAN LAW**
Company:
Fax:     602-266-0141
Phone:

**From:** **HonorHealth Medical Group Arcadia**
Fax:     480-882-5866
Phone:   482-882-7360
E-mail:

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter. Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission: 5/12/2023 3:23:52 PM**
**Number of pages including this cover sheet: 9**

MARCUS AR03039

**Lincoln/Marcus 0240**

Marcus, Leslie S (MR # 3220726)
Media Information

Scan on 5/12/2023 1521 by Denisse Lopez, MA: PHYSICAL EVAL FORM SCHIFFMAN LAW 05.12.23  FAXED

Image is displayed on its own page.



Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM          Page 1 of 8

MARCUS AR03040

**Lincoln/Marcus 0241**

Marcus, Leslie S (MR # 3220726)



# SCHIFFMAN LAW
HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL FREE: 800-545-7372
FACSIMILE: 602-266-0141

Website: www.schiffmanlaw.com

April 28, 2023

Frank Cibulka, M.D.
HonorHealth Medical Group
3311 North 44th Street
Phoenix, AZ 85018

*Sent via facsimile (480) 882-5856*

    RE:    Leslie Marcus
           DOB:

Dear Dr. Cibulka:

We represent the client referenced above for whom we are processing a claim for Social Security benefits. The issue in cases of this type is whether the claimant has been, or can be expected to be, prevented from engaging in any substantial gainful activity, i.e., unable to work on a sustained full-time basis, for a period of 12 months or longer. Your patient alleged disability on October 30, 2021. Enclosed is a medical information waiver signed by Ms. Marcus authorizing you to provide us with medical information as it is required. Please put it in her file.

At this time we are requesting the following:

      **1.** **Completion of the attached Physical Capacities Evaluation form, noting the dates during which you believe the limitations have existed since the date of alleged onset, i.e., October 30, 2021. If the limitations have changed during your course of treatment, please make copies of the form and complete a separate form for each relevant period.**

**If there is a fee for your time, please advise in advance so that prepayment arrangements can be made.** Thank you for your prompt attention to this request.

                    Sincerely,

                    SCHIFFMAN LAW OFFICE, P.C.

                    Anna T. Schiffman

ATS/lw

**STATE BAR CERTIFIED SPECIALIST: WORKERS' COMPENSATION\***

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM      Page 2 of 8

MARCUS AR03041

**Lincoln/Marcus 0242**

Marcus, Leslie S (MR # 3220726)

## HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF MEDICAL, PSYCHOLOGICAL/PSYCHIATRIC, HOSPITAL, EDUCATIONAL, EMPLOYMENT, INSURANCE, LEGAL, MILITARY, SOCIAL SECURITY AND/OR VOCATIONAL RECORDS

Patient Name: Leslie S. Marcus _____    Health Record Number _____
Date of Birth _____ SSN _____

1.   I authorize the use or disclosure of the above named individual's protected health information as described below. In addition, I authorize the release of educational, employment, insurance, legal, military, Social Security, vocational and Industrial Commission of Arizona or workers' compensation commissions of any other state records.

2.   The following named individual or organization is authorized to make the disclosure: _____
     Frank Cibulka, M.D.

3.   The type and amount of information to be used or disclosed is as follows:

     [ ] entire medical record from _____ to _____. This includes records, reports, charts, notes, history, findings, diagnosis and prognosis, x-ray and imaging reports, laboratory results, test results, hospital records, prescription records, consultation reports, operative reports, phone records, insurance records, correspondence, whether or not generated by your office.
     [ ] x-ray and imaging films from _____ to _____
     [ ] itemized billing statement from _____
     [X] other: Please see the attached correspodence.

4.   This information may be disclosed to and used by the Schiffman Law Office, P.C., 4506 North 12th Street, Phoenix, AZ 85014 (Tel.#: 602-258-2837/Fax #: 602-900-0748/Email: MedRecs@schiffmanlaw.com) for the purpose of:
     [ ] Social Security claim   [ ] Workers' compensation claim   [ ] litigation   [ ] Other:

5.   I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

6.   [illegible]

7.   [illegible]

8.   The physician-patient privilege is not waived. You are specifically requested and instructed not to disclose any information, opinions, records or x-rays to any other attorney, physician, insurance company or person without specific, additional written authorization from me to do so, unless said disclosure is necessary for health care or health insurance purpose. ARS § 12-2235. All other authorizations are hereby revoked and canceled.

9.   Photocopies of this authorization will be considered as valid as the original.

     _____                    DATED this 28 day of April 20 23
     Signature of Patient or Legal Representative

     _____                    _____
     If Signed by Legal Representative, Relationship to Patient    Signature of Witness

MARCUS AR03042

**Lincoln/Marcus 0243**

Marcus, Leslie S (MR # 3220726)

## PHYSICAL CAPACITIES EVALUATION

Name of Patient: Leslie Marcus SSN:

**\*\*IMPORTANT: Please complete the following items based on your clinical evaluation of the claimant and other testing results. Any item that you do not believe you can answer should be marked N/A (Not Answerable)**

**NOTE**: In terms of an 8 hour workday, "Occasionally" equals 1% to 33%; "Frequently", 34% to 66%; "Continuously", 67% to 100%.

1.    A)   Number of hours patient can work: Per Day _____ *8* _____    Per Week _____
      B)   Need for change of position:   Seldom      Occasional      Frequent      Continuous

2.    In an 8-hr. workday, patient can: (Circle full capacity for each activity)

TOTAL AT ONE TIME

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A) | Sit | - | 0____ min. | 1 | 2 | **3** | 4 | 5 | 6 | 7 | 8(hrs) |
| B) | Stand | - | 0 **10** min. | .1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |
| C) | Walk | - | 0 **15** min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |

TOTAL DURING ENTIRE 8-HOUR DAY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A) | Sit | - | 0___ min. | 1 | 2 | **3** | 4 | 5 | 6 | 7 | 8(hrs) |
| B) | Stand | - | 0 **10** min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |
| C) | Walk | - | 0 **15** min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |

3.   Patient can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A) | Up to 5 lbs. | [✗] | [ ] | [ ] | [ ] |
| B) | 6-10 lbs. | [✗] | [ ] | [ ] | [ ] |
| C) | 11-20 lbs. | [✗] | [ ] | [ ] | [ ] |
| D) | 21-25 lbs. | [✗] | [ ] | [ ] | [ ] |
| E) | 26-50 lbs. | [✗] | [ ] | [ ] | [ ] |
| F) | 51-100 lbs. | [✗] | [ ] | [ ] | [ ] |

4.   Patient can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A) | Up to 5 lbs. | [✗] | [ ] | [ ] | [ ] |
| B) | 6-10 lbs. | [✗] | [ ] | [ ] | [ ] |
| C) | 11-20 lbs. | [✗] | [ ] | [ ] | [ ] |
| D) | 21-25 lbs. | [✗] | [ ] | [ ] | [ ] |
| E) | 26-50 lbs. | [✗] | [ ] | [ ] | [ ] |
| F) | 51-100 lbs. | [✗] | [ ] | [ ] | [ ] |

5.   Patient can use hands for repetitive action such as:

| | | Simple Grasping | Pushing & Pulling of Arm Controls | Fine Manipulation |
|---|---|---|---|---|
| A. | Right | [✗]Yes [ ]No | [ ]Yes [✗]No | [ ]Yes [✗]No |
| B. | Left | [✗]Yes [ ]No | [ ]Yes [✗]No | [ ]Yes [✗]No |

6.   Patient can use feet for repetitive movements (i.e., leg controls):

| Right | Left | Both |
|---|---|---|
| [ ]Yes [✗]No | [ ]Yes [✗]No | [ ]Yes [✗]No |

7.   Patient can:

| | | Not at All | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Bend | [ ] | [✗] | [ ] | [ ] |
| B. | Squat | [✗] | [ ] | [ ] | [ ] |
| C. | Crawl | [✗] | [ ] | [ ] | [ ] |
| D. | Climb | [✗] | [ ] | [ ] | [ ] |
| E. | Reach | [ ] | [✗] | [ ] | [ ] |

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM      Page 4 of 8

MARCUS AR03043

**Lincoln/Marcus 0244**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:              To: 4808925866@rcfax.com      Fax: (480) 882-5866              Page: 6 of 6      04/28/2023 4:08 PM

8.    Does patient have any restriction of activities involving:

| | None | Mild | Moderate | Total |
|---|---|---|---|---|
| A. Unprotected heights | [ ] | [ ] | [ ] | ✓ |
| B. Being around moving machinery | [ ] | [ ] | [ ] | ✓ |
| C. Exposure to marked changes in temperatures & humidity | [ ] | [ ] | [ ] | ✓ |
| D. Driving automotive equipment | [ ] | [ ] | [ ] | ✓ |
| E. Exposures to dust, fumes & gases | [ ] | [ ] | ✓ | [ ] |

9.  A.    Can the patient's medically determinable impairment(s) reasonably be expected to limit activities due to subjective symptoms (e.g. pain, fatigue, dizziness, etc.)? YES,NO__ *Yes*

If YES, identify the symptom(s): *pt has multiple abnormality loss of concentration + focus, @ dementia*

B.    Does patient experience any side-effects from any of the medications prescribed for treatment of patients' medically determinable impairment(s)?      YES__  NO ✓      If YES, identify the medication and the side-effect(s) _____

If you answered yes to 9(A) or 9(B), check  the degree to  which the symptom(s) and/or side-effect can be expected to affect patient's ability to perform the following nonexertional functions:

| | None | Mild | Moderate | Moderately Severe* | Severe* |
|---|---|---|---|---|---|
| A. Pay attention to and/or concentrate on tasks: | [ ] | [ ] | [ ] | [ ] | ✓ |
| B. Maintain interpersonal relationships with supervisors, co-workers or the public: | [ ] | [ ] | [ ] | [ ] | ✓ |
| C. Respond to customary work pressures or stress: | [ ] | [ ] | [ ] | [ ] | ✓ |
| D. Provide consistent work effort: | [ ] | [ ] | [ ] | [ ] | ✓ |

10. Are your patient's impairments likely to produce "good days" and "bad days"? [ ] Yes [✓] No  If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

[ ] Never                              [ ] About three days per month
[ ] About one day per month            [ ] About four days per month
[ ] About two days per month           [ ] More than four days per month

11. The above limitations have been present since: 12/16/2017 (date)
12. I expect the above limitations to continue:

[ ] less than 12 mos, [ ] at least 12 mos [ ] longer than 12 mos [✓] Indefinitely

13. Remarks on above or other functional limitations: _____

*pt is not able Able to conduct Huml ADL) Can not complete Any humn Activits*

*Definitions of Rating Terms:
NONE:            Able to perform designated task or function with no observable limits
MILD:            Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) no more than 10% of the workday/workweek (i.e., 1 hour or less per day or ½ day or less per week).
MODERATE:        Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) from 11-20% of the workday/workweek (i.e., more than 1 hour per day or more then ½ day per week).
MODERATELY SEVERE:   Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) more than 20% of the workday/workweek (i.e., more than 1 hour and up to 2 hours per day or ½ to one day per week).
SEVERE:          Not able to perform designated task or function on regular, reliable, and sustained schedule.

5/12/2023
Date

Signature Frank Cibulka, M.D.

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM          Page 5 of 8

MARCUS AR03044

**Lincoln/Marcus 0245**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:              To: 4808825866@rcfax.com    Fax: (480) 882-5866              Page: 1 of 6    04/28/2023 4:06 PM

# FAX

| **Date:** | 04/28/2023 |
|---|---|

| Pages including cover sheet: | 6 |
|---|---|

| **To:** | 4808825866@rcfax.com |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Phone** | |
| **Fax Phone** | (480) 882-5866 |

| **From:** | Leslie Winkler |
|---|---|
| | Schiffman Law Office |
| | 4506 N 12th Street |
| | Phoenix |
| | AZ          85014 |
| | |
| **Phone** | |
| **Fax Phone** | |

**NOTE:**

Marcus, Leslie

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM          Page 6 of 8

MARCUS AR03045

**Lincoln/Marcus 0246**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:                To: 4808825866@rcfax.com      Fax: (480) 882-5866        Page: 2 of 6        04/28/2023 4:06 PM



SCHIFFMAN LAW OFFICE, P.C.
HELPING THE INSURED AND DISABLED SINCE 1979

Document Information
**Misc Clinical:  Exam Forms**
Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM                Page 7 of 8

MARCUS AR03046

Lincoln/Marcus 0247

Marcus, Leslie S (MR # 3220726)
  PHYSICAL EVAL FORM SCHIFFMAN LAW 05.12.23  FAXED
  05/12/2023 15:21
  **Attached To:**
  Leslie S Marcus

Source Information

  Denisse Lopez, MA | Arcadia Mg

Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM          Page 8 of 8

MARCUS AR03047

**Lincoln/Marcus 0248**

MARCUS, Leslie (id #7056, dob:

# Medical Records - CONFIDENTIAL

**FROM:** AZ - Center for Complex Neurology

Amanda L.
1010 E MCDOWELL RD STE 101, PHOENIX, AZ 85006-2607
Phone: (602) 900-9404
Fax: (833)535-1450

**TO:**

## Name: MARCUS, LESLIE

## DOB:

## Date Range: to 05/04/2023

**This document contains the following records of the patient:**
• **Encounters and Procedures**
• **Encounter Documents**
• **Imaging Results**

**Note:** re; Marcus, L.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7056-A-25544]

MARCUS AR03048

**Lincoln/Marcus 0249**

From: Breann Henry         Fax:              To: 6033340401@rcfax.com      Fax: (603) 334-0401          Page: 12 of 98      07/18/2023 5:09 PM      02 / 33
CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

## Encounters and Procedures

Clinical Encounter Summaries

MARCUS AR03049

**Lincoln/Marcus 0250**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

**Encounter Date: 02/28/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (51yo, F) ID# 7056 | **Appt. Date/Time** | 02/28/2023 02:30PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | DAVID S. SAPERSTEIN, MD | | |
| **Insurance** | Med Primary: *SELF PAY* | | |

Med Secondary: BCBS-AZ (PPO)
   Insurance # : CDC85193653
   Policy/Group # : 26078
Prescription: check now

### Chief Complaint

None recorded.

### Patient's Care Team

**Primary Care Provider:** TONIA GRAHAM FNP-BC: 20449 N LAKE PLEASANT STE 101, PEORIA, AZ 85382, Ph (623) 322-0099, Fax (623) 322-0966 NPI: 1699108621

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in Stated 02/28/2023 02:35 pm | **Wt:** 96 lbs Stated 02/28/2023 02:35 pm | **BMI:** 16 02/28/2023 02:35 pm |
| **BP:** 100/64 sitting R arm 02/28/2023 02:37 pm | **HR:** 88 02/28/2023 02:37 pm | **RR:** 16 02/28/2023 02:35 pm |
| **T:** 98.1 F° temporal artery 02/28/2023 02:35 pm | **O2Sat:** 99% Room Air at Rest 02/28/2023 02:35 pm | **Pain Scale:** 5 02/28/2023 02:35 pm |

### Allergies

Reviewed Allergies

**ADHESIVE TAPE**, unable-to-assess criticality: - Medical Tape

**CORTICOSTEROIDS (GLUCOCORTICOIDS)**, unable-to-assess criticality

### Medications

MARCUS AR03050

**Lincoln/Marcus 0251**

## MARCUS, Leslie (id #7056, dob:

### Reviewed Medications

**acetaZOLAMIDE 125 mg tablet**                                02/20/23  entered
Take 1 tablet(s) twice a day by oral route.

**berberine-herbal comb no.18 capsule**                        02/20/23  entered
Take by oral route.
**Internal Note:** no dossage and frequency

**clonazePAM 1 mg disintegrating tablet**                      02/20/23  entered
Place 1 tablet(s) every day by translingual route.

**desvenlafaxine ER 50 mg tablet,extended release 24 hr**      02/20/23  entered
Take 1 tablet(s) every day by oral route.

**Eliquis 5 mg tablet**                                        02/20/23  entered
Take 1 tablet(s) twice a day by oral route.

**montelukast 10 mg tablet**                                   02/20/23  entered
Take 1 tablet(s) every day by oral route.

**Qulipta 30 mg tablet**                                       02/20/23  entered
Take 1 tablet(s) every day by oral route.

**traZODone 100 mg tablet**                                    02/20/23  entered
Take 1 tablet(s) every day by oral route.

### Vaccines

None recorded.

### Problems

Reviewed Problems
- Impaired cognition - Onset: 03/01/2023
- Joint pain - Onset: 03/01/2023
- Fatigue - Onset: 03/01/2023
- Tremor - Onset: 03/01/2023
- Paresthesia - Onset: 03/01/2023
- Disorder of autonomic nervous system - Onset: 03/01/2023
- Hypermobility of joint - Onset: 03/01/2023

### Family History

Reviewed Family History

She has an identical twin sister who is hypermobile. The sister carries a diagnosis of mixed connective tissue disorder. The sister has a 30-year-old son who has what sounds to be a chest pectus deformity. She says that he carries a diagnosis of Marfan's. The patient has an older sister and she has a paternal half brother. The brother has gastrointestinal symptoms. The patient's father has been diagnosed with sporadic amyloidosis. This is producing cardiac problems. He has a pacemaker. He has dementia that came on late in life. The patient does not know about her mother's family history. The patient has a 23-year-old son without apparent medical issues. There is no known family history of atrial fibrillation, dysautonomia, migraines, neuropathy, and dementia (other than her father), tremor, aneurysms, or ruptured organs (other than her sister who had her gallbladder "burst").

### Social History

Reviewed Social History

### Surgical History

Reviewed Surgical History
- Nasal septoplasty - Septoplasty/Turbinate Reduction 07.12.2022
- Spondylometry - Lumbar Spondclylosis 3.6.2019
- Hysterectomy - Full Hysterectomy 2006
- Laparoscopy - x9 between 1992-2005
- Oophorectomy - 1991

MARCUS AR03051

**Lincoln/Marcus 0252**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Destruction of lesion of heart - 12/18/2018 - Heart Ablation 12.26.2018/06/122019

### Past Medical History

Reviewed Past Medical History
Notes: Atrial fibrillation, s/p ablation. Ovarian tumor.

### Screening

| Name | Score | Notes |
|------|-------|-------|
| ACE for Adults | Not scored | |
| MIDAS | Not scored | |

### HPI

This is a 51-year-old woman here for evaluation of dysautonomia and EDS.

She was in good health until 2017 when she was involved in a motor vehicle accident. She was stopped on the highway and was rear-ended. She experienced cervical and lumbar spine disc injuries related to this, with neck and back pain. She underwent treatments with PRP and lumbar epidural steroids. 1 day after lumbar epidural steroid she felt poorly. She wanted up in the emergency room and was found to be in atrial fibrillation. She ultimately underwent 2 ablations for A-fib; the second 1 was successful. She experienced numerous DVTs and pulmonary emboli. There were hospitalizations where blood pressure was very low. Each of these are different instances.

Chronic back pain related to denervation surgery in her lumbar spine.

As mentioned, there were numerous hospitalizations and medical encounters. She ultimately wound up being seen at the Mayo Clinic in Arizona. I do not have records for this, but Leslie reports that she was diagnosed with POTS, autonomic neuropathy, MCAS, EDS, fibromyalgia, chronic fatigue syndrome, depression, anxiety, and suspected PTSD (from the motor vehicle accident). She was last seen at the Mayo Clinic in 2020.

Prior to the motor vehicle accident there was slight insomnia and some issues with constipation. With the motor vehicle accident she did not hit her head.

Previously she has had experienced lightheadedness and syncope. She says she knows how to get up slowly and there has not been recent syncope. The patient denies racing heart rate. There is also not bradycardia.

She is nauseous all the time. She was taking Zofran daily. Her primary put her on Qulipta for the possibility of cyclic vomiting syndrome. Since being on Qulipta that she no longer requires taking Zofran. In the past Leslie has had "bad" migraines. Even before Qulipta, migraines have not been an issue recently.

She takes acetazolamide 125 mg twice daily. She is not sure why. It sounds like this was started at Mayo Clinic. It is not clear if she was found to have an abnormality of $CO_2$.

There is numbness and tingling in the hands and feet. These are present all the time. In addition, there are sensory symptoms that shoot up the arms and legs. Patient reports recently having nerve conduction and EMG testing done at honor health by Dr. Anne Hatch. These were apparently normal. A skin biopsy to look at epidermal nerve fibers was also apparently normal.

Leslie is prone to rashes and hives.

There is no bloating or diarrhea. She does get constipation.

She denies urinary symptoms.

The patient has always been "super bendy" and did gymnastics when she was younger. There is no history of joint subluxations or dislocations. When asked about joint pain presently, she says "everything hurts."

Since at least 2018 she is experienced shaking and tremors.

About a year ago she started experiencing episodes where her toes involuntarily curl and her feet turn in towards 1 another. These can last hours to days. The husband showed me a video from September 2022 that showed toes flexed and, later, feet turned in. The toe flexion cannot be overcome by trying to pull on the toes. They showed this video to Dr. Hatch and she indicated that these movements were psychogenic.

Day today, Leslie is bothered by decreased concentration, decreased energy (she is typically "exhausted", she is unable to do simple things. She feels like she is walking in quicksand. She feels like her body and head are too heavy. She does not drive. She reports PTSD since the accident. When she was still driving she sometimes got lost while driving.

Stress is exhausting. This could be "bad stress" but also "good stress" such as getting together with family and friends.

She has has difficulty falling asleep and staying asleep. She takes clonazepam, trazodone, and medical marijuana

MARCUS AR03052

**Lincoln/Marcus 0253**

**MARCUS, Leslie (id #7056, dob:**

to help with sleep.

She has progressive difficulties with memory. Neuropsychological testing performed in November 2021 diagnosed her with dementia.

She reports anemia that comes and goes. She reports varying GFR.

She does not believe she has had brain MRI imaging since at least 2019.

She does not recall ever being tried on Ketotifen or cromolyn for MCAS.

Previously she worked in real estate. She was a regional manager and supervised a large number of individuals and projects. After the problems that developed following a motor vehicle accident she went on FMLA. She last worked in 2018. There is ongoing litigation associated with the accident.

Family history

She has an identical twin sister who is hypermobile. The sister carries a diagnosis of mixed connective tissue disorder. The sister has a 30-year-old son who has what sounds to be a chest pectus deformity. She says that he carries a diagnosis of Marfan's. The patient has an older sister and she has a paternal half brother. The brother has gastrointestinal symptoms. The patient's father has been diagnosed with sporadic amyloidosis. This is producing cardiac problems. He has a pacemaker. He has dementia that came on late in life. The patient does not know about her mother's family history. The patient has a 23-year-old son without apparent medical issues.

There is no known family history of atrial fibrillation, dysautonomia, migraines, neuropathy, and dementia (other than her father), tremor, aneurysms, or ruptured organs (other than her sister who had her gallbladder "burst").

**ROS**

**Additionally reports:**
**POSITIVE RESPONSES TO MCAS QUESTIONNAIRE (SCORE = 18):**
**Urinary or sexual symptoms**
**Fatigue**
**Tinnitus**
**Itchy eyes**
**Chest Pain**
**Rapid heart beat**
**Light headedness**
**Shortness of breath**
**Nausea**
**Abdominal pain**
**Bloating**
**Headaches**
**Numbness**
**Brain fog**
**Blotchiness of skin**
**Bruising**
**Bone pain**

**Physical Exam**

GENERAL
This is a well-developed individual in no acute distress. There are no abnormalities of development or body habitus. There is no clinodactyly. The skin has normal coloration.

No Broad forehead
No Telecanthus
No Epicanthal folds
No Narrow face
No Retrognathia
No Malar hypoplasia
No Thin chin
No Sunken cheeks
No Thin lips/nose
No Low set ears
No Lobeless ears

No Blue sclerae
No Central heterochromia. Eye color: brown
No Large eyes

No High arched palate
No Palate torus
No Crowded teeth
No Absent frenulum

MARCUS AR03053

**Lincoln/Marcus 0254**

## MARCUS, Leslie (id #7056, dob:

SKIN:
No Hyperextensible skin.
No Soft or velvety skin.
Yes Atrophic scarring
No Papyraceous scarring
No Piezogenic papules in both heels
No Molluscoid pseudotumors
No Subcutaneous spheroids
No Striae
No Bruising
No Translucent skin
No Rash

SKELETAL:

No Arachnodactyly

Joint Hypermobility.
Beighton's Criteria for Joint Hypermobility (9-point scale)(/u>
5th finger can be hyperextended more than 90°: 2
thumb can touch forearm: 2
elbow extends more than 10°: 0
knee extends more than 10°: 0
both palms can touch the floor: 1

TOTAL SCORE: 5

NEUROLOGICAL:
Mental Status: The patient is alert and oriented and able to give a coherent history. Fund of knowledge is appropriate. Speech, language, comprehension and concentration are normal. Affect is appropriate.

Cranial Nerve: There is no ptosis. Pupils are equal and round. Extraocular movements are intact. Optic discs are sharp. There is normal facial strength. There is normal facial sensation. Hearing is intact to voice. The tongue and palate are midline. Gag is present. Shoulder shrug is normal.

Motor: There is normal muscle tone and bulk. Strength is 5/5 throughout. There is no pronator drift.

Sensory: Light touch, pinprick, vibration and joint position sense intact. Romberg sign is absent.

Reflexes: Reflexes are present and symmetrical throughout. Plantar responses are flexor bilaterally.

Complex Motor: Finger to nose and rapid alternating movements are normal. There is no tremor or dysmetria.

Gait: Casual, heel, toe and tandem walking are normal.

CRITERIA FOR HYPERMOBILTY SYNDROMES
CRITERION 1 – Generalized Joint Hypermobility
One of the following:
N/A >=6 pre-pubertal children and adolescents
N/A >=5 pubertal men and woman to age 50
Yes >=4 men and women over the age of 50

*If Beighton Score is one point below age- and sex-specific cut off, two or more of the following must also be selected to meet criterion:
N/A Can you now (or could you ever) place your hands flat on the floor without bending your knees?
N/A Can you now (or could you ever) bend your thumb to touch your forearm?
N/A As a child, did you amuse your friends by contorting your body into strange shapes or could you do the splits?
N/A As a child or teenager, did your shoulder or kneecap dislocate on more than one occasion?
N/A Do you consider yourself "double jointed"?

CRITERION 2 – Two or more of the following features (A, B, or C) must be present
Feature A (five must be present):
No Unusually soft or velvety skin
No Mild skin hyperextensibility
No Unexplained striae distensae or rubae at the back, groins, thighs, breasts and/or abdomen in adolescents, men or pre-pubertal women without a history of significant gain or loss of body fat or weight
No Bilateral piezogenic papules of the heel
No Recurrent or multiple abdominal hernia(s)
Yes Atrophic scarring involving at least two sites and without the formation of truly papyraceous and/or hemosideric scars as seen in classical EDS
No Pelvic floor, rectal, and/or uterine prolapse in children, men or nulliparous women without a history of morbid obesity or other known predisposing medical condition

MARCUS AR03054

**Lincoln/Marcus 0255**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

No Dental crowding and high or narrow palate
No Arachnodactyly
Yes Arm span-to-height ratio >1.05 (her measure is 1.077)
No Mitral valve prolapse
No Aortic root dilatation with Z-score >+2

Feature A total: 2/12

Feature B
No Positive family history; one or more first-degree relatives independently meeting the current criteria for hEDS

Feature C (must have at least one)
Yes Musculoskeletal pain in 2 or more limbs, daily for at least 3 mos
Yes Chronic, widespread pain for >3 months
No Recurrent joint dislocations or frank instability, in the absence of trauma

## Assessment / Plan

The patient has a history suggestive of joint hypermobility. She is hypermobile on examination. She has some features of hypermobile EDS but does not meet formal criteria. She qualifies for a diagnosis of "generalized hypermobility spectrum disorder." As is often seen in this diagnosis she has (apparently developed dysautonomia. Individuals with hypermobility disorders may develop problems with dysautonomia and MCAS following some sort of trigger. A question is whether the epidural steroids served as a trigger. There could have been something in the materials injected. Alternatively, her development of atrial fibrillation could have been a coincidence. Atrial fibrillation is not commonly seen in individuals with dysautonomia and MCAS, but can result from hyperadrenergic state which can develop any symptoms.

Unfortunately, I do not have records from Mayo clinic. Today, blood pressure and heart rate are unremarkable. She reports a diagnosis of POTS but tells me that autonomic testing was normal at Mayo Clinic. Apparently she was on medications, such as beta-blocker. More recently, Dr. Hatch took her off of her medications and did repeat autonomic testing at honor health. The patient and her husband report that this was also normal.
I am not certain what what to make of the diagnosis of dementia. I question this. I am not saying there are not cognitive issues, but I doubt she has a dementia disorder. I would want to see this repeated by a different neuropsychologist.
Leslie experiences involuntary movements such as tremor and abnormal flexion movements in her feet and toes. The etiology of this is uncertain. However, I will say that in individuals with MCAS, poorly explain neurologic events can be seen. These often get diagnosed as functional.
The patient does have symptoms suggestive of MCAS. I do not know if there were positive test results at Mayo that led to this diagnosis or if the diagnosis was presumptive.

**PLAN:**
I am requesting records from Mayo Clinic. I am requesting records from honor health.
Empiric trial of Ketotifen. This is safe and can be effective against MCAS. She will take 1 mg twice daily. We discussed the need to have this compounded. We discussed potential adverse effects to include weight gain, sedation, jitteriness.
Repeat neuropsychological testing.
Repeat autonomic testing.
EEG to evaluate for a seizure disorder as cause of cognitive or other symptoms. If routine EEG is normal, then we will obtain 72-hour ambulatory EEG.
Laboratory testing to look for factors that could flare or mimic MCAS.
Updated MRI of the brain and cervical spine to evaluate for structural lesions. Individuals with hypermobility can have issues such as craniocervical instability.

She might benefit from PT with a therapist well-versed in hypermobility. This could help with pain.
Follow-up after above.

**1. Disorder of autonomic nervous system**
    G90.9: Disorder of the autonomic nervous system, unspecified
* METANEPHRINES, FRACTIONATED, FREE, PLASMA
* AUTONOMIC FUNCTION ANALYSIS -    Note to Imaging Facility: Perform autonomic reflex testing
* MEDICAL RECORD REQUEST*
* MEDICAL RECORD REQUEST*

**2. Fluctuating level of consciousness**
    R40.4: Transient alteration of awareness
* US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE

**3. Impaired cognition**
    R41.89: Other symptoms and signs involving cognitive functions and awareness
* NEUROPSYCHOLOGICAL TESTING*
* MRI, BRAIN, W/O CONTRAST

    Height (ft.): 5 ft 5 in Weight (lbs): 96

**4. Fatigue**

MARCUS AR03055

**Lincoln/Marcus 0256**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

R53.83: Other fatigue

### 5. Mast cell activation syndrome
D89.40: Mast cell activation, unspecified
- MCAS HANDOUT - Handout: MCAS HANDOUT
- HISTAMINE, QUANTITATIVE, BLOOD
- TRYPTASE, SERUM
- HISTAMINE, SERUM OR PLASMA
- PROSTAGLANDIN D2, QUANT, SERUM OR PLASMA

### 6. Disorder of immune function
D89.9: Disorder involving the immune mechanism, unspecified
- THYROGLOBULIN ANTIBODY
- THYROID PEROXIDASE (TPO) AB
- IMMUNOGLOBULINS A/E/G/M, SERUM

### 7. Nonspecific immune reaction
D89.9: Disorder involving the immune mechanism, unspecified
- COMPLEMENT C4A, PLASMA
- TRANSFORMING GROWTH FACTOR BETA 1, SERUM OR PLASMA
- MATRIX METALLOPEPTIDASE 9, QUANTITATIVE, SERUM
- ALPHA MELANOCYTE STIMULATING HORMONE, SERUM OR PLASMA

### 8. Hypermobility of joint ~
Beighton score = 5
Points out of 12 = 2
R29.898: Other symptoms and signs involving the musculoskeletal system

### 9. Medical examination for suspected condition
Z00.01: Encounter for general adult medical examination with abnormal findings
- HOMOCYSTEINE, SERUM OR PLASMA

### 10. Seizure
R56.9: Unspecified convulsions
- CONTINUOUS ELECTROENCEPHALOGRAM WITH VIDEO -    Note to Imaging Facility: To HPN: Routine EEG and 72 hour ambulatory VEEG.

### 11. Tremor
R25.1: Tremor, unspecified
- COPPER, SERUM OR PLASMA
- CERULOPLASMIN
- PARANEOPLASTIC ANTIBODY PANEL, SERUM -    Note to Lab: Labcorp panel 505535

### 12. Paresthesia
R20.2: Paresthesia of skin
- MRI, CERVICAL SPINE, W/O CONTRAST

Height (ft.): 5 ft 5 in Weight (lbs): 96

### 13. Joint pain
M25.50: Pain in unspecified joint

## Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by David S. Saperstein, MD, 03/01/2023.

Encounter performed and documented by David S. Saperstein, MD
Encounter reviewed & signed by David S. Saperstein, MD on 03/01/2023 at 6:25am

MARCUS AR03056

**Lincoln/Marcus 0257**

**MARCUS, Leslie (id #7056, dob:**



Center for Complex Neurology, EDS & POTS
ORTHOSTATIC VITAL SIGNS

8 Minutes:    Nb/82    89    95
☒ Dizzy
☐ Faint
☒ Headache
☐ Blurred vision
☒ Nauseous
☒ Flushed
☐ Sweaty

10 Minutes:    112/80    94    94
☒ Dizzy
☐ Faint
☒ Headache
☐ Blurred vision
☐ Nauseous
☒ Flushed
☐ Sweaty

After Tilt:    99/70    51    99
☒ Dizzy
☐ Faint
☒ Headache
☒ Blurred vision
☒ Nauseous
☒ Flushed
☐ Sweaty

**SUDOMOTOR ASSESSMENT RESULTS**

HANDS:
Asymmetry= 16%.   Bio Cond = 38.9
FEET:
Asymmetry= 13%.   Bio Cond = 53.3

**EEG Head Measurements**

Naison to Inion: _____ cm

Preauricular: _____ cm

Circumference: _____ cm

Center for Complex Neurology, EDS & POTS
1010 E McDowell St, Ste 101
Phoenix, AZ 85006
P: 602-900-9404          F: 602-903-6587

MARCUS AR03057

**Lincoln/Marcus 0258**

MARCUS, Leslie (id #7056, dob:

### Center for Complex Neurology, EDS & POTS
### ORTHOSTATIC VITAL SIGNS

Name: Leslie marcus          DOB:

Performed by: N
Date Performed: 4/20/2023          Height: 5'5
Follow Up: none scheduled          Weight: 96 lbs

| POSITION: | BP | HR | PO | Symptoms |
|---|---|---|---|---|
| Baseline: | 114/77 | 58 | 99 | ☑ Dizzy ☑ Faint ☑ Headache ☑ Blurred vision ☐ Nauseous ☑ Flushed ☑ Sweaty |

DB · 2:35
VAL: 2:37

*Hots of trouble with TCD, Unable to locate w/ multiple attempts (routine)*

| POSITION: | BP | HR | PO | Symptoms |
|---|---|---|---|---|
| Right after Tilt: | 116/75 | 89 | 91 | ☑ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☐ Flushed ☐ Sweaty |
| 2 Minutes: | 107/70 | 88 | 92 | ☑ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☒ Flushed ☐ Sweaty |
| 4 Minutes: | 108/74 | 88 | 93 | ☑ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☒ Flushed ☐ Sweaty |
| 6 Minutes: | 107/73 | 86 | 94 | ☑ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☒ Flushed ☐ Sweaty |

blood pooling @ feet

Center for Complex Neurology, EDS & POTS
1010 E McDowell St, Ste 101
Phoenix, AZ 85006
P: 602-900-9404          F: 602-903-6587

## Imaging Results

MARCUS AR03058

**Lincoln/Marcus 0259**

MARCUS, Leslie (id #7056, dob:

## AUTONOMIC FUNCTION ANALYSIS (#97727, 04/27/2023)

**AUTONOMIC TESTING LAB**
**Center for Complex Neurology**
**1010 E McDowell Rd, Ste 101**
**Phoenix, AZ 85006**
**Phone 602-900-9404**
**Fax 602-903-6587**

| | | | |
|---|---|---|---|
| **Patient:** | Marcus, Leslie | **Date:** | 4/20/2023 |
| **DOB:** | | **Dx Code:** | I95.1 |
| **Clinician:** | David Saperstein, MD | **Indication:** | Orthostasis |

**Medications Taken in the Last 24 Hours**
No restricted meds, Fasting x 3 hours

**Sudomotor Testing**

| | | NL Value |
|---|---|---|
| Hands - Asymmetry | 16 % | <20 |
| Hands - Bioelectrical Conductivity | 0.94 µS/kg | >0.92 |
| Feet - Asymmetry | 13 % | <20 |
| Feet - Bioelectrical Conductivity | 1.22 µS/kg | >0.92 |

**Heart Rate Response to Deep Breathing**

| | Measured | Nl value |
|---|---|---|
| E:I Ratio | 1.35 | 1.07 |

**Valsalva Ratio**

| | Measured | Nl value |
|---|---|---|
| VR | 1.42 | 1.40 |

**Heart Rate Variability**
Rest

| | Measured | Nl value |
|---|---|---|
| LFa (bpm2) | 2.28 | 0.9 - 3.5 |
| HFa (bpm2) | 2.42 | 0.9 - 3.5 |
| LFa/HFa | 0.94 | 0.6 - 1.3 |

**Tilt Table (HUT 70 Degrees)**

| | Supine | Upright | 2 min | 5 min | 10 min |
|---|---|---|---|---|---|
| BP | 114/77 | 116/75 | 107/70 | 107/73 | 112/80 |
| HR | 58 | 89 | 88 | 86 | 94 |

Tilt produced dizziness headache, nausea, flushing, sweating.

**FINDINGS:**
Sudomotor testing was normal.
Heart rate response to deep breathing was normal.
Valsalva ratio was normal.
Heart rate variability parameters were within normal limits.
There were appropriate BP changes during valsalva.
Tilt causes a symptomatic, excessive increase in HR with stable BPs.
TCD during tilt showed no significant change in cerebral blood flow velocity.

MARCUS AR03059

**Lincoln/Marcus 0260**

## MARCUS, Leslie (id #7056, dob:

**Marcus, Leslie**                                    **Page 2 of 2**

**IMPRESSION:**
No autonomic failure.
There is a postural increase in heart rate consistent with POTS.

David S. Saperstein, M.D.

MARCUS AR03060

**Lincoln/Marcus 0261**

**MARCUS, Leslie (id #7056, dob:**

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97726, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

# Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Routine Exam |
| D.O.B | 05/27/1971 | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

TCD Exam Data:

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 42 | 45 | 20 | 7 | 1.90 | 0.84 | 0.58 | - | 108 | - |
| | | -40 | -18 | -7 | 1.78 | 0.81 | 0.74 | - | 108 | - |
| RMCA | 42 | 45 | 20 | 8 | 1.81 | 0.82 | 0.22 | - | 113 | - |
| | | -44 | -20 | -8 | 1.79 | 0.82 | 0.25 | - | 113 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.74 | 0.81 | 0.05 | - | 117 | - |
| | | -44 | -20 | -9 | 1.71 | 0.80 | 0.01 | 5.00 | 117 | - |
| RMCA | 42 | 42 | 20 | 9 | 1.60 | 0.77 | 0.11 | 4.43 | 96 | - |
| | | -43 | -20 | -8 | 1.77 | 0.81 | 0.13 | - | 96 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.66 | 0.79 | 0.22 | 4.71 | 82 | - |
| | | -42 | -20 | -9 | 1.60 | 0.77 | 0.78 | 4.43 | 82 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.67 | 0.79 | 0.63 | 4.79 | 117 | - |
| | | -43 | -21 | -9 | 1.63 | 0.78 | 0.71 | 4.57 | 117 | - |
| RMCA | 42 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 42 | 31 | 15 | 7 | 1.54 | 0.76 | 0.26 | 4.18 | 115 | - |
| | | -36 | -18 | -9 | 1.44 | 0.74 | 0.37 | 3.79 | 115 | - |
| RMCA | 42 | 30 | 16 | 8 | 1.43 | 0.73 | 0.64 | 3.75 | 133 | - |
| | | -33 | -16 | -7 | 1.61 | 0.78 | 0.35 | 4.45 | 133 | - |
| RMCA | 42 | 43 | 20 | 9 | 1.69 | 0.79 | 0.80 | 4.85 | 111 | - |
| | | -40 | -18 | -7 | 1.78 | 0.81 | 0.41 | - | 111 | - |
| RMCA | 42 | 44 | 20 | 9 | 1.71 | 0.80 | 0.41 | 5.00 | 124 | - |
| | | -39 | -18 | -7 | 1.76 | 0.81 | 0.62 | - | 124 | - |

**TRANSCRANIAL DOPPLER PROCEDURE (VASOMOTOR REACTIVITY TESTING):**

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices were obtained from MCA.

Vessels were insonated through the trans-temporal window. Vasomotor reactivity (VMR), is the percentage increase in mean flow velocity following a 20-sec breath-holding maneuver and was obtained in order to evaluate for the underlying vasodilatory reserve capacity.

1 / 4

MARCUS AR03061

**Lincoln/Marcus 0262**

## MARCUS, Leslie (id #7056, dob:

Name:    Leslie Marcus        TCD ID:    1071

### TRANSCRANIAL DOPPLER SUMMARY:

Vasomotor reactivity (VMR) testing showed abnormal vasodilatory reserve capacity with a breath holding index of 0.25 (normal >0.6).

### IMPRESSION:

Vasomotor reactivity is abnormal. This is of unclear clinical significance.

David                                                                        Saperstein,

MD

electronically signed

Signature:

Report Date:    04/20/2023

2 / 4

MARCUS AR03062

**Lincoln/Marcus 0263**

From: Breann Henry      Fax:              To: 6033340401@rcfax.com    Fax: (603) 334-0401          Page: 26 of 98      07/18/2023 5:09 PM      16 / 33
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**



Name:    Leslie Marcus    TCD ID:    1071

3 / 4

MARCUS AR03063

**Lincoln/Marcus 0264**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:



MARCUS AR03064

PAGE 27/98 * RCVD AT 7/18/2023 8:09:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):76-23

**Lincoln/Marcus 0265**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97725, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

# Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Routine Exam |
| D.O.B | | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

**TCD Exam Data:**

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 53 | 68 | 41 | 28 | 0.98 | 0.59 | 0.31 | 2.46 | 97 | - |
| | | - | - | - | - | - | - | - | - | - |
| RACA | 51 | -33 | -17 | -9 | 1.36 | 0.71 | - | 3.50 | 70 | - |
| | | 83 | 53 | 38 | 0.84 | 0.54 | 0.05 | 2.17 | 70 | - |
| LMCA | 41 | 48 | 22 | 9 | 1.73 | 0.80 | 0.36 | - | 86 | - |
| | | -47 | -23 | -10 | 1.63 | 0.78 | 0.19 | 4.55 | 86 | - |
| LACA | 42 | -51 | -23 | -9 | 1.78 | 0.81 | 0.76 | - | 55 | - |
| | | 50 | 22 | 8 | 1.86 | 0.83 | 0.71 | - | 55 | - |
| RVA | 42 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| RVA | 42 | - | - | - | - | - | - | - | - | - |
| | | 39 | 19 | 9 | 1.55 | 0.76 | 0.59 | 4.20 | 81 | - |
| LVA | 44 | -38 | -18 | -8 | 1.60 | 0.77 | 0.59 | 4.44 | 45 | - |
| | | - | - | - | - | - | - | - | - | - |
| BA | 47 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| BA | 47 | -40 | -19 | -8 | 1.67 | 0.79 | 0.53 | 4.78 | 86 | - |
| | | 44 | 20 | 8 | 1.86 | 0.83 | 0.77 | - | 86 | - |

## TRANSCRANIAL DOPPLER PROCEDURE:

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices for the bilateral ICAs, MCAs, ACAs, PCAs, vertebral arteries and basilar artery where obtained. Vessels were insonated through the trans-temporal, trans-orbital, sub-occipital or sub-mandibular windows. High intensity transient signals (HITS), consistent with native micro embolic events, was performed throughout the exam.

## TRANSCRANIAL DOPPLER SUMMARY:

Study confirms the patency of the major basal vessels of the Circle of Willis that were adequately insonated.
No evidence of hemodynamically significant stenosis or occlusive disease.
Waveform morphology appears normal.
No micro-embolic events were detected.

1 / 4

MARCUS AR03065

**Lincoln/Marcus 0266**

**MARCUS, Leslie (id #7056, dob:**

| Name: | Leslie Marcus | TCD ID: | 1071 |

**IMPRESSION:**
Normal study.

David Saperstein, MD

Signature:  electronically
signed
Report Date:  04/20/2023

2 / 4

MARCUS AR03066

**Lincoln/Marcus 0267**

**MARCUS, Leslie (id #7056, dob:**



MARCUS AR03067

**Lincoln/Marcus 0268**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Name:    Leslie Marcus    TCD ID:   1071

4 / 4

MARCUS AR03068

**Lincoln/Marcus 0269**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97724, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

## Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Monitoring Exam |
| D.O.B | | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

**TCD Exam Data:**

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | U |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 60 | 43 | 22 | 11 | 1.46 | 0.74 | 0.38 | 3.83 | 72 | - |
| | | -47 | -23 | -10 | 1.63 | 0.78 | 0.72 | 4.55 | 72 | - |
| RMCA | 60 | 49 | 24 | 11 | 1.58 | 0.77 | 0.66 | 4.33 | 92 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 49 | 24 | 11 | 1.58 | 0.77 | 0.66 | 4.33 | 92 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 53 | 25 | 11 | 1.67 | 0.79 | 0.71 | 4.75 | 108 | - |
| | | -39 | -19 | -9 | 1.55 | 0.76 | - | 4.20 | 108 | - |
| RMCA | 60 | 53 | 25 | 10 | 1.75 | 0.81 | 0.49 | - | 135 | - |
| | | -42 | -20 | -9 | 1.62 | 0.78 | - | 4.50 | 135 | - |
| RMCA | 60 | 53 | 25 | 10 | 1.75 | 0.81 | 0.49 | - | 135 | - |
| | | -42 | -20 | -9 | 1.62 | 0.78 | - | 4.50 | 135 | - |
| RMCA | 60 | 57 | 26 | 10 | 1.81 | 0.82 | 0.43 | - | 144 | - |
| | | -39 | -19 | -9 | 1.55 | 0.76 | 0.08 | 4.20 | 144 | - |
| RMCA | 60 | 42 | 21 | 10 | 1.52 | 0.76 | 0.24 | 4.09 | 114 | - |
| | | -36 | -18 | -9 | 1.45 | 0.74 | 0.71 | 3.80 | 114 | - |
| RMCA | 60 | 42 | 21 | 10 | 1.52 | 0.76 | 0.24 | 4.09 | 114 | - |
| | | -36 | -18 | -9 | 1.45 | 0.74 | 0.71 | 3.80 | 114 | - |
| RMCA | 60 | 60 | 30 | 15 | 1.50 | 0.75 | 0.61 | 4.00 | 59 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 72 | 43 | 29 | 0.99 | 0.60 | 0.46 | 2.48 | 81 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 73 | 49 | 37 | 0.75 | 0.50 | 0.63 | 2.00 | 87 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 73 | 49 | 37 | 0.75 | 0.50 | 0.63 | 2.00 | 87 | - |
| | | - | - | - | - | - | - | - | - | - |
| LMCA | 50 | 47 | 23 | 11 | 1.54 | 0.76 | 0.32 | 4.17 | 72 | - |
| | | -51 | -24 | -10 | 1.70 | 0.80 | 0.36 | 4.91 | 72 | - |
| LMCA | 50 | 45 | 23 | 12 | 1.42 | 0.73 | 0.45 | 3.69 | 92 | - |
| | | -50 | -25 | -12 | 1.52 | 0.75 | 0.73 | 4.08 | 92 | - |

1 / 5

MARCUS AR03069

**Lincoln/Marcus 0270**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Name:   Leslie Marcus   TCD ID:   1071

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LMCA | 50 | | | | | | | | | |
| | | -50 | -25 | -12 | 1.52 | 0.75 | 0.73 | 4.08 | 92 | - |
| LMCA | 50 | 48 | 24 | 12 | 1.48 | 0.75 | 0.25 | 3.92 | 108 | |
| | | -55 | -26 | -11 | 1.70 | 0.80 | - | 4.92 | 108 | |
| LMCA | 50 | 43 | 22 | 11 | 1.46 | 0.74 | 0.11 | 3.83 | 135 | |
| | | -46 | -23 | -11 | 1.52 | 0.76 | 0.12 | 4.08 | 135 | |
| LMCA | 50 | 43 | 22 | 11 | 1.46 | 0.74 | 0.11 | 3.83 | 135 | - |
| | | -46 | -23 | -11 | 1.52 | 0.76 | 0.12 | 4.08 | 135 | |
| LMCA | 50 | 43 | 21 | 10 | 1.54 | 0.76 | 0.09 | 4.18 | 144 | - |
| | | -45 | -22 | -10 | 1.59 | 0.77 | 0.29 | 4.36 | 144 | - |
| LMCA | 50 | 50 | 25 | 13 | 1.44 | 0.74 | 0.54 | 3.79 | 114 | |
| | | -49 | -24 | -12 | 1.50 | 0.75 | 0.33 | 4.00 | 114 | |
| LMCA | 50 | 50 | 25 | 13 | 1.44 | 0.74 | 0.54 | 3.79 | 114 | |
| | | -49 | -24 | -12 | 1.50 | 0.75 | 0.33 | 4.00 | 114 | |
| LMCA | 50 | 62 | 31 | 15 | 1.53 | 0.76 | 0.49 | 4.13 | 59 | - |
| | | -60 | -29 | -13 | 1.63 | 0.78 | 0.83 | 4.57 | 59 | |
| LMCA | 50 | 48 | 25 | 14 | 1.33 | 0.71 | 0.68 | 3.40 | 81 | - |
| | | -44 | -24 | -14 | 1.25 | 0.68 | 0.53 | 3.13 | 81 | |
| LMCA | 50 | 46 | 25 | 15 | 1.22 | 0.67 | 0.55 | 3.06 | 87 | - |
| | | -41 | -24 | -15 | 1.11 | 0.64 | 0.53 | 2.75 | 87 | - |
| LMCA | 50 | 46 | 25 | 15 | 1.22 | 0.67 | 0.55 | 3.06 | 87 | |
| | | -41 | -24 | -15 | 1.11 | 0.64 | 0.53 | 2.75 | 87 | - |

### TRANSCRANIAL DOPPLER PROCEDURE (TILT TABLE TESTING):

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices were obtained from the right and left MCAs. MCA recordings were made through the transtemporal window using a robotic head harness.

Recordings were made with the patient supine and following 70 degrees upright tilt.

### TRANSCRANIAL DOPPLER SUMMARY:

There were normal findings at baseline.

Baseline mean CBV was 25. With tilt, this decreased to 23.

Percent decrease in mean CBV with tilt was 8%. This is normal (normal is < 20%).

### IMPRESSION:

There were no significant changes in CBV with upright tilt.

David                                    Saperstein,
MD

2 / 5

MARCUS AR03070

**Lincoln/Marcus 0271**

**MARCUS, Leslie (id #7056, dob:**

**Name:**  Leslie Marcus    **TCD ID:**   1071

electronically signed

**Signature:**

**Report Date:**   04/20/2023

3 / 5

MARCUS AR03071

PAGE 34/98 * RCVD AT 7/18/2023 8:09:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):76-23

**Lincoln/Marcus 0272**

From: Breann Henry    Fax:    To: 6033340401@rcfax.com    Fax: (603) 334-0401    Page: 35 of 98    07/18/2023 5:09 PM    25 / 33
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**



Name:    Leslie Marcus    TCD ID:    1071

4 / 5

MARCUS AR03072

PAGE 35/98 * RCVD AT 7/18/2023 8:09:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):76-23

**Lincoln/Marcus 0273**

CENTER FOR COMPLEX NEUROLOGY • 1616 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:



5 / 5

MARCUS AR03073

**Lincoln/Marcus 0274**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2807

## MARCUS, Leslie (id #7056, dob:

## MRI, CERVICAL SPINE, W/O CONTRAST (#90803, 03/27/2023 12:00am)

From SimonMed AZ Avondale                18559161953                3/27/2023 11:05:24 PDT                Page 1 of 2



**SimonMed**
*See Tomorrow Today*

SimonMed AZ Avondale
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

**DIAGNOSTIC IMAGING REPORT**

Patient:    Marcus, Leslie Sex :F DOB:            Age: 51
            Diag. Imaging#: 3160249

Status:
Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507358 - 03/19/2023 12:15 PM -MR CERVICAL SPINE WITHOUT CONTRAST

COMPARISON: None

CLINICAL HISTORY:  Other symptoms and signs involving cognitive functions and awareness. Paresthesias of skin

TECHNIQUE:  Sagittal T1, sagittal and axial T2, and axial gradient echo images of the cervical spine were obtained without contrast.

FINDINGS:

The vertebral body heights are well maintained.
There is a subtle retrolisthesis measuring 2 to 3 mm of C3 on C4. There is a minimal levocurvature of the cervical spine diffusely. Mild dextrocurvature the upper thoracic spine
The spinal cord is normal in course, caliber and signal.
No surgical hardware is evident within the cervical spine.
Bone marrow signal is unremarkable . No significant osseous lesion is evident.
Posterior fossa structures and visible soft tissue structures are unremarkable.

C2-3: Disc is relatively well-maintained. Broad-based central disc protrusion narrows the ventral space, No cord flattening. Facets are mildly degenerated on the left without neural foraminal stenosis.

C3-4: There is mild degenerative disc disease. There is diffuse disc osteophyte complex bulging. There is redundancy ligamentum flavum. There is narrowing the ventral and dorsal thecal space with mild diffuse ventral and subtle dorsal lateral cord flattening. There is mild right and left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C4-5: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. Subtle superimposed central protrusion results and central cord flattening. There is moderate right and mild-to-moderate left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C5-6: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. No significant cord flattening is noted. There is mild-to-moderate right and left facet arthropathy. With uncovertebral joint spurring there is moderate right and severe left neural foraminal stenosis.

C6-7: Disc is relatively well-maintained. No significant central canal stenosis. There is moderate right and left facet arthropathy. With uncovertebral joint spurring there is mild right and left neural foraminal stenosis.

C7-T1: There are no disc protrusions, cord compression, central canal spinal stenosis, or neural foraminal

page 1 of 2

MARCUS AR03074

**Lincoln/Marcus 0275**

## MARCUS, Leslie (id #7056, dob:

From SimonMed AZ Avondale          18559161953          3/27/2023 11:05:24 PDT          Page 2 of 2



**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

### DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie Sex :F DOB          Age: 51
            Diag. Imaging#: 3160249

Status:

Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507358 – 03/19/2023 12:15 PM –MR CERVICAL SPINE WITHOUT CONTRAST

stenosis. There is mild-to-moderate right and mild left facet arthropathy.

IMPRESSION:

Multilevel cervical spondylosis as described in detail above. No high-grade central canal stenosis is noted. Cord flattening is evident at C3-4 and C4-5.

Multilevel uncovertebral joint and facet arthropathy results in multilevel neural foraminal stenosis. This is felt to be significant bilaterally at C3-4, bilaterally at C4-5 and bilaterally at C5-6.

dd:03/27/2023 11:01 AM

Reported by: Crum, Charles M.D.
Electronically signed by: CRUM, CHARLES

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 855-RAD-TALK(855-723-8255).

page 2 of 2

MARCUS AR03075

**Lincoln/Marcus 0276**

## MARCUS, Leslie (id #7056, dob:

## MRI, BRAIN, W/O CONTRAST (#90799, 03/27/2023 12:00am)

From SimonMed AZ Avondale    18559161953    3/27/2023 11:01:25 PDT    Page 1 of 2

 **SimonMed**
*See Tomorrow Today*

SimonMed AZ Avondale
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

### DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie Sex :F DOB:    , Age: 51
            Diag. Imaging#: 3160249
Status:
Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507357 - 03/19/2023 12:30 PM -MR BRAIN WITHOUT CONTRAST

COMPARISON: March 26, 2019

CLINICAL HISTORY:  Other symptoms and signs involving cognitive functions and awareness. R 41.89

TECHNIQUE:  Multiplanar multisequence MR imaging of the brain without contrast administration. 3D sagittal images obtained under general physician supervision including monitoring and adjustment of the 3D structures and tissue types on an independent workstation. Subsequently, a NeuroQuant volumetric study was performed.

FINDINGS:  The ventricles and sulci are normal in size.  The cerebellar tonsils are in normal position.  There are no masses, mass effect or midline shift.  The pituitary gland is normal in size.  There is no evidence for acute intracranial hemorrhage or acute cerebral, brainstem or cerebellar infarction.  No diffusion-weighted abnormalities are identified.  There are a few scattered foci of increased T2 signal seen within the subcortical and deep white matter. This does not appear significantly changed compared to the previous exam..  There are no extra-axial fluid collections or subdural hematomas.  Flow voids are present within the major vessels indicating patency.  The paranasal sinuses and mastoid air cells are clear.

The NeuroQuant study demonstrates normal bilateral hippocampal volumes and normal volumes of the lateral ventricles and bilateral temporal horns compared with age-matched controls. There is no preferential hippocampal atrophy or temporal horn dilatation to suggest a neurodegenerative disorder such as Alzheimer's disease. 3-D sagittal images show no abnormality.

NeuroQuant substructure analysis:
Gray-white segmentation quality: Good
Whole brain structures (normative percentiles):
Whole brain: 99.00%
Gray matter: 90.00%
White matter: 97.00%
Hippocampi: 89.00%

IMPRESSION:

No acute intracranial abnormality or worrisome lesion.

There are a few scattered foci of T2 signal changes within the white matter most consistent with mild chronic microvascular ischemic changes. This is unchanged compared to the preceding exam

Volumetric analysis of the intracranial structures is within normal limits.

dd:03/27/2023 10:57 AM

page 1 of 2

MARCUS AR03076

**Lincoln/Marcus 0277**

## MARCUS, Leslie (id #7056, dob:

From SimonMed AZ Avondale            18559161953            3/27/2023 11:01:25 PDT            Page 2 of 2

 **SimonMed**
*See Tomorrow Today*

**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

---

### DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie  Sex :F  DOB:              Age: 51
            Diag. Imaging#: 3160249

Status:

Referring Physician: DAVID SAPERSTEIN
CC Physician:

---

EXAM #35507357 – 03/19/2023 12:30 PM –MR BRAIN WITHOUT CONTRAST

Reported by: Crum, Charles M.D.
Electronically signed by: CRUM, CHARLES

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at
855-RAD-TALK(855-723-8255).

page 2 of 2

MARCUS AR03077

**Lincoln/Marcus 0278**

**MARCUS, Leslie (id #7056, dob:**

## MR-BRAIN W/O CONTRAST (#90795, Complete, 03/19/2023 12:30pm)

Dictation Date: 20230327110100

https://images.simonmed.com/view/order/O2461652
Patient Name: Leslie Marcus
Patient DOB:
Patient Sex: F
Referring Provider: DAVID SAPERSTEIN
Performing Location: SimonMed AZ Avondale
Exam # O2461652 - Mar 19 2023 - MR - BRAIN WITHOUT CONTRAST
COMPARISON: March 26, 2019

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and awareness. R 41.89

TECHNIQUE: Multiplanar multisequence MR imaging of the brain without contrast administration. 3D sagittal images obtained under general physician supervision including monitoring and adjustment of the 3D structures and tissue types on an independent workstation. Subsequently, a NeuroQuant volumetric study was performed.

FINDINGS: The ventricles and sulci are normal in size. The cerebellar tonsils are in normal position. There are no masses, mass effect or midline shift. The pituitary gland is normal in size. There is no evidence for acute intracranial hemorrhage or acute cerebral, brainstem or cerebellar infarction. No diffusion-weighted abnormalities are identified. There are a few scattered foci of increased T2 signal seen within the subcortical and deep white matter. This does not appear significantly changed compared to the previous exam.. There are no extra-axial fluid collections or subdural hematomas. Flow voids are present within the major vessels indicating patency. The paranasal sinuses and mastoid air cells are clear.

The NeuroQuant study demonstrates normal bilateral hippocampal volumes and normal volumes of the lateral ventricles and bilateral temporal horns compared with age-matched controls. There is no preferential hippocampal atrophy or temporal horn dilatation to suggest a neurodegenerative disorder such as Alzheimer's disease. 3-D sagittal images show no abnormality.

NeuroQuant substructure analysis:
Gray-white segmentation quality: Good
Whole brain structures (normative percentiles):
Whole brain: 99.00%
Gray matter: 90.00%
White matter: 97.00%
Hippocampi: 89.00%

IMPRESSION:

No acute intracranial abnormality or worrisome lesion.

There are a few scattered foci of T2 signal changes within the white matter most consistent with mild chronic microvascular ischemic changes. This is unchanged compared to the preceding exam

Volumetric analysis of the intracranial structures is within normal limits.
ELECTRONICALLY SIGNED BY: Provider (CRUM, CHARLES) on March 27, 2023

Thank you for your kind referral. If you need further assistance, please contact our Radiologist Hotline at 855-RAD-TALK or 855-723-8255.

MARCUS AR03078

**Lincoln/Marcus 0279**

**MARCUS, Leslie (id #7056, dob:**

## MR-CERVICAL SPINE W/O CONTRAST (#90798, Complete, 03/19/2023 12:15pm)

Dictation Date: 20230327110500

https://images.simonmed.com/view/order/O2461653
Patient Name: Leslie Marcus
Patient DOB:
Patient Sex: F
Referring Provider: DAVID SAPERSTEIN
Performing Location: SimonMed AZ Avondale
Exam # O2461653 - Mar 19 2023 - MR - CERVICAL SPINE WITHOUT CONTRAST
COMPARISON: None

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and awareness. Paresthesias of skin

TECHNIQUE: Sagittal T1, sagittal and axial T2, and axial gradient echo images of the cervical spine were obtained without contrast.

FINDINGS:

The vertebral body heights are well maintained.
There is a subtle retrolisthesis measuring 2 to 3 mm of C3 on C4. There is a minimal levocurvature of the cervical spine diffusely. Mild dextrocurvature the upper thoracic spine
The spinal cord is normal in course, caliber and signal.
No surgical hardware is evident within the cervical spine.
Bone marrow signal is unremarkable . No significant osseous lesion is evident.
Posterior fossa structures and visible soft tissue structures are unremarkable.

C2-3: Disc is relatively well-maintained. Broad-based central disc protrusion narrows the ventral space. No cord flattening. Facets are mildly degenerated on the left without neural foraminal stenosis.

C3-4: There is mild degenerative disc disease. There is diffuse disc osteophyte complex bulging. There is redundancy ligamentum flavum. There is narrowing the ventral and dorsal thecal space with mild diffuse ventral and subtle dorsal lateral cord flattening. There is mild right and left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C4-5: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. Subtle superimposed central protrusion results and central cord flattening. There is moderate right and mild-to-moderate left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C5-6: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. No significant cord flattening is noted. There is mild-to-moderate right and left facet arthropathy. With uncovertebral joint spurring there is moderate right and severe left neural foraminal stenosis.

C6-7: Disc is relatively well-maintained. No significant central canal stenosis. There is moderate right and left facet arthropathy. With uncovertebral joint spurring there is mild right and left neural foraminal stenosis.

C7-T1: There are no disc protrusions, cord compression, central canal spinal stenosis, or neural foraminal stenosis. There is mild-to-moderate right and mild left facet arthropathy.

IMPRESSION:

Multilevel cervical spondylosis as described in detail above. No high-grade central canal stenosis is noted. Cord flattening is evident at C3-4 and C4-5.

Multilevel uncovertebral joint and facet arthropathy results in multilevel neural foraminal stenosis. This is felt to be significant bilaterally at C3-4, bilaterally at C4-5 and bilaterally at C5-6.
ELECTRONICALLY SIGNED BY: Provider (CRUM, CHARLES) on March 27, 2023

MARCUS AR03079

**Lincoln/Marcus 0280**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Thank you for your kind referral. If you need further assistance, please contact our Radiologist Hotline at 855-RAD-TALK or 855-723-8255.

MARCUS AR03080

**Lincoln/Marcus 0281**

MARCUS, Leslie (id #7056, dob:

# Medical Records - CONFIDENTIAL

**FROM:** AZ - Center for Complex Neurology

Amanda L.
1010 E MCDOWELL RD STE 101, PHOENIX, AZ 85006-2607
Phone: (602) 900-9404
Fax: (833)535-1450

**TO:**

## Name: MARCUS, LESLIE

## DOB:

## Date Range: 01/01/2023 to 05/01/2023

**This document contains the following records of the patient:**
• **Admin Documents**
• **Lab Results**
• **Lab Orders**
• **Clinical Documents**

**Note:** re: MARCUS, L.

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7056-A-25544]

MARCUS AR03081

**Lincoln/Marcus 0282**

**MARCUS, Leslie (id #7056, dob:**



**MEDICAL HISTORY FORM**                          Monday, February 13, 2023

| Name | Leslie Marcus |
|---|---|
| Date | Monday, February 13, 2023 |

## PROVIDERS

Plesae list the names, specialties and location of other providers who are treating you, including your primary care provider. If you have a phone number, please include that.

**List here:**
Tonia Graham PCP
623.322.0099

## PHARMACY

Please provide the name, address and phone number of your preferred pharmacies.

**PREFERRED PHARMACIES**
Walgreens
13014 w camelback rd Litchfield park
623.935.0528

## CURRENT MEDICATIONS

Please list any MEDICATIONS you are currently taking, prescribed or over the counter. Please include name of medication, dosage and frequency.

**Current Medications, Dosage and Frequency**
Acetazolamide 125mg 2x day
Quilipta 30mg 1x day
Eloquis 5mg 2x day
Clonazapam 1mg 1x day
Montelukast 10mg 1x day
Trazodone 100mg 1x day
Desvenlafaxine 50mg 1x day

## SUPPLEMENTS

Please list any supplements, tinctures, or herbals you are taking, including amount and frequency..

**Current Supplements**
Berberine

## ALLERGIES

Please list all medication and food allergies along with the reactions

1

MARCUS AR03083

**Lincoln/Marcus 0283**

**MARCUS, Leslie (id #7056, dob:**

**Medication & Food Allergies**

Corticosteroids
Medical Tape

## PAST SURGERIES
Please list past surgical history with month and year.

**Surgical History**

Oophorectomy 1991
Laparoscopy x9 between 1992-2005
Full Hysterectomy 2006
Heart Ablation 12.26.2018
Lumbar Spondolylosis 3.6.2019
Heart Ablation 06.12.2019
Septoplasty/Turbinate Reduction 07.12.2022

**Have you had COVID and/or the COVID Vaccine?**     Yes

**When did you have COVID or your most recent vaccine/booster?**    Thursday, December 16, 2021

2

MARCUS AR03084

**Lincoln/Marcus 0284**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

Jan 06 23, 08:54a    Wellness for life    6233220966    p.1



**Black Diamond Medical LLC**
**DBA: Wellness for Life Family Practice**
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
623-322-0966 fax
Office
Tonia Graham FNP-BC & M. Dawn Austin FNP-C

Referral Information: Date: 1 6 23

Patient Name: Leslie Marcus    DOB:

Email Address: j

Phone:    Ok to text: ___ Okay to leave voicemail: ✓

Address:

Reason: evaluation and treatment for POTS, postural orthostatic tachycardia Syndrome

ICD 10 code: I95.1    Secondary: R42    , I69.311

Specialist Referral Name/Clinic: Dr. Saperstein MD

Address: 1010 e Mcdowell Rd Ste 101, Phx, AZ, 85006

Telephone: 602-900-9404    Fax: 833-525-1460

Visits: 1 6 23 to 1 4 24    Number of Visits: 12

Please call patient to schedule (circle) Immediately Next Available In next 1-2 months

Tonia Graham FNP-BC    Melody Dawn Austin FNP-C
NPI: 1699018621    NPI: 1356768439

Signature: _____

Insurance Co. _____ see attached)

Policy#: _____ Copy of Ins. Card attached: yes

Please request records when pt has been scheduled.

MARCUS AR03085

**Lincoln/Marcus 0285**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Jan 06 23, 08:55a        Wellness for life                                        6233220966                p.2



**Lab Results**

MARCUS AR03086

**Lincoln/Marcus 0286**

**MARCUS, Leslie (id #7056, dob:**

## MELANOCYTE STIMULATING HORMONE 03/23/2023 (#90177, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
| --- | --- | --- | --- |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| MELANOCYTE STIMULATING HORMONE | 15 | 0-40 | pg/mL | | Final | 01 |
| | Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure. | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

## THYROID PEROXIDASE (TPO) AB 03/23/2023 (#90176, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02) LABCORP PHOENIX EARLE COLLUM 5005 S 40TH STREET STE 1200 PHOENIX, AZ 850402969 Account ID: 02031930 |
| --- | --- | --- | --- |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| THYROID PEROXIDASE (TPO) AB | 11 | 0-34 | IU/mL | | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03087

**Lincoln/Marcus 0287**

**MARCUS, Leslie (id #7056, dob:**

## COPPER, SERUM OR PLASMA 03/23/2023 (#90175, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| COPPER, SERUM OR PLASMA | 133 | 80-158 | ug/dL | | Final | 01 |
| | | | | | Detection Limit = 5 | |
| RESULT NOTE | FASTING YES Test(s) 001586-Copper, Serum or Plasma was developed and its performance characteristics determined by Labcorp. it has not been cleared or approved by the Food and Drug Administration. | | | | | |

## CERULOPLASMIN 03/23/2023 (#90174, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02) LABCORP PHOENIX EARLE COLLUM 5005 S 40TH STREET STE 1200 PHOENIX, AZ 850402969 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| CERULOPLASMIN | 24.8 | 19.0-39.0 | mg/dL | | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03088

**Lincoln/Marcus 0288**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## THYROGLOBULIN ANTIBODY 03/23/2023 (#90173, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | Status | Lab |
|---|---|---|---|---|---|
| THYROGLOBULIN ANTIBODY | <1.0 | 0.0-0.9 | IU/mL | Final | 02 |
| | Thyroglobulin Antibody measured by Beckman Coulter Methodology | | | | |
| RESULT NOTE | FASTING YES | | | | |

## HISTAMINE, PLASMA 03/23/2023 (#90172, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| HISTAMINE, PLASMA | 1.88 | <1.00 | ng/mL | Above High Normal | Final | 01 |
| RESULT NOTE | FASTING YES<br>Test(s) 144601-Histamine, Plasma<br>This test was developed and its performance characteristics<br>determined by Labcorp. It has not been cleared or approved<br>by the Food and Drug Administration. | | | | | |

MARCUS AR03089

**Lincoln/Marcus 0289**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

# HISTAMINE DETERMINATION, BLOOD 03/23/2023 (#90171, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| HISTAMINE DETERMINATION, BLOOD | 144 | 12-127 | ng/mL | Above High Normal | Final | 01 |
| RESULT NOTE | | FASTING YES Test(s) 081746-Histamine Determination, Blood This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | |

# HOMOCYST(E)INE 03/23/2023 (#90170, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02) LABCORP PHOENIX EARLE COLLUM 5005 S 40TH STREET STE 1200 PHOENIX, AZ 850402969 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| HOMOCYST(E)INE | 20.3 | 0.0-14.5 | umol/L | Above High Normal | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03090

**Lincoln/Marcus 0290**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## MMP-9 (MATRIX METALLOPROT.-9) 03/23/2023 (#90169, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | ESOTERIX INC (06)<br>ESOTERIX INC<br>BRIAN F. POIRIER<br>8490 UPLAND DRIVE STE 100<br>ENGLEWOOD, CO 801127116<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | Status | Lab |
|---|---|---|---|---|---|
| MMP9 | 737 | | ng/mL | Final | 06 |
| | Reference Range:<br><984<br>**Results of this test are for research purposes only per the assay manufacturer. The performance characteristics of this assay have not been established. The result should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure. | | | | |
| RESULT NOTE | FASTING YES | | | | |

## COMPLEMENT C4A 03/23/2023 (#90168, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| **COMPLEMENT C4A** | **809.0** | **0.0-650.0** | **ng/mL** | **Above High Normal** | **Final** | **01** |
| | Results for this test are for research purposes only by the assay's manufacturer.  The performance characteristics of this product have not been established.  Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure. | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03091

**Lincoln/Marcus 0291**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## TRYPTASE 03/23/2023 (#90167, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| TRYPTASE | 5.8 | 2.2-13.2 | ug/L | Final | 01 |
| RESULT NOTE | FASTING YES | | | | |

## TRANS. GROWTH FACT. BETA 1* 03/23/2023 (#90166, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | EUROFINS VIRACOR LLC (05)<br>EUROFINS VIRACOR LLC<br>BROCK NEIL<br>18000 W 99TH STREET<br>LENEXA, KS 662191233<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| TRANS. GROWTH FACT. BETA 1* | 11269 | 867-6662 | pg/mL | Above High Normal | Final | 05 |
| | | The result is reported in pg/mL. The assay range is approximately 190 to 50,000. The reference range for a healthy population is 867-6662. However it should be noted that these ranges are obtained from a limited population of apparently healthy adults and are not diagnostic thresholds.<br>*This test was developed and its performance characteristics determined by Eurofins Viracor. It has not been cleared or approved by the U.S. Food and Drug Administration. | | | | |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03092

**Lincoln/Marcus 0292**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## PROSTAGLANDIN D2, SERUM 03/23/2023 (#90165, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | ESOTERIX INC (04) ESOTERIX INC BRIAN POIRIER 4301 LOST HILLS ROAD CALABASAS HILLS, CA 913015358 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | A | Status | Lab |
|---|---|---|---|---|---|---|
| PROSTAGLANDIN D2, SERUM | 19 | | pg/mL | | Final | 04 |
| | This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. Reference Range: 2.0 - 100 | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

## METANEPHRINES, FRAC., PL. FREE 03/23/2023 (#90164, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | A | Status | Lab |
|---|---|---|---|---|---|---|
| NORMETANEPHRINE, PL | 125.7 | 0.0-244.0 | pg/mL | | Final | 01 |
| METANEPHRINE, PL | 27.0 | 0.0-88.0 | pg/mL | | Final | 01 |
| RESULT NOTE | FASTING YES Test(s) 070013-Normetanephrine, Pl; 070023-Metanephrine, Pl was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |

MARCUS AR03093

**Lincoln/Marcus 0293**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

### IMMUNOGLOBULINS A/E/G/M, SERUM 03/23/2023 (#90163, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>LABCORP PHOENIX (03)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| IMMUNOGLOBULIN G, QN, SERUM | 1315 | 586-1602 | mg/dL | | Final | 02 |
| **IMMUNOGLOBULIN A, QN, SERUM** | **439** | **87-352** | **mg/dL** | **Above High Normal** | **Final** | **02** |
| IMMUNOGLOBULIN M, QN, SERUM | 137 | 26-217 | mg/dL | | Final | 02 |
| **IMMUNOGLOBULIN E, TOTAL** | **611** | **6-495** | **IU/mL** | **Above High Normal** | **Final** | **03** |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR03094

**Lincoln/Marcus 0294**

**MARCUS, Leslie (id #7056, dob:**

## PARANEOPLASTIC AB 03/23/2023 (#90162, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
| --- | --- | --- | --- |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
| --- | --- | --- | --- | --- | --- |
| INTERPRETATION | Negative | NEGATIVE | | Final | 01 |
| | | A negative paraneoplastic autoantibody result does not rule out all clinically relevant antibodies. If indicated, a phenotype-specific profile (For example, Encephalopathy, dementia, myelopathy, or axonal neuropathy) should be considered. | | | |
| ANTI-HU AB | Negative | NEGATIVE | | Final | 01 |
| ANTI-RI AB | Negative | NEGATIVE | | Final | 01 |
| ANTINERUONAL NUCLEAR AB TYPE 3 | Negative | NEGATIVE | | Final | 01 |
| PCA TYPE-1 (ANTI-YO) AB | Negative | NEGATIVE | | Final | 01 |
| PURKINJE CELL CYTO AB TYPE 2 | Negative | NEGATIVE | | Final | 01 |
| PURKINJE CELL CYTO AB TYPE TR | Negative | NEGATIVE | | Final | 01 |
| AMPHIPHYSIN ANTIBODY | Negative | NEGATIVE | | Final | 01 |
| CRMP-5 IGG | Negative | NEGATIVE | | Final | 01 |
| AGNA-1 | Negative | NEGATIVE | | Final | 01 |
| VGCC ANTIBODY | <1.0 | 0.0-30.0 | pmol/L | Final | 01 |
| CASPR2 ANTIBODY,CELL-BASED IFA | Negative | NEGATIVE | | Final | 01 |
| LGI1 ANTIBODY, CELL-BASED IFA | Negative | NEGATIVE | | Final | 01 |
| RESULT NOTE | FASTING YES<br>Test(s) 505241-Anti-Hu Ab; 505243-Anti-Ri Ab; 505469-Antineruonal nuclear Ab Type 3; 505245-PCA Type-1 (Anti-Yo) Ab; 505471-Purkinje Cell Cyto Ab Type 2; 505472-Purkinje Cell Cyto Ab Type Tr; 505470-Amphiphysin Antibody; 505486-CRMP-5 IgG; 505488-AGNA-1; 505431-CASPR2 Antibody,Cell-based IFA; 505356-LGI1 Antibody, Cell-based IFA<br>was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | |

MARCUS AR03095

**Lincoln/Marcus 0295**

MARCUS, Leslie (id #7056, dob:

## Lab Orders

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84566-H-25544]

# Lab Order
03/01/2023

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

Tremor | ICD-10: R25.1: Tremor, unspecified
• PARANEOPLASTIC ANTIBODY PANEL, SERUM | BILL: Patient
  | TO BE PERFORMED ON OR AROUND: 03/01/2023
  NOTE TO LAB: Labcorp panel 505535
  ORDERED: 03/01/2023
     NOTE: The lab order has been changed since being sent electronically.

| Patient Name | MARCUS, LE¯LIE |
|---|---|
| Sex - DOB - Age | F |
| Address | |

| Phone | h:          w: |
|---|---|
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

MARCUS AR03096

**Lincoln/Marcus 0296**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84564-H-25544]

# Lab Order
03/01/2023

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>**Phone: (602) 900-9404**<br>**Fax: (833)535-1450** |

| Order |
|---|
| **Orders included: 1**<br><br>**Tremor | ICD-10: R25.1: Tremor, unspecified**<br>• **001560 | ceruloplasmin | BILL: Patient**<br>**| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**<br>    **NOTE: The lab order has been changed since being sent electronically.** |

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits

MARCUS AR03097

**Lincoln/Marcus 0297**

**MARCUS, Leslie (id #7056, dob:**

unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84563-H-25544]

# Lab Order
## 03/01/2023

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: **(602) 253-6946**<br><br>Fax: **(602) 253-6734** | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: **(602) 900-9404**<br>Fax: **(833)535-1450** |

**Order**

Orders included: 1

**Tremor | ICD-10: R25.1: Tremor, unspecified**
**\* 001586 | copper, serum or plasma | BILL: Patient**
**| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**
     **NOTE: The lab order has been changed since being sent electronically.**

| Patient Name | MARCUS, LESLIE |
|---|---|
| **Sex - DOB - Age** | F          51yo |
| **Address** | |
| **Phone** | h:          w: |
| **Primary Insurance** | |
| **Secondary Insurance** | |
| **Drawn by:** | |
| **Date/Time Drawn:** | |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |
| **Other/Notes:** | |
| **CC:** | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender

MARCUS AR03098

**Lincoln/Marcus 0298**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84558-H-25544]

# Lab Order
03/01/2023

| Order To | Ordering Provider |
|---|---|
| | **DAVID S. SAPERSTEIN, MD**<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified**
• **PROSTAGLANDIN D2, QUANT, SERUM OR PLASMA | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F           51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | _____ |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84557-H-25544]

# Lab Order
03/01/2023

MARCUS AR03099

**Lincoln/Marcus 0299**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
|  | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

### Order

Orders included: 1

**Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified**
• HISTAMINE, SERUM OR PLASMA | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F        51yo |
| Address |  |
| Phone | h:        w: |
| Primary Insurance |  |
| Secondary Insurance |  |
| Drawn by: |  |
| Date/Time Drawn: |  |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: |  |
| CC: |  |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84556-H-25544]

## Lab Order
03/01/2023

MARCUS AR03100

**Lincoln/Marcus 0300**

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>**Phone: (602) 900-9404**<br>**Fax: (833)535-1450** |

**Order**

**Orders included: 1**

**Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified**
**• TRYPTASE, SERUM | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F        51yo |
| Address | |
| Phone | h:        w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84555-H-25544]

## Lab Order
03/01/2023

MARCUS AR03101

**Lincoln/Marcus 0301**

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified
• HISTAMINE, QUANTITATIVE, BLOOD | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F        51yo |
| Address | |
| Phone | h:        w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S, SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84553-H-25544]

# Lab Order
03/01/2023

MARCUS AR03102

**Lincoln/Marcus 0302**

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| LABCORP<br><br>1010 E MCDOWELL RD STE 201<br>PHOENIX, AZ 85006-2608<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

| Order |
|---|
| **Orders included: 1**<br><br>**Disorder of immune function | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**<br>**• 002295 | Immunoglobulins A/E/g/M, serum | BILL: Patient**<br>**| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**<br>**NOTE: The lab order has been changed since being sent electronically.** |

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access. please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84552-H-25544]

# Lab Order
03/01/2023

MARCUS AR03103

**Lincoln/Marcus 0303**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| LABCORP<br><br>1010 E MCDOWELL RD STE 201<br>PHOENIX, AZ 85006-2608<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

Disorder of immune function | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified
• 006676 | thyroid peroxidase (tpo) Ab | BILL: Patient
   | TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023
      NOTE: The lab order has been changed since being sent electronically.

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:              w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access. please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84551-H-25544]

# Lab Order
03/01/2023

MARCUS AR03104

**Lincoln/Marcus 0304**

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>1010 E MCDOWELL RD STE 201<br>PHOENIX, AZ 85006-2608<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD**<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

### Order

Orders included: 1

**Disorder of immune function | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
• 006685 | thyroglobulin antibody | BILL: Patient
| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023
     NOTE: The lab order has been changed since being sent electronically.

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |

| Address | |
|---|---|

| Phone | h:              w: |
|---|---|
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access. please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84550-H-25544]

# Lab Order
03/01/2023

MARCUS AR03105

**Lincoln/Marcus 0305**

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified
• ALPHA MELANOCYTE STIMULATING HORMONE, SERUM OR PLASMA | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h: 4          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84549-H-25544]

# Lab Order
03/01/2023

MARCUS AR03106

**Lincoln/Marcus 0306**

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
|  | **DAVID S. SAPERSTEIN, MD**<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified
• MATRIX METALLOPEPTIDASE 9, QUANTITATIVE, SERUM | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address |  |
| Phone | h:              w: |
| Primary Insurance |  |
| Secondary Insurance |  |
| Drawn by: |  |
| Date/Time Drawn: |  |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: |  |
| CC: |  |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84548-H-25544]

## Lab Order
03/01/2023

MARCUS AR03107

**Lincoln/Marcus 0307**

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
|  | **DAVID S. SAPERSTEIN, MD**<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

### Order

Orders included: 1

Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified
• TRANSFORMING GROWTH FACTOR BETA 1, SERUM OR PLASMA | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address |  |
| Phone | h:          w: |
| Primary Insurance |  |
| Secondary Insurance |  |
| Drawn by: |  |
| Date/Time Drawn: |  |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: |  |
| CC: |  |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84547-H-25544]

# Lab Order
03/01/2023

MARCUS AR03108

**Lincoln/Marcus 0308**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| | **DAVID S. SAPERSTEIN, MD**<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

**Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
• COMPLEMENT C4A, PLASMA | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84546-H-25544]

## Lab Order
03/01/2023

MARCUS AR03109

**Lincoln/Marcus 0309**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
|  | **DAVID S. SAPERSTEIN, MD**<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

### Order

Orders included: 1

**Medical examination for suspected condition | ICD-10: Z00.01: Encounter for general adult medical examination with abnormal findings**
• **HOMOCYSTEINE, SERUM OR PLASMA | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address |  |

| Phone | h:              w: |
|---|---|
| Primary Insurance |  |
| Secondary Insurance |  |
| Drawn by: |  |
| Date/Time Drawn: |  |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: |  |
| CC: |  |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84544-H-25544]

# Lab Order
03/01/2023

MARCUS AR03110

**Lincoln/Marcus 0310**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

Disorder of autonomic nervous system | ICD-10: G90.9: Disorder of the autonomic nervous system, unspecified
• METANEPHRINES, FRACTIONATED, FREE, PLASMA | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

**Clinical Documents**

MARCUS AR03111

Lincoln/Marcus 0311

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

**Patient Portal - Patient Submitted Health History - 04/20/2023**
These are the patient's answers to their self checkin workflow for their appointment on 04/20/2023 5:00PM with TECH. Blank answers below indicate the lack of a condition, surgery, vaccine, etc.

### Medications

| | |
|---|---|
| Eliquis 5 mg tablet | Sig: take 1 tablet(s) 2 times a day by oral route |
| acetazolamide 125 mg tablet | Sig: take 1 tablet(s) 2 times a day by oral route |
| Qulipta 30 mg tablet | Sig: take 1 tablet(s) every day by oral route |
| trazodone 100 mg tablet | Sig: take 1 tablet(s) every day by oral route |
| berberine-herbal comb no.18 capsule | No additional information |
| desvenlafaxine ER 50 mg tablet,extended release 24 hr | Sig: take 1 tablet(s) every day by oral route |
| montelukast 10 mg tablet | Sig: take 1 tablet(s) every day by oral route |
| clonazepam 1 mg disintegrating tablet | Sig: take 1 tablet(s) every day by oral route |

MARCUS AR03112

**Lincoln/Marcus 0312**

From: Breann Henry        Fax:          To: 6033340401@rcfax.com      Fax: (603) 334-0401        Page: 76 of 98      07/18/2023 5:09 PM      33 / 55
CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2007

MARCUS, Leslie (id #7056, dob:

 

CNS/Adults: Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
PPI/Children: Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## NEUROPSYCHOLOGICAL EVALUATION

**PATIENT NAME:** Leslie S. Marcus
**DATE OF BIRTH (AGE):**          (50:5)
**DATE OF INITIAL INTERVIEW:** 09/08/2021
**DATE OF TESTING:** 11/15/2021

**EDUCATION:** 13 years
**OCCUPATION:** Unemployed
**HANDEDNESS:** Right
**ETHNICITY:** Caucasian

**PRIMARY CARE PROVIDER:**        Tonia Graham, FNP-BC
**TREATING PHYSICIAN:**        Frank E. Cibulka, M.D.

### REASON FOR CONSULTATION/HISTORY OF PRESENTING ILLNESS:

Ms. Marcus has experienced increasing deficits in memory and other cognitive functioning, with a more precipitous decline occurring within the last few years. Currently, she experiences difficulty remembering peoples' names and she tends to misplace items. She repeats herself and forgets her thought processes, mid-sentence. She struggles to remember what she has read. She experiences difficulty remembering recent events and recalling past events. It is difficult for her to learn new information and perform once-familiar tasks. She becomes distracted easily as it is difficult for her to concentrate. Her clarity of thinking and processing speed have diminished. She becomes confused easily as she is unable to recall the date after waking up. It is difficult for her to plan and organize. Reportedly, she struggles with her sense of direction as she forgets her intended destination and becomes lost while driving. This neuropsychological assessment was requested to assess her current level of neurocognitive and psychological functioning, to assist with determining the severity of her memory loss and other neurocognitive deficits, to evaluate the contribute of mood factors, and to aid with treatment planning.

---

### DIAGNOSTIC SUMMARY:
*Based on the results of the assessment, the following **ICD-10-CM** diagnoses are offered:*

1. F03.90    Dementia without Behavioral Disturbance
2. R41.3    Memory Loss
3. F32.2    Depression, severe
4. F41.9    Anxiety, severe

#### Global Deterioration Scale Stage 4 of 7
- Moderate cognitive decline: Mild level of dementia

---

### TEST RESULTS – SUMMARY AND RECOMMENDATIONS:

1. Ms. Marcus' performance placed her significantly below expectations on several measures of neurocognitive functioning. Given her history, and the current report/pattern of her neuropsychological impairments, her observed functioning would place her at a **Global Deterioration Scale stage of 4, which represents moderate cognitive decline and a mild level of dementia.**

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS AR03113

**Lincoln/Marcus 0313**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                         NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                               PAGE 2 OF 22

2. Overall, Ms. Marcus primarily exhibited neurocognitive deficits/symptomatology consistent with dysfunction in right frontal and bilateral temporal cerebral lobe areas. The following recommendations are provided to stem her neurocognitive decline (i.e., slow her neurocognitive dysfunction from progressing through the stages of deterioration of dementia) and rehabilitate (as much as possible) her various areas of neurocognitive dysfunction, to slow a possible neurodegenerative condition. The progression of her neuropsychological dysfunction will provide more diagnostic clarity and may help with determining the pathogenesis of her memory loss. As her neurocognitive deficits are rehabilitated via the cognitive exercises listed below, she may realize modest improvement in some neuropsychological domains. Periodic assessment of her neurocognitive functioning is recommended to further assist with diagnostic formulations and ensure that appropriate care is provided for her. *Thus, this assessment can also serve as a baseline for her and track further neurocognitive changes.*

3. At this time, Ms. Marcus would benefit from immediate pharmacological treatment of her memory disorder. Typical treatment of dementia conditions includes commonly prescribed acetylcholinesterase inhibitors such as: **Aricept®**, **Exelon®**, **Razadyne ER®**, or the generic form of these medications, **Donepezil®**. Eventual, adjunctive treatment with **Namenda®** is also recommended (**Memantine®**: generic version). These treatments have been found to be effective in slowing the neurocognitive decline/memory loss associated with dementia.

4. With respect to psychological functioning, during the clinical interview, Ms. Marcus reported symptomatology associated with significant emotional distress. On objective measures and during the self-report observations, she reported severe depressive symptomatology and severe levels of anxiety. Thus, she would benefit from continued monitoring of her mood and from treatment with an appropriate psychotropic medication to treat her persistent symptomatology. A medication such as this can help increase her interest and aid her in initiating other activities designed to stem decline in other functional neurocognitive areas, detailed below. Persistent difficulties with emotions can be attributed to dysfunction in right frontal areas, commonly associated with emotional regulation. *That is to say, there is often a neurological mechanism/problem underlying difficulties with emotional lability and/or sensitivity.*

5. In general, Ms. Marcus' performance was characterized by fluctuating attention/arousal and decreased speed of information processing, as well as poor initiation and diminished memory (i.e., very rapid forgetting). Test instructions were repeated when she forgot instructions mid-test. Her memory deficits are characterized by poor working memory, deficient recent or short-term memory, variable learning and encoding, but relatively intact distant memory. During testing, she exhibited behavioral slowing, fluctuating lucidity, and presented as occasionally confused. In addition, she occasionally repeated herself. These are all common findings seen with patients suffering from dementia.

6. Ms. Marcus has experienced a functional decline and her performance placed her significantly below expectations, as her scores placed her in the borderline impaired range of functioning (i.e., below the 10th percentile) to the severely impaired range of functioning (i.e., below the 2.3 percentile) on several neurocognitive measures. She exhibited impaired functioning on measures of visual discriminant attention, impulsivity to visual information, abstract reasoning with visual information, immediate recall of visual information, and delayed recall of visual information.

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03114

**Lincoln/Marcus 0314**

## MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                          NOVEMBER 15ᵀᴴ, 2021
LESLIE S. MARCUS                                              PAGE 3 OF 22

7. Similarly, Ms. Marcus' performance placed her below expectations, in the low normal range of functioning (i.e., from the 11th to 16th percentiles) to the low average range of functioning (i.e., from the 17th to 25th percentiles) on measures of verbal processing speed, abstract reasoning with auditory/verbal information, visual encoding/decoding, immediate recall of auditory/verbal information, delayed recall of auditory/verbal information, recognition memory of auditory/verbal information, and executive functioning/higher order cognitive processing involving auditory/verbal information.

8. Nevertheless, Ms. Marcus' performance placed her within normal limits, in the average range of functioning (i.e., from the 26th to 74th percentiles) on measures of mental status/orientation, visual organization, sustained visual attention, perseverative responding to visual information, visual attentional flexibility, visual color naming, verbal mental flexibility, visual working memory, visual attention, visual attention with distractions, phonemic verbal fluency, semantic verbal fluency, naming/word finding, verbal comprehension, visuoperceptual reasoning, auditory working memory, visual processing speed, full-scale intellectual functioning, general ability (intellectual ability), vocabulary and verbal knowledge, general knowledge (distant memory), visual puzzles/visuoperceptual reasoning, mathematical ability/arithmetic, visual search and attention, recognition memory of visual information, and executive functioning/higher order cognitive processing involving visual information.

9. Further, Ms. Marcus' performance placed her in the high average range of functioning (i.e., from the 75th to 90th percentiles) on measures of reaction time to visual information, visual processing, visual mental flexibility, visuospatial and visuomotor functioning, visual matrix reasoning, and auditory attention. If specific test scores are needed, these can be provided. Memory, attention, and intellectual functioning score summary tables and graphs are attached as Appendices.

10. The following implications of frontal dysfunction in the brain were discussed with Ms. Marcus. These often can cause difficulties across various physical, cognitive, and emotional domains. These included the following:
   • Problems with attention and concentration. She may become more easily distracted.
   • Problems with organization and planning; difficulty carrying out or executing plans.
   • Problems with emotional regulation. She may have trouble looking at and analyzing the long-term consequences of her actions.
   • She may act impulsively; difficulty visualizing how something might "play out."
   • She may have trouble inhibiting irritability. Due to increased emotional lability, often the emotional response can be out of proportion to a given event.
   • She may also have trouble with arousal and may have trouble with fatigue and feel a lack of motivation and interest/initiative.
   • She may experience difficulty with reasoning and mental flexibility.
   • Problems with memory storage become more apparent, as information encoded becomes more complex and organizational demands increase.

11. Ms. Marcus may benefit from cognitive exercises designed to stem the neurocognitive decline she is currently experiencing and attempt to rehabilitate various areas of neurocognitive dysfunction. She should regularly read aloud. She should read new, novel information to which she has not previously been exposed, to stimulate her vocabulary stores, as well as melodic words of prose and poetry to retain her vocal prosody. In addition, she should complete jigsaw puzzles, crossword puzzles, word searches, play checkers, chess, solitaire, dominoes, strategy card games (e.g., Poker, Bridge, 500,

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03115

**Lincoln/Marcus 0315**

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                     NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                   PAGE 4 OF 22

War, Hearts, Texas Hold 'Em, Go Fish), Bookworm®, Sudoku®, Cranium®, Memory®, Concentration®, Scrabble®, Mahjong®, Yahtzee®, Rummikub®, FreeCell®, Tetris®, Uno®, Rook®, Risk®, Battleship®, Monopoly®, Clue®, Raj®, Quarto®, Trivial Pursuit®, write often, and complete similar activities that stimulate both cortical and subcortical areas. She should consider purchasing a Nintendo DS lite system with the following games: Brain Age®, Brain Age 2®, and Brain Academy®. She should generally limit television viewing time and increase time engaged in the activities listed above to stimulate both cortical and subcortical areas, increasing processing speed, attention, complex processing/executive functioning, reasoning, verbal fluency, learning/memory, and mental flexibility. She should optimize study time by eliminating distractions such as telephone calls, background noise (e.g., television, radio), and interruptions by family members or friends. *Ms. Marcus was given a detailed list of cognitive exercises customized to rehabilitate her pattern of neurocognitive deficits found during testing (i.e., she is strongly encouraged to focus on right frontal, right temporal, and left temporal rehabilitation, as well as verbal reasoning exercises).*

12. Ms. Marcus is encouraged to engage in a regular physical exercise routine under the guidance of her primary care provider. Activities that include resistance and cardiovascular training likely will enhance her cardiovascular functioning and strengthen and promote additional conditioning. Exercises such as walking and swimming may benefit her. Furthermore, such activities likely will improve her mood and provide an effective outlet for emotional pressures she may experience. She is encouraged to perform activities that promote fine motor control and motor strength. Similarly, Ms. Marcus should eat healthfully and consume foods with soluble fiber (i.e., oatmeal, blueberries, strawberries, etc.). She may consider supplementing her diet with Vitamin E tablets, at 400 IU strength. Vitamin B complex supplements have also been shown to help with memory loss. She is strongly encouraged to increase her social activity level and interest.

13. Ms. Marcus would benefit from training on the use of external aids for organization (e.g., a daily planner) to become more successful with this. It is advisable for her to utilize both verbal and visual cues to facilitate recall. In addition, when learning new information, it is advisable for her to study information using both formats to ensure that recall of the information is maximized. Ms. Marcus also may benefit from writing down specific goals on a daily basis and utilizing these external aids. Similarly, it is advisable for her to include daily short-term goals as well as more involved long-term goals. To maximize the benefit from such measures, she is advised to utilize them consistently and systematically. As she uses these encoding systems concurrently, they will become more effectively linked, as she is thus storing information via several modalities when reading it (visual), hearing it (auditory), and even speaking it (language production). She should break down complex information into simpler parts to facilitate processing, encoding, retention, and recall.

14. Ms. Marcus was provided with comprehensive feedback regarding the results of this neuropsychological evaluation. She was apprised of her current neurocognitive status, as well as the likely prognosis for her future. Such feedback in the form of psychoeducation may have helped her understand any persistent cognitive and/or emotional sequelae that she is experiencing at the present time. Also, she was informed of the deleterious impact that emotional distress has on neurocognitive functioning. Moreover, such information provided ways to help Ms. Marcus develop the most efficient and effective

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03116

**Lincoln/Marcus 0316**

## MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                              NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                           PAGE 5 OF 22

strategies for maximizing her functional abilities. Ultimately, this feedback may enhance the quality of her life.

15. Finally, a follow-up neuropsychological evaluation in 2 years is recommended. **Ms. Marcus should return by November 2023 for a full neuropsychological re-evaluation.** The effect of rehabilitation on dysfunctional cerebral areas can be directly measured and any modest recovery of functioning can be assessed. Alternatively, any further deterioration can be measured at that time. Also, the implementation of assistive and/or further compensatory strategies can be suggested. Using the results of the present examination, changes in her neuropsychological functioning could be monitored directly. That is, the data derived from the follow-up evaluation would provide an opportunity to document continued cognitive changes, as well as to determine if there are any impairments that might require further medical and/or psychological intervention. Should her status suddenly change significantly, a more immediate evaluation may be warranted.

### BEHAVIORAL OBSERVATIONS/MENTAL STATUS:

Ms. Marcus arrived promptly for her appointment today. She was casually, but neatly dressed. At the time of the interview, there were no overt indications of auditory or visual hallucinations or the presence of delusional systems. Additionally, she appeared free of psychotic thought processes. The range of her affect was full and appropriate. Overall, Ms. Marcus exhibited a diminished level of awareness of the significance and the severity of her neurocognitive deficits.

In general, Ms. Marcus' speech was within normal limits for articulation and relevance. She exhibited word finding difficulties. Nevertheless, overall, her verbal skills generally function well, and she can carry on a conversation without significant difficulty. Others may tend to underestimate the extent of her neurocognitive deficits due to this (as we tend to evaluate others' abilities primarily via verbal interactions).

Overall, Ms. Marcus was fully engaged in the testing process. She was alert, exhibited good attention and comprehension, and was fully cooperative. On measures specifically designed to detect malingering or low effort, she generally performed within normal limits, suggesting that she put forth good effort. *In light of her scores on subtle indicators of effort and motivation, observed cooperation on tasks, and good effort during the evaluation, these results are considered to be a valid and reliable estimate of her current level of neurocognitive functioning.*

Thank you for this opportunity to participate in the care of this pleasant and interesting individual. Should you have any questions, please do not hesitate to contact me directly.

Cordially,

Dane A. Higgins, Ph.D.
Neuropsychologist, Licensed Clinical Psychologist

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03117

**Lincoln/Marcus 0317**

ᵃ' From: Breann Henry    Fax:    ᵓⁱ To: 6033340401@rcfax.com    Fax: (603) 334-0401    ³ Page: 81 of 98    07/18/2023 5:09 PM    ᵳ: 38 / 55

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                    NOVEMBER 15ᵀᴴ, 2021
LESLIE S. MARCUS                                   PAGE 6 OF 22

### *EXTENDED REPORT / SUPPORTING TEST DATA*

### Appendix A

### TESTS ADMINISTERED / ASSESSMENT PROCEDURES

Test Battery and/or Subtest [domain]:

Animal Naming Test [semantic verbal fluency]
Beck Anxiety Inventory (BAI) [anxiety self-report inventory]
Beck Depression Inventory-II (BDI-II) [depression self-report inventory]
Boston Naming Test (BNT) [vocabulary, word finding, and naming]
Brief Visuospatial Memory Test Revised (BVMT-R) [visual learning, recall, and recognition]
Clinical Neuropsychological Interview [history and presenting problems]
Clock Drawing Test (CLOCK) [visual planning and conceptualization]
Comprehensive Trail-Making Test (CTMT) [attention, processing speed, mental flexibility]
Controlled Oral Word Association Test (COWAT) [phonemic verbal fluency]
Conners Continuous Performance Test 3 (CPT-3) [immediate & sustained attention]
Halstead-Reitan Neuropsychological Test Battery [Selected subtests]
- Category Test (CAT) [visuospatial abstract reasoning, complex processing]
  - Bolter Validity Index [effort/malingering] embedded in this measure
Hooper Visual Organization Test (HVOT) [visuospatial organization]
Hopkins Verbal Learning Test-Revised (HVLT-R) [rote verbal learning and recall]
Judgment of Line Orientation (J-LO) [visuospatial processing/angular orientation]
Mini-Mental State Examination (MMSE) [orientation and mental status]
Mood Assessment Scale [depression self-report inventory]
Rey Dot Counting Test (RDCT) [effort/malingering]
Stroop Color & Word Test (STROOP) [processing speed, executive functioning & mental flex]
Symbol Span (Wechsler Memory Scale IV subtest; visual working memory)
Wisconsin Card Sorting Test (WCST) [concept formation, problem-solving, mental flexibility]

Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV) [intellectual functioning]:

Verbal Subtests
- Vocabulary [Verbal Knowledge]
- Similarities [Abstract Verbal Reasoning]
- Arithmetic [Mathematical Ability and Working Memory]
- Digit Span [Simple Attention and Working Memory]
- Information [General Knowledge]

Performance (visuospatial) Subtests
- Block Design [Visuospatial and Visuomotor Functioning]
- Matrix Reasoning [Abstract Visuospatial Reasoning]
- Coding [Attention, Processing Speed, and Visuomotor Ability]
- Visual Puzzles [Visuoperceptual Reasoning]
- Symbol Search [Processing Speed with Visual Search and Attention]

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03118

**Lincoln/Marcus 0318**

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                        PAGE 7 OF 22

### APPENDIX B — MEMORY TEST SCORES

## HVLT-R/BVMT-R Score Summary Table

| Score | Raw score | | T score | | Percentile | |
|---|---|---|---|---|---|---|
| | HVLT-R | BVMT-R | HVLT-R | BVMT-R | HVLT-R | BVMT-R |
| Trial 1 | 5 | 1 | 36 | 26 | 8 | <1 |
| Trial 2 | 9 | 2 | 45 | <20 | 31 | <1 |
| Trial 3 | 9 | 5 | 36 | 24 | 8 | <1 |
| Total Recall | 23 | 8 | 38 | <20 | 12 | <1 |
| Delayed Recall | 8 | 5 | 38 | 29 | 12 | 2 |
| Percent Retained | 89 | 100 | 47 | | 38 | |
| Recognition Hits | 12 | 5 | | | | |
| Recognition False Alarms | 1 | 0 | | | | |
| Recognition Discrimination Index | 11 | 5 | 43 | | 24 | |

Note:    Percentiles are based on non-normalized $T$ scores.

## Discrepancy Scores Between the HVLT-R and BVMT-R

| Score | Discrepancy Score | Score Comparisons | Significance Level | Cumulative Percentage Among the Normative Sample |
|---|---|---|---|---|
| Total Recall | 18 | HVLT-R > BVMT-R | .05 | 13.60 |
| Delayed Recall | 9 | HVLT-R > BVMT-R | .20 | 43.20 |

CNS — COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03119

**Lincoln/Marcus 0319**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                            NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                PAGE 8 OF 22

### APPENDIX C — MEMORY TESTING — GRAPH OF SCORES

### HVLT-R/BVMT-R $T$-Score Current Profile

SCORES BELOW T = 37 ARE WELL BELOW EXPECTATIONS, BELOW THE 10TH PERCENTILE.

SCORES BELOW T = 30 ARE SIGNIFICANTLY IMPAIRED, BELOW THE 2.3 PERCENTILE.

HVLT-R = VERBAL MEMORY TEST: IMMEDIATE RECALL AND DELAYED RECALL.

BVMT-R = VISUAL MEMORY TEST: IMMEDIATE RECALL AND DELAYED RECALL.

*Ms. Marcus' performance involving measures of immediate recall and delayed recall of auditory/verbal information placed her below expectations, but not yet at impaired levels of functioning. Nevertheless, her performance involving measures of immediate recall and delayed recall of visual information placed her significantly below expectations, at severely impaired levels of functioning, suggesting bilateral temporal lobe dysfunction.*

*ALL TRIALS. TRIAL 1, 2, 3, AND DELAYED RECALL TEST PERFORMANCE*



**CNS** — COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03120

**Lincoln/Marcus 0320**

From: Breann Henry        Fax:            To: 6033340401@rcfax.com    Fax: (603) 334-0401        Page: 84 of 98        07/18/2023 5:09 PM        41 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                 PAGE 9 OF 22

## APPENDIX D

### Sustained Visual Attention



**≋MHS**

The Conners Continuous Performance Test 3rd Edition (Conners CPT 3™) assesses attention-related problems in individuals aged 8 years and older. During the 14-minute, 360-trial administration, respondents are required to respond when any letter appears, except the non-target letter "X." By indexing the respondent's performance in areas of inattentiveness, impulsivity, sustained attention, and vigilance, the Conners CPT 3 can be a useful adjunct to the process of diagnosing Attention-Deficit/Hyperactivity Disorder (ADHD), as well as other psychological and neurological conditions related to attention.

**Validity of Administration**

The Conners CPT 3 performs a validity check based on the number of hits and omission errors committed, as well as a self-diagnostic check of the accuracy of the timing of each administration. If there is an insufficient number of hits to compute scores, and/or if the omission error rate exceeds 25%, these issues will be noted. Also, the program will issue a warning message noting that the administration was invalid if a timing issue is detected.

There was no indication of any validity issues; the current administration should be considered valid.

**Response Style Analysis**

The variable C represents an individual's natural response style in tasks that involve a speed-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a **conservative** style (T-score ≥ 60) of responding that emphasizes accuracy over speed; a **liberal** style (T-score ≤ 40) of responding that emphasizes speed over accuracy; or a **balanced** style (T-score = 41-59) of responding that is sensitive to both speed and accuracy. Based on Leslie's responses, **she has a liberal style of responding that emphasizes speed over accuracy (T-score = 33).** This response style is often associated with faster reaction times, more commission errors (incorrect responses to non-targets), and fewer omission errors (failure to respond to targets). The influence of Leslie's liberal response style on other Conners CPT 3 scores should be taken into consideration throughout the interpretation process.

**T-score Guidelines**

The guidelines in the following table apply to all T-scores in this report.

| Guidelines | | | |
|---|---|---|---|
| T-score | For Hit Reaction Time (HRT) | T-score | For all other variables |
| 61+ | | 61+ | |
| 60-70 | | 60-69 | |
| 55-59 | A Little Slow | 55-59 | High Average |
| 45-54 | Average | 45-54 | Average |
| 41-44 | A Little Fast | 41-44 | Low |
| ≤40 | Atypically Fast | ≤40 | |

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03121

**Lincoln/Marcus 0321**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION
LESLIE S. MARCUS

NOVEMBER 15TH, 2021
PAGE 10 OF 22



CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03122

Lincoln/Marcus 0322

From: Breann Henry    Fax:    To: 6033340401@rcfax.com    Fax: (603) 334-0401    Page: 86 of 98    07/18/2023 5:09 PM    : 43 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                 PAGE 11 OF 22

 

This section summarizes Leslie's scores on the inattentiveness measures and provides information about how she compares to the normative group. Indicators of inattentiveness on the Conners CPT 3 are poor Detectability (d'), a high percentage of Omissions and Commissions, a slow Hit Reaction Time (HRT), as well as high levels of inconsistency in response speed (Hit Reaction Time Standard Deviation [HRT SD] and Variability).



**Detectability (d')** measures the respondent's ability to differentiate non-targets (i.e., the letter X) from targets (i.e., all other letters). Leslie's T-score is 67 and falls in the **Elevated** range. This result means that her ability to discriminate non-targets from targets was poor when compared to the normative group. Poor ability to differentiate non-targets from targets is an indicator of inattentiveness.

**Omissions** result from a failure to respond to targets. Leslie's T-score is 49 and falls in the **Average** range. This result means that she missed an average percentage of targets when compared to the normative group.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. A high level of commission errors may be related to inattentiveness and/or impulsivity. The combination of Leslie's fast response times (see HRT, below) and high commission errors is an indicator of impulsivity rather than inattentiveness.

**HRT** is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity rather than inattentiveness. See the *Measures of Impulsivity* section of this report for more interpretative information.

**HRT SD** is a measure of response speed consistency during the entire administration. Leslie's T-score is 46 and falls in the **Average** range. This result means that her response speed was about as consistent as the normative group.

**Variability**, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure, that is, the amount of variability that Leslie showed in 18 separate segments of the administration in relation to her own overall HRT SD. Leslie's T-score is 54 and falls in the **Average** range. This result means her response speed variability was average when compared to the normative group.

Leslie's scores on these measures indicate that she may have problems with inattentiveness. Leslie's scores may also indicate impulsivity problems. See the *Measures of Impulsivity* section for more information.

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03123

From: Breann Henry     Fax:          To: 6033340401@rcfax.com     Fax: (603) 334-0401      Page: 87 of 98     07/18/2023 5:09 PM      #: 44 / 55
CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                     NOVEMBER 15ᵀᴴ, 2021
LESLIE S. MARCUS                                        PAGE 12 OF 22

 



HRT is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity. This result, coupled with her elevated score(s) on Commissions (see below), indicates that Leslie had trouble responding to the stimuli in a controlled manner. Note that HRT may be affected by response style; Leslie's liberal response style may have contributed to her faster response speed. See the *Response Style Analysis* section of this report for more interpretive information.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of Leslie's fast response times (see HRT, above) and high commission errors is an indicator of impulsivity.

**Perseverations** are random or anticipatory responses. Leslie's T-score is 46 and falls in the **Average** range. This result means that she made approximately the same number of perseverative errors when compared to the normative group.

Leslie's scores on these measures strongly suggest that she may have problems with impulsivity.

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03124

**Lincoln/Marcus 0324**

From: Breann Henry     Fax:          To: 6033340401@rcfax.com     Fax: (603) 334-0401          Page: 88 of 98     07/18/2023 5:09 PM     45 / 55

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                              PAGE 13 OF 22



This section summarizes Leslie's scores on the sustained attention measures. Sustained attention is defined as the respondent's ability to maintain attention as the administration progresses. A decrease in sustained attention across time is captured by atypical slowing in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT Block Change, as well as by increases in Omissions and Commissions in later blocks of the administration.

### Hit Reaction Time by Block                        HRT Block Change





| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| HRT (ms) | 360 | 385 | 404 | 361 | 381 | 384 |
| HRT SD (ms) | 56 | 74 | 81 | 90 | 112 | 119 |

Note: ms = milliseconds; SD = Standard Deviation.

### Omissions by Block                        Commissions by Block





Note: No statistically significant differences were found in error rates between blocks.

HRT Block Change indicates the change in mean response speed across blocks. Leslie's T-score is 45 and falls in the Average range. This result means that she had an average reduction in response speed in later blocks. In terms of error rates, Leslie's omission and commission errors did not increase significantly across multiple adjacent blocks. Leslie's profile of scores on these measures does not indicate a problem with sustained attention.

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR03125

PAGE 88/98 * RCVD AT 7/18/2023 8:09:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):76-23

**Lincoln/Marcus 0325**

From: Breann Henry    Fax:    To: 6033340401@rcfax.com    Fax: (603) 334-0401    Page: 89 of 98    07/18/2023 5:09 PM    : 46 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION    NOVEMBER 15TH, 2021
LESLIE S. MARCUS    PAGE 14 OF 22

 

This section summarizes Leslie's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

### Hit Reaction Time by ISI    HRT ISI Change



Note: ms = milliseconds; SD = Standard Deviation.

### Omissions by ISI    Commissions by ISI



Note: The < symbol indicates that the error rate of the longer ISI is significantly (p < .10) higher than the error rate of the shorter ISI.

HRT ISI Change indicates the change in mean response speed at various ISIs. Leslie's T-score is 54 and falls in the Average range. This result means that she had an average reduction in response speeds at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. However, there was a significant increase (p < .10) in commissions from the 1-second ISI to the 2-second ISI. Although there were minor differences in Leslie's performance across ISIs, her overall profile of scores does not indicate a problem with maintaining vigilance at varying levels of stimulus frequency.

**CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES**

MARCUS AR03126

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

 **WAIS-IV**

### Appendix E
### Interpretive Report of WAIS–IV Testing

## Examinee and Testing Information

| | | | |
|---|---|---|---|
| Examinee Name | Leslie Marcus | Date of Report | 11/15/2021 |
| Examinee ID | | Years of Education | 13 |
| Date of Birth | | Home Language | English |
| Gender | Female | Handedness | Right |
| Race/Ethnicity | White not Hispanic Origin | Examiner Name | Dr. Dane A. Higgins |
| Test Administered | WAIS-IV (11/15/2021) | Age at Testing | 50 years 5 months    Retest?  No |

### Score Summary

| WAIS-IV Scale | Score |
|---|---|
| Verbal Comprehension | 95 |
| Perceptual Reasoning | 109 |
| Working Memory | 105 |
| Processing Speed | 97 |
| Full Scale | 102 |
| General Ability | 101 |

## Interpretation of WAIS–IV Results

### General Intellectual Ability

Leslie's unique set of thinking and reasoning abilities make her overall intellectual functioning difficult to summarize by a single score on the Wechsler Adult Intelligence Scale–Fourth Edition (WAIS–IV). Her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Processing complex visual information by forming spatial images of part-whole relationships and/or by manipulating the parts to solve novel problems without using words is a strength. Making sense of complex verbal information and using verbal abilities to solve novel problems are less developed abilities for Leslie.

### Verbal Comprehension

Leslie's verbal reasoning abilities as measured by the Verbal Comprehension Index (VCI) are in the average range and above those of approximately 37% of her peers (VCI = 95; 95% confidence interval = 90-101). The VCI is designed to measure verbal reasoning and concept formation. Leslie's performance on the verbal subtests contributing to the VCI presents a diverse set of verbal abilities, as she performed much better on some verbal tasks than others. The degree of variability is unusual and may be noticeable to those who know her well. Examination of Leslie's performance on individual subtests provides additional information regarding her specific verbal abilities.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 15 of 22

MARCUS AR03127

**Lincoln/Marcus 0327**

MARCUS, Leslie (id #7056, dob:



Leslie achieved her best performance among the verbal reasoning tasks on the Vocabulary subtest and demonstrated significantly weaker performance on the Similarities subtest. Her weak performance on the Similarities subtest was below that of most of her peers.

On the Similarities subtest Leslie was required to respond orally to a series of word pairs by explaining how the words of each pair are alike. This subtest examines her ability to abstract meaningful concepts and relationships from verbally presented material (Similarities scaled score = 6). The Vocabulary subtest required Leslie to explain the meaning of words presented in isolation. As a direct assessment of word knowledge, the subtest is one indication of her overall verbal comprehension. Performance on this subtest also requires abilities to verbalize meaningful concepts as well as to retrieve information from long-term memory (Vocabulary scaled score = 11).

## Perceptual Reasoning

Leslie's nonverbal reasoning abilities as measured by the Perceptual Reasoning Index (PRI) are in the average range and above those of approximately 73% of her peers (PRI =109; 95% confidence interval = 102-115). The PRI is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. Leslie presents a diverse set of nonverbal abilities, performing much better on some nonverbal tasks than others. The degree of variability is unusual for individuals her age and may be noticeable to those who know her well.

Leslie's performance was significantly weaker on the Visual Puzzles subtest than her own mean score.

The Visual Puzzles subtest required Leslie to view a completed puzzle and select three response options that, when combined, reconstruct the puzzle, and do so within a specified time limit. This subtest is designed to measure nonverbal reasoning and the ability to analyze and synthesize abstract visual stimuli. Performance on this task also may be influenced by visual perception, broad visual intelligence, fluid intelligence, simultaneous processing, spatial visualization and manipulation, and the ability to anticipate relationships among parts (Visual Puzzles scaled score = 9).

## Working Memory

Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range. She performed better than approximately 63% of her peers in this area (Working Memory Index (WMI) = 105; 95% confidence interval 98-111).

## Processing Speed

Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers. She performed better than approximately 42% of her peers on the processing speed tasks (Processing Speed Index [PSI] = 97; 95% confidence interval 89-106).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 16 of 22

MARCUS AR03128

**Lincoln/Marcus 0328**

From: Breann Henry    Fax:    To: 6033340401@rcfax.com    Fax: (603) 334-0401    Page: 92 of 98    07/18/2023 5:09 PM    : 49 / 55
CENTER FOR COMPLEX NEUROLOGY • 1616 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



## WAIS–IV Score Report

### Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 27 | VCI | 95 | 37 | 90-101 | Average |
| Perceptual Reasoning | 35 | PRI | 109 | 73 | 102-115 | Average |
| Working Memory | 22 | WMI | 105 | 63 | 98-111 | Average |
| Processing Speed | 19 | PSI | 97 | 42 | 89-106 | Average |
| Full Scale | 103 | FSIQ | 102 | 55 | 98-106 | Average |
| General Ability | 62 | GAI | 101 | 53 | 96-106 | Average |

Confidence Intervals are based on the Overall Average SEMs. Values reported in the SEM column are based on the examinee's age.

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comprehensive evaluation of cognitive ability, it should be noted that the GAI does not have the breadth of construct coverage as the FSIQ.

### Summary

Leslie is a 50-year-old female who completed the WAIS–IV. Her overall cognitive ability, as evaluated by the WAIS–IV, cannot easily be summarized because her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Leslie's reasoning abilities on verbal tasks are generally in the average range (VCI = 95), while her nonverbal reasoning abilities are significantly higher but also in the average range (PRI = 109). Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range (WMI = 105). Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers (PSI = 97).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 17 of 22

MARCUS AR03129

PAGE 92/98 * RCVD AT 7/18/2023 8:09:40 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):76-23

**Lincoln/Marcus 0329**

MARCUS, Leslie (id #7056, dob:



## Composite Score Profile



The vertical bars represent the standard error of measurement (*SEM*).

### Composite Scores and Standard Error of Measurement

| Composite | Score | *SEM* |
|---|---|---|
| VCI | 95 | 2.6 |
| PRI | 109 | 3 |
| WMI | 105 | 3.35 |
| PSI | 97 | 5.41 |
| FSIQ | 102 | 2.12 |
| GAI | 101 | 2.12 |

## Analysis

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate Overall Sample |
|---|---|---|---|---|---|---|
| VCI - PRI | 95 | 109 | -14 | 7.78 | Y | 15 |
| VCI - WMI | 95 | 105 | -10 | 8.31 | Y | 22.1 |
| VCI - PSI | 95 | 97 | -2 | 11.76 | N | 46.7 |
| PRI - WMI | 109 | 105 | 4 | 8.81 | N | 39.7 |
| PRI - PSI | 109 | 97 | 12 | 12.12 | N | 21.8 |
| WMI - PSI | 105 | 97 | 8 | 12.47 | N | 30.1 |
| FSIQ - GAI | 102 | 101 | 1 | 3.29 | N | 46.3 |

Base rate by overall sample.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 18 of 22

MARCUS AR03130

**Lincoln/Marcus 0330**

MARCUS, Leslie (id #7056, dob:

 WAIS-IV

## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 18 | 6 | 9 | 6 | 1.04 |
| Vocabulary | 44 | 11 | 63 | 13 | 0.73 |
| Information | 14 | 10 | 50 | 11 | 0.73 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 51 | 13 | 84 | 11 | 0.95 |
| Matrix Reasoning | 21 | 13 | 84 | 12 | 0.95 |
| Visual Puzzles | 12 | 9 | 37 | 8 | 0.85 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 32 | 12 | 75 | 12 | 0.73 |
| Arithmetic | 15 | 10 | 50 | 11 | 0.9 |

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 34 | 11 | 63 | 10 | 1.56 |
| Coding | 52 | 8 | 25 | 6 | 1.2 |

## Subtest Level Discrepancy Comparisons

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 12 | 10 | 2 | 2.57 | N | 29 |
| Symbol Search - Coding | 11 | 8 | 3 | 3.41 | N | 15.1 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 19 of 22

MARCUS AR03131

**Lincoln/Marcus 0331**

**MARCUS, Leslie (id #7056, dob:**



## WAIS-IV

### Subtest Scaled Score Profile



The vertical bars represent the standard error of measurement (*SEM*)

## Determining Strengths and Weaknesses

### Differences Between Subtest and Verbal Comprehension and Perceptual Reasoning Mean of Subtest Scores

| Subtest | Subtest Scaled Score | Mean Scaled Score | Difference | Critical Value .05 | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| Block Design | 13 | 11.67 | 1.33 | 2.05 | | >25% |
| Similarities | 6 | 9.00 | -3 | 1.91 | W | 2-5% |
| Matrix Reasoning | 13 | 11.67 | 1.33 | 1.92 | | >25% |
| Vocabulary | 11 | 9.00 | 2 | 1.58 | S | 10% |
| Visual Puzzles | 9 | 11.67 | -2.67 | 1.99 | W | 10% |
| Information | 10 | 9.00 | 1 | 1.64 | | >25% |

Verbal Comprehension: Mean = 9, Scatter = 5, Base rate = 12.1.
Base Rate for Intersubtest Scatter is reported for 3 Verbal Comprehension Subtests.
Perceptual Reasoning: Mean = 11.67, Scatter = 4, Base rate = 42.
Base Rate for Intersubtest Scatter is reported for 3 Perceptual Reasoning Subtests.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 20 of 22

MARCUS AR03132

**Lincoln/Marcus 0332**

CENTER FOR COMPLEX NEUROLOGY • 1610 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



## Process Analysis

### Working Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Base Rate | SEM |
|---|---|---|---|---|---|
| Digit Span Forward | 14 | 14 | 91 | --- | 1.24 |
| Digit Span Backward | 8 | 9 | 37 | -- | 1.12 |
| Digit Span Sequencing | 10 | 12 | 75 | --- | 1.27 |
| Longest Digit Span Forward | 8 | -- | -- | 30 | --- |
| Longest Digit Span Backward | 4 | -- | -- | 82 | -- |
| Longest Digit Span Sequence | 6 | -- | -- | 66 | -- |

### Process Level Discrepancy Comparisons

| Process Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span Forward - Digit Span Backward | 14 | 9 | 5 | 3.65 | Y | 5.9 |
| Digit Span Forward - Digit Span Sequencing | 14 | 12 | 2 | 3.6 | N | 31.3 |
| Digit Span Backward - Digit Span Sequencing | 9 | 12 | -3 | 3.56 | N | 17.3 |
| Longest DS Forward - Longest DS Backward | 8 | 4 | 4 | -- | -- | 14 |
| Longest DS Forward - Longest DS Sequence | 8 | 6 | 2 | -- | -- | 39.5 |
| Longest DS Backward - Longest DS Sequence | 4 | 6 | -2 | -- | -- | 37.5 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 21 of 22

MARCUS AR03133

**Lincoln/Marcus 0333**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**



## Raw Scores

| Subtest | Score Range | Raw Score | Process | Score Range | Raw Score |
|---|---|---|---|---|---|
| Block Design | 0–66 | 51 | Block Design No Time Bonus | 0–48 | |
| Similarities | 0–36 | 18 | Digit Span Forward | 0–16 | 14 |
| Digit Span | 0–48 | 32 | Digit Span Backward | 0–16 | 8 |
| Matrix Reasoning | 0–26 | 21 | Digit Span Sequencing | 0–16 | 10 |
| Vocabulary | 0–57 | 44 | Longest Digit Span Forward | 0, 2–9 | 8 |
| Arithmetic | 0–22 | 15 | Longest Digit Span Backward | 0, 2–8 | 4 |
| Symbol Search | 0–60 | 34 | Longest Digit Span Sequence | 0, 2–9 | 6 |
| Visual Puzzles | 0–26 | 12 | Longest Letter–Number Sequence | 0, 2–8 | |
| Information | 0–26 | 14 | | | |
| Coding | 0–135 | 52 | | | |
| Letter–Number Seq. | 0–30 | | | | |
| Figure Weights | 0–27 | | | | |
| Comprehension | 0–36 | | | | |
| Cancellation | 0–72 | | | | |
| Picture Completion | 0–24 | | | | |

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 22 of 22

**Patient Portal - Patient Submitted Health History - 02/28/2023**
These are the patient's answers to their self checkin workflow for their appointment on 02/28/2023 4:30PM
with David Scott Saperstein, MD. Blank answers below indicate the lack of a condition, surgery, vaccine, etc.

MARCUS AR03134

**Lincoln/Marcus 0334**

MARCUS, Leslie (id #7056, dob:



Saturday, February 25, 2023

**Top Topics I Want to Cover in My Appointment**

| | |
|---|---|
| **Patient Name** | Leslie Marcus |
| **Patient Date of Birth** | Thursday, |
| **Issue 1:** | CFS |
| **Issue 2:** | What's causing all of my issues |
| **Issue 3:** | Vagus nerve concerns |
| **Primary or Referring Provider Full Name** | Tonia Graham |
| **Primary Provider Phone Number** | (623) 322-0099 |
| **Primary Provider Specialty** | Helping me |

MARCUS AR03135

**Lincoln/Marcus 0335**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: (603) 334-0401**
**Phone Number:**

**DATE:** July 17, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0336**



# SCHIFFMAN LAW
## HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

March 29, 2023

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (603) 334-0401**

     Re:    Leslie Marcus
           Claim No.:   9303113
           Employer:   Balfour Beatty Investments

Dear Ms. Scales:

     I am in receipt of your July 3, 2023 letter regarding Ms. Marcus' appeal. You have asked for a response by July 17, 2023. I am requesting a 10-day extension through July 27, 2023. Ms. Marcus' providers need additional time to provide medical records, as well as complete their evaluation and response to the multiple peer review reports provided with your letter.

     Please let me know if LFG is amenable to this extension as soon as possible.

          Best regards,
          SCHIFFMAN LAW OFFICE, P.C.

          LISA J. COUNTERS

LJC/blh

**STATE BAR CERTIFIED SPECIALISTS: WORKERS' COMPENSATION\***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\***

**Lincoln/Marcus 0337**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, July 3, 2023 12:04:26 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | hwlggo43aqbaqvyawmew_15599275.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0338**

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

July 3, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated June 12, 2023 you were afforded until July 2, 2023 to provide any and all additional information you wish to have considered for Ms. Marcus' appeal for LTD benefits under the Policy.

In a letter dated July 3, 2023, you reported that you would require additional time to provide information.

For Lincoln to conduct a timely review of your appeal, we ask that you submit any additional information you wish to have considered by July 17, 2023.

If we do not hear from you and do not receive additional information by July 17, 2023, we will proceed with our appeal review and make a final determination based on the information currently contained in your file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist

1 of 2

**Lincoln/Marcus 0339**

Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

2 of 2

**Lincoln/Marcus 0340**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 68172-9688

**Fax Number: 603-334-0401**
**Phone Number:**

**DATE:** June 30, 2023

**SUBJECT/MESSAGE:**

RE:      Please see the enclosed correspondence.

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0341**



# SCHIFFMAN LAW
## HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

March 29, 2023

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

**VIA FACSIMILE (603) 334-0401**

      Re:    Leslie Marcus
           Claim No.:   9303113
           Employer:   Balfour Beatty Investments

Dear Ms. Scales:

      I am in receipt of your June 12, 2023 letter regarding Ms. Marcus' appeal. Thank you for providing me with the peer review opinions on Ms. Marcus' claim. You have asked for a response by July 2, 2023. I am requesting a 15-day extension through July 17, 2023. Ms. Marcus' providers need additional time to complete their evaluation and response to the multiple peer review reports provided with your letter.

      Please let me know if LFG is amenable to this extension as soon as possible.

                    Best regards,
                    SCHIFFMAN LAW OFFICE, P.C.

                    LISA J. COUNTERS

LJC/blh

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0342**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Monday, June 12, 2023 1:26:43 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 4k2lr7o6s3zcidz40fnl_15453460.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0343**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

June 12, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Marcus' appeal of our denial determination regarding the above-referenced claim.  The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached addendum to the Peer Review performed by Drs. Ewald and Nowell, which is new or additional evidence in connection with Ms. Marcus' appeal.  You may review these and provide a response to us, which we will consider in making our decision on her appeal.  If we do not receive your response within 21 days of the date of this letter or July 2, 2023, we will proceed with making a determination on her appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Marcus' appeal.  If your response is not received by July 2, 2023, we will render a determination based on the information contained in her file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

1  of  2

**Lincoln/Marcus 0344**

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate Ms. Marcus' claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments:   9303113-MEDICAL-CP/PEER REVIEW-06.08.2023
                9303113-MEDICAL-CP/PEER REVIEW-06.08.2023

**Lincoln/Marcus 0345**



An ExamWorks Company

| **REFERRED BY:** | KEISHA SCALES |
|---|---|
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 872960 |
| **DATE:** | 6/8/2023 |

## RECORDS PROVIDED FOR REVIEW:

| Referral Form | N/A | 6/1/2023 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 11/15/2021 |
| Progress Notes | Center for Complex Neurology | 2/13/2023 |
| Progress Notes | D Saperstein, MD | 2/28/2023 |
| Independent Examinations | F Cibulka, MD - Physical Capacity Evaluation | 5/12/2023 |
| MRI | SimonMed - C Crum, MD | 3/19/2023 |
| LABS | LabCorp Burlington - Unknown | 3/8/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Autonomic Testing | 4/20/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Transcranial Doppler Testing | 4/20/2023 |
| Prescriptions | T Graham, FNP-BC | 1/6/2023 |
| Prescriptions | D Saperstein, MD | 3/1/2023 |
| Prescriptions | Unknown | 4/20/2023 |
| Correspondence | N/A | 4/28/2023-5/16/2023; Undated |
| Release of Information | L Marcus | 4/28/2023 |

**1252 Bell Valley Road, Suite 210** ⊛ **Rockford, IL 61108** ⊛ **Phone  815.964.6334** ⊛ **Fax  815.964.1162**
*website* www.nmrco.com ▪ *email* info@nmrco.com

**Lincoln/Marcus 0346**

RE: Leslie Marcus　　　　　　　　　　　　　　　　NMR #: 872960
Page 2

| Fax Cover Sheets | | |
|---|---|---|

TELECONFERENCE
　　1) AP NAME: Dr. Dana Higgins
　　2) PHONE: 623.977.6860
　　3) DATE(S): 6/5/2023, 6/6/2023
　　4) TIME(S): 11:48 AM MDT, 3:54 PM MDT
　　5) PERSON(S) SPOKEN WITH: Office Voicemail, Jackie
　　6) POSITION OF PERSON(S) SPOKEN WITH: Office Voicemail, Office Staff

SUMMARY OF DISCUSSION(S): On 6/5/23, I selected option 2 and reached the office voicemail. I left a detailed message for the treating provider, noting the reason for my call and requesting a return call. I provided the name and date of birth of the claimant. My name and contact number were provided.

On 6/6/23, I spoke with Jackie, an office staff member. I left a detailed message for the for the treating provider, noting the reason for my call and requesting a return call. I provided the name and date of birth of the claimant. My name and contact number were provided.

**ASSESSMENT:** I previously reviewed records associated with this case, and in a report dated 2/14/2023, I opined, "The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation."

At the current addendum, I am asked to review additional records and make additional teleconference attempts.

**Lincoln/Marcus 0347**

RE: Leslie Marcus                                                  NMR #: 872960
Page 3

A November 15, 2021 dated neuropsychological evaluation, by Frank Cibulka, MD is reviewed. The diagnostic summary includes diagnoses of dementia without behavioral disturbance, memory loss, depression, severe, and anxiety, severe.

A February 28, 2023 dated consultation with David Saperstein, MD notes that the claimant's medications include clonazepam, desvenlafaxine, and Trazodone. History includes a 2017 motor vehicle accident with cervical and lumbar injuries with associated neck and back pain. She reports a history of diagnosis with POTS, autonomic neuropathy, EDS, fibromyalgia, chronic fatigue syndrome, depression, anxiety, suspected PTSD, and other conditions. No head strike was noted at the time of the motor vehicle collision. She endorses lightheadedness and nausea. She reports one year history of toes involuntarily curling inwards, with a workup offering impression that these movements were psychogenic. The claimant reports decreased concentration and decreased energy. She does not drive. She reports sleep changes and difficulty with memory. She notes there was a November 2021 neuropsychological evaluation with impression of dementia. Mental status observations note the claimant is alert, able to give a coherent history with normal speech and concentration, and she has an appropriate affect. The provider indicates that they are not certain what to make of the diagnosis of dementia, indicating that the provider questions the diagnosis and would like to see a repeat neuropsychological evaluation.

A March 19, 2023 dated brain MRI is interpreted as revealing no acute intracranial abnormality, with impression of scattered white matter changes unchanged since previous evaluation.

An April 28, 2023 dated letter from the claimant's attorney notes the office is representing the claimant in pursuit of Social Security benefits.

A May 12, 2023 functional capacity evaluation form completed by Frank Cibulka, MD opines that the claimant is unable to perform work activity. The provider indicates that the claimant is unable to lift weight up to 5 pounds, unable to engage in fine manipulation, unable to drive, is with a loss of concentration, decreased focus, and dementia. No adverse side effects of medications are noted. The provider opined severe impairment maintaining interpersonal relationships, responding to customary work pressures, and paying attention to tasks. The provider indicates that these limitations have been present since December of 2017. No test results, exam findings, or other clinician observed signs of cognitive impairment are reviewed.

A May 15, 2023 dated letter from the claimant's attorney notes that a functional capacity evaluation has been completed by Frank Cibulka, MD.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please see updated medical records from atty. Please advise if there are any changes to recommended r&ls. Please review results from 11/15/2021 neuropsych eval. Please provide rationale for any recommended r&ls.**

No, the additional records reviewed at this addendum do not alter my opinion as previously stated. As noted in the previous review, there is insufficient information in the report following evaluation to allow an independent reviewer to form impression of capacities and limitations on the basis of the data. I was unable to have phone consultation with the examining neuropsychologist to gather additional information. The records provided at this review include February 28, 2023 dated progress note, which documents benign mental status observations.

**Lincoln/Marcus 0348**

RE: Leslie Marcus                                          NMR #: 872960
Page 4

A May 12, 2023 dated functional capacity evaluation form opined that the claimant is unable to lift weight up to five pounds or to engage in fine manipulation or to drive. She is with loss of concentration, decreased focus, and dementia. No test results or exam findings or other clinician observed signs of cognitive impairment are referenced. The records provided for this review do not indicate the claimant has been referred for cognitive rehabilitation or other treatment specific to memory disorder. The records do not document escalation of psychiatric care.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

David Nowell, Ph.D.
Licensed Psychologist
Practicing Neuropsychologist
Licensed in State of MA #7226

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0349**



**Network Medical Review Co. Ltd.**

An ExamWorks Company

| **REFERRED BY:** | KEISHA SCALES |
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 872954 |
| **DATE:** | 6/8/2023 |

## RECORDS PROVIDED FOR REVIEW:

| Referral Form | N/A | 6/1/2023 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 11/15/2021 |
| Progress Notes | Center for Complex Neurology | 2/13/2023 |
| Progress Notes | D Saperstein, MD | 2/28/2023 |
| Independent Examinations | F Cibulka, MD - Physical Capacity Evaluation | 5/12/2023 |
| MRI | SimonMed - C Crum, MD | 3/19/2023 |
| LABS | LabCorp Burlington - Unknown | 3/8/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Autonomic Testing | 4/20/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Transcranial Doppler Testing | 4/20/2023 |
| Prescriptions | T Graham, FNP-C | 1/6/2023 |
| Prescriptions | D Saperstein, MD | 3/1/2023 |
| Prescriptions | Unknown | 4/20/2023 |
| Correspondence | N/A | 4/28/2023-5/16/2023; Undated |
| Release of Information | L Marcus | 4/28/2023 |

**1252 Bell Valley Road, Suite 210** ⚬ **Rockford, IL 61108** ⚬ **Phone  815.964.6334** ⚬ **Fax  815.964.1162**
*website* www.nmrco.com ▪ *email* info@nmrco.com

**Lincoln/Marcus 0350**

RE: Leslie Marcus                                            NMR #: 872954
Page 2

| Fax Cover Sheets | | |
|---|---|---|

**ASSESSMENT:** This is a female claimant (DOB:          ).

Records reviewed:

Records review dated 2/9/2023 and addendum by this author dated 3/9/2023 (corrected prior 2/9 review, amended work capability duration and concluded that it would be reasonable to expect that the patient should be capable of standing, walking, sitting, using hands for fine manipulation in an unrestricted and as tolerated fashion throughout an 8-hour workday. Even if chronic fatigue syndrome is present, this should not prohibit her from working and performing these types of tasks, and in fact would be generally beneficial in terms of increasing her stamina/exercise tolerance).

A neuropsychological evaluation dated 11/15/21 by F. Cibulka, MD indicates the claimant presented for increasing deficits in memory and other cognitive functioning. The assessment was requested to asses her current level of neurocognitive and psychological functioning, to assist with determining the severity of her memory loss and other neurocognitive deficits, to evaluate the contribute of mood facts, and to aid with treatment planning.

There is a medical history form dated 2/13/23 by Center for complex Neurology.

A progress note dated 2/28/2023 by David Saperstein, MD indicates a motor vehicle accident in 2017 with cervical and lumbar spine injuries with associated neck/back pain, later treated with epidural steroid injection, and had transient atrial fibrillation, and later DVT (deep vein thrombosis) and pulmonary embolism. Later, after a multitude of hospitalizations, she was reportedly diagnosed with POTS (postural orthostatic tachycardia syndrome), autonomic neuropathy, fibromyalgia, Ehlers-Danlos syndrome, chronic fatigue syndrome, depression/anxiety, PTSD (post-traumatic stress disorder), and MCAS (mast cell activation syndrome). She currently complains of nausea all the time and was placed on Qulipta, previously for cyclic vomiting syndrome. The patient also describes numbness and tingling in her hands and feet, present all the time; however, previous nerve conduction and EMG (electromyography) testing were reportedly normal. She also describes progressive difficulty with memory, and neuropsychological testing, performed in 11/21, diagnosed her with dementia. She last worked in 2018 and there is ongoing litigation associated with the accident. Examination is consistent with generalized hypermobility spectrum disorder; patients often develop dysautonomia and MCAS question as to whether the epidural steroids served as a trigger for this. Her blood pressure and heart rate are unremarkable. Although she reports a diagnosis of POTS, she states autonomic testing was normal. The provider questions the diagnosis of dementia and would recommend repeat neuropsychological testing. The plan is to obtain records from Mayo Clinic, empiric trial of Ketotifen, repeat neuropsychological testing, repeat autonomic testing, an EEG (electroencephalogram) to evaluate for seizure disorder, lab work, and updated brain and cervical spine MRI (magnetic resonance imaging). She may benefit from PT (physical therapy) with a therapist well-versed in hypermobility.

A cervical spine MRI report dated 3/19/2023 indicates multilevel cervical spondylosis as described, no high-grade central canal stenosis noted, and cord flattening is evident at C3-4 and C4-5. Multilevel uncovertebral joint and facet arthropathy results in multilevel neural foraminal stenosis, felt to be significant bilaterally at C3-4, bilaterally at C4-5, and bilaterally at C5-6.

**Lincoln/Marcus 0351**

RE:  Leslie Marcus                                          NMR #: 872954
Page 3

A brain MRI report dated 3/19/2023 indicates no acute intracranial abnormality or worrisome lesion, and a few scattered foci of signal change within the white matter consistent with mild chronic microvascular ischemic changes, unchanged compared with previous exam.

A transcranial Doppler testing dated 4/20/2023 indicates patency of the major basal vessels of the circle of Willis, no evidence of hemodynamically significant stenosis or occlusive disease, and waveform morphology appears normal, and no microembolic events detected. Vasomotor reactivity is abnormal. This is of unclear clinical significance.

An autonomic testing dated 4/20/2023 indicates sudomotor testing normal, heart rate response to deep breathing normal, Valsalva ratio, normal heart rate variability normal, appropriate blood pressure changes during Valsalva, and tilt causes asymptomatic excessive increase in heart rate with stable blood pressures. Transcranial Doppler during tilt showed no significant change in cerebral blood flow velocity. Impression is no autonomic failure; there is a postural increase in heart rate consistent with POTS.

A physical capabilities evaluation dated 5/12/23 by F. Cibulka, MD indicates the claimant is can work zero hours a day, and zero hours a week. She can never lift or carry, squat, crawl, or climb.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please see attorney response with new medical records. Are there any changes to recommended r&ls from an IM perspective?**

No, the additional records submitted and cited above do not alter my previous opinion from an IM perspective. This patient has a multitude of subjective symptoms, none of which support a single unifying diagnosis. The additional records reveal essentially unremarkable autonomic testing and brain MRI. Furthermore, I am not convinced that the records submitted are supportive of true POTS syndrome. She does appear to have some objective degenerative cervical multilevel disc disease on the cervical MRI report, but these findings are not unusual in someone of her age.

In totality, based on my previous review, as well as with the additional information submitted, I would continue to maintain that whether she has POTS, or dysautonomia not otherwise specified, or chronic fatigue syndrome, or Ehlers-Danlos syndrome, or mast cell activation syndrome, or cyclic nausea/vomiting syndrome, or mild dementia (I do harbor a certain level of skepticism that all of these diagnoses are accurate and remain concerned that there may be a component of somaticizing from depression/anxiety, or that behaviors/symptoms are due to secondary gain, or that there is a component of symptom magnification) she still is employable.

My opinion remains that it is both reasonable and expected that she should be capable of continuing to work full-time with some minor restrictions based on her multitude of symptoms (primarily fatigue). These restrictions and limitations remain unchanged from my previous addended review, dated 3/9/2023, where I opined that even with chronic fatigue syndrome or at least chronic fatigue symptoms, it would be both reasonable, and expected that the patient should be capable of:

Standing, walking, sitting, and using her hands for fine manipulation as tolerated and unrestricted during an 8-hour workday.

**Lincoln/Marcus 0352**

RE: Leslie Marcus                                              NMR #: 872954
Page 4

She should also be able to push/pull/carry/lift up to 15 pounds occasionally.
She should be able to bend/stoop/kneel/climb stairs/reach as tolerated.

As previously stated, these tasks would also be considered potentially therapeutic in terms of improving conditioning/stamina, especially recognizing that Dr. Saperstein, as part of his assessment, was recommending the potential benefits of attending physical therapy.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0353**



**An ExamWorks Company**

| | | |
|---|---|---|
| **REFERRED BY:** | KEISHA SCALES | |
| **CLIENT:** | Lincoln Life Insurance | |
| **NAME:** | Leslie Marcus | |
| **CLAIM #:** | 9303113 | |
| **NMR #:** | 872960 | |
| **DATE:** | 6/8/2023 | |

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | N/A | 6/1/2023 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 11/15/2021 |
| Progress Notes | Center for Complex Neurology | 2/13/2023 |
| Progress Notes | D Saperstein, MD | 2/28/2023 |
| Independent Examinations | F Cibulka, MD - Physical Capacity Evaluation | 5/12/2023 |
| MRI | SimonMed - C Crum, MD | 3/19/2023 |
| LABS | LabCorp Burlington - Unknown | 3/8/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Autonomic Testing | 4/20/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Transcranial Doppler Testing | 4/20/2023 |
| Prescriptions | T Graham, FNP-BC | 1/6/2023 |
| Prescriptions | D Saperstein, MD | 3/1/2023 |
| Prescriptions | Unknown | 4/20/2023 |
| Correspondence | N/A | 4/28/2023-5/16/2023; Undated |
| Release of Information | L Marcus | 4/28/2023 |

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website*  **www.nmrco.com**  ■ *email*  **info@nmrco.com**

**Lincoln/Marcus 0354**

RE:  Leslie Marcus                                        NMR #: 872960
Page 2

| Fax Cover Sheets | | |
|---|---|---|

TELECONFERENCE
     1) AP NAME: Dr. Dana Higgins
     2) PHONE: 623.977.6860
     3) DATE(S): 6/5/2023, 6/6/2023
     4) TIME(S): 11:48 AM MDT, 3:54 PM MDT
     5) PERSON(S) SPOKEN WITH: Office Voicemail, Jackie
     6) POSITION OF PERSON(S) SPOKEN WITH: Office Voicemail, Office Staff

SUMMARY OF DISCUSSION(S): On 6/5/23, I selected option 2 and reached the office voicemail. I left a detailed message for the treating provider, noting the reason for my call and requesting a return call. I provided the name and date of birth of the claimant. My name and contact number were provided.

On 6/6/23, I spoke with Jackie, an office staff member. I left a detailed message for the for the treating provider, noting the reason for my call and requesting a return call. I provided the name and date of birth of the claimant. My name and contact number were provided.

**ASSESSMENT:** I previously reviewed records associated with this case, and in a report dated 2/14/2023, I opined, "The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation."

At the current addendum, I am asked to review additional records and make additional teleconference attempts.

**Lincoln/Marcus 0355**

RE: Leslie Marcus                                      NMR #: 872960
Page 3

---

A November 15, 2021 dated neuropsychological evaluation, by Frank Cibulka, MD is reviewed. The diagnostic summary includes diagnoses of dementia without behavioral disturbance, memory loss, depression, severe, and anxiety, severe.

A February 28, 2023 dated consultation with David Saperstein, MD notes that the claimant's medications include clonazepam, desvenlafaxine, and Trazodone. History includes a 2017 motor vehicle accident with cervical and lumbar injuries with associated neck and back pain. She reports a history of diagnosis with POTS, autonomic neuropathy, EDS, fibromyalgia, chronic fatigue syndrome, depression, anxiety, suspected PTSD, and other conditions. No head strike was noted at the time of the motor vehicle collision. She endorses lightheadedness and nausea. She reports one year history of toes involuntarily curling inwards, with a workup offering impression that these movements were psychogenic. The claimant reports decreased concentration and decreased energy. She does not drive. She reports sleep changes and difficulty with memory. She notes there was a November 2021 neuropsychological evaluation with impression of dementia. Mental status observations note the claimant is alert, able to give a coherent history with normal speech and concentration, and she has an appropriate affect. The provider indicates that they are not certain what to make of the diagnosis of dementia, indicating that the provider questions the diagnosis and would like to see a repeat neuropsychological evaluation.

A March 19, 2023 dated brain MRI is interpreted as revealing no acute intracranial abnormality, with impression of scattered white matter changes unchanged since previous evaluation.

An April 28, 2023 dated letter from the claimant's attorney notes the office is representing the claimant in pursuit of Social Security benefits.

A May 12, 2023 functional capacity evaluation form completed by Frank Cibulka, MD opines that the claimant is unable to perform work activity. The provider indicates that the claimant is unable to lift weight up to 5 pounds, unable to engage in fine manipulation, unable to drive, is with a loss of concentration, decreased focus, and dementia. No adverse side effects of medications are noted. The provider opined severe impairment maintaining interpersonal relationships, responding to customary work pressures, and paying attention to tasks. The provider indicates that these limitations have been present since December of 2017. No test results, exam findings, or other clinician observed signs of cognitive impairment are reviewed.

A May 15, 2023 dated letter from the claimant's attorney notes that a functional capacity evaluation has been completed by Frank Cibulka, MD.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please see updated medical records from atty. Please advise if there are any changes to recommended r&ls. Please review results from 11/15/2021 neuropsych eval. Please provide rationale for any recommended r&ls.**

No, the additional records reviewed at this addendum do not alter my opinion as previously stated. As noted in the previous review, there is insufficient information in the report following evaluation to allow an independent reviewer to form impression of capacities and limitations on the basis of the data. I was unable to have phone consultation with the examining neuropsychologist to gather additional information. The records provided at this review include February 28, 2023 dated progress note, which documents benign mental status observations.

**Lincoln/Marcus 0356**

RE: Leslie Marcus                                           NMR #: 872960
Page 4

A May 12, 2023 dated functional capacity evaluation form opined that the claimant is unable to lift weight up to five pounds or to engage in fine manipulation or to drive. She is with loss of concentration, decreased focus, and dementia. No test results or exam findings or other clinician observed signs of cognitive impairment are referenced. The records provided for this review do not indicate the claimant has been referred for cognitive rehabilitation or other treatment specific to memory disorder. The records do not document escalation of psychiatric care.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

David Nowell, Ph.D.
Licensed Psychologist
Practicing Neuropsychologist
Licensed in State of MA #7226

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0357**



| REFERRED BY: | KEISHA SCALES |
|---|---|
| CLIENT: | Lincoln Life Insurance |
| NAME: | Leslie Marcus |
| CLAIM #: | 9303113 |
| NMR #: | 872954 |
| DATE: | 6/8/2023 |

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | N/A | 6/1/2023 |
| Progress Notes | F Cibulka, MD | 11/15/2021 |
| Progress Notes | Center for Complex Neurology | 2/13/2023 |
| Progress Notes | D Saperstein, MD | 2/28/2023 |
| Independent Examinations | F Cibulka, MD - Physical Capacity Evaluation | 5/12/2023 |
| MRI | SimonMed - C Crum, MD | 3/19/2023 |
| LABS | LabCorp Burlington - Unknown | 3/8/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Autonomic Testing | 4/20/2023 |
| Other Tests | Center for Complex Neurology - D Saperstein, MD - Transcranial Doppler Testing | 4/20/2023 |
| Prescriptions | T Graham, FNP-C | 1/6/2023 |
| Prescriptions | D Saperstein, MD | 3/1/2023 |
| Prescriptions | Unknown | 4/20/2023 |
| Correspondence | N/A | 4/28/2023-5/16/2023; Undated |
| Release of Information | L Marcus | 4/28/2023 |

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone 815.964.6334 ● Fax 815.964.1162**
*website* **www.nmrco.com** ■ *email* **info@nmrco.com**

**Lincoln/Marcus 0358**

RE:  Leslie Marcus                                                    NMR #: 872954
Page 2

| Fax Cover Sheets | | |
|---|---|---|

**ASSESSMENT:** This is a female claimant (DOB:           ).

Records reviewed:

Records review dated 2/9/2023 and addendum by this author dated 3/9/2023 (corrected prior 2/9 review, amended work capability duration and concluded that it would be reasonable to expect that the patient should be capable of standing, walking, sitting, using hands for fine manipulation in an unrestricted and as tolerated fashion throughout an 8-hour workday. Even if chronic fatigue syndrome is present, this should not prohibit her from working and performing these types of tasks, and in fact would be generally beneficial in terms of increasing her stamina/exercise tolerance).

A neuropsychological evaluation dated 11/15/21 by F. Cibulka, MD indicates the claimant presented for increasing deficits in memory and other cognitive functioning. The assessment was requested to asses her current level of neurocognitive and psychological functioning, to assist with determining the severity of her memory loss and other neurocognitive deficits, to evaluate the contribute of mood facts, and to aid with treatment planning.

There is a medical history form dated 2/13/23 by Center for complex Neurology.

A progress note dated 2/28/2023 by David Saperstein, MD indicates a motor vehicle accident in 2017 with cervical and lumbar spine injuries with associated neck/back pain, later treated with epidural steroid injection, and had transient atrial fibrillation, and later DVT (deep vein thrombosis) and pulmonary embolism. Later, after a multitude of hospitalizations, she was reportedly diagnosed with POTS (postural orthostatic tachycardia syndrome), autonomic neuropathy, fibromyalgia, Ehlers-Danlos syndrome, chronic fatigue syndrome, depression/anxiety, PTSD (post-traumatic stress disorder), and MCAS (mast cell activation syndrome). She currently complains of nausea all the time and was placed on Qulipta, previously for cyclic vomiting syndrome. The patient also describes numbness and tingling in her hands and feet, present all the time; however, previous nerve conduction and EMG (electromyography) testing were reportedly normal. She also describes progressive difficulty with memory, and neuropsychological testing, performed in 11/21, diagnosed her with dementia. She last worked in 2018 and there is ongoing litigation associated with the accident. Examination is consistent with generalized hypermobility spectrum disorder; patients often develop dysautonomia and MCAS question as to whether the epidural steroids served as a trigger for this. Her blood pressure and heart rate are unremarkable. Although she reports a diagnosis of POTS, she states autonomic testing was normal. The provider questions the diagnosis of dementia and would recommend repeat neuropsychological testing. The plan is to obtain records from Mayo Clinic, empiric trial of Ketotifen, repeat neuropsychological testing, repeat autonomic testing, an EEG (electroencephalogram) to evaluate for seizure disorder, lab work, and updated brain and cervical spine MRI (magnetic resonance imaging). She may benefit from PT (physical therapy) with a therapist well-versed in hypermobility.

A cervical spine MRI report dated 3/19/2023 indicates multilevel cervical spondylosis as described, no high-grade central canal stenosis noted, and cord flattening is evident at C3-4 and C4-5. Multilevel uncovertebral joint and facet arthropathy results in multilevel neural foraminal stenosis, felt to be significant bilaterally at C3-4, bilaterally at C4-5, and bilaterally at C5-6.

**Lincoln/Marcus 0359**

RE:  Leslie Marcus                                    NMR #: 872954
Page 3

A brain MRI report dated 3/19/2023 indicates no acute intracranial abnormality or worrisome lesion, and a few scattered foci of signal change within the white matter consistent with mild chronic microvascular ischemic changes, unchanged compared with previous exam.

A transcranial Doppler testing dated 4/20/2023 indicates patency of the major basal vessels of the circle of Willis, no evidence of hemodynamically significant stenosis or occlusive disease, and waveform morphology appears normal, and no microembolic events detected. Vasomotor reactivity is abnormal. This is of unclear clinical significance.

An autonomic testing dated 4/20/2023 indicates sudomotor testing normal, heart rate response to deep breathing normal, Valsalva ratio, normal heart rate variability normal, appropriate blood pressure changes during Valsalva, and tilt causes asymptomatic excessive increase in heart rate with stable blood pressures. Transcranial Doppler during tilt showed no significant change in cerebral blood flow velocity. Impression is no autonomic failure; there is a postural increase in heart rate consistent with POTS.

A physical capabilities evaluation dated 5/12/23 by F. Cibulka, MD indicates the claimant is can work zero hours a day, and zero hours a week. She can never lift or carry, squat, crawl, or climb.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please see attorney response with new medical records. Are there any changes to recommended r&ls from an IM perspective?**

No, the additional records submitted and cited above do not alter my previous opinion from an IM perspective. This patient has a multitude of subjective symptoms, none of which support a single unifying diagnosis. The additional records reveal essentially unremarkable autonomic testing and brain MRI. Furthermore, I am not convinced that the records submitted are supportive of true POTS syndrome. She does appear to have some objective degenerative cervical multilevel disc disease on the cervical MRI report, but these findings are not unusual in someone of her age.

In totality, based on my previous review, as well as with the additional information submitted, I would continue to maintain that whether she has POTS, or dysautonomia not otherwise specified, or chronic fatigue syndrome, or Ehlers-Danlos syndrome, or mast cell activation syndrome, or cyclic nausea/vomiting syndrome, or mild dementia (I do harbor a certain level of skepticism that all of these diagnoses are accurate and remain concerned that there may be a component of somaticizing from depression/anxiety, or that behaviors/symptoms are due to secondary gain, or that there is a component of symptom magnification) she still is employable.
My opinion remains that it is both reasonable and expected that she should be capable of continuing to work full-time with some minor restrictions based on her multitude of symptoms (primarily fatigue). These restrictions and limitations remain unchanged from my previous addended review, dated 3/9/2023, where I opined that even with chronic fatigue syndrome or at least chronic fatigue symptoms, it would be both reasonable, and expected that the patient should be capable of:

Standing, walking, sitting, and using her hands for fine manipulation as tolerated and unrestricted during an 8-hour workday.

**Lincoln/Marcus 0360**

RE:  Leslie Marcus                                    NMR #: 872954
Page 4

She should also be able to push/pull/carry/lift up to 15 pounds occasionally.
She should be able to bend/stoop/kneel/climb stairs/reach as tolerated.

As previously stated, these tasks would also be considered potentially therapeutic in terms of improving conditioning/stamina, especially recognizing that Dr. Saperstein, as part of his assessment, was recommending the potential benefits of attending physical therapy.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0361**

**From:**catherine.cronin@nmrexamworks.com
**Sent:**Thu, 8 Jun 2023 15:21:44 -0500
**To:**Scales, Keisha Y;VendorReferrals
**Subject:**NMR peer report notification for case - Case #: 9303113 - NMR# 872960
**Attachments:**Report_NMR_Peer__LLAOBinv_872960-1_v1.pdf, Report_NMR_Peer__LTD-R01_872960-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #9303113 (NMR # 872960-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Marcus 0362**

**From:**Charles.Ellis@nmrexamworks.com
**Sent:**Thu, 8 Jun 2023 10:52:21 -0500
**To:**Scales, Keisha Y;VendorReferrals
**Subject:**NMR peer report notification for case - Case #: 9303113 - NMR# 872954
**Attachments:**Report_NMR_Peer__LLAOBinv_872954-1_v1.pdf, Report_NMR_Peer__LTD-R01_872954-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #9303113 (NMR # 872954-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Marcus 0363**

# Network Medical Review Company, LTD.

*An Examworks company*

## INVOICE

LINCOLN FINANCIAL GROUP -
LLAOB

Attn: SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

| | |
|---|---|
| Invoice Number: | 872960-1 |
| Invoice Date: | |
| Account Number: | 519193 |
| File Number: | 872960-1 |

---

### Description

| | |
|---|---|
| Claim Number: | 9303113 |
| Claimant Name: | Leslie Marcus |
| Business Unit/Process Level: | |
| Line of Business Overall: | Peer Review |
| Line of Business: | Disability |
| Claim Type: | LTD |
| Review Level: | Initial |
| IME Appointment Date: | |
| Examiner Name: | |
| Examiner Specialty: | Neuropsychology |

### Charge/Physician Specialty

**Subtotal:**

**Tax:**

**Please pay this amount:**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

6/8/2023 8:20 PM

CDT

**Lincoln/Marcus 0364**

# Network Medical Review Company, LTD.

*An Examworks company*

## INVOICE

LINCOLN FINANCIAL GROUP -
LLAOB

Attn: SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

| | |
|---|---|
| Invoice Number: | 872954-1 |
| Invoice Date: | |
| Account Number: | 519193 |
| File Number: | 872954-1 |

---

### Description

| | |
|---|---|
| Claim Number: | 9303113 |
| Claimant Name: | Leslie Marcus |
| Business Unit/Process Level: | |
| Line of Business Overall: | Peer Review |
| Line of Business: | Disability |
| Claim Type: | LTD |
| Review Level: | Initial |
| IME Appointment Date: | |
| Examiner Name: | |
| Examiner Specialty: | Internal Medicine |

### Charge/Physician Specialty

**Subtotal:**

**Tax:**

**Please pay this amount:**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

6/8/2023 3:44 PM

CDT

**Lincoln/Marcus 0365**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:    Keisha Scales
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(800) 291-0112 x14099
Fax:  (603) 430-5887

**Document Locations**
☐ Document List
☐ Correspondence
☑ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: | 6/1/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LESLIE    MARCUS | Claim #: | 9303113 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 4/13/2019 |
| Zip: | | Primary Diagnosis: | Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: | Dr. Eric Ewald |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax | tonia graham aprn |

Referral Questions:            Vendor Chosen:    Network Medical Review

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0366**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please see attorney response with new medical records. Are there any changes to recommended r&ls from an IM perspective?

Instructions For Vendor:

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0367**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

addendum: please assign to Dr. Eric Ewald

Attorney Information (if applicable):

Lisa Counters

Claimant Name:     LESLIE     MARCUS

**Lincoln/Marcus 0368**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:    Keisha Scales
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(800) 291-0112 x14099
Fax:  (603) 430-5887

Document Locations
☐ Document List
☐ Correspondence
☑ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: | 6/1/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LESLIE    MARCUS | Claim #: | 9303113 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 4/13/2019 |
| Zip: | | Primary Diagnosis: | Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: | David Nowell, Ph.D. |
| Specialist Type Requested : | Neuropsychology | Physician: Phone/Fax | Dr. Dana Higgins 623.977.6860 |

Referral Questions:                    Vendor Chosen:    Network Medical Review

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0369**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please see updated medical records from atty. Please advise if there are any changes to recommended r&ls. Please review results from 11/15/2021 neuropsych eval. Please provide rationale for any recommended r&ls.

Instructions For Vendor:

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0370**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

addendum, please assign to Dr. David Nowell

Attorney Information (if applicable):

Lisa Counters

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0371**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: May 17, 2023 | |
| To:   LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn:   Lisa Counters | |
| Fax:   (602) 266-0141 | |
| From: Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):   2 | |
| RE:<br><br>Claim #:   9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0372**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

May 17, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In your letter dated May 16, 2023, you reported that you would require additional time to provide a response to the reviews.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by May 25, 2023.

If we do not hear from you and do not receive additional information by May 25, 2023 we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 0373**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

## Admin Documents

**CENTER FOR COMPLEX NEUROLOGY**
**EDS & POTS**

# Invoice

Invoice No.    510

Date    4/4/2023

**Recipient:**
Lisa Counters
Shiffman Law
4506 N 12th St
Phoenix AZ 85014 United States
Ldarling@crivellocarlson.com

**Company Details:**
Complex Neurology, LLC
1010 E McDowell Rd. Ste 101
Phoenix AZ 85006
info@complexneurology.com
Leslie Marcus

| Date of Service | Description | Price per Unit | Quantity | Total Price |
|---|---|---|---|---|
| 4/4/2023 | Medical Records | $ 100.00 | 1 | $ 100.00 |
| 4/4/2023 | Autonomic-TCD Testing | $ 850.00 | 1 | $ 850.00 |
| | | Subtotal | | $ 950.00 |
| | | **Grand Total** | | **$ 950.00** |

**Payment Details:**
Tax ID 83-2551387
Make Check Payable to Complex Neurology, LLC

Invoice Questions? Contact:
Fran Saucedo - 602-734-4567

MARCUS AR02952

**Lincoln/Marcus 0374**

**From:** DisabilityDocuments
**Sent:** Tuesday, May 16, 2023 6:28 PM
**To:** SA-EMLRIP114-P
**Subject:** FW: Leslie Marcus, Claim No. 9303113

---

**From:** Melissa Gutierrez <melissag@schiffmanlaw.com>
**Sent:** Tuesday, May 16, 2023 10:26:53 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Leslie Marcus, Claim No. 9303113

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Ms. Scales:

I attempted to send this letter by fax yesterday; however, I received a failed error notice. Please confirm receipt of the attached letter and records for Ms. Marcus's appeal.

*Melissa Gutierrez, Paralegal to Lisa Counters*

4506 N. 12th Street

Phoenix, AZ 85014-4246

Voice: (602) 266-2667 x 350 ■ Fax: (602) 266-0141

MelissaG@schiffmanlaw.com

**COVID-19 Response**. Schiffman Law is committed to providing seamless service to our clients during these uncertain times. Our office remains open from 8:30-12 and 1-5, however, we are running with minimal staff in order to decrease the risk of community spread. The remaining members of our firm (attorneys and staff) are working remotely.

**Lincoln/Marcus 0375**

Be assured that we will receive and respond to your email. We are operating as efficiently as possible under the circumstances and appreciate your patience.

**CONFIDENTIALITY NOTICE**:  IF YOU ARE A CLIENT, do not forward or otherwise share this email as it may affect your attorney-client privilege. The State Bar of Arizona requires attorneys to notify all e-mail recipients that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the e-mail is passed. I am communicating with you by e-mail with your consent. Please advise me immediately if you do not wish to continue to use e-mail for communication.

This e-mail message and any attachments contains information which is confidential and privileged and is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by calling 602-266-2667 or 800-545-7372 or by reply e-mail, and destroy all copies of the message. Thank you.

**[Error : unloaded OLE object or mail attachment]**

**Lincoln/Marcus 0376**

# SCHIFFMAN LAW

HELPING THE INJURED & DISABLED SINCE 1975



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

May 15, 2023

**VIA FACSIMILE (603) 334-0401**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

     Re:    Leslie Marcus
          Claim No.:   9303113

Dear Ms. Scales:

     I have reviewed your May 3, 2023 letter. Unfortunately, due to a staffing issue in my office, it was not received in my internal mail folder until May 9, 2023 and I was out of the office until today, May 15, 2023. As such, I did not have an opportunity to review the documentation until today as I did not have access to a computer. I am requesting an additional 10 days from today to submit the complete response to the documentation Lincoln submitted for Ms. Marcus' appeal. Enclosed is a Physical Capacities Evaluation completed by Dr. Frank Cibulka. (MARCUS AR 2909-2917) As noted in my previous correspondence, Ms. Marcus has begun treating with Dr. David Saperstein and his records are attached. (MARCUS AR 2918-3005) I am requesting that Lincoln review these records in support of her appeal. Lincoln's time to render a decision would be tolled until May 25, 2023 when we submit the responses to the peer reviews and vocational assessments.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION\***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\***

**Lincoln/Marcus 0378**

Leslie Marcus, Claim No. 9303113
May 15, 2023
Page 2

Please immediately advise whether Lincoln is amenable to this brief extension. Please contact Melissa G at 602-266-2667 ext. 350 or at melissag@schiffmanlaw.com.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/mag
Encl.

**Lincoln/Marcus 0379**

# FAX – CONFIDENTIAL

**HONORHEALTH.**

**To:** **SCHIFFMAN LAW**
Company:
Fax: 602-266-0141
Phone:

**From:** **HonorHealth Medical Group Arcadia**
Fax: 480-882-5866
Phone: 482-882-7360
E-mail:

---

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter. Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

---

**Date and time of transmission: 5/12/2023 3:23:52 PM**
**Number of pages including this cover sheet: 9**

MARCUS AR02909

**Lincoln/Marcus 0380**

```
Fax Server              5/12/2023 3:24:19 PM  PAGE   2/009   Fax Server
```

Marcus, Leslie S (MR # 3220726)
 Media Information

       Scan on 5/12/2023 1521 by Denisse Lopez, MA: PHYSICAL EVAL FORM SCHIFFMAN LAW 05.12.23  FAXED

    Image is displayed on its own page.

MARCUS AR02910

Lincoln/Marcus 0381

Fax Server          5/12/2023 3:24:19 PM  PAGE   3/009   Fax Server

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler      Fax:          To: 4808825866@rcfax.com    Fax: (480) 882-5866          Page: 3 of 8      04/28/2023 4:08 PM



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL FREE: 800-545-7372
FACSIMILE: 602-266-0141

Website: www.schiffmanlaw.com

April 28, 2023

Frank Cibulka, M.D.
HonorHealth Medical Group
3311 North 44th Street
Phoenix, AZ 85018

*Sent via facsimile (480) 882-5866*

RE:    Leslie Marcus
DOB:

Dear Dr. Cibulka:

We represent the client referenced above for whom we are processing a claim for Social Security benefits. The issue in cases of this type is whether the claimant has been, or can be expected to be, prevented from engaging in any substantial gainful activity, i.e., unable to work on a sustained full-time basis, for a period of 12 months or longer. Your patient alleged disability on October 30, 2021. Enclosed is a medical information waiver signed by Ms. Marcus authorizing you to provide us with medical information as it is required. Please put it in her file.

At this time we are requesting the following:

1. Completion of the attached Physical Capacities Evaluation form, noting the dates during which you believe the limitations have existed since the date of alleged onset, i.e., October 30, 2021. If the limitations have changed during your course of treatment, please make copies of the form and complete a separate form for each relevant period.

If there is a fee for your time, please advise in advance so that prepayment arrangements can be made. Thank you for your prompt attention to this request.

Sincerely,

SCHIFFMAN LAW OFFICE, P.C.

Anna T. Schiffman

ATS/lw

**STATE BAR CERTIFIED SPECIALIST: WORKERS' COMPENSATION\***

MARCUS AR02911

**Lincoln/Marcus 0382**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:        To: 4808825866@rcfax.com   Fax: (480) 882-5866        Page: 4 of 6        04/28/2023 4:08 PM

## HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF MEDICAL, PSYCHOLOGICAL/PSYCHIATRIC, HOSPITAL, EDUCATIONAL, EMPLOYMENT, INSURANCE, LEGAL, MILITARY, SOCIAL SECURITY AND/OR VOCATIONAL RECORDS

Patient Name: Leslie S. Marcus          Health Record Number: _____
Date of Birth: _____          SSN: _____

1.  I authorize the use or disclosure of the above named individual's protected health information as described below. In addition, I authorize the release of educational, employment, insurance, legal, military, Social Security, vocational and Industrial Commission of Arizona or workers' compensation commissions of any other state records.

2.  The following named individual or organization is authorized to make the disclosure: _____
    Frank Cibulka, M.D.

3.  The type and amount of information to be used or disclosed is as follows:

    [ ] entire medical record from _____ to _____. This includes records, reports, charts, notes, history, findings, diagnosis and prognosis, x-ray and imaging reports, laboratory results, test results, hospital records, prescription records, consultation reports, operative reports, phone records, insurance records, correspondence, whether or not generated by your office.
    [ ] x-ray and imaging films from _____ to _____
    [ ] itemized billing statement
    [X] other: Please see the attached correspodence.

4.  This information may be disclosed to and used by the Schiffman Law Office, P.C., 4506 North 12th Street, Phoenix, AZ 85014 (Tel #: 602-266-2667/Fax #: 602-900-6748/Email: MedRecs@schiffmanlaw.com) for the purpose of:
    [ ] Social Security claim  [ ] Workers' compensation claim  [ ] litigation  [ ] Other:

5.  I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

6.  I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire two years from the date below or upon completion of representation, whichever comes first.

7.  I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand that Schiffman Law Office, P.C. is not a covered entity, e.g. health insurance plan or health care provider and that the released information may not longer be protected by federal and state privacy regulations once released to it. I also understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal or state confidentiality rules.

8.  The physician-patient privilege is not waived. You are specifically requested and instructed not to disclose any information, opinions, records or x-rays to any other attorney, physician, insurance company or person without specific additional written authorization from me to do so, unless said disclosure is necessary for health care or health insurance purpose. ARS § 12-2235. All other authorizations are hereby revoked and canceled.

9.  Photocopies of this authorization will be considered as valid as the original.

_____          DATED this 28 day of April 20 23
Signature of Patient or Legal Representative

_____          _____
If Signed by Legal Representative, Relationship to Patient          Signature of Witness

---

**Lincoln/Marcus 0383**

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler      Fax:              To: 4808925866@rcfax.com    Fax: (480) 882-5866            Page: 5 of 6        04/28/2023 4:08 PM

## PHYSICAL CAPACITIES EVALUATION

Name of Patient: Leslie Marcus SSN:

**IMPORTANT: Please complete the following items based on your clinical evaluation of the claimant and other testing results. Any item that you do not believe you can answer should be marked N/A (Not Answerable)**

NOTE: In terms of an 8 hour workday, "Occasionally" equals 1% to 33%; "Frequently", 34% to 66%; "Continuously", 67% to 100%.

| 1. | A) | Number of hours patient can work: Per Day ____ | | Per Week ____ | |
|---|---|---|---|---|---|
| | B) | Need for change of position:  Seldom | Occasional | Frequent | Continuous |

2.  In an 8-hr. workday, patient can: (Circle full capacity for each activity)

TOTAL AT ONE TIME

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A) | Sit | - | 0____min. | 1 | 2 | (3) | 4 | 5 | 6 | 7 | 8(hrs) |
| B) | Stand | - | 0 70 min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |
| C) | Walk | - | 0 15 min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |

TOTAL DURING ENTIRE 8-HOUR DAY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A) | Sit | - | 0____min. | 1 | 2 | (3) | 4 | 5 | 6 | 7 | 8(hrs) |
| B) | Stand | - | 0 30 min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |
| C) | Walk | - | 0 15 min. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8(hrs) |

3.  Patient can lift:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A) | Up to 5 lbs. | [✓] | [ ] | [ ] | [ ] |
| B) | 6-10 lbs. | [✓] | [ ] | [ ] | [ ] |
| C) | 11-20 lbs. | [✓] | [ ] | [ ] | [ ] |
| D) | 21-25 lbs. | [✓] | [ ] | [ ] | [ ] |
| E) | 26-50 lbs. | [✓] | [ ] | [ ] | [ ] |
| F) | 51-100 lbs. | [✓] | [ ] | [ ] | [ ] |

4.  Patient can carry:

| | | Never | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A) | Up to 5 lbs. | [✓] | [ ] | [ ] | [ ] |
| B) | 6-10 lbs. | [✓] | [ ] | [ ] | [ ] |
| C) | 11-20 lbs. | [✓] | [ ] | [ ] | [ ] |
| D) | 21-25 lbs. | [✓] | [ ] | [ ] | [ ] |
| E) | 26-50 lbs. | [✓] | [ ] | [ ] | [ ] |
| F) | 51-100 lbs. | [✓] | [ ] | [ ] | [ ] |

5.  Patient can use hands for repetitive action such as:

| | | Simple Grasping | Pushing & Pulling of Arm Controls | Fine Manipulation |
|---|---|---|---|---|
| A. | Right | [✓]Yes [ ]No | [ ]Yes [✓]No | [ ]Yes [✓]No |
| B. | Left | [✓]Yes [ ]No | [ ]Yes [✓]No | [ ]Yes [✓]No |

6.  Patient can use feet for repetitive movements (i.e., leg controls):

| | Right | Left | Both |
|---|---|---|---|
| | [ ]Yes [✓]No | [ ]Yes [✓]No | [ ]Yes [✓]No |

7.  Patient can:

| | | Not at All | Occasionally | Frequently | Continuously |
|---|---|---|---|---|---|
| A. | Bend | [ ] | [✓] | [ ] | [ ] |
| B. | Squat | [✓] | [ ] | [ ] | [ ] |
| C. | Crawl | [✓] | [ ] | [ ] | [ ] |
| D. | Climb | [✓] | [ ] | [ ] | [ ] |
| E. | Reach | [ ] | [✓] | [ ] | [ ] |

MARCUS AR02913

**Lincoln/Marcus 0384**

Fax Server          5/12/2023 3:24:19 PM  PAGE   6/009   Fax Server

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler      Fax:        To: 4808825866@rcfax.com    Fax: (480) 882-5866      Page: 6 of 6      04/28/2023 4:08 PM

8.   Does patient have any restriction of activities involving:

| | None | Mild | Moderate | Total |
|---|---|---|---|---|
| A. Unprotected heights | [ ] | [ ] | [ ] | 🗸 |
| B. Being around moving machinery | [ ] | [ ] | [ ] | 🗸 |
| C. Exposure to marked changes in temperatures & humidity | [ ] | [ ] | [ ] | 🗸 |
| D. Driving automotive equipment | [ ] | [ ] | [ ] | 🗸 |
| E. Exposures to dust, fumes & gases | [ ] | [ ] | 🗸 | [ ] |

9.   A.   Can the patient's medically determinable impairment(s) reasonably be expected to limit activities due to subjective symptoms (e.g. pain, fatigue, dizziness, etc.)? YES_NO__ *Yes*

If YES, identify the symptom(s): *pt has multiple channel, loss of concentration + focus, @ dementia*

B.   Does patient experience any side-effects from any of the medications prescribed for treatment of patients' medically determinable impairment(s)?     YES__NO__ *(checked)*     If YES, identify the medication and the side-effect(s) _____

If you answered yes to 9(A) or 9(B), check the degree to which the symptom(s) and/or side-effect can be expected to affect patient's ability to perform the following nonexertional functions:

| | None | Mild | Moderate | Moderately Severe* | Severe* |
|---|---|---|---|---|---|
| A. Pay attention to and/or concentrate on tasks: | [ ] | [ ] | [ ] | [ ] | 🗸 |
| B. Maintain interpersonal relationships with supervisors, co-workers or the public: | [ ] | [ ] | [ ] | [ ] | 🗸 |
| C. Respond to customary work pressures or stress: | [ ] | [ ] | [ ] | [ ] | 🗸 |
| D. Provide consistent work effort: | [ ] | [ ] | [ ] | [ ] | 🗸 |

10.  Are your patient's impairments likely to produce "good days" and "bad days"? [ ] Yes [✓] No  If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

[ ] Never                          [ ] About three days per month
[ ] About one day per month        [ ] About four days per month
[ ] About two days per month       [ ] More than four days per month

11.  The above limitations have been present since: *12/11/2017* (date)
12.  I expect the above limitations to continue:

[ ] less than 12 mos, [ ] at least 12 mos [ ] longer than 12 mos [✓] indefinitely

13.  Remarks on above or other functional limitations: _____

*pt is not able to conduct Home ADL) can not complete any work activity*

*Definitions of Rating Terms:*

NONE:   Able to perform designated task or function with no observable limits

MILD:   Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) no more than 10% of the workday/workweek (i.e., 1 hour or less per day or ½ day or less per week).

MODERATE:   Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) from 11-20% of the workday/workweek (i.e., more than 1 hour per day or more than ½ day per week).

MODERATELY SEVERE:   Able to perform designated task or function, but has or will have noticeable difficulty (distracted from job activity) more than 20% of the workday/workweek (i.e., more than 1 hour and up to 2 hours per day or ½ to one day per week).

SEVERE:   Not able to perform designated task or function on regular, reliable, and sustained schedule.

*5/12/2023*
Date

*(signature)*
Signature Frank Cibulka, M.D.

MARCUS AR02914

Lincoln/Marcus 0385

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler        Fax:        To: 4808825866@rcfax.com   Fax: (480) 882-5866        Page: 1 of 6     04/28/2023 4:08 PM

# FAX

| Date: | 04/28/2023 |
|---|---|
| Pages including cover sheet: | 6 |

| To: | 4808825866@rcfax.com |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Phone |  |
| Fax Phone | (480) 882-5866 |

| From: | Leslie Winkler |
|---|---|
|  | Schiffman Law Office |
|  | 4506 N 12th Street |
|  | Phoenix |
|  | AZ          85014 |
|  |  |
| Phone |  |
| Fax Phone |  |

**NOTE:**

Marcus, Leslie

MARCUS AR02915

**Lincoln/Marcus 0386**

Fax Server          5/12/2023 3:24:19 PM  PAGE   8/009   Fax Server

Marcus, Leslie S (MR # 3220726)

From: Leslie Winkler    Fax:        To: 4808825866@rcfax.com    Fax: (480) 882-5866       Page: 2 of 6     04/28/2023 4:08 PM



**SCHIFFMAN LAW OFFICE, P.C.**
HELPING THE INJURED AND DISABLED SINCE 1975

Document Information
**Misc Clinical:  Exam Forms**
Marcus, Leslie S (MR # 3220726) Printed by Denisse Lopez, MA [137261] at 5/12/2023  3:23 PM          Page 7 of 8
MARCUS AR02916

**Lincoln/Marcus 0387**

Marcus, Leslie S (MR # 3220726)
    PHYSICAL EVAL FORM SCHIFFMAN LAW 05.12.23  FAXED
    05/12/2023 15:21
    **Attached To:**
    Leslie S Marcus

Source Information
    Denisse Lopez, MA | Arcadia Mg

MARCUS AR02917

**Lincoln/Marcus 0388**

MARCUS, Leslie (id #7056, dob:

# Medical Records - CONFIDENTIAL

**FROM:** AZ - Center for Complex Neurology

Amanda L
1010 E MCDOWELL RD STE 101, PHOENIX, AZ 85006-2607
Phone: (602) 900-9404
Fax: (833)535-1450

**TO:**

## Name: MARCUS, LESLIE

## DOB:

## Date Range: to 05/04/2023

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Encounter Documents**
- **Imaging Results**

**Note:** re; Marcus, L

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7056-A-25544]

MARCUS AR02918

**Lincoln/Marcus 0389**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

## Encounters and Procedures

Clinical Encounter Summaries

MARCUS AR02919

**Lincoln/Marcus 0390**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

**Encounter Date: 02/28/2023**

**Patient**

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (51yo, F) ID# 7056 | **Appt. Date/Time** | 02/28/2023 02:30PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | DAVID S. SAPERSTEIN, MD | | |
| **Insurance** | Med Primary: *SELF PAY* Med Secondary: BCBS-AZ (PPO)   Insurance # : CDC85193653   Policy/Group # : 26078 Prescription: check now | | |

### Chief Complaint

None recorded.

### Patient's Care Team

**Primary Care Provider:** TONIA GRAHAM FNP-BC: 20449 N LAKE PLEASANT STE 101, PEORIA, AZ 85382, Ph (623) 322-0099, Fax (623) 322-0966 NPI: 1699108621

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in Stated 02/28/2023 02:35 pm | **Wt:** 96 lbs Stated 02/28/2023 02:35 pm | **BMI:** 16 02/28/2023 02:35 pm |
| **BP:** 100/64 sitting R arm 02/28/2023 02:37 pm | **HR:** 88 02/28/2023 02:37 pm | **RR:** 16 02/28/2023 02:35 pm |
| **T:** 98.1 F° temporal artery 02/28/2023 02:35 pm | **O2Sat:** 99% Room Air at Rest 02/28/2023 02:35 pm | **Pain Scale:** 5 02/28/2023 02:35 pm |

### Allergies

Reviewed Allergies

**ADHESIVE TAPE,** unable-to-assess criticality: - Medical Tape

**CORTICOSTEROIDS (GLUCOCORTICOIDS),** unable-to-assess criticality

### Medications

MARCUS AR02920

**Lincoln/Marcus 0391**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 02/20/23 | entered |
| **berberine-herbal comb no.18 capsule**<br>Take by oral route.<br>**Internal Note:** no dossage and frequency | 02/20/23 | entered |
| **clonazePAM 1 mg disintegrating tablet**<br>Place 1 tablet(s) every day by translingual route. | 02/20/23 | entered |
| **desvenlafaxine ER 50 mg tablet,extended release 24 hr**<br>Take 1 tablet(s) every day by oral route. | 02/20/23 | entered |
| **Eliquis 5 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 02/20/23 | entered |
| **montelukast 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 02/20/23 | entered |
| **Qulipta 30 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 02/20/23 | entered |
| **traZODone 100 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 02/20/23 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Impaired cognition - Onset: 03/01/2023
- Joint pain - Onset: 03/01/2023
- Fatigue - Onset: 03/01/2023
- Tremor - Onset: 03/01/2023
- Paresthesia - Onset: 03/01/2023
- Disorder of autonomic nervous system - Onset: 03/01/2023
- Hypermobility of joint - Onset: 03/01/2023

## Family History

Reviewed Family History

She has an identical twin sister who is hypermobile. The sister carries a diagnosis of mixed connective tissue disorder. The sister has a 30-year-old son who has what sounds to be a chest pectus deformity. She says that he carries a diagnosis of Marfan's. The patient has an older sister and she has a paternal half brother. The brother has gastrointestinal symptoms. The patient's father has been diagnosed with sporadic amyloidosis. This is producing cardiac problems. He has a pacemaker. He has dementia that came on late in life. The patient does not know about her mother's family history. The patient has a 23-year-old son without apparent medical issues. There is no known family history of atrial fibrillation, dysautonomia, migraines, neuropathy, and dementia (other than her father), tremor, aneurysms, or ruptured organs (other than her sister who had her gallbladder "burst").

## Social History

Reviewed Social History

## Surgical History

Reviewed Surgical History
- Nasal septoplasty - Septoplasty/Turbinate Reduction 07.12.2022
- Spondylometry - Lumbar Spondcylosis 3.6.2019
- Hysterectomy - Full Hysterectomy 2006
- Laparoscopy - x9 between 1992-2005
- Oophorectomy - 1991

MARCUS AR02921

**Lincoln/Marcus 0392**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

* Destruction of lesion of heart - 12/18/2018 - Heart Ablation 12.26.2018/06/122019

### Past Medical History

Reviewed Past Medical History
Notes: Atrial fibrillation, s/p ablation. Ovarian tumor.

### Screening

| Name | Score | Notes |
|---|---|---|
| ACE for Adults | Not scored | |
| MIDAS | Not scored | |

### HPI

This is a 51-year-old woman here for evaluation of dysautonomia and EDS.

She was in good health until 2017 when she was involved in a motor vehicle accident. She was stopped on the highway and was rear-ended. She experienced cervical and lumbar spine disc injuries related to this, with neck and back pain. She underwent treatments with PRP and lumbar epidural steroids. 1 day after lumbar epidural steroid she felt poorly. She wanted up in the emergency room and was found to be in atrial fibrillation. She ultimately underwent 2 ablations for A-fib; the second 1 was successful. She experienced numerous DVTs and pulmonary emboli. There were hospitalizations where blood pressure was very low. Each of these are different instances.

Chronic back pain related to denervation surgery in her lumbar spine.

As mentioned, there were numerous hospitalizations and medical encounters. She ultimately wound up being seen at the Mayo Clinic in Arizona. I do not have records for this, but Leslie reports that she was diagnosed with POTS, autonomic neuropathy, MCAS, EDS, fibromyalgia, chronic fatigue syndrome, depression, anxiety, and suspected PTSD (from the motor vehicle accident). She was last seen at the Mayo Clinic in 2020.

Prior to the motor vehicle accident there was slight insomnia and some issues with constipation. With the motor vehicle accident she did not hit her head.

Previously she has had experienced lightheadedness and syncope. She says she knows how to get up slowly and there has not been recent syncope. The patient denies racing heart rate. There is also not bradycardia.

She is nauseous all the time. She was taking Zofran daily. Her primary put her on Qulipta for the possibility of cyclic vomiting syndrome. Since being on Qulipta that she no longer requires taking Zofran. In the past Leslie has had "bad" migraines. Even before Qulipta, migraines have not been an issue recently.

She takes acetazolamide 125 mg twice daily. She is not sure why. It sounds like this was started at Mayo Clinic. It is not clear if she was found to have an abnormality of CO2.

There is numbness and tingling in the hands and feet. These are present all the time. In addition, there are sensory symptoms that shoot up the arms and legs. Patient reports recently having nerve conduction and EMG testing done at honor health by Dr. Anne Hatch. These were apparently normal. A skin biopsy to look at epidermal nerve fibers was also apparently normal.

Leslie is prone to rashes and hives.

There is no bloating or diarrhea. She does get constipation.

She denies urinary symptoms.

The patient has always been "super bendy" and did gymnastics when she was younger. There is no history of joint subluxations or dislocations. When asked about joint pain presently, she says "everything hurts."

Since at least 2018 she is experienced shaking and tremors.

About a year ago she started experiencing episodes where her toes involuntarily curl and her feet turn in towards 1 another. These can last hours to days. The husband showed me a video from September 2022 that showed toes flexed and, later, feet turned in. The toe flexion cannot be overcome by trying to pull on the toes. They showed this video to Dr. Hatch and she indicated that these movements were psychogenic.

Day today, Leslie is bothered by decreased concentration, decreased energy (she is typically "exhausted", she is unable to do simple things. She feels like she is walking in quicksand. She feels like her body and head are too heavy. She does not drive. She reports PTSD since the accident. When she was still driving she sometimes got lost while driving.

Stress is exhausting. This could be "bad stress" but also "good stress" such as getting together with family and friends.

She has has difficulty falling asleep and staying asleep. She takes clonazepam, trazodone, and medical marijuana

MARCUS AR02922

**Lincoln/Marcus 0393**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

to help with sleep.

She has progressive difficulties with memory. Neuropsychological testing performed in November 2021 diagnosed her with dementia.

She reports anemia that comes and goes. She reports varying GFR.

She does not believe she has had brain MRI imaging since at least 2019.

She does not recall ever being tried on Ketotifen or cromolyn for MCAS.

Previously she worked in real estate. She was a regional manager and supervised a large number of individuals and projects. After the problems that developed following a motor vehicle accident she went on FMLA. She last worked in 2018. There is ongoing litigation associated with the accident.

Family history

She has an identical twin sister who is hypermobile. The sister carries a diagnosis of mixed connective tissue disorder. The sister has a 30-year-old son who has what sounds to be a chest pectus deformity. She says that he carries a diagnosis of Marfan's. The patient has an older sister and she has a paternal half brother. The brother has gastrointestinal symptoms. The patient's father has been diagnosed with sporadic amyloidosis. This is producing cardiac problems. He has a pacemaker. He has dementia that came on late in life. The patient does not know about her mother's family history. The patient has a 23-year-old son without apparent medical issues.

There is no known family history of atrial fibrillation, dysautonomia, migraines, neuropathy, and dementia (other than her father), tremor, aneurysms, or ruptured organs (other than her sister who had her gallbladder "burst").

### ROS

Additionally reports:
**POSITIVE RESPONSES TO MCAS QUESTIONNAIRE (SCORE = 18):**
**Urinary or sexual symptoms**
**Fatigue**
**Tinnitus**
**Itchy eyes**
**Chest Pain**
**Rapid heart beat**
**Light headedness**
**Shortness of breath**
**Nausea**
**Abdominal pain**
**Bloating**
**Headaches**
**Numbness**
**Brain fog**
**Blotchiness of skin**
**Bruising**
**Bone pain**

### Physical Exam

GENERAL
This is a well-developed individual in no acute distress. There are no abnormalities of development or body habitus. There is no clinodactyly. The skin has normal coloration.

No Broad forehead
No Telecanthus
No Epicanthal folds
No Narrow face
No Retrognathia
No Malar hypoplasia
No Thin chin
No Sunken cheeks
No Thin lips/nose
No Low set ears
No Lobeless ears

No Blue sclerae
No Central heterochromia. Eye color: brown
No Large eyes

No High arched palate
No Palate torus
No Crowded teeth
No Absent frenulum

MARCUS AR02923

**Lincoln/Marcus 0394**

athena        5/4/2023 7:12:31 pm EDT        e08d94c3-3cd5-4326-ad1b-8fe135d5e7be        Page: 07 / 33
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

SKIN:
No Hyperextensible skin.
No Soft or velvety skin.
Yes Atrophic scarring
No Papyraceous scarring
No Piezogenic papules in both heels
No Molluscoid pseudotumors
No Subcutaneous spheroids
No Striae
No Bruising
No Translucent skin
No Rash

SKELETAL:

No Arachnodactyly

Joint Hypermobility.
Beighton's Criteria for Joint Hypermobility (9-point scale)(/u>
5th finger can be hyperextended more than 90°: 2
thumb can touch forearm: 2
elbow extends more than 10°: 0
knee extends more than 10°: 0
both palms can touch the floor: 1

TOTAL SCORE: 5

NEUROLOGICAL:
Mental Status: The patient is alert and oriented and able to give a coherent history. Fund of knowledge is appropriate. Speech, language, comprehension and concentration are normal. Affect is appropriate.

Cranial Nerve: There is no ptosis. Pupils are equal and round. Extraocular movements are intact. Optic discs are sharp. There is normal facial strength. There is normal facial sensation. Hearing is intact to voice. The tongue and palate are midline. Gag is present. Shoulder shrug is normal.

Motor: There is normal muscle tone and bulk. Strength is 5/5 throughout. There is no pronator drift.

Sensory: Light touch, pinprick, vibration and joint position sense intact. Romberg sign is absent.

Reflexes: Reflexes are present and symmetrical throughout. Plantar responses are flexor bilaterally.

Complex Motor: Finger to nose and rapid alternating movements are normal. There is no tremor or dysmetria.

Gait: Casual, heel, toe and tandem walking are normal.

CRITERIA FOR HYPERMOBILTY SYNDROMES
CRITERION 1 – Generalized Joint Hypermobility
One of the following:
N/A >=6 pre-pubertal children and adolescents
N/A >=5 pubertal men and woman to age 50
Yes >=4 men and women over the age of 50

*If Beighton Score is one point below age- and sex-specific cut off, two or more of the following must also be selected to meet criterion:
N/A Can you now (or could you ever) place your hands flat on the floor without bending your knees?
N/A Can you now (or could you ever) bend your thumb to touch your forearm?
N/A As a child, did you amuse your friends by contorting your body into strange shapes or could you do the splits?
N/A As a child or teenager, did your shoulder or kneecap dislocate on more than one occasion?
N/A Do you consider yourself "double jointed"?

CRITERION 2 – Two or more of the following features (A, B, or C) must be present
Feature A (five must be present):
No Unusually soft or velvety skin
No Mild skin hyperextensibility
No Unexplained striae distensae or rubae at the back, groins, thighs, breasts and/or abdomen in adolescents, men or pre-pubertal women without a history of significant gain or loss of body fat or weight
No Bilateral piezogenic papules of the heel
No Recurrent or multiple abdominal hernia(s)
Yes Atrophic scarring involving at least two sites and without the formation of truly papyraceous and/or hemosideric scars as seen in classical EDS
No Pelvic floor, rectal, and/or uterine prolapse in children, men or nulliparous women without a history of morbid obesity or other known predisposing medical condition

MARCUS AR02924

**Lincoln/Marcus 0395**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

No Dental crowding and high or narrow palate
No Arachnodactyly
Yes Arm span-to-height ratio >1.05 (her measure is 1.077)
No Mitral valve prolapse
No Aortic root dilatation with Z-score >+2

Feature A total: 2/12

Feature B
No Positive family history; one or more first-degree relatives independently meeting the current criteria for hEDS

Feature C (must have at least one)
Yes Musculoskeletal pain in 2 or more limbs, daily for at least 3 mos
Yes Chronic, widespread pain for >3 months
No Recurrent joint dislocations or frank instability, in the absence of trauma

## Assessment / Plan

The patient has a history suggestive of joint hypermobility. She is hypermobile on examination. She has some features of hypermobile EDS but does not meet formal criteria. She qualifies for a diagnosis of "generalized hypermobility spectrum disorder." As is often seen in this diagnosis she has (apparently developed dysautonomia. Individuals with hypermobility disorders may develop problems with dysautonomia and MCAS following some sort of trigger. A question is whether the epidural steroids served as a trigger. There could have been something in the materials injected. Alternatively, her development of atrial fibrillation could have been a coincidence. Atrial fibrillation is not commonly seen in individuals with dysautonomia and MCAS, but can result from hyperadrenergic state which can develop any symptoms.

Unfortunately, I do not have records from Mayo clinic. Today, blood pressure and heart rate are unremarkable. She reports a diagnosis of POTS but tells me that autonomic testing was normal at Mayo Clinic. Apparently she was on medications, such as beta-blocker. More recently, Dr. Hatch took her off of her medications and did repeat autonomic testing at honor health. The patient and her husband report that this was also normal.
I am not certain what what to make of the diagnosis of dementia. I question this. I am not saying there are not cognitive issues, but I doubt she has a dementia disorder. I would want to see this repeated by a different neuropsychologist.
Leslie experiences involuntary movements such as tremor and abnormal flexion movements in her feet and toes. The etiology of this is uncertain. However, I will say that in individuals with MCAS, poorly explain neurologic events can be seen. These often get diagnosed as functional.
The patient does have symptoms suggestive of MCAS. I do not know if there were positive test results at Mayo that led to this diagnosis or if the diagnosis was presumptive.

**PLAN:**
I am requesting records from Mayo Clinic. I am requesting records from honor health.
Empiric trial of Ketotifen. This is safe and can be effective against MCAS. She will take 1 mg twice daily. We discussed the need to have this compounded. We discussed potential adverse effects to include weight gain, sedation, jitteriness.
Repeat neuropsychological testing.
Repeat autonomic testing.
EEG to evaluate for a seizure disorder as cause of cognitive or other symptoms. If routine EEG is normal, then we will obtain 72-hour ambulatory EEG.
Laboratory testing to look for factors that could flare or mimic MCAS.
Updated MRI of the brain and cervical spine to evaluate for structural lesions. Individuals with hypermobility can have issues such as craniocervical instability.

She might benefit from PT with a therapist well-versed in hypermobility. This could help with pain.
Follow-up after above.

**1. Disorder of autonomic nervous system**
    G90.9: Disorder of the autonomic nervous system, unspecified
● METANEPHRINES, FRACTIONATED, FREE, PLASMA
● AUTONOMIC FUNCTION ANALYSIS -    Note to Imaging Facility: Perform autonomic reflex testing
● MEDICAL RECORD REQUEST*
● MEDICAL RECORD REQUEST*

**2. Fluctuating level of consciousness**
    R40.4: Transient alteration of awareness
● US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE

**3. Impaired cognition**
    R41.89: Other symptoms and signs involving cognitive functions and awareness
● NEUROPSYCHOLOGICAL TESTING*
● MRI, BRAIN, W/O CONTRAST

    Height (ft.): 5 ft 5 in Weight (lbs): 96

**4. Fatigue**

MARCUS AR02925

**Lincoln/Marcus 0396**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

R53.83: Other fatigue

### 5. Mast cell activation syndrome
D89.40: Mast cell activation, unspecified
- MCAS HANDOUT - Handout: MCAS HANDOUT
- HISTAMINE, QUANTITATIVE, BLOOD
- TRYPTASE, SERUM
- HISTAMINE, SERUM OR PLASMA
- PROSTAGLANDIN D2, QUANT, SERUM OR PLASMA

### 6. Disorder of immune function
D89.9: Disorder involving the immune mechanism, unspecified
- THYROGLOBULIN ANTIBODY
- THYROID PEROXIDASE (TPO) AB
- IMMUNOGLOBULINS A/E/G/M, SERUM

### 7. Nonspecific immune reaction
D89.9: Disorder involving the immune mechanism, unspecified
- COMPLEMENT C4A, PLASMA
- TRANSFORMING GROWTH FACTOR BETA 1, SERUM OR PLASMA
- MATRIX METALLOPEPTIDASE 9, QUANTITATIVE, SERUM
- ALPHA MELANOCYTE STIMULATING HORMONE, SERUM OR PLASMA

### 8. Hypermobility of joint -
Beighton score = 5
Points out of 12 = 2
R29.898: Other symptoms and signs involving the musculoskeletal system

### 9. Medical examination for suspected condition
Z00.01: Encounter for general adult medical examination with abnormal findings
- HOMOCYSTEINE, SERUM OR PLASMA

### 10. Seizure
R56.9: Unspecified convulsions
- CONTINUOUS ELECTROENCEPHALOGRAM WITH VIDEO -    Note to Imaging Facility: To HPN: Routine EEG and 72 hour ambulatory VEEG.

### 11. Tremor
R25.1: Tremor, unspecified
- COPPER, SERUM OR PLASMA
- CERULOPLASMIN
- PARANEOPLASTIC ANTIBODY PANEL, SERUM -    Note to Lab: Labcorp panel 505535

### 12. Paresthesia
R20.2: Paresthesia of skin
- MRI, CERVICAL SPINE, W/O CONTRAST

Height (ft.): 5 ft 5 in Weight (lbs): 96

### 13. Joint pain
M25.50: Pain in unspecified joint

## Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by David S. Saperstein, MD, 03/01/2023.

Encounter performed and documented by David S. Saperstein, MD
Encounter reviewed & signed by David S. Saperstein, MD on 03/01/2023 at 6:25am

MARCUS AR02926

**Lincoln/Marcus 0397**

athena    5/4/2023 7:12:31 pm EDT    e08d94c3-3cd5-4326-ad1b-8fe135d5e7be    Page: 10 / 33
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

## Center for Complex Neurology, EDS & POTS
### ORTHOSTATIC VITAL SIGNS

**8 Minutes:**  116/82    89    95

- ☒ Dizzy
- ☐ Faint
- ☒ Headache
- ☐ Blurred vision
- ☒ Nauseous
- ☒ Flushed
- ☐ Sweaty

**10 Minutes:**  112/80    94    94

- ☒ Dizzy
- ☐ Faint
- ☒ Headache
- ☐ Blurred vision
- ☐ Nauseous
- ☒ Flushed
- ☐ Sweaty

**After Tilt:**  99/70    51    99

- ☒ Dizzy
- ☐ Faint
- ☒ Headache
- ☐ Blurred vision
- ☒ Nauseous
- ☒ Flushed
- ☐ Sweaty

### SUDOMOTOR ASSESSMENT RESULTS

HANDS:
Asymmetry= 16/.    Bio Cond = 38.9
FEET:
Asymmetry= 13/.    Bio Cond = 53.3

### EEG Head Measurements



Naison to Inion: _____ cm

Preauricular: _____ cm

Circumference: _____ cm

Center for Complex Neurology, EDS & POTS
1010 E McDowell St, Ste 101
Phoenix, AZ 85006
P: 602-900-9404          F: 602-903-6587

MARCUS AR02927

**Lincoln/Marcus 0398**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

Center for Complex Neurology, EDS & POTS
ORTHOSTATIC VITAL SIGNS

Name: Leslie marcus          DOB:

Performed by: AL
Date Performed: 4/20/2003          Height: 5'5
Follow Up: none scheduled          Weight: 96 lbs

*lots of trouble with TCD, unable to locate w/ multiple attempts (routine)*

| POSITION: | BP | HR | PO | Symptoms |
|---|---|---|---|---|
| Baseline: | 114/77 | 58 | 99 | ☒ Dizzy ☒ Faint ☒ Headache ☒ Blurred vision ☒ Nauseous ☒ Flushed ☒ Sweaty |

DB · 2:35
VAL: 2:37

| Right after Tilt: | 116/75 | 89 | 91 | ☒ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☐ Flushed ☐ Sweaty |
| 2 Minutes: | 107/70 | 88 | 92 | ☒ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☒ Flushed ☐ Sweaty |
| 4 Minutes: | 108/74 | 88 | 93 | ☒ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☒ Flushed ☐ Sweaty |
| 6 Minutes: | 107/73 | 86 | 94 | ☒ Dizzy ☐ Faint ☒ Headache ☐ Blurred vision ☐ Nauseous ☒ Flushed ☐ Sweaty |

blood pooling @ feet

Center for Complex Neurology, EDS & POTS
1010 E McDowell St, Ste 101
Phoenix, AZ 85006
P: 602-900-9404          F: 602-903-6587

## Imaging Results

MARCUS AR02928

**Lincoln/Marcus 0399**

**MARCUS, Leslie (id #7056, dob:**

## AUTONOMIC FUNCTION ANALYSIS (#97727, 04/27/2023)

### AUTONOMIC TESTING LAB
### Center for Complex Neurology
### 1010 E McDowell Rd, Ste 101
### Phoenix, AZ 85006
### Phone 602-900-9404
### Fax 602-903-6587

| | | | |
|---|---|---|---|
| **Patient:** | Marcus, Leslie | **Date:** | 4/20/2023 |
| **DOB:** | | **Dx Code:** | I95.1 |
| **Clinician:** | David Saperstein, MD | **Indication:** | Orthostasis |

**Medications Taken in the Last 24 Hours**
No restricted meds, Fasting x 3 hours

**Sudomotor Testing**

| | | NL Value |
|---|---|---|
| Hands - Asymmetry | 16 % | <20 |
| Hands - Bioelectrical Conductivity | 0.94 µS/kg | >0.92 |
| Feet - Asymmetry | 13 % | <20 |
| Feet - Bioelectrical Conductivity | 1.22 µS/kg | >0.92 |

**Heart Rate Response to Deep Breathing**

| | Measured | Nl value |
|---|---|---|
| E:I Ratio | 1.35 | 1.07 |

**Valsalva Ratio**

| | Measured | Nl value |
|---|---|---|
| VR | 1.42 | 1.40 |

**Heart Rate Variability**
**Rest**

| | Measured | Nl value |
|---|---|---|
| LFa (bpm2) | 2.28 | 0.9 - 3.5 |
| HFa (bpm2) | 2.42 | 0.9 - 3.5 |
| LFa/HFa | 0.94 | 0.6 - 1.3 |

**Tilt Table (HUT 70 Degrees)**

| | Supine | Upright | 2 min | 5 min | 10 min |
|---|---|---|---|---|---|
| BP | 114/77 | 116/75 | 107/70 | 107/73 | 112/80 |
| HR | 58 | 89 | 88 | 86 | 94 |

Tilt produced dizziness headache, nausea, flushing, sweating.

**FINDINGS:**
Sudomotor testing was normal.
Heart rate response to deep breathing was normal.
Valsalva ratio was normal.
Heart rate variability parameters were within normal limits.
There were appropriate BP changes during valsalva.
Tilt causes a symptomatic, excessive increase in HR with stable BPs.
TCD during tilt showed no significant change in cerebral blood flow velocity.

MARCUS AR02929

**Lincoln/Marcus 0400**

MARCUS, Leslie (id #7056, dob:

Marcus, Leslie                                          Page 2 of 2

**IMPRESSION:**
No autonomic failure.
There is a postural increase in heart rate consistent with POTS.

David S. Saperstein, M.D.

MARCUS AR02930

**Lincoln/Marcus 0401**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97726, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

## Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Routine Exam |
| D.O.B | | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

**TCD Exam Data:**

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 42 | 45 | 20 | 7 | 1.90 | 0.84 | 0.58 | - | 108 | - |
| | | -40 | -18 | -7 | 1.78 | 0.81 | 0.74 | - | 108 | - |
| RMCA | 42 | 45 | 20 | 8 | 1.81 | 0.82 | 0.22 | - | 113 | - |
| | | -44 | -20 | -8 | 1.79 | 0.82 | 0.25 | - | 113 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.74 | 0.81 | 0.05 | - | 117 | - |
| | | -44 | -20 | -9 | 1.71 | 0.80 | 0.01 | 5.00 | 117 | - |
| RMCA | 42 | 42 | 20 | 9 | 1.60 | 0.77 | 0.11 | 4.43 | 96 | - |
| | | -43 | -20 | -8 | 1.77 | 0.81 | 0.13 | - | 96 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.66 | 0.79 | 0.22 | 4.71 | 82 | - |
| | | -42 | -20 | -9 | 1.60 | 0.77 | 0.78 | 4.43 | 82 | - |
| RMCA | 42 | 45 | 21 | 9 | 1.67 | 0.79 | 0.63 | 4.79 | 117 | - |
| | | -43 | -21 | -9 | 1.63 | 0.78 | 0.71 | 4.57 | 117 | - |
| RMCA | 42 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 42 | 31 | 15 | 7 | 1.54 | 0.76 | 0.26 | 4.18 | 115 | - |
| | | -36 | -18 | -9 | 1.44 | 0.74 | 0.37 | 3.79 | 115 | - |
| RMCA | 42 | 30 | 16 | 8 | 1.43 | 0.73 | 0.64 | 3.75 | 133 | - |
| | | -33 | -16 | -7 | 1.61 | 0.78 | 0.35 | 4.45 | 133 | - |
| RMCA | 42 | 43 | 20 | 9 | 1.69 | 0.79 | 0.80 | 4.85 | 111 | - |
| | | -40 | -18 | -7 | 1.78 | 0.81 | 0.41 | - | 111 | - |
| RMCA | 42 | 44 | 20 | 9 | 1.71 | 0.80 | 0.41 | 5.00 | 124 | - |
| | | -39 | -18 | -7 | 1.76 | 0.81 | 0.62 | - | 124 | - |

**TRANSCRANIAL DOPPLER PROCEDURE (VASOMOTOR REACTIVITY TESTING):**

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices were obtained from MCA.

Vessels were insonated through the trans-temporal window. Vasomotor reactivity (VMR), is the percentage increase in mean flow velocity following a 20-sec breath-holding maneuver and was obtained in order to evaluate for the underlying vasodilatory reserve capacity.

1 / 4

MARCUS AR02931

**Lincoln/Marcus 0402**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Name:    Leslie Marcus     TCD ID:   1071

**TRANSCRANIAL DOPPLER SUMMARY:**

Vasomotor reactivity (VMR) testing showed abnormal vasodilatory reserve capacity with a breath holding index of 0.25 (normal >0.6).

**IMPRESSION:**

Vasomotor reactivity is abnormal. This is of unclear clinical significance.

David                                                                                    Saperstein,
MD

electronically signed

Signature:
Report Date:   04/20/2023

2 / 4

MARCUS AR02932

**Lincoln/Marcus 0403**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**



MARCUS AR02933

**Lincoln/Marcus 0404**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



MARCUS AR02934

**Lincoln/Marcus 0405**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97725, 04/27/2023)



**CENTER FOR COMPLEX NEUROLOGY**
**EDS & POTS**

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

## Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Routine Exam |
| D.O.B | | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

**TCD Exam Data:**

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 53 | 68 | 41 | 28 | 0.98 | 0.59 | 0.31 | 2.46 | 97 | - |
| | | - | - | - | - | - | - | - | - | - |
| RACA | 51 | -33 | -17 | -9 | 1.36 | 0.71 | - | 3.50 | 70 | - |
| | | 83 | 53 | 38 | 0.84 | 0.54 | 0.05 | 2.17 | 70 | - |
| LMCA | 41 | 48 | 22 | 9 | 1.73 | 0.80 | 0.36 | - | 86 | - |
| | | -47 | -23 | -10 | 1.63 | 0.78 | 0.19 | 4.55 | 86 | - |
| LACA | 42 | -51 | -23 | -9 | 1.78 | 0.81 | 0.76 | - | 55 | - |
| | | 50 | 22 | 8 | 1.86 | 0.83 | 0.71 | - | 55 | - |
| RVA | 42 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| RVA | 42 | - | - | - | - | - | - | - | - | - |
| | | 39 | 19 | 9 | 1.55 | 0.76 | 0.59 | 4.20 | 81 | - |
| LVA | 44 | -38 | -18 | -8 | 1.60 | 0.77 | 0.59 | 4.44 | 45 | - |
| | | - | - | - | - | - | - | - | - | - |
| BA | 47 | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - |
| BA | 47 | -40 | -19 | -8 | 1.67 | 0.79 | 0.53 | 4.78 | 86 | - |
| | | 44 | 20 | 8 | 1.86 | 0.83 | 0.77 | - | 86 | - |

### TRANSCRANIAL DOPPLER PROCEDURE:

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices for the bilateral ICAs, MCAs, ACAs, PCAs, vertebral arteries and basilar artery where obtained. Vessels were insonated through the trans-temporal, trans-orbital, sub-occipital or sub-mandibular windows. High intensity transient signals (HITS), consistent with native micro embolic events, was performed throughout the exam.

### TRANSCRANIAL DOPPLER SUMMARY:

Study confirms the patency of the major basal vessels of the Circle of Willis that were adequately insonated.
No evidence of hemodynamically significant stenosis or occlusive disease.
Waveform morphology appears normal.
No micro-embolic events were detected.

1 / 4

MARCUS AR02935

**Lincoln/Marcus 0406**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

**Name:**    Leslie Marcus    **TCD ID:**    1071

IMPRESSION:
Normal study.

David Saperstein, MD

| | | |
|---|---|---|
| | **Signature:** | electronically signed |
| | **Report Date:** | 04/20/2023 |

2 / 4

MARCUS AR02936

**Lincoln/Marcus 0407**

athena    5/4/2023 7:12:31 pm EDT    e08d94c3-3cd5-4326-ad1b-8fe135d5e7be    Page: 20 / 33
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**



Name:    Leslie Marcus    TCD ID:    1071

3 / 4

MARCUS AR02937

**Lincoln/Marcus 0408**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

Name:    Leslie Marcus    TCD ID:    1071

4 / 4

MARCUS AR02938

**Lincoln/Marcus 0409**

**MARCUS, Leslie (id #7056, dob:**

## US, DOPPLER, TRANSCRANIAL, INTRACRANIAL ARTERIES, COMPLETE
(#97724, 04/27/2023)



CENTER FOR COMPLEX NEUROLOGY
EDS & POTS

David Saperstein, M.D
Director
1010 E. McDowell Rd. Suite 101, Phoenix, AZ 85006
P: 602-900-9404 F:602-903-6587

## Center For Complex Neurology Transcranial Doppler Testing

| Name | Leslie Marcus | TCD ID | 1071 |
|---|---|---|---|
| Gender | Female | Exam Date | 04/20/2023 |
| Age | 51 | Exam Type | Monitoring Exam |
| D.O.B | | Disease Type | |
| Address | | Department | |
| Phone | | Doctor | David Saperstein, MD |

**TCD Exam Data:**

(In the report, the unit of Peak/Mean/Dias is cm/s(kHz), Depth's unit is mm, others have no unit)

| Vessel | Depth | Peak | Mean | Dias | PI | RI | SBI | S/D | HR | LI |
|---|---|---|---|---|---|---|---|---|---|---|
| RMCA | 60 | 43 | 22 | 11 | 1.46 | 0.74 | 0.38 | 3.83 | 72 | - |
| | | -47 | -23 | -10 | 1.63 | 0.78 | 0.72 | 4.55 | 72 | - |
| RMCA | 60 | 49 | 24 | 11 | 1.58 | 0.77 | 0.66 | 4.33 | 92 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 49 | 24 | 11 | 1.58 | 0.77 | 0.66 | 4.33 | 92 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 53 | 25 | 11 | 1.67 | 0.79 | 0.71 | 4.75 | 108 | - |
| | | -39 | -19 | -9 | 1.55 | 0.76 | - | 4.20 | 108 | - |
| RMCA | 60 | 53 | 25 | 10 | 1.75 | 0.81 | 0.49 | - | 135 | - |
| | | -42 | -20 | -9 | 1.62 | 0.78 | - | 4.50 | 135 | - |
| RMCA | 60 | 53 | 25 | 10 | 1.75 | 0.81 | 0.49 | - | 135 | - |
| | | -42 | -20 | -9 | 1.62 | 0.78 | - | 4.50 | 135 | - |
| RMCA | 60 | 57 | 26 | 10 | 1.81 | 0.82 | 0.43 | - | 144 | - |
| | | -39 | -19 | -9 | 1.55 | 0.76 | 0.08 | 4.20 | 144 | - |
| RMCA | 60 | 42 | 21 | 10 | 1.52 | 0.76 | 0.24 | 4.09 | 114 | - |
| | | -36 | -18 | -9 | 1.45 | 0.74 | 0.71 | 3.80 | 114 | - |
| RMCA | 60 | 42 | 21 | 10 | 1.52 | 0.76 | 0.24 | 4.09 | 114 | - |
| | | -36 | -18 | -9 | 1.45 | 0.74 | 0.71 | 3.80 | 114 | - |
| RMCA | 60 | 60 | 30 | 15 | 1.50 | 0.75 | 0.61 | 4.00 | 59 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 72 | 43 | 29 | 0.99 | 0.60 | 0.46 | 2.48 | 81 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 73 | 49 | 37 | 0.75 | 0.50 | 0.63 | 2.00 | 87 | - |
| | | - | - | - | - | - | - | - | - | - |
| RMCA | 60 | 73 | 49 | 37 | 0.75 | 0.50 | 0.63 | 2.00 | 87 | - |
| | | - | - | - | - | - | - | - | - | - |
| LMCA | 50 | 47 | 23 | 11 | 1.54 | 0.76 | 0.32 | 4.17 | 72 | - |
| | | -51 | -24 | -10 | 1.70 | 0.80 | 0.36 | 4.91 | 72 | - |
| LMCA | 50 | 45 | 23 | 12 | 1.42 | 0.73 | 0.45 | 3.69 | 92 | - |
| | | -50 | -25 | -12 | 1.52 | 0.75 | 0.73 | 4.08 | 92 | - |

1 / 5

MARCUS AR02939

**Lincoln/Marcus 0410**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

Name:    Leslie Marcus    TCD ID:    1071

| | | | | | | | | | | |
|------|----|-----|-----|-----|------|------|------|------|-----|---|
| LMCA | 50 | -   | -   | -   | -    | -    | -    | -    | -   | - |
|      |    | -50 | -25 | -12 | 1.52 | 0.75 | 0.73 | 4.08 | 92  | - |
| LMCA | 50 | 48  | 24  | 12  | 1.48 | 0.75 | 0.25 | 3.92 | 108 | - |
|      |    | -55 | -26 | -11 | 1.70 | 0.80 | -    | 4.92 | 108 | - |
| LMCA | 50 | 43  | 22  | 11  | 1.46 | 0.74 | 0.11 | 3.83 | 135 | - |
|      |    | -46 | -23 | -11 | 1.52 | 0.76 | 0.12 | 4.08 | 135 | - |
| LMCA | 50 | 43  | 22  | 11  | 1.46 | 0.74 | 0.11 | 3.83 | 135 | - |
|      |    | -46 | -23 | -11 | 1.52 | 0.76 | 0.12 | 4.08 | 135 | - |
| LMCA | 50 | 43  | 21  | 10  | 1.54 | 0.76 | 0.09 | 4.18 | 144 | - |
|      |    | -45 | -22 | -10 | 1.59 | 0.77 | 0.29 | 4.36 | 144 | - |
| LMCA | 50 | 50  | 25  | 13  | 1.44 | 0.74 | 0.54 | 3.79 | 114 | - |
|      |    | -49 | -24 | -12 | 1.50 | 0.75 | 0.33 | 4.00 | 114 | - |
| LMCA | 50 | 50  | 25  | 13  | 1.44 | 0.74 | 0.54 | 3.79 | 114 | - |
|      |    | -49 | -24 | -12 | 1.50 | 0.75 | 0.33 | 4.00 | 114 | - |
| LMCA | 50 | 62  | 31  | 15  | 1.53 | 0.76 | 0.49 | 4.13 | 59  | - |
|      |    | -60 | -29 | -13 | 1.63 | 0.78 | 0.83 | 4.57 | 59  | - |
| LMCA | 50 | 48  | 25  | 14  | 1.33 | 0.71 | 0.68 | 3.40 | 81  | - |
|      |    | -44 | -24 | -14 | 1.25 | 0.68 | 0.53 | 3.13 | 81  | - |
| LMCA | 50 | 46  | 25  | 15  | 1.22 | 0.67 | 0.55 | 3.06 | 87  | - |
|      |    | -41 | -24 | -15 | 1.11 | 0.64 | 0.53 | 2.75 | 87  | - |
| LMCA | 50 | 46  | 25  | 15  | 1.22 | 0.67 | 0.55 | 3.06 | 87  | - |
|      |    | -41 | -24 | -15 | 1.11 | 0.64 | 0.53 | 2.75 | 87  | - |

**TRANSCRANIAL DOPPLER PROCEDURE (TILT TABLE TESTING):**

Pulsed-Doppler mean velocities (cm/sec) and Gosling pulsatility indices were obtained from the right and left MCAs. MCA recordings were made through the transtemporal window using a robotic head harness.

Recordings were made with the patient supine and following 70 degrees upright tilt.

**TRANSCRANIAL DOPPLER SUMMARY:**

There were normal findings at baseline.

Baseline mean CBV was 25. With tilt, this decreased to 23.

Percent decrease in mean CBV with tilt was 8%. This is normal (normal is < 20%).

**IMPRESSION:**

There were no significant changes in CBV with upright tilt.

David                                                                 Saperstein,
MD

2 / 3

MARCUS AR02940

**Lincoln/Marcus 0411**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

**Name:**   Leslie Marcus    **TCO ID:**   1071

electronically signed

**Signature:**

**Report Date:**   04/20/2023

3 / 5

MARCUS AR02941

**Lincoln/Marcus 0412**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607
**MARCUS, Leslie (id #7056, dob:**

Name:    Leslie Marcus    TCD ID:    1071



MARCUS AR02942

**Lincoln/Marcus 0413**

athena          5/4/2023 7:12:31 pm EDT                    e08d94c3-3cd5-4326-ad1b-8fe135d5e7be          Page: 26 / 33
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



5 / 5

MARCUS AR02943

**Lincoln/Marcus 0414**

**MARCUS, Leslie (id #7056, dob:**

## MRI, CERVICAL SPINE, W/O CONTRAST (#90803, 03/27/2023 12:00am)

From SimonMed AZ Avondale          18559161953          3/27/2023 11:05:24 PDT          Page 1 of 2



**SimonMed**
*See Tomorrow Today*

**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

**DIAGNOSTIC IMAGING REPORT**

Patient:    Marcus, Leslie Sex :F DOB:        Age: 51
            Diag. Imaging#: 3160249

Status:
Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507358 – 03/19/2023 12:15 PM –MR CERVICAL SPINE WITHOUT CONTRAST

COMPARISON: None

CLINICAL HISTORY:  Other symptoms and signs involving cognitive functions and awareness. Paresthesias of skin

TECHNIQUE:  Sagittal T1, sagittal and axial T2, and axial gradient echo images of the cervical spine were obtained without contrast.

FINDINGS:

The vertebral body heights are well maintained.
There is a subtle retrolisthesis measuring 2 to 3 mm of C3 on C4. There is a minimal levocurvature of the cervical spine diffusely. Mild dextrocurvature the upper thoracic spine
The spinal cord is normal in course, caliber and signal.
No surgical hardware is evident within the cervical spine.
Bone marrow signal is unremarkable . No significant osseous lesion is evident.
Posterior fossa structures and visible soft tissue structures are unremarkable.

C2-3: Disc is relatively well-maintained. Broad-based central disc protrusion narrows the ventral space. No cord flattening. Facets are mildly degenerated on the left without neural foraminal stenosis.

C3-4: There is mild degenerative disc disease. There is diffuse disc osteophyte complex bulging. There is redundancy ligamentum flavum. There is narrowing the ventral and dorsal thecal space with mild diffuse ventral and subtle dorsal lateral cord flattening. There is mild right and left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C4-5: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. Subtle superimposed central protrusion results and central cord flattening. There is moderate right and mild-to-moderate left facet arthropathy. With uncovertebral joint spurring there is moderate bilateral neural foraminal stenosis.

C5-6: There is mild degenerative disc disease. Mild diffuse disc osteophyte complex bulging narrowing the ventral space. There is mild redundancy ligamentum flavum. No significant cord flattening is noted. There is mild-to-moderate right and left facet arthropathy. With uncovertebral joint spurring there is moderate right and severe left neural foraminal stenosis.

C6-7: Disc is relatively well-maintained. No significant central canal stenosis. There is moderate right and left facet arthropathy. With uncovertebral joint spurring there is mild right and left neural foraminal stenosis.

C7-T1: There are no disc protrusions, cord compression, central canal spinal stenosis, or neural foraminal

page 1 of 2

MARCUS AR02944

**Lincoln/Marcus 0415**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

From SimonMed AZ Avondale          18559161953          3/27/2023 11:05:24 PDT          Page 2 of 2



**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

### DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie Sex :F DOB:                    Age: 51
            Diag. Imaging#: 3160249
Status:
Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507358 - 03/19/2023 12:15 PM -MR CERVICAL SPINE WITHOUT CONTRAST

stenosis. There is mild-to-moderate right and mild left facet arthropathy.

IMPRESSION:

Multilevel cervical spondylosis as described in detail above. No high-grade central canal stenosis is noted. Cord flattening is evident at C3-4 and C4-5.

Multilevel uncovertebral joint and facet arthropathy results in multilevel neural foraminal stenosis. This is felt to be significant bilaterally at C3-4, bilaterally at C4-5 and bilaterally at C5-6.

dd:03/27/2023 11:01 AM

Reported by: Crum, Charles M.D.
Electronically signed by: CRUM, CHARLES

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 855-RAD-TALK(855-723-8255).

page 2 of 2

MARCUS AR02945

**Lincoln/Marcus 0416**

**MARCUS, Leslie (id #7056, dob:**

## MRI, BRAIN, W/O CONTRAST (#90799, 03/27/2023 12:00am)

From SimonMed AZ Avondale          18559161953          3/27/2023 11:01:25 PDT          Page 1 of 2

 **SimonMed**
*See Tomorrow Today*

**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

### DIAGNOSTIC IMAGING REPORT

Patient:   Marcus, Leslie Sex :F DOB         Age: 51
           Diag. Imaging#: 3160249

Status:

Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507357 ~ 03/19/2023 12:30 PM ~MR BRAIN WITHOUT CONTRAST

COMPARISON: March 26, 2019

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and awareness. R 41.89

TECHNIQUE: Multiplanar multisequence MR imaging of the brain without contrast administration. 3D sagittal images obtained under general physician supervision including monitoring and adjustment of the 3D structures and tissue types on an independent workstation. Subsequently, a NeuroQuant volumetric study was performed.

FINDINGS: The ventricles and sulci are normal in size. The cerebellar tonsils are in normal position. There are no masses, mass effect or midline shift. The pituitary gland is normal in size. There is no evidence for acute intracranial hemorrhage or acute cerebral, brainstem or cerebellar infarction. No diffusion-weighted abnormalities are identified. There are a few scattered foci of increased T2 signal seen within the subcortical and deep white matter. This does not appear significantly changed compared to the previous exam.. There are no extra-axial fluid collections or subdural hematomas. Flow voids are present within the major vessels indicating patency. The paranasal sinuses and mastoid air cells are clear.

The NeuroQuant study demonstrates normal bilateral hippocampal volumes and normal volumes of the lateral ventricles and bilateral temporal horns compared with age-matched controls. There is no preferential hippocampal atrophy or temporal horn dilatation to suggest a neurodegenerative disorder such as Alzheimer's disease. 3-D sagittal images show no abnormality.

NeuroQuant substructure analysis:
Gray-white segmentation quality: Good
Whole brain structures (normative percentiles):
Whole brain: 99.00%
Gray matter: 90.00%
White matter: 97.00%
Hippocampi: 89.00%

IMPRESSION:

No acute intracranial abnormality or worrisome lesion.

There are a few scattered foci of T2 signal changes within the white matter most consistent with mild chronic microvascular ischemic changes. This is unchanged compared to the preceding exam

Volumetric analysis of the intracranial structures is within normal limits.

dd:03/27/2023 10:57 AM

page 1 of 2

MARCUS AR02946

**Lincoln/Marcus 0417**

**MARCUS, Leslie (id #7056, dob:**

From SimonMed AZ Avondale          18559161953          3/27/2023 11:01:25 PDT          Page 2 of 2

 SimonMed
*See Tomorrow Today*

**SimonMed AZ Avondale**
10815 W. McDowell Road Suite 102
Avondale, AZ 85392
Phone: 623-433-0121

## DIAGNOSTIC IMAGING REPORT

Patient:    Marcus, Leslie Sex :F DOB:          Age: 51
            Diag. Imaging#: 3160249
Status:
Referring Physician: DAVID SAPERSTEIN
CC Physician:

EXAM #35507357 - 03/19/2023 12:30 PM -MR BRAIN WITHOUT CONTRAST

Reported by: Crum, Charles M.D.
Electronically signed by: CRUM, CHARLES

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at
855-RAD-TALK(855-723-8255).

page 2 of 2

MARCUS AR02947

**Lincoln/Marcus 0418**

**MARCUS, Leslie (id #7056, dob:**

## MR-BRAIN W/O CONTRAST (#90795, Complete, 03/19/2023 12:30pm)

Dictation Date: 20230327110100

https://images.simonmed.com/view/order/O2461652
Patient Name: Leslie Marcus
Patient DOB:
Patient Sex: F
Referring Provider: DAVID SAPERSTEIN
Performing Location: SimonMed AZ Avondale
Exam # O2461652 - Mar 19 2023 - MR - BRAIN WITHOUT CONTRAST
COMPARISON: March 26, 2019

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and awareness. R 41.89

TECHNIQUE: Multiplanar multisequence MR imaging of the brain without contrast administration. 3D sagittal images obtained under general physician supervision including monitoring and adjustment of the 3D structures and tissue types on an independent workstation. Subsequently, a NeuroQuant volumetric study was performed.

FINDINGS: The ventricles and sulci are normal in size. The cerebellar tonsils are in normal position. There are no masses, mass effect or midline shift. The pituitary gland is normal in size. There is no evidence for acute intracranial hemorrhage or acute cerebral, brainstem or cerebellar infarction. No diffusion-weighted abnormalities are identified. There are a few scattered foci of increased T2 signal seen within the subcortical and deep white matter. This does not appear significantly changed compared to the previous exam.. There are no extra-axial fluid collections or subdural hematomas. Flow voids are present within the major vessels indicating patency. The paranasal sinuses and mastoid air cells are clear.

The NeuroQuant study demonstrates normal bilateral hippocampal volumes and normal volumes of the lateral ventricles and bilateral temporal horns compared with age-matched controls. There is no preferential hippocampal atrophy or temporal horn dilatation to suggest a neurodegenerative disorder such as Alzheimer's disease. 3-D sagittal images show no abnormality.

NeuroQuant substructure analysis:
Gray-white segmentation quality: Good
Whole brain structures (normative percentiles):
Whole brain: 99.00%
Gray matter: 90.00%
White matter: 97.00%
Hippocampi: 89.00%

IMPRESSION:

No acute intracranial abnormality or worrisome lesion.

There are a few scattered foci of T2 signal changes within the white matter most consistent with mild chronic microvascular ischemic changes. This is unchanged compared to the preceding exam

Volumetric analysis of the intracranial structures is within normal limits.
ELECTRONICALLY SIGNED BY: Provider (CRUM, CHARLES) on March 27, 2023

Thank you for your kind referral. If you need further assistance, please contact our Radiologist Hotline at 855-RAD-TALK or 855-723-8255.

MARCUS AR02948

**Lincoln/Marcus 0419**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## MR-CERVICAL SPINE W/O CONTRAST (#90798, Complete, 03/19/2023 12:15pm)

Dictation Date: 20230327110500

https://images.simonmed.com/view/order/O2461653
Patient Name: Leslie Marcus
Patient DOB:
Patient Sex: F
Referring Provider: DAVID SAPERSTEIN
Performing Location: SimonMed AZ Avondale
Exam # O2461653 - Mar 19 2023 - MR - CERVICAL SPINE WITHOUT CONTRAST
COMPARISON: None

CLINICAL HISTORY: Other symptoms and signs involving cognitive functions and
awareness. Paresthesias of skin

TECHNIQUE: Sagittal T1, sagittal and axial T2, and axial gradient echo images
of the cervical spine were obtained without contrast.

FINDINGS:

The vertebral body heights are well maintained.
There is a subtle retrolisthesis measuring 2 to 3 mm of C3 on C4. There is a
minimal levocurvature of the cervical spine diffusely. Mild dextrocurvature the
upper thoracic spine
The spinal cord is normal in course, caliber and signal.
No surgical hardware is evident within the cervical spine.
Bone marrow signal is unremarkable . No significant osseous lesion is evident.
Posterior fossa structures and visible soft tissue structures are unremarkable.

C2-3: Disc is relatively well-maintained. Broad-based central disc protrusion
narrows the ventral space. No cord flattening. Facets are mildly degenerated on
the left without neural foraminal stenosis.

C3-4: There is mild degenerative disc disease. There is diffuse disc osteophyte
complex bulging. There is redundancy ligamentum flavum. There is narrowing the
ventral and dorsal thecal space with mild diffuse ventral and subtle dorsal
lateral cord flattening. There is mild right and left facet arthropathy. With
uncovertebral joint spurring there is moderate bilateral neural foraminal
stenosis.

C4-5: There is mild degenerative disc disease. Mild diffuse disc osteophyte
complex bulging narrowing the ventral space. There is mild redundancy ligamentum
flavum. Subtle superimposed central protrusion results and central cord
flattening. There is moderate right and mild-to-moderate left facet arthropathy.
With uncovertebral joint spurring there is moderate bilateral neural foraminal
stenosis.

C5-6: There is mild degenerative disc disease. Mild diffuse disc osteophyte
complex bulging narrowing the ventral space. There is mild redundancy ligamentum
flavum. No significant cord flattening is noted. There is mild-to-moderate right
and left facet arthropathy. With uncovertebral joint spurring there is moderate
right and severe left neural foraminal stenosis.

C6-7: Disc is relatively well-maintained. No significant central canal stenosis.
There is moderate right and left facet arthropathy. With uncovertebral joint
spurring there is mild right and left neural foraminal stenosis.

C7-T1: There are no disc protrusions, cord compression, central canal spinal
stenosis, or neural foraminal stenosis. There is mild-to-moderate right and mild
left facet arthropathy.

IMPRESSION:

Multilevel cervical spondylosis as described in detail above. No high-grade
central canal stenosis is noted. Cord flattening is evident at C3-4 and C4-5.

Multilevel uncovertebral joint and facet arthropathy results in multilevel
neural foraminal stenosis. This is felt to be significant bilaterally at C3-4,
bilaterally at C4-5 and bilaterally at C5-6.
ELECTRONICALLY SIGNED BY: Provider (CRUM, CHARLES) on March 27, 2023

MARCUS AR02949

**Lincoln/Marcus 0420**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

Thank you for your kind referral. If you need further assistance, please contact
our Radiologist Hotline at 855-RAD-TALK or 855-723-8255.

MARCUS AR02950

**Lincoln/Marcus 0421**

MARCUS, Leslie (id #7056, dob:

# Medical Records - CONFIDENTIAL

**FROM:** AZ - Center for Complex Neurology

Amanda L.
1010 E MCDOWELL RD STE 101, PHOENIX, AZ 85006-2607
Phone: (602) 900-9404
Fax: (833)535-1450

**TO:**

## Name: MARCUS, LESLIE

## DOB:

## Date Range: 01/01/2023 to 05/01/2023

**This document contains the following records of the patient:**
- **Admin Documents**
- **Lab Results**
- **Lab Orders**
- **Clinical Documents**

**Note:** re: MARCUS, L

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:7056-A-25544]

MARCUS AR02951

**Lincoln/Marcus 0422**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



MEDICAL HISTORY FORM

Monday, February 13, 2023

**Name**                    Leslie Marcus

**Date**                    Monday, February 13, 2023

# PROVIDERS

Plesae list the names, specialties and location of other providers who are treating you, including your primary care provider. If you have a phone number, please include that.

### List here:
Tonia Graham PCP
623.322.0099

# PHARMACY
Please provide the name, address and phone number of your preferred pharmacies.

### PREFERRED PHARMACIES
Walgreens
13014 w camelback rd Litchfield park
623.935.0528

# CURRENT MEDICATIONS
Please list any MEDICATIONS you are currently taking, prescribed or over the counter. Please include name of medication, dosage and frequency.

### Current Medications, Dosage and Frequency
Acetazolamide 125mg 2x day
Quilipta 30mg 1x day
Eloquis 5mg 2x day
Clonazapam 1mg 1x day
Montelukast 10mg 1x day
Trazodone 100mg 1x day
Desvenlafaxine 50mg 1x day

# SUPPLEMENTS
Please list any supplements, tinctures, or herbals you are taking, including amount and frequency..

### Current Supplements
Berberine

# ALLERGIES
Please list all medication and food allergies along with the reactions

1

MARCUS AR02953

**Lincoln/Marcus 0423**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

**Medication & Food Allergies**

Corticosteroids
Medical Tape

# PAST SURGERIES
Please list past surgical history with month and year.

**Surgical History**

Oophorectomy 1991
Laparoscopy x9 between 1992-2005
Full Hysterectomy 2006
Heart Ablation 12.26.2018
Lumbar Spondelylosis 3.6.2019
Heart Ablation 06.12.2019
Septoplasty/Turbinate Reduction 07.12.2022

**Have you had COVID and/or the
COVID Vaccine?**

**When did you have COVID or your
most recent vaccine/booster?**    Thursday, December 16, 2021

2

MARCUS AR02954

**Lincoln/Marcus 0424**

MARCUS, Leslie (id #7056, dob:

Jan 06 23, 08:54a      Wellness for life                          6233220966          p.1



**Black Diamond Medical LLC**
**DBA: Wellness for Life Family Practice**
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
623-322-0966 fax
Office
Tonia Graham FNP-BC & M. Dawn Austin FNP-C

Referral Information: Date: 1·6·23

Patient Name: Leslie Marcus _____ DOB:

Email Address: _

Phone:          __Ok to text: __ ✓Okay to leave voicemail: ✓

Address: 15105 W. Savano Ter, Litchfield park, AZ, 85340

Reason: evaluation and treatment for POTS, postural orthostatic
ICD 10 code: I95.1 ___ Secondary: R42 ___, I69.311        tachycardia
Specialist Referral Name/Clinic: Dr. Saperstein MD                Syndrome
Address: 1010 e Mcdowell Rd ste 101, Phx, AZ, 85006
Telephone: 602·900·9404  Fax: 833-525-1460
Visits: 1·6·23  to  1·4·24  Number of Visits: 12
Please call patient to schedule (circle) Immediately Next Available In next 1-2 months

Tonia Graham FNP-BC              Melody Dawn Austin FNP-C
NPI:  1699018621                NPI: 1356768439

Signature: _____

Insurance Co. _____ see attached)

Policy#:_____ Copy of Ins. Card attached (yes)

Please request records when pt has been scheduled.

MARCUS AR02955

**Lincoln/Marcus 0425**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

Jan 06 23, 08:55a     Wellness for life                                    6233220966              p.2

## Lab Results

MARCUS AR02956

Lincoln/Marcus 0426

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## MELANOCYTE STIMULATING HORMONE 03/23/2023 (#90177, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| MELANOCYTE STIMULATING HORMONE | 15 | 0-40 | pg/mL | | Final | 01 |
| | Results for this test are for research purposes only by the assay's manufacturer. The performance characteristics of this product have not been established. Results should not be used as a diagnostic procedure without confirmation of the diagnosis by another medically established diagnostic product or procedure. | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

## THYROID PEROXIDASE (TPO) AB 03/23/2023 (#90176, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| THYROID PEROXIDASE (TPO) AB | 11 | 0-34 | IU/mL | | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR02957

**Lincoln/Marcus 0427**

athena | 5/4/2023 7:10:08 pm EDT | 9888219f-d348-4bc0-a282-329adaaa08b3 | Page: 08 / 55

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## COPPER, SERUM OR PLASMA 03/23/2023 (#90175, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| COPPER, SERUM OR PLASMA | 133 | 80-158 | ug/dL | | Final | 01 |
| | | | | | Detection Limit = 5 | |
| RESULT NOTE | FASTING YES Test(s) 001586-Copper, Serum or Plasma was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |

## CERULOPLASMIN 03/23/2023 (#90174, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02) LABCORP PHOENIX EARLE COLLUM 5005 S 40TH STREET STE 1200 PHOENIX, AZ 850402969 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| CERULOPLASMIN | 24.8 | 19.0-39.0 | mg/dL | | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR02958

**Lincoln/Marcus 0428**

**MARCUS, Leslie (id #7056, dob:**

## THYROGLOBULIN ANTIBODY 03/23/2023 (#90173, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02) LABCORP PHOENIX EARLE COLLUM 5005 S 40TH STREET STE 1200 PHOENIX, AZ 850402969 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | Status | Lab |
|---|---|---|---|---|---|
| THYROGLOBULIN ANTIBODY | <1.0 | 0.0-0.9 | IU/mL | Final | 02 |
| | Thyroglobulin Antibody measured by Beckman Coulter Methodology | | | | |
| RESULT NOTE | FASTING YES | | | | |

## HISTAMINE, PLASMA 03/23/2023 (#90172, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| HISTAMINE, PLASMA | 1.88 | <1.00 | ng/mL | Above High Normal | Final | 01 |
| RESULT NOTE | FASTING YES Test(s) 144601-Histamine, Plasma This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |

MARCUS AR02959

**Lincoln/Marcus 0429**

**MARCUS, Leslie (id #7056, dob:**

## HISTAMINE DETERMINATION, BLOOD 03/23/2023 (#90171, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| **HISTAMINE DETERMINATION, BLOOD** | **144** | 12-127 | ng/mL | **Above High Normal** | Final | 01 |
| RESULT NOTE | FASTING YES Test(s) 081746-Histamine Determination, Blood This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | | |

## HOMOCYST(E)INE 03/23/2023 (#90170, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02) LABCORP PHOENIX EARLE COLLUM 5005 S 40TH STREET STE 1200 PHOENIX, AZ 850402969 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| **HOMOCYST(E)INE** | **20.3** | 0.0-14.5 | umol/L | **Above High Normal** | Final | 02 |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR02960

**Lincoln/Marcus 0430**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## MMP-9 (MATRIX METALLOPROT.-9) 03/23/2023 (#90169, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | ESOTERIX INC (06)<br>ESOTERIX INC<br>BRIAN F. POIRIER<br>8490 UPLAND DRIVE STE 100<br>ENGLEWOOD, CO 801127116<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | Status | Lab |
|---|---|---|---|---|---|
| MMP9 | 737 | | ng/mL | Final | 06 |

Reference Range:
<984
**Results of this test are for research purposes only per
the assay manufacturer. The performance characteristics of
this assay have not been established. The result should not
be used as a diagnostic procedure without confirmation of
the diagnosis by another medically established diagnostic
product or procedure.

| RESULT NOTE | FASTING YES |
|---|---|

## COMPLEMENT C4A 03/23/2023 (#90168, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| COMPLEMENT C4A | 809.0 | 0.0-650.0 | ng/mL | Above High Normal | Final | 01 |

Results for this test are for research purposes only by the assay's
manufacturer.  The performance characteristics of this product have
not been established.  Results should not be used as a diagnostic
procedure without confirmation of the diagnosis by another medically
established diagnostic product or procedure.

| RESULT NOTE | FASTING YES |
|---|---|

MARCUS AR02961

**Lincoln/Marcus 0431**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## TRYPTASE 03/23/2023 (#90167, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br>Account ID: 02031930 |
| --- | --- | --- | --- |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
| --- | --- | --- | --- | --- | --- |
| TRYPTASE | 5.8 | 2.2-13.2 | ug/L | Final | 01 |
| RESULT NOTE | FASTING YES | | | | |

## TRANS. GROWTH FACT. BETA 1* 03/23/2023 (#90166, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | EUROFINS VIRACOR LLC (05)<br>EUROFINS VIRACOR LLC<br>BROCK NEIL<br>18000 W 99TH STREET<br>LENEXA, KS 662191233<br>Account ID: 02031930 |
| --- | --- | --- | --- |
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
| --- | --- | --- | --- | --- | --- | --- |
| TRANS. GROWTH FACT. BETA 1* | 11269 | 867-6662 | pg/mL | Above High Normal | Final | 05 |
| | The result is reported in pg/mL. The assay range is approximately 150 to 50,000. The reference range for a healthy population is 867-6662. However it should be noted that these ranges are obtained from a limited population of apparently healthy adults and are not diagnostic thresholds.<br>*This test was developed and its performance characteristics determined by Eurofins Viracor. It has not been cleared or approved by the U.S. Food and Drug Administration. | | | | | |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR02962

**Lincoln/Marcus 0432**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## PROSTAGLANDIN D2, SERUM 03/23/2023 (#90165, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | ESOTERIX INC (04)<br>ESOTERIX INC<br>BRIAN POIRIER<br>4301 LOST HILLS ROAD<br>CALABASAS HILLS, CA 913015358<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| PROSTAGLANDIN D2, SERUM | 19 | | pg/mL | Final | 04 |
| | This test was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration.<br>Reference Range:<br>2.0 - 100 | | | | |
| RESULT NOTE | FASTING YES | | | | |

## METANEPHRINES, FRAC., PL. FREE 03/23/2023 (#90164, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| NORMETANEPHRINE, PL | 125.7 | 0.0-244.0 | pg/mL | Final | 01 |
| METANEPHRINE, PL | 27.0 | 0.0-88.0 | pg/mL | Final | 01 |
| RESULT NOTE | FASTING YES<br>Test(s) 070013-Normetanephrine, Pl; 070023-Metanephrine, Pl was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | |

MARCUS AR02963

**Lincoln/Marcus 0433**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## IMMUNOGLOBULINS A/E/G/M, SERUM 03/23/2023 (#90163, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP PHOENIX (02)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>LABCORP PHOENIX (03)<br>LABCORP PHOENIX<br>EARLE COLLUM<br>5005 S 40TH STREET STE 1200<br>PHOENIX, AZ 850402969<br><br>Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| IMMUNOGLOBULIN G, QN, SERUM | 1315 | 586-1602 | mg/dL | | Final | 02 |
| **IMMUNOGLOBULIN A, QN, SERUM** | **439** | **87-352** | **mg/dL** | **Above High Normal** | **Final** | **02** |
| IMMUNOGLOBULIN M, QN, SERUM | 137 | 26-217 | mg/dL | | Final | 02 |
| **IMMUNOGLOBULIN E, TOTAL** | **611** | **6-495** | **IU/mL** | **Above High Normal** | **Final** | **03** |
| RESULT NOTE | FASTING YES | | | | | |

MARCUS AR02964

**Lincoln/Marcus 0434**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

## PARANEOPLASTIC AB 03/23/2023 (#90162, Final, 03/08/2023 11:13am)

| Ordering Provider | DAVID S. SAPERSTEIN, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 02031930 |
|---|---|---|---|
| Specimen/Accession ID | 12790CE25544 | Specimen Source | |
| Specimen Coll. Date | 03/08/2023 11:13 | Result Status | Final |
| Specimen Rec. Date | 03/08/2023 00:00 | Report Status | |
| Specimen Reported Date | 03/23/2023 19:07 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| INTERPRETATION | Negative | NEGATIVE | | Final | 01 |
| | A negative paraneoplastic autoantibody result does not rule out all clinically relevant antibodies. If indicated, a phenotype-specific profile (For example, Encephalopathy, dementia, myelopathy, or axonal neuropathy) should be considered. | | | | |
| ANTI-HU AB | Negative | NEGATIVE | | Final | 01 |
| ANTI-RI AB | Negative | NEGATIVE | | Final | 01 |
| ANTINERUONAL NUCLEAR AB TYPE 3 | Negative | NEGATIVE | | Final | 01 |
| PCA TYPE-1 (ANTI-YO) AB | Negative | NEGATIVE | | Final | 01 |
| PURKINJE CELL CYTO AB TYPE 2 | Negative | NEGATIVE | | Final | 01 |
| PURKINJE CELL CYTO AB TYPE TR | Negative | NEGATIVE | | Final | 01 |
| AMPHIPHYSIN ANTIBODY | Negative | NEGATIVE | | Final | 01 |
| CRMP-5 IGG | Negative | NEGATIVE | | Final | 01 |
| AGNA-1 | Negative | NEGATIVE | | Final | 01 |
| VGCC ANTIBODY | <1.0 | 0.0-30.0 | pmol/L | Final | 01 |
| CASPR2 ANTIBODY,CELL-BASED IFA | Negative | NEGATIVE | | Final | 01 |
| LGI1 ANTIBODY, CELL-BASED IFA | Negative | NEGATIVE | | Final | 01 |
| RESULT NOTE | FASTING YES Test(s) 505241-Anti-Hu Ab; 505243-Anti-Ri Ab; 505469-Antineruonal nuclear Ab Type 3; 505245-PCA Type-1 (Anti-Yo) Ab; 505471-Purkinje Cell Cyto Ab Type 2; 505472-Purkinje Cell Cyto Ab Type Tr; 505470-Amphiphysin Antibody; 505486-CRMP-5 IgG; 505488-AGNA-1; 505431-CASPR2 Antibody,Cell-based IFA; 505356-LGI1 Antibody, Cell-based IFA was developed and its performance characteristics determined by Labcorp. It has not been cleared or approved by the Food and Drug Administration. | | | | |

MARCUS AR02965

**Lincoln/Marcus 0435**

athena   5/4/2023 7:10:08 pm EDT   9888219f-d348-4bc0-a282-329adaaa08b3   Page: 16 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:              )**

## Lab Orders

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84566-H-25544]

# Lab Order
03/01/2023

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: **(602) 253-6946**<br><br>Fax: **(602) 253-6734** | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: **(602) 900-9404**<br>Fax: **(833)535-1450** |

**Order**

**Orders included: 1**

**Tremor | ICD-10: R25.1: Tremor, unspecified**
- **PARANEOPLASTIC ANTIBODY PANEL, SERUM | BILL: Patient**
  **| TO BE PERFORMED ON OR AROUND: 03/01/2023**
  **NOTE TO LAB: Labcorp panel 505535**
  **ORDERED: 03/01/2023**
      **NOTE: The lab order has been changed since being sent electronically.**

| | |
|---|---|
| **Patient Name** | MARCUS, LESLIE |
| **Sex - DOB - Age** | F          51yo |
| **Address** | |
| **Phone** | h:          w: |
| **Primary Insurance** | |
| **Secondary Insurance** | |
| **Drawn by:** | |
| **Date/Time Drawn:** | |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |
| **Other/Notes:** | |
| **CC:** | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

MARCUS AR02966

**Lincoln/Marcus 0436**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84564-H-25544]

# Lab Order

03/01/2023

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Tremor | ICD-10: R25.1: Tremor, unspecified**
● **001560 | ceruloplasmin | BILL: Patient**
  **| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**
      NOTE: The lab order has been changed since being sent electronically.

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |

| Phone | h:          w: |
|---|---|
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits

MARCUS AR02967

**Lincoln/Marcus 0437**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84563-H-25544]

# Lab Order
03/01/2023

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Tremor | ICD-10: R25.1: Tremor, unspecified**
- **001586 | copper, serum or plasma | BILL: Patient**
  **| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**
        **NOTE: The lab order has been changed since being sent electronically.**

| Patient Name | MARCUS, LESLIE |
|---|---|
| **Sex - DOB - Age** | F          51yo |

**Address**

| Phone | h:          w: |
|---|---|
| **Primary Insurance** | |
| **Secondary Insurance** | |
| **Drawn by:** | |
| **Date/Time Drawn:** | _____ |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |
| **Other/Notes:** | |
| **CC:** | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender

MARCUS AR02968

**Lincoln/Marcus 0438**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84558-H-25544]

# Lab Order
03/01/2023

| Order To | Ordering Provider |
|---|---|
|  | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>**Phone: (602) 900-9404**<br>**Fax: (833)535-1450** |

**Order**

**Orders included: 1**

**Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified**
**• PROSTAGLANDIN D2, QUANT, SERUM OR PLASMA | BILL: Patient**

| | |
|---|---|
| **Patient Name** | **MARCUS, LESLIE** |
| **Sex - DOB - Age** | F ᴜꜱ/ᴢ/ᵢᵢꜱ/ᵢ 51yo |
| **Address** | L |
| **Phone** | h:          w: |
| **Primary Insurance** | |
| **Secondary Insurance** | |
| **Drawn by:** | |
| **Date/Time Drawn:** | _____ |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |
| **Other/Notes:** | |
| **CC:** | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84557-H-25544]

# Lab Order
03/01/2023

MARCUS AR02969

**Lincoln/Marcus 0439**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
|  | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

### Order

**Orders included: 1**

**Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified**
**• HISTAMINE, SERUM OR PLASMA | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| **Sex - DOB - Age** | F        51yo |
| **Address** |  |
| **Phone** | h:            w: |
| **Primary Insurance** |  |
| **Secondary Insurance** |  |
| **Drawn by:** |  |
| **Date/Time Drawn:** | _____ |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |
| **Other/Notes:** |  |
| **CC:** |  |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84556-H-25544]

## Lab Order
03/01/2023

MARCUS AR02970

**Lincoln/Marcus 0440**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>**Phone: (602) 900-9404**<br>**Fax: (833)535-1450** |

**Order**

**Orders included: 1**

**Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified**
**• TRYPTASE, SERUM | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | _____ |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84555-H-25544]

# Lab Order
03/01/2023

MARCUS AR02971

**Lincoln/Marcus 0441**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Mast cell activation syndrome | ICD-10: D89.40: Mast cell activation, unspecified**
**• HISTAMINE, QUANTITATIVE, BLOOD | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F         51yo |
| Address | |

| Phone | h:          w: |
|---|---|
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | _____ |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84553-H-25544]

# Lab Order
03/01/2023

MARCUS AR02972

**Lincoln/Marcus 0442**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Disorder of immune function | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
**• 002295 | Immunoglobulins A/E/g/M, serum | BILL: Patient**
**| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**
**NOTE: The lab order has been changed since being sent electronically.**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:            w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84552-H-25544]

# Lab Order
03/01/2023

MARCUS AR02973

**Lincoln/Marcus 0443**

athena          5/4/2023 7:10:08 pm EDT          9888219f-d348-4bc0-a282-329adaaa08b3          Page: 24 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| **LABCORP** <br><br> **1010 E MCDOWELL RD STE 201** <br> **PHOENIX, AZ 85006-2608** <br><br> Phone: (602) 253-6946 <br><br> Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD** <br> **1871585711** <br> **Main Office** <br> **1010 E MCDOWELL RD STE 101** <br> **PHOENIX, AZ 85006-2607** <br> Phone: (602) 900-9404 <br> Fax: (833)535-1450 |

**Order**

Orders included: 1

**Disorder of immune function | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
**• 006676 | thyroid peroxidase (tpo) Ab | BILL: Patient**
  **| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**
      **NOTE: The lab order has been changed since being sent electronically.**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F          51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed <br> - 8 HR <br> - 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84551-H-25544]

# Lab Order
03/01/2023

MARCUS AR02974

**Lincoln/Marcus 0444**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| **LABCORP**<br><br>**1010 E MCDOWELL RD STE 201**<br>**PHOENIX, AZ 85006-2608**<br><br>Phone: (602) 253-6946<br><br>Fax: (602) 253-6734 | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Disorder of immune function | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
**• 006685 | thyroglobulin antibody | BILL: Patient**
**| TO BE PERFORMED ON OR AROUND: 03/01/2023 | ORDERED: 03/01/2023**
**    NOTE: The lab order has been changed since being sent electronically.**

| Patient Name | MARCUS, LESLIE |
|---|---|
| **Sex - DOB - Age** | F          51yo |
| **Address** | |
| **Phone** | h:          w: |
| **Primary Insurance** | |
| **Secondary Insurance** | |
| **Drawn by:** | |
| **Date/Time Drawn:** | |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |
| **Other/Notes:** | |
| **CC:** | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84550-H-25544]

# Lab Order
03/01/2023

MARCUS AR02975

**Lincoln/Marcus 0445**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
**• ALPHA MELANOCYTE STIMULATING HORMONE, SERUM OR PLASMA | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F 05/27/1971 51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | _____ |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84549-H-25544]

# Lab Order
03/01/2023

MARCUS AR02976

**Lincoln/Marcus 0446**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
● MATRIX METALLOPEPTIDASE 9, QUANTITATIVE, SERUM | BILL: Patient

| | |
|---|---|
| **Patient Name** | MARCUS, LESLIE |
| **Sex - DOB - Age** | F 05/27/1971 51yo |
| **Address** | |
| **Phone** | h:          w: |
| **Primary Insurance** | |
| **Secondary Insurance** | |
| **Drawn by:** | |
| **Date/Time Drawn:** | |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |
| **Other/Notes:** | |
| **CC:** | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84548-H-25544]

# Lab Order
03/01/2023

MARCUS AR02977

**Lincoln/Marcus 0447**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

**Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
**• TRANSFORMING GROWTH FACTOR BETA 1, SERUM OR PLASMA | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F 05/27/1971 51yo |
| Address | |
| Phone | h:                    w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84547-H-25544]

# Lab Order
03/01/2023

MARCUS AR02978

**Lincoln/Marcus 0448**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| | **DAVID S. SAPERSTEIN, MD**<br>**1871585711**<br>**Main Office**<br>**1010 E MCDOWELL RD STE 101**<br>**PHOENIX, AZ 85006-2607**<br>**Phone: (602) 900-9404**<br>**Fax: (833)535-1450** |

**Order**

**Orders included: 1**

**Nonspecific immune reaction | ICD-10: D89.9: Disorder involving the immune mechanism, unspecified**
**• COMPLEMENT C4A, PLASMA | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F 05/27/1971 51yo |
| Address | |
| Phone | h:                    w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84546-H-25544]

# Lab Order
03/01/2023

MARCUS AR02979

**Lincoln/Marcus 0449**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

| Order To | Ordering Provider |
|---|---|
| | DAVID S. SAPERSTEIN, MD |
| | 1871585711 |
| | Main Office |
| | 1010 E MCDOWELL RD STE 101 |
| | PHOENIX, AZ 85006-2607 |
| | Phone: (602) 900-9404 |
| | Fax: (833)535-1450 |

**Order**

**Orders included: 1**

**Medical examination for suspected condition | ICD-10: Z00.01: Encounter for general adult medical examination with abnormal findings**
**• HOMOCYSTEINE, SERUM OR PLASMA | BILL: Patient**

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F 05/27/1971 51yo |
| Address | |
| Phone | h:          w: |
| Primary Insurance | |
| Secondary Insurance | |
| Drawn by: | |
| Date/Time Drawn: | _____ |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_(signature)_

DAVID S. SAPERSTEIN, MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:84544-H-25544]

# Lab Order
03/01/2023

MARCUS AR02980

**Lincoln/Marcus 0450**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:            )

| Order To | Ordering Provider |
|---|---|
|  | DAVID S. SAPERSTEIN, MD<br>1871585711<br>Main Office<br>1010 E MCDOWELL RD STE 101<br>PHOENIX, AZ 85006-2607<br>Phone: (602) 900-9404<br>Fax: (833)535-1450 |

**Order**

Orders included: 1

Disorder of autonomic nervous system | ICD-10: G90.9: Disorder of the autonomic nervous system, unspecified
• METANEPHRINES, FRACTIONATED, FREE, PLASMA | BILL: Patient

| Patient Name | MARCUS, LESLIE |
|---|---|
| Sex - DOB - Age | F           51yo |
| Address |  |
| Phone | h:              w: |
| Primary Insurance |  |
| Secondary Insurance |  |
| Drawn by: |  |
| Date/Time Drawn: | _____ |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: |  |
| CC: |  |

Electronically Signed by: DAVID S. SAPERSTEIN, MD

_____
DAVID S. SAPERSTEIN, MD

**Clinical Documents**

MARCUS AR02981

Lincoln/Marcus 0451

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

## MARCUS, Leslie (id #7056, dob:

**Patient Portal - Patient Submitted Health History - 04/20/2023**
These are the patient's answers to their self checkin workflow for their appointment on 04/20/2023 5:00PM
with TECH. Blank answers below indicate the lack of a condition, surgery, vaccine, etc.

## Medications

| | |
|---|---|
| Eliquis 5 mg tablet | Sig: take 1 tablet(s) 2 times a day by oral route |
| acetazolamide 125 mg tablet | Sig: take 1 tablet(s) 2 times a day by oral route |
| Qulipta 30 mg tablet | Sig: take 1 tablet(s) every day by oral route |
| trazodone 100 mg tablet | Sig: take 1 tablet(s) every day by oral route |
| berberine-herbal comb no.18 capsule | No additional information |
| desvenlafaxine ER 50 mg tablet,extended release 24 hr | Sig: take 1 tablet(s) every day by oral route |
| montelukast 10 mg tablet | Sig: take 1 tablet(s) every day by oral route |
| clonazepam 1 mg disintegrating tablet | Sig: take 1 tablet(s) every day by oral route |

MARCUS AR02982

**Lincoln/Marcus 0452**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

 

CNS/Adults: Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
PPI/Children: Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## NEUROPSYCHOLOGICAL EVALUATION

**PATIENT NAME:** Leslie S. Marcus
**DATE OF BIRTH (AGE):**                    (50:5)
**DATE OF INITIAL INTERVIEW:** 09/08/2021
**DATE OF TESTING:** 11/15/2021

**EDUCATION:** 13 years
**OCCUPATION:** Unemployed
**HANDEDNESS:** Right
**ETHNICITY:** Caucasian

**PRIMARY CARE PROVIDER:**        Tonia Graham, FNP-BC
**TREATING PHYSICIAN:**        Frank E. Cibulka, M.D.

### REASON FOR CONSULTATION/HISTORY OF PRESENTING ILLNESS:

Ms. Marcus has experienced increasing deficits in memory and other cognitive functioning, with a more precipitous decline occurring within the last few years. Currently, she experiences difficulty remembering peoples' names and she tends to misplace items. She repeats herself and forgets her thought processes, mid-sentence. She struggles to remember what she has read. She experiences difficulty remembering recent events and recalling past events. It is difficult for her to learn new information and perform once-familiar tasks. She becomes distracted easily as it is difficult for her to concentrate. Her clarity of thinking and processing speed have diminished. She becomes confused easily as she is unable to recall the date after waking up. It is difficult for her to plan and organize. Reportedly, she struggles with her sense of direction as she forgets her intended destination and becomes lost while driving. This neuropsychological assessment was requested to assess her current level of neurocognitive and psychological functioning, to assist with determining the severity of her memory loss and other neurocognitive deficits, to evaluate the contribute of mood factors, and to aid with treatment planning.

---

### DIAGNOSTIC SUMMARY:
*Based on the results of the assessment, the following* ***ICD-10-CM*** *diagnoses are offered:*

1.  F03.90        Dementia without Behavioral Disturbance
2.  R41.3        Memory Loss
3.  F32.2        Depression, severe
4.  F41.9        Anxiety, severe

### Global Deterioration Scale Stage 4 of 7
• Moderate cognitive decline: Mild level of dementia

---

### TEST RESULTS – SUMMARY AND RECOMMENDATIONS:

1.  Ms. Marcus' performance placed her significantly below expectations on several measures of neurocognitive functioning. Given her history, and the current report/pattern of her neuropsychological impairments, her observed functioning would place her at a **Global Deterioration Scale stage of 4, which represents moderate cognitive decline and a mild level of dementia.**

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS AR02983

**Lincoln/Marcus 0453**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                PAGE 2 OF 22

2. <u>Overall, Ms. Marcus primarily exhibited neurocognitive deficits/symptomatology consistent with dysfunction in right frontal and bilateral temporal cerebral lobe areas</u>. The following recommendations are provided to stem her neurocognitive decline (i.e., slow her neurocognitive dysfunction from progressing through the stages of deterioration of dementia) and rehabilitate (as much as possible) her various areas of neurocognitive dysfunction, to slow a possible neurodegenerative condition. The progression of her neuropsychological dysfunction will provide more diagnostic clarity and may help with determining the pathogenesis of her memory loss. As her neurocognitive deficits are rehabilitated via the cognitive exercises listed below, she may realize modest improvement in some neuropsychological domains. Periodic assessment of her neurocognitive functioning is recommended to further assist with diagnostic formulations and ensure that appropriate care is provided for her. *Thus, this assessment can also serve as a baseline for her and track further neurocognitive changes.*

3. At this time, Ms. Marcus would benefit from <u>immediate</u> pharmacological treatment of her memory disorder. Typical treatment of dementia conditions includes commonly prescribed acetylcholinesterase inhibitors such as: **Aricept®, Exelon®, Razadyne ER®,** or the generic form of these medications, **Donepezil®**. Eventual, adjunctive treatment with **Namenda®** is also recommended (**Memantine®**: generic version). These treatments have been found to be effective in slowing the neurocognitive decline/memory loss associated with dementia.

4. With respect to psychological functioning, during the clinical interview, Ms. Marcus reported symptomatology associated with significant emotional distress. On objective measures and during the self-report observations, she reported severe depressive symptomatology and severe levels of anxiety. Thus, she would benefit from continued monitoring of her mood and <u>from treatment with an appropriate psychotropic medication to treat her persistent symptomatology</u>. A medication such as this can help increase her interest and aid her in initiating other activities designed to stem decline in other functional neurocognitive areas, detailed below. Persistent difficulties with emotions can be attributed to dysfunction in right frontal areas, commonly associated with emotional regulation. *That is to say, there is often a neurological mechanism/problem underlying difficulties with emotional lability and/or sensitivity.*

5. In general, Ms. Marcus' performance was characterized by fluctuating attention/arousal and decreased speed of information processing, as well as poor initiation and diminished memory (i.e., very rapid forgetting). Test instructions were repeated when she forgot instructions mid-test. Her memory deficits are characterized by poor working memory, deficient recent or short-term memory, variable learning and encoding, but relatively intact distant memory. During testing, she exhibited behavioral slowing, fluctuating lucidity, and presented as occasionally confused. In addition, she occasionally repeated herself. These are all common findings seen with patients suffering from dementia.

6. Ms. Marcus has experienced a functional decline and her performance placed her significantly below expectations, as her scores placed her in the borderline impaired range of functioning (i.e., below the 10th percentile) to the severely impaired range of functioning (i.e., below the 2.3 percentile) on several neurocognitive measures. She exhibited impaired functioning on measures of visual discriminant attention, impulsivity to visual information, abstract reasoning with visual information, immediate recall of visual information, and delayed recall of visual information.

**CNS – C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES

MARCUS AR02984

**Lincoln/Marcus 0454**

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                               NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                            PAGE 3 OF 22

7. Similarly, Ms. Marcus' performance placed her below expectations, in the low normal range of functioning (i.e., from the 11th to 16th percentiles) to the low average range of functioning (i.e., from the 17th to 25th percentiles) on measures of verbal processing speed, abstract reasoning with auditory/verbal information, visual encoding/decoding, immediate recall of auditory/verbal information, delayed recall of auditory/verbal information, recognition memory of auditory/verbal information, and executive functioning/higher order cognitive processing involving auditory/verbal information.

8. Nevertheless, Ms. Marcus' performance placed her within normal limits, in the average range of functioning (i.e., from the 26th to 74th percentiles) on measures of mental status/orientation, visual organization, sustained visual attention, perseverative responding to visual information, visual attentional flexibility, visual color naming, verbal mental flexibility, visual working memory, visual attention, visual attention with distractions, phonemic verbal fluency, semantic verbal fluency, naming/word finding, verbal comprehension, visuoperceptual reasoning, auditory working memory, visual processing speed, full-scale intellectual functioning, general ability (intellectual ability), vocabulary and verbal knowledge, general knowledge (distant memory), visual puzzles/visuoperceptual reasoning, mathematical ability/arithmetic, visual search and attention, recognition memory of visual information, and executive functioning/higher order cognitive processing involving visual information.

9. Further, Ms. Marcus' performance placed her in the high average range of functioning (i.e., from the 75th to 90th percentiles) on measures of reaction time to visual information, visual processing, visual mental flexibility, visuospatial and visuomotor functioning, visual matrix reasoning, and auditory attention. If specific test scores are needed, these can be provided. Memory, attention, and intellectual functioning score summary tables and graphs are attached as Appendices.

10. The following implications of frontal dysfunction in the brain were discussed with Ms. Marcus. These often can cause difficulties across various physical, cognitive, and emotional domains. These included the following:
    • Problems with attention and concentration. She may become more easily distracted.
    • Problems with organization and planning; difficulty carrying out or executing plans.
    • Problems with emotional regulation. She may have trouble looking at and analyzing the long-term consequences of her actions.
    • She may act impulsively; difficulty visualizing how something might "play out."
    • She may have trouble inhibiting irritability. Due to increased emotional lability, often the emotional response can be out of proportion to a given event.
    • She may also have trouble with arousal and may have trouble with fatigue and feel a lack of motivation and interest/initiative.
    • She may experience difficulty with reasoning and mental flexibility.
    • Problems with memory storage become more apparent, as information encoded becomes more complex and organizational demands increase.

11. Ms. Marcus may benefit from cognitive exercises designed to stem the neurocognitive decline she is currently experiencing and attempt to rehabilitate various areas of neurocognitive dysfunction. She should regularly read aloud. She should read new, novel information to which she has not previously been exposed, to stimulate her vocabulary stores, as well as melodic words of prose and poetry to retain her vocal prosody. In addition, she should complete jigsaw puzzles, crossword puzzles, word searches, play checkers, chess, solitaire, dominoes, strategy card games (e.g., Poker, Bridge, 500,

**CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES**

MARCUS AR02985

**Lincoln/Marcus 0455**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                             PAGE 4 OF 22

War, Hearts, Texas Hold 'Em, Go Fish), Bookworm®, Sudoku®, Cranium®, Memory®, Concentration®, Scrabble®, Mahjong®, Yahtzee®, Rummikub®, FreeCell®, Tetris®, Uno®, Rook®, Risk®, Battleship®, Monopoly®, Clue®, Raj®, Quarto®, Trivial Pursuit®, write often, and complete similar activities that stimulate both cortical and subcortical areas. She should consider purchasing a Nintendo DS lite system with the following games: Brain Age®, Brain Age 2®, and Brain Academy®. She should generally limit television viewing time and increase time engaged in the activities listed above to stimulate both cortical and subcortical areas, increasing processing speed, attention, complex processing/executive functioning, reasoning, verbal fluency, learning/memory, and mental flexibility. She should optimize study time by eliminating distractions such as telephone calls, background noise (e.g., television, radio), and interruptions by family members or friends. *Ms. Marcus was given a detailed list of cognitive exercises customized to rehabilitate her pattern of neurocognitive deficits found during testing (i.e., she is strongly encouraged to focus on right frontal, right temporal, and left temporal rehabilitation, as well as verbal reasoning exercises).*

12. Ms. Marcus is encouraged to engage in a regular physical exercise routine under the guidance of her primary care provider. Activities that include resistance and cardiovascular training likely will enhance her cardiovascular functioning and strengthen and promote additional conditioning. Exercises such as walking and swimming may benefit her. Furthermore, such activities likely will improve her mood and provide an effective outlet for emotional pressures she may experience. She is encouraged to perform activities that promote fine motor control and motor strength. Similarly, Ms. Marcus should eat healthfully and consume foods with soluble fiber (i.e., oatmeal, blueberries, strawberries, etc.). She may consider supplementing her diet with Vitamin E tablets, at 400 IU strength. Vitamin B complex supplements have also been shown to help with memory loss. She is strongly encouraged to increase her social activity level and interest.

13. Ms. Marcus would benefit from training on the use of external aids for organization (e.g., a daily planner) to become more successful with this. It is advisable for her to utilize both verbal and visual cues to facilitate recall. In addition, when learning new information, it is advisable for her to study information using both formats to ensure that recall of the information is maximized. Ms. Marcus also may benefit from writing down specific goals on a daily basis and utilizing these external aids. Similarly, it is advisable for her to include daily short-term goals as well as more involved long-term goals. To maximize the benefit from such measures, she is advised to utilize them consistently and systematically. As she uses these encoding systems concurrently, they will become more effectively linked, as she is thus storing information via several modalities when reading it (visual), hearing it (auditory), and even speaking it (language production). She should break down complex information into simpler parts to facilitate processing, encoding, retention, and recall.

14. Ms. Marcus was provided with comprehensive feedback regarding the results of this neuropsychological evaluation. She was apprised of her current neurocognitive status, as well as the likely prognosis for her future. Such feedback in the form of psychoeducation may have helped her understand any persistent cognitive and/or emotional sequelae that she is experiencing at the present time. Also, she was informed of the deleterious impact that emotional distress has on neurocognitive functioning. Moreover, such information provided ways to help Ms. Marcus develop the most efficient and effective

**CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES**

MARCUS AR02986

**Lincoln/Marcus 0456**

athena          5/4/2023 7:10:08 pm EDT                    9888219f-d348-4bc0-a282-329adaaa08b3          Page: 37 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                          NOVEMBER 15ᵀᴴ, 2021
LESLIE S. MARCUS                                                      PAGE 5 OF 22

strategies for maximizing her functional abilities. Ultimately, this feedback may enhance the quality of her life.

15. Finally, a follow-up neuropsychological evaluation in 2 years is recommended. **Ms. Marcus should return by November 2023 for a full neuropsychological re-evaluation.** The effect of rehabilitation on dysfunctional cerebral areas can be directly measured and any modest recovery of functioning can be assessed. Alternatively, any further deterioration can be measured at that time. Also, the implementation of assistive and/or further compensatory strategies can be suggested. Using the results of the present examination, changes in her neuropsychological functioning could be monitored directly. That is, the data derived from the follow-up evaluation would provide an opportunity to document continued cognitive changes, as well as to determine if there are any impairments that might require further medical and/or psychological intervention. Should her status suddenly change significantly, a more immediate evaluation may be warranted.

### BEHAVIORAL OBSERVATIONS/MENTAL STATUS:

Ms. Marcus arrived promptly for her appointment today. She was casually, but neatly dressed. At the time of the interview, there were no overt indications of auditory or visual hallucinations or the presence of delusional systems. Additionally, she appeared free of psychotic thought processes. The range of her affect was full and appropriate. Overall, Ms. Marcus exhibited a diminished level of awareness of the significance and the severity of her neurocognitive deficits.

In general, Ms. Marcus' speech was within normal limits for articulation and relevance. She exhibited word finding difficulties. Nevertheless, overall, her verbal skills generally function well, and she can carry on a conversation without significant difficulty. Others may tend to underestimate the extent of her neurocognitive deficits due to this (as we tend to evaluate others' abilities primarily via verbal interactions).

Overall, Ms. Marcus was fully engaged in the testing process. She was alert, exhibited good attention and comprehension, and was fully cooperative. On measures specifically designed to detect malingering or low effort, she generally performed within normal limits, suggesting that she put forth good effort. *In light of her scores on subtle indicators of effort and motivation, observed cooperation on tasks, and good effort during the evaluation, these results are considered to be a valid and reliable estimate of her current level of neurocognitive functioning.*

Thank you for this opportunity to participate in the care of this pleasant and interesting individual. Should you have any questions, please do not hesitate to contact me directly.

Cordially,

Dane A. Higgins, Ph.D.
Neuropsychologist, Licensed Clinical Psychologist

**CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES**

MARCUS AR02987

**Lincoln/Marcus 0457**

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                       PAGE 6 OF 22

## *EXTENDED REPORT / SUPPORTING TEST DATA*

### Appendix A

### TESTS ADMINISTERED / ASSESSMENT PROCEDURES

Test Battery and/or Subtest [domain]:

Animal Naming Test [semantic verbal fluency]
Beck Anxiety Inventory (BAI) [anxiety self-report inventory]
Beck Depression Inventory-II (BDI-II) [depression self-report inventory]
Boston Naming Test (BNT) [vocabulary, word finding, and naming]
Brief Visuospatial Memory Test Revised (BVMT-R) [visual learning, recall, and recognition]
Clinical Neuropsychological Interview [history and presenting problems]
Clock Drawing Test (CLOCK) [visual planning and conceptualization]
Comprehensive Trail-Making Test (CTMT) [attention, processing speed, mental flexibility]
Controlled Oral Word Association Test (COWAT) [phonemic verbal fluency]
Conners Continuous Performance Test 3 (CPT-3) [immediate & sustained attention]
Halstead-Reitan Neuropsychological Test Battery [Selected subtests]
- Category Test (CAT) [visuospatial abstract reasoning, complex processing]
  - Bolter Validity Index [effort/malingering] embedded in this measure
Hooper Visual Organization Test (HVOT) [visuospatial organization]
Hopkins Verbal Learning Test-Revised (HVLT-R) [rote verbal learning and recall]
Judgment of Line Orientation (J-LO) [visuospatial processing/angular orientation]
Mini-Mental State Examination (MMSE) [orientation and mental status]
Mood Assessment Scale [depression self-report inventory]
Rey Dot Counting Test (RDCT) [effort/malingering]
Stroop Color & Word Test (STROOP) [processing speed, executive functioning & mental flex]
Symbol Span (Wechsler Memory Scale IV subtest; visual working memory)
Wisconsin Card Sorting Test (WCST) [concept formation, problem-solving, mental flexibility]

Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV) [intellectual functioning]:

Verbal Subtests
- Vocabulary [Verbal Knowledge]
- Similarities [Abstract Verbal Reasoning]
- Arithmetic [Mathematical Ability and Working Memory]
- Digit Span [Simple Attention and Working Memory]
- Information [General Knowledge]

Performance (visuospatial) Subtests
- Block Design [Visuospatial and Visuomotor Functioning]
- Matrix Reasoning [Abstract Visuospatial Reasoning]
- Coding [Attention, Processing Speed, and Visuomotor Ability]
- Visual Puzzles [Visuoperceptual Reasoning]
- Symbol Search [Processing Speed with Visual Search and Attention]

**CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES**

MARCUS AR02988

**Lincoln/Marcus 0458**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                  PAGE 7 OF 22

### APPENDIX B – MEMORY TEST SCORES

## HVLT-R/BVMT-R Score Summary Table

| Score | Raw score | | T score | | Percentile | |
|---|---|---|---|---|---|---|
| | HVLT-R | BVMT-R | HVLT-R | BVMT-R | HVLT-R | BVMT-R |
| Trial 1 | 5 | 1 | 36 | 26 | 8 | <1 |
| Trial 2 | 9 | 2 | 45 | <20 | 31 | <1 |
| Trial 3 | 9 | 5 | 36 | 24 | 8 | <1 |
| Total Recall | 23 | 8 | 38 | <20 | 12 | <1 |
| Delayed Recall | 8 | 5 | 38 | 29 | 12 | 2 |
| Percent Retained | 89 | 100 | 47 | | 38 | |
| Recognition Hits | 12 | 5 | | | | |
| Recognition False Alarms | 1 | 0 | | | | |
| Recognition Discrimination Index | 11 | 5 | 43 | | 24 | |

Note:      Percentiles are based on non-normalized *T* scores.

## Discrepancy Scores Between the HVLT-R and BVMT-R

| Score | Discrepancy Score | Score Comparisons | Significance Level | Cumulative Percentage Among the Normative Sample |
|---|---|---|---|---|
| **Total Recall** | 18 | HVLT-R > BVMT-R | .05 | 13.60 |
| **Delayed Recall** | 9 | HVLT-R > BVMT-R | .20 | 43.20 |

**CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES**

MARCUS AR02989

**Lincoln/Marcus 0459**

athena    5/4/2023 7:10:08 pm EDT    9888219f-d348-4bc0-a282-329adaaa08b3    Page: 40 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607
MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                        PAGE 8 OF 22

## APPENDIX C – MEMORY TESTING – GRAPH OF SCORES

### HVLT-R/BVMT-R T-Score Current Profile

SCORES BELOW T = 37 ARE WELL BELOW EXPECTATIONS, BELOW THE 10TH PERCENTILE.

SCORES BELOW T = 30 ARE SIGNIFICANTLY IMPAIRED, BELOW THE 2.3 PERCENTILE.

HVLT-R = VERBAL MEMORY TEST: IMMEDIATE RECALL AND DELAYED RECALL.

BVMT-R = VISUAL MEMORY TEST: IMMEDIATE RECALL AND DELAYED RECALL.

*Ms. Marcus' performance involving measures of immediate recall and delayed recall of auditory/verbal information placed her below expectations, but not yet at impaired levels of functioning. Nevertheless, her performance involving measures of immediate recall and delayed recall of visual information placed her significantly below expectations, at severely impaired levels of functioning, suggesting bilateral temporal lobe dysfunction.*

*ALL TRIALS.  TRIAL 1, 2, 3, AND DELAYED RECALL TEST PERFORMANCE*



**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR02990

**Lincoln/Marcus 0460**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION    NOVEMBER 15TH, 2021
LESLIE S. MARCUS    PAGE 9 OF 22

## APPENDIX D

## Sustained Visual Attention

 **MHS**

### Introduction

The Conners Continuous Performance Test 3rd Edition (Conners CPT 3™) assesses attention-related problems in individuals aged 8 years and older. During the 14-minute, 360-trial administration, respondents are required to respond when any letter appears, except the non-target letter "X." By indexing the respondent's performance in areas of inattentiveness, impulsivity, sustained attention, and vigilance, the Conners CPT 3 can be a useful adjunct to the process of diagnosing Attention-Deficit/Hyperactivity Disorder (ADHD), as well as other psychological and neurological conditions related to attention.

### Validity of Administration

The Conners CPT 3 performs a validity check based on the number of hits and omission errors committed, as well as a self-diagnostic check of the accuracy of the timing of each administration. If there is an insufficient number of hits to compute scores, and/or if the omission error rate exceeds 25%, these issues will be noted. Also, the program will issue a warning message noting that the administration was invalid if a timing issue is detected.

There was no indication of any validity issues; the current administration should be considered valid.

### Response Style Analysis

The variable C represents an individual's natural response style in tasks that involve a speed-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a conservative style (T-score ≥ 60) of responding that emphasizes accuracy over speed; a liberal style (T-score ≤ 40) of responding that emphasizes speed over accuracy; or a balanced style (T-score = 41-59) of responding that is sensitive to both speed and accuracy. Based on Leslie's responses, she has a liberal style of responding that emphasizes speed over accuracy (T-score = 33). This response style is often associated with faster reaction times, more commission errors (incorrect responses to non-targets), and fewer omission errors (failure to respond to targets). The influence of Leslie's liberal response style on other Conners CPT 3 scores should be taken into consideration throughout the interpretation process.

### T-score Guidelines

The guidelines in the following table apply to all T-scores in this report.

| | Guidelines | | |
|---|---|---|---|
| T-score | For Hit Reaction Time (HRT) | Percentile | For all other variables |
| ≥ 70 | | ≥ 98 | Elevated |
| 60-69 | | 86-98 | High Average |
| 55-59 | A Little Slow | 69-84 | High Average |
| 45-54 | Average | 31-68 | Average |
| 40-44 | A Little Fast | 16-30 | Low |
| ≤ 40 | Average/Fast | | Low |

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR02991

Lincoln/Marcus 0461

athena    5/4/2023 7:10:08 pm EDT    9888219f-d348-4bc0-a282-329adaaa08b3    Page: 42 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607
MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                     NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                          PAGE 10 OF 22



**Summary:** Relative to the normative sample, Leslie was less able to differentiate targets from non-targets, made more commission errors and responded faster.

Overall, Leslie has a total of 5 elevated T-scores, which is associated with a moderate likelihood of having a disorder characterized by attention deficits, such as ADHD. Note that other psychological and/or neurological conditions with symptoms of impaired attention can also lead to atypical scores on the Conners CPT 3.

Leslie's profile of scores and response pattern indicates that she may have issues related to:
• Inattentiveness (some indication)  • Impulsivity (strong indication)

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR02992

Lincoln/Marcus 0462

athena   5/4/2023 7:10:08 pm EDT                    9888219f-d348-4bc0-a282-329adaaa08b3              Page: 43 / 55

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                          NOVEMBER 15ᵀᴴ, 2021
LESLIE S. MARCUS                                        PAGE 11 OF 22





Detectability (d') measures the respondent's ability to differentiate non-targets (i.e., the letter X) from targets (i.e., all other letters). Leslie's T-score is 67 and falls in the Elevated range. This result means that her ability to discriminate non-targets from targets was poor when compared to the normative group. Poor ability to differentiate non-targets from targets is an indicator of inattentiveness.

Omissions result from a failure to respond to targets. Leslie's T-score is 49 and falls in the Average range. This result means that she missed an average percentage of targets when compared to the normative group.

Commissions are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the Very Elevated range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. A high level of commission errors may be related to inattentiveness and/or impulsivity. The combination of Leslie's fast response times (see HRT, below) and high commission errors is an indicator of impulsivity rather than inattentiveness.

HRT is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the A Little Fast range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity rather than inattentiveness. See the Measures of Impulsivity section of this report for more interpretative information.

HRT SD is a measure of response speed consistency during the entire administration. Leslie's T-score is 46 and falls in the Average range. This result means that her response speed was about as consistent as the normative group.

Variability, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure, that is, the amount of variability that Leslie showed in 18 separate segments of the administration in relation to her own overall HRT SD. Leslie's T-score is 54 and falls in the Average range. This result means her response speed variability was average when compared to the normative group.

Leslie's scores on these measures indicate that she may have problems with inattentiveness. Leslie's scores may also indicate impulsivity problems. See the Measures of Impulsivity section for more information.

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR02993

Lincoln/Marcus 0463

athena          5/4/2023 7:10:08 pm EDT                    9888219f-d348-4bc0-a282-329adaaa08b3                    Page: 44 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                                     NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                 PAGE 12 OF 22

  **MHS**

This section summarizes Leslie's scores on the impulsivity measures and provides information about how she compares to the normative group. Indicators of impulsivity on the Conners CPT 3 includes a faster than normal Hit Reaction Time (HRT) in addition to a higher than average rate of Commissions and/or Perseverations.



HRT is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the A Little Fast range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity. This result, coupled with her elevated score(s) on Commissions (see below), indicates that Leslie had trouble responding to the stimuli in a controlled manner. Note that HRT may be affected by response style; Leslie's liberal response style may have contributed to her faster response speed. See the Response Style Analysis section of this report for more interpretive information.

Commissions are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the Very Elevated range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of Leslie's fast response times (see HRT, above) and high commission errors is an indicator of impulsivity.

Perseverations are random or anticipatory responses. Leslie's T-score is 46 and falls in the Average range. This result means that she made approximately the same number of perseverative errors when compared to the normative group.

Leslie's scores on these measures strongly suggest that she may have problems with impulsivity.

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES

MARCUS AR02994

**Lincoln/Marcus 0464**

athena    5/4/2023 7:10:08 pm EDT                    9888219f-d348-4bc0-a282-329adaaa08b3                    Page: 45 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

NEUROPSYCHOLOGICAL EVALUATION                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                 PAGE 13 OF 22

## Measures of Sustained Attention                    ≋MHS

This section summarizes Leslie's scores on the sustained attention measures. Sustained attention is defined as the respondent's ability to maintain attention as the administration progresses. A decrease in sustained attention across time is captured by atypical slowing in the respondent's Hit Reaction Times (HRT; as indicated by the variable HRT Block Change), as well as by increases in Omissions and Commissions in later blocks of the administration.

### Hit Reaction Time by Block                    HRT Block Change

 

Note. ms = milliseconds; SD = Standard Deviation.

### Omissions by Block                    Commissions by Block

 

Note. No statistically significant differences were found in error rates between blocks.

---

HRT Block Change indicates the change in mean response speed across blocks. Leslie's T-score is 45 and falls in the Average range. This result means that she had an average reduction in response speed in later blocks. In terms of error rates, Leslie's omission and commission errors did not increase significantly across multiple adjacent blocks. Leslie's profile of scores on these measures does not indicate a problem with sustained attention.

**CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES**

MARCUS AR02995

**Lincoln/Marcus 0465**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

NEUROPSYCHOLOGICAL EVALUATION                                      NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                       PAGE 14 OF 22

 
**MHS**

This section summarizes Leslie's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

### Hit Reaction Time by ISI                                    HRT ISI Change



Note: ms = milliseconds; SD = Standard Deviation.

### Omissions by ISI                    Commissions by ISI



Note. The < symbol indicates that the error rate of the longer ISI is significantly (p < .10) higher than the error rate of the shorter ISI.

HRT ISI Change indicates the change in mean response speed at various ISIs. Leslie's T-score is 54 and falls in the Average range. This result means that she had an average reduction in response speed at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. However, there was a significant increase (p < .10) in commissions from the 1-second ISI to the 2-second ISI. Although there were minor differences in Leslie's performance across ISIs, her overall profile of scores does not indicate a problem with maintaining vigilance at varying levels of stimulus frequency.

**CNS** – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES

MARCUS AR02996

**Lincoln/Marcus 0466**

athena          5/4/2023 7:10:08 pm EDT              9888219f-d348-4bc0-a282-329adaaa08b3        Page: 47 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607
MARCUS, Leslie (id #7056, dob:

 **WAIS-IV**

### Appendix E
### Interpretive Report of WAIS–IV Testing

## Examinee and Testing Information

| | | | |
|---|---|---|---|
| Examinee Name | Leslie Marcus | Date of Report | 11/15/2021 |
| Examinee ID | | Years of Education | 13 |
| Date of Birth | 1 | Home Language | English |
| Gender | Female | Handedness | Right |
| Race/Ethnicity | White not Hispanic Origin | Examiner Name | Dr. Dane A. Higgins |
| Test Administered | WAIS-IV (11/15/2021) | Age at Testing | 50 years 5 months    Retest?  No |

### Score Summary

| WAIS–IV Scale | Score |
|---|---|
| Verbal Comprehension | 95 |
| Perceptual Reasoning | 109 |
| Working Memory | 105 |
| Processing Speed | 97 |
| Full Scale | 102 |
| General Ability | 101 |

## Interpretation of WAIS–IV Results

### General Intellectual Ability

Leslie's unique set of thinking and reasoning abilities make her overall intellectual functioning difficult to summarize by a single score on the Wechsler Adult Intelligence Scale–Fourth Edition (WAIS–IV). Her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Processing complex visual information by forming spatial images of part-whole relationships and/or by manipulating the parts to solve novel problems without using words is a strength. Making sense of complex verbal information and using verbal abilities to solve novel problems are less developed abilities for Leslie.

### Verbal Comprehension

Leslie's verbal reasoning abilities as measured by the Verbal Comprehension Index (VCI) are in the average range and above those of approximately 37% of her peers (VCI = 95; 95% confidence interval = 90-101). The VCI is designed to measure verbal reasoning and concept formation. Leslie's performance on the verbal subtests contributing to the VCI presents a diverse set of verbal abilities, as she performed much better on some verbal tasks than others. The degree of variability is unusual and may be noticeable to those who know her well. Examination of Leslie's performance on individual subtests provides additional information regarding her specific verbal abilities.

Copyright © 2009 by NCS Pearson, Inc.                          Leslie Marcus
All rights reserved.  Printed in the United States of America.   Page 15 of 22

MARCUS AR02997

**Lincoln/Marcus 0467**

MARCUS, Leslie (id #7056, dob:



Leslie achieved her best performance among the verbal reasoning tasks on the Vocabulary subtest and demonstrated significantly weaker performance on the Similarities subtest. Her weak performance on the Similarities subtest was below that of most of her peers.

On the Similarities subtest Leslie was required to respond orally to a series of word pairs by explaining how the words of each pair are alike. This subtest examines her ability to abstract meaningful concepts and relationships from verbally presented material (Similarities scaled score = 6). The Vocabulary subtest required Leslie to explain the meaning of words presented in isolation. As a direct assessment of word knowledge, the subtest is one indication of her overall verbal comprehension. Performance on this subtest also requires abilities to verbalize meaningful concepts as well as to retrieve information from long-term memory (Vocabulary scaled score = 11).

## Perceptual Reasoning

Leslie's nonverbal reasoning abilities as measured by the Perceptual Reasoning Index (PRI) are in the average range and above those of approximately 73% of her peers (PRI =109; 95% confidence interval = 102-115). The PRI is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. Leslie presents a diverse set of nonverbal abilities, performing much better on some nonverbal tasks than others. The degree of variability is unusual for individuals her age and may be noticeable to those who know her well.

Leslie's performance was significantly weaker on the Visual Puzzles subtest than her own mean score.

The Visual Puzzles subtest required Leslie to view a completed puzzle and select three response options that, when combined, reconstruct the puzzle, and do so within a specified time limit. This subtest is designed to measure nonverbal reasoning and the ability to analyze and synthesize abstract visual stimuli. Performance on this task also may be influenced by visual perception, broad visual intelligence, fluid intelligence, simultaneous processing, spatial visualization and manipulation, and the ability to anticipate relationships among parts (Visual Puzzles scaled score = 9).

## Working Memory

Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range. She performed better than approximately 63% of her peers in this area (Working Memory Index (WMI) = 105; 95% confidence interval 98-111).

## Processing Speed

Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers. She performed better than approximately 42% of her peers on the processing speed tasks (Processing Speed Index [PSI] = 97; 95% confidence interval 89-106).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.                    Leslie Marcus
                                                                                Page 16 of 22

MARCUS AR02998

Lincoln/Marcus 0468

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



## WAIS–IV Score Report

### Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 27 | VCI | 95 | 37 | 90-101 | Average |
| Perceptual Reasoning | 35 | PRI | 109 | 73 | 102-115 | Average |
| Working Memory | 22 | WMI | 105 | 63 | 98-111 | Average |
| Processing Speed | 19 | PSI | 97 | 42 | 89-106 | Average |
| Full Scale | 103 | FSIQ | 102 | 55 | 98-106 | Average |
| General Ability | 62 | GAI | 101 | 53 | 96-106 | Average |

Confidence Intervals are based on the Overall Average SEMs. Values reported in the SEM column are based on the examinee's age.

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comprehensive evaluation of cognitive ability, it should be noted that the GAI does not have the breadth of construct coverage as the FSIQ.

## Summary

Leslie is a 50-year-old female who completed the WAIS–IV. Her overall cognitive ability, as evaluated by the WAIS–IV, cannot easily be summarized because her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Leslie's reasoning abilities on verbal tasks are generally in the average range (VCI = 95), while her nonverbal reasoning abilities are significantly higher but also in the average range (PRI = 109). Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range (WMI = 105). Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers (PSI = 97).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

MARCUS AR02999

**Lincoln/Marcus 0469**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607
**MARCUS, Leslie (id #7056, dob:**


## WAIS-IV

### Composite Score Profile



The vertical bars represent the standard error of measurement (SEM).

### Composite Scores and Standard Error of Measurement

| Composite | Score | SEM |
|-----------|-------|------|
| VCI | 95 | 2.6 |
| PRI | 109 | 3 |
| WMI | 105 | 3.35 |
| PSI | 97 | 5.41 |
| FSIQ | 102 | 2.12 |
| GAI | 101 | 2.12 |

## Analysis

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate Overall Sample |
|-----------|---------|---------|-----------|---------|---------|---------|
| VCI - PRI | 95 | 109 | -14 | 7.78 | Y | 15 |
| VCI - WMI | 95 | 105 | -10 | 8.31 | Y | 22.1 |
| VCI - PSI | 95 | 97 | -2 | 11.76 | N | 46.7 |
| PRI - WMI | 109 | 105 | 4 | 8.81 | N | 39.7 |
| PRI - PSI | 109 | 97 | 12 | 12.12 | N | 21.8 |
| WMI - PSI | 105 | 97 | 8 | 12.47 | N | 30.1 |
| FSIQ - GAI | 102 | 101 | 1 | 3.29 | N | 46.3 |

Base rate by overall sample.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 18 of 22

MARCUS AR03000

**Lincoln/Marcus 0470**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:

 WAIS-IV

## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 18 | 6 | 9 | 6 | 1.04 |
| Vocabulary | 44 | 11 | 63 | 13 | 0.73 |
| Information | 14 | 10 | 50 | 11 | 0.73 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 51 | 13 | 84 | 11 | 0.95 |
| Matrix Reasoning | 21 | 13 | 84 | 12 | 0.95 |
| Visual Puzzles | 12 | 9 | 37 | 8 | 0.85 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 32 | 12 | 75 | 12 | 0.73 |
| Arithmetic | 15 | 10 | 50 | 11 | 0.9 |

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 34 | 11 | 63 | 10 | 1.56 |
| Coding | 52 | 8 | 25 | 6 | 1.2 |

## Subtest Level Discrepancy Comparisons

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 12 | 10 | 2 | 2.57 | N | 29 |
| Symbol Search - Coding | 11 | 8 | 3 | 3.41 | N | 15.1 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 19 of 22

MARCUS AR03001

Lincoln/Marcus 0471

athena    5/4/2023 7:10:08 pm EDT    9888219f-d348-4bc0-a282-329adaaa08b3    Page: 52 / 55
CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

**MARCUS, Leslie (id #7056, dob:**

 **WAIS-IV**

## Subtest Scaled Score Profile



The vertical bars represent the standard error of measurement (*SEM*)

## Determining Strengths and Weaknesses

### Differences Between Subtest and Verbal Comprehension and Perceptual Reasoning Mean of Subtest Scores

| Subtest | Subtest Scaled Score | Mean Scaled Score | Difference | Critical Value .05 | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| Block Design | 13 | 11.67 | 1.33 | 2.05 | | >25% |
| Similarities | 6 | 9.00 | -3 | 1.91 | W | 2-5% |
| Matrix Reasoning | 13 | 11.67 | 1.33 | 1.92 | | >25% |
| Vocabulary | 11 | 9.00 | 2 | 1.58 | S | 10% |
| Visual Puzzles | 9 | 11.67 | -2.67 | 1.99 | W | 10% |
| Information | 10 | 9.00 | 1 | 1.64 | | >25% |

Verbal Comprehension: Mean = 9, Scatter = 5, Base rate = 12.1.
Base Rate for Intersubtest Scatter is reported for 3 Verbal Comprehension Subtests.
Perceptual Reasoning: Mean = 11.67, Scatter = 4, Base rate = 42.
Base Rate for Intersubtest Scatter is reported for 3 Perceptual Reasoning Subtests.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 20 of 22

MARCUS AR03002

**Lincoln/Marcus 0472**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607
MARCUS, Leslie (id #7056, dob:

## WAIS-IV
## Process Analysis

### Working Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Base Rate | SEM |
|---|---|---|---|---|---|
| Digit Span Forward | 14 | 14 | 91 | — | 1.24 |
| Digit Span Backward | 8 | 9 | 37 | — | 1.12 |
| Digit Span Sequencing | 10 | 12 | 75 | — | 1.27 |
| Longest Digit Span Forward | 8 | -- | -- | 30 | -- |
| Longest Digit Span Backward | 4 | -- | -- | 82 | -- |
| Longest Digit Span Sequence | 6 | -- | -- | 66 | -- |

### Process Level Discrepancy Comparisons

| Process Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span Forward - Digit Span Backward | 14 | 9 | 5 | 3.65 | Y | 5.9 |
| Digit Span Forward - Digit Span Sequencing | 14 | 12 | 2 | 3.6 | N | 31.3 |
| Digit Span Backward - Digit Span Sequencing | 9 | 12 | -3 | 3.56 | N | 17.3 |
| Longest DS Forward - Longest DS Backward | 8 | 4 | 4 | — | — | 14 |
| Longest DS Forward - Longest DS Sequence | 8 | 6 | 2 | — | — | 39.5 |
| Longest DS Backward - Longest DS Sequence | 4 | 6 | -2 | — | — | 37.5 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 21 of 22

MARCUS AR03003

**Lincoln/Marcus 0473**

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



## Raw Scores

| Subtest | Score Range | Raw Score | Process | Score Range | Raw Score |
|---|---|---|---|---|---|
| Block Design | 0-66 | 51 | Block Design No Time Bonus | 0-48 | |
| Similarities | 0-36 | 18 | Digit Span Forward | 0-16 | 14 |
| Digit Span | 0-48 | 32 | Digit Span Backward | 0-16 | 8 |
| Matrix Reasoning | 0-26 | 21 | Digit Span Sequencing | 0-16 | 10 |
| Vocabulary | 0-57 | 44 | Longest Digit Span Forward | 0, 2-9 | 8 |
| Arithmetic | 0-22 | 15 | Longest Digit Span Backward | 0, 2-8 | 4 |
| Symbol Search | 0-60 | 34 | Longest Digit Span Sequence | 0, 2-9 | 6 |
| Visual Puzzles | 0-26 | 12 | Longest Letter-Number Sequence | 0, 2-8 | |
| Information | 0-26 | 14 | | | |
| Coding | 0-135 | 52 | | | |
| Letter-Number Seq. | 0-30 | | | | |
| Figure Weights | 0-27 | | | | |
| Comprehension | 0-36 | | | | |
| Cancellation | 0-72 | | | | |
| Picture Completion | 0-24 | | | | |

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 22 of 22

**Patient Portal - Patient Submitted Health History - 02/28/2023**
These are the patient's answers to their self checkin workflow for their appointment on 02/28/2023 4:30PM
with David Scott Saperstein, MD. Blank answers below indicate the lack of a condition, surgery, vaccine, etc.

MARCUS AR03004

Lincoln/Marcus 0474

CENTER FOR COMPLEX NEUROLOGY • 1010 E MCDOWELL RD STE 101, PHOENIX AZ 85006-2607

MARCUS, Leslie (id #7056, dob:



| | |
|---|---|
| **Patient Name** | Leslie Marcus |
| **Patient Date of Birth** | Thursday, |
| **Issue 1:** | CFS |
| **Issue 2:** | What's causing all of my issues |
| **Issue 3:** | Vagus nerve concerns |
| **Primary or Referring Provider Full Name** | Tonia Graham |
| **Primary Provider Phone Number** | (623) 322-0099 |
| **Primary Provider Specialty** | Helping me |

MARCUS AR03005

**Lincoln/Marcus 0475**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  May 3, 2023 | |
| To:     LISA COUNTERS<br>           SCHIFFMAN LAW OFFICE, P.C.<br>           4506 NORTH 12TH STREET<br>           PHOENIX, AZ 85014 | |
| Attn:   Lisa Counters | |
| Fax:    (602) 266-0141 | |
| From:  Keisha Scales<br>           Claims Resolution Specialist<br>           Phone No.: (888) 437-7611<br>           Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):     10 | |
| RE:<br><br>Claim #:     9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0476**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

May 3, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy.  We are writing in reference to Leslie Marcus' claim for LTD benefits under the Policy.

In your letter dated May 1, 2023, you requested a copy of any correspondence between Lincoln Financial Group and NMR. I have attached copies of our referral for medical review and  requests sent to NMR for clarification.

Furthermore, in your letter you reported that you would require additional time to provide a response to the reviews.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by May 10, 2023.

If we do not hear from you and do not receive additional information by May 10, 2023 we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

1  of 2

**Lincoln/Marcus 0477**

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments:  9303113-MEDICAL-REFERRAL-02.02.2023
9303113-MEDICAL-CORRESPONDENCE-02.16.2023
9303113-MEDICAL-REFERRAL-03.03.2023

**Lincoln/Marcus 0478**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:    Sabrina Ann Leahey
                 Disability Claims
                 P.O. Box 7206
                 London, KY 40742-7206
                 (402) 361-7048 x99999
        Fax:     (402) 361-1350

Document Locations
☑ Document List
☐ Correspondence
☐ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: | 2/2/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LESLIE    MARCUS | Claim #: | 9303113 |
| Claimant Address: | E | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | (480)204-9824 |
| State: | | Claimant DOD: | 4/13/2019 |
| Zip: | | Primary Diagnosis: | Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: | |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax | Name: Tonia Graham FNP-BC, APRN Phone #: 1 (623) 322 0099 |

Referral Questions:                        Vendor Chosen:    Network Medical Review

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0479**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Core Questions
1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.
2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.
3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.
4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?
5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?
6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?
7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:
Name: Tonia Graham FNP-BC, APRN
Phone Number: 1 (623) 322 0099 ex -----
Fax Number: 623.322.0966
Additional Questions
Other - Claim also sent for Neuropsych peer review.
Other - Appeal review: cannot be reviewed by Mary Ellen Dirlam, MD or Sharon J. Obadia, D.O.

Instructions For Vendor:

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0480**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to:  Keisha.Scales@lfg.com
Medical / Surgical Condition: myalgic encephalitis(cfs), POTS, nausea, gastroparesis

Attorney Information (if applicable):

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0481**

**From:**Scales, Keisha Y
**Sent:**Thu, 16 Feb 2023 15:28:58 +0000
**To:**natallia.davydzenkava-washburn@nmrexamworks.com
**Subject:**Claim 9303113 (NMR 798880-1) Leslie Marcus

Good morning,

Question 3 of the review requested that the physician comment on the expected duration of the recommended r&ls. He did not provide the expected duration. Can you please request he provide that for this review?

Thanks!



**Keisha Scales**
Claims Resolution Specialist

888.437.7611 ext 14099 Office

603.334.0401 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**Lincoln/Marcus 0482**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:    Keisha Scales
                 Disability Claims
                 P.O. Box 7206
                 London, KY 40742-7206
                 (800) 291-0112 x14099
        Fax:     (603) 430-5887

Document Locations
☐ Document List
☐ Correspondence
☑ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: | 3/3/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LESLIE    MARCUS | Claim #: | 9303113 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | (480)204-9824 |
| State: | | Claimant DOD: | 4/13/2019 |
| Zip: | 85540-0000 | Primary Diagnosis: | Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: | Eric J. Ewald, M.D. |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax | Tonia Graham FNP-BC APRN (623) 322 0099 |

Referral Questions:                    Vendor Chosen:    Network Medical Review

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0483**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Can you please provide more explanation as to why the claimant is limited to 4 hours work days?

2. On pg 10 in the the first paragraph you noted on the surveillance video the claimant was ambulating without difficulty, entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing a car door. Can you please clarity this statement? Why did you expect different reults?

Instructions For Vendor:

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0484**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

addendum - NMR 798880

Attorney Information (if applicable):

Claimant Name:   LESLIE   MARCUS

**Lincoln/Marcus 0485**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company

**Fax Number:    603-334-0401**
**Phone Number:**

**DATE:** May 2, 2023

**SUBJECT/MESSAGE:**

RE:    Leslie Marcus, Claim No. 9303113

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

-

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0486**



# SCHIFFMAN LAW
## HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

May 1, 2023

**VIA FACSIMILE (603) 334-0401**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

Re: Leslie Marcus
Claim No.:   9303113

Dear Ms. Scales:

I am following up on my letter dated March 29, 2023. In addition, my paralegal left a voicemail last week requesting that Lincoln provide any correspondence between Lincoln and NMR or between NMR and the reviewer per my previous letter. These documents fall within the definition of documents Ms. Marcus is entitled to review on appeal. In light of the need to review those documents, I am asking for a 10-day extension from the date Lincoln forwards the documents requested in our March 29, 2023 letter and in this request to respond to the peer reviews.

I am enclosing a statement from Linda S. Cornwell in support of Ms. Marcus' appeal. (MARCUS AR02908) In addition, Ms. Marcus recently began treating with Dr. David Saperstein. We will forward those records as soon as they are received to be considered with her appeal.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/mag
Encl.

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0487**

From: Melissa Gutierrez        Fax:              To: 6033340401@rcfax.com     Fax: (603) 334-0401              Page: 3 of 3        05/01/2023 7:34 PM

April 12, 2023

Att: Lisa Counters
Schiffman Law Offices

RE: Leslie Marcus

I understand there is some question to Leslie Marcus' health status as related to her disability claim. First, some context.

We met Leslie in 2017 through our son, Clay. Both were employed by Balfour Beatty Construction at the time. Leslie was actively managing military housing at Mountain Home AFB including a number of other military installations. Her responsibilities required significant travel across multiple states while based in Arizona.

Clay and Leslie were able to engage in an active lifestyle (including motorcycle rides, overnight hikes, travel, etc.) for a couple years in keeping with our typical family activities. That active lifestyle is significantly altered.

Leslie's health deteriorated rapidly and significantly during the ensuing years. Her health challenges are necessary considerations during our holiday visits and during time we spend together. Our trip to the Bahamas in 2021 is an apt example.

Leslie's stamina and cardio is compromised to the point that a wheelchair is required to get through airports. During our trip to the Bahamas to celebrate a family birthday, sailing proved a perfect accommodation to address Leslie's physical limitations while allowing for other more active family members.

On our visits to Phoenix, we have witnessed moments of high energy and accomplishment followed by days of debilitating fatigue that was frequently accompanied by pain and nausea. One such incident that comes to mind is Thanksgiving 2021when Leslie was literally carried to bed after Thanksgiving dinner. Leslie's food choices are limited by nausea. Retrieving mail from a community mailbox less than a block away and negotiating stairs takes significant effort.

Leslie's ability to stand for prolonged periods of time is significantly diminished as demonstrated during our Christmas 2022 visit. Five family members (including Leslie) attended the Musical Instrument Museum in Phoenix. Leslie spent most of our hour-visit seated while the rest of the family strolled through the exhibits.

Our perspective of Leslie's health challenges over the last several years are concerning, of course; however, we are also impressed with her desire to remain upbeat and her attempts to maintain as much of her previous lifestyle as possible.

 Respectfully,

Linda S Cornwell

MARCUS AR02908

Lincoln/Marcus 0488

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, April 19, 2023 5:53:11 PM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | t1rig3pjpk9yjlk0jose_15075895.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0489**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

April 19, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing regarding Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated March 27, 2023 you were afforded until April 16, 2023 to provide any and all additional information you wish to have considered for her appeal for LTD benefits under the Policy.

In a letter dated March 30, 2023, you reported that you would require additional time to provide information and/or a response to the reviews.

For Lincoln to conduct a timely review of Ms. Marcus' appeal, we ask that you submit any additional information you wish to have considered by May 1, 2023.

If we do not hear from you and do not receive additional information by <u>May 1, 2023</u> we will proceed with our appeal review and make a final determination based on the information currently contained in her file.

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

If you have any questions regarding this matter, please contact me.

1  of  2

**Lincoln/Marcus 0490**

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 0491**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company

**Fax Number:     603-334-0401**
**Phone Number:**

**DATE:** March 30, 2023

**SUBJECT/MESSAGE:**

RE:     Leslie Marcus, Claim No. 9303113

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

-

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0492**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

March 29, 2023

**VIA FACSIMILE (603) 334-0401**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
PO Box 2578
Omaha, NE 68172-9688

      Re:   Leslie Marcus
            Claim No.:    9303113

Dear Ms. Scales:

      Thank you for providing me with the peer review opinions on Ms. Marcus' claim. You have asked for a response by no later than April 16. I show April 16 is a Sunday. I assume the due date would be the next business day, April 17th. In reviewing the information LFG provided, I do not see any correspondence between Lincoln and NMR or between NMR and the reviewer. Please provide those items to me to review, as these documents fall within the definition of documents Ms. Marcus is entitled to review. In light of the need to review those documents and arrange a time with Ms. Marcus' providers for a response, I am asking for until May 1, 2023, to submit responses to the multiple peer review reports and vocational assessments provided with your letter.

      Please let me know whether LFG will provide the documents I asked for and if it is amenable to this extension as soon as possible.

                                    Best regards,
                                    SCHIFFMAN LAW OFFICE, P.C.

                                    LISA J. COUNTERS

LJC/mag

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION\***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION\*\***

**Lincoln/Marcus 0493**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: March 27, 2023 | |
| To:    LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn:  Lisa Counters | |
| Fax:    (602) 266-0141 | |
| From:  Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    47 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0494**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 27, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing regarding Leslie Marcus'claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Marcus'appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosures is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached Peer and Vocational Reviews, which is new or additional evidence in connection with Ms. Marcus'appeal. You may review these and provide a response to us, which we will consider in making our decision on her appeal. If we do not receive your response within 21 days of the date of this letter or April 16, 2023, we will proceed with making a determination on her appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Marcus'appeal. If your response is not received by April 16, 2023, we will render a determination based on the information contained in her file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln' control, which require a delay in making a determination. If additional time is needed,

1  of 2

**Lincoln/Marcus 0495**

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments:    9303113-MEDICAL-CP/PEER REVIEW-02.09.2023
                9303113-MEDICAL-CP/PEER REVIEW-02.14.2023
                9303113-MEDICAL-CP/PEER REVIEW-02.16.2023
                9303113-VOC-TRANSFERRABLE SKILLS ASSESSMENT-02.27.2023
                9303113-MEDICAL-CP/PEER REVIEW-03.09.2023
                9303113-VOC-TRANSFERRABLE SKILLS ASSESSMENT-03.22.2023

**Lincoln/Marcus 0496**



**Network Medical Review Co. Ltd.**

An ExamWorks Company

| | |
|---|---|
| **REFERRED BY:** | KEISHA SCALES |
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 798880 |
| **DATE:** | 2/9/2023 |

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | S Leahey | 2/2/2023 |
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**Lincoln/Marcus 0497**

RE:  Leslie Marcus                                        NMR #: 798880
Page 2

| | | |
|---|---|---|
| Progress Notes | S Komandoor, MD | 5/5/2019 |
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0498**

RE: Leslie Marcus                                    NMR #: 798880
Page 3

| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
|---|---|---|
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0499**

RE: Leslie Marcus                                    NMR #: 798880
Page 4

| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
|---|---|---|
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0500**

RE: Leslie Marcus                                      NMR #: 798880
Page 5

TELECONFERENCE
    1) AP NAME: Name: Tonia Graham FNP-BC APRN
    2) PHONE: (623) 322 0099
    3) DATE(S): 2/7/2023
    4) TIME(S): 6:17 PM MST
    5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
    6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia  and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:                is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms.  In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus.

**Lincoln/Marcus 0501**

RE: Leslie Marcus　　　　　　　　　　　　　　　　NMR #: 798880
Page 6

She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019  showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and  resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD  listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus.  Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed nonocclusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, nonocclusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019  stated the claimant was found to be in atrial tachycardia/flutter, metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology

**Lincoln/Marcus 0502**

RE: Leslie Marcus                                    NMR #: 798880
Page 7

consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

RE: Leslie Marcus                                    NMR #: 798880
Page 8

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020 addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

**Lincoln/Marcus 0504**

RE: Leslie Marcus                                                              NMR #: 798880
Page 9

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and  speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP  saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive

**Lincoln/Marcus 0505**

RE: Leslie Marcus                                    NMR #: 798880
Page 10

diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing.  Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms.  A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations

**Lincoln/Marcus 0506**

RE: Leslie Marcus                                                NMR #: 798880
Page 11

may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal. which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

**7.**

**Lincoln/Marcus 0507**

RE:  Leslie Marcus                         NMR #: 798880
Page 12

**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0508**





**February 9, 2023**

**Attending Physician Confirmatory Letter**

Re: Leslie Marcus
DOB:

Dear Tonia Graham FNP-BC APRN,

I have completed a review on Leslie Marcus, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 2/7/2023 at 6:17 PM. You stated the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. You also stated the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia and no longer drives as a result. The patient has a low BMI and continues to struggle with cyclic nausea. You plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 2/16/2023 to the fax number below.

Sincerely,

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine


_____          _____
Name                                                                          Date

Respectfully Yours,
Robin A Baley
Client Coordinator

p.p.

Voice:  1-815-964-6334
Fax:     1-815-964-1162


**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**

**Lincoln/Marcus 0509**



Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:**    KEISHA SCALES
**CLIENT:**    Lincoln Life Insurance
**NAME:**    Leslie Marcus
**CLAIM #:**    9303113
**NMR #:**    798879
**DATE:**    2/14/2023

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | S Leahey | 2/2/2023 |
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**1252 Bell Valley Road, Suite 210** ⬧ **Rockford, IL 61108** ⬧ **Phone 815.964.6334** ⬧ **Fax 815.964.1162**
*website* www.nmrco.com ⬛ *email* info@nmrco.com

**Lincoln/Marcus 0510**

RE: Leslie Marcus                                    NMR #: 798879
Page 2

| Progress Notes | S Komandoor, MD | 5/5/2019 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0511**

RE:  Leslie Marcus                                   NMR #:  798879
Page 3

| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
|---|---|---|
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0512**

RE: Leslie Marcus
Page 4

NMR #: 798879

| | | |
|---|---|---|
| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0513**

RE: Leslie Marcus                                                    NMR #: 798879
Page 5
_____

TELECONFERENCE
    1) AP NAME: Dr. Dana Higgins
    2) PHONE: (623) 977 6860
    3) DATE(S): 2/6/2023, 2/8/2023
    4) TIME(S): 12:30 PM MST, 2:55 PM MST
    5) PERSON(S) SPOKEN WITH: Jackie, Jackie
    6) POSITION OF PERSON(S) SPOKEN WITH: Office Staff, Office Staff

SUMMARY OF DISCUSSION(S): I selected option 2. I left a detailed message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided.

I selected option 2. I left a follow up message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided. Jackie recalls my previous message to the provider.

**ASSESSMENT:** All information submitted was reviewed and information relative to this reviewer's specialty is noted below.

The claimant (DOB 5/27/71) is a female.

I have reviewed all of the records provided. I will summarize those portions of the records reviewed that have relevance to the questions and timeframe identified for this review and within the scope of my area of specialty. Records include EKG (electrocardiogram) report, laboratory results, cardiology consultation, procedure notes, as well as internal soap notes and file reviews, restrictions forms and progress notes from prior to the time frame under consideration.

Job description for regional property manager is provided for review.

On January 26, 2019, a hospital discharge summary indicates diagnoses of supraventricular tachycardia and atrial fibrillation. On admission the claimant endorsed vomiting, was three weeks status post heart ablation, and indicates that she had passed out in a car. The claimant reports losing track of thoughts. The claimant is tearful in triage.

On February 6, 2019, a consultation with Frank Cibulka, MD notes the claimant endorses back pain, history of motor vehicle accident, depression and anxiety, chronic fatigue, and GI irritation.

On May 5, 2019, an emergency room note indicates the claimant has medical history of atrial fibrillation, status post December 2018 ablation, and history of migraine, and is presenting with persistent rapid heartbeat.

On May 5, 2019, a cardiology consultation notes a typical atrial flutter post ablation, recent unexplained pulmonary embolism, and syncope associated with rapid heart rates as well as thermal regulatory issues.

On May 6, 2019, a Sleep Medicine consultation notes impression of sleep initiation insomnia, depression, and atrial fibrillation. Remeron is prescribed, with plan to decrease use of clonazepam.

On May 10, 2019, a letter from Frank Cibulka, MD recommends the claimant be excused from work due to medical reasons, indicating return to work date is June 1, 2019.

RE: Leslie Marcus                                                  NMR #: 798879
Page 6

On May 23, 2019, a letter from Frank Cibulka, MD indicates return to work date is August 23, 2019.

On October 21, 2019, an emergency room note indicates the claimant endorses swelling; she reports diarrhea and fever.

On October 25, 2019, a psychiatric consultation with Kari Martin, MD indicates the claimant has a complicated medical history. Self-report symptom checklists indicate significant depression and anxiety. The claimant was unable to tolerate a trial of Zoloft. The claimant continues with venlafaxine, Remeron, and Klonopin. On exam the claimant is alert and oriented with good eye contact, clear speech, linear thought process, and intact insight and judgment. Diagnostic impressions include major depression, panic attack, generalized anxiety disorder, insomnia, and cannabis use.

On November 12, 2019, a progress note with Richard Engle, MD notes impressions of anemia, nausea, fatigue, night sweats, atrial fibrillation, sinusitis, pulmonary embolus, adjustment disorder, asthma, and rhinitis.

On December 3, 2019, a progress note with David Cho, MD notes the claimant presents with DVT (deep vein thrombosis), depression, atrial fibrillation, GI bleed, and anemia.

On January 7, 2020, an occupational analysis notes occupation is most often performed at the light level.

On January 14, 2020, a family medicine consultation with Richard Engle, MD notes the claimant is accompanied by her spouse. The claimant reports feeling poorly.

On January 20, 2020, a neurology consultation with Sanford Fineman, MD notes the claimant has been on disability for two years after having worked as a regional manager for military housing contractor. A December 2017 motor vehicle accident is noted with no loss of consciousness, treated in local emergency room with back pain. She was treated for pain with steroid injections, became tachycardic and experienced atrial fibrillation, was hospitalized in August 2018, is status post ablations, and with history of blood clots in April 2019. The claimant indicates difficulty multitasking and focusing. The claimant reports forgetfulness. The claimant endorses stutter and panic attacks and tearfulness. Medications include Klonopin, Remeron, and Effexor. On exam the claimant is oriented with mildly diminished attention and concentration. She recalled two of four objects after delay. The doctor opines subtle cognitive deficits likely related to attention and concentration.

On February 3, 2020, a surveillance report notes no claimant activity was reviewed.

On February 6, 2020, a family medicine consultation with Frank Cibulka, MD notes the claimant is seen for management of myalgic encephalomyelitis.

On March 4, 2020, a progress note with Larry Bergstrom, MD notes impression of chronic fatigue, breathing dysregulation, POTS (postural orthostatic tachycardia syndrome)/autonomic neuropathy, and depression as well as sleep disorder and GI symptoms.

**Lincoln/Marcus 0515**

RE: Leslie Marcus                                      NMR #: 798879
Page 7

On March 30, 2020, a progress note with Frank Cibulka, MD notes the claimant presents as alert. Impressions include anxiety, PTSD (post-traumatic stress disorder), autonomic neuropathy, anemia, and insomnia. Medications include Paxil, BuSpar, and Prozac, with plan to add Wellbutrin.

On April 1, 2020, a restrictions form completed by Frank Cibulka, MD notes the claimant has significant deficits with her physical status, with shortness of breath and weakness, with significant anxiety associated with worsening of symptoms.

On April 28, 2020, an activities questionnaire completed by the claimant notes the claimant manages laundry and other household tasks at her own pace in order to avoid fatigue. She completes yard work. She drives a vehicle and manages shopping.

On September 3, 2020, a telehealth psychiatric consultation with Kari Martin, MD notes the claimant presents as alert and oriented with appropriate eye contact, normal speech, anxious mood and affect, linear thoughts. Diagnostic impressions include generalized anxiety disorder, PTSD, REM (rapid eye movement) sleep behavior disorder, panic attacks, and chronic fatigue.

On October 15, 2020, an integrative medicine consultation with Larry Bergstrom, MD notes impression of myalgic encephalomyelitis and major depression. The plan is to initiate Pristiq.

On October 20, 2020, a behavioral health consultation with Lisa Gudenkauf MD indicates the claimant was seen by telehealth, referred by Kari Martin, MD in psychiatry for management of PTSD, anxiety, panic attacks, sleep disorder, in the context of myalgic encephalomyelitis. Diagnostic impressions include generalized anxiety disorder, PTSD, REM sleep behavior disorder, panic attacks, and chronic fatigue.

On October 26, 2020, a consultation with Tonia Graham, NP notes the claimant has chronic fatigue, was receiving injections after 2017 car accident, on third round of injection in summer 2018 experienced tachycardia and was hospitalized. She reports a severe fatigue reaction to acupuncture, and feels that she has not recovered from this fatigue. Impressions include constipation, nausea, and PTSD.

On November 3, 2020, a surveillance report notes no claimant activity was noted.

On January 22, 2021, a progress note with Tonia Graham, NP indicates medications include clonazepam, desvenlafaxine, and Trazodone. The claimant feels she may have experienced a TIA (transient ischemic attack) on the previous Monday.

On May 7, 2021, an investigative report reviews social media and other public information.

On May 25, 2021, a surveillance report notes the claimant was a passenger in a vehicle, observed to enter a medical clinic.

On June 16, 2021, an internal soap note documents contact with the claimant, who indicates that she is out of work in the context of chronic fatigue, Ehlers Danlos, and autonomic neuropathy. The claimant reports situational depression. The claimant is tearful on the phone call. The claimant indicates she is not treating with psychiatry. She reports no specific treatment for memory.

**Lincoln/Marcus 0516**

RE: Leslie Marcus                                           NMR #: 798879
Page 8

On June 17, 2021, an activities questionnaire completed by the claimant indicates she has not driven since 2019. The claimant shares financial responsibilities with her partner. She shares grocery shopping with her partner and son.

On June 25, 2021, a progress note with Tonia Graham, NP indicates the claimant presents for follow up regarding management of POTS. The claimant limits driving, does go to the nail salon and a grocery store, avoids the freeway in light of difficulty with multitasking. She endorses dizzy spells. She reports nausea. Diagnostic impressions include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, decreased renal function, dizziness, and memory issues.

On August 11, 2021, a transferable skills analysis identifies occupations within the physical abilities and identified skill.

On August 12, 2021, a letter from Tonia Graham, NP notes the claimant continues to be medically evaluated, and no definitive diagnosis of disability has been made and no conclusion has been drawn to preclude the claimant from disability. The claimant is referred to physical therapy and neuropsychology.

On September 8, 2021, a neuropsychological evaluation with Dane Higgins, PhD notes the claimant reports concerns regarding memory and other cognitive symptoms over the past several years. Diagnostic impression is dementia without behavioral disturbance, memory loss, severe depression, and severe anxiety. The claimant walks with the support of her husband, presents as thin, reporting that the lobby was too loud, presenting as irritable and tearful. The doctor reports poor performance (noting these scores range from the 10th percentile to below the 2.3 percentile) on measures of visual attention, abstract reasoning, immediate recall of visual information, and delayed recall of visual information. Low average performance was noted on measures of processing speed, abstraction, visual encoding, recall for auditory information, and executive functioning. Adequate performance was noted on a number of other measures. Embedded and freestanding performance validity indicators were listed in tests administered. The examining neuropsychologist indicates that performance on these indicators is consistent with normal motivation and effort; scores on these indicators were not provided. An appendix provides specific review for some of the tests administered at this evaluation. Performance on a multi trial list learning task fell within the low average range, with performance on a multi trial nonverbal recall task following within the impaired range. Performance on a continuous performance test was remarkable for an excessive number of errors of commission. Some elevation was noted on a scale sensitive to difficulty distinguishing targets from non-targets. Reaction time on the CPT was slightly higher than typical. Full scale IQ score falls within the average range, with working memory and processing speed index scores likewise falling within the average range.

On September 16, 2021, a letter from the claimant's attorney notes the office is representing the claimant in pursuit of long term disability benefits.

On October 19, 2021, a progress note with Tonia Graham, NP notes Trazodone is increased, and clonazepam is decreased. The claimant endorses fatigue and insomnia and nausea. On exam the claimant presents with good judgment, active and alert, anxious, with full orientation, and presenting with difficulty recalling events in the past week. The note also indicates remote memory is abnormal, but does not provide detail.

On December 7, 2021, a progress note with Tania Graham, NP notes recommendation is to continue Trazodone and decrease clonazepam at bedtime. On examination the claimant presents with good judgment, alert and active, anxious, with full orientation. The doctor indicates recent and remote memory are impaired.

**Lincoln/Marcus 0517**

RE: Leslie Marcus                                    NMR #: 798879
Page 9

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Comorbid diagnoses include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, and decreased renal function. I would defer to the appropriate specialty as they are outside my area of expertise.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment from 10/17/21 to and beyond.

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and

**Lincoln/Marcus 0518**

RE: Leslie Marcus                                    NMR #: 798879
Page 10

review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The records provided note the claimant is treated for both medical as well as mental health conditions. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment. I would defer the claimants' medical conditions to the appropriate specialty as they are outside my area of expertise.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

I will limit my responses to my areas of expertise, psychology and neuropsychology. The referral for neuropsychological evaluation was appropriate in light of the claimant's concerns regarding cognitive symptoms. If cognitive symptoms persist or are associated with functional impairment, a follow up neuropsychological evaluation may be indicated, as well as referral for cognitive rehabilitation. The records do not indicate the claimant has been involved in psychiatric treatment within the time frame under consideration. If behavioral health symptoms persist or exacerbate, referral for behavioral health evaluation and treatment may be appropriate.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No non-medical circumstances are identified in the medical records (e.g. workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work.

**7.**
**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Dr. Dana Higgins**
**Phone Number: 1 (623) 977 6860 ex -----**
**Fax Number: 623.977.2016**

Noted.

**8. please provide a description of the claimant's impairments attributable to the presence of mental illness versus cognitive disorder, and separately outline how any impairment translates to restrictions and limitations 10/17/2021 forward. Please include the expected duration for any restrictions and limitations identified.**

**Lincoln/Marcus 0519**

RE:  Leslie Marcus                                                    NMR #: 798879
Page 11

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

RE: Leslie Marcus                                          NMR #: 798879
Page 12

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.


**ADVISING REVIEWER:**


David Nowell, Ph.D.
Licensed Psychologist
Practicing Neuropsychologist
Licensed in State of MA #7226

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0521**



**Network Medical Review Co. Ltd.**

An ExamWorks Company

| | | |
|---|---|---|
| **REFERRED BY:** | KEISHA SCALES | |
| **CLIENT:** | Lincoln Life Insurance | |
| **NAME:** | Leslie Marcus | |
| **CLAIM #:** | 9303113 | |
| **NMR #:** | 798880 | |
| **DATE:** | 2/9/2023; Clarification 2/16/2023 | |

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | S Leahey | 2/2/2023 |
|---|---|---|
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |
| Progress Notes | S Komandoor, MD | 5/5/2019 |
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |

**1252 Bell Valley Road, Suite 210 ⬧ Rockford, IL 61108 ⬧ Phone 815.964.6334 ⬧ Fax 815.964.1162**

*website* www.nmrco.com ⬛ *email* info@nmrco.com

**Lincoln/Marcus 0522**

RE: Leslie Marcus«@Claimant»                    NMR #: 798880
Page 2

| Progress Notes | S Obadia, DO | 7/25/2021 |
|---|---|---|
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |
| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; |

**Lincoln/Marcus 0523**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 3

| | | Undated |
|---|---|---|
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |

**Lincoln/Marcus 0524**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 4

---

| Illegible Documents | | |
|---|---|---|

TELECONFERENCE
  1) AP NAME: Name: Tonia Graham FNP-BC APRN
  2) PHONE: (623) 322 0099
  3) DATE(S): 2/7/2023
  4) TIME(S): 6:17 PM MST
  5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
  6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia  and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:                    is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed

**Lincoln/Marcus 0525**

RE: Leslie Marcus«@Claimant»                     NMR #: 798880
Page 5

admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms. In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus. She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019  showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and  resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD  listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus.  Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed non-occlusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, non-occlusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019  stated the claimant was found to be in atrial tachycardia/flutter,

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 6

metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

Lincoln/Marcus 0527

RE: Leslie Marcus«@Claimant»                    NMR #: 798880
Page 7

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020 addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

**Lincoln/Marcus 0528**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 8

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and  speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP  saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than

**Lincoln/Marcus 0529**

left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing. Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms. A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

**Lincoln/Marcus 0530**

RE: Leslie Marcus«@Claimant»                                NMR #: 798880
Page 10

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal, which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;
Reassessment is recommended in six months from the this review to evaluate any changes in her symptoms.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

**Lincoln/Marcus 0531**

RE: Leslie Marcus«@Claimant»                          NMR #: 798880
Page 11

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0532**



Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis**

**From:** Nicole Hall, MS, CRC
**Date:** 02/27/2023
**To:** Keisha Scales, Appeal Review Consultant
**Claim#:** 9303113
**Claimant:** Leslie Marcus
**Policyholder:** Balfour Beatty Investments

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages).

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Upon review of the available information, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) are no longer viable as they fall outside of the updated part-time restrictions and limitations as outlined by Dr. Ewald. Given that the updated medical information precludes full-time work capacity, there are no occupational alternatives that can be identified for the insured at this time.

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

**Lincoln/Marcus 0533**



**Network Medical Review Co. Ltd.**

An ExamWorks Company

**REFERRED BY:**    KEISHA SCALES
**CLIENT:**    Lincoln Life Insurance
**NAME:**    Leslie Marcus
**CLAIM #:**    9303113
**NMR #:**    815678
**DATE:**    Addendum 3/9/2023

**ASSESSMENT:** The claimant DOB:          is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat. report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed: Review by this author dated 2/9/2023 concluded that there were restrictions and limitations applicable from internal medicine perspective for the timeframe in question. Specific, stand/walk/sit/use hands for fine manipulation as tolerated in a 4-hour workday due to chronic fatigue, push/pull/carry/lift up to 15 pounds occasionally, bend/stoop/kneel/climb stairs/reach as tolerated, reassessment in 6 months would be appropriate.

All available medical documentation was reviewed.

**1252 Bell Valley Road, Suite 210 ⬦ Rockford, IL 61108 ⬦ Phone  815.964.6334 ⬦ Fax  815.964.1162**
*website* www.nmrco.com ■ *email* info@nmrco.com

**Lincoln/Marcus 0534**

RE: Leslie Marcus«@Claimant»                                    NMR #: 815678
Page 2

## IN ANSWER TO YOUR SPECIFIC QUESTIONS:

**1. Can you please provide more explanation as to why the claimant is limited to 4 hours work days?**

This is an error and restrictions/limitations as listed are applicable as previously detailed except the statement stating stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance.

**2. On the page 10 in the first paragraph, you noted on the surveillance video the claimant was ambulating without difficulty, entering and exiting the passenger side of an automobile without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing a car door. Can you please clarity this statement? Why did you expect different results?**

The claimant is noted to have multitude complaints, including difficulty with fatigue/stamina. My previous teleconference with her treating nurse practitioner (Tonia Graham, FNP) stated that the claimant had a "very deliberate way of walking ". A progress note from 10/26/2021 stated the patient was reportedly intermittently ambulating with a cane. Given these facts, it seems curious that the surveillance footage albeit brief describes her as ambulating without difficulty, entering and exiting the passenger side of an automobile without without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing the car door. The described results during the brief surveillance recorded are incongruent with her self-reported symptoms throughout the voluminous records supported

## CONFLICT OF INTEREST ATTESTATION:

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**Lincoln/Marcus 0535**

RE: Leslie Marcus«@Claimant»                          NMR #: 815678
Page 3

## ADVISING REVIEWER:

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0536**



Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis Addendum**

**From:** Nicole Hall, MS, CRC
**Date:** 03/22/2023
**To:** Keisha Scales, Appeal Review Consultant
**Claim#:** 9303113
**Claimant:** Leslie Marcus
**Policyholder:** Balfour Beatty Investments

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) Addendum as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages). I also reviewed my Appeal TSA Memorandum dated 02/27/23.

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23 with clarification provided in an Addendum Report dated 03/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Clarification obtained from Dr. Ewald includes following:

- "stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance."

An updated OASYS analysis was performed given the above noted restrictions. Upon review of the available information, including the amended limitations as noted by Dr. Ewald, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) continue to remain viable at this time. Updated 2021 wages have been provided below:

<u>Examples of Occupations identified based on National labor market and the insured's ability profile analysis:</u>

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 186.167-090 | Manager, Title Search | S | $10,388 |
| 166.167-030 | Manager, Employment | S | $10,520 |
| 163.167-018 | Manager, Sales | S | $10,625 |

*Wage Information is based on median 2021 Bureau of Labor Statistical Data*

**Lincoln/Marcus 0537**

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

**Electronically Signed**
*Nicole Hall, M S, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

2

**Lincoln/Marcus 0538**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|----------|------------------|-----|-----|-----|-----|---------|----------|-----|----------|
| 186.167-046 | Manager, Property | 8 | 11 | 0 | Y | N | N | L | 11.11.04 |
| 186.167-066 | Manager, Real-Estate Firm | 8 | 6 | 0 | Y | N | N | L | 11.11.04 |

**ADJUSTED VARIABLES SUMMARY**
This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|--|--|--------------|------------|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 8 (4 to 10 years) | 1 (Short demo only) |
| | | | |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 6 Grades 15-16+ |
| Mathematics | | 3 Grades 7-8 | 6 Grades 15-16+ |
| Language | | 4 Grades 9-12 | 6 Grades 15-16+ |
| | | | |
| **Physical Demands** | | | |
| Strength | Maximum | L Light | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Never | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| | | | |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Occasionally | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

3

**Lincoln/Marcus 0539**

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | No Change |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

4

**Lincoln/Marcus 0540**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 27, 2023 9:18:15 AM |
| To: | LISA@SCHIFFMANLAW.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 9gvwpjtmckokvwxtzjze_14902558.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 0541**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 27, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments'Group Disability Policy. We are writing regarding Leslie Marcus'laim for LTD benefits under the Policy.

We are in process of reviewing Ms. Marcus'ppeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosures is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached Peer and Vocational Reviews, which is new or additional evidence in connection with Ms. Marcus'ppeal. You may review these and provide a response to us, which we will consider in making our decision on her appeal. If we do not receive your response within 21 days of the date of this letter or April 16, 2023, we will proceed with making a determination on her appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Marcus'ppeal. If your response is not received by April 16, 2023, we will render a determination based on the information contained in her file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln'control, which require a delay in making a determination. If additional time is needed,

**Lincoln/Marcus 0542**

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments:  9303113-MEDICAL-CP/PEER REVIEW-02.09.2023
9303113-MEDICAL-CP/PEER REVIEW-02.14.2023
9303113-MEDICAL-CP/PEER REVIEW-02.16.2023
9303113-VOC-TRANSFERRABLE SKILLS ASSESSMENT-02.27.2023
9303113-MEDICAL-CP/PEER REVIEW-03.09.2023
9303113-VOC-TRANSFERRABLE SKILLS ASSESSMENT-03.22.2023

**Lincoln/Marcus 0543**



# Network Medical Review Co. Ltd.

### An ExamWorks Company

| | |
|---|---|
| **REFERRED BY:** | KEISHA SCALES |
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 798880 |
| **DATE:** | 2/9/2023 |

## RECORDS PROVIDED FOR REVIEW:

| | | |
|---|---|---|
| Referral Form | S Leahey | 2/2/2023 |
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**Lincoln/Marcus 0544**

RE: Leslie Marcus                                        NMR #: 798880
Page 2

| Progress Notes | S Komandoor, MD | 5/5/2019 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0545**

RE: Leslie Marcus
Page 3

NMR #: 798880

| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
|---|---|---|
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0546**

RE: Leslie Marcus                                    NMR #: 798880
Page 4

| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
|---|---|---|
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0547**

RE: Leslie Marcus                                            NMR #: 798880
Page 5

TELECONFERENCE
     1) AP NAME: Name: Tonia Graham FNP-BC APRN
     2) PHONE: (623) 322 0099
     3) DATE(S): 2/7/2023
     4) TIME(S): 6:17 PM MST
     5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
     6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia  and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:           is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms.  In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus.

**Lincoln/Marcus 0548**

RE: Leslie Marcus                                                                NMR #: 798880
Page 6

She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019 showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus. Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed nonocclusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, nonocclusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019 stated the claimant was found to be in atrial tachycardia/flutter, metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology

**Lincoln/Marcus 0549**

RE: Leslie Marcus                                                         NMR #: 798880
Page 7

consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

RE: Leslie Marcus                                         NMR #: 798880
Page 8

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020 addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

**Lincoln/Marcus 0551**

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive

RE: Leslie Marcus                                          NMR #: 798880
Page 10

diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing. Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms. A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations

**Lincoln/Marcus 0553**

RE: Leslie Marcus                                              NMR #: 798880
Page 11

may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal. which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

**7.**

**Lincoln/Marcus 0554**

RE: Leslie Marcus                                          NMR #: 798880
Page 12

**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0555**





**February 9, 2023**

**Attending Physician Confirmatory Letter**

Re: Leslie Marcus
DOB:

Dear Tonia Graham FNP-BC APRN,

I have completed a review on Leslie Marcus,a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 2/7/2023 at 6:17 PM. You stated the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. You also stated the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia and no longer drives as a result. The patient has a low BMI and continues to struggle with cyclic nausea. You plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 2/16/2023 to the fax number below.

Sincerely,

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine

_____          _____
Name                                          Date

Respectfully Yours,
Robin A Baley
Client Coordinator

p.p.

Voice:  1-815-964-6334
Fax:    1-815-964-1162

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**

**Lincoln/Marcus 0556**



An ExamWorks Company

**REFERRED BY:**     KEISHA SCALES
**CLIENT:**          Lincoln Life Insurance
**NAME:**            Leslie Marcus
**CLAIM #:**         9303113
**NMR #:**           798879
**DATE:**            2/14/2023

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | S Leahey | 2/2/2023 |
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**1252 Bell Valley Road, Suite 210** ❊ **Rockford, IL 61108** ❊ **Phone  815.964.6334** ❊ **Fax  815.964.1162**
*website* www.nmrco.com ▪ *email* info@nmrco.com

**Lincoln/Marcus 0557**

RE:  Leslie Marcus
Page 2

NMR #: 798879

| Progress Notes | S Komandoor, MD | 5/5/2019 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0558**

RE: Leslie Marcus
Page 3

NMR #: 798879

| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
|---|---|---|
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0559**

RE:  Leslie Marcus                                          NMR #: 798879
Page 4

| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
|---|---|---|
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0560**

RE: Leslie Marcus                                    NMR #: 798879
Page 5

TELECONFERENCE
    1) AP NAME: Dr. Dana Higgins
    2) PHONE: (623) 977 6860
    3) DATE(S): 2/6/2023, 2/8/2023
    4) TIME(S): 12:30 PM MST, 2:55 PM MST
    5) PERSON(S) SPOKEN WITH: Jackie, Jackie
    6) POSITION OF PERSON(S) SPOKEN WITH: Office Staff, Office Staff

SUMMARY OF DISCUSSION(S): I selected option 2. I left a detailed message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided.

I selected option 2. I left a follow up message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided. Jackie recalls my previous message to the provider.

**ASSESSMENT:** All information submitted was reviewed and information relative to this reviewer's specialty is noted below.

The claimant (DOB 5/27/71) is a female.

I have reviewed all of the records provided. I will summarize those portions of the records reviewed that have relevance to the questions and timeframe identified for this review and within the scope of my area of specialty. Records include EKG (electrocardiogram) report, laboratory results, cardiology consultation, procedure notes, as well as internal soap notes and file reviews, restrictions forms and progress notes from prior to the time frame under consideration.

Job description for regional property manager is provided for review.

On January 26, 2019, a hospital discharge summary indicates diagnoses of supraventricular tachycardia and atrial fibrillation. On admission the claimant endorsed vomiting, was three weeks status post heart ablation, and indicates that she had passed out in a car. The claimant reports losing track of thoughts. The claimant is tearful in triage.

On February 6, 2019, a consultation with Frank Cibulka, MD notes the claimant endorses back pain, history of motor vehicle accident, depression and anxiety, chronic fatigue, and GI irritation.

On May 5, 2019, an emergency room note indicates the claimant has medical history of atrial fibrillation, status post December 2018 ablation, and history of migraine, and is presenting with persistent rapid heartbeat.

On May 5, 2019, a cardiology consultation notes a typical atrial flutter post ablation, recent unexplained pulmonary embolism, and syncope associated with rapid heart rates as well as thermal regulatory issues.

On May 6, 2019, a Sleep Medicine consultation notes impression of sleep initiation insomnia, depression, and atrial fibrillation. Remeron is prescribed, with plan to decrease use of clonazepam.

On May 10, 2019, a letter from Frank Cibulka, MD recommends the claimant be excused from work due to medical reasons, indicating return to work date is June 1, 2019.

**Lincoln/Marcus 0561**

RE: Leslie Marcus                                     NMR #: 798879
Page 6

On May 23, 2019, a letter from Frank Cibulka, MD indicates return to work date is August 23, 2019.

On October 21, 2019, an emergency room note indicates the claimant endorses swelling; she reports diarrhea and fever.

On October 25, 2019, a psychiatric consultation with Kari Martin, MD indicates the claimant has a complicated medical history. Self-report symptom checklists indicate significant depression and anxiety. The claimant was unable to tolerate a trial of Zoloft. The claimant continues with venlafaxine, Remeron, and Klonopin. On exam the claimant is alert and oriented with good eye contact, clear speech, linear thought process, and intact insight and judgment. Diagnostic impressions include major depression, panic attack, generalized anxiety disorder, insomnia, and cannabis use.

On November 12, 2019, a progress note with Richard Engle, MD notes impressions of anemia, nausea, fatigue, night sweats, atrial fibrillation, sinusitis, pulmonary embolus, adjustment disorder, asthma, and rhinitis.

On December 3, 2019, a progress note with David Cho, MD notes the claimant presents with DVT (deep vein thrombosis), depression, atrial fibrillation, GI bleed, and anemia.

On January 7, 2020, an occupational analysis notes occupation is most often performed at the light level.

On January 14, 2020, a family medicine consultation with Richard Engle, MD notes the claimant is accompanied by her spouse. The claimant reports feeling poorly.

On January 20, 2020, a neurology consultation with Sanford Fineman, MD notes the claimant has been on disability for two years after having worked as a regional manager for military housing contractor. A December 2017 motor vehicle accident is noted with no loss of consciousness, treated in local emergency room with back pain. She was treated for pain with steroid injections, became tachycardic and experienced atrial fibrillation, was hospitalized in August 2018, is status post ablations, and with history of blood clots in April 2019. The claimant indicates difficulty multitasking and focusing. The claimant reports forgetfulness. The claimant endorses stutter and panic attacks and tearfulness. Medications include Klonopin, Remeron, and Effexor. On exam the claimant is oriented with mildly diminished attention and concentration. She recalled two of four objects after delay. The doctor opines subtle cognitive deficits likely related to attention and concentration.

On February 3, 2020, a surveillance report notes no claimant activity was reviewed.

On February 6, 2020, a family medicine consultation with Frank Cibulka, MD notes the claimant is seen for management of myalgic encephalomyelitis.

On March 4, 2020, a progress note with Larry Bergstrom, MD notes impression of chronic fatigue, breathing dysregulation, POTS (postural orthostatic tachycardia syndrome)/autonomic neuropathy, and depression as well as sleep disorder and GI symptoms.

**Lincoln/Marcus 0562**

RE: Leslie Marcus                                                        NMR #: 798879
Page 7

On March 30, 2020, a progress note with Frank Cibulka, MD notes the claimant presents as alert. Impressions include anxiety, PTSD (post-traumatic stress disorder), autonomic neuropathy, anemia, and insomnia. Medications include Paxil, BuSpar, and Prozac, with plan to add Wellbutrin.

On April 1, 2020, a restrictions form completed by Frank Cibulka, MD notes the claimant has significant deficits with her physical status, with shortness of breath and weakness, with significant anxiety associated with worsening of symptoms.

On April 28, 2020, an activities questionnaire completed by the claimant notes the claimant manages laundry and other household tasks at her own pace in order to avoid fatigue. She completes yard work. She drives a vehicle and manages shopping.

On September 3, 2020, a telehealth psychiatric consultation with Kari Martin, MD notes the claimant presents as alert and oriented with appropriate eye contact, normal speech, anxious mood and affect, linear thoughts. Diagnostic impressions include generalized anxiety disorder, PTSD, REM (rapid eye movement) sleep behavior disorder, panic attacks, and chronic fatigue.

On October 15, 2020, an integrative medicine consultation with Larry Bergstrom, MD notes impression of myalgic encephalomyelitis and major depression. The plan is to initiate Pristiq.

On October 20, 2020, a behavioral health consultation with Lisa Gudenkauf MD indicates the claimant was seen by telehealth, referred by Kari Martin, MD in psychiatry for management of PTSD, anxiety, panic attacks, sleep disorder, in the context of myalgic encephalomyelitis. Diagnostic impressions include generalized anxiety disorder, PTSD, REM sleep behavior disorder, panic attacks, and chronic fatigue.

On October 26, 2020, a consultation with Tonia Graham, NP notes the claimant has chronic fatigue, was receiving injections after 2017 car accident, on third round of injection in summer 2018 experienced tachycardia and was hospitalized. She reports a severe fatigue reaction to acupuncture, and feels that she has not recovered from this fatigue. Impressions include constipation, nausea, and PTSD.

On November 3, 2020, a surveillance report notes no claimant activity was noted.

On January 22, 2021, a progress note with Tonia Graham, NP indicates medications include clonazepam, desvenlafaxine, and Trazodone. The claimant feels she may have experienced a TIA (transient ischemic attack) on the previous Monday.

On May 7, 2021, an investigative report reviews social media and other public information.

On May 25, 2021, a surveillance report notes the claimant was a passenger in a vehicle, observed to enter a medical clinic.

On June 16, 2021, an internal soap note documents contact with the claimant, who indicates that she is out of work in the context of chronic fatigue, Ehlers Danlos, and autonomic neuropathy. The claimant reports situational depression. The claimant is tearful on the phone call. The claimant indicates she is not treating with psychiatry. She reports no specific treatment for memory.

**Lincoln/Marcus 0563**

RE: Leslie Marcus                                                          NMR #: 798879
Page 8

On June 17, 2021, an activities questionnaire completed by the claimant indicates she has not driven since 2019. The claimant shares financial responsibilities with her partner. She shares grocery shopping with her partner and son.

On June 25, 2021, a progress note with Tonia Graham, NP indicates the claimant presents for follow up regarding management of POTS. The claimant limits driving, does go to the nail salon and a grocery store, avoids the freeway in light of difficulty with multitasking. She endorses dizzy spells. She reports nausea. Diagnostic impressions include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, decreased renal function, dizziness, and memory issues.

On August 11, 2021, a transferable skills analysis identifies occupations within the physical abilities and identified skill.

On August 12, 2021, a letter from Tonia Graham, NP notes the claimant continues to be medically evaluated, and no definitive diagnosis of disability has been made and no conclusion has been drawn to preclude the claimant from disability. The claimant is referred to physical therapy and neuropsychology.

On September 8, 2021, a neuropsychological evaluation with Dane Higgins, PhD notes the claimant reports concerns regarding memory and other cognitive symptoms over the past several years. Diagnostic impression is dementia without behavioral disturbance, memory loss, severe depression, and severe anxiety. The claimant walks with the support of her husband, presents as thin, reporting that the lobby was too loud, presenting as irritable and tearful. The doctor reports poor performance (noting these scores range from the 10th percentile to below the 2.3 percentile) on measures of visual attention, abstract reasoning, immediate recall of visual information, and delayed recall of visual information. Low average performance was noted on measures of processing speed, abstraction, visual encoding, recall for auditory information, and executive functioning. Adequate performance was noted on a number of other measures. Embedded and freestanding performance validity indicators were listed in tests administered. The examining neuropsychologist indicates that performance on these indicators is consistent with normal motivation and effort; scores on these indicators were not provided. An appendix provides specific review for some of the tests administered at this evaluation. Performance on a multi trial list learning task fell within the low average range, with performance on a multi trial nonverbal recall task following within the impaired range. Performance on a continuous performance test was remarkable for an excessive number of errors of commission. Some elevation was noted on a scale sensitive to difficulty distinguishing targets from non-targets. Reaction time on the CPT was slightly higher than typical. Full scale IQ score falls within the average range, with working memory and processing speed index scores likewise falling within the average range.

On September 16, 2021, a letter from the claimant's attorney notes the office is representing the claimant in pursuit of long term disability benefits.

On October 19, 2021, a progress note with Tonia Graham, NP notes Trazodone is increased, and clonazepam is decreased. The claimant endorses fatigue and insomnia and nausea. On exam the claimant presents with good judgment, active and alert, anxious, with full orientation, and presenting with difficulty recalling events in the past week. The note also indicates remote memory is abnormal, but does not provide detail.

On December 7, 2021, a progress note with Tania Graham, NP notes recommendation is to continue Trazodone and decrease clonazepam at bedtime. On examination the claimant presents with good judgment, alert and active, anxious, with full orientation. The doctor indicates recent and remote memory are impaired.

**Lincoln/Marcus 0564**

RE:  Leslie Marcus                                          NMR #: 798879
Page 9

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Comorbid diagnoses include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, and decreased renal function. I would defer to the appropriate specialty as they are outside my area of expertise.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment from 10/17/21 to and beyond.

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and

**Lincoln/Marcus 0565**

RE: Leslie Marcus                                      NMR #: 798879
Page 10

review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The records provided note the claimant is treated for both medical as well as mental health conditions. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment. I would defer the claimants' medical conditions to the appropriate specialty as they are outside my area of expertise.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

I will limit my responses to my areas of expertise, psychology and neuropsychology. The referral for neuropsychological evaluation was appropriate in light of the claimant's concerns regarding cognitive symptoms. If cognitive symptoms persist or are associated with functional impairment, a follow up neuropsychological evaluation may be indicated, as well as referral for cognitive rehabilitation. The records do not indicate the claimant has been involved in psychiatric treatment within the time frame under consideration. If behavioral health symptoms persist or exacerbate, referral for behavioral health evaluation and treatment may be appropriate.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No non-medical circumstances are identified in the medical records (e.g. workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work.

**7.**
**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Dr. Dana Higgins**
**Phone Number: 1 (623) 977 6860 ex -----**
**Fax Number: 623.977.2016**

Noted.

**8. please provide a description of the claimant's impairments attributable to the presence of mental illness versus cognitive disorder, and separately outline how any impairment translates to restrictions and limitations 10/17/2021 forward. Please include the expected duration for any restrictions and limitations identified.**

**Lincoln/Marcus 0566**

RE:  Leslie Marcus                                                    NMR #: 798879
Page 11

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

**Lincoln/Marcus 0567**

RE: Leslie Marcus                                         NMR #: 798879
Page 12

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

David Nowell, Ph.D.
Licensed Psychologist
Practicing Neuropsychologist
Licensed in State of MA #7226

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0568**



**Network Medical Review Co. Ltd.**

An ExamWorks Company

**REFERRED BY:** KEISHA SCALES
**CLIENT:** Lincoln Life Insurance
**NAME:** Leslie Marcus
**CLAIM #:** 9303113
**NMR #:** 798880
**DATE:** 2/9/2023; Clarification 2/16/2023

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | S Leahey | 2/2/2023 |
|---|---|---|
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |
| Progress Notes | S Komandoor, MD | 5/5/2019 |
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |

**1252 Bell Valley Road, Suite 210 ⬧ Rockford, IL 61108 ⬧ Phone 815.964.6334 ⬧ Fax 815.964.1162**
*website* www.nmrco.com ⬛ *email* info@nmrco.com

**Lincoln/Marcus 0569**

RE: Leslie Marcus«@Claimant»                    NMR #: 798880
Page 2

| Progress Notes | S Obadia, DO | 7/25/2021 |
|---|---|---|
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |
| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; |

**Lincoln/Marcus 0570**

RE: Leslie Marcus«@Claimant»                                 NMR #: 798880
Page 3

| | | Undated |
|---|---|---|
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |

**Lincoln/Marcus 0571**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 4

| Illegible Documents | | |
|---|---|---|

TELECONFERENCE
    1) AP NAME: Name: Tonia Graham FNP-BC APRN
    2) PHONE: (623) 322 0099
    3) DATE(S): 2/7/2023
    4) TIME(S): 6:17 PM MST
    5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
    6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:               is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed

**Lincoln/Marcus 0572**

RE:  Leslie Marcus«@Claimant»                                   NMR #: 798880
Page 5

admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms. In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus. She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019  showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and  resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD  listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus.  Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed non-occlusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, non-occlusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019  stated the claimant was found to be in atrial tachycardia/flutter,

metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 7

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient  was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020  addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

**Lincoln/Marcus 0575**

RE: Leslie Marcus«@Claimant»                             NMR #: 798880
Page 8

---

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and  speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP  saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than

left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing. Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms. A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

**Lincoln/Marcus 0577**

RE: Leslie Marcus«@Claimant»                          NMR #: 798880
Page 10

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal, which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;
Reassessment is recommended in six months from the this review to evaluate any changes in her symptoms.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

**Lincoln/Marcus 0578**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 11

**7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0579**



Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis**

**From:** Nicole Hall, MS, CRC
**Date:** 02/27/2023
**To:** Keisha Scales, Appeal Review Consultant
**Claim#:** 9303113
**Claimant:** Leslie Marcus
**Policyholder:** Balfour Beatty Investments

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages).

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Upon review of the available information, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) are no longer viable as they fall outside of the updated part-time restrictions and limitations as outlined by Dr. Ewald. Given that the updated medical information precludes full-time work capacity, there are no occupational alternatives that can be identified for the insured at this time.

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

**Lincoln/Marcus 0580**



Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:**     KEISHA SCALES
**CLIENT:**          Lincoln Life Insurance
**NAME:**            Leslie Marcus
**CLAIM #:**         9303113
**NMR #:**           815678
**DATE:**            Addendum 3/9/2023

**ASSESSMENT:** The claimant DOB:             is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat. report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed: Review by this author dated 2/9/2023 concluded that there were restrictions and limitations applicable from internal medicine perspective for the timeframe in question. Specific, stand/walk/sit/use hands for fine manipulation as tolerated in a 4-hour workday due to chronic fatigue, push/pull/carry/lift up to 15 pounds occasionally, bend/stoop/kneel/climb stairs/reach as tolerated, reassessment in 6 months would be appropriate.

All available medical documentation was reviewed.

**1252 Bell Valley Road, Suite 210** ❖ **Rockford, IL 61108** ❖ **Phone 815.964.6334** ❖ **Fax 815.964.1162**
*website* www.nmrco.com ▓ *email* info@nmrco.com

**Lincoln/Marcus 0581**

RE: Leslie Marcus«@Claimant»                                     NMR #: 815678
Page 2

## IN ANSWER TO YOUR SPECIFIC QUESTIONS:

**1. Can you please provide more explanation as to why the claimant is limited to 4 hours work days?**

This is an error and restrictions/limitations as listed are applicable as previously detailed except the statement stating stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance.

**2. On the page 10 in the first paragraph, you noted on the surveillance video the claimant was ambulating without difficulty, entering and exiting the passenger side of an automobile without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing a car door. Can you please clarity this statement? Why did you expect different results?**

The claimant is noted to have multitude complaints, including difficulty with fatigue/stamina. My previous teleconference with her treating nurse practitioner (Tonia Graham, FNP) stated that the claimant had a "very deliberate way of walking ". A progress note from 10/26/2021 stated the patient was reportedly intermittently ambulating with a cane. Given these facts, it seems curious that the surveillance footage albeit brief describes her as ambulating without difficulty, entering and exiting the passenger side of an automobile without without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing the car door. The described results during the brief surveillance recorded are incongruent with her self-reported symptoms throughout the voluminous records supported

## CONFLICT OF INTEREST ATTESTATION:

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**Lincoln/Marcus 0582**

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0583**

![Lincoln Financial Group logo]

Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis Addendum**

**From:** Nicole Hall, MS, CRC
**Date:** 03/22/2023
**To:** Keisha Scales, Appeal Review Consultant
**Claim#:** 9303113
**Claimant:** Leslie Marcus
**Policyholder:** Balfour Beatty Investments

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) Addendum as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages). I also reviewed my Appeal TSA Memorandum dated 02/27/23.

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23 with clarification provided in an Addendum Report dated 03/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Clarification obtained from Dr. Ewald includes following:

- "stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance."

An updated OASYS analysis was performed given the above noted restrictions. Upon review of the available information, including the amended limitations as noted by Dr. Ewald, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) continue to remain viable at this time. Updated 2021 wages have been provided below:

**Examples of Occupations identified based on National labor market and the insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Monthly Wage |
|----------|-----------|----------|----------------------|
| 186.167-090 | Manager, Title Search | S | $10,388 |
| 166.167-030 | Manager, Employment | S | $10,520 |
| 163.167-018 | Manager, Sales | S | $10,625 |

*Wage Information is based on median 2021 Bureau of Labor Statistical Data*

**Lincoln/Marcus 0584**

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

**Electronically Signed**
*Nicole Hall, M S, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

2

**Lincoln/Marcus 0585**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|----------|------------------|-----|-----|-----|-----|---------|----------|-----|----------|
| 186.167-046 | Manager, Property | 8 | 11 | 0 | Y | N | N | L | 11.11.04 |
| 186.167-066 | Manager, Real-Estate Firm | 8 | 6 | 0 | Y | N | N | L | 11.11.04 |

**ADJUSTED VARIABLES SUMMARY**
This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 8 (4 to 10 years) | No Change |
| Minimum | | 8 (4 to 10 years) | 1 (Short demo only) |
| | | | |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 6 Grades 15-16+ |
| Mathematics | | 3 Grades 7-8 | 6 Grades 15-16+ |
| Language | | 4 Grades 9-12 | 6 Grades 15-16+ |
| | | | |
| **Physical Demands** | | | |
| Strength | Maximum | L Light | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Never | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| | | | |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Occasionally | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |

3

Lincoln/Marcus 0586

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | No Change |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**Lincoln/Marcus 0587**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: March 23, 2023 | |
| To:   LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn:   Lisa Counters | |
| Fax:   (602) 266-0141 | |
| From:  Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    47 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0588**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

March 23, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing regarding Leslie Marcus' claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Marcus' appeal of our denial determination regarding the above-referenced claim.   The purpose of this letter and enclosures is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on her appeal.

Please find attached Peer and Vocational Reviews, which is new or additional evidence in connection with Ms. Marcus' appeal.  You may review these and provide a response to us, which we will consider in making our decision on her appeal.  If we do not receive your response within 21 days of the date of this letter or April 12, 2023, we will proceed with making a determination on her appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Marcus' appeal.  If your response is not received by April 12, 2023, we will render a determination based on the information contained in her file.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

**Lincoln/Marcus 0589**

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

Attachments:    9303113-MEDICAL-CP/PEER REVIEW-02.09.2023
9303113-MEDICAL-CP/PEER REVIEW-02.14.2023
9303113-MEDICAL-CP/PEER REVIEW-02.16.2023
9303113-VOC-TRANSFERRABLE SKILLS ASSESSMENT-02.27.2023
9303113-MEDICAL-CP/PEER REVIEW-03.09.2023
9303113-VOC-TRANSFERRABLE SKILLS ASSESSMENT-03.22.2023

**Lincoln/Marcus 0590**



Network Medical Review Co. Ltd.

An ExamWorks Company

| **REFERRED BY:** | KEISHA SCALES |
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 798880 |
| **DATE:** | 2/9/2023 |

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | S Leahey | 2/2/2023 |
|---|---|---|
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**1252 Bell Valley Road, Suite 210 ⬧ Rockford, IL 61108 ⬧ Phone 815.964.6334 ⬧ Fax 815.964.1162**
*website* www.nmrco.com ◼ *email* info@nmrco.com

**Lincoln/Marcus 0591**

RE: Leslie Marcus
Page 2

NMR #: 798880

| Progress Notes | S Komandoor, MD | 5/5/2019 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0592**

RE: Leslie Marcus                                NMR #: 798880
Page 3

| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
|---|---|---|
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0593**

RE:  Leslie Marcus                                      NMR #: 798880
Page 4

| | | |
|---|---|---|
| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0594**

RE: Leslie Marcus                                          NMR #: 798880
Page 5

TELECONFERENCE
    1) AP NAME: Name: Tonia Graham FNP-BC APRN
    2) PHONE: (623) 322 0099
    3) DATE(S): 2/7/2023
    4) TIME(S): 6:17 PM MST
    5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
    6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia  and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:         is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms.  In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus.

**Lincoln/Marcus 0595**

RE: Leslie Marcus                                          NMR #: 798880
Page 6

She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019 showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus. Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed nonocclusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, nonocclusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019 stated the claimant was found to be in atrial tachycardia/flutter, metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology

**Lincoln/Marcus 0596**

consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

**Lincoln/Marcus 0597**

RE: Leslie Marcus                                          NMR #: 798880
Page 8

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020 addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

**Lincoln/Marcus 0598**

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive

**Lincoln/Marcus 0599**

RE: Leslie Marcus                                      NMR #: 798880
Page 10

diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing.  Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms.  A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations

**Lincoln/Marcus 0600**

RE: Leslie Marcus                                           NMR #: 798880
Page 11

may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal. which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

**7.**

**Lincoln/Marcus 0601**

RE:  Leslie Marcus                                           NMR #: 798880
Page 12

**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0602**





**February 9, 2023**

**Attending Physician Confirmatory Letter**

Re: Leslie Marcus
DOB:

Dear Tonia Graham FNP-BC APRN,

I have completed a review on Leslie Marcus,a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 2/7/2023 at 6:17 PM. You stated the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. You also stated the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia and no longer drives as a result. The patient has a low BMI and continues to struggle with cyclic nausea. You plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 2/16/2023 to the fax number below.

Sincerely,

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine

_____         _____
Name                                      Date

Respectfully Yours,
Robin A Baley
Client Coordinator

p.p.

Voice:  1-815-964-6334
Fax:    1-815-964-1162

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**

**Lincoln/Marcus 0603**



Network Medical Review Co. Ltd.

An ExamWorks Company

**REFERRED BY:** KEISHA SCALES
**CLIENT:** Lincoln Life Insurance
**NAME:** Leslie Marcus
**CLAIM #:** 9303113
**NMR #:** 798879
**DATE:** 2/14/2023

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | S Leahey | 2/2/2023 |
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**1252 Bell Valley Road, Suite 210** ⬦ **Rockford, IL 61108** ⬦ **Phone 815.964.6334** ⬦ **Fax 815.964.1162**
*website* www.nmrco.com ▉ *email* info@nmrco.com

**Lincoln/Marcus 0604**

RE: Leslie Marcus                                    NMR #: 798879
Page 2

| Progress Notes | S Komandoor, MD | 5/5/2019 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0605**

RE: Leslie Marcus                                          NMR #: 798879
Page 3

| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
|---|---|---|
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0606**

RE: Leslie Marcus
Page 4

NMR #: 798879

| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
|---|---|---|
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0607**

RE: Leslie Marcus                                                    NMR #: 798879
Page 5

TELECONFERENCE
    1) AP NAME: Dr. Dana Higgins
    2) PHONE: (623) 977 6860
    3) DATE(S): 2/6/2023, 2/8/2023
    4) TIME(S): 12:30 PM MST, 2:55 PM MST
    5) PERSON(S) SPOKEN WITH: Jackie, Jackie
    6) POSITION OF PERSON(S) SPOKEN WITH: Office Staff, Office Staff

SUMMARY OF DISCUSSION(S): I selected option 2. I left a detailed message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided.

I selected option 2. I left a follow up message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided. Jackie recalls my previous message to the provider.

**ASSESSMENT:** All information submitted was reviewed and information relative to this reviewer's specialty is noted below.

The claimant (DOB 5/27/71) is a female.

I have reviewed all of the records provided. I will summarize those portions of the records reviewed that have relevance to the questions and timeframe identified for this review and within the scope of my area of specialty. Records include EKG (electrocardiogram) report, laboratory results, cardiology consultation, procedure notes, as well as internal soap notes and file reviews, restrictions forms and progress notes from prior to the time frame under consideration.

Job description for regional property manager is provided for review.

On January 26, 2019, a hospital discharge summary indicates diagnoses of supraventricular tachycardia and atrial fibrillation. On admission the claimant endorsed vomiting, was three weeks status post heart ablation, and indicates that she had passed out in a car. The claimant reports losing track of thoughts. The claimant is tearful in triage.

On February 6, 2019, a consultation with Frank Cibulka, MD notes the claimant endorses back pain, history of motor vehicle accident, depression and anxiety, chronic fatigue, and GI irritation.

On May 5, 2019, an emergency room note indicates the claimant has medical history of atrial fibrillation, status post December 2018 ablation, and history of migraine, and is presenting with persistent rapid heartbeat.

On May 5, 2019, a cardiology consultation notes a typical atrial flutter post ablation, recent unexplained pulmonary embolism, and syncope associated with rapid heart rates as well as thermal regulatory issues.

On May 6, 2019, a Sleep Medicine consultation notes impression of sleep initiation insomnia, depression, and atrial fibrillation. Remeron is prescribed, with plan to decrease use of clonazepam.

On May 10, 2019, a letter from Frank Cibulka, MD recommends the claimant be excused from work due to medical reasons, indicating return to work date is June 1, 2019.

**Lincoln/Marcus 0608**

RE: Leslie Marcus                                          NMR #: 798879
Page 6

On May 23, 2019, a letter from Frank Cibulka, MD indicates return to work date is August 23, 2019.

On October 21, 2019, an emergency room note indicates the claimant endorses swelling; she reports diarrhea and fever.

On October 25, 2019, a psychiatric consultation with Kari Martin, MD indicates the claimant has a complicated medical history. Self-report symptom checklists indicate significant depression and anxiety. The claimant was unable to tolerate a trial of Zoloft. The claimant continues with venlafaxine, Remeron, and Klonopin. On exam the claimant is alert and oriented with good eye contact, clear speech, linear thought process, and intact insight and judgment. Diagnostic impressions include major depression, panic attack, generalized anxiety disorder, insomnia, and cannabis use.

On November 12, 2019, a progress note with Richard Engle, MD notes impressions of anemia, nausea, fatigue, night sweats, atrial fibrillation, sinusitis, pulmonary embolus, adjustment disorder, asthma, and rhinitis.

On December 3, 2019, a progress note with David Cho, MD notes the claimant presents with DVT (deep vein thrombosis), depression, atrial fibrillation, GI bleed, and anemia.

On January 7, 2020, an occupational analysis notes occupation is most often performed at the light level.

On January 14, 2020, a family medicine consultation with Richard Engle, MD notes the claimant is accompanied by her spouse. The claimant reports feeling poorly.

On January 20, 2020, a neurology consultation with Sanford Fineman, MD notes the claimant has been on disability for two years after having worked as a regional manager for military housing contractor. A December 2017 motor vehicle accident is noted with no loss of consciousness, treated in local emergency room with back pain. She was treated for pain with steroid injections, became tachycardic and experienced atrial fibrillation, was hospitalized in August 2018, is status post ablations, and with history of blood clots in April 2019. The claimant indicates difficulty multitasking and focusing. The claimant reports forgetfulness. The claimant endorses stutter and panic attacks and tearfulness. Medications include Klonopin, Remeron, and Effexor. On exam the claimant is oriented with mildly diminished attention and concentration. She recalled two of four objects after delay. The doctor opines subtle cognitive deficits likely related to attention and concentration.

On February 3, 2020, a surveillance report notes no claimant activity was reviewed.

On February 6, 2020, a family medicine consultation with Frank Cibulka, MD notes the claimant is seen for management of myalgic encephalomyelitis.

On March 4, 2020, a progress note with Larry Bergstrom, MD notes impression of chronic fatigue, breathing dysregulation, POTS (postural orthostatic tachycardia syndrome)/autonomic neuropathy, and depression as well as sleep disorder and GI symptoms.

On March 30, 2020, a progress note with Frank Cibulka, MD notes the claimant presents as alert. Impressions include anxiety, PTSD (post-traumatic stress disorder), autonomic neuropathy, anemia, and insomnia. Medications include Paxil, BuSpar, and Prozac, with plan to add Wellbutrin.

On April 1, 2020, a restrictions form completed by Frank Cibulka, MD notes the claimant has significant deficits with her physical status, with shortness of breath and weakness, with significant anxiety associated with worsening of symptoms.

On April 28, 2020, an activities questionnaire completed by the claimant notes the claimant manages laundry and other household tasks at her own pace in order to avoid fatigue. She completes yard work. She drives a vehicle and manages shopping.

On September 3, 2020, a telehealth psychiatric consultation with Kari Martin, MD notes the claimant presents as alert and oriented with appropriate eye contact, normal speech, anxious mood and affect, linear thoughts. Diagnostic impressions include generalized anxiety disorder, PTSD, REM (rapid eye movement) sleep behavior disorder, panic attacks, and chronic fatigue.

On October 15, 2020, an integrative medicine consultation with Larry Bergstrom, MD notes impression of myalgic encephalomyelitis and major depression. The plan is to initiate Pristiq.

On October 20, 2020, a behavioral health consultation with Lisa Gudenkauf MD indicates the claimant was seen by telehealth, referred by Kari Martin, MD in psychiatry for management of PTSD, anxiety, panic attacks, sleep disorder, in the context of myalgic encephalomyelitis. Diagnostic impressions include generalized anxiety disorder, PTSD, REM sleep behavior disorder, panic attacks, and chronic fatigue.

On October 26, 2020, a consultation with Tonia Graham, NP notes the claimant has chronic fatigue, was receiving injections after 2017 car accident, on third round of injection in summer 2018 experienced tachycardia and was hospitalized. She reports a severe fatigue reaction to acupuncture, and feels that she has not recovered from this fatigue. Impressions include constipation, nausea, and PTSD.

On November 3, 2020, a surveillance report notes no claimant activity was noted.

On January 22, 2021, a progress note with Tonia Graham, NP indicates medications include clonazepam, desvenlafaxine, and Trazodone. The claimant feels she may have experienced a TIA (transient ischemic attack) on the previous Monday.

On May 7, 2021, an investigative report reviews social media and other public information.

On May 25, 2021, a surveillance report notes the claimant was a passenger in a vehicle, observed to enter a medical clinic.

On June 16, 2021, an internal soap note documents contact with the claimant, who indicates that she is out of work in the context of chronic fatigue, Ehlers Danlos, and autonomic neuropathy. The claimant reports situational depression. The claimant is tearful on the phone call. The claimant indicates she is not treating with psychiatry. She reports no specific treatment for memory.

RE: Leslie Marcus                                                NMR #: 798879
Page 8

On June 17, 2021, an activities questionnaire completed by the claimant indicates she has not driven since 2019. The claimant shares financial responsibilities with her partner. She shares grocery shopping with her partner and son.

On June 25, 2021, a progress note with Tonia Graham, NP indicates the claimant presents for follow up regarding management of POTS. The claimant limits driving, does go to the nail salon and a grocery store, avoids the freeway in light of difficulty with multitasking. She endorses dizzy spells. She reports nausea. Diagnostic impressions include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, decreased renal function, dizziness, and memory issues.

On August 11, 2021, a transferable skills analysis identifies occupations within the physical abilities and identified skill.

On August 12, 2021, a letter from Tonia Graham, NP notes the claimant continues to be medically evaluated, and no definitive diagnosis of disability has been made and no conclusion has been drawn to preclude the claimant from disability. The claimant is referred to physical therapy and neuropsychology.

On September 8, 2021, a neuropsychological evaluation with Dane Higgins, PhD notes the claimant reports concerns regarding memory and other cognitive symptoms over the past several years. Diagnostic impression is dementia without behavioral disturbance, memory loss, severe depression, and severe anxiety. The claimant walks with the support of her husband, presents as thin, reporting that the lobby was too loud, presenting as irritable and tearful. The doctor reports poor performance (noting these scores range from the 10th percentile to below the 2.3 percentile) on measures of visual attention, abstract reasoning, immediate recall of visual information, and delayed recall of visual information. Low average performance was noted on measures of processing speed, abstraction, visual encoding, recall for auditory information, and executive functioning. Adequate performance was noted on a number of other measures. Embedded and freestanding performance validity indicators were listed in tests administered. The examining neuropsychologist indicates that performance on these indicators is consistent with normal motivation and effort; scores on these indicators were not provided. An appendix provides specific review for some of the tests administered at this evaluation. Performance on a multi trial list learning task fell within the low average range, with performance on a multi trial nonverbal recall task following within the impaired range. Performance on a continuous performance test was remarkable for an excessive number of errors of commission. Some elevation was noted on a scale sensitive to difficulty distinguishing targets from non-targets. Reaction time on the CPT was slightly higher than typical. Full scale IQ score falls within the average range, with working memory and processing speed index scores likewise falling within the average range.

On September 16, 2021, a letter from the claimant's attorney notes the office is representing the claimant in pursuit of long term disability benefits.

On October 19, 2021, a progress note with Tonia Graham, NP notes Trazodone is increased, and clonazepam is decreased. The claimant endorses fatigue and insomnia and nausea. On exam the claimant presents with good judgment, active and alert, anxious, with full orientation, and presenting with difficulty recalling events in the past week. The note also indicates remote memory is abnormal, but does not provide detail.

On December 7, 2021, a progress note with Tania Graham, NP notes recommendation is to continue Trazodone and decrease clonazepam at bedtime. On examination the claimant presents with good judgment, alert and active, anxious, with full orientation. The doctor indicates recent and remote memory are impaired.

RE: Leslie Marcus                                      NMR #: 798879
Page 9

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Comorbid diagnoses include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, and decreased renal function. I would defer to the appropriate specialty as they are outside my area of expertise.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment from 10/17/21 to and beyond.

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and

**Lincoln/Marcus 0612**

RE: Leslie Marcus                                    NMR #: 798879
Page 10

review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The records provided note the claimant is treated for both medical as well as mental health conditions. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment. I would defer the claimants' medical conditions to the appropriate specialty as they are outside my area of expertise.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

I will limit my responses to my areas of expertise, psychology and neuropsychology. The referral for neuropsychological evaluation was appropriate in light of the claimant's concerns regarding cognitive symptoms. If cognitive symptoms persist or are associated with functional impairment, a follow up neuropsychological evaluation may be indicated, as well as referral for cognitive rehabilitation. The records do not indicate the claimant has been involved in psychiatric treatment within the time frame under consideration. If behavioral health symptoms persist or exacerbate, referral for behavioral health evaluation and treatment may be appropriate.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No non-medical circumstances are identified in the medical records (e.g. workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work.

**7.**
**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Dr. Dana Higgins**
**Phone Number: 1 (623) 977 6860 ex -----**
**Fax Number: 623.977.2016**

Noted.

**8. please provide a description of the claimant's impairments attributable to the presence of mental illness versus cognitive disorder, and separately outline how any impairment translates to restrictions and limitations 10/17/2021 forward. Please include the expected duration for any restrictions and limitations identified.**

**Lincoln/Marcus 0613**

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

RE:  Leslie Marcus                                                    NMR #: 798879
Page 12

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.


**ADVISING REVIEWER:**


David Nowell, Ph.D.
Licensed Psychologist
Practicing Neuropsychologist
Licensed in State of MA #7226

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*



**Network Medical Review Co. Ltd.**

An ExamWorks Company

| | | |
|---|---|---|
| **REFERRED BY:** | KEISHA SCALES | |
| **CLIENT:** | Lincoln Life Insurance | |
| **NAME:** | Leslie Marcus | |
| **CLAIM #:** | 9303113 | |
| **NMR #:** | 798880 | |
| **DATE:** | 2/9/2023; Clarification 2/16/2023 | |

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | S Leahey | 2/2/2023 |
|---|---|---|
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |
| Progress Notes | S Komandoor, MD | 5/5/2019 |
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |

**1252 Bell Valley Road, Suite 210 ⬦ Rockford, IL 61108 ⬦ Phone  815.964.6334 ⬦ Fax  815.964.1162**
*website* www.nmrco.com ✉ *email* info@nmrco.com

**Lincoln/Marcus 0616**

RE: Leslie Marcus«@Claimant»                    NMR #: 798880
Page 2

| Progress Notes | S Obadia, DO | 7/25/2021 |
|---|---|---|
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |
| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; |

**Lincoln/Marcus 0617**

RE: Leslie Marcus«@Claimant»                              NMR #: 798880
Page 3

| | | Undated |
|---|---|---|
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |

**Lincoln/Marcus 0618**

RE: Leslie Marcus«@Claimant»                          NMR #: 798880
Page 4

| Illegible Documents | | |
|---|---|---|

TELECONFERENCE
    1) AP NAME: Name: Tonia Graham FNP-BC APRN
    2) PHONE: (623) 322 0099
    3) DATE(S): 2/7/2023
    4) TIME(S): 6:17 PM MST
    5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
    6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia  and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

ASSESSMENT: All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:                is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed

**Lincoln/Marcus 0619**

admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms. In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus. She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019  showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and  resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD  listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus.  Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed non-occlusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, non-occlusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019  stated the claimant was found to be in atrial tachycardia/flutter,

metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

Lincoln/Marcus 0621

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient  was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020  addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

RE: Leslie Marcus«@Claimant»                         NMR #: 798880
Page 8

---

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than

RE: Leslie Marcus«@Claimant»                        NMR #: 798880
Page 9

left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing. Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms. A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

**Lincoln/Marcus 0624**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 10
_____

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal, which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;
Reassessment is recommended in six months from the this review to evaluate any changes in her symptoms.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

**Lincoln/Marcus 0625**

RE: Leslie Marcus«@Claimant»                              NMR #: 798880
Page 11

**7.  Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0626**



Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis**

**From:** Nicole Hall, MS, CRC
**Date:** 02/27/2023
**To:** Keisha Scales, Appeal Review Consultant
**Claim#:** 9303113
**Claimant:** Leslie Marcus
**Policyholder:** Balfour Beatty Investments

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages).

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Upon review of the available information, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) are no longer viable as they fall outside of the updated part-time restrictions and limitations as outlined by Dr. Ewald. Given that the updated medical information precludes full-time work capacity, there are no occupational alternatives that can be identified for the insured at this time.

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

**Lincoln/Marcus 0627**



Network Medical Review Co., Ltd.

An ExamWorks Company

**REFERRED BY:**      KEISHA SCALES
**CLIENT:**           Lincoln Life Insurance
**NAME:**             Leslie Marcus
**CLAIM #:**          9303113
**NMR #:**            815678
**DATE:**             Addendum 3/9/2023

**ASSESSMENT:** The claimant DOB:          is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat. report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed: Review by this author dated 2/9/2023 concluded that there were restrictions and limitations applicable from internal medicine perspective for the timeframe in question. Specific, stand/walk/sit/use hands for fine manipulation as tolerated in a 4-hour workday due to chronic fatigue, push/pull/carry/lift up to 15 pounds occasionally, bend/stoop/kneel/climb stairs/reach as tolerated, reassessment in 6 months would be appropriate.

All available medical documentation was reviewed.

**Lincoln/Marcus 0628**

RE: Leslie Marcus«@Claimant»                    NMR #: 815678
Page 2

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Can you please provide more explanation as to why the claimant is limited to 4 hours work days?**

This is an error and restrictions/limitations as listed are applicable as previously detailed except the statement stating stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance.

**2. On the page 10 in the first paragraph, you noted on the surveillance video the claimant was ambulating without difficulty, entering and exiting the passenger side of an automobile without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing a car door. Can you please clarity this statement? Why did you expect different results?**

The claimant is noted to have multitude complaints, including difficulty with fatigue/stamina. My previous teleconference with her treating nurse practitioner (Tonia Graham, FNP) stated that the claimant had a "very deliberate way of walking ". A progress note from 10/26/2021 stated the patient was reportedly intermittently ambulating with a cane. Given these facts, it seems curious that the surveillance footage albeit brief describes her as ambulating without difficulty, entering and exiting the passenger side of an automobile without without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing the car door. The described results during the brief surveillance recorded are incongruent with her self-reported symptoms throughout the voluminous records supported

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**Lincoln/Marcus 0629**

RE:  Leslie Marcus«@Claimant»                              NMR #: 815678
Page 3

_____

**ADVISING REVIEWER:**


Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0630**



Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis Addendum**

**From:** Nicole Hall, MS, CRC
**Date:** 03/22/2023
**To:** Keisha Scales, Appeal Review Consultant
**Claim#:** 9303113
**Claimant:** Leslie Marcus
**Policyholder:** Balfour Beatty Investments

**Vocational Assessment:**
This file was referred for an Appeal Transferable Skills Analysis (TSA) Addendum as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages). I also reviewed my Appeal TSA Memorandum dated 02/27/23.

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23 with clarification provided in an Addendum Report dated 03/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Clarification obtained from Dr. Ewald includes following:

- "stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance."

An updated OASYS analysis was performed given the above noted restrictions. Upon review of the available information, including the amended limitations as noted by Dr. Ewald, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) continue to remain viable at this time. Updated 2021 wages have been provided below:

**Examples of Occupations identified based on National labor market and the insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Monthly Wage |
|----------|------------|----------|----------------------|
| 186.167-090 | Manager, Title Search | S | $10,388 |
| 166.167-030 | Manager, Employment | S | $10,520 |
| 163.167-018 | Manager, Sales | S | $10,625 |

*Wage Information is based on median 2021 Bureau of Labor Statistical Data*

**Lincoln/Marcus 0631**

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

**Electronically Signed**
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

2

**Lincoln/Marcus 0632**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|----------|------------------|-----|-----|-----|-----|---------|----------|-----|----------|
| 186.167-046 | Manager, Property | 8 | 11 | 0 | Y | N | N | L | 11.11.04 |
| 186.167-066 | Manager, Real-Estate Firm | 8 | 6 | 0 | Y | N | N | L | 11.11.04 |

**ADJUSTED VARIABLES SUMMARY**
This report summarizes the changes made to the person's ability profile.

|  | Changed From | Changed To |
|--|--------------|------------|
| **Specific Vocational Preparation** | | |
| Maximum | 8 (4 to 10 years) | No Change |
| Minimum | 8 (4 to 10 years) | 1 (Short demo only) |
| | | |
| **General Educational Development** | | |
| Reasoning | 4 Grades 9-12 | 6 Grades 15-16+ |
| Mathematics | 3 Grades 7-8 | 6 Grades 15-16+ |
| Language | 4 Grades 9-12 | 6 Grades 15-16+ |

**Physical Demands**

| | | Changed From | Changed To |
|--|--|--------------|------------|
| Strength | Maximum | L Light | S Sedentary |
| | Minimum | L Light | S Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Never | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |

**Environmental Conditions**

| | Changed From | Changed To |
|--|--------------|------------|
| Exposure to Weather | Occasionally | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

3

**Lincoln/Marcus 0633**

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | No Change |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**Lincoln/Marcus 0634**



Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

**Vocational Memorandum – Appeal Transferable Skills Analysis Addendum**

From:  Nicole Hall, MS, CRC
Date:  03/22/2023
To:  Keisha Scales, Appeal Review Consultant
Claim#:  9303113
Claimant:  Leslie Marcus
Policyholder:  Balfour Beatty Investments

Vocational Assessment:
This file was referred for an Appeal Transferable Skills Analysis (TSA) Addendum as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages). I also reviewed my Appeal TSA Memorandum dated 02/27/23.

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23 with clarification provided in an Addendum Report dated 03/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Clarification obtained from Dr. Ewald includes following:

- "stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance."

An updated OASYS analysis was performed given the above noted restrictions. Upon review of the available information, including the amended limitations as noted by Dr. Ewald, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) continue to remain viable at this time. Updated 2021 wages have been provided below:

<u>Examples of Occupations identified based on National labor market and the insured's ability profile analysis:</u>

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 186.167-090 | Manager, Title Search | S | $10,388 |
| 166.167-030 | Manager, Employment | S | $10,520 |
| 163.167-018 | Manager, Sales | S | $10,625 |

*Wage Information is based on median 2021 Bureau of Labor Statistical Data*

**Lincoln/Marcus 0635**

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

---

Respectfully submitted,

Electronically Signed
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

**Lincoln/Marcus 0636**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|----------|------------------|-----|-----|-----|-----|---------|----------|-----|----------|
| 186.167-046 | Manager, Property | 8 | 11 | 0 | Y | N | N | L | 11.11.04 |
| 186.167-066 | Manager, Real-Estate Firm | 8 | 6 | 0 | Y | N | N | L | 11.11.04 |

ADJUSTED VARIABLES SUMMARY
This report summarizes the changes made to the person's ability profile.

|  | Changed From | Changed To |
|--|--------------|------------|
| Specific Vocational Preparation | | |
| Maximum | 8 (4 to 10 years) | No Change |
| Minimum | 8 (4 to 10 years) | 1 (Short demo only) |
| | | |
| General Educational Development | | |
| Reasoning | 4 Grades 9-12 | 6 Grades 15-16+ |
| Mathematics | 3 Grades 7-8 | 6 Grades 15-16+ |
| Language | 4 Grades 9-12 | 6 Grades 15-16+ |

Physical Demands

| | | Changed From | Changed To |
|--|--|--------------|------------|
| Strength | Maximum | L  Light | S  Sedentary |
| | Minimum | L  Light | S  Sedentary |
| Climbing | | Occasionally | Unknown |
| Balancing | | Never | Unknown |
| Stooping | | Occasionally | Unknown |
| Kneeling | | Never | Unknown |
| Crouching | | Occasionally | Unknown |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Never | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Never | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |

Environmental Conditions

| | Changed From | Changed To |
|--|--------------|------------|
| Exposure to Weather | Occasionally | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

3

**Lincoln/Marcus 0637**

DOT Aptitudes

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

Work Situations (Temperaments)

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following  Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

Work Functions - Data

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | No Change |
| 6 Comparing | No | Yes |

Work Functions - People

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

Work Functions - Things

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

**Lincoln/Marcus 0638**

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION    (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S          ☑ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)              ☐ ATTORNEY INFO (if applicable)

---

FROM:    Keisha Scales                          DATE:         Tuesday, March 14, 2023

## CLAIM BACKGROUND

---

Claimant Name:      LESLIE MARCUS                   Claim Number:        9303113

☐ STD    ☑ FULLY INSURED              ( THRESHOLD $ )

☑ LTD    ☐ ASO      ☐ LIFE        Has MDS worked the claim?  ☐ YES  ☑ NO

Employer:  BALFOUR BEATTY INVESTMENTS

Change In DEF. Date:      10/16/2021

Pre-Disability Earnings:      $9,020.27    /  M      Claim Service Type:      ADOP
                                          (mode)

---

**Document Locations**

☑ Document List      ☐ Correspondence      ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

addendum - please see update to r&ls  - peer review 3/9/2023.

---

DP 512

**Lincoln/Marcus 0639**



**An ExamWorks Company**

| | |
|---|---|
| **REFERRED BY:** | KEISHA SCALES |
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 815678 |
| **DATE:** | Addendum 3/9/2023 |

**ASSESSMENT:** The claimant DOB:                is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat. report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed: Review by this author dated 2/9/2023 concluded that there were restrictions and limitations applicable from internal medicine perspective for the timeframe in question. Specific, stand/walk/sit/use hands for fine manipulation as tolerated in a 4-hour workday due to chronic fatigue, push/pull/carry/lift up to 15 pounds occasionally, bend/stoop/kneel/climb stairs/reach as tolerated, reassessment in 6 months would be appropriate.

All available medical documentation was reviewed.

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website*  **www.nmrco.com**  ■ *email*  **info@nmrco.com**

**Lincoln/Marcus 0640**

RE: Leslie Marcus«@Claimant»                               NMR #: 815678
Page 2

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Can you please provide more explanation as to why the claimant is limited to 4 hours work days?**

This is an error and restrictions/limitations as listed are applicable as previously detailed except the statement stating stand/walk/sit/use/hands for fine manipulation should have read unrestricted and as tolerated for an 8-hour workday, as I would opine that chronic fatigue syndrome even if present should not truly prohibit her from performing these types of tasks during a workday, and in fact would generally be beneficial in terms of working toward the goal of increasing her stamina/exercise tolerance.

**2. On the page 10 in the first paragraph, you noted on the surveillance video the claimant was ambulating without difficulty, entering and exiting the passenger side of an automobile without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing a car door. Can you please clarity this statement? Why did you expect different results?**

The claimant is noted to have multitude complaints, including difficulty with fatigue/stamina. My previous teleconference with her treating nurse practitioner (Tonia Graham, FNP) stated that the claimant had a "very deliberate way of walking ". A progress note from 10/26/2021 stated the patient was reportedly intermittently ambulating with a cane. Given these facts, it seems curious that the surveillance footage albeit brief describes her as ambulating without difficulty, entering and exiting the passenger side of an automobile without without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing the car door. The described results during the brief surveillance recorded are incongruent with her self-reported symptoms throughout the voluminous records supported

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**Lincoln/Marcus 0641**

RE: Leslie Marcus«@Claimant»                    NMR #: 815678
Page 3

_____

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0642**

**From:**natallia.davydzenkava-washburn@nmrexamworks.com
**Sent:**Thu, 9 Mar 2023 17:31:51 -0600
**To:**Scales, Keisha Y;VendorReferrals
**Subject:**NMR peer report notification for case - Case #: 9303113 - NMR# 815678
**Attachments:**Report NMR_Peer__LTD-R01_815678-1_addendum.pdf,
Report_NMR_Peer__LLAOBinv_815678-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #9303113 (NMR # 815678-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Marcus 0643**

## Network Medical Review Company, LTD.

*An ExamWorks Company*

**INVOICE**

LINCOLN FINANCIAL GROUP - LLAOB

Attn:  SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number:  815678-1
Invoice Date:  3/9/2023
Account Number:  519193
File Number:  815678-1

Service Date:  From - 10/17/2021 to -
Claim Number:  9303113
Claimant Name:  Leslie Marcus

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$660.00** |

**Comments**

**Please pay this amount:**          **$660.00**

Remit to: Network Medical Review Company, LTD
         PO Box 492260
         Redding, Ca 96049-2260
    Tax ID 76-0711128

3/9/2023 5:30 PM

**Lincoln/Marcus 0644**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:  Keisha Scales
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(800) 291-0112 x14099
Fax: (603) 430-5887

Document Locations

☐ Document List
☐ Correspondence
☑ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | | |
|---|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: | 3/3/2023 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | LESLIE   MARCUS | Claim #: | 9303113 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | |
| State: | | Claimant DOD: | 4/13/2019 |
| Zip: | | Primary Diagnosis: | Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: | Eric J. Ewald, M.D. |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax | Tonia Graham FNP-BC APRN (623) 322 0099 |

Referral Questions:                              Vendor Chosen:    Network Medical Review

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0645**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

1. Can you please provide more explanation as to why the claimant is limited to 4 hours work days?

2. On pg 10 in the the first paragraph you noted on the surveillance video the claimant was ambulating without difficulty, entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, or difficulty with opening or closing a car door. Can you please clarity this statement? Why did you expect different reults?

Instructions For Vendor:

Claimant Name:     LESLIE     MARCUS

**Lincoln/Marcus 0646**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

addendum - NMR 798880

Attorney Information (if applicable):

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0647**



Nicole Hall, MS, CRC
Vocational Rehabilitation Consultant II
Group Protection

Vocational Memorandum – Appeal Transferable Skills Analysis

From:  Nicole Hall, MS, CRC
Date:  02/27/2023
To:  Keisha Scales, Appeal Review Consultant
Claim#:  9303113
Claimant:  Leslie Marcus
Policyholder:  Balfour Beatty Investments

Vocational Assessment:
This file was referred for an Appeal Transferable Skills Analysis (TSA) as updated medical information has been obtained. By way of summary, the insured is a 51-year-old Regional Property Manager employed with Balfour Beatty Investments since 09/14/15. The insured discontinued work on 04/13/19 due to chronic fatigue syndrome/myalgic encephalopathy myelitis. For the purpose of this report, I reviewed the claim file and researched standard vocational resources. I also reviewed the previously completed Occupational Analysis (OA) dated 01/07/20 as well as the previously completed Transferable Skills Analysis (TSA) dated 08/11/21, both completed by Megan Provost, MA, CRC (please see the completed TSA report for full details regarding demographics, capacities utilized, education, work history, transferable skills, and alternative occupations with accompanying wages).

Per Appeal Review Consultant request, the updated restrictions and limitations to be reviewed are outlined within the Cardiovascular Disease/Internal Medicine Peer Review completed by Dr. Ewald, M.D., dated 02/09/23. Restrictions include the following:

- "Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue
- Push/pull/carry/lift-up to 15 pounds occasionally
- Bend/stoop/kneel/climb stairs/reach -as tolerated"

Upon review of the available information, the previously identified occupational alternatives (i.e., Manager Title Search, Manager Employment, and Manager Sales) are no longer viable as they fall outside of the updated part-time restrictions and limitations as outlined by Dr. Ewald. Given that the updated medical information precludes full-time work capacity, there are no occupational alternatives that can be identified for the insured at this time.

This memorandum will serve in lieu of a formal report. No further vocational services rendered. I have not met with the employee for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Consultant II*
*Group Protection*

**Lincoln/Marcus 0648**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: February 24, 2023 | |
| To: LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn: Lisa Counters | |
| Fax: (602) 266-0141 | |
| From: Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    2 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0649**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 24, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments' Group Disability Policy. We are writing regarding Leslie Marcus' claim for LTD benefits under the Policy.

In a letter dated February 22, 2023, your office reported that you require additional time to provide treatment notes from a new treating provider's evaluation on February 28, 2023.

We are reviewing LTD benefits from October 17, 2021 and beyond so we will proceed with our review. If we cannot reinstate benefits based on the information we have on file you will be given an opportunity to review and respond with any additional information you would like considered before a final determination will be made on Ms. Marcus' appeal

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

1  of  1

**Lincoln/Marcus 0650**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company

**Fax Number:     603-334-0401**
**Phone Number:**

**DATE:** February 23, 2023

**SUBJECT/MESSAGE:**

RE:     Julie Barnes, Claim No. 1190128626

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

-

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0651**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

February 22, 2023

**VIA FACSIMILE (603) 334-0401**

Keisha Scales, Claims Resolution Specialist
The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688

   Re:  Leslie Marcus
      Claim No.:  9303113

Dear Ms. Scales:

  This letter is to advise that Ms. Marcus will be seen for evaluation by a new physician on February 28, 2023 and we would like to add this to her appeal. I am requesting that Lincoln hold off on making a decision on Ms. Marcus' appeal until we submit the additional medical documentation.

  If you have any questions please contact Melissa G. at 602-266-2667 ext. 350 or by email at melissag@schiffmanlaw.com.

        Best regards,
        SCHIFFMAN LAW OFFICE, P.C.

        LISA J. COUNTERS

LJC/mag

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 0652**



**An ExamWorks Company**

| | | |
|---|---|---|
| **REFERRED BY:** | KEISHA SCALES | |
| **CLIENT:** | Lincoln Life Insurance | |
| **NAME:** | Leslie Marcus | |
| **CLAIM #:** | 9303113 | |
| **NMR #:** | 798880 | |
| **DATE:** | 2/9/2023; Clarification 2/16/2023 | |

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | S Leahey | 2/2/2023 |
|---|---|---|
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |
| Progress Notes | S Komandoor, MD | 5/5/2019 |
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**

*website*  **www.nmrco.com**  ■  *email*  **info@nmrco.com**

**Lincoln/Marcus 0653**

RE:  Leslie Marcus«@Claimant»                    NMR #: 798880
Page 2

| Progress Notes | S Obadia, DO | 7/25/2021 |
|---|---|---|
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |
| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; |

RE:  Leslie Marcus«@Claimant»                              NMR #: 798880
Page 3

| | | Undated |
|---|---|---|
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |

**Lincoln/Marcus 0655**

RE:  Leslie Marcus«@Claimant»                                          NMR #: 798880
Page 4

| Illegible Documents | | |
|---|---|---|

TELECONFERENCE
    1) AP NAME: Name: Tonia Graham FNP-BC APRN
    2) PHONE: (623) 322 0099
    3) DATE(S): 2/7/2023
    4) TIME(S): 6:17 PM MST
    5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
    6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia  and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

ASSESSMENT: All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:                  is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media, which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed

**Lincoln/Marcus 0656**

RE: Leslie Marcus«@Claimant»                                     NMR #: 798880
Page 5

admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms. In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus. She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019  showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and  resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD  listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus.  Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed non-occlusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, non-occlusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019  stated the claimant was found to be in atrial tachycardia/flutter,

**Lincoln/Marcus 0657**

metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

**Lincoln/Marcus 0658**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 7

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020 addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

**Lincoln/Marcus 0659**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 8

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and  speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP  saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than

RE: Leslie Marcus«@Claimant»                          NMR #: 798880
Page 9

left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing.  Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms.  A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

**Lincoln/Marcus 0661**

RE: Leslie Marcus«@Claimant»                                    NMR #: 798880
Page 10

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal, which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;
Reassessment is recommended in six months from the this review to evaluate any changes in her symptoms.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

Lincoln/Marcus 0662

RE:  Leslie Marcus«@Claimant»                                NMR #: 798880
Page 11

---

**7.  Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure.  NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**From:**Scales, Keisha Y
**Sent:**Thu, 16 Feb 2023 15:28:58 +0000
**To:**natallia.davydzenkava-washburn@nmrexamworks.com
**Subject:**Claim 9303113 (NMR 798880-1) Leslie Marcus

Good morning,

Question 3 of the review requested that the physician comment on the expected duration of the recommended r&ls. He did not provide the expected duration. Can you please request he provide that for this review?

Thanks!



**Keisha Scales**
Claims Resolution Specialist

888.437.7611 ext 14099 Office

603.334.0401 Fax

**Lincoln Financial Group**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. For more information, please see our privacy policy. Thank You.**

**Lincoln/Marcus 0664**

**From:**natallia.davydzenkava-washburn@nmrexamworks.com
**Sent:**Thu, 16 Feb 2023 16:04:48 -0600
**To:**Scales, Keisha Y;VendorReferrals
**Subject:**NMR peer report notification for case - Case #: 9303113 - NMR# 798880
**Attachments:**Report _NMR_Peer__LTD-R01_798880-2_clarification.pdf,
Report_NMR_Peer__LLAOBinv_798880-2_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #9303113 (NMR # 798880-2) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Marcus 0665**

# Network Medical Review Company, LTD.

*An ExamWorks Company*

### INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn:  SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number:  798880-2
Invoice Date:  2/9/2023
Account Number:  519193
File Number:  798880-2

Service Date:  From - 10/17/2021 to -
Claim Number:  9303113
Claimant Name:  Leslie Marcus

| Description | | Amount |
|---|---|---|
| Initial | LTD | $0.00 |

**Comments**

**Please pay this amount:**          **$0.00**

Remit to: Network Medical Review Company, LTD
         PO Box 492260
         Redding, Ca 96049-2260
  Tax ID 76-0711128

2/16/2023 4:03 PM

**Lincoln/Marcus 0666**



**An ExamWorks Company**

| **REFERRED BY:** | KEISHA SCALES |
|---|---|
| **CLIENT:** | Lincoln Life Insurance |
| **NAME:** | Leslie Marcus |
| **CLAIM #:** | 9303113 |
| **NMR #:** | 798879 |
| **DATE:** | 2/14/2023 |

**RECORDS PROVIDED FOR REVIEW:**

| Referral Form | S Leahey | 2/2/2023 |
|---|---|---|
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website*  **www.nmrco.com** ■ *email*  **info@nmrco.com**

**Lincoln/Marcus 0667**

RE:  Leslie Marcus
Page 2

NMR #: 798879

| Progress Notes | S Komandoor, MD | 5/5/2019 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0668**

RE: Leslie Marcus                                    NMR #: 798879
Page 3

| | | |
|---|---|---|
| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0669**

RE: Leslie Marcus                                        NMR #: 798879
Page 4

| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
|---|---|---|
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0670**

RE: Leslie Marcus                                                NMR #: 798879
Page 5

TELECONFERENCE
    1) AP NAME: Dr. Dana Higgins
    2) PHONE: (623) 977 6860
    3) DATE(S): 2/6/2023, 2/8/2023
    4) TIME(S): 12:30 PM MST, 2:55 PM MST
    5) PERSON(S) SPOKEN WITH: Jackie, Jackie
    6) POSITION OF PERSON(S) SPOKEN WITH: Office Staff, Office Staff

SUMMARY OF DISCUSSION(S): I selected option 2. I left a detailed message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided.

I selected option 2. I left a follow up message for the provider noting the reason for my call and requesting a return call. I provided name and date of birth of claimant. My name and contact number were provided. Jackie recalls my previous message to the provider.

**ASSESSMENT:** All information submitted was reviewed and information relative to this reviewer's specialty is noted below.

The claimant (DOB 5/27/71) is a female.

I have reviewed all of the records provided. I will summarize those portions of the records reviewed that have relevance to the questions and timeframe identified for this review and within the scope of my area of specialty. Records include EKG (electrocardiogram) report, laboratory results, cardiology consultation, procedure notes, as well as internal soap notes and file reviews, restrictions forms and progress notes from prior to the time frame under consideration.

Job description for regional property manager is provided for review.

On January 26, 2019, a hospital discharge summary indicates diagnoses of supraventricular tachycardia and atrial fibrillation. On admission the claimant endorsed vomiting, was three weeks status post heart ablation, and indicates that she had passed out in a car. The claimant reports losing track of thoughts. The claimant is tearful in triage.

On February 6, 2019, a consultation with Frank Cibulka, MD notes the claimant endorses back pain, history of motor vehicle accident, depression and anxiety, chronic fatigue, and GI irritation.

On May 5, 2019, an emergency room note indicates the claimant has medical history of atrial fibrillation, status post December 2018 ablation, and history of migraine, and is presenting with persistent rapid heartbeat.

On May 5, 2019, a cardiology consultation notes a typical atrial flutter post ablation, recent unexplained pulmonary embolism, and syncope associated with rapid heart rates as well as thermal regulatory issues.

On May 6, 2019, a Sleep Medicine consultation notes impression of sleep initiation insomnia, depression, and atrial fibrillation. Remeron is prescribed, with plan to decrease use of clonazepam.

On May 10, 2019, a letter from Frank Cibulka, MD recommends the claimant be excused from work due to medical reasons, indicating return to work date is June 1, 2019.

                                                                **Lincoln/Marcus 0671**

RE:  Leslie Marcus                                     NMR #: 798879
Page 6

On May 23, 2019, a letter from Frank Cibulka, MD indicates return to work date is August 23, 2019.

On October 21, 2019, an emergency room note indicates the claimant endorses swelling; she reports diarrhea and fever.

On October 25, 2019, a psychiatric consultation with Kari Martin, MD indicates the claimant has a complicated medical history. Self-report symptom checklists indicate significant depression and anxiety. The claimant was unable to tolerate a trial of Zoloft. The claimant continues with venlafaxine, Remeron, and Klonopin. On exam the claimant is alert and oriented with good eye contact, clear speech, linear thought process, and intact insight and judgment. Diagnostic impressions include major depression, panic attack, generalized anxiety disorder, insomnia, and cannabis use.

On November 12, 2019, a progress note with Richard Engle, MD notes impressions of anemia, nausea, fatigue, night sweats, atrial fibrillation, sinusitis, pulmonary embolus, adjustment disorder, asthma, and rhinitis.

On December 3, 2019, a progress note with David Cho, MD notes the claimant presents with DVT (deep vein thrombosis), depression, atrial fibrillation, GI bleed, and anemia.

On January 7, 2020, an occupational analysis notes occupation is most often performed at the light level.

On January 14, 2020, a family medicine consultation with Richard Engle, MD notes the claimant is accompanied by her spouse. The claimant reports feeling poorly.

On January 20, 2020, a neurology consultation with Sanford Fineman, MD notes the claimant has been on disability for two years after having worked as a regional manager for military housing contractor. A December 2017 motor vehicle accident is noted with no loss of consciousness, treated in local emergency room with back pain. She was treated for pain with steroid injections, became tachycardic and experienced atrial fibrillation, was hospitalized in August 2018, is status post ablations, and with history of blood clots in April 2019. The claimant indicates difficulty multitasking and focusing. The claimant reports forgetfulness. The claimant endorses stutter and panic attacks and tearfulness. Medications include Klonopin, Remeron, and Effexor. On exam the claimant is oriented with mildly diminished attention and concentration. She recalled two of four objects after delay. The doctor opines subtle cognitive deficits likely related to attention and concentration.

On February 3, 2020, a surveillance report notes no claimant activity was reviewed.

On February 6, 2020, a family medicine consultation with Frank Cibulka, MD notes the claimant is seen for management of myalgic encephalomyelitis.

On March 4, 2020, a progress note with Larry Bergstrom, MD notes impression of chronic fatigue, breathing dysregulation, POTS (postural orthostatic tachycardia syndrome)/autonomic neuropathy, and depression as well as sleep disorder and GI symptoms.

**Lincoln/Marcus 0672**

On March 30, 2020, a progress note with Frank Cibulka, MD notes the claimant presents as alert. Impressions include anxiety, PTSD (post-traumatic stress disorder), autonomic neuropathy, anemia, and insomnia. Medications include Paxil, BuSpar, and Prozac, with plan to add Wellbutrin.

On April 1, 2020, a restrictions form completed by Frank Cibulka, MD notes the claimant has significant deficits with her physical status, with shortness of breath and weakness, with significant anxiety associated with worsening of symptoms.

On April 28, 2020, an activities questionnaire completed by the claimant notes the claimant manages laundry and other household tasks at her own pace in order to avoid fatigue. She completes yard work. She drives a vehicle and manages shopping.

On September 3, 2020, a telehealth psychiatric consultation with Kari Martin, MD notes the claimant presents as alert and oriented with appropriate eye contact, normal speech, anxious mood and affect, linear thoughts. Diagnostic impressions include generalized anxiety disorder, PTSD, REM (rapid eye movement) sleep behavior disorder, panic attacks, and chronic fatigue.

On October 15, 2020, an integrative medicine consultation with Larry Bergstrom, MD notes impression of myalgic encephalomyelitis and major depression. The plan is to initiate Pristiq.

On October 20, 2020, a behavioral health consultation with Lisa Gudenkauf MD indicates the claimant was seen by telehealth, referred by Kari Martin, MD in psychiatry for management of PTSD, anxiety, panic attacks, sleep disorder, in the context of myalgic encephalomyelitis. Diagnostic impressions include generalized anxiety disorder, PTSD, REM sleep behavior disorder, panic attacks, and chronic fatigue.

On October 26, 2020, a consultation with Tonia Graham, NP notes the claimant has chronic fatigue, was receiving injections after 2017 car accident, on third round of injection in summer 2018 experienced tachycardia and was hospitalized. She reports a severe fatigue reaction to acupuncture, and feels that she has not recovered from this fatigue. Impressions include constipation, nausea, and PTSD.

On November 3, 2020, a surveillance report notes no claimant activity was noted.

On January 22, 2021, a progress note with Tonia Graham, NP indicates medications include clonazepam, desvenlafaxine, and Trazodone. The claimant feels she may have experienced a TIA (transient ischemic attack) on the previous Monday.

On May 7, 2021, an investigative report reviews social media and other public information.

On May 25, 2021, a surveillance report notes the claimant was a passenger in a vehicle, observed to enter a medical clinic.

On June 16, 2021, an internal soap note documents contact with the claimant, who indicates that she is out of work in the context of chronic fatigue, Ehlers Danlos, and autonomic neuropathy. The claimant reports situational depression. The claimant is tearful on the phone call. The claimant indicates she is not treating with psychiatry. She reports no specific treatment for memory.

**Lincoln/Marcus 0673**

RE:  Leslie Marcus                                          NMR #: 798879
Page 8

On June 17, 2021, an activities questionnaire completed by the claimant indicates she has not driven since 2019. The claimant shares financial responsibilities with her partner. She shares grocery shopping with her partner and son.

On June 25, 2021, a progress note with Tonia Graham, NP indicates the claimant presents for follow up regarding management of POTS. The claimant limits driving, does go to the nail salon and a grocery store, avoids the freeway in light of difficulty with multitasking. She endorses dizzy spells. She reports nausea. Diagnostic impressions include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, decreased renal function, dizziness, and memory issues.

On August 11, 2021, a transferable skills analysis identifies occupations within the physical abilities and identified skill.

On August 12, 2021, a letter from Tonia Graham, NP notes the claimant continues to be medically evaluated, and no definitive diagnosis of disability has been made and no conclusion has been drawn to preclude the claimant from disability. The claimant is referred to physical therapy and neuropsychology.

On September 8, 2021, a neuropsychological evaluation with Dane Higgins, PhD notes the claimant reports concerns regarding memory and other cognitive symptoms over the past several years. Diagnostic impression is dementia without behavioral disturbance, memory loss, severe depression, and severe anxiety. The claimant walks with the support of her husband, presents as thin, reporting that the lobby was too loud, presenting as irritable and tearful. The doctor reports poor performance (noting these scores range from the 10th percentile to below the 2.3 percentile) on measures of visual attention, abstract reasoning, immediate recall of visual information, and delayed recall of visual information. Low average performance was noted on measures of processing speed, abstraction, visual encoding, recall for auditory information, and executive functioning. Adequate performance was noted on a number of other measures. Embedded and freestanding performance validity indicators were listed in tests administered. The examining neuropsychologist indicates that performance on these indicators is consistent with normal motivation and effort; scores on these indicators were not provided. An appendix provides specific review for some of the tests administered at this evaluation. Performance on a multi trial list learning task fell within the low average range, with performance on a multi trial nonverbal recall task following within the impaired range. Performance on a continuous performance test was remarkable for an excessive number of errors of commission. Some elevation was noted on a scale sensitive to difficulty distinguishing targets from non-targets. Reaction time on the CPT was slightly higher than typical. Full scale IQ score falls within the average range, with working memory and processing speed index scores likewise falling within the average range.

On September 16, 2021, a letter from the claimant's attorney notes the office is representing the claimant in pursuit of long term disability benefits.

On October 19, 2021, a progress note with Tonia Graham, NP notes Trazodone is increased, and clonazepam is decreased. The claimant endorses fatigue and insomnia and nausea. On exam the claimant presents with good judgment, active and alert, anxious, with full orientation, and presenting with difficulty recalling events in the past week. The note also indicates remote memory is abnormal, but does not provide detail.

On December 7, 2021, a progress note with Tania Graham, NP notes recommendation is to continue Trazodone and decrease clonazepam at bedtime. On examination the claimant presents with good judgment, alert and active, anxious, with full orientation. The doctor indicates recent and remote memory are impaired.

**Lincoln/Marcus 0674**

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Comorbid diagnoses include blood coagulation disorder, history of pulmonary emboli, postural orthostatic tachycardia syndrome, disk degeneration, and decreased renal function. I would defer to the appropriate specialty as they are outside my area of expertise.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment from 10/17/21 to and beyond.

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and

**Lincoln/Marcus 0675**

RE:  Leslie Marcus                                          NMR #: 798879
Page 10

review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The records provided note the claimant is treated for both medical as well as mental health conditions.  I will limit my responses to my areas of expertise, psychology and neuropsychology. The records provided do not support restrictions and limitations on the basis of severe psychiatric or neurocognitive impairment. I would defer the claimants' medical conditions to the appropriate specialty as they are outside my area of expertise.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

I will limit my responses to my areas of expertise, psychology and neuropsychology. The referral for neuropsychological evaluation was appropriate in light of the claimant's concerns regarding cognitive symptoms. If cognitive symptoms persist or are associated with functional impairment, a follow up neuropsychological evaluation may be indicated, as well as referral for cognitive rehabilitation. The records do not indicate the claimant has been involved in psychiatric treatment within the time frame under consideration. If behavioral health symptoms persist or exacerbate, referral for behavioral health evaluation and treatment may be appropriate.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

No non-medical circumstances are identified in the medical records (e.g. workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work.

**7.**
**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**

**Name: Dr. Dana Higgins**
**Phone Number: 1 (623) 977 6860 ex -----**
**Fax Number: 623.977.2016**

Noted.

**8. please provide a description of the claimant's impairments attributable to the presence of mental illness versus cognitive disorder, and separately outline how any impairment translates to restrictions and limitations 10/17/2021 forward. Please include the expected duration for any restrictions and limitations identified.**

**Lincoln/Marcus 0676**

RE:  Leslie Marcus                                         NMR #: 798879
Page 11

On January 27, 2023, a letter from the claimant's attorney reviews medical conditions which include chronic fatigue syndrome, postural orthostatic tachycardia syndrome, and nausea.

The records provided note the claimant is treated for multiple medical conditions, with depression and cognitive symptoms noted as well. I will limit my responses to my areas of expertise, psychology and neuropsychology. The records do not document a level of psychiatric care consistent with a severe disorder. The records do not document escalation of behavioral health care from October 17, 2021 to the present. The records do not indicate what capacities and limitations the claimant's treating providers attribute to psychiatric disorder. The records note consistent complaints of cognitive inefficiency, memory problems, and fatigue. A January 2020 neurology consultation included a brief cognitive screening, with performance falling at the low end of the normal range. A September 2021 neuropsychological evaluation noted there were performances within the impaired range, although the report following that evaluation did not review raw scores or standard scores or percentile ranks on all tests administered. The report did include an addendum which allowed for review of some of the tests administered at that exam. Poor performance was noted on a non-verbal recall task, with adequate performance on a list learning task. Performance across index scores on IQ battery fell within normal limits, including scales tapping into working memory and processing speed. Variable performances were noted across indicators on the continuous performance task, with a high number of commission errors and with slightly higher reaction time than is typical. Variable performance is reflected in the report following September 2021; there was insufficient information provided in that report to determine whether there were consistent findings of memory impairment, or consistent findings of attentional impairment. The records indicate there were performance validity indicators included as part of that assessment. These performances were not specifically reviewed in the report or appendix. It is not possible for an independent reviewer to form impression on the basis of these data alone, and review of the total record does not yield a consistent picture of abnormal exam findings or clinician-observed cognitive dysfunction. The records do not indicate the claimant has been referred for cognitive rehabilitation.

From a Neuropsychology perspective, the claimant is able to work full time full duty without restrictions from 10/17/2021 to - and beyond.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

**Lincoln/Marcus 0677**

RE:  Leslie Marcus                                                    NMR #: 798879
Page 12

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

David Nowell, Ph.D.
Licensed Psychologist
Practicing Neuropsychologist
Licensed in State of MA #7226

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0678**

**From:**regina.morris@nmrexamworks.com
**Sent:**Tue, 14 Feb 2023 16:31:11 -0600
**To:**Scales, Keisha Y;VendorReferrals
**Subject:**NMR peer report notification for case - Case #: 9303113 - NMR# 798879
**Attachments:**Report_NMR_Peer__LLAOBinv_798879-1_v1.pdf, Report_NMR_Peer__LTD-R01_798879-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #9303113 (NMR # 798879-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Marcus 0679**

# Network Medical Review Company, LTD.

*An ExamWorks Company*

## INVOICE

LINCOLN FINANCIAL GROUP - LLAOB

Attn:  SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number:  798879-1
Invoice Date:  2/14/2023
Account Number:  519193
File Number:  798879-1

Service Date:  from - 10/17/2021 to -
Claim Number:  9303113
Claimant Name:  Leslie Marcus

| Description | | Amount |
|---|---|---|
| Initial | LTD | **$2131.25** |

**Comments**

**Please pay this amount:**        **$2131.25**

Remit to: Network Medical Review Company, LTD
          PO Box 492260
          Redding, Ca 96049-2260
    Tax ID 76-0711128

2/14/2023 4:30 PM

**Lincoln/Marcus 0680**



**An ExamWorks Company**

| | | |
|---|---|---|
| **REFERRED BY:** | KEISHA SCALES | |
| **CLIENT:** | Lincoln Life Insurance | |
| **NAME:** | Leslie Marcus | |
| **CLAIM #:** | 9303113 | |
| **NMR #:** | 798880 | |
| **DATE:** | 2/9/2023 | |

**RECORDS PROVIDED FOR REVIEW:**

| | | |
|---|---|---|
| Referral Form | S Leahey | 2/2/2023 |
| Referral Form | Lincoln Financial Group | 1/30/2023; 3/27/2020 |
| Referral Form | B Pelletier | 10/13/2020; 1/28/2020 |
| Referral Form | Unknown | 5/29/2019 |
| Claim Log | Unknown | 2/1/2023 |
| Hospital Admission | HonorHealth Medical Group | 12/26/2018; 12/27/2018; 1/17/2019; 1/26/2019; 4/12/2019; 4/18/2019 |
| Hospital Admission | Mayo Clinic | 5/4/2019; 5/5/2019; 5/6/2019; 6/11/2019; 6/12/2019; 6/13/2019; 7/12/2019; 7/18/2019; 7/19/2019; 7/23/2019; 8/14/2019; 8/27/2019; 9/3/2019; 9/5/2019; 10/21/2019; 11/6/2019; 11/13/2019; 11/14/2019; 11/21/2019; 11/22/2019; 12/10/2019; 12/18/2019; 1/14/2020; 1/20/2020; 1/30/2020 |
| Progress Notes | HonorHealth Medical Group | 2/6/2019-7/14/2020 |
| Progress Notes | L Hise | 4/18/2019 |
| Progress Notes | Mayo Clinic | 5/4/2019-10/20/2020 |

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**
*website*  **www.nmrco.com** ■ *email*  **info@nmrco.com**

**Lincoln/Marcus 0681**

RE: Leslie Marcus                                    NMR #: 798880
Page 2

| Progress Notes | S Komandoor, MD | 5/5/2019 |
|---|---|---|
| Progress Notes | F Cibulka, MD | 5/10/2019-11/15/2021 |
| Progress Notes | S Hendrick, PA-C | 7/8/2019 |
| Progress Notes | M Kari, MD | 7/18/2019-1/30/2020 |
| Progress Notes | Elizabeth, B, RN, CCM | 8/18/2019 |
| Progress Notes | Unknown | 10/18/2019; Undated |
| Progress Notes | D Schweda, MD | 3/4/2020-12/10/2020 |
| Progress Notes | T Graham, FNP-BC | 10/26/2020-10/20/2022; Undated |
| Progress Notes | S Obadia, DO | 7/25/2021 |
| Progress Notes | D Riddins, PhD | 9/8/2021-11/15/2021 |
| Acupuncture Therapy | Integrative Medicine and Health | 9/28/2020 |
| Independent Examinations | M Provost, MA, CRC - Occupational Therapy | 1/7/2020 |
| Independent Examinations | M Provost, MA, CRC - Transferable Skill Analysis | 8/11/2021 |
| File Review | M Dirlam, MD, PhD, FACP - ICP Memo | 6/5/2020; 11/4/2020; Undated |
| File Review | S Obadia, DO - Clinical Review Memo | 7/25/2021 |
| LABS | Unknown | 5/5/2019; 5/6/2019 |
| LABS | Deer Valley Medical Center - E Collum, MD | 10/23/2020 |
| LABS | Sonora Quest Laboratories - Unknown | 12/23/2020; 1/22/2021; 3/9/2021; 10/18/2021; 11/13/2021; 11/22/2021; 4/12/2022; 10/15/2022; 5/31/2022 |
| LABS | LabCorp - E Collum, MD | 5/11/2021; 2/18/2022 |
| Other Tests | Unknown - D Simper, MD - ECG | 5/6/2019 |
| Other Tests | Unknown - S Hendrick, PA-C - ECG | 7/9/2019 |
| Job Description | Regional Property Manager | Undated |
| Job Description | Regional Operations Specialist | Undated |

**Lincoln/Marcus 0682**

RE:  Leslie Marcus                                          NMR #: 798880
Page 3

| | | |
|---|---|---|
| Prescriptions | F Cibulka, MD | 1/27/2020-7/14/2020 |
| Prescriptions | L Gudenkauf, PhD | 7/9/2020 |
| Prescriptions | M Kari, MD | 7/23/2020-9/3/2020 |
| Prescriptions | T Graham, FNP-BC | 8/18/2021 |
| Surveillance | J Trayer | 2/3/2020 |
| Surveillance | K Nesbit | 11/3/2020; 5/25/2021 |
| Surveillance | B Weigle | 5/7/2021 |
| Surveillance | M Galvis | 6/24/2021 |
| Surveillance | Unknown | Undated |
| Correspondence | Unknown | 7/7/2017; 4/16/2019; 4/30/2019; 5/10/2019; 5/13/2019; 5/15/2019; 5/23/2019; 5/24/2019; 5/29/2019; 5/30/2019; 7/25/2019; 9/16/2019; 9/17/2019; 10/11/2019; 11/19/2019; 1/8/2020; 1/27/2020; 3/30/2020; 3/31/2020; 4/6/2020; 5/8/2020; 5/21/2020; 5/27/2020; 5/28/2020; 6/5/2020; 9/14/2020; 10/12/2020; 10/15/2020; 11/4/2020; 6/3/2021; 6/18/2021; 7/25/2021; 8/19/2021; Undated |
| Correspondence | S Reny | 4/16/2019 |
| Correspondence | J Pope, PHR | 4/16/2019; 4/18/2019; 4/30/2019 |
| Correspondence | M Raitt | 4/23/2019; 9/6/2019; 9/16/2019 |
| Correspondence | J Beckett | 5/20/2019; 7/25/2019; 8/2/2019; 8/21/2019; 8/27/2019 |
| Correspondence | J Beckett/L Marcus | 7/22/2019; 7/24/2019; 7/25/2019; 7/31/2019; 8/1/2019; 8/2/2019; 8/16/2019; 8/19/2019; 8/27/2019 |
| Correspondence | L Marcus | 7/22/2019; 8/26/2019; 10/14/2019; 1/31/2020; 3/30/2020; 4/28/2020; |

**Lincoln/Marcus 0683**

RE: Leslie Marcus                                        NMR #: 798880
Page 4

| | | |
|---|---|---|
| | | 10/5/2020; 10/20/2020; 3/9/2021; 3/25/2021; 6/17/2021; 6/18/2021; 9/8/2021 |
| Correspondence | J Beckett/J Pope, PHR | 8/27/2019; 8/28/2019 |
| Correspondence | B Pelletier | 9/13/2019; 10/11/2019; 10/16/2019; 1/6/2020; 3/30/2020; 9/4/2020; 10/13/2020; 12/20/2021 |
| Correspondence | J Monahan | 11/1/2019 |
| Correspondence | J Monahan/J Pope, PHR | 11/1/2019; 11/5/2019 |
| Correspondence | J Dimaggio | 1/15/2020 |
| Correspondence | K Keane | 4/2/2020 |
| Correspondence | B Pelletier/H Ross | 10/14/2020; 10/26/2020; 10/27/2020 |
| Correspondence | H Ross | 5/14/2021 |
| Correspondence | C Alderman | 5/19/2021 |
| Correspondence | B Hawsey | 5/25/2021 |
| Correspondence | C Martin | 6/16/2021; 8/1/2021; 9/17/2021 |
| Correspondence | W Drummond | 6/28/2021 |
| Correspondence | K Lituaniad | 8/15/2021 |
| Correspondence | L Counters | 9/16/2021; 5/16/2022; 1/27/2023 |
| Correspondence | B Henry | 1/27/2023 |
| Release of Information | L Marcus | 7/26/2019; 9/6/2019; 9/23/2019; 10/14/2019; 1/15/2020; 3/30/2020; 10/20/2020; 6/16/2021; 6/17/2021; 9/8/2021 |
| Release of Information | Unknown | Undated |
| Plan Language | Liberty Life Assurance Company of Boston | 1/1/2016 |
| Invoices | | |
| Fax Cover Sheets | | |
| Illegible Documents | | |

**Lincoln/Marcus 0684**

RE: Leslie Marcus                                          NMR #: 798880
Page 5

TELECONFERENCE
    1) AP NAME: Name: Tonia Graham FNP-BC APRN
    2) PHONE: (623) 322 0099
    3) DATE(S): 2/7/2023
    4) TIME(S): 6:17 PM MST
    5) PERSON(S) SPOKEN WITH: Tonia Graham FNP
    6) POSITION OF PERSON(S) SPOKEN WITH: Provider

SUMMARY OF DISCUSSION(S): I called the office and spoke with Tonia Graham FNP. The provider felt the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. NP Graham also states the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia  and no longer drives as a result. She also states that the patient has a low BMI and continues to struggle with cyclic nausea. NP Graham does plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

**ASSESSMENT:** All provided medical and non-medical documentation has been reviewed from the perspective of Internal Medicine. The claimant DOB:              is a female with a history of atrial flutter status post ablation in 12/18 and repeat ablation in 2019 with normal LV (left ventricular) and valvular function on multiple echocardiogram studies. The patient also had a DVT(deep vein thrombosis) and small PE (pulmonary embolism), for which she was treated with anticoagulation. However, the active issues over the last several years appear to be concern surrounding chronic fatigue syndrome/myalgic encephalomyelitis. Additionally, she has had difficulty with depression, anxiety, difficulty with insomnia, and chronic nausea. She also appears to have some difficulty with possible dysautonomia and POTS (postural orthostatic tachycardia syndrome) although reportedly had a negative tilt table test as well as a negative EMG (electromyogram)and nerve conduction study in 2020. The patient reportedly struggles with insomnia and daily symptomatic/severe fatigue limiting her ability to be physically active in any capacity. She also had a neuropsychological testing in 2021, which was felt to show a mild level of dementia. She has seen a multitude of physicians over the years and had a significant amount of testing performed including blood work, which did not show any significant/severe abnormality. A surveillance report from May 2021 described the claimant as ambulating without obvious restrictions or abnormality during a reported video clip of 57 seconds. There has also been an investigative report into her social media which revealed pictures showing her sitting on a log in the middle of a forest from 2020, and documentation of a trip to the Bahamas in 2021, at which time, she was married and various pictures show her standing on a beach, lying in the water, standing in waist deep water, and sitting/kneeling on cushions in some type of motor boat.

Records reviewed:
Emergency room evaluation dated 1/17/2019 by Lindsey Bayer, DO (the claimant was seen with complaints of syncope and was diagnosed with SVT. She received adenosine with slowing to sinus tachycardia without ischemic changes, and recurrent increased rates. A plan was for diltiazem drip, consult EP, Ativan for anxiety, and admission to to ICU given uncontrolled heart rate. H&P dated 1/17/2019 by Biju Mathew MD stated the claimant vomited 4 times last night. She has ablation 3 weeks ago. She has syncope in her car on route to see a cardiologist. She was very anxious and crying. She was found to be in SVT, and treated with adenosine with slowing, but recurrent tachycardia, initiated on a diltiazem drip, and will admit to ICU for planned cardioversion, troponin and TSH normal. Discharge summary dated 1/26/2019 by Alvin Mathew, DO listed admission due to syncope, palpitations, cough, and dizziness. She has had URI symptoms.  In the emergency room, she was found to have a heart rate of 175 and an SVT, treated with IV adenosine x2 converted to sinus.

**Lincoln/Marcus 0685**

RE:  Leslie Marcus                                              NMR #: 798880
Page 6

She was admitted and initiated on a diltiazem drip that was later discontinued secondary to hypotension. She was underwent TEE cardioversion with conversion to sinus. She continued Eliquis, discontinued flecainide, switched to amiodarone, switched to Multaq.

EGD dated 1/26/2019  showed mild gastritis. She was recommended to continue PPI, maximize constipation medications, and  resume Eliquis. No further GI intervention was recommended.

Head CT reports dated 1/17/2019, 1/19/2019, 4/14/2019 were negative.

Emergency room evaluation dated 4/12/2019 by Pedro Roque, MD stated the claimant presents with tachycardia, shortness of breath, intermittent chest pain, anxiety with hyperventilating, self-reports of elevated ammonia, mental status changes. EKG showed sinus tachycardia. CTA showed a small PE. She also complained of migraines, diarrhea previously. A plan was for a hospital admission for telemetry. History and physical dated 4/12/2019 by Karla Puente-Shultz, MD  listed past medical history of PAF and anxiety. The claimant presented with a rapid heart rate, shortness of breath, chest pain. EKG showed sinus tachycardia. She has a small PE by CTA, and was treated with Lovenox. Discharge summary by Luke Hise MD dated 4/18/2019 (previous/possible right upper extremity DVT, anxiety on chronic Klonopin, intermittent confusion presented with red stool, worsening nausea, found to have a pulmonary embolism possibly provoked by recent travel. Found to have thrombus in the right arm as well as left subclavian thrombus as well as a left peroneal vein thrombus.  Treated with Lovenox, transition to Eliquis. Colonoscopy demonstrated polyp, and mild internal hemorrhoids, EGD revealed esophagitis/gastritis. She developed atrial tachycardia in the setting of volume depletion related to endoscopy prep. Transition from flecainide to propafenone no beta-blocker at discharge given low blood pressure. At discharge tolerating regular diet, intact bowel function, heart rate in the 80s.

Chest CTA dated 4/12/2019 showed very small PE involving branches of the right and left lower lobes, tree-in-bud reticular and nodular opacities in the right lung improved compared with previous.

Upper extremity duplex dated 4/13/2019 showed nonocclusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein, nonocclusive thrombus in the left subclavian vein.

CTA of the neck dated 4/14/2019 showed no stenosis or dissection within the arteries of the neck, clustered micronodules tree-in-bud opacities in the right upper lobe improved compared with 1/19, thickening of the visualized esophagus.

Lower extremity duplex 4/13/2019 showed DVT of the left peroneal vein.

Transthoracic echocardiogram report dated 4/15/2019 showed EF 55%, unremarkable valves, trace MR, and mild TR.

EGD and colonoscopy reports dated 4/15/2019 showed mild gastritis, incomplete colonoscopy due to poor prep, no findings to explain rectal bleeding, few scattered ulcerations in cecum status post biopsies.

Emergency room evaluation dated 5/4/2019 by Marcella Torres, MD stated the claimant presents with increased heart rate, shortness of breath, syncope, nausea. EKG (electrocardiogram) showed narrow complex tachycardia at 167. She was started with diltiazem bolus and drip. A plan was for a hospital admission. History and physical by Nawfal Mihyawi MD dated 5/4/2019  stated the claimant was found to be in atrial tachycardia/flutter, metoprolol added, propafenone increased, converted to sinus. Bilateral upper and lower duplex dated 5/5/2019 was negative for DVT (deep vein thrombosis) of the upper and lower extremities bilaterally. Cardiology

**Lincoln/Marcus 0686**

RE: Leslie Marcus                                        NMR #: 798880
Page 7

consultation dated 5/5/2019 by Komandoor Srivathsan MD stated the claimant was seen status post ablation in 12/2018, and for migraine. She presented with persistent rapid heartbeat and passing out 5-10 times, severe headache. She was previously switched from flecainide to propafenone. She has atypical atrial flutter post AF ablation. Repeat AF ablation and atypical flutter ablation with high density mapping in the interim increase propafenone was recommended. Discharge summary by Samuel Unzek MD dated 5/6/2019 stated the claimant was admitted to the hospital with atypical atrial flutter with rapid response, and was started on a diltiazem drip, which was later discontinued, metoprolol was added and propafenone was increased. No evidence of DVT was identified. She was recommended an outpatient repeat ablation and to continue Eliquis.

Transthoracic echocardiogram report dated 5/5/2019 showed normal wall motion and valves, EF 62%.

ECG dated 5/5/2019, 5/6/2019, 6/12/2019, 6/13/2019, 7/8/2019, 8/15/2019 showed normal sinus rhythm.

ECG dated 5/4/19 x2 showed SVT (supraventricular tachycardia) and atrial tachycardia.

Sleep consultation dated 5/16/2019 by Yasemin Tashman MD stated the claimant was seen with complaints of snoring. For sleep initiation insomnia, a plan was to start Remeron, decrease Klonopin, and have refer to psychiatry for depression.

Cardiac CTA (computed tomography angiography) dated 6/11/2019 showed normal pulmonary venous return, mild bronchitis, circumferential thickening of the mid and distal esophagus.

History and physical dated 6/12/2019 by Victor Abrich MD stated the claimant presents for a repeat ablation. She was previously switched from flecainide to propafenone without recurrent symptoms, but complained of shortness of breath with exertion, which she attributes to an inability to raise her heart rate. A plan was for a high density left atrial map and checking the status of the pulmonary veins, and then plan on inducing atrial flutter and targeting it for ablation. Repeat ablation was performed successfully. She was recommended PPI x6 weeks, continue propafenone, discharge home.

Transthoracic echocardiogram report dated 6/13/2019 showed no pericardial effusion, and normal EF 60-65%.

Transesophageal echocardiogram report dated 6/12/2019 showed EF 60%, no left atrial thrombus or slow flow, could not demonstrate right to left shunt by bubble study, in sinus rhythm throughout study.

CT abdomen/pelvis dated 6/13/2019 showed no large right groin or retroperitoneal hematoma.

Transthoracic echocardiogram report dated 7/12/2019 showed EF 62%, and unremarkable valves.

PFTs (pulmonary function tests) dated 7/19/2019 showed mild airway obstruction with significant improvement following inhaled bronchodilators.

Emergency room evaluation dated 10/21/2019 by Stephen Traub MD and Edmundo Chantler, MD was for complaints of night sweats, foot swelling, diarrhea, fevers, chills. The lab results were stable, and she was discharged home.

Emergency room evaluation dated 11/14/2019 by Alissa Genthon MD the claimant was seen she fell secondary to left foot falling asleep. X-rays was negative, and she was discharged home with recommendation for follow-up with her PCP.

**Lincoln/Marcus 0687**

RE: Leslie Marcus                                        NMR #: 798880
Page 8

Neck CT report dated 11/14/2019 showed a few scattered benign-appearing lymph nodes likely reactive, and otherwise negative study.

Sinus CT (computed tomography) dated 12/10/2019 showed minimal post-inflammatory changes.

Chest x-ray report dated 12/27/2018, 1/17/2019 1/19/2019, 4/12/2019, 6/12/2019 showed no evidence of acute intrathoracic disease.

Neuropsychological evaluation by Dane Higgins PhD stated the initial evaluation was performed on 9/8/2021 and testing was done on 11/15/2021. The results concluded that given a history and current report/pattern, observed functioning would place the claimant at global deterioration scale stage of 4 representing moderate cognitive decline and a mild level of dementia.

Hub enterprises surveillance report dated 2/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 11/3/2020 stated that no claimant activity was observed.

Hub enterprises surveillance report dated 5/25/2021 with video on 5/11/2021 stated the patient was exiting her vehicle placing a mask on, and attending her scheduled medical appointment, and returning to the vehicle and ambulating normally without restrictions total video 57 seconds.

Family medicine progress note dated 2/6/2020 by Frank Cibulka MD stated the claimant was seen with back pain after previous MVA. She was recommended a nerve ablation. She also has depressed mood with chronic fatigue. She continues to have anxiety, using CBD oil with some improvement. She has persistent back pain, trying yoga, neurology consult pending. Assessment listed myalgic encephalomyelitis, autonomic neuropathy, PTSD, hypermobile joints, anxiety reaction, weight gain. Progress note dated 10/25/2018 listed chronic back pain, difficulty with depression, and cough. Medications include Norco and Atrovent, Afrin. Progress note dated 5/20/2019 stated she continues to struggle with severe fatigue and lethargy, stressed with abnormal mood and PE diagnosis. She is on anticoagulation. Her sleep marginally was improved on Remeron, and she was awaiting an ablation. Progress note dated 10/28/2019 addressed URI symptoms beginning 1 to 4 weeks ago. She was treated with azithromycin, Atrovent, and Robitussin-AC. Progress note dated 1/27/2020 addressed chronic fatigue. Lyme disease was a false positive, and she would try azithromycin x10 days and medical marijuana. Progress note dated 3/30/2020 stated she was seen for anxiety, autonomic neuropathy improving with Diamox and Bystolic. She continued on naltrexone, switched from Effexor to Prozac. On 4/1/2020, it was recommended she was limited to a sedentary level work from December 2017 "forever".

Hematology progress note by David Cho MD dated 9/18/2019 addressed iron deficiency anemia unclear etiology. A plan was to check blood work and to continue Eliquis. Progress note dated 10/2/2019 listed negative anemia work-up, unclear etiology of iron deficiency. She would start Venofer, and continue Eliquis. Progress note dated 12/3/2019 stated anemia work-up was negative and it was unclear etiology of iron deficiency status post Lanphier x5. Possible IV iron was noted. Progress note dated 2/5/2020 addressed a plan for Eliquis x6 months for 18 months, thereafter she can go to Eliquis 2.5 twice daily or aspirin. Her abdominal/pelvic CT was negative.

Chest CT report dated 9/5/2019 showed no acute abnormality.

Thyroid ultrasound report dated 8/27/2019 was normal.

**Lincoln/Marcus 0688**

RE: Leslie Marcus                                                   NMR #: 798880
Page 9

Lower extremity duplex dated 10/21/2019 was negative for DVT.

EGD dated 11/12/2019 showed normal esophagus, 3 cm hiatal hernia, normal gastric body and antrum normal, and normal duodenum.

Chest CT report dated 1/18/2019 showed scattered clustered micronodules and areas of groundglass opacity involving right lung is noted consider inflammatory/infectious etiology, tiny right pleural effusion.

Progress note by Laurence Miller, MD dated 11/14/2019 addressed complaints of nausea, reflux esophagitis, lightheadedness. A plan was to EGD and motility studies, and review outside GI studies.

GI progress note by Diana Snyder, MD dated 11/14/2019 stated the claimant complained of nausea and early satiety. Her anemia normalized with IV iron, and she is recommend EGD and blood work. She continue Protonix.

Progress note by Larry Bergstrom, MD dated 10/15/2020 stated the claimant was doing a bit better, was swimming, bur still very disabled, went to acupuncture and became worse, more fatigued, much more pain, sleep is nonrestorative. She has not tried Epsom salt baths. She is extremely disabled but the disability is amplified by clinical depression. She was on Pristiq.

Endocrinology consultation dated 11/6/2019 by Lori Roust, MD listed a plan to check adrenal and thyroid function.

ENT consultation by Michael Hinni MD dated 11/5/2019 stated neck exam was normal. A plan was for CT scan.

Progress note dated 8/14/2019 by Gretchen Anderson, FNP stated the claimant present with a spreadsheet of multiple symptoms. She became very angry when the provider declined completing a long-term disability paperwork. It is very difficult to identify 1 single source that is causing all of her symptoms and may related to uncontrolled anxiety. She will continue to follow-up with cardiology and psychiatry.

ENT progress note by Alexandria Cable PA dated 9/12/2019 stated the claimant presents for cervical lymphadenopathy evaluation. Lymph nodes on the right appear to be benign and reactive. She has muscle tension dysphonia, and speech language pathology voice assessment was recommended to see if she is a candidate for voice therapy.

Family progress note dated 10/26/2020 by Tonia Graham FNP saw the claimant for chronic fatigue, chronic idiopathic constipation, chronic nausea, PTSD. She was on Linzess. Progress note dated 11/2/2020 listed complains of fatigue, dizziness, nausea, presyncope and reportedly multiple unexplained episodes of syncope, chronic back pain, migraines. She continues Linzess, and will obtain sinus CT and cervical spine x-rays. Progress note dated 11/30/2020 stated continuation of Linzess. Progress note dated 12/23/2020 reported sinus symptoms, and continued IBS symptoms. Progress note dated 1/22/2021 stated the claimant feels that she may have had a TIA, and repeat CA125 and other blood work were ordered. Progress note dated 3/9/2021 stated she used midodrine that caused her to vomit. She continued to complain of nausea and tinnitus, right greater than left. Progress note dated 5/22/2021 listed medication refill and dizzy spells. She continued midodrine, follow-up with neurology, Xarelto, and Linzess. Progress note dated 6/25/2021 listed follow-up for POTS. She was still feeling nauseated in the morning, and persistent tinnitus. Letter dated 8/12/2021 stated that no definitive

**Lincoln/Marcus 0689**

RE: Leslie Marcus                                      NMR #: 798880
Page 10

diagnosis for disability had been made, and that the claimant was awaiting neurology definitive diagnosis, and also was scheduled for neuropsychological testing. The provider did not feel that the patient is malingering, and continuing to gather medical information from various specialists. Progress note dated 9/3/2021 stated the claimant was on midodrine for POTS, and was using Zofran for nausea. Progress note dated 10/26/2021was for follow-up of chronic fatigue and insomnia. She was attending physical therapy, having difficulty using a cane, has been on midodrine for POTS. Progress note dated 12/7/2021 listed pain on the right side of her neck, left foot. EMG (electromyogram) was negative for neuropathy. She was awaiting skin biopsy and autonomic testing.  Progress note dated 7/11/2022 stated she was going to PT only once weekly because of fatigue. She has not been fainting off of midodrine for the past 1+ month. She continued trazodone, decreased Klonopin. Progress notes dated 9/14/2022 and 10/20/2022 stated she had septoplasty in June 2022, having headaches daily since migraines, had Botox beta-blockers diclofenac. She continued trazodone, increased Klonopin.

Neurology consultation dated 1/20/2020 stated the claimant appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms.  A plan was to check blood work and EMG/nerve conduction studies. Her subjective memory loss is more of a pseudodementia from depression and anxiety, and she should continue to follow-up with psychiatry.

EMG report dated 1/30/2020 showed nerve conduction studies normal, needle EMG normal no electrodiagnostic evidence of a large fiber peripheral neuropathy.

Psychiatry progress note by Kari Martin, MD dated 10/15/2020 stated the claimant feels depressed and exhausted, her sleep is restless due to myalgic encephalomyelitis flare/chronic fatigue syndrome, which she states flared as a result of acupuncture.

All available medical documentation was reviewed.

**IN ANSWER TO YOUR SPECIFIC QUESTIONS:**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Chronic fatigue syndrome/myalgic encephalopathy myelitis -G93.32.

**2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

Cyclic nausea - R11.15.
Mixed anxiety/depression - F41.8.

**3.**
**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.**

Based on the medical file review, the claimant described a multitude of symptoms primarily revolving around chronic fatigue syndrome but also with intermittent chronic nausea, depression/anxiety, and possible mild dementia as evidenced by previous neuropsychological testing, and therefore, some restrictions and limitations

**Lincoln/Marcus 0690**

may be applicable for the timeframe in question. However, her physical exam and echocardiograms are unremarkable and I do remain concerned that there may be a component of secondary gain/malingering, or at least symptom magnification based on the video surveillance report submitted reportedly showing her for 57 seconds ambulating without difficulty entering and exiting the passenger side of a automobile without any obvious gait abnormality, difficulty with locomotion, difficulty with opening or closing a car door, or need for an assist device. Additionally, an investigative report regarding her social media was submitted and reviewed describes her possibly having a home business, where she sells and makes jewelry (items requiring beads stringing such as bracelets/necklaces/pendants etc.), and multiple pictures during a Bahama trip in '21 showing her standing in the water on the beach, lying on the beach, or kneeling on cushions in a motor boat.

Therefore after reviewing above voluminous records submitted that only certain restrictions/limitations would be reasonable and expected due to chronic fatigue syndrome. While specific treatment for this syndrome is somewhat unclear at this time in medical practice, it is recognized that attempting to maintain daily routine activity in an increasing fashion with the hopes of increasing stamina is the goal. which in turn may potentially translate into more fitful nocturnal sleeping. I would not comment specifically on cognitive functioning, as it outside of my field of expertise, but do recognize that previous neuropsychological testing revealed mild dementia and this could present additional restrictions and limitations, but this should be addressed by a board-certified neurologist or possibly psychiatrist.

From the perspective of Internal Medicine, the following restrictions are recommended during the time period under review:
Stand/walk/sit/use hands for fine manipulation- as tolerated by the patient in an 4 hours workday due to chronic fatigue;
Push/pull/carry/lift-up to 15 pounds occasionally;
Bend/stoop/kneel/climb stairs/reach -as tolerated;

**4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

Based on the review of the voluminous records submitted, restrictions and limitations are applicable for the timeframe in question as I have outlined in detail in question #3.

**5.**
**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the patient has been continued on various antidepressant/anxiolytic medications, which are reasonable and appropriate and has had periodic appropriate follow-up with multiple physicians at various times including her primary care provider, psychiatry, and historically with both neurology and gastroenterology, and more remotely with cardiology.

**6.**
**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

None documented.

**7.**

**Lincoln/Marcus 0691**

RE: Leslie Marcus                                          NMR #: 798880
Page 12

**Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:**
**Name: Tonia Graham FNP-BC, APRN**
**Phone Number: 1 (623) 322 0099**
**Fax Number: 623.322.0966**

I would refer you to the teleconference above where my conversation with NP Graham is formally documented/detailed.

**CONFLICT OF INTEREST ATTESTATION:**

I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge, I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health plan that is the subject of the review the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review.

This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

**ADVISING REVIEWER:**

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine
Licensed in State of MA #158962
Licensed in State of NH #14192

*NMR Conflict of Interest Attestation:*

*NMR attests to the fact that there is no conflict of interest with this review for referring entity, benefit plan, enrollee/consumer, attending provider, facility, drug, device or procedure. NMR attests that its compensation is not dependent on the specific outcome of this review or has had any involvement with this case prior to this referral.*

**Lincoln/Marcus 0692**



**An ExamWorks Company**

**February 9, 2023**

**Attending Physician Confirmatory Letter**

Re: Leslie Marcus
DOB:

Dear Tonia Graham FNP-BC APRN,

I have completed a review on Leslie Marcus, a patient you have treated. The patient had listed you as a contact provider. During the time I was reviewing the claim, I spoke with you on 2/7/2023 at 6:17 PM. You stated the patient did remain disabled for a variety of issues. The patient continues to struggle with chronic fatigue limiting her ability to be physically active and remains genuinely concerned that she may have some underlying autoimmune or neurologic disease that has not yet been formally diagnosed. You also stated the patient has a very deliberate way of walking and is also concerned that on a previous neuropsychological testing it was felt that she had mild dementia and no longer drives as a result. The patient has a low BMI and continues to struggle with cyclic nausea. You plan to re-refer the patient back to GI or neurology in the future assuming the patient would be agreeable.

Please confirm that the above teleconference details align with your notes/recollection. Please sign this form and reply via fax within five (5) calendar days by 2/16/2023 to the fax number below.

Sincerely,

Eric J. Ewald, M.D.
Board Certified in Cardiovascular Disease
Board Certified in Internal Medicine

_____          _____
Name                                                                          Date

Respectfully Yours,
Robin A Baley
Client Coordinator

p.p.

Voice:  1-815-964-6334
Fax:    1-815-964-1162

**1252 Bell Valley Road, Suite 210 ● Rockford, IL 61108 ● Phone  815.964.6334 ● Fax  815.964.1162**

**Lincoln/Marcus 0693**

**From:**natallia.davydzenkava-washburn@nmrexamworks.com
**Sent:**Thu, 9 Feb 2023 18:17:00 -0600
**To:**Scales, Keisha Y;VendorReferrals
**Subject:**NMR peer report notification for case - Case #: 9303113 - NMR# 798880
**Attachments:**Report_NMR_Peer__LLAOBinv_798880-1_v1.pdf, Report_NMR_Peer__LTD-R01_798880-1_v1.pdf, QA_TC Letter - Rev01 AP01_798880-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the report for your case #9303113 (NMR # 798880-1) has been completed and is ready to be viewed on our website.

You can access the report via https://client.nmrco.com using your username and password.

Thank you for the referral.

Network Medical Review Co.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Marcus 0694**

**Network Medical Review Company, LTD.**

*An ExamWorks Company*

**INVOICE**

LINCOLN FINANCIAL GROUP - LLAOB

Attn:  SCALES, KEISHA
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114

Invoice Number:  798880-1
Invoice Date:  2/9/2023
Account Number:  519193
File Number:  798880-1

Service Date:  From - 10/17/2021 to -
Claim Number:  9303113
Claimant Name:  Leslie Marcus

| Description | | Amount |
| --- | --- | --- |
| Initial | LTD | **$1991.25** |

**Comments**

**Please pay this amount:**          **$1991.25**

Remit to: Network Medical Review Company, LTD
PO Box 492260
Redding, Ca 96049-2260
Tax ID 76-0711128

2/9/2023 6:16 PM

**Lincoln/Marcus 0695**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Requested By:    Sabrina Ann Leahey
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(402) 361-7048 x99999
Fax:  (402) 361-1350

Document Locations

☑ Document List
☐ Correspondence
☐ Paper File

**Return Report to: VendorReferrals@lfg.com**

| | | |
|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: 2/2/2023 |
| Funding type: | CON | Coverage Type: LTD |
| Claimant Name: | LESLIE    MARCUS | Claim #: 9303113 |
| Claimant Address: | | Claimant SSN: |
| | | Claimant DOB: |
| City: | | Claimant Tel. #: |
| State: | | Claimant DOD: 4/13/2019 |
| Zip: | | Primary Diagnosis: Chronic fatigue, unspecified |
| Gender: | FEMALE | Att. Physician: |
| Specialist Type Requested : | Internal Medicine/Family Practice | Physician: Phone/Fax — Name: Tonia Graham FNP-BC, APRN  Phone #: 1 (623) 322 0099 |

Referral Questions:                                    Vendor Chosen:    Network Medical Review

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0696**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.

2. If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 10/17/2021 to - and beyond, and comment on the expected duration.

4. Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

7. Please initiate AP contact when it may clarify any significant areas such as diagnosis, R&Ls, treatment opportunities, prognosis, or reason for work absence. AP contact information:

Name: Tonia Graham FNP-BC, APRN

Phone Number: 1 (623) 322 0099 ex -----

Fax Number: 623.322.0966

Additional Questions

Other - Claim also sent for Neuropsych peer review.

Other - Appeal review: cannot be reviewed by Mary Ellen Dirlam, MD or Sharon J. Obadia, D.O.

Instructions For Vendor:

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0697**

# Lincoln Financial Group - Independent Evaluation

## Peer Review

Please assign to a board certified, preferably university affiliated provider.
Questions or issues with this referral should be directed to:  Keisha.Scales@lfg.com
Medical / Surgical Condition: myalgic encephalitis(cfs), POTS, nausea, gastroparesis

Attorney Information (if applicable):

Claimant Name:    LESLIE    MARCUS

**Lincoln/Marcus 0698**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  February 2, 2023 | |
| To:   LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn:  Lisa Counters | |
| Fax:   (602) 266-0141 | |
| From:  Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):   2 | |
| RE:<br><br>Claim #:   9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0699**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 2, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Suburban Propane's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We writing to respond more fully to your letter of September 16, 2021. On September 20, 2021, we sent your firm a complete copy of Leslie Marcus' LTD (claim number 9303113) and STD (claim number 6209923) claim files, and Balfour Beatty Investments Inc. Group Disability Income Policy.

This is group coverage and there is no underwriting file related to Leslie Marcus. The surveillance reports were in the file sent to you and included embedded links for you to access the surveillance footage. Regarding your broad requests for the rate of the company's claims denials and approvals, the number of reports prepared by each medical consultant involved in the review of Leslie Marcus' case and the claims determination outcomes of those cases, etc., we do not agree with your interpretation of the scope of Lincoln Financial Groups' disclosure obligations under ERISA and we decline your request for this type of documentation. Your request regarding documentation regarding waiver of premium benefit has been directed for a separate response.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

1  of  1

**Lincoln/Marcus 0700**

**You have the right to receive an accounting of certain disclosures we have made, if any, of your PHI.** Your request for an accounting must be submitted in writing. If we use or maintain an electronic health record for you, you may get a list of the disclosures we have made, if any, of your electronic health record for three years prior to the date of your request. For accountings that do not include disclosures made through an electronic health record, the request may not cover a time period longer than six years from the date of the request.

**You have the right to be notified of a breach.** You have the right to be notified in the event that we (or one of our Business Associates) discover a breach of your unsecured PHI. Notice of any such breach will be made in accordance with federal requirements.

**You have the right to obtain a paper copy of this notice** from us, upon request, even if you have agreed to accept this notice alternatively *i.e.* electronically.

This notice was published and becomes effective on/or before July 1, 2021. We reserve the right to change the terms of this notice and will inform you by mail of any changes. You then have the right to object or withdraw as provided by this notice. You can also request a copy of this notice at any time.

**Complaints** You may complain to us or to the Secretary of the Department of Health and Human Services if you believe your privacy rights have been violated by us. **We will not retaliate against you for filing a complaint.**

We are required by law to maintain the privacy of PHI and to provide individuals with this notice of our legal duties and privacy practices with respect to PHI

Signature below is acknowledgment that you have read and understand our Privacy Practices.

Patient Name: _LESLIE MARCUS_   DOB: _ _

Signature: _____   Date: _09|08|21_

# Release of Information

I _LESLIE Marcus_ hereby authorize CNS/PPI to release or discuss all information pertaining to myself or my medical records with the following people.

Name: _Clay Cornwell_ Relationship: _husband_ Phone Number: _ _

Name: _Tonia Graham_ Relationship: _PCP_ Phone Number: _

Name: _____ Relationship: _____ Phone Number: _____

I authorize CNS/PPI to contact me at:

Cell Phone _____   Home Phone: _n/a_

May we leave a message or text? _X_Yes ___ No

Patient Signature _____   Date _09|02|21_

MARCUS AR002938

**Lincoln/Marcus 0701**

Case 2:24-cv-00228-ROS   Document 21-3   Filed 02/07/25   Page 646 of 684

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:    CHARLOTTE**

| | | |
|---|---|---|
| Office: 587 | Manager: RICHARD, LINDSAY | Case Mgr: MARTIN, CHARLES |

Claimant Name: LESLIE    MARCUS    Claim #: 9303113

Occupation (Job Title): ANY OCC    Date Sent: 1/30/2023

Diagnosis: R53.82 Chronic fatigue, unspecified,  M35.7 Hypermobility syndrome

Date of Disability: 4/13/2019    Date Benefits Began: 10/17/2019

Maximum Duration: 5/26/2038    Paid Through: 10/16/2021

Date of Denial or (DB451): 8/12/2021    Date Appeal Received: 1/30/2023

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: BALFOUR BEATTY INVESTMENTS

Product: LTD    Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations
- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

na

ER Contact Addresses (including email address):

na

Phone No. 0000000000    FAX No. 0000000000

Account Specific or Unique Contract Issues / Additional Info:

Appeal to ARU as appeal and med rcsd were received over 1 year beyond closure date.



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

January 27, 2023

**via FACSIMILE (603) 334-0401 & EMAIL disabilitydocuments@lfg.com**

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

       Re:     Leslie Marcus
       Claim No.: 9303113

Dear Appeal Review Unit:

       This letter constitutes Leslie Marcus' appeal of Lincoln's denial of her long-term disability ("LTD") benefits dated August 12, 2021. (MARCUS AR ("AR") at 71-75).[1] The denial is based on a non-examining paper reviewer and Lincoln's misrepresentation of Leslie's treating provider's opinions. It ignores the clinical evidence that supports her claim. Even though Lincoln does not dispute Leslie's diagnoses, Lincoln refuses to recognize the extent they limit Leslie and her ability to be reliably employed on a full-time basis.

## LESLIE'S MEDICAL CONDITIONS

*Myalgic Encephalitis/Chronic Fatigue Syndrome*

       CFS is a multi-systemic disease, organic in origin, where the primary symptom is extreme, debilitating fatigue. While there are many suspected causes of the disease, there is currently no definitive etiology. Reports have appeared in the medical literature of disorders resembling CFS for

---

[1] The claim file and additional submissions will be forwarded via Priority Mail.

**STATE BAR CERTIFIED SPECIALIST: WORKERS' COMPENSATION***

**Lincoln/Marcus 0703**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 2

at least a century, but serious research has only been directed at this disorder for about a decade. After the publication of more than 600 scientific articles on CFS, the Centers for Disease Control ("CDC") published a case definition in 1994:

1.      Clinically evaluated, unexplained persistent or relapsing chronic fatigue that is of new or definite onset (has not been lifelong); is not the result of ongoing exertion; is not substantially alleviated by rest; and results in substantial reduction in previous levels of occupation, educational, social or personal activities; and

2.      The concurrent occurrence of four or more of the following symptoms, all of which must have persisted during 6 or more consecutive months of illness and must not have predated the fatigue: substantial impairment in short-term memory or concentration; sore throat; tender lymph nodes; muscle pain; multi-joint pain without swelling or redness; headaches of a new type, pattern or severity; unrefreshing sleep; and post-exertional malaise lasting more than 24 hours.

The diagnosis of CFS requires the presence of both major criteria and at least four of 11 symptomatic minor criteria, and at least two of the three objective minor criteria (or both major criteria and 8 of 11 symptomatic minor criteria).[2]

This criterion effectively discriminates between CFS patients and patients suffering from fatigue due to other causes based on a 369-patient study.[3] Leslie's condition falls squarely within the diagnostic criteria established by the CDC for CFS, and her treating doctors have certified that she is suffering from the disease and cannot work.

Demographic studies funded by the CDC have shown that the disease is most likely to break out in the middle, most productive years of life. After five years, most CFS patients studied remained disabled at below 50% of normal functioning. Ten years after onset, 45% of patients remained so disabled. Some eventually improved to the 50% pre-illness functioning level, others deteriorated, and others maintained a condition that never changed. This is not a short-term illness from which one can take short-term leave and then return to "normal" life.

---

[2] Fukuda, K, et al. The Chronic Fatigue Syndrome: A Comprehensive Approach to Its Definition and Study. Annals of Internal Medicine. 1994; 121: 953-9.
[3] Goldenberg, D. Fibromyalgia, chronic fatigue, and myofascial pain syndrome. Curr Op Rheumatol. 1997; 9: 135 - 143 citing Komaroff, AL, et al. An examination of the working case definition of chronic fatigue syndrome. Am J Med. 1996; 100: 56-64.

**Lincoln/Marcus 0704**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 3

These early clinical impressions have now been confirmed by longitudinal medical research involving significant CFS/ME patients. Four studies have been examined in a paper by Donald Schopflocher, Ph.D. The percentage of CFS patients in these studies who showed no recovery ranged from 37% to 64%, with a total proportion of 55.6%. The small percentage of individuals who showed complete recovery – 6.2% –was equally alarming 6.2%.

While pharmacologic therapies are available, the most frustrating and debilitating symptoms of CFS do not respond to pharmacologic therapy:[4]

> **Box 1: Symptoms for which there is no pharmacological therapy**
>
> - Fatigue: the hallmark of CFS/ME, which is chronic and disabling. It is not somnolence (sleepiness) and if somnolence is present, an alternative diagnosis, such as sleep apnoea, should be considered.
> - "Payback": post exertional malaise defined as worsening of symptoms after excess exertion.
> - "Brain fog": cognitive impairment, including low grade confusion and memory loss.
> - Lymphadenopathy: a common complaint from patients, if not attributable to any other source, cannot be treated pharmacologically.
> - Frequent upper respiratory tract infections: there is no role for prophylactic or frequent therapeutic antibiotics, unless there is convincing evidence of an acute bacterial infection.
>
> Source: British Association of CFS/ME (BACME) guide for therapy and symptoms management in CFS/ME

Leslie was diagnosed with CFS on January 30, 2020 by Dr. Larry Bergstrom, a Mayo Clinic physician. (AR at 275-280). She began reporting related symptoms in February 2019. During her visit with Dr. Bergstrom, Leslie reported profound fatigue, post-exertional malaise, brain fog, widespread musculoskeletal pain, breathlessness, dizziness, and episodes of syncope. Nurse practitioner Tonia Graham has continued to document the "lethargy, malaise, and exercise intolerance" that Leslie experiences (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09). As of an October 20, 2022 office visit, NP Graham noted that Leslie "lacks endurance and strength" (AR at 2966-69). All of Leslie's doctors concur that she suffers from CFS. Lincoln agreed with this diagnosis for 24 months and then determined that she no longer experienced any limitations.

---

[4] Lawrence, J. "Fresh Evidence Points to a cause and possible treatments for chronic fatigue syndrome," The Pharmaceutical Journal (July 15, 2016)

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 4

        Leslie's medical records contain numerous references regarding her diagnosis of CFS and the expected symptoms. This diagnosis is supported not only by her treating physicians, but by Lincoln's own peer reviewers (AR at 66-69, AR at 1919-1920, AR at 2064-65). Lincoln cannot disregard the effects of constant, chronic and debilitating fatigue on Leslie's inability to perform the duties of her occupation as a Regional Property Manager or any other occupation.

*Postural Orthostatic Tachycardia Syndrome ("POTS")*
*Autonomic Dysfunction*

        The primary symptom of POTS is lightheadedness and fainting.[5] For patients who suffer from POTS, lightheadedness or fainting is accompanied by a sharp increase of more than 30 beats per minute, or a heart rate that exceeds 120 beats per minute within 10 minutes of rising from lying or sitting to a standing position. Although anyone can develop POTS, 75-80% of the patients who suffer from this disorder are women between the age of 15-50. (*Id.*) POTS typically follows a relapsing-remitting course that can last for years. (*Id.*) Some women have noted that they experience increased symptoms associated with POTS right before their monthly periods. POTS often begins after major surgery, trauma, pregnancy or viral illness. (*Id.*) POTS often makes patients unable to exercise because engaging in such activity brings on fainting spells or dizziness.

        Heart rate and blood pressure work together to keep the blood flowing at a healthy pace, regardless of the body's position.[6] People who suffer from POTS cannot regulate the balancing of blood vessel squeeze and heart rate response, which means that blood pressure cannot be kept stable. Common symptoms of POTS include:

- High/low blood pressure
- Racing heart rate
- Lightheadedness especially upon standing up, prolonged sitting in one position or long walks
- Fainting
- Chest pain
- Exhaustion/fatigue
- Temperature deregulation
- Nervous, jittery feeling
- Forgetfulness and trouble focusing (brain fog)

---

[5] https://www.ninds.nih.gov/Disorders/All-Disorders/Postural-Tachycardia-Syndrome-Information-Page.
[6] https://my.clevelandclinic.org/health/diseases/16560-postural-orthostatic-tachycardia-syndrome-pots

**Lincoln/Marcus 0706**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 5

- Blurred vision
- Headaches and body pain (flu-like)
- Insomnia and frequent waking, racing heart rate during sleep
- Exercise intolerance

(*Id.*) People with POTS may exhibit some or all of these symptoms.

While tilt table testing may be the gold standard in the diagnosis and evaluation of POTS, it is by no means infallible.[7] According to a study from Vanderbilt University Medical Center, tilt table testing is plagued by both false-positive and false-negative testing results. Clinical history and physical examinations are the most important criteria for patients with syncope and other POTS symptoms. *Id.* Tilt table tests are negative approximately 32% of the time.[8] Leslie's tilt table test was invalid, because she was taking a beta-blocker on the day of her test. Despite the negative result, her physicians have diagnosed her with autonomic neuropathy. (E.g., AR at 303-11; 786-89; 256-58, )

Leslie was seen by Dr. Diana Synder at Mayo on November 14, 2019 (AR at 366-375). Dr. Synder first noted POTS associated with a possible motility disorder due to Leslie's lightheadedness, syncope, and long-term constipation. On January 30, 2020, Dr. Bergstrom diagnosed Leslie with POTS and recognized symptoms including lightheadedness, low blood pressure, fatigue, musculoskeletal pain, and atrial flutter

On January 30, 2020, Dr. Bergstrom noted that Leslie likely met the criteria for Ehlers-Danlos Syndrome due to her hypermobility., (AR at 275-280). Dr. Bergstrom noted that hypermobility was associated with widespread musculoskeletal pain and fatigue, such as CFS/ME. On September 3, 2020, Leslie was seen at Mayo for a Nutrition Consultation to address poor oral intake related to POTS, Ehlers-Danlos Syndrome, and significant nausea (AR at 2010-11). NP Graham has continued to document Leslie's POTS symptoms, including dizziness, fatigue, brain fog, forgetfulness, exercise intolerance, headaches, and insomnia (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09).

---

[7] https://ww2.mc.vanderbilt.edu/adc/4789

[8] Huh, T., et al. Orthostatic Symptoms Does not Always Manifest During Tilt-Table Test in Pediatric POTS Patients, Korean Journal of Pediatrics 2013:56(1):32-36

**Lincoln/Marcus 0707**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 6

Leslie's medical records contain numerous references to her multiple problems caused by autonomic dysfunction.

*Nausea & Gastroparesis*

Throughout her illness, Leslie has continually complained about nausea and problems with vomiting. Over the years since she stopped working, her weight has fluctuated dramatically to the point that she is very underweight. Initial claim notes document Leslie's nausea and vomiting. (AR at 19) Treatment notes from the Mayo dietician recorded poor oral intake and significant nausea. (AR at 2010-11)

November 14, 2019, reported nausea with vomiting 3-4 times per week. She experiences early satiety and bloating. Persistent reflux that Protonix has not helped. (AR at 366-75) Leslie reported difficult keeping food down for 9-12 months, when she was seen in the emergency room in January 2019. (AR at 834-47) An upper GI on January 26, 2019, was interpreted as chronic gastritis. (AR at 858-60) A subsequent upper GI on April 14 2019, also documented chronic gastritis. In her January 22, 2021 OVN with NP Graham, Leslie reported feeling ill in the morning, and having nausea and vomiting. (AR at 699) On May 9, 2021, Leslie reported that she feels sick if she eats in the morning. (AR at 703) Any bending or up and down movement of her head causes nausea. (AR at 704) The nausea improved when she lies down. (*Id.*) She reported remaining chronically nauseated on May 11, 2021. (AR at 709)

She gained 50 pounds while taking Protonix, going from 114 to 157 pounds. (AR at 709) The earliest weight in the record shows 146.6 pounds in May 2019. Between November 22, 2019 and October 26, 2020, Leslie lost 18.8 pounds. (AR at 1073, 712) Her last recorded weight in the chart is dated May 11, 2020, where she is 103 pounds. January 22, 2021, NP Graham reported she was too thin, her weight was 111.6 pounds and her BMI was 18.6, falling right between normal and underweight (AR at 696-700) At 103 pounds, Leslie's BMI is 17.1% and she is underweight.

## LINCOLN'S OCCUPATIONAL ANALYSIS

Leslie worked for Balfour Beatty Investments as a Regional Property Manager before she became disabled. While Lincoln approved Leslie's benefits under the mental-nervous

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 7

limitation, it terminated them based on its determination that she was not disabled under the any occupation disability definition. Lincoln agreed Leslie was disabled from her occupation when it paid all the own occupation benefits due (AR at 1). Leslie's diagnoses and symptoms have not changed, and her restrictions and limitations have neither changed, nor improved (AR at 688-90). The physical demands of Leslie's job are light. Leslie can sit for less than two hours, stand for less than 5-10 minutes, and walk for less than one minute. Leslie cannot bend or carry anything, and her short bursts of energy are followed by post-exertional malaise.

Lincoln's August 12, 2021 denial letter lists three occupations it believes Leslie can perform. Lincoln classified her own occupation as light and determined she could perform at the light level.      Lincoln's vocational analysis accepts the physical limitations noted by peer reviewer, Dr. Sharon J. Obadia (AR at 66-69). These limitations, allegedly based on a conversation with nurse practitioner Tonia Graham, follow:

- Lifting/carrying up to 10 pounds occasionally;
- Sitting over 50% of the time;
- Standing/walking occasionally;
- No lifting overhead; and
- To clarify, the claimant can sit over 50% of the time.

Dr. Obadia concluded Leslie was capable of a greater functional capacity than she reported both on her claim forms and to her medical providers. (AR at 71-75, AR at 66-69). Presumably her conclusion is based on a single investigative report as evidence of Leslie's greater functional capacity, yet the May 25, 2021 only documents that Leslie goes to the doctor and is even driven by someone else (AR at 1527-37). Through Leslie's social media, investigators could only find that she takes photos of her dogs and surroundings when she is outside (AR at 1539-51, 59-63, 72-78, 81-82, 87-88, 1604). Those photos nearly always depict Leslie from a stationary position, or vantage point considering she is rarely in the photo, and there are no videos or captions that indicate she was partaking in any sort of rigorous physical activity (AR at 1564-71). When she is able, Leslie will ride on her husband's motorcycle.

Lincoln's assessment contradicts the claim forms completed by Leslie on June 17, 2021 (AR at 71-75). Lincoln asserts that Leslie is "currently and permanently capable of full-time work activity" given those restrictions, yet this conclusion undermines and ignores the very nature of CFS and its effects on her various other medical conditions (*Id.*) Leslie's

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 8

related symptoms, i.e., EDS, paroxysmal atrial fibrillation, POTS, small fiber neuropathy, gastroparesis, Irritable Bowel Syndrome, and sleeping disorder, interfere with her ability to work reliably. CFS exacerbates Leslie's other conditions and makes working even a sedentary full-time job impossible.

While Leslie might be able to lift 10 pounds occasionally or sit/stand in an office long enough to "perform" one of the three jobs Lincoln listed, her CFS leaves her too fatigued and exhausted to *sustain* the activity. In Dr. Obadia's phone call with Tonia Graham, Tonia also noted Leslie was limited by her cervical spine degenerative disc disease and that she experienced memory loss (AR at 124-127). Tonia also noted that Leslie brings her significant other to appointments and that he provides information when Leslie is struggling with her memory (*Id.*). In addition to Tonia's recognition of Leslie's memory loss, Tonia provided a referral for neuropsychological testing. Neuropsychologist and licensed clinical psychologist Dr. Dane A. Higgins, of CNS Memory Clinic, completed a neuropsychological evaluation on November 15, 2021. Dr. Higgins determined that Leslie has been experiencing increasing deficits in memory and cognitive function at a steeper rate of decline in the last few years (AR at 2908-2929). Dr. Higgins documented Leslie's experience and difficulty with the following:

- Remembering names;
- Misplacing items;
- Repeating herself and forgetting her own thought processes mid-sentence;
- Remembering what she read;
- Recalling recent and past events;
- Learning new information and even performing once-familiar tasks;
- Easily distracted and difficulty with concentration;
- Decreases in clarity of thinking and processing speed;
- Easily confused (unable to recall the date after waking up);
- Planning and organizing; and
- Sense of direction (forgets her intended destination and gets lost while driving).

Following Dr. Higgins's evaluation, Leslie was diagnosed with Memory Loss and Dementia without Behavioral Disturbance (*Id.*). On the Global Deterioration Scale, Leslie was placed at Stage 4 of 7 with her exhibiting moderate cognitive decline and a mild level of dementia (*Id.*).

**Lincoln/Marcus 0710**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 9

Lincoln's vocational analysis relied only on Dr. Obadia's limitations and did not consider the limitations placed on her by her treating physician nor the limitations that would be imposed from her neuropsychological evaluation. When Lincoln reviewed her claim at the 24-month mental/nervous limitation and any occupation change in definition, she reviewed her claim by Dr. Obadia and relied on her conclusions to determine Leslie was capable of sedentary work. Lincoln does not consider the cognitive and mental demands of any of the alleged other occupations. The vocational analysis determined Leslie's transferrable skills as follows:

- Applying math skills to read and interpret business and statistical reports and records;
- Analyzing and interpreting administrative policy and procedure;
- Planning and organizing work of others;
- Making decisions based on business reports or similar data;
- Speaking and writing clearly;
- Preparing budgets, keeping records, and inventory stock and dealing tactfully and courteously with the public, employees, or government officials; and
- Extensive knowledge of real estate practices and procedures.

Leslie's medical conditions render her unable to perform these transferable skills. Lincoln identifies three "occupations" that Leslie can perform: Title Search Manager, Employment Manager, and Sales Manager. These occupations are all sedentary but require analytical thinking, managing others, communicating with customers and personnel, and the ability to do so consistently, which Leslie cannot do.

## LINCOLN'S CLAIM HANDLING

Lincoln received Marcus's long-term disability claim on September 10, 2019. (AR at 1). Lincoln approved Marcus's claim by letter dated November 19, 2019 (AR at 2297-2301). Benefits were paid through November 2021. During that time, Lincoln had Leslie's claim reviewed by two internal medicine doctors, Dr. Dirlam and Dr. Obadia. Dr. Dirlam's paper reviews supported Leslie's CFS diagnosis and concluded that she could not work a sedentary job. It was not until Dr. Obadia's single paper review that Lincoln could find someone to conclude that Leslie could work, contradicting the paper reviews completed by their reviewer, as well as the medical records and opinions of Leslie's treating providers.

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 10

Dr. Mary Ellen Dirlam provided Lincoln with a paper review dated June 5, 2020 (AR at 2064-65). Dr. Dirlam determined that the medical evidence in her file *conclusively supports* the diagnosis of CFS. Additionally, Dr. Dirlam concluded that the medical records support that Leslie would not have the "stamina, stability or strength to perform even sedentary work." Dr. Dirlam gave a subsequent paper review dated November 5, 2020 (AR at 1919-1920). Once again, Dr. Dirlam determined that the medical evidence supported Leslie's diagnosis of CFS. Dr. Dirlam reaffirmed that Leslie continued to be functionally impaired due to this diagnosis.

Dr. Sharon J. Obadia provided Lincoln with a single peer review report dated July 21, 2021 (AR at 124-127). Dr. Obadia determined that the medical evidence supported the diagnosis of CFS. Regardless of this determination and after only a single phone call with nurse practitioner Tonia Graham, Dr. Obadia concluded that Leslie was currently and permanently capable of full-time work activity. This conclusion disregards the symptoms associated with many of the other diagnoses that Dr. Obadia found medical evidence to support, as well as the post-exertional fatigue after physical activity associated with CFS. Dr. Obadia misrepresented her conversation with NP Graham.

NP Graham wrote to Lincoln in an August 12, 2021 letter that she did not agree with the conclusions that were drawn from the conversation with adjuster Charles Martin (AR at 2949). NP Graham stated that not only was Leslie continuing to undergo medical evaluation, but that there was nothing to preclude her from disability (*Id.*). Moreover, NP Graham was assured that Lincoln would wait until Leslie was seen by neurology and provided with a definitive diagnosis (*Id.*). NP Graham has documented Leslie's memory problems (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09).

Lincoln conducted surveillance on Leslie in May 2021 (AR at 1527-37). Lincoln conducted surveillance on Leslie in May 2021 (AR at 1527-37). The first day of surveillance revealed no activity. (AR at 1529). On the second day of surveillance, Leslie was out of her home for less than three hours and observed for approximately 57 seconds as she attended an appointment that her husband drove her to (AR at 1530). On both the third and fourth day of surveillance, the investigator did not observe Leslie and no recordings were produced (AR at 1530). At no point during the four days was Leslie engaged in any activity above and beyond the restrictions and limitations noted by her doctors. Moreover, during the four days, Leslie was only recorded for 57 seconds while attending an appointment.

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 11

Lincoln had additional surveillance conducted on Leslie's social media in May 2021 (AR at 1538-1893). The report alleges that Leslie has multiple posts showing her going on "rides through Arizona, taking her dogs to the mountains to play, going sailing, decorating for the holidays, spending holidays and birthdays with family and friends, and redoing rooms in her home" (AR at 1643-1715).

The images from Leslie's Facebook that show her taking rides through Arizona never depict her as the driver; whenever she is in the image, she is the passenger (*Id.*). There are no posts of Leslie "decorating for the holidays," only posts on her page that show holiday decorations without any evidence in the caption or the image to indicate that she was responsible for the decorations (*Id.*). The photos of her sailing do not show her doing anything physically strenuous, as they only show the boat docked and someone else working on it (*Id.*). Images of Leslie's completed laundry room were used to show that she had been redoing rooms in her house, but nothing about the post or images indicates that Leslie was responsible for the physical labor necessary to complete it. (*Id.*). The images of Leslie looking out over the mountains suggest she rode up the mountain on a motorized vehicle, as evidenced by the helmet and protective jacket she is wearing, and the red quad emoji used in her caption (*Id.*). Riding up the mountain on an ATV is not physically demanding.

The report also referenced an Instagram account and Etsy shop for the jewelry Leslie makes and sells (*Id.*). Posts to Instagram and Etsy reflect that the items being sold are not just jewelry Leslie has made, but also the beads and charms themselves (*Id.*). Selling the individual items requires less energy than making them, yet Leslie's jewelry items are primarily beads put on a string that requires little physical energy and is easy to take breaks from when she gets tired.

Dr. Obadia attacks Leslie's credibility by stating the investigation reflects "functional capacity exceeding the claimant's self-reports to healthcare providers of the level of function documented in the medical records available for review" and in the "Lincoln Financial Group Activities Questionnaire" (AR at 124-127). The social media deep-dive is what Dr. Obadia relied on as evidence that Leslie's functional capacity exceeded what Leslie had reported on claim forms and what her medical records documented (AR at 124-127). It is unclear how 57 seconds of Leslie engaging in minimal physical activity could be used by Dr. Obadia to argue that she is not disabled. Dr. Obadia has never treated or even seen Leslie, so it is inappropriate for her to make a statement regarding her presentation to

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 12

doctors and the questionnaires she has completed. Leslie's treating providers have stated that her symptoms and limitations are consistent with her medical conditions.

Lincoln, as well as every paper reviewer they hired, recognized Leslie's CFS diagnosis, but ignored the impact CFS has on Leslie's energy levels and ability to sustain full-time employment. Lincoln relied solely upon the opinion of a single paper reviewer while ignoring the records and opinions of multiple treating providers. Only after Lincoln's denial was Leslie evaluated by a neurologist who was at the recommendation of one of her providers, not Lincoln.

## ADDITIONAL RECORDS

To ensure that Lincoln has all of Leslie's records, we are providing additional medical records and information.

| Provider | Bates Range |
|---|---|
| CNS Memory Clinic | 2908-2929 |
| Wellness For Life Family Practice | 2930-2948 |
| Statement of NP Graham | 2949 |
| SSA Form 3380 – Third Party Function Report | 2950-2957 |
| SSA Form 3373 – Function Report | 2958-2965 |
| Wellness For Life Family Practice | 2966-3037 |

## CONCLUSION

Lincoln's decision to terminate Leslie's long-term disability claim is unsupported by the record. This appeal addressed only the bases identified in the denial letter. f Lincoln undertakes additional development of this claim while on appeal, we request that it share any further development so that Leslie can address any additional evidence before Lincoln reaches a final decision. If Lincoln reverses its decision, please pay attention to the payment directions and lien that require funds to be forwarded to our trust account.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

**Lincoln/Marcus 0714**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 13


                                        LISA J. COUNTERS

LJC/MAG


**Lincoln/Marcus 0715**

 

**PEAK PERFORMANCE INSTITUTE**

UPGRADE YOUR BRAIN

**CNS/Adults**: Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
**PPI/Children**: Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## NEUROPSYCHOLOGICAL EVALUATION

**PATIENT NAME:** Leslie S. Marcus  
**DATE OF BIRTH (AGE):**                (50:5)  
**DATE OF INITIAL INTERVIEW:** 09/08/2021  
**DATE OF TESTING:** 11/15/2021  

**EDUCATION:** 13 years  
**OCCUPATION:** Unemployed  
**HANDEDNESS:** Right  
**ETHNICITY:** Caucasian  

**PRIMARY CARE PROVIDER:**    Tonia Graham, FNP-BC  
**TREATING PHYSICIAN:**    Frank E. Cibulka, M.D.  

### REASON FOR CONSULTATION/HISTORY OF PRESENTING ILLNESS:

Ms. Marcus has experienced increasing deficits in memory and other cognitive functioning, with a more precipitous decline occurring within the last few years. Currently, she experiences difficulty remembering peoples' names and she tends to misplace items. She repeats herself and forgets her thought processes, mid-sentence. She struggles to remember what she has read. She experiences difficulty remembering recent events and recalling past events. It is difficult for her to learn new information and perform once-familiar tasks. She becomes distracted easily as it is difficult for her to concentrate. Her clarity of thinking and processing speed have diminished. She becomes confused easily as she is unable to recall the date after waking up. It is difficult for her to plan and organize. Reportedly, she struggles with her sense of direction as she forgets her intended destination and becomes lost while driving. This neuropsychological assessment was requested to assess her current level of neurocognitive and psychological functioning, to assist with determining the severity of her memory loss and other neurocognitive deficits, to evaluate the contribute of mood factors, and to aid with treatment planning.

---

### DIAGNOSTIC SUMMARY:

*Based on the results of the assessment, the following **ICD-10-CM** diagnoses are offered:*

1. F03.90    Dementia without Behavioral Disturbance
2. R41.3    Memory Loss
3. F32.2    Depression, severe
4. F41.9    Anxiety, severe

#### Global Deterioration Scale Stage 4 of 7
- Moderate cognitive decline: Mild level of dementia

---

### TEST RESULTS – SUMMARY AND RECOMMENDATIONS:

1. Ms. Marcus' performance placed her significantly below expectations on several measures of neurocognitive functioning. Given her history, and the current report/pattern of her neuropsychological impairments, her observed functioning would place her at a **Global Deterioration Scale stage of 4, which represents moderate cognitive decline and a mild level of dementia**.

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS AR002908

2.  Overall, Ms. Marcus primarily exhibited neurocognitive deficits/symptomatology consistent with dysfunction in right frontal and bilateral temporal cerebral lobe areas. The following recommendations are provided to stem her neurocognitive decline (i.e., slow her neurocognitive dysfunction from progressing through the stages of deterioration of dementia) and rehabilitate (as much as possible) her various areas of neurocognitive dysfunction, to slow a possible neurodegenerative condition. The progression of her neuropsychological dysfunction will provide more diagnostic clarity and may help with determining the pathogenesis of her memory loss. As her neurocognitive deficits are rehabilitated via the cognitive exercises listed below, she may realize modest improvement in some neuropsychological domains. Periodic assessment of her neurocognitive functioning is recommended to further assist with diagnostic formulations and ensure that appropriate care is provided for her. *Thus, this assessment can also serve as a baseline for her and track further neurocognitive changes.*

3.  At this time, Ms. Marcus would benefit from immediate pharmacological treatment of her memory disorder. Typical treatment of dementia conditions includes commonly prescribed acetylcholinesterase inhibitors such as: **Aricept®**, **Exelon®**, **Razadyne ER®**, or the generic form of these medications, **Donepezil®**. Eventual, adjunctive treatment with **Namenda®** is also recommended (**Memantine®**: generic version). These treatments have been found to be effective in slowing the neurocognitive decline/memory loss associated with dementia.

4.  With respect to psychological functioning, during the clinical interview, Ms. Marcus reported symptomatology associated with significant emotional distress. On objective measures and during the self-report observations, she reported severe depressive symptomatology and severe levels of anxiety. Thus, she would benefit from continued monitoring of her mood and from treatment with an appropriate psychotropic medication to treat her persistent symptomatology. A medication such as this can help increase her interest and aid her in initiating other activities designed to stem decline in other functional neurocognitive areas, detailed below. Persistent difficulties with emotions can be attributed to dysfunction in right frontal areas, commonly associated with emotional regulation. *That is to say, there is often a neurological mechanism/problem underlying difficulties with emotional lability and/or sensitivity.*

5.  In general, Ms. Marcus' performance was characterized by fluctuating attention/arousal and decreased speed of information processing, as well as poor initiation and diminished memory (i.e., very rapid forgetting). Test instructions were repeated when she forgot instructions mid-test. Her memory deficits are characterized by poor working memory, deficient recent or short-term memory, variable learning and encoding, but relatively intact distant memory. During testing, she exhibited behavioral slowing, fluctuating lucidity, and presented as occasionally confused. In addition, she occasionally repeated herself. These are all common findings seen with patients suffering from dementia.

6.  Ms. Marcus has experienced a functional decline and her performance placed her significantly below expectations, as her scores placed her in the borderline impaired range of functioning (i.e., below the 10th percentile) to the severely impaired range of functioning (i.e., below the 2.3 percentile) on several neurocognitive measures. She exhibited impaired functioning on measures of visual discriminant attention, impulsivity to visual information, abstract reasoning with visual information, immediate recall of visual information, and delayed recall of visual information.

**Lincoln/Marcus 0717**

7.  Similarly, Ms. Marcus' performance placed her below expectations, in the low normal range of functioning (i.e., from the 11th to 16th percentiles) to the low average range of functioning (i.e., from the 17th to 25th percentiles) on measures of verbal processing speed, abstract reasoning with auditory/verbal information, visual encoding/decoding, immediate recall of auditory/verbal information, delayed recall of auditory/verbal information, recognition memory of auditory/verbal information, and executive functioning/higher order cognitive processing involving auditory/verbal information.

8.  Nevertheless, Ms. Marcus' performance placed her within normal limits, in the average range of functioning (i.e., from the 26th to 74th percentiles) on measures of mental status/orientation, visual organization, sustained visual attention, perseverative responding to visual information, visual attentional flexibility, visual color naming, verbal mental flexibility, visual working memory, visual attention, visual attention with distractions, phonemic verbal fluency, semantic verbal fluency, naming/word finding, verbal comprehension, visuoperceptual reasoning, auditory working memory, visual processing speed, full-scale intellectual functioning, general ability (intellectual ability), vocabulary and verbal knowledge, general knowledge (distant memory), visual puzzles/visuoperceptual reasoning, mathematical ability/arithmetic, visual search and attention, recognition memory of visual information, and executive functioning/higher order cognitive processing involving visual information.

9.  Further, Ms. Marcus' performance placed her in the high average range of functioning (i.e., from the 75th to 90th percentiles) on measures of reaction time to visual information, visual processing, visual mental flexibility, visuospatial and visuomotor functioning, visual matrix reasoning, and auditory attention. If specific test scores are needed, these can be provided. Memory, attention, and intellectual functioning score summary tables and graphs are attached as Appendices.

10. The following implications of frontal dysfunction in the brain were discussed with Ms. Marcus. These often can cause difficulties across various physical, cognitive, and emotional domains. These included the following:
    • Problems with attention and concentration. She may become more easily distracted.
    • Problems with organization and planning; difficulty carrying out or executing plans.
    • Problems with emotional regulation. She may have trouble looking at and analyzing the long-term consequences of her actions.
    • She may act impulsively; difficulty visualizing how something might "play out."
    • She may have trouble inhibiting irritability. Due to increased emotional lability, often the emotional response can be out of proportion to a given event.
    • She may also have trouble with arousal and may have trouble with fatigue and feel a lack of motivation and interest/initiative.
    • She may experience difficulty with reasoning and mental flexibility.
    • Problems with memory storage become more apparent, as information encoded becomes more complex and organizational demands increase.

11. Ms. Marcus may benefit from cognitive exercises designed to stem the neurocognitive decline she is currently experiencing and attempt to rehabilitate various areas of neurocognitive dysfunction. She should regularly read aloud. She should read new, novel information to which she has not previously been exposed, to stimulate her vocabulary stores, as well as melodic words of prose and poetry to retain her vocal prosody. In addition, she should complete jigsaw puzzles, crossword puzzles, word searches, play checkers, chess, solitaire, dominoes, strategy card games (e.g., Poker, Bridge, 500,

War, Hearts, Texas Hold 'Em, Go Fish), Bookworm®, Sudoku®, Cranium®, Memory®, Concentration®, Scrabble®, Mahjong®, Yahtzee®, Rummikub®, FreeCell®, Tetris®, Uno®, Rook®, Risk®, Battleship®, Monopoly®, Clue®, Raj®, Quarto®, Trivial Pursuit®, write often, and complete similar activities that stimulate both cortical and subcortical areas. She should consider purchasing a Nintendo DS lite system with the following games: Brain Age®, Brain Age 2®, and Brain Academy®. She should generally limit television viewing time and increase time engaged in the activities listed above to stimulate both cortical and subcortical areas, increasing processing speed, attention, complex processing/executive functioning, reasoning, verbal fluency, learning/memory, and mental flexibility. She should optimize study time by eliminating distractions such as telephone calls, background noise (e.g., television, radio), and interruptions by family members or friends. *Ms. Marcus was given a detailed list of cognitive exercises customized to rehabilitate her pattern of neurocognitive deficits found during testing (i.e., she is strongly encouraged to focus on right frontal, right temporal, and left temporal rehabilitation, as well as verbal reasoning exercises).*

12. Ms. Marcus is encouraged to engage in a regular physical exercise routine under the guidance of her primary care provider. Activities that include resistance and cardiovascular training likely will enhance her cardiovascular functioning and strengthen and promote additional conditioning. Exercises such as walking and swimming may benefit her. Furthermore, such activities likely will improve her mood and provide an effective outlet for emotional pressures she may experience. She is encouraged to perform activities that promote fine motor control and motor strength. Similarly, Ms. Marcus should eat healthfully and consume foods with soluble fiber (i.e., oatmeal, blueberries, strawberries, etc.). She may consider supplementing her diet with Vitamin E tablets, at 400 IU strength. Vitamin B complex supplements have also been shown to help with memory loss. She is strongly encouraged to increase her social activity level and interest.

13. Ms. Marcus would benefit from training on the use of external aids for organization (e.g., a daily planner) to become more successful with this. It is advisable for her to utilize both verbal and visual cues to facilitate recall. In addition, when learning new information, it is advisable for her to study information using both formats to ensure that recall of the information is maximized. Ms. Marcus also may benefit from writing down specific goals on a daily basis and utilizing these external aids. Similarly, it is advisable for her to include daily short-term goals as well as more involved long-term goals. To maximize the benefit from such measures, she is advised to utilize them consistently and systematically. As she uses these encoding systems concurrently, they will become more effectively linked, as she is thus storing information via several modalities when reading it (visual), hearing it (auditory), and even speaking it (language production). She should break down complex information into simpler parts to facilitate processing, encoding, retention, and recall.

14. Ms. Marcus was provided with comprehensive feedback regarding the results of this neuropsychological evaluation. She was apprised of her current neurocognitive status, as well as the likely prognosis for her future. Such feedback in the form of psychoeducation may have helped her understand any persistent cognitive and/or emotional sequelae that she is experiencing at the present time. Also, she was informed of the deleterious impact that emotional distress has on neurocognitive functioning. Moreover, such information provided ways to help Ms. Marcus develop the most efficient and effective

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002911

**Lincoln/Marcus 0719**

strategies for maximizing her functional abilities. Ultimately, this feedback may enhance the quality of her life.

15. Finally, a follow-up neuropsychological evaluation in 2 years is recommended. **Ms. Marcus should return by November 2023 for a full neuropsychological re-evaluation.** The effect of rehabilitation on dysfunctional cerebral areas can be directly measured and any modest recovery of functioning can be assessed. Alternatively, any further deterioration can be measured at that time. Also, the implementation of assistive and/or further compensatory strategies can be suggested. Using the results of the present examination, changes in her neuropsychological functioning could be monitored directly. That is, the data derived from the follow-up evaluation would provide an opportunity to document continued cognitive changes, as well as to determine if there are any impairments that might require further medical and/or psychological intervention. Should her status suddenly change significantly, a more immediate evaluation may be warranted.

**BEHAVIORAL OBSERVATIONS/MENTAL STATUS:**
Ms. Marcus arrived promptly for her appointment today. She was casually, but neatly dressed. At the time of the interview, there were no overt indications of auditory or visual hallucinations or the presence of delusional systems. Additionally, she appeared free of psychotic thought processes. The range of her affect was full and appropriate. Overall, Ms. Marcus exhibited a diminished level of awareness of the significance and the severity of her neurocognitive deficits.

In general, Ms. Marcus' speech was within normal limits for articulation and relevance. She exhibited word finding difficulties. Nevertheless, overall, her verbal skills generally function well, and she can carry on a conversation without significant difficulty. Others may tend to underestimate the extent of her neurocognitive deficits due to this (as we tend to evaluate others' abilities primarily via verbal interactions).

Overall, Ms. Marcus was fully engaged in the testing process. She was alert, exhibited good attention and comprehension, and was fully cooperative. On measures specifically designed to detect malingering or low effort, she generally performed within normal limits, suggesting that she put forth good effort. *In light of her scores on subtle indicators of effort and motivation, observed cooperation on tasks, and good effort during the evaluation, these results are considered to be a valid and reliable estimate of her current level of neurocognitive functioning.*

Thank you for this opportunity to participate in the care of this pleasant and interesting individual. Should you have any questions, please do not hesitate to contact me directly.

Cordially,

Dane A. Higgins, Ph.D.
Neuropsychologist, Licensed Clinical Psychologist

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002912

**Lincoln/Marcus 0720**

## *EXTENDED REPORT / SUPPORTING TEST DATA*

### Appendix A

### TESTS ADMINISTERED / ASSESSMENT PROCEDURES

Test Battery and/or Subtest [domain]:

Animal Naming Test [semantic verbal fluency]
Beck Anxiety Inventory (BAI) [anxiety self-report inventory]
Beck Depression Inventory-II (BDI-II) [depression self-report inventory]
Boston Naming Test (BNT) [vocabulary, word finding, and naming]
Brief Visuospatial Memory Test Revised (BVMT-R) [visual learning, recall, and recognition]
Clinical Neuropsychological Interview [history and presenting problems]
Clock Drawing Test (CLOCK) [visual planning and conceptualization]
Comprehensive Trail-Making Test (CTMT) [attention, processing speed, mental flexibility]
Controlled Oral Word Association Test (COWAT) [phonemic verbal fluency]
Conners Continuous Performance Test 3 (CPT-3) [immediate & sustained attention]
Halstead-Reitan Neuropsychological Test Battery [Selected subtests]
- Category Test (CAT) [visuospatial abstract reasoning, complex processing]
  - Bolter Validity Index [effort/malingering] embedded in this measure
Hooper Visual Organization Test (HVOT) [visuospatial organization]
Hopkins Verbal Learning Test-Revised (HVLT-R) [rote verbal learning and recall]
Judgment of Line Orientation (J-LO) [visuospatial processing/angular orientation]
Mini-Mental State Examination (MMSE) [orientation and mental status]
Mood Assessment Scale [depression self-report inventory]
Rey Dot Counting Test (RDCT) [effort/malingering]
Stroop Color & Word Test (STROOP) [processing speed, executive functioning & mental flex]
Symbol Span (Wechsler Memory Scale IV subtest; visual working memory)
Wisconsin Card Sorting Test (WCST) [concept formation, problem-solving, mental flexibility]

Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV) [intellectual functioning]:

Verbal Subtests
- Vocabulary [Verbal Knowledge]
- Similarities [Abstract Verbal Reasoning]
- Arithmetic [Mathematical Ability and Working Memory]
- Digit Span [Simple Attention and Working Memory]
- Information [General Knowledge]

Performance (visuospatial) Subtests
- Block Design [Visuospatial and Visuomotor Functioning]
- Matrix Reasoning [Abstract Visuospatial Reasoning]
- Coding [Attention, Processing Speed, and Visuomotor Ability]
- Visual Puzzles [Visuoperceptual Reasoning]
- Symbol Search [Processing Speed with Visual Search and Attention]

**Lincoln/Marcus 0721**

## APPENDIX B – MEMORY TEST SCORES

# HVLT-R/BVMT-R Score Summary Table

| Score | Raw score | | T score | | Percentile | |
|---|---|---|---|---|---|---|
| | HVLT-R | BVMT-R | HVLT-R | BVMT-R | HVLT-R | BVMT-R |
| Trial 1 | 5 | 1 | 36 | 26 | 8 | <1 |
| Trial 2 | 9 | 2 | 45 | <20 | 31 | <1 |
| Trial 3 | 9 | 5 | 36 | 24 | 8 | <1 |
| Total Recall | 23 | 8 | 38 | <20 | 12 | <1 |
| Delayed Recall | 8 | 5 | 38 | 29 | 12 | 2 |
| Percent Retained | 89 | 100 | 47 | | 38 | |
| Recognition Hits | 12 | 5 | | | | |
| Recognition False Alarms | 1 | 0 | | | | |
| Recognition Discrimination Index | 11 | 5 | 43 | | 24 | |

Note:       Percentiles are based on non-normalized $T$ scores.

## Discrepancy Scores Between the HVLT-R and BVMT-R

| Score | Discrepancy Score | Score Comparisons | Significance Level | Cumulative Percentage Among the Normative Sample |
|---|---|---|---|---|
| **Total Recall** | 18 | HVLT-R  >  BVMT-R | .05 | 13.60 |
| **Delayed Recall** | 9 | HVLT-R  >  BVMT-R | .20 | 43.20 |

**Lincoln/Marcus 0722**

## APPENDIX C – MEMORY TESTING – GRAPH OF SCORES

### HVLT-R/BVMT-R *T*-Score Current Profile

SCORES BELOW T = 37 ARE WELL BELOW EXPECTATIONS, BELOW THE 10TH PERCENTILE.

SCORES BELOW T = 30 ARE SIGNIFICANTLY IMPAIRED, BELOW THE 2.3 PERCENTILE.

HVLT-R = VERBAL MEMORY TEST: IMMEDIATE RECALL AND DELAYED RECALL.

BVMT-R = VISUAL MEMORY TEST:  IMMEDIATE RECALL AND DELAYED RECALL.

*Ms. Marcus' performance involving measures of immediate recall and delayed recall of auditory/verbal information placed her below expectations, but not yet at impaired levels of functioning. Nevertheless, her performance involving measures of immediate recall and delayed recall of visual information placed her significantly below expectations, at severely impaired levels of functioning, suggesting bilateral temporal lobe dysfunction.*

*ALL TRIALS.  TRIAL 1, 2, 3, AND DELAYED RECALL TEST PERFORMANCE*



**Lincoln/Marcus 0723**

## APPENDIX D

### Sustained Visual Attention

## Introduction

The Conners Continuous Performance Test 3rd Edition (Conners CPT 3™) assesses attention-related problems in individuals aged 8 years and older. During the 14-minute, 360-trial administration, respondents are required to respond when any letter appears, except the non-target letter "X." By indexing the respondent's performance in areas of inattentiveness, impulsivity, sustained attention, and vigilance, the Conners CPT 3 can be a useful adjunct to the process of diagnosing Attention-Deficit/Hyperactivity Disorder (ADHD), as well as other psychological and neurological conditions related to attention.

## Validity of Administration

The Conners CPT 3 performs a validity check based on the number of hits and omission errors committed, as well as a self-diagnostic check of the accuracy of the timing of each administration. If there is an insufficient number of hits to compute scores, and/or if the omission error rate exceeds 25%, these issues will be noted. Also, the program will issue a warning message noting that the administration was invalid if a timing issue is detected.

There was no indication of any validity issues; the current administration should be considered valid.

## Response Style Analysis

The variable *C* represents an individual's natural response style in tasks that involve a speed-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a **conservative** style (T-score ≥ 60) of responding that emphasizes accuracy over speed; a **liberal** style (T-score ≤ 40) of responding that emphasizes speed over accuracy; or a **balanced** style (T-score = 41-59) of responding that is sensitive to both speed and accuracy. Based on Leslie's responses, **she has a liberal style of responding that emphasizes speed over accuracy (T-score = 33)**. This response style is often associated with faster reaction times, more commission errors (incorrect responses to non-targets), and fewer omission errors (failure to respond to targets). The influence of Leslie's liberal response style on other Conners CPT 3 scores should be taken into consideration throughout the interpretation process.

## T-score Guidelines

The guidelines in the following table apply to all T-scores in this report.

| Guidelines | | | |
|---|---|---|---|
| T-score | For Hit Reaction Time (HRT) | T-score | For all other variables |
| 70+ | Atypically Slow | 70+ | Very Elevated |
| 60-69 | Slow | 60-69 | Elevated |
| 55-59 | A Little Slow | 55-59 | High Average |
| 45-54 | Average | 45-54 | Average |
| 40-44 | A Little Fast | < 45 | Low |
| < 40 | Atypically Fast | | |

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES

MARCUS AR002916

**Lincoln/Marcus 0724**

## Overview of Conners CPT 3 Scores        MHS



This section provides an overview of Leslie's Conners CPT 3 scores.



| Variable Type | Measure | T-score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | d' | 67 | Elevated | **Difficulty** differentiating targets from non-targets. |
| Error Type | Omissions | 49 | Average | **Average** rate of missed targets. |
| | Commissions | 78 | Very Elevated | **Very high** rate of incorrect responses to non-targets. |
| | Perseverations | 46 | Average | **Average** rate of random, repetitive, or anticipatory responses. |
| Reaction Time Statistics | HRT | 41 | A Little Fast | **Slightly Fast** mean response speed. |
| | HRT SD | 46 | Average | **Average consistency** in reaction times. |
| | Variability | 54 | Average | **Average** variability in reaction time consistency. |
| | HRT Block Change | 45 | Average | **Average** change in response speed in later blocks. |
| | HRT ISI Change | 54 | Average | **Average** change in response speed at longer ISIs. |

**Summary:** Relative to the normative sample, Leslie was less able to differentiate targets from non-targets, made more commission errors and responded faster.

Overall, Leslie has a total of 3 atypical T-scores, which is associated with a moderate likelihood of having a disorder characterized by attention deficits, such as ADHD. Note that other psychological and/or neurological conditions with symptoms of impaired attention can also lead to atypical scores on the Conners CPT 3.

Leslie's profile of scores and response pattern indicates that she may have issues related to:
• **Inattentiveness (Some Indication)** • **Impulsivity (Strong Indication)**

## Measures of Inattentiveness　　　　⊠MHS

This section summarizes Leslie's scores on the inattentiveness measures and provides information about how she compares to the normative group. Indicators of inattentiveness on the Conners CPT 3 are poor Detectability (d'), a high percentage of Omissions and Commissions, a slow Hit Reaction Time (HRT), as well as high levels of inconsistency in response speed (Hit Reaction Time Standard Deviation [HRT SD] and Variability).



| | Detectability (d') | Omissions | Commissions | HRT | HRT SD | Variability |
|---|---|---|---|---|---|---|
| T-score | 67 | 49 | 78 | 41 | 46 | 54 |
| Guideline | Elevated | Average | Very Elevated | A Little Fast | Average | Average |

**Detectability (d')** measures the respondent's ability to differentiate non-targets (i.e., the letter X) from targets (i.e., all other letters). Leslie's T-score is 67 and falls in the **Elevated** range. This result means that her ability to discriminate non-targets from targets was poor when compared to the normative group. Poor ability to differentiate non-targets from targets is an indicator of inattentiveness.

**Omissions** result from a failure to respond to targets. Leslie's T-score is 49 and falls in the **Average** range. This result means that she missed an average percentage of targets when compared to the normative group.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. A high level of commission errors may be related to inattentiveness and/or impulsivity. The combination of Leslie's fast response times (see HRT, below) and high commission errors is an indicator of impulsivity rather than inattentiveness.

**HRT** is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity rather than inattentiveness. See the *Measures of Impulsivity* section of this report for more interpretative information.

**HRT SD** is a measure of response speed consistency during the entire administration. Leslie's T-score is 46 and falls in the **Average** range. This result means that her response speed was about as consistent as the normative group.

**Variability**, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure; that is, the amount of variability that Leslie showed in 18 separate segments of the administration in relation to her own overall HRT SD. Leslie's T-score is 54 and falls in the **Average** range. This result means her response speed variability was average when compared to the normative group.

**Leslie's scores on these measures indicate that she may have problems with inattentiveness. Leslie's scores may also indicate impulsivity problems. See the *Measures of Impulsivity* section for more information.**

**Lincoln/Marcus 0726**

## Measures of Impulsivity                 MHS

This section summarizes Leslie's scores on the impulsivity measures and provides information about how she compares to the normative group. Indicators of impulsivity on the Conners CPT 3 include a faster than normal Hit Reaction Time (HRT) in addition to a higher than average rate of Commissions and/or Perseverations.



| | HRT | Commissions | Perseverations |
|---|---|---|---|
| T-score | 41 | 78 | 46 |
| Guideline | A Little Fast | Very Elevated | Average |

**HRT** is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity. This result, coupled with her elevated score(s) on Commissions (see below), indicates that Leslie had trouble responding to the stimuli in a controlled manner. Note that HRT may be affected by response style; Leslie's liberal response style may have contributed to her faster response speed. See the *Response Style Analysis* section of this report for more interpretive information.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of Leslie's fast response times (see HRT, above) and high commission errors is an indicator of impulsivity.

**Perseverations** are random or anticipatory responses. Leslie's T-score is 46 and falls in the **Average** range. This result means that she made approximately the same number of perseverative errors when compared to the normative group.

**Leslie's scores on these measures strongly suggest that she may have problems with impulsivity.**

**Lincoln/Marcus 0727**

## Measures of Sustained Attention ⁜MHS

This section summarizes Leslie's scores on the sustained attention measures. Sustained attention is defined as the respondent's ability to maintain attention as the administration progresses. A decrease in sustained attention across time is captured by atypical slowing in the respondent's Hit Reaction Times (HRT; as indicated by the variable HRT Block Change), as well as by increases in Omissions and Commissions in later blocks of the administration.

### Hit Reaction Time by Block

### HRT Block Change




| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| ■ HRT (ms) | 380 | 365 | 404 | 351 | 361 | 394 |
| Ⅰ HRT SD (ms) | 58 | 74 | 81 | 50 | 112 | 119 |

| T-score | | 45 |
|---|---|---|
| Guideline | | Average |

**Note.** ms = milliseconds; SD = Standard Deviation.

### Omissions by Block

### Commissions by Block




| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| O Omissions (%) | 4 | 0 | 0 | 2 | 0 | 2 |

| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| ● Commissions (%) | 83 | 58 | 75 | 92 | 75 | 50 |

**Note.** No statistically significant differences were found in error rates between blocks.

**HRT Block Change** indicates the change in mean response speed across blocks. Leslie's T-score is 45 and falls in the **Average** range. This result means that she had an average reduction in response speed in later blocks. In terms of error rates, Leslie's omission and commission errors did not increase significantly across multiple adjacent blocks. **Leslie's profile of scores on these measures does not indicate a problem with sustained attention.**

**Lincoln/Marcus 0728**

## Measures of Vigilance

**MHS**

This section summarizes Leslie's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

### Hit Reaction Time by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ■ HRT (ms) | 353 | 369 | 405 |
| I HRT SD (ms) | 81 | 109 | 61 |

### HRT ISI Change



| T-score | 54 |
|---|---|
| Guideline | Average |

Note. ms = milliseconds; SD = Standard Deviation.

### Omissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| O Omissions (%) | 3 | 1 | 0 |

### Commissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ● Commissions (%) | 67 < | 92 | 58 |

Note. The < symbol indicates that the error rate of the longer ISI is significantly (p < .10) higher than the error rate of the shorter ISI.

**HRT ISI Change** indicates the change in mean response speed at various ISIs. Leslie's T-score is 54 and falls in the **Average** range. This result means that she had an average reduction in response speeds at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. However, there was a significant increase (p < .10) in commissions from the 1-second ISI to the 2-second ISI. Although there were minor differences in Leslie's performance across ISIs, her overall profile of scores does not indicate a problem with maintaining vigilance at varying levels of stimulus frequency.

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002921

**Lincoln/Marcus 0729**

 **WAIS-IV**

## Appendix E
## Interpretive Report of WAIS–IV Testing

## Examinee and Testing Information

| | | | |
|---|---|---|---|
| Examinee Name | Leslie Marcus | Date of Report | 11/15/2021 |
| Examinee ID | | Years of Education | 13 |
| Date of Birth | | Home Language | English |
| Gender | Female | Handedness | Right |
| Race/Ethnicity | White not Hispanic Origin | Examiner Name | Dr. Dane A. Higgins |
| Test Administered | WAIS-IV (11/15/2021) | Age at Testing | 50 years 5 months    Retest? No |

### Score Summary

| WAIS–IV Scale | Score |
|---|---|
| Verbal Comprehension | 95 |
| Perceptual Reasoning | 109 |
| Working Memory | 105 |
| Processing Speed | 97 |
| Full Scale | 102 |
| General Ability | 101 |

## Interpretation of WAIS–IV Results

### General Intellectual Ability

Leslie's unique set of thinking and reasoning abilities make her overall intellectual functioning difficult to summarize by a single score on the Wechsler Adult Intelligence Scale–Fourth Edition (WAIS–IV). Her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Processing complex visual information by forming spatial images of part-whole relationships and/or by manipulating the parts to solve novel problems without using words is a strength. Making sense of complex verbal information and using verbal abilities to solve novel problems are less developed abilities for Leslie.

### Verbal Comprehension

Leslie's verbal reasoning abilities as measured by the Verbal Comprehension Index (VCI) are in the average range and above those of approximately 37% of her peers (VCI = 95; 95% confidence interval = 90-101). The VCI is designed to measure verbal reasoning and concept formation. Leslie's performance on the verbal subtests contributing to the VCI presents a diverse set of verbal abilities, as she performed much better on some verbal tasks than others. The degree of variability is unusual and may be noticeable to those who know her well. Examination of Leslie's performance on individual subtests provides additional information regarding her specific verbal abilities.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
Page 15 of 22

MARCUS AR002922

**Lincoln/Marcus 0730**

 **WAIS-IV**

Leslie achieved her best performance among the verbal reasoning tasks on the Vocabulary subtest and demonstrated significantly weaker performance on the Similarities subtest. Her weak performance on the Similarities subtest was below that of most of her peers.

On the Similarities subtest Leslie was required to respond orally to a series of word pairs by explaining how the words of each pair are alike. This subtest examines her ability to abstract meaningful concepts and relationships from verbally presented material (Similarities scaled score = 6). The Vocabulary subtest required Leslie to explain the meaning of words presented in isolation. As a direct assessment of word knowledge, the subtest is one indication of her overall verbal comprehension. Performance on this subtest also requires abilities to verbalize meaningful concepts as well as to retrieve information from long-term memory (Vocabulary scaled score = 11).

## Perceptual Reasoning

Leslie's nonverbal reasoning abilities as measured by the Perceptual Reasoning Index (PRI) are in the average range and above those of approximately 73% of her peers (PRI =109; 95% confidence interval = 102-115). The PRI is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. Leslie presents a diverse set of nonverbal abilities, performing much better on some nonverbal tasks than others. The degree of variability is unusual for individuals her age and may be noticeable to those who know her well.

Leslie's performance was significantly weaker on the Visual Puzzles subtest than her own mean score.

The Visual Puzzles subtest required Leslie to view a completed puzzle and select three response options that, when combined, reconstruct the puzzle, and do so within a specified time limit. This subtest is designed to measure nonverbal reasoning and the ability to analyze and synthesize abstract visual stimuli. Performance on this task also may be influenced by visual perception, broad visual intelligence, fluid intelligence, simultaneous processing, spatial visualization and manipulation, and the ability to anticipate relationships among parts (Visual Puzzles scaled score = 9).

## Working Memory

Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range. She performed better than approximately 63% of her peers in this area (Working Memory Index (WMI) = 105; 95% confidence interval 98-111).

## Processing Speed

Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers. She performed better than approximately 42% of her peers on the processing speed tasks (Processing Speed Index [PSI] = 97; 95% confidence interval 89-106).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR0002923

**Lincoln/Marcus 0731**

 **WAIS-IV**

## WAIS–IV Score Report

### Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 27 | VCI | 95 | 37 | 90-101 | Average |
| Perceptual Reasoning | 35 | PRI | 109 | 73 | 102-115 | Average |
| Working Memory | 22 | WMI | 105 | 63 | 98-111 | Average |
| Processing Speed | 19 | PSI | 97 | 42 | 89-106 | Average |
| Full Scale | 103 | FSIQ | 102 | 55 | 98-106 | Average |
| General Ability | 62 | GAI | 101 | 53 | 96-106 | Average |

Confidence Intervals are based on the Overall Average SEMs. Values reported in the SEM column are based on the examinee's age.

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comprehensive evaluation of cognitive ability, it should be noted that the GAI does not have the breadth of construct coverage as the FSIQ.

## Summary

Leslie is a 50-year-old female who completed the WAIS–IV. Her overall cognitive ability, as evaluated by the WAIS–IV, cannot easily be summarized because her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Leslie's reasoning abilities on verbal tasks are generally in the average range (VCI = 95), while her nonverbal reasoning abilities are significantly higher but also in the average range (PRI = 109). Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range (WMI = 105). Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers (PSI = 97).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR002924

**Lincoln/Marcus 0732**


## WAIS-IV

### Composite Score Profile

| | VCI | PRI | WMI | PSI | FSIQ | GAI |
|---|---|---|---|---|---|---|

The vertical bars represent the standard error of measurement (*SEM*).

### Composite Scores and Standard Error of Measurement

| Composite | Score | SEM |
|---|---|---|
| VCI | 95 | 2.6 |
| PRI | 109 | 3 |
| WMI | 105 | 3.35 |
| PSI | 97 | 5.41 |
| FSIQ | 102 | 2.12 |
| GAI | 101 | 2.12 |

## Analysis

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate Overall Sample |
|---|---|---|---|---|---|---|
| VCI - PRI | 95 | 109 | -14 | 7.78 | Y | 15 |
| VCI - WMI | 95 | 105 | -10 | 8.31 | Y | 22.1 |
| VCI - PSI | 95 | 97 | -2 | 11.76 | N | 46.7 |
| PRI - WMI | 109 | 105 | 4 | 8.81 | N | 39.7 |
| PRI - PSI | 109 | 97 | 12 | 12.12 | N | 21.8 |
| WMI - PSI | 105 | 97 | 8 | 12.47 | N | 30.1 |
| FSIQ - GAI | 102 | 101 | 1 | 3.29 | N | 46.3 |

Base rate by overall sample.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 18 of 22
MARCUS AR002925

Lincoln/Marcus 0733

 **WAIS-IV**

## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 18 | 6 | 9 | 6 | 1.04 |
| Vocabulary | 44 | 11 | 63 | 13 | 0.73 |
| Information | 14 | 10 | 50 | 11 | 0.73 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 51 | 13 | 84 | 11 | 0.95 |
| Matrix Reasoning | 21 | 13 | 84 | 12 | 0.95 |
| Visual Puzzles | 12 | 9 | 37 | 8 | 0.85 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 32 | 12 | 75 | 12 | 0.73 |
| Arithmetic | 15 | 10 | 50 | 11 | 0.9 |

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 34 | 11 | 63 | 10 | 1.56 |
| Coding | 52 | 8 | 25 | 6 | 1.2 |

## Subtest Level Discrepancy Comparisons

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 12 | 10 | 2 | 2.57 | N | 29 |
| Symbol Search - Coding | 11 | 8 | 3 | 3.41 | N | 15.1 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

Leslie Marcus
MARCUS AR002926 Page 19 of 22

Lincoln/Marcus 0734



## WAIS-IV

### Subtest Scaled Score Profile



The vertical bars represent the standard error of measurement (*SEM*)

## Determining Strengths and Weaknesses

### Differences Between Subtest and Verbal Comprehension and Perceptual Reasoning Mean of Subtest Scores

| Subtest | Subtest Scaled Score | Mean Scaled Score | Difference | Critical Value .05 | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| Block Design | 13 | 11.67 | 1.33 | 2.05 | | >25% |
| Similarities | 6 | 9.00 | -3 | 1.91 | W | 2-5% |
| Matrix Reasoning | 13 | 11.67 | 1.33 | 1.92 | | >25% |
| Vocabulary | 11 | 9.00 | 2 | 1.58 | S | 10% |
| Visual Puzzles | 9 | 11.67 | -2.67 | 1.99 | W | 10% |
| Information | 10 | 9.00 | 1 | 1.64 | | >25% |

Verbal Comprehension: Mean = 9, Scatter = 5, Base rate = 12.1.
Base Rate for Intersubtest Scatter is reported for 3 Verbal Comprehension Subtests.
Perceptual Reasoning: Mean = 11.67, Scatter = 4, Base rate = 42.
Base Rate for Intersubtest Scatter is reported for 3 Perceptual Reasoning Subtests.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
MARCUS AR002927   Page 20 of 22

**Lincoln/Marcus 0735**



## Process Analysis

### Working Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Base Rate | SEM |
|---|---|---|---|---|---|
| Digit Span Forward | 14 | 14 | 91 | -- | 1.24 |
| Digit Span Backward | 8 | 9 | 37 | -- | 1.12 |
| Digit Span Sequencing | 10 | 12 | 75 | -- | 1.27 |
| Longest Digit Span Forward | 8 | -- | -- | 30 | -- |
| Longest Digit Span Backward | 4 | -- | -- | 82 | -- |
| Longest Digit Span Sequence | 6 | -- | -- | 66 | -- |

### Process Level Discrepancy Comparisons

| Process Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span Forward - Digit Span Backward | 14 | 9 | 5 | 3.65 | Y | 5.9 |
| Digit Span Forward - Digit Span Sequencing | 14 | 12 | 2 | 3.6 | N | 31.3 |
| Digit Span Backward - Digit Span Sequencing | 9 | 12 | -3 | 3.56 | N | 17.3 |
| Longest DS Forward - Longest DS Backward | 8 | 4 | 4 | -- | -- | 14 |
| Longest DS Forward - Longest DS Sequence | 8 | 6 | 2 | -- | -- | 39.5 |
| Longest DS Backward - Longest DS Sequence | 4 | 6 | -2 | -- | -- | 37.5 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
MARCUS AR002928    Page 21 of 22

**Lincoln/Marcus 0736**

 **WAIS-IV**

## Raw Scores

| Subtest | Score Range | Raw Score | Process | Score Range | Raw Score |
|---|---|---|---|---|---|
| Block Design | 0–66 | 51 | Block Design No Time Bonus | 0–48 | |
| Similarities | 0–36 | 18 | Digit Span Forward | 0–16 | 14 |
| Digit Span | 0–48 | 32 | Digit Span Backward | 0–16 | 8 |
| Matrix Reasoning | 0–26 | 21 | Digit Span Sequencing | 0–16 | 10 |
| Vocabulary | 0–57 | 44 | Longest Digit Span Forward | 0, 2–9 | 8 |
| Arithmetic | 0–22 | 15 | Longest Digit Span Backward | 0, 2–8 | 4 |
| Symbol Search | 0–60 | 34 | Longest Digit Span Sequence | 0, 2–9 | 6 |
| Visual Puzzles | 0–26 | 12 | Longest Letter–Number Sequence | 0, 2–8 | |
| Information | 0–26 | 14 | | | |
| Coding | 0–135 | 52 | | | |
| Letter–Number Seq. | 0–30 | | | | |
| Figure Weights | 0–27 | | | | |
| Comprehension | 0–36 | | | | |
| Cancellation | 0–72 | | | | |
| Picture Completion | 0–24 | | | | |

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

MARCUS AR002929

**Lincoln/Marcus 0737**

# Referral Form

**Black Diamond Medical LLC**
DBA: Wellness for Life: Family Practice, Urgent Care,
Mobile Medical Services
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
623-322-0966 fax

**Patient Information**

Patient Name: *Leslie Marcus* DOB:

Email address: leslie.susan4u@gmail.com

Phone: _____ 4 ok to text: ___ Ok to leave message on voicemail: ___

Address: _____

Referral Reason: *Short term memory issues + forgetfulness*

Referring Provider: (Tonia Graham FNP-BC)    M. Dawn Austin FNP-C
NPI          1699108621          1356768493

Signature: *[signature] FNPBC*

**Referral Information**

Specialist Referral Name/Clinic: *Dr Higgins  Comprehensive Neuropsychological Services*

Address: *2440 N. Litchfield Rd. Suite 210 Goodyear Az 85395*

Telephone: *623-977-6860*    Fax: *623-977-2016*

**Please call patient to schedule** (circle (Immediately) Next available  In next 1-2 months

Referral Information *Appt scheduled Sept 8th 10 Am.*

ICD 10 code: Primary: _____ Secondary: _____

CPT code: (if procedure) _____

Insurance Covers? (Yes)    No: needs cash pay

Insurance Co. *BCBS*

Policy #: *CDC8519310353*    Copy of card attached: Yes

Prior Auth: # _____

Dates of Referral *8/18/2021* until *8/17/2022*    *Price out 12#*

Attached Labs; Xray; (Office notes:)

MARCUS AR002930

**Lincoln/Marcus 0738**

Sep 03 21, 05:46p    Wellness for life                              6233220966              p.2



MARCUS AR002931

**Lincoln/Marcus 0739**

Sep 03 21, 05:48p        Wellness for life                                    6233220966                        p.3

# Leslie Marcus



MRN 00000272
Age 50
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email: lesliesusan46@gmail.com
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

BCBS: policy #CDC851936353, group 26078

Chronic Conditions

**F43.21 (Adjustment disorder with depressed mood)**
**J45.909 (Unspecified asthma, uncomplicated)**
**Q79.6 (Ehlers-Danlos syndrome)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**D50.9 (Iron deficiency anemia, unspecified)**
**K58.1 (Irritable bowel syndrome with constipation)**
**D89.40 (Mast cell activation, unspecified)**
**I95.1 (Orthostatic hypotension)**
**I48.91 (Unspecified atrial fibrillation)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002932