Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 60 tablets for 30 days (5 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**desvenlafaxine succinate (desvenlafaxine succinate) tablet extended release 24 hr 50 mg,** schedule: nonscheduled, 30 tablets for 30 days (5 refills) / Take 1 tablet by mouth once a day
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled
**folic acid (folic acid) tablet 1 mg,** schedule: nonscheduled, 90 tablets for 90 days (1 refill) / Take 1 tablet by mouth once a day
**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled
**midodrine (midodrine) tablet 2.5 mg,** schedule: nonscheduled, 90 tablets for 30 days (3 refills) / Take 1 tablet by mouth every six to eight hours
**montelukast (montelukast) tablet 10 mg,** schedule: nonscheduled
**ondansetron (ondansetron) tablet,disintegrating 8 mg,** schedule: nonscheduled
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 30 tablets for 30 days (5 refills) / Take 1 tablet by mouth at bedtime
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

Past Surgeries

**Excision of ovary cyst**
**Hysterectomy (2005)**

Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

Family History

**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**Heart Disease:** Father

Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002933

EXHIBIT
C, part 2

Lincoln/Marcus 0741

**Tonia Graham FNP-BC:**                                                              Sep 3 2021

established pt here her son, f/u she is very upset with her "money". she is was not wanting her previous disability to be overturned from previous provider. pt reading from paperwork she brought very upset. pt had researched internet found CFS on the internet. previously had not been treated for her POTS.

POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out. having difficulty walking without holding someone or something. has been occurring for the past year. worsening for the past 3-4 months has been consistently holding onto someone.

has been taking zofran 3 times per day for the nausea.

still feeling nauseated in morning - continues with vomiting at least once per week. she is feeling her nausea is coming from her neck- has appt pending with Dr. Hatch in October for vagus nerve evaluation and POTS. she gained weight when taking PPI 14-149 in 1 month. the zofran controls the nausea. if she eats and then moves has "motion sickness" from walking or moving.

+has persistent tinnitus R>L.

unable to tolerate vit d capsules- causes nausea.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: . Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

Cardiovascular: Apical impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.

Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. Coordination and Cerebellum: +romberg; immediate dizziness with feeling of nausea with extending head..

Skin: no rash or jaundice and good turgor. Nails: normal.

MARCUS AR002934

**Lincoln/Marcus 0742**

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.


1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
3. Postural orthostatic tachycardia syndrome -
retry midodrine with food.
195.1 : Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
6. Dizziness
R42: Dizziness and giddiness
7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.
8. Unsteady gait
R26.81
referral physical therapy for evaluation of unsteady gait- holds onto person or objects to steady herself
Return to Office
Electronically Signed by Tonia Graham on 08/23/2021 7:57am

MARCUS AR002935

 

# CNS
## MEMORY CLINIC
Comprehensive Neuropsychological Services

# PEAK PERFORMANCE INSTITUTE
UPGRADE
YOUR BRAIN

**CNS/Adults** Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
**PPI/Children** Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

Date 09 / 08 / 21

Patient Name _LESLIE Susan Marcus_ Birthdate _____
First Name, Middle Initial, Last Name

*If patient is a minor (under 18 years of age):* Current Age _50_

Parent/Guardian _____ Birthdate __/__/____
First Name, Middle Initial, Last Name

E-mail _____ Marital Status _M_ Male / Female

Home Phone _none_ Cell Phone _____

Race: White/African American/Chinese/Guamanian or Chamorro/Japanese/Korean/Native Hawaiian or Other Pacific Islander/American Indian or Alaska Native/Filipino/European/Other Asian/Other Pacific Islander/Samoan/Vietnamese

Other _____ Language Spoken at Home _english_

Ethnicity: Chicano/Cuban/Hispanic or Latino/Mexican/Mexican American/Not Hispanic or Latino

Address _____

City _____

Name of Policyholder _Clay Cornwell_ Birthdate _____

Social Security # (for billing purposes) _____

Emergency Contact _Clay Cornwell_ Phone # _____

Primary Care Physician's Name _Tonia graham_

Primary Care Physician's Phone # _623.322.0099_

Neurologist or Referring Doctor's Name _TONia GRAHAM_

Neurologist or Referring Doctor's Phone # _623.322.0099_

What are your major complaints and/or symptoms? _HEARACHE/NAUSEA/ loss of Memory/ Loss of words, "Brain Fog / cant multi-task/ difficulty completing simple tasks, Verbal Communication difficult_

If automobile accident/injury/stroke, please indicate date and lawyer's name (if any):
_N/A_

Green Card: _N/A_ USCIS #: _N/A_

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

4808827316 ➤ Frank Cibulka MARCUS AR002936 Health

 

CNS/Adults Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
PPI/Children Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## ASSIGNMENT AND RELEASE FORM FOR NEUROPSYCHOLOGICAL EVALUATION: INCLUDING INITIAL INTERVIEW, TESTING, AND FOLLOW-UP (TEST RESULTS) APPOINTMENTS

1.    I hereby assign my insurance to be paid directly to <u>CNS Memory Clinic LLC</u>, doing business as (dba) Comprehensive Neuropsychological Services (CNS) as well as Peak Performance Institute (PPI).

2.    I am aware that insurance approval for my visits is not a guarantee of payment and I agree to be financially liable for all charges that may occur.

3.    Further, I understand that I am responsible for any co-pay, coinsurance, deductible, non-covered or not deemed medical necessary service.

4.    In the event of default, I promise to pay legal interest on the indebtedness, together with such collection costs and reasonable attorney fees as may be required to affect the collection of this indebtedness.

5.    I understand that it is my choice to continue with this office appointment.

6.    I also authorize Dr. Dane A. Higgins and his medical assistants to release pertinent health information required by my insurance plan for the purpose of filing my medical health care or behavioral health care claim in order to make every effort to collect for services rendered.

_____
Patient Name (printed)

_____
Date

_____
Parent/Guardian Name (printed)

_____
Guarantor (Parent/Guardian signature)

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS AR002937

 **CNS**
MEMORY CLINIC
Comprehensive Neuropsychological Services

 **PEAK PERFORMANCE INSTITUTE**
UPGRADE
YOUR BRAIN

Dane A. Higgins, Ph.D.
Neuropsychologist
Clinical Psychologist
Memory Disorders Specialist

Patient: Leslie Marcus

Date of Testing: 11 / 15 / 2021

### BEHAVIORAL OBSERVATIONS:

___alert ___engaged ___interested ___good arousal

effort. ___poor ___adequate ___good ___excellent

awareness: ___low ___adequate ___full

comprehension: ___low ___adequate ___full

speech: ___word finding problems ___ soft ___sparse ___normal

affect: ___restricted range ___blunted ___appropriate ___full/normal

___ behavioral slowing ___ normal pace of responding

___ valid and reliable estimate of current level of neurocognitive functioning

- walked w/ support of husband. Very skinny. Said lobby was too loud.
- clock = organized approach.
- Impatient, irritable. Says she's so emotional now & never was before. Cries all the time now.
- Quick to grasp tasks & fast performance throughout.
- Looking for answers as to why she is the way she is now. 4 years ago symptoms happened & no doctors know why. She said she's a completely different person now - can't even multitask basic things.
- 

### RECOMMENDATIONS:

MARCUS AR002939
Dr. Dane A. Higgins

Lincoln/Marcus 0746

# HVLT-R/BVMT-R Profile(s)

Client Name:  : Leslie Marcus



Memory

Auditory

Visual

1    2    3    Total     Delayed
              recall    recall

Dementia, mild

Primary Right frontal + Temporal Dysfunction

1) Memory medication — donepezil / memantine
2) Physical exercise
3) Brain activities — see list
            focus on right frontal
            memory (right temporal)
/ retest in 2 yrs /            + left temporal
                              + verbal reasoning.

MARCUS/AR002940

**Lincoln/Marcus 0747**



**Comprehensive Neuropsychological Services**

Dane A. Higgins, Ph.D.
Neuropsychologist
Clinical Psychologist
Memory Disorders Specialist

• Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • Goodyear, AZ 85395 •
• Fax (623) 977-2016 • website: www.neuropsych.biz •

## INITIAL NEUROPSYCHOLOGICAL CONSULTATION

**Patient Name:** Leslie Susan Marcus      **M/F** F          **Education:** 13th grade

**Date of Birth (Age):**                    (50     )        **Occupation:** not working

**Date of Interview:** 09/08/2021                            **Handedness:** Right

**Others Present During I/V:**                               **Marital Status:** Married

**Relationship:**                                           **Ethnicity:** White

**Primary Care Physician:**

**Neurologist/Other:**                                      **Interviewed by:** Steven

**Other Provider:**                                         **Home Language:** English

*referral source*

### REASON FOR CONSULTATION – HISTORY OF PRESENTING ILLNESS:

What is the reason for your visit today?

headaches, nausea, loss of memory, loss of words, "brain fog", cannot multitask, difficulty completing "simple" tasks, verbal communication difficulties. Severe mental fog. Stated it is so bad she felt like she had a stroke. Has been diagnosed with different things that cause this mental fog. Can literally do one thing at one time. Does not trust herself to drive anymore.

How long have you noticed these symptoms?

After the accident of Dec. 16, 2017 is when everything started but 2018 is when it all really came

Did some medical condition cause the symptoms, or has it been a gradual change?

Gradual change, progressively getting worse

Legal History / Current Litigation / Disability Applicant / On Disability / Citizenship

Neuro referral

Differential Diagnosis and Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias – Postconcussion Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., Multiple Sclerosis, Parkinson's) – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders – Cognitive Evaluations of Surgical Candidates – Forensic Evaluations –

MARCUS AR002941

**Lincoln/Marcus 0748**

**EDUCATIONAL AND PSYCHOSOCIAL HISTORY:**

Where were you born? PA

**What is your highest level of education?** 13th grade

If less than 12th → Did you get a GED? -

If 'some college' → about how many credits/years? -

Were you in Special Education? -

Did you have any Learning Disabilities? -

How many times have you been married? 2

# sons 1                # daughters  -

What was your main occupation?  regional manager for multi family housing for the military.

Military History – Were you in the military? How long?

-

**PHYSICAL SYMPTOMS:**

**Vision**

Do you wear glasses? Y

Do you have any Blind Spots or Blurred Vision?  _

Do you see things that others don't see? (shadows/people/visual hallucinations)
 Y in the hospital, was quite ill with extremely low blood pressure. Not sure when it was. Maybe 20

**Audition**

Has your hearing changed significantly recently? Y lost hearing

Do you hear things that others don't hear, like voices (auditory hallucinations)?
*If yes* → Do they tell you to do things/command you to do things?
 Y, sounds and voices.

**Olfaction** Have you lost your sense of smell? _

**Gustation** Have you lost your sense of taste? _

*Problems are marked with a check mark.  If not fully endorsed, they are marked with a horizontal line and/or
explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002942
*Revised July 2020*

**Lincoln/Marcus 0749**

## Motor

(Gait) Do you have difficulty walking? Y

(Falls) Have you had any falls lately? Y, multiple times within 6 months. Stated she has POTS.

(Tremors) Do you have any tremors? Y
If so, where? hands, sometimes it is whole body, sometimes legs

(Fatigue) Do you tire out easily? Y very easily

(Balance/Dizziness) Have you lost your sense of balance? Y

(Unusual Loss of Strength) Have you noticed a significant loss of strength? Y
If so, where? entire body

(Coordination) Are you dropping things or spilling things lately? Y very often, began to laugh

## Writing

Has your writing changed? Y
If so, Is it bigger // smaller // messier? bigger and messier

## Tactile

(Numbness/Burning) Do you have any significant numbness/burning? Y
If so, where? numbness in fingers, toes, feet, arms, legs, and sometimes ears

## Pain/Headaches

Do you have significant headaches?

Y all the time

## COGNITIVE SYMPTOMS:

## Memory

Do you have trouble remembering peoples' names? Y

Has this always been a problem? -
If so → is it worse now? recent

When you have met someone before, do you have trouble recognizing their face when you meet them again? Does not think so

Do you have trouble recognizing any family members?

-

Do you need reminders to remember your appointments?
put it in cellphone

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002943
*Revised July 2020*

**Lincoln/Marcus 0750**

*[family members often are helpful in helping answer this section of questions]*

Do you repeat yourself? Y all the time, over and over

Do you ask questions repeatedly? Y

Do you tell the same stories over and over? Y

Do you forget what you are saying, Mid-Sentence? Y all the time

Do you tend to misplace items? Y all the time

Do you have trouble remembering what you read? Y completely forgets what she reads

Have you noticed a loss in your ability to spell certain words? Y kind of

Do you have trouble recalling your past? (childhood/adolescence) Y

Do you have trouble remembering recent events? (last week) Y, struggles to remember full conversations

Is it difficult to learn new information? Y extremely

Is it difficult to perform tasks that were once-familiar? Y
[something that you used to know how to do well, but can't do it now]

---

**Speech** *[In this section you make observations about their speech patterns when they are answering questions]*

Is speech halting / hesitant / effortful? -

*Are they having trouble finding their words?* Y

*Are they substituting words that don't make sense?* -

*Are they making Semantic Paraphasic Errors?* -
[substituting a word that is in a similar category of speech /// calling a desk a table]

*Are they making Phonemic Paraphasic Errors?* -
[substituting a word that is in a similar sound of speech /// calling scissors a snake]

*[Initiation/Sparse] Do they speak very little?* -

*[Clarity] Is it difficult to understand them?* -

*[Comprehension] Do they seem to have trouble understanding the questions?* -

*[Logic expressive] Do their answers make sense?* Y

*[Tangential] Do they go off-topic frequently?* -

*[Confabulation] Do they make up nonsense or false stories?* -

---

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002944

*Revised July 2020*

**Lincoln/Marcus 0751**

**Attention/Concentration**

Is it more difficult to concentrate? Y definitely, stated she used to be able to manage so many things before

Has this always been a problem? -
If so → is it worse now? recent, since she was sick

[distractibility] Do you get distracted easily? Y very easily, can literally only do one thing at a time

**Other Cognitive Problems**

[clarity of thinking] Is your thinking less clear/fuzzier than it used to be? Y, very jumbled, does not make a lot of sense.

[processing speed] Is your thinking slower than it used to be? Y

[confusion] Do you get confused easily? Y very easily

[orientation] Do you wake up and not know what day it is? Y everyday

[planning/organization] Is it difficult for you to plan or organize? Y

**ACTIVITIES OF DAILY LIVING (ADLS)/COMPETENCY:**

What is your living situation? husband and son

Medications: How do you manage your medications? pill box and keeps track of it

Math Problems/Financial: Do you have trouble managing your finances? -

Food Preparation/Eating: Do you have trouble cooking? Y sometimes

Have you left the stove on after you finished cooking? Y

Self-Care/Hygiene: Do you need reminders for showers? -

Incontinence: Do you have trouble getting to the bathroom on time? Y

[bladder] wet pants? Y

[bowel] bowel movements/accidents? Y

Driving: Do you still drive? Will only drive within a block of her house due to not being able to trust herself to drive

    Do you get lost? Y

    Do you forget where you are driving? Y

    Do you have trouble with your Sense of Direction? Y

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002945

*Revised July 2020*

**Lincoln/Marcus 0752**

## EMOTIONAL FUNCTIONING:

Emotional Lability/Mood Swings Y, constant, like all the time for no reason. Couple times a week

Changes in Emotional Sensitivity Y

Sadness/Depression Y sadness all the time, was crying during the IC

Sleep Problems Y, going and staying asleep. Has been up for over 24 hours she told me

Appetite Changes Y, less hungry than usual

Anxiety Y

Restlessness Y all the time

Irritability Y

Anger/Rage Y per husband

Racing Thoughts or Mania Y
*Do these keep you up at night?* Y

Paranoia/Irrational Thinking Y

Amotivation/Initiation ⁻
*Do you feel that it is difficult to be motivated?* Y extremely

## PSYCHIATRIC HISTORY

Counseling (How often? Or just a few sessions?)

-

Hospitalizations (When and for how long? Why?)

-

Suicidality:              ideation _        plan _        intent _

Homicidality:           ideation _        plan _        intent _

PTSD Symptomatology
  Y, diagnosed with PTSD


Bipolar/OCD/Psychosis/Schizophrenia/Other

-

*Problems are marked with a check mark.  If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002946
*Revised July 2020*

**Lincoln/Marcus 0753**

## MEDICAL HISTORY:

Birth History/Trauma (Premature? Complications?)

premature just under 2 lbs. Was in an incubator for 2 or 3 months

Congenital Medical Problems

-

Other Medical Problems/Brief Medical History/Major Surgeries

eupherectomy, hysterectomy, two heart ablations, degeneration of lower lumber, laporascopies

Heart or Lung or Brain Surgery?

tachycardia Aug 2018. After stopped corticosteroid injections (after accident). So, 2 heart ablations

Cancer? Treatment?

-

Hypercholesterolemia (High Cholesterol)

-

Hypertension (High Blood Pressure)

- extremely low blood pressure

Pre-Diabetic or Diabetes II

-

Myocardial Infarction (Heart Attack)

-

Stroke (TIA (mini stroke) / bleeding on the brain)

no.
but pulmonary embolisms and DVTs
and BP crashing several times/hospitalizations.
checked for strokes. No watershed strokes found.

## Prior Head Injuries

Loss of Consciousness due to head injury

When (or how old were you?), what caused it, how long were you out?

Y, about 3 weeks, was vacuuming and the vacuum hit her head and was knocked out for a few seconds.

Significant Car accidents (or whiplash)? Sports injuries?

Y DEC 16, 2017. was hit from behind on 101 when stopped in traffic.

Seizures (When? how many or how often?)

Is not sure

## Current Medications

pristic, dezlavoxine (depression), folic acid, zofran, clomapazan, trazadone, acetytozolide, provental (inhaler), aloquiz, mititrend, lizensezt, rubbery?(supisitory),

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002947

*Revised July 2020*

Lincoln/Marcus 0754

## FAMILY MEDICAL HISTORY

| Father | Mother | Siblings/Other |
|---|---|---|
| Alive or d/c (from what?) | | similar issues? |
| Alive | D/C DK | twin sister has severe nongengectiv auto immune disorder, older sister is bipolar, twin non specific connective tissue disorder. |
| How old? | | |
| 84 | - | |
| History of heart attack? | | |
| Y | - | |
| Or stroke? | | |
| Y | - | |
| Memory problems? | | |
| Y | - | |
| How long? few years | - | |

What is your Current Alcohol Use? Every day? How much?

-

Did you have problems with excessive Past Alcohol Use? Every day? How much?

Used to drink, a couple drinks a week, maybe, since August of 2018 stopped drinking

What is your Current Drug Use? Every day? How much?

medical marijuana, every night to sleep

Did you have problems with any Past Drug Use? Every day? How much?

-

Do you have a History of Drug/Alcohol Problems or Treatment?

-

## BEHAVIORAL OBSERVATIONS/MENTAL STATUS EXAMINATION:

Alert:        yes ☑ no ☐          Speech:     Word Finding Problems ☑

Engaged:   yes ☑ no ☐          Soft ☐    Sparse ☐  Low Initiation ☐

Arousal:    ok ☑ low ☐          Affect:      Appropriate ☑

Interested: yes ☑ no ☐                        Full Range ☐

Awareness:                                         Restricted Range ☐

    Full/Normal ☑                      Blunted Responsivity ☐

    Diminished ☐                        Socially-Inappropriate ☐

**Other Observations:** Word finding problems. Could not renew her brokers license because she could not remember the work she did the last 20 years. Diagnosed with adjustment disorder with depressed mood, AFIB with taka cardia, was Anemic, GAD, reaction stress acute stress disorder, Asmtha, chronic sinus, deviated septum, lumbar spondquaosis, autonomic nueropathy, chronic fatigue syndrome, inseipholitis, central sensitization, cervical spine irregulatories through C1-C4, major depressive disorder ep, 1 moderate, downlor syndrome, fibromyalgia, POTS, IBS without diarrhea, Insomnia, mestel activtion disorder, pulmonory emoblisim, PEM, PTSD prolonged,

Dane A. Higgins, Ph.D., Neuropsychologist
Licensed Clinical Psychologist

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002948
*Revised July 2020*



**Wellness for Life Family Practice**
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
1-866-228-5038 fax
Office
Tonia Graham FNP-BC & M. Dawn Austin FNP-C

Re: Leslie Marcus
Long Term Disability (LTD)
Benefits Balfour Beatty Investments
Claim #: 9303113

August 12, 2021

Dear Charles Martin,

    This letter is in response to your premature conclusion of Leslie Marcus Long term disability claim.   My patient Leslie Marcus forwarded your letter for me to review.  Imagine my surprise when I read the "conclusion" you said I had made.

Sadly, you outlined our conversation quiet differently than the information I presented to you. While this may be your practice to draw erroneous conclusion, I did make myself perfectly clear that Ms. Marcus is still being medically evaluated and no definitive diagnosis of disability had been made nor had any conclusion been drawn to preclude her from disability.

    You reassured me, that our conversation was preliminary and you were gathering information and would be waiting until she was seen by neurology for a definitive diagnosis.  I am extremely disappointed that you made the assumption that I would not disable Ms. Marcus. We are still gathering information and evaluating her neurologic conditions. As a Family Nurse Practitioner diagnosis, a neurologic condition is best form a neurologist. Even Dr. Syal who is a neurologist wanted her to be evaluated by neurologist specializing in autonomic dysfunctions Her appointment is scheduled October 6th with Dr. Hatch.

    Additionally, I am referring Leslie Marcus to physical therapy and to Neuropsychology-to Dr. Higgins 623-977-6860. Her appointment with Dr. Higgins is September 8th. I am confident this will show Ms. Marcus is not a malingering.

    Please understand I am working with the specialists in gathering medical information, unfortunately this does take some time for appointments to be completed. As you informed me at on our phone conversation the final decision would be made end of October. I hope you will still stand by your word and are willing to have submissions from the specialists be accounted.

Sincerely,

Tonia Graham FNP-BC

MARCUS AR002949

**Lincoln/Marcus 0756**

0930059040500755

FORM APPROVED
OMB No. 0960-0635

SOCIAL SECURITY ADMINISTRATION

# FUNCTION REPORT – ADULT – THIRD PARTY

*How the disabled person's illnesses, injuries, or conditions limit his/her activities*

**For SSA Use Only**
**Do not write in this box.**

Related SSN _____

Number Holder _____

| Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions. |
| --- |

## SECTION A- GENERAL INFORMATION

**1. NAME OF DISABLED PERSON** *(First, Middle, Last)*

LESLIE SUSAN MARCUS

| **2. YOUR NAME** *(Person completing the form)* | **3. RELATIONSHIP** *(To disabled person)* | **4. DATE** *(Month, Day, Year)* |
| --- | --- | --- |
| CLAY A. CORNWELL | DOMESTIC PARTNER | APRIL 28, 2020 |

**5. YOUR DAYTIME PHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

( ____ - ____ ____     ☒ Your Number   ☐ Message Number   ☐ None
*Area Code     Phone Number*

6.  a.   How long have you known the disabled person?  **4 YEARS**

    b.   How much time do you spend with the disabled person and what do you do together?

       **LIVE TOGETHER FULL TIME.**

7.  a.   Where does the disabled person live? *(Check One.)*

    ☒ House   ☐ Apartment   ☐ Boarding House   ☐ Nursing Home

    ☐ Shelter   ☐ Group Home   ☐ Other (What?) _____

    b.   With whom does he/she live? *(Check One.)*

    ☐ Alone   ☒ With Family   ☐ With Friends

    ☐ Other (describe relationship) _____

## SECTION B – INFORMATION ABOUT ILLNESSES, INJURIES, OR CONDITIONS

8.   How do this person's illnesses, injuries, or conditions limit his/her ability to work?  **UNABLE TO CONCENTRATE & FOCUS. UNABLE TO TOLERATE STRESS RESULTING IN HEART & BLOOD PRESSURE ISSUES THAT HAVE RESULTED IN HOSPITALIZATION & SURGERY. SEVERE LACK OF AEROBIC CAPACITY & SEVERE FATIGUE. PERIPHERAL NEUROPATHY CAUSING FALLS. POTS (POSITIONAL ORTHOSTATIC TACHYCARDIA SYNDROME) RESULTING IN HYPERVENTILATION & BALANCE ISSUES WHILE STANDING.**

Form **SSA-3380-BK** (12-2015) ef (12-2015)      Page 1      MSC 217 (07/18)
Use (12-2009) Edition Until Supply Exhausted
DEA: JENAVA, Case Number: 1749853

MARCUS AR002950

**Lincoln/Marcus 0757**

052065049000755

| SECTION C -- INFORMATION ABOUT DAILY ACTIVITIES |
|---|

9. Describe what the disabled person does from the time he/she wakes up until going to bed.

RESTS UPON WAKING. DEPENDING ON CONDITION, LIGHT HOUSEWORK ₹ COOKING. ACTIVITIES (GAMES ₹ PUZZLES) WHICH DO NOT REQ EXTENDED STANDING OR AEROBIC ACTIVITY. DRIVING WHEN FEELING WELL

10. Does this person take care of anyone else such as wife/husband, children, grandchildren, parents, friend, other?     ☐ Yes ☒ No

If "YES", for whom does he/she care, and what does he/she do for them? _____

_____

_____

11. Does he/she take care of pets or other animals?     ☒ Yes ☐ No

If "YES," what does he/she do for them? FEED, WATER, BATH. SHORT WALK ₹ .25 MILES WHEN FEELING WELL.

12. Does anyone help this person care for other people or animals?     ☐ Yes ☒ No

If "YES," who helps, and what do they do to help? _____

_____

_____

13. What was the disabled person able to do before his/her illnesses, injuries, or conditions that he/she can't do now?

FOCUS ₹ CONCENTRATE. DEAL WITH STRESS. WAKE UP ₹ START DAY ON A REGULAR SCHEDULE. DRIVE ₹ TRAVEL EVERY DAY. WALK ₹ STAND ON ANY/ EVERY DAY.

14. Do the illnesses, injuries, or conditions affect his/her sleep?     ☒ Yes ☐ No

If "YES," how? SEVERE SLEEP DISTURBANCES REQUIRING PRESCRIPTION TO MAINTAIN. SLEEP CYCLE IS LONG ₹ SHE CANNOT WAKE UP QUICKLY OR AT A REGULARLY SCHEDULED TIME

15. PERSONAL CARE (Check here ☒ if NO PROBLEM with personal care.)

a. Explain how the illnesses, injuries, or conditions affect this person's ability to:

Dress _____

Bathe _____

Care for hair _____

Shave _____

Feed self _____

Use the toilet _____

Other _____

Form SSA-3380-BK (12-2015)  ef (12-2015)          Page 2          MSC 217 (07/18)
DEA: JENAVA, Case Number: 1749853

MARCUS AR002951

0526059400009755

b. Does he/she need any special reminders to take care of personal needs and grooming?   ☐ Yes ☒ No

If "YES," what type of help or reminders are needed? _____

_____

c. Does he/she need help or reminders taking medicine?   ☐ Yes ☒ No
If "YES," what kind of help does he/she need? _____

_____

16. **MEALS**

a. Does the disabled person prepare his/her own meals?   ☒ Yes ☐ No

If "YES," what kind of food is prepared (For example, sandwiches, frozen dinners, or complete meals with several courses). _____

COMPLETE MEALS – UNLESS FATIGUED.

How often does he/she prepare food or meals? (For example, daily weekly, monthly.)
DAILY

How long does it take him/her? 45 MINUTES

Any changes in cooking habits since the illness, injuries, or conditions began?
NO.

b. If "No," explain why he/she cannot or does not prepare meals. SOME DAY FATIGUE $

NAUSEA MEAN COOKING IS NOT PRACTICAL.

17. **HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that the disabled person is able to do.
 (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

LAUNDRY, CLEANING, VACUUMING – AT OWN PACE TO AVOID

FATIGUE $ SYMPTOMS PREVIOUSLY DISCUSSED CAUSED BY STANDING.

b. How much time do chores take, and how often does he/she do each of these things?

1 HR./DAY WHEN ABLE

c. Does he/she need help or encouragement doing these things?   ☐ Yes ☒ No

If "YES," what help is needed? _____

_____

MARCUS AR002952

0910050490006755

d. If the disabled person doesn't do house or yard work, explain why not. _____

_____ I DO YARD WORK. _____

## 18. GETTING AROUND

a. How often does this person go outside? __DAILY._____

    If he/she doesn't go out at all, explain why not. _____

_____

b. When going out, how does he/she travel? (*Check all that apply.*)

☒ Walk     ☒ Drive a car     ☒ Ride in a car     ☐ Ride a bicycle

☐ Use public transportation     ☐ Other *(Explain)* _____

c. When going out, can he/she go out alone?     ☒ Yes ☐ No

    If "NO," explain why he/she can't go out alone. _____

_____

d. Does the disabled person drive?     ☒ Yes ☐ No

    If he/she doesn't drive, explain why not. _____

_____

_____

## 19. SHOPPING

a. If the disabled person does any shopping, does he/she shop: (*Check all that apply.*)

☒ In stores     ☐ By phone     ☐ By mail     ☒ By computer

b. Describe what he/she shops for. FOOD & OTHER CONSUMER ITEMS

_____

c. How often does he/she shop and how long does it take? IN STORE ONCE/WEEK
ALTHOUGH THIS ACTIVITY IS THE LIMIT OF HER
AEROBIC CAPACITY

## 20. MONEY

a. Is he/she able to:

| | | | |
|---|---|---|---|
| Pay bills | ☒ Yes ☐ No | Handle a savings account | ☒ Yes ☐ No |
| Count change | ☒ Yes ☐ No | Use checkbook/money orders | ☒ Yes ☐ No |

Explain all "NO" answers. _____

_____

Form **SSA-3380-BK** (12-2015)  ef (12-2015)    Page 4    MSC 217 (07/18)
DEA: JENAVA, Case Number: 1749853

MARCUS AR002953

**Lincoln/Marcus 0760**

0978050400000755

b. Has the disabled person's ability to handle money changed since the illnesses, injuries, or conditions began?  ☐ Yes ☒ No

If "YES," explain how the ability to handle money has changed. _____

_____

## 21. HOBBIES AND INTERESTS

a. What are his/her hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.) _____

WATCHING TV, PLAYING COMPUTER GAMES, PUZZLES, MAKING JEWELRY & CRAFTS.

b. How often and how well does he/she do these things? EVERY DAY

_____

_____

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

READING IS DIFFICULT BECAUSE OF LACK OF CONCENTRATION / MENTAL FOG - NO MORE RECREATIONAL READING.

_____

## 22. SOCIAL ACTIVITIES

a. Does the disabled person spend time with others? *(In person, on the phone, on the computer, etc.)*  ☒ Yes ☐ No

If "YES," describe the kinds of things he/she does with others. ON PHONE / TEXTS MOSTLY. IN PERSON VISITS ONCE/MONTH

How often does he/she do these things? EVERY OTHER DAY ON PHONE. ONCE/MONTH IN PERSON

b. List the places he/she goes on a regular basis. (For example, church, community center, sports events, social groups, etc.) STORE ONCE A WEEK. NAIL & HAIR ONCE/MONTH.

_____

Does he/she need to be reminded to go places?  ☐ Yes ☒ No

How often does he/she go and how much does he/she take part? _____

_____

Does he/she need someone to accompany him/her?  ☐ Yes ☒ No

Form **SSA-3380-BK** (12-2015) ef (12-2015)          Page 5          MSC 217 (07/18)
DEA: JENAVA, Case Number: 1749853

MARCUS AR002954

**Lincoln/Marcus 0761**

992005040000755

c. Does this person have any problems getting along with family, friends, neighbors, or others?　　　　☐ Yes  ☒ No

If "YES," explain. _____

_____

d. Describe any changes in social activities since the illnesses, injuries, or conditions began.

MUCH LESS SOCIAL INTERACTION DUE TO FATIGUE, PLUS MOST PEOPLE SHE KNOWS WORK FULL TIME.

---

## SECTION D - INFORMATION ABOUT ABILITIES

23. a. Check any of the following items the disabled person's illnesses, injuries, or conditions affect:

☒ Lifting　　☒ Walking　　☒ Stair Climbing　　☒ Understanding

☒ Squatting　☐ Sitting　　☐ Seeing　　　　☒ Following Instructions

☒ Bending　　☐ Kneeling　☒ Memory　　　　☐ Using Hands

☒ Standing　☐ Talking　　☒ Completing Tasks　☐ Getting Along with Others

☐ Reaching　☐ Hearing　　☒ Concentration

Please explain how his/her illnesses, injuries or conditions affect each of the items you checked. (For example, he/she can only lift [how many pounds], or he/she can only walk [how far])

SEVERE AEROBIC & FATIGUE ON ALL MOBILITY TASKS.
SEVERE MENTAL FOG & CONCENTRATION/COMPREHENSION ISSUE IN MENTAL TASKS.

b. Is the disabled person: ☒ Right Handed  ☐ Left Handed?

c. How far can he/she walk before needing to rest? VARIES. 150 FEET TO ¼ MILE DEPENDING ON DAY & CLIMBING
If he/she has to rest, how long before he/she can resume walking? _____

5 MINUTES

d. For how long can the disabled person pay attention? DEPENDS ON TASK

e. Does the disabled person finish what he/she starts? (For Example: a conversation chores, reading, watching a movie.)　　☒ Yes  ☐ No

f. How well does the disabled person follow written instructions? (For example, a recipe)

CAN FOLLOW RECIPES. HOWEVER, TECHNICAL REPORTS, FINANCIALS, PROCESS & PROCEDURES, NOVELS & OTHER MATERIALS REQUIRING COMPREHENSION ARE NOT UNDERSTOOD EASILY ANYMORE

g. How well does the disabled person follow spoken instructions? OKAY, BUT NOT AS WELL AS BEFORE WITH BRAIN FOG/CONFUSION - RANGES FROM MILD TO SIGNIFICANT DEPENDING ON DAY.

---

MARCUS AR002955

**Lincoln/Marcus 0762**

692005040000755

h.  How well does the disabled person get along with authority figures? (For example, police, bosses, landlords or teachers? _____

MINIMAL INTERACTION SINCE DISABILITY, BUT LIKELY FINE

i.  Has he/she ever been fired or laid off from a job because of problems getting along with other people?                   ☐ Yes ☒ No

If "YES", please explain. _____

_____

If "YES," please give name of employer. _____

j.  How well does the disabled person handle stress? POORLY, INCLUDING
SEVERAL DOCUMENTED INCIDENTS WHERE STRESS LED UP
TO HOSPITALIZATION (IN COMBINATIO WITH PHYSICAL TRIGGERS)

k.  How well does he/she handle changes in routine? POORLY, ESPECIALLY REGARDING
SLEEP CYCLE, AND/OR CHANGES REQUIRING PHYSICAL EXERTION

l.  Have you noticed any unusual behavior or fears in the disabled person?        ☒ Yes ☐ No

If "YES," please explain. ALL PHYSICAL & MENTAL SYMPTOMS
DESCRIBED ABOVE CAUSE UNUSUAL SEDENTARY BEHAVIOR.
LIFESTYLE CHANGES REGARDING THE DISABILITY ARE VERY STRESSFUL

24. Does the disabled person need the use of any of the following? *(Check all that apply.)*

☐ Crutches         ☐ Cane              ☐ Hearing Aid

☐ Walker           ☐ Brace/Splint      ☒ Glasses/Contact Lenses

☐ Wheelchair       ☐ Artificial Limb   ☐ Artificial Voice Box

☐ Other *(Explain)* _____

Which of these was prescribed by a doctor? GLASSES _____

When was it prescribed? ? LONG BEFORE DISABILITY ISSUES _____

When does this person need to use these aids? FULL TIME _____

Form SSA-3380-BK (12-2015) ef (12-2015)        Page 7              MSC 217 (07/18)
DEA: JENAVA, Case Number: 1749853

MARCUS AR002956

**Lincoln/Marcus 0763**

0938850408660755

25. Does the disabled person currently take any medicines for his/her illnesses, injuries, or conditions?  ☒ Yes ☐ No

If "YES", do any of the medicines cause side effects?  ☒ Yes ☐ No

If "YES", please explain. (Do not list all of the medicines that the disabled person takes. List only the medicines that cause side effects for the disabled person.)

| NAME OF MEDICINE | SIDE EFFECTS PERSON HAS |
|---|---|
| MULTIPLE | MULTIPLE (SEE MEDICAL RECORD) |
| | |
| | |

---

### SECTION E- REMARKS

Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.

| Name of person completing this form. (Please print)  CLAY A. CORNWELL | Date *(month, day, year)*  APRIL 25 2020 |
|---|---|
| Address (Number and Street) | Email address (optional) |
| City | State | Zip Code |

Form **SSA-3380-BK** (12-2015)  ef (12-2015)       Page 8       MSC 217 (07/18)
DEA: JENAVA, Case Number: 1749853

MARCUS AR002957

**Lincoln/Marcus 0764**

0920050408000756

**EXHIBIT NO. 5E**
**PAGE: 1 OF 8**

**SOCIAL SECURITY ADMINISTRATION**

Form Approved
OMB No. 0960-0681

**FUNCTION REPORT – ADULT**
*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

Related SSN _____

Number Holder _____

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

**SECTION A- GENERAL INFORMATION**

| 1. NAME OF DISABLED PERSON (*First, Middle, Last*) | 2. SOCIAL SECURITY NUMBER |
|---|---|
| LESLIE SUSAN MARCUS | |

**3. YOUR DAYTIME TELEPHONE NUMBER** (*If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.*)

_____  _____  ☒ Your Number   ☐ Message Number   ☐ None
Area Code        Phone Number

4. a. Where do you live? *(Check One.)*

☒ House        ☐ Apartment        ☐ Boarding Home        ☐ Nursing Home
☐ Shelter      ☐ Group Home       ☐ Other (What?) _____

b. With whom do you live? *(Check One.)*

☐ Alone        ☒ With Family        ☐ With Friends
☐ Other (*Describe Relationship*) _____

**SECTION B – INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS**

5. How do your illnesses, injuries, or conditions limit your ability to work?

I cannot focus, concentrate, walk for any long time, stand for long time, Deal with stress on ev any level.

Form **SSA-3373-BK** (10-2015) ef(10-2015)        Page 1        MSC/205 (07/18)

DEA: JENAVA, Case Number: 1749853

MARCUS AR002958

**Lincoln/Marcus 0765**

05290504000675 6

## SECTION C – INFORMATION ABOUT DAILY ACTIVITIES

**6.** Describe what you do from the time you wake up until going to bed.

Shower Brush teeth makeup hair. takes energy out of meuntil afternoon. cook dinner try to clean 1 room. try to take dogs for a walk. Try not to cry

**7.** Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other?    ☒ Yes ☐ No

If "YES," for whom do you care, and what do you do for them? Son~ financially responsible he lives with me and attends college

**8.** Do you take care of pets or other animals?    ☒ Yes ☐ No

If "YES," what do you do for them? Walk- Feed - Groom

**9.** Does anyone help you care for other people or animals?    ☒ Yes ☐ No

If "YES," who helps and what do they do to help? Son 3 Boyfriend walk And groom when I cannot

**10.** What were you able to do before your illnesses, injuries, or conditions that you can't do now? Live my life. Walking Across the room exhausts me. Read a Book, I cannot focus or remember, travel for work.

**11.** Do the illnesses, injuries, or conditions affect your sleep?    ☒ Yes ☐ No
If "YES," how? Insomnia.

**12. PERSONAL CARE** (Check here ☒ if **No PROBLEM** with personal care.)
a. Explain how your illnesses, injuries, or conditions affect your ability to:

Dress _____

Bathe _____

Care for hair _____

Shave _____

Feed self _____

Use the toilet _____

Other? _____

MARCUS AR002959

9920650406006756

b.  Do you need any special reminders to take care of personal needs and grooming?    ☐ Yes  ☒ No

If "YES," what type of help or reminders are needed? _____

_____

c.  Do you need help or reminders taking medicine? Pills in Boxes ☒ Yes ☐ No
    If "YES," what kind of help do you need? ___Pills in Boxes reminder in phone

13. **MEALS**

a.  Do you prepare your own meals?    ☒ Yes  ☐ No

If "Yes", what kind of food do you prepare?  (For example, sandwiches, frozen dinners, or complete meals with several courses.) _they come from FRESH CHEF

How often do you prepare food or meals? (For example, daily weekly, monthly.)  4x week

How long does it take you? _2+ hours /day

Any changes in cooking habits since the illness, injuries, or conditions began? read).
yes- cannot remember recipe instructions I just read.

b.  If "No," explain why you cannot or do not prepare meals. _____

14. **HOUSE AND YARD WORK**

a.  List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.) _____
cleaning, laundry. done a little bit @ a time

b.  How much time does it take you, and how often do you do each of these things?
every day I have to rest between loads of laundry & cleaning

c.  Do you need help or encouragement doing these things?    ☐ Yes  ☒ No

If "YES", what help is needed? _____

MARCUS AR002960

**Lincoln/Marcus 0767**

8970050480909755

EXHIBIT NO. 5E
PAGE: 4 OF 8

d.  If you don't do house or yard work, explain why not. _____
_____

15. **GETTING AROUND**
a.  How often do you go outside? _every day_____
If you don't go out at all, explain why not. _____
_____

b.  When going out, how do you travel? *(Check all that apply.)*

☐ Walk    ☐ Drive a car    ☒ Ride in a car    ☐ Ride a bicycle
☐ Use public transportation    ☐ Other *(Explain)* _____

c.  When going out, can you go out alone?    ☒ Yes  ☐ No

If "NO," explain why you can't go out alone. _____
_____

d.  Do you drive?    ☒ Yes  ☐ No
If you don't drive, explain why not _rarely as I do not have clear memory or directional ability it is Scary_

16. **SHOPPING**
a.  If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores    ☐ By phone    ☐ By mail    ☒ By computer
b.  Describe what you shop for. _foods/ clothes /household items_
_____

c.  How often do you shop and how long does it take? _a little but every day I cannot go to the grocery store too tiring_

17. **MONEY**
a.  Are you able to
Pay bills    ☒ Yes  ☐ No    Handle a savings account    ☒ Yes  ☐ No
Count change    ☒ Yes  ☐ No    Use checkbook/money orders    ☒ Yes  ☐ No
Explain all "NO" answers. _____
_____

0929050400007 55

**EXHIBIT NO. 5E**
**PAGE: 5 OF 8**

b. Has your ability to handle money changed since the ☐ Yes ☒ No
illnesses, injuries, or conditions began?
If "YES," explain how the ability to handle money has changed.

18. **HOBBIES AND INTERESTS**

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

TV, making jewelry, painting, yoga, swimming, reading.

b. How often and how well do you do these things? I cannot do a lot of the things I used to like yoga, swimming, reading

c. Describe any changes in these activities since the illnesses, injuries, or conditions began. memory & cognitive issues, severe brain fog

19. **SOCIAL ACTIVITIES**

Do you spend time with others? (In person, on the phone, on the computer, etc.) ☒ Yes ☐ No

a. If "YES," describe the kinds of things you do with others Watch TV

How often do you do these things? everyday

b. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.) no where- corona.

Do you need to be reminded to go places? ☒ Yes ☐ No

How often do you go and how much do you take part? rarely- too scared

Do you need someone to accompany you? ☒ Yes ☐ No

MARCUS AR002962

Lincoln/Marcus 0769

B92005040009756

c. Do you have any problems getting along with family, friends, ☐ Yes ☒ No
neighbors, or others
If "YES," explain. _____

d. Describe any changes in social activities since the illnesses, injuries, or conditions began.
_no friends. People don't like to hang out with sick_
_PEOPLE._

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items your illness, injuries, or conditions affect
☒ Lifting   ☒ Walking ☒ Stair-Climbing  ☒ Understanding
☒ Squatting ☒ Sitting  ☐ Seeing      ☒ Following Instructions
☒ Bending   ☐ Kneeling ☒ Memory      ☒ Using Hands
☒ Standing  ☒ Talking  ☒ Completing Tasks ☐ Getting Along with Others
☐ Reaching  ☐ Hearing  ☒ Concentration
Please explain how your illness, injuries or conditions affect each of the items you
checked. (For example, you can only lift [how many pounds], or you can only walk [how
far]) _I have CFS. this means that I only have $10 to use everyday_
_IF I use over that $10, I end up in BED for weeks with_
_post external malaise. this illness has ruined my life_

b. Are you:  ☒ Right Handed?    ☐ Left handed?

c. How far can you walk before needing to stop and rest? _About 30 steps_

If you have to rest, how long before you can resume walking? _depends on_
_day/situation_

d. For how long can you pay attention? _about 5 minutes_

e. Do you finish what you start? (For example: a conversation, chores, ☐ Yes ☒ No
reading, watching a movie)

f. How well do you follow written instructions? (For example a recipe) _I have to_
_r-read several times_

g. How well do you follow spoken instructions? _I need it written down_

0920050400075 S

**EXHIBIT NO. 5E**
**PAGE: 7 OF 8**

h.   How well do you get along with authority figures? (For example, police, bosses, landlords or teachers) _fine ._____

_____

i.   Have you ever been fired or laid off from a job because of problems getting along with other people?     ☐ Yes ☒ No

If "YES," please explain. _____

_____

If "YES," please give name of employer  _____

j.   How well do you handle stress? _I cannot handle stress e all on any level._____

k.   How well do you handle changes in routine? _I cannot handle any changes — it makes me nervous___

l.   Have you noticed any unusual behavior or fears?     ☒ Yes ☐ No

If "YES," please explain. _afraid of going outside, afraid of other people_____

21.   Do you use of any of the following? *(Check all that apply)*

☐ Crutches        ☐ Cane            ☐ Hearing Aid
☐ Walker          ☐ Brace/Splint    ☒ Glasses/Contact Lenses
☐ Wheelchair      ☐ Artificial Limb ☐ Artificial Voice Box

☐ Other (Explain) _____

Which of these were prescribed by a doctor? _yes_____

When was it prescribed? _years_____

When do you need to use these aids? _all of the time_____

MARCUS AR002964

**Lincoln/Marcus 0771**

0920050406009756

22. Do you currently take any medicines for your illnesses, injuries, or conditions?    ☒ Yes ☐ No

If "YES," do any of your medicines cause side effects?    ☐ Yes ☒ No

If "YES," please explain (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| too many to list | |
| | |
| | |
| | |
| | |

### SECTION E - REMARKS

**Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you don't have anything to add), be sure to complete the fields at the bottom of this page.**

LESLIE MARCUS

Name of person completing this form. (Please print)

LESLIE MARCUS

Date *(month, day, year)*

04/20/2020

Address (Number and Street)

Email address (optional)

City _____ State _____ ZIP Code

Form **SSA-3373-BK** (10-2015) ef(10-2015)      Page 8      MSC/205 (07/18)
DEA: JENAVA, Case Number: 1749853

MARCUS AR002965

**Lincoln/Marcus 0772**

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email: lesliesusan46@gmail.com
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002966

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal: Paternal Gmother, Paternal Gfather**
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR002967

**Lincoln/Marcus 0774**

**Tonia Graham FNP-BC:**                                                                01/05/2023 6:12pm

HPI: established pt here with husband and son. f/u needing fasting labs. also still having issue with painful feet. husband has video of her walking in pigeon toe fashion due to the pain. she reports was seen by Dr. Hatch and told " I don't have a pill for that". Leslie is frustrated with not knowing what is causing her condition. symptoms include foggy brain, difficulty concentrating, speaking- even though she is very articulate- she has previously had an issue with stuttering on last office visit via video. she does not drive. lacks endurance and strength. she has lost weight in the past 4 years to her current weight and struggles to maintain. has episodes of nausea. does have IBS-C.

insomnia - she feels the combination of trazodone and clonazepam 1/2 tablet helps her to sleep at night.
Hx: Migraines- had botox, had beta-blockers, had tried diclofenac after injections. she recalls had issue with traveling, these seemed to resolve once she stopped traveling. septoplasty 6/22 initially had daily increase in headaches. have improved with healing.
previously on estrogen post hysterectomy- had afib- 2018-dec 26, 2018- ablation, june 19, 2019. tolerated estradiol, unable to tolerate testosterone.

ROS
Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.
Psych: + depression and +anxiety.
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam
Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.
Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: TM pearly grey, turbinates pale, clear drainage. Oropharynx: no erythema or exudates and moist mucous membranes.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.
Lungs: no dyspnea. Lungs clear with no wheezing, rales/crackles, or rhonchi and good air movement.
Cardiovascular: RRR normal S1 and S2; no murmurs, rubs, or gallops. Neck vessels: no carotid bruits.
Musculoskeletal: normal motor strength-equal b laterally. normal movement of all extremities-equal moderate strength 4/5, and no tenderness. Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation remains unchanged from previous decrease sensation unable to differentiate between sharp and dull.
Coordination and Cerebellum: pt holds onto wall or husband to steady herself during ambulation.
Skin: no rash or jaundice and good turgor. Nails: normal.

Assessment/Plan

MARCUS AR002968

1. Memory Issues- short term
   I69.311
   continue following with Dr. Hatch- evaluation of vagus nerve.
2. chronic nausea-
   R11.2
   recommendation- biofeedback for nausea
3. Postural orthostatic tachycardia syndrome -
   I95.1: Orthostatic hypotension
   on hold -midodrine 2.5 mg tid
   monitor for return of near syncope episode.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
   M50.30: Other cervical disc degeneration, unspecified cervical region
   continue with physical therapy- weekly
5. Decreased renal function
   R94.4: Abnormal results of kidney function studies
   repeat lab today: previous eGFR 48
6. Dizziness
   R42: Dizziness and giddiness
7. Unsteady gait
   R26.81
   continue physical therapy
8. Insomnia
   take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
   decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x
   30 tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
has not had sleep study at home. husband saw a sleep study facility by their house they will call with name of facility.
F/u PRN for new issues
recheck in 1-2 months.
discussed referral to new neurology for reevaluation of condition.
Electronically Signed by Tonia Graham FNP-BC on 10/20/2022 6:10pm

MARCUS AR002969

Lincoln/Marcus 0776

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002970

**Lincoln/Marcus 0777**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

## Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR002971

**Lincoln/Marcus 0778**

**Tonia Graham FNP-BC:**                                                                09/14/2022 5:34pm

televideo visit for 9/14/22. pt does not drive.

pt is at home, provider in office

HPI: established pt f/u medication refill. pt is crying initially, she is stuttering, having difficulty talking. after she was able to speak she is apologetic. she is frustrated with not being able to recall simple information including appointments. has difficulty with recall. she reports ran out of clonazepam 3 days ago and has not been able to sleep. she reports was not aware medication was being filled by another provider.

Has been following with Dr. Hatch. was trialed on Lamotrigine 25 mg - had bad reaction when taking felt severe depression. she reports threw medication away. she is pending spinal puncture but is waiting since septoplasty healing is causing daily headaches. she admits to history of headaches and locates her information that Clay has outlined her medical history to review headaches.

nad septoplasty- June and she feels having headache daily. she reports still having pain over bridge of nose when touching. denies drainage from nose. reports less drainage down back of throat. she is having headaches daily.

insomnia - she feels the combination of trazadone and clonazepam 1/2 tablet helps her to sleep at night.

reports- Migraines- had botox, had beta-blockers, had tried diclofenac after injections. she recalls had issue with traveling, these seemed to resolve once she stopped traveling. she did have sinus surgery in June. still having daily headaches. does not recall any triptan therapy.

she was previously on estrogen post hysterectomy- had afib- 2018-dec 26, 2018- ablation, june 19, 2019. she did tolerate estradiol, unable to tolerate testosterone. -

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands-on examination due to video telemedicine

General: pt is dressed- hair is pulled back. she is sitting down. fatigue appearance.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal- has difficulty recalling events.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

Lungs: no dyspnea.

Cardiovascular: no physical hands-on exam.

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as

MARCUS AR002972

**Lincoln/Marcus 0779**

below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. neck muscle pain-
   M54.2
   continue to take chlorzoxazone 500 mg 1 - 1.5 tabs every 8 hours as needed for muscle spasms.
   continue with physical therapy.
2. chronic nausea-
   R11.2
   continue with biofeedback.
3. Postural orthostatic tachycardia syndrome -
   I95.1: Orthostatic hypotension
   off midodrine for the past 2 months. she avoids activity causes her to have syncopal episodes.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
   M50.30: Other cervical disc degeneration, unspecified cervical region
   continue with physical therapy
5. Decreased renal function
   R94.4: Abnormal results of kidney function studies
6. Dizziness
   R42: Dizziness and giddiness
7. Memory Issues- short term
   I69.311
   was sent by Dr. Syal to Dr. Todd Levine referred to Dr. Higgins was dx with dementia.
8. Unsteady gait
   R26.81
   continue physical therapy
9. Insomnia
   take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
   will increase clonazepam to 1 mg qHS- since nasal surgery
10. Vitamin D
    E55.9
    unable to tolerate vit D orally - causes severe nausea and vomiting.
11. Migraines-
    had botox, had beta-blockers
    pt will come in for samples of ubrelvy and nurtec to see if this helps with migraines.
12. HRT
    post hysterectomy
    discussed HRT, she was removed after having blood clots. not sure if from A-fib or clotting issue or HRT therapy. discussed
    testing then needing clearance from Dr. Cho hematologist, then will send to Potter's house if cleared for HRT therapy. had
    mammogram -2022.

Plan/Assessment
as detailed above
follow up October- appt scheduled

reviewed AZPMP pt had clonazepam filled by Dr. Frank Edward Cibulka prior PCP.- pt made aware not to accept any other
controlled medication from any other provider.
Electronically Signed by Tonia Graham FNP-BC on 09/14/2022 4:34pm

MARCUS AR002973

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002974

**Lincoln/Marcus 0781**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

## Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## Family History

**40's passed PGF- MI. PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002975

**Lincoln/Marcus 0782**

**Tonia Graham FNP-BC:**                                                    07/11/2022 3:19pm

HPI: established pt here with Clay, f/u chronic fatigue. they traveled to Washington, used wheelchair. she was not able to complete physical therapy, prior to trip.

ENT- had CT sinuses, allergy testing - has appt next week for test results.

physical therapy-has only been able to complete once weekly. since this fatigued her significantly. has not started swimming. she is concerned with her energy.

hx tah with left ovary age 35 - endometriosis, precancerous cysts.

Mood: stable, 1/2 mg at bedtime to sleep, and occasionally 1/2 tab during the day-once monthly. will continue at current dose.

she was woken up in her sleep with stomach pain. having residue pain in left lower quad.

constipation- tried linzess with very good results. she is nervous to try 1/2 tablet. she does not recall last BM

has not been fainting off midodrine for past 1+ month.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and +sinus problems- following with ENT. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.


Physical Exam:

General: pt is dressed- hair brushed, minimal makeup. she is sitting down. speech clear.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. PERRLA. EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: small papules in nares, Oropharynx: no erythema or exudates and moist mucous membranes.

Neck: supple, FROM, trachea midline, and no masses. no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: no dyspnea. Lungs clear with no wheezing, rales/crackles, or rhonchi and good air movement.

Cardiovascular: RRR normal S1 and S2; no murmurs, rubs, or gallops. Neck vessels: no carotid bruits.

Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.

Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal previous.

Skin: Warm and dry color appropriate, no rash or jaundice and good turgor. Nails: normal.


Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. chronic nausea-
R11.2
recommendation- biofeed back for nausea

MARCUS AR002976

**Lincoln/Marcus 0783**

2. Postural orthostatic tachycardia syndrome -
I95.1: Orthostatic hypotension
on hold -midodrine 2.5 mg tid

3. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy- weekly

4. Decreased renal function
R94.4: Abnormal results of kidney function studies
repeat lab today: eGFR 48

5. Dizziness
R42: Dizziness and giddiness

6. Memory Issues- short term
I69.311
Dr. Hatch- evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30 tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
has not had sleep study at home. husband saw a sleep study facility by their house they will call with name of facility.
Electronically Signed by Tonia Graham FNP-BC on 06/16/2022 5:13pm

MARCUS AR002977

Lincoln/Marcus 0784

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002978

**Lincoln/Marcus 0785**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

## Health History

ENT: Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

## Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit In:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002979

**Lincoln/Marcus 0786**

**Tonia Graham FNP-BC:**                                                      03/08/2022 7:29am
televideo visit for 3/7/22. pt does not drive.
pt is at home, provider in office
HPI: established pt f/u labs and MRI for Banner. pt is still pending biopsies from neurology. she was over active this weekend with her sister visiting and exhausted herself. she is extremely fatigued today along with increase muscular pain.
pending Dr. Hatch. skin biopsy 12/20/21.\ appt for april12. along with autonomic testing 12/13/21, follow up appt 1/6/21. G- was negative for neuropathy

previously discussed weaning off clonazepam. she reports takes for anxiety and insomnia 1/2 tablet. since last refill 11/16/ has 50 tablets left. currently she doesn't feel her anxiety is controlled. she feels anxious all the time. EM

insomnia - she feels the combination of trazadone and clonazepam 1/2 tablet helps her to sleep at night.

ROS
Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.
Psych: + depression and +anxiety.
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands on examination due to video telemedicine
General: pt is dressed- hair brushed, minimal makeup. she is sitting down. fatigue appearance.
Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.
Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal- has difficulty recalling events.
Head: normocephalic and atraumatic.
Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.
Lungs: no dyspnea.
Cardiovascular: no physical hands on exam.

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.
1. neck muscle pain-
M54.2
take chlorzoxazone 500 mg 1 - 1.5 tabs every 8 hours as needed for muscle spasms.
continue with physical therapy.

2. chronic nausea-
R11.2

MARCUS AR002980

continue with biofeedback.

3. Postural orthostatic tachycardia syndrome -
midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
continue midodrine to every 6 hours. to see if improvement on low.

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy

5. Decreased renal function
R94.4: Abnormal results of kidney function studies

6. Dizziness
R42: Dizziness and giddiness

7. Memory Issues- short term
I69.311
pending referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30
tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
follow up in 1 month
repeat labs in 4 weeks for B5, B6, B12, homocysteine.
requesting records for review from Dr. Hatch
Electronically Signed by Tonia Graham FNP-BC on 03/08/2022 7:29am

reviewed AZPMP pt had clonazepam filled by Dr. Frank Edward Cibulka prior PCP. will discuss next office visit. no refill will be
sent at this time.
Electronically Signed by Tonia Graham FNP-BC on 03/08/2022 7:33am

MARCUS AR002981

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone: (

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002982

**Lincoln/Marcus 0789**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized- 2019
**Neurological:** Headaches
**Cardiovascular:**

## Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002983

**Tonia Graham FNP-BC:**                                                          03/08/2022 7:14am

HPI: established pt here with Clay, f/u chronic fatigue. she is trying to have a positive attitude. has been doing physical therapy. she is trying to hike once a week, has been hiking 3 weeks once weekly- has needed to skip PT the next week and waits to hike for 1-2 weeks before going again. when she does hike usually < 1.5 miles has to stop several times. physical therapy has made her stronger, however she is not able to complete multiple activities in the same week.

Mood: stable, 1/2 mg at bedtime to sleep, and occasionally 1/2 tab during the day-once monthly. will continue at current dose.

she has been holding midodrine for the past month. she slowly weaned off has not noticed any difference. she did have weight gain of 3 pounds in the past 2 months. monitors b/p frequently at home if goes < 90 will restart midodrine.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands on examination due to video telemedicine

General: pt is dressed- hair brushed, minimal makeup. she is sitting down.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

Lungs: no dyspnea.

Cardiovascular: no physical hands on exam.

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. chronic nausea-
R11.2
recommendation- biofeed back for nausea

2. Postural orthostatic tachycardia syndrome -
on hold -midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
continue midodrine to every 6 hours. to see if improvement on low.

3. Intervertebral disc degeneration of cervical spine without prolapsed disc

MARCUS AR002984

Lincoln/Marcus 0791

M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy

4. Decreased renal function
R94.4: Abnormal results of kidney function studies
repeat lab today: eGFR 48

5. Dizziness
R42: Dizziness and giddiness

6. Memory Issues- short term
I69.311
pending referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy
continue hiking at least once weekly as tolerated.

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30 tablets for 1 month then change to 0.5 mg


Plan/Assessment
as detailed above
follow up in 1 month
requesting lab results
Dr. Hatch- recommended biofeedback for nausea, sleep study,- at home , counseling
Electronically Signed by Tonia Graham FNP-BC on 03/08/2022 7:14am

MARCUS AR002985

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002986

**Lincoln/Marcus 0793**

Jan 12 23, 12:26p     Wellness for life                                    6233220966                    p.24

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

## Health History

**ENT**: Sinus Problems
**Hematological**: Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological**: Headaches
**Cardiovascular**:

## Social History

**Occupation**: currently unemployed- was working as regional property management
**Marital Status**: married
**Tobacco use**: No / **Quit in**: since 20 / **Years**: 15 years
**Alcohol**: No
**Caffeine**: No
**Recreational drugs**: Yes (marijuana)
**Special diet**: Yes (regular/only eats dinner)
**Regular exercise**: No

## GYN History

**Menopause**: Yes (age: age 35 for endometriosis)

## Immunizations

**COVID-19**: Yes (Moderna #2 5/16/21)

## Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal**: Paternal Gmother, Paternal Gfather
**Bipolar** : Sibling
**Connective tissue nevus of skin** : Sibling
**does not speak- unknown.** : Mother
**Heart Disease**: Father
**oldest sister- bipolar**: Sibling
**passed away MGM - stomach cancer, MGF alzheimer's**: Maternal Gmother, Maternal Gfather
**paternal brother- younger**: Sibling
**twin sister- ANA positive**: Sibling

## OB History

**Full term**: 1
**Total number of pregnancies**: 1

MARCUS AR002987

**Lincoln/Marcus 0794**

**Tonia Graham FNP-BC:**                                                        12/07/2021 1:00pm

televideo visit. pt does not drive.

pt is at home, provider in office

HPI: established pt c/o pain in right side of neck. has been present for the past week. had episode of vomiting before pain started. went to physical therapy- told likely was ligament or tendon.

additionally having pain left foot 4th toe, bent underneath while she was walking. having pain in toe with swelling. toe nail changed colors.

she went to complete MRI brain- had to stop test for severe headache. she r/s to 12/14/21.

went to neuropsych - she was told verbally has dementia. not sure what the cause could be from car accident or her own autoimmune system.

pending labs from Dr. Hatch. - had high level lamda and kappa ratios- she is going for skin biopsy 12/20/21. along with autonomic testing 12/13/21, follow up appt 1/6/21.

had EMG- was negative for neuropathy

previously discussed weaning off clonazepam. she reports takes for anxiety and insomnia 1/2 tablet. since last refill 11/16/ has 50 tablets left. currently she doesn't feel her anxiety is controlled. she feels anxious all the time.

she was called by gyn regarding her bone scan- she has reached out to their office several times but hasn't heard back.

insomnia - she feels the combination of trazadone and clonazepam 1/2 tablet helps her to sleep at night.

has noticed blistering in nose- she "popped" had clear drainage- next day had several blistering

had syncopal episode during intercourse- lasted for approx 15 seconds. since starting midodrine has improved.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands on examination due to video telemedicine

General: pt is dressed- hair brushed, minimal makeup. she is sitting down.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.

Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

Lungs: no dyspnea.

Cardiovascular: no physical hands on exam.

MARCUS AR002988

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.
1. neck muscle pain-
M54.2
take chlorzoxazone 500 mg 1 - 1.5 tabs every 8 hours as needed for muscle spasms.
continue with physical therapy.

2. chronic nausea-
R11.2
continue

3. Postural orthostatic tachycardia syndrome -
midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
continue midodrine to every 6 hours. to see if improvement on low.

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy

5. Decreased renal function
R94.4: Abnormal results of kidney function studies

6. Dizziness
R42: Dizziness and giddiness

7. Memory Issues- short term
I69.311
pending referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30 tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
follow up in 1 month
requesting lab results
requesting records for review from Dr. Hatch
Electronically Signed by Tonia Graham on 12/07/2021 1:00pm

MARCUS AR002989

**Lincoln/Marcus 0796**

Jan 12 23, 12:27p    Wellness for life    6233220966    p.27

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002990

**Lincoln/Marcus 0797**

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

Health History

**ENT**: Sinus Problems
**Hematological**: Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological**: Headaches
**Cardiovascular**:

Social History

**Occupation**: currently unemployed- was working as regional property management
**Marital Status**: married
**Tobacco use**: No / **Quit in**: since 20 / **Years**: 15 years
**Alcohol**: No
**Caffeine**: No
**Recreational drugs**: Yes (marijuana)
**Special diet**: Yes (regular/only eats dinner)
**Regular exercise**: No

GYN History

**Menopause**: Yes (age: age 35 for endometriosis)

Immunizations

**COVID-19**: Yes (Moderna #2 5/16/21)

Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal**: Paternal Gmother, Paternal Gfather
**Bipolar** : Sibling
**Connective tissue nevus of skin** : Sibling
**does not speak- unknown.** : Mother
**Heart Disease**: Father
**oldest sister- bipolar**: Sibling
**passed away MGM - stomach cancer, MGF alzheimer's**: Maternal Gmother, Maternal Gfather
**paternal brother- younger**: Sibling
**twin sister- ANA positive**: Sibling

OB History

**Full term**: 1
**Total number of pregnancies**: 1

MARCUS AR002991

**Lincoln/Marcus 0798**

**Tonia Graham FNP-BC:**                                                    10/26/2021 12:51pm

established pt here her husband, f/u chronic fatigue and insomina. reports having insomnia issues since her hysterectomy for the past 15 +years. was previously given lunesta, ambein, benadryl - causes her to feel wired. has been clonazepam for at least 10 years.

she went to court for SSDI by herself.

observed her getting out of the car- holding onto the car as she walked along the car slowly, she stepped up with holding onto the vehicle had her husband to step up 1 step to sidewalk.

she went to see Dr. Frank Cibulka- he was her prior PCP- she reports how much she has changed along with her excessive weight loss. she did increase pristique to 100 mg qd. this did help improve crying, made her feel more jittery along with hot flashes and feeling increase nervousness. but she started not to sleep well. she felt she was crawling out of her skin during the time she took the higher dose. stopped 100mg after 1 week. has been taking 50mg for the past 3 days, was able to sleep last night and no longer feels "like she is crawling out of her skin".

she has been going to physical therapy tues and thursday- has been having 4 weeks. feels she is improving with being able to walk longer distances. she is having difficulty using the cane. has ventured to drive to physical therapy which is < 1 mile from her house.

she hired an attorney for disability. since she has not previously had not been treated for her POTS.

POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out.

still feeling nauseated continously still vomiting weekly. she is feeling her nausea is coming from her neck- has appt was rescheduled from oct 6th- to the 28th with Dr. Hatch for vagus nerve evaluation and POTS.

has neuro psych Nov15th-

new symptom has noticed tremor in neck, and when she is trying to stand has noticed her right hand when pushing up starts to shake. along with tremor in right leg she tries to move and reposition to stop tremor. additionally has notice numbness in hands and feet. and pain in calf area. - describes as sharp shooting "charlie horse".

she gained weight when taking PPI 114-149 in 1 month. the zofran controls the nausea.

feels fullness in both ear R>L.

has noticed blistering in nose- she "popped" had clear drainage- next day had several blistering

had syncopal episode during intercourse- lasted for approx 15 seconds. since starting midodrine has improved.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.

Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

MARCUS AR002992

**Lincoln/Marcus 0799**

Jan 12 23, 12:29p     Wellness for life                    6233220966                p.30

Eyes: no discharge or pallor and non-Injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: small papules in nares, Oropharynx: no erythema or exudates and moist mucous membranes.

Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

Cardiovascular: RRR normal S1 and S2; no murmurs, rubs, or gallops. Neck vessels: no carotid bruits.

Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.

Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. previous - did not test this visit- Coordination and Cerebellum: +romberg; immediate dizziness with feeling of nausea with extending head..

Skin: no rash or jaundice and good turgor. Nails: normal.


Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.


1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
continue
2. chronic nausea-

3. Postural orthostatic tachycardia syndrome -
midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region

5. Decreased renal function
R94.4: Abnormal results of kidney function studies
CMP
6. Dizziness
R42: Dizziness and giddiness

7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
try increase trazadone 200 mg with 1/2 tablet of clonazepam
cecrease clonazepam to 0.5 mg at bedtime.

Return to Office
follow up with labs.

MARCUS AR002993

Lincoln/Marcus 0800

as detailed above

Electronically Signed by Tonia Graham on 10/19/2021 11:50am

MARCUS AR002994

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002995

**Lincoln/Marcus 0802**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

## Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst (age 25)**
**sinus surgery- Dr. Vasquez (June 2022)**

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR002996

**Lincoln/Marcus 0803**

**Tonia Graham FNP-BC:**                                                                      09/03/2021 9:01am

established pt here her son, f/u she is very upset with her "money". she is was not wanting her previous disability to be overturned from previous provider. pt reading from paperwork she brought very upset. pt had researched internet found CFS on the internet. previously had not been treated for her POTS.

POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out.

having difficulty walking without holding someone or something. has been occurring for the past year. worsening for the past 3-4 months has been consistently holding onto someone.

has been taking zofran 3 times per day for the nausea.

still feeling nauseated in morning - continues with vomiting at least once per week. she is feeling her nausea is coming from her neck- has appt pending with Dr. Hatch in October for vagus nerve evaluation and POTS. she gained weight when taking PPI 114-149 in 1 month. the zofran controls the nausea. if she eats and then moves has "motion sickness" from walking or moving.

–has persistent tinnitus R>L.

unable to tolerate vit d capsules- causes nausea.


ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.


Physical Exam

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: . Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.

Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. Coordination and Cerebellum: +romberg; immediate dizziness with feeling of nausea with extending head..

Skin: no rash or jaundice and good turgor. Nails: normal.

MARCUS AR002997

**Lincoln/Marcus 0804**

Jan 12 23, 12:30p        Wellness for life                              6233220966                p.35

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
3. Postural orthostatic tachycardia syndrome -
retry midodrine with food.
I95.1: Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
6. Dizziness
R42: Dizziness and giddiness
7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.
8. Unsteady gait
R26.81
referral physical therapy for evaluation of unsteady gait- holds onto person or objects to steady herself
Return to Office
Electronically Signed by Tonia Graham on 08/23/2021 7:57am

MARCUS AR002998

Lincoln/Marcus 0805

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,
without behavioral disturbance, psychotic disturbance,
mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified
cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002999

**Lincoln/Marcus 0806**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

## Health History

**ENT**: Sinus Problems
**Hematological**: Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological**: Headaches
**Cardiovascular**:

## Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Social History

**Occupation**: currently unemployed- was working as regional property management
**Marital Status**: married
**Tobacco use**: No / Quit in: since 20 / Years: 15 years
**Alcohol**: No
**Caffeine**: No
**Recreational drugs**: Yes (marijuana)
**Special diet**: Yes (regular/only eats dinner)
**Regular exercise**: No

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal**: Paternal Gmother, Paternal Gfather
**Bipolar** : Sibling
**Connective tissue nevus of skin** : Sibling
**does not speak- unknown.** : Mother
**Heart Disease**: Father
**oldest sister- bipolar**: Sibling
**passed away MGM - stomach cancer, MGF alzheimer's**: Maternal Gmother, Maternal Gfather
**paternal brother- younger**: Sibling
**twin sister- ANA positive**: Sibling

## GYN History

**Menopause**: Yes (age: age 35 for endometriosis)

## OB History

**Full term**: 1
**Total number of pregnancies**: 1

## Immunizations

**COVID-19**: Yes (Moderna #2 5/16/21)

MARCUS AR003000

**Lexi:**                                                                            06/25/2021 12:14pm
Chief Complaint: F/u
Room 4

Collected Jun 25, 2021:
- BP systolic: 91 (mmHg)
- BP diastolic: 58 (mmHg)
- BMI: 16.51
- Weight: 99.2 (lb)
- Height: 65 (in)
- Respiratory rate: 14 (bpm)
- Pulse oximetry: 97 (SpO2)
- Temperature: 97.9 (°F)
- Heart rate: 69 (bpm)

Electronically Signed by Alexis R Brown, RMA on 06/25/2021 11:14am


**Tonia Graham FNP-BC:**                                                    06/25/2021 1:24pm
established pt here with boyfriend.
f/u POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she is having "lows" about once weekly. she avoids driving- she does go to the nail salon and frys grocery store. she did drive further to help her boyfriend pick up his car- she avoided the freeway because she is having difficulty with multi-tasking. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out. She initial said she was doing better this month then she had about 5 times when she had near passing out. she had went on vacation- was able to swim "float" in the ocean with the warm water felt relieving to her body. she did feel less fatigue. was able to be more active but she had episode of leg twitching for about 20-30 minutes then resolved.
still feeling nauseated in morning - continues with vomiting at least once per week.
+has persistent tinnitus R>L. her boyfriend says she is hard of hearing.
unable to tolerate vit d capsules

ROS
Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and dizziness.
Psych: + depression and +anxiety.
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

MARCUS AR003001

**Lincoln/Marcus 0808**

Psychiatric: Insight: good judgement. Mental Status: active and alert and anxious. Orientation: to time, place, and person. Memory: recent memory normal and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.
Lungs: Respiratory effort: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

Cardiovascular: Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

Abdomen: Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

Musculoskeletal:: Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. Coordination and Cerebellum: romberg; immediate dizziness with feeling of nausea with extending head..
Skin: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
3. Postural orthostatic tachycardia syndrome -
retry midodrine with food.
I95.1: Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
6. Dizziness
R42: Dizziness and giddiness
7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

Return to Office
Electronically Signed by Tonia Graham on 06/25/2021 12:24pm

MARCUS AR003002

**Lincoln/Marcus 0809**

MARCUS AR003003

**Lincoln/Marcus 0810**

Jan 12 23, 12:33p          Wellness for life                          6233220966                    p.41

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR003004

**Lincoln/Marcus 0811**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule:
nonscheduled, 180 tablets for 90 days (3 refills) / Take 1
tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled,
60 tablets for 30 days (11 refills) / Take 1 tablet by mouth
twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule:
nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule:
nonscheduled, 60 tablets for 30 days (3 refills) / for nausea
Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler**
**160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule:
nonscheduled, 45 tablets for 90 days (1 refill) / for sleep
Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule:
nonscheduled, 90 tablets for 90 days (1 refill) / take with
1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by
mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90**
**mcg/actuation,** schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-
2019
**Neurological:** Headaches
**Cardiovascular:**

## Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (june 2022)

## Social History

**Occupation:** currently unemployed- was working as
regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal
Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:**
Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR003005

**Lincoln/Marcus 0812**

**Lexi:**                                                                          05/11/2021 3:23pm
Chief Complaint: Stand up MRI results
Room 4

Collected May 11, 2021:
- BP systolic: 96 (mmHg)
- BP diastolic: 60 (mmHg)
- BMI: 17.14
- Weight: 103 (lb)
- Height: 65 (in)
- Respiratory rate: 16 (bpm)
- Pulse oximetry: 96 (SpO2)
- Temperature: 98.8 (°F)
- Heart rate: 82 (bpm)

Electronically Signed by Alexis R Brown, RMA on 05/11/2021 2:23pm

**Tonia Graham FNP-BC:**                                                           05/22/2021 11:25am
Chief Complaint: medication refill and dizzy spells.

Patient's Care Team
Allergist/Immunologist: KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
Gynecologist: CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038 NPI: 1255405619
Notes: Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- may

Allergies
CORTICOSTEROIDS (GLUCOCORTICOIDS): Tachycardia
Medications: reviewed
acetaZOLAMIDE 125 mg tablet 1 tab bid
azelastine 137 mcg (0.1 %) nasal spray aerosol
clonazePAM 1 mg tablet
Take 1 tablet(s) twice a day by oral route as needed for 30 days.
desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr- needs early fill (vacation release)
Eliquis 5 mg tablet 1 tab bid
folic acid 1 mg tablet TAKE 1 TABLET BY MOUTH EVERY DAY
ipratropium bromide 21 mcg (0.03 %) nasal spray
Linzess 72 mcg capsule: TAKE 1 CAPSULE BY MOUTH EVERY DAY
midodrine 2.5 mg tablet 1 TABLET EVERY 12 HOURS FOR 2 DAYS 1 tab q 8hrs
montelukast 10 mg tablet 1 tab qd
ondansetron HCL 8 mg tablet 1 tab q 8 hrs prn
Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler
traZODone 100 mg tablet 1 tab q HS
Ventolin HFA 90 mcg/actuation aerosol inhaler 2 puffs q 4-6 hrs prn wheezing
ZyrTEC 10 mg tablet alternates with zyrtec D once every 3-4 days. 1 tab qd
Vaccines: moderna 2nd 5/16, 1st 4/18
Problems: Reviewed
cervical spine without prolapsed disc - Onset: 03/09/2021
Asthma - Onset: 10/26/2020

MARCUS AR003006

**Lincoln/Marcus 0813**

Mast cell activation syndrome - Onset: 10/26/2020
Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
PE and DVT- 4/12/2019
Iron deficiency anemia - Onset: 10/26/2020
Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
Ehlers-Danlos syndrome - Onset: 10/26/2020
CFS- 2/6/2019
$CO_2$ - breathing dysregulation- 7/10/2019
Adjustment disorder with depressed mood - Onset: 10/26/2020
Central Sensitization-
Fibromyalgia- 2/6/2020
PTSD- childhood upbringing. 1/30/20
Family History reviewed
Father- Heart disease- alive current age 87
Mother- unknown
Sister- ( twin to pt) Connective tissue nevus of skin,
older sister - Bipolar disorder
Social History
Discussed Social History
Internal Medicine
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker- has not restarted.
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020
Surgical History
Reviewed Surgical History
Excision of cyst of ovary - Left- age 21
Hysterectomy - 01/01/2005 - total abd and BSO

MARCUS AR003007

Heart Ablation 2018, 2019
Denervation of lumbar spine 2019
GYN History- total hysterectomy 2005
OB - P1, G1, AB 0 Son 21 years- in college
Past Medical History: Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.
HPI
established pt here with boyfriend,
she has been able to tolerate taking midodrine 2 times per day,
remains chronically nauseated. has tried protonix gained weight 50 pounds
initially she was 114 #, gained 157 #, was vomiting on protonix and nauseated.
has had 2 colonoscopy and endoscopies. she does not feel nauseated in her stomach- feels like she is gagging all the time.
went- Dr. Reibach - thinks this is her vagus nerve issue. he sent referral to neurology Dr. Syal AZ neurology associates
still having nausea with looking down and up with neck causes severe nausea- has feeling of adhesion on right side of neck.
has persistent tinnitus R>L. describes as everything underwater, feels swishing sounds along with feeling pain.
unable to tolerate vit d capsules
ROS
Constitutional: lethargy, malaise, and exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and normal appetite.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, +headaches- chronic, or loss of consciousness and +dizziness. ( migraines have been resolved for years).
Psych: + depression and anxiety.-
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam
Patient is a 49-year-old female.
Psychiatric: Insight: good judgement. Mental Status: active and alert and anxious. Orientation: to time, place, and person. Memory: recent memory normal and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender. pt felt severe nausea with feeling of thyroid.
Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.
Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels:

MARCUS AR003008

**Lincoln/Marcus 0815**

no carotid bruits.
Abdomen: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.
Musculoskeletal: normal motor strength. normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation: abnormal; decrease sensation
Skin: no rash or jaundice and good turgor. Nails: normal.


Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.


1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
continue on Xarelto.

2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
continue xarelto.
3. Postural orthostatic tachycardia syndrome -
continue midodrine 2.5 mg every 12 hours may need to increase to tid
I95.1: Orthostatic hypotension

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
since she is not "pain" loss of function will hold on further evaluation.
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
CMP

6. Dizziness
R42: Dizziness and giddiness
follow up with neurology referral Dr. Syal- June 1st.

7.Anxiety and depression
clonazepam 1 mg
reviewed AZPMP- last fill 4/27/21 #60 tabs
8. insomnia
has tried Remeron- does not recall. sleep aids - wire her. lunesta, ambien,
she has issue with benadryl causing her to be fully awake.
9. chronic constipation-
improved with Linzess

Return to Office
pending Disability for longterm- Lincoln /liberty mutual
recheck cmp for GFR
Electronically Signed by Tonia Graham on 05/11/2021 3:14pm

MARCUS AR003009

Lincoln/Marcus 0816

Jan 12 23, 12:35p          Wellness for life                                    6233220966                    p.47

## Report Status FINAL
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382


Sonora Quest
Laboratories™
A Subsidiary of Laboratory Sciences of Arizona

**Tonia Graham, FNP**

Patient Information:

**MARCUS, LESLIE**

| | | **Order #: 18116-A01116 / NL80664464** | |
| --- | --- | --- | --- |
| Account: 18116 | Collected: 10/15/2022 | DOB: | Age: 51Y-4M-18D |
| ID/MR#: | Received: 10/16/2022  09:49 AM | Sex: F | Fasting: Unknown |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022  10:01 PM | Patient Phone: | |

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
| --- | --- | --- | --- | --- |
| **HEMATOLOGY** | | | | |
| **CBC w/ Differential, w/ Platelet** | | | | |
| WBC | 5.3 | 4.0 - 11.0 | k/mm3 | |
| RBC | 4.36 | 3.70 - 5.40 | m/mm3 | |
| Hemoglobin | 12.5 | 11.5 - 16.0 | g/dL | |
| Hematocrit | 40.9 | 35.0 - 48.0 | % | |
| MCV | 93.8 | 78.0 - 100.0 | fL | |
| MCH | 28.7 | 27.0 - 34.0 | pg | |
| **MCHC** | **30.6 L** | 31.0 - 37.0 | g/dL | |
| Platelet Count | 289 | 130 - 450 | k/mm3 | |
| RDW(sd) | 42.3 | 38.0 - 49.0 | fL | |
| RDW(cv) | 12.2 | 11.0 - 15.0 | % | |
| MPV | 11.0 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 39.0* | | % | |
| Lymphocytes | 43.9 | | % | |
| Monocytes | 7.8 | | % | |
| Eosinophils | 7.6 | | % | |
| Basophils | 1.5 | | % | |
| Absolute Neutrophil | 2.07 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 2.32 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.41 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.40 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.08 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.2 | | % | |
| Absolute Immature Granulocytes | 0.01 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented        Automated Diff
Neutrophils:

| **CHEMISTRY** | | | | |
| --- | --- | --- | --- | --- |
| GGT | 10 | 5 - 60 | IU/L | |
| **Rheumatoid Factor** | **14 H** | ≤13 | IU/mL | |
| CRP, High Sensitivity | 0.3 | ≤0.9 | mg/L | |

CRP, High Sensitivity Reference Range reflects the lowest cardiovascular risk for ages >17 years:
mg/L          Risk according to AHA/CDC guidelines
<=0.9          Low cardiovascular risk
1.0-3.0        Average cardiovascular risk
3.1-10.0       High cardiovascular risk
>=10.1         Persistent elevations may represent non-cardiovascular inflammation

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 571728777-29497827
C⋯OS          Result Report          Produced by AutoDist On 10/21/2022 10:05 PM          All Rights Reserved

Page 1 of 6 pages

MARCUS AR003010

**Lincoln/Marcus 0817**

Jan 12 23, 12:35p    Wellness for life                        6233220966              p.48

**Report Status FINAL**
Route 1019
  **Wellness for Life**
  20449 N Lake Pleasant Rd
  Suite 101
  Peoria, AZ 85382

Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

  **Tonia Graham, FNP**

| Patient Information: | |
|---|---|
| | **MARCUS, LESLIE** |

| | | Order #: 18116-A01116 / NL80664464 |
|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | DOB:      Age: 51Y-4M-18D |
| ID/MR#: | Received: 10/16/2022 09:49 AM | Sex: F      Fasting: Unknown |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022 10:01 PM | Patient Phone: |

Significant decreases in C-reactive protein may be observed in patients treated with carboxypenicillins.

| TSH, High Sensitivity | 1.86 | 0.27 - 4.20 | mU/L |
|---|---|---|---|

Note: New reference range effective 9/6/2022.

| T3 Free Non-Dialysis | 2.6 | 2.0 - 4.8 | pg/mL |
|---|---|---|---|
| T4 Free Non-Dialysis | 0.9 | 0.8 - 1.7 | ng/dL |
| Vitamin B12 | 440 | 232 - 1245 | pg/mL |
| Folate | 9.4 | ≥4.0 | ng/mL |

Serum for folate determinations should be collected as a fasting test.

| FSH | 166.0 | See Comment | mIU/mL |
|---|---|---|---|

FSH Reference Ranges:

Female Adult Reference Ranges:
Follicular:       3.5-12.5 mIU/mL
Midcycle:      4.7-21.5 mIU/mL
Luteal:         1.7-7.7 mIU/mL
Postmenopausal:  25.8-134.8 mIU/mL

Male Adult Reference Range:   1.5-12.4 mIU/mL

No reference ranges established for pediatric patients.

| Progesterone | 0.29 | See Comment | ng/mL |
|---|---|---|---|

Progesterone Reference Ranges:

Adult Female Reference Ranges:
Non-Pregnant Female:
  Follicular         0.06 - 0.89  ng/mL
  Ovulation         0.12 - 12.00  ng/mL
  Luteal             1.83 - 23.90 ng/mL
  Post-Menopausal
    (50 years and older):    <0.14 ng/mL

Pregnant:
  First Trimester     11.00 - 44.30  ng/mL
  Second Trimester   25.40 - 83.30  ng/mL
  Third Trimester    58.70 - 214.00 ng/mL

Adult Male Reference Range:  <0.47 ng/mL

No reference ranges established for pediatric patients.

| Estradiol | 5 | See Comment | pg/mL |
|---|---|---|---|

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment      Distribution #: 571728777-29497827

CPOS      Result Report      Produced by AutoDist On 10/21/2022 10:05 PM      All Rights Reserved

Page 2 of 6 pages

MARCUS AR003011

**Lincoln/Marcus 0818**

Jan 12 23, 12:36p    Wellness for life                      6233220966                p.49

## Report Status FINAL
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382



Sonora Quest Laboratories

A Subsidiary of Laboratory Sciences of Arizona

**Patient Information:**

**MARCUS, LESLIE**

### Tonia Graham, FNP

| | | |
|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | Order #: 18116-A01116 / NL80664464 |
| ID/MR#: | Received: 10/16/2022  09:49 AM | DOB:    Age: 51Y-4M-18D |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022  10:01 PM | Sex: F    Fasting: Unknown |
| | | Patient Phone: |

Estradiol Reference Ranges:
Estradiol Adult Reference Ranges:
Follicular:                 12-233 pg/mL
Ovulation:                  41-398 pg/mL
Luteal:                     22-341 pg/mL
Postmenopausal:             <139  pg/mL
Pregnancy (1st Trimester):  154-3243  pg/mL
Pregnancy (2nd Trimester):  1561-21280 pg/mL
Pregnancy (3rd Trimester):  >8525 pg/mL

Male Reference Range:       <45 pg/mL

No reference ranges established for pediatric patients.

| | | | |
|---|---|---|---|
| DHEA Sulfate | 88 | 16 - 195 | ug/dL |
| Testosterone, Total | <12 | ≤82 | ng/dL |

Test 902198 Testosterone, Total LC/MS/MS is recommended for women, children less than 18 years old, and hypogonadal men. Specimen for this test must be collected in a plain red-top tube (no gel barrier tubes).

| | | | |
|---|---|---|---|
| Vitamin D, 25-Hydroxy, Total | 33.7 | ≥20.0 | ng/mL |

Vitamin D, 25-OH, Total:
<10 ng/mL Severe Deficiency
10 - 19 ng/mL Mild/Moderate Deficiency
20 - 50 ng/mL Optimum
51 - 150 ng/mL Increased Risk of Hypercalciuria
>150 ng/mL Possible Toxicity

Reference intervals apply to males and females, all ages.

Clinical decision values based on 2011 report by the Institute of Medicine (US).

| | | | |
|---|---|---|---|
| Microsomal TPO Antibody | 36.0 | ≤60.0 | U/mL |

Assay performance has not been established for neonates.

| | | | | |
|---|---|---|---|---|
| Estrogen Total, Serum | 58.3 | | pg/mL | NL |

Reference Ranges for Total Estrogen:
Follicular Phase
  (1-12 days): 90-590 pg/mL
Luteal Phase:    130-460 pg/mL
Postmenopausal:   50-170 pg/mL
The total estrogen assay is not recommended for use in pre-pubertal children.

### Iron and TIBC

| | | | |
|---|---|---|---|
| Iron | 75* | 35 - 175 | ug/dL |
| TIBC | 317 | 250 - 400 | ug/dL |
| % Saturation | 24 | 15 - 45 | % |

*Iron:        The normal range is based on fasting specimens drawn before 10:00 AM. Iron levels have a diurnal fluctuation of up to 30%, peaking in the morning hours.

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 571728777-29497827

CbsOS          Result Report          Produced by AutoDist On 10/21/2022 10:05 PM          All Rights Reserved

Page 3 of 6 pages

MARCUS AR003012

Jan 12 23, 12:36p        Wellness for life                        6233220966                    p.50

## Report Status FINAL
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

### Tonia Graham, FNP


Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Patient Information:**

**MARCUS, LESLIE**

| | | |
|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | **Order #: 18116-A01116 / NL80664464** |
| ID/MR#: | Received: 10/16/2022 09:49 AM | **DOB:** Age: 51Y-4M-18D |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022 10:01 PM | Sex: F Fasting: Unknown |
| | | Patient Phone: |

### Comprehensive Metabolic Panel

| Test | Result | Range | Units |
|---|---|---|---|
| Glucose | 83* | 70 - 99 | mg/dL |
| Urea Nitrogen (BUN) | 18 | 7 - 28 | mg/dL |
| Creatinine | 1.20 | 0.60 - 1.40 | mg/dL |
| **eGFRcr CKD-EPI** | **55 L *** | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 15.0 | 10.0 - 28.0 | |
| Sodium | 143 | 135 - 145 | mmol/L |
| Potassium | 4.0 | 3.6 - 5.3 | mmol/L |
| Chloride | 107 | 98 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 23 | 20 - 31 | mmol/L |
| Anion Gap | 12 | 4 - 18 | |
| Protein, Total | 7.7 | 6.0 - 7.7 | g/dL |
| Albumin | 4.8 | 3.8 - 5.1 | g/dL |
| Globulin | 2.9 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.6 | 1.0 - 2.5 | |
| Calcium | 9.6 | 8.7 - 10.4 | mg/dL |
| Alkaline Phosphatase | 80 | 42 - 146 | IU/L |
| Alanine Aminotransferase | 14 | 5 - 46 | IU/L |
| Aspartate Aminotransferase | 19 | 11 - 40 | IU/L |
| Bilirubin, Total | 0.2 | ≤1.3 | mg/dL |

*Glucose:        Glucose reference range reflects fasting state.
*eGFRcr CKD-EPI:    eGFRcr calculated using the CKD-EPI 2021 equation

NKF KDOQI and KDIGO guidelines recommend confirming any eGFRcr of 45-59 mL/min/1.73m^2 accompanied by a urine albumin-creatinine ratio of < 30 mg/g using an eGFR calculated using cystatin C and creatinine.

### Lipid Panel

| Test | Result | Range | Units |
|---|---|---|---|
| **Cholesterol** | **223 H** | ≤199 | mg/dL |
| Triglyceride | 78 | ≤149 | mg/dL |
| Cholesterol/HDL Ratio | 3.2 | ≤4.4 | |
| HDL Cholesterol | 70 | ≥50 | mg/dL |
| **Non-HDL Cholesterol** | **153 H** | ≤129 | mg/dL |
| **LDL Cholesterol, Calculated** | **135 H *** | ≤99 | mg/dL |
| VLDL Cholesterol | 18 | ≤29 | mg/dL |

*LDL Cholesterol,    LDL-C is calculated by using the Martin-Hopkins equation. (JAMA. 2013;310(19):2061-2068)
Calculated:

For moderately high risk and high risk cardiac patients, reference levels of <100 mg/dL and <70 mg/dL, respectively, should be considered. Circulation 2004; 110:227-239.

### Hemoglobin A1c With eAG*

| Test | Result | Range | Units |
|---|---|---|---|
| Hemoglobin A1c | 5.6* | ≤5.6 | % |
| Estimated Average Glucose (eAG) | 114 | Not Established | |

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                    Distribution #: 571728777-29497827

CQOS        Result Report        Produced by AutoDist On 10/21/2022 10:05 PM        All Rights Reserved

Page 4 of 6 pages

MARCUS AR003013

**Lincoln/Marcus 0820**

Jan 12 23, 12:37p        Wellness for life                              6233220966              p.51

**Report Status FINAL**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

   **Tonia Graham, FNP**

| Patient Information: |
|---|
| **MARCUS, LESLIE** |

Account: 18116
ID/MR#:
Patient Lab ID: 0193619848

Collected: 10/15/2022
Received: 10/16/2022  09:49 AM
Reported: 10/21/2022  10:01 PM

**Order #: 18116-A01116 / NL80664464**
**DOB:**                  Age: 51Y-4M-18D
Sex: F                    Fasting: Unknown
Patient Phone:

| | |
|---|---|
| *Hemoglobin A1c: | The American Diabetes Association (ADA) guidelines for interpreting Hemoglobin A1c are as follows: |

Non-Diabetic patient:                          <=5.6%
Increased risk for future Diabetes:            5.7-6.4%
ADA diagnostic criteria for Diabetes:          >=6.5%

Values for patients with Diabetes:
Meets ADA's recommended goal for therapy:      <7.0%
Exceeds ADA's recommended goal:                7.0-8.0%
ADA recommends reevaluation of therapy:        >8.0%

*Hemoglobin A1c With eAG:

If the presence of a hemoglobin variant is suspected, do not use % HbA1c results for diagnosis of diabetes mellitus.

In uncontrolled diabetics, high levels of Hemoglobin F (Hb F) may be present. Presence of Hb F greater than 7% of total may result in lower than expected % HbA1c.

Any cause that shortens erythrocyte survival or decreases mean erythrocyte age may reduce expected % HbA1c values even in the presence of elevated average blood glucose. Causes may include hemolytic disease, homozygous sickle cell trait, pregnancy, and recent significant/chronic blood loss. In addition, recent blood transfusions can alter expected % HbA1c values.

**ANA Cascading Reflex**
   ANA Screen                                   Negative              Negative

Antinuclear antibodies detected using the BioPlex 2200 ANA Screen multiplex immunoassay. A negative result indicates the absence of detectable antibodies to dsDNA, Chromatin, RNP, Sm/RNP, Sm, SSA, SSB, Jo-1, Centromere B, Scl-70 and Ribosomal P. A negative result should be interpreted in the context of the clinical picture and does not rule out autoimmune hepatitis and primary biliary cirrhosis.

| INFECTIOUS DISEASE |
|---|

**RPR Screen w/Reflex to RPR Titer**
   RPR Screen                                   Nonreactive           Nonreactive

**Tests Ordered:  Comprehensive Metabolic Panel; Iron and TIBC; Lipid Panel; ANA Cascading Reflex; CBC w/ Differential, w/ Platelet; CRP, High Sensitivity; Estradiol; FSH; Folate; GGT; Hemoglobin A1c With eAG; Rheumatoid Factor; RPR Screen w/Reflex to RPR Titer; T3 Free Non-Dialysis; T4 Free Non-Dialysis; TSH, High Sensitivity; Vitamin B12; Vitamin D, 25-Hydroxy, Total; Progesterone; Estrogen Total, Serum; DHEA Sulfate; Microsomal TPO Antibody; Testosterone, Total**

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| MCHC | 30.6  L | 31.0 - 37.0 | g/dL |
| Rheumatoid Factor | 14  H | ≤13 | IU/mL |

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 571728777-29497827

CareOS          Result Report          Produced by AutoDist On 10/21/2022 10:05 PM          All Rights Reserved

Page 5 of 6 pages

MARCUS AR003014

**Lincoln/Marcus 0821**

Jan 12 23, 12:38p       Wellness for life                                    6233220966                    p.52

## Report Status FINAL
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382


### Sonora Quest
### Laboratories
A Subsidiary of Laboratory Sciences of Arizona

   **Tonia Graham, FNP**

Patient Information:                                                    **MARCUS, LESLIE**

**Order #: 18116-A01116 / NL80664464**

| | | | | |
|---|---|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | DOB: | Age: 51Y-4M-18D | |
| ID/MR#: | Received: 10/16/2022  09:49 AM | Sex: F | Fasting: Unknown | |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022  10:01 PM | Patient Phone: | | |

| | | | | |
|---|---|---|---|---|
| **eGFRcr CKD-EPI** | 55 L | ≥60 | mL/min/1.73m2 | |
| **Cholesterol** | 223 H | ≤199 | mg/dL | |
| **Non-HDL Cholesterol** | 153 H | ≤129 | mg/dL | |
| **LDL Cholesterol, Calculated** | 135 H | ≤99 | mg/dL | |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as NL performed by: Quest Diagnostics Nichols Institute (SJC), 33608 Ortega Hwy, San Juan Capistrano, CA 92690 800.642.4657

### End of Report

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464  -  FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 571726777-29497827

CliniOS            Result Report            Produced by AutoDist On 10/21/2022 10:05 PM            All Rights Reserved

Page 6 of 6 pages

MARCUS AR003015

Jan 12 23, 12:38p    Wellness for life                          6233220966              p.53

Jun-16-2022 Thu 15:34:53 602-685-5401                                          002/010

**Report Status FINAL**
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

## Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**

**MARCUS, LESLIE S**

**Order #: 19077SO22-102-R0858 / NL74388735**

| Account: 19077 | Collected: 04/12/2022 04:50 PM | DOB: | Age: 50Y-10M-16D |
|---|---|---|---|
| ID/MR#: 3220726 | Received: 04/12/2022 10:26 PM | Sex: F | |
| | Reported: 04/13/2022 08:26 AM | Patient Phone: 4 | |

**CHEMISTRY**
Sjogren's Antibodies, SS-A(Ro) and SS-B(La)

| | RESULTS | REFERENCE RANGE & UNITS |
|---|---|---|
| SS-B (La) Antibody | Negative | Negative |
| SS-A (Ro) Antibody | Negative | Negative |

**Tests Ordered: Sjogren's Antibodies, SS-A(Ro) and SS-B(La)**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0858 / NL74388735 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 542944194-27353909

Autolims Version 4.8.0 On 06/16/2022                                          All Rights Reserved

MARCUS AR003016

**Lincoln/Marcus 0823**

Jan 12 23, 12:38p      Wellness for life                    6233220966                p.54

Jun-16-2022 Thu 15:35:16 602-685-5401                                        003/010

**Report Status FINAL**
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

## Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**

Patient Information

**MARCUS, LESLIE S**

**Order #: 190775022-102-R0857 / NL74388729**

| | | |
|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | DOB: |
| ID/MR#: 3220726 | Received: 04/12/2022 10:28 PM | Sex: F |
| | Reported: 04/16/2022 09:18 AM | Patient Phone: |

Age: 50Y-10M-16D
Fasting: No

| | RESULTS | REFERENCE RANGES | UNITS | |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| Protein, Total | 7.6 | 6.0 - 7.7 | g/dL | |
| Vitamin A (Retinol) | 63 | 38-98 | mcg/dL | SL |

**Clin Chem Vol. 34.No.8. pp1625-1628. 1998
Vitamin supplementation within 24 hours prior to
blood draw may affect the accuracy of results.
This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics. It has not been cleared or approved by the
FDA. This assay has been validated pursuant to the CLIA
regulations and is used for clinical purposes.

| | | | | |
|---|---|---|---|---|
| **Vitamin E (Tocopherol)** | | | | |
| Alpha-Tocopherol | 12.2* | | mg/L | SL |
| Beta-Gamma-Tocopherol | <1.0* | <4.4 | mg/L | SL |

*Alpha-Tocopherol:      Reference Range
5.7-19.9 mg/L
Levels of alpha-tocopherol <5 mg/L are
consistent with Vitamin E deficiency in
adults.
Vitamin supplementation within 24 hours prior to
blood draw may affect the accuracy of results.
This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics. It has not been cleared or approved by the
FDA. This assay has been validated pursuant to the CLIA
regulations and is used for clinical purposes.

*Beta-Gamma-Tocopherol:      This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics. It has not been cleared or approved by the
FDA. This assay has been validated pursuant to the CLIA
regulations and is used for clinical purposes.

| | | | | |
|---|---|---|---|---|
| **Protein Electrophoresis, Serum** | | | | |
| Albumin | 4.0 | 3.3 - 4.6 | g/dL | |
| Alpha-1-Globulin | 0.2 | 0.1 - 0.4 | g/dL | |
| Alpha-2-Globulin | 0.9 | 0.6 - 1.2 | g/dL | |
| Beta Globulin | 1.0 | 0.6 - 1.3 | g/dL | |
| Gamma Globulin | 1.5 | 0.6 - 1.8 | g/dL | |
| A/G Ratio | 1.1 | | | |
| PE Interpretation | See Comment* | | | |

*PE Interpretation:      Negative for monoclonal gammopathy.

Reviewed by: Dr. Kelly Wilhelms

Page 1 of 3

MARCUS AR003017

**Lincoln/Marcus 0824**

Jun-16-2022 Thu 15:35:35 602-685-5401                                     004/010

**Report Status FINAL**
Route 2032
   **HonorHealth Laboratory Thompson Peak**
   20745 N Scottsdale Rd
   Suite 125
   Scottsdale, AZ 85255


Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

   **Anne Hatch, DO**

Patient Information                                    **MARCUS, LESLIE S**

| | | **Order #: 19077SO22-102-R0857 / NL74388729** | |
|---|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | DOB:        / | Age: 50Y-10M-16D |
| ID/MR#: 3220726 | Received: 04/12/2022 10:28 PM | Sex: F | Fasting: No |
| | Reported: 04/16/2022 09:18 AM | Patient Phone: | |

**Free Kappa/Lambda w/ K/L Ratio,Protein Electrophoresis**

| | | | |
|---|---|---|---|
| Free Kappa Light Chain | 29.06 H | 3.30 - 19.40 | mg/L |
| Free Lambda Light Chain | 32.58 H | 5.71 - 26.30 | mg/L |
| Free Kappa/Lambda Ratio | 0.89* | 0.26 - 1.65 | |

*Free Kappa/Lambda
Ratio:

Interpretation: In serum, the kappa/lambda ratio of whole immunoglobulin molecules is 2:1, whereas the kappa/lambda ratio of free light chains is 1:1.5. The latter is attributed to the occurrence of lambda light chains as dimers whose serum half-life is approximately 3 times longer than that of monomeric kappa light chains. Excess production of kappa or lambda light chains alters the kappa/lambda ratio. Alterations that fall outside of the normal range are attributed to the presence of monoclonal light chains. Monoclonal light chains are found in serum of patients with multiple myeloma, the light chain variant of MM, Waldenstrom's macroglobulinemia, mu-heavy chain disease, primary amyloidosis, light chain deposition disease, monoclonal gammopathy of undetermined significance, and lymphoproliferative disease such as B-CLL. Measurement of free light chain concentration in serum is useful for diagnosis, prognosis, monitoring disease activity and following response to therapy of these disorders.

Chronic infection and chronic inflammatory diseases, as well as renal insufficiency, may be accompanied by a diffuse increase in both kappa and lambda free light chains, but the kappa/lambda ratio remains within the normal limits. The serum concentration of free light chains increases with age over 60 years; light chains may reach 50 mg/L in those 70-80 yrs of age; in these cases the kappa/lambda ratio still remains within normal limits.

Physicians, who are accustomed to the identification of clonal protein by electrophoretic means, may order immunofixation in addition to free light chain immunoassay. In rare instances, immunofixation may identify monoclonal light chain protein in the absence of abnormalities in the quantitative light chain immunoassays.

Katzman JA et al., Serum reference intervals and diagnostic ranges for free kappa and free lambda immunoglobulin light chains: Relative sensitivity for detection of monoclonal light chains. Clin Chem 2002,48:1437-1444.

**Tests Ordered: Vitamin A (Retinol); Vitamin E (Tocopherol); Free Kappa/Lambda w/Ratio, Protein Electrophoresis**

| **Values Outside of Reference Range** | | | |
|---|---|---|---|
| TEST | RESULT | REFERENCE RANGE | UNITS |
| Free Kappa Light Chain | 29.06 H | 3.30 - 19.40 | mg/L |
| Free Lambda Light Chain | 32.58 H | 5.71 - 26.30 | mg/L |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as SL performed by: Quest Diagnostics Nichols Institute (Valencia), 27027 Tourney Road, Valencia, CA 91355 800.421.4449

**End of Report**

MARCUS AR003018

Lincoln/Marcus 0825

Jan 12 23, 12:39p      Wellness for life                                    6233220966                      p.56

Jun-16-2022 Thu 15:35:58 602-685-5401                                                      005/010

## Report Status FINAL
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

Patient Information

**Anne Hatch, DO**                                                                  **MARCUS, LESLIE S**

**Order #: 19077SQ22-102-R0857 / NL74388729**

Account: 19077                Collected: 04/12/2022 04:50 PM    DOB:                 Age: 50Y-10M-16D
ID/MR#: 3220726              Received: 04/12/2022 10:28 PM    Sex: F               Fasting: No
                            Reported: 04/16/2022 09:18 AM    Patient Phone:

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0857 / NL74388729 – FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 542944197-27353909

Autolims Version 4.8.0 On 06/16/2022                                                All Rights Reserved

Page 3 of 3

MARCUS AR003019

**Lincoln/Marcus 0826**

Jan 12 23, 12:40p     Wellness for life                          6233220966              p.57

Jun-16-2022 Thu 15:35:59 602-685-5401                                   006/010

## Report Status FINAL
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255


Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**

Patient Information

**MARCUS, LESLIE S**

**Order #: 19077SQ22-102-F0096 / NL74388591**

| | | | | Age: 50Y-10M-16D |
|---|---|---|---|---|
| Account: 19077 | Collected: 04/12/2022  04:50 PM | DOB: | | |
| ID/MR#: 3220726 | Received: 04/12/2022  10:13 PM | Sex: F | | |
| | Reported: 04/16/2022  01:16 PM | Patient Phone: | | |

| TEST | RESULTS | REFERENCE RANGES | UNITS | PI |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| Vitamin K, Plasma | 210 | 130-1500 | pg/mL | SL |

Due to potential interferences, Vitamin K1 levels
cannot be determined in individuals taking Vitamin K2
supplements.
This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics. It has not been cleared or approved by the
FDA. This assay has been validated pursuant to the CLIA
regulations and is used for clinical purposes.

**Tests Ordered: Vitamin K, Plasma**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as SL performed by: Quest Diagnostics Nichols Institute (Valencia), 27027 Tourney Road, Valencia, CA 91355
800.421.4449

### End of Report

**MARCUS, LESLIE S Order #: 19077SQ22-102-F0096 / NL74388591 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 542944203-27353909

Autolims Version 4.8.0 On 06/16/2022                              All Rights Reserved

Page 1 of 1

MARCUS AR003020

**Lincoln/Marcus 0827**

Jan 12 23, 12:40p        Wellness for life                              6233220966              p.58

Jun-16-2022 Thu 15:36:45 602-685-5401                                              007/010

**Report Status FINAL**
Route 2032
  **HonorHealth Laboratory Thompson Peak**
  20745 N Scottsdale Rd
  Suite 125
  Scottsdale, AZ 85255



A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**

Patient Information:

**MARCUS, LESLIE S**

Account: 19077
ID/MR#: 3220726

Collected: 04/12/2022  04:50 PM
Received: 04/12/2022  10:16 PM
Reported: 04/20/2022  03:31 PM

**Order #: 19077SO22-102-A0097 / NL74388717**
DOB: (
Sex: F
Patient Phone:

Age: 50Y-10M-16D

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| **Cryoglobulin Screen** | | | | |
| Cryoglobulin | Negative | Negative | | |

**Tests Ordered: Cryoglobulin Screen**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

**MARCUS, LESLIE S Order #: 19077SQ22-102-A0097 / NL74388717 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                    Distribution #: 542944202-27353909

Autolims Version 4.8.0 On 06/16/2022                                            All Rights Reserved    * NETLIMS

Page 1 of 1

MARCUS AR003021

**Lincoln/Marcus 0828**

Jun-16-2022 Thu 15:37:23 602-685-5401                                                      009/010
**Report Status FINAL - COPY**
Route 2032
   **HonorHealth Laboratory Thompson Peak**
   20745 N Scottsdale Rd
   Suite 125
   Scottsdale, AZ 85255

   **Anne Hatch, DO**

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

                                         **MARCUS, LESLIE S**

**Order #: 19077SO22-102-R0859 / NL74388738**

| | | |
|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | **DOB:** / |
| ID/MR#: 3220726 | Received: 04/12/2022 10:36 PM | Sex: F |
| | Reported: 04/19/2022 11:31 PM | Patient Phone: |

Age: 50Y-10M-16D

**CHEMISTRY**

| | RESULTS | REFERENCE RANGES | UNITS | | |
|---|---|---|---|---|---|
| C3 Complement Component | 95 | 90 - 180 | mg/dL | | |
| C4 Complement Component | 23 | 16 - 47 | mg/dL | | |
| Glutamic Acid Decarboxylase-65 Antibody | <5 | <5 | IU/mL | | NL |

       This test was performed using the GAD65 ELISA method which is
       standardized against the International reference preparation 97/550.

**dsDNA Antibody**

| | | | | | |
|---|---|---|---|---|---|
|   dsDNA Antibody Index | 1.0 | ≤4.0 | IU/mL | | |
|   dsDNA Antibody Result | Negative* | Negative | | | |

*dsDNA Antibody
Result:

dsDNA Reference Range:
<=4.0 IU/mL  Negative
5.0-9.0 IU/mL  Indeterminate
>=10.0 IU/mL  Positive

**ANCA Screen with MPO and PR3 with reflex to ANCA Titer**

| | | | | | |
|---|---|---|---|---|---|
|   ANCA Screen w/Reflex to ANCA titer | NEGATIVE* | NEGATIVE | | | NL |
|   Myeloperoxidase Ab | <1.0* | <1.0 | AI | | NL |
|   Proteinase-3 Ab | <1.0* | <1.0 | AI | | NL |

*ANCA Screen w/Reflex
to ANCA titer:

ANCA Screen includes evaluation for p-ANCA, c-ANCA and atypical
p-ANCA. A positive ANCA screen reflexes to titer and pattern(s), e.g.,
cytoplasmic pattern (c-ANCA), perinuclear pattern (p-ANCA), or
atypical p-ANCA pattern. c-ANCA and p-ANCA are observed in vasculitis,
whereas atypical p-ANCA is observed in IBD (Inflammatory Bowel
Disease). Atypical p-ANCA is detected in about 55% to 80% of patients
with ulcerative colitis but only 5% to 25% of patients with Crohn's
disease.

*Myeloperoxidase Ab:

   <1.0 AI No Antibody Detected
> or = 1.0 AI Antibody Detected
Autoantibodies to myeloperoxidase (MPO) are commonly associated with
the following small-vessel vasculitides: microscopic polyangiitis,
polyarteritis nodosa, Churg-Strauss syndrome, necrotizing and
crescentic glomerulonephritis and occasionally granulomatosis with
polyangiitis (GPA, Wegener's). The perinuclear IFA pattern, (p-ANCA)
is based largely on autoantibody to myeloperoxidase which serves as
the primary antigen. These autoantibodies are present in active
disease.

*Proteinase-3 Ab:

   <1.0 AI No Antibody Detected
> or = 1.0 AI Antibody Detected
Autoantibodies to proteinase-3 (PR-3) are accepted as characteristic
for granulomatosis with polyangiitis (GPA, Wegener's), and are
detectable in 95% of the histologically proven cases. The cytoplasmic
IFA pattern, (c-ANCA), is based largely on autoantibody to PR-3 which

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0859 / NL74388738 - FINAL - COPY Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment        Distribution #: 542944191-27353909
Autolims Version 4.8.0 On 06/16/2022                        All Rights Reserved
Page 1 of 2 pages

MARCUS AR003022

**Lincoln/Marcus 0829**

Jun-16-2022 Thu 15:37:46 602-685-5401                                    010/010

Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

Patient Information                                **MARCUS, LESLIE S**

**Anne Hatch, DO**

**Order #: 19077SO22-102-R0859 / NL74388738**

| | | |
|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | DOB: |
| ID/MR#: 3220726 | Received: 04/12/2022 10:36 PM | Sex: F |
| | Reported: 04/19/2022 11:31 PM | Patient Phone: |

Age: 50Y-10M-16D

serves as the primary antigen. These autoantibodies are present in active disease.

**Tests Ordered: ANCA Screen with MPO and PR3 with reflex to ANCA Titer; dsDNA Antibody; C3 Complement Component; C4 Complement Component; Glutamic Acid Decarboxylase-65 Antibody**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as NL performed by: Quest Diagnostics Nichols Institute (SJC), 33608 Ortega Hwy, San Juan Capistrano, CA 92690
800.642.4657

Copy Report - Original Provider:  HonorHealth Laboratory Thompson Peak,  Hatch Anne M DO
**End of Report**

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0859 / NL74388738 - FINAL - COPY Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment              Distribution #: 542944191-27353909

Autolims Version 4.8.0 On 06/16/2022                                All Rights Reserved

Page 2 of 2 pages

MARCUS AR003023

**Lincoln/Marcus 0830**

Jan 12 23, 12:41p          Wellness for life                              6233220966                      p.61

Jun-16-2022 Thu 15:49:28 602-685-5401                                                          002/004
**Report Status FINAL - COPY**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382


### Sonora Quest Laboratories®
A Subsidiary of Laboratory Sciences of Arizona

**Tonia Graham, FNP**

| Patient Information: |
|---|
| **MARCUS, LESLIE S** |

| | | |
|---|---|---|
| Account: 18116 | Collected: 05/31/2022 12:59 PM | Order #: 181150000263 / NL76017026 |
| ID/MR#: MARCUSLE71 | Received: 05/31/2022 01:01 PM | DOB:               Age: 51Y-0M-4D |
| | Reported: 06/01/2022 05:41 PM | Sex: F            Fasting: Yes |
| | | Patient Phone |

**ORDER COMMENTS**
MARCUSLE71
FASTING

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| **CBC w/ Differential, w/ Platelet** | | | | |
| WBC | 5.2 | 4.0 - 11.0 | k/mm3 | |
| RBC | 4.53 | 3.70 - 5.40 | m/mm3 | |
| Hemoglobin | 13.3 | 11.5 - 16.0 | g/dL | |
| Hematocrit | 41.5 | 35.0 - 48.0 | % | |
| MCV | 91.6 | 78.0 - 100.0 | fL | |
| MCH | 29.4 | 27.0 - 34.0 | pg | |
| MCHC | 32.0 | 31.0 - 37.0 | g/dL | |
| Platelet Count | 342 | 130 - 450 | k/mm3 | |
| RDW(sd) | 43.8 | 38.0 - 49.0 | fL | |
| RDW(cv) | 12.9 | 11.0 - 15.0 | % | |
| MPV | 10.1 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 33.9* | | % | |
| Lymphocytes | 52.7 | | % | |
| Monocytes | 7.2 | | % | |
| Eosinophils | 4.3 | | % | |
| Basophils | 1.7 | | % | |
| Absolute Neutrophil | 1.75 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 2.72 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.37 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.22 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.09 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.2 | | % | |
| Absolute Immature Granulocytes | 0.01 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented          Automated Diff
Neutrophils:

| | | | | |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| **Homocysteine** | **18.7 H** | ≤12.0 | umol/L | |

Elevated homocysteine levels are a risk factor for vascular disease. The relative risk increases
as the homocysteine concentration increases. It is recommended to maintain homocysteine
levels below 10 umol/L in patients with vascular disease.

| | | | | |
|---|---|---|---|---|
| Vitamin B12 | 406 | 232 - 1245 | pg/mL | |

**MARCUS, LESLIE S Order #: 181150000263 / NL76017026 - FINAL - COPY Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment         Distribution #: 542949022-27354178

Autollms Version 4.8.0 On 06/16/2022                              Al: Rights Reserved     ‹: NETLIMS

Page 1 of 3 pages

MARCUS AR003024

**Lincoln/Marcus 0831**

Jun-16-2022 Thu 15:49:50 602-685-5401    003/004

Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382



Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

### Tonia Graham, FNP

Patient Information:

**MARCUS, LESLIE S**

| | |
|---|---|
| Account: 18116 | |
| ID/MR#: MARCUSLE71 | Collected: 05/31/2022 12:59 PM |
| | Received: 05/31/2022 01:01 PM |
| | Reported: 06/01/2022 05:41 PM |

**Order #: 181150000263 / NL76017026**
DOB:    Age: 51Y-0M-4D
Sex: F    Fasting: Yes
Patient Phone:

| | | | |
|---|---|---|---|
| Folate | 4.4 | ≥4.0 | ng/mL |

Serum for folate determinations should be collected as a fasting test.

**Comprehensive Metabolic Panel**

| | | | |
|---|---|---|---|
| Glucose | 88* | 70 - 99 | mg/dL |
| Urea Nitrogen (BUN) | 17 | 7 - 28 | mg/dL |
| Creatinine | 1.08 | 0.60 - 1.40 | mg/dL |
| eGFRcr CKD-EPI | 62* | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 15.7 | 10.0 - 28.0 | |
| Sodium | 141 | 135 - 145 | mmol/L |
| Potassium | 4.4 | 3.6 - 5.3 | mmol/L |
| Chloride | 107 | 98 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 23 | 20 - 31 | mmol/L |
| Anion Gap | 11 | 4 - 18 | |
| Protein, Total | 7.6 | 6.0 - 7.7 | g/dL |
| Albumin | 4.7 | 3.8 - 5.1 | g/dL |
| Globulin | 2.9 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.6 | 1.0 - 2.5 | |
| Calcium | 9.3 | 8.7 - 10.4 | mg/dL |
| Alkaline Phosphatase | 89 | 42 - 146 | IU/L |
| Alanine Aminotransferase | 17 | 5 - 46 | IU/L |
| Aspartate Aminotransferase | 19 | 11 - 40 | IU/L |
| Bilirubin, Total | 0.2 | ≤1.3 | mg/dL |

*Glucose:         Glucose reference range reflects fasting state.
*eGFRcr CKD-EPI:   eGFRcr calculated using the CKD-EPI 2021 equation

**Tests Ordered: CBC w/ Differential, w/ Platelet; Homocysteine; Folate; Vitamin B12; Comprehensive Metabolic Panel**

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| Homocysteine | 18.7 H | ≤12.0 | umol/L |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721

Copy Report - Original Provider: Wellness for Life, Graham Tonia L FNP
**End of Report**

Page 2 of 3 pages

MARCUS AR003025

**Lincoln/Marcus 0832**

Jan 12 23, 12:43p     Wellness for life                    6233220966              p.63

Jun-16-2022 Thu 15:50:13 602-685-5401                              004/004

**MARCUS, LESLIE S Order #: 181150000263 / NL76017026 - FINAL - COPY Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment        Distribution #: 542949022-27354178

Autolims Version 4.8.0 On 06/16/2022        All Rights Reserved        NETLIMS

Page 3 of 3 pages

MARCUS AR003026

**Lincoln/Marcus 0833**

Jan 12 23, 12:43p       Wellness for life                                      6233220966                    p.64

2/24/2022 8:56:38 am PST
TO:BECKY M ADMIN ASSISTANT ATTN:Call Center                    FROM:LabCorp TO:+16233220966                                    Page 1 of 3

| **Marcus, Leslie** | DOB: | **Patient Report** |  |
|---|---|---|---|
| Patient ID: **NI** | Age: **50** | Account Number: **02030710** | |
| Specimen .O:**048-610-1161-0** | Sex: **Female** | Ordering Physician:**T GRAHAM** | |

Ordered Items: **CBC With Differential/Platelet; Comp. Metabolic Panel (14); Lipid Panel; C-Reactive Protein, Cardiac; Vitamin D, 25-Hydroxy; Magnesium**

| Date Collected: **02/17/2022** | Date Received: 02/18/2022 | Date Reported: 02/18/2022 | Fasting: **Not Given** |
|---|---|---|---|

## CBC With Differential/Platelet

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| WBC[01] | 6.8 | | x10E3/uL | 3.4-10.8 |
| RBC[01] | 4.35 | | x10E6/uL | 3.77-5.28 |
| Hemoglobin[01] | 12.8 | | g/dL | 11.1-15.9 |
| Hematocrit[01] | 38.0 | | % | 34.0-46.6 |
| MCV[01] | 87 | | fL | 79-97 |
| MCH[01] | 29.4 | | pg | 26.6-33.0 |
| MCHC[01] | 33.7 | | g/dL | 31.5-35.7 |
| RDW[01] | 11.9 | | % | 11.7-15.4 |
| Platelets[01] | 317 | | x10E3/uL | 150-450 |
| Neutrophils[01] | 50 | | % | Not Estab. |
| Lymphs[01] | 38 | | % | Not Estab. |
| Monocytes[01] | 7 | | % | Not Estab. |
| Eos[01] | 3 | | % | Not Estab. |
| Basos[01] | 2 | | % | Not Estab. |
| Neutrophils (Absolute)[01] | 3.5 | | x10E3/uL | 1.4-7.0 |
| Lymphs (Absolute)[01] | 2.6 | | x10E3/uL | 0.7-3.1 |
| Monocytes(Absolute)[01] | 0.5 | | x10E3/uL | 0.1-0.9 |
| Eos (Absolute)[01] | 0.2 | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute)[01] | 0.1 | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes[01] | 0 | | % | Not Estab. |
| Immature Grans (Abs)[01] | 0.0 | | x10E3/uL | 0.0-0.1 |

## Comp. Metabolic Panel (14)

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| | Glucose[01] | 71 | | | mg/dL | 65-99 |
| | BUN[01] | 19 | | | mg/dL | 6-24 |
| ▲ | Creatinine[01] | 1.06 | High | | mg/dL | 0.57-1.00 |
| | eGFR If NonAfricn Am | 61 | | | mL/min/1.73 | >59 |
| | eGFR If Africn Am | 71 | | | mL/min/1.73 | >59 |

```
**In accordance with recommendations from the NKF-ASN Task force.**
Labcorp is in the process of updating its eGFR calculation to the
2021 CKD-EPI creatinine equation that estimates kidney function
without a race variable.
```

| | Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| | BUN/Creatinine Ratio | 18 | | | 9-23 |
| | Sodium[01] | 139 | | mmol/L | 134-144 |
| | Potassium[01] | 4.3 | | mmol/L | 3.5-5.2 |
| | Chloride[01] | 104 | | mmol/L | 96-106 |
| | Carbon Dioxide, Total[01] | 21 | | mmol/L | 20-29 |

**labcorp**

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

Date Created and Stored 02/18/22 1118 ET  **Final Report**  Page 1 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-788-9743

MARCUS AR003027

**Lincoln/Marcus 0834**

2/24/2022 8:56:38 am PST
TO:BECKY M ADMIN ASSISTANT ATTN Call Center                FROM LabCorp TO:+16233220966                Page 2 of 3

**Marcus, Leslie**                DOB:                **Patient Report**
Patient ID: NI                Age: 50
Specimen ID: 048-610-1181-0    Sex: Female

Account Number: 02030710
Ordering Physician: T GRAHAM

## Comp. Metabolic Panel (14) (Cont.)

| Test | Current Result | | | Units | Reference Interval |
|---|---|---|---|---|---|
| Calcium[01] | 9.2 | | | mg/dL | 8.7-10.2 |
| Protein, Total[01] | 7.5 | | | g/dL | 6.0-8.5 |
| Albumin[01] | 4.5 | | | g/dL | 3.8-4.8 |
| Globulin, Total | 3.0 | | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.5 | | | | 1.2-2.2 |
| Bilirubin, Total[01] | 0.3 | | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase[01] | 86 | | | IU/L | 44-121 |
| AST (SGOT)[01] | 16 | | | IU/L | 0-40 |
| ALT (SGPT)[01] | 12 | | | IU/L | 0-32 |

## Lipid Panel

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▲ | Cholesterol, Total[01] | 219 | High | | mg/dL | 100-199 |
| | Triglycerides[01] | 46 | | | mg/dL | 0-149 |
| | HDL Cholesterol[01] | 69 | | | mg/dL | >39 |
| | VLDL Cholesterol Cal | 8 | | | mg/dL | 5-40 |
| ▲ | LDL Chol Calc (NIH) | 142 | High | | mg/dL | 0-99 |

## C-Reactive Protein, Cardiac

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| C-Reactive Protein, Cardiac[01] | 0.70 | | | mg/L | 0.00-3.00 |

Relative Risk for Future Cardiovascular Event
Low       <1.00
Average   1.00 - 3.00
High      >3.00

## Vitamin D, 25-Hydroxy

| | Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|---|
| ▼ | Vitamin D, 25-Hydroxy[01] | 27.8 | Low | | ng/mL | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of
Medicine and an Endocrine Society practice guideline as a
level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D
insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference
   intakes for calcium and D. Washington DC: The
   National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
   Evaluation, treatment, and prevention of vitamin D
   deficiency: an Endocrine Society clinical practice
   guideline. JCEM. 2011 Jul; 96(7):1911-30.

## Magnesium

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| Magnesium[01] | 2.1 | | | mg/dL | 1.6-2.3 |

## labcorp

Date Created and Stored 02/18/22 1118 ET   **Final Report** Page 2 of 3

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-788-9743

MARCUS AR003028

Jan 12 23, 12:44p          Wellness for life                                    6233220966                    p.66

2/24/2022 8:56:38 am PST
TO:BECKY M ADMIN ASSISTANT ATTN:Call Center                    FROM:LabCorp TO:+16233220966                    Page 3 of 3

**Marcus, Leslie**                     DOB:                              **Patient Report**                     ⦿ **labcorp**
Patient ID: NI                         Age: 50
Specimen ID: 048-610-1161-0            Sex: Female                       Account Number: 02030710
                                                                         Ordering Physician: T GRAHAM

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
▲ Out of Reference Range    ■ Critical or Alert

**Performing Labs**
01: POLCA - Labcorp Phoenix 5005 S 40th Street Ste 1200, Phoenix, AZ, 85040-2969 Dir: Earle Collum, MD
For Inquiries, the physician can contact Branch: 888-522-2677 Lab: 800-788-9743

**Patient Details**
**Marcus, Leslie**

Phone:
Date of Birth:
Age: 50
Sex: Female
Patient ID: NI
Alternate Patient ID:

**Physician Details**
**T GRAHAM**
**Black Diamond Medical**
**20449 N Lake Pleasant Rd #101, Peoria, AZ,**
**85382**

Phone: 623-322-0099
Account Number: 02030710
Physician ID: GRAHAM
NPI: 1699108621

**Specimen Details**
Specimen ID: 048-610-1161-0
Control ID: AKA02030710
Alternate Control Number:
Date Collected: 02/17/2022 1616 Local
Date Received: 02/18/2022 0000 ET
Date Entered: 02/17/2022 2331 ET
Date Reported: 02/18/2022 1110 ET
Rte: 00

**labcorp**

Date Created and Stored 02/18/22 1118 ET  **Final Report** Page 3 of 3

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-788-9743

MARCUS AR003029

**Lincoln/Marcus 0836**

Jan 12 23, 12:44p          Wellness for life                                    6233220966                  p.67

**Report Status FINAL**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382



Sonora Quest Laboratories

A Subsidiary of Laboratory Sciences of Arizona

   **Tonia Graham, FNP**

| Patient Information: |
| --- |
|                                              **MARCUS, LESLIE S** |

Account: 18116
ID/MR#: MARCUSLE71

Collected: 11/22/2021  12:04 PM
Received: 11/22/2021  11:47 PM
Reported: 11/23/2021  07:53 AM

Order #: 181160000173 / NL68628655
DOB:                          Age: 50Y-5M-26D
Sex: F
Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | P_ |
| --- | --- | --- | --- | --- |

**CHEMISTRY**

**Protein Electrophoresis, Urine, 24 Hour***

Protein Electrophoresis, Urine, 24 Hour          Cancelled

*Protein
Electrophoresis, Urine,
24 Hour:

No measurable protein found in urine; protein electrophoresis not performed.

**Protein, Urine, Timed**
  Volume (mL):  581
  Duration (Hr):  24

| | | | |
| --- | --- | --- | --- |
| Protein, Urine, Timed | <6 | Not Established | mg/dL |
| **Protein, Urine, 24 Hour** | **See Comment  *** | ≤137 | mg/day |

*Protein, Urine, 24
Hour:

Unable to calculate the total amount of analyte in the urine collection because the
concentration of analyte is below the analytical measurement range.

**Tests Ordered:  Protein Electrophoresis, Urine, 24 Hour**

| Values Outside of Reference Range | | | |
| --- | --- | --- | --- |
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| Protein, Urine, 24 Hour | See Comment | ≤137 | mg/day |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some
pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the
entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

**MARCUS, LESLIE S Order #: 181160000173 / NL68628655 – FINAL Report**

L=Low, H=High, C=Critical Abnormal. CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 489154325-24044262

Autolims Version 4.8.0 On 11/23/2021

All Rights Reserved          NeTLIMS

Page 1 of 1 pages

MARCUS AR003030

**Lincoln/Marcus 0837**

Jan 12 23, 12:45p    Wellness for life                          6233220966                    p.68

Nov-14-2021 Sun 18:29:48 520.546.1239                                          001/002

 **Sonora Quest Laboratories**

A Subsidiary of Laboratory Sciences of Arizona

**424 S 56th Street**
**Phoenix, Arizona 85034**
**602.685.5000 | 800.766.6721**
**www.SonoraQuest.com**

### Fax Transmission Cover Sheet

**Confidentiality Statement:** The information contained in this facsimile is confidential information belonging to a CLIA licensed clinical laboratory and therefore may include personal patient health information. State Law prohibits further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or taking of any action in reliance on the contents of this information is strictly prohibited. *If you have received this Fax in error, please call the number above* and return the original message to us via the U.S. Postal Service. Thank you.

**Re-disclosure Statement for Federal Substance Abuse Cases:** This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by 42 CFR Part 2. The general authorization for the release of medical and other information is not sufficient for this purpose. The federal rules restrict the use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Re-disclosure Statement For Communicable Disease/HIV Cases:** This information is provided to you from confidential records which are protected by State Law that prohibits further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

| | | | |
|---|---|---|---|
| **Date:** | 11/14/2021 | **Time:** | 06:29 PM |
| **To:** | Wellness for Life | **Fax:** | 18662285038 |
| **Subject:** | Laboratory Information / Patient Results (1 Reports) | | |
| **From:** | Sonora Quest Laboratories | **Fax:** | 602-685-5401 |
| **Phone:** | 602-685-5050 | | |

MARCUS AR003031

**Lincoln/Marcus 0838**

Jan 12 23, 12:45p      Wellness for life                          6233220966              p.69

Nov-14-2021 Sun 18:29:49 520.546.1239                                          002/002
**Report Status FINAL**
Route 1019
    **Wellness for Life**
    20449 N Lake Pleasant Rd
    Suite 101
    Peoria, AZ 85382

    **Tonia Graham, FNP**                                       A Subsidiary of Laboratory Sciences of Arizona

| Patient Information: |
|---|
| **MARCUS, LESLIE S** |

| | **Order #: 181160000172 / NL68310506** |
|---|---|
| Account: 18116 | **DOB:**  Age: 50Y-5M-17D |
| **ID/MR#: MARCUSLE71** | **Sex:** F |

Collected: 11/13/2021  09:43 AM
Received: 11/13/2021  09:44 AM
Reported: 11/14/2021  06:29 PM
Patient Phone:

### ORDER COMMENTS
MARCUSLE71
FASTING

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| Jo-1 Antibody | Negative | Negative | | |
| **Sjogren's Antibodies, SS-A(Ro) and SS-B(La)** | | | | |
| SS-B (La) Antibody | Negative | Negative | | |
| SS-A (Ro) Antibody | Negative | Negative | | |

**Tests Ordered: Jo-1 Antibody; Sjogren's Antibodies, SS-A(Ro) and SS-B(La)**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

**MARCUS, LESLIE S Order #: 181160000172 / NL68310506  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment      Distribution #: 486849122-23899706

Autclims Version 4.8.0 On 11/14/2021                               All Rights Reserved      -t NETJMS

Page 1 of 1 pages

MARCUS AR003032

Jan 12 23, 12:46p       Wellness for life                                    6233220966                    p.70

Oct-22-2021 Fri 14:40:29 520.546.1239                                                       002/005
**Report Status FINAL**
Route 1019
  **Wellness for Life**
  20449 N Lake Pleasant Rd
  Suite 101
  Peoria, AZ 85382


Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Ordering Provider Unclear**

| Patient Information: |
| --- |
| **MARCUS, LESLIE** |

Account: 18116
ID/MR#:

Collected: 10/18/2021  05:10 PM
Received: 10/18/2021  11:25 PM
Reported: 10/22/2021  02:36 PM

Order #: 18116-A00092 / NL67284537
DOB:                    Age: 50Y-4M-21D
Sex: F                  Fasting: Yes
Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
| --- | --- | --- | --- | --- |
| **HEMATOLOGY** | | | | |
| **CBC w/ Differential, w/ Platelet** | | | | |
| WBC | 6.7 | 4.0 - 11.0 | k/mm3 | |
| RBC | 4.54 | 3.70 - 5.40 | m/mm3 | |
| Hemoglobin | 13.0 | 11.5 - 16.0 | g/dL | |
| Hematocrit | 41.8 | 35.0 - 48.0 | % | |
| MCV | 92.1 | 78.0 - 100.0 | fL | |
| MCH | 28.6 | 27.0 - 34.0 | pg | |
| MCHC | 31.1 | 31.0 - 37.0 | g/dL | |
| Platelet Count | 304 | 130 - 450 | k/mm3 | |
| RDW(sd) | 42.0 | 38.0 - 49.0 | fL | |
| RDW(cv) | 12.5 | 11.0 - 15.0 | % | |
| MPV | 10.1 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 43.3* | | % | |
| Lymphocytes | 46.8 | | % | |
| Monocytes | 6.1 | | % | |
| Eosinophils | 2.2 | | % | |
| Basophils | 1.3 | | % | |
| Absolute Neutrophil | 2.89 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 3.13 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.41 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.15 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.09 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.3 | | % | |
| Absolute Immature Granulocytes | 0.02 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented           Automated Diff
Neutrophils:

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
| --- | --- | --- | --- | --- |
| **CHEMISTRY** | | | | |
| Magnesium | 2.3 | 1.5 - 2.5 | mg/dL | |
| TSH, High Sensitivity | 1.39 | 0.45 - 4.50 | mU/L | |
| T3 Free Non-Dialysis | 2.6 | 2.0 - 4.8 | pg/mL | |
| T4 Free Non-Dialysis | 1.1 | 0.8 - 1.7 | ng/dL | |
| Vitamin B12 | 600 | 232 - 1245 | pg/mL | |
| Folate | 4.3 | ≥4.0 | ng/mL | |

Serum for folate determinations should be collected as a fasting test.

| | | | | |
| --- | --- | --- | --- | --- |
| Vitamin D, 25-Hydroxy, Total | 30.0 | ≥20.0 | ng/mL | |

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537  -  FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                 Distribution #: 479870416-23496061

Autolims Version 4.8.0 On 10/22/2021                                                  All Rights Reserved

Page 1 of 4 pages

MARCUS AR003033

**Lincoln/Marcus 0840**

Jan 12 23, 12:46p        Wellness for life                              6233220966                    p.71

Oct-22-2021 Fri 14:40:39 520.546.1239                                                      003/005

Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382


**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

**Ordering Provider Unclear**

| Patient Information: | |
|---|---|
| | **MARCUS, LESLIE** |

Account: 18116
ID/MR#:

| Order #: 18116-A00092 / NL67284537 | |
|---|---|
| Collected: 10/18/2021 05:10 PM | DOB: |
| Received: 10/18/2021 11:25 PM | Sex: F |
| Reported: 10/22/2021 02:36 PM | Patient Phone: |

Age: 50Y-4M-21D
Fasting: Yes

Vitamin D, 25-OH, Total:
<10 ng/mL Severe Deficiency
10 - 19 ng/mL Mild/Moderate Deficiency
20 - 50 ng/mL Optimum
51 - 150 ng/mL Increased Risk of Hypercalciuria
>150 ng/mL Possible Toxicity

Reference intervals apply to males and females, all ages.

Clinical decision values based on 2011 report by the Institute of Medicine (US).

**Iron and TIBC**

| | | | |
|---|---|---|---|
| Iron | 88* | 35 - 175 | ug/dL |
| TIBC | 298 | 250 - 400 | ug/dL |
| % Saturation | 30 | 15 - 45 | % |

*Iron:     The normal range is based on fasting specimens drawn before 10:00 AM. Iron levels have a diurnal fluctuation of up to 30%, peaking in the morning hours.

**Comprehensive Metabolic Panel**

| | | | |
|---|---|---|---|
| Glucose | 78* | 70 - 99 | mg/dL |
| Urea Nitrogen (BUN) | 18 | 7 - 28 | mg/dL |
| Creatinine | 1.18 | 0.60 - 1.40 | mg/dL |
| **GFR Estimated (Non-African American)** | **54 L** | ≥60 | mL/min/1.73m2 |
| GFR Estimated (African American) | 62 | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 15.3 | 10.0 - 28.0 | |
| Sodium | 140 | 135 - 145 | mmol/L |
| Potassium | 4.2 | 3.6 - 5.3 | mmol/L |
| Chloride | 104 | 98 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 22 | 20 - 31 | mmol/L |
| Anion Gap | 14 | 4 - 18 | |
| **Protein, Total** | **7.8 H** | 6.0 - 7.7 | g/dL |
| Albumin | 4.9 | 3.8 - 5.1 | g/dL |
| Globulin | 2.9 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.7 | 1.0 - 2.5 | |
| Calcium | 9.7 | 8.7 - 10.4 | mg/dL |
| Alkaline Phosphatase | 91 | 42 - 146 | IU/L |
| Alanine Aminotransferase | 14 | 5 - 46 | IU/L |
| Aspartate Aminotransferase | 18 | 11 - 40 | IU/L |
| Bilirubin, Total | 0.3 | ≤1.3 | mg/dL |

*Glucose:     Glucose reference range reflects fasting state.
Note: New reference range effective 9/27/2021.

**Lipid Panel**

| | | | |
|---|---|---|---|
| **Cholesterol** | **237 H** | ≤199 | mg/dL |
| Triglyceride | 57 | ≤149 | mg/dL |

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537  -  FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                 Distribution #: 479870416-23496061

Autolims Version 4.8.0 On 10/22/2021                                                  All Rights Reserved

Page 2 of 4 pages

MARCUS AR003034

**Lincoln/Marcus 0841**

Jan 12 23, 12:47p        Wellness for life                    6233220966              p.72

Oct-22-2021 Fri 14:40:50 520.546.1239                                  004/005
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101                                                Sonora Quest
Peoria, AZ 85382                                         Laboratories®
                                                         A Subsidiary of Laboratory Sciences of Arizona

**Ordering Provider Unclear**                            | Patient Information: |
                                                                              **MARCUS, LESLIE**

| Account: 18116 | Collected: 10/18/2021 05:10 PM | Order #: 18116-A00092 / NL67284537 |
| ID/MR#: | Received: 10/18/2021 11:25 PM | DOB: / | Age: 50Y-4M-21D |
| | Reported: 10/22/2021 02:36 PM | Sex: F | Fasting: Yes |
| | | Patient Phone: | |

| | | | |
|---|---|---|---|
| Cholesterol/HDL Ratio | 2.9 | ≤4.4 | |
| HDL Cholesterol | 83 | ≥50 | mg/dL |
| **Non-HDL Cholesterol** | **154 H** | ≤129 | mg/dL |
| **LDL Cholesterol, Calculated** | **141 H \*** | ≤99 | mg/dL |
| VLDL Cholesterol | 13 | ≤29 | mg/dL |

\*LDL Cholesterol, Calculated: LDL-C is calculated by using the Martin-Hopkins equation. (JAMA. 2013;310(19):2061-2068)

For moderately high risk and high risk cardiac patients, reference levels of <100 mg/dL and <70 mg/dL, respectively, should be considered. Circulation 2004; 110:227-239.

---

| INFECTIOUS DISEASE |

Herpes Simplex Virus 2 (IgG), w/ Reflex to          <0.90                    INDEX          MR
HSV-2 Inhibition

                    INDEX          INTERPRETATION
                    =============  ==================
                    <0.90          Negative
                    0.90 - 1.09    Equivocal
                    >1.09          Positive
            This assay utilizes recombinant type-specific
            antigens to differentiate HSV-1 from HSV-2
            infections. A positive result cannot distinguish
            between recent and past infection. If recent HSV
            infection is suspected but the results are
            negative or equivocal, the assay should be
            repeated in 4-6 weeks. The performance
            characteristics of the assay have not been
            established for pediatric populations,
            immunocompromised patients, or neonatal screening.
            For additional information, please refer to
            http://education.QuestDiagnostics.com/faq/FAQ118
            (This link is being provided for informational/
            educational purposes only).

**Herpes Simplex Virus 1/2 Ab (IgM), IFA w/Rflx Titer**
    HSV 1 IgM Screen              NEGATIVE                                     MR
    HSV 2 IgM Screen              NEGATIVE*                                    MR
    *HSV 2 IgM Screen:    REFERENCE RANGE: NEGATIVE
                    The IFA procedure for measuring IgM antibodies to HSV 1
                    and HSV 2 detects both type-common and type- specific
                    HSV antibodies. Thus, IgM reactivity to both HSV 1
                    and HSV 2 may represent crossreactive HSV antibodies
                    rather than exposure to both HSV 1 and HSV 2.
                    This test was developed and its analytical performance
                    characteristics have been determined by Quest Diagnostics
                    Infectious Disease. It has not been cleared or approved
                    by FDA. This assay has been validated pursuant to the

---

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 479870415-23496061
                                                                                          ⓒ NETLIMS
Autolims Version 4.8.0 On 10/22/2021                                     All Rights Reserved

Page 3 of 4 pages

MARCUS AR003035

**Lincoln/Marcus 0842**

Oct-22-2021 Fri 14:41:01 520.546.1239                                          005/005

Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

Patient Information:
                                                                                **MARCUS, LESLIE**

**Ordering Provider Unclear**

| | | Order #: 18116-A00092 / NL67284537 |
|---|---|---|
| Account: 18116 | Collected: 10/18/2021 05:10 PM | DOB:        /        Age: 50Y-4M-21D |
| ID/MR#: | Received: 10/18/2021 11:25 PM | Sex: F        Fasting: Yes |
| | Reported: 10/22/2021 02:36 PM | Patient Phone: |

CLIA regulations and is used for clinical purposes.

**Tests Ordered:** Comprehensive Metabolic Panel; Lipid Panel; Iron and TIBC; CBC w/ Differential, w/ Platelet; Folate; T3 Free Non-Dialysis; T4 Free Non-Dialysis; TSH, High Sensitivity; Vitamin D, 25-Hydroxy, Total; Vitamin B12; Magnesium; Herpes Simplex Virus 1/2 Ab (IgM), IFA w/Rflx Titer; Herpes Simplex Virus 2 (IgG), w/ Reflex to HSV-2 Inhibition

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| GFR Estimated (Non-African American) | 54 L | ≥60 | mL/min/1.73m2 |
| Protein, Total | 7.8 H | 6.0 - 7.7 | g/dL |
| Cholesterol | 237 H | ≤199 | mg/dL |
| Non-HDL Cholesterol | 154 H | ≤129 | mg/dL |
| LDL Cholesterol, Calculated | 141 H | ≤99 | mg/dL |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as MR performed by: Quest Diagnostics Infectious Disease, Inc., 33608 Ortega Highway, San Juan Capistrano, CA 92675 800.445.0185

**End of Report**

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                    Distribution #: 479870416-23496061

Autolims Version 4.8.0 On 10/22/2021                                    All Rights Reserved

Page 4 of 4 pages

MARCUS AR003036

Lincoln/Marcus 0843

Jan 12 23, 12:48p       Wellness for life                                    6233220966                    p.74

05/12/2021 10:11:34 AM  FROM: LABCORP LCLS BULK      TO: 8662285038    LABCORP           Page 1 of 1      r
TO:                                    Black Diamond Medical

# LabCorp                                                              **Patient Report**

**Specimen ID:** 131-610-2417-0                    **Acct #:** 02030710        **Phone:** (623) 322-0099    **Rte:** 00
**Control ID:** AH602030710

**MARCUS, LESLIE**                                 Black Diamond Medical
                                                   20449 N Lake Pleasant Rd #101
                                                   Peoria AZ 85382

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** | **Date collected:** 05/11/2021 0336 Local | **Ordering:** T GRAHAM |
| **Age(y/m/d):** 049/11/14 | **Date received:** 05/12/2021 | **Referring:** |
| **Gender:** F | **Date entered:** 05/12/2021 | **ID:** GRAHAM |
| **Patient ID:** NI | **Date reported:** 05/12/2021 1009 ET | **NPI:** 1699108621 |

**Ordered Items**
Comp. Metabolic Panel (14); Prolactin; PTH, Intact

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 71 | | mg/dL | 65-99 | 01 |
| BUN | 18 | | mg/dL | 6-24 | 01 |
| Creatinine | **1.09** | **High** | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 60 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 69 | | mL/min/1.73 | >59 | |

        \*\*Labcorp currently reports eGFR in compliance with the current\*\*
          recommendations of the National Kidney Foundation. Labcorp will
          update reporting as new guidelines are published from the NKF-ASN
          Task force.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 17 | | | 9-23 | |
| Sodium | 139 | | mmol/L | 134-144 | 01 |
| Potassium | 3.9 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 104 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 20-29 | 01 |
| Calcium | 9.4 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 7.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.8 | | g/dL | 3.8-4.8 | 01 |
| Globulin, Total | 3.1 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.5 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 88 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 18 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 15 | | IU/L | 0-32 | 01 |
| **Prolactin** | 16.4 | | ng/mL | 4.8-23.3 | 01 |
| **PTH, Intact** | 24 | | pg/mL | 15-65 | 01 |

| 01  PD_CA  LabCorp Phoenix | Dir: Earle Collum, MD |
|---|---|
| 5005 S 40th Street Ste 1200, Phoenix, AZ 85040-2969 | |

For inquiries, the physician may contact Branch: 888-522-2677 Lab: 800-788-9743

Date Issued: 05/12/21 1009 ET                    **FINAL REPORT**                              Page 1 of 1

This document contains private and confidential health information protected by state and federal law.    © 1995-2021 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 615-366-0313    All Rights Reserved · Enterprise Report Version: 1.00

MARCUS AR003037

**Lincoln/Marcus 0844**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: February 1, 2023 | |
| To:  LISA COUNTERS<br>SCHIFFMAN LAW OFFICE, P.C.<br>4506 NORTH 12TH STREET<br>PHOENIX, AZ 85014 | |
| Attn:  Lisa Counters | |
| Fax:  (602) 266-0141 | |
| From:  Keisha Scales<br>Claims Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):   3 | |
| RE:<br><br>Claim #:   9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 0845**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 1, 2023

Lisa Counters
Schiffman Law Office, P.C.
4506 NORTH 12TH STREET
PHOENIX,, AZ 85014

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus

Dear Lisa Counters:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour's Beatty Investments's Group Disability Policy. We are writing in reference to Ms. Marcus' claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on her LTD claim on January 27, 2023.

We understand this is all of the information you intend to submit for our consideration of your LTD appeal.  Consequently, Ms. Marcus' file has been forwarded to Lincoln's Claims Resolution Services for a full, and fair review.

I will be your dedicated Appeal Specialist.  If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14099. You may also contact me via fax as listed below or via email to DisabilityDocuments@lfg.com.

To assist us in evaluating Ms. Marcus' eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Physician. We anticipate a response from the reviewing Board Certified Physician in approximately 30 days.  If there is an unexpected delay in receiving a response, we will contact you.  Otherwise, we will proceed with our review of her appeal once the response is received.  We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review

**Lincoln/Marcus 0846**

was received, excluding any days in which we are waiting for you to submit documentation.  We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Keisha Scales
Claims Resolution Specialist
Phone No.: (888) 437-7611 Ext. 14099
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 0847**

**You have the right to receive an accounting of certain disclosures we have made, if any, of your PHI.** Your request for an accounting must be submitted in writing. If we use or maintain an electronic health record for you, you may get a list of the disclosures we have made, if any, of your electronic health record for three years prior to the date of your request. For accountings that do not include disclosures made through an electronic health record, the request may not cover a time period longer than six years from the date of the request.

**You have the right to be notified of a breach.** You have the right to be notified in the event that we (or one of our Business Associates) discover a breach of your unsecured PHI. Notice of any such breach will be made in accordance with federal requirements.

**You have the right to obtain a paper copy of this notice** from us, upon request, even if you have agreed to accept this notice alternatively *i.e.* electronically.

This notice was published and becomes effective on/or before July 1, 2021. We reserve the right to change the terms of this notice and will inform you by mail of any changes. You then have the right to object or withdraw as provided by this notice. You can also request a copy of this notice at any time.

**Complaints** You may complain to us or to the Secretary of the Department of Health and Human Services if you believe your privacy rights have been violated by us. **We will not retaliate against you for filing a complaint.**

We are required by law to maintain the privacy of PHI and to provide individuals with this notice of our legal duties and privacy practices with respect to PHI

Signature below is acknowledgment that you have read and understand our Privacy Practices.

Patient Name: ___LESLIE MARCUS___ DOB: _

Signature: _____ Date: _09|08|21_

# Release of Information

I ___Leslie Marcus___ hereby authorize CNS/PPI to release or discuss all information pertaining to myself or my medical records with the following people.

Name: ___Clay Cornwell___ Relationship: ___husband___ Phone Number: _

Name: ___Tonia Graham___ Relationship: ___PCP___ Phone Number: _

Name: _____ Relationship: _____ Phone Number: _____

I authorize CNS/PPI to contact me at:

Cell Phone _____ _____ Home Phone: ___n|a___

May we leave a message or text? __X_Yes ____ No

Patient Signature _____ Date ___09|02|21___

MARCUS AR002938

**Lincoln/Marcus 0848**

**You have the right to receive an accounting of certain disclosures we have made, if any, of your PHI.** Your request for an accounting must be submitted in writing. If we use or maintain an electronic health record for you, you may get a list of the disclosures we have made, if any, of your electronic health record for three years prior to the date of your request. For accountings that do not include disclosures made through an electronic health record, the request may not cover a time period longer than six years from the date of the request.

**You have the right to be notified of a breach.** You have the right to be notified in the event that we (or one of our Business Associates) discover a breach of your unsecured PHI. Notice of any such breach will be made in accordance with federal requirements.

**You have the right to obtain a paper copy of this notice** from us, upon request, even if you have agreed to accept this notice alternatively *i.e.* electronically.

This notice was published and becomes effective on/or before July 1, 2021. We reserve the right to change the terms of this notice and will inform you by mail of any changes. You then have the right to object or withdraw as provided by this notice. You can also request a copy of this notice at any time.

**Complaints** You may complain to us or to the Secretary of the Department of Health and Human Services if you believe your privacy rights have been violated by us. **We will not retaliate against you for filing a complaint.**

We are required by law to maintain the privacy of PHI and to provide individuals with this notice of our legal duties and privacy practices with respect to PHI

Signature below is acknowledgment that you have read and understand our Privacy Practices.

Patient Name: LESLIE MARCUS        DOB: __

Signature: _____    Date: 09/08/21

# Release of Information

I _LESLIE Marcus_____ hereby authorize CNS/PPI to release or discuss all information pertaining to myself or my medical records with the following people.

Name: _Clay Cornwell_____ Relationship: _Husband____ Phone Number: _____ 1 __

Name: _Tonia Graham_____ Relationship: _PCP___ Phone Number: _____

Name: _____ Relationship: _____ Phone Number: _____

I authorize CNS/PPI to contact me at:

Cell Phone ____                                    Home Phone: _n/a_____

May we leave a message or text? __X__Yes ____ No

Patient Signature _____  Date _09/02/21_____

MARCUS AR002938

**Lincoln/Marcus 0849**

| | |
|---|---|
| **From:** | DisabilityDocuments |
| **Sent:** | Friday, January 27, 2023 12:49 PM |
| **To:** | SA-EMLRIP114-P |
| **Subject:** | FW: Leslie Marcus |

**From:** Breann Henry <breann@schiffmanlaw.com>
**Sent:** Friday, January 27, 2023 5:48:17 PM (UTC+00:00) Monrovia, Reykjavik
**To:** DisabilityDocuments <DisabilityDocuments@lfg.com>
**Subject:** Leslie Marcus

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good morning,

Please find the attached for Leslie Marcus.

*Breann Henry*

*Legal Assistant*

4506 N. 12th Street

Phoenix, AZ 85014-4246

Voice: (602) 266-2667 Ext. 129 ■ Fax: (602) 266-0141

breann@schiffmanlaw.com

**NON-CLIENT DISCLAIMER**:  Thank you for your inquiry regarding possible representation. Our initial evaluation and communications regarding your matter are to enable us to understand the nature of your matter and to determine whether we will be

**Lincoln/Marcus 0850**

able to assist you. Before the Firm can provide legal advice, and before an attorney-client relationship is formed, the Firm must have a signed fee agreement. Our communications do not create an attorney-client relationship and are not legal advice that you can rely on in your case. You are responsible for meeting any deadlines or statutes of limitations.

**CONFIDENTIALITY NOTICE**:  IF YOU ARE A CLIENT, do not forward or otherwise share this email as it may affect your attorney-client privilege. The State Bar of Arizona requires attorneys to notify all e-mail recipients that: (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by any or all computers through which it passes as it is transmitted; and (3) persons not participating in our communication may intercept our communications by improperly accessing either of our computers or another computer unconnected to either of us through which the e-mail is passed. I am communicating with you by e-mail with your consent. Please advise me immediately if you do not wish to continue to use e-mail for communication.

This e-mail message and any attachments contains information which is confidential and privileged and is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by calling 602-266-2667 or 800-545-7372 or by reply e-mail, and destroy all copies of the message. Thank you.

**COVID-19 Response**. Schiffman Law is committed to providing seamless service to our clients during these uncertain times. Our office remains open from 8:30-12 and 1-5, however, we are running with minimal staff in order to decrease the risk of community spread. The remaining members of our firm (attorneys and staff) are working remotely. Be assured that we will receive and respond to your email. We are operating as efficiently as possible under the circumstances and appreciate your patience.

23-01-27 Marcus
Appeal.pdf

**Lincoln/Marcus 0851**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

---

**ALAN M. SCHIFFMAN\***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

January 27, 2023

**via FACSIMILE (603) 334-0401 & EMAIL disabilitydocuments@lfg.com**

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

       Re:     Leslie Marcus
       Claim No.: 9303113

Dear Appeal Review Unit:

This letter constitutes Leslie Marcus' appeal of Lincoln's denial of her long-term disability ("LTD") benefits dated August 12, 2021. (MARCUS AR ("AR") at 71-75).[1] The denial is based on a non-examining paper reviewer and Lincoln's misrepresentation of Leslie's treating provider's opinions. It ignores the clinical evidence that supports her claim. Even though Lincoln does not dispute Leslie's diagnoses, Lincoln refuses to recognize the extent they limit Leslie and her ability to be reliably employed on a full-time basis.

## LESLIE'S MEDICAL CONDITIONS

*Myalgic Encephalitis/Chronic Fatigue Syndrome*

CFS is a multi-systemic disease, organic in origin, where the primary symptom is extreme, debilitating fatigue. While there are many suspected causes of the disease, there is currently no definitive etiology. Reports have appeared in the medical literature of disorders resembling CFS for

---

[1] The claim file and additional submissions will be forwarded via Priority Mail.

**STATE BAR CERTIFIED SPECIALIST:  WORKERS' COMPENSATION\***

**Lincoln/Marcus 0852**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 2

at least a century, but serious research has only been directed at this disorder for about a decade. After the publication of more than 600 scientific articles on CFS, the Centers for Disease Control ("CDC") published a case definition in 1994:

> 1.      Clinically evaluated, unexplained persistent or relapsing chronic fatigue that is of new or definite onset (has not been lifelong); is not the result of ongoing exertion; is not substantially alleviated by rest; and results in substantial reduction in previous levels of occupation, educational, social or personal activities; and

> 2.      The concurrent occurrence of four or more of the following symptoms, all of which must have persisted during 6 or more consecutive months of illness and must not have predated the fatigue: substantial impairment in short-term memory or concentration; sore throat; tender lymph nodes; muscle pain; multi-joint pain without swelling or redness; headaches of a new type, pattern or severity; unrefreshing sleep; and post-exertional malaise lasting more than 24 hours.

The diagnosis of CFS requires the presence of both major criteria and at least four of 11 symptomatic minor criteria, and at least two of the three objective minor criteria (or both major criteria and 8 of 11 symptomatic minor criteria).[2]

This criterion effectively discriminates between CFS patients and patients suffering from fatigue due to other causes based on a 369-patient study.[3] Leslie's condition falls squarely within the diagnostic criteria established by the CDC for CFS, and her treating doctors have certified that she is suffering from the disease and cannot work.

Demographic studies funded by the CDC have shown that the disease is most likely to break out in the middle, most productive years of life. After five years, most CFS patients studied remained disabled at below 50% of normal functioning. Ten years after onset, 45% of patients remained so disabled. Some eventually improved to the 50% pre-illness functioning level, others deteriorated, and others maintained a condition that never changed. This is not a short-term illness from which one can take short-term leave and then return to "normal" life.

---

[2] Fukuda, K, et al. The Chronic Fatigue Syndrome: A Comprehensive Approach to Its Definition and Study. Annals of Internal Medicine. 1994; 121: 953-9.

[3] Goldenberg, D. Fibromyalgia, chronic fatigue, and myofascial pain syndrome. Curr Op Rheumatol. 1997; 9: 135 - 143 citing Komaroff, AL, et al. An examination of the working case definition of chronic fatigue syndrome. Am J Med. 1996; 100: 56-64.

**Lincoln/Marcus 0853**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 3

These early clinical impressions have now been confirmed by longitudinal medical research involving significant CFS/ME patients. Four studies have been examined in a paper by Donald Schopflocher, Ph.D. The percentage of CFS patients in these studies who showed no recovery ranged from 37% to 64%, with a total proportion of 55.6%. The small percentage of individuals who showed complete recovery – 6.2% –was equally alarming 6.2%.

While pharmacologic therapies are available, the most frustrating and debilitating symptoms of CFS do not respond to pharmacologic therapy:[4]

**Box 1: Symptoms for which there is no pharmacological therapy**

- Fatigue: the hallmark of CFS/ME, which is chronic and disabling. It is not somnolence (sleepiness) and if somnolence is present, an alternative diagnosis, such as sleep apnoea, should be considered.
- "Payback": post exertional malaise defined as worsening of symptoms after excess exertion.
- "Brain fog": cognitive impairment, including low grade confusion and memory loss.
- Lymphadenopathy: a common complaint from patients, if not attributable to any other source, cannot be treated pharmacologically.
- Frequent upper respiratory tract infections: there is no role for prophylactic or frequent therapeutic antibiotics, unless there is convincing evidence of an acute bacterial infection.

Source: British Association of CFS/ME (BACME) guide for therapy and symptoms management in CFS/ME

Leslie was diagnosed with CFS on January 30, 2020 by Dr. Larry Bergstrom, a Mayo Clinic physician. (AR at 275-280). She began reporting related symptoms in February 2019. During her visit with Dr. Bergstrom, Leslie reported profound fatigue, post-exertional malaise, brain fog, widespread musculoskeletal pain, breathlessness, dizziness, and episodes of syncope. Nurse practitioner Tonia Graham has continued to document the "lethargy, malaise, and exercise intolerance" that Leslie experiences (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09). As of an October 20, 2022 office visit, NP Graham noted that Leslie "lacks endurance and strength" (AR at 2966-69). All of Leslie's doctors concur that she suffers from CFS. Lincoln agreed with this diagnosis for 24 months and then determined that she no longer experienced any limitations.

---

[4] Lawrence, J. "Fresh Evidence Points to a cause and possible treatments for chronic fatigue syndrome," The Pharmaceutical Journal (July 15, 2016)

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 4

Leslie's medical records contain numerous references regarding her diagnosis of CFS and the expected symptoms. This diagnosis is supported not only by her treating physicians, but by Lincoln's own peer reviewers (AR at 66-69, AR at 1919-1920, AR at 2064-65). Lincoln cannot disregard the effects of constant, chronic and debilitating fatigue on Leslie's inability to perform the duties of her occupation as a Regional Property Manager or any other occupation.

*Postural Orthostatic Tachycardia Syndrome ("POTS")*
*Autonomic Dysfunction*

The primary symptom of POTS is lightheadedness and fainting.[5] For patients who suffer from POTS, lightheadedness or fainting is accompanied by a sharp increase of more than 30 beats per minute, or a heart rate that exceeds 120 beats per minute within 10 minutes of rising from lying or sitting to a standing position. Although anyone can develop POTS, 75-80% of the patients who suffer from this disorder are women between the age of 15-50. (*Id.*) POTS typically follows a relapsing-remitting course that can last for years. (*Id.*) Some women have noted that they experience increased symptoms associated with POTS right before their monthly periods. POTS often begins after major surgery, trauma, pregnancy or viral illness. (*Id.*) POTS often makes patients unable to exercise because engaging in such activity brings on fainting spells or dizziness.

Heart rate and blood pressure work together to keep the blood flowing at a healthy pace, regardless of the body's position.[6] People who suffer from POTS cannot regulate the balancing of blood vessel squeeze and heart rate response, which means that blood pressure cannot be kept stable. Common symptoms of POTS include:

- High/low blood pressure
- Racing heart rate
- Lightheadedness especially upon standing up, prolonged sitting in one position or long walks
- Fainting
- Chest pain
- Exhaustion/fatigue
- Temperature deregulation
- Nervous, jittery feeling
- Forgetfulness and trouble focusing (brain fog)

---

[5] https://www.ninds.nih.gov/Disorders/All-Disorders/Postural-Tachycardia-Syndrome-Information-Page.
[6] https://my.clevelandclinic.org/health/diseases/16560-postural-orthostatic-tachycardia-syndrome-pots

**Lincoln/Marcus 0855**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 5

- Blurred vision
- Headaches and body pain (flu-like)
- Insomnia and frequent waking, racing heart rate during sleep
- Exercise intolerance

(*Id.*) People with POTS may exhibit some or all of these symptoms.

While tilt table testing may be the gold standard in the diagnosis and evaluation of POTS, it is by no means infallible.[7] According to a study from Vanderbilt University Medical Center, tilt table testing is plagued by both false-positive and false-negative testing results. Clinical history and physical examinations are the most important criteria for patients with syncope and other POTS symptoms. *Id.* Tilt table tests are negative approximately 32% of the time.[8] Leslie's tilt table test was invalid, because she was taking a beta-blocker on the day of her test. Despite the negative result, her physicians have diagnosed her with autonomic neuropathy. (E.g., AR at 303-11; 786-89; 256-58, )

Leslie was seen by Dr. Diana Synder at Mayo on November 14, 2019 (AR at 366-375). Dr. Synder first noted POTS associated with a possible motility disorder due to Leslie's lightheadedness, syncope, and long-term constipation. On January 30, 2020, Dr. Bergstrom diagnosed Leslie with POTS and recognized symptoms including lightheadedness, low blood pressure, fatigue, musculoskeletal pain, and atrial flutter

On January 30, 2020, Dr. Bergstrom noted that Leslie likely met the criteria for Ehlers-Danlos Syndrome due to her hypermobility., (AR at 275-280). Dr. Bergstrom noted that hypermobility was associated with widespread musculoskeletal pain and fatigue, such as CFS/ME. On September 3, 2020, Leslie was seen at Mayo for a Nutrition Consultation to address poor oral intake related to POTS, Ehlers-Danlos Syndrome, and significant nausea (AR at 2010-11). NP Graham has continued to document Leslie's POTS symptoms, including dizziness, fatigue, brain fog, forgetfulness, exercise intolerance, headaches, and insomnia (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09).

---

[7] https://ww2.mc.vanderbilt.edu/adc/4789
[8] Huh, T., et al. Orthostatic Symptoms Does not Always Manifest During Tilt-Table Test in Pediatric POTS Patients, Korean Journal of Pediatrics 2013:56(1):32-36

**Lincoln/Marcus 0856**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 6


Leslie's medical records contain numerous references to her multiple problems caused by autonomic dysfunction.

*Nausea & Gastroparesis*

Throughout her illness, Leslie has continually complained about nausea and problems with vomiting. Over the years since she stopped working, her weight has fluctuated dramatically to the point that she is very underweight. Initial claim notes document Leslie's nausea and vomiting. (AR at 19) Treatment notes from the Mayo dietician recorded poor oral intake and significant nausea. (AR at 2010-11)

November 14, 2019, reported nausea with vomiting 3-4 times per week. She experiences early satiety and bloating. Persistent reflux that Protonix has not helped. (AR at 366-75) Leslie reported difficult keeping food down for 9-12 months, when she was seen in the emergency room in January 2019. (AR at 834-47) An upper GI on January 26, 2019, was interpreted as chronic gastritis. (AR at 858-60) A subsequent upper GI on April 14 2019, also documented chronic gastritis. In her January 22, 2021 OVN with NP Graham, Leslie reported feeling ill in the morning, and having nausea and vomiting. (AR at 699) On May 9, 2021, Leslie reported that she feels sick if she eats in the morning. (AR at 703) Any bending or up and down movement of her head causes nausea. (AR at 704) The nausea improved when she lies down. (*Id.*) She reported remaining chronically nauseated on May 11, 2021. (AR at 709)

She gained 50 pounds while taking Protonix, going from 114 to 157 pounds. (AR at 709) The earliest weight in the record shows 146.6 pounds in May 2019. Between November 22, 2019 and October 26, 2020, Leslie lost 18.8 pounds. (AR at 1073, 712) Her last recorded weight in the chart is dated May 11, 2020, where she is 103 pounds. January 22, 2021, NP Graham reported she was too thin, her weight was 111.6 pounds and her BMI was 18.6, falling right between normal and underweight (AR at 696-700) At 103 pounds, Leslie's BMI is 17.1% and she is underweight.


## LINCOLN'S OCCUPATIONAL ANALYSIS

Leslie worked for Balfour Beatty Investments as a Regional Property Manager before she became disabled. While Lincoln approved Leslie's benefits under the mental-nervous

**Lincoln/Marcus 0857**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 7

limitation, it terminated them based on its determination that she was not disabled under the any occupation disability definition. Lincoln agreed Leslie was disabled from her occupation when it paid all the own occupation benefits due (AR at 1). Leslie's diagnoses and symptoms have not changed, and her restrictions and limitations have neither changed, nor improved (AR at 688-90). The physical demands of Leslie's job are light. Leslie can sit for less than two hours, stand for less than 5-10 minutes, and walk for less than one minute. Leslie cannot bend or carry anything, and her short bursts of energy are followed by post-exertional malaise.

Lincoln's August 12, 2021 denial letter lists three occupations it believes Leslie can perform. Lincoln classified her own occupation as light and determined she could perform at the light level.       Lincoln's vocational analysis accepts the physical limitations noted by peer reviewer, Dr. Sharon J. Obadia (AR at 66-69). These limitations, allegedly based on a conversation with nurse practitioner Tonia Graham, follow:

- Lifting/carrying up to 10 pounds occasionally;
- Sitting over 50% of the time;
- Standing/walking occasionally;
- No lifting overhead; and
- To clarify, the claimant can sit over 50% of the time.

Dr. Obadia concluded Leslie was capable of a greater functional capacity than she reported both on her claim forms and to her medical providers. (AR at 71-75, AR at 66-69). Presumably her conclusion is based on a single investigative report as evidence of Leslie's greater functional capacity, yet the May 25, 2021 only documents that Leslie goes to the doctor and is even driven by someone else (AR at 1527-37). Through Leslie's social media, investigators could only find that she takes photos of her dogs and surroundings when she is outside (AR at 1539-51, 59-63, 72-78, 81-82, 87-88, 1604). Those photos nearly always depict Leslie from a stationary position, or vantage point considering she is rarely in the photo, and there are no videos or captions that indicate she was partaking in any sort of rigorous physical activity (AR at 1564-71). When she is able, Leslie will ride on her husband's motorcycle.

Lincoln's assessment contradicts the claim forms completed by Leslie on June 17, 2021 (AR at 71-75). Lincoln asserts that Leslie is "currently and permanently capable of full-time work activity" given those restrictions, yet this conclusion undermines and ignores the very nature of CFS and its effects on her various other medical conditions (*Id.*) Leslie's

**Lincoln/Marcus 0858**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 8

related symptoms, i.e., EDS, paroxysmal atrial fibrillation, POTS, small fiber neuropathy, gastroparesis, Irritable Bowel Syndrome, and sleeping disorder, interfere with her ability to work reliably. CFS exacerbates Leslie's other conditions and makes working even a sedentary full-time job impossible.

While Leslie might be able to lift 10 pounds occasionally or sit/stand in an office long enough to "perform" one of the three jobs Lincoln listed, her CFS leaves her too fatigued and exhausted to *sustain* the activity. In Dr. Obadia's phone call with Tonia Graham, Tonia also noted Leslie was limited by her cervical spine degenerative disc disease and that she experienced memory loss (AR at 124-127). Tonia also noted that Leslie brings her significant other to appointments and that he provides information when Leslie is struggling with her memory (*Id.*). In addition to Tonia's recognition of Leslie's memory loss, Tonia provided a referral for neuropsychological testing. Neuropsychologist and licensed clinical psychologist Dr. Dane A. Higgins, of CNS Memory Clinic, completed a neuropsychological evaluation on November 15, 2021. Dr. Higgins determined that Leslie has been experiencing increasing deficits in memory and cognitive function at a steeper rate of decline in the last few years (AR at 2908-2929). Dr. Higgins documented Leslie's experience and difficulty with the following:

- Remembering names;
- Misplacing items;
- Repeating herself and forgetting her own thought processes mid-sentence;
- Remembering what she read;
- Recalling recent and past events;
- Learning new information and even performing once-familiar tasks;
- Easily distracted and difficulty with concentration;
- Decreases in clarity of thinking and processing speed;
- Easily confused (unable to recall the date after waking up);
- Planning and organizing; and
- Sense of direction (forgets her intended destination and gets lost while driving).

Following Dr. Higgins's evaluation, Leslie was diagnosed with Memory Loss and Dementia without Behavioral Disturbance (*Id.*). On the Global Deterioration Scale, Leslie was placed at Stage 4 of 7 with her exhibiting moderate cognitive decline and a mild level of dementia (*Id.*).

**Lincoln/Marcus 0859**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 9


Lincoln's vocational analysis relied only on Dr. Obadia's limitations and did not consider the limitations placed on her by her treating physician nor the limitations that would be imposed from her neuropsychological evaluation. When Lincoln reviewed her claim at the 24-month mental/nervous limitation and any occupation change in definition, she reviewed her claim by Dr. Obadia and relied on her conclusions to determine Leslie was capable of sedentary work. Lincoln does not consider the cognitive and mental demands of any of the alleged other occupations. The vocational analysis determined Leslie's transferrable skills as follows:

- Applying math skills to read and interpret business and statistical reports and records;
- Analyzing and interpreting administrative policy and procedure;
- Planning and organizing work of others;
- Making decisions based on business reports or similar data;
- Speaking and writing clearly;
- Preparing budgets, keeping records, and inventory stock and dealing tactfully and courteously with the public, employees, or government officials; and
- Extensive knowledge of real estate practices and procedures.

Leslie's medical conditions render her unable to perform these transferable skills. Lincoln identifies three "occupations" that Leslie can perform: Title Search Manager, Employment Manager, and Sales Manager. These occupations are all sedentary but require analytical thinking, managing others, communicating with customers and personnel, and the ability to do so consistently, which Leslie cannot do.

## LINCOLN'S CLAIM HANDLING

Lincoln received Marcus's long-term disability claim on September 10, 2019. (AR at 1). Lincoln approved Marcus's claim by letter dated November 19, 2019 (AR at 2297-2301). Benefits were paid through November 2021. During that time, Lincoln had Leslie's claim reviewed by two internal medicine doctors, Dr. Dirlam and Dr. Obadia. Dr. Dirlam's paper reviews supported Leslie's CFS diagnosis and concluded that she could not work a sedentary job. It was not until Dr. Obadia's single paper review that Lincoln could find someone to conclude that Leslie could work, contradicting the paper reviews completed by their reviewer, as well as the medical records and opinions of Leslie's treating providers.


**Lincoln/Marcus 0860**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 10


Dr. Mary Ellen Dirlam provided Lincoln with a paper review dated June 5, 2020 (AR at 2064-65). Dr. Dirlam determined that the medical evidence in her file *conclusively supports* the diagnosis of CFS. Additionally, Dr. Dirlam concluded that the medical records support that Leslie would not have the "stamina, stability or strength to perform even sedentary work." Dr. Dirlam gave a subsequent paper review dated November 5, 2020 (AR at 1919-1920). Once again, Dr. Dirlam determined that the medical evidence supported Leslie's diagnosis of CFS. Dr. Dirlam reaffirmed that Leslie continued to be functionally impaired due to this diagnosis.

Dr. Sharon J. Obadia provided Lincoln with a single peer review report dated July 21, 2021 (AR at 124-127). Dr. Obadia determined that the medical evidence supported the diagnosis of CFS. Regardless of this determination and after only a single phone call with nurse practitioner Tonia Graham, Dr. Obadia concluded that Leslie was currently and permanently capable of full-time work activity. This conclusion disregards the symptoms associated with many of the other diagnoses that Dr. Obadia found medical evidence to support, as well as the post-exertional fatigue after physical activity associated with CFS. Dr. Obadia misrepresented her conversation with NP Graham.

NP Graham wrote to Lincoln in an August 12, 2021 letter that she did not agree with the conclusions that were drawn from the conversation with adjuster Charles Martin (AR at 2949). NP Graham stated that not only was Leslie continuing to undergo medical evaluation, but that there was nothing to preclude her from disability (*Id.*). Moreover, NP Graham was assured that Lincoln would wait until Leslie was seen by neurology and provided with a definitive diagnosis (*Id.*). NP Graham has documented Leslie's memory problems (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09).

Lincoln conducted surveillance on Leslie in May 2021 (AR at 1527-37). Lincoln conducted surveillance on Leslie in May 2021 (AR at 1527-37). The first day of surveillance revealed no activity. (AR at 1529). On the second day of surveillance, Leslie was out of her home for less than three hours and observed for approximately 57 seconds as she attended an appointment that her husband drove her to (AR at 1530). On both the third and fourth day of surveillance, the investigator did not observe Leslie and no recordings were produced (AR at 1530). At no point during the four days was Leslie engaged in any activity above and beyond the restrictions and limitations noted by her doctors. Moreover, during the four days, Leslie was only recorded for 57 seconds while attending an appointment.


**Lincoln/Marcus 0861**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 11

       Lincoln had additional surveillance conducted on Leslie's social media in May 2021 (AR at 1538-1893). The report alleges that Leslie has multiple posts showing her going on "rides through Arizona, taking her dogs to the mountains to play, going sailing, decorating for the holidays, spending holidays and birthdays with family and friends, and redoing rooms in her home" (AR at 1643-1715).

       The images from Leslie's Facebook that show her taking rides through Arizona never depict her as the driver; whenever she is in the image, she is the passenger (*Id.*). There are no posts of Leslie "decorating for the holidays," only posts on her page that show holiday decorations without any evidence in the caption or the image to indicate that she was responsible for the decorations (*Id.*). The photos of her sailing do not show her doing anything physically strenuous, as they only show the boat docked and someone else working on it (*Id.*). Images of Leslie's completed laundry room were used to show that she had been redoing rooms in her house, but nothing about the post or images indicates that Leslie was responsible for the physical labor necessary to complete it. (*Id.*). The images of Leslie looking out over the mountains suggest she rode up the mountain on a motorized vehicle, as evidenced by the helmet and protective jacket she is wearing, and the red quad emoji used in her caption (*Id.*). Riding up the mountain on an ATV is not physically demanding.

       The report also referenced an Instagram account and Etsy shop for the jewelry Leslie makes and sells (*Id.*). Posts to Instagram and Etsy reflect that the items being sold are not just jewelry Leslie has made, but also the beads and charms themselves (*Id.*). Selling the individual items requires less energy than making them, yet Leslie's jewelry items are primarily beads put on a string that requires little physical energy and is easy to take breaks from when she gets tired.

       Dr. Obadia attacks Leslie's credibility by stating the investigation reflects "functional capacity exceeding the claimant's self-reports to healthcare providers of the level of function documented in the medical records available for review" and in the "Lincoln Financial Group Activities Questionnaire" (AR at 124-127). The social media deep-dive is what Dr. Obadia relied on as evidence that Leslie's functional capacity exceeded what Leslie had reported on claim forms and what her medical records documented (AR at 124-127). It is unclear how 57 seconds of Leslie engaging in minimal physical activity could be used by Dr. Obadia to argue that she is not disabled. Dr. Obadia has never treated or even seen Leslie, so it is inappropriate for her to make a statement regarding her presentation to

**Lincoln/Marcus 0862**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 12

doctors and the questionnaires she has completed. Leslie's treating providers have stated that her symptoms and limitations are consistent with her medical conditions.

Lincoln, as well as every paper reviewer they hired, recognized Leslie's CFS diagnosis, but ignored the impact CFS has on Leslie's energy levels and ability to sustain full-time employment. Lincoln relied solely upon the opinion of a single paper reviewer while ignoring the records and opinions of multiple treating providers. Only after Lincoln's denial was Leslie evaluated by a neurologist who was at the recommendation of one of her providers, not Lincoln.

## ADDITIONAL RECORDS

To ensure that Lincoln has all of Leslie's records, we are providing additional medical records and information.

| Provider | Bates Range |
|---|---|
| CNS Memory Clinic | 2908-2929 |
| Wellness For Life Family Practice | 2930-2948 |
| Statement of NP Graham | 2949 |
| SSA Form 3380 – Third Party Function Report | 2950-2957 |
| SSA Form 3373 – Function Report | 2958-2965 |
| Wellness For Life Family Practice | 2966-3037 |

## CONCLUSION

Lincoln's decision to terminate Leslie's long-term disability claim is unsupported by the record. This appeal addressed only the bases identified in the denial letter. f Lincoln undertakes additional development of this claim while on appeal, we request that it share any further development so that Leslie can address any additional evidence before Lincoln reaches a final decision. If Lincoln reverses its decision, please pay attention to the payment directions and lien that require funds to be forwarded to our trust account.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

Lincoln/Marcus 0863

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 13


LISA J. COUNTERS

LJC/MAG

**Lincoln/Marcus 0864**



# CNS
## MEMORY CLINIC
Comprehensive Neuropsychological Services

# PEAK PERFORMANCE INSTITUTE
UPGRADE YOUR BRAIN

**CNS/Adults:** Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
**PPI/Children:** Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## NEUROPSYCHOLOGICAL EVALUATION

**PATIENT NAME:** Leslie S. Marcus        **EDUCATION:** 13 years
**DATE OF BIRTH (AGE):**       (50:5)        **OCCUPATION:** Unemployed
**DATE OF INITIAL INTERVIEW:** 09/08/2021    **HANDEDNESS:** Right
**DATE OF TESTING:** 11/15/2021        **ETHNICITY:** Caucasian

**PRIMARY CARE PROVIDER:**      Tonia Graham, FNP-BC
**TREATING PHYSICIAN:**        Frank E. Cibulka, M.D.

### REASON FOR CONSULTATION/HISTORY OF PRESENTING ILLNESS:
Ms. Marcus has experienced increasing deficits in memory and other cognitive functioning, with a more precipitous decline occurring within the last few years. Currently, she experiences difficulty remembering peoples' names and she tends to misplace items. She repeats herself and forgets her thought processes, mid-sentence. She struggles to remember what she has read. She experiences difficulty remembering recent events and recalling past events. It is difficult for her to learn new information and perform once-familiar tasks. She becomes distracted easily as it is difficult for her to concentrate. Her clarity of thinking and processing speed have diminished. She becomes confused easily as she is unable to recall the date after waking up. It is difficult for her to plan and organize. Reportedly, she struggles with her sense of direction as she forgets her intended destination and becomes lost while driving. This neuropsychological assessment was requested to assess her current level of neurocognitive and psychological functioning, to assist with determining the severity of her memory loss and other neurocognitive deficits, to evaluate the contribute of mood factors, and to aid with treatment planning.

---

### DIAGNOSTIC SUMMARY:
*Based on the results of the assessment, the following **ICD-10-CM** diagnoses are offered:*

1. F03.90      Dementia without Behavioral Disturbance
2. R41.3       Memory Loss
3. F32.2       Depression, severe
4. F41.9       Anxiety, severe

### Global Deterioration Scale Stage 4 of 7
- Moderate cognitive decline: Mild level of dementia

---

### TEST RESULTS – SUMMARY AND RECOMMENDATIONS:
1. Ms. Marcus' performance placed her significantly below expectations on several measures of neurocognitive functioning. Given her history, and the current report/pattern of her neuropsychological impairments, her observed functioning would place her at a **Global Deterioration Scale stage of 4, which represents moderate cognitive decline and a mild level of dementia.**

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS-AR002908

**Lincoln/Marcus 0865**

2. <u>Overall, Ms. Marcus primarily exhibited neurocognitive deficits/symptomatology consistent with dysfunction in right frontal and bilateral temporal cerebral lobe areas</u>. The following recommendations are provided to stem her neurocognitive decline (i.e., slow her neurocognitive dysfunction from progressing through the stages of deterioration of dementia) and rehabilitate (as much as possible) her various areas of neurocognitive dysfunction, to slow a possible neurodegenerative condition. The progression of her neuropsychological dysfunction will provide more diagnostic clarity and may help with determining the pathogenesis of her memory loss. As her neurocognitive deficits are rehabilitated via the cognitive exercises listed below, she may realize modest improvement in some neuropsychological domains. Periodic assessment of her neurocognitive functioning is recommended to further assist with diagnostic formulations and ensure that appropriate care is provided for her. *Thus, this assessment can also serve as a baseline for her and track further neurocognitive changes.*

3. At this time, Ms. Marcus would benefit from <u>immediate</u> pharmacological treatment of her memory disorder. Typical treatment of dementia conditions includes commonly prescribed acetylcholinesterase inhibitors such as: **Aricept®**, **Exelon®**, **Razadyne ER®**, or the generic form of these medications, **Donepezil®**. Eventual, adjunctive treatment with **Namenda®** is also recommended (**Memantine®**: generic version). These treatments have been found to be effective in slowing the neurocognitive decline/memory loss associated with dementia.

4. With respect to psychological functioning, during the clinical interview, Ms. Marcus reported symptomatology associated with significant emotional distress. On objective measures and during the self-report observations, she reported severe depressive symptomatology and severe levels of anxiety. Thus, she would benefit from continued monitoring of her mood and <u>from treatment with an appropriate psychotropic medication to treat her persistent symptomatology</u>. A medication such as this can help increase her interest and aid her in initiating other activities designed to stem decline in other functional neurocognitive areas, detailed below. Persistent difficulties with emotions can be attributed to dysfunction in right frontal areas, commonly associated with emotional regulation. *That is to say, there is often a neurological mechanism/problem underlying difficulties with emotional lability and/or sensitivity.*

5. In general, Ms. Marcus' performance was characterized by fluctuating attention/arousal and decreased speed of information processing, as well as poor initiation and diminished memory (i.e., very rapid forgetting). Test instructions were repeated when she forgot instructions mid-test. Her memory deficits are characterized by poor working memory, deficient recent or short-term memory, variable learning and encoding, but relatively intact distant memory. During testing, she exhibited behavioral slowing, fluctuating lucidity, and presented as occasionally confused. In addition, she occasionally repeated herself. These are all common findings seen with patients suffering from dementia.

6. Ms. Marcus has experienced a functional decline and her performance placed her significantly below expectations, as her scores placed her in the borderline impaired range of functioning (i.e., below the 10th percentile) to the severely impaired range of functioning (i.e., below the 2.3 percentile) on several neurocognitive measures. She exhibited impaired functioning on measures of visual discriminant attention, impulsivity to visual information, abstract reasoning with visual information, immediate recall of visual information, and delayed recall of visual information.

**Lincoln/Marcus 0866**

7.  Similarly, Ms. Marcus' performance placed her below expectations, in the low normal range of functioning (i.e., from the 11th to 16th percentiles) to the low average range of functioning (i.e., from the 17th to 25th percentiles) on measures of verbal processing speed, abstract reasoning with auditory/verbal information, visual encoding/decoding, immediate recall of auditory/verbal information, delayed recall of auditory/verbal information, recognition memory of auditory/verbal information, and executive functioning/higher order cognitive processing involving auditory/verbal information.

8.  Nevertheless, Ms. Marcus' performance placed her within normal limits, in the average range of functioning (i.e., from the 26th to 74th percentiles) on measures of mental status/orientation, visual organization, sustained visual attention, perseverative responding to visual information, visual attentional flexibility, visual color naming, verbal mental flexibility, visual working memory, visual attention, visual attention with distractions, phonemic verbal fluency, semantic verbal fluency, naming/word finding, verbal comprehension, visuoperceptual reasoning, auditory working memory, visual processing speed, full-scale intellectual functioning, general ability (intellectual ability), vocabulary and verbal knowledge, general knowledge (distant memory), visual puzzles/visuoperceptual reasoning, mathematical ability/arithmetic, visual search and attention, recognition memory of visual information, and executive functioning/higher order cognitive processing involving visual information.

9.  Further, Ms. Marcus' performance placed her in the high average range of functioning (i.e., from the 75th to 90th percentiles) on measures of reaction time to visual information, visual processing, visual mental flexibility, visuospatial and visuomotor functioning, visual matrix reasoning, and auditory attention. If specific test scores are needed, these can be provided. <u>Memory, attention, and intellectual functioning score summary tables and graphs are attached as Appendices.</u>

10. The following implications of frontal dysfunction in the brain were discussed with Ms. Marcus. These often can cause difficulties across various physical, cognitive, and emotional domains. These included the following:
    - Problems with attention and concentration. She may become more easily distracted.
    - Problems with organization and planning; difficulty carrying out or executing plans.
    - Problems with emotional regulation. She may have trouble looking at and analyzing the long-term consequences of her actions.
    - She may act impulsively; difficulty visualizing how something might "play out."
    - She may have trouble inhibiting irritability. Due to increased emotional lability, often the emotional response can be out of proportion to a given event.
    - She may also have trouble with arousal and may have trouble with fatigue and feel a lack of motivation and interest/initiative.
    - She may experience difficulty with reasoning and mental flexibility.
    - Problems with memory storage become more apparent, as information encoded becomes more complex and organizational demands increase.

11. Ms. Marcus may benefit from cognitive exercises designed to stem the neurocognitive decline she is currently experiencing and attempt to rehabilitate various areas of neurocognitive dysfunction. She should regularly read aloud. She should read new, novel information to which she has not previously been exposed, to stimulate her vocabulary stores, as well as melodic words of prose and poetry to retain her vocal prosody. In addition, she should complete jigsaw puzzles, crossword puzzles, word searches, play checkers, chess, solitaire, dominoes, strategy card games (e.g., Poker, Bridge, 500,

**Lincoln/Marcus 0867**

War, Hearts, Texas Hold 'Em, Go Fish), Bookworm®, Sudoku®, Cranium®, Memory®, Concentration®, Scrabble®, Mahjong®, Yahtzee®, Rummikub®, FreeCell®, Tetris®, Uno®, Rook®, Risk®, Battleship®, Monopoly®, Clue®, Raj®, Quarto®, Trivial Pursuit®, write often, and complete similar activities that stimulate both cortical and subcortical areas. She should consider purchasing a Nintendo DS lite system with the following games: Brain Age®, Brain Age 2®, and Brain Academy®. She should generally limit television viewing time and increase time engaged in the activities listed above to stimulate both cortical and subcortical areas, increasing processing speed, attention, complex processing/executive functioning, reasoning, verbal fluency, learning/memory, and mental flexibility. She should optimize study time by eliminating distractions such as telephone calls, background noise (e.g., television, radio), and interruptions by family members or friends. *Ms. Marcus was given a detailed list of cognitive exercises customized to rehabilitate her pattern of neurocognitive deficits found during testing (i.e., she is strongly encouraged to focus on right frontal, right temporal, and left temporal rehabilitation, as well as verbal reasoning exercises).*

12. Ms. Marcus is encouraged to engage in a regular physical exercise routine under the guidance of her primary care provider. Activities that include resistance and cardiovascular training likely will enhance her cardiovascular functioning and strengthen and promote additional conditioning. Exercises such as walking and swimming may benefit her. Furthermore, such activities likely will improve her mood and provide an effective outlet for emotional pressures she may experience. She is encouraged to perform activities that promote fine motor control and motor strength. Similarly, Ms. Marcus should eat healthfully and consume foods with soluble fiber (i.e., oatmeal, blueberries, strawberries, etc.). She may consider supplementing her diet with Vitamin E tablets, at 400 IU strength. Vitamin B complex supplements have also been shown to help with memory loss. She is strongly encouraged to increase her social activity level and interest.

13. Ms. Marcus would benefit from training on the use of external aids for organization (e.g., a daily planner) to become more successful with this. It is advisable for her to utilize both verbal and visual cues to facilitate recall. In addition, when learning new information, it is advisable for her to study information using both formats to ensure that recall of the information is maximized. Ms. Marcus also may benefit from writing down specific goals on a daily basis and utilizing these external aids. Similarly, it is advisable for her to include daily short-term goals as well as more involved long-term goals. To maximize the benefit from such measures, she is advised to utilize them consistently and systematically. As she uses these encoding systems concurrently, they will become more effectively linked, as she is thus storing information via several modalities when reading it (visual), hearing it (auditory), and even speaking it (language production). She should break down complex information into simpler parts to facilitate processing, encoding, retention, and recall.

14. Ms. Marcus was provided with comprehensive feedback regarding the results of this neuropsychological evaluation. She was apprised of her current neurocognitive status, as well as the likely prognosis for her future. Such feedback in the form of psychoeducation may have helped her understand any persistent cognitive and/or emotional sequelae that she is experiencing at the present time. Also, she was informed of the deleterious impact that emotional distress has on neurocognitive functioning. Moreover, such information provided ways to help Ms. Marcus develop the most efficient and effective

**Lincoln/Marcus 0868**

strategies for maximizing her functional abilities. Ultimately, this feedback may enhance the quality of her life.

15. Finally, a follow-up neuropsychological evaluation in 2 years is recommended. **Ms. Marcus should return by November 2023 for a full neuropsychological re-evaluation.** The effect of rehabilitation on dysfunctional cerebral areas can be directly measured and any modest recovery of functioning can be assessed. <u>Alternatively, any further deterioration can be measured at that time</u>. Also, the implementation of assistive and/or further compensatory strategies can be suggested. Using the results of the present examination, changes in her neuropsychological functioning could be monitored directly. That is, the data derived from the follow-up evaluation would provide an opportunity to document continued cognitive changes, as well as to determine if there are any impairments that might require further medical and/or psychological intervention. Should her status suddenly change significantly, a more immediate evaluation may be warranted.

**BEHAVIORAL OBSERVATIONS/MENTAL STATUS:**
Ms. Marcus arrived promptly for her appointment today. She was casually, but neatly dressed. At the time of the interview, there were no overt indications of auditory or visual hallucinations or the presence of delusional systems. Additionally, she appeared free of psychotic thought processes. The range of her affect was full and appropriate. Overall, Ms. Marcus exhibited a diminished level of awareness of the significance and the severity of her neurocognitive deficits.

In general, Ms. Marcus' speech was within normal limits for articulation and relevance. She exhibited word finding difficulties. Nevertheless, overall, her verbal skills generally function well, and she can carry on a conversation without significant difficulty. <u>Others may tend to underestimate the extent of her neurocognitive deficits due to this (as we tend to evaluate others' abilities primarily via verbal interactions)</u>.

Overall, Ms. Marcus was fully engaged in the testing process. She was alert, exhibited good attention and comprehension, and was fully cooperative. On measures specifically designed to detect malingering or low effort, she generally performed within normal limits, suggesting that she put forth good effort. *In light of her scores on subtle indicators of effort and motivation, observed cooperation on tasks, and good effort during the evaluation, these results are considered to be a valid and reliable estimate of her current level of neurocognitive functioning.*

Thank you for this opportunity to participate in the care of this pleasant and interesting individual. Should you have any questions, please do not hesitate to contact me directly.

Cordially,

Dane A. Higgins, Ph.D.
Neuropsychologist, Licensed Clinical Psychologist

**Lincoln/Marcus 0869**

### *EXTENDED REPORT / SUPPORTING TEST DATA*

### Appendix A

### TESTS ADMINISTERED / ASSESSMENT PROCEDURES

Test Battery and/or Subtest [domain]:

Animal Naming Test [semantic verbal fluency]
Beck Anxiety Inventory (BAI) [anxiety self-report inventory]
Beck Depression Inventory-II (BDI-II) [depression self-report inventory]
Boston Naming Test (BNT) [vocabulary, word finding, and naming]
Brief Visuospatial Memory Test Revised (BVMT-R) [visual learning, recall, and recognition]
Clinical Neuropsychological Interview [history and presenting problems]
Clock Drawing Test (CLOCK) [visual planning and conceptualization]
Comprehensive Trail-Making Test (CTMT) [attention, processing speed, mental flexibility]
Controlled Oral Word Association Test (COWAT) [phonemic verbal fluency]
Conners Continuous Performance Test 3 (CPT-3) [immediate & sustained attention]
Halstead-Reitan Neuropsychological Test Battery [Selected subtests]
- Category Test (CAT) [visuospatial abstract reasoning, complex processing]
  - Bolter Validity Index [effort/malingering] embedded in this measure
Hooper Visual Organization Test (HVOT) [visuospatial organization]
Hopkins Verbal Learning Test-Revised (HVLT-R) [rote verbal learning and recall]
Judgment of Line Orientation (J-LO) [visuospatial processing/angular orientation]
Mini-Mental State Examination (MMSE) [orientation and mental status]
Mood Assessment Scale [depression self-report inventory]
Rey Dot Counting Test (RDCT) [effort/malingering]
Stroop Color & Word Test (STROOP) [processing speed, executive functioning & mental flex]
Symbol Span (Wechsler Memory Scale IV subtest; visual working memory)
Wisconsin Card Sorting Test (WCST) [concept formation, problem-solving, mental flexibility]

Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV) [intellectual functioning]:

Verbal Subtests
- Vocabulary [Verbal Knowledge]
- Similarities [Abstract Verbal Reasoning]
- Arithmetic [Mathematical Ability and Working Memory]
- Digit Span [Simple Attention and Working Memory]
- Information [General Knowledge]

Performance (visuospatial) Subtests
- Block Design [Visuospatial and Visuomotor Functioning]
- Matrix Reasoning [Abstract Visuospatial Reasoning]
- Coding [Attention, Processing Speed, and Visuomotor Ability]
- Visual Puzzles [Visuoperceptual Reasoning]
- Symbol Search [Processing Speed with Visual Search and Attention]

**Lincoln/Marcus 0870**

## APPENDIX B – MEMORY TEST SCORES

# HVLT-R/BVMT-R Score Summary Table

| Score | Raw score | | T score | | Percentile | |
|---|---|---|---|---|---|---|
| | HVLT-R | BVMT-R | HVLT-R | BVMT-R | HVLT-R | BVMT-R |
| Trial 1 | 5 | 1 | 36 | 26 | 8 | <1 |
| Trial 2 | 9 | 2 | 45 | <20 | 31 | <1 |
| Trial 3 | 9 | 5 | 36 | 24 | 8 | <1 |
| Total Recall | 23 | 8 | 38 | <20 | 12 | <1 |
| Delayed Recall | 8 | 5 | 38 | 29 | 12 | 2 |
| Percent Retained | 89 | 100 | 47 | | 38 | |
| Recognition Hits | 12 | 5 | | | | |
| Recognition False Alarms | 1 | 0 | | | | |
| Recognition Discrimination Index | 11 | 5 | 43 | | 24 | |

Note:     Percentiles are based on non-normalized *T* scores.

## Discrepancy Scores Between the HVLT-R and BVMT-R

| Score | Discrepancy Score | Score Comparisons | Significance Level | Cumulative Percentage Among the Normative Sample |
|---|---|---|---|---|
| **Total Recall** | 18 | HVLT-R > BVMT-R | .05 | 13.60 |
| **Delayed Recall** | 9 | HVLT-R > BVMT-R | .20 | 43.20 |

**Lincoln/Marcus 0871**

## APPENDIX C – MEMORY TESTING – GRAPH OF SCORES

## HVLT-R/BVMT-R *T*-Score Current Profile

SCORES BELOW T = 37 ARE WELL BELOW EXPECTATIONS, BELOW THE 10TH PERCENTILE.

SCORES BELOW T = 30 ARE SIGNIFICANTLY IMPAIRED, BELOW THE 2.3 PERCENTILE.

HVLT-R = VERBAL MEMORY TEST: IMMEDIATE RECALL AND DELAYED RECALL.

BVMT-R = VISUAL MEMORY TEST:  IMMEDIATE RECALL AND DELAYED RECALL.

*Ms. Marcus' performance involving measures of immediate recall and delayed recall of auditory/verbal information placed her below expectations, but not yet at impaired levels of functioning. Nevertheless, her performance involving measures of immediate recall and delayed recall of visual information placed her significantly below expectations, at severely impaired levels of functioning, suggesting bilateral temporal lobe dysfunction.*

*ALL TRIALS.  TRIAL 1, 2, 3, AND DELAYED RECALL TEST PERFORMANCE*



CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES
MARCUS AR002915

**Lincoln/Marcus 0872**

### APPENDIX D

### Sustained Visual Attention

## Introduction



The Conners Continuous Performance Test 3rd Edition (Conners CPT 3™) assesses attention-related problems in individuals aged 8 years and older. During the 14-minute, 360-trial administration, respondents are required to respond when any letter appears, except the non-target letter "X." By indexing the respondent's performance in areas of inattentiveness, impulsivity, sustained attention, and vigilance, the Conners CPT 3 can be a useful adjunct to the process of diagnosing Attention-Deficit/Hyperactivity Disorder (ADHD), as well as other psychological and neurological conditions related to attention.

## Validity of Administration

The Conners CPT 3 performs a validity check based on the number of hits and omission errors committed, as well as a self-diagnostic check of the accuracy of the timing of each administration. If there is an insufficient number of hits to compute scores, and/or if the omission error rate exceeds 25%, these issues will be noted. Also, the program will issue a warning message noting that the administration was invalid if a timing issue is detected.

There was no indication of any validity issues; the current administration should be considered valid.

## Response Style Analysis

The variable $C$ represents an individual's natural response style in tasks that involve a speed-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a **conservative** style (T-score ≥ 60) of responding that emphasizes accuracy over speed; a **liberal** style (T-score ≤ 40) of responding that emphasizes speed over accuracy; or a **balanced** style (T-score = 41-59) of responding that is sensitive to both speed and accuracy. Based on Leslie's responses, **she has a liberal style of responding that emphasizes speed over accuracy (T-score = 33)**. This response style is often associated with faster reaction times, more commission errors (incorrect responses to non-targets), and fewer omission errors (failure to respond to targets). The influence of Leslie's liberal response style on other Conners CPT 3 scores should be taken into consideration throughout the interpretation process.

## T-score Guidelines

The guidelines in the following table apply to all T-scores in this report.

| Guidelines | | | |
|---|---|---|---|
| T-score | For Hit Reaction Time (HRT) | T-score | For all other variables |
| 70+ | Atypically Slow | 70+ | Very Elevated |
| 60-69 | Slow | 60-69 | Elevated |
| 55-59 | A Little Slow | 55-59 | High Average |
| 45-54 | Average | 45-54 | Average |
| 40-44 | A Little Fast | < 45 | Low |
| < 40 | Atypically Fast | | |

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002916

**Lincoln/Marcus 0873**

Case 2:24-cv-00228-ROS    Document 21-4    Filed 02/07/25    Page 134 of 505

## Overview of Conners CPT 3 Scores ⁙MHS

This section provides an overview of Leslie's Conners CPT 3 scores.



| Variable Type | Measure | T-score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | d' | 67 | Elevated | Difficulty differentiating targets from non-targets. |
| Error Type | Omissions | 49 | Average | Average rate of missed targets. |
| | Commissions | 78 | Very Elevated | Very high rate of incorrect responses to non-targets. |
| | Perseverations | 46 | Average | Average rate of random, repetitive, or anticipatory responses. |
| Reaction Time Statistics | HRT | 41 | A Little Fast | Slightly Fast mean response speed. |
| | HRT SD | 46 | Average | Average consistency in reaction times. |
| | Variability | 54 | Average | Average variability in reaction time consistency. |
| | HRT Block Change | 45 | Average | Average change in response speed in later blocks. |
| | HRT ISI Change | 54 | Average | Average change in response speed at longer ISIs. |

**Summary:** Relative to the normative sample, Leslie was less able to differentiate targets from non-targets, made more commission errors and responded faster.

Overall, Leslie has a total of 3 atypical T-scores, which is associated with a moderate likelihood of having a disorder characterized by attention deficits, such as ADHD. Note that other psychological and/or neurological conditions with symptoms of impaired attention can also lead to atypical scores on the Conners CPT 3.

Leslie's profile of scores and response pattern indicates that she may have issues related to:
• **Inattentiveness (Some Indication)**   • **Impulsivity (Strong Indication)**

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002917

**Lincoln/Marcus 0874**

# Measures of Inattentiveness     ≊MHS

This section summarizes Leslie's scores on the inattentiveness measures and provides information about how she compares to the normative group. Indicators of inattentiveness on the Conners CPT 3 are poor Detectability (d'), a high percentage of Omissions and Commissions, a slow Hit Reaction Time (HRT), as well as high levels of inconsistency in response speed (Hit Reaction Time Standard Deviation [HRT SD] and Variability).



| | Detectability (d') | Omissions | Commissions | HRT | HRT SD | Variability |
|---|---|---|---|---|---|---|
| T-score | 67 | 49 | 78 | 41 | 46 | 54 |
| Guideline | Elevated | Average | Very Elevated | A Little Fast | Average | Average |

**Detectability (d')** measures the respondent's ability to differentiate non-targets (i.e., the letter X) from targets (i.e., all other letters). Leslie's T-score is 67 and falls in the **Elevated** range. This result means that her ability to discriminate non-targets from targets was poor when compared to the normative group. Poor ability to differentiate non-targets from targets is an indicator of inattentiveness.

**Omissions** result from a failure to respond to targets. Leslie's T-score is 49 and falls in the **Average** range. This result means that she missed an average percentage of targets when compared to the normative group.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. A high level of commission errors may be related to inattentiveness and/or impulsivity. The combination of Leslie's fast response times (see HRT, below) and high commission errors is an indicator of impulsivity rather than inattentiveness.

**HRT** is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity rather than inattentiveness. See the *Measures of Impulsivity* section of this report for more interpretative information.

**HRT SD** is a measure of response speed consistency during the entire administration. Leslie's T-score is 46 and falls in the **Average** range. This result means that her response speed was about as consistent as the normative group.

**Variability**, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure; that is, the amount of variability that Leslie showed in 18 separate segments of the administration in relation to her own overall HRT SD. Leslie's T-score is 54 and falls in the **Average** range. This result means her response speed variability was average when compared to the normative group.

**Leslie's scores on these measures indicate that she may have problems with inattentiveness. Leslie's scores may also indicate impulsivity problems. See the *Measures of Impulsivity* section for more information.**

## Measures of Impulsivity

This section summarizes Leslie's scores on the impulsivity measures and provides information about how she compares to the normative group. Indicators of impulsivity on the Conners CPT 3 include a faster than normal Hit Reaction Time (HRT) in addition to a higher than average rate of Commissions and/or Perseverations.



| | HRT | Commissions | Perseverations |
|---|---|---|---|
| T-score | 41 | 78 | 46 |
| Guideline | A Little Fast | Very Elevated | Average |

**HRT** is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity. This result, coupled with her elevated score(s) on Commissions (see below), indicates that Leslie had trouble responding to the stimuli in a controlled manner. Note that HRT may be affected by response style; Leslie's liberal response style may have contributed to her faster response speed. See the *Response Style Analysis* section of this report for more interpretive information.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of Leslie's fast response times (see HRT, above) and high commission errors is an indicator of impulsivity.

**Perseverations** are random or anticipatory responses. Leslie's T-score is 46 and falls in the **Average** range. This result means that she made approximately the same number of perseverative errors when compared to the normative group.

**Leslie's scores on these measures strongly suggest that she may have problems with impulsivity.**

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002919

**Lincoln/Marcus 0876**

# Measures of Sustained Attention

This section summarizes Leslie's scores on the sustained attention measures. Sustained attention is defined as the respondent's ability to maintain attention as the administration progresses. A decrease in sustained attention across time is captured by atypical slowing in the respondent's Hit Reaction Times (HRT; as indicated by the variable HRT Block Change), as well as by increases in Omissions and Commissions in later blocks of the administration.

## Hit Reaction Time by Block



| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| ■ HRT (ms) | 380 | 365 | 404 | 351 | 361 | 394 |
| I HRT SD (ms) | 58 | 74 | 81 | 50 | 112 | 119 |

Note. ms = milliseconds; SD = Standard Deviation.

## HRT Block Change



| T-score | 45 |
|---|---|
| Guideline | Average |

## Omissions by Block



| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| O Omissions (%) | 4 | 0 | 0 | 2 | 0 | 2 |

## Commissions by Block



| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| ● Commissions (%) | 83 | 58 | 75 | 92 | 75 | 50 |

Note. No statistically significant differences were found in error rates between blocks.

HRT Block Change indicates the change in mean response speed across blocks. Leslie's T-score is 45 and falls in the Average range. This result means that she had an average reduction in response speed in later blocks. In terms of error rates, Leslie's omission and commission errors did not increase significantly across multiple adjacent blocks. Leslie's profile of scores on these measures does not indicate a problem with sustained attention.

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES
MARCUS AR002920

Lincoln/Marcus 0877

# Measures of Vigilance  MHS

This section summarizes Leslie's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

## Hit Reaction Time by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ■ HRT (ms) | 353 | 369 | 405 |
| I HRT SD (ms) | 81 | 109 | 61 |

Note. ms = milliseconds; SD = Standard Deviation.

## HRT ISI Change



| T-score | 54 |
|---|---|
| Guideline | Average |

## Omissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| O Omissions (%) | 3 | 1 | 0 |

## Commissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ● Commissions (%) | 67 < | 92 | 58 |

Note. The < symbol indicates that the error rate of the longer ISI is significantly (p < .10) higher than the error rate of the shorter ISI.

---

HRT ISI Change indicates the change in mean response speed at various ISIs. Leslie's T-score is 54 and falls in the **Average** range. This result means that she had an average reduction in response speeds at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. However, there was a significant increase (p < .10) in commissions from the 1-second ISI to the 2-second ISI. **Although there were minor differences in Leslie's performance across ISIs, her overall profile of scores does not indicate a problem with maintaining vigilance at varying levels of stimulus frequency.**

**Lincoln/Marcus 0878**

 **WAIS-IV**

# Appendix E
# Interpretive Report of WAIS–IV Testing

## Examinee and Testing Information

| | | | |
|---|---|---|---|
| Examinee Name | Leslie Marcus | Date of Report | 11/15/2021 |
| Examinee ID | | Years of Education | 13 |
| Date of Birth | | Home Language | English |
| Gender | Female | Handedness | Right |
| Race/Ethnicity | White not Hispanic Origin | Examiner Name | Dr. Dane A. Higgins |
| Test Administered | WAIS-IV (11/15/2021) | Age at Testing | 50 years 5 months   Retest?  No |

## Score Summary

| WAIS–IV Scale | Score |
|---|---|
| Verbal Comprehension | 95 |
| Perceptual Reasoning | 109 |
| Working Memory | 105 |
| Processing Speed | 97 |
| Full Scale | 102 |
| General Ability | 101 |

## Interpretation of WAIS–IV Results

### General Intellectual Ability

Leslie's unique set of thinking and reasoning abilities make her overall intellectual functioning difficult to summarize by a single score on the Wechsler Adult Intelligence Scale–Fourth Edition (WAIS–IV). Her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Processing complex visual information by forming spatial images of part-whole relationships and/or by manipulating the parts to solve novel problems without using words is a strength. Making sense of complex verbal information and using verbal abilities to solve novel problems are less developed abilities for Leslie.

### Verbal Comprehension

Leslie's verbal reasoning abilities as measured by the Verbal Comprehension Index (VCI) are in the average range and above those of approximately 37% of her peers (VCI = 95; 95% confidence interval = 90-101). The VCI is designed to measure verbal reasoning and concept formation. Leslie's performance on the verbal subtests contributing to the VCI presents a diverse set of verbal abilities, as she performed much better on some verbal tasks than others. The degree of variability is unusual and may be noticeable to those who know her well. Examination of Leslie's performance on individual subtests provides additional information regarding her specific verbal abilities.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR0029122

**Lincoln/Marcus 0879**

## WAIS-IV

Leslie achieved her best performance among the verbal reasoning tasks on the Vocabulary subtest and demonstrated significantly weaker performance on the Similarities subtest. Her weak performance on the Similarities subtest was below that of most of her peers.

On the Similarities subtest Leslie was required to respond orally to a series of word pairs by explaining how the words of each pair are alike. This subtest examines her ability to abstract meaningful concepts and relationships from verbally presented material (Similarities scaled score = 6). The Vocabulary subtest required Leslie to explain the meaning of words presented in isolation. As a direct assessment of word knowledge, the subtest is one indication of her overall verbal comprehension. Performance on this subtest also requires abilities to verbalize meaningful concepts as well as to retrieve information from long-term memory (Vocabulary scaled score = 11).

### Perceptual Reasoning

Leslie's nonverbal reasoning abilities as measured by the Perceptual Reasoning Index (PRI) are in the average range and above those of approximately 73% of her peers (PRI =109; 95% confidence interval = 102-115). The PRI is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. Leslie presents a diverse set of nonverbal abilities, performing much better on some nonverbal tasks than others. The degree of variability is unusual for individuals her age and may be noticeable to those who know her well.

Leslie's performance was significantly weaker on the Visual Puzzles subtest than her own mean score.

The Visual Puzzles subtest required Leslie to view a completed puzzle and select three response options that, when combined, reconstruct the puzzle, and do so within a specified time limit. This subtest is designed to measure nonverbal reasoning and the ability to analyze and synthesize abstract visual stimuli. Performance on this task also may be influenced by visual perception, broad visual intelligence, fluid intelligence, simultaneous processing, spatial visualization and manipulation, and the ability to anticipate relationships among parts (Visual Puzzles scaled score = 9).

### Working Memory

Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range. She performed better than approximately 63% of her peers in this area (Working Memory Index (WMI) = 105; 95% confidence interval 98-111).

### Processing Speed

Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers. She performed better than approximately 42% of her peers on the processing speed tasks (Processing Speed Index [PSI] = 97; 95% confidence interval 89-106).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR0029923

**Lincoln/Marcus 0880**

 WAIS-IV

## WAIS–IV Score Report

### Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 27 | VCI | 95 | 37 | 90-101 | Average |
| Perceptual Reasoning | 35 | PRI | 109 | 73 | 102-115 | Average |
| Working Memory | 22 | WMI | 105 | 63 | 98-111 | Average |
| Processing Speed | 19 | PSI | 97 | 42 | 89-106 | Average |
| Full Scale | 103 | FSIQ | 102 | 55 | 98-106 | Average |
| General Ability | 62 | GAI | 101 | 53 | 96-106 | Average |

Confidence Intervals are based on the Overall Average SEMs. Values reported in the SEM column are based on the examinee's age.
The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comprehensive evaluation of cognitive ability, it should be noted that the GAI does not have the breadth of construct coverage as the FSIQ.

### Summary

Leslie is a 50-year-old female who completed the WAIS–IV. Her overall cognitive ability, as evaluated by the WAIS–IV, cannot easily be summarized because her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Leslie's reasoning abilities on verbal tasks are generally in the average range (VCI = 95), while her nonverbal reasoning abilities are significantly higher but also in the average range (PRI = 109). Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range (WMI = 105). Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers (PSI = 97).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

**Lincoln/Marcus 0881**

 **WAIS-IV**

## Composite Score Profile

| Composite | Score | SEM |
|-----------|-------|-----|
| VCI | 95 | 2.6 |
| PRI | 109 | 3 |
| WMI | 105 | 3.35 |
| PSI | 97 | 5.41 |
| FSIQ | 102 | 2.12 |
| GAI | 101 | 2.12 |

**Composite Scores and Standard Error of Measurement**

The vertical bars represent the standard error of measurement (*SEM*).

## Analysis

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate Overall Sample |
|-----------|---------|---------|-----------|-----------|-----------|-----------|
| VCI - PRI | 95 | 109 | -14 | 7.78 | Y | 15 |
| VCI - WMI | 95 | 105 | -10 | 8.31 | Y | 22.1 |
| VCI - PSI | 95 | 97 | -2 | 11.76 | N | 46.7 |
| PRI - WMI | 109 | 105 | 4 | 8.81 | N | 39.7 |
| PRI - PSI | 109 | 97 | 12 | 12.12 | N | 21.8 |
| WMI - PSI | 105 | 97 | 8 | 12.47 | N | 30.1 |
| FSIQ - GAI | 102 | 101 | 1 | 3.29 | N | 46.3 |

Base rate by overall sample.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
MARCUS AR002925
Page 18 of 22

**Lincoln/Marcus 0882**



## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 18 | 6 | 9 | 6 | 1.04 |
| Vocabulary | 44 | 11 | 63 | 13 | 0.73 |
| Information | 14 | 10 | 50 | 11 | 0.73 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 51 | 13 | 84 | 11 | 0.95 |
| Matrix Reasoning | 21 | 13 | 84 | 12 | 0.95 |
| Visual Puzzles | 12 | 9 | 37 | 8 | 0.85 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 32 | 12 | 75 | 12 | 0.73 |
| Arithmetic | 15 | 10 | 50 | 11 | 0.9 |

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 34 | 11 | 63 | 10 | 1.56 |
| Coding | 52 | 8 | 25 | 6 | 1.2 |

## Subtest Level Discrepancy Comparisons

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 12 | 10 | 2 | 2.57 | N | 29 |
| Symbol Search - Coding | 11 | 8 | 3 | 3.41 | N | 15.1 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR002926

**Lincoln/Marcus 0883**

 **WAIS-IV**

## Subtest Scaled Score Profile



The vertical bars represent the standard error of measurement (*SEM*)

## Determining Strengths and Weaknesses

### Differences Between Subtest and Verbal Comprehension and Perceptual Reasoning Mean of Subtest Scores

| Subtest | Subtest Scaled Score | Mean Scaled Score | Difference | Critical Value .05 | Strength or Weakness | Base Rate |
|---------|---------------------|-------------------|------------|--------------------|----------------------|-----------|
| Block Design | 13 | 11.67 | 1.33 | 2.05 | | >25% |
| Similarities | 6 | 9.00 | -3 | 1.91 | W | 2-5% |
| Matrix Reasoning | 13 | 11.67 | 1.33 | 1.92 | | >25% |
| Vocabulary | 11 | 9.00 | 2 | 1.58 | S | 10% |
| Visual Puzzles | 9 | 11.67 | -2.67 | 1.99 | W | 10% |
| Information | 10 | 9.00 | 1 | 1.64 | | >25% |

Verbal Comprehension: Mean = 9, Scatter = 5, Base rate = 12.1.
Base Rate for Intersubtest Scatter is reported for 3 Verbal Comprehension Subtests.
Perceptual Reasoning: Mean = 11.67, Scatter = 4, Base rate = 42.
Base Rate for Intersubtest Scatter is reported for 3 Perceptual Reasoning Subtests.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR002927

**Lincoln/Marcus 0884**



## Process Analysis

### Working Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Base Rate | *SEM* |
|---|---|---|---|---|---|
| Digit Span Forward | 14 | 14 | 91 | -- | 1.24 |
| Digit Span Backward | 8 | 9 | 37 | -- | 1.12 |
| Digit Span Sequencing | 10 | 12 | 75 | -- | 1.27 |
| Longest Digit Span Forward | 8 | -- | -- | 30 | -- |
| Longest Digit Span Backward | 4 | -- | -- | 82 | -- |
| Longest Digit Span Sequence | 6 | -- | -- | 66 | -- |

### Process Level Discrepancy Comparisons

| Process Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span Forward - Digit Span Backward | 14 | 9 | 5 | 3.65 | Y | 5.9 |
| Digit Span Forward - Digit Span Sequencing | 14 | 12 | 2 | 3.6 | N | 31.3 |
| Digit Span Backward - Digit Span Sequencing | 9 | 12 | -3 | 3.56 | N | 17.3 |
| Longest DS Forward - Longest DS Backward | 8 | 4 | 4 | -- | -- | 14 |
| Longest DS Forward - Longest DS Sequence | 8 | 6 | 2 | -- | -- | 39.5 |
| Longest DS Backward - Longest DS Sequence | 4 | 6 | -2 | -- | -- | 37.5 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved. Printed in the United States of America.

MARCUS AR002928

**Lincoln/Marcus 0885**

 WAIS-IV

## Raw Scores

| Subtest | Score Range | Raw Score | Process | Score Range | Raw Score |
|---|---|---|---|---|---|
| Block Design | 0–66 | 51 | Block Design No Time Bonus | 0–48 | |
| Similarities | 0–36 | 18 | Digit Span Forward | 0–16 | 14 |
| Digit Span | 0–48 | 32 | Digit Span Backward | 0–16 | 8 |
| Matrix Reasoning | 0–26 | 21 | Digit Span Sequencing | 0–16 | 10 |
| Vocabulary | 0–57 | 44 | Longest Digit Span Forward | 0, 2–9 | 8 |
| Arithmetic | 0–22 | 15 | Longest Digit Span Backward | 0, 2–8 | 4 |
| Symbol Search | 0–60 | 34 | Longest Digit Span Sequence | 0, 2–9 | 6 |
| Visual Puzzles | 0–26 | 12 | Longest Letter–Number Sequence | 0, 2–8 | |
| Information | 0–26 | 14 | | | |
| Coding | 0–135 | 52 | | | |
| Letter–Number Seq. | 0–30 | | | | |
| Figure Weights | 0–27 | | | | |
| Comprehension | 0–36 | | | | |
| Cancellation | 0–72 | | | | |
| Picture Completion | 0–24 | | | | |

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR002929

Lincoln/Marcus 0886

# Referral Form

**Black Diamond Medical LLC**
DBA: Wellness for Life: Family Practice, Urgent Care,
Mobile Medical Services
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
623-322-0966 fax

**Patient Information**

Patient Name: _Leslie Marcus_ DOB:

Email address:

Phone:                          ok to text: ✓  Ok to leave message on voicemail: ✓

Address:

Referral Reason: _Short term memory issues + for Artfulness_

Referring Provider: Tonia Graham FNP-BC    M. Dawn Austin FNP-C
NPI          1699108621                    1356768493

Signature: _____ FNPBC_

**Referral Information**

Specialist Referral Name/Clinic: _Dr Higgins    Comprehensive Neuropsychological Services_

Address:

**Please call patient to schedule** (circle) Immediately  Next available  In next 1-2 months
**Referral Information** _Appt scheduled Sept 8th, 10am._

ICD 10 code: Primary: _____ Secondary: _____

CPT code: (if procedure) _____

Insurance Covers? Yes        No: needs cash pay
Insurance Co. _BCBS_
Policy #: _CDC85193l0353_____ Copy of card attached: Yes

Prior Auth: #_____
Dates of Referral _8/18/2021_ until _8/17/2022_ _Office visit 12#_

Attached Labs: Xray; Office notes:

MARCUS AR002930

**Lincoln/Marcus 0887**



MARCUS AR002931

Sep 03 21, 05:48p      Wellness for life                                    .                6233220966                p.3

# Leslie Marcus

MRN 00000272
Age 50
Female
Black Diamond Medical LLC
Birth date:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

BCBS: policy #CDC851936353, group 26078

Chronic Conditions

**F43.21 (Adjustment disorder with depressed mood)**
**J45.909 (Unspecified asthma, uncomplicated)**
**Q79.6 (Ehlers-Danlos syndrome)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**D50.9 (Iron deficiency anemia, unspecified)**
**K58.1 (Irritable bowel syndrome with constipation)**
**D89.40 (Mast cell activation, unspecified)**
**I95.1 (Orthostatic hypotension)**
**I48.91 (Unspecified atrial fibrillation)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002932

**Lincoln/Marcus 0889**

Current Medications

acetazolamide (acetazolamide) tablet 125 mg, schedule:
nonscheduled, 60 tablets for 30 days (5 refills) / Take 1
tablet by mouth twice a day
Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)
desvenlafaxine succinate (desvenlafaxine succinate)
tablet extended release 24 hr 50 mg, schedule:
nonscheduled, 30 tablets for 30 days (5 refills) / Take 1
tablet by mouth once a day
Eliquis (apixaban) tablet 5 mg, schedule: nonscheduled
folic acid (folic acid) tablet 1 mg, schedule: nonscheduled,
90 tablets for 90 days (1 refill) / Take 1 tablet by mouth
once a day
Linzess (linaclotide) capsule 72 mcg, schedule:
nonscheduled
midodrine (midodrine) tablet 2.5 mg, schedule:
nonscheduled, 90 tablets for 30 days (3 refills) / Take 1
tablet by mouth every six to eight hours
montelukast (montelukast) tablet 10 mg, schedule:
nonscheduled
ondansetron (ondansetron) tablet,disintegrating 8 mg,
schedule: nonscheduled
Symbicort (budesonide-formoterol) HFA aerosol inhaler
160-4.5 mcg/actuation, schedule: nonscheduled
trazodone (trazodone) tablet 100 mg, schedule:
nonscheduled, 30 tablets for 30 days (5 refills) / Take 1
tablet by mouth at bedtime
Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90
mcg/actuation, schedule: nonscheduled

Past Surgeries

Excision of ovary cyst
Hysterectomy (2005)

Family History

Bipolar : Sibling
Connective tissue nevus of skin : Sibling
Heart Disease: Father

Social History

Occupation: currently unemployed- was working as
regional property management
Marital Status: married
Tobacco use: No / Quit in: since 20 / Years: 15 years
Alcohol: No
Caffeine: No
Recreational drugs: Yes (marijuana)
Special diet: Yes (regular/only eats dinner)
Regular exercise: No

Immunizations

COVID-19: Yes (Moderna #2 5/16/21)

MARCUS AR002933

Lincoln/Marcus 0890

**Tonia Graham FNP-BC:**                                                              Sep 3 2021

established pt here her son, f/u she is very upset with her "money". she is was not wanting her previous disability to be overturned from previous provider. pt reading from paperwork she brought very upset. pt had researched internet found CFS on the internet. previously had not been treated for her POTS.

POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out. having difficulty walking without holding someone or something. has been occurring for the past year. worsening for the past 3-4 months has been consistently holding onto someone.

has been taking zofran 3 times per day for the nausea.

still feeling nauseated in morning - continues with vomiting at least once per week. she is feeling her nausea is coming from her neck- has appt pending with Dr. Hatch in October for vagus nerve evaluation and POTS. she gained weight when taking PPI 14-149 in 1 month. the zofran controls the nausea. if she eats and then moves has "motion sickness" from walking or moving.

+has persistent tinnitus R>L.

unable to tolerate vit d capsules- causes nausea.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears. Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: . Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.

Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. Coordination and Cerebellum: +romberg; immediate dizziness with feeling of nausea with extending head..

Skin: no rash or jaundice and good turgor. Nails: normal.

MARCUS AR002934

**Lincoln/Marcus 0891**

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
3. Postural orthostatic tachycardia syndrome -
retry midodrine with food.
I95.1: Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
6. Dizziness
R42: Dizziness and giddiness
7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.
8. Unsteady gait
R26.81
referral physical therapy for evaluation of unsteady gait- holds onto person or objects to steady herself
Return to Office
Electronically Signed by Tonia Graham on 08/23/2021 7:57am

MARCUS AR002935

Lincoln/Marcus 0892





# CNS
## MEMORY CLINIC
Comprehensive Neuropsychological Services

# PEAK PERFORMANCE INSTITUTE
**UPGRADE YOUR BRAIN**

**CNS/Adults** Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
**PPI/Children** Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

Date 09 / 02 / 21

Patient Name **LESLIE SUSAN Marcus**
First Name, Middle Initial, Last Name    Birthdate _____

**If patient is a minor (under 18 years of age):**    Current Age **50**

Parent/Guardian _____    Birthdate __/__/__
First Name, Middle Initial, Last Name

E-mail _____ Marital Status **M** Male / Fe**male**

Home Phone **none** Cell Phone _____

Race: **White**/African American/Chinese/Guamanian or Chamorro/Japanese/Korean/Native Hawaiian or Other Pacific Islander/American Indian or Alaska Native/Filipino/European/Other Asian/Other Pacific Islander/Samoan/Vietnamese

Other _____ Language Spoken at Home **english**

Ethnicity: Chicano/Cuban/Hispanic or Latino/Mexican/Mexican American/**Not Hispanic or Latino**

Address _____

City _____ State ___ Zip Code _____

Name of Policyholder **Clay cornwell** Birthdate _____

Social Security # (for billing purposes) _____

Emergency Contact **Clay Cornwell** Phone # **8**

Primary Care Physician's Name **Tonia grattam**

Primary Care Physician's Phone # _____

Neurologist or Referring Doctor's Name **TONia GRAHAM**

Neurologist or Referring Doctor's Phone # _____

What are your major complaints and/or symptoms? **HEADACHE/NAUSEA/ loss of Memory/ Loss of Words, "Brain Fog / cant multi-task/ difficulty completing simple tasks, Verbal communication difficult**

If automobile accident/injury/stroke, please indicate date and lawyer's name (if any):
**N / A**

Green Card: **N/A** USCIS #: **N/A**

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

4808827316 **Frank Cibulka** MARCUS AR002936 Health

**Lincoln/Marcus 0893**

 

**CNS/Adults** Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
**PPI/Children** Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## ASSIGNMENT AND RELEASE FORM FOR NEUROPSYCHOLOGICAL EVALUATION: INCLUDING INITIAL INTERVIEW, TESTING, AND FOLLOW-UP (TEST RESULTS) APPOINTMENTS

1.  I hereby assign my insurance to be paid directly to CNS Memory Clinic LLC, doing business as (dba) Comprehensive Neuropsychological Services (CNS) as well as Peak Performance Institute (PPI).

2.  I am aware that insurance approval for my visits is not a guarantee of payment and I agree to be financially liable for all charges that may occur.

3.  Further, I understand that I am responsible for any co-pay, coinsurance, deductible, non-covered or not deemed medical necessary service.

4.  In the event of default, I promise to pay legal interest on the indebtedness, together with such collection costs and reasonable attorney fees as may be required to affect the collection of this indebtedness.

5.  I understand that it is my choice to continue with this office appointment.

6.  I also authorize Dr. Dane A. Higgins and his medical assistants to release pertinent health information required by my insurance plan for the purpose of filing my medical health care or behavioral health care claim in order to make every effort to collect for services rendered.

_____
Patient Name (printed)

_____
Date

_____
Parent/Guardian Name (printed)

_____
Guarantor (Parent/Guardian signature)

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS AR002937

**Lincoln/Marcus 0894**


**CNS** MEMORY CLINIC
Comprehensive Neuropsychological Services


**PEAK PERFORMANCE INSTITUTE**
UPGRADE YOUR BRAIN


Dane A. Higgins, Ph.D.
Neuropsychologist
Clinical Psychologist
Memory Disorders Specialist

| Patient: Leslie Marcus | Date of Testing: 11 / 15 / 2021 |
|---|---|

## BEHAVIORAL OBSERVATIONS:

____alert ____engaged ___interested _____good arousal

effort: _____poor____adequate_____good_____excellent

awareness: ___low____adequate ____full

comprehension: ___low ____adequate ____full

speech: ___word finding problems ___ soft ___sparse ___normal

affect: ___restricted range ___blunted ___appropriate ___full/normal

___ behavioral slowing ____ normal pace of responding

___ valid and reliable estimate of current level of neurocognitive functioning

- walked w/ support of husband. Very skinny. Said lobby was too loud.
- clock = organized approach.
- Impatient, irritable. Says she's so emotional now & never was before. Cries all the time now.
- Quick to grasp tasks & fast performance throughout.
- Looking for answers as to why she is the way she is now. 4 years ago symptoms happened & no doctors know why. She said she's a completely different person now - can't even multitask basic things.
-

## RECOMMENDATIONS:

MARCUS AR002939
Dr. Dane A. Higgins

**Lincoln/Marcus 0895**

# HVLT-R/BVMT-R Profile(s)

Client Name:  : Leslie Marcus



Memory

Auditory

Visual

1    2    3    Total recall    Delayed recall

Dementia, mild

Primary Right frontal + Temporal Dysfunction

1) Memory medication — donepezil / memantine
2) Physical exercise
3) Brain activities — see list
       focus on right frontal
       right temporal
memory ⟨ + left temporal ⟩
       + verbal reasoning

/ retest in 2 yrs /

MARCUS/AR002940

**Lincoln/Marcus 0896**

**CNS** Comprehensive
Neuropsychological
Services

Dane A. Higgins, Ph.D.
Neuropsychologist
Clinical Psychologist
Memory Disorders Specialist

• Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • Goodyear, AZ 85395 •
• Fax (623) 977-2016 • website: www.neuropsych.biz •

## INITIAL NEUROPSYCHOLOGICAL CONSULTATION

**Patient Name:** Leslie Susan Marcus     **M/F** F     **Education:** 13th grade

**Date of Birth (Age):**     (50     )     **Occupation:** not working

**Date of Interview:** 09/08/2021     **Handedness:** Right

**Others Present During I/V:**     **Marital Status:** Married

**Relationship:**     **Ethnicity:** White

referral source

**Primary Care Physician:**

**Neurologist/Other:**     **Interviewed by:** Steven

**Other Provider:**     **Home Language:** English

### REASON FOR CONSULTATION – HISTORY OF PRESENTING ILLNESS:

What is the reason for your visit today?
headaches, nausea, loss of memory, loss of words, "brain fog", cannot multitask, difficulty completing "simple" tasks, verbal communication difficulties. Severe mental fog. Stated it is so bad she felt like she had a stroke. Has been diagnosed with different things that cause this mental fog. Can literally do one thing at one time. Does not trust herself to drive anymore.

How long have you noticed these symptoms?
After the accident of Dec. 16, 2017 is when everything started but 2018 is when it all really came

Did some medical condition cause the symptoms, or has it been a gradual change?
Gradual change, progressively getting worse

Legal History / Current Litigation / Disability Applicant / On Disability / Citizenship
Neuro referral

Differential Diagnosis and Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias – Postconcussion Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., Multiple Sclerosis, Parkinson's) – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders – Cognitive Evaluations of Surgical Candidates – Forensic Evaluations –

MARCUS AR002941

**Lincoln/Marcus 0897**

**EDUCATIONAL AND PSYCHOSOCIAL HISTORY:**

Where were you born? PA

**What is your highest level of education?** 13th grade

If less than 12ᵗʰ → Did you get a GED? -

If 'some college' → about how many credits/years? -

Were you in Special Education? -

Did you have any Learning Disabilities? -

How many times have you been married? 2

\# sons 1                    \# daughters -

What was your main occupation? regional manager for multi family housing for the military.

Military History – Were you in the military? How long?

-

**PHYSICAL SYMPTOMS:**

**Vision**

Do you wear glasses? Y

Do you have any Blind Spots or Blurred Vision? -

Do you see things that others don't see? (shadows/people/visual hallucinations)
Y in the hospital, was quite ill with extremely low blood pressure. Not sure when it was. Maybe 20

**Audition**

Has your hearing changed significantly recently? Y lost hearing

Do you hear things that others don't hear, like voices (auditory hallucinations)?
*If yes* → Do they tell you to do things/command you to do things?
Y, sounds and voices.

**Olfaction** Have you lost your sense of smell? -

**Gustation** Have you lost your sense of taste? -

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or*
*explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002942
*Revised July 2020*

**Lincoln/Marcus 0898**

## Motor

(Gait) Do you have difficulty walking? Y

(Falls) Have you had any falls lately? Y, multiple times within 6 months. Stated she has POTS.

(Tremors) Do you have any tremors? Y
If so, where? hands, sometimes it is whole body, sometimes legs

(Fatigue) Do you tire out easily? Y very easily

(Balance/Dizziness) Have you lost your sense of balance? Y

(Unusual Loss of Strength) Have you noticed a significant loss of strength? Y
If so, where? entire body

(Coordination) Are you dropping things or spilling things lately? Y very often, began to laugh

## Writing

Has your writing changed? Y
If so, Is it bigger // smaller // messier? bigger and messier

## Tactile

(Numbness/Burning) Do you have any significant numbness/burning? Y
If so, where? numbness in fingers, toes, feet, arms, legs, and sometimes ears

## Pain/Headaches

Do you have significant headaches?
Y all the time

## COGNITIVE SYMPTOMS:

## Memory

Do you have trouble remembering peoples' names? Y

Has this always been a problem? -
If so → is it worse now? recent

When you have met someone before, do you have trouble recognizing their face when you meet them again? Does not think so

Do you have trouble recognizing any family members?

-

Do you need reminders to remember your appointments?
put it in cellphone

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002943
*Revised July 2020*

**Lincoln/Marcus 0899**

*[family members often are helpful in helping answer this section of questions]*
Do you repeat yourself? Y all the time, over and over

Do you ask questions repeatedly? Y

Do you tell the same stories over and over? Y

Do you forget what you are saying, Mid-Sentence? Y all the time

Do you tend to misplace items? Y all the time

Do you have trouble remembering what you read? Y completely forgets what she reads

Have you noticed a loss in your ability to spell certain words? Y kind of

Do you have trouble recalling your past? (childhood/adolescence) Y

Do you have trouble remembering recent events? (last week) Y, struggles to remember full conversations

Is it difficult to learn new information? Y extremely

Is it difficult to perform tasks that were once-familiar? Y
[something that you used to know how to do well, but can't do it now]

**Speech** *[In this section you make observations about their speech patterns when they are answering questions]*
Is speech halting / hesitant / effortful? -

*Are they having trouble finding their words?* Y

*Are they substituting words that don't make sense?* -

*Are they making Semantic Paraphasic Errors?* -
[substituting a word that is in a similar category of speech /// calling a desk a table]

*Are they making Phonemic Paraphasic Errors?* -
[substituting a word that is in a similar sound of speech /// calling scissors a snake]

*[Initiation/Sparse] Do they speak very little?* -

*[Clarity] Is it difficult to understand them?* -

*[Comprehension] Do they seem to have trouble understanding the questions?* -

*[Logic expressive] Do their answers make sense?* Y

*[Tangential] Do they go off-topic frequently?* -

*[Confabulation] Do they make up nonsense or false stories?* -

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002944
*Revised July 2020*

**Lincoln/Marcus 0900**

## Attention/Concentration

Is it more difficult to concentrate? Y definitely, stated she used to be able to manage so many things before

Has this always been a problem? -
If so → is it worse now? recent, since she was sick

[distractibility] Do you get distracted easily? Y very easily, can literally only do one thing at a time

## Other Cognitive Problems

[clarity of thinking] Is your thinking less clear/fuzzier than it used to be? Y, very jumbled, does not make a lot of sense.

[processing speed] Is your thinking slower than it used to be? Y

[confusion] Do you get confused easily? Y very easily

[orientation] Do you wake up and not know what day it is? Y everyday

[planning/organization] Is it difficult for you to plan or organize? Y

## ACTIVITIES OF DAILY LIVING (ADLS)/COMPETENCY:

What is your living situation? husband and son

Medications: How do you manage your medications? pill box and keeps track of it

Math Problems/Financial: Do you have trouble managing your finances? -

Food Preparation/Eating: Do you have trouble cooking? Y sometimes

Have you left the stove on after you finished cooking? Y

Self-Care/Hygiene: Do you need reminders for showers? -

Incontinence: Do you have trouble getting to the bathroom on time? Y

[bladder] wet pants? Y

[bowel] bowel movements/accidents? Y

Driving: Do you still drive? Will only drive within a block of her house due to not being able to trust herself to drive

Do you get lost? Y

Do you forget where you are driving? Y

Do you have trouble with your Sense of Direction? Y

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002945

*Revised July 2020*

**Lincoln/Marcus 0901**

**EMOTIONAL FUNCTIONING:**

Emotional Lability/Mood Swings Y, constant, like all the time for no reason. Couple times a week

Changes in Emotional Sensitivity Y

Sadness/Depression Y sadness all the time, was crying during the IC

Sleep Problems Y, going and staying asleep. Has been up for over 24 hours she told me

Appetite Changes Y, less hungry than usual

Anxiety Y

Restlessness Y all the time

Irritability Y

Anger/Rage Y per husband

Racing Thoughts or Mania Y
*Do these keep you up at night?* Y

Paranoia/Irrational Thinking Y

Amotivation/Initiation ‾
*Do you feel that it is difficult to be motivated?* Y extremely

**PSYCHIATRIC HISTORY**

Counseling (How often? Or just a few sessions?)

-

Hospitalizations (When and for how long? Why?)

-

Suicidality:            ideation _            plan _            intent _

Homicidality:           ideation _            plan _            intent _

PTSD Symptomatology
 Y, diagnosed with PTSD


Bipolar/OCD/Psychosis/Schizophrenia/Other

-

*Problems are marked with a check mark.  If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002946
*Revised July 2020*

**Lincoln/Marcus 0902**

## MEDICAL HISTORY:

Birth History/Trauma (Premature? Complications?)

**premature just under 2 lbs. Was in an incubator for 2 or 3 months**

Congenital Medical Problems

-

Other Medical Problems/Brief Medical History/Major Surgeries

eupherectomy, hysterectomy, two heart ablations, degeneration of lower lumber, laporascopies

Heart or Lung or Brain Surgery?

tachycardia Aug 2018. After stopped corticosteroid injections (after accident). So, 2 heart ablations

Cancer? Treatment?

-

Hypercholesterolemia (High Cholesterol)

-

Hypertension (High Blood Pressure)

**- extremely low blood pressure**

Pre-Diabetic or Diabetes II

-

Myocardial Infarction (Heart Attack)

-

Stroke (TIA (mini stroke) / bleeding on the brain)

no.
but pulmonary embolisms and DVTs
and BP crashing several times/hospitalizations.
checked for strokes. No watershed strokes found.

## Prior Head Injuries

Loss of Consciousness due to head injury

When (or how old were you?), what caused it, how long were you out?

Y, about 3 weeks, was vacuuming and the vacuum hit her head and was knocked out for a few seconds.

Significant Car accidents (or whiplash)? Sports injuries?

**Y DEC 16, 2017. was hit from behind on 101 when stopped in traffic.**

Seizures (When? how many or how often?)

**Is not sure**

## Current Medications

pristic, dezlavoxine (depression), folic acid, zofran, clomapazan, trazadone, acetytozolide, provental (inhaler), aloquiz, mititrend, lizensezt, rubbery?(supisitory),

*Problems are marked with a check mark.  If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002947

*Revised July 2020*

## FAMILY MEDICAL HISTORY

| Father | Mother | Siblings/Other |
|---|---|---|
| Alive or d/c (from what?) | | similar issues? |
| Alive | D/C DK | twin sister has severe nongengectiv auto immune disorder, older sister is bipolar, twin non specific connective tissue disorder. |
| How old? 84 | - | |
| History of heart attack? Y | - | |
| Or stroke? Y | - | |
| Memory problems? Y | - | |
| How long? few years | - | |

What is your Current Alcohol Use? Every day? How much?

-

Did you have problems with excessive Past Alcohol Use? Every day? How much?

Used to drink, a couple drinks a week, maybe, since August of 2018 stopped drinking

What is your Current Drug Use? Every day? How much?

medical marijuana, every night to sleep

Did you have problems with any Past Drug Use? Every day? How much?

-

Do you have a History of Drug/Alcohol Problems or Treatment?

-

## BEHAVIORAL OBSERVATIONS/MENTAL STATUS EXAMINATION:

Alert:       yes ☑ no ☐        Speech:    Word Finding Problems ☑

Engaged:  yes ☑ no ☐        Soft ☐    Sparse ☐ Low Initiation ☐

Arousal:    ok ☑ low ☐        Affect:    Appropriate ☑

Interested: yes ☑ no ☐                 Full Range ☐

Awareness:                              Restricted Range ☐

Full/Normal ☑                 Blunted Responsivity ☐

Diminished ☐                  Socially-Inappropriate ☐

**Other Observations:** Word finding problems. Could not renew her brokers license because she could not remember the work she did the last 20 years. Diagnosed with adjustment disorder with depressed mood, AFIB with taka cardia, was Anemic, GAD, reaction stress acute stress disorder, Asmtha, chronic sinus, deviated septum, lumbar spondquaosis, autonomic nueropathy, chronic fatigue syndrome, insepholitis, central sensitization, cervical spine irregulatories through C1-C4, major depressive disorder ep, 1 moderate, downlor syndrome, fibromyalgia, POTS, IBS without diarrhea, Insomnia, mestel activtion disorder, pulmonory emoblisim, PEM, PTSD prolonged,

Dane A. Higgins, Ph.D., Neuropsychologist
Licensed Clinical Psychologist

*Problems are marked with a check mark. If not fully endorsed, they are marked with a horizontal line and/or explained as needed. [frq=frequently; ocl=occasionally; h/a=headaches; d/c=deceased; 2to=secondary to]*

MARCUS AR002948

*Revised July 2020*

**Lincoln/Marcus 0904**



**Wellness for Life Family Practice**

20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
1-866-228-5038 fax
Office
Tonia Graham FNP-BC & M. Dawn Austin FNP-C

Re: Leslie Marcus
Long Term Disability (LTD)
Benefits Balfour Beatty Investments
Claim #: 9303113

August 12, 2021

Dear Charles Martin,

This letter is in response to your premature conclusion of Leslie Marcus Long term disability claim. My patient Leslie Marcus forwarded your letter for me to review. Imagine my surprise when I read the "conclusion" you said I had made.

Sadly, you outlined our conversation quiet differently than the information I presented to you. While this may be your practice to draw erroneous conclusion, I did make myself perfectly clear that Ms. Marcus is still being medically evaluated and no definitive diagnosis of disability had been made nor had any conclusion been drawn to preclude her from disability.

You reassured me, that our conversation was preliminary and you were gathering information and would be waiting until she was seen by neurology for a definitive diagnosis. I am extremely disappointed that you made the assumption that I would not disable Ms. Marcus. We are still gathering information and evaluating her neurologic conditions. As a Family Nurse Practitioner diagnosis, a neurologic condition is best form a neurologist. Even Dr. Syal who is a neurologist wanted her to be evaluated by neurologist specializing in autonomic dysfunctions Her appointment is scheduled October 6th with Dr. Hatch.

Additionally, I am referring Leslie Marcus to physical therapy and to Neuropsychology-to Dr. Higgins 623-977-6860. Her appointment with Dr. Higgins is September 8th. I am confident this will show Ms. Marcus is not a malingering.

Please understand I am working with the specialists in gathering medical information, unfortunately this does take some time for appointments to be completed. As you informed me at on our phone conversation the final decision would be made end of October. I hope you will still stand by your word and are willing to have submissions from the specialists be accounted.

Sincerely,

Tonia Graham FNP-BC

MARCUS AR002949

**Lincoln/Marcus 0905**

091005940600755

EXHIBIT NO. 7E
PAGE: 1 OF 8

FORM APPROVED
OMB No. 0960-0635

SOCIAL SECURITY ADMINISTRATION

## FUNCTION REPORT – ADULT – THIRD PARTY

*How the disabled person's illnesses, injuries, or conditions limit his/her activities*

**For SSA Use Only**
**Do not write in this box.**

Related SSN _____

Number Holder _____

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

### SECTION A- GENERAL INFORMATION

**1. NAME OF DISABLED PERSON** *(First, Middle, Last)*

LESLIE SUSAN MARCUS

| **2. YOUR NAME** *(Person completing the form)* | **3. RELATIONSHIP** *(To disabled person)* | **4. DATE** *(Month, Day, Year)* |
|---|---|---|
| CLAY A. CORNWELL | DOMESTIC PARTNER | APRIL 28, 2020 |

**5. YOUR DAYTIME PHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

( ___ - ___ - 6 ___   ☒ Your Number   ☐ Message Number   ☐ None
Area Code   Phone Number

6. a.   How long have you known the disabled person? 4 YEARS _____

b.   How much time do you spend with the disabled person and what do you do together?

LIVE TOGETHER FULL TIME.

7. a.   Where does the disabled person live? *(Check One.)*

☒ House   ☐ Apartment   ☐ Boarding House   ☐ Nursing Home

☐ Shelter   ☐ Group Home   ☐ Other (What?) _____

b.   With whom does he/she live? *(Check One.)*

☐ Alone   ☒ With Family   ☐ With Friends

☐ Other (describe relationship) _____

### SECTION B – INFORMATION ABOUT ILLNESSES, INJURIES, OR CONDITIONS

8.   How do this person's illnesses, injuries, or conditions limit his/her ability to work? UNABLE TO CONCENTRATE & FOCUS. UNABLE TO TOLERATE STRESS RESULTING IN HEART & BLOOD PRESSURE ISSUES THAT HAVE RESULTED IN HOSPITALIZATION & SURGERY. SEVERE LACK OF AEROBIC CAPACITY & SEVERE FATIGUE. PERIPHERAL NEUROPATHY CAUSING FALLS. POTS (POSITIONAL ORTHOSTATIC TACHYCARDIA SYNDROME) RESULTING IN HYPERVENTILATION & BALANCE ISSUES WHILE STANDING.

Form **SSA-3380-BK** (12-2015) ef (12-2015)   Page 1   MSC 217 (07/18)
Use (12-2009) Edition Until Supply Exhausted
DEA: JENAVA, Case Number: 1749853

MARCUS AR002950

**Lincoln/Marcus 0906**

## SECTION C – INFORMATION ABOUT DAILY ACTIVITIES

9. Describe what the disabled person does from the time he/she wakes up until going to bed.

RESTS UPON WAKING. DEPENDING ON CONDITION, LIGHT HOUSEWORK & COOKING. ACTIVITIES (GAMES & PUZZLES) WHICH DO NOT REQ EXTENDED STANDING OR AEROBIC ACTIVITY. DRIVING WHEN FEELING WELL

10. Does this person take care of anyone else such as wife/husband, children, grandchildren, parents, friend, other?  ☐ Yes ☒ No

If "YES", for whom does he/she care, and what does he/she do for them? _____

11. Does he/she take care of pets or other animals?  ☒ Yes ☐ No

If "YES," what does he/she do for them? FEED, WATER, BATH. SHORT WALK ~ .25 MILES WHEN FEELING WELL.

12. Does anyone help this person care for other people or animals?  ☐ Yes ☒ No

If "YES," who helps, and what do they do to help? _____

13. What was the disabled person able to do before his/her illnesses, injuries, or conditions that he/she can't do now?

FOCUS & CONCENTRATE. DEAL WITH STRESS. WAKE UP & START DAY ON A REGULAR SCHEDULE. DRIVE & TRAVEL EVERY DAY. WALK & STAND ON ANY/EVERY DAY.

14. Do the illnesses, injuries, or conditions affect his/her sleep?  ☒ Yes ☐ No

If "YES," how? SEVERE SLEEP DISTURBANCES REQUIRING PRESCRIPTION TO MAINTAIN. SLEEP CYCLE IS LONG & SHE CANNOT WAKE UP QUICKLY OR AT A REGULARLY SCHEDULED TIME

15. **PERSONAL CARE** (Check here ☒ if **NO PROBLEM** with personal care.)

a. Explain how the illnesses, injuries, or conditions affect this person's ability to:

Dress _____

Bathe _____

Care for hair _____

Shave _____

Feed self _____

Use the toilet _____

Other _____

Form **SSA-3380-BK** (12-2015) ef (12-2015)          Page 2          MSC 217 (07/18)
DEA: JENAVA, Case Number: 1749853

MARCUS AR002951

**Lincoln/Marcus 0907**

09200594000755

b.  Does he/she need any special reminders to take care of personal needs and grooming?   ☐ Yes  ☒ No

If "YES," what type of help or reminders are needed? _____

_____

_____

c.  Does he/she need help or reminders taking medicine?   ☐ Yes  ☒ No
If "YES," what kind of help does he/she need? _____

_____

_____

16. **MEALS**

a.  Does the disabled person prepare his/her own meals?   ☒ Yes  ☐ No

If "YES," what kind of food is prepared (For example, sandwiches, frozen dinners, or complete meals with several courses). _____

COMPLETE MEALS - UNLESS FATIGUED.

How often does he/she prepare food or meals? (For example, daily weekly, monthly.)
DAILY

How long does it take him/her? 45 MINUTES

Any changes in cooking habits since the illness, injuries, or conditions began?
NO.

b.  If "No," explain why he/she cannot or does not prepare meals. SOME DAY FATIGUE &

NAUSEA MEAN COOKING IS NOT PRACTICAL.

17. **HOUSE AND YARD WORK**

a.  List household chores, both indoors and outdoors, that the disabled person is able to do.
*(For example, cleaning, laundry, household repairs, ironing, mowing, etc.)*

LAUNDRY, CLEANING, VACUUMING - AT OWN PACE TO AVOID

FATIGUE & SYMPTOMS PREVIOUSLY DISCUSSED CAUSED BY STANDING.

b.  How much time do chores take, and how often does he/she do each of these things?

1 HR./DAY WHEN ABLE

c.  Does he/she need help or encouragement doing these things?   ☐ Yes  ☒ No

If "YES," what help is needed? _____

MARCUS AR002952

**Lincoln/Marcus 0908**

0920050490006755

d. If the disabled person doesn't do house or yard work, explain why not. _____

_I DO YARD WORK._____

18. **GETTING AROUND**

a. How often does this person go outside? _DAILY._____

If he/she doesn't go out at all, explain why not. _____

b. When going out, how does he/she travel? (*Check all that apply.*)

☒ Walk          ☒ Drive a car          ☒ Ride in a car          ☐ Ride a bicycle

☐ Use public transportation          ☐ Other (*Explain*) _____

c. When going out, can he/she go out alone?          ☒ Yes ☐ No

If "NO," explain why he/she can't go out alone. _____

d. Does the disabled person drive?          ☒ Yes ☐ No

If he/she doesn't drive, explain why not. _____

19. **SHOPPING**

a. If the disabled person does any shopping, does he/she shop: (*Check all that apply.*)

☒ In stores          ☐ By phone          ☐ By mail          ☒ By computer

b. Describe what he/she shops for. _FOOD & OTHER CONSUMER ITEMS_____

c. How often does he/she shop and how long does it take? _IN STORE ONCE/WEEK_____
_ALTHOUGH THIS ACTIVITY IS THE LIMIT OF HER_____
_AEROBIC CAPACITY_____

20. **MONEY**

a. Is he/she able to:

| | | | |
|---|---|---|---|
| Pay bills | ☒ Yes ☐ No | Handle a savings account | ☒ Yes ☐ No |
| Count change | ☒ Yes ☐ No | Use checkbook/money orders | ☒ Yes ☐ No |

Explain all "NO" answers. _____

MARCUS AR002953

**Lincoln/Marcus 0909**

0920050400000755

b. Has the disabled person's ability to handle money changed since the illnesses, injuries, or conditions began?  ☐ Yes ☒ No

If "YES," explain how the ability to handle money has changed. _____

_____

_____

## 21. HOBBIES AND INTERESTS

a. What are his/her hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.) _____

WATCHING TV, PLAYING COMPUTER GAMES, PUZZLES, MAKING JEWELRY & CRAFTS.

b. How often and how well does he/she do these things? EVERY DAY

_____

_____

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

READING IS DIFFICULT BECAUSE OF LACK OF CONCENTRATION / MENTAL FOG - NO MORE RECREATIONAL READING.

_____

## 22. SOCIAL ACTIVITIES

a. Does the disabled person spend time with others? (In person, on the phone, on the computer, etc.)  ☒ Yes ☐ No

If "YES," describe the kinds of things he/she does with others. ON PHONE / TEXTS

MOSTLY. IN PERSON VISITS ONCE/MONTH

How often does he/she do these things? EVERY OTHER DAY ON PHONE. ONCE/MONTH IN PERSON)

b. List the places he/she goes on a regular basis. (For example, church, community center, sports, events, social groups, etc.) STORE ONCE A WEEK. NAIL & HAIR ONCE/MONTH.

_____

_____

Does he/she need to be reminded to go places?  ☐ Yes ☒ No

How often does he/she go and how much does he/she take part? _____

_____

_____

Does he/she need someone to accompany him/her?  ☐ Yes ☒ No

MARCUS AR002954

**Lincoln/Marcus 0910**

4920050400000755

c. Does this person have any problems getting along with family, friends, neighbors, or others? ☐ Yes ☒ No

If "YES," explain. _____

_____

d. Describe any changes in social activities since the illnesses, injuries, or conditions began.

MUCH LESS SOCIAL INTERACTION DUE TO FATIGUE, PLUS MOST PEOPLE SHE KNOWS WORK FULL TIME.

---

## SECTION D - INFORMATION ABOUT ABILITIES

23. a. Check any of the following items the disabled person's illnesses, injuries, or conditions affect:

☒ Lifting  ☒ Walking  ☒ Stair Climbing  ☒ Understanding

☒ Squatting  ☐ Sitting  ☐ Seeing  ☒ Following Instructions

☒ Bending  ☐ Kneeling  ☒ Memory  ☐ Using Hands

☒ Standing  ☐ Talking  ☒ Completing Tasks  ☐ Getting Along with Others

☐ Reaching  ☐ Hearing  ☒ Concentration

Please explain how his/her illnesses, injuries or conditions affect each of the items you checked. (For example, he/she can only lift [how many pounds], or he/she can only walk [how far])

SEVERE AEROBIC & FATIGUE ON ALL MOBILITY TASKS. SEVERE MENTAL FOG & CONCENTRATION/COMPREHENSION ISSUE IN MENTAL TASKS.

b. Is the disabled person: ☒ Right Handed ☐ Left Handed?

c. How far can he/she walk before needing to rest? VARIES. 150 FEET TO ¼ MILE DEPENDING ON DAY & CLIMBING

If he/she has to rest, how long before he/she can resume walking? 5 MINUTES

d. For how long can the disabled person pay attention? DEPENDS ON TASK

e. Does the disabled person finish what he/she starts? (For Example: a conversation chores, reading, watching a movie.) ☒ Yes ☐ No

f. How well does the disabled person follow written instructions? (For example, a recipe)

CAN FOLLOW RECIPES. HOWEVER, TECHNICAL REPORTS, FINANCIALS, PROCESS & PROCEDURES, NOVELS & OTHER MATERIALS REQUIRING COMPREHENSION ARE NOT UNDERSTOOD EASILY ANYMORE

g. How well does the disabled person follow spoken instructions? OKAY, BUT NOT AS WELL AS BEFORE WITH BRAIN FOG/CONFUSION - RANGES FROM MILD TO SIGNIFICANT DEPENDING ON DAY.

MARCUS AR002955

**Lincoln/Marcus 0911**

6920050040000755

h. How well does the disabled person get along with authority figures? (For example, police, bosses, landlords or teachers? _____

_MINIMAL INTERACTION SINCE DISABILITY, BUT LIKELY FINE_

i. Has he/she ever been fired or laid off from a job because of problems getting along with other people?  ☐ Yes ☒ No

If "YES", please explain. _____

_____

If "YES," please give name of employer. _____

j. How well does the disabled person handle stress? _POORLY, INCLUDING_

_SEVERAL DOCUMENTED INCIDENTS WHERE STRESS LED UP_

_TO HOSPITALIZATION (IN COMBINATIO WITH PHYSICAL TRIGGERS)_

k. How well does he/she handle changes in routine? _POORLY, ESPECIALLY REGARDING_

_SLEEP CYCLE, AND/OR CHANGES REQUIRING PHYSICAL EXERTION_

l. Have you noticed any unusual behavior or fears in the disabled person?  ☒ Yes  ☐ No

If "YES," please explain. _ALL PHYSICAL & MENTAL SYMPTOMS_

_DESCRIBED ABOVE CAUSE UNUSUAL SEDENTARY BEHAVIOR._

_LIFESTYLE CHANGES REGARDING THE DISABILITY ARE VERY STRESSFUL_

24. Does the disabled person need the use of any of the following? *(Check all that apply.)*

☐ Crutches          ☐ Cane          ☐ Hearing Aid

☐ Walker            ☐ Brace/Splint  ☒ Glasses/Contact Lenses

☐ Wheelchair        ☐ Artificial Limb ☐ Artificial Voice Box

☐ Other *(Explain)* _____

Which of these was prescribed by a doctor? _GLASSES_ _____

When was it prescribed? _? LONG BEFORE DISABILITY ISSUES_ _____

When does this person need to use these aids? _FULL TIME_ _____

MARCUS AR002956

**Lincoln/Marcus 0912**

093005040060755

25.  Does the disabled person currently take any medicines for his/her illnesses, injuries, or conditions?  ☒ Yes ☐ No

If "YES", do any of the medicines cause side effects?  ☒ Yes ☐ No

If "YES", please explain.  (Do not list all of the medicines that the disabled person takes.  List only the medicines that cause side effects for the disabled person.)

| NAME OF MEDICINE | SIDE EFFECTS PERSON HAS |
|---|---|
| MULTIPLE | MULTIPLE (SEE MEDICAL RECORD) |
| | |
| | |
| | |

## SECTION E- REMARKS

Use this section for any added information you did not show in earlier parts of this form.  When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.

Name of person completing this form. (Please print)

CLAY A. CORNWELL

Date *(month, day, year)*

APRIL 28 2020

Address (Number and Street)

Email address (optional)

City

State

Zip Code

Form **SSA-3380-BK** (12-2015)  ef (12-2015)
DEA: JENAVA, Case Number: 1749853

Page 8

MSC 217 (07/18)

MARCUS AR002957

**Lincoln/Marcus 0913**

69200504000755

**SOCIAL SECURITY ADMINISTRATION**

Form Approved
OMB No. 0960-0681

## FUNCTION REPORT – ADULT
*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
**Do not write in this box.**

Related SSN _____

Number Holder _____

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

### SECTION A- GENERAL INFORMATION

| 1. NAME OF DISABLED PERSON *(First, Middle, Last)* | 2. SOCIAL SECURITY NUMBER |
|---|---|
| LESLIE SUSAN MARCUS | |

**3. YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

_____    _____    ☒ Your Number   ☐ Message Number   ☐ None
*Area Code*       *Phone Number*

4. a. Where do you live?  *(Check One.)*

☒ House          ☐ Apartment       ☐ Boarding Home    ☐ Nursing Home
☐ Shelter        ☐ Group Home      ☐ Other (What?) _____

   b. With whom do you live?  *(Check One.)*

☐ Alone          ☒ With Family     ☐ With Friends
☐ Other *(Describe Relationship)* _____

### SECTION B – INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

I cannot focus, concentrate, walk for any long time, stand for long time, Deal with stress on or any level.

DEA: JENAVA, Case Number: 1749853

MARCUS AR002958

**Lincoln/Marcus 0914**

052005040000756

## SECTION C – INFORMATION ABOUT DAILY ACTIVITIES

**6.** Describe what you do from the time you wake up until going to bed.

Shower Brush teeth makeup hair takes energy out of me until afternoon. cook dinner try to clean 1 room. try to take dogs for a walk. Try not to cry

**7.** Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other?  ☒ Yes ☐ No

If "YES," for whom do you care, and what do you do for them? Son - financially responsible he lives with me and attends college

**8.** Do you take care of pets or other animals?  ☒ Yes ☐ No

If "YES," what do you do for them? Walk- Feed - Groom

**9.** Does anyone help you care for other people or animals?  ☒ Yes ☐ No

If "YES," who helps and what do they do to help? Son & Boyfriend walk And groom when I cannot

**10.** What were you able to do before your illnesses, injuries, or conditions that you can't do now? Live my life. Walking Across the room exhausts me. Read a Book, I cannot focus or remember, travel for work,

**11.** Do the illnesses, injuries, or conditions affect your sleep?  ☒ Yes ☐ No
If "YES," how? Insomnia.

**12. PERSONAL CARE** (Check here ☒ if **No PROBLEM** with personal care.)
a. Explain how your illnesses, injuries, or conditions affect your ability to:

Dress _____

Bathe _____

Care for hair _____

Shave _____

Feed self _____

Use the toilet _____

Other? _____

MARCUS AR002959

**Lincoln/Marcus 0915**

0920650430600756

b.  Do you need any special reminders to take care of personal needs and grooming?    ☐ Yes  ☒ No

If "YES," what type of help or reminders are needed? _____

_____

c.  Do you need help or reminders taking medicine? ☒ Yes ☐ No
If "YES," what kind of help do you need? _Pills in Boxes, reminder in phone_

13. **MEALS**

a.  Do you prepare your own meals?    ☒ Yes ☐ No

If "Yes", what kind of food do you prepare?  (For example, sandwiches, frozen dinners, or complete meals with several courses.) _they come from FRESH CHEF_

How often do you prepare food or meals? (For example, daily weekly, monthly.) _4x week_

How long does it take you? _2+ hours /day_

Any changes in cooking habits since the illness, injuries, or conditions began? _yes- Cannot remember recape instructions I just read._

b.  If "No," explain why you cannot or do not prepare meals. _____

_____

14. **HOUSE AND YARD WORK**

a.  List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.) _Cleaning, laundry. done a little bit @ A Time_

b.  How much time does it take you, and how often do you do each of these things? _every day- I have to rest between loads of laundry & cleaning_

c.  Do you need help or encouragement doing these things?    ☐ Yes  ☒ No

If "YES", what help is needed? _____

MARCUS AR002960

**Lincoln/Marcus 0916**

0920050400J0755

d.  If you don't do house or yard work, explain why not. _____

15. **GETTING AROUND**

a.  How often do you go outside? ___*every day*___

If you don't go out at all, explain why not. _____

b.  When going out, how do you travel? *(Check all that apply.)*

☐ Walk   ☐ Drive a car   ☒ Ride in a car   ☐ Ride a bicycle
☐ Use public transportation   ☐ Other *(Explain)* _____

c.  When going out, can you go out alone?   ☒ Yes  ☐ No

If "NO," explain why you can't go out alone. _____

d.  Do you drive?                              ☒ Yes  ☐ No
If you don't drive, explain why not ___*rarely as I do not have clear memory or directional ability it is scary*___

16. **SHOPPING**

a.  If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores   ☐ By phone   ☐ By mail   ☒ By computer
b.  Describe what you shop for. ___*foods/ clother /house hold items*___

c.  How often do you shop and how long does it take? ___*a little but every day I cannot go to the grocery store too tiring*___

17. **MONEY**

a.  Are you able to

Pay bills ☒ Yes ☐ No   Handle a savings account ☒ Yes ☐ No
Count change ☒ Yes ☐ No   Use checkbook/money orders ☒ Yes ☐ No
Explain all "NO" answers. _____

MARCUS AR002961

**Lincoln/Marcus 0917**

0329050400007??

b.  Has your ability to handle money changed since the ☐ Yes ☒ No
illnesses, injuries, or conditions began?
If "YES," explain how the ability to handle money has changed.

_____

18.  **HOBBIES AND INTERESTS**

a.  What are your hobbies and interests? (For example, reading, watching TV,
sewing, playing sports, etc.)

_TV, making jewelry, painting, yoga, swimming,_
_reading._

b.  How often and how well do you do these things? _I cannot do a lot_
_of the things I used to like yoga, swimming, reading_

c.  Describe any changes in these activities since the illnesses, injuries, or
conditions began. _memory & cognitive issues, severe Brain Fog_

_____

19.  **SOCIAL ACTIVITIES**

Do you spend time with others? (In person, on the phone,  ☒ Yes ☐ No
on the computer, etc.)

a.  If "YES," describe the kinds of things you do with others _Watch TV_

_____

How often do you do these things? _every day_

b.  List the places you go on a regular basis. (For example, church, community
center, sports events, social groups, etc.) _no where~ Corona._

_____

Do you need to be reminded to go places?          ☒ Yes ☐ No

How often do you go and how much do you take part? _rarely~ too_
_scared_

_____

Do you need someone to accompany you?          ☒ Yes ☐ No

MARCUS AR002962

**Lincoln/Marcus 0918**

0920050400009756

**EXHIBIT NO. 5E**
**PAGE: 6 OF 8**

c. Do you have any problems getting along with family, friends, neighbors, or others ☐ Yes ☒ No
If "YES," explain. _____

_____

d. Describe any changes in social activities since the illnesses, injuries, or conditions began.
no friends. People don't like to hang out with sick people.

---

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items your illness, injuries, or conditions affect
☒ Lifting   ☒ Walking   ☒ Stair-Climbing   ☒ Understanding
☒ Squatting   ☒ Sitting   ☐ Seeing   ☒ Following Instructions
☒ Bending   ☐ Kneeling   ☒ Memory   ☒ Using Hands
☒ Standing   ☒ Talking   ☒ Completing Tasks   ☐ Getting Along with Others
☐ Reaching   ☐ Hearing   ☒ Concentration

Please explain how your illness, injuries or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far])
I have CFS. this means that I only have SID to use everyday. If I use over that SID, I end up in BED for weeks with POST EXTERNAL Malaise. this illness has ruined my life

b. Are you: ☒ Right Handed?   ☐ Left handed?

c. How far can you walk before needing to stop and rest? About 30 steps
If you have to rest, how long before you can resume walking? depends on day/situation

d. For how long can you pay attention? about 5 minutes

e. Do you finish what you start? (For example: a conversation, chores, reading, watching a movie) ☐ Yes ☒ No

f. How well do you follow written instructions? (For example a recipe) I have to re-read several times

g. How well do you follow spoken instructions? I need it written down

MARCUS AR002963

**Lincoln/Marcus 0919**

0920050400000756

h.  How well do you get along with authority figures? (For example, police, bosses, landlords or teachers) _fine_.

i.  Have you ever been fired or laid off from a job because of problems getting along with other people?          ☐ Yes  ☒ No

   If "YES," please explain. _____

   If "YES," please give name of employer _____

j.  How well do you handle stress? _I cannot handle stress e all on any level_.

k.  How well do you handle changes in routine? _I cannot handle any changes - it makes me nervous_

l.  Have you noticed any unusual behavior or fears?          ☒ Yes  ☐ No

   If "YES," please explain. _afraid of going outside, afraid of other people_

21.  Do you use of any of the following? *(Check all that apply)*

   ☐ Crutches      ☐ Cane          ☐ Hearing Aid
   ☐ Walker        ☐ Brace/Splint  ☒ Glasses/Contact Lenses
   ☐ Wheelchair    ☐ Artificial Limb  ☐ Artificial Voice Box
   ☐ Other (Explain) _____

   Which of these were prescribed by a doctor? _yes_

   When was it prescribed? _years_

   When do you need to use these aids? _all of the time_

MARCUS AR002964

**Lincoln/Marcus 0920**

0929005940600756

**EXHIBIT NO. 5E**
**PAGE: 8 OF 8**

22. Do you currently take any medicines for your illnesses, injuries, or conditions?  ☒Yes ☐ No

If "YES," do any of your medicines cause side effects?  ☐ Yes ☒No

If "YES," please explain (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| too manny to list | |
| | |
| | |
| | |
| | |

## SECTION E - REMARKS

Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you don't have anything to add), be sure to complete the fields at the bottom of this page.

LESLIE MARCUS

Name of person completing this form. (Please print)

LESLIE MARCUS

Date *(month, day, year)*

04|20|2020

Address (Number and Street)

Email address (optional)

City

State

ZIP Code

Form **SSA-3373-BK** (10-2015) ef(10-2015)
DEA: JENAVA, Case Number: 1749853

Page 8

MSC/205 (07/18)

MARCUS AR002965

**Lincoln/Marcus 0921**

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002966

**Lincoln/Marcus 0922**

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol Inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / Quit in: since 20 / Years: 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal: Paternal Gmother, Paternal Gfather**
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

OB History

**Full term:** 1
**Total number of pregnancies:** 1

Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002967

**Lincoln/Marcus 0923**

**Tonia Graham FNP-BC:**                                                                               01/05/2023 6:12pm

HPI: established pt here with husband and son. f/u needing fasting labs. also still having issue with painful feet. husband has video of her walking in pigeon toe fashion due to the pain. she reports was seen by Dr. Hatch and told "I don't have a pill for that". Leslie is frustrated with not knowing what is causing her condition. symptoms include foggy brain, difficulty concentrating, speaking- even though she is very articulate- she has previously had an issue with stuttering on last office visit via video. she does not drive. lacks endurance and strength. she has lost weight in the past 4 years to her current weight and struggles to maintain. has episodes of nausea. does have IBS-C.

insomnia - she feels the combination of trazodone and clonazepam 1/2 tablet helps her to sleep at night.
Hx: Migraines- had botox, had beta-blockers, had tried diclofenac after injections. she recalls had issue with traveling, these seemed to resolve once she stopped traveling. septoplasty 6/22 initially had daily increase in headaches. have improved with healing.
previously on estrogen post hysterectomy- had afib- 2018-dec 26, 2018- ablation, june 19, 2019. tolerated estradiol, unable to tolerate testosterone.

ROS
Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.
Psych: + depression and +anxiety.
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam
Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: TM pearly grey, turbinates pale, clear drainage. Oropharynx: no erythema or exudates and moist mucous membranes.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.
Lungs: no dyspnea. Lungs clear with no wheezing, rales/crackles, or rhonchi and good air movement.
Cardiovascular: RRR normal S1 and S2; no murmurs, rubs, or gallops. Neck vessels: no carotid bruits.
Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities-equal moderate strength 4/5, and no tenderness. Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation remains unchanged from previous decrease sensation unable to differentiate between sharp and dull.
Coordination and Cerebellum: pt holds onto wall or husband to steady herself during ambulation.
Skin: no rash or jaundice and good turgor. Nails: normal.

Assessment/Plan

MARCUS AR002968

**Lincoln/Marcus 0924**

1. Memory Issues- short term
   I69.311
   continue following with Dr. Hatch- evaluation of vagus nerve.
2. chronic nausea-
   R11.2
   recommendation- biofeedback for nausea
3. Postural orthostatic tachycardia syndrome -
   I95.1: Orthostatic hypotension
   on hold -midodrine 2.5 mg tid
   monitor for return of near syncope episode.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
   M50.30: Other cervical disc degeneration, unspecified cervical region
   continue with physical therapy- weekly
5. Decreased renal function
   R94.4: Abnormal results of kidney function studies
   repeat lab today: previous eGFR 48
6. Dizziness
   R42: Dizziness and giddiness
7. Unsteady gait
   R26.81
   continue physical therapy
8. Insomnia
   take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
   decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x
   30 tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
has not had sleep study at home. husband saw a sleep study facility by their house they will call with name of facility.
F/u PRN for new issues
recheck in 1-2 months.
discussed referral to new neurology for reevaluation of condition.
Electronically Signed by Tonia Graham FNP-BC on 10/20/2022 6:10pm

MARCUS AR002969

**Lincoln/Marcus 0925**

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002970

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule:
nonscheduled, 180 tablets for 90 days (3 refills) / Take 1
tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled,
60 tablets for 30 days (11 refills) / Take 1 tablet by mouth
twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule:
nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule:
nonscheduled, 60 tablets for 30 days (3 refills) / for nausea
Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler**
**160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule:
nonscheduled, 45 tablets for 90 days (1 refill) / for sleep
Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule:
nonscheduled, 90 tablets for 90 days (1 refill) / take with
1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by
mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90**
**mcg/actuation,** schedule: nonscheduled

Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-
2019
**Neurological:** Headaches
**Cardiovascular:**

Social History

**Occupation:** currently unemployed- was working as
regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner}
**Regular exercise:** No

GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst (age 25)**
**sinus surgery- Dr. Vasquez (June 2022)**

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal
Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:**
Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR002971

**Lincoln/Marcus 0927**

**Tonia Graham FNP-BC:**                                                                    09/14/2022 5:34pm

televideo visit for 9/14/22. pt does not drive.

pt is at home, provider in office

HPI: established pt f/u medication refill. pt is crying initially, she is stuttering, having difficulty talking. after she was able to speak she is apologetic, she is frustrated with not being able to recall simple information including appointments. has difficulty with recall. she reports ran out of clonazepam 3 days ago and has not been able to sleep. she reports was not aware medication was being filled by another provider.

Has been following with Dr. Hatch. was trialed on Lamotrigine 25 mg - had bad reaction when taking felt severe depression. she reports threw medication away. she is pending spinal puncture but is waiting since septoplasty healing is causing daily headaches. she admits to history of headaches and locates her information that Clay has outlined her medical history to review headaches.

had septoplasty- June and she feels having headache daily. she reports still having pain over bridge of nose when touching. denies drainage from nose. reports less drainage down back of throat. she is having headaches daily.

insomnia - she feels the combination of trazadone and clonazepam 1/2 tablet helps her to sleep at night.

reports- Migraines- had botox, had beta-blockers, had tried diclofenac after injections. she recalls had issue with traveling, these seemed to resolve once she stopped traveling. she did have sinus surgery in June. still having daily headaches. does not recall any triptan therapy.

she was previously on estrogen post hysterectomy- had afib- 2018-dec 26, 2018- ablation, june 19, 2019. she did tolerate estradiol, unable to tolerate testosterone. -

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands-on examination due to video telemedicine

General: pt is dressed- hair is pulled back. she is sitting down. fatigue appearance.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.

Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal- has difficulty recalling events.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

Lungs: no dyspnea.

Cardiovascular: no physical hands-on exam.

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as

MARCUS AR002972

**Lincoln/Marcus 0928**

below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. neck muscle pain-
   M54.2
   continue to take chlorzoxazone 500 mg 1 - 1.5 tabs every 8 hours as needed for muscle spasms.
   continue with physical therapy.
2. chronic nausea-
   R11.2
   continue with biofeedback.
3. Postural orthostatic tachycardia syndrome -
   I95.1: Orthostatic hypotension
   off midodrine for the past 2 months. she avoids activity causes her to have syncopal episodes.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
   M50.30: Other cervical disc degeneration, unspecified cervical region
   continue with physical therapy
5. Decreased renal function
   R94.4: Abnormal results of kidney function studies
6. Dizziness
   R42: Dizziness and giddiness
7. Memory Issues- short term
   I69.311
   was sent by Dr. Syal to Dr. Todd Levine referred to Dr. Higgins was dx with dementia.
8. Unsteady gait
   R26.81
   continue physical therapy
9. Insomnia
   take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
   will increase clonazepam to 1 mg qHS- since nasal surgery
10. Vitamin D
    E55.9
    unable to tolerate vit D orally - causes severe nausea and vomiting.
11. Migraines-
    had botox, had beta-blockers
    pt will come in for samples of ubrelvy and nurtec to see if this helps with migraines.
12. HRT
    post hysterectomy
    discussed HRT, she was removed after having blood clots. not sure if from A-fib or clotting issue or HRT therapy. discussed testing then needing clearance from Dr. Cho hematologist, then will send to Potter's house if cleared for HRT therapy. had mammogram -2022.

Plan/Assessment
as detailed above
follow up October- appt scheduled

reviewed AZPMP pt had clonazepam filled by Dr. Frank Edward Cibulka prior PCP.- pt made aware not to accept any other controlled medication from any other provider.
Electronically Signed by Tonia Graham FNP-BC on 09/14/2022 4:34pm

MARCUS AR002973

**Lincoln/Marcus 0929**

# Leslie Marcus

MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002974

**Lincoln/Marcus 0930**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**. schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

## Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit In:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002975

**Lincoln/Marcus 0931**

**Tonia Graham FNP-BC:**                                              07/11/2022 3:19pm

HPI: established pt here with Clay, f/u chronic fatigue. they traveled to Washington, used wheelchair. she was not able to complete physical therapy, prior to trip.

ENT- had CT sinuses, allergy testing - has appt next week for test results.

physical therapy-has only been able to complete once weekly. since this fatigued her significantly. has not started swimming. she is concerned with her energy.

hx tah with left ovary age 35 - endometriosis, precancerous cysts.

Mood: stable, 1/2 mg at bedtime to sleep, and occasionally 1/2 tab during the day-once monthly. will continue at current dose.

she was woken up in her sleep with stomach pain. having residue pain in left lower quad.

constipation- tried linzess with very good results. she is nervous to try 1/2 tablet. she does not recall last BM

has not been fainting off midodrine for past 1+ month.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and +sinus problems- following with ENT. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.


Physical Exam:

General: pt is dressed- hair brushed, minimal makeup. she is sitting down. speech clear.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. PERRLA. EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: small papules in nares, Oropharynx: no erythema or exudates and moist mucous membranes.

Neck: supple, FROM, trachea midline, and no masses. no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: no dyspnea. Lungs clear with no wheezing, rales/crackles, or rhonchi and good air movement.

Cardiovascular: RRR normal S1 and S2; no murmurs, rubs, or gallops. Neck vessels: no carotid bruits.

Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.

Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal previous.

Skin: Warm and dry color appropriate, no rash or jaundice and good turgor. Nails: normal.


Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.


1. chronic nausea-

R11.2

recommendation- biofeed back for nausea

MARCUS AR002976

**Lincoln/Marcus 0932**

2. Postural orthostatic tachycardia syndrome -
I95.1: Orthostatic hypotension
on hold -midodrine 2.5 mg tid

3. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy- weekly

4. Decreased renal function
R94.4: Abnormal results of kidney function studies
repeat lab today: eGFR 48

5. Dizziness
R42: Dizziness and giddiness

6. Memory issues- short term
I69.311
Dr. Hatch- evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30
tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
has not had sleep study at home. husband saw a sleep study facility by their house they will call with name of facility.
Electronically Signed by Tonia Graham FNP-BC on 06/16/2022 5:13pm

MARCUS AR002977

**Lincoln/Marcus 0933**

# Leslie Marcus

MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:              .

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002978

**Lincoln/Marcus 0934**

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst (age 25)**
**sinus surgery- Dr. Vasquez (June 2022)**

Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

OB History

**Full term:** 1
**Total number of pregnancies:** 1

Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002979

**Lincoln/Marcus 0935**

**Tonia Graham FNP-BC:**    03/08/2022 7:29am

televideo visit for 3/7/22. pt does not drive.

pt is at home, provider in office

HPI: established pt f/u labs and MRI for Banner. pt is still pending biopsies from neurology. she was over active this weekend with her sister visiting and exhausted herself. she is extremely fatigued today along with increase muscular pain.

pending Dr. Hatch. skin biopsy 12/20/21.\ appt for april12. along with autonomic testing 12/13/21, follow up appt 1/6/21. G- was negative for neuropathy

previously discussed weaning off clonazepam. she reports takes for anxiety and insomnia 1/2 tablet. since last refill 11/16/ has 50 tablets left. currently she doesn't feel her anxiety is controlled. she feels anxious all the time. EM

insomnia - she feels the combination of trazadone and clonazepam 1/2 tablet helps her to sleep at night.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands on examination due to video telemedicine

General: pt is dressed- hair brushed, minimal makeup. she is sitting down. fatigue appearance.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.

Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal- has difficulty recalling events.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

Lungs: no dyspnea.

Cardiovascular: no physical hands on exam.

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. neck muscle pain-

M54.2

take chlorzoxazone 500 mg 1 - 1.5 tabs every 8 hours as needed for muscle spasms.

continue with physical therapy.

2. chronic nausea-

R11.2

MARCUS AR002980

**Lincoln/Marcus 0936**

continue with biofeedback.

3. Postural orthostatic tachycardia syndrome -
midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
continue midodrine to every 6 hours. to see if improvement on low.

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy

5. Decreased renal function
R94.4: Abnormal results of kidney function studies

6. Dizziness
R42: Dizziness and giddiness

7. Memory Issues- short term
I69.311
pending referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30
tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
follow up in 1 month
repeat labs in 4 weeks for B5, B6, B12, homocysteine.
requesting records for review from Dr. Hatch
Electronically Signed by Tonia Graham FNP-BC on 03/08/2022 7:29am

reviewed AZPMP pt had clonazepam filled by Dr. Frank Edward Cibulka prior PCP. will discuss next office visit. no refill will be
sent at this time.
Electronically Signed by Tonia Graham FNP-BC on 03/08/2022 7:33am

MARCUS AR002981

**Lincoln/Marcus 0937**

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002982

**Lincoln/Marcus 0938**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

## Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
**Hysterectomy** (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit In:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## Family History

**40's passed PGF- MI, PGM- cancer-?Intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002983

**Lincoln/Marcus 0939**

**Tonia Graham FNP-BC:**                                                      03/08/2022 7:14am

HPI: established pt here with Clay, f/u chronic fatigue. she is trying to have a positive attitude. has been doing physical therapy. she is trying to hike once a week, has been hiking 3 weeks once weekly- has needed to skip PT the next week and waits to hike for 1-2 weeks before going again. when she does hike usually < 1.5 miles has to stop several times. physical therapy has made her stronger, however she is not able to complete multiple activities in the same week.

Mood: stable, 1/2 mg at bedtime to sleep, and occasionally 1/2 tab during the day-once monthly. will continue at current dose.

she has been holding midodrine for the past month. she slowly weaned off has not noticed any difference. she did have weight gain of 3 pounds in the past 2 months. monitors b/p frequently at home if goes < 90 will restart midodrine.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands on examination due to video telemedicine

General: pt is dressed- hair brushed, minimal makeup. she is sitting down.

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

Lungs: no dyspnea.

Cardiovascular: no physical hands on exam.

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. chronic nausea-
R11.2
recommendation- biofeed back for nausea

2. Postural orthostatic tachycardia syndrome -
on hold -midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
continue midodrine to every 6 hours. to see if improvement on low.

3. Intervertebral disc degeneration of cervical spine without prolapsed disc

MARCUS AR002984

**Lincoln/Marcus 0940**

M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy

4. Decreased renal function
R94.4: Abnormal results of kidney function studies
repeat lab today: eGFR 48

5. Dizziness
R42: Dizziness and giddiness

6. Memory Issues- short term
I69.311
pending referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy
continue hiking at least once weekly as tolerated.

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30
tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
follow up in 1 month
requesting lab results
Dr. Hatch- recommended biofeedback for nausea, sleep study,- at home , counseling
Electronically Signed by Tonia Graham FNP-BC on 03/08/2022 7:14am

MARCUS AR002985

# Leslie Marcus

MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002986

**Lincoln/Marcus 0942**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

## Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst (age 25)**
**sinus surgery- Dr. Vasquez** (June 2022)

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR002987

**Lincoln/Marcus 0943**

**Tonia Graham FNP-BC:**                                                          12/07/2021 1:00pm
televideo visit. pt does not drive.
pt is at home, provider in office
HPI: established pt c/o pain in right side of neck. has been present for the past week. had episode of vomiting before pain started. went to physical therapy- told likely was ligament or tendon.
additionally having pain left foot 4th toe, bent underneath while she was walking. having pain in toe with swelling. toe nail changed colors.
she went to complete MRI brain- had to stop test for severe headache. she r/s to 12/14/21.

went to neuropsych - she was told verbally has dementia. not sure what the cause could be from car accident or her own  ·
autoimmune system.
pending labs from Dr. Hatch. - had high level lamda and kappa ratios- she is going for skin biopsy 12/20/21. along with autonomic testing 12/13/21, follow up appt 1/6/21.
had EMG- was negative for neuropathy

previously discussed weaning off clonazepam. she reports takes for anxiety and insomnia 1/2 tablet. since last refill 11/16/ has 50 tablets left. currently she doesn't feel her anxiety is controlled. she feels anxious all the time.

she was called by gyn regarding her bone scan- she has reached out to their office several times but hasn't heard back.

insomnia - she feels the combination of trazadone and clonazepam 1/2 tablet helps her to sleep at night.
has noticed blistering in nose- she "popped" had clear drainage- next day had several blistering
had syncopal episode during intercourse- lasted for approx 15 seconds. since starting midodrine has improved.

ROS
Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.
Psych: + depression and +anxiety.
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam: no physical hands on examination due to video telemedicine
General: pt is dressed- hair brushed, minimal makeup. she is sitting down.
Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.
Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.
Lungs: no dyspnea.
Cardiovascular: no physical hands on exam.

MARCUS AR002988

**Lincoln/Marcus 0944**

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.
1. neck muscle pain-
M54.2
take chlorzoxazone 500 mg 1 - 1.5 tabs every 8 hours as needed for muscle spasms.
continue with physical therapy.

2. chronic nausea-
R11.2
continue

3. Postural orthostatic tachycardia syndrome -
midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
continue midodrine to every 6 hours. to see if improvement on low.

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
continue with physical therapy

5. Decreased renal function
R94.4: Abnormal results of kidney function studies

6. Dizziness
R42: Dizziness and giddiness

7. Memory Issues- short term
I69.311
pending referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
take trazadone 125 mg (100 mg + 1/2 tab 50 mg) with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime. will hold on refill clonazepam until next month. will refill at clonazepam 1 mg x 30 tablets for 1 month then change to 0.5 mg

Plan/Assessment
as detailed above
follow up in 1 month
requesting lab results
requesting records for review from Dr. Hatch
Electronically Signed by Tonia Graham on 12/07/2021 1:00pm

MARCUS AR002989

**Lincoln/Marcus 0945**

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002990

**Lincoln/Marcus 0946**

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

Health History

**ENT**: Sinus Problems
**Hematological**: Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological**: Headaches
**Cardiovascular**:

Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
Hysterectomy (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
sinus surgery- **Dr. Vasquez** (June 2022)

Social History

**Occupation**: currently unemployed- was working as regional property management
**Marital Status**: married
**Tobacco use**: No / Quit in: since 20 / Years: 15 years
**Alcohol**: No
**Caffeine**: No
**Recreational drugs**: Yes (marijuana)
**Special diet**: Yes (regular/only eats dinner)
**Regular exercise**: No

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal**: Paternal Gmother, Paternal Gfather
**Bipolar** : Sibling
**Connective tissue nevus of skin** : Sibling
**does not speak- unknown.** : Mother
**Heart Disease**: Father
**oldest sister- bipolar**: Sibling
**passed away MGM - stomach cancer, MGF alzheimer's**: Maternal Gmother, Maternal Gfather
**paternal brother- younger**: Sibling
**twin sister- ANA positive**: Sibling

GYN History

**Menopause**: Yes (age: age 35 for endometriosis)

OB History

**Full term**: 1
**Total number of pregnancies**: 1

Immunizations

**COVID**-19: Yes (Moderna #2 5/16/21)

MARCUS AR002991

**Lincoln/Marcus 0947**

**Tonia Graham FNP-BC:**                                            10/26/2021 12:51pm

established pt here her husband, f/u chronic fatigue and insomina. reports having insomnia issues since her hysterectomy for the past 15 +years. was previously given lunesta, ambein, benadryl - causes her to feel wired. has been clonazepam for at least 10 years.

she went to court for SSDI by herself.

observed her getting out of the car- holding onto the car as she walked along the car slowly, she stepped up with holding onto the vehicle had her husband to step up 1 step to sidewalk.

she went to see Dr. Frank Cibulka- he was her prior PCP- she reports how much she has changed along with her excessive weight loss. she did increase pristique to 100 mg qd. this did help improve crying, made her feel more jittery along with hot flashes and feeling increase nervousness. but she started not to sleep well. she felt she was crawling out of her skin during the time she took the higher dose. stopped 100mg after 1 week. has been taking 50mg for the past 3 days, was able to sleep last night and no longer feels "like she is crawling out of her skin".

she has been going to physical therapy tues and thursday- has been having 4 weeks. feels she is improving with being able to walk longer distances. she is having difficulty using the cane. has ventured to drive to physical therapy which is < 1 mile from her house.

she hired an attorney for disability. since she has not previously had not been treated for her POTS.

POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out.

still feeling nauseated continously still vomiting weekly. she is feeling her nausea is coming from her neck- has appt was rescheduled from oct 6th- to the 28th with Dr. Hatch for vagus nerve evaluation and POTS.

has neuro psych Nov15th-

new symptom has noticed tremor in neck, and when she is trying to stand has noticed her right hand when pushing up starts to shake. along with tremor in right leg she tries to move and reposition to stop tremor. additionally has notice numbness in hands and feet. and pain in calf area. - describes as sharp shooting "charlie horse".

she gained weight when taking PPI 114-149 in 1 month. the zofran controls the nausea.

feels fullness in both ear R>L.

has noticed blistering in nose- she "popped" had clear drainage- next day had several blistering

had syncopal episode during intercourse- lasted for approx 15 seconds. since starting midodrine has improved.

ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or +loss of consciousness- 1 month ago and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person.

Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

MARCUS AR002992

**Lincoln/Marcus 0948**

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: small papules in nares, Oropharynx: no erythema or exudates and moist mucous membranes.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.
Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.
Cardiovascular: RRR normal S1 and S2; no murmurs, rubs, or gallops. Neck vessels: no carotid bruits.
Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.
Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. previous - did not test this visit- Coordination and Cerebellum: +romberg; immediate dizziness with feeling of nausea with extending head..
Skin: no rash or jaundice and good turgor. Nails: normal.


Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.


1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
continue
2. chronic nausea-

3. Postural orthostatic tachycardia syndrome -
midodrine 2.5 mg tid
I95.1: Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region

5. Decreased renal function
R94.4: Abnormal results of kidney function studies
CMP
6. Dizziness
R42: Dizziness and giddiness

7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

8. Unsteady gait
R26.81
continue physical therapy

9. Insomnia
try increase trazadone 200 mg with 1/2 tablet of clonazepam
decrease clonazepam to 0.5 mg at bedtime.

Return to Office
follow up with labs.

MARCUS AR002993

**Lincoln/Marcus 0949**

as detailed above
Electronically Signed by Tonia Graham on 10/19/2021 11:50am

MARCUS AR002994

**Lincoln/Marcus 0950**

# Leslie Marcus

MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity, without behavioral disturbance, psychotic disturbance, mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002995

**Lincoln/Marcus 0951**

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule:
nonscheduled, 180 tablets for 90 days (3 refills) / Take 1
tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled,
60 tablets for 30 days (11 refills) / Take 1 tablet by mouth
twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule:
nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule:
nonscheduled, 60 tablets for 30 days (3 refills) / for nausea
Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler**
**160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule:
nonscheduled, 45 tablets for 90 days (1 refill) / for sleep
Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule:
nonscheduled, 90 tablets for 90 days (1 refill) / take with
1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by
mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90**
**mcg/actuation,** schedule: nonscheduled

Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-
2019
**Neurological:** Headaches
**Cardiovascular:**

Social History

**Occupation:** currently unemployed- was working as
regional property management
**Marital Status:** married
**Tobacco use:** No / Quit in: since 20 / Years: 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

Past Surgeries

**atrial fib ablation** (2018/2019)
**Excision of ovary cyst**
Hysterectomy (2005)
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst** (age 25)
**sinus surgery- Dr. Vasquez** (June 2022)

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal
Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:**
Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR002996

**Lincoln/Marcus 0952**

**Tonia Graham FNP-BC:**                                                                      09/03/2021 9:01am

established pt here her son, f/u she is very upset with her "money". she is was not wanting her previous disability to be overturned from previous provider. pt reading from paperwork she brought very upset. pt had researched internet found CFS on the internet. previously had not been treated for her POTS.

POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out.

having difficulty walking without holding someone or something. has been occurring for the past year. worsening for the past 3-4 months has been consistently holding onto someone.

has been taking zofran 3 times per day for the nausea.

still feeling nauseated in morning - continues with vomiting at least once per week. she is feeling her nausea is coming from her neck- has appt pending with Dr. Hatch in October for vagus nerve evaluation and POTS. she gained weight when taking PPI 114-149 in 1 month. the zofran controls the nausea. if she eats and then moves has "motion sickness" from walking or moving.

–has persistent tinnitus R>L.

unable to tolerate vit d capsules- causes nausea.


ROS

Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.

Eyes: no irritation, dry eyes, or vision change.

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.

Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.

Genitourinary: no hematuria or increased frequency.

Musculoskeletal: neck pain (remote hx trauma post car accident.).

Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and dizziness.

Psych: + depression and +anxiety.

Endocrine: fatigue.

Hematologic/Lymphatic no bruising.

Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.


Physical Exam

Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: . Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.

Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. Coordination and Cerebellum: +romberg; immediate dizziness with feeling of nausea with extending head..

Skin: no rash or jaundice and good turgor. Nails: normal.

MARCUS AR002997

**Lincoln/Marcus 0953**

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
3. Postural orthostatic tachycardia syndrome -
retry midodrine with food.
I95.1: Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
6. Dizziness
R42: Dizziness and giddiness
7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.
8. Unsteady gait
R26.81
referral physical therapy for evaluation of unsteady gait- holds onto person or objects to steady herself
Return to Office
Electronically Signed by Tonia Graham on 08/23/2021 7:57am

MARCUS AR002998

**Lincoln/Marcus 0954**

# Leslie Marcus



MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group 26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002999

**Lincoln/Marcus 0955**

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg**, schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg**, schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized-2019
**Neurological:** Headaches
**Cardiovascular:**

Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / Quit In: since 20 / Years: 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst (age 25)**
**sinus surgery- Dr. Vasquez (June 2022)**

Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR003000

**Lincoln/Marcus 0956**

**Lexi:**                                                                    06/25/2021 12:14pm
Chief Complaint: F/u
Room 4

Collected Jun 25, 2021:
- BP systolic: 91 (mmHg)
- BP diastolic: 58 (mmHg)
- BMI: 16.51
- Weight: 99.2 (lb)
- Height: 65 (in)
- Respiratory rate: 14 (bpm)
- Pulse oximetry: 97 (SpO2)
- Temperature: 97.9 (°F)
- Heart rate: 69 (bpm)

Electronically Signed by Alexis R Brown, RMA on 06/25/2021 11:14am

**Tonia Graham FNP-BC:**                                                    06/25/2021 1:24pm
established pt here with boyfriend,
f/u POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she is having "lows" about once weekly. she avoids driving- she does go to the nail salon and frys grocery store. she did drive further to help her boyfriend pick up his car- she avoided the freeway because she is having difficulty with multi-tasking. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out. She initial said she was doing better this month then she had about 5 times when she had near passing out. she had went on vacation- was able to swim "float" in the ocean with the warm water felt relieving to her body. she did feel less fatigue. was able to be more active but she had episode of leg twitching for about 20-30 minutes then resolved.
still feeling nauseated in morning - continues with vomiting at least once per week.
+has persistent tinnitus R>L. her boyfriend says she is hard of hearing.
unable to tolerate vit d capsules

ROS
Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and dizziness.
Psych: + depression and +anxiety.
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

MARCUS AR003001

**Lincoln/Marcus 0957**

Psychiatric: Insight: good judgement. Mental Status: active and alert and anxious. Orientation: to time, place, and person. Memory: recent memory normal and remote memory abnormal.

Head: normocephalic and atraumatic.

Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

ENMT: Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

Lungs: Respiratory effort: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

Cardiovascular: Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

Abdomen: Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

Musculoskeletal:: Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.

Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. Coordination and Cerebellum: romberg; immediate dizziness with feeling of nausea with extending head..

Skin: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
3. Postural orthostatic tachycardia syndrome -
retry midodrine with food.
I95.1: Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
6. Dizziness
R42: Dizziness and giddiness
7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.

Return to Office
Electronically Signed by Tonia Graham on 06/25/2021 12:24pm

MARCUS AR003002

**Lincoln/Marcus 0958**

MARCUS AR003003

**Lincoln/Marcus 0959**

# Leslie Marcus

MRN 00000272
Age 51
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

Blue Cross Blue Shield : policy #CDC851936353, group
26078

Chronic Conditions

**D50.9 (Iron deficiency anemia, unspecified)**
**D89.40 (Mast cell activation, unspecified)**
**E55.9 (Vitamin D deficiency, unspecified)**
**F03.90 (Unspecified dementia, unspecified severity,**
**without behavioral disturbance, psychotic disturbance,**
**mood disturbance, and anxiety)**
**F43.21 (Adjustment disorder with depressed mood)**
**G47.00 (Insomnia, unspecified)**
**I48.91 (Unspecified atrial fibrillation)**
**I95.1 (Orthostatic hypotension)**
**J45.909 (Unspecified asthma, uncomplicated)**
**K58.1 (Irritable bowel syndrome with constipation)**
**M50.30 (Other cervical disc degeneration, unspecified**
**cervical region)**
**Q79.6 (Ehlers-Danlos syndrome)**
**R25.1 (Tremor, unspecified)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR003004

**Lincoln/Marcus 0960**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 180 tablets for 90 days (3 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled, 60 tablets for 30 days (11 refills) / Take 1 tablet by mouth twice a day
**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled
**montelukast- 10 mg by allergist**
**ondansetron HCl (ondansetron hcl) tablet 8 mg,** schedule: nonscheduled, 60 tablets for 30 days (3 refills) / for nausea Take 1 tablet by mouth every twelve hours as needed
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled
**trazodone (trazodone) tablet 50 mg,** schedule: nonscheduled, 45 tablets for 90 days (1 refill) / for sleep Take 1/2 tablet by mouth at bedtime as needed
**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 90 tablets for 90 days (1 refill) / take with 1/2 tablet 50 mg total 125 mg nightly Take 1 tablet by mouth once a day
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

## Health History

**ENT:** Sinus Problems
**Hematological:** Blood Clots, DVTs/ PE 1/2019 hospitalized- 2019
**Neurological:** Headaches
**Cardiovascular:**

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## GYN History

**Menopause:** Yes (age: age 35 for endometriosis)

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

## Past Surgeries

**atrial fib ablation (2018/2019)**
**Excision of ovary cyst**
**Hysterectomy (2005)**
**laproscopy- 9 pelvic before hysterectomy**
**left oophorectomy- ovarian cyst (age 25)**
**sinus surgery- Dr. Vasquez (June 2022)**

## Family History

**40's passed PGF- MI, PGM- cancer-?intestinal:** Paternal Gmother, Paternal Gfather
**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**does not speak- unknown. :** Mother
**Heart Disease:** Father
**oldest sister- bipolar:** Sibling
**passed away MGM - stomach cancer, MGF alzheimer's:** Maternal Gmother, Maternal Gfather
**paternal brother- younger:** Sibling
**twin sister- ANA positive:** Sibling

## OB History

**Full term:** 1
**Total number of pregnancies:** 1

MARCUS AR003005

**Lincoln/Marcus 0961**

**Lexi:**                                                                                     05/11/2021 3:23pm
Chief Complaint: Stand up MRI results
Room 4

Collected May 11, 2021:
- BP systolic: 96 (mmHg)
- BP diastolic: 60 (mmHg)
- BMI: 17.14
- Weight: 103 (lb)
- Height: 65 (in)
- Respiratory rate: 16 (bpm)
- Pulse oximetry: 96 (SpO2)
- Temperature: 98.8 (°F)
- Heart rate: 82 (bpm)

Electronically Signed by Alexis R Brown, RMA on 05/11/2021 2:23pm


**Tonia Graham FNP-BC:**                                                            05/22/2021 11:25am
Chief Complaint: medication refill and dizzy spells.

Patient's Care Team
Allergist/Immunologist: KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
Gynecologist: CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038 NPI: 1255405619
Notes: Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- may

Allergies
CORTICOSTEROIDS (GLUCOCORTICOIDS): Tachycardia
Medications: reviewed
acetaZOLAMIDE 125 mg tablet 1 tab bid
azelastine 137 mcg (0.1 %) nasal spray aerosol
clonazePAM 1 mg tablet
Take 1 tablet(s) twice a day by oral route as needed for 30 days.
desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr- needs early fill (vacation release)
Eliquis 5 mg tablet 1 tab bid
folic acid 1 mg tablet TAKE 1 TABLET BY MOUTH EVERY DAY
ipratropium bromide 21 mcg (0.03 %) nasal spray
Linzess 72 mcg capsule: TAKE 1 CAPSULE BY MOUTH EVERY DAY
midodrine 2.5 mg tablet 1 TABLET EVERY 12 HOURS FOR 2 DAYS 1 tab q 8hrs
montelukast 10 mg tablet 1 tab qd
ondansetron HCL 8 mg tablet 1 tab q 8 hrs prn
Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler
traZODone 100 mg tablet 1 tab q HS
Ventolin HFA 90 mcg/actuation aerosol inhaler 2 puffs q 4-6 hrs prn wheezing
ZyrTEC 10 mg tablet alternates with zyrtec D once every 3-4 days. 1 tab qd
Vaccines: moderna 2nd 5/16, 1st 4/18
Problems: Reviewed
cervical spine without prolapsed disc - Onset: 03/09/2021
Asthma - Onset: 10/26/2020

MARCUS AR003006

**Lincoln/Marcus 0962**

Mast cell activation syndrome - Onset: 10/26/2020
Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
PE and DVT- 4/12/2019
Iron deficiency anemia - Onset: 10/26/2020
Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
Ehlers-Danlos syndrome - Onset: 10/26/2020
CFS- 2/6/2019
CO2 - breathing dysregulation- 7/10/2019
Adjustment disorder with depressed mood - Onset: 10/26/2020
Central Sensitization-
Fibromyalgia- 2/6/2020
PTSD- childhood upbringing. 1/30/20
Family History reviewed
Father- Heart disease- alive current age 87
Mother- unknown
Sister- ( twin to pt) Connective tissue nevus of skin,
older sister - Bipolar disorder
Social History
Discussed Social History
Internal Medicine
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker- has not restarted.
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020
Surgical History
Reviewed Surgical History
Excision of cyst of ovary - Left- age 21
Hysterectomy - 01/01/2005 - total abd and BSO

MARCUS AR003007

**Lincoln/Marcus 0963**

Heart Ablation 2018, 2019
Denervation of lumbar spine 2019
GYN History- total hysterectomy 2005
OB - P1, G1, AB 0 Son 21 years- in college
Past Medical History: Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.
HPI
established pt here with boyfriend,
she has been able to tolerate taking midodrine 2 times per day,
remains chronically nauseated. has tried protonix gained weight 50 pounds
initially she was 114 #, gained 157 #, was vomiting on protonix and nauseated.
has had 2 colonoscopy and endoscopies. she does not feel nauseated in her stomach- feels like she is gagging all the time.
went- Dr. Reibach - thinks this is her vagus nerve issue. he sent referral to neurology Dr. Syal AZ neurology associates still having nausea with looking down and up with neck causes severe nausea- has feeling of adhesion on right side of neck.
has persistent tinnitus R>L. describes as everything underwater, feels swishing sounds along with feeling pain.
unable to tolerate vit d capsules
ROS
Constitutional: lethargy, malaise, and exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and normal appetite.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident).
Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, +headaches- chronic, or loss of consciousness and +dizziness. ( migraines have been resolved for years).
Psych: + depression and anxiety.-
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.


Physical Exam
Patient is a 49-year-old female.
Psychiatric: Insight: good judgement. Mental Status: active and alert and anxious. Orientation: to time, place, and person. Memory: recent memory normal and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender. pt felt severe nausea with feeling of thyroid.
Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.
Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels:

MARCUS AR003008

**Lincoln/Marcus 0964**

no carotid bruits.
Abdomen: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.
Musculoskeletal: normal motor strength. normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation: abnormal; decrease sensation
Skin: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
continue on Xarelto.

2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
continue xarelto.
3. Postural orthostatic tachycardia syndrome -
continue midodrine 2.5 mg every 12 hours may need to increase to tid
I95.1: Orthostatic hypotension

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
since she is not "pain" loss of function will hold on further evaluation.
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
CMP

6. Dizziness
R42: Dizziness and giddiness
follow up with neurology referral Dr. Syal- June 1st.

7.Anxiety and depression
clonazepam 1 mg
reviewed AZPMP- last fill 4/27/21 #60 tabs
8. insomnia
has tried Remeron- does not recall. sleep aids - wire her. lunesta, ambien,
she has issue with benadryl causing her to be fully awake.
9. chronic constipation-
improved with Linzess

Return to Office
pending Disability for longterm- Lincoln /liberty mutual
recheck cmp for GFR
Electronically Signed by Tonia Graham on 05/11/2021 3:14pm

MARCUS AR003009

**Lincoln/Marcus 0965**

Jan 12 23, 12:35p        Wellness for life                                    6233220966                    p.47

## Report Status FINAL
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382


### Sonora Quest Laboratories™
A Subsidiary of Laboratory Sciences of Arizona

**Tonia Graham, FNP**

| Patient Information: | |
|---|---|
| | **MARCUS, LESLIE** |

Account: 18116                   Collected: 10/15/2022          **Order #: 18116-A01116 / NL80664464**
ID/MR#:                          Received: 10/16/2022 09:49 AM   DOB:                    Age: 51Y-4M-18D
Patient Lab ID: 0193619848       Reported: 10/21/2022 10:01 PM   Sex: F                  Fasting: Unknown
                                                                 Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| **CBC w/ Differential, w/ Platelet** | | | | |
| WBC | 5.3 | 4.0 - 11.0 | k/mm3 | |
| RBC | 4.36 | 3.70 - 5.40 | m/mm3 | |
| Hemoglobin | 12.5 | 11.5 - 16.0 | g/dL | |
| Hematocrit | 40.9 | 35.0 - 48.0 | % | |
| MCV | 93.8 | 78.0 - 100.0 | fL | |
| MCH | 28.7 | 27.0 - 34.0 | pg | |
| **MCHC** | **30.6 L** | 31.0 - 37.0 | g/dL | |
| Platelet Count | 289 | 130 - 450 | k/mm3 | |
| RDW(sd) | 42.3 | 38.0 - 49.0 | fL | |
| RDW(cv) | 12.2 | 11.0 - 15.0 | % | |
| MPV | 11.0 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 39.0* | | % | |
| Lymphocytes | 43.9 | | % | |
| Monocytes | 7.8 | | % | |
| Eosinophils | 7.6 | | % | |
| Basophils | 1.5 | | % | |
| Absolute Neutrophil | 2.07 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 2.32 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.41 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.40 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.08 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.2 | | % | |
| Absolute Immature Granulocytes | 0.01 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented          Automated Diff
Neutrophils:

| **CHEMISTRY** | | | | |
|---|---|---|---|---|
| GGT | 10 | 5 - 60 | IU/L | |
| **Rheumatoid Factor** | **14 H** | ≤13 | IU/mL | |
| CRP, High Sensitivity | 0.3 | ≤0.9 | mg/L | |

CRP, High Sensitivity Reference Range reflects the lowest cardiovascular risk for ages >17 years:

| mg/L | Risk according to AHA/CDC guidelines |
|---|---|
| <=0.9 | Low cardiovascular risk |
| 1.0-3.0 | Average cardiovascular risk |
| 3.1-10.0 | High cardiovascular risk |
| >=10.1 | Persistent elevations may represent non-cardiovascular inflammation |

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 – FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment            Distribution #: 571728777-29497827

CBoSOS        Result Report        Produced by AutoDist On 10/21/2022 10:05 PM        All Rights Reserved

Page 1 of 6 pages

MARCUS AR003010

**Lincoln/Marcus 0966**

Jan 12 23, 12:35p        Wellness for life                                      6233220966                    p.48

## Report Status FINAL

Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

### Tonia Graham, FNP

Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Patient Information:**

**MARCUS, LESLIE**

| | | |
|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | Order #: 18116-A01116 / NL80664464 |
| ID/MR#: | Received: 10/16/2022  09:49 AM | DOB:    Age: 51Y-4M-18D |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022  10:01 PM | Sex: F    Fasting: Unknown |
| | | Patient Phone: |

Significant decreases in C-reactive protein may be observed in patients treated with carboxypenicillins.

| | | | |
|---|---|---|---|
| TSH, High Sensitivity | 1.86 | 0.27 - 4.20 | mU/L |

Note: New reference range effective 9/6/2022.

| | | | |
|---|---|---|---|
| T3 Free Non-Dialysis | 2.6 | 2.0 - 4.8 | pg/mL |
| T4 Free Non-Dialysis | 0.9 | 0.8 - 1.7 | ng/dL |
| Vitamin B12 | 440 | 232 - 1245 | pg/mL |
| Folate | 9.4 | ≥4.0 | ng/mL |

Serum for folate determinations should be collected as a fasting test.

| | | | |
|---|---|---|---|
| FSH | 166.0 | See Comment | mIU/mL |

FSH Reference Ranges:

Female Adult Reference Ranges:
Follicular:          3.5-12.5 mIU/mL
Midcycle:          4.7-21.5 mIU/mL
Luteal:            1.7-7.7 mIU/mL
Postmenopausal:    25.8-134.8 mIU/mL

Male Adult Reference Range:    1.5-12.4 mIU/mL

No reference ranges established for pediatric patients.

| | | | |
|---|---|---|---|
| Progesterone | 0.29 | See Comment | ng/mL |

Progesterone Reference Ranges:

Adult Female Reference Ranges:
Non-Pregnant Female:
   Follicular            0.06 - 0.89  ng/mL
   Ovulation            0.12 - 12.00  ng/mL
   Luteal               1.83 - 23.90 ng/mL
   Post-Menopausal
   (50 years and older):      <0.14 ng/mL

Pregnant:
   First Trimester      11.00 - 44.30  ng/mL
   Second Trimester     25.40 - 83.30  ng/mL
   Third Trimester      58.70 - 214.00 ng/mL

Adult Male Reference Range:    <0.47 ng/mL

No reference ranges established for pediatric patients.

| | | | |
|---|---|---|---|
| Estradiol | 5 | See Comment | pg/mL |

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                     Distribution #: 571728777-29497827

CliniOS         Result Report          Produced by AutoDist On 10/21/2022 10:05 PM               All Rights Reserved

Page 2 of 6 pages

MARCUS AR003011

**Lincoln/Marcus 0967**

Jan 12 23, 12:36p     Wellness for life                           6233220966              p.49

## Report Status FINAL
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

### Tonia Graham, FNP



Sonora Quest
Laboratories"

A Subsidiary of Laboratory Sciences of Arizona

**Patient Information:**

**MARCUS, LESLIE**

**Order #: 18116-A01116 / NL80664464**

| | | |
|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | DOB: |
| ID/MR#: | Received: 10/16/2022  09:49 AM | Sex: F |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022  10:01 PM | Patient Phone: |

Age: 51Y-4M-18D
Fasting: Unknown

Estradiol Reference Ranges:
Estradiol Adult Reference Ranges:
Follicular:                    12-233 pg/mL
Ovulation:                     41-398 pg/mL
Luteal:                        22-341 pg/mL
Postmenopausal:                <139  pg/mL
Pregnancy (1st Trimester):     154-3243  pg/mL
Pregnancy (2nd Trimester):     1561-21280 pg/mL
Pregnancy (3rd Trimester):     >8525 pg/mL

Male Reference Range:          <45 pg/mL

No reference ranges established for pediatric patients.

| | | | |
|---|---|---|---|
| DHEA Sulfate | 88 | 16 - 195 | ug/dL |
| Testosterone, Total | <12 | ≤82 | ng/dL |

Test 902198 Testosterone, Total LC/MS/MS is recommended for women, children less than 18 years old, and hypogonadal men. Specimen for this test must be collected in a plain red-top tube (no gel barrier tubes).

| | | | |
|---|---|---|---|
| Vitamin D, 25-Hydroxy, Total | 33.7 | ≥20.0 | ng/mL |

Vitamin D, 25-OH, Total:
<10 ng/mL Severe Deficiency
10 - 19 ng/mL Mild/Moderate Deficiency
20 - 50 ng/mL Optimum
51 - 150 ng/mL Increased Risk of Hypercalciuria
>150 ng/mL Possible Toxicity

Reference intervals apply to males and females, all ages.

Clinical decision values based on 2011 report by the Institute of Medicine (US).

| | | | |
|---|---|---|---|
| Microsomal TPO Antibody | 36.0 | ≤60.0 | U/mL |

Assay performance has not been established for neonates.

| | | | | |
|---|---|---|---|---|
| Estrogen Total, Serum | 58.3 | | pg/mL | NL |

Reference Ranges for Total Estrogen:
Follicular Phase
   (1-12 days):  90-590 pg/mL
Luteal Phase:     130-460 pg/mL
Postmenopausal:   50-170 pg/mL
The total estrogen assay is not recommended for use in pre-pubertal children.

### Iron and TIBC

| | | | |
|---|---|---|---|
| Iron | 75* | 35 - 175 | ug/dL |
| TIBC | 317 | 250 - 400 | ug/dL |
| % Saturation | 24 | 15 - 45 | % |

*Iron:     The normal range is based on fasting specimens drawn before 10:00 AM. Iron levels have a diurnal fluctuation of up to 30%, peaking in the morning hours.

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 – FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 571728777-29497827

ClinOS          Result Report          Produced by AutoDist On 10/21/2022 10:05 PM          All Rights Reserved

Page 3 of 6 pages

MARCUS AR003012

**Lincoln/Marcus 0968**

Jan 12 23, 12:36p    Wellness for life                    6233220966              p.50

## Report Status FINAL
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

 Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Tonia Graham, FNP**

**Patient Information:**

**MARCUS, LESLIE**

| | |
|---|---|
| Account: 18116 | **Order #: 18116-A01116 / NL80664464** |
| ID/MR#: | DOB:    Age: 51Y-4M-18D |
| Patient Lab ID: 0193619848 | Sex: F    Fasting: Unknown |
|  | Patient Phone: |

Collected: 10/15/2022
Received: 10/16/2022  09:49 AM
Reported: 10/21/2022  10:01 PM

### Comprehensive Metabolic Panel

| Test | Result | Reference Range | Units |
|---|---|---|---|
| Glucose | 83* | 70 - 99 | mg/dL |
| Urea Nitrogen (BUN) | 18 | 7 - 28 | mg/dL |
| Creatinine | 1.20 | 0.60 - 1.40 | mg/dL |
| **eGFRcr CKD-EPI** | **55 L *** | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 15.0 | 10.0 - 28.0 | |
| Sodium | 143 | 135 - 145 | mmol/L |
| Potassium | 4.0 | 3.6 - 5.3 | mmol/L |
| Chloride | 107 | 98 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 23 | 20 - 31 | mmol/L |
| Anion Gap | 12 | 4 - 18 | |
| Protein, Total | 7.7 | 6.0 - 7.7 | g/dL |
| Albumin | 4.8 | 3.8 - 5.1 | g/dL |
| Globulin | 2.9 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.6 | 1.0 - 2.5 | |
| Calcium | 9.6 | 8.7 - 10.4 | mg/dL |
| Alkaline Phosphatase | 80 | 42 - 146 | IU/L |
| Alanine Aminotransferase | 14 | 5 - 46 | IU/L |
| Aspartate Aminotransferase | 19 | 11 - 40 | IU/L |
| Bilirubin, Total | 0.2 | ≤1.3 | mg/dL |

*Glucose:    Glucose reference range reflects fasting state.
*eGFRcr CKD-EPI:    eGFRcr calculated using the CKD-EPI 2021 equation

NKF KDOQI and KDIGO guidelines recommend confirming any eGFRcr of 45-59 mL/min/1.73m^2 accompanied by a urine albumin-creatinine ratio of < 30 mg/g using an eGFR calculated using cystatin C and creatinine.

### Lipid Panel

| Test | Result | Reference Range | Units |
|---|---|---|---|
| **Cholesterol** | **223 H** | ≤199 | mg/dL |
| Triglyceride | 78 | ≤149 | mg/dL |
| Cholesterol/HDL Ratio | 3.2 | ≤4.4 | |
| HDL Cholesterol | 70 | ≥50 | mg/dL |
| **Non-HDL Cholesterol** | **153 H** | ≤129 | mg/dL |
| **LDL Cholesterol, Calculated** | **135 H *** | ≤99 | mg/dL |
| VLDL Cholesterol | 18 | ≤29 | mg/dL |

*LDL Cholesterol, Calculated:    LDL-C is calculated by using the Martin-Hopkins equation. (JAMA. 2013;310(19):2061-2068)

For moderately high risk and high risk cardiac patients, reference levels of <100 mg/dL and <70 mg/dL, respectively, should be considered. Circulation 2004; 110:227-239.

### Hemoglobin A1c With eAG*

| Test | Result | Reference Range | Units |
|---|---|---|---|
| Hemoglobin A1c | 5.6* | ≤5.6 | % |
| Estimated Average Glucose (eAG) | 114 | Not Established | |

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 – FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                    Distribution #: 571728777-29497827

ClinOS    Result Report    Produced by AutoDist On 10/21/2022 10:05 PM    All Rights Reserved

Page 4 of 6 pages

MARCUS AR003013

**Lincoln/Marcus 0969**

Jan 12 23, 12:37p        Wellness for life                                6233220966              p.51

## Report Status FINAL
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

 Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

### Tonia Graham, FNP

Patient Information:                                        MARCUS, LESLIE

| | | |
|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | Order #: 18116-A01116 / NL80664464 |
| ID/MR#: | Received: 10/16/2022 09:49 AM | DOB:                Age: 51Y-4M-18D |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022 10:01 PM | Sex: F              Fasting: Unknown |
| | | Patient Phone: |

**\*Hemoglobin A1c:**    The American Diabetes Association (ADA) guidelines for interpreting Hemoglobin A1c are as follows:

Non-Diabetic patient:                   <=5.6%
Increased risk for future Diabetes:     5.7-6.4%
ADA diagnostic criteria for Diabetes:   >=6.5%

Values for patients with Diabetes:
Meets ADA's recommended goal for therapy:   <7.0%
Exceeds ADA's recommended goal:             7.0-8.0%
ADA recommends reevaluation of therapy:     >8.0%

**\*Hemoglobin A1c With eAG:**    If the presence of a hemoglobin variant is suspected, do not use % HbA1c results for diagnosis of diabetes mellitus.

In uncontrolled diabetics, high levels of Hemoglobin F (Hb F) may be present. Presence of Hb F greater than 7% of total may result in lower than expected % HbA1c.

Any cause that shortens erythrocyte survival or decreases mean erythrocyte age may reduce expected % HbA1c values even in the presence of elevated average blood glucose. Causes may include hemolytic disease, homozygous sickle cell trait, pregnancy, and recent significant/chronic blood loss. In addition, recent blood transfusions can alter expected % HbA1c values.

### ANA Cascading Reflex
ANA Screen                            Negative              Negative

Antinuclear antibodies detected using the BioPlex 2200 ANA Screen multiplex immunoassay. A negative result indicates the absence of detectable antibodies to dsDNA, Chromatin, RNP, Sm/RNP, Sm, SSA, SSB, Jo-1, Centromere B, Scl-70 and Ribosomal P. A negative result should be interpreted in the context of the clinical picture and does not rule out autoimmune hepatitis and primary biliary cirrhosis.

---

| INFECTIOUS DISEASE |

**RPR Screen w/Reflex to RPR Titer**
RPR Screen                            Nonreactive           Nonreactive

---

**Tests Ordered:** Comprehensive Metabolic Panel; Iron and TIBC; Lipid Panel; ANA Cascading Reflex; CBC w/ Differential, w/ Platelet; CRP, High Sensitivity; Estradiol; FSH; Folate; GGT; Hemoglobin A1c With eAG; Rheumatoid Factor; RPR Screen w/Reflex to RPR Titer; T3 Free Non-Dialysis; T4 Free Non-Dialysis; TSH, High Sensitivity; Vitamin B12; Vitamin D, 25-Hydroxy, Total; Progesterone; Estrogen Total, Serum; DHEA Sulfate; Microsomal TPO Antibody; Testosterone, Total

| Values Outside of Reference Range | | | |
|---|---|---|---|
| **TEST** | **RESULTS** | **REFERENCE RANGES** | **UNITS** |
| MCHC | 30.6  L | 31.0 - 37.0 | g/dL |
| Rheumatoid Factor | 14  H | ≤13 | IU/mL |

---

### MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 - FINAL Report
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, \*=Comment        Distribution #: 571728777-29497827

ChrOS        Result Report        Produced by AutoDist On 10/21/2022 10:05 PM        All Rights Reserved

Page 5 of 6 pages

MARCUS AR003014

**Lincoln/Marcus 0970**

**Report Status FINAL**
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382



Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Tonia Graham, FNP**

Patient Information:                                     **MARCUS, LESLIE**

**Order #: 18116-A01116 / NL80664464**

| | | |
|---|---|---|
| Account: 18116 | Collected: 10/15/2022 | DOB: | Age: 51Y-4M-18D |
| ID/MR#: | Received: 10/16/2022 09:49 AM | Sex: F | Fasting: Unknown |
| Patient Lab ID: 0193619848 | Reported: 10/21/2022 10:01 PM | Patient Phone: | |

| Test | Result | Reference | Units |
|---|---|---|---|
| eGFRcr CKD-EPI | 55 L | ≥60 | mL/min/1.73m2 |
| Cholesterol | 223 H | ≤199 | mg/dL |
| Non-HDL Cholesterol | 153 H | ≤129 | mg/dL |
| LDL Cholesterol, Calculated | 135 H | ≤99 | mg/dL |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as NL performed by: Quest Diagnostics Nichols Institute (SJC), 33608 Ortega Hwy, San Juan Capistrano, CA 92690
800.642.4657

**End of Report**

---

**MARCUS, LESLIE Order #: 18116-A01116 / NL80664464 – FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 571726777-29497827

ClinOS          Result Report          Produced by AutoDist On 10/21/2022 10:05 PM          All Rights Reserved

Page 6 of 6 pages

MARCUS AR003015

---

**Lincoln/Marcus 0971**

Jan 12 23, 12:38p    Wellness for life                                6233220966                    p.53

Jun-16-2022 Thu 15:34:53 602-685-5401                                              002/010

---

**Report Status FINAL**
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

**Patient Information:**
                                                        **MARCUS, LESLIE S**

**Anne Hatch, DO**

Account: 19077                  Collected: 04/12/2022  04:50 PM    **Order #: 19077SO22-102-R0858 / NL74388735**
ID/MR#: 3220726                 Received: 04/12/2022  10:26 PM     DOB:               Age: 50Y-10M-16D
                                Reported: 04/13/2022  08:26 AM     Sex: F
                                                                   Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | Fl |
|------|---------|------------------|-------|----|
| **CHEMISTRY** | | | | |
| **Sjogren's Antibodies, SS-A(Ro) and SS-B(La)** | | | | |
| SS-B (La) Antibody | Negative | Negative | | |
| SS-A (Ro) Antibody | Negative | Negative | | |

**Tests Ordered: Sjogren's Antibodies, SS-A(Ro) and SS-B(La)**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0858 / NL74388735 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 542944194-27353909
Autolims Version 4.8.0 On 06/16/2022                                      All Rights Reserved          NetLIMS

Page 1 of 1

MARCUS AR003016

**Lincoln/Marcus 0972**

**Report Status FINAL**
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

**Anne Hatch, DO**


Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

Patient Information:

**MARCUS, LESLIE S**

Account: 19077
ID/MR#: 3220726

Collected: 04/12/2022  04:50 PM
Received: 04/12/2022  10:28 PM
Reported: 04/16/2022  09:18 AM

Order #: 190775022-102-R0657 / NL74388729
DOB:
Sex: F
Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| Protein, Total | 7.6 | 6.0 - 7.7 | g/dL | |
| Vitamin A (Retinol) | 63 | 38-98 | mcg/dL | SL |

**Clin Chem Vol. 34, No.8. pp1625-1628. 1998
Vitamin supplementation within 24 hours prior to blood draw may affect the accuracy of results. This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| **Vitamin E (Tocopherol)** | | | | |
|---|---|---|---|---|
| Alpha-Tocopherol | 12.2* | | mg/L | SL |
| Beta-Gamma-Tocopherol | <1.0* | <4.4 | mg/L | SL |

*Alpha-Tocopherol:    Reference Range
5.7-19.9 mg/L
Levels of alpha-tocopherol <5 mg/L are consistent with Vitamin E deficiency in adults.
Vitamin supplementation within 24 hours prior to blood draw may affect the accuracy of results. This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

*Beta-Gamma-Tocopherol:    This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

| **Protein Electrophoresis, Serum** | | | | |
|---|---|---|---|---|
| Albumin | 4.0 | 3.3 - 4.6 | g/dL | |
| Alpha-1-Globulin | 0.2 | 0.1 - 0.4 | g/dL | |
| Alpha-2-Globulin | 0.9 | 0.6 - 1.2 | g/dL | |
| Beta Globulin | 1.0 | 0.6 - 1.3 | g/dL | |
| Gamma Globulin | 1.5 | 0.6 - 1.8 | g/dL | |
| A/G Ratio | 1.1 | | | |
| PE Interpretation | See Comment* | | | |

*PE Interpretation:    Negative for monoclonal gammopathy.

Reviewed by: Dr. Kelly Wilhelms

Page 1 of 3

MARCUS AR003017

**Lincoln/Marcus 0973**

Jun-16-2022 Thu 15:35:35 602-685-5401                                        004/010

---

**Report Status FINAL**
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255


Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**

Patient Information:

**MARCUS, LESLIE S**

Order #: 19077SO22-102-R0857 / NL74388729

| | | | |
|---|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | DOB: | Age: 50Y-10M-16D |
| ID/MR#: 3220726 | Received: 04/12/2022 10:28 PM | Sex: F | Fasting: No |
| | Reported: 04/16/2022 09:18 AM | Patient Phone: | |

**Free Kappa/Lambda w/ K/L Ratio,Protein Electrophoresis**

| | | | |
|---|---|---|---|
| **Free Kappa Light Chain** | 29.06  H | 3.30 - 19.40 | mg/L |
| **Free Lambda Light Chain** | 32.58  H | 5.71 - 26.30 | mg/L |
| Free Kappa/Lambda Ratio | 0.89* | 0.26 - 1.65 | |

*Free Kappa/Lambda Ratio:

Interpretation: In serum, the kappa/lambda ratio of whole immunoglobulin molecules is 2:1, whereas the kappa/lambda ratio of free light chains is 1:1.5. The latter is attributed to the occurrence of lambda light chains as dimers whose serum half-life is approximately 3 times longer than that of monomeric kappa light chains. Excess production of kappa or lambda light chains alters the kappa/lambda ratio. Alterations that fall outside of the normal range are attributed to the presence of monoclonal light chains. Monoclonal light chains are found in serum of patients with multiple myeloma, the light chain variant of MM, Waldenstrom's macroglobulinemia, mu-heavy chain disease, primary amyloidosis, light chain deposition disease, monoclonal gammopathy of undetermined significance, and lymphoproliferative disease such as B-CLL. Measurement of free light chain concentration in serum is useful for diagnosis, prognosis, monitoring disease activity and following response to therapy of these disorders.

Chronic infection and chronic inflammatory diseases, as well as renal insufficiency, may be accompanied by a diffuse increase in both kappa and lambda free light chains, but the kappa/lambda ratio remains within the normal limits. The serum concentration of free light chains increases with age over 60 years; light chains may reach 50 mg/L in those 70-80 yrs of age; in these cases the kappa/lambda ratio still remains within normal limits.

Physicians, who are accustomed to the identification of clonal protein by electrophoretic means, may order immunofixation in addition to free light chain immunoassay. In rare instances, immunofixation may identify monoclonal light chain protein in the absence of abnormalities in the quantitative light chain immunoassays.

Katzman JA et al., Serum reference intervals and diagnostic ranges for free kappa and free lambda immunoglobulin light chains: Relative sensitivity for detection of monoclonal light chains. Clin Chem 2002,48:1437-1444.

---

**Tests Ordered:** Vitamin A (Retinol); Vitamin E (Tocopherol); Free Kappa/Lambda w/Ratio, Protein Electrophoresis

---

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| Free Kappa Light Chain | 29.06  H | 3.30 - 19.40 | mg/L |
| Free Lambda Light Chain | 32.58  H | 5.71 - 26.30 | mg/L |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as SL performed by: Quest Diagnostics Nichols Institute (Valencia), 27027 Tourney Road, Valencia, CA 91355 800.421.4449

**End of Report**

Page 2 of 3

MARCUS AR003018

**Lincoln/Marcus 0974**

Jun-16-2022 Thu 15:35:58 602-685-5401                                    005/010

---

## Report Status FINAL
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

**Anne Hatch, DO**

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

Patient Information

**MARCUS, LESLIE S**

| | |
|---|---|
| **Order #: 19077SO22-102-R0857 / NL74388729** | |
| Account: 19077 | Collected: 04/12/2022 04:50 PM  DOB:  Age: 50Y-10M-16D |
| ID/MR#: 3220726 | Received: 04/12/2022 10:28 PM  Sex: F  Fasting: No |
| | Reported: 04/16/2022 09:18 AM  Patient Phone: |

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0857 / NL74388729 – FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                Distribution #: 542944197-27353909

Autolims Version 4.8.0 On 06/16/2022                                    All Rights Reserved

MARCUS AR003019

**Lincoln/Marcus 0975**

Jan 12 23, 12:40p       Wellness for life                                    6233220966                    p.57

Jun-16-2022 Thu 15:35:59 602-685-5401                                        006/010

**Report Status FINAL**
Route 2032
   **HonorHealth Laboratory Thompson Peak**
   20745 N Scottsdale Rd
   Suite 125
   Scottsdale, AZ 85255



Sonora Quest Laboratories®
A Subsidiary of Laboratory Sciences of Arizona

Patient Information:

   **Anne Hatch, DO**                                                       **MARCUS, LESLIE S**

                                                     Order #: 19077SQ22-102-F0096 / NL74388591
Account: 19077                 Collected: 04/12/2022 04:50 PM    DOB:    /          Age: 50Y-10M-16D
ID/MR#: 3220726                Received: 04/12/2022 10:13 PM    Sex: F
                               Reported: 04/16/2022 01:16 PM    Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|------|---------|------------------|-------|-----|
| **CHEMISTRY** | | | | |
| Vitamin K, Plasma | 210 | 130-1500 | pg/mL | SL |

Due to potential interferences, Vitamin K1 levels
cannot be determined in individuals taking Vitamin K2
supplements.
This test was developed and its analytical performance
characteristics have been determined by Quest
Diagnostics. It has not been cleared or approved by the
FDA. This assay has been validated pursuant to the CLIA
regulations and is used for clinical purposes.

**Tests Ordered:  Vitamin K, Plasma**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as SL performed by: Quest Diagnostics Nichols Institute (Valencia), 27027 Tourney Road, Valencia, CA 91355
800.421.4449
                                        **End of Report**

   **MARCUS, LESLIE S Order #: 19077SQ22-102-F0096 / NL74388591 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment           Distribution #: 542944203-27353909

Autolims Version 4.8.0 On 06/16/2022                                         All Rights Reserved

Page 1 of 1

MARCUS AR003020

**Lincoln/Marcus 0976**

Jun-16-2022 Thu 15:36:45 602-685-5401                                    007/010

---

**Report Status FINAL**
Route 2032
    **HonorHealth Laboratory Thompson Peak**
    20745 N Scottsdale Rd
    Suite 125
    Scottsdale, AZ 85255

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**

Patient Information:                                          **MARCUS, LESLIE S**

**Order #: 19077SO22-102-A0097 / NL74388717**

| | | | |
|---|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | DOB: | Age: 50Y-10M-16D |
| ID/MR#: 3220726 | Received: 04/12/2022 10:16 PM | Sex: F | |
| | Reported: 04/20/2022 03:31 PM | Patient Phone: | |

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| **Cryoglobulin Screen** | | | | |
| Cryoglobulin | Negative | Negative | | |

---

**Tests Ordered: Cryoglobulin Screen**

---

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

---

**MARCUS, LESLIE S Order #: 190775Q22-102-A0097 / NL74388717  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                      Distribution #: 542944202-27353909

Autolims Version 4.8.0 On 06/16/2022                                                       All Rights Reserved        NETLIMS

Page 1 of 1

MARCUS AR003021

**Lincoln/Marcus 0977**

Jun-16-2022 Thu 15:37:23 602-685-5401                                         009/010
**Report Status FINAL - COPY**
Route 2032
**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**                                                  **MARCUS, LESLIE S**

Patient Information

**Order #: 19077SO22-102-R0859 / NL74388738**

| | | |
|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | **DOB:** Age: 50Y-10M-16D |
| ID/MR#: 3220726 | Received: 04/12/2022 10:36 PM | **Sex:** F |
| | Reported: 04/19/2022 11:31 PM | Patient Phone: |

| RESULTS | RESULTS | REFERENCE RANGES | UNITS | |
|---|---|---|---|---|

### CHEMISTRY

| | | | | |
|---|---|---|---|---|
| C3 Complement Component | 95 | 90 - 180 | mg/dL | |
| C4 Complement Component | 23 | 16 - 47 | mg/dL | |
| Glutamic Acid Decarboxylase-65 Antibody | <5 | <5 | IU/mL | NL |

This test was performed using the GAD65 ELISA method which is standardized against the International reference preparation 97/550.

**dsDNA Antibody**

| | | | | |
|---|---|---|---|---|
| dsDNA Antibody Index | 1.0 | ≤4.0 | IU/mL | |
| dsDNA Antibody Result | Negative* | Negative | | |

*dsDNA Antibody Result:     dsDNA Reference Range:
<=4.0 IU/mL   Negative
5.0-9.0 IU/mL   Indeterminate
>=10.0 IU/mL   Positive

**ANCA Screen with MPO and PR3 with reflex to ANCA Titer**

| | | | | |
|---|---|---|---|---|
| ANCA Screen w/Reflex to ANCA titer | NEGATIVE* | NEGATIVE | | NL |
| Myeloperoxidase Ab | <1.0* | <1.0 | AI | NL |
| Proteinase-3 Ab | <1.0* | <1.0 | AI | NL |

*ANCA Screen w/Reflex to ANCA titer:     ANCA Screen includes evaluation for p-ANCA, c-ANCA and atypical p-ANCA. A positive ANCA screen reflexes to titer and pattern(s), e.g., cytoplasmic pattern (c-ANCA), perinuclear pattern (p-ANCA), or atypical p-ANCA pattern. c-ANCA and p-ANCA are observed in vasculitis, whereas atypical p-ANCA is observed in IBD (Inflammatory Bowel Disease). Atypical p-ANCA is detected in about 55% to 80% of patients with ulcerative colitis but only 5% to 25% of patients with Crohn's disease.

*Myeloperoxidase Ab:     <1.0 AI No Antibody Detected
> or = 1.0 AI Antibody Detected
Autoantibodies to myeloperoxidase (MPO) are commonly associated with the following small-vessel vasculitides: microscopic polyangiitis, polyarteritis nodosa, Churg-Strauss syndrome, necrotizing and crescentic glomerulonephritis and occasionally granulomatosis with polyangiitis (GPA, Wegener's). The perinuclear IFA pattern, (p-ANCA) is based largely on autoantibody to myeloperoxidase which serves as the primary antigen. These autoantibodies are present in active disease.

*Proteinase-3 Ab:     <1.0 AI No Antibody Detected
> or = 1.0 AI Antibody Detected
Autoantibodies to proteinase-3 (PR-3) are accepted as characteristic for granulomatosis with polyangiitis (GPA, Wegener's), and are detectable in 95% of the histologically proven cases. The cytoplasmic IFA pattern, (c-ANCA), is based largely on autoantibody to PR-3 which

---

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0859 / NL74388738 - FINAL - COPY Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 542944191-27353909

Autolims Version 4.8.0 On 06/16/2022                        All Rights Reserved

Page 1 of 2 pages

MARCUS AR003022

**Lincoln/Marcus 0978**

Jan 12 23, 12:41p        Wellness for life                          6233220966            p.60

Jun-16-2022 Thu 15:37:46 602-685-5401                              010/010

Route 2032

**HonorHealth Laboratory Thompson Peak**
20745 N Scottsdale Rd
Suite 125
Scottsdale, AZ 85255

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

**Anne Hatch, DO**

Patient Information

**MARCUS, LESLIE S**

Order #: 19077SO22-102-R0859 / NL74388738

| | | | |
|---|---|---|---|
| Account: 19077 | Collected: 04/12/2022 04:50 PM | DOB: 0 | Age: 50Y-10M-16D |
| ID/MR#: 3220726 | Received: 04/12/2022 10:36 PM | Sex: F | |
| | Reported: 04/19/2022 11:31 PM | Patient Phone: | |

serves as the primary antigen. These autoantibodies are present in active disease.

**Tests Ordered: ANCA Screen with MPO and PR3 with reflex to ANCA Titer; dsDNA Antibody; C3 Complement Component; C4 Complement Component; Glutamic Acid Decarboxylase-65 Antibody**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as NL performed by: Quest Diagnostics Nichols Institute (SJC), 33608 Ortega Hwy, San Juan Capistrano, CA 92690
800.642.4657

Copy Report - Original Provider:  HonorHealth Laboratory Thompson Peak,  Hatch Anne M DO
**End of Report**

**MARCUS, LESLIE S Order #: 19077SQ22-102-R0859 / NL74388738 - FINAL - COPY Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 542944191-27353909

Autolims Version 4.8.0 On 06/16/2022                                  All Rights Reserved          NetTMS

Page 2 of 2 pages

MARCUS AR003023

**Lincoln/Marcus 0979**

Jun-16-2022 Thu 15:49:28 602-685-5401                                                        002/004
**Report Status FINAL - COPY**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382

**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

   **Tonia Graham, FNP**

| Patient Information: | |
|---|---|
| | **MARCUS, LESLIE S** |

**Order #: 181150000263 / NL76017026**

Account: 18116
ID/MR#: MARCUSLE71

Collected: 05/31/2022  12:59 PM
Received: 05/31/2022  01:01 PM
Reported: 06/01/2022  05:41 PM

DOB:
Sex: F
Patient Phone:

Age: 51Y-0M-4D
Fasting: Yes

**ORDER COMMENTS**
MARCUSLE71
FASTING

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| **CBC w/ Differential, w/ Platelet** | | | | |
| WBC | 5.2 | 4.0 - 11.0 | k/mm3 | |
| RBC | 4.53 | 3.70 - 5.40 | m/mm3 | |
| Hemoglobin | 13.3 | 11.5 - 16.0 | g/dL | |
| Hematocrit | 41.5 | 35.0 - 48.0 | % | |
| MCV | 91.6 | 78.0 - 100.0 | fL | |
| MCH | 29.4 | 27.0 - 34.0 | pg | |
| MCHC | 32.0 | 31.0 - 37.0 | g/dL | |
| Platelet Count | 342 | 130 - 450 | k/mm3 | |
| RDW(sd) | 43.8 | 38.0 - 49.0 | fL | |
| RDW(cv) | 12.9 | 11.0 - 15.0 | % | |
| MPV | 10.1 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 33.9* | | % | |
| Lymphocytes | 52.7 | | % | |
| Monocytes | 7.2 | | % | |
| Eosinophils | 4.3 | | % | |
| Basophils | 1.7 | | % | |
| Absolute Neutrophil | 1.75 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 2.72 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.37 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.22 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.09 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.2 | | % | |
| Absolute Immature Granulocytes | 0.01 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented Neutrophils:                Automated Diff

**CHEMISTRY**

| Homocysteine | **18.7  H** | ≤12.0 | umol/L | |
|---|---|---|---|---|

Elevated homocysteine levels are a risk factor for vascular disease. The relative risk increases
as the homocysteine concentration increases. It is recommended to maintain homocysteine
levels below 10 umol/L in patients with vascular disease.

| Vitamin B12 | 406 | 232 - 1245 | pg/mL | |
|---|---|---|---|---|

**MARCUS, LESLIE S Order #: 181150000263 / NL76017026  - FINAL - COPY Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 542949022-27354178

Autollms Version 4.9.0 On 06/16/2022

All Rights Reserved

Page 1 of 3 pages

MARCUS AR003024

Jun-16-2022 Thu 15:49:50 602-685-5401    003/004

Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382



**Sonora Quest Laboratories**

A Subsidiary of Laboratory Sciences of Arizona

## Tonia Graham, FNP

**Patient Information:**

**MARCUS, LESLIE S**

| | |
|---|---|
| Account: 18116 | |
| ID/MR#: MARCUSLE71 | |

Collected: 05/31/2022 12:59 PM
Received: 05/31/2022 01:01 PM
Reported: 06/01/2022 05:41 PM

**Order #: 181150000263 / NL76017026**
DOB:
Sex: F
Patient Phone:
Age: 51Y-0M-4D
Fasting: Yes

| Test | Result | Reference Range | Units |
|---|---|---|---|
| Folate | 4.4 | ≥4.0 | ng/mL |

Serum for folate determinations should be collected as a fasting test.

**Comprehensive Metabolic Panel**

| Test | Result | Reference Range | Units |
|---|---|---|---|
| Glucose | 88* | 70 - 99 | mg/dL |
| Urea Nitrogen (BUN) | 17 | 7 - 28 | mg/dL |
| Creatinine | 1.08 | 0.60 - 1.40 | mg/dL |
| eGFRcr CKD-EPI | 62* | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 15.7 | 10.0 - 28.0 | |
| Sodium | 141 | 135 - 145 | mmol/L |
| Potassium | 4.4 | 3.6 - 5.3 | mmol/L |
| Chloride | 107 | 98 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 23 | 20 - 31 | mmol/L |
| Anion Gap | 11 | 4 - 18 | |
| Protein, Total | 7.6 | 6.0 - 7.7 | g/dL |
| Albumin | 4.7 | 3.8 - 5.1 | g/dL |
| Globulin | 2.9 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.6 | 1.0 - 2.5 | |
| Calcium | 9.3 | 8.7 - 10.4 | mg/dL |
| Alkaline Phosphatase | 89 | 42 - 146 | IU/L |
| Alanine Aminotransferase | 17 | 5 - 46 | IU/L |
| Aspartate Aminotransferase | 19 | 11 - 40 | IU/L |
| Bilirubin, Total | 0.2 | ≤1.3 | mg/dL |

*Glucose: Glucose reference range reflects fasting state.
*eGFRcr CKD-EPI: eGFRcr calculated using the CKD-EPI 2021 equation

**Tests Ordered:** CBC w/ Differential, w/ Platelet; Homocysteine; Folate; Vitamin B12; Comprehensive Metabolic Panel

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| Homocysteine | 18.7 H | ≤12.0 | umol/L |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721

Copy Report - Original Provider: Wellness for Life, Graham Tonia L FNP
**End of Report**

Page 2 of 3 pages

MARCUS AR003025

**Lincoln/Marcus 0981**

Jan 12 23, 12:43p        Wellness for life                                    6233220966                    p.63

Jun-16-2022 Thu 15:50:13 602-685-5401                                                      004/004

MARCUS, LESLIE S Order #: 181150000263 / NL76017026 - FINAL - COPY Report

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High. *=Comment                Distribution #: 542949022-27354178

Autolims Version 4.8.0 On 06/16/2022                                        All Rights Reserved        ↑ NETLIMS

Page 3 of 3 pages

MARCUS AR003026

**Lincoln/Marcus 0982**

2/24/2022 8:56:38 am PST                                      FROM:LabCorp TO:+16233220966                            Page 1 of 3
TO:BECKY M ADMIN ASSISTANT ATTN:Call Center

**Marcus, Leslie**                      DOB:                **Patient Report**                         **labcorp**
Patient ID: NI                          Age: 50             Account Number: 02090710
Specimen :D: 048-610-1161-0             Sex: Female         Ordering Physician: T GRAHAN

**Ordered Items: CBC With Differential/Platelet; Comp. Metabolic Panel (14); Lipid Panel; C-Reactive Protein, Cardiac; Vitamin D, 25-Hydroxy; Magnesium**

| Date Collected: 02/17/2022 | Date Received: 02/18/2022 | Date Reported: 02/18/2022 | Fasting: Not Given |

## CBC With Differential/Platelet

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| WBC[01] | 6.8 | | | x10E3/uL | 3.4-10.8 |
| RBC[01] | 4.35 | | | x10E6/uL | 3.77-5.28 |
| Hemoglobin[01] | 12.8 | | | g/dL | 11.1-15.9 |
| Hematocrit[01] | 35.0 | | | % | 34.0-46.6 |
| MCV[01] | 87 | | | fL | 79-97 |
| MCH[01] | 29.4 | | | pg | 26.6-33.0 |
| MCHC[01] | 33.7 | | | g/dL | 31.5-35.7 |
| RDW[01] | 11.9 | | | % | 11.7-15.4 |
| Platelets[01] | 317 | | | x10E3/uL | 150-450 |
| Neutrophils[01] | 50 | | | % | Not Estab. |
| Lymphs[01] | 38 | | | % | Not Estab. |
| Monocytes[01] | 7 | | | % | Not Estab. |
| Eos[01] | 3 | | | % | Not Estab. |
| Basos[01] | 2 | | | % | Not Estab. |
| Neutrophils (Absolute)[01] | 3.5 | | | x10E3/uL | 1.4-7.0 |
| Lymphs (Absolute)[01] | 2.6 | | | x10E3/uL | 0.7-3.1 |
| Monocytes(Absolute)[01] | 0.5 | | | x10E3/uL | 0.1-0.9 |
| Eos (Absolute)[01] | 0.2 | | | x10E3/uL | 0.0-0.4 |
| Baso (Absolute)[01] | 0.1 | | | x10E3/uL | 0.0-0.2 |
| Immature Granulocytes[01] | 0 | | | % | Not Estab. |
| Immature Grans (Abs)[01] | 0.0 | | | x10E3/uL | 0.0-0.1 |

## Comp. Metabolic Panel (14)

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| Glucose[01] | 71 | | | mg/dL | 65-99 |
| BUN[01] | 19 | | | mg/dL | 6-24 |
| A Creatinine[01] | 1.06 | High | | mg/dL | 0.57-1.00 |
| eGFR If NonAfricn Am | 61 | | | mL/min/1.73 | >59 |
| eGFR If Africn Am | 71 | | | mL/min/1.73 | >59 |

```
**In accordance with recommendations from the NKF-ASN Task force,**
Labcorp is in the process of updating its eGFR calculation to the
2021 CKD-EPI creatinine equation that estimates kidney function
without a race variable.
```

| BUN/Creatinine Ratio | 18 | | | | 9-23 |
|---|---|---|---|---|---|
| Sodium[01] | 139 | | | mmol/L | 134-144 |
| Potassium[01] | 4.3 | | | mmol/L | 3.5-5.2 |
| Chloride[01] | 104 | | | mmol/L | 96-106 |
| Carbon Dioxide, Total[01] | 21 | | | mmol/L | 20-29 |

**labcorp**                                    Date Created and Stored 02/18/22 1118 ET  **Final Report** Page 1 of 3

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-788-9741

MARCUS AR003027

**Lincoln/Marcus 0983**

2/24/2022 8:56:38 am PST
TO:BECKY M ADMIN ASSISTANT ATTN Call Center

FROM:LabCorp TO:+16233220966

Page 2 of 3

**Marcus, Leslie**
Patient ID: MI
Specimen ID: 048-610-1161-0

DOB: /
Age: 50
Sex: Female

**Patient Report**
Account Number: 02030710
Ordering Physician: T GRAHAM

 labcorp

## Comp. Metabolic Panel (14) (Cont.)

| | | | | Units | Reference Interval |
|---|---|---|---|---|---|
| Calcium [01] | 9.2 | | | mg/dL | 8.7-10.2 |
| Protein, Total [01] | 7.5 | | | g/dL | 6.0-8.5 |
| Albumin [01] | 4.5 | | | g/dL | 3.8-4.8 |
| Globulin, Total | 3.0 | | | g/dL | 1.5-4.5 |
| A/G Ratio | 1.5 | | | | 1.2-2.2 |
| Bilirubin, Total [01] | 0.3 | | | mg/dL | 0.0-1.2 |
| Alkaline Phosphatase [01] | 86 | | | IU/L | 44-121 |
| AST (SGOT) [01] | 16 | | | IU/L | 0-40 |
| ALT (SGPT) [01] | 12 | | | IU/L | 0-32 |

## Lipid Panel

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| ▲ Cholesterol, Total [01] | 219 | High | | mg/dL | 100-199 |
| Triglycerides [01] | 46 | | | mg/dL | 0-149 |
| HDL Cholesterol [01] | 69 | | | mg/dL | >39 |
| VLDL Cholesterol Cal | 8 | | | mg/dL | 5-40 |
| ▲ LDL Chol Calc (NIH) | 142 | High | | mg/dL | 0-99 |

## C-Reactive Protein, Cardiac

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| C-Reactive Protein, Cardiac [01] | 0.70 | | mg/L | 0.00-3.00 |

Relative Risk for Future Cardiovascular Event
```
Low        <1.00
Average    1.00 - 3.00
High       >3.00
```

## Vitamin D, 25-Hydroxy

| Test | Current Result and Flag | | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|---|
| ▼ Vitamin D, 25-Hydroxy [01] | 27.8 | Low | | ng/mL | 30.0-100.0 |

Vitamin D deficiency has been defined by the Institute of
Medicine and an Endocrine Society practice guideline as a
level of serum 25-OH vitamin D less than 20 ng/mL (1,2).
The Endocrine Society went on to further define vitamin D
insufficiency as a level between 21 and 29 ng/mL (2).
1. IOM (Institute of Medicine). 2010. Dietary reference
   intakes for calcium and D. Washington DC: The
   National Academies Press.
2. Holick MF, Binkley NC, Bischoff-Ferrari HA, et al.
   Evaluation, treatment, and prevention of vitamin D
   deficiency: an Endocrine Society clinical practice
   guideline. JCEM. 2011 Jul; 96(7):1911-30.

## Magnesium

| Test | Current Result and Flag | Previous Result and Date | Units | Reference Interval |
|---|---|---|---|---|
| Magnesium [01] | 2.1 | | mg/dL | 1.6-2.3 |

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-788-9743

MARCUS AR003028

**Lincoln/Marcus 0984**

2/24/2022 8:56:38 am PST
TO:BECKY M ADMIN ASSISTANT ATTN:Call Center                    FROM.LabCorp TO: +16233220966                    Page 3 of 3

**Marcus, Leslie**                          DOB:                    **Patient Report**                    **labcorp**

Patient ID: NI                              Age: 50                 Account Number: 02030710
Specimen ID: 048-610-1161-0                 Sex: Female             Ordering Physician: T GRAHAM

**Disclaimer**
The Previous Result is listed for the most recent test performed by Labcorp in the past 5 years where there is sufficient patient demographic data to match the result to the patient. Results from certain tests are excluded from the Previous Result display.

**Icon Legend**
▲ Out of Reference Range    ■ Critical or Alert

**Performing Labs**
01: PDLCA - Labcorp Phoenix 5005 S 40th Street Ste 1200, Phoenix, AZ, 85040-2969 Dir: Earle Collum, MD
For inquiries, the physician can contact Branch: 888-522-2677 Lab: 800-788-9743

---

| Patient Details | Physician Details | Specimen Details |
|---|---|---|
| **Marcus, Leslie** | **T GRAHAM** | Specimen ID: 048-610-1161-0 |
|  | **Black Diamond Medical** | Control ID: AKA02030710 |
|  | 20449 N Lake Pleasant Rd #101, Peoria, AZ, | Alternate Control Number: |
| Phone: | 85382 | Date Collected: 02/17/2022 1616 Local |
| Date of Birth: 05/27/1971 |  | Date Received: 02/18/2022 0000 ET |
| Age: 50 | Phone: 623-322-0099 | Date Entered: 02/17/2022 2331 ET |
| Sex: Female | Account Number: 02030710 | Date Reported: 02/18/2022 1110 ET |
| Patient ID: NI | Physician ID: GRAHAM | Rte: 00 |
| Alternate Patient ID: | NPI: 1699108621 |  |

**labcorp**

©2022 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version 2.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error please call 800-788-9743

MARCUS AR003029

**Lincoln/Marcus 0985**

Jan 12 23, 12:44p     Wellness for life                                        6233220966                    p.67

**Report Status FINAL**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382



Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

   **Tonia Graham, FNP**

| Patient Information: | |
|---|---|
| | **MARCUS, LESLIE S** |

Account: 18116
**ID/MR#: MARCUSLE71**

Collected: 11/22/2021  12:04 PM
Received: 11/22/2021  11:47 PM
Reported: 11/23/2021  07:53 AM

**Order #: 181160000173 / NL68628655**
**DOB:**    Age: 50Y-5M-26D
Sex: F
Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|

**CHEMISTRY**

**Protein Electrophoresis, Urine, 24 Hour***

  Protein Electrophoresis, Urine, 24 Hour     Cancelled

*Protein
Electrophoresis, Urine,
24 Hour:     No measurable protein found in urine; protein electrophoresis not performed.

**Protein, Urine, Timed**
  Volume (mL): 581
  Duration (Hr): 24

| Protein, Urine, Timed | <6 | Not Established | mg/dL | |
| **Protein, Urine, 24 Hour** | **See Comment  *** | ≤137 | mg/day | |

*Protein, Urine, 24
Hour:     Unable to calculate the total amount of analyte in the urine collection because the
concentration of analyte is below the analytical measurement range.

**Tests Ordered: Protein Electrophoresis, Urine, 24 Hour**

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| Protein, Urine, 24 Hour | See Comment | ≤137 | mg/day |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some
pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the
entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

**MARCUS, LESLIE S Order #: 181160000173 / NL68628655 – FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment     Distribution #: 489154325-24044262

Autolims Version 4.8.0 On 11/23/2021     All Rights Reserved   NetLIMS

Page 1 of 1 pages

MARCUS AR003030

**Lincoln/Marcus 0986**

Nov-14-2021 Sun 18:29:48 520.546.1239                                          001/002



**Sonora Quest Laboratories**
A subsidiary of Laboratory Sciences of Arizona

424 S 56th Street
Phoenix, Arizona 85034
602.685.5000 | 800.766.6721
www.SonoraQuest.com

## Fax Transmission Cover Sheet

**Confidentiality Statement:** The information contained in this facsimile is confidential information belonging to a CLIA licensed clinical laboratory and therefore may include personal patient health information. State Law prohibits further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or taking of any action in reliance on the contents of this information is strictly prohibited. *If you have received this Fax in error, please call the number above* and return the original message to us via the U.S. Postal Service. Thank you.

**Re-disclosure Statement for Federal Substance Abuse Cases:** This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by 42 CFR Part 2. The general authorization for the release of medical and other information is not sufficient for this purpose. The federal rules restrict the use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Re-disclosure Statement For Communicable Disease/HIV Cases:** This information is provided to you from confidential records which are protected by State Law that prohibits further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

| | | | |
|---|---|---|---|
| **Date:** | 11/14/2021 | **Time:** | 06:29 PM |
| **To:** | Wellness for Life | **Fax:** | 18662285038 |
| **Subject:** | Laboratory Information / Patient Results (1 Reports) | | |
| **From:** | Sonora Quest Laboratories | **Fax:** | 602-685-5401 |
| **Phone:** | 602-685-5050 | | |

MARCUS AR003031

**Lincoln/Marcus 0987**

Jan 12 23, 12:45p    Wellness for life                                6233220966              p.69

Nov-14-2021 Sun 18:29:49 520.546.1239                                      002/002
**Report Status FINAL**
Route 1019                                                        Sonora Quest
   **Wellness for Life**                                  Laboratories
   20449 N Lake Pleasant Rd
   Suite 101                                       A Subsidiary of Laboratory Sciences of Arizona
   Peoria, AZ 85382

   **Patient Information:**
   **Tonia Graham, FNP**                                    **MARCUS, LESLIE S**

                                          **Order #: 181160000172 / NL68310506**
Account: 18116                       Collected: 11/13/2021  09:43 AM    DOB:             Age: 50Y-5M-17D
**ID/MR#: MARCUSLE71**              Received: 11/13/2021  09:44 AM    Sex: F
                                    Reported: 11/14/2021  06:29 PM    Patient Phone:

**ORDER COMMENTS**
MARCUSLE71
FASTING

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|------|---------|------------------|-------|-----|
| **CHEMISTRY** | | | | |
| Jo-1 Antibody | Negative | Negative | | |
| **Sjogren's Antibodies, SS-A(Ro) and SS-B(La)** | | | | |
|   SS-B (La) Antibody | Negative | Negative | | |
|   SS-A (Ro) Antibody | Negative | Negative | | |

**Tests Ordered:  Jo-1 Antibody; Sjogren's Antibodies, SS-A(Ro) and SS-B(La)**

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

**MARCUS, LESLIE S Order #: 181160000172 / NL68310506  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                          Distribution #: 486849122-23899706

AJtclims Version 4.8.0 On 11/14/2021                                      All Rights Reserved    *! NeTJMS

Page 1 of 1 pages

MARCUS AR003032

**Lincoln/Marcus 0988**

Jan 12 23, 12:46p      Wellness for life                              6233220966              p.70

Oct-22-2021 Fri 14:40:29 520.546.1239                              002/005
**Report Status FINAL**
Route 1019
    **Wellness for Life**
    20449 N Lake Pleasant Rd
    Suite 101
    Peoria, AZ 85382                                Sonora Quest
                                                    Laboratories
                                                    A Subsidiary of Laboratory Sciences of Arizona

    **Ordering Provider Unclear**

| | Patient Information: |
|---|---|
| | **MARCUS, LESLIE** |

Account: 18116                Collected: 10/18/2021 05:10 PM   **Order #: 18116-A00092 / NL67284537**
ID/MR#:                       Received: 10/18/2021 11:25 PM    DOB:              Age: 50Y-4M-21D
                              Reported: 10/22/2021 02:36 PM    Sex: F            Fasting: Yes
                                                               Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| **CBC w/ Differential, w/ Platelet** | | | | |
| WBC | 6.7 | 4.0 - 11.0 | k/mm3 | |
| RBC | 4.54 | 3.70 - 5.40 | m/mm3 | |
| Hemoglobin | 13.0 | 11.5 - 16.0 | g/dL | |
| Hematocrit | 41.8 | 35.0 - 48.0 | % | |
| MCV | 92.1 | 78.0 - 100.0 | fL | |
| MCH | 28.6 | 27.0 - 34.0 | pg | |
| MCHC | 31.1 | 31.0 - 37.0 | g/dL | |
| Platelet Count | 304 | 130 - 450 | k/mm3 | |
| RDW(sd) | 42.0 | 38.0 - 49.0 | fL | |
| RDW(cv) | 12.5 | 11.0 - 15.0 | % | |
| MPV | 10.1 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 43.3* | | % | |
| Lymphocytes | 46.8 | | % | |
| Monocytes | 6.1 | | % | |
| Eosinophils | 2.2 | | % | |
| Basophils | 1.3 | | % | |
| Absolute Neutrophil | 2.89 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 3.13 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.41 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.15 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.09 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.3 | | % | |
| Absolute Immature Granulocytes | 0.02 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented          Automated Diff
Neutrophils:

| | | | | |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| Magnesium | 2.3 | 1.5 - 2.5 | mg/dL | |
| TSH, High Sensitivity | 1.39 | 0.45 - 4.50 | mU/L | |
| T3 Free Non-Dialysis | 2.6 | 2.0 - 4.8 | pg/mL | |
| T4 Free Non-Dialysis | 1.1 | 0.8 - 1.7 | ng/dL | |
| Vitamin B12 | 600 | 232 - 1245 | pg/mL | |
| Folate | 4.3 | ≥4.0 | ng/mL | |

Serum for folate determinations should be collected as a fasting test.

| | | | | |
|---|---|---|---|---|
| Vitamin D, 25-Hydroxy, Total | 30.0 | ≥20.0 | ng/mL | |

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment          Distribution #: 479870416-23495061

Autolims Version 4.8.0 On 10/22/2021                                                        All Rights Reserved

Page 1 of 4 pages

MARCUS AR003033

**Lincoln/Marcus 0989**

Oct-22-2021 Fri 14:40:39 520.546.1239                                    003/005
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382



Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Ordering Provider Unclear**

| Patient Information: |
| --- |

**MARCUS, LESLIE**

| Account: 18116<br>ID/MR#: | Collected: 10/18/2021  05:10 PM<br>Received: 10/18/2021  11:25 PM<br>Reported: 10/22/2021  02:36 PM | Order #: 18116-A00092 / NL67284537<br>DOB:                          Age: 50Y-4M-21D<br>Sex: F                         Fasting: Yes<br>Patient Phone: |
| --- | --- | --- |

Vitamin D, 25-OH, Total:
  <10 ng/mL Severe Deficiency
  10 - 19 ng/mL Mild/Moderate Deficiency
  20 - 50 ng/mL Optimum
  51 - 150 ng/mL Increased Risk of Hypercalciuria
  >150 ng/mL Possible Toxicity

Reference intervals apply to males and females, all ages.

Clinical decision values based on 2011 report by the Institute of Medicine (US).

**Iron and TIBC**

| Iron | 88* | 35 - 175 | ug/dL |
| --- | --- | --- | --- |
| TIBC | 298 | 250 - 400 | ug/dL |
| % Saturation | 30 | 15 - 45 | % |

*Iron:            The normal range is based on fasting specimens drawn before 10:00 AM. Iron levels have a
                 diurnal fluctuation of up to 30%, peaking in the morning hours.

**Comprehensive Metabolic Panel**

| Glucose | 78* | 70 - 99 | mg/dL |
| --- | --- | --- | --- |
| Urea Nitrogen (BUN) | 18 | 7 - 28 | mg/dL |
| Creatinine | 1.18 | 0.60 - 1.40 | mg/dL |
| **GFR Estimated (Non-African American)** | **54 L** | ≥60 | mL/min/1.73m2 |
| GFR Estimated (African American) | 62 | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 15.3 | 10.0 - 28.0 | |
| Sodium | 140 | 135 - 145 | mmol/L |
| Potassium | 4.2 | 3.6 - 5.3 | mmol/L |
| Chloride | 104 | 98 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 22 | 20 - 31 | mmol/L |
| Anion Gap | 14 | 4 - 18 | |
| **Protein, Total** | **7.8 H** | 6.0 - 7.7 | g/dL |
| Albumin | 4.9 | 3.8 - 5.1 | g/dL |
| Globulin | 2.9 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.7 | 1.0 - 2.5 | |
| Calcium | 9.7 | 8.7 - 10.4 | mg/dL |
| Alkaline Phosphatase | 91 | 42 - 146 | IU/L |
| Alanine Aminotransferase | 14 | 5 - 46 | IU/L |
| Aspartate Aminotransferase | 18 | 11 - 40 | IU/L |
| Bilirubin, Total | 0.3 | ≤1.3 | mg/dL |

*Glucose:         Glucose reference range reflects fasting state.
                 Note: New reference range effective 9/27/2021.

**Lipid Panel**

| **Cholesterol** | **237 H** | ≤199 | mg/dL |
| --- | --- | --- | --- |
| Triglyceride | 57 | ≤149 | mg/dL |

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537  -  FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                    Distribution #: 479870416-23496061

Autolims Version 4.8.0 On 10/22/2021                                      All Rights Reserved        NETUMS

Page 2 of 4 pages

MARCUS AR003034

**Lincoln/Marcus 0990**

Jan 12 23, 12:47p        Wellness for life                          6233220966              p.72

Oct-22-2021 Fri 14:40:50 520.546.1239                                      004/005

Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382



### Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

**Ordering Provider Unclear**

Patient Information:
**MARCUS, LESLIE**

**Order #: 18116-A00092 / NL67284537**

| Account: 18116 | Collected: 10/18/2021  05:10 PM | DOB: | Age: 50Y-4M-21D |
| ID/MR#: | Received: 10/18/2021  11:25 PM | Sex: F | Fasting: Yes |
| | Reported: 10/22/2021  02:36 PM | Patient Phone: | |

| | | | |
|---|---|---|---|
| Cholesterol/HDL Ratio | 2.9 | ≤4.4 | |
| HDL Cholesterol | 83 | ≥50 | mg/dL |
| **Non-HDL Cholesterol** | 154 H | ≤129 | mg/dL |
| **LDL Cholesterol, Calculated** | 141 H * | ≤99 | mg/dL |
| VLDL Cholesterol | 13 | ≤29 | mg/dL |

*LDL Cholesterol, Calculated:    LDL-C is calculated by using the Martin-Hopkins equation. (JAMA. 2013;310(19):2061-2068)

For moderately high risk and high risk cardiac patients, reference levels of <100 mg/dL and <70 mg/dL, respectively, should be considered. Circulation 2004; 110:227-239.

## INFECTIOUS DISEASE

| | | | |
|---|---|---|---|
| Herpes Simplex Virus 2 (IgG), w/ Reflex to HSV-2 Inhibition | <0.90 | INDEX | MR |

INDEX              INTERPRETATION
==============     ===================
<0.90              Negative
0.90 - 1.09        Equivocal
>1.09              Positive

This assay utilizes recombinant type-specific antigens to differentiate HSV-1 from HSV-2 infections. A positive result cannot distinguish between recent and past infection. If recent HSV infection is suspected but the results are negative or equivocal, the assay should be repeated in 4-6 weeks. The performance characteristics of the assay have not been established for pediatric populations, immunocompromised patients, or neonatal screening. For additional information, please refer to http://education.QuestDiagnostics.com/faq/FAQ118 (This link is being provided for informational/ educational purposes only).

**Herpes Simplex Virus 1/2 Ab (IgM), IFA w/Rflx Titer**

| | | |
|---|---|---|
| HSV 1 IgM Screen | NEGATIVE | MR |
| HSV 2 IgM Screen | NEGATIVE* | MR |

*HSV 2 IgM Screen:    REFERENCE RANGE: NEGATIVE
The IFA procedure for measuring IgM antibodies to HSV 1 and HSV 2 detects both type-common and type- specific HSV antibodies. Thus, IgM reactivity to both HSV 1 and HSV 2 may represent crossreactive HSV antibodies rather than exposure to both HSV 1 and HSV 2. This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Infectious Disease. It has not been cleared or approved by FDA. This assay has been validated pursuant to the

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 479870415-23496061

Autolims Version 4.8.0 On 10/22/2021

All Rights Reserved

Page 3 of 4 pages

MARCUS AR003035

**Lincoln/Marcus 0991**

Jan 12 23, 12:47p    Wellness for life                                6233220966              p.73

Oct-22-2021 Fri 14:41:01 520.546.1239                                    005/005

Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382



Sonora Quest
Laboratories®

A Subsidiary of Laboratory Sciences of Arizona

### Ordering Provider Unclear

Patient Information:

**MARCUS, LESLIE**

Account: 18116                 Collected: 10/18/2021  05:10 PM    **Order #: 18116-A00092 / NL67284537**
ID/MR#:                        Received: 10/18/2021  11:25 PM    DOB:                Age: 50Y-4M-21D
                               Reported: 10/22/2021  02:36 PM    Sex: F              Fasting: Yes
                                                                 Patient Phone:

CLIA regulations and is used for clinical purposes.

Tests Ordered:  Comprehensive Metabolic Panel; Lipid Panel; Iron and TIBC; CBC w/ Differential, w/
Platelet; Folate; T3 Free Non-Dialysis; T4 Free Non-Dialysis; TSH, High Sensitivity; Vitamin D, 25-Hydroxy,
Total; Vitamin B12; Magnesium; Herpes Simplex Virus 1/2 Ab (IgM), IFA w/Rflx Titer; Herpes Simplex Virus 2
(IgG), w/ Reflex to HSV-2 Inhibition

| Values Outside of Reference Range | | | |
|---|---|---|---|
| **TEST** | **RESULTS** | **REFERENCE RANGES** | **UNITS** |
| GFR Estimated (Non-African American) | 54 L | ≥60 | mL/min/1.73m2 |
| Protein, Total | 7.8 H | 6.0 - 7.7 | g/dL |
| Cholesterol | 237 H | ≤199 | mg/dL |
| Non-HDL Cholesterol | 154 H | ≤129 | mg/dL |
| LDL Cholesterol, Calculated | 141 H | ≤99 | mg/dL |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some
pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the
entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as MR performed by: Quest Diagnostics Infectious Disease, Inc., 33608 Ortega Highway, San Juan Capistrano, CA 92675
800.445.0185

**End of Report**

**MARCUS, LESLIE Order #: 18116-A00092 / NL67284537 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment                Distribution #: 479870416-23496061

Autolims Version 4.8.0 On 10/22/2021                                      All Rights Reserved    NorLIMS

Page 4 of 4 pages

MARCUS AR003036

**Lincoln/Marcus 0992**

05/12/2021 10:11:34 AM  FROM: LABCORP LCLS BULK    TO: 8662285038   LABCORP          Page **1** of **1**    r
TO:                                **Black Diamond Medical**

## ▓LabCorp                                                       **Patient Report**

Specimen ID: 131-610-2417-0                    **Acct #:** 02030710      **Phone:** (623) 322-0099   **Rte:** 00
Control ID: AH602030710

**MARCUS, LESLIE**                             Black Diamond Medical
                                               20449 N Lake Pleasant Rd #101
                                               Peoria AZ 85382

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 05/11/2021 0336 Local | Ordering: T GRAHAM |
| Age(y/m/d): 049/11/14 | Date received: 05/12/2021 | Referring: |
| Gender: F | Date entered: 05/12/2021 | ID: GRAHAM |
| Patient ID: NI | Date reported: 05/12/2021 1009 ET | NPI: 1699108621 |

**Ordered Items**
Comp. Metabolic Panel (14); Prolactin; PTH, Intact

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 71 | | mg/dL | 65-99 | 01 |
| BUN | 18 | | mg/dL | 6-24 | 01 |
| **Creatinine** | **1.09** | **High** | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 60 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 69 | | mL/min/1.73 | >59 | |

  **Labcorp currently reports eGFR in compliance with the current**
  recommendations of the National Kidney Foundation. Labcorp will
  update reporting as new guidelines are published from the NKF-ASN
  Task force.

| | | | | | |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 17 | | | 9-23 | |
| Sodium | 139 | | mmol/L | 134-144 | 01 |
| Potassium | 3.9 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 104 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 20-29 | 01 |
| Calcium | 9.4 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 7.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.8 | | g/dL | 3.8-4.8 | 01 |
| Globulin, Total | 3.1 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.5 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 88 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 18 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 15 | | IU/L | 0-32 | 01 |
| **Prolactin** | 16.4 | | ng/mL | 4.8-23.3 | 01 |
| **PTH, Intact** | 24 | | pg/mL | 15-65 | 01 |

| 01   PDLCA   LabCorp Phoenix | Dir: Earle Collum, MD |
|---|---|
| 5005 S 40th Street Ste 1200, Phoenix, AZ 85040-2969 | |

For inquiries, the physician may contact Branch: 888-522-2677 Lab: 800-788-9743

Date Issued: 05/12/21 1009 ET                **FINAL REPORT**                          Page 1 of 1

This document contains private and confidential health information protected by state and federal law.     © 1995-2021 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 615-366-0313     . All Rights Reserved · Enterprise Report Version: 1.00

MARCUS AR003037

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**

Lisa Counters
Schiffman Law Office, P.C.
4506 N. 12th Street
Phoenix, AZ  85014

**Phone:  602-266-2667**
**Fax Number:  602-266-0141**

**TO:**

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Fax Number: 603-334-0401**
**Phone Number:**

**DATE:** January 27, 2023

**SUBJECT/MESSAGE:**

RE:     Please see the enclosed correspondence .

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 0994**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**LISA J. COUNTERS**
*lisa@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

January 27, 2023

**via FACSIMILE (603) 334-0401 & EMAIL disabilitydocuments@lfg.com**

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

   Re:  Leslie Marcus
   Claim No.: 9303113

Dear Appeal Review Unit:

  This letter constitutes Leslie Marcus' appeal of Lincoln's denial of her long-term disability ("LTD") benefits dated August 12, 2021. (MARCUS AR ("AR") at 71-75).[1] The denial is based on a non-examining paper reviewer and Lincoln's misrepresentation of Leslie's treating provider's opinions. It ignores the clinical evidence that supports her claim. Even though Lincoln does not dispute Leslie's diagnoses, Lincoln refuses to recognize the extent they limit Leslie and her ability to be reliably employed on a full-time basis.

## LESLIE'S MEDICAL CONDITIONS

### *Myalgic Encephalitis/Chronic Fatigue Syndrome*

  CFS is a multi-systemic disease, organic in origin, where the primary symptom is extreme, debilitating fatigue. While there are many suspected causes of the disease, there is currently no definitive etiology. Reports have appeared in the medical literature of disorders resembling CFS for

---

[1] The claim file and additional submissions will be forwarded via Priority Mail.

**STATE BAR CERTIFIED SPECIALIST: WORKERS' COMPENSATION***

**Lincoln/Marcus 0995**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 2

at least a century, but serious research has only been directed at this disorder for about a decade. After the publication of more than 600 scientific articles on CFS, the Centers for Disease Control ("CDC") published a case definition in 1994:

> 1.      Clinically evaluated, unexplained persistent or relapsing chronic fatigue that is of new or definite onset (has not been lifelong); is not the result of ongoing exertion; is not substantially alleviated by rest; and results in substantial reduction in previous levels of occupation, educational, social or personal activities; and

> 2.      The concurrent occurrence of four or more of the following symptoms, all of which must have persisted during 6 or more consecutive months of illness and must not have predated the fatigue: substantial impairment in short-term memory or concentration; sore throat; tender lymph nodes; muscle pain; multi-joint pain without swelling or redness; headaches of a new type, pattern or severity; unrefreshing sleep; and post-exertional malaise lasting more than 24 hours.

The diagnosis of CFS requires the presence of both major criteria and at least four of 11 symptomatic minor criteria, and at least two of the three objective minor criteria (or both major criteria and 8 of 11 symptomatic minor criteria).[2]

This criterion effectively discriminates between CFS patients and patients suffering from fatigue due to other causes based on a 369-patient study.[3] Leslie's condition falls squarely within the diagnostic criteria established by the CDC for CFS, and her treating doctors have certified that she is suffering from the disease and cannot work.

Demographic studies funded by the CDC have shown that the disease is most likely to break out in the middle, most productive years of life. After five years, most CFS patients studied remained disabled at below 50% of normal functioning. Ten years after onset, 45% of patients remained so disabled. Some eventually improved to the 50% pre-illness functioning level, others deteriorated, and others maintained a condition that never changed. This is not a short-term illness from which one can take short-term leave and then return to "normal" life.

---

[2] Fukuda, K, et al. The Chronic Fatigue Syndrome: A Comprehensive Approach to Its Definition and Study. Annals of Internal Medicine. 1994; 121: 953-9.

[3] Goldenberg, D. Fibromyalgia, chronic fatigue, and myofascial pain syndrome. Curr Op Rheumatol. 1997; 9: 135 - 143 citing Komaroff, AL, et al. An examination of the working case definition of chronic fatigue syndrome. Am J Med. 1996; 100: 56-64.

**Lincoln/Marcus 0996**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 3


These early clinical impressions have now been confirmed by longitudinal medical research involving significant CFS/ME patients. Four studies have been examined in a paper by Donald Schopflocher, Ph.D. The percentage of CFS patients in these studies who showed no recovery ranged from 37% to 64%, with a total proportion of 55.6%. The small percentage of individuals who showed complete recovery – 6.2% –was equally alarming 6.2%.

While pharmacologic therapies are available, the most frustrating and debilitating symptoms of CFS do not respond to pharmacologic therapy:[4]

> **Box 1: Symptoms for which there is no pharmacological therapy**
>
> - Fatigue: the hallmark of CFS/ME, which is chronic and disabling. It is not somnolence (sleepiness) and if somnolence is present, an alternative diagnosis, such as sleep apnoea, should be considered.
> - "Payback": post exertional malaise defined as worsening of symptoms after excess exertion.
> - "Brain fog": cognitive impairment, including low grade confusion and memory loss.
> - Lymphadenopathy: a common complaint from patients, if not attributable to any other source, cannot be treated pharmacologically.
> - Frequent upper respiratory tract infections: there is no role for prophylactic or frequent therapeutic antibiotics, unless there is convincing evidence of an acute bacterial infection.
>
> Source: British Association of CFS/ME (BACME) guide for therapy and symptoms management in CFS/ME

Leslie was diagnosed with CFS on January 30, 2020 by Dr. Larry Bergstrom, a Mayo Clinic physician. (AR at 275-280). She began reporting related symptoms in February 2019. During her visit with Dr. Bergstrom, Leslie reported profound fatigue, post-exertional malaise, brain fog, widespread musculoskeletal pain, breathlessness, dizziness, and episodes of syncope. Nurse practitioner Tonia Graham has continued to document the "lethargy, malaise, and exercise intolerance" that Leslie experiences (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09). As of an October 20, 2022 office visit, NP Graham noted that Leslie "lacks endurance and strength" (AR at 2966-69). All of Leslie's doctors concur that she suffers from CFS. Lincoln agreed with this diagnosis for 24 months and then determined that she no longer experienced any limitations.

---

[4] Lawrence, J. "Fresh Evidence Points to a cause and possible treatments for chronic fatigue syndrome," The Pharmaceutical Journal (July 15, 2016)

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 4

Leslie's medical records contain numerous references regarding her diagnosis of CFS and the expected symptoms. This diagnosis is supported not only by her treating physicians, but by Lincoln's own peer reviewers (AR at 66-69, AR at 1919-1920, AR at 2064-65). Lincoln cannot disregard the effects of constant, chronic and debilitating fatigue on Leslie's inability to perform the duties of her occupation as a Regional Property Manager or any other occupation.

<em>Postural Orthostatic Tachycardia Syndrome ("POTS")</em><br><em>Autonomic Dysfunction</em>

The primary symptom of POTS is lightheadedness and fainting.[5] For patients who suffer from POTS, lightheadedness or fainting is accompanied by a sharp increase of more than 30 beats per minute, or a heart rate that exceeds 120 beats per minute within 10 minutes of rising from lying or sitting to a standing position. Although anyone can develop POTS, 75-80% of the patients who suffer from this disorder are women between the age of 15-50. (*Id.*) POTS typically follows a relapsing-remitting course that can last for years. (*Id.*) Some women have noted that they experience increased symptoms associated with POTS right before their monthly periods. POTS often begins after major surgery, trauma, pregnancy or viral illness. (*Id.*) POTS often makes patients unable to exercise because engaging in such activity brings on fainting spells or dizziness.

Heart rate and blood pressure work together to keep the blood flowing at a healthy pace, regardless of the body's position.[6] People who suffer from POTS cannot regulate the balancing of blood vessel squeeze and heart rate response, which means that blood pressure cannot be kept stable. Common symptoms of POTS include:

- High/low blood pressure
- Racing heart rate
- Lightheadedness especially upon standing up, prolonged sitting in one position or long walks
- Fainting
- Chest pain
- Exhaustion/fatigue
- Temperature deregulation
- Nervous, jittery feeling
- Forgetfulness and trouble focusing (brain fog)

---

[5] https://www.ninds.nih.gov/Disorders/All-Disorders/Postural-Tachycardia-Syndrome-Information-Page.
[6] https://my.clevelandclinic.org/health/diseases/16560-postural-orthostatic-tachycardia-syndrome-pots

**Lincoln/Marcus 0998**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 5


- Blurred vision
- Headaches and body pain (flu-like)
- Insomnia and frequent waking, racing heart rate during sleep
- Exercise intolerance

(*Id.*) People with POTS may exhibit some or all of these symptoms.

While tilt table testing may be the gold standard in the diagnosis and evaluation of POTS, it is by no means infallible.[7] According to a study from Vanderbilt University Medical Center, tilt table testing is plagued by both false-positive and false-negative testing results. Clinical history and physical examinations are the most important criteria for patients with syncope and other POTS symptoms. *Id.* Tilt table tests are negative approximately 32% of the time.[8] Leslie's tilt table test was invalid, because she was taking a beta-blocker on the day of her test. Despite the negative result, her physicians have diagnosed her with autonomic neuropathy. (E.g., AR at 303-11; 786-89; 256-58, )

Leslie was seen by Dr. Diana Synder at Mayo on November 14, 2019 (AR at 366-375). Dr. Synder first noted POTS associated with a possible motility disorder due to Leslie's lightheadedness, syncope, and long-term constipation. On January 30, 2020, Dr. Bergstrom diagnosed Leslie with POTS and recognized symptoms including lightheadedness, low blood pressure, fatigue, musculoskeletal pain, and atrial flutter

On January 30, 2020, Dr. Bergstrom noted that Leslie likely met the criteria for Ehlers-Danlos Syndrome due to her hypermobility., (AR at 275-280). Dr. Bergstrom noted that hypermobility was associated with widespread musculoskeletal pain and fatigue, such as CFS/ME. On September 3, 2020, Leslie was seen at Mayo for a Nutrition Consultation to address poor oral intake related to POTS, Ehlers-Danlos Syndrome, and significant nausea (AR at 2010-11). NP Graham has continued to document Leslie's POTS symptoms, including dizziness, fatigue, brain fog, forgetfulness, exercise intolerance, headaches, and insomnia (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09).

---

[7] https://ww2.mc.vanderbilt.edu/adc/4789

[8] Huh, T., et al. Orthostatic Symptoms Does not Always Manifest During Tilt-Table Test in Pediatric POTS Patients, Korean Journal of Pediatrics 2013:56(1):32-36

**Lincoln/Marcus 0999**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 6

Leslie's medical records contain numerous references to her multiple problems caused by autonomic dysfunction.

*Nausea & Gastroparesis*

Throughout her illness, Leslie has continually complained about nausea and problems with vomiting. Over the years since she stopped working, her weight has fluctuated dramatically to the point that she is very underweight. Initial claim notes document Leslie's nausea and vomiting. (AR at 19) Treatment notes from the Mayo dietician recorded poor oral intake and significant nausea. (AR at 2010-11)

November 14, 2019, reported nausea with vomiting 3-4 times per week. She experiences early satiety and bloating. Persistent reflux that Protonix has not helped. (AR at 366-75) Leslie reported difficult keeping food down for 9-12 months, when she was seen in the emergency room in January 2019. (AR at 834-47) An upper GI on January 26, 2019, was interpreted as chronic gastritis. (AR at 858-60) A subsequent upper GI on April 14 2019, also documented chronic gastritis. In her January 22, 2021 OVN with NP Graham, Leslie reported feeling ill in the morning, and having nausea and vomiting. (AR at 699) On May 9, 2021, Leslie reported that she feels sick if she eats in the morning. (AR at 703) Any bending or up and down movement of her head causes nausea. (AR at 704) The nausea improved when she lies down. (*Id.*) She reported remaining chronically nauseated on May 11, 2021. (AR at 709)

She gained 50 pounds while taking Protonix, going from 114 to 157 pounds. (AR at 709) The earliest weight in the record shows 146.6 pounds in May 2019. Between November 22, 2019 and October 26, 2020, Leslie lost 18.8 pounds. (AR at 1073, 712) Her last recorded weight in the chart is dated May 11, 2020, where she is 103 pounds. January 22, 2021, NP Graham reported she was too thin, her weight was 111.6 pounds and her BMI was 18.6, falling right between normal and underweight (AR at 696-700) At 103 pounds, Leslie's BMI is 17.1% and she is underweight.

**LINCOLN'S OCCUPATIONAL ANALYSIS**

Leslie worked for Balfour Beatty Investments as a Regional Property Manager before she became disabled. While Lincoln approved Leslie's benefits under the mental-nervous

**Lincoln/Marcus 1000**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 7

limitation, it terminated them based on its determination that she was not disabled under the any occupation disability definition. Lincoln agreed Leslie was disabled from her occupation when it paid all the own occupation benefits due (AR at 1). Leslie's diagnoses and symptoms have not changed, and her restrictions and limitations have neither changed, nor improved (AR at 688-90). The physical demands of Leslie's job are light. Leslie can sit for less than two hours, stand for less than 5-10 minutes, and walk for less than one minute. Leslie cannot bend or carry anything, and her short bursts of energy are followed by post-exertional malaise.

Lincoln's August 12, 2021 denial letter lists three occupations it believes Leslie can perform. Lincoln classified her own occupation as light and determined she could perform at the light level.       Lincoln's vocational analysis accepts the physical limitations noted by peer reviewer, Dr. Sharon J. Obadia (AR at 66-69). These limitations, allegedly based on a conversation with nurse practitioner Tonia Graham, follow:

- Lifting/carrying up to 10 pounds occasionally;
- Sitting over 50% of the time;
- Standing/walking occasionally;
- No lifting overhead; and
- To clarify, the claimant can sit over 50% of the time.

Dr. Obadia concluded Leslie was capable of a greater functional capacity than she reported both on her claim forms and to her medical providers. (AR at 71-75, AR at 66-69). Presumably her conclusion is based on a single investigative report as evidence of Leslie's greater functional capacity, yet the May 25, 2021 only documents that Leslie goes to the doctor and is even driven by someone else (AR at 1527-37). Through Leslie's social media, investigators could only find that she takes photos of her dogs and surroundings when she is outside (AR at 1539-51, 59-63, 72-78, 81-82, 87-88, 1604). Those photos nearly always depict Leslie from a stationary position, or vantage point considering she is rarely in the photo, and there are no videos or captions that indicate she was partaking in any sort of rigorous physical activity (AR at 1564-71). When she is able, Leslie will ride on her husband's motorcycle.

Lincoln's assessment contradicts the claim forms completed by Leslie on June 17, 2021 (AR at 71-75). Lincoln asserts that Leslie is "currently and permanently capable of full-time work activity" given those restrictions, yet this conclusion undermines and ignores the very nature of CFS and its effects on her various other medical conditions (*Id.*) Leslie's

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 8

related symptoms, i.e., EDS, paroxysmal atrial fibrillation, POTS, small fiber neuropathy, gastroparesis, Irritable Bowel Syndrome, and sleeping disorder, interfere with her ability to work reliably. CFS exacerbates Leslie's other conditions and makes working even a sedentary full-time job impossible.

While Leslie might be able to lift 10 pounds occasionally or sit/stand in an office long enough to "perform" one of the three jobs Lincoln listed, her CFS leaves her too fatigued and exhausted to *sustain* the activity. In Dr. Obadia's phone call with Tonia Graham, Tonia also noted Leslie was limited by her cervical spine degenerative disc disease and that she experienced memory loss (AR at 124-127). Tonia also noted that Leslie brings her significant other to appointments and that he provides information when Leslie is struggling with her memory (*Id.*). In addition to Tonia's recognition of Leslie's memory loss, Tonia provided a referral for neuropsychological testing. Neuropsychologist and licensed clinical psychologist Dr. Dane A. Higgins, of CNS Memory Clinic, completed a neuropsychological evaluation on November 15, 2021. Dr. Higgins determined that Leslie has been experiencing increasing deficits in memory and cognitive function at a steeper rate of decline in the last few years (AR at 2908-2929). Dr. Higgins documented Leslie's experience and difficulty with the following:

- Remembering names;
- Misplacing items;
- Repeating herself and forgetting her own thought processes mid-sentence;
- Remembering what she read;
- Recalling recent and past events;
- Learning new information and even performing once-familiar tasks;
- Easily distracted and difficulty with concentration;
- Decreases in clarity of thinking and processing speed;
- Easily confused (unable to recall the date after waking up);
- Planning and organizing; and
- Sense of direction (forgets her intended destination and gets lost while driving).

Following Dr. Higgins's evaluation, Leslie was diagnosed with Memory Loss and Dementia without Behavioral Disturbance (*Id.*). On the Global Deterioration Scale, Leslie was placed at Stage 4 of 7 with her exhibiting moderate cognitive decline and a mild level of dementia (*Id.*).

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 9

Lincoln's vocational analysis relied only on Dr. Obadia's limitations and did not consider the limitations placed on her by her treating physician nor the limitations that would be imposed from her neuropsychological evaluation. When Lincoln reviewed her claim at the 24-month mental/nervous limitation and any occupation change in definition, she reviewed her claim by Dr. Obadia and relied on her conclusions to determine Leslie was capable of sedentary work. Lincoln does not consider the cognitive and mental demands of any of the alleged other occupations. The vocational analysis determined Leslie's transferrable skills as follows:

- Applying math skills to read and interpret business and statistical reports and records;
- Analyzing and interpreting administrative policy and procedure;
- Planning and organizing work of others;
- Making decisions based on business reports or similar data;
- Speaking and writing clearly;
- Preparing budgets, keeping records, and inventory stock and dealing tactfully and courteously with the public, employees, or government officials; and
- Extensive knowledge of real estate practices and procedures.

Leslie's medical conditions render her unable to perform these transferable skills. Lincoln identifies three "occupations" that Leslie can perform: Title Search Manager, Employment Manager, and Sales Manager. These occupations are all sedentary but require analytical thinking, managing others, communicating with customers and personnel, and the ability to do so consistently, which Leslie cannot do.

## LINCOLN'S CLAIM HANDLING

Lincoln received Marcus's long-term disability claim on September 10, 2019. (AR at 1). Lincoln approved Marcus's claim by letter dated November 19, 2019 (AR at 2297-2301). Benefits were paid through November 2021. During that time, Lincoln had Leslie's claim reviewed by two internal medicine doctors, Dr. Dirlam and Dr. Obadia. Dr. Dirlam's paper reviews supported Leslie's CFS diagnosis and concluded that she could not work a sedentary job. It was not until Dr. Obadia's single paper review that Lincoln could find someone to conclude that Leslie could work, contradicting the paper reviews completed by their reviewer, as well as the medical records and opinions of Leslie's treating providers.

**Lincoln/Marcus 1003**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 10

Dr. Mary Ellen Dirlam provided Lincoln with a paper review dated June 5, 2020 (AR at 2064-65). Dr. Dirlam determined that the medical evidence in her file *conclusively supports* the diagnosis of CFS. Additionally, Dr. Dirlam concluded that the medical records support that Leslie would not have the "stamina, stability or strength to perform even sedentary work." Dr. Dirlam gave a subsequent paper review dated November 5, 2020 (AR at 1919-1920). Once again, Dr. Dirlam determined that the medical evidence supported Leslie's diagnosis of CFS. Dr. Dirlam reaffirmed that Leslie continued to be functionally impaired due to this diagnosis.

Dr. Sharon J. Obadia provided Lincoln with a single peer review report dated July 21, 2021 (AR at 124-127). Dr. Obadia determined that the medical evidence supported the diagnosis of CFS. Regardless of this determination and after only a single phone call with nurse practitioner Tonia Graham, Dr. Obadia concluded that Leslie was currently and permanently capable of full-time work activity. This conclusion disregards the symptoms associated with many of the other diagnoses that Dr. Obadia found medical evidence to support, as well as the post-exertional fatigue after physical activity associated with CFS. Dr. Obadia misrepresented her conversation with NP Graham.

NP Graham wrote to Lincoln in an August 12, 2021 letter that she did not agree with the conclusions that were drawn from the conversation with adjuster Charles Martin (AR at 2949). NP Graham stated that not only was Leslie continuing to undergo medical evaluation, but that there was nothing to preclude her from disability (*Id.*). Moreover, NP Graham was assured that Lincoln would wait until Leslie was seen by neurology and provided with a definitive diagnosis (*Id.*). NP Graham has documented Leslie's memory problems (AR at 2966-69, 2970-73, 2974-77, 2978-81, 2982-85, 2986-89, 2990-94, 2995-98, 2999-3002, 3004-09).

Lincoln conducted surveillance on Leslie in May 2021 (AR at 1527-37). Lincoln conducted surveillance on Leslie in May 2021 (AR at 1527-37). The first day of surveillance revealed no activity. (AR at 1529). On the second day of surveillance, Leslie was out of her home for less than three hours and observed for approximately 57 seconds as she attended an appointment that her husband drove her to (AR at 1530). On both the third and fourth day of surveillance, the investigator did not observe Leslie and no recordings were produced (AR at 1530). At no point during the four days was Leslie engaged in any activity above and beyond the restrictions and limitations noted by her doctors. Moreover, during the four days, Leslie was only recorded for 57 seconds while attending an appointment.

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 11


Lincoln had additional surveillance conducted on Leslie's social media in May 2021 (AR at 1538-1893). The report alleges that Leslie has multiple posts showing her going on "rides through Arizona, taking her dogs to the mountains to play, going sailing, decorating for the holidays, spending holidays and birthdays with family and friends, and redoing rooms in her home" (AR at 1643-1715).

The images from Leslie's Facebook that show her taking rides through Arizona never depict her as the driver; whenever she is in the image, she is the passenger (*Id.*). There are no posts of Leslie "decorating for the holidays," only posts on her page that show holiday decorations without any evidence in the caption or the image to indicate that she was responsible for the decorations (*Id.*). The photos of her sailing do not show her doing anything physically strenuous, as they only show the boat docked and someone else working on it (*Id.*). Images of Leslie's completed laundry room were used to show that she had been redoing rooms in her house, but nothing about the post or images indicates that Leslie was responsible for the physical labor necessary to complete it. (*Id.*). The images of Leslie looking out over the mountains suggest she rode up the mountain on a motorized vehicle, as evidenced by the helmet and protective jacket she is wearing, and the red quad emoji used in her caption (*Id.*). Riding up the mountain on an ATV is not physically demanding.

The report also referenced an Instagram account and Etsy shop for the jewelry Leslie makes and sells (*Id.*). Posts to Instagram and Etsy reflect that the items being sold are not just jewelry Leslie has made, but also the beads and charms themselves (*Id.*). Selling the individual items requires less energy than making them, yet Leslie's jewelry items are primarily beads put on a string that requires little physical energy and is easy to take breaks from when she gets tired.

Dr. Obadia attacks Leslie's credibility by stating the investigation reflects "functional capacity exceeding the claimant's self-reports to healthcare providers of the level of function documented in the medical records available for review" and in the "Lincoln Financial Group Activities Questionnaire" (AR at 124-127). The social media deep-dive is what Dr. Obadia relied on as evidence that Leslie's functional capacity exceeded what Leslie had reported on claim forms and what her medical records documented (AR at 124-127). It is unclear how 57 seconds of Leslie engaging in minimal physical activity could be used by Dr. Obadia to argue that she is not disabled. Dr. Obadia has never treated or even seen Leslie, so it is inappropriate for her to make a statement regarding her presentation to

**Lincoln/Marcus 1005**

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 12

doctors and the questionnaires she has completed. Leslie's treating providers have stated that her symptoms and limitations are consistent with her medical conditions.

Lincoln, as well as every paper reviewer they hired, recognized Leslie's CFS diagnosis, but ignored the impact CFS has on Leslie's energy levels and ability to sustain full-time employment. Lincoln relied solely upon the opinion of a single paper reviewer while ignoring the records and opinions of multiple treating providers. Only after Lincoln's denial was Leslie evaluated by a neurologist who was at the recommendation of one of her providers, not Lincoln.

## ADDITIONAL RECORDS

To ensure that Lincoln has all of Leslie's records, we are providing additional medical records and information.

| Provider | Bates Range |
|---|---|
| CNS Memory Clinic | 2908-2929 |
| Wellness For Life Family Practice | 2930-2948 |
| Statement of NP Graham | 2949 |
| SSA Form 3380 – Third Party Function Report | 2950-2957 |
| SSA Form 3373 – Function Report | 2958-2965 |
| Wellness For Life Family Practice | 2966-3037 |

## CONCLUSION

Lincoln's decision to terminate Leslie's long-term disability claim is unsupported by the record. This appeal addressed only the bases identified in the denial letter. f Lincoln undertakes additional development of this claim while on appeal, we request that it share any further development so that Leslie can address any additional evidence before Lincoln reaches a final decision. If Lincoln reverses its decision, please pay attention to the payment directions and lien that require funds to be forwarded to our trust account.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

**Lincoln/Marcus 1006**

From: Breann Henry        Fax:                To: 6033340401@rcfax.com      Fax: (603) 334-0401                Page: 14 of 144      01/27/2023 9:49 AM

Leslie Marcus Appeal
Claim No. 9303113
January 27, 2023
Page 13


                                    LISA J. COUNTERS
LJC/MAG

PAGE 14/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1007**

From: Breann Henry          Fax:                    To: 6033340401@rcfax.com      Fax: (603) 334-0401              Page: 15 of 144    01/27/2023 9:49 AM



## CNS
### MEMORY CLINIC
Comprehensive Neuropsychological Services



## PEAK PERFORMANCE INSTITUTE

UPGRADE
YOUR BRAIN

**CNS/Adults**: Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
**PPI/Children**: Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## NEUROPSYCHOLOGICAL EVALUATION

**PATIENT NAME:** Leslie S. Marcus                    **EDUCATION:** 13 years
**DATE OF BIRTH (AGE):**              (50:5)            **OCCUPATION:** Unemployed
**DATE OF INITIAL INTERVIEW:** 09/08/2021              **HANDEDNESS:** Right
**DATE OF TESTING:** 11/15/2021                        **ETHNICITY:** Caucasian

**PRIMARY CARE PROVIDER:**       Tonia Graham, FNP-BC
**TREATING PHYSICIAN:**          Frank E. Cibulka, M.D.

### REASON FOR CONSULTATION/HISTORY OF PRESENTING ILLNESS:
Ms. Marcus has experienced increasing deficits in memory and other cognitive functioning, with a more precipitous decline occurring within the last few years. Currently, she experiences difficulty remembering peoples' names and she tends to misplace items. She repeats herself and forgets her thought processes, mid-sentence. She struggles to remember what she has read. She experiences difficulty remembering recent events and recalling past events. It is difficult for her to learn new information and perform once-familiar tasks. She becomes distracted easily as it is difficult for her to concentrate. Her clarity of thinking and processing speed have diminished. She becomes confused easily as she is unable to recall the date after waking up. It is difficult for her to plan and organize. Reportedly, she struggles with her sense of direction as she forgets her intended destination and becomes lost while driving. This neuropsychological assessment was requested to assess her current level of neurocognitive and psychological functioning, to assist with determining the severity of her memory loss and other neurocognitive deficits, to evaluate the contribute of mood factors, and to aid with treatment planning.

---

### DIAGNOSTIC SUMMARY:
*Based on the results of the assessment, the following **ICD-10-CM** diagnoses are offered:*

1. F03.90      Dementia without Behavioral Disturbance
2. R41.3       Memory Loss
3. F32.2       Depression, severe
4. F41.9       Anxiety, severe

**Global Deterioration Scale Stage 4 of 7**
- Moderate cognitive decline: Mild level of dementia

---

### TEST RESULTS – SUMMARY AND RECOMMENDATIONS:
1. Ms. Marcus' performance placed her significantly below expectations on several measures of neurocognitive functioning. Given her history, and the current report/pattern of her neuropsychological impairments, her observed functioning would place her at a **Global Deterioration Scale stage of 4, which represents moderate cognitive decline and a mild level of dementia**.

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS AR002908

PAGE 15/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1008**

NEUROPSYCHOLOGICAL EVALUATION                                         NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                            PAGE 2 OF 22

2. <u>Overall, Ms. Marcus primarily exhibited neurocognitive deficits/symptomatology consistent with dysfunction in right frontal and bilateral temporal cerebral lobe areas</u>. The following recommendations are provided to stem her neurocognitive decline (i.e., slow her neurocognitive dysfunction from progressing through the stages of deterioration of dementia) and rehabilitate (as much as possible) her various areas of neurocognitive dysfunction, to slow a possible neurodegenerative condition. The progression of her neuropsychological dysfunction will provide more diagnostic clarity and may help with determining the pathogenesis of her memory loss. As her neurocognitive deficits are rehabilitated via the cognitive exercises listed below, she may realize modest improvement in some neuropsychological domains. Periodic assessment of her neurocognitive functioning is recommended to further assist with diagnostic formulations and ensure that appropriate care is provided for her. *Thus, this assessment can also serve as a baseline for her and track further neurocognitive changes.*

3. At this time, Ms. Marcus would benefit from <u>immediate</u> pharmacological treatment of her memory disorder. Typical treatment of dementia conditions includes commonly prescribed acetylcholinesterase inhibitors such as: **Aricept**®, **Exelon**®, **Razadyne ER**®, or the generic form of these medications, **Donepezil**®. Eventual, adjunctive treatment with **Namenda**® is also recommended (**Memantine**®: generic version). These treatments have been found to be effective in slowing the neurocognitive decline/memory loss associated with dementia.

4. With respect to psychological functioning, during the clinical interview, Ms. Marcus reported symptomatology associated with significant emotional distress. On objective measures and during the self-report observations, she reported severe depressive symptomatology and severe levels of anxiety. Thus, she would benefit from continued monitoring of her mood and <u>from treatment with an appropriate psychotropic medication to treat her persistent symptomatology</u>. A medication such as this can help increase her interest and aid her in initiating other activities designed to stem decline in other functional neurocognitive areas, detailed below. Persistent difficulties with emotions can be attributed to dysfunction in right frontal areas, commonly associated with emotional regulation. *That is to say, there is often a neurological mechanism/problem underlying difficulties with emotional lability and/or sensitivity.*

5. In general, Ms. Marcus' performance was characterized by fluctuating attention/arousal and decreased speed of information processing, as well as poor initiation and diminished memory (i.e., very rapid forgetting). Test instructions were repeated when she forgot instructions mid-test. Her memory deficits are characterized by poor working memory, deficient recent or short-term memory, variable learning and encoding, but relatively intact distant memory. During testing, she exhibited behavioral slowing, fluctuating lucidity, and presented as occasionally confused. In addition, she occasionally repeated herself. These are all common findings seen with patients suffering from dementia.

6. Ms. Marcus has experienced a functional decline and her performance placed her significantly below expectations, as her scores placed her in the borderline impaired range of functioning (i.e., below the 10th percentile) to the severely impaired range of functioning (i.e., below the 2.3 percentile) on several neurocognitive measures. She exhibited impaired functioning on measures of visual discriminant attention, impulsivity to visual information, abstract reasoning with visual information, immediate recall of visual information, and delayed recall of visual information.

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002909

**Lincoln/Marcus 1009**

From: Breann Henry        Fax:            To: 6033340401@rcfax.com    Fax: (603) 334-0401        Page: 17 of 144    01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                                    NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                          PAGE 3 OF 22

7. Similarly, Ms. Marcus' performance placed her below expectations, in the low normal range of functioning (i.e., from the 11th to 16th percentiles) to the low average range of functioning (i.e., from the 17th to 25th percentiles) on measures of verbal processing speed, abstract reasoning with auditory/verbal information, visual encoding/decoding, immediate recall of auditory/verbal information, delayed recall of auditory/verbal information, recognition memory of auditory/verbal information, and executive functioning/higher order cognitive processing involving auditory/verbal information.

8. Nevertheless, Ms. Marcus' performance placed her within normal limits, in the average range of functioning (i.e., from the 26th to 74th percentiles) on measures of mental status/orientation, visual organization, sustained visual attention, perseverative responding to visual information, visual attentional flexibility, visual color naming, verbal mental flexibility, visual working memory, visual attention, visual attention with distractions, phonemic verbal fluency, semantic verbal fluency, naming/word finding, verbal comprehension, visuoperceptual reasoning, auditory working memory, visual processing speed, full-scale intellectual functioning, general ability (intellectual ability), vocabulary and verbal knowledge, general knowledge (distant memory), visual puzzles/visuoperceptual reasoning, mathematical ability/arithmetic, visual search and attention, recognition memory of visual information, and executive functioning/higher order cognitive processing involving visual information.

9. Further, Ms. Marcus' performance placed her in the high average range of functioning (i.e., from the 75th to 90th percentiles) on measures of reaction time to visual information, visual processing, visual mental flexibility, visuospatial and visuomotor functioning, visual matrix reasoning, and auditory attention. If specific test scores are needed, these can be provided. Memory, attention, and intellectual functioning score summary tables and graphs are attached as Appendices.

10. The following implications of frontal dysfunction in the brain were discussed with Ms. Marcus. These often can cause difficulties across various physical, cognitive, and emotional domains. These included the following:
   - Problems with attention and concentration. She may become more easily distracted.
   - Problems with organization and planning; difficulty carrying out or executing plans.
   - Problems with emotional regulation. She may have trouble looking at and analyzing the long-term consequences of her actions.
   - She may act impulsively; difficulty visualizing how something might "play out."
   - She may have trouble inhibiting irritability. Due to increased emotional lability, often the emotional response can be out of proportion to a given event.
   - She may also have trouble with arousal and may have trouble with fatigue and feel a lack of motivation and interest/initiative.
   - She may experience difficulty with reasoning and mental flexibility.
   - Problems with memory storage become more apparent, as information encoded becomes more complex and organizational demands increase.

11. Ms. Marcus may benefit from cognitive exercises designed to stem the neurocognitive decline she is currently experiencing and attempt to rehabilitate various areas of neurocognitive dysfunction. She should regularly read aloud. She should read new, novel information to which she has not previously been exposed, to stimulate her vocabulary stores, as well as melodic words of prose and poetry to retain her vocal prosody. In addition, she should complete jigsaw puzzles, crossword puzzles, word searches, play checkers, chess, solitaire, dominoes, strategy card games (e.g., Poker, Bridge, 500,

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002910

**Lincoln/Marcus 1010**

NEUROPSYCHOLOGICAL EVALUATION                                    NOVEMBER 15ᵀᴴ, 2021
LESLIE S. MARCUS                                                          PAGE 4 OF 22

War, Hearts, Texas Hold 'Em, Go Fish), Bookworm®, Sudoku®, Cranium®, Memory®, Concentration®, Scrabble®, Mahjong®, Yahtzee®, Rummikub®, FreeCell®, Tetris®, Uno®, Rook®, Risk®, Battleship®, Monopoly®, Clue®, Raj®, Quarto®, Trivial Pursuit®, write often, and complete similar activities that stimulate both cortical and subcortical areas. She should consider purchasing a Nintendo DS lite system with the following games: Brain Age®, Brain Age 2®, and Brain Academy®. She should generally limit television viewing time and increase time engaged in the activities listed above to stimulate both cortical and subcortical areas, increasing processing speed, attention, complex processing/executive functioning, reasoning, verbal fluency, learning/memory, and mental flexibility. She should optimize study time by eliminating distractions such as telephone calls, background noise (e.g., television, radio), and interruptions by family members or friends. *Ms. Marcus was given a detailed list of cognitive exercises customized to rehabilitate her pattern of neurocognitive deficits found during testing (i.e., she is strongly encouraged to focus on right frontal, right temporal, and left temporal rehabilitation, as well as verbal reasoning exercises).*

12. Ms. Marcus is encouraged to engage in a regular physical exercise routine under the guidance of her primary care provider. Activities that include resistance and cardiovascular training likely will enhance her cardiovascular functioning and strengthen and promote additional conditioning. Exercises such as walking and swimming may benefit her. Furthermore, such activities likely will improve her mood and provide an effective outlet for emotional pressures she may experience. She is encouraged to perform activities that promote fine motor control and motor strength. Similarly, Ms. Marcus should eat healthfully and consume foods with soluble fiber (i.e., oatmeal, blueberries, strawberries, etc.). She may consider supplementing her diet with Vitamin E tablets, at 400 IU strength. Vitamin B complex supplements have also been shown to help with memory loss. She is strongly encouraged to increase her social activity level and interest.

13. Ms. Marcus would benefit from training on the use of external aids for organization (e.g., a daily planner) to become more successful with this. It is advisable for her to utilize both verbal and visual cues to facilitate recall. In addition, when learning new information, it is advisable for her to study information using both formats to ensure that recall of the information is maximized. Ms. Marcus also may benefit from writing down specific goals on a daily basis and utilizing these external aids. Similarly, it is advisable for her to include daily short-term goals as well as more involved long-term goals. To maximize the benefit from such measures, she is advised to utilize them consistently and systematically. As she uses these encoding systems concurrently, they will become more effectively linked, as she is thus storing information via several modalities when reading it (visual), hearing it (auditory), and even speaking it (language production). She should break down complex information into simpler parts to facilitate processing, encoding, retention, and recall.

14. Ms. Marcus was provided with comprehensive feedback regarding the results of this neuropsychological evaluation. She was apprised of her current neurocognitive status, as well as the likely prognosis for her future. Such feedback in the form of psychoeducation may have helped her understand any persistent cognitive and/or emotional sequelae that she is experiencing at the present time. Also, she was informed of the deleterious impact that emotional distress has on neurocognitive functioning. Moreover, such information provided ways to help Ms. Marcus develop the most efficient and effective

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002911

**Lincoln/Marcus 1011**

NEUROPSYCHOLOGICAL EVALUATION                                         NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                           PAGE 5 OF 22

strategies for maximizing her functional abilities. Ultimately, this feedback may enhance the quality of her life.

15. Finally, a follow-up neuropsychological evaluation in 2 years is recommended. **Ms. Marcus should return by November 2023 for a full neuropsychological re-evaluation.** The effect of rehabilitation on dysfunctional cerebral areas can be directly measured and any modest recovery of functioning can be assessed. <u>Alternatively, any further deterioration can be measured at that time</u>. Also, the implementation of assistive and/or further compensatory strategies can be suggested. Using the results of the present examination, changes in her neuropsychological functioning could be monitored directly. That is, the data derived from the follow-up evaluation would provide an opportunity to document continued cognitive changes, as well as to determine if there are any impairments that might require further medical and/or psychological intervention. Should her status suddenly change significantly, a more immediate evaluation may be warranted.

## <u>BEHAVIORAL OBSERVATIONS/MENTAL STATUS</u>:

Ms. Marcus arrived promptly for her appointment today. She was casually, but neatly dressed. At the time of the interview, there were no overt indications of auditory or visual hallucinations or the presence of delusional systems. Additionally, she appeared free of psychotic thought processes. The range of her affect was full and appropriate. Overall, Ms. Marcus exhibited a diminished level of awareness of the significance and the severity of her neurocognitive deficits.

In general, Ms. Marcus' speech was within normal limits for articulation and relevance. She exhibited word finding difficulties. Nevertheless, overall, her verbal skills generally function well, and she can carry on a conversation without significant difficulty. <u>Others may tend to underestimate the extent of her neurocognitive deficits due to this (as we tend to evaluate others' abilities primarily via verbal interactions)</u>.

Overall, Ms. Marcus was fully engaged in the testing process. She was alert, exhibited good attention and comprehension, and was fully cooperative. On measures specifically designed to detect malingering or low effort, she generally performed within normal limits, suggesting that she put forth good effort. *In light of her scores on subtle indicators of effort and motivation, observed cooperation on tasks, and good effort during the evaluation, these results are considered to be a valid and reliable estimate of her current level of neurocognitive functioning.*

Thank you for this opportunity to participate in the care of this pleasant and interesting individual. Should you have any questions, please do not hesitate to contact me directly.

Cordially,

Dane A. Higgins, Ph.D.
Neuropsychologist, Licensed Clinical Psychologist

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002912

**Lincoln/Marcus 1012**

From: Breann Henry          Fax:              To: 6033340401@rcfax.com      Fax: (603) 334-0401          Page: 20 of 144    01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                                      NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                              PAGE 6 OF 22

## EXTENDED REPORT / SUPPORTING TEST DATA

### Appendix A

### TESTS ADMINISTERED / ASSESSMENT PROCEDURES

Test Battery and/or Subtest [domain]:

Animal Naming Test [semantic verbal fluency]
Beck Anxiety Inventory (BAI) [anxiety self-report inventory]
Beck Depression Inventory-II (BDI-II) [depression self-report inventory]
Boston Naming Test (BNT) [vocabulary, word finding, and naming]
Brief Visuospatial Memory Test Revised (BVMT-R) [visual learning, recall, and recognition]
Clinical Neuropsychological Interview [history and presenting problems]
Clock Drawing Test (CLOCK) [visual planning and conceptualization]
Comprehensive Trail-Making Test (CTMT) [attention, processing speed, mental flexibility]
Controlled Oral Word Association Test (COWAT) [phonemic verbal fluency]
Conners Continuous Performance Test 3 (CPT-3) [immediate & sustained attention]
Halstead-Reitan Neuropsychological Test Battery [Selected subtests]
- Category Test (CAT) [visuospatial abstract reasoning, complex processing]
  - Bolter Validity Index [effort/malingering] embedded in this measure
Hooper Visual Organization Test (HVOT) [visuospatial organization]
Hopkins Verbal Learning Test-Revised (HVLT-R) [rote verbal learning and recall]
Judgment of Line Orientation (J-LO) [visuospatial processing/angular orientation]
Mini-Mental State Examination (MMSE) [orientation and mental status]
Mood Assessment Scale [depression self-report inventory]
Rey Dot Counting Test (RDCT) [effort/malingering]
Stroop Color & Word Test (STROOP) [processing speed, executive functioning & mental flex]
Symbol Span (Wechsler Memory Scale IV subtest; visual working memory)
Wisconsin Card Sorting Test (WCST) [concept formation, problem-solving, mental flexibility]

Wechsler Adult Intelligence Scale - Fourth Edition (WAIS-IV) [intellectual functioning]:

Verbal Subtests
- Vocabulary [Verbal Knowledge]
- Similarities [Abstract Verbal Reasoning]
- Arithmetic [Mathematical Ability and Working Memory]
- Digit Span [Simple Attention and Working Memory]
- Information [General Knowledge]

Performance (visuospatial) Subtests
- Block Design [Visuospatial and Visuomotor Functioning]
- Matrix Reasoning [Abstract Visuospatial Reasoning]
- Coding [Attention, Processing Speed, and Visuomotor Ability]
- Visual Puzzles [Visuoperceptual Reasoning]
- Symbol Search [Processing Speed with Visual Search and Attention]

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002913

PAGE 20/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1013**

From: Breann Henry          Fax:                    To: 6033340401@rcfax.com          Fax: (603) 334-0401                Page: 21 of 144     01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                                              NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                          PAGE 7 OF 22

## APPENDIX B – MEMORY TEST SCORES

# HVLT-R/BVMT-R Score Summary Table

| Score | Raw score | | T score | | Percentile | |
|---|---|---|---|---|---|---|
| | HVLT-R | BVMT-R | HVLT-R | BVMT-R | HVLT-R | BVMT-R |
| Trial 1 | 5 | 1 | 36 | 26 | 8 | <1 |
| Trial 2 | 9 | 2 | 45 | <20 | 31 | <1 |
| Trial 3 | 9 | 5 | 36 | 24 | 8 | <1 |
| Total Recall | 23 | 8 | 38 | <20 | 12 | <1 |
| Delayed Recall | 8 | 5 | 38 | 29 | 12 | 2 |
| Percent Retained | 89 | 100 | 47 | | 38 | |
| Recognition Hits | 12 | 5 | | | | |
| Recognition False Alarms | 1 | 0 | | | | |
| Recognition Discrimination Index | 11 | 5 | 43 | | 24 | |

Note:        Percentiles are based on non-normalized *T* scores.

## Discrepancy Scores Between the HVLT-R and BVMT-R

| Score | Discrepancy Score | Score Comparisons | Significance Level | Cumulative Percentage Among the Normative Sample |
|---|---|---|---|---|
| **Total Recall** | 18 | HVLT-R  >  BVMT-R | .05 | 13.60 |
| **Delayed Recall** | 9 | HVLT-R  >  BVMT-R | .20 | 43.20 |

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES
MARCUS AR002914

PAGE 21/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1014**

From: Breann Henry        Fax:              To: 6033340401@rcfax.com     Fax: (603) 334-0401           Page: 22 of 144    01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                                           NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                         PAGE 8 OF 22

## APPENDIX C – MEMORY TESTING – GRAPH OF SCORES

### HVLT-R/BVMT-R *T*-Score Current Profile

SCORES BELOW T = 37 ARE WELL BELOW EXPECTATIONS, BELOW THE 10TH PERCENTILE.

SCORES BELOW T = 30 ARE SIGNIFICANTLY IMPAIRED, BELOW THE 2.3 PERCENTILE.

HVLT-R = VERBAL MEMORY TEST: IMMEDIATE RECALL AND DELAYED RECALL.

BVMT-R = VISUAL MEMORY TEST:  IMMEDIATE RECALL AND DELAYED RECALL.

*Ms. Marcus' performance involving measures of immediate recall and delayed recall of auditory/verbal information placed her below expectations, but not yet at impaired levels of functioning. Nevertheless, her performance involving measures of immediate recall and delayed recall of visual information placed her significantly below expectations, at severely impaired levels of functioning, suggesting bilateral temporal lobe dysfunction.*

*ALL TRIALS.  TRIAL 1, 2, 3, AND DELAYED RECALL TEST PERFORMANCE*



CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES
MARCUS AR002915

Lincoln/Marcus 1015

NEUROPSYCHOLOGICAL EVALUATION                                        NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                     PAGE 9 OF 22

## APPENDIX D

### Sustained Visual Attention

## Introduction



The Conners Continuous Performance Test 3rd Edition (Conners CPT 3™) assesses attention-related problems in individuals aged 8 years and older. During the 14-minute, 360-trial administration, respondents are required to respond when any letter appears, except the non-target letter "X." By indexing the respondent's performance in areas of inattentiveness, impulsivity, sustained attention, and vigilance, the Conners CPT 3 can be a useful adjunct to the process of diagnosing Attention-Deficit/Hyperactivity Disorder (ADHD), as well as other psychological and neurological conditions related to attention.

## Validity of Administration

The Conners CPT 3 performs a validity check based on the number of hits and omission errors committed, as well as a self-diagnostic check of the accuracy of the timing of each administration. If there is an insufficient number of hits to compute scores, and/or if the omission error rate exceeds 25%, these issues will be noted. Also, the program will issue a warning message noting that the administration was invalid if a timing issue is detected.

There was no indication of any validity issues; the current administration should be considered valid.

## Response Style Analysis

The variable **C** represents an individual's natural response style in tasks that involve a speed-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a **conservative** style (T-score ≥ 60) of responding that emphasizes accuracy over speed; a **liberal** style (T-score ≤ 40) of responding that emphasizes speed over accuracy; or a **balanced** style (T-score = 41-59) of responding that is sensitive to both speed and accuracy. Based on Leslie's responses, **she has a liberal style of responding that emphasizes speed over accuracy (T-score = 33)**. This response style is often associated with faster reaction times, more commission errors (incorrect responses to non-targets), and fewer omission errors (failure to respond to targets). The influence of Leslie's liberal response style on other Conners CPT 3 scores should be taken into consideration throughout the interpretation process.

## T-score Guidelines

The guidelines in the following table apply to all T-scores in this report.

| Guidelines | | | |
|---|---|---|---|
| T-score | For Hit Reaction Time (HRT) | T-score | For all other variables |
| 70+ | Atypically Slow | 70+ | Very Elevated |
| 60-69 | Slow | 60-69 | Elevated |
| 55-59 | A Little Slow | 55-59 | High Average |
| 45-54 | Average | 45-54 | Average |
| 40-44 | A Little Fast | < 45 | Low |
| < 40 | Atypically Fast | | |

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002916

**Lincoln/Marcus 1016**

From: Breann Henry        Fax:                    To: 6033340401@rcfax.com    Fax: (603) 334-0401            Page: 24 of 144    01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                                          NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                        PAGE 10 OF 22

## Overview of Conners CPT 3 Scores                    ☒MHS

This section provides an overview of Leslie's Conners CPT 3 scores.



| Variable Type | Measure | T-score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | d' | 67 | Elevated | **Difficulty** differentiating targets from non-targets. |
| Error Type | Omissions | 49 | Average | **Average** rate of missed targets. |
| | Commissions | 78 | Very Elevated | **Very high** rate of incorrect responses to non-targets. |
| | Perseverations | 46 | Average | **Average** rate of random, repetitive, or anticipatory responses. |
| Reaction Time Statistics | HRT | 41 | A Little Fast | **Slightly Fast** mean response speed. |
| | HRT SD | 46 | Average | **Average consistency** in reaction times. |
| | Variability | 54 | Average | **Average** variability in reaction time consistency. |
| | HRT Block Change | 45 | Average | **Average** change in response speed in later blocks. |
| | HRT ISI Change | 54 | Average | **Average** change in response speed at longer ISIs. |

**Summary:** Relative to the normative sample, Leslie was less able to differentiate targets from non-targets, made more commission errors and responded faster.

Overall, Leslie has a total of 3 atypical T-scores, which is associated with a moderate likelihood of having a disorder characterized by attention deficits, such as ADHD. Note that other psychological and/or neurological conditions with symptoms of impaired attention can also lead to atypical scores on the Conners CPT 3.

Leslie's profile of scores and response pattern indicates that she may have issues related to:
• **Inattentiveness (Some Indication)**    • **Impulsivity (Strong Indication)**

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES
MARCUS AR002917

From: Breann Henry        Fax:                To: 6033340401@rcfax.com    Fax: (603) 334-0401              Page: 25 of 144    01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                                      NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                   PAGE 11 OF 22

# Measures of Inattentiveness

This section summarizes Leslie's scores on the inattentiveness measures and provides information about how she compares to the normative group. Indicators of inattentiveness on the Conners CPT 3 are poor Detectability (d'), a high percentage of Omissions and Commissions, a slow Hit Reaction Time (HRT), as well as high levels of inconsistency in response speed (Hit Reaction Time Standard Deviation [HRT SD] and Variability).



| | Detectability (d') | Omissions | Commissions | HRT | HRT SD | Variability |
|---|---|---|---|---|---|---|
| T-score | 67 | 49 | 78 | 41 | 46 | 54 |
| Guideline | Elevated | Average | Very Elevated | A Little Fast | Average | Average |

**Detectability (d')** measures the respondent's ability to differentiate non-targets (i.e., the letter X) from targets (i.e., all other letters). Leslie's T-score is 67 and falls in the **Elevated** range. This result means that her ability to discriminate non-targets from targets was poor when compared to the normative group. Poor ability to differentiate non-targets from targets is an indicator of inattentiveness.

**Omissions** result from a failure to respond to targets. Leslie's T-score is 49 and falls in the **Average** range. This result means that she missed an average percentage of targets when compared to the normative group.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. A high level of commission errors may be related to inattentiveness and/or impulsivity. The combination of Leslie's fast response times (see HRT, below) and high commission errors is an indicator of impulsivity rather than inattentiveness.

**HRT** is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity rather than inattentiveness. See the *Measures of Impulsivity* section of this report for more interpretative information.

**HRT SD** is a measure of response speed consistency during the entire administration. Leslie's T-score is 46 and falls in the **Average** range. This result means that her response speed was about as consistent as the normative group.

**Variability**, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure; that is, the amount of variability that Leslie showed in 18 separate segments of the administration in relation to her own overall HRT SD. Leslie's T-score is 54 and falls in the **Average** range. This result means her response speed variability was average when compared to the normative group.

**Leslie's scores on these measures indicate that she may have problems with inattentiveness. Leslie's scores may also indicate impulsivity problems. See the *Measures of Impulsivity* section for more information.**

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002918

From: Breann Henry        Fax:              To: 6033340401@rcfax.com    Fax: (603) 334-0401         Page: 26 of 144    01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                                        NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                                     PAGE 12 OF 22



## Measures of Impulsivity

This section summarizes Leslie's scores on the impulsivity measures and provides information about how she compares to the normative group. Indicators of impulsivity on the Conners CPT 3 include a faster than normal Hit Reaction Time (HRT) in addition to a higher than average rate of Commissions and/or Perseverations.

| | HRT | Commissions | Perseverations |
|---|---|---|---|
| T-score | 41 | 78 | 46 |
| Guideline | A Little Fast | Very Elevated | Average |

**HRT** is the mean response speed of correct responses for the whole administration. Leslie's T-score is 41 and falls in the **A Little Fast** range. This result means that her response speed was faster than the normative group's response speed. A faster than normal HRT is often related to impulsivity. This result, coupled with her elevated score(s) on Commissions (see below), indicates that Leslie had trouble responding to the stimuli in a controlled manner. Note that HRT may be affected by response style; Leslie's liberal response style may have contributed to her faster response speed. See the *Response Style Analysis* section of this report for more interpretive information.

**Commissions** are made when responses are given to non-targets. Leslie's T-score is 78 and falls in the **Very Elevated** range. This result means that she responded to a much higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of Leslie's fast response times (see HRT, above) and high commission errors is an indicator of impulsivity.

**Perseverations** are random or anticipatory responses. Leslie's T-score is 46 and falls in the **Average** range. This result means that she made approximately the same number of perseverative errors when compared to the normative group.

**Leslie's scores on these measures strongly suggest that she may have problems with impulsivity.**

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002919

PAGE 26/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1019**

From: Breann Henry      Fax:            To: 6033340401@rcfax.com      Fax: (603) 334-0401          Page: 27 of 144      01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION
LESLIE S. MARCUS

NOVEMBER 15TH, 2021
PAGE 13 OF 22

## Measures of Sustained Attention



This section summarizes Leslie's scores on the sustained attention measures. Sustained attention is defined as the respondent's ability to maintain attention as the administration progresses. A decrease in sustained attention across time is captured by atypical slowing in the respondent's Hit Reaction Times (HRT; as indicated by the variable HRT Block Change), as well as by increases in Omissions and Commissions in later blocks of the administration.

### Hit Reaction Time by Block



|  | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| ■ HRT (ms) | 380 | 365 | 404 | 351 | 361 | 394 |
| I HRT SD (ms) | 58 | 74 | 81 | 50 | 112 | 119 |

### HRT Block Change



| T-score | 45 |
|---|---|
| Guideline | Average |

Note. ms = milliseconds; SD = Standard Deviation.

### Omissions by Block



|  | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| O Omissions (%) | 4 | 0 | 0 | 2 | 0 | 2 |

### Commissions by Block



|  | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| ● Commissions (%) | 83 | 58 | 75 | 92 | 75 | 50 |

Note. No statistically significant differences were found in error rates between blocks.

HRT Block Change indicates the change in mean response speed across blocks. Leslie's T-score is 45 and falls in the **Average** range. This result means that she had an average reduction in response speed in later blocks. In terms of error rates, Leslie's omission and commission errors did not increase significantly across multiple adjacent blocks. **Leslie's profile of scores on these measures does not indicate a problem with sustained attention.**

CNS – COMPREHENSIVE NEUROPSYCHOLOGICAL SERVICES
MARCUS AR002920

**Lincoln/Marcus 1020**

From: Breann Henry        Fax:              To: 6033340401@rcfax.com        Fax: (603) 334-0401              Page: 28 of 144    01/27/2023 9:49 AM

NEUROPSYCHOLOGICAL EVALUATION                          NOVEMBER 15TH, 2021
LESLIE S. MARCUS                                       PAGE 14 OF 22

## Measures of Vigilance



This section summarizes Leslie's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

### Hit Reaction Time by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ■ HRT (ms) | 353 | 369 | 405 |
| I HRT SD (ms) | 81 | 109 | 61 |

**Note.** ms = milliseconds; SD = Standard Deviation.

### HRT ISI Change



| T-score | 54 |
|---|---|
| Guideline | Average |

### Omissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| O Omissions (%) | 3 | 1 | 0 |

### Commissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ● Commissions (%) | 67 < | 92 | 58 |

**Note.** The < symbol indicates that the error rate of the longer ISI is significantly (p < .10) higher than the error rate of the shorter ISI.

**HRT ISI Change** indicates the change in mean response speed at various ISIs. Leslie's T-score is 54 and falls in the **Average** range. This result means that she had an average reduction in response speeds at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. However, there was a significant increase (p < .10) in commissions from the 1-second ISI to the 2-second ISI. **Although there were minor differences in Leslie's performance across ISIs, her overall profile of scores does not indicate a problem with maintaining vigilance at varying levels of stimulus frequency.**

**CNS** – **C**OMPREHENSIVE **N**EUROPSYCHOLOGICAL **S**ERVICES
MARCUS AR002921

PAGE 28/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1021**


## WAIS-IV

| **Appendix E** |
| :---: |
| **Interpretive Report of WAIS–IV Testing** |

## Examinee and Testing Information

| | | | |
| --- | --- | --- | --- |
| Examinee Name | Leslie Marcus | Date of Report | 11/15/2021 |
| Examinee ID | | Years of Education | 13 |
| Date of Birth | | Home Language | English |
| Gender | Female | Handedness | Right |
| Race/Ethnicity | White not Hispanic Origin | Examiner Name | Dr. Dane A. Higgins |
| Test Administered | WAIS-IV (11/15/2021) | Age at Testing | 50 years 5 months    Retest? No |

### Score Summary

| WAIS–IV Scale | Score |
| --- | --- |
| Verbal Comprehension | 95 |
| Perceptual Reasoning | 109 |
| Working Memory | 105 |
| Processing Speed | 97 |
| Full Scale | 102 |
| General Ability | 101 |

## Interpretation of WAIS–IV Results

### General Intellectual Ability

Leslie's unique set of thinking and reasoning abilities make her overall intellectual functioning difficult to summarize by a single score on the Wechsler Adult Intelligence Scale–Fourth Edition (WAIS–IV). Her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Processing complex visual information by forming spatial images of part-whole relationships and/or by manipulating the parts to solve novel problems without using words is a strength. Making sense of complex verbal information and using verbal abilities to solve novel problems are less developed abilities for Leslie.

### Verbal Comprehension

Leslie's verbal reasoning abilities as measured by the Verbal Comprehension Index (VCI) are in the average range and above those of approximately 37% of her peers (VCI = 95; 95% confidence interval = 90-101). The VCI is designed to measure verbal reasoning and concept formation. Leslie's performance on the verbal subtests contributing to the VCI presents a diverse set of verbal abilities, as she performed much better on some verbal tasks than others. The degree of variability is unusual and may be noticeable to those who know her well. Examination of Leslie's performance on individual subtests provides additional information regarding her specific verbal abilities.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 15 of 22

MARCUS AR002922

**Lincoln/Marcus 1022**



Leslie achieved her best performance among the verbal reasoning tasks on the Vocabulary subtest and demonstrated significantly weaker performance on the Similarities subtest. Her weak performance on the Similarities subtest was below that of most of her peers.

On the Similarities subtest Leslie was required to respond orally to a series of word pairs by explaining how the words of each pair are alike. This subtest examines her ability to abstract meaningful concepts and relationships from verbally presented material (Similarities scaled score = 6). The Vocabulary subtest required Leslie to explain the meaning of words presented in isolation. As a direct assessment of word knowledge, the subtest is one indication of her overall verbal comprehension. Performance on this subtest also requires abilities to verbalize meaningful concepts as well as to retrieve information from long-term memory (Vocabulary scaled score = 11).

## Perceptual Reasoning

Leslie's nonverbal reasoning abilities as measured by the Perceptual Reasoning Index (PRI) are in the average range and above those of approximately 73% of her peers (PRI =109; 95% confidence interval = 102-115). The PRI is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. Leslie presents a diverse set of nonverbal abilities, performing much better on some nonverbal tasks than others. The degree of variability is unusual for individuals her age and may be noticeable to those who know her well.

Leslie's performance was significantly weaker on the Visual Puzzles subtest than her own mean score.

The Visual Puzzles subtest required Leslie to view a completed puzzle and select three response options that, when combined, reconstruct the puzzle, and do so within a specified time limit. This subtest is designed to measure nonverbal reasoning and the ability to analyze and synthesize abstract visual stimuli. Performance on this task also may be influenced by visual perception, broad visual intelligence, fluid intelligence, simultaneous processing, spatial visualization and manipulation, and the ability to anticipate relationships among parts (Visual Puzzles scaled score = 9).

## Working Memory

Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range. She performed better than approximately 63% of her peers in this area (Working Memory Index (WMI) = 105; 95% confidence interval 98-111).

## Processing Speed

Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers. She performed better than approximately 42% of her peers on the processing speed tasks (Processing Speed Index [PSI] = 97; 95% confidence interval 89-106).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 16 of 22

MARCUS AR002923

**Lincoln/Marcus 1023**

 **WAIS-IV**

# WAIS–IV Score Report

## Composite Score Summary

| Scale | Sum of Scaled Scores | Composite Score | | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|---|---|
| Verbal Comprehension | 27 | VCI | 95 | 37 | 90-101 | Average |
| Perceptual Reasoning | 35 | PRI | 109 | 73 | 102-115 | Average |
| Working Memory | 22 | WMI | 105 | 63 | 98-111 | Average |
| Processing Speed | 19 | PSI | 97 | 42 | 89-106 | Average |
| Full Scale | 103 | FSIQ | 102 | 55 | 98-106 | Average |
| General Ability | 62 | GAI | 101 | 53 | 96-106 | Average |

Confidence Intervals are based on the Overall Average SEMs. Values reported in the SEM column are based on the examinee's age.

The GAI is an optional composite summary score that is less sensitive to the influence of working memory and processing speed. Because working memory and processing speed are vital to a comprehensive evaluation of cognitive ability, it should be noted that the GAI does not have the breadth of construct coverage as the FSIQ.

## Summary

Leslie is a 50-year-old female who completed the WAIS–IV. Her overall cognitive ability, as evaluated by the WAIS–IV, cannot easily be summarized because her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Leslie's reasoning abilities on verbal tasks are generally in the average range (VCI = 95), while her nonverbal reasoning abilities are significantly higher but also in the average range (PRI = 109). Leslie's ability to sustain attention, concentrate, and exert mental control is in the average range (WMI = 105). Leslie's ability in processing simple or routine visual material without making errors is in the average range when compared to her peers (PSI = 97).

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 17 of 22

MARCUS AR002924

**Lincoln/Marcus 1024**


**WAIS-IV**

## Composite Score Profile



The vertical bars represent the standard error of measurement (*SEM*).

### Composite Scores and Standard Error of Measurement

| Composite | Score | SEM |
|---|---|---|
| VCI | 95 | 2.6 |
| PRI | 109 | 3 |
| WMI | 105 | 3.35 |
| PSI | 97 | 5.41 |
| FSIQ | 102 | 2.12 |
| GAI | 101 | 2.12 |

## Analysis

### Index Level Discrepancy Comparisons

| Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate Overall Sample |
|---|---|---|---|---|---|---|
| VCI - PRI | 95 | 109 | -14 | 7.78 | Y | 15 |
| VCI - WMI | 95 | 105 | -10 | 8.31 | Y | 22.1 |
| VCI - PSI | 95 | 97 | -2 | 11.76 | N | 46.7 |
| PRI - WMI | 109 | 105 | 4 | 8.81 | N | 39.7 |
| PRI - PSI | 109 | 97 | 12 | 12.12 | N | 21.8 |
| WMI - PSI | 105 | 97 | 8 | 12.47 | N | 30.1 |
| FSIQ - GAI | 102 | 101 | 1 | 3.29 | N | 46.3 |

Base rate by overall sample.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 18 of 22

MARCUS AR002925

**Lincoln/Marcus 1025**

 WAIS-IV

## Verbal Comprehension Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Similarities | 18 | 6 | 9 | 6 | 1.04 |
| Vocabulary | 44 | 11 | 63 | 13 | 0.73 |
| Information | 14 | 10 | 50 | 11 | 0.73 |

## Perceptual Reasoning Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Block Design | 51 | 13 | 84 | 11 | 0.95 |
| Matrix Reasoning | 21 | 13 | 84 | 12 | 0.95 |
| Visual Puzzles | 12 | 9 | 37 | 8 | 0.85 |

## Working Memory Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Digit Span | 32 | 12 | 75 | 12 | 0.73 |
| Arithmetic | 15 | 10 | 50 | 11 | 0.9 |

## Processing Speed Subtests Summary

| Subtest | Raw Score | Scaled Score | Percentile Rank | Reference Group Scaled Score | SEM |
|---|---|---|---|---|---|
| Symbol Search | 34 | 11 | 63 | 10 | 1.56 |
| Coding | 52 | 8 | 25 | 6 | 1.2 |

## Subtest Level Discrepancy Comparisons

| Subtest Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span - Arithmetic | 12 | 10 | 2 | 2.57 | N | 29 |
| Symbol Search - Coding | 11 | 8 | 3 | 3.41 | N | 15.1 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

MARCUS AR002926

Leslie Marcus
Page 19 of 22

PAGE 33/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1026**

From: Breann Henry      Fax:            To: 6033340401@rcfax.com      Fax: (603) 334-0401            Page: 34 of 144      01/27/2023 9:49 AM



## WAIS-IV

### Subtest Scaled Score Profile



The vertical bars represent the standard error of measurement (*SEM*)

## Determining Strengths and Weaknesses

### Differences Between Subtest and Verbal Comprehension and Perceptual Reasoning Mean of Subtest Scores

| Subtest | Subtest Scaled Score | Mean Scaled Score | Difference | Critical Value .05 | Strength or Weakness | Base Rate |
|---|---|---|---|---|---|---|
| Block Design | 13 | 11.67 | 1.33 | 2.05 | | >25% |
| Similarities | 6 | 9.00 | -3 | 1.91 | W | 2-5% |
| Matrix Reasoning | 13 | 11.67 | 1.33 | 1.92 | | >25% |
| Vocabulary | 11 | 9.00 | 2 | 1.58 | S | 10% |
| Visual Puzzles | 9 | 11.67 | -2.67 | 1.99 | W | 10% |
| Information | 10 | 9.00 | 1 | 1.64 | | >25% |

Verbal Comprehension: Mean = 9, Scatter = 5, Base rate = 12.1.
Base Rate for Intersubtest Scatter is reported for 3 Verbal Comprehension Subtests.
Perceptual Reasoning: Mean = 11.67, Scatter = 4, Base rate = 42.
Base Rate for Intersubtest Scatter is reported for 3 Perceptual Reasoning Subtests.
Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 20 of 22
MARCUS AR002927

PAGE 34/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1027**



## WAIS-IV

## Process Analysis

### Working Memory Process Score Summary

| Process Score | Raw Score | Scaled Score | Percentile Rank | Base Rate | SEM |
|---|---|---|---|---|---|
| Digit Span Forward | 14 | 14 | 91 | -- | 1.24 |
| Digit Span Backward | 8 | 9 | 37 | -- | 1.12 |
| Digit Span Sequencing | 10 | 12 | 75 | -- | 1.27 |
| Longest Digit Span Forward | 8 | -- | -- | 30 | -- |
| Longest Digit Span Backward | 4 | -- | -- | 82 | -- |
| Longest Digit Span Sequence | 6 | -- | -- | 66 | -- |

### Process Level Discrepancy Comparisons

| Process Comparison | Score 1 | Score 2 | Difference | Critical Value .05 | Significant Difference Y / N | Base Rate |
|---|---|---|---|---|---|---|
| Digit Span Forward - Digit Span Backward | 14 | 9 | 5 | 3.65 | Y | 5.9 |
| Digit Span Forward - Digit Span Sequencing | 14 | 12 | 2 | 3.6 | N | 31.3 |
| Digit Span Backward - Digit Span Sequencing | 9 | 12 | -3 | 3.56 | N | 17.3 |
| Longest DS Forward - Longest DS Backward | 8 | 4 | 4 | -- | -- | 14 |
| Longest DS Forward - Longest DS Sequence | 8 | 6 | 2 | -- | -- | 39.5 |
| Longest DS Backward - Longest DS Sequence | 4 | 6 | -2 | -- | -- | 37.5 |

Statistical significance (critical value) at the .05 level.

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
MARCUS AR002928  Page 21 of 22

Lincoln/Marcus 1028

From: Breann Henry          Fax:                    To: 6033340401@rcfax.com      Fax: (603) 334-0401                    Page: 36 of 144      01/27/2023 9:49 AM

 **WAIS-IV**

## Raw Scores

| Subtest | Score Range | Raw Score | Process | Score Range | Raw Score |
|---|---|---|---|---|---|
| Block Design | 0–66 | 51 | Block Design No Time Bonus | 0–48 | |
| Similarities | 0–36 | 18 | Digit Span Forward | 0–16 | 14 |
| Digit Span | 0–48 | 32 | Digit Span Backward | 0–16 | 8 |
| Matrix Reasoning | 0–26 | 21 | Digit Span Sequencing | 0–16 | 10 |
| Vocabulary | 0–57 | 44 | Longest Digit Span Forward | 0, 2–9 | 8 |
| Arithmetic | 0–22 | 15 | Longest Digit Span Backward | 0, 2–8 | 4 |
| Symbol Search | 0–60 | 34 | Longest Digit Span Sequence | 0, 2–9 | 6 |
| Visual Puzzles | 0–26 | 12 | Longest Letter–Number Sequence | 0, 2–8 | |
| Information | 0–26 | 14 | | | |
| Coding | 0–135 | 52 | | | |
| Letter–Number Seq. | 0–30 | | | | |
| Figure Weights | 0–27 | | | | |
| Comprehension | 0–36 | | | | |
| Cancellation | 0–72 | | | | |
| Picture Completion | 0–24 | | | | |

Copyright © 2009 by NCS Pearson, Inc.
All rights reserved.  Printed in the United States of America.

Leslie Marcus
Page 22 of 22

MARCUS AR002929

**Lincoln/Marcus 1029**

# Referral Form

**Black Diamond Medical LLC**
DBA: Wellness for Life: Family Practice, Urgent Care,
Mobile Medical Services
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
623-322-0966 fax

**Patient Information**

Patient Name: _Leslie Marcus_ DOB: ____

Email address: ____

Phone ____ ok to text: _✓_ Ok to leave message on voicemail: _✓_

Address: ____

Referral Reason: _Short term memory issues + for gulfness_

Referring Provider: Tonia Graham FNP-BC    M. Dawn Austin FNP-C
NPI    1699108621    1356768493

Signature: ____

**Referral Information**

Specialist Referral Name/Clinic: _Dr Higgins  Comprehensive Neuropsychological Services_

Address: _20150 N. Litchfield Rd. Suite 310 Goodyear, AZ 85395_

Telephone: _623 977 6860_    Fax: _623-977-2016_

**Please call patient to schedule** (circle: Immediately ) Next available  In next 1-2 months _Appt Scheduled Sept 8th 10 Am._

**Referral Information**

ICD 10 code: Primary: ____ Secondary: ____

CPT code: (if procedure) ____

Insurance Cover? Yes    No: needs cash pay

Insurance Co. _BCBS_

Policy #: _ODU851431053_    Copy of card attached: Yes

Prior Auth: # ____

Dates of Referral _8/18/2021_ until _8/17/2022_ _1) prior auth 12#_

Attached Labs: Xray; Office notes:

MARCUS AR002930

**Lincoln/Marcus 1030**



MARCUS AR002931

PAGE 38/46 * RCVD AT 1/27/2023 12:50:22 PM [Eastern Standard Time] * SVR:VA1PWFAX301/4 * DNIS:6033340401 * CSID: * ANI:15597020067 * DURATION (mm-ss):90-53

**Lincoln/Marcus 1031**

# Leslie Marcus

MRN 00000272
Age 50
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email: lesliesusan40@gmail.com
Cell Phone:

**Primary doctor**
Tonia Graham FNP-BC, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

BCBS: policy #CDC851936353, group 26078

Chronic Conditions

**F43.21 (Adjustment disorder with depressed mood)**
**J45.909 (Unspecified asthma, uncomplicated)**
**Q79.6 (Ehlers-Danlos syndrome)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**D50.9 (Iron deficiency anemia, unspecified)**
**K58.1 (Irritable bowel syndrome with constipation)**
**D89.40 (Mast cell activation, unspecified)**
**I95.1 (Orthostatic hypotension)**
**I48.91 (Unspecified atrial fibrillation)**

Allergies

**corticosteroids** (reaction: tachycardia)

MARCUS AR002932

**Lincoln/Marcus 1032**

## Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 60 tablets for 30 days (5 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**desvenlafaxine succinate (desvenlafaxine succinate) tablet extended release 24 hr 50 mg**, schedule: nonscheduled, 30 tablets for 30 days (5 refills) / Take 1 tablet by mouth once a day
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled
**folic acid (folic acid) tablet 1 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / Take 1 tablet by mouth once a day
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**midodrine (midodrine) tablet 2.5 mg**, schedule: nonscheduled, 90 tablets for 30 days (3 refills) / Take 1 tablet by mouth every six to eight hours
**montelukast (montelukast) tablet 10 mg**, schedule: nonscheduled
**ondansetron (ondansetron) tablet,disintegrating 8 mg**, schedule: nonscheduled
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 30 tablets for 30 days (5 refills) / Take 1 tablet by mouth at bedtime
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

## Past Surgeries

**Excision of ovary cyst**
**Hysterectomy (2005)**

## Family History

**Bipolar** : Sibling
**Connective tissue nevus of skin** : Sibling
**Heart Disease:** Father

## Social History

**Occupation:** currently unemployed- was working as regional property management
**Marital Status:** married
**Tobacco use:** No / **Quit in:** since 20 / **Years:** 15 years
**Alcohol:** No
**Caffeine:** No
**Recreational drugs:** Yes (marijuana)
**Special diet:** Yes (regular/only eats dinner)
**Regular exercise:** No

## Immunizations

**COVID-19:** Yes (Moderna #2 5/16/21)

MARCUS AR002933

**Lincoln/Marcus 1033**

**Tonia Graham FNP-BC:**                                                               Sep 3 2021

established pt here her son, f/u she is very upset with her "money". she is was not wanting her previous disability to be overturned from previous provider. pt reading from paperwork she brought very upset. pt had researched internet found CFS on the internet. previously had not been treated for her POTS.

POTS- has been taking midodrine 2 times per day. since last appointment over the past month. she avoid bending down when she is standing to prevent dizzy spells. this has improved with midodrine, but she is very nervous of passing out. having difficulty walking without holding someone or something. has been occurring for the past year. worsening for the past 3-4 months has been consistently holding onto someone.

has been taking zofran 3 times per day for the nausea.

still feeling nauseated in morning - continues with vomiting at least once per week. she is feeling her nausea is coming from her neck- has appt pending with Dr. Hatch in October for vagus nerve evaluation and POTS. she gained weight when taking PPI 14-149 in 1 month. the zofran controls the nausea. if she eats and then moves has "motion sickness" from walking or moving.

+has persistent tinnitus R>L.

unable to tolerate vit d capsules- causes nausea.

ROS
Constitutional: lethargy, +malaise, and+ exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and decreased appetite.- worse when nausea.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Integumentary: Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and dizziness.
Psych: + depression and +anxiety.
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam
Psychiatric: Insight: good judgement. Mental Status: active and alert and +anxious. Orientation: to time, place, and person. Memory: recent memory impaired- has difficulty recalling recent events in the past week and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: . Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.
Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.
Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.
Musculoskeletal: normal motor strength-equal bilaterally. normal movement of all extremities and no tenderness.
Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation: abnormal; decrease sensation unable to differentiate between sharp and dull.. Coordination and Cerebellum: +romberg; immediate dizziness with feeling of nausea with extending head,.
Skin: no rash or jaundice and good turgor. Nails: normal.

MARCUS AR002934

**Lincoln/Marcus 1034**

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
3. Postural orthostatic tachycardia syndrome -
retry midodrine with food.
I95.1 : Orthostatic hypotension
increase midodrine to every 6 hours. to see if improvement on low.
4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
6. Dizziness
R42: Dizziness and giddiness
7. Memory Issues- short term
I69.311
discuss further evaluation with neurology
referral from Dr. Syal to Dr. Todd Levine- 602-258-3354 for evaluation of vagus nerve.
8. Unsteady gait
R26.81
referral physical therapy for evaluation of unsteady gait- holds onto person or objects to steady herself
Return to Office
Electronically Signed by Tonia Graham on 08/23/2021 7:57am

MARCUS AR002935

**Lincoln/Marcus 1035**



# CNS
## MEMORY CLINIC
Comprehensive Neuropsychological Services



# PEAK PERFORMANCE INSTITUTE
UPGRADE YOUR BRAIN

CNS/Adults Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
PPI/Children Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

Date 09 / 02 / 21

Patient Name  LESLIE SUSAN Marcus _____  Birthdate _____
First Name, Middle initial, Last Name

If patient is a minor (under 18 years of age):    Current Age  50

Parent/Guardian _____    Birthdate __/__/____
First Name, Middle Initial, Last Name

E-mail _____  Marital Status  M  Male / Female

Home Phone  none  _____  Cell Phone _____

Race:  White /African American/Chinese/Guamanian or Chamorro/Japanese/Korean/Native Hawaiian or Other Pacific Islander/American Indian or Alaska Native/Filipino/European/Other Asian/Other Pacific Islander/Samoan/Vietnamese

Other _____  Language Spoken at Home  english

Ethnicity: Chicano/Cuban/Hispanic or Latino/Mexican/Mexican American/Not Hispanic or Latino

Address _____

City _____ State _____ Zip Code _____

Name of Policyholder  Clay cornwell  _____  Birthdate _____

Social Security # (for billing purposes) __  _____

Emergency Contact  Clay Cornwell  ___  Phone # _  _____

Primary Care Physician's Name  Tonia graham  _____

Primary Care Physician's Phone #  623.322.0099  _____

Neurologist or Referring Doctor's Name  TONia GRAHAM  _____

Neurologist or Referring Doctor's Phone #  623.322.0099  _____

What are your major complaints and/or symptoms? HEADACHE/NAUSEA/ loss of Memory/ Loss of words, "Brain Fog / cant multitask/ difficulty completing simple tasks, Verbal communication difficult

If automobile accident/injury/stroke, please indicate date and lawyer's name (if any):
N / A

Green Card: N/A  _____  USCIS #:  N / A  _____

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

Frank Cibulka  MARCUS AR002936

From: Breann Henry        Fax:              To: 6033340401@rcfax.com      Fax: (603) 334-0401              Page: 44 of 144    01/27/2023 9:49 AM



**CNS/Adults** Phone (623) 977-6860 • 2440 N. Litchfield Road, Suite 200 • www.cnsmemoryclinic.com
**PPI/Children** Phone (623) 440-5053 • 2440 N. Litchfield Road, Suite 206 • www.peakperformancebrain.com

## ASSIGNMENT AND RELEASE FORM FOR NEUROPSYCHOLOGICAL EVALUATION: INCLUDING INITIAL INTERVIEW, TESTING, AND FOLLOW-UP (TEST RESULTS) APPOINTMENTS

1. I hereby assign my insurance to be paid directly to <u>CNS Memory Clinic LLC</u>, doing business as (dba) Comprehensive Neuropsychological Services (CNS) as well as Peak Performance Institute (PPI).

2. I am aware that insurance approval for my visits is not a guarantee of payment and I agree to be financially liable for all charges that may occur.

3. Further, I understand that I am responsible for any co-pay, coinsurance, deductible, non-covered or not deemed medical necessary service.

4. In the event of default, I promise to pay legal interest on the indebtedness, together with such collection costs and reasonable attorney fees as may be required to affect the collection of this indebtedness.

5. I understand that it is my choice to continue with this office appointment.

6. I also authorize Dr. Dane A. Higgins and his medical assistants to release pertinent health information required by my insurance plan for the purpose of filing my medical health care or behavioral health care claim in order to make every effort to collect for services rendered.

_____
Patient Name (printed)

_____
Parent/Guardian Name (printed)

_____
Date

_____
Guarantor (Parent/Guardian signature)

---

Comprehensive Assessment of: Memory Loss – Mild Cognitive Impairment (MCI) – Alzheimer's Disease – Dementias (e.g., Vascular) – Postconcussional Syndrome (PCS) – Traumatic Brain Injury (TBI) – Transient Ischemic Attack (TIA) – Stroke & Recovery – Competency Evaluations – Neurodegenerative Disease (e.g., ALS, Multiple Sclerosis, Parkinson's) – Forensic Evaluations – Attention Deficit Disorder (ADD) – Intelligence (IQ) Testing & Learning Disorders (e.g., Dyslexia, Dysgraphia, Reading and Math Learning Disorders – Autism Spectrum Evaluations – Selective Mutism – Conduct and Oppositional Defiant Disorder – Anxiety, Depression, Bipolar, OCD, PTSD, and other Psychological Assessments – Post COVID-19 Cognitive Loss – Surgical Candidates (e.g., SCS, gastric)

MARCUS AR002937

**Lincoln/Marcus 1037**

From: Dwann Henry    Fax.    To: C000040401@refax.com    Fax: (C00) 004-0401    Page: 4C of 144    01/27/2020 9.40 AM

 

**CNS** MEMORY CLINIC

**PEAK PERFORMANCE** UPGRADE YOUR BRAIN

Dane A. Higgins, Ph.D.
Clinical Psychologist
Memory Disorders Specialist

| Patient: Leslie Marcus | Date of Testing: 11 / 15 / 2021 |
|---|---|

## BEHAVIORAL OBSERVATIONS:

effort: poor  adequate  good  excellent

awareness: low  adequate  full

comprehension:  low  adequate  full

speech:  word finding problems  soft  sparse  normal

affect:  restricted range  blunted  appropriate  full/normal

behavioral slowing  normal pace of responding

valid and reliable estimate of current level of neurocognitive functioning

- Walked w/ support of husband. Very skinny. Said lobby was too loud.
- clock = organized approach.
- Impatient, irritable. Says she's so emotional now & never was before. Cries all the time now.
- Quick to grasp tasks & fast performance throughout.
- Looking for answers as to why she is the way she is now. 4 years ago symptoms happened & no doctors know why. She said she's a completely different person now - can't even multitask basic things.

## RECOMMENDATIONS:

MARCUS AR002939
Dr. Dane A. Higgins

Lincoln/Marcus 1038



**SCHIFFMAN LAW**
HELPING THE INJURED & DISABLED SINCE 1975

---

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*


**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*


**DAVID A. THOMSON****
*davidt@schiffmanlaw.com*


**LISA J. COUNTERS**
*ltd@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com


May 16, 2022

Charles Martin, Technical Clms Mgmt Specialist          **VIA EMAIL (Charles.Martin@lfg.com)**
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

          Re:    Leslie Marcus
                 Claim No.:    9303113
                 Policy Holder: Balfour Beatty Investments

Dear Mr. Martin:

          As you may be aware, the Employee Benefits Security Administration ("EBSA") recently issued new guidance on the continuation of deadlines due to Covid-19. The EBSA's Guidance on Continuation of Relief for Employee Benefit Plans and Plan Participants and Beneficiaries Due to the COVID-19 (Novel Coronavirus) Outbreak states:

          Individuals and plans with timeframes that are subject to the relief under the Notices will have the applicable periods under the Notices disregarded until ***the earlier of (a) 1 year from the date they were first eligible for relief, or (b) 60 days after the announced end of the National Emergency (the end of the Outbreak Period)*** (emphasis added).

          EBSA's guidance letter also advised plan fiduciaries to take steps to minimize the possibility of individuals losing their benefits due to a failure to comply with pre-established time frames:

          …where the plan administrator or other responsible plan fiduciary knows, or should reasonably know, that the end of the relief period for an individual action is exposing a participant or beneficiary to a risk of losing protections, benefits, or rights under the plan, the administrator or other fiduciary should consider affirmatively sending a notice regarding the end of the relief period.


**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****


**Lincoln/Marcus 1039**

Leslie Marcus, Claim No. 9303113
May 16, 2022
Page 2

Therefore, please allow this letter to serve as Ms. Marcus' request for Lincoln to engage us in a dialogue regarding how it interprets the EBSA's new guidance and specifically, what it believes is Ms. Marcus' deadline to submit her appeal of Lincoln's August 12, 2021 termination of her LTD benefits.

I interpret the EBSA's new guidance to mean that Ms. Marcus has a period of one (1) year from Lincoln's August 12, 2021 termination letter plus the 180-day timeframe to act under ERISA, or until **February 8, 2023** to submit her written appeal. If Lincoln agrees with my interpretation of the new guidance and that Ms. Marcus's deadline to appeal runs on February 8, 2023, please confirm so in writing immediately so I can calendar this date accordingly.

If Lincoln does not agree with my interpretations of the new guidance and my calculation of Ms. Marcus's deadline to submit his appeal, please immediately confirm in writing the date Lincoln believes Ms. Marcus's deadline runs.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/mag

**Lincoln/Marcus 1040**

**From:**Pelletier, Brandy
**Sent:**Mon, 20 Dec 2021 21:33:05 +0000
**To:**Martin, Charles
**Subject:**FW: Leslie S. Marcus, Claim Number: 9303113


FYI-
Thank you.



Brandy Pelletier
Consultant-LTD Lead Specialist
Lincoln Financial Group
LincolnFinancial.com

888-437-7611 x 16377 Office



Registered Representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor-Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** William McBride <wmcbride@dcklaw.com>
**Sent:** Monday, December 20, 2021 12:00 PM
**To:** Pelletier, Brandy <Brandy.Pelletier@lfg.com>
**Subject:** Leslie S. Marcus, Claim Number: 9303113

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

This is to let you know that we are closing cmts case in our office per request of cmt.  She is looking for another attorney to help her. thanks

**William McBride**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**Lincoln/Marcus 1041**

**From:**Martin, Charles
**Sent:**Fri, 17 Sep 2021 12:32:21 +0000
**To:**ltd@schiffmanlaw.com
**Subject:**Leslie Marcus LTD 9303113
**Attachments:**attorney letter.pdf


Hi there,

We received the attached letter from Lisa Counters and need to confirm if this is your intent to appeal our claim decision or just a request for a copy of the claim file. Please advise. If it is just a request for the claim file, it will be emailed to this same email address and you will have a 24 hour window of access to the file once received.

Thanks!



**Charles Martin**
Technical Claims Management Specialist
Group Benefits Disability Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-291-0112 x14254
Office

603-430-1754 Fax



**Lincoln/Marcus 1042**

**From:** Melissa Gutierrez <melissag@schiffmanlaw.com>
**Sent:** Fri, 17 Sep 2021 15:57:42 +0000
**To:** Martin, Charles
**Subject:** RE: Leslie Marcus LTD 9303113

<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

Dear Mr. Martin:

We will be taking the full 180 days from the date of the denial letter. The letter we sent was strictly a request for LFG's entire claim file.



*Melissa Gutierrez, Paralegal to Lisa Counters*
4506 N. 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667 x 350 ■ Fax: (602) 266-0141
MelissaG@schiffmanlaw.com

---

**From:** Martin, Charles <Charles.Martin@lfg.com>
**Sent:** Friday, September 17, 2021 5:32 AM
**To:** LTD <ltd@schiffmanlaw.com>
**Subject:** Leslie Marcus LTD 9303113

Hi there,

We received the attached letter from Lisa Counters and need to confirm if this is your intent to appeal our claim decision or just a request for a copy of the claim file. Please advise. If it is just a request for the claim file, it will be emailed to this same email address and you will have a 24 hour window of access to the file once received.

Thanks!

 **Charles Martin**
Technical Claims Management Specialist
Group Benefits Disability Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-291-0112 x14254
Office

603-430-1754 Fax



**Lincoln/Marcus 1043**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Marcus 1044**

# CONFIDENTIAL FAX FROM SCHIFFMAN LAW OFFICE, P.C.

**FROM:**                                        **TO:**

Lisa Counters                                    Charles Martin, Technical Claims Management
Schiffman Law Office, P.C.                       Specialist
4506 N. 12th Street                              Lincoln Financial Group
Phoenix, AZ  85014

**Phone:  602-266-2667**                         **Fax Number:        603-430-1754**
**Fax Number:  602-266-0141**                     **Phone Number:**

**DATE:** September 16, 2021

**SUBJECT/MESSAGE:**

RE:     Leslie Marcus, Claim No. 9303113

**IF YOU DO NOT RECEIVE ALL THE PAGES, OR IF YOU HAVE QUESTIONS, PLEASE CALL 602-266-2667 OPTION 1.**

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS TRANSMITTED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAWS.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE.  WE WILL REIMBURSE YOU FOR MAILING COSTS.  THANK YOU.

**Lincoln/Marcus 1045**



# SCHIFFMAN LAW
### HELPING THE INJURED & DISABLED SINCE 1975

**ALAN M. SCHIFFMAN***
*alan@schiffmanlaw.com*

**ANNA T. SCHIFFMAN**
*anna@schiffmanlaw.com*

**DAVID A. THOMSON****
*davidt@schiffmanlaw.com*

**LISA J. COUNTERS**
*ltd@schiffmanlaw.com*

**Address**
4506 NORTH 12th STREET
PHOENIX, ARIZONA 85014

**Telephone Numbers**
OFFICE: 602-266-2667
TOLL-FREE: 800-545-7372
FACSIMILE: 602-266-0141

**Website**
www.schiffmanlaw.com

September 16, 2021

Charles Martin, Technical Claims Management Specialist
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172-9688

**Via Fax (603) 430-1754**

Re:    Leslie Marcus
Claim No.:    9303113
Policy Holder: Balfour Beatty Investments

Dear Mr. Martin:

I represent Ms. Marcus regarding her claim for long-term disability benefits. Enclosed find the signed Notice of Appointment of Representative for your file. I have reviewed the denial letter dated August 12, 2021.

Please consider this our request for all relevant documents *developed from the beginning of Ms. Marcus's LTD claim to the present.* Our request includes copies of the claim file, (whether maintained in paper or electronic form) including any reports, correspondence, memos, or other documents and *any internal computerized claims management system notes related to the claim.* This also includes all documentation received regarding the waiver of premium benefit. .

This request is made pursuant to your obligation to provide an Authorized Representative with "relevant" documents.  At a minimum, Relevant Documents include:

1.  Was relied upon in making the benefit determination;

**STATE BAR CERTIFIED SPECIALISTS:  WORKERS' COMPENSATION***
**PERSONAL INJURY and WRONGFUL DEATH LITIGATION****

**Lincoln/Marcus 1046**

Leslie Marcus, Claim No. 9303113
September 16, 2021
Page 2

2.  Was submitted, considered, or generated during making the benefit determination, **without regard to whether such document, record, or other information was relied upon in making the benefit determination**;

3.  Demonstrates compliance with the administrative processes and safeguards required in making the benefit determination; or,

4.  Constitutes a statement of policy or guidance with respect to the Plan concerning the denied benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

We expect the portion of the claim file requested will contain:

- All medical records;
- Internal notes;
- Incoming and outgoing correspondence with:
  - My client
  - The Employer and Plan Administrator
  - Peer Reviewing physicians
  - Any external resources used to evaluate the claim
- Any legal opinions obtained regarding my client's claim;
- Any medical reviews, including records reviews and in-person evaluations by physician consultants;
- All vocational evaluations, including any updated reviews, addendum reports and labor market surveys;
- All surveillance tapes and data;
- All documents, notes or memos for any group meeting, roundtable, or internal consultation related to my client's claim;
- All policies and procedures which are designed to address and mitigate any conflict of interest in deciding which participants are eligible for benefits and the financial interest of the employer, the Plan Administrator, and Claims Administrator as payor of those benefits;
- The rate of your company's claims denials and approvals;
- The Underwriting File for the Group
- The number of reports prepared by each medical consultant involved in the review of my client's claim in each of the past five (5) years; the number of those reports which were favorable to granting of or extension of disability benefits; the number of those reports which were favorable to the ending or termination of disability; and,

In responding to this request for information, the term "your company" is meant to include not only your company, but also any other entity engaged by your company to assist it in the evaluation and processing of my client's claim.

**Lincoln/Marcus 1047**

Leslie Marcus, Claim No. 9303113
September 16, 2021
Page 3

If you have any questions, please contact me at the phone number or email listed above or you may contact my paralegal Melissa Gutierrez via phone at Ext. 350 or by email at ltd@schiffmanlaw.com.

Best regards,
SCHIFFMAN LAW OFFICE, P.C.

LISA J. COUNTERS

LJC/blh
Encl.

**Lincoln/Marcus 1048**

From: Breann Henry        Fax:            To: 6034301754@rcfax.com    Fax: (603) 430-1754        Page: 5 of 5        09/16/2021 2:35 PM



## SCHIFFMAN LAW OFFICE, P.C.
### ARIZONA DISABILITY LAWYERS

4506 NORTH 12TH STREET, PHOENIX, AZ 85014
OFFICE: 602-266-2667 FACSIMILE: 602-266-0141
www.schiffmanlaw.com

### NOTICE OF APPOINTMENT OF REPRESENTATIVE
### AND AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

TO:    Lincoln Financial Group
       Balfour Beatty Investments

Name of Claimant: Leslie Marcus        Claim No: 9303113        Date of Birth:

1. I have retained and authorize Lisa J. Counters and Schiffman Law Office, P.C., to represent me with respect to my above referenced short and/or long-term disability claims. Schiffman Law Office, P.C. will be my authorized representative. This Authorization includes my permission to request and obtain any plan documents from my employer or the Plan Administrator.

2. You are directed to send my attorneys all correspondence, **AND ALL BENEFIT PAYMENTS, INCLUDING MONTHLY BENEFITS OR LUMP SUM BENEFITS** to:

   Schiffman Law Office, P.C., 4506 North 12th Street, Phoenix, AZ 85014
   Telephone: (602) 266-2667; Facsimile: 602-266-0141;
   e-mail: Lisa@schiffmanlaw.com.

3. I authorize the use or disclosure of my health information including: the complete file related to me, including all claim forms, summary plan descriptions, plan documents, claim files, medical records, medical bills, letters, telephone memoranda, meeting notes, internal notes, correspondence, medical reviews, vocational evaluations, adjuster notes, surveillance tapes, and any other documents relevant to my claim.

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by Schiffman Law Office, P.C., for legal representation.

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire in TWO years.

> **THIS APPOINTMENT PROHIBITS YOU FROM CONTACTING ME DIRECTLY. ALL COMMUNICATION, CONTACT, AND NOTIFICATIONS MUST BE DIRECTED TO MY ATTORNEY UNTIL FURTHER NOTICE.**

Dated 6 SEPTEMBER 2021

Leslie Marcus

**Lincoln/Marcus 1049**

Sep 03 21, 08:06p        Wellness for life                                        6233220966                    p.1



**Wellness for Life Family Practice**
**20449 N. Lake Pleasant Rd.**
**Ste 101**
**Peoria, AZ 85382**

| | | |
|---|---|---|
| TO: Lincoln Financial Group | FROM: Wellness for Life - Tonia Graham | |
| FAX: 603-430-1754 | FAX: 623-322-0966 | |
| PHONE: 800-291-0112 | PHONE: 623-322-0099 | |
| PATIENT NAME: Leslie Marcus | DOB: | |
| NO. PAGES: (includes cover) 2 | DATE: 09/03/21 | |
| COMMENTS: Attn: Charles Martin | | |

IMPORTANT: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law.

If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone (number listed above) to arrange the return or destruction of the information and all copies

**Lincoln/Marcus 1050**

Sep 03 21, 08:07p       Wellness for life                          6233220966              p.2



## Wellness for Life Family Practice
20449 N Lake Pleasant Rd Suite 101
Peoria Arizona 85382
623-322-0099 office
1-866-228-5038 fax
Office
Tonia Graham FNP-BC & M. Dawn Austin FNP-C

Re: Leslie Marcus
Long Term Disability (LTD)
Benefits Balfour Beatty Investments
Claim #: 9303113

August 12, 2021

Dear Charles Martin,

This letter is in response to your premature conclusion of Leslie Marcus Long term disability claim.   My patient Leslie Marcus forwarded your letter for me to review.  Imagine my surprise when I read the "conclusion" you said I had made.

Sadly, you outlined our conversation quiet differently than the information I presented to you. While this may be your practice to draw erroneous conclusion, I did make myself perfectly clear that Ms. Marcus is still being medically evaluated and no definitive diagnosis of disability had been made nor had any conclusion been drawn to preclude her from disability.

You reassured me, that our conversation was preliminary and you were gathering information and would be waiting until she was seen by neurology for a definitive diagnosis.  I am extremely disappointed that you made the assumption that I would not disable Ms. Marcus. We are still gathering information and evaluating her neurologic conditions. As a Family Nurse Practitioner diagnosis, a neurologic condition is best form a neurologist. Even Dr. Syal who is a neurologist wanted her to be evaluated by neurologist specializing in autonomic dysfunctions Her appointment is scheduled October 6th with Dr. Hatch.

Additionally, I am referring Leslie Marcus to physical therapy and to Neuropsychology- to Dr. Higgins 623-977-6860. Her appointment with Dr. Higgins is September 8th. I am confident this will show Ms. Marcus is not a malingering.

Please understand I am working with the specialists in gathering medical information, unfortunately this does take some time for appointments to be completed. As you informed me at on our phone conversation the final decision would be made end of October. I hope you will still stand by your word and are willing to have submissions from the specialists be accounted.

Sincerely,

Tonia Graham FNP-BC

PAGE 2/2 * RCVD AT 9/3/2021 4:08:02 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6034301754 * CSID:6233220966 * ANI:16233220966 * DURATION (mm-ss):01-15

**Lincoln/Marcus 1051**

(※) ReleasePoint

**Medical Record Overview**

Date:      August 19, 2021

Patient Name:     MARCUS, LESLIE

Records From:     Dr. Frank Cibulka          RP ID: 7902170

                                             Client ID: 9303113
          (480) 882-7360
                                             Source: L-TCMS

Request Scope:  From September 1, 2020 to Present    Req By: C Martin
                                                     09-464263
Chart Range:      -

                                             SSN:

|                    |      |      |       | Starts on |
| Classification     | From | To   | Total | Page      |
| ------------------ | ---- | ---- | ----- | --------- |
| Progress Notes     |      |      | 18    | 2         |
| Labs/Diagnostics   |      |      | 3     | 20        |
| Non Medical/Other  |      |      | 1     | 23        |

                              Total Page Count:     22

**Notes From QC:**

**Lincoln/Marcus 1052**

Progress Notes -                    8/16/2021 9:29:02 AM    PAGE    2/022    Fax Server

| | |
|---|---|
| **HONORHEALTH** | HonorHealth Medical Group | Marcus, Leslie S |

HonorHealth Medical Group    Marcus, Leslie S
Arcadia    MRN: 3220726, DOB:    Sex: F
3311 N 44TH ST    Visit date: 1/27/2020
PHOENIX AZ 85018-6461

**Progress Notes by Frank E Cibulka, MD at 01/27/20 0845**

Author: Frank E Cibulka, MD          Service: —          Author Type: Physician
Filed: 01/27/20 1752                 Encounter Date: 1/27/2020    Status: Signed
Editor: Frank E Cibulka, MD (Physician)

**Allergies as of 01/27/2020 - Review Complete 01/27/2020**

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 1/27/20 encounter
(Office Visit) with Frank E Cibulka, MD.

**Subjective:**

**Patient ID:** Leslie S Marcus is a 48 y.o. female.

Chief Complaint
Patient presents with

• Fatigue
  *pt is here to follow up on this- Mayo recently diagnosed with Lyme disease but then told her it was a false*
  *positive- she would like to discuss*

Pt is here after  continued  Work up at the mayo clinic
I did review notes  She is currently having neuro workup as she had  positive  ELISA  Test  will await  Full
testing
She is fatigued  Wt minimal ability to  perform ADL's
She feels  Terrible  And hr life  Is  A shell of  What it had  Been

**Fatigue**
This is a chronic problem. The current episode started more than 1 year ago. The problem occurs daily. The
problem has been gradually worsening. Associated symptoms include arthralgias and fatigue. Exacerbated by:
actiity. She has tried walking, sleep, rest, relaxation, position changes, oral narcotics, NSAIDs, ice, heat,
eating, acetaminophen and drinking for the symptoms. The treatment provided no relief.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |

**Lincoln/Marcus 1053**

**HONORHEALTH**™ | HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB: | Sex: F
3311 N 44TH ST | Visit date: 1/27/2020
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)

| | |
|---|---|
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |
| • Tingling in extremities | PARESTHESIA |

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue.
HENT: Negative.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**

BP 108/78 | Pulse 69 | Temp 97.6 °F (36.4 °C) (Tympanic) | Resp 15 | Ht 5' 5" (1.651 m) | Wt 146 lb 6.4 oz (66.4 kg) | SpO2 96% | Breastfeeding No | BMI 24.36 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears listless. She appears distressed.
HENT:

**Lincoln/Marcus 1054**

Progress Notes -                 8/16/2021 9:29:02 AM   PAGE   4/022   Fax Server

**HONORHEALTH.** | HonorHealth Medical Group | Marcus, Leslie S
| Arcadia | MRN: 3220726, DOB      | , Sex: F
| 3311 N 44TH ST | Visit date: 1/27/2020
| PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)

Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Neurological: She appears listless.
Psychiatric: Her speech is normal. Judgment normal. Her mood appears anxious. She is slowed. Cognition and memory are normal. She exhibits a depressed mood.


## Assessment & Plan

Leslie was seen today for fatigue.

Diagnoses and all orders for this visit:

**Adjustment disorder with depressed mood**

**Iron deficiency anemia, unspecified iron deficiency anemia type**

**Paroxysmal atrial fibrillation**

**Anxiety as acute reaction to exceptional stress**

**Chronic fatigue**

**Insomnia due to medical condition**

**Tingling in extremities**

**Other orders**
- azithromycin (ZITHROMAX) 250 mg tablet; Take 1 tablet (250 mg total) by mouth daily for 10 days.


**Patient Instructions**
Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
50+ min

We discussed her Visit And reviewed the notes Form her visits To the Mayo
She Has A positive Elisa test With negative HIV And The Lyme looks negative.
She is still having Fatigue Lack of stamina
her Mood Is still very depressed

**Lincoln/Marcus 1055**

Progress Notes -                8/16/2021 9:29:02 AM  PAGE   5/022   Fax Server

**HONORHEALTH.** | HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB | Sex: F
3311 N 44TH ST | Visit date: 1/27/2020
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)

She is on meds
 Her Heart is Finally unde control with meds
 She feels terrible An her ADL's are compromised.

This is a very unfortunate Female Who had A MVA Turn her world upside down
 we will try Azithromycin 250 mg Once a day for 10 days
 we are Doing this As she felt Better When she took A Zpak
 we will see if this helps
 I have also signed A medical marijuana Slip

We will send in her disability form As We Will have A Date of 4 months For Possible RTW

At this time She is unable To perform PT or OT At least until hr Workup Is complete

Return in about 4 weeks (around 2/24/2020).

Electronically signed by Frank E Cibulka, MD at 01/27/20 1752

**Lincoln/Marcus 1056**

 **HONOR**HEALTH™ | HonorHealth Medical Group
Arcadia
3311 N 44TH ST
PHOENIX AZ 85018-6461 | Marcus, Leslie S
MRN: 3220726, DOB:      Sex: F
Visit date: 1/27/2020

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015**

| | | |
|---|---|---|
| Author: David Yunsung Cho, MD | Service: — | Author Type: Physician |
| Filed: 02/05/20 1038 | Encounter Date: 2/5/2020 | Status: Signed |
| Editor: David Yunsung Cho, MD (Physician) | | |

 **HONOR**HEALTH™

# Virginia G. Piper
# Cancer Care Network

**Name:** Leslie S Marcus
**MRN:** 3220726
**Date of Birth:**        Age: 48 y.o.
**Hematologist/Oncologist:** David Yunsung Cho, MD
**Primary Care Physician:** Frank E Cibulka, MD
**Chief Complaint:** No chief complaint on file.

**Date of Service:** 2/5/2020

**Subjective:**
**History of Present Illness:**

Leslie S Marcus is a 48 y.o. female patient with DVT, depression, AF, GI bleed, who presents with anemia.

Patient had lab work at Mayo Clinic. On 8/14/19, Hgb was 9.9 g/dl, MCV 85, PLT355, WBC 5.9, ferritin 5, iron sat 7. Of note, had a SIFE done 4/18/19 which was negative for an M protein

Patient was found to have a PE in April 2019. She was admitted for blood in her stool She was found to have a PE (provoked, recent travel and hospitalization). She was also found to have a left sublcavian thrombus and left peroneal vein thrombosis. She was discharged on Eliuqis. She had an EGD 4/14/19 which show chronic gastritis, grade C reflux esophagitis. Colonoscopy showed mucosal ulceration and non bleeding hemorrhoids. She was cleared for anticoagulation. At that time, her Hgb was 11.3 g/dl. SIFE show no monoclonal proteins. Of note, PT gene mutation, Cardiolipin Ab and beta 2 glycoprotein Abs were normal/negative.

States paternal GF passed from PE. 2 sisters had a DVT, mother had DVT and father had PE.

Had a 2 hour flight prior to VTE. Hospitalized Janury 2019 for 9 days due to AF, A-Tach. Has been on Estradiol since hysterectomy. Stopped Estradiol September 2019.

Been dealing with GI symptoms since 7/2018. Dealing with persistent nausea since 7/2019 Never had a blood transfusion.
Dealt with AF since 8/2018. Had another ablation 7/2019.

Hd prior MVA December 2017. After that had a loto f pains, required steroid injections. Since then feels she's been doing worse.

At age 21, had left ovary due . States colon was "ripped"

**Lincoln/Marcus 1057**



| | VPCCN OSBORN | Marcus, Leslie S | |
|---|---|---|---|
| HONORHEALTH™ | 3501 N SCOTTSDALE RD #300 SCOTTSDALE AZ 85251-5638 | MRN: 3220726, DOB: Acct #: 10200350535 Visit date: 2/5/2020 | Sex: F |

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)**

States twin sister has CTD.

Hysterectomy at Age 38 for endometriosis.

**Hematology/Oncology History:**
- Venofer x 5, completed 11/7/19

**Other Medical History:**
- CT A/P 12/12/19 negative

**Interval History:**
Leslie S Marcus presents today for follow up.

Energy improved with Venofer.

3 weeks ago, was at Mayo. Seen by neurologist myalgic encephalomyelitis.

States Hgb was 11.7 g/dl

Generally notes dizziness, lightheadedness. Not improved. Feels nauseous all the time. No stomach pain. No burning. Mostly constipated, but has been chronic. Does have bloating.

Check CA 125 found to be elevated at 50 on 11/21/19. CT A/P is negative.

Having pica (ice cravings) and restless legs, still present but less than prior.

Cannot tolerate iron. Was told to start at Mayo Clinic but causes GI disturbances

**Medications:**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg TABS tablet | Take 1 tablet (5 mg total) by mouth 2 (two) times daily. | 60 tablet | 5 |
| • atorvastatin (LIPITOR) 20 mg tablet | TAKE 1 TABLET(20 MG) BY MOUTH AT BEDTIME | 90 tablet | 0 |
| • azelastine (ASTELIN) 0.1 % nasal spray | INL 1 SPRAY IEN BID | | 3 |
| • azithromycin (ZITHROMAX) 250 mg tablet | Take 1 tablet (250 mg total) by mouth daily for 10 days. | 10 tablet | 0 |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 mg by mouth 2 (two) times daily. | | |

**Lincoln/Marcus 1058**

Progress Notes -                8/16/2021 9:29:02 AM   PAGE   8/022   Fax Server

**HONORHEALTH**™

| VPCCN OSBORN | Marcus, Leslie S |
|---|---|
| 3501 N SCOTTSDALE RD #300 | MRN: 3220726, DOB: |
| SCOTTSDALE AZ 85251-5638 | Acct #: 10200350535   Sex: F |
| | Visit date: 2/5/2020 |

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)**

| Medication | Instructions | Qty | Refills |
|---|---|---|---|
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | |
| • ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 30 mL | 2 |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 25 mg by mouth daily. | | 2 |
| • mirtazapine (REMERON) 30 mg tablet | TAKE 1 AND 1/2 TABLETS(45 MG) BY MOUTH AT BEDTIME | 45 tablet | 0 |
| • mirtazapine (REMERON) 45 mg tablet | | | 1 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | |
| • pantoprazole (PROTONIX) 40 mg tablet | Take 1 tablet (40 mg total) by mouth every 12 (twelve) hours. | 90 tablet | 0 |
| • VENTOLIN HFA 108 (90 Base) MCG/ACT inhaler | INL 2 PUFFS PO Q 4 TO 6 H PRF SOB AND RELIEF OF ASTHMA SYMPTOMS | | 5 |

No current facility-administered medications for this visit.

**Review of Systems**

| | |
|---|---|
| • **General** | Denies recent: Weight changes, weakness, or loss of appetite. |
| • **EENT** | Denies recent: Vision problems, ear pain, sinus congestion, or sore throat. |
| • **Respiratory** | Denies recent: Cough, congestion, or shortness of breath |
| • **Cardiac** | Denies recent: Chest pain/pressure or palpitations. |
| • **GI** | Denies recent: Abd. Pain, nausea/vomiting, diarrhea/constipation, or melena/hematochezi |
| • **GU** | Denies recent: Kidney problems, dysuria, urgency, frequency, or hematuria |
| • **MS** | Denies recent: Muscle aches, back pain, or joint pain/swelling |
| • **Neuro** | Denies recent: Headaches, strokes, or seizures |
| • **Psych** | Denies recent: Depression, anxiety, chemical abuse/dependency |
| • **Endo** | Denies recent: Diabetes or thyroid disease, no temperature intolerance |
| • **Derm** | Denies recent: Rashes or skin problems |
| • **Heme/Onc** | Denies recent: Anemia, or cancer |

**Most Recent Vitals:**
not currently breastfeeding.

**Physical Exam**

**Lincoln/Marcus 1059**

**HONORHEALTH™**

| | | |
|---|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Acct #: 10200350535<br>Visit date: 2/5/2020 | Sex: F |

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)**

- **General** — Well developed, well nourished, no acute distress
- **Eyes** — Pupils equal, round.
- **Head** — Normocephalic, atraumatic
- **Nose** — Patent without discharge
- **Mouth/Throat** — Pharynx clear without erythema or exudate
- **Neck** — Soft and supple without lymphadenopathy or thyromegaly
- **Chest/Breast** — Non-tender to palpation
- **Lungs** — Clear to auscultation, no crackles, rhonchi, or wheezes
- **Heart** — Normal S1 S2, no murmurs, clicks, or gallops
- **Abdomen** — Soft, non-tender, non-distended, no palpable HSM or masses. + bowel sounds
- **Musculoskeletal** — Appears to have normal range of motion x 4 extremities, no joint swelling. No pedal edema
- **Lymphatic** — No lymphadenopathy
- **Neuro** — Alert, orientedx3, DTR:
- **Derm** — No rashes, No sacral decubiti
- **Vascular** — JVD: No, Pulses: intact

## Past Medical History

Past Medical History:

| Diagnosis | Date |
|---|---|
| - Anxiety | |
| - Atrial fibrillation | |
| - Depression | |
| - Disc disorder<br>  *bulding discs of back* | |
| - Endometriosis | |
| - History of blood clots | |

## Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| - COLONOSCOPY W/ INTERVENTION, BIOPSY, POLYP, (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/16/2019 |
| - COLONOSCOPY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/15/2019 |
| - EGD W/ INTERVENTION, BIOPSY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/14/2019 |
| - EGD W/ INTERVENTION, BIOPSY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 1/26/2019 |
| - A FIB ABLATION WITH TEE AND MAPPING<br>  *Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH* | N/A | 12/26/2018 |
| - HYSTERECTOMY | | |

**Lincoln/Marcus 1060**

**HONOR**HEALTH™

| | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Acct #: 10200350535<br>Visit date: 2/5/2020 | Sex: F |

Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)

### Allergies:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | Rash |
| • Corticosteroids<br>    *A fib* | Palpitations |
| • Zofran [Ondansetron]<br>    *Dizziness and flushing,blood pressure dropped* | Other (See Comments) |

### Social History:

**Social History**

**Tobacco Use**
| | |
|---|---|
| • Smoking status: | Former Smoker |
| • Smokeless tobacco: | Never Used |

**Substance Use Topics**
| | |
|---|---|
| • Alcohol use: | No |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart disease | Father | |
| • Other | Sister | |
| • Colorectal Cancer | Maternal Aunt | |
| • Stomach cancer | Maternal Grandmother | |
| • Colorectal Cancer | Maternal Grandfather | |

**Social History**

**Substance and Sexual Activity**
| | |
|---|---|
| Alcohol Use | No |

**Social History**

**Substance and Sexual Activity**
| | |
|---|---|
| Drug Use | Yes |
| • Types: | Marijuana |

*Comment: PRN for back pain*

**Social History**

**Tobacco Use**
| | |
|---|---|
| Smoking Status | Former Smoker |
| Smokeless Tobacco | Never Used |

**Lincoln/Marcus 1061**



| | VPCCN OSBORN | Marcus, Leslie S | |
|---|---|---|---|
| **HONOR**HEALTH™ | 3501 N SCOTTSDALE RD #300 | MRN: 3220726, DOB: | Sex: F |
| | SCOTTSDALE AZ 85251-5638 | Acct #: 10200350535 Visit date: 2/5/2020 | |

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)**

**Labs:**

**Hematology Results**

Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| Hematocrit | 40.9 (2/5/2020) | 36.0 - 48.0 % | Not in Time Range |
| Hemoglobin | 13.5 (2/5/2020) | 12.0 - 16.0 g/dL | Not in Time Range |
| Lymphs | 37 (2/5/2020) | % | Not in Time Range |
| MCV | 88.3 (2/5/2020) | 81.0 - 99.0 fL | Not in Time Range |
| Neutrophils Absolute | 3.30 (2/5/2020) | 1.48 - 8.72 10³/uL | Not in Time Range |
| Neutrophils | 52 (2/5/2020) | % | Not in Time Range |
| Platelets | 368 (2/5/2020) | 130 - 450 K/uL | Not in Time Range |
| WBC | 6.3 (2/5/2020) | 4.0 - 10.9 10³/uL | Not in Time Range |

**Renal Results**

No results found for requested labs within last 30 days.

**Liver Results**

No results found for requested labs within last 30 days.

**Coagulation Results**

No results found for requested labs within last 30 days.

**Tumor Markers Results:**

No results found for requested labs within last 30 days.

**Thyroid Results**

No results found for requested labs within last 30 days.

**Vitamin D:**

No results found for requested labs within last 30 days.

**HgA1c Result:**

No results found for requested labs within last 30 days.

**Iron Results:**

No results found for requested labs within last 30 days.

**Cultures:**

No results found for requested labs within last 30 days.

All abnormal labs not clinically significant.

**Imaging:**

**Echo Complete**

· RVSP is 25mmHg. no evidence PE

· Low normal left ventricular ejection fraction estimated. Ejection fraction: 55%.

· Trace mitral valve regurgitation.

· Mild tricuspid valve regurgitation

**Lincoln/Marcus 1062**

Progress Notes -                    8/16/2021 9:29:02 AM    PAGE    12/022    Fax Server



| | VPCCN OSBORN | Marcus, Leslie S | |
|---|---|---|---|
| | 3501 N SCOTTSDALE RD #300 | MRN: 3220726, DOB: | Sex: F |
| | SCOTTSDALE AZ 85251-5638 | Acct #: 10200350535 Visit date: 2/5/2020 | |

Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)

**Pathology:**

**Assessment:**
Leslie S Marcus is a 48 y.o. female  atient with DVT, depression, AF, GI bleed,  who presents with anemia.

1. Anemia
- Due to iron deficiency
- Unclear etiology as she has no heavy menses (hysterectomy at age 38) and GI work up 4/2019 was negative

2. DVT and Bilateral PE, found 4/2019
- Appeaser to be provoked from recent travel and hospitalization 1/2019

**Plan:**
1. Anemia
- Work up negative thus far
- Unclear etiology of iron deficiency
- s/p Venofer x 5
- If iron stores are still low, will replan IV Iron.

2. VTE
- Continue Eliquis 5 mg q12.
- Reviewed management and prognosis of provoked venous thromboembolic disease.  For provoked events, generally recommend a finite period of anticoagulation as risk of recurrence is low after 3 months.  With her history of PE, would plan at least 6 months Can consider de-escalation to prophylactic dose (per EINSTEIN-CHOICE study) or ASA after the finite duration of therapeutic dose.  Recommendations are consistent with ACCP guidelines.
- There is a cost concern and can plan coumadin if needed
- Patient is concerned about risk of recurrence, prefers to continue with full dose therapy.  Can plan for total 18 months if she can afford it, esp with family history.  Afterwards, can go to Eliquis 2.5 mg12 or ASA.

3. CA125
- CT A/P negative

RTO 3 months for OV/labs

Thank you for the opportunity to participate in your patient's care. Please feel free to contact me if any questions or concerns arise.

David Yunsung Cho

Electronically signed by David Yunsung Cho, MD at 02/05/20 1038

**Lincoln/Marcus 1063**



**HONORHEALTH**™

| VPCCN OSBORN 3501 N SCOTTSDALE RD #300 SCOTTSDALE AZ 85251-5638 | Marcus, Leslie S MRN: 3220726, DOB: Acct #: 10200350535 Visit date: 2/5/2020 | Sex: F |

---

**Progress Notes by Frank E Cibulka, MD at 03/30/20 1300**

| Author: Frank E Cibulka, MD Filed: 03/30/20 1522 Editor: Frank E Cibulka, MD (Physician) | Service: — Encounter Date: 3/30/2020 | Author Type: Physician Status: Signed |

---

## TELEPHONE VISIT NOTE

**Telephone Visit Consent**: Patient contacted to initiate a telephone encounter.  Prior to continuing visit, patient was verified using two factors.  The patient was reminded that all clinical decision making is being based upon the conversation without a physical exam.  It is discussed that further evaluation may be needed.  Patient confirms understanding and consents to telephone encounter.

The visit was performed in patient's preferred language by this provider.

## Chief Complaint

Chief Complaint
Patient presents with

- Anxiety

    *Patient is having alot of panic attacks. she was tested for covid19 and was negative but she has been having panic attacks.*

## Subjective

 **Patient ID:** Leslie S Marcus is a 48 y.o. female.
**Anxiety**
The primary symptoms include dysphoric mood and somatic symptoms. The current episode started more than 1 month ago. This is a chronic problem.
Somatic symptoms include fatigue.
The onset of the illness is precipitated by a stressful event and emotional stress. The degree of incapacity that she is experiencing as a consequence of her illness is severe. Sequelae of the illness include an inability to work, harmed interpersonal relations and an inability to care for self. Additional symptoms of the illness include anhedonia, insomnia, appetite change, unexpected weight change, fatigue, agitation, psychomotor retardation, feelings of worthlessness, attention impairment, distractible and poor judgment. Additional symptoms of the illness do not include flight of ideas or inflated self-esteem. She does not admit to suicidal ideas. She does not have a plan to attempt suicide. She does not contemplate harming herself. She has not already injured self. She does not contemplate injuring another person. She has not already  injured another person.

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and unexpected weight change.
Cardiovascular:
    **Autonomic neuropathy**
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for weakness.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. Negative for self-injury and suicidal ideas. The patient is nervous/anxious and has insomnia.

**Lincoln/Marcus 1064**

Progress Notes -                8/16/2021 9:29:02 AM    PAGE    14/022    Fax Server

**HONORHEALTH**  HonorHealth Medical Group   Marcus, Leslie S
Arcadia                    MRN: 3220726, DOB:          , Sex: F
3311 N 44TH ST             Visit date: 3/30/2020
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 03/30/20 1300 (continued)

## Medications

Outpatient Medications Marked as Taking for the 3/30/20 encounter
(Office Visit) with Frank E Cibulka, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaZOLAMIDE (DIAMOX) 125 mg tablet | Take 125 mg by mouth 2 (two) times daily. | | |

## Physical Exam

There were no vitals taken for this visit.
**Physical Exam**
Neurological:
   Mental Status: She is alert.

## Assessment & Plan

Leslie was seen today for anxiety.

Diagnoses and all orders for this visit:

**Anxiety as acute reaction to exceptional stress**

**PTSD (post-traumatic stress disorder)**

**Autonomic neuropathy**
   Comments:
      improving with diamox and bystolic

**Iron deficiency anemia, unspecified iron deficiency anemia type**
   Comments:
      improved

**Insomnia due to medical condition**

**Patient Instructions**
I di review her Notes Form the Mayo
essentially she Had a change To Prozac From Effexor
she is also on naltrexone
her anemia is improved , no iron infusion is needed.
she is Sleeping okay but Is much more anxious With the covid-19. She Does not go out
she was tested For covid - 19 And was negative At Mayo

**Lincoln/Marcus 1065**

Progress Notes -                8/16/2021 9:29:02 AM   PAGE   15/022   Fax Server

**HONOR**HEALTH™   HonorHealth Medical Group   Marcus, Leslie S
Arcadia                    MRN: 3220726, DOB:          , Sex: F
3311 N 44TH ST             Visit date: 3/30/2020
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 03/30/20 1300 (continued)

I discussed options for her  Increased  Severe anxiety.
Changing  To  Paxil, adding  Buspar.
Ultimately we will  Add Wellbutrin XL  150 mg in the AM  To help with  Focus  Add  Pep.
She will continue on the Prozac  40 mg.

I would like to se her in  3 weeks  Either  Video , phone  But  Preferably in person

she can use  1/2 of the clonazepam  1-2  X during the day.

33 min  Total on the phone

Return in about 3 weeks (around 4/20/2020), or if symptoms worsen or fail to improve.

**Duration of TeleHealth visit:** 33 minutes

Electronically signed by Frank E Cibulka, MD at 03/30/20 1522

**Lincoln/Marcus 1066**

Progress Notes -                    8/16/2021 9:29:02 AM   PAGE   16/022   Fax Server

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia                          MRN: 3220726, DOB:           Sex: F
3311 N 44TH ST                   Visit date: 3/30/2020
PHOENIX AZ 85018-6461

**Progress Notes by Frank E Cibulka, MD at 07/14/20 0930**

| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 07/14/20 1029 | Encounter Date: 7/14/2020 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

## VIDEO VISIT NOTE

**Video Visit Consent:** Patient contacted to initiate a video encounter. Prior to continuing visit, patient was verified using two factors. Patient was advised of the security and privacy risks associated with using Doxy.me and agrees to continue.

Additionally, patient is reminded that all clinical decision making is being based upon the conversation and limited physical exam. It is discussed that further evaluation may be needed due to the limited nature of video visits. Patient confirms understanding and consents to telemedicine encounter.

This video visit is conducted by the provider from medical office.

## Chief Complaint

Chief Complaint
Patient presents with
• Medication Refill
    *Patient would like to discus Zofran*

## Subjective

**Patient ID:** Leslie S Marcus is a 49 y.o. female.
I did review her Past Visit With the mayo clinic
She was Placed on Zofran for Nausea and her sx and QOL Has improved Significantly but Was Told they could not continue to prescribe. Sh has had no side effects And is not allergic To it and I tried to remove form her Allergy list

She is also having some psychological issue as and would like to speak to a Psychologist
She has Lots of Psych issues due to her Disease and the change Of her Life , her new normal

She is currently long term disability and I do not see her returning Form her disability

**Nausea**
This is a chronic problem. The current episode started more than 1 month ago. The problem occurs daily. The problem has been gradually worsening. Associated symptoms include arthralgias, myalgias, nausea and weakness. The symptoms are aggravated by stress. Treatments tried: zofran. The treatment provided significant relief.

Review of Systems
Constitutional: Positive for activity change, appetite change (she is on keto and no real weight chnage but her cholesterol increased and her GFR decreased) and unexpected weight change.
Respiratory: Negative.
Cardiovascular:
    Had Atrial fib

**Lincoln/Marcus 1067**

Progress Notes -                    8/16/2021 9:29:02 AM    PAGE    17/022    Fax Server

**HONORHEALTH™**

| | | |
|---|---|---|
| HonorHealth Medical Group | Marcus, Leslie S | |
| Arcadia | MRN: 3220726, DOB: | Sex: F |
| 3311 N 44TH ST | Visit date: 7/14/2020 | |
| PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 07/14/20 0930 (continued)**

Gastrointestinal: Positive for nausea.

Musculoskeletal: Positive for arthralgias and myalgias.

Neurological: Positive for weakness.

Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

## Medications

Outpatient Medications Marked as Taking for the 7/14/20 encounter
(Video Visit) with Frank E Cibulka, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaZOLAMIDE (DIAMOX) 125 mg tablet | Take 125 mg by mouth 2 (two) times daily. | | |
| • atorvastatin (LIPITOR) 20 mg tablet | TAKE 1 TABLET(20 MG) BY MOUTH AT BEDTIME | 90 tablet | 0 |
| • azelastine (ASTELIN) 0.1 % nasal spray | INL 1 SPRAY IEN BID | | 3 |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • BYSTOLIC 2.5 MG tablet | TAKE ONE-HALF TABLET BY MOUTH DAILY INSTEAD OF METOPROLOL | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. | 60 tablet | 3 |
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | |
| • ELIQUIS 5 MG TABS tablet | TAKE 1 TABLET(5 MG) BY MOUTH TWICE DAILY | 60 tablet | 5 |
| • FLUoxetine (PROZAC) 20 mg capsule | TK 1 C PO QD | | |
| • ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 30 mL | 2 |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 25 mg by mouth daily. | | 2 |
| • mirtazapine (REMERON) 45 mg tablet | TK 1 T PO QHS | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | |
| • NALTREXONE HCL PO | Take 0.5 mg by | | |

**Lincoln/Marcus 1068**

Progress Notes -                    8/16/2021 9:29:02 AM  PAGE  18/022   Fax Server

| **HONORHEALTH**™ | HonorHealth Medical Group<br>Arcadia<br>3311 N 44TH ST<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Visit date: 7/14/2020 | Sex: F |

Progress Notes by Frank E Cibulka, MD at 07/14/20 0930 (continued)

mouth.
- non formulary (MEDICATION NAME IN INSTRUCTIONS)  Take 1 each by mouth daily.
- [DISCONTINUED] ondansetron (ZOFRAN) 8 mg tablet  Take 8 mg by mouth Three times daily as needed.

## Physical Exam

There were no vitals taken for this visit.
**Physical Exam**
Constitutional:
   Appearance: Normal appearance. She is not ill-appearing.
HENT:
   Head: Normocephalic and atraumatic.
   Nose: Nose normal.
   Mouth/Throat:
   Mouth: Mucous membranes are moist.
Pulmonary:
   Effort: Pulmonary effort is normal.
   Breath sounds: Normal breath sounds.
Musculoskeletal:
   Comments: **Chronic fatigue**
**She is sore  With any activity**
**She is swimming**
Neurological:
   General: No focal deficit present.
   Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.
   Motor: Weakness present.
Psychiatric:
   Mood and Affect: Mood is depressed.

Gen: No acute distress., HEENT: atraumatic, normocephalic., Respiratory: Breathing is unlabored.  Speaking in full sentences, Psych: Normal affect and mood. and Neuro: Grossly nonfocal.  Awake and alert.

## Assessment & Plan

Leslie was seen today for medication refill.

Diagnoses and all orders for this visit:

**Nausea**

**Anxiety as acute reaction to exceptional stress**
   -   Ambulatory referral to Psychology

**PTSD (post-traumatic stress disorder)**
      Ambulatory referral to Psychology

**Lincoln/Marcus 1069**

Progress Notes -                8/16/2021 9:29:02 AM   PAGE   19/022   Fax Server

**HONORHEALTH**  | HonorHealth Medical Group | Marcus, Leslie S
| Arcadia | MRN: 3220726, DOB:       , Sex: F
| 3311 N 44TH ST | Visit date: 7/14/2020
| PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 07/14/20 0930 (continued)

**Autonomic neuropathy**

**CFS (chronic fatigue syndrome)**

**Other orders**
- ondansetron (ZOFRAN) 4 mg tablet; Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed for up to 7 days for Nausea.

**Patient Instructions**
Zofran 4 mg up to 3 X a day.
Activity as tolerated.
Reviewed her old records.

She is still fully disabled.

I do not think this will improve.

I would like her to stop the keto diet.

Refer to Dr. Choca

Greater than 50% of the visit was spent in discussion . counseling.
Agreed with the plan
40+ min

Return in about 4 weeks (around 8/11/2020), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD at 07/14/20 1029

**Lincoln/Marcus 1070**

Labs/Diagnostics -          8/16/2021 9:29:02 AM  PAGE  20/022    Fax Server

**HONORHEALTH**  HonorHealth Medical Group   Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:        Sex: F
3311 N 44TH ST              Visit date: 7/14/2020
PHOENIX AZ 85018-6461

## Results
ⓘ **Comprehensive Metabolic Panel
(Accession 29784720540) (Order
245050445)**

### Imaging Information

#### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| Comprehensive Metabolic Panel | | N/A | N/A |

#### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

#### Verification Information

| Signed By | Signed On |
|---|---|
| N/A | N/A |

#### Result Narrative

Performed at:  01 - LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ  850402969
Lab Director: Earle Collum MD, Phone:  8007889743

### Questionnaire

#### Order Entry

| Question | Answer | Comment |
|---|---|---|
| 1. Has the patient been fasting for 8 hours or more? | | |

## Results
ⓘ **Ferritin (Accession 29784720540)
(Order 256739317)**

### Imaging Information

#### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| Ferritin | | N/A | N/A |

#### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

#### Verification Information

| Signed By | Signed On |
|---|---|
| N/A | N/A |

#### Result Narrative

Performed at:  01 - LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ  850402969
Lab Director: Earle Collum MD, Phone:  8007889743

**Lincoln/Marcus 1071**

Labs/Diagnostics -                    8/16/2021 9:29:02 AM  PAGE  21/022    Fax Server

DVMC Deer Valley Medical Center          Marcus, Leslie S
19829 N 27 Ave                           MRN: 3220726, DOB:          , Sex: F
Phoenix AZ 85027                         Visit date: 10/23/2020

## Imaging Information (continued)

### Results                                     ⓘ Iron, TIBC and %SAT (Accession
                                                   29784720540) (Order 256739318)

## Imaging Information

### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| Iron, TIBC and %SAT | | | N/A | N/A |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| N/A | N/A |

### Result Narrative

Performed at:  01 - LabCorp Phoenix
5005 S 40th Street Ste 1200, Phoenix, AZ  850402969
Lab Director: Earle Collum MD, Phone:  8007889743

### Results                                     ⓘ CBC with Differential (VPCCN only)
                                                   (Accession VP20-297-H0077) (Order
                                                                        245050444)

## Imaging Information

### Exam Information

| Performed Procedure | | Study Status | Begin Time | End Time |
|---|---|---|---|---|
| CBC with Differential (VPCCN only) | | | N/A | N/A |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| N/A | N/A |

Scan on 8/15/2021 2009 (below)

**Lincoln/Marcus 1072**

Labs/Diagnostics -                 8/16/2021 9:29:02 AM  PAGE  22/022   Fax Server

DVMC Deer Valley Medical Center             Marcus, Leslie S
19829 N 27 Ave                              MRN: 3220726, DOB:          Sex: F
Phoenix AZ 85027                            Visit date: 10/23/2020

## Imaging Information (continued)

From ReleasePoint 1.626.628.9628 Sun Aug 15 21:06:28 2021 MDT Page 1 of 1


Lincoln
Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO
63376

HONORHEALTH MEDICAL GROUP ARCADIA          Aug 15, 2021
3311 N 44TH STREET                         Re: Disability Benefits
ATTN: MEDICAL RECORDS                      Claim# 7902170      9303113
PHOENIX, AZ 85018                          Claimant:  MARCUS, LESLIE
                                           Claimant DOB:
                                             Provider Portal:  https://porta.releasepoint.com
                                                     Access Key:  SYM062

### REQUEST FOR STATUS

Lincoln Financial Group is the Disability Claim Administrator for your patient, listed above.

On **06/18/2021** we sent you a request for medical information, and as of today, that information has not yet been received. Since benefits cannot be awarded until this information is received, would you please take a moment and update us on the status of this request. Your response will help us keep your patient informed as to the status of the request. **We request that all fee limits noted on the original request still be adhered to.**

Please review and check the appropriate box below, and fax to us at:  (213) 884-4921

☐  am **EMAILING** records to charts@releasepoint.com  *PLEASE PUT RP ID IN SUBJECT LINE*
☐  am **FAXING** records to: (213) 884-4921
☐  am **MAILING** records on or before (date): _____ (See mailing address above)
☐  Records are being review, and will be released no later than (DATE): _____

☐  Records cannot be released because:

_____

☐  Other status information we should know:

_____

If you have any questions regarding this matter, please contact me.

Sincerely,
Kevin Michael Lituania
Disability Information Specialist
Phone No.: (213) 269-4240
Fax No.:   (213) 884-4921

BARCODE

## END OF REPORT

**Lincoln/Marcus 1073**

Non Medical/Other -                8/16/2021 9:29:02 AM    PAGE    1/022    Fax Server



## Fax Transmission

**Date:** 8/16/21

**To:** LINCOLN FINANCIAL GROUP

**Phone Number:** 866-213-2937
**Fax Number:** 213-884-4921

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter. Please make sure you upload the misdirected fax with your report.

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 1074**

# Quality Assurance Report

## Request Information

Report Date:    August 19, 2021                    **RP ID:** 7902170

Patient Name:   MARCUS, LESLIE

Provider Name: HONORHEALTH MEDICAL GROUP ARCADIA

## Quality Assurance Information

Scope Requested: **From September 1, 2020 to Present**

Special Request:
   all medical records seen by Dr. Frank Cibulka

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Marcus 1075**

| CLAIMANT INFORMATION | | | OFFSETS | | |
|---|---|---|---|---|---|

**CLAIMANT INFORMATION**

CLAIMANT: LESLIE MARCUS

CUSTOMER: BALFOUR BEATTY INVESTMENTS

CLAIM #(s): 9303113

GROSS MONTHLY BENEFIT: $5,412.16

NET MONTHLY BENEFIT: $5,412.16

MINIMUM MONTHLY BENEFIT: $100.00

FEDERAL TAX WITHHOLDING: $200

**OFFSETS**

| | FROM DATE | THRU DATE | BENEFIT |
|---|---|---|---|
| SS PRIMARY | | | |
| SS DEPENDENT | | | |
| SS RETIREMENT | | | |
| ER PENSION | | | |
| CAN. PENSION | | | |
| WORKERS' COMP. | | | |
| SLCT | | | |
| STAT BENEFITS | | | |
| OTHER - Benefit Red. | | | |
| OTHER - Subro lien | | | |

**AMOUNT TO BE PAID**

| FROM DATE | THRU DATE | GROSS BENEFIT AMOUNT | OFFSETS | ADJUSTED GROSS AMOUNT (D)-(E) | FEDERAL TAX (FIT) WITHHELD | FICA TAX WITHHELD | BR Applied | STATE TAX (SIT) WITHHELD | NET BENEFIT AMOUNT (F)-(G)-(H)-(I)-(J) |
|---|---|---|---|---|---|---|---|---|---|
| 8/17/2021 | 9/16/2021 | 5,412.16 | 0.00 | 5,412.16 | 200.00 | | | | 5,212.16 |
| 9/17/2021 | 10/16/2021 | 5,412.16 | 0.00 | 5,412.16 | 200.00 | | | | 5,212.16 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| | | | | | | | | | 0.00 |
| **TOTALS** | | 10,824.32 | 0.00 | 10,824.32 | 400.00 | 0.00 | 0.00 | 0.00 | 10,424.32 |

Payment Specialist: felicia honaker

Date    8/16/2021

**Lincoln/Marcus 1076**

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 13 Aug 2021 16:14:48 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #9303113, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The date of disability is 4/13/2019.  The claim has been approved through 10/16/2021.  As of 10/17/2021 this claim is closed.  The case manager for this claim is Charles Martin.  The claim number is 9303113.

If you have further questions, please call Lincoln Financial Group at (800) 291-0112.

**Lincoln/Marcus 1077**

## Transferable Skills Analysis

**Date:** 8/11/2021
**Claimant:** Leslie Marcus
**Claim #:** 9303113
**Policyholder:** Balfour Beatty Investments
**Pre-disability Earnings:** $9,020.27
**Benefit Amount:** $5,412.16

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills.

**The following documentation was reviewed:**

- Job Description
- DOT
- Training-Education-Experience Form & Resume, dated 10/14/2019
- Peer Review and Addendum from Dr. Sharon J. Obadia, DO, dated 7/25/2021 & 8/1/2021
- OA completed by VCM, dated 8/11/2021

**Education & Training:**
Education: High school diploma, Bachelor's degree in communications and business development

Certifications/Licensures: AZ broker

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | Year | Strength |
|----------|----------------------------|------|----------|
| 186.167-046 | Manager, Property | 11 | L |
| 186.167-066 | Manager, Real-Estate Firm | 6 | L |

**Restrictions and Limitations:**

Restrictions and Limitations used for this analysis was based off of
Peer Review and Addendum dated 7/25/2021 & 8/1/2021 completed by Dr. Sharon J. Obadia, DO:

- Lifting/carrying up to 10 pounds occasionally
- Sitting over 50% of the time
- Standing/walking occasionally
- No lifting overhead
- To clarify, the claimant has the capacity to sit over 50% of the time

**Skills & Abilities:** Applying math skills to read and interpret business and statistical reports and records; analyzing and interpreting administrative policy and procedure; planning and organizing work of others; making decisions based on business reports or similar data; speaking and writing clearly; preparing budgets, keeping records, and inventorying stock and dealing tactfully and courteously with the public, employees, or government officials. Extensive knowledge of real estate practices and procedures.

**Profile Adjustments:** GED: adjusted to Grades 15-16+ since insured has a bachelor's degree.

Strength: adjusted to reflect restrictions and limitations noted. Overhead lifting evaluated by occupation.

Physical and Environment: adjusted to Unknown since no restrictions and limitations noted.

Noise: adjusted to Very Loud since no restrictions or limitations noted.

Situations: Performing repetitive or short-cycle work; Performing a variety of duties; and Working under specific instructions adjusted to yes. Property Managers perform a variety of duties, some of which are repetitive or short-cycle such as reviewing

**Lincoln/Marcus 1078**

market conditions, ensures adequate staffing for each location, and completes reports. They work under specific instructions of higher management.

Data/People/Things: Data: Analyzing; Compiling; Computing; and Comparing adjusted to yes. Property Managers analyze, compile, compute, and compare market conditions in order to recommend pricing strategies and to develop an annual budget. People: Supervising; Serving; and Taking Instructions-Helping adjusted to yes. Property Managers supervise employees working at the residential sites. They serve and help residents with their needs.

**Summary:**

The Transferable Skills Analysis identified occupations that are within the physical abilities and identified skills level.

**Examples of occupations identified based on national labor market and insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 186.167-090 | Manager, Title Search | S | $9,696.27 |
| 166.167-030 | Manager, Employment | S | $10,101.87 |
| 163.167-018 | Manager, Sales | S | $11,024.00 |

*Wage Information is based on median 2020 Bureau of Labor Statistical Data*

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

Megan Provost, MA, CRC
Vocational Rehabilitation Counselor


**Name:** Marcus, Leslie                                   **SSN:**
                                                           **Case:**


| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 186.167-046 | Manager, Property | 8 | 11 | 0 | Y | N | N | L | 11.11.04 |
| 186.167-066 | Manager, Real-Estate Firm | 8 | 6 | 0 | Y | N | N | L | 11.11.04 |


**Name:** Marcus, Leslie                                   **SSN:**
                                                           **Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

|  | **Changed From** | **Changed To** |
|---|---|---|
| **Specific Vocational Preparation** | | |
| Maximum | 8 (4 to 10 years) | No Change |
| Minimum | 8 (4 to 10 years) | 1 (Short demo only) |
| **General Educational Development** | | |
| Reasoning | 4 Grades 9-12 | 6 Grades 15-16+ |
| Mathematics | 3 Grades 7-8 | 6 Grades 15-16+ |
| Language | 4 Grades 9-12 | 6 Grades 15-16+ |
| **Physical Demands** | | |
| Strength | Maximum L Light | S Sedentary |
|  | Minimum L Light | S Sedentary |
| Climbing | Occasionally | Unknown |
| Balancing | Never | Unknown |
| Stooping | Occasionally | Unknown |

Updated 8/11/21

**Lincoln/Marcus 1079**

| | | |
|---|---|---|
| Kneeling | Never | Unknown |
| Crouching | Occasionally | Unknown |
| Crawling | Never | Unknown |
| Reaching | Frequently | Unknown |
| Handling | Frequently | Unknown |
| Fingering | Frequently | Unknown |
| Feeling | Never | Unknown |
| Talking | Frequently | Unknown |
| Hearing | Frequently | Unknown |
| Tasting/Smelling | Never | Unknown |
| Near Acuity | Frequently | Unknown |
| Far Acuity | Never | Unknown |
| Depth Perception | Never | Unknown |
| Accommodation | Never | Unknown |
| Color Vision | Never | Unknown |
| Field of Vision | Never | Unknown |

**Environmental Conditions**

| | | |
|---|---|---|
| Exposure to Weather | Occasionally | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 2 (67-89 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 4 (11-33 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |

Updated 8/11/21

**Lincoln/Marcus 1080**

| | | |
|---|---|---|
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | No Change |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | Yes |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 8/11/21

**Lincoln/Marcus 1081**

From:           LFGNotifications@LFG.com
Sent:           Thursday, August 12, 2021 7:29:13 AM
To:
CC:
BCC:
Subject:        [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus
Attachments:    r3rbdpvwipzoyxsgljj9_11005179.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company.
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in
the attached letter to respond if needed.

**Lincoln/Marcus 1082**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

August 12, 2021

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond October 16, 2021. Balfour Beatty Investments's LTD Policy requires that to receive benefits you must meet the following definition of disability:

> *"Disability" or "Disabled" means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *Applicable to Class 1:*
> *a. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
> *Applicable to Class 2:*
> *a. i. if the Covered Person is eligible for the 12 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
> *2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
> *"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

1  of 5

**Lincoln/Marcus 1083**

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

You have been receiving LTD benefits for your disability since October 17, 2019.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for myalgic encephalitis/chronic fatigue syndrome (R53.82) and hypermobility/Ehlers-Danlos syndrome (M35.7) with related fatigue and autonomic dysfunction and your claim file contains the following medical documentation:

● Medical records, treatment notes, and diagnostic test results from April 13, 2019 to June 17, 2021 from Mayo Clinic, Dr. Cho, Dr. Cibulka, Tonia Graham and Honor Health

In order to determine if you remain disabled from *"Any Occupation"* as defined above, a Board Certified Physician in Internal Medicine completed a full review of your claim.

Your  provider that you claim is keeping you out of work, Tonia Graham, was contacted on July 20, 2021 as follows:

*"During our conversation, we discussed Ms. Marcus's primary diagnoses of myalgic encephalitis/chronic fatigue syndrome and hypermobility syndrome. I inquired as to whether you have placed current restrictions and/or limitations on Ms. Marcus's physical activity. You explained that you have not recommended to Ms. Marcus that she limit physical activity, but she has reported to you that she has a lot of post-exertional fatigue after physical activity. I inquired as to whether you feel Ms. Marcus is capable of a sedentary job and you explained that you feel sedentary work would be great for Ms. Marcus. You explained that she has recently reported short-term memory issues to you and you have referred her to a neurologist for this. You explained that the neurology consult is pending at this time. I asked if you have noted any abnormal findings on physical examination related to memory loss. You explained that you have not, but you have noticed that Ms. Marcus brings her significant other to her appointments and he provides information to you if Ms. Marcus is unable to remember the information. At the conclusion of our conversation, you confirmed that you feel Ms. Marcus has no physical restrictions other that the reported memory loss and you feel she is unable to lift heavy weight above her head due to her cervical spine degenerative disc disease, which you explained is non-operable."*

After review of your medical records and discussion with your provider, it was determined:

*"The medical records available for review and my telephone conversation with primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 7/20/21 continue to support the primary diagnoses of myalgic encephalitis/chronic fatigue syndrome (R53.82) and hypermobility/Ehlers-Danlos syndrome (M35.7) with related fatigue and autonomic dysfunction.*

**Lincoln/Marcus 1084**

*The medical records available for review also support the diagnoses of paroxysmal atrial fibrillation (I48.0) status-post ablation in 2018 and 2019, postural orthostatic tachycardia syndrome (I49.8), small fiber neuropathy (G62.89), history of asthma, history of iron deficiency anemia, gastroparesis, irritable bowel syndrome, possible REM sleep disorder, and a history of upper and lower extremity deep venous thromboses and pulmonary embolism.*

*The medical records available for review and my telephone conversation with primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 7/20/21 support the conclusion that the claimant is currently and permanently capable of full-time work activity with the following restrictions/limitations:*
- *Lifting/carrying up to 10 pounds occasionally*
- *You can sit over 50% of the time*
- *Standing/walking occasionally*
- *No lifting overhead*

*The investigative reports available for review suggest functional capacity exceeding the claimant's self-reports to healthcare providers of level of function documented in the medical records available for review.*

*The investigative reports available for review also suggest functional capacity exceeding the claimant's self-reported functional capacity in the Lincoln Financial Group Activities Questionnaire completed by the claimant on 6/17/21.*

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience.  The review identified your transferable skills as:

- Applying math skills to read and interpret business and statistical reports and records; analyzing and interpreting administrative policy and procedure; planning and organizing work of others; making decisions based on business reports or similar data; speaking and writing clearly; preparing budgets, keeping records, and inventorying stock and dealing tactfully and courteously with the public, employees, or government officials. Extensive knowledge of real estate practices and procedures.

Based on this information you have the ability to perform the following occupation(s):

| Occupation | National Monthly Wage |
| --- | --- |
| Manager, Title Search | $9,696.27 |
| Manager, Employment S | $10,101.87 |
| Manager, Sales | $11,024.00 |

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupation(s) based on your capacity and skill level.

Therefore, you do not meet Balfour Beatty Investments's definition of disability beyond October 16, 2021 and we must deny your claim for further benefit consideration.  Benefits will be paid through

**Lincoln/Marcus 1085**

October 16, 2021, and your claim is closed as of October 17, 2021.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Lincoln Life Assurance Company of Boston, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Lincoln Life Assurance Company of Boston receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions.  No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination.  We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

There are two options available to you at this time regarding our decision.

- If you are providing new information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at  603-430-1754. Upon receipt, we will review for  reconsideration of your benefits.

- If you do not intend to send us any new information such as the information described in our decision and you disagree with our decision, you may appeal our determination by following the steps below

Please submit any additional medical records from any and all providers to support restrictions and limitations that would preclude you from performing any occupation. You may also submit a valid Functional Capacity Evaluation and Independent Medical Exam for review. Please include your request to appeal the decision in writing.

As we have discussed, based on the medical and vocational information contained in this claim, you will not be eligible for benefits beyond October 16, 2021  Although we have determined that you will not be eligible beyond the change in definition date, we have determined you remain eligible for benefits during the remainder of the Own Occupation period and are issuing the remainder of these

**Lincoln/Marcus 1086**

benefits in a lump sum advance payment to October 16, 2021. This lump sum payment is not a full and final settlement of your claim. This claim determination reflects an evaluation of the claim facts and contractual provisions.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosínílíį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

**Lincoln/Marcus 1087**

**From:**Obadia, Sharon
**Sent:**Sun, 1 Aug 2021 15:17:15 +0000
**To:**Martin, Charles
**Subject:**RE: 9303113

Hi Charles,
To clarify, the claimant has the capacity to sit over 50% of the time.
Thanks very much,
Dr. Obadia

 **Sharon Obadia, DO**
Consulting Physician

**Lincoln Financial Group**
LincolnFinancial.com



**From:** Martin, Charles <Charles.Martin@lfg.com>
**Sent:** Monday, July 26, 2021 6:00 AM
**To:** Obadia, Sharon <Sharon.Obadia@lfg.com>
**Subject:** 9303113
**Importance:** High

Hi Dr. Obadia,

I just received your peer review for this claimant with the following r/l's:

The medical records available for review and my telephone conversation with primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 7/20/21 support the conclusion that the claimant is currently and permanently capable of full-time work activity with the following restrictions/limitations:
☐ Lifting/carrying up to 10 pounds occasionally
☐ **Sitting over 50% of the time**
☐ Standing/walking occasionally
☐ No lifting overhead

Will you please clarify if the claimant has capacity to sit over 50% or the time or if she can only sit up to 50% or the time.

Thanks

**Lincoln/Marcus 1088**

**Charles Martin**
Technical Claims Management Specialist
Group Benefits Disability Claims

**Lincoln Financial Group**
LincolnFinancial.com

800-291-0112 x14254
Office

603-430-1754 Fax



**Lincoln/Marcus 1089**



# GROUP DISABILITY INCOME POLICY

**Sponsor:**  **Balfour Beatty Investments, Inc.**

**Policy Number:**  **GF3-890-464263-01**

**Effective Date:**  **January 1, 2016**

**Governing Jurisdiction** is **Pennsylvania** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2017.

Liberty Life Assurance Company of Boston (hereinafter referred to as Liberty) agrees to pay benefits provided by this policy in accordance with its provisions.  This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent.  Under no circumstances will the Sponsor be deemed the agent of Liberty.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.

Signed at Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts, 02116

SECRETARY

PRESIDENT

**NON-PARTICIPATING**

**FORM ADOP**

**Lincoln/Marcus 1090**

## TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

Lincoln/Marcus 1091

## SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

Employees working a minimum of 30 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class  1:          Full-time salaried Employees

Class  2:          Full-time hourly Employees

**Note:**   This policy does not cover the following Employees: temporary and seasonal Employees and Employees who are not legal residents working in the United States.

**Eligibility Waiting Period:**

1.        If the Covered Person is employed by the Sponsor on the policy effective date - 12 months of continuous, Active Employment

2.        If the Covered Person begins employment for the Sponsor after the policy effective date - 12 months of continuous, Active Employment

**Employee Contributions Required:**

No

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

The greater of:

a.  the end of the Covered Person's Short Term Disability Benefits; or

b.  180 days

**Amount of Insurance:**

Applicable to Class 1:

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $15,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

Applicable to Class 2:

60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $10,000.00 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**

Applicable to Class 1:                                              $25,000.00

Applicable to Class 2:                                              $16,666.67

**Own Occupation Duration:**

Applicable to Class 1:

24 Month Own Occupation

Applicable to Class 2:

12 Month Own Occupation

**Form ADOP-SCH-3**                                          **Schedule of Benefits**

**Lincoln/Marcus 1093**

## SECTION 1 - SCHEDULE OF BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100.00 or 10.00% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

\*    SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

Form ADOP-SCH-4                                                    **Schedule of Benefits**

**Lincoln/Marcus 1094**

## SECTION 2 - DEFINITIONS

In this section Liberty defines some basic terms needed to understand this policy.  The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1.  on a full-time  basis and paid regular earnings;

2.  for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

    a.  at the Sponsor's usual place of business; or
    b.  at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1.  a weekend (except where one or both of these days are scheduled work days);
2.  holidays (except when the holiday is a scheduled work day);
3.  paid vacations;
4.  any non-scheduled work day;
5.  an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6.  an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Liberty Life Assurance Company of Boston, 9 Riverside Road, Weston, MA  02493.

**Form ADOP-DEF-1**                                                                                  **Definitions**

**Lincoln/Marcus 1095**

## SECTION 2 - DEFINITIONS
(Continued)

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include bonuses, commissions, overtime pay and extra compensation.

**"Consumer Price Index"** means the CPI-W, a government publication for wage earners and clerical workers provided monthly by the U.S. Department of Labor, or its successor approved by the Insurance Commissioner or in the event of no successor a similar index of comparable purpose chosen by Liberty and approved by the Insurance Commissioner.

**"Covered Person"** means an Employee insured under this policy.

## SECTION 2 - DEFINITIONS
(Continued)

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

Applicable to Class 1:

a.  i.  if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

   ii.  thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

Applicable to Class 2:

a.  i.  if the Covered Person is eligible for the 12 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

   ii.  thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

**"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1.  is payable under a Retirement Plan due to Disability as defined in that plan; and

2.  does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

**Form ADOP-DEF-3**                                                                 Definitions

**Lincoln/Marcus 1097**

## SECTION 2 - DEFINITIONS
(Continued)

**"Domestic Partner"** means an unmarried person of the same or opposite sex with whom the Covered Person shares a committed relationship, are jointly responsible for each other's welfare and financial obligations, at least 18 years of age and mentally competent to consent to a contract, not related by blood to a degree that could prohibit legal marriage in the state where they legally reside, maintain the same residence(s) and are not married to or legally separated from anyone else. A Domestic Partner certification must be completed and filed with the Sponsor before the partner can be designated as an Eligible Survivor.

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse or Domestic Partner, if living, otherwise the Covered Person's children under age 25.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any forty five or fewer days during the Elimination Period and cannot continue, Liberty will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Liberty.

Form ADOP-DEF-4.10                                                          Definitions

**Lincoln/Marcus 1098**

## SECTION 2 - DEFINITIONS
(Continued)

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

## SECTION 2 - DEFINITIONS
(Continued)

**"Indexed Basic Monthly Earnings"** means the Covered Person's Basic Monthly Earnings in effect just prior to the date Disability or Partial Disability began adjusted on the first anniversary of benefit payments and each anniversary thereafter.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1.  for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Liberty.

2.  for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes.  For the purpose of determining benefits under this policy:

1.  any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2.  any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the net Monthly Benefit payable to the Covered Person prior to his death.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

Form ADOP-DEF-6                                                                                          Definitions
**Lincoln/Marcus 1100**

## SECTION 2 - DEFINITIONS
(Continued)

**"Mental Illness"** means a psychiatric or psychological condition, without demonstrable organic origin, classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM). If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Liberty to the Disabled or Partially Disabled Covered Person.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

**Form ADOP-DEF-7.1**                                          **Definitions**

**Lincoln/Marcus 1101**

## SECTION 2 - DEFINITIONS
(Continued)

**"Partial Disability" or "Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1.  perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or

2.  perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and

3.  earn between 20.00% and 80.00% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1.  is licensed to practice medicine and is practicing within the terms of his license; or

2.  is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**Form ADOP-DEF-8**                                                                                   **Definitions**

**Lincoln/Marcus 1102**

## SECTION 2 - DEFINITIONS
(Continued)

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1.  a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

2.  an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and

3.  the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability.

**"Retirement Benefit under a Retirement Plan"** means money which:

1.  is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2.  does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3.  is payable upon:

    a.  early or normal retirement; or
    b.  Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**Form ADOP-DEF-9**                                    **Definitions**

**Lincoln/Marcus 1103**

## SECTION 2 - DEFINITIONS
### (Continued)

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions.  The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1.    which is part of any Federal, State, Municipal or Association retirement system; or

2.    for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

**Form ADOP-DEF-10**                                                                              **Definitions**

**Lincoln/Marcus 1104**

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1.  this policy's effective date; or

2.  the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Liberty through the Sponsor in a form or format satisfactory to Liberty.

An Employee will be insured on his Eligibility Date.

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness.  The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence

The Covered Person's coverage will not continue beyond a period of twelve weeks.  In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

## SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES
(Continued)

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1.  at the time of transfer are covered under the prior carrier's policy; and

2.  are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1.  the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2.  the amount of Disability benefits payable under this policy.  If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1.  Liberty will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2.  if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy; and the prior carrier's policy, the benefit will be determined according to this policy.  However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

## SECTION 4 - DISABILITY INCOME BENEFITS

**LONG TERM DISABILITY COVERAGE**

**Disability Benefit**

When Liberty receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Liberty will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy.  The benefit will be paid for the period of Disability if the Covered Person gives to Liberty Proof of continued:

1.   Disability;

2.   Regular Attendance of a Physician; and

3.   Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense.  In determining whether the Covered Person is Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1.   exceed the Covered Person's Amount of Insurance; or

2.   be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1.   Take the lesser of:

a.   the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

b.   the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2.   Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.  However, the Minimum Monthly Benefit will not be paid if the total of the Minimum Monthly Benefit and the benefits the Covered Person receives under Workers' Compensation and/or wage loss replacement benefits under the Pennsylvania Motor Vehicle Responsibility Law equals or exceeds 100% of the Covered Person's Pre-Disability Earnings.  Also, if an overpayment is due to

Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Liberty receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy.  To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20.00% and 80.00% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Liberty Proof of continued:

1.   Partial Disability;

2.   Regular Attendance of a Physician; and

3.   Appropriate Available Treatment.

The Proof must be given upon Liberty's request and at the Covered Person's expense.  In determining whether the Covered Person is Partially Disabled, Liberty will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Proportionate Loss Monthly Calculation with Work Incentive Benefit**

For the first 24 Months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings.  The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings.  If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, to figure the Amount of Monthly Benefit the formula (A divided by B) x C will be used.

A = The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

B = The Covered Person's Basic Monthly Earnings.

C = The Monthly Benefit as figured in the Disability provision of this policy plus the Covered Person's earnings received while he is Partially Disabled, (but, not including adjustments under the Cost of Living Adjustment Benefit, if included).

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability** (Continued)

**Proportionate Loss Monthly Calculation with Work Incentive Benefit** (Continued)

On the first anniversary of benefit payments and each anniversary thereafter, for the purpose of calculating the benefit, the term "Basic Monthly Earnings" is:

1.  replaced by "Indexed Basic Monthly Earnings"; and

2.  increased annually by 7.00%, or the current annual percentage increase in the Consumer Price Index, whichever is less.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.  However, the Minimum Monthly Benefit will not be paid if the total of the Minimum Monthly Benefit and the benefits the Covered Person receives under Workers' Compensation and/or wage loss replacement benefits under the Pennsylvania Motor Vehicle Responsibility Law equals or exceeds 100% of the Covered Person's Pre-Disability Earnings.  Also, if an overpayment is due to Liberty, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

Applicable to Class 1:

**Mental Illness and/or Substance Abuse Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

Applicable to Class 2:

**Mental Illness and/or Substance Abuse Limitation**

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 12 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the combined period of 12 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit**

Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program.  Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit.  If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy.  To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1.  be Disabled and receiving benefits under this policy; and

2.  be fully participating in a Rehabilitation Program approved by Liberty.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 70.00%.  The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Disability Benefits Termination**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program.  If Liberty recommends rehabilitation, no benefit will be paid from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1.  when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;

2.  in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or

3.  when the Rehabilitation Program ends.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

**Form ADOP-LTD-9**

**Long Term Disability**
**Rehabilitation**

**Lincoln/Marcus 1115**

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Three Month Survivor Benefit**

Liberty will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1.   after Disability had continued for 6 or more consecutive months;  and

2.   while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children.  However, if any of said children are minors or are physically or mentally incapable of giving a valid release for payment, payment will be made on their behalf to the children's guardian, or as the courts may otherwise direct.  This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Liberty at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Liberty, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Liberty will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1.  $1,000.00; or

2.  the equivalent of 2 months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1.  the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and

2.  any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Liberty; and

3.  the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1.  the proposed modifications have been made; and

2.  written proof of the expenses incurred by the Sponsor has been provided to Liberty; and

3.  Liberty has received proof that the Covered Person has returned to and/or remains at work.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1.  The amount for which the Covered Person is eligible under:

    a.  Workers' or Workmen's Compensation Laws;
    b.  Occupational Disease Law;
    c.  Title 46, United States Code Section 688 (The Jones Act);
    d.  any work loss provision in mandatory "No-Fault" auto insurance;
    e.  Railroad Retirement Act;
    f.  Pennsylvania's Motor Vehicle Financial Responsibility Law;
    g.  any governmental compulsory benefit act or law; or
    h.  any other act or law of like intent.

2.  The amount of any Disability benefits which the Covered Person is eligible to receive under:
    a.  any other group insurance plan of the Sponsor;
    b.  any governmental retirement system as a result of his employment with the Sponsor ; or
    c.  any individual insurance plan where the premium is wholly or partially paid by the Sponsor.  However, Liberty will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings.  If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3.  The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

    a.  the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
    b.  the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4.  The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

    a.  the Covered Person receives or is eligible to receive; and
    b.  his spouse, child or children receives or are eligible to receive because of his Disability; or
    c.  his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5.  Any amount the Covered Person receives from any unemployment benefits.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1.  the amount of earnings the Covered Person earns or receives while Partially Disabled;

2.  any severance; and

3.  any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s); and

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Liberty pays a benefit.  The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Liberty will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1.  provides satisfactory proof of application for Other Income Benefits;

2.  signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Liberty for any overpayment resulting from the award or receipt of Other Income Benefits;

3.  if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Liberty determines that further appeals are not likely to succeed; and

4.  if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Liberty determines that further appeals are not likely to succeed.

Liberty will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Liberty overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Liberty will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Liberty may help a Covered Person in applying for Social Security Disability Income Benefits.  In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Liberty.  Such assistance will be provided only if Liberty determines that assistance would be beneficial.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1. loss of past or future wages;
2. impaired earnings capacity;
3. lessened ability to compete in the open labor market;
4. any degree of permanent impairment; and
5. any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1. over the period of time such benefits would have been paid if not in a lump sum; or

2. if such period of time cannot be determined, the lesser of:

   a. the remainder of the Maximum Benefit Period; or
   b. 5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy.  This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis.  The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1. the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2. the date the Covered Person fails to cooperate in the administration of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3. the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4. the date the Covered Person refuses to receive Appropriate Available Treatment;

5. the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6. the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7. on the first day of the month following the date the Covered Person refuses to fully participate in a Rehabilitation Program recommended by Liberty according to the individually written Rehabilitation Program;

8. the date the Covered Person's current Partial Disability earnings exceed 80.00% of his Indexed Basic Monthly Earnings;

   Because the Covered Person's current earnings may fluctuate, Liberty will average earnings over three consecutive months rather than immediately terminating his benefit once 80.00% of Indexed Basic Monthly Earnings has been exceeded.

9. the date the Covered Person is no longer Disabled according to this policy;

10. the end of the Maximum Benefit Period; or

11. the date the Covered Person dies.

## SECTION 4 - DISABILITY INCOME BENEFITS
(Continued)

**LONG TERM DISABILITY COVERAGE** (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1.  returns to his Own Occupation on an Active Employment basis for less than one hundred eighty continuous days; and

2.  performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for one hundred eighty  continuous days or more, the Successive Period of Disability will be treated as a new period of Disability.  The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

**Form ADOP-LTD-27.1**

**Long Term Disability**
**Successive Disability**

**Lincoln/Marcus 1123**

## SECTION 5 - EXCLUSIONS

**GENERAL EXCLUSIONS**

This policy will not cover any Disability due to:

1.  war, declared or undeclared, or any act of war;

2.  intentionally self-inflicted injuries, while sane or insane;

3.  active Participation in a Riot;

4.  the committing of or attempting to commit a felony or misdemeanor;

5.  cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person; or

6.  a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together acting with a common intent and damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

## SECTION 5 - EXCLUSIONS
(Continued)

**LONG TERM DISABILITY COVERAGE**

Applicable to Class 1:

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1.  which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2.  which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

Applicable to Class 2:

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1.  which is caused or contributed to by, or results from, a Pre-Existing Condition; and

2.  which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any six consecutive months after his effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within six months prior to the Covered Person's effective date of coverage.

## SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1.  the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2.  the date the Covered Person is no longer in an eligible class;

3.  the date the Covered Person's class is no longer included for insurance;

4.  the date employment terminates.  Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

    a.  the Elimination Period; and
    b.  any period during which premium is being waived.

5.  the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Liberty reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

Form ADOP-TER-1                                                         **Termination Provisions**

**Lincoln/Marcus 1126**

## SECTION 6 - TERMINATION PROVISIONS
(Continued)

**Policy Termination**

1.  Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2.  If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period.  The Sponsor may terminate this policy by advance written notice delivered to Liberty at least 31 days prior to the termination date.  This policy will not terminate during any period for which premium has been paid.  The Sponsor will be liable to Liberty for all premiums due and unpaid for the full period for which this policy is in force.

3.  Liberty may terminate this policy on any premium due date by giving written notice to the Sponsor at least 31 days in advance if:

    a.  the number of Employees insured is fewer than 10; or

    b.  less than 100.00% of all the Employees eligible for any non-contributory insurance are insured for it; or

    c.  the Sponsor fails:

        i.  to furnish promptly any information which Liberty may reasonably require; or
        ii. to perform any other obligations pertaining to this policy (according to the terms and conditions contained in this policy).

4.  Liberty may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months.  Liberty will provide written notice of such termination to the Sponsor at least 31 days before the termination is effective.

5.  Termination may take effect on an earlier date if agreed to by the Sponsor and Liberty.

Form ADOP-TER-2.3                                                  **Termination Provisions**
                                                                   **Lincoln/Marcus 1127**

## SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1. This policy is the entire contract. It consists of:

   a. all of the pages; and
   b. the attached signed Application of the Sponsor.

2. This policy may be changed in whole or in part. Only an officer of Liberty can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3. No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Liberty will provide a Certificate to the Sponsor for delivery to Covered Persons. It will state:

1. the name of the insurance company and the policy number;
2. a description of the insurance provided;
3. the method used to determine the amount of benefits;
4. to whom benefits are payable;
5. limitations or reductions that may apply;
6. the circumstances under which insurance terminates; and
7. the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Liberty, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Liberty. This right may be used as often as reasonably required.

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Furnishing of Information - Access to Records**

1.  The Sponsor will furnish at regular intervals to Liberty:

    a.  information relative to Employees:

        i.   who qualify to become insured;
        ii.  whose amounts of insurance change; and/or
        iii. whose insurance terminates.

    b.  any other information about this policy that may be reasonably required.

    The Sponsor's records which, in the opinion of Liberty, have a bearing on the insurance will be opened for inspection at any reasonable time.

2.  Clerical error or omission will not:

    a.  deprive an Employee of insurance;
    b.  affect an Employee's Amount of Insurance; or
    c.  effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Liberty shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder.  Liberty's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue.  The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1.  until 60 days after Proof of claim has been given; or

2.  more than three years after the time Proof of claim is required.

Form ADOP-GNP-2.1                                              **General Provisions**

**Lincoln/Marcus 1129**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium.  If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Liberty is advised of the error.

**Notice and Proof of Claim**

1.  **Notice**

    a.  Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based.  If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so.  Such notice of claim must be received in a form or format satisfactory to Liberty.

    b.  When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms.  If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.

2.  **Proof**

    a.  Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.

    b.  Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time.  Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

    c.  Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.

Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person.  But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Liberty has the right to pay up to $250 to any of the Covered Person's relatives or any other person whom Liberty considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person.  If Liberty in good faith pays the benefit in such a manner, any such payment shall fulfill Liberty's responsibility for the amount paid.

Form ADOP-GNP-3.6                                                 General Provisions

**Lincoln/Marcus 1130**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Right of Recovery**

Liberty has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1. fraud;
2. any error made by Liberty in processing a claim; or
3. the Covered Person's receipt of any Other Income Benefits.

Liberty may recover an overpayment by, but not limited to, the following:

1. requesting a lump sum payment of the overpaid amount;
2. reducing any benefits payable under this policy;
3. taking any appropriate collection activity available including any legal action needed; and
4. placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Liberty within 60 days of such overpayment.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees).  No representation by:

1. the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2. any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Subrogation and Reimbursement**

When a Covered Person's Injury appears to be someone else's fault, benefits otherwise payable under this policy for loss of time as a result of that Injury will not be paid unless the Covered Person or his legal representative agree(s):

1. to repay Liberty for such benefits to the extent they are for losses for which compensation is paid to the Covered Person by or on behalf of the person at fault;

2. to allow Liberty a lien on such compensation and to hold such compensation in trust for Liberty; and

3. to execute and give to Liberty any instruments needed to secure the rights under 1. and 2. above.

Further, when Liberty has paid benefits to or on behalf of the injured Covered Person, Liberty will be subrogated to all rights of recovery that the Covered Person has against the person at fault.  These subrogation rights will extend only to recovery of the amount Liberty has paid.  The Covered Person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to Liberty.  This provision is not enforceable where prohibited by statute or regulation.

**Form ADOP-GNP-4.4**                                                 **General Provisions**

**Lincoln/Marcus 1131**

## SECTION 7 - GENERAL PROVISIONS
(Continued)

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

Form ADOP-GNP-5

General Provisions

**Lincoln/Marcus 1132**

## SECTION 8 - PREMIUMS

**Premium Rates**

Liberty has set the premiums that apply to the coverage(s) provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months except that Liberty may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below:

1. a change occurs in the policy design;

2. a division, subsidiary or Associated Company is added to or deleted from this policy;

3. when the number of Covered Persons changes by 15.00% or more from the number insured on this policy's effective date; or

4. a change in existing law which affects this policy.

No premium may be changed unless Liberty notifies the Sponsor at least 31 days in advance. Premium changes may take effect on an earlier date when both Liberty and the Sponsor agree.

**Payment of Premiums**

1. All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Liberty's Administrative Office, or to Liberty's agent. The due dates are specified on the first page of this policy.

2. All payments made to or by Liberty shall be in United States dollars.

3. If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4. The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates. This manner of charging premium is for accounting purposes only. It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.

5. If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6. Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

    1. the current policy year; and

    2. the immediately preceding policy year.

Form ADOP-PRE-1                                                                                    Premiums

**Lincoln/Marcus 1133**

## SECTION 8 - PREMIUMS
(Continued)

**Grace Period**

This is the 60 days following a premium due date, other than the first, during which premium payment may be made.  During the grace period this policy shall continue in force, unless the Sponsor has given Liberty written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

**Form ADOP-PRE-2**                                                                                               **Premiums**

**Lincoln/Marcus 1134**

## AMENDMENT NO. 1

It is agreed the following changes are hereby made to this policy:  GF3-890-464263-01

| Changes | Additions | Deletions |
|---|---|---|
| Update to Eligibility Waiting Period | Form ADOP-SCH-1 R (1) | Form ADOP-SCH-1 |

The effective date of this change is June 1, 2017.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 9th day of November, 2017.

Issued to and Accepted by:


Balfour Beatty Investments, Inc.
**Sponsor**


By _____
**Signature and Title of Officer**



**Liberty Life Assurance Company of Boston**



*Nancy Goelwin*



**Form ADOP-AMENDMENT**                     Delete/Add Policy Pages

**Lincoln/Marcus 1135**

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| BALFOUR BEATTY INVESTMENTS | LESLIE MARCUS | 9303113 |

| | | | |
|---|---|---|---|
| Report Date: | 7/25/21 | | |
| Referred By: | Charles Martin | Claimant DOB: | |
| Referral Date: | 07/06/2021 | Job Title: | REGIONAL PROPERTY MGR |
| Due Date: | 07/21/2021 | Medical/ Surgical Condition: | chronic fatigue, Ehlers-Danlos, and autonomic neuropathy |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 05/03/2019 |
| | | DOD: | 04/13/2019 |
| Physical Demands: | | BBD: | 10/17/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Referral Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s) on up to the first 3 diagnoses.

The medical records available for review and my telephone conversation with primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 7/20/21 continue to support the primary diagnoses of myalgic encephalitis/chronic fatigue syndrome (R53.82) and hypermobility/Ehlers-Danlos syndrome (M35.7) with related fatigue and autonomic dysfunction.

2. If applicable please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s) on up to the first 3 diagnoses.

The medical records available for review also support the diagnoses of paroxysmal atrial fibrillation (I48.0) status-post ablation in 2018 and 2019, postural orthostatic tachycardia syndrome (I49.8), small fiber neuropathy (G62.89), history of asthma, history of iron deficiency anemia, gastroparesis, irritable bowel syndrome, possible REM sleep disorder, and a history of upper and lower extremity deep venous thromboses and pulmonary embolism.

3. Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported

**Lincoln/Marcus 1136**

level of impairment translates into restrictions and limitations from current to ongoing, indefinite, permanent, not at all, and comment on the expected duration.

The medical records available for review and my telephone conversation with primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 7/20/21 support the conclusion that the claimant is currently and permanently capable of full-time work activity with the following restrictions/limitations:

- Lifting/carrying up to 10 pounds occasionally
- Sitting over 50% of the time
- Standing/walking occasionally
- No lifting overhead

4. Do the medical records reviewed support the R&Ls, if any, that were recommended by treating providers for the time frames in question? (If "No," please discuss differences in the comment section below).

The medical records available for review and my telephone conversation with primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 7/20/21 support the R&Ls outlined in #3 above.

5. Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition? (If "No" please explain in the comment section below).

Yes.

6. Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?

No.

7. Please comment on whether the activity shown on surveillance is or is not consistent with available clinical information and any assertions of functional capacity.

The investigative reports available for review suggest functional capacity exceeding the claimant's self-reports to healthcare providers of level of function documented in the medical records available for review.

The investigative reports available for review also suggest functional capacity exceeding the claimant's self-reported functional capacity in the Lincoln Financial Group Activities Questionnaire completed by the claimant on 6/17/21.

8. Please contact tx provider(s): Tonia Graham, FNP-BC (623) 322-0099 f (623) 322-0966. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation,

**Lincoln/Marcus 1137**

the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records. Please discuss the social media findings with Dr. Graham showing the claimant able to snorkle, swim with sharks, steer a sailboat, get married while on vacation, etc... while claiming she can barely walk on her activities questionnaire and describe her input regarding restrictions/limitations after discussing the findings.

9. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing full time activities throughout an 8 hour day.

See # 3.

10. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.

No.

11. Please review the treating provider's treatment plan. Based on available medical records, please indicate whether or not it is consistent with the current standard of care. If not, please provide an evidence based rationale to support if it is or is not consistent with the current standard of care.

Treatment plans documented in the medical records available for review are consistent with the current standard of care.

12. Based on the social media findings compared to her subjective complaints and medical records, is there evidence that the claimant is malingering?

See # 7.

Other: Please do not comment on whether or not the claimant is disabled from a mental nervous condition as she is not treating with a psychiatrist or therapist and is not claiming disability for a mental nervous condition.

Analysis of Medical Documentation and Support for Responses to Referral Questions:

The medical records available for review and my telephone conversation with primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 7/20/21 support the

**Lincoln/Marcus 1138**

conclusion that the claimant is currently and permanently capable of full-time work activity with the following restrictions/limitations:

- Lifting/carrying up to 10 pounds occasionally
- Sitting over 50% of the time
- Standing/walking occasionally
- No lifting overhead

These restrictions/limitations are reasonably supported based on the consistently documented primary diagnoses of myalgic encephalitis/chronic fatigue syndrome (R53.82) and hypermobility/Ehlers-Danlos syndrome (M35.7) with related fatigue and autonomic dysfunction and conclusions based on my conversation with Ms. Graham. During our conversation, Ms. Graham and I discussed the claimant's primary diagnoses of myalgic encephalitis/chronic fatigue syndrome and hypermobility syndrome. I inquired as to whether Ms. Graham has placed current restrictions and/or limitations on the claimant's physical activity. Ms. Graham explained that she has not recommended to the claimant that she limit physical activity, but the claimant has reported to Ms. Graham that she has a lot of post-exertional fatigue after physical activity. I inquired as to whether Ms. Graham feels the claimant is capable of a sedentary job and Ms. Graham explained that she feels sedentary work would be great for the claimant. Ms. Graham explained that the claimant has recently reported short-term memory issues to her, and Ms. Graham has referred the claimant to a neurologist for this. Ms. Graham explained that the neurology consult is pending at this time. I asked Ms. Graham if she has noted any abnormal findings on physical examination related to memory loss. Ms. Graham explained that she has not, but she has noticed that the claimant brings her significant other to her appointments and he provides information to Ms. Graham if the claimant is unable to remember the information. At the conclusion of our conversation, Ms. Graham confirmed that she feels the claimant has no physical restrictions other than the reported memory loss and the inability to lift heavy weight above her head due to her cervical spine degenerative disc disease. The medical records available for review and my conversation with Ms. Graham support the conclusion that the claimant is currently and permanently not precluded from full-time sedentary work activity. The medical records available for review do not support restrictions or limitations based on claimant reported recent short-term memory loss.

All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent records in the file which are a progress note written by primary treating provider, nurse practitioner Tonia Graham, F.N.P. on 5/22/21, a Lincoln Financial Group Activities Questionnaire completed by the claimant on 6/17/21, and an Investigative Report date 6/24/21.

*Electronically Signed,*

Sharon J. Obadia, D.O.
Diplomate, American Board of Internal Medicine

**Lincoln/Marcus 1139**

**Lincoln/Marcus 1140**

**From:**RightFax E-mail Gateway Ashburn <rfax@smtp.lfg.com>
**Sent:**Sun, 25 Jul 2021 12:48:02 -0400
**To:**Obadia, Sharon
**Subject:**Your fax has been successfully sent to Tonia Graham, FNP at 623-322-0966.

Your fax has been successfully sent to Tonia Graham, FNP at 623-322-0966.
-----------------------------------------------------------
12:45:31 PM 7/25/2021 Conversion Error Record
[009b0578]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (83ms)
Aspose #1: Success (24145ms)
Field Replacement #1: Success (402ms)
Word Automation #1: Microsoft Word is not installed on this server. (40ms)

12:45:37 PM 7/25/2021 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (517ms)
Image Optimization #1: Success (209ms)
PCL6 #1: Success (570ms)

7/25/2021 12:45:40 PM Transmission Record
    Sent to 623-322-0966 with remote ID "6233220966"
    Inbound user ID SHMOB4, routing code 100
    Result: (0) Success
    Page record: 1 - 5
    Elapsed time: 01:36 on channel 0

**Lincoln/Marcus 1141**

Secure fax provided by:
Lincoln Financial Group
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688

341-1415

July 25, 2021

Tonia Graham, F.N.P.
Fax: 623-322-0966

Re: Disability Benefits
      Claimant Name: Leslie Marcus
      Claimant DOB:
      Claim Number:  9303113

Dear Ms. Graham,

Thank you for taking the time to speak with me on 7/20/21.  As the consulting physician who was asked by Lincoln Financial Group to review the medical records Ms. Marcus submitted to request disability benefits, the opportunity to speak with you was appreciated.  Please review this summary of our conversation for accuracy.

During our conversation, we discussed Ms. Marcus's primary diagnoses of myalgic encephalitis/chronic fatigue syndrome and hypermobility syndrome.  I inquired as to whether you have placed current restrictions and/or limitations on Ms. Marcus's physical activity.  You explained that you have not recommended to Ms. Marcus that she limit physical activity, but she has reported to you that she has a lot of post-exertional fatigue after physical activity.  I inquired as to whether you feel Ms. Marcus is capable of a sedentary job and you explained that you feel sedentary work would be great for Ms. Marcus.  You explained that she has recently reported short-term memory issues to you and you have referred her to a neurologist for this.  You explained that the neurology consult is pending at this time. I asked if you have noted any abnormal findings on physical examination related to memory loss.  You explained that you have not, but you have noticed that Ms. Marcus brings her significant other to her appointments and he provides information to you if Ms. Marcus is unable to remember the information.  At the conclusion of our conversation, you confirmed that you feel Ms. Marcus has no physical restrictions other that the reported memory loss and you feel she is unable to lift heavy weight above her head due to her cervical spine degenerative disc disease, which you explained is non-operable.

Your patient's disability case manager is requesting that within 5 days you make any needed corrections or comments in the margins of this letter, or if needed on a separate correspondence that should be attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance,

*-Electronically Signed-*

  Sharon Obadia, D.O.
  Diplomate, American Board of Internal Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

_____   _____
Tonia Graham, F.N.P.    Date

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Marcus 1142**

Page **2** of **4**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Marcus 1143**

Page **3** of **4**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Marcus 1144**

Page **4** of **4**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Marcus 1145**

**From:** Whitney Drummond <whitney.drummond@coventbridge.com>
**Sent:** Mon, 28 Jun 2021 16:15:29 +0000
**To:** Martin, Charles
**Cc:** VendorReferrals;SIU
**Subject:** Leslie Marcus 9303113
**Attachments:** Leslie Marcus 9303113.pdf, Facebook Preservations - Leslie Marcus.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Charles Martin,
Please find attached report and enclosure.
If you have any questions please contact Dave Foster.

Thanks,

Whitney Drummond

**Invoicing Specialist**

Whitney.drummond@CoventBridge.com

P: 888.932.7364 | F: 888.746.7755



**CONFIDENTIALITY NOTICE:** The information in this e-mail message and any attachment is intended solely for the party to whom it is addressed. This information is privileged, confidential, and protected from disclosure and should not be disseminated, distributed, or copied. If you are not the intended recipient and have received this communication in error, please notify the sender by e-mail and destroy all copies of this communication. Thank you.

**Lincoln/Marcus 1146**



Lincoln/Marcus 1147



**Lincoln/Marcus 1148**



**Lincoln/Marcus 1149**



Lincoln/Marcus 1150



**Lincoln/Marcus 1151**



Lincoln/Marcus 1152



**Lincoln/Marcus 1153**



Lincoln/Marcus 1154



Lincoln/Marcus 1155



Lincoln/Marcus 1156



**Lincoln/Marcus 1157**





**Lincoln/Marcus 1159**





Lincoln/Marcus 1161



Lincoln/Marcus 1162



Lincoln/Marcus 1163



Lincoln/Marcus 1164



Lincoln/Marcus 1165



**Lincoln/Marcus 1166**



**Lincoln/Marcus 1167**



**Lincoln/Marcus 1168**



Lincoln/Marcus 1169



Lincoln/Marcus 1170



Lincoln/Marcus 1171



**Lincoln/Marcus 1172**



Lincoln/Marcus 1173



**Lincoln/Marcus 1174**



Lincoln/Marcus 1175



**Lincoln/Marcus 1176**



## CONFIDENTIAL INVESTIGATIVE REPORT
### June 24, 2021

| Attn: Charles Martin Group Benefits Disability Claims 100 Liberty Way Dover, NH 03820 | YOUR FILE NO. | 9303113 |
| --- | --- | --- |
| | OTHER FILE NO. | Moore, C |
| | OUR FILE NO. | 202105-800.2 |
| | INSURED/EMPLOYER | Balfour Beatty Investments |
| | ASSIGNMENT OPEN | 6/21/2021 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | OOW embolism | |
| DATE OF LOSS | 4/13/2019 | |
| INVESTIGATOR | Maggie Galvis | |
| DATES OF INVESTIGATION | 6/24/2021 | |

| CLAIMANT | |
| --- | --- |
| NAME: | Leslie Marcus |
| ADDRESS: | |
| DOB: | |

| PHOTO IDENTIFICATION |
| --- |



Name: Leslie Marcus                                                                   Page: 2
Claim Number: 9303113

## SUMMARY

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, MySpace, Twitter, and YouTube. **Matches were located on the following sites: Facebook, LinkedIn, Instagram, and Esty.**

A Facebook profile was located for the claimant under the name Leslie Marcus Cornwell. According to this profile the claimant recently traveled to the Bahamas where she had an impromptu wedding. Videos were located and preserved showing the claimant sailing, swimming, and doing a variety of activities. A total Facebook preservation was conducted for the claimant. Please see those results for additional content.

A second Facebook profile was located for the claimant. No updated have been made to this profile since the last report conudcted.

A Facebook profile was located for the claimant's sister, Sheri Marcus. No relevant information was located on this profile.

A LinkedIn profile was located for the claimant. This profile reports the claimant is "Taking a break from the real world" in Phoenix, AZ.

The previously reported Instagram profile has been deleted. A new Instagram profile was located for the claimant under the username @lesliemarcuscornwell. This profile reports the claimant is a "CFS warrior".

An Etsy profile was located for the claimant under the name Bettysbeads0828.

Search criteria included variations of names, places of residence, telephone numbers and other information.

## ANALYSIS

**MAPPING**
- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence .

**DIRECTORY ASSISTANCE**
- Directory assistance lists the provided phone number for the claimant                    as a mobile number in                    , AZ.

**SOCIAL NETWORKING**
- Positive matches were located on the claimant through Facebook, LinkedIn, Instagram, and Esty.

**Lincoln/Marcus 1178**

Name: Leslie Marcus                                                                      Page: 3
Claim Number: 9303113

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of

.





### Directory Assistance

An online directory assistance search revealed the claimant's phone number of as a mobile number in

**Registered in**

⊘ LOW SPAM RISK   (Report Spam)

Mobile

**Lincoln/Marcus 1179**

Name: Leslie Marcus                                                      Page: 4
Claim Number: 9303113

## Social Networking

### Facebook

A Facebook profile was located for the claimant under the name Leslie Marcus Cornwell. According to this profile the claimant recently traveled to the Bahamas where she had an impromptu wedding. Videos were located and preserved showing the claimant sailing, swimming, and doing a variety of activities. A total Facebook preservation was conducted for the claimant. Please see those results for additional content.

URL: https://www.facebook.com/leslie.m.kellett



**Leslie Marcus Cornwell**

I don't have a short temper, I just have a quick reaction to bullshit 💜😂🤣💚😊🙏



**About**

Overview

Work and Education

Places Lived

Contact and Basic Info

Family and Relationships

Details About Leslie

Life Events

Self Health Advocate
Past: Balfour Beatty

No schools to show

Lives in

From Clarks Summit, Pennsylvania

Married since June 11, 2021

**Lincoln/Marcus 1180**

Name: Leslie Marcus                                                                Page: 5
Claim Number: 9303113



**About**

Overview

**Work and Education**

Places Lived

Contact and Basic Info

Family and Relationships

Details About Leslie

Life Events

**Work**

Self Health Advocate
December 16, 2017 - Present
Fighting to find a cure for me

Former Regional Manager at Balfour Beatty
2015 - 2019

**College**

No schools to show

**High School**

No schools to show

**About**

Overview

Work and Education

**Places Lived**

Contact and Basic Info

Family and Relationships

Details About Leslie

Life Events

**Places Lived**

Current city

Clarks Summit, Pennsylvania
Hometown

Harrisburg, Pennsylvania

**About**

Overview

Work and Education

Places Lived

**Contact and Basic Info**

Family and Relationships

Details About Leslie

Life Events

**Contact Info**

No contact info to show

**Websites and Social Links**

No links to show

**Basic Info**

Female
Gender

Other
Political views

**Lincoln/Marcus 1181**

Name: Leslie Marcus

Page: 6

Claim Number: 9303113



**About**

Overview

Work and Education

Places Lived

Contact and Basic Info

Family and Relationships

Details About Leslie

Life Events

**Relationship**

♥ Married since June 11, 2021

**Family Members**

Sheri Marcus
Sibling

**About**

Overview

Work and Education

Places Lived

Contact and Basic Info

Family and Relationships

Details About Leslie

Life Events

**About Leslie**

No additional details to show

**Name Pronunciation**

No name pronunciation to show

**Other Names**

No other names to show

**Favorite Quotes**

No favorite quotes to show



**About**

Overview

Work and Education

Places Lived

Contact and Basic Info

Family and Relationships

Details About Leslie

Life Events

**Life Events**

2019

Left Job at Balfour Beatty

2015

Started New Job at Balfour Beatty

2012

First Met Andrew M. Carless

1999

Had a Child

**Lincoln/Marcus 1182**

Name: Leslie Marcus
Claim Number: 9303113

Page: 7

 **Leslie Marcus Cornwell** is with **Sophia Debilzan** and **Robbie Olson** at Exhumas ( Bahamas ).
June 16 at 3:45 PM · Nassau, The Bahamas · 🌐

In the past 10 days in paradise we have seen beauty beyond reproach, the Exhumas 🏴 are an Oceanic playground of kick ass beauty.

We walked in the clearest ocean on the whitest beaches, snorkeled with stunning coral & fish, experienced Thunderball Grotto, swam with pigs & sharks, navigated 2 ocean rivers, looked for buried treasure, were visited by barracuda, sting rays, sea turtles and countless Conch, ate & drank like royalty and had an unplanned wedding 💍.WOW.

Thank you Sophia Debilzan Robbie Olson One Love Sailing Charters for your gracious hospitality and an amazing adventure.....my only question is where are we going next year?
#onelove



 **Leslie Marcus Cornwell** updated her profile picture.
June 14 at 10:24 PM · 🌐

6.11.21
Made it official and married my best friend.
Unplanned, unscripted, 100% US.



**Lincoln/Marcus 1183**

Name: Leslie Marcus                                                                    Page: 8
Claim Number: 9303113



Name: Leslie Marcus                                                                                    Page: 9
Claim Number: 9303113





**Lincoln/Marcus 1185**

Name: Leslie Marcus    Page: 10
Claim Number: 9303113



Leslie Marcus Cornwell
June 14 at 9:37 PM · 🌐

👍 1

👍 Like          ➦ Share

**Lincoln/Marcus 1186**

Name: Leslie Marcus
Claim Number: 9303113

Page: 11



Leslie Marcus Cornwell
June 14 at 9:37 PM · 🌐

❤️ 2

👍 Like    ➢ Share

**Lincoln/Marcus 1187**

Name: Leslie Marcus
Claim Number: 9303113

Page: 12



**Lincoln/Marcus 1188**

Name: Leslie Marcus                                                                Page: 13
Claim Number: 9303113





Leslie Marcus Cornwell
June 14 at 9:37 PM · 

3

👍 Like          ➢ Share

**Lincoln/Marcus 1189**

Name: Leslie Marcus                                                          Page: 14
Claim Number: 9303113





Leslie Marcus Cornwell
June 14 at 9:37 PM · 🌐

⬤🔵 3

👍 Like          ↗ Share

**Lincoln/Marcus 1190**

Name: Leslie Marcus                                                                 Page: 15
Claim Number: 9303113





Name: Leslie Marcus

Claim Number: 9303113

Page: 16





**Lincoln/Marcus 1192**

Name: Leslie Marcus                                                                          Page: 17
Claim Number: 9303113





Facebook Link:
https://www.facebook.com/1273299832/videos/pcb.10226043300690410/102260432944
90255

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-
800.2_FB%20post_06122021.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-
800.2_FB%20post_06122021.mp4?dl=1

**Lincoln/Marcus 1193**

Name: Leslie Marcus

Page: 18

Claim Number: 9303113



**Lincoln/Marcus 1194**

Name: Leslie Marcus                                                                                      Page: 19
Claim Number: 9303113



Facebook Link: https://www.facebook.com/leslie.m.kellett/videos/10226035392252704

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06112021.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06112021.mp4?dl=1

**Lincoln/Marcus 1195**

Name: Leslie Marcus

Claim Number: 9303113

Page: 20



Leslie Marcus Cornwell is with Robbie Olson.
June 11 at 10:33 AM · 🌐

Rachel's Bubble Bath.
Where the Oceans meet
One Love Sailing Charters
Shroud Cay



0:20 / 0:44

Leslie Marcus Cornwell is with Robbie Olson at Pig Beach - Big Major Cay, Exuma, Bahamas.
June 10 at 10:32 PM · Nassau, The Bahamas · 🌐

Different perspective today 🐷🇧🇸
One Love Sailing Charters



0:12 / 1:13

**Lincoln/Marcus 1196**

Name: Leslie Marcus

Claim Number: 9303113

Page: 21

Facebook Link:
https://www.facebook.com/1273299832/videos/pcb.10226032724426010/10226032705065526

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06102021.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06102021.mp4?dl=1



Facebook Link: https://www.facebook.com/leslie.m.kellett/videos/10226031956566814

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06092021.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06092021.mp4?dl=1

**Lincoln/Marcus 1197**

Name: Leslie Marcus                                                                    Page: 22
Claim Number: 9303113



Facebook Link:
https://www.facebook.com/1273299832/videos/pcb.10226004704965541/102260046718
84714

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-
800.2_FB%20post_06062021-2.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-
800.2_FB%20post_06062021-2.mp4?dl=1

**Lincoln/Marcus 1198**

Name: Leslie Marcus                                                    Page: 23
Claim Number: 9303113



Facebook Link:
https://www.facebook.com/1273299832/videos/pcb.10226004704965541/102260046729
24740

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-
800.2_FB%20post_06062021.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-
800.2_FB%20post_06062021.mp4?dl=1

**Lincoln/Marcus 1199**

Name: Leslie Marcus
Claim Number: 9303113

Page: 24



Facebook Link: https://www.facebook.com/leslie.m.kellett/videos/10226001327401104

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06052021.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_06052021.mp4?dl=1

**Lincoln/Marcus 1200**

Name: Leslie Marcus

Page: 25

Claim Number: 9303113









Facebook Link:

https://www.facebook.com/1273299832/videos/pcb.10225903202388040/10225903194707848

**Lincoln/Marcus 1201**

Name: Leslie Marcus

Page: 26

Claim Number: 9303113

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_05232021-2.mp4

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_05232021-2.mp4?dl=1




Facebook Link:
https://www.facebook.com/1273299832/videos/pcb.10225903202388040/10225903195707873

Stream Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_05232021.mp4

**Lincoln/Marcus 1202**

Name: Leslie Marcus                                          Page: 27
Claim Number: 9303113

Download Link: https://www.cbgecase.com/media/202105-800/21/202105-800.2_FB%20post_05232021.mp4?dl=1



**Lincoln/Marcus 1203**

Name: Leslie Marcus                                                                              Page: 28
Claim Number: 9303113

A second Facebook profile was located for the claimant. No updated have been made to this profile since the last report conudcted.

URL: https://www.facebook.com/Leslie-Susan-Marcus-101402154550566



Name: Leslie Marcus                                                                                      Page: 29
Claim Number: 9303113



**Lincoln/Marcus 1205**

**Leslie Susan Marcus**
January 17 · 🌐    •••

Sick and tired of being sick and tired



**Leslie Susan Marcus**
December 17, 2020 · 🌐    •••

Today marks 3 years that a jackass hit me on the freeway leaving me permanently disabled with so many diagnoses. I will never get better. I still grieve for my past life and miss working horribly. Last Christmas I had heart surgery as a gift and this year I'm having an MRI of my cervical spine to check for Chiari Malformation.
Yay December 26th!!!



👍 1

**Lincoln/Marcus 1206**

Name: Leslie Marcus                                                    Page: 31
Claim Number: 9303113



A Facebook profile was located for the claimant's sister, Sheri Marcus. No relvant information was located on this profile.

URL: https://www.facebook.com/sheri.marcus1



**Sheri Marcus**

**Twitter**
No profiles associated with the claimant were located.

**Lincoln/Marcus 1207**

Name: Leslie Marcus                                                            Page: 32
Claim Number: 9303113

**LinkedIn**

A LinkedIn profile was located for the claimant. This profile reports the claimant is "Taking a break from the real world" in Phoenix, AZ.

URL: https://www.linkedin.com/in/leslie-marcus-38ab70a1/



**Leslie Marcus** · 3rd
Taking a break from the real world 💜 ⭐ at
Life
Greater Phoenix Area · Contact info

500+ connections

Connect     Message     More

Life

AZ School of Real Estate and Business

About

Raised on the East coast, AZ summers took some getting used to. I started my career in RE after a much too long gig in Retail. I was fortunate to have found an amazing mentor in multi-family Real Estate to help teach me the core principles of the ever changing industry. In 2006 I had an opportunity to open and develop from the ground up a single family home rental business for a RE Agency. From there I was able to gain experience in creative problem solving; in that environment I transitioned to working with all aspects of running the organization including acting as the Designated Broker.

I have a very diverse career in fee management, single family home management, directing and designing construction projects,leading teams, acquisitions, sales, securitization of OPM and asset management. I am looking for the next challenge!

**Lincoln/Marcus 1208**

Name: Leslie Marcus                                                                          Page: 33
Claim Number: 9303113



**Experience**

Taking a break from the real world 💜 ⭐
Life
Aug 2019 – Present · 7 yr 11 mos
Self

Regional Manager
Balfour Beatty Communities
Sep 2015 – Jun 2019 · 3 yrs 10 mos

Regional Manager for the Northern Group housing consisting of 5,000 SF units spanning 6 MSAs and 4 states in the Air Force. Specializing in Privatized military housing, my group is currently in year 3 of the IDP of a 50 year land lease. BBC focuses on brand development and working through SMART core principals of business through the 51,000 units we manage. Award winning customer service in conjunction with transparency makes this company simply unparalleled in the industry!
see less

Director of Operations
Caliber Companies
Aug 2014 – Aug 2015 · 1 yr 1 mo

Oversee many aspects of development, real estate and best business practices of an Inc. 500 Organization focusing on attracting elite individuals in the industry for the growth and maturation of the firm.

Regional Asset Manager
Progress Residential
May 2013 – Aug 2014 · 1 yr 4 mos

Oversee all aspects of managing over 7,000 single family homes in 16 unique MSAs spanning 7 states as well as 17 ePMs. As the REIT grew the acquisitions of the single family assets in my region from 1600 to over 5000 units in over a year, I was able to increase revenue exponentially through changes in 3rd party ePMs as well as increasing occupancy to 92.66% and decreasing DOM to averaging 35.75 throughout the portfolio.
see less

## Google+
No profiles associated with the claimant were located.

## YouTube
No profiles associated with the claimant were located.

**Lincoln/Marcus 1209**

Name: Leslie Marcus                                                                          Page: 34
Claim Number: 9303113

## Instagram

The previously reported Instagram profile has been deleted. A new Instagram profile was located for the claimant under the username @lesliemarcuscornwell. This profile reports the claimant is a "CFS warrior".

URL: https://www.instagram.com/lesliemarcuscornwell/



Name: Leslie Marcus                                                                Page: 35
Claim Number: 9303113





**Lincoln/Marcus 1211**

Name: Leslie Marcus

Claim Number: 9303113





**Lincoln/Marcus 1212**

Name: Leslie Marcus
Claim Number: 9303113

Page: 37





**Lincoln/Marcus 1213**

Name: Leslie Marcus

Claim Number: 9303113





Lincoln/Marcus 1214

Name: Leslie Marcus                                                           Page: 39
Claim Number: 9303113





**Lincoln/Marcus 1215**

Name: Leslie Marcus                                                          Page: 40
Claim Number: 9303113





**Lincoln/Marcus 1216**

Name: Leslie Marcus                                                                    Page: 41
Claim Number: 9303113





**Lincoln/Marcus 1217**

Name: Leslie Marcus                                                                Page: 42
Claim Number: 9303113





**Lincoln/Marcus 1218**

Name: Leslie Marcus                                                                    Page: 43
Claim Number: 9303113





**Lincoln/Marcus 1219**

Name: Leslie Marcus                                                                    Page: 44
Claim Number: 9303113





**Lincoln/Marcus 1220**

Name: Leslie Marcus                                                    Page: 45
Claim Number: 9303113





**Lincoln/Marcus 1221**

Name: Leslie Marcus

Page: 46

Claim Number: 9303113





Name: Leslie Marcus                                                    Page: 47
Claim Number: 9303113





Name: Leslie Marcus                                                                 Page: 48
Claim Number: 9303113

## Pinterest
No profiles associated with the claimant were located.

## Flickr
No profiles associated with the claimant were located.

## Tumblr
No profiles associated with the claimant were located.

## Myspace
No profiles associated with the claimant were located.

### *(Other Online Sources)*
An Etsy profile was located for the claimant under the name Bettysbeads0828.

URL: https://www.etsy.com/shop/Bettysbeads0828



**Lincoln/Marcus 1224**

Name: Leslie Marcus                                                                Page: 49
Claim Number: 9303113

## News Articles
None Located

**Email**
LKELLETT@ROCHESTER.RR.COM
LCARLESS@CENTURYLINK.NET
LESLIE@CRSPROPERTY.COM

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

| Enclosures |
| --- |

1.  None

**END OF REPORT**

**Lincoln/Marcus 1225**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE   1/471   Fax Server



# FAX

**TO:**  **Lincoln Financial**

Company:

Fax:  6034301754

Phone:

**FROM:**

**NOTES:** Records request

**Date and time of transmission: 6/18/2021 12:25:52 PM**
**Number of pages including this cover sheet: 471**

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is **confidential**. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message. Thank you.

**Lincoln/Marcus 1226**



## MAYO CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

June 18, 2021

LINCOLN FINANCIAL GROUP ATTN: CHARLES MARTIN
Disability And Life Claims
Po Box 2578
Omaha, NE  68172

RE:    Request for Records of: Ms. Leslie S Marcus
       Date of Birth:
       Date request received: 6/17/2021
       Release ID: 121402727
       Claim#: 9303113

Dear LINCOLN FINANCIAL GROUP ATTN:  CHARLES MARTIN,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic, Scottsdale, Arizona. You may see duplication of immunizations and other notes and results due to the integration of historical records into the new, single Mayo Clinic electronic health record.

Some documents may not have been finalized yet by the provider and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 507-284-4594, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Lincoln/Marcus 1227

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE   3/471   Fax Server



**Mayo Clinic Health Information Management Services - Release of Information**

**IMPORTANT INFORMATION**

| |
|---|
| **Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.** |
| Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed. |

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only):** Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

Lincoln/Marcus 1228



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 10/20/2020

## 10/20/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnosis**

- Posttraumatic Stress Disorder Prolonged [F43.12]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Gudenkauf, Lisa M, Ph.D., L.P. at 10/20/2020 2:00 PM**

Author: Gudenkauf, Lisa M, Ph.D., L.P.     Service: PSY PSI (Psychiatry and Psychology)     Author Type: Psychologist Clinical

Filed: 10/20/2020 2:44 PM     Encounter Date: 10/20/2020     Status: Signed

Editor: Gudenkauf, Lisa M, Ph.D., L.P. (Psychologist Clinical)

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 49 y.o. female who was referred to Health Psychology by Kari A Martin, M.D. in Psychiatry for further evaluation and behavioral treatment recommendations for PTSD, anxiety, outside diagnosis of REM sleep behavior, panic attacks - on Klonopin in the context of myalgic encephalomyelitis.

**HISTORY OF PRESENT ILLNESS**
Patient was informed of the purpose of today's consultation and the limits of confidentiality. Mayo Clinic "Confidentiality of Mental Health Information: Questions and Answers" form was provided, and patient questions were answered. Please see referring provider's clinical notes dated 7/18/19 - 10/15/20 for patient's pertinent history and relevant background information.

Please also see Psychology consult by the undersigned on 7/9/20 for PRC pre-candidacy evaluation and plan: "The patient indicated understanding that per our discussion, referral from medical provider, and review of medical chart, she is considered a candidate for the Mayo Clinic Pain Rehabilitation Center. At this time, the patient expressed willingness to participate in PRC. We agreed to plan of patient initiating individual community-based therapy to address depression, anxiety, and symptoms of PTSD and to establish care prior to her participation in the PRC program to be continued after the program for maintenance of program gains. She understands that I will not place an order for the PRC program at this time, and she agreed to contact me once she has initiated community-based individual therapy."

Today, patient stated that she is seeking trauma-focused treatment, as described above. She stated her understanding that she was referred by Dr. Kari Martin in Psychiatry specifically to Andrea Cuc, LCSW, who provides trauma-focused treatment in our department. I clarified with patient that I do not provide trauma-focused treatment and reviewed our agreed upon plan stemming from the PRC pre-candidacy evaluation completed on 7/9/20.

**DIAGNOSES** (per Dr. Martin on 10/15/20)
**#1 Anxiety Generalized Disorder**
**#2 PTSD, prolonged**
**#3 Outside diagnosis of REM Sleep Behavior (acting out dreams, punching the air)**
**#4 Panic attacks-on Klonopin (prescribed by community PCP)**
**#4 CBD use**
**#5 Myalgic encephalomyelitis/chronic fatigue syndrome**

**Lincoln/Marcus 1229**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 10/20/2020

**10/20/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

## PLAN

I agreed to contact Andrea Cuc, LCSW to inquire about any availability for a potential future consult and/or any outside community referrals for trauma-focused treatment. We will follow up with patient regarding next steps; patient was agreeable to this plan.

Patient's questions were answered within the scope of Health Psychology practice. Ms. Marcus was previously provided my business contact information and encouraged to contact me should she have any further questions.

## TIME SPENT

This session began at 2:10 pm and ended at approximately 2:20 pm. Total time spent in 1:1 contact with the patient was 10 minutes. No charge visit.

Lisa Gudenkauf, Ph.D., L.P.

Electronically Signed by Gudenkauf, Lisa M, Ph.D., L.P. on 10/20/2020  2:44 PM

**Lincoln/Marcus 1230**



Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Telemedicine in Division of Integrative Medicine in Scottsdale, Arizona

**Reason for Visit**

### Visit Diagnoses

- **Other Encephalitis And Encephalomyelitis (primary) [G04.81]**
- Depression Major One Episode Moderate [F32.1]
- Insomnia Due To Medical Condition [G47.01]

**Clinical Notes**

### Consults - Outpatient

#### Consults - Outpatient by Bergstrom, Larry R, M.D. at 10/15/2020 11:00 AM

| | | |
|---|---|---|
| Author: Bergstrom, Larry R, M.D. | Service: GIM Integrative Medicine and Health | Author Type: Physician |
| Filed: 10/15/2020 11:21 AM | Encounter Date: 10/15/2020 | Status: Signed |
| Editor: Bergstrom, Larry R, M.D. (Physician) | | |

## SUBJECTIVE

**Patient ID:** Ms. Marcus presents for follow up for an Integrative Medicine Consultation dated 01/30/2020 and 03/04/2020. This was a video telemedicine visit because of the COVID-19 pandemic.

## ASSESSMENT / PLAN
### #1 Myalgic encephalomyelitis/chronic fatigue syndrome
She was doing a bit better during the summer. She was swimming still very disabled. She went to acupuncture recently at the Mayo integrative Medicine Center and became much worse. She is now much more fatigued, has much more pain sleep is nonrestorative and is despondent. She is working with Dr. Kari Martin who is discontinuing Prozac and starting Pristiq. She is to start Pristiq in a few days. She has for the most part discontinued cannabis. Low-dose naltrexone was unhelpful at 4.5 mg per day.
She is not doing the paced breathing exercise and encouraged her to restart it. She is on Diamox for CO2 sensitivity but she is uncertain if it is doing anything. I recommended she discontinue it for few days to see if it makes any difference.
She has not tried an Epsom salt baths. This may be helpful for some of her musculoskeletal symptoms.
I do not have any other suggestions for her. She is extremely disabled but the disability is amplified by clinical depression. She also has situational depression due to COVID 19 pandemic limiting socialization and her fatigue prevents her from participating in the household.

### #2 Major depression
Hopefully Pristiq will provide some benefit.

Total time 10 minutes, this was a video telemedicine visit

This document was prepared with voice recognition software technology; while reviewed prior to signature, it may contain unintended voice recognition errors that were not dictated and/or seen in editing.

Electronically Signed by Bergstrom, Larry R, M.D. on 10/15/2020 11:21 AM

**Lincoln/Marcus 1231**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 10/15/2020

**10/15/2020 - Telemedicine in Division of Integrative Medicine in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

PAGE 7/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290-0

**Lincoln/Marcus 1232**



Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Visit date: 10/15/2020

## 10/15/2020 - Telemedicine in Department of Psychiatry and Psychology in Phoenix, Arizona

**Reason for Visit**

**Visit Diagnosis**
- Anxiety Generalized Disorder (primary) [F41.1]

**Progress Notes**

**Progress Notes**

**Progress Notes by Martin, Kari A, M.D. at 10/15/2020 10:00 AM**

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY Medical Psychiatry | Author Type: Physician |
| Filed: 10/15/2020 10:51 AM | Encounter Date: 10/15/2020 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Follow-up for GAD, PTSD, Panic attacks.
Video Visit due to COVID Pandemic
Billing code: 99214004
Total time:  25 minutes, greater than 50% counseling.

**HISTORY OF PRESENT ILLNESS**

Ms. Marcus presents in follow-up. She has been ill for the past 2 weeks. She believes her trial of acupuncture on 9/28/20 led to an ME flare. She's had no energy, fever, physical discomfort. She got a COVID test at an outside facility, and was told it was negative.

Her mood has deteriorated in the context of her ME flare. No SI. She feels depressed, exhausted. She's concerned her symptoms are not improving. Sleep is restless due to ME flare. Overall, she feels like she's had benefit from the trazodone.

She has chronic nausea and occasional vomiting. She takes the Zofran every 8 hours.

She remains off naltrexone and Rick Simpson Oil.

**Medications/allergies/problem list:**  Reviewed and updated.

**PRIOR MEDICATION TRIALS:** Zoloft, Effexor, Remeron, Prozac

**OneOme testing: 9-03-2019**
**CYP1A2: rapid**
**CYP2C19: intermediate**
**CYP2D6: intermediate**
**CYP3A4: normal**

OBJECTIVE

**MENTAL STATUS EXAM**

6/18/2021 9:33 AM MST    User:  113763    Release ID: 121402727    Page 5

**Lincoln/Marcus 1233**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 10/15/2020

### 10/15/2020 - Telemedicine in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)

**Progress Notes (continued)**

Alert, oriented to person, place, date. Sensorium is clear.  Casually dressed and groomed. Eye contact is appropriate. Speech: normal rate and volume.  Mood/Affect: depressed. Tearful. Thoughts linear and directable. No perceptual disturbances, paranoia or delusions  No active suicidal ideation. No homicidal ideation. The patient . is cooperative. Judgment: capacity for complex medical decision making present.

ASSESSMENT / PLAN
 #1 Anxiety Generalized Disorder
#2 PTSD, prolonged
#3 Outside diagnosis of REM Sleep Behavior (acting out dreams, punching the air)
#4 Panic attacks-on Klonopin (prescribed by community PCP)
#4 CBD use.
#5 Myalgic encephalomyelitis/chronic fatigue syndrome

Ms. Marcus reports a dramatic flare up of her myalgic encephalomyelitis associated with acupuncture 9-28-20. She tolerated prior trials of acupuncture without adverse effect. She reports she tested negative for COVID

She requests to stop Prozac due to sexual side effects. She requests to start Pristiq. PRISTIQ is primarily metabolized by conjugation—independent of the CYP2D6 pathway. Other options are Viibryd. CYP3A4 normal.

**Plan:**

# Patient follows-up with Dr. Bergstrom later today
# Patient has appointments with health psychology 10/2020 and 11/04/20.
# D/C Prozac
# start Pristiq 50 mg qd
# continue trazodone 100 mg qhs.
# Psychiatry follow-up in 1 month.
**Answers for HPI/ROS submitted by the patient on 10/14/2020**
Fatigue: Yes
Fever: Yes
Weight loss of more than 10 pounds: Yes
Loss of appetite: Yes
Night sweats: Yes
No eye issues: Yes
Difficulty hearing: Yes
Persistent hoarse voice: Yes
Sinus congestion: Yes
Chest pain, pressure or tightness: Yes
Shortness of breath: Yes
Coughing up mucus (phlegm): Yes
Wheezing: Yes
Nausea: Yes
Vomiting: Yes

**Lincoln/Marcus 1234**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 10/15/2020

**10/15/2020 - Telemedicine in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)**

**Progress Notes (continued)**

Constipation: **Yes**
Muscle pain/stiffness: **Yes**
Pain or stiffness in the joints: **Yes**
Back pain/stiffness: **Yes**
No skin issues: **Yes**
Headache: **Yes**
Numbness or shooting pain in hands, arms, legs or feet: **Yes**
Weakness in arms and/or legs: **Yes**
Change in sexual drive (decreased libido): **Yes**
Excessive daytime sleepiness/tiredness: **Yes**
Little interest or pleasure in doing things: **Yes**
Feeling down, depressed, or hopeless: **Yes**
Feeling nervous, anxious or on edge: **Yes**
Not being able to stop or control worrying: **Yes**
Enlarged lymph nodes: **Yes**
Bruises/bleeds easily: **Yes**
No urinary/reproductive issues: **Yes**

Electronically Signed by Martin, Kari A, M.D. on 10/15/2020 10:51 AM

PAGE 10/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1235**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/28/2020

## 09/28/2020 - Clinical Support in Division of Integrative Medicine in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnosis

- Pain Musculoskeletal Widespread Chronic [R52, M79.18]

### Progress Notes

#### Progress Notes

##### Progress Notes by Dobratz, Shira, L.Ac. at 9/28/2020 12:15 PM

| | | |
|---|---|---|
| Author: Dobratz, Shira, L.Ac. | Service: GIM Integrative Medicine and Health | Author Type: Therapist |
| Filed: 9/28/2020 12:51 PM | Encounter Date: 9/28/2020 | Status: Signed |
| Editor: Dobratz, Shira, L.Ac. (Therapist) | | |

| | 09/28/20 1200 |
|---|---|
| **Integrative Medicine and Health Therapy** | |
| Therapy Provided | Acupuncture |
| Seen By | Acupuncturist |
| **Integrative Treatment** | |
| Primary site | Whole body |
| Acupuncture Points | KI7,ST36,SP9,LR8,SI3,UB62,LI4,LR3,YT |
| Treatment Start Time | 1200 |
| Treatment Stop Time | 1100 |
| Treatment Length (min) | -60 |

MC'S= MECFS (Chronic Fatigue), Nausea, Back Pain (Fibromyalgia)
Had a bad car accident in 2017. Was misdiagnosed (included wrong surgery) and mistreated with steroids which caused the MECFS, Fibro, and a variety of severe heart conditions. Had poor sleep before accident, but since accident has PTSD which include night terrors.

Energy- Exhausted all the time
Memory is very poor, sometimes even struggles with stuttering and getting the words to physically come out. Was tested for a stroke bc of that but signs of one weren't discovered.
Nausea is 24/7. She is unable to eat all day. Forces herself to eat dinner. Can only stomach very plain high quality fresh meats and veggies, everything else makes her throw up.
BM's- Always either constipation or diarrhea, nothing in between.
Neuropathy- automatic as well as peripheral (hands and feet)
Low Back Pain is severe and making everything harder recently (d/t fibro)
Emotions Any stress at all causes panic attacks and/or need to be in bed for a week to recover

**Lincoln/Marcus 1236**



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 9/28/2020

## 09/28/2020 - Clinical Support in Division of Integrative Medicine in Phoenix, Arizona (continued)

**Progress Notes (continued)**

Had a hysterectomy 15 years ago d/t cancerous tumors and history or severe endometriosis, was on estradiol for years until heart condition

TCM DX- KI Yang Xu w/SP Damp and LR Qi/Xue YU
Tongue- Scarlet red along sides, with white froth on top
Pulses- Weak and slippery
Needle Retention- 25 min

Electronically Signed by Dobratz, Shira, L.Ac. on 9/28/2020 12:51 PM

---

**Lincoln/Marcus 1237**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM   PAGE  13/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 9/3/2020

---

### 09/03/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnoses**
- **Posttraumatic Stress Disorder Prolonged (primary) [F43.12]**
- Anxiety Generalized Disorder [F41.1]

**Progress Notes**

**Progress Notes**

**Progress Notes by Martin, Kari A, M.D. at 9/3/2020  3:00 PM**

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 9/3/2020  3:48 PM | Encounter Date: 9/3/2020 | Status: Addendum |
| Editor: Martin, Kari A, M.D. (Physician) | | |
| Related Notes: Original Note by Martin, Kari A, M.D. (Physician) filed at 9/3/2020  3:45 PM | | |

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 49 y.o. female who presents for follow-up
VIDEO visit due to COVID
Billing code: 99215004
Total time: 42 minutes; Greater than 50% spent counseling

**HISTORY OF PRESENT ILLNESS**

She met with Dr. Gudenkauf on 7/09/2020 who recommended trauma counseling for PTSD prior to enrollment in the PRC.

She stopped naltrexone and Rick Simpson Oil 2 months ago. She continues on CBD.

She has chronic nausea and occasional vomiting. Her outside PCP placed her on Zofran 4 mg tid with modest relief. She'd like to increase her Zofran to 8 mg tid and try scopolamine patch. She spoke to her PCP's nurse today about these requests. She's waiting for a call back from her PCP with further directions.

She is on a dulcolax once a week. She's lost weight down to 129 pounds. She met with the dietician yesterday who expressed concern about her weight loss.  Dr. Bergstrom recommended a GI consult. She defers GI as she's had extensive work-up in the past with intolerance to procedures and medications.

Her depressed mood is improved. She remains anxious and exhausted due to her nausea and limited po intake. She fears eating will induce nausea.

MEDICATION TRIALS: Zoloft, Effexor, Remeron

**Medications/allergies/problem list:** reviewed and updated.

OBJECTIVE

---

**Lincoln/Marcus 1238**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/3/2020

## 09/03/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

## MENTAL STATUS EXAM

Alert, oriented to person, place, date. Sensorium is clear.  Casually dressed and groomed. Eye contact is appropriate. Speech: normal rate and volume.  Mood/affect: anxious/congruent.Thoughts linear and directable. No perceptual disturbances, paranoia or delusions  No active suicidal ideation. No homicidal ideation. The patient  is cooperative. Judgment: capacity for complex medical decision making present.

ASSESSMENT / PLAN

**#1 Anxiety Generalized Disorder**
**#2 PTSD, prolonged**
**#3 Outside diagnosis of REM Sleep Behavior (acting out dreams, punching the air)**
**#4 Panic attacks-on Klonopin (prescribed by community PCP)**
**#4 CBD use.**
**#5 Myalgic encephalomyelitis/chronic fatigue syndrome**

1) Continue Prozac to 40 mg qd
2) Continue trazodone 100 mg qhs
3) Try melatonin 6 mg qhs
4) referral to Andrea Cuc for trauma therapy.
5) consider biofeedback-patient defers for now
6) GI consult recommended.-patient defers for now.
7) speak to PCP about switching klonopin to ativan, and taking ativan 0.5-1 mg prior to meals to relax and allow her to eat.
8) psychiatry follow-up in 1 month.

**Answers for HPI/ROS submitted by the patient on 7/9/2020**
Fatigue: **Yes**
Weight gain of more than 10 pounds: **Yes**
Night sweats: **Yes**
No eye issues: **Yes**
Persistent hoarse voice: **Yes**
Sinus congestion: **Yes**
Chest pain, pressure or tightness: **Yes**
Rapid or fluttering heart beats: **Yes**
Swelling in the legs or feet: **Yes**
Shortness of breath when lying flat: **Yes**
Shortness of breath: **Yes**
Coughing up mucus (phlegm): **Yes**
Dry cough: **Yes**
Abdominal (belly) pain or cramping: **Yes**
Heartburn: **Yes**
Nausea: **Yes**
Constipation: **Yes**
Diarrhea: **Yes**

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 11 |

**Lincoln/Marcus 1239**



MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 9/3/2020

### 09/03/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

Muscle pain/stiffness: **Yes**
Pain or stiffness in the joints: **Yes**
Joint swelling: **Yes**
Back pain/stiffness: **Yes**
Change in mole or skin spot: **Yes**
Headache: **Yes**
Loss of consciousness: **Yes**
Light-headedness: **Yes**
Numbness or shooting pain in hands, arms, legs or feet: **Yes**
Weakness in arms and/or legs: **Yes**
Slurred speech: **Yes**
Loss of balance or tendency to fall easily: **Yes**
Change in sexual drive (decreased libido): **Yes**
Excessive daytime sleepiness/tiredness: **Yes**
Stop breathing, choking, or gasping while asleep: **Yes**
Little interest or pleasure in doing things: **Yes**
Feeling down, depressed, or hopeless: **Yes**
Feeling nervous, anxious or on edge: **Yes**
Not being able to stop or control worrying: **Yes**
Enlarged lymph nodes: **Yes**
Bruises/bleeds easily: **Yes**
No urinary/reproductive issues: **Yes**

Electronically Signed by Martin, Kari A, M.D. on 9/3/2020  3:45 PM
Electronically Signed by Martin, Kari A, M.D. on 9/3/2020  3:46 PM

**Lincoln/Marcus 1240**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 9/2/2020

## 09/02/2020 - Telemedicine in Division of Nutrition in Glendale, Arizona

**Reason for Visit**

### Visit Diagnoses

- Counseling Diet [Z71.3]
- Irritable Bowel Syndrome Without Diarrhea [K58.9]
- Hypermobile Ehlers Danlos Syndrome [Q79.62]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]

**Vitals**

### Vital Signs
Most recent update: 9/2/2020  1:24 PM

| Ht | Wt | BMI |
|---|---|---|
| 165.1 cm | 58.6 kg | 21.50 kg/m² |

**Lincoln/Marcus 1241**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/23/2020

---

### 07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnosis**
- Anxiety Generalized Disorder [F41.1]

**Progress Notes**

**Progress Notes**

**Progress Notes by Martin, Kari A, M.D. at 7/23/2020 10:00 AM**

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 7/23/2020 10:42 AM | Encounter Date: 7/23/2020 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 49 y.o. female who presents for follow-up.
Video visit
Billing code: 99214004
Total time: 32 minutes; greater than 50% spent counseling

**HISTORY OF PRESENT ILLNESS**
Ms. Marcus is seen in follow-up for depression, anxiety and PTSD. Dr. Bergstrom diagnosed her with myalgic encephalomyelitis/CRS on 1/30/200.. She has associated with POTS, gastroparesis, small fiber neuropathy, chronic fatigue syndrome. Dr. Bergstrom initialed her on low-dose naltrexone to decrease cytokine production in the CNS which may help fatigue and pain.

She is swimming and following a Mediterranean diet. Her sleep remains problematic. She is experiencing night terrors and middle insomnia.

She met with Dr. Gudenkauf to discuss the PRC. Dr. Gudenkauf recommended she engage in individual community therapy to ladders mood/anxiety/depression prior to PRC entry.

Ms. Marcus continues on CBD and THC. She's received education on CBD/thc related drug interactions and neuropsychiatric effects. She does not want to stop CBD Or THC as she feels it's been a game changer.

She is involved in some on-line support groups.

She feels "depressed" but is "hanging in there".

She is compliant with Prozac 20 mg qd, Remeron 45 mg qhs and klonopin 1 mg qhs. She met with pharmacy and had One ome testing.

| PHQ9 Score | 1/17/2020 |
|---|---|
| **PHQ-9 Total Score (max 27)** | 24 |

---

**Lincoln/Marcus 1242**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE  18/471   Fax Server


**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 7/23/2020

**07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)**

**Progress Notes (continued)**

OBJECTIVE

Genes of interest to psychotropic agents with relevant findings:
CYP2C19 *1/*2 genotype (intermediate metabolizer phenotype)
CYP2D6 *1/*4 genotype (intermediate metabolizer phenotype)
COMT GG genotype
HTR2A GG genotype
GRIK4 TT genotype
SRC6A4 L/L

SSRIs/SNRIs
Reduced metabolism is predicted for SSRIs metabolized by CYP2D6: fluoxetine, fluvoxamine, paroxetine.
Increased exposure and risk of side effects is possible.
Plan: Initiate at standard / labeling dose. Monitor for side effects.

Reduced metabolism is predicted for SSRIs metabolized by CYP2C19: citalopram, escitalopram, sertraline.
Plan: initiate at standard labeling dose. Be alert to potentially increased risk of side effect.

TCAs
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Others
Vortioxetine
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Bupropion, buspirone
Standard dose and monitoring is recommended based on indication and other patient specific factors.

**MENTAL STATUS EXAM**

Alert, oriented to person, place, date. Sensorium is clear.  Casually dressed and groomed. Eye contact is appropriate.
Speech: normal rate and volume.  Mood depressed, affect mildly restricted.  Thoughts linear and directable. No
perceptual disturbances, paranoia or delusions  No active suicidal ideation. No homicidal ideation. The patient  is
cooperative. Judgment: capacity for complex medical decision making present.

ASSESSMENT / PLAN
**#1 Anxiety Generalized Disorder**
**#2 PTSD**
**#3 REM Sleep Behavior**
**#4 Marijuana use.**
**#5 Myalgic encephalomyelitis/chronic fatigue syndrome**

1) Increase Prozac to 40 mg qd
2) D/C Remeron

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 15 |

**Lincoln/Marcus 1243**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/23/2020

## MAYO CLINIC

**07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)**

**Progress Notes (continued)**

3) initiate Trazodone 50-100 mg qhs

4) re: CBD/THC: major concerns with vaping and maintaining integrity of lung function but also major drug-drug interactions to be cautious with. For what limited data available on cannabidiol, know can inhibit CYP2D6 and CYP3A4, potential for interaction then with venlafaxine, apixaban and metoprolol. Can worsen anxiety as well, please refer to this great presentation from the Department of Health for additional information on CBD concerns and consider decreasing use and eventually stopping

5) patient plans to initiate community counseling to address depression/PTSD

6) Patient met with Dr. Gudenkauf. PRC recommended after patient completes individual counseling to address above issues

7) psychiatry follow-up in 1 month.

**Answers for HPI/ROS submitted by the patient on 7/9/2020**

Fatigue: Yes

Weight gain of more than 10 pounds: Yes

Night sweats: Yes

No eye issues: Yes

Persistent hoarse voice: Yes

Sinus congestion: Yes

Chest pain, pressure or tightness: Yes

Rapid or fluttering heart beats: Yes

Swelling in the legs or feet: Yes

Shortness of breath when lying flat: Yes

Shortness of breath: Yes

Coughing up mucus (phlegm): Yes

Dry cough: Yes

Abdominal (belly) pain or cramping: Yes

Heartburn: Yes

Nausea: Yes

Constipation: Yes

Diarrhea: Yes

Muscle pain/stiffness: Yes

Pain or stiffness in the joints: Yes

Joint swelling: Yes

Back pain/stiffness: Yes

Change in mole or skin spot: Yes

Headache: Yes

Loss of consciousness: Yes

Light-headedness: Yes

Numbness or shooting pain in hands, arms, legs or feet: Yes

Weakness in arms and/or legs: Yes

Slurred speech: Yes

Loss of balance or tendency to fall easily: Yes

Change in sexual drive (decreased libido): Yes

Excessive daytime sleepiness/tiredness: Yes

Stop breathing, choking, or gasping while asleep: Yes

Little interest or pleasure in doing things: Yes

Feeling down, depressed, or hopeless: Yes

PAGE 19/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1244**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 7/23/2020

### 07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

Feeling nervous, anxious or on edge: **Yes**
Not being able to stop or control worrying: **Yes**
Enlarged lymph nodes: **Yes**
Bruises/bleeds easily: **Yes**
No urinary/reproductive issues: **Yes**

Electronically Signed by Martin, Kari A, M.D. on 7/23/2020 10:42 AM

**Lincoln/Marcus 1245**