
# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona

**Reason for Visit**

### Visit Diagnoses

- **Other Encephalitis And Encephalomyelitis (primary) [G04.81]**
- Pain Musculoskeletal Widespread Chronic [R52, M79.18]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]
- Sleep Related Movement Disorder [G47.69]
- Posttraumatic Stress Disorder Prolonged [F43.12]
- Depressive Disorder [F32.9]
- Anxiety Generalized Disorder [F41.1]

**Clinical Notes**

### Consults - Outpatient

#### Consults - Outpatient by Gudenkauf, Lisa M, Ph.D., L.P. at 7/9/2020 1:00 PM

| | | |
|---|---|---|
| Author: Gudenkauf, Lisa M, Ph.D., L.P. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Psychologist Clinical |
| Filed: 7/10/2020 3:41 PM | Encounter Date: 7/9/2020 | Status: Signed |
| Editor: Gudenkauf, Lisa M, Ph.D., L.P. (Psychologist Clinical) | | |

### Pain Rehabilitation Center--Pre-candidacy Evaluation New Visit

Patient name: Leslie S Marcus
Date of Service: 7/9/20
Facility Name: MCA
Provider: Lisa Gudenkauf, Ph.D., L.P.
Collaborating Nurse Assessment: None at this time, full assessment completed by provider
Service: Psychology

**Evaluation completed:** In person, patient was seen face-to-face to complete comprehensive pain assessment, discuss PRC details and address patient's questions to assist in treatment planning. Patient was previously scheduled for PRC pre-candidacy evaluation scheduled with Dr. Bethanne Keen on 6/23/20 and with Dr. Cynthia Townsend on 7/7/20; these appointments were cancelled.

Today's session was conducted via secure video conference through Care Connect by Lisa Gudenkauf, Ph.D, L.P. Telehealth was utilized to best ensure patient safety due to current concerns about the spread of COVID-19. The patient was properly identified at the start of the telehealth appointment by name and date of birth. Patient was located at home during this visit, and she confirmed that the home address and telephone numbers listed in her medical record are correct. Additionally, she confirmed that the name of her emergency contact person and his/her phone number is correct. Patient confirmed that there was no one in the room with her. I confirmed with patient that I was in a private setting at the Scottsdale campus of Mayo Clinic Arizona. I informed the patient that I would not be recording this session, and patient agreed that she would not record this session. We also discussed that patient's insurance would be billed for this visit.

The patient confirmed receiving the telehealth information sheet "Preparation for Your Telehealth Appointment" sent via the Mayo Clinic Patient Online Services system on 7/9/20. This information details the purpose, potential benefits, process for maintaining patient confidentiality and electronic communication security, and emergency contact resources. Included with the telehealth information sheet is a copy of the Mayo Clinic document entitled "Confidentiality of Mental Health Information: Questions and Answers." We discussed limits to confidentiality including,

EXHIBIT
C, part 3

Lincoln/Marcus 1246



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

but not limited to, my legal and ethical obligations to report certain kinds of abuse and threats about harm to self or others. I explained that Mayo Clinic's electronic health record allows all medical providers to view her clinical notes about our sessions as part of our team-based approach. Patient's questions were answered to her satisfaction.

Patient verbalized understanding of the telehealth process and consented to participating in this telehealth visit.

**Informed Consent:** Before starting the assessment, the patient was provided with a written description of the limits of confidentiality for psychological services.

**History of Present Illness:**
Ms. Leslie S Marcus is a 49 y.o. previously divorced, currently partnered Caucasian female.

The patient was seen at the request of Larry R Bergstrom, M.D. in GIM for a pre-candidacy evaluation for pain rehabilitation services related to chronic pain and symptoms.

Patient presented alone. I reviewed the patient's medical records to obtain available history of the patient's chronic pain, medical history and mental health history.  The resulting evaluation is based on review of the patient's medical records, assessment data responses, and today's clinical interview.

Primary Pain Site(s)/Chronic Symptoms: ME/CFS, Fibromyalgia, POTS. She reports onset of health problems after she was involved in a car accident on 12/16/17 and treated with corticosteroids.

Pain History:  Patient's pain has been intractable despite numerous interventions outlined by the referring provider.

**PAIN/FUNCTIONING ASSESSMENT**
Based on the patient's responses on the PEG 3-item measure of pain:

Average pain in past week: (0=no pain; 10=worst pain imagined): 5/10
Pain Interference with Life Enjoyment: (0=no interference; 10=completely interferes): 10/10
Pain Interference with General Activity: (0=no interference; 10=completely interferes): 10/10
Rate Average Mood in past week: (0=no longer wish to live; 10=best mood): 1/10

Factors/Activities increasing pain: Standing for long periods of time, lying down for extended periods of time, walking even short distances, exercising, and weight gain.

The patient attempts to alleviate her worst pain in the following ways: Resting/sitting/lying down, avoiding certain activities, using relaxation, taking medications for relaxation (e.g., anxiety medications, muscle relaxants, sleep medications), using substances to help reduce pain (e.g., alcohol, marijuana), and using distraction of any kind.

FUNCTIONING:
Patient describes adverse impact of pain on functioning, overall.  Specifically, the patient has experienced a decrease in desired level of functioning in the following domains: Relationship and activities with family, activities and plans with friends, ability to volunteer if desired, household chores, yard work, recreation/hobbies, driving, exercise, sexual intimacy, sleep, and memory/attention/concentration.

Pain impacts patient's mood in the following ways: Increased irritability, anger, anxiety, depressed mood. Patient

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 19

**Lincoln/Marcus 1247**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

reported difficulty coping with significant changes in her life, including transitioning form a position of managing 600+ people to now being on long-term disability.

Regarding impact of pain on quality of life, patient identifies being most bothered by impact of pain on her ability to work and her identity as an active person and girlfriend.

Patient reports coping with the worst pain as follows: Attempts to redirect attention to focus on something else, pressure point therapy for hands.

Overall, the patient reports very limited activity and endorses a pain-contingent lifestyle behavior.  The patient reports perceiving that 100% percent of her daily activities/plans are controlled or highly influenced by pain.

### PSYCHIATRIC HISTORY, MOOD ASSESSMENT
Patient's mental health/behavioral health history is significant for: Depression, Anxiety, and possible PTSD. Patient has a history of developmental abuse, and she reports nightmares once every other week related to this. Patient was involved in a motor vehicle collision in December 2017 with subsequent anxiety related to driving and being on the freeway, avoidance, and some reluctance to leave her home.

History of psychiatric, psychological, social work evaluations, therapy: Per Dr. Martin on 7/18/19, patient had one prior contact with a psychiatrist but felt invalidated. Patient reported previously receiving being prescribed Prozac for depression in the context of a difficult divorce at age 40, and she reported this treatment as beneficial.

Current engagement in mental health services: Patient was initially evaluated by Dr. Kari Martin in Psychiatry on 7/18/19 with three follow-up visits, most recently seen on 1/17/20, and patient underwent pharmacogenomic testing. She is currently scheduled for Psychiatry follow-up with Dr. Kari Martin on 7/23/20. Patient is currently prescribed Remeron, Prozac, and Klonopin. Patient reported that she was intending to pursue individual therapy in the community, but this was delayed by COVID-19 pandemic.

The patient's legal history/litigation:denies involvement in legal action related to pain condition and denies involvement in Worker's Compensation

### MOOD AND HEALTH BEHAVIORS
Per patient responses on the PRC Comprehensive Pain Evaluation questionnaire, patient denied use of caffeine, tobacco, or alcohol. She reported daily use of medical marijuana for sleep, pain, and nausea. THC in the form of pot cookie per night, CBD tincture.

### DEPRESSION
The patient's responses on the self-reported abbreviated Center for Epidemiological Studies-Depression Scale: 27 = moderately severe/significantly elevated depressive symptomatology
Response to item "I have thoughts that I would be better off dead or of hurting myself in some way = "0, Rare or none of the time"

### SUICIDE ASSESSMENT
Thoughts of suicide: denied - per response on depression evaluation and in interview today. She stated, "I would never. That is selfish... I am a mommy, and I would never do that to my child. Never. My child needs a mom."
Suicide risk factors include: chronic health concern, function limitation, diagnosis of major depression,

**Lincoln/Marcus 1248**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE  24/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 7/9/2020

**07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

divorced/separated/widowed and loss of status
Suicide protective factors include: absence of suicidal ideation, plan, intent, presences of strong interpersonal bonds to family/community, intact marriage/stable relationship , child/family responsibilities, safe and stable environment, help seeking and support through medical/mental health care relationships
Suicide Risk Level, per my evaluation today: Low, has feelings of hopelessness at times but denies thoughts of suicidal plan, intent, behavior; reports modifiable risk factors and strong protective factors.
Suicide Risk Level plan: Patient was judged to NOT be in imminent or elevated danger of harming self or others based on history, today's responses and presentation.

**ASSESSMENT/PLAN**

**PSYCHOSOCIAL**
Living Situation: Patient lives with her boyfriend and her 21-year-old son, who attends GCU.
Care provider for any adult or child: YES
Highest level of education completed: 3 years of college
Occupational status: On long-term disability through her work. She was a regional manger of military housing.
Patient-identified social support: Boyfriend, best friend

**SYSTEM REVIEW**
Arrival: Patient was punctual
Appearance: casually and neatly dressed, adequately groomed and appeared stated age
Mental Status: alert and oriented
Cognition: normal, able to think abstractly
Judgment: appropriate, logical
Access: cooperative, engaged
Attention/concentration: normal
Eye contact: normal
Abnormal movements/Pain behaviors: no overt pain behaviors
Symptom reports: appropriate, non ruminative; described pain symptoms upon questioning
Affect: congruent, appropriate, stable/non-labile
Speech: normal; spontaneous
Mood: tearful and dysphoric but not acutely distressed
Interaction with significant other/family in session: not applicable, arrived alone

**TREATMENT BARRIER(S):**
Potential barriers that could interfere with participating fully in pain rehabilitation treatment: no overt barriers indicated at time of this evaluation

**DIAGNOSES**
**#1 Other Encephalitis and Encephalomyelitis** (per Dr. Bergstrom on 3/4/20)
**#2 Pain Musculoskeletal Widespread Chronic** (per problem list)
**#3 Sleep Related Movement Disorder** (per Dr. Bergstrom on 3/4/20)
**#4 Postural Tachycardia Syndrome Without Hypotension** (per Dr. Bergstrom on 3/4/20)
**#5 Posttraumatic Stress Disorder Prolonged** (per Dr. Bergstrom on 3/4/20)
**#6 Recurrent Depression vs Persistent Depressive Disorder** (per Dr. Martin on 1/17/20)

PAGE 24/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1249**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

**#7 Generalized Anxiety Disorder** (per Dr. Martin on 1/17/20)
**#8 Cannabis Use** (per Dr. Martin on 1/17/20)

**IMPRESSION/REPORT:**
Overall, Leslie S Marcus describes an increasingly pain-contingent lifestyle with limited consistent use of behavioral pain self-management techniques. The patient reports that 100% percent of her daily activities are controlled or highly influenced by pain symptoms. Patient indicates difficulty with coping overall. Additionally, as a result of chronic pain, the patient describes elements of activity avoidance, a cycle of deconditioning and/or debilitation, difficulty maintaining responsibilities, adverse impact of pain on mood, decrease in desired level of functioning, decline in quality of life and relationships and overall decreased perception of control over pain and life.

Leslie S Marcus reported that she has never been on chronic opioid therapy. The patient understands medications will be reviewed by the treatment team to make recommendations to optimize functioning.

Based on Leslie S Marcus's history, she should be encouraged to learn/enhance more adaptive and proactive pain coping techniques that are focused on improved functioning and quality of life rather than passive techniques focused on pain relief, which will likely be elusive given that pain is described as intractable and longstanding.

We discussed the rationale for behavioral pain self-management strategies, the basics of neuroscience of pain, and options for behavioral chronic pain management treatment. It appears that the patient could benefit from learning adaptive and proactive chronic pain self-management strategies to manage aspects of chronic pain and reduce the impact of pain on functioning and quality of life. We discussed the Mayo Clinic Pain Rehabilitation Center program, an intensive outpatient interdisciplinary 3-week group-based rehabilitation program for individuals with debilitating chronic pain that would assist the patient in learning strategies for coping with chronic pain, improving functional ability and overall physical strength and endurance, and learning adaptive management of pain and mood. The program incorporates cognitive behavioral therapy, physical therapy, occupational therapy, discontinuation of opioid analgesic medications, and reduction of polypharmacy, with all aspects of programming focused on functional restoration.

At this time, the patient presents as interested in intensive pain rehabilitation treatment for chronic pain. The patient expressed openness and motivation to learn how to make cognitive, behavioral, and rehabilitative lifestyle changes to better self-manage chronic pain.

I emphasized to the patient that pain rehabilitation will not guarantee pain relief; rather, the focus will be on increasing and improving adaptive use of skills to manage pain and improve functioning. Also, we discussed the idea that the program supports withdrawal from chronic opioid therapy and decreased use of polypharmacy for chronic pain management. The patient denied significant concerns regarding participation in the PRC program at this time.

**PLAN**
The patient indicated understanding that per our discussion, referral from medical provider, and review of medical chart, she is considered a candidate for the Mayo Clinic Pain Rehabilitation Center. At this time, the patient expressed willingness to participate in PRC. We agreed to plan of patient initiating individual community-based therapy to address depression, anxiety, and symptoms of PTSD and to establish care prior to her participation in the PRC program to be continued after the program for maintenance of program gains. She understands that I will not place an order for the PRC program at this time, and she agreed to contact me once she has initiated community-based individual therapy.

6/18/2021 9:33 AM MST            User: 113763            Release ID: 121402727            Page 22

**Lincoln/Marcus 1250**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

I provided the patient with written materials regarding the Pain Rehabilitation Center and my contact information.  I encouraged the patient to call the PRC with questions at (480) 342-6240.  The patient indicated understanding.  Should a date for PRC participation be initiated per patient interest, disclosures and expectations of the pain rehabilitation program will be reviewed in further detail, as indicated.  If not already completed, prior to scheduling admission to PRC, the patient will need to complete a Fall Risk/Function Assessment for review with the PRC Physical Therapist and Occupational Therapist.  Additionally, an Exercise Clearance form will need to be completed due to patient's level of sedentary lifestyle and deconditioning and comorbid health concerns.

The patient has given written/verbal permission for PRC to leave messages at the phone number(s) she provided us.The patient's preferred contact phone number to discuss PRC is

Thank you for this referral to Mayo Clinic Pain Rehabilitation Pain Center (PRC).

Lisa Gudenkauf, Ph.D., L.P.

Electronically Signed by Gudenkauf, Lisa M, Ph.D., L.P. on 7/10/2020  3:41 PM

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 23

**Lincoln/Marcus 1251**



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

---

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona

### Reason for Visit

#### Visit Diagnosis

- General Medical Examination Adult [Z00.00]

### Labs

#### Lab

##### Comprehensive Metabolic Panel [2222662694273] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| F407037395:1 | Blood | Blood, Venous | 07/07/20 1154 |

Comprehensive Metabolic Panel [2222662694273] (Abnormal)          Resulted: 07/07/20 1834, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 07/07/20 1154
07/07/20 1834
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Potassium, S | 5.0 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 105 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 21 | 22 - 29 mmol/L | L ⌄ | ARZ |
| Anion Gap | 15 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 19.3 | 6 - 21 mg/dL | — | ARZ |
| Creatinine, S | 1.13 | 0.59 - 1.04 mg/dL | H ⌃ | ARZ |
| eGFR-Non Black | 57 | >=60 mL/min/BSA | L ⌄ | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|-----------|-------|-----------------|------|-----|
| eGFR-Black | 66 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|-----------|-------|-----------------|------|-----|
| Calcium, Total, S | 9.9 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 81 | 70 - 140 mg/dL | — | ARZ |
| Protein, Total, S | 7.9 | 6.3 - 7.9 g/dL | — | ARZ |
| Albumin, S | 4.7 | 3.5 - 5.0 g/dL | — | ARZ |
| Aspartate Aminotransferase (AST), S | 21 | 8 - 43 U/L | — | ARZ |
| Alkaline Phosphatase, S | 103 | 35 - 104 U/L | — | ARZ |

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 24

**Lincoln/Marcus 1252**


## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Alanine Aminotransferase (ALT), S | 16 | 7 - 45 U/L | — | ARZ |
| Bilirubin, Total, S | 0.3 | <=1.2 mg/dL | — | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM

### Lipid Panel, NON-FASTING [2222662694275] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:2 | Blood | Blood, Venous | 07/07/20 1154 |

Lipid Panel, NON-FASTING [2222662694275] (Abnormal)                Resulted: 07/07/20 1834, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145         Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301              Collected by: 07/07/20 1154
07/07/20 1834
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total, S | 285 | mg/dL | H * | ARZ |
| Comment: ----REFERENCE VALUE---- Desirable: < 200 Borderline high: 200 - 239 High: > or = 240 | | | | |
| Triglycerides, Non-Fasting, S | 79 | <175 mg/dL | — | ARZ |
| Cholesterol, HDL, S | 75 | >=50 mg/dL | — | ARZ |
| LDL Cholesterol, Non-Fasting | 194 | mg/dL | H * | ARZ |

Comment:
The markedly elevated LDL level is suggestive
of a genetic condition such as familial hypercholesterolemia
(FH) or familial defective apolipoprotein B-100 (FDB).
Molecular genetic testing for FH and FDB is available
through Mayo Clinic Laboratories: FH/ADH Genetic Reflex
Panel (test ADHP). Acquired (non-genetic) causes of markedly
increased LDL cholesterol include cholestatic liver disease

**Lincoln/Marcus 1253**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

---

**07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

due to the presence of LpX. If a genetic form of
hypercholesterolemia is suspected, family studies
including biochemical testing for lipids (total cholesterol,
triglycerides, LDL cholesterol and HDL cholesterol) are
recommended.  Please contact the laboratory at
1-800-533-1710 or the on-line test catalog at
mayocliniclaboratories.com for information about how to
order these tests or to speak with a genetic counselor.
Further interpretation would require clinical information.

----REFERENCE VALUE----
Desirable: <100
Above Desirable: 100-129
Borderline high: 130-159
High:
160-189
Very high: > or =190

| | | | | |
|---|---|---|---|---|
| Non HDL Cholesterol | 210 | mg/dL | H ⁁ | ARZ |
| Comment: | | | | |

----REFERENCE VALUE----
Desirable: <130
Above Desirable: 130-159
Borderline high: 160-189
High: 190-219
Very high: > or =220

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM

**CBC with Differential, Blood [2222662694277] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:3 | Blood | Blood, Venous | 07/07/20 1154 |

CBC with Differential, Blood [2222662694277] (Abnormal)          Resulted: 07/07/20 1812, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 07/07/20 1154
07/07/20 1813

---

**Lincoln/Marcus 1254**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM    PAGE   30/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/07/20 1825

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 13.9 | 11.6 - 15.0 g/dL | — | ARZ |
| Hematocrit | 43.5 | 35.5 - 44.9 % | — | ARZ |
| Erythrocytes | 4.77 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 91.2 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 12.8 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 333 | 157 - 371 x10(9)/L | | ARZ |
| Leukocytes | 6.5 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 2.90 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 2.84 | 0.95 - 3.07 x10(9)/L | — | ARZ |
| Monocytes | 0.42 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.19 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.10 | 0.01 - 0.08 x10(9)/L | H ^ | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM
Schweda, Denise C, M.D. on 7/7/2020  6:33 PM
Schweda, Denise C, M.D. on 7/7/2020  6:25 PM

### Hemoglobin A1c [2222662694279] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:4 | Blood | Blood, Venous | 07/07/20 1154 |

**Hemoglobin A1c [2222662694279]**                    Resulted: 07/08/20 0741, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 07/07/20 1154
07/08/20 0748

6/18/2021 9:33 AM MST      User:  113763      Release ID: 121402727      Page 27

PAGE 30/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1255**

Mayo Clinic Fax 6       6/18/2021 12:26:40 PM   PAGE   31/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

---

**07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1c, B | 5.6 | 4.2 - 5.6 % | — | MCA PHX Campus |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

**Indications**

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM

**Thyroid Function Cascade [2222662694281] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:5 | Blood | Blood, Venous | 07/07/20 1154 |

**Thyroid Function Cascade [2222662694281]**                      Resulted: 07/07/20 1834, Result status: Final result

Ordering provider: Schweda, Denise C, M.D. 07/07/20 1145      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 07/07/20 1154
07/07/20 1834
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH, Sensitive, S | 2.00 | 0.30 - 4.20 mIU/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

---

PAGE 31/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1256**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 7/7/2020, D/C: 7/7/2020



**07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM

**Ferritin [2222662694283] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:6 | Blood | Blood, Venous | 07/07/20 1154 |

**Ferritin [2222662694283]**                    Resulted: 07/08/20 0851, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301              Collected by: 07/07/20 1154
07/08/20 0859
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin, S | 64 | 11 - 307 mcg/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM

**Iron and Total Iron-Binding Capacity [2222662694285] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:7 | Blood | Blood, Venous | 07/07/20 1154 |

**Iron and Total Iron-Binding Capacity [2222662694285]**          Resulted: 07/07/20 1828, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301              Collected by: 07/07/20 1154
07/07/20 1828
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/07/20 1833

**Lincoln/Marcus 1257**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

---

**07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 98 | 35 - 145 mcg/dL | — | ARZ |
| Total Iron Binding Capacity | 277 | 250 - 400 mcg/dL | — | ARZ |
| Percent Saturation | 35 | 14 - 50 % | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM
Schweda, Denise C, M.D. on 7/7/2020  6:33 PM

**Nucleated RBC [2222662694287] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:10 | Blood | — | 07/07/20 1154 |

**Nucleated RBC [2222662694287]**                              Resulted: 07/07/20 1812, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301            Collected by: 07/07/20 1154
07/07/20 1813
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/07/20 1825

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020  9:19 AM
Schweda, Denise C, M.D. on 7/7/2020  6:33 PM

---

**Lincoln/Marcus 1258**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE   34/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

**Labs (continued)**

Schweda, Denise C, M.D. on 7/7/2020  6:25 PM

PAGE 34/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1259**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

#### Chief Complaint
- Annual Exam

#### Visit Diagnoses
- **General Medical Examination Adult (primary) [Z00.00]**
- Chronic Fatigue Syndrome [R53.82]
- Nausea [R11.0]
- Anxiety Generalized Disorder [F41.1]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]
- Atrial Fibrillation [I48.91]
- Embolus Pulmonary Personal History [Z86.711]
- Anemia [D64.9]

### Clinical Notes

#### H&P

##### H&P by Schweda, Denise C, M.D. at 7/7/2020 11:00 AM

| | | |
|---|---|---|
| Author: Schweda, Denise C, M.D. | Service: FAM (Family Medicine) | Author Type: Physician |
| Filed: 7/7/2020 12:41 PM | Encounter Date: 7/7/2020 | Status: Signed |
| Editor: Schweda, Denise C, M.D. (Physician) | | |

**CHIEF COMPLAINT / REASON FOR VISIT**
GME

**HISTORY OF PRESENT ILLNESS**
Ms. Leslie S Marcus is a 49 y.o. female who presents today for general medical examination. She notes she is primarily concerned with CFS which has formally been diagnosed but is frustrating for her since there is no formal treatment. She notes most recently that she completely stopped her PPI as of 1 month ago, had previously been taking Protonix 40 mg daily, due to concerns that it was altering her gastrointestinal flora. She has been doing self education on CFS and read that PPIs and beta-blockers specifically cause issues. She does not want to stop her beta-blocker due to her arrhythmia history. She notes since stopping her PPI she has been having problems with chronic nausea which seems to affect her in her right upper anterior cervical lymph node region.

- Asthma. Asthma action plan completed today - well-controlled, infrequent symptoms. Has Symbicort as a controller to use when having more frequent symptoms. Notes only uses rescue inhaler maybe 2-3 times monthly. Has never been hospitalized for asthma. Patient feels this is the least of her concerns
- Chronic fatigue syndrome. Patient is trying to self-educate regarding potential treatment options as other providers have advised her medical treatments are limited. She has questions about daily B12 and Vit C injections. Is interested in meeting with a Naturopath but COVID has limited her options to seek consultation.
- Generalized anxiety disorder with insomnia. Meds managed by community psychiatrist. Taking Fluoxetine 20 mg daily and Naltrexone 4.5 mg daily. Chronically taking Clonazepam 0.5 mg and Mirtazapine 45 mg nightly for sleep.
- Paroxysmal Atrial fibrillation. Stable on Bystolic 1.25 mg twice daily.
- History extensive DVT with numerous PE 6/2019. Chronically on Eliquis.
- Anemia. Previously required iron infusions. Last lab 11/2019.
- History GI bleed due to gastric ulcer. Not currently on PPI. No abdominal pain. Not on NSAIDs.
- Chronic nausea since stopping PPI. She is certain the previously mentioned hypotension with Zofran was due to Zofran as she was ill with other issues at the time of symptoms. Notes she had previously done fine with

**Lincoln/Marcus 1260**


## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 7/7/2020

---

### 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

medication.  She would like to try it again if possible due to intolerable nausea.  Previously found some relief with cupping therapy but this is on hold due to COVID.  Tries diffusing ginger essential oils, taking ginger orally.

**Immunization History**

| Administered | Date(s) Administered |
| --- | --- |
| • PCV13 | 01/20/2019 |

### PROBLEM LIST

Patient Active Problem List

Diagnosis

- Atrial Fibrillation (HCC)
- Catheter Ablation For Conduction Pathway Status Post
- Flutter Atrial (HCC)
- Anxiety Generalized Disorder
- Adjustment Disorder With Depressed Mood
- Asthma (HCC)
- Chronic Fatigue Syndrome
- Hemorrhage Gastrointestinal
- Insomnia Due To Medical Condition
- Irritable Bowel Syndrome Without Diarrhea
- Other Pulmonary Embolism Without Acute Cor Pulmonale (HCC)
- Other Encephalitis And Encephalomyelitis (HCC)
- Other Dyspnea
- Sleep Related Movement Disorder
- Postural Tachycardia Syndrome Without Hypotension
- Neuropathy Autonomic
- Reaction Stress
- Hypermobile Ehlers Danlos Syndrome (HCC)
- Posttraumatic Stress Disorder Prolonged
- Pain Musculoskeletal Widespread Chronic

### MEDICATIONS

Current Outpatient Medications:
• acetaZOLAMIDE (DIAMOX) 125 mg tablet, Take 1 tablet (125 mg total) by mouth 2 (two) times a day., Disp: 100 tablet, Rfl: 2
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily. Tincture, no THC , Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY, Disp: 30 tablet, Rfl: 1
• FLUoxetine (PROzac) 20 mg capsule, Take 20 mg by mouth daily., Disp: , Rfl:
• mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME, Disp: 30 tablet,

**Lincoln/Marcus 1261**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE  37/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

Rfl: 0
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• naltrexone HCl 4.5 mg/lactose capsule, Take 1 capsule by mouth at bedtime., Disp: , Rfl:
• nebivoloL (BYSTOLIC) 2.5 mg tablet, Take 0.5 tablets (1.25 mg total) by mouth daily. Instead of metoprolol, Disp: 45 tablet, Rfl: 3
• prochlorperazine (COMPAZINE) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. ), Disp: 30 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• ondansetron (ZOFRAN) 8 mg tablet, Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea., Disp: 30 tablet, Rfl: 2

## ALLERGIES

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

## PAST MEDICAL, SURGICAL, FAMILY and SOCIAL HISTORY
Reviewed and updated.

Social History

Social History Narrative

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

## ROS
Gen:      +Weight gain 40# since CFS onset 2 years ago, difficulty losing despite fasting all day and only eating one keto meal daily for dinner.  No fevers or chills or recent illness.  Avoiding crowds due to COVID.  +Chronic fatigue. +Night sweats.
HEENT:   Negative
Neck:     +Chronic hoarse feeling in throat and tender R-sided lymph node.  +Sinus congestion/chronic.
Breast:   Negative
CV:        +Chest pain/pressure - chronic.
GI:         +Nausea chronically since stopping PPI.  +Heartburn.  +Constipation.  +Diarrhea
GU:        Negative
Pulm:     +SOB. +Cough - dry/productive.
Endo:     Negative
Heme:    +Chronic anemia, requiring iron injections in the past, does not tolerate oral iron.
MS:       +Chronic generalized pain.

**Lincoln/Marcus 1262**



Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

Neuro:    +Lightheadedness on occasion.
Psych:    +Feeling frustrated.  No suicidal thoughts or homicidal thoughts.
Skin:    Negative

### PHYSICAL EXAM

BP 109/72 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular)  | Pulse 67  | Temp 36.8 °C (Oral)  | Resp 16  | Ht 167 cm  | Wt 65.9 kg  | SpO2 98%  | BMI 23.63 kg/m²

GEN:    Alert, cooperative, no distress, appears stated age.
HEAD:    Normocephalic, without obvious abnormality, atraumatic.
EYES:    PERRLA, EOMI, conjunctiva and corneas clear, fundi benign.
EARS:    Normal TMs and external ear canals bilaterally
NOSE:    Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness.
ORAL:    Lips, oral mucosa, and tongue normal.  Teeth and gums normal.
NECK:    Supple, symmetrical, trachea midline, +R upper anterior cervical enlarged tender lymph node, no fluctuance.  No abnormal masses.  Thyroid without enlargement, tenderness, or nodules.
BACK:    Symmetric, no abnormal curvatures, neck/back ROM normal.  No muscle spasm or tenderness.  No CVA tenderness.
RESP:    Clear to auscultation bilaterally, respirations unlabored.
CHEST:    No chest wall tenderness or deformity.
BREAST:  Deferred.
CARDIO:  Regular rate and rhythm, S1 and S2 normal, no murmur, rub, or gallop.  No carotid bruits or elevated JVP.  Pulses brisk and symmetric, bilateral upper and lower extremities.  No lower extremity edema.
ABD:    Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly.
GU:    deferred.
EXT:    Extremities normal, atraumatic.  No cyanosis, clubbing, or edema.
SKIN:    Skin color, texture, turgor normal, no rashes or lesions.
LYMPH:    Cervical, supraclavicular, and axillary nodes normal.
NEURO:    CNII-XII intact.  Normal strength, sensation and reflexes throughout.
PSYCH:    Alert and oriented x 3.  Affect appropriate.  Insight and judgement are intact.  Articulate historian.  Well groomed, good hygiene, appropriately dressed.  No suicidal ideation or homicidal ideation.

### LAB/RECENT TESTING

None recent

### ASSESSMENT/PLAN

**#1 General Medical Examination Adult**

Encouraged diet low in cholesterol, high in fiber.  Recommend at least 150 minutes of exercise per week.  Discussed importance of maintaining normal BMI, benefits of regular sunscreen use, dental care, and disease prevention.
Immunizations:  UTD, continue annual influenza vaccine.
Plan:  Check routine GME labs.  Well-woman care UTD through community gyn, Dr. Cyndy Churgin with recent mammogram and Pap smear UTD.

**#2 Chronic Fatigue Syndrome**

Discussed healthy nutrition and regular exercise, modifying for energy tolerance.  Patient is working on adequate sleep.  Agree with evaluation with naturopath for discussion of alternative therapies.

**Lincoln/Marcus 1263**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

**#3 Nausea**
Concern for past history GI bleed/ulcer disease, urged patient to at least consider H2 blocker 1-2 times daily prn. If symptoms persist/recur, consider at least a low-dose PPI such as Prilosec 20 mg every other day. Patient verbalized understanding and will consider this plan. Refilled Zofran, encouraged patient to try at half tablet to begin with and use only sparingly p.r.n.
**#4 Anxiety Generalized Disorder**
Anxiety stable under care of psychiatrist in the community.
**#5 Postural Tachycardia Syndrome Without Hypotension**
Stable on current therapy.
**#6 Atrial Fibrillation (HCC)**
Stable on current therapy.
**#7 Embolus Pulmonary Personal History**
Stable on current therapy. Requires chronic anticoagulation for unprovoked DVT/PE.
**#8 Anemia**
Check lab to monitor for history of anemia.


Dictated using Fluency Direct voice recognition software. Transcriptions are reviewed for accuracy but areas may remain. Please notify for clarification.

Orders Placed This Encounter
Medications
- ondansetron (ZOFRAN) 8 mg tablet
  Sig: Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea.
  Dispense: 30 tablet
  Refill: 2


Orders Placed This Encounter
Procedures
- Comprehensive Metabolic Panel
- Lipid Panel, NON-FASTING
- CBC with Differential, Blood
- Hemoglobin A1c
- Thyroid Function Cascade
- Ferritin
- Iron and Total Iron-Binding Capacity


Electronically Signed by Schweda, Denise C, M.D. on 7/7/2020 12:41 PM


**Vitals**

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 36

**Lincoln/Marcus 1264**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 7/7/2020

### 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Vitals (continued)**

**Vital Signs**                                                    Most recent update: 7/7/2020 10:45 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 109/72 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | 67 | 36.8 °C (Oral) | 16 | 167 cm |

| Wt | SpO2 | BMI |
|---|---|---|
| 65.9 kg | 98% | 23.63 kg/m² |

PAGE 40/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1265**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/23/2020

## 03/23/2020 - External Outreach in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

#### Chief Complaint
- Outpatient COVID-19 Testing, onset date 3/23/2020

#### Visit Diagnosis
- **Infection Upper Respiratory (primary) [J06.9]**

### Labs

#### Microbiology

##### SARS Coronavirus 2 RNA [2222599027084] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F023014314:1 | Varies | Nasopharynx | 03/23/20 1122 |

**SARS Coronavirus 2 RNA [2222599027084]**          Resulted: 03/24/20 0145, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  03/23/20 1122          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 03/23/20 1122
03/24/20 1048
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Leek, Krystal A on 03/24/20 1129

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS Coronavirus-2 Source | Swab, Nasopharynx | — | — | ARZ |
| SARS Coronavirus-2, PCR | Undetected | Undetected | — | ARZ |

Comment:
SARS-Co-V-2 RNA not detected.

----ADDITIONAL INFORMATION----
Testing was performed using the Abbott RealTime SARS-CoV-2 assay (Abbott
Molecular, Inc.) on the Abbott m2000 System.
This test is only approved for testing human nasopharyngeal and oropharyngeal
swab specimens under U.S. FDA emergency
use authorization (EUA). Fact sheets for this Emergency Use Authorization
(EUA) assay can be found at the following links:

For Healthcare Providers: https://www.fda.gov/media/136047/download

For Patients: https://www.fda.gov/media/136048/download

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Lincoln/Marcus 1266**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 3/23/2020

## 03/23/2020 - External Outreach in Department of Family Medicine in Glendale, Arizona (continued)

### Labs (continued)

**Indications**

Infection Upper Respiratory [J06.9 (ICD-10-CM)]

**All Reviewers List**

Leek, Krystal A on 3/24/2020 11:29 AM

PAGE 42/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1267**



## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 3/4/2020

### 03/04/2020 - Office Visit in Division of General Internal Medicine in Scottsdale, Arizona

**Reason for Visit**

#### Visit Diagnoses

- **Other Encephalitis And Encephalomyelitis (primary) [G04.81]**
- Other Dyspnea [R06.09]
- Posttraumatic Stress Disorder Prolonged [F43.12]
- Sleep Related Movement Disorder [G47.69]
- Anxiety Generalized Disorder [F41.1]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]

**Clinical Notes**

#### Consults - Outpatient

##### Consults - Outpatient by Bergstrom, Larry R, M.D. at 3/4/2020 3:00 PM

| | | |
|---|---|---|
| Author: Bergstrom, Larry R, M.D. | Service: GIM (General Internal Medicine) | Author Type: Physician |
| Filed: 3/4/2020 3:54 PM | Encounter Date: 3/4/2020 | Status: Signed |
| Editor: Bergstrom, Larry R, M.D. (Physician) | | |

**Patient ID:** Ms. Marcus presents for follow up for an Integrative Medicine Consultation dated 01/30/2020.
**ASSESSMENT / PLAN**
**#1 Myalgic encephalomyelitis/chronic fatigue syndrome**
She has hyper mobile joints which is a predisposing factor to me/cfs. It is associated with POTS, gastroparesis, small fiber neuropathy, chronic fatigue syndrome, fibromyalgia, mast cell activation disorder and central sensitization. Since her last visit she has started low-dose naltrexone and is now on 2.5 mg daily. She found a web site/block of people with similar symptoms who advised her to continue up to 4.5 mg daily. She has noted she is a bit more jittery but she is tolerating it.
Alpha GPC is a dietary supplement that increases choline levels in the brain and seems to be helpful for patients with "brain fog" and fatigue doses 300 mg up to 3 times daily. She should complete her titration of low-dose naltrexone before starting it.
She started Tai Chi daily and went to the zoo over the weekend and suffered significant setback of profound fatigue. We reviewed energy management again the using the analogy of $10.25. She realizes that she over did it. I suggested she continue Tai Chi but to not attend the entire class, perhaps starting with 15 or 20 minutes to begin with depending on her response.
She has a consultation with PRC pending. The program may be helpful for chronic pain management
**#2 Breathing dysregulation**
The capneic challenge test was quite positive. She felt as normal as she has in many months breathing $CO_2$ which was very exciting for her. She will use airborne tablets as needed. I gave her prescription for Diamox 125 mg b.i.d. initially but this may be increased depending on her response.
**#3 POTS/autonomic neuropathy**
She was on metoprolol but it caused too much hypotension. She is now on Bystolic. If she has hypotension on it she could be switched to ivabradine which slows heart rate but does not lower blood pressure. Diamox is diuretic so she needs to continue to push fluids and use adequate sodium.
She was seen by Dr. Fineman in neurology who ordered some additional testing looking for underlying causes. The additional testing was negative as was an EMG. He recommended continuing SNRI antidepressants for symptom management.
**#4 Depression**
She was seen by Dr. Kari Martin who recommended increasing Effexor and continuing clonazepam. She had pharmacogenomic testing which showed reduced metabolism so she was switched to Prozac. I sent a note to Dr.

**Lincoln/Marcus 1268**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Division of General Internal Medicine in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

Martin and Dr. Oakes. About the possibility of using an SNRI antidepressant which would hopefully also help manage chronic pain. Effexor also has an interaction with apixaban.

**#5 Sleep disorder**
She has active sleep, likely REM sleep disorder. She is known to thrash about, yell and be active while asleep. She takes clonazepam 1 mg, mirtazapine and cannabis at bedtime. Her symptoms are worse since she has a flare of fatigue after over exertion recently. Hopefully this will improve as she recovers and is back on an SNRI antidepressant.

**#6 GI symptoms**
She has nausea, bloating possibly due to gastroparesis. The gastric emptying/small bowel transit time test is only done at 7:00 a.m. which she cannot do for variety of reasons. Will revisit this issue if symptoms persist.

Total time 45 minutes, greater than half counseling
She will continue to follow with Dr. Engle.

This document was prepared with voice recognition software technology; while reviewed prior to signature, it may contain unintended voice recognition errors that were not dictated and/or seen in editing.

**Answers for HPI/ROS submitted by the patient on 1/12/2020**

Fatigue: **Yes**
Weight gain of more than 10 pounds: **Yes**
Night sweats: **Yes**
No eye issues: **Yes**
Persistent hoarse voice: **Yes**
Rapid or fluttering heart beats: **Yes**
Swelling in the legs or feet: **Yes**
Shortness of breath when lying flat: **Yes**
Shortness of breath: **Yes**
Dry cough: **Yes**
Heartburn: **Yes**
Nausea: **Yes**
Vomiting: **Yes**
Constipation: **Yes**
Joint swelling: **Yes**
No skin issues: **Yes**
Light-headedness: **Yes**
Numbness or shooting pain in hands, arms, legs or feet: **Yes**
Weakness in arms and/or legs: **Yes**
Slurred speech: **Yes**
Loss of balance or tendency to fall easily: **Yes**
Change in sexual drive (decreased libido): **Yes**
Little interest or pleasure in doing things: **Yes**
Feeling down, depressed, or hopeless: **Yes**
Feeling nervous, anxious or on edge: **Yes**
Not being able to stop or control worrying: **Yes**
Enlarged lymph nodes: **Yes**
Bruises/bleeds easily: **Yes**

**Lincoln/Marcus 1269**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 3/4/2020

---

### 03/04/2020 - Office Visit in Division of General Internal Medicine in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

No urinary/reproductive issues: **Yes**

Electronically Signed by Bergstrom, Larry R, M.D. on 3/4/2020  3:54 PM

**Vitals**

**Vital Signs**                                                                 Most recent update: 3/4/2020  2:56 PM

| Temp | Ht | Wt | BMI |
|---|---|---|---|
| 36.7 °C (Oral) | 167 cm | 67 kg | 24.02 kg/m² |

---

**Lincoln/Marcus 1270**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM   PAGE   46/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/4/2020

## 03/04/2020 - Clinical Support in Division of General Internal Medicine in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnosis**
- Other Dyspnea [R06.09]

**Op Note/Surgical Log**

**Procedures**

| Breznak, Karen K, R.N. | Procedures | Encounter Date: 3/4/2020 |
| Registered Nurse | Signed | |

GIM (General Internal Medicine)

Related encounter: Clinical Support from 3/4/2020 in Division of General Internal Medicine in Scottsdale, Arizona

**Procedure Orders**
OCC Capnic challenge test [2222599027078] ordered by Bergstrom, Larry R, M.D.

**Pre-procedure Diagnoses**
Other Dyspnea [R06.09]

**Post-procedure Diagnoses**
Other Dyspnea [R06.09]

**OCC Capnic challenge test**
Date/Time: **3/4/2020 2:45 PM**
Performed by: **Breznak, Karen K, R.N.**
Authorized by: **Bergstrom, Larry R, M.D.**

**Aerospace Capnic Challenge Test**

Service Date: 03/04/2020

The patient was instructed to increase breathing rate in depth on room air as much as feasible and to indicate any symptoms that were to occur by recording them on the Nijmegen questionnaire. The period of deep and rapid breathing was carried out for 120 seconds with the intent of achieving a drop of 10-20 mmHg in end-tidal $CO_2$ levels. At the end of the rapid breathing period, the patient self-administered effervescent tablets until all symptoms resolved.

Nijmegen questionnaire of symptom occurrence by history (0= never, 1= sometimes, 2= rarely, 3= often, 4= very often).
Total Score **(**/16):

Chest pain: 3
Feeling tense: 4
Blurred vision: 1

PAGE 46/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1271**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/4/2020

### 03/04/2020 - Clinical Support in Division of General Internal Medicine in Scottsdale, Arizona (continued)

**Op Note/Surgical Log (continued)**

Dizzy spells / lightheadedness: 4
Feeling confused: 3
Faster deeper breathing: 2
Shortness of breath: 3
Tight feeling in the chest: 3
Bloated feeling in the stomach: 4
Tingling fingers: 4
Unable to breathe deeply: 4
Stiff fingers or arms: 2
Tight feelings around mouth: 4
Cold hands or feet: 4
Palpitations: 3
Feeling of anxiety: 4

The test was started at 14:20 with an end-tidal CO2 of 26mmHg, a breathing rate of 16 breaths/min, peripheral oxygen saturation of 98% and blood pressure of 114/72 mmHg with a pulse of 75 beats/min as a baseline.

Rapid breathing was initiated at 14:22, with a breathing rate of 42 breathes /min and terminated at 14:23 (toleratted 1 minute 2 seconds) with an end-tidal CO2 of 11 mmHg and a breathing rate of 24 breaths/min.
The patient self-administered 4 effervescent tablet(s) and reported feeling recovered at 14:42.
The end-tidal CO2 returned to 21 mmHg, a breathing rate of 18 breaths/minute.
The patient felt fully recovered after 12 minutes.

Nijmegen questionnaire of symptom intensity by provocation testing (0= none, 1= mild, 2= moderate, 3= severe, 4= very severe).
Total Score ** (**/16):

Chest pain: 3
Feeling tense: 3
Blurred vision: 0
Dizzy spells / lightheadedness: 4
Feeling confused: 3
Faster deeper breathing: 3
Shortness of breath: 3
Tight feeling in the chest: 3
Bloated feeling in the stomach: 4
Tingling fingers: 0
Unable to breathe deeply: 0
Stiff fingers or arms: 0
Tight feelings around mouth: 0
Cold hands or feet: 3
Palpitations: 0
Feeling of anxiety: 4

Interpretation:

**Lincoln/Marcus 1272**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE   48/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 3/4/2020

## 03/04/2020 - Clinical Support in Division of General Internal Medicine in Scottsdale, Arizona (continued)

**Op Note/Surgical Log (continued)**

Electronically signed by Breznak, Karen K, R.N. at 3/4/2020  2:51 PM

### Procedures

#### Procedures

**OCC Capnic challenge test [2222599027078] (Final result)**

| **OCC Capnic challenge test [2222599027078]** | Resulted: 03/04/20 1400, Result status: Final result |
|---|---|

Ordering provider: Bergstrom, Larry R, M.D.  03/04/20 1359    Order status: Completed
Filed by: Breznak, Karen K, R.N.  03/04/20 1451
Narrative:
Breznak, Karen K, R.N.    3/4/2020  2:51 PM
OCC Capnic challenge test
Date/Time: 3/4/2020 2:45 PM
Performed by: Breznak, Karen K, R.N.
Authorized by: Bergstrom, Larry R, M.D.

Pre-procedure diagnoses:
Other Dyspnea
Post-procedure diagnoses:
Other Dyspnea

**Indications**

Other Dyspnea [R06.09 (ICD-10-CM)]

PAGE 48/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1273**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

#### Chief Complaint
- Follow-up (medication)

#### Visit Diagnoses
- **Posttraumatic Stress Disorder Prolonged (primary) [F43.12]**
- Adjustment Disorder With Depressed Mood [F43.21]
- Atrial Fibrillation [I48.91]

### Progress Notes

#### Progress Notes

**Progress Notes by Engle, Richard L, M.D. at 2/18/2020 11:00 AM**

| Author: Engle, Richard L, M.D. | Service: FAM (Family Medicine) | Author Type: Physician |
| --- | --- | --- |
| Filed: 2/18/2020 11:08 AM | Encounter Date: 2/18/2020 | Status: Signed |
| Editor: Engle, Richard L, M.D. (Physician) | | |

Chief Complaint
Patient presents with
- Follow-up
  *medication*

HPI:  Very pleasant 48-year-old presents in follow-up of the 02/10/2020 Pharmacogenomics consult regarding possible beneficial adjustments in her medication to improve her sense of well-being.

Specifically it was recommended she transition to a more cardioselective beta-blocker to avoid cognitive and hypotensive side effects.  In addition the patient does not find the Effexor beneficial and she is requesting a medication change-perhaps back to fluoxetine that she has been on previously.

Allergies

| Allergen | Reactions |
| --- | --- |
| Zofran [Ondansetron Hcl] | Hypotension |
| Adhesive | Rash |
| Corticosteroids (Glucocorticoids) | Palpitations |

Current Outpatient Medications:
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
- apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily. Tincture, no THC , Disp: , Rfl:
- clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY, Disp: 30 tablet, Rfl: 1
- mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME, Disp: 30 tablet, Rfl: 0
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0

**Lincoln/Marcus 1274**



Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Visit date: 2/18/2020

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

• NON FORMULARY, Take 1 each by mouth daily. Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5 mg/day. (Patient taking differently: Take 1 each by mouth daily. Naltrexone 0.5 mg Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5 mg/day. NARCAN ), Disp: 60 each, Rfl: 2

• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding, Disp: 90 tablet, Rfl: 3

• prochlorperazine (COMPAZINE) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. ), Disp: 30 tablet, Rfl: 0

• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0

• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 60 capsule, Rfl: 1

• nebivoloL (BYSTOLIC) 2.5 mg tablet, Take 0.5 tablets (1.25 mg total) by mouth daily. Instead of metoprolol, Disp: 45 tablet, Rfl: 3

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | 47 |
| *identical twin sister* | | |
| • Kidney disease | Sister | |
| • Other (Other) | Sister | |
| *ANA, identical twin sister* | | |
| • Ovarian cancer | Mother | |
| • Stomach cancer | Maternal Grandmother | |
| • Cancer | Maternal Grandfather | |
| • Dementia | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • PE - Pulmonary embolism | Paternal Grandfather | |

### Social History

**Socioeconomic History**
• Marital status:        Life Partnership
   Spouse name:        Not on file
• Number of children:    Not on file
• Years of education:    Not on file

**Lincoln/Marcus 1275**

**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

### Progress Notes (continued)

- Highest education level:          Bachelor's degree (e.g., BA, AB, BS)

**Occupational History**

- Not on file

**Social Needs**

- Financial resource strain:          Not very hard
- Food insecurity
    Worry:          Never true
    Inability:          Never true
- Transportation needs
    Medical:          No
    Non-medical:          No

**Tobacco Use**

- Smoking status:          Former Smoker
    Packs/day:          0.25
    Years:          14.00
    Pack years:          3.50
    Types:          Cigarettes
- Smokeless tobacco:          Never Used
- Tobacco comment: 1 pack per week x 15 years

**Substance and Sexual Activity**

- Alcohol use:          No
    Frequency:          Never
    Drinks per session:          1 or 2
    Binge frequency:          Never
    *Comment: none*
- Drug use:          Yes
    Types:          Marijuana
    *Comment: Helps with nausea, 50mg*
- Sexual activity:          Yes
    Partners:          Male
    Birth control/protection:          Post-menopausal

**Lifestyle**

- Physical activity
    Days per week:          5 days
    Minutes per session:          30 min
- Stress:          Rather much

**Relationships**

- Social connections
    Talks on phone:          Twice a week
    Gets together:          Once a week
    Attends religious service:          Never
    Active member of club or          No
    organization:
    Attends meetings of clubs          Never
    or organizations:
    Relationship status:          Living with partner

| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 48 |

**Lincoln/Marcus 1276**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE   52/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

## MAYO CLINIC

**02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)**

**Progress Notes (continued)**

- Intimate partner violence
  | | |
  |---|---|
  | Fear of current or ex partner: | Not on file |
  | Emotionally abused: | Not on file |
  | Physically abused: | Not on file |
  | Forced sexual activity: | Not on file |

| Other Topics | Concern |
|---|---|

- Not on file

**Social History Narrative**

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | 05/2019 |
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Atrial Fibrillation (HCC) | |
| • Chronic Idiopathic Constipation | |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Gastroesophageal Reflux Disease NOS | |
| • Malignant Neoplasm Of Ovary (HCC) | |
| • Malignant Neoplasm Of Uterus Endometrial (HCC) | |
| • Migraine Headache | |
| • Nausea And Vomiting | |
| • Neuropathy | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Reflux Esophagitis<br>*LA Grade C* | 04/2019 |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History<br>*in all 4 extremities* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 49 |

**Lincoln/Marcus 1277**

Mayo Clinic Fax 6       6/18/2021 12:26:40 PM    PAGE    53/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 2/18/2020

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

### Progress Notes (continued)

- CATH ABLATION                                          Right              6/12/2019
  *Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*
- CATH ASD REPAIR                                        N/A                6/12/2019
  *Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*
- HYSTERECTOMY TOTAL ABDOMINAL
  *Total hysterectomy -no ovaries*
- IR LUMBAR SPINE FACET DENERVATION                                         2019
  *L4*
- LAPAROSCOPY DIAGNOSTIC / BIOPSY / ASPIRATION / LYSIS
  *X9, fibroid cysts, ovarian cancer on one ovary which was removed w/ one of the laparoscopy surgeries*

### Immunization History

| Administered | Date(s) Administered |
| --- | --- |
| • PCV13 | 01/20/2019 |

ROSS completed one month ago and issues are chronic at this time
Constitutional: Positive for fatigue, night sweats and weight gain of more than 10 pounds.
ENT: Positive for persistent hoarse voice.
Respiratory: Positive for dry cough and dyspnea.
Cardiovascular: Positive for swelling in the legs or feet, rapid or fluttering heart beat and shortness of breath when lying flat.
Gastrointestinal: Positive for constipation, heartburn, nausea and vomiting.
Genitourinary: Positive for decreased libido.
Hematologic: Positive for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for joint swelling.
Neurological: Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, loss of balance or tendency to fall easily, slurred speech and weakness in arms or legs.
Psychiatric/Behavioral: Positive for decreased libido, little interest or pleasure in doing things over past two weeks, feeling down, depressed, or hopeless over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

The following systems were negative: Skin, Eyes

Blood pressure 104/63, pulse 79, temperature 36.8 °C, temperature source Oral, resp. rate 16, height 167 cm, weight 67.2 kg, SpO2 99 %, not currently breastfeeding. Body mass index is 24.1 kg/m².

| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 50 |

**Lincoln/Marcus 1278**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

**02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)**

Progress Notes (continued)

PHYSICAL EXAM:

Cardiovascular
  Rate and Rhythm: Normal rate.
Neurological
  Mental Status: She is alert.
Psychiatric
  Behavior: Behavior normal.

IMPRESSION:

**#1 Posttraumatic Stress Disorder Prolonged**
**#2 Adjustment Disorder With Depressed Mood**
**#3 Atrial Fibrillation (HCC)**

Plan   discussed the potential risks and benefits of medication change.  Change metoprolol tartrate 12.5 mg b.i.d. to Bystolic 1.25 mg daily.  Decrease Effexor from 300-->150 XR daily with additional medication changes or substitutions per Psychiatry.  Patient expressed understanding of our discussion and plan. This note was dictated with Fluency Direct voice recognition software

No orders of the defined types were placed in this encounter.

Electronically Signed by Engle, Richard L, M.D. on 2/18/2020 11:08 AM

Vitals

**Lincoln/Marcus 1279**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 2/18/2020

---

### 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Vitals (continued)**

**Vital Signs**                                                     Most recent update: 2/18/2020 10:41 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 104/63 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | 79 | 36.8 °C (Oral) | 16 | 167 cm |

| Wt | SpO2 | BMI |
|---|---|---|
| 67.2 kg | 99% | 24.10 kg/m² |

---

**Lincoln/Marcus 1280**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 2/10/2020

## 02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona

### Reason for Visit

#### Visit Diagnosis
- Anxiety Generalized Disorder [F41.1]

### Clinical Notes

#### Consults - Outpatient

##### Consults - Outpatient by Oakes, Sheena S, Pharm.D. at 2/10/2020  2:00 PM

| Author: Oakes, Sheena S, Pharm.D. | Service: PHR (Pharmacy) | Author Type: Pharmacist |
|---|---|---|
| Filed: 2/12/2020 12:08 AM | Encounter Date: 2/10/2020 | Status: Signed |
| Editor: Oakes, Sheena S, Pharm.D. (Pharmacist) | | |

## Medication Therapy Management

SUBJECTIVE

Leslie S Marcus is a 48 y.o. female, who is seen today by MTM Pharmacist for comprehensive medication review. She was referred by Martin, Kari A, M.D.  . The following are present at time of visit/service: patient. Patient's primary concern today is **POLYPHARMACY and PHARMACOGENOMIC REVIEW.**
Last PGx review completed by Dr.Adrijana Kekic e-consult dated 9/16/19, patient had not seen analysis by pharmacist and was curious on what results mean. Patient is on various medications, she wonders if her medical conditions make her sick or if her medication make her sick. She is concerned specifically with Metoprolol, she feels it makes her very lightheaded but takes it for rate control of atrial fibrillation and she has great amount of nausea best managed by vaping CBD and daily compazine

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

Pertinent patient lifestyle habits, preferences and beliefs, health and functional goals, health literacy, cultural factors and socioeconomic factors were assessed at this appointment with no concerns noted.

Outpatient Medications Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler | Inhale 2 puffs every 4 (four) hours as needed. | | |
| • apixaban (ELIQUIS) 5 mg tablet | Take 1 tablet (5 mg total) by mouth 2 (two) times a day. | 60 tablet | 11 |
| • CANNABIDIOL, CBD, EXTRACT ORAL | Take by mouth daily. Tincture, no THC | | |
| • clonazePAM (KlonoPIN) 1 mg tablet | TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY | 30 tablet | 0 |
| • metoprolol tartrate | Take 0.5 tablets | 180 tablet | 3 |

PAGE 56/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1281**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 2/10/2020

## 02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

| | | | |
|---|---|---|---|
| (LOPRESSOR) 25 mg tablet | (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol). (Patient taking differently: Take 12.5 mg by mouth daily. ) | | |
| • mirtazapine (REMERON) 45 mg tablet | TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME | 30 tablet | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet by mouth daily. | | 0 |
| • NON FORMULARY | Take 1 each by mouth daily. Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5 mg/day. (Patient taking differently: Take 1 each by mouth daily. Naltrexone 0.5 mg Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5 mg/day. ) | 60 each | 2 |
| • pantoprazole (PROTONIX) 40 mg EC tablet | Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding | 90 tablet | 3 |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. ) | 30 tablet | 0 |

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 54

**Lincoln/Marcus 1282**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE    58/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Visit date: 2/10/2020

**02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| • SYMBICORT 160-4.5 mcg/actuation inhaler | Inhale 2 puffs 2 (two) times a day as needed. | 0 |
| • venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule | Take 2 capsules (300 mg total) by mouth daily with breakfast. | 60 capsule   1 |

No facility-administered medications prior to visit.

OBJECTIVE
Wt Readings from Last 3 Encounters:
01/30/20     65.8 kg
01/20/20     65.8 kg
01/14/20     68.4 kg

Pulse Readings from Last 3 Encounters:
01/20/20     87
01/14/20     80
11/14/19     97

BP Readings from Last 3 Encounters:
01/20/20     125/83
01/14/20     109/68
11/22/19     112/81

Estimated Creatinine Clearance: 79.4 mL/min (by C-G formula based on SCr of 0.9 mg/dL).

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 10/21/2019 |
| K | 4.3 | 10/21/2019 |
| CL | 106 | 10/21/2019 |
| HCO3 | 26 | 10/21/2019 |
| CREATININE | 0.90 | 10/21/2019 |
| EGFR | 76 | 10/21/2019 |
| BUN | 8.4 | 10/21/2019 |
| ANIONGAP | 9 | 10/21/2019 |
| GLUCOSE | 90 | 10/21/2019 |
| CALCIUM | 9.5 | 10/21/2019 |

Please refer to original Oneome report dated 9/3/20 for complete list of pharmacogenomic results.

PAGE 58/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1283**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE   59/471    Fax Server


**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/10/2020

---

### 02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

---

ASSESSMENT / PLAN
**Assessment:**
Pharmacotherapy was reviewed today with a patient-centered approach for indication, effectiveness, safety and convenience, taking into account pertinent health and functional status, risk factors, health data, cultural factors, health literacy and access to medications.

**Medication list discrepancies:** Medication list is up to date with no known discrepancies.
**Medication adherence:** No adherence issues were identified.
**Renal/hepatic dosing:** Medications are appropriately dosed based on current renal and hepatic function.
**Drug-drug interactions:** Drug-Drug interactions of potential clinical significance include:


**Drug-Drug: venlafaxine XR and apixaban**
Concurrent use of a selective serotonin reuptake inhibitor(1-6) or a serotonin-norepinephrine reuptake inhibitor(7-9) and agents that affect coagulation may result in bleeding.
Filtered by system settings
Details

**Drug-disease interactions:** Drug-Disease interactions of clinical significance include:
    1. **Light headedness and metoprolol** - some reduced metabolism identified with metoprolol, it is a substrate of CP2D6; **please consider nebivolol as more cardioselective beta blocker so may have improved tolerability for for patient. Ivabradine is not a beta blocker, but works on lowering heart rate without effecting blood pressure.** It is a substrate of CYP3A4, patient had normal function.
    2. **Nausea and vaping CBD** - major concerns with vaping and maintaining integrity of lung function but also major drug-drug interactions to be cautious with. For what limited data available on cannabidiol, know can inhibit CYP2D6 and CYP3A4, potential for interaction then with venlafaxine, apixaban and metoprolol. Can worsen anxiety as well, please refer to this great presentation from the Department of Health for additional information on CBD concerns and consider decreasing use and eventually stopping
https://doh.dc.gov/sites/default/files/dc/sites/doh/publication/attachments/Medical%20Cannabis%20Adverse%20Effects%20and%20Drug%20Interactions_0.pdf
**Patient has not tried aprepitant, major substrate of CYP3A4, please consider as alternative to CBD.**

**Drug gene interactions:** as noted from Adrijana's note Sept 2019
**1. Recommendations based on pharmacogenomics for current drug therapy**

Metoprolol
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). If tolerated, continue with current dose.

Mirtazapine
Metabolism is difficult to predict. Metabolized by several CYPs, including major pathways CYP1A2 (rapid metabolizer), CYP2D6 (intermediate) and CYP3A4 (normal). If tolerated, continue.

Pantoprazole

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 56

**Lincoln/Marcus 1284**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 2/10/2020

**02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

Predicted metabolism by CYP2C19 is reduced. If tolerated, continue.

Venlafaxine
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). Increased exposure to plasma drug levels is possible. Be alert to increased risk of side effects, including hypertension. If tolerated, continue.

**2. Potential drug-drug-gene interactions**
Currently not taking strong CYPs inhibitors, such as bupropion, ciprofloxacin, clarithromycin, fluvoxamine, itraconazole, ketoconazole, paroxetine, certain antivirals, etc.
Propafenone is a weak CYP1A2 and CYP2D6 inhibitor.
No major pheno-conversion identified.

Plan: continue with current dosing, based on other patient specific factors.

**3. General comments regarding antidepressants**

Genes of interest to psychotropic agents with relevant findings:
CYP2C19 *1/*2 genotype (intermediate metabolizer phenotype)
CYP2D6 *1/*4 genotype (intermediate metabolizer phenotype)
COMT GG genotype
HTR2A GG genotype
GRIK4 TT genotype
SRC6A4 L/L

SSRIs/SNRIs
Reduced metabolism is predicted for SSRIs metabolized by CYP2D6: fluoxetine, fluvoxamine, paroxetine.
Increased exposure and risk of side effects is possible.
Plan: Initiate at standard / labeling dose. Monitor for side effects.

Reduced metabolism is predicted for SSRs metabolized by CYP2C19: citalopram, escitalopram, sertraline.
Plan: initiate at standard labeling dose. Be alert to potentially increased risk of side effect.

TCAs
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Others
Vortioxetine
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Bupropion, buspirone
Standard dose and monitoring is recommended based on indication and other patient specific factors.

Please refer to PGx report for comprehensive list of genes affected by genetic variants. Also refer to PGx pharmacist

6/18/2021 9:33 AM MST           User: 113763           Release ID: 121402727           Page 57

**Lincoln/Marcus 1285**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/10/2020

**02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

for medications specific questions.

**Plan:**
**1. Continue medication as directed**
**2. Please consider nebivolol or ivabradine as alternative to metoprolol**
**3. Please consider aprepitant as alternative to prochlorperazine and CBD**

Follow-up with pharmacist was not scheduled at this time .
Leslie expressed understanding of, and agreement with plan of care. She was provided a written summary of recommendation via patient online services.
Plan of care was communicated to the referring provider via an electronically routed chart.
Total time spent was 60 minutes, with more than 50% of the time spent on counseling, coordination of care and patient education.

Electronically Signed by Oakes, Sheena S, Pharm.D. on 2/12/2020 12:08 AM

**Patient Instructions**

1. **Continue medication as directed**
2. **Please consider nebivolol or ivabradine as alternative to metoprolol**
3. **Please consider aprepitant as alternative to prochlorperazine and CBD**

**Lincoln/Marcus 1286**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 1/30/2020

## MAYO CLINIC

## 01/30/2020 - Comprehensive Visit in Division of Integrative Medicine in Scottsdale, Arizona

### Reason for Visit

#### Visit Diagnoses

- **Other Encephalitis And Encephalomyelitis (primary) [G04.81]**
- Anxiety Generalized Disorder [F41.1]
- Other Dyspnea [R06.09]
- Sleep Related Movement Disorder [G47.69]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]
- Neuropathy Autonomic [G90.9]
- Irritable Bowel Syndrome Without Diarrhea [K58.9]
- Reaction Stress [F43.9]
- Hypermobile Ehlers Danlos Syndrome [Q79.62]
- Posttraumatic Stress Disorder Prolonged [F43.12]

### Clinical Notes

#### Consults - Outpatient

##### Consults - Outpatient by Bergstrom, Larry R, M.D. at 1/30/2020 10:00 AM

| | | |
|---|---|---|
| Author: Bergstrom, Larry R, M.D. | Service: GIM (General Internal Medicine) | Author Type: Physician |
| Filed: 1/30/2020 12:42 PM | Encounter Date: 1/30/2020 | Status: Addendum |
| Editor: Bergstrom, Larry R, M.D. (Physician) | | |
| Related Notes: Original Note by Bergstrom, Larry R, M.D. (Physician) filed at 1/30/2020 12:36 PM | | |

SUBJECTIVE
Referral Source:
Ms. Marcus was referred to the Integrative Medicine and Health program by Martin, Kari A, M.D. to discuss resources for multiple health issues
1. Profound fatigue
Patient is a 48-year-old woman formally worked as the regional manager for military housing.  She was in charge of over 600 people.  She was in a motor vehicle accident December 19, 2017. She injured her lower back and received epidural injections and SI joint injections.  Following 1 of the SI joint injection she developed atrial fibrillation which led to attempts at cardioversion and ultimately ablation.  Following the episode of atrial fibrillation she developed profound fatigue, post exertional malaise, brain fog, widespread musculoskeletal pain, breathlessness, dizziness, episodes of syncope which eventually led to her being fired.  She received long-term disability.  She is extremely frustrated in that no one has been able to find a unifying diagnosis for her illness.  Autonomic reflex testing showed a autonomic neuropathy but the apparently was normal however she was taking a beta-blocker that day.  She has significant GI symptoms with bloating, constipation and is in the progress of being evaluated for gastroparesis.
2. Depression
She has sleep disturbance, appetite disturbance, concentration difficulties, diminished sex drive, poor energy and varying sense of hopelessness.  She is on Effexor which she does not feel helped her depression of feeling very much.  She had pharmacogenomic testing but has yet to see the pharmacist about which medications would be more helpful to her.
3. Sleep disorder
She uses cannabis, mirtazapine, clonazepam and generally sleeps through the night but never feels rested.  Despite these medications her boyfriend says that she has nightmares frequently while sleeping.
4. PTSD
She has frequent panic attacks.  Her childhood was very stressful.  Her parents divorced when she was age 3 and she lived with her mother.  She has loss of memory of most of her childhood.  She knows that she was abused sexually and physically.  She is completely estranged from her mother.  Her siblings also have significant health issues.
5. Breathless

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 59 |

**Lincoln/Marcus 1287**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 1/30/2020

---

**01/30/2020 - Comprehensive Visit in Division of Integrative Medicine in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

She feels she cannot get a deeper satisfying breath.  She has had pulmonary emboli.  PFTs show mild reactive airways but do not explain why she should feel short of breath chronically.  Echocardiogram was normal
6. Hypercoagulable state?
She has had DVT in upper and lower extremities as well as pulmonary emboli.  She does not have a recognizable hypercoagulable state.  She is on Eliquis permanently.
7. Central sensitization
She has hyper sensitivity to light, sound, ordors, increased startle, inability to block out annoying sounds as well as widespread musculoskeletal pain, GI symptoms and sensitivity to medications.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.
OBJECTIVE
Constitutional
   Appearance: Normal appearance. She is normal weight.
Pulmonary
   Comments: Hyperventilation for 4 breaths reproduced dizziness and lightheadedness
Musculoskeletal
   Comments: Hypermobility, Beighton score 3
Trigger points in the trapezius, paraspinal cervical muscles, lateral scapula posterior superior iliac spine, greater trochanters, pes anserine bursa
Neurological
   General: No focal deficit present.
   Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.
Psychiatric
   Mood and Affect: Mood normal.
   Behavior: Behavior normal.
   Thought Content: Thought content normal.
   Judgment: Judgment normal.


ASSESSMENT / PLAN
**#1 Myalgic encephalomyelitis/chronic fatigue syndrome**
She has hyper mobile joints which is a predisposing risk factor.  She she also meets criteria for systemic exertional intolerance disease, chronic fatigue syndrome and fibromyalgia.  WPI score 5, SSS score 12 she best meets criteria for me/cfs which encompasses is the symptoms of the other diagnoses.  The cause is unknown but often times comes on after some other medical event such as accident, illness, vaccinations, infections etcetera.  There are no specific tests for it so the diagnosis is of exclusion.  It is associated with POTS, gastroparesis, small fiber neuropathy, chronic fatigue syndrome, fibromyalgia, mast cell activation disorder.  Treatment is nonspecific but directed at basic elements of health which are exercise nutrition and stress reduction.
I sent her resources concerning the diagnosis.
Low-dose naltrexone decreases cytokine production in the CNS in an me/cfs which may help fatigue and pain.  I gave her prescription for 0.5 mg for a compounding pharmacy. She may titrate up to a dose that is helpful to her but should not exceed 4.5 mg per day.  If she finds a particular dose such as 3 mg is helpful, as the future refills could be for that size capsule.  If helpful, hopefully, her primary care physician will continue the prescription
**#2 Autonomic neuropathy**
Autonomic reflex screen so showed pre ganglionic abnormalities.  The tilt table was negative however she took a beta-

6/18/2021 9:33 AM MST        User: 113763        Release ID: 121402727        Page 60

PAGE 63/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1288**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 1/30/2020

---

### 01/30/2020 - Comprehensive Visit in Division of Integrative Medicine in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

blocker that day which likely interfered with the results. Her symptoms are very consistent with POTS. She also has symptoms consistent with gastroparesis. The gastric emptying study is pending however. Autonomic neuropathy is commonly seen with me/cfs.

She is on metoprolol because of a history of AFib and atrial flutter. She has undergone ablation but metoprolol has been continued. Metoprolol is helpful for POTS however she experiences lightheadedness likely from low blood pressure. She may do better on ivabradine which will control heart rate but not lower blood pressure.

**#3 Breathing dysregulation**

She has 2 forms. She has hyperventilation which is associated with her anxiety/panic disorder. Explained hyperventilation in detail, how to recognize the symptoms and control them through controlled breathing, paper bag breathing etcetera.

She has sighing dyspnea which is an uncomfortable sensation of being unable to get a deeper satisfying breath. I taught her a simple exercise that usually controls the symptoms within a few minutes.

I ordered a capneic test since she likely has an abnormal response to CO2.

**#4 Central sensitization**

She has amplification of all of her senses as well as intolerance of medicines, GI symptoms, musculoskeletal pain. I sent her a YouTube video link to a talk by Dr Sletten at MCJ. I am referring her for a PRC evaluation. Her pain is less than it has been in the past however she is taking Effexor which likely is decreasing the sensation of pain. The other aspects of the program may be helpful for her fatigue and stress management. Childhood psychological trauma is a predisposing factor to development of central sensitization.

**#5 PTSD**

PHQ-9 score 24/27, GAD-7 score 18/21. She apparently had a horrific childhood and has repressed memory. Cognitive behavior therapy may be helpful to adapt her thinking. The goal is to not recover memories however. I gave her a list of cognitive therapists in the West Valley.

**#6 Exercise**

I reviewed the patient's usual daily pattern of exercise and movement. She has severe post exertional malaise meaning minor exertion will cause fatigue that will last for days. The goal is to push her limits a bit each day but not so much that she has a setback the following day. We discussed the importance of energy management using the analogy of $10.25. We discussed the evidence for multiple health benefits from exercise and movement throughout the day with the goal of 30 minutes/d on average of some type of aerobic activity such as walking, swimming, bike, etc. because of POTS she would likely tolerate water exercise better because of the lack of the effective gravity. She has found this to be true. She could also consider a recumbent stationary bicycle. We discussed strategies she could use to incorporate exercise on a regular basis.

**#7 Nutrition**

She gained 30 lb since the onset of this illness despite eating very little. We discussed the effect of stress on weight gain. It may have a relationship to I cortisol levels. I encouraged her to begin a food diary to figure out exactly how many calories she is taking in a day. I did not have time to discuss the Mediterranean diet in detail and the recommendations will vary depending on the results of the gastric emptying study. Dietary supplements were reviewed including: Adaptogens

**#8 Stress Management and Mind Body Practices**

The patient rates her average stress at 10 on a 0 - 10 point scale. This stress is related mostly to physical health. Mind-body therapies decrease the effect of stress-associated sympathetic nervous system on health and include activities such as prayer, meditation, yoga, tai qi, breathing exercises, biofeedback and exercise. We discussed strategies for incorporating mind-body practices on a daily basis, and the value of using a calendar approach to make sure there is dedicated time each day to pursue these mind-body practices. I provided a DVD introduction to Tai Qi. We discussed mindfulness activities such as observation and paced breathing. I demonstrated a breathing exercise found at XHALR.COM, settings inhale 4 seconds, hold 1 second, exhale 4 seconds, hold 2 seconds. Some find

---

**Lincoln/Marcus 1289**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 1/30/2020

## 01/30/2020 - Comprehensive Visit in Division of Integrative Medicine in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

exhaling 6 seconds more helpful.  The most important part of the exercise is to exhale completely but not take a full or deep breath when inhaling.  I recommended she does the exercise 15 minutes/d for 2 weeks and, if  helpful, to continue at least daily.

The personality traits developed when young are how we cope with life. Ms. Marcus said her childhood was extremely stressful.  As an adult, she has tendencies toward people-pleasing, perfectionism and a strong sense of responsibility. These traits come from a variety of childhood experiences and, while valued in our society, may be exhausting to live by and a source of frustration for individuals with the traits who become disabled. We discussed the importance of setting boundaries, the ability to say "no", and save her energy for the most important activities.  Cognitive Behavioral Therapy may be helpful and is a technique taught by a psychologist to change how we think when the old way of thinking isn't working any more.  It is also helpful for PTSD symptoms and is the preferred treatment for insomnia due to rumination.

**#9 Sleep**

I reviewed Ms. Marcus usual sleep pattern.  She rates her sleep quality as non restorative and averages  a hours of sleep at night.  She is on several medications that all our to sleep but she does not feel rested.  She likely has a REM sleep disorder because despite taking clonazepam she still has nightmares which she acts out.  The medications are likely causing some of her daytime fatigue.  Cannabis may be contributing to chronic nausea.  I suggested she begin tapering cannabis and hopefully the mind fullness activities I taught her today will be helpful.  We discussed resource options for sleep:  relaxation therapies, supplements.

**#10  Integrative Medicine**

Ms. Marcus was referred to the Integrative Medicine program to discuss an Integrative Medicine program. Integrative medicine focuses on the basic practices of health which are exercise, nutrition and stress reduction.

Physical health refers to conventional western medicine which is based on testing and measurement. Not all health problems are explained by conventional testing.

Emotional health refers to the effect of stress on health through the sympathetic nervous system and can be managed with mind-body practices such as prayer, meditation, yoga, Tai Qi, breathing, biofeedback and exercise.

Mental health reflects the effect of neurotransmitters in the brain and manifests through the target symptoms of depression which are sleep disturbance, difficulty concentrating, poor energy, changes in appetite, diminished sex drive and affects hope. Ms. Marcus has symptoms of depression despite medication.  She is not actively suicidal but she has passive death thoughts..

Spiritual health is what gives life meaning. Good health is dependent on having a robust sense of meaning but these activities may become unavailable because of health and other life changes. Resilience is the ability to find new activities when the old are no longer possible or available. Ms. Marcus is struggling to find meaning,  purpose and joy.

Community is the background for our lives. We need to have a supportive system. Ms. Marcus mentions have support from family   We talked about making sure to make time for those relationships which are important to them.

Wellness comes through an integration of these area in conjunction with an exercise and nutrition plan.

**#11  Other Integrative Therapies**

I discussed other integrative resources available  including massage, acupuncture, etc.

**#12 Hyper mobile joints**

She was quite flexible when younger.  She did not develop stretch marks while pregnant she has a history of easy bruisability.  It is associated with premature osteoarthritis which is now limiting her range of motion.  She likely meets criteria for Ehler Danlos type 3.  Hypermobility is associated with widespread musculoskeletal pain, premature osteoarthritis and fatiguing conditions such as me/cfs.  We discussed the importance of not over stretching.

I would be happy to see Ms. Marcus again in about 2-3 months.  She may contact my secretary or use the patient portal for questions. Patient verbalized understanding of plan and recommendations.

**Lincoln/Marcus 1290**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 1/30/2020

## 01/30/2020 - Comprehensive Visit in Division of Integrative Medicine in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

Total visit time greater than 110 minutes, with over 50% spent counseling with the patient and coordination of care activities described above.

This document was prepared with voice recognition software technology; while reviewed prior to signature, it may contain unintended voice recognition errors that were not dictated and/or seen in editing.

**Answers for HPI/ROS submitted by the patient on 1/12/2020**

Fatigue: **Yes**
Weight gain of more than 10 pounds: **Yes**
Night sweats: **Yes**
No eye issues: **Yes**
Persistent hoarse voice: **Yes**
Rapid or fluttering heart beats: **Yes**
Swelling in the legs or feet: **Yes**
Shortness of breath when lying flat: **Yes**
Shortness of breath: **Yes**
Dry cough: **Yes**
Heartburn: **Yes**
Nausea: **Yes**
Vomiting: **Yes**
Constipation: **Yes**
Joint swelling: **Yes**
No skin issues: **Yes**
Light-headedness: **Yes**
Numbness or shooting pain in hands, arms, legs or feet: **Yes**
Weakness in arms and/or legs: **Yes**
Slurred speech: **Yes**
Loss of balance or tendency to fall easily: **Yes**
Change in sexual drive (decreased libido): **Yes**
Little interest or pleasure in doing things: **Yes**
Feeling down, depressed, or hopeless: **Yes**
Feeling nervous, anxious or on edge: **Yes**
Not being able to stop or control worrying: **Yes**
Enlarged lymph nodes: **Yes**
Bruises/bleeds easily: **Yes**
No urinary/reproductive issues: **Yes**

Electronically Signed by Bergstrom, Larry R, M.D. on 1/30/2020 12:36 PM
Electronically Signed by Bergstrom, Larry R, M.D. on 1/30/2020 12:42 PM

**Vitals**

PAGE 66/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1291**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 1/30/2020

---

**01/30/2020 - Comprehensive Visit in Division of Integrative Medicine in Scottsdale, Arizona (continued)**

**Vitals (continued)**

**Vital Signs**                                              Most recent update: 1/30/2020 10:48 AM

| Ht | Wt | BMI |
|---|---|---|
| 167 cm | 65.8 kg | 23.59 kg/m² |

---

**Lincoln/Marcus 1292**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 1/30/2020

### 01/30/2020 - Diagnostic in Department of Neurology in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnosis**

- Paresthesia [R20.2]

**Imaging**

**Neurology**

**EMG [2222599027063] (Final result)**

| | |
|---|---|
| **EMG [2222599027063]** | Resulted: 01/30/20 1107, Result status: Final result |

Ordering provider: Fineman, Sanford M, M.D. 01/30/20 0657          Order status: Completed
Resulted by: Goodman, Brent P, M.D.                                Filed by: Goodman, Brent P, M.D.  01/30/20 1107
Performed: 01/30/20 0657 - 01/30/20 0657                           Accession number: 13509886
Resulting lab: MC EMG
Narrative:
30-Jan-2020          Electromyography          Final Report
Study Number: 1

EMG Consultant: Goodman, Brent P. 127 or (79)1-7628
Referred by: FINEMAN, SANFORD M (127 or (79)1-3869)
Referred for: Paresthesia, NOS
Referral Code:       034
RX: 001 - 7

SUMMARY: Prior to starting the procedure, the patient's identity was
verified, pertinent available
records were reviewed, the nature of the procedure was explained, the
appropriate sites of the
exam were confirmed directly with the patient, and a pre-procedure pause
was performed for final
verification of all of the above.

Nerve conduction studies were normal.  Needle EMG
were normal.

CLINICAL INTERPRETATION: There is no electrodiagnostic evidence of a large
fiber peripheral
neuropathy.

B. Goodman (127 or (79)1-7628)/LEC

NERVE CONDUCTIONS        Temperature: upper: 32.6, lower: 29.8 °C

| Nerve | Type | Record Site | Stim Side | Distal Amp | Normal Amp | Rep CV | Normal CV | F-Wave Lat | Normal F-Wave Lat | F-Wave Lat Est |
|---|---|---|---|---|---|---|---|---|---|---|
| Fibular | Motor | EDB | L | 4.4 (> 2.0) | 46 (> 41) | 4.3 (< 6.6) | | | | |
| | Remark: Moved G1 | | | | | | | | | |
| Tibial | Motor | AH | L | 10.3 (> 4.0) | 48 (> 40) | 5.1 | | | | |

**Lincoln/Marcus 1293**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/30/2020

## 01/30/2020 - Diagnostic in Department of Neurology in Scottsdale, Arizona (continued)

**Imaging (continued)**

```
       (< 6.1) 48.3   49.7
Medial
Plantar      Sensory Ankle        L   13  (> 7.0)   (> 46) 3.2
   (< 4.0)
Ulnar        Motor  ADM           L   12.9 (> 6.0)  51 (> 51) 2.9
   (< 3.6)
Median       Sensory Dig II       L   34   (> 15.0) 61 (> 56) 3.2
   (< 3.6)
```

NEEDLE EMG

```
              Ins Spont    MUP        Recruitment   Duration
Amplitude Phases
Muscle       Side Act Fib  Fasc Normal Activ Reduced Rapid Long Short
High Low  %   Turns
-----------------------------------------------------------------------
-----------------------
First dorsal
interosseous  L   NL 0   0   NL

Tensor
fasciae latae L   NL 0   0   NL

Vastus
medialis     L   NL 0   0   NL

Gastrocnemius
(medial head) L   NL 0   0   NL

Tibialis
anterior     L   NL 0   0   NL

First dorsal
interosseous
(pedis)      L   NL 0   0   -----
```

** This interpretation has been electronically signed: Goodman, Brent P.,
MD at 1/30/2020 9:16:10 AM UMST **

Acknowledged by
Fineman, Sanford M, M.D. on 01/30/20 1459
Canizales, Amanda R, R.N. on 01/30/20 1540

Image results for this order (below)

**Lincoln/Marcus 1294**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE  70/471   Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/30/2020


# MAYO
# CLINIC

---

## 01/30/2020 - Diagnostic in Department of Neurology in Scottsdale, Arizona (continued)

### Imaging (continued)

 **MAYO CLINIC**　　　　**Electromyography**　　　　　Page 1 of 2
Patient: Marcus, Leslie S
MRN: 12 300 675 1, FIN:

| | | |
|---|---|---|
| **DOB:** | **Study Date:** | 30-Jan-2020 07:30 |
| **Sex:** ｆ | **Location:** | Mayo Clinic Arizona |
| **Staff:** Goodman, Brent P. 127 or (79)1-7628 | **Ordered by:** | FINEMAN, SANFORD M |

**\*\* Final Report \*\***

Study Number: 1
Referred for: Paresthesia, NOS
Referral Code:     034
Referral Diagnosis: 001 - 7

**SUMMARY:**
Prior to starting the procedure, the patient's identity was verified, pertinent available records were reviewed, the nature of the procedure was explained, the appropriate sites of the exam were confirmed directly with the patient, and a pre-procedure pause was performed for final verification of all of the above.

Nerve conduction studies were normal.  Needle EMG were normal.

**CLINICAL INTERPRETATION:**
There is no electrodiagnostic evidence of a large fiber peripheral neuropathy.

B. Goodman (127 or (79)1-7628)/LEC

| NERVE CONDUCTIONS | | | | | | | | | | | | Temperature (°C): upper: 32.6 lower: 29.8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nerve | Type | Record Site | Rep Stim | Side | Amp | Normal Amp | CV | Normal CV | Distal Lat | Normal Lat | F-Wave Lat | F-Wave Est | |
| Fibular | Motor | EDB | | L | 4.4 | (> 2.0) | 48 | (> 41) | 4.3 | (< 6.6) | | | |
| | Remark: Moved G1 | | | | | | | | | | | | |
| Tibial | Motor | AH | | L | 10.3 | (> 4.0) | 48 | (> 40) | 5.1 | (< 6.1) | 48.3 | 49.7 | |
| Medial Plantar | Sensory | Ankle | | L | 13 | (> 7.0) | | (> 46) | 3.2 | (< 4.0) | | | |
| Ulnar | Motor | ADM | | L | 12.9 | (> 6.0) | 51 | (> 51) | 2.9 | (< 3.6) | | | |
| Median | Sensory | Dig II | | L | 34 | (> 15.0) | 61 | (> 56) | 3.2 | (< 3.6) | | | |

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 67

**Lincoln/Marcus 1295**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/30/2020

---

## 01/30/2020 - Diagnostic in Department of Neurology in Scottsdale, Arizona (continued)

**Imaging (continued)**

### MAYO CLINIC          Electromyography          Page 2 of 2
Patient: Marcus, Leslie S
MRN: 12 300 675 1, FIN:

| | | |
|---|---|---|
| **DOB:** | **Study Date:** | 30-Jan-2020 07:30 |
| **Sex:** F | **Location:** | Mayo Clinic Arizona |
| **Staff:** Goodman, Brent P. 127 or (79)1-7628 | **Ordered by:** | FINEMAN, SANFORD M |

**NEEDLE EMG**

| Muscle | Side | Ins Act | Spont Fib | Spont Fasc | MUP Normal | Activ | Recruitment Reduced | Recruitment Rapid | Duration Long | Duration Short | Amplitude High | Amplitude Low | Phases % | Phases Turns |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First dorsal interosseous | L | NL | 0 | 0 | NL | | | | | | | | | |
| Tensor fasciae latae | L | NL | 0 | 0 | NL | | | | | | | | | |
| Vastus medialis | L | NL | 0 | 0 | NL | | | | | | | | | |
| Gastrocnemius (medial head) | L | NL | 0 | 0 | NL | | | | | | | | | |
| Tibialis anterior | L | NL | 0 | 0 | NL | | | | | | | | | |
| First dorsal interosseous (pedis) | L | NL | 0 | 0 | ----- | | | | | | | | | |

** This interpretation has been electronically signed: Goodman, Brent P., MD at 1/30/2020 9:16:10 AM US Mountain Standard Time**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **316 - EMG** | MC EMG | Unknown | Unknown | 08/09/16 1316 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]

**Signed**

Electronically signed by Goodman, Brent P, M.D. on 1/30/20 at 1107 MST

**All Reviewers List**

Canizales, Amanda R, R.N. on 1/30/2020  3:40 PM
Fineman, Sanford M, M.D. on 1/30/2020  2:59 PM

---

**Lincoln/Marcus 1296**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE   72/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 1/30/2020

**01/30/2020 - Diagnostic in Department of Neurology in Scottsdale, Arizona (continued)**

**Imaging (continued)**

PAGE 72/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1297**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 1/30/2020, D/C: 1/30/2020



## 01/30/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnoses**
- Neuropathy Autonomic [G90.9]
- Lightheadedness [R42]
- Paresthesia [R20.2]

**Labs**

**Lab**

**Paraneoplastic Autoantibody Evaluation [2222599027062] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| E830006809:1 | Blood | Blood, Venous | 01/30/20 0650 |

**Paraneoplastic Autoantibody Evaluation [2222599027062]**          Resulted: 02/05/20 1603, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D. 01/30/20 0642          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/30/20 0650
02/05/20 1604
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by
Fineman, Sanford M, M.D. on 02/06/20 0753
Eitner, Vida C on 02/06/20 0809

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Interpretive Comments | see below | — | — | MCR |

Comment:
No informative autoantibodies were detected in the Paraneoplastic Evaluation.
However, a negative result does not exclude neurological autoimmunity with
or without associated neoplasia. Sensitivity and specificity of antibody
testing are enhanced by testing both serum and CSF.

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| ANNA-1, S | Negative | <1:240 titer | — | MCR |
| Reflex Added | None. | — | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| ANNA-2, S | Negative | <1:240 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| ANNA-3, S | Negative | <1:240 titer | — | MCR |

**Lincoln/Marcus 1298**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/30/2020, D/C: 1/30/2020

### 01/30/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Labs (continued)**

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| AGNA-1, S | Negative | <1:240 titer | — | MCR |
|---|---|---|---|---|

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| PCA-1, S | Negative | <1:240 titer | — | MCR |
|---|---|---|---|---|

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| PCA-2, S | Negative | <1:240 titer | — | MCR |
|---|---|---|---|---|

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| PCA-Tr, S | Negative | <1:240 titer | — | MCR |
|---|---|---|---|---|

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| Amphiphysin Ab, S | Negative | <1:240 titer | — | MCR |
|---|---|---|---|---|

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| CRMP-5-IgG, S | Negative | <1:240 titer | — | MCR |
|---|---|---|---|---|

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

**Lincoln/Marcus 1299**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/30/2020, D/C: 1/30/2020

---

### 01/30/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Striational (Striated Muscle) Ab, S | Negative | <1:120 titer | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| P/Q-Type Calcium Channel Ab | 0.00 | <=0.02 nmol/L | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| N-Type Calcium Channel Ab | 0.00 | <=0.03 nmol/L | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| AChR Ganglionic Neuronal Ab, S | 0.00 | <=0.02 nmol/L | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

| | | | | |
|---|---|---|---|---|
| Neuronal (V-G) K+ Channel Ab, S | 0.00 | <=0.02 nmol/L | — | MCR |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - MCR | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/21/20 1404 - Present |

**Indications**

Neuropathy Autonomic [G90.9 (ICD-10-CM)]

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 72

**Lincoln/Marcus 1300**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE   76/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/30/2020, D/C: 1/30/2020

## 01/30/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Labs (continued)**

Lightheadedness [R42 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 2/6/2020  8:09 AM
Fineman, Sanford M, M.D. on 2/6/2020  7:53 AM

**Documents**

**Lab - Lab/Micro**

**Scan on 2/5/2020  4:05 PM**

Scan (below)

---

PAGE 76/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1301**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 1/30/2020, D/C: 1/30/2020

## 01/30/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Documents (continued)**

1-800-533-1710
### Paraneoplastic Autoantibody Eval, S

PAVAL

| PATIENT NAME | | | | | ORDER NUMBER |
|---|---|---|---|---|---|
| **MARCUS, LESLIE S** | | | | | EB30006809 |

| PATIENT ID | DATE OF BIRTH | AGE | SEX | REQUESTED BY | |
|---|---|---|---|---|---|
| 12300675 | | 48 Y | F | SANFORD MARK FINEMAN | |

| COLLECTED | RECEIVED | REPORTED |
|---|---|---|
| 1/30/2020, 7:50 AM | 1/31/2020, 12:59 PM | 2/5/2020, 5:02 PM |

The collected, received, and reported dates and times on the report are in the time zone of the performing location.

SCMCLAB
ARZ LAB SCMC
Scottsdale          AZ      85259

**INTERPRETATION**

**RESULT**

see below

No informative autoantibodies were detected in the Paraneoplastic Evaluation.  However, a negative result does not exclude neurological autoimmunity with or without associated neoplasia. Sensitivity and specificity of antibody testing are enhanced by testing both serum and CSF.

**RESULT(S)**

| RESULT NAME | RESULT | FLAG | UNITS | REFERENCE VALUES |
|---|---|---|---|---|
| ANNA-1, S | Negative | | titer | <1:240 |
| Reflex Added | None. | | | |
| ANNA-2, S | Negative | | titer | <1:240 |
| ANNA-3, S | Negative | | titer | <1:240 |
| AGNA-1, S | Negative | | titer | <1:240 |
| PCA-1, S | Negative | | titer | <1:240 |
| PCA-2, S | Negative | | titer | <1:240 |
| PCA-Tr, S | Negative | | titer | <1:240 |
| Amphiphysin Ab, S | Negative | | titer | <1:240 |
| CRMP-5-IgG, S | Negative | | titer | <1:240 |
| Striational (Striated Muscle) Ab, S | Negative | | titer | <1:120 |
| P/Q-Type Calcium Channel Ab | 0.00 | | nmol/L | <=0.02 |
| N-Type Calcium Channel Ab | 0.00 | | nmol/L | <=0.03 |
| AChR Ganglionic Neuronal Ab, S | 0.00 | | nmol/L | <=0.02 |
| Neuronal (V-G) K+ Channel Ab, S | 0.00 | | nmol/L | <=0.02 |

**DISCLAIMER**

This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| CODE | LABORATORY | | ADDRESS |
|---|---|---|---|

Code : MCR   Laboratory :  Mayo Clinic Laboratories - Rochester Main Campus       Address : 200 FIRST STREET SW
Lab Director :  WILLIAM G MORICE, II    MD, PhD      CLIA Certificate :  24D0404292         ROCHESTER    MN 55905

PATIENT NAME   MARCUS, LESLIE S                                                    20-JC809

Page 1 of 2

**Lincoln/Marcus 1302**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE    78/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 1/30/2020, D/C: 1/30/2020

**01/30/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)**

**Documents (continued)**

1-800-533-1710
## Paraneoplastic Autoantibody Eval, S

### PAVAL

| PATIENT NAME | | | | | ORDER NUMBER |
|---|---|---|---|---|---|
| **MARCUS, LESLIE S** | | | | | **E830006809** |
| PATIENT ID | DATE OF BIRTH | AGE | SEX | REQUESTED BY | |
| 12300675 | | 48 Y | F | SANFORD MARK FINEMAN | |
| COLLECTED | RECEIVED | REPORTED | | | |
| 1/30/2020, 7:50 AM | 1/31/2020, 12:59 PM | 2/5/2020, 5:02 PM | | | |

The collected, received, and reported dates and times on this report are in the time zone of the performing location.

SCMCLAB
ARZ LAB SCMC
Scottsdale        AZ    85259

PATIENT NAME    MARCUS, LESLIE S                          20-IC809

Page 2 of 2

**Lincoln/Marcus 1303**

# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/30/2020, D/C: 1/30/2020

## 01/30/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Documents (continued)**

Lincoln/Marcus 1304

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 1/20/2020, D/C: 1/20/2020



## 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona

**Reason for Visit**

### Visit Diagnoses

- Paresthesia [R20.2]
- Neuropathy Autonomic [G90.9]
- Loss Memory [R41.3]

## Labs

### Lab

#### ANCA (Antineutrophil Cytoplasmic Antibodies) Vasculitis Panel [2222596362883] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:2 | Blood | Blood, Venous | 01/20/20 1226 |

**ANCA (Antineutrophil Cytoplasmic Antibodies) Vasculitis Panel [2222596362883]**

Resulted: 01/21/20 0933, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D.  01/20/20 1215
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301
01/21/20 0933
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

Order status: Completed
Collected by: 01/20/20 1226

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Myeloperoxidase Ab, S | <0.2 | <0.4 (Negative) U | — | SDSC |
| Proteinase 3 Ab (PR3), S | <0.2 | <0.4 (Negative) U | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**Indications**

Neuropathy Autonomic [G90.9 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

#### SS-A and SS-B Antibodies, IgG [2222596362887] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|

**Lincoln/Marcus 1305**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE   81/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020

## 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Labs (continued)**

| E820023018:4 | Blood | Blood, Venous | 01/20/20 1226 |

**SS-A and SS-B Antibodies, IgG [2222596362887]**        Resulted: 01/21/20 0932, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D.  01/20/20 1215     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 01/20/20 1226
01/21/20 0932
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SS-A/Ro Ab, IgG, S | <0.2 | <1.0 (Negative) U | — | SDSC |
| SS-B/La Ab, IgG, S | <0.2 | <1.0 (Negative) U | — | SDSC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

### Indications

Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

### All Reviewers List

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

**Hemoglobin A1c [2222596362895] (Final result)**

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:8 | Blood | Blood, Venous | 01/20/20 1226 |

**Hemoglobin A1c [2222596362895]**        Resulted: 01/20/20 1357, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D.  01/20/20 1215     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 01/20/20 1226
01/20/20 1357
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

### Components

**Lincoln/Marcus 1306**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020

## 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

### Labs (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1c, B | 5.4 | 4.2 - 5.6 % | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

#### Indications

Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

#### All Reviewers List

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

### Tryptase [2222599027056] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:10 | Blood | Blood, Venous | 01/20/20 1226 |

#### Tryptase [2222599027056]

Resulted: 01/21/20 1813, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D. 01/20/20 1215    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 01/20/20 1226
01/21/20 1813
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by:
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Tryptase, S | 4.2 | <11.5 ng/mL | — | SDSC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

#### Indications

**Lincoln/Marcus 1307**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020



## MAYO CLINIC

---

### 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Labs (continued)**

Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

**Vitamin D [2222596362881] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:1 | Blood | Blood, Venous | 01/20/20 1225 |

**Vitamin D [2222596362881]**                     Resulted: 01/20/20 1420, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D. 01/20/20 1215      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301      Collected by: 01/20/20 1225
01/20/20 1420
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin D, S | 37 | 20 - 50 ng/mL | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Paresthesia [R20.2 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

**Angiotensin Converting Enzyme [2222596362885] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:3 | Blood | Blood, Venous | 01/20/20 1225 |

---

**Lincoln/Marcus 1308**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE  84/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020

---

### 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Labs (continued)**

**Angiotensin Converting Enzyme [2222596362885]**                    Resulted: 01/21/20 1045, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D.  01/20/20 1215      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/20/20 1225
01/21/20 1045
Resulting lab: MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Angiotensin Converting Enzyme, S | 49 | 16 - 85 U/L | — | MCR |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/18/16 1045 - 01/21/20 1404 |

#### Indications

Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

#### All Reviewers List

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

**Monoclonal Protein Study [2222596362891] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:6 | Blood | Blood, Venous | 01/20/20 1225 |

**Monoclonal Protein Study [2222596362891] (Abnormal)**                    Resulted: 01/22/20 1624, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D.  01/20/20 1215      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/20/20 1225
01/22/20 1624
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Narrative:
Specimen Information:

Specimen ID: Z000EORIN:280017114
Specimen Type: Blood
Specimen Collection Start Date: 1/20/2020 12:25 PM
Specimen Received Date: 1/20/2020 12:29 PM

---

**Lincoln/Marcus 1309**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 1/20/2020, D/C: 1/20/2020



**01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)**

**Labs (continued)**

Specimen ID: 10183344377:280017116
Specimen Type: Blood
Specimen Collection Start Date: 1/20/2020 12:26 PM
Specimen Received Date: 1/21/2020  8:24 AM
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Protein, Total | 8.0 | 6.3 - 7.9 g/dL | H * | ARZ |
| Albumin | 4.1 | 3.4 - 4.7 g/dL | — | ARZ |
| Alpha-1 Globulin | 0.2 | 0.1 - 0.3 g/dL | — | ARZ |
| Alpha-2 Globulin | 1.1 | 0.6 - 1.0 g/dL | H * | ARZ |
| Beta-Globulin | 1.2 | 0.7 - 1.2 g/dL | — | ARZ |
| Gamma-Globulin | 1.5 | 0.6 - 1.6 g/dL | — | ARZ |
| A/G Ratio | 1.000 | — | — | ARZ |
| Impression | See Comment | — | — | ARZ |

Comment:
No band detected on this study. If clinical suspicion for a monoclonal dysproteinemia remains, free light chains or immunofixation may be more sensitive than protein electrophoresis. Results reviewed and interpreted by T. N. Kinard, M.D.

| Immunofixation | No monoclonal protein detected. | — | — | SDSC |
|---|---|---|---|---|

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |
| **422 - ARZ** | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

**Lincoln/Marcus 1310**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020

## 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

### Labs (continued)

#### CRP (C-Reactive Protein) [2222596362893] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:7 | Blood | Blood, Venous | 01/20/20 1225 |

**CRP (C-Reactive Protein) [2222596362893] (Abnormal)**     Resulted: 01/20/20 1420, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D. 01/20/20 1215     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301     Collected by: 01/20/20 1225
01/20/20 1420
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein (CRP), S | 11.9 | <=8.0 mg/L | H ^ | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

### Microbiology

#### HIV-1 DNA / RNA Qualitative, Plasma [2222596362889] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:5 | Blood | Blood, Venous | 01/20/20 1226 |

**HIV-1 DNA / RNA Qualitative, Plasma [2222596362889]**     Resulted: 01/22/20 2146, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D. 01/20/20 1215     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301     Collected by: 01/20/20 1226
01/22/20 2147
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER

PAGE 86/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1311**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020

---

**01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)**

**Labs (continued)**

Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 DNA / RNA Qualitative, P | Undetected | Undetected | — | SDSC |

Comment:
Repeat testing in 1 to 2 months is recommended for those at risk of HIV-1 infection.

----ADDITIONAL INFORMATION----
This test was performed using the Abbott RealTime HIV-1 Qualitative assay (Abbott Molecular, Inc., Des Plaines, IL).
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**Indications**

Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

**Lyme Disease Serology, Serum [2222599027054] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:9 | Blood | Blood, Venous | 01/20/20 1226 |

**Lyme Disease Serology, Serum [2222599027054]**          Resulted: 01/21/20 1242, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D. 01/20/20 1215     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/20/20 1226
01/21/20 1242
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

---

**Lincoln/Marcus 1312**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE    88/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020

---

### 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

**Labs (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lyme Disease Serology, S | Positive | Negative | — | SDSC |

Comment:
Not diagnostic. Supplemental testing by immunoblot has been ordered by reflex.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**Indications**

Loss Memory [R41.3 (ICD-10-CM)]
Neuropathy Autonomic [G90.9 (ICD-10-CM)]
Paresthesia [R20.2 (ICD-10-CM)]

**All Reviewers List**

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

---

**Lyme Disease Ab, Immunoblot [2222599027058] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E820023018:13 | Blood | — | 01/20/20 1226 |

**Lyme Disease Ab, Immunoblot [2222599027058]**          Resulted: 01/22/20 1749, Result status: Final result

Ordering provider: Fineman, Sanford M, M.D.  01/20/20 1215     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/20/20 1226
01/22/20 1750
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by:
Fineman, Sanford M, M.D. on 01/23/20 0732
Eitner, Vida C on 01/23/20 1007

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| IgG Immunoblot | Negative | Negative | — | SDSC |
| IgG detected against: | p66,p41,p39 | kDa | — | SDSC |
| IgM Immunoblot | Negative | Negative | — | SDSC |
| IgM detected against: | None | kDa | — | SDSC |
| Interpretation | -- | — | — | SDSC |

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 85

**Lincoln/Marcus 1313**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/20/2020, D/C: 1/20/2020



## 01/20/2020 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona (continued)

### Labs (continued)

Comment:

----ADDITIONAL INFORMATION----
Per CDC criteria, the Lyme IgG Immunoblot is interpreted as positive if
IgG-class antibodies are detected to >=5 B. burgdorferi proteins, and the
Lyme IgM Immunoblot is interpreted as positive if IgM-class antibodies are
detected
to >=2 B. burgdorferi proteins. Immunoblot patterns not meeting these
criteria should not be interpreted as positive. Epitopes from certain B.
burgdorferi proteins (e.g., p41) are conserved across other bacteria, which
may lead to the detection of IgM- and/or IgG-class antibodies on the Lyme
disease immunoblots in patients without Lyme disease. Immunoblot should only
be ordered on specimens that are positive or equivocal by a FDA-licensed Lyme
disease antibody screening test (e.g., EIA). Results of the Lyme IgM
immunoblot should not be considered in patients with >= 30 days of symptoms.

Result
Specific serologic response to B. burgdorferi infection is not detected, but
cannot rule out early infection during which low or undetectable antibody
levels to B. burgdorferi may be present.  If clinically indicated, a new
serum specimen should be submitted in 7-14 days.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

### All Reviewers List

Eitner, Vida C on 1/23/2020 10:07 AM
Fineman, Sanford M, M.D. on 1/23/2020  7:32 AM

PAGE 89/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1314**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 1/20/2020

## 01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona

### Reason for Visit

#### Visit Diagnoses
- Loss Memory [R41.3]
- **Neuropathy Autonomic (primary) [G90.9]**
- Paresthesia [R20.2]
- Depression Anxiety [F41.8]

### Clinical Notes

#### Consults - Outpatient

##### Consults - Outpatient by Fineman, Sanford M, M.D. at 1/20/2020 11:00 AM

Author: Fineman, Sanford M, M.D.        Service: NEU (Neurology)        Author Type: Physician
Filed: 1/20/2020  6:04 PM              Encounter Date: 1/20/2020       Status: Signed
Editor: Fineman, Sanford M, M.D. (Physician)

CHIEF COMPLAINT
Memory loss and abnormal ARS

HISTORY OF PRESENT ILLNESS
Leslie S Marcus is a pleasant 48 y.o. right-handed white female accompanied by her significant other and she has been on long-term disability for 2 years after working as a regional manager for a contractor of military housing.  Her problem started on December 19, 2017 when she was involved in a motor vehicle accident.  She was stopped and another car rear-ended her and she was pushed into the car in front of her which totaled her car.  She did have her seatbelt on and did not lose consciousness and did not hit the windshield.  She was seen in a local emergency room and discharged complaining of back pain after x-rays were negative.  She went to pain management for back pain and had 2 epidural steroids and 2 SI joint steroid injections.  After the 2nd SI joint injection, she became tachycardic and went into atrial fibrillation.  She was hospitalized on August 2, 2018 for atrial fibrillation and ended up having 2 ablations with 1 at the end of December 2018 and another in the spring of 2019. In the hospital in March of 2019, she had low blood pressure of 60/30 and was admitted for 14 days of evaluation and treatment.  She ended up having blood clots in her arms, legs, neck and pulmonary region in April 2019 despite being on anticoagulation reportedly with Eliquis.

Neurologically, she cannot multi task which she did very well in the past since her reaction to the steroids.  She has trouble focusing and doing simple tasks and forgets simple things.  She did gained 30 pounds in 2018 and since then has not been able to lose any of it.  She has chronic nausea.  Gastroenterology ordered an autonomic reflex screen that did show a possible autonomic neuropathy recently.  She cannot handle stress on any level.  At times she starts to stutter and have panic attacks and can cry.  She has to write everything down to help with her memory and she feels like she has a child.

She does have a family history of Alzheimer's in a paternal grandmother and maternal grandmother, but in their 80s. When she was in school, she got a business communication bachelor's degree and was an "A student".  She recently saw Psychiatry here and her Effexor was just increased from 150 up to 300 mg a day last week.  She takes mirtazapine 45 mg at night to help with sleep/depression and Klonopin 1 mg at night.  She doesn't drink any alcohol.

She complains of numbness in her hands and feet that come and go.  She is exhausted constantly and has been even anemic requiring iron infusions that have helped lately.  GI evaluation has been ongoing with chronic nausea since she

---

**Lincoln/Marcus 1315**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE   91/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/20/2020

---

### 01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

had been on the steroid injections for her back pain. She gets lightheaded on standing and occasionally briefly will seem to pass out. She sweats frequently and has poor temperature control. She has insomnia.

Current Medications:
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed.
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day.
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily. Tincture, no THC
• clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol). (Patient taking differently: Take 12.5 mg by mouth daily. With propafenone (rhythmol). )
• mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily.
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding
• prochlorperazine (COMPAZINE) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. )
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed.
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY WITH BREAKFAST

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history, problem list and ROS.

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH ABLATION | Right | 6/12/2019 |
| *Procedure: ABLATION - PVI; Surgeon: Srivathsan, Komandoor, M.D.; Location: ARZ PXMH CCL HRS* | | |
| • CATH ASD REPAIR | N/A | 6/12/2019 |
| *Procedure: 3D Mapping - Carto; Surgeon: Srivathsan, Komandoor, M.D.; Location: ARZ PXMH CCL HRS* | | |
| • HYSTERECTOMY TOTAL ABDOMINAL | | |
| *Total hysterectomy -no ovaries* | | |
| • IR LUMBAR SPINE FACET DENERVATION | | 2019 |
| *L4* | | |
| • LAPAROSCOPY DIAGNOSTIC / BIOPSY / ASPIRATION / LYSIS | | |
| *X9, fibroid cysts, ovarian cancer on one ovary which was removed w/ one of the laparoscopy surgeries* | | |

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anemia | 05/2019 |
| • Anxiety Generalized Disorder | |

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 88

**Lincoln/Marcus 1316**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 1/20/2020

## 01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

- Arrhythmia
- Asthma NOS                                              As a child
- Chronic Idiopathic Constipation
- Defect Coagulation (HCC)
- Depressive Disorder
- Fibrillation Atrial (HCC)
- Gastroesophageal Reflux Disease NOS
- Malignant Neoplasm Of Ovary (HCC)
- Malignant Neoplasm Of Uterus Endometrial (HCC)
- Migraine Headache
- Nausea And Vomiting
- Neuropathy
- Osteopenia                                              2 decades ago
- Other Specified Health Status
- Pulmonary Embolism NOS
- Reflux Esophagitis                                      04/2019
  *LA Grade C*
- Tachycardia Supraventricular (HCC)
- Thrombosis Deep Vein Personal History
  *in all 4 extremities*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Coronary artery disease | Father | |
| Hearing loss | Father | |
| Vision loss | Father | |
| Endometriosis | Sister | 56 |
| Depression | Sister | |
| Anxiety disorder | Sister | |
| Suicide Attempts | Sister | |
| Asthma *identical twin sister* | Sister | 47 |
| Kidney disease | Sister | |
| Other (Other) *ANA, identical twin sister* | Sister | |
| Ovarian cancer | Mother | |
| Stomach cancer | Maternal Grandmother | |
| Cancer | Maternal Grandfather | |
| Dementia | Maternal Grandfather | |
| Cancer | Paternal Grandmother | |
| PE - Pulmonary embolism | Paternal Grandfather | |

**Social History**

**Socioeconomic History**
- Marital status:              Life Partnership

**Lincoln/Marcus 1317**

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 1/20/2020

## MAYO CLINIC

---

### 01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| Spouse name: | None |
| • Number of children: | None |
| • Years of education: | None |
| • Highest education level: | Bachelor's degree (e.g., BA, AB, BS) |

**Occupational History**
- None

**Social Needs**
- Financial resource strain:  Not very hard
- Food insecurity
  - Worry:  Never true
  - Inability:  Never true
- Transportation needs
  - Medical:  No
  - Non-medical:  No

**Tobacco Use**
- Smoking status:  Former Smoker
  - Packs/day:  0.25
  - Years:  14.00
  - Pack years:  3.50
  - Types:  Cigarettes
- Smokeless tobacco:  Never Used
- Tobacco comment: 1 pack per week x 15 years

**Substance and Sexual Activity**
- Alcohol use:  No
  - Frequency:  Never
  - Drinks per session:  1 or 2
  - Binge frequency:  Never
  - *Comment: none*
- Drug use:  Yes
  - Types:  Marijuana
  - *Comment: Helps with nausea, 50mg*
- Sexual activity:  Yes
  - Partners:  Male
  - Birth control/protection:  Post-menopausal

**Lifestyle**
- Physical activity
  - Days per week:  5 days
  - Minutes per session:  30 min
- Stress:  Rather much

**Relationships**
- Social connections
  - Talks on phone:  Twice a week
  - Gets together:  Once a week
  - Attends religious service:  Never
  - Active member of club or organization:  No

---

**Lincoln/Marcus 1318**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 1/20/2020

**01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Attends meetings of clubs or organizations: | Never |
| Relationship status: | Living with partner |

- Intimate partner violence

| | |
|---|---|
| Fear of current or ex partner: | None |
| Emotionally abused: | None |
| Physically abused: | None |
| Forced sexual activity: | None |

**Other Topics**                **Concern**

- None

**Social History Narrative**

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

**Answers for HPI/ROS submitted by the patient on 10/28/2019**

Fatigue: **Yes**
Night sweats: **Yes**
No eye issues: **Yes**
Difficulty hearing: **Yes**
Persistent hoarse voice: **Yes**
Sinus congestion: **Yes**
Swelling in the legs or feet: **Yes**
Shortness of breath when lying flat: **Yes**
Shortness of breath: **Yes**
Wheezing: **Yes**
Heartburn: **Yes**
Nausea: **Yes**
Constipation: **Yes**
Diarrhea: **Yes**
Muscle pain/stiffness: **Yes**
Skin rash: **Yes**
Change in mole or skin spot: **Yes**
Headache: **Yes**
Loss of consciousness: **Yes**
Light-headedness: **Yes**
Loss of balance or tendency to fall easily: **Yes**
Change in sexual drive (decreased libido): **Yes**
Stop breathing, choking, or gasping while asleep: **Yes**
Little interest or pleasure in doing things: **Yes**
Feeling down, depressed, or hopeless: **Yes**
Feeling nervous, anxious or on edge: **Yes**
Not being able to stop or control worrying: **Yes**
Enlarged lymph nodes: **Yes**
No urinary/reproductive issues: **Yes**

**Lincoln/Marcus 1319**



Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 1/20/2020

Sex: F

---

### 01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

Neurology questionnaire review of systems is reviewed and placed in the chart and she answered 40/65 in the affirmative.

PHYSICAL EXAMINATION
Blood pressure 125/83, pulse 87, height 167 cm, weight 65.8 kg, not currently breastfeeding.

NEUROLOGICAL EXAM:
In general, an alert cooperative pleasant patient in no acute distress. Cognitively intact to person, place, and time. Attention and concentration are mildly diminished and on the short test of mental status she scored 33/38, missing 2/4 object recall, missing 2 math calculations that she would not attempt which she wanted to write down, and missing 1 digit span recall. Overall on brief cognitive testing, she appears to have some subtle cognitive deficits likely related to attention and concentration. Cranial nerves II through XII intact. Discs sharp. Pupils equal, round, and reactive to light. Visual fields full. No nystagmus noted. Motor exam shows normal bulk, tone, and strength except questionable 4/5 weakness of the left abductor pollicis brevis with negative Tinel's sign and negative Phalen's signs. Sensory exam intact to vibration, temperature, pinprick, and light touch except no vibration in the toes of the left foot decreased pinprick in the toes of the left foot. Cerebellar exam intact rapid alternating movements, finger-nose-finger, and heel-to-shin. Muscle stretch reflexes were 2+ symmetrical throughout. Plantar responses were flexor bilaterally, negative Hoffman, snout, glabellar and palmomental reflexes. Gait appears normal with intact toe walk, heel walk, and tandem walk. Romberg is negative and no pronator drift is noted. Neck was supple with full range of motion, carotids full without bruits and no radicular symptoms elicited. Heart was regular rate and rhythm without murmurs or gallops. Back was nontender to percussion. Straight leg raising was negative. No edema is noted. No skin lesions are noted.

RESULTS REVIEW
Outside records reviewed. Pertinent radiology and labs reviewed, autonomic reflex screen from December 9, 2019 showed evidence of a postganglionic sympathetic sudomotor in borderline cardio vagal impairment without evidence of cardiovascular adrenergic failure. While the sudomotor impairment may be due to medication effect, these findings could be compatible with a limited autonomic neuropathy. On the tilt test heart rate response was not excessive initially but then the patient reported chest tightness, dyspnea, paresthesias and request the study be terminated early. The patient was noted to appear anxious and tachypneic during the final minutes of the study at which point, heart rate response was excessive.

IMPRESSION AND PLAN
Leslie S Marcus has a myriad of symptoms that she attributes to her steroid injections for low back pain that started after her motor vehicle accident in late 2017. She appears to have a limited autonomic neuropathy based on her autonomic reflex screen which may explain some of her symptoms. We will check further screening laboratory studies to look for causes of that with a paraneoplastic panel, CRP, ACE, hemoglobin A1c, HIV, ANCA, ACE, SPE, vitamin-D, Sjogren's antibodies, tryptase, and Lyme serology. Given her numbness in the extremities, we will check EMG/NCV studies to see if there is any evidence of a peripheral neuropathy. I believe her subjective memory loss is more of a pseudodementia from depression and anxiety. She should continue to follow up with Psychiatry and see how the higher doses of Effexor and other meds help. Many excellent questions and concerns that she and her significant other had were addressed and discussed in detail.

Electronically Signed by Fineman, Sanford M, M.D. on 1/20/2020  6:04 PM

---

**Lincoln/Marcus 1320**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/20/2020

---

**01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

**Vitals**

**Vital Signs**                                                    Most recent update: 1/20/2020 10:48 AM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 125/83 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | 87 | 167 cm | 65.8 kg | 23.59 kg/m² |

**Documents**

**Diagnostic Report - Neurology**

**Scan on 1/22/2020  2:24 PM**

Scan (below)

---

**Lincoln/Marcus 1321**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/20/2020

## 01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)

**Documents (continued)**



**Neurology Record Addendum**
**Mayo Clinic**

MRN: 12–300–675    GSN: 2000310684824
Marcus, Leslie S
DOB:      (48 yrs)  Female  Enctr Dt: 1/20/2020
2000310684824





PAGE 97/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1322**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/20/2020

**01/20/2020 - Comprehensive Visit in Department of Neurology in Scottsdale, Arizona (continued)**

**Documents (continued)**

PAGE 98/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):290

**Lincoln/Marcus 1323**


**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 1/17/2020                                        Sex: F

## 01/17/2020 - Office Visit in Department of Psychiatry and Psychology in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnosis**
- Anxiety Generalized Disorder (primary) [F41.1]

**Progress Notes**

**Progress Notes**

**Progress Notes by Martin, Kari A, M.D. at 1/17/2020 11:00 AM**

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 1/17/2020 11:42 AM | Encounter Date: 1/17/2020 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

See dictated note.

Electronically Signed by Martin, Kari A, M.D. on 1/17/2020 11:42 AM

**Progress Notes signed by Martin, Kari A, M.D. at 1/21/2020  7:50 AM**

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 1/21/2020  7:50 AM | Encounter Date: 1/17/2020 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

Established patient office visit, L5.  Total time 36 minutes, greater than 50% spent counseling, coordination of care.

SUBJECTIVE

**HISTORY OF PRESENT ILLNESS**
Mrs. Marcus is a 48-year-old female who presents today in followup.  Her self-report measures remain grossly elevated.  Her PHQ-9 score is 24.  She denies any suicidal ideation.  Her GAD-7 score is 18.  Her AUDIT score is 0.

She is currently on venlafaxine extended release 225 mg a day, mirtazapine 45 mg at night, clonazepam 1 mg at night.  She is also on Rick Simpson oil.

Unfortunately, she missed her appointment in Health Psychology.  She was not informed of the appointment.  She would like to reschedule biofeedback and cognitive behavioral therapy.

She is scheduled to meet with Dr. Fineman in Neurology on January 20th due to an abnormal tilt table study.  She will be meeting with Dr. Bergstrom in Integrative Medicine on January 30, 2020.

She has transitioned from Gretchen Anderson, nurse practitioner, to Dr. Engle for primary care.  She is concerned about an elevated CA-125. She is status post hysterectomy and oophorectomy.  She did follow up with an outside gynecologist and has been referred to GYN-Oncology.

She has had OneOme testing.  She is an intermediate metabolizer at 2D6, C19; she is rapid at 1A2, and normal at 3A4.  Unfortunately, she did not get scheduled to meet one-on-one with the pharmacist.  I will reschedule that appointment.

**Lincoln/Marcus 1324**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 1/17/2020

---

### 01/17/2020 - Office Visit in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

---

**Medications, allergies, problem list**, reviewed and updated.

OBJECTIVE
MENTAL STATUS EXAM:
She is alert and oriented.  Sensorium is clear.  Good eye contact.  Well groomed.  She is anxious and agitated at the beginning of the appointment, but becomes calm as we discuss her medical issues and frustrations.  Thought processes are directable.  She has gotten very demoralized in the setting of her ongoing health issues without clear-cut answers. Affect: labile.   No suicidal ideation or homicidal ideation.  No perceptual disturbances, paranoia or delusions.  Judgment and insight are intact.

ASSESSMENT / PLAN
The patient presents to Psychiatry in followup.  We discussed medication options.  She would like to increase the Effexor further to 300 mg a day.  She has sufficient medication supply at home to make the increase.  Alternative options include fluoxetine, which she has previously tolerated in the past. Prozac is metabolized through  multiple pathways including 2D6 and 3A4.  Alternatively, we could consider Viibryd, which is primarily metabolized through 3A4 (she is normal in 3A4  on OneOme testing.  She prefers to increase the Effexor for now.  She agrees to contact me next week with an update.

I would recommend she continue on the mirtazapine and Klonopin for now. Once her anxiety is well controlled, we can start to wean her off the clonazepam and continue her on an SSRI or SNRI long term.

I did speak to our secretaries directly to get the biofeedback and cognitive behavioral therapy rescheduled.  I asked them to contact the patient directly.  I have also contacted the pharmacist directly to schedule a one-on-one meeting with the pharmacist.  Patient is very concerned that her medications might be making her sick, specifically the metoprolol.

She will follow up with Dr. Fineman regarding her tilt-table study. She will meet with Dr. Bergstrom in Integrative Health.  I appreciate the input of my colleagues.

We have also reviewed adverse neuropsychiatric effects associated with cannabis.  Patient strongly requests to continue on her cannabis.

**FINAL IMPRESSIONS:**
**Recurrent depression versus persistent depressive disorder.**
**Panic attacks.**
**Generalized anxiety disorder.**
**Chronic insomnia.**
**Cannabis use.**

Kari A. Martin, M.D.
DD: 01/17/2020 12:42:09 CT
DT: 01/18/2020 02:11:00 CT
Job ID:  868645801/kjp

---

**Lincoln/Marcus 1325**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 1/17/2020

## 01/17/2020 - Office Visit in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

Electronically Signed by Martin, Kari A, M.D. on 1/21/2020  7:50 AM

**Lincoln/Marcus 1326**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 102/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 1/14/2020, D/C: 1/14/2020

## 01/14/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona

### Reason for Visit

#### Visit Diagnoses
- Anemia Iron Deficiency [D50.9]
- Embolus Pulmonary Iatrogenic [I26.99]
- Malignant Neoplasm Of Ovary Left [C56.2]

### Labs

#### Lab

##### CBC with Differential, Blood [2222575326552] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E814014305:1 | Blood | Blood, Venous | 01/14/20 0919 |

CBC with Differential, Blood [2222575326552] (Abnormal)        Resulted: 01/14/20 1327, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  01/14/20 0906      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 01/14/20 0919
01/14/20 1327
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 01/14/20 1450
McNeil, Karen J, L.P.N. on 01/17/20 1256

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 11.8 | 11.6 - 15.0 g/dL | — | ARZ |
| Hematocrit | 37.9 | 35.5 - 44.9 % | — | ARZ |
| Erythrocytes | 4.02 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 94.3 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 14.6 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 336 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 6.6 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 3.64 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 2.13 | 0.95 - 3.07 x10(9)/L | — | ARZ |
| Monocytes | 0.55 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.23 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.09 | 0.01 - 0.08 x10(9)/L | H* | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **422 - ARZ** | MAYO CLINIC | Robetorye, Ryan S, | 13400 East Shea | 05/15/19 1047 - Present |

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 99

PAGE 102/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1327**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/14/2020, D/C: 1/14/2020

**01/14/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

SCOTTSDALE LAB    M.D., Ph.D.        Boulevard
Phoenix AZ 85259

**Indications**

Anemia Iron Deficiency [D50.9 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM

**Ferritin [2222596362846] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E814014305:2 | Blood | Blood, Venous | 01/14/20 0919 |

**Ferritin [2222596362846]**                                    Resulted: 01/14/20 1348, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  01/14/20 0906     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 01/14/20 0919
01/14/20 1349
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 01/14/20 1450
McNeil, Karen J, L.P.N. on 01/17/20 1256

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin, S | 85 | 11 - 307 mcg/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Anemia Iron Deficiency [D50.9 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM

**Iron and Total Iron-Binding Capacity [2222596362848] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|

PAGE 103/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1328**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/14/2020, D/C: 1/14/2020



## MAYO CLINIC

**01/14/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

| E814014305:3 | Blood | Blood, Venous | 01/14/20 0919 |

**Iron and Total Iron-Binding Capacity [2222596362848] (Abnormal)**          Resulted: 01/14/20 1320, Result status: Final result

Ordering provider: Engle, Richard L, M.D. 01/14/20 0906          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/14/20 0919
01/14/20 1320
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 01/14/20 1450
McNeil, Karen J, L.P.N. on 01/17/20 1256

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 56 | 35 - 145 mcg/dL | — | ARZ |
| Total Iron Binding Capacity | 237 | 250 - 400 mcg/dL | L ▼ | ARZ |
| Percent Saturation | 24 | 14 - 50 % | — | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **422 - ARZ** | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

### Indications

Anemia Iron Deficiency [D50.9 (ICD-10-CM)]

### All Reviewers List

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM

**Reticulocytes [2222596362850] (Final result)**

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E814014305:4 | Blood | Blood, Venous | 01/14/20 0919 |

**Reticulocytes [2222596362850]**          Resulted: 01/14/20 1327, Result status: Final result

Ordering provider: Engle, Richard L, M.D. 01/14/20 0906          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/14/20 0919
01/14/20 1327
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 01/14/20 1450
McNeil, Karen J, L.P.N. on 01/17/20 1256

### Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

**Lincoln/Marcus 1329**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 105/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/14/2020, D/C: 1/14/2020

---

**01/14/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

| | | Range | | |
|---|---|---|---|---|
| Reticulocytes, B | 1.43 | 0.60 - 2.71 % | — | ARZ |
| Absolute Reticulocyte | 57.5 | 30.4 - 110.9 x10(9)/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Anemia Iron Deficiency [D50.9 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM

---

**Direct Antiglobulin Test (Polyspecific) [2222596362852] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E814014306:5 | Blood | Blood, Venous | 01/14/20 0919 |

**Direct Antiglobulin Test (Polyspecific) [2222596362852]**          Resulted: 01/14/20 1221, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  01/14/20 0906          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/14/20 0919
01/14/20 1221
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Engle, Richard L, M.D. on 01/14/20 1450
McNeil, Karen J, L.P.N. on 01/17/20 1256

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Direct Coombs | NEG | — | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Anemia Iron Deficiency [D50.9 (ICD-10-CM)]

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 102

**Lincoln/Marcus 1330**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 1/14/2020, D/C: 1/14/2020



## MAYO CLINIC

---

**01/14/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

**Labs (continued)**

**All Reviewers List**

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM

**Antibody Screen, RBC (with reflex Antibody ID) [2222596362854] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E814014307:6 | Blood | Blood, Venous | 01/14/20 0919 |

**Antibody Screen, RBC (with reflex Antibody ID) [2222596362854]**          Resulted: 01/14/20 1340, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  01/14/20 0906          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/14/20 0919
01/14/20 1340
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Engle, Richard L, M.D. on 01/14/20 1450
McNeil, Karen J, L.P.N. on 01/17/20 1256

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antibody Screen | NEG | — | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Anemia Iron Deficiency [D50.9 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM

**Cancer Antigen 125 (CA 125) [2222596362856] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E814014305:7 | Blood | Blood, Venous | 01/14/20 0919 |

**Cancer Antigen 125 (CA 125) [2222596362856] (Abnormal)**          Resulted: 01/14/20 1217, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  01/14/20 0906          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 01/14/20 0919
01/14/20 1217
Resulting lab: MAYO CLINIC ARIZONA LAB

**Lincoln/Marcus 1331**



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 1/14/2020, D/C: 1/14/2020

## 01/14/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

**Labs (continued)**

Acknowledged by
McNeil, Karen J, L.P.N. on 01/14/20 1417
Engle, Richard L, M.D. on 01/14/20 1450

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cancer Ag 125 (CA 125), S | 53 | <46 U/mL | H ^ | ARZ |

Comment:

----ADDITIONAL INFORMATION----
The testing method is an electrochemiluminescence
assay manufactured by Roche Diagnostics Inc. and
performed on the Cobas system.

Values obtained with different assay methods or kits
may be different and cannot be used interchangeably.

Test results cannot be interpreted as absolute evidence
for the presence or absence of malignant disease.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

Embolus Pulmonary Iatrogenic (HCC) [I26.99 (ICD-10-CM)]
Malignant Neoplasm Of Ovary Left (HCC) [C56.2 (ICD-10-CM)]

### All Reviewers List

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM
McNeil, Karen J, L.P.N. on 1/14/2020  2:17 PM

### Nucleated RBC [2222596362860] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E814014305:13 | Blood | — | 01/14/20 0919 |

**Nucleated RBC [2222596362860]**    Resulted: 01/14/20 1327, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  01/14/20 0906        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 01/14/20 0919
01/14/20 1327
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 01/14/20 1450
McNeil, Karen J, L.P.N. on 01/17/20 1256

**Lincoln/Marcus 1332**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 108/471    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 1/14/2020, D/C: 1/14/2020



## MAYO CLINIC

## 01/14/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

**Labs (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**All Reviewers List**

McNeil, Karen J, L.P.N. on 1/17/2020 12:56 PM
Engle, Richard L, M.D. on 1/14/2020  2:50 PM

PAGE 108/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1333**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 1/14/2020

## 01/14/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

#### Chief Complaint
- Follow-up (discuss labs)

#### Visit Diagnoses
- **Anemia Iron Deficiency (primary) [D50.9]**
- Embolus Pulmonary Iatrogenic [I26.99]
- Malignant Neoplasm Of Ovary Left [C56.2]

### Progress Notes

#### Progress Notes
**Progress Notes by Engle, Richard L, M.D. at 1/14/2020  8:40 AM**

| | | |
|---|---|---|
| Author: Engle, Richard L, M.D. | Service: FAM (Family Medicine) | Author Type: Physician |
| Filed: 1/14/2020 12:09 PM | Encounter Date: 1/14/2020 | Status: Signed |
| Editor: Engle, Richard L, M.D. (Physician) | | |

Chief Complaint
Patient presents with
- Follow-up
  *discuss labs*

HPI:  Very pleasant 48-year-old presents accompanied by her husband in follow-up of the 11/12/2019 office visit. Since that time she has been seen in Gastroenterology and Hematology consultation.  Those notes are reviewed. Because of a "failed" tilt-table test a neurology consult is pending.  In addition gastric motility testing is pending because of suspicion of gastroparesis.

The patient continues to feel poorly.  She feels better within a week or so of iron infusions but gradually deteriorates. Her last CBC was about a month ago and is pending from today.  There was no clear etiology of her iron deficiency anemia based on EGD.  H pylori testing was negative.  She is positive for celiac gene testing but antibody testing reports are not available at this time.  That might be responsible for some of her symptoms.

In addition she is seeing her outside gynecologist for dyspareunia.  She is concerned about the borderline CA 125 as well as she believe she had an ovarian malignancy at age 21. It would of more likely been a teratoma but her outside gynecologist should have those records.  She had a left ovary removed at that time and a right SO and hysterectomy later.  She is requesting repeat testing .  We discussed potential causes of false-positive CA 125 serology.  She has not been on HRT in the recent past and currently has relative contraindications due to DVTs.  She might still be a candidate for topical estrogens for atrophic vaginitis and dyspareunia but this will be left to her gynecologist Dr. Cyndy Churgin.

Allergies
| Allergen | Reactions |
|---|---|
| • Zofran [Ondansetron Hcl] | Hypotension |
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

**Lincoln/Marcus 1334**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 110/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 1/14/2020

## 01/14/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

Current Outpatient Medications:
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY, Disp: 30 tablet, Rfl: 0
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
• mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME, Disp: 30 tablet, Rfl: 0
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding, Disp: 90 tablet, Rfl: 3
• prochlorperazine (COMPAZINE) 10 mg tablet, TAKE 1 TABLET(10 MG) BY MOUTH EVERY 6 HOURS AS NEEDED FOR NAUSEA OR VOMITING, Disp: 30 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, TAKE 1 CAPSULE BY MOUTH EVERY DAY WITH BREAKFAST, Disp: 30 capsule, Rfl: 1
• diclofenac sodium (VOLTAREN) 1 % gel, Apply 2 g topically 4 (four) times a day., Disp: 100 g, Rfl: 1
• ipratropium (ATROVENT) 0.03 % nasal spray, Administer 2 sprays into affected nostril(s)., Disp: , Rfl:
• prochlorperazine (COMPAZINE) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient not taking: Reported on 1/14/2020 ), Disp: 30 tablet, Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) *identical twin sister* | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | |
| • Kidney disease | Sister | |
| • Other (Other) *Autoimmune* | Sister | |
| • Ovarian cancer | Mother | |

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 107

**Lincoln/Marcus 1335**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 1/14/2020

---

### 01/14/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

---

Social History

**Socioeconomic History**
- Marital status:                Life Partnership
     Spouse name:                Not on file
- Number of children:           Not on file
- Years of education:           Not on file
- Highest education level:      Bachelor's degree (e.g., BA, AB, BS)

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:    Not very hard
- Food insecurity
     Worry:                     Never true
     Inability:                 Never true
- Transportation needs
     Medical:                   No
     Non-medical:               No

**Tobacco Use**
- Smoking status:               Former Smoker
     Packs/day:                 0.00
     Years:                     14.00
     Pack years:                0.00
- Smokeless tobacco:            Never Used
- Tobacco comment: 1 pack per week x 15 years

**Substance and Sexual Activity**
- Alcohol use:                  No
     Frequency:                 Never
     Drinks per session:        1 or 2
     Binge frequency:           Never
     *Comment: none*
- Drug use:                     Yes
     Types:                     Marijuana
     *Comment: Helps with nausea*
- Sexual activity:              Yes
     Partners:                  Male
     Birth control/protection:  Post-menopausal

**Lifestyle**
- Physical activity
     Days per week:             5 days
     Minutes per session:       30 min
- Stress:                       Rather much

**Relationships**
- Social connections
     Talks on phone:            Twice a week

---

**Lincoln/Marcus 1336**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/14/2020

## 01/14/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

|  |  |
|---|---|
| Gets together: | Once a week |
| Attends religious service: | Never |
| Active member of club or organization: | No |
| Attends meetings of clubs or organizations: | Never |
| Relationship status: | Living with partner |

- Intimate partner violence

|  |  |
|---|---|
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

**Other Topics                 Concern**

- Not on file

**Social History Narrative**

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | 05/2019 |
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Chronic Idiopathic Constipation | |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Fibrillation Atrial (HCC) | |
| • Gastroesophageal Reflux Disease NOS | |
| • Malignant Neoplasm Of Ovary (HCC) | |
| • Malignant Neoplasm Of Uterus Endometrial (HCC) | |
| • Migraine Headache | |
| • Nausea And Vomiting | |
| • Neuropathy | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Reflux Esophagitis | 04/2019 |
| *LA Grade C* | |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History | |
| *in all 4 extremities* | |

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 109 |

**Lincoln/Marcus 1337**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 1/14/2020

---

### 01/14/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

---

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH  ABLATION | Right | 6/12/2019 |

*Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*

| | | |
|---|---|---|
| • CATH ASD REPAIR | N/A | 6/12/2019 |

*Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*

• HYSTERECTOMY
*Total hysterectomy -no ovaries*
• SALPINGO - OOPHORECTOMY

Immunization History

| Administered | Date(s) Administered |
|---|---|
| • PCV13 | 01/20/2019 |

Outside hematology reports are available under the "care everywhere" tab.
Constitutional:  Positive for fatigue, night sweats and weight gain of more than 10 pounds.
    At one point in time the patient did withhold Singulair for a period of a couple weeks without benefit or relief of her symptoms.
ENT:  Positive for persistent hoarse voice.
Respiratory:  Positive for dry cough and dyspnea.
Cardiovascular:  Positive for swelling in the legs or feet, rapid or fluttering heart beat and shortness of breath when lying flat.
Gastrointestinal:  Positive for constipation, heartburn, nausea and vomiting.
Genitourinary:  Positive for decreased libido.
Hematologic:  Positive for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal:  Positive for joint swelling.
Neurological:  Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, loss of balance or tendency to fall easily, slurred speech and weakness in arms or legs.
Psychiatric/Behavioral:  Positive for decreased libido, little interest or pleasure in doing things over past two weeks, feeling down, depressed, or hopeless over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

The following systems were negative: Skin, Eyes

Results for orders placed or performed during

---

**Lincoln/Marcus 1338**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM    PAGE 114/471    Fax Server



## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/14/2020

---

### 01/14/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

the hospital encounter of 11/21/19
Cancer Antigen 125 (CA 125)

| Result | Value | Ref Range |
|---|---|---|
| Cancer Ag 125 (CA 125), S | 50 (H) | <46 U/mL |

Blood pressure 109/68, pulse 80, temperature 36.9 °C, temperature source Oral, resp. rate 16, height 165.1 cm, weight 68.4 kg, SpO2 98 %, not currently breastfeeding. Body mass index is 25.09 kg/m².

PHYSICAL EXAM:

Constitutional
   Appearance: Normal appearance.
Cardiovascular
   Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary
   Effort: Pulmonary effort is normal.
Neurological
   General: No focal deficit present.
   Mental Status: She is alert.
Psychiatric
   Mood and Affect: Mood normal.

IMPRESSION:

**#1 Anemia Iron Deficiency**
**#2 Embolus Pulmonary provoked per hematology consultation (HCC)**
**#3 Malignant Neoplasm Of Ovary Left per patient history (HCC)**

Plan   laboratory as per below.  Outside gynecology appointment scheduled.  Keep upcoming Mayo clinic appointments.  Address abnormalities as appropriate.  Patient expressed understanding of our discussion and plan. This note was dictated with Fluency Direct voice recognition software

Orders Placed This Encounter
Procedures

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 111

**Lincoln/Marcus 1339**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 1/14/2020

---

### 01/14/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

- CBC with Differential, Blood
- Ferritin
- Iron and Total Iron-Binding Capacity
- Reticulocytes
- Direct Antiglobulin Test (Polyspecific)
- Antibody Screen, RBC (with reflex Antibody ID)
- Cancer Antigen 125 (CA 125)
- Celiac Disease Comprehensive Cascade


Electronically Signed by Engle, Richard L, M.D. on 1/14/2020 12:09 PM

**Vitals**

**Vital Signs**                                                    Most recent update: 1/14/2020  8:36 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 109/68 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | 80 | 36.9 °C (Oral) | 16 | 165.1 cm |

| Wt | SpO2 | BMI |
|---|---|---|
| 68.4 kg | 98% | 25.09 kg/m² |

---

**Lincoln/Marcus 1340**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM  PAGE 116/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 12/18/2019, D/C: 12/18/2019

## 12/18/2019 - Breast Imaging Exam in Department of Radiology in Phoenix, Arizona

**Reason for Visit**

### Visit Diagnoses

- Anemia [D64.9]
- Nausea [R11.0]
- Fatigue [R53.83]
- Night Sweats [R61]

## Imaging

### Imaging

#### BI Breast Screening Bilateral with Tomosynthesis [2222575326538] (Final result)

**BI Breast Screening Bilateral with Tomosynthesis [2222575326538]**        Resulted: 12/18/19 1607, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  12/18/19 1414
Resulted by: Lorans, Roxanne, M.D.

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 12/18/19 1611

Performed: 12/18/19 1458 - 12/18/19 1510
Resulting lab: POWERSCRIBE360
Narrative:

Accession number: 13080650

EXAM:  BI BREAST SCREENING BILATERAL WITH TOMOSYNTHESIS
Current study was evaluated with a Computer Aided Detection (CAD) system.

INDICATION:  Screening mammogram.

COMPARISON:  No prior exams were available for comparison.

DENSITY:  c. The breast(s) are heterogeneously dense, which may obscure small masses.

FINDINGS:  No mammographic findings of malignancy.

Impression:
Negative.

RECOMMENDATION:  Annual Screening Mammogram

ASSESSMENT:  BI-RADS: 1: Negative.
Acknowledged by: Engle, Richard L, M.D. on 12/19/19 0741

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Lorans, Roxanne, M.D. on 12/18/19 at 1607 MST

**All Reviewers List**

Engle, Richard L, M.D. on 12/19/2019  7:41 AM

PAGE 116/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29(

**Lincoln/Marcus 1341**

Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 12/18/2019, D/C: 12/18/2019

## 12/18/2019 - Breast Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)

### Imaging (continued)

### Documents

#### Radiology - Screening Form

**Scan on 12/19/2019 12:49 PM**

Scan (below)

**Lincoln/Marcus 1342**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE 118/471    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 12/18/2019, D/C: 12/18/2019



---

**12/18/2019 - Breast Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

Documents (continued)

---

 *Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
**Route to scanning.**

TO BE SCANNED



(complete fields or place patient label here)

MRN: 12-300-675
Marcus, Leslie S            CSN: 2000316934365
DOB:        (48 yrs)   Female   Enctr Dt: 12/18/2019
2000316934365

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

Are you known to be pregnant?
☐ Yes   ☒ No
Is there a chance you could be pregnant?
☐ Yes   ☒ No
If yes, do you want to take a pregnancy test? *
☐ Yes   ☒ No
  * You will be financially responsible for what your health insurance does not cover.
Are you breastfeeding?
☐ Yes   ☒ No

| Patient Signature | Date (mm-dd-yyyy) |
|---|---|
| *(signature)* | 12/18/19 |

Are you younger than 18 years of age?
☐ Yes   ☒ No
  With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them.

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
|---|---|---|
| | | |

**For Departmental Use Only**

Pregnancy Test
☐ Indeterminate or Positive
☐ Negative
☒ Declined

| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| | |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| *(signature)* | 12/18/19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.

RADSCN

©2017 Mayo Foundation for Medical Education and Research        MC1038-26

---

PAGE 118/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29(

**Lincoln/Marcus 1343**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 119/471    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 12/18/2019, D/C: 12/18/2019

**12/18/2019 - Breast Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

PAGE 119/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29(

**Lincoln/Marcus 1344**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 12/10/2019, D/C: 12/10/2019

## 12/10/2019 - CT Sinus Imaging Exam in Department of Radiology in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnosis

- Sinusitis Chronic [J32.9]

## Imaging

### Imaging

#### CT Sinuses without IV Contrast [2222575326535] (Final result)

##### CT Sinuses without IV Contrast [2222575326535]                    Resulted: 12/10/19 1900, Result status: Final result

Ordering provider: Engle, Richard L, M.D. 12/10/19 1757    Order status: Completed
Resulted by: Fletcher, Geoffrey P, M.D.                     Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                                           12/10/19 1903
Performed: 12/10/19 1840 - 12/10/19 1855                    Accession number: 12911978
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: CT SINUSES WITHOUT IV CONTRAST

COMPARISON: None.

FINDINGS: Trace mucosal thickening in bilateral maxillary sinuses. Tiny
retention cyst arising from medial wall of the left maxillary sinus. The
ostiomeatal complex is patent bilaterally.

Trace mucosal thickening in the left frontal sinus. Frontal recess is patent
bilaterally. Trace mucosal thickening in the right ethmoid and anterior sphenoid
sinus.

No orbital abnormality is identified.

Impression:
Minimal postinflammatory changes in the paranasal sinuses.

Acknowledged by
Engle, Richard L, M.D. on 12/11/19 0709
McNeil, Karen J, L.P.N. on 12/11/19 0918

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

#### Signed

Electronically signed by Fletcher, Geoffrey P, M.D. on 12/10/19 at 1900 MST

#### All Reviewers List

McNeil, Karen J, L.P.N. on 12/11/2019  9:18 AM
Engle, Richard L, M.D. on 12/11/2019  7:09 AM

**Lincoln/Marcus 1345**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 12/10/2019, D/C: 12/10/2019

---

**12/10/2019 - CT Sinus Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Imaging (continued)**

**Documents**

**Radiology - Screening Form**

**Scan on 12/11/2019  9:40 PM**

Scan (below)

---

**Lincoln/Marcus 1346**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 122/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 12/10/2019, D/C: 12/10/2019

## 12/10/2019 - CT Sinus Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)

### Documents (continued)

MAYO CLINIC

***Radiology Pre-Exam Pregnancy Assessment***

Form content retained in medical record.
**Route to scanning.**

TO BE SCANNED

*(complete fields or place patient label here)*

MRN: 12–300–675    CSN: 2000313464112
Marcus, Leslie S
DOB:      (48 yrs)   Female   Enctr Dt: 12/10/2019

2000313464112

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

| Are you known to be pregnant? ☐ Yes ☒ No | | |
| --- | --- | --- |
| Is there a chance you could be pregnant? ☐ Yes ☒ No | | |
| If yes, do you want to take a pregnancy test? * ☐ Yes ☐ No  * You will be financially responsible for what your health insurance does not cover. | | |
| Are you breastfeeding? ☐ Yes ☒ No | | |
| Patient Signature | | Date *(mm-dd-yyyy)* 12/10/19 |
| Are you younger than 18 years of age? ☐ Yes ☒ No  With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them. | | |
| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date *(mm-dd-yyyy)* |

**For Departmental Use Only**

| Pregnancy Test ☐ Indeterminate or Positive ☐ Negative ☐ Declined | hysteretomy - | |
| --- | --- | --- |
| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | | Date *(mm-dd-yyyy)* |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | | |
| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature  *[signature]* R.T.(R)(CT)(D)  Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | | Date *(mm-dd-yyyy)* 12-10-19 |
| If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient. | | |

RADSCN

©2017 Mayo Foundation for Medical Education and Research

MC1038-26

**Lincoln/Marcus 1347**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 123/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 12/10/2019, D/C: 12/10/2019

**12/10/2019 - CT Sinus Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 120

PAGE 123/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1348**

Marcus, Leslie S
MRN: 12-300-675, DOB:             Sex: F
Visit date: 12/9/2019



**MAYO CLINIC**

## 12/09/2019 - Diagnostic in Department of Neurology in Scottsdale, Arizona

**Reason for Visit**

### Visit Diagnoses
- Nausea [R11.0]
- Lightheadedness [R42]

**Imaging**

### Neurology

#### Autonomic reflex Screen [2222575326533] (Final result)

| Autonomic reflex Screen [2222575326533] | Resulted: 12/10/19 1445, Result status: Final result |
|---|---|
| Ordering provider: Snyder, Diana L, M.D. 12/09/19 1340 | Order status: Completed |
| Resulted by: Khoury, Julie A, M.D. | Filed by: Khoury, Julie A, M.D. 12/10/19 1446 |
| Performed: 12/09/19 1350 - 12/09/19 1520 | Accession number: 12940343 |
| Resulting lab: MC NEU AUTO | |
| Narrative: | |

FINAL      REPORT      AUTONOMIC REFLEX SCREEN


12-300-675             Age: 48       Location: ARIZONA
Lab #: 201906629-01
Marcus, Leslie S        Sex: F        Order ID: 2222575326533
Date: 12/9/2019
DOB:
Autonomic Consultant: Julie A. Khoury, M.D. (1-3924)
Clinical problem: Nausea, Lightheadedness


CONCLUSION

There is evidence of post-ganglionic sympathetic sudomotor and borderline
cardiovagal impairment without evidence of cardiovascular adrenergic
failure. While the sudomotor impairment may be due to medication effect,
these findings could be compatible with a limited autonomic neuropathy.

QUANTITATIVE AXON REFLEX SWEAT TEST (QSWEAT)

| Side | Site | Test Current (mA) | Latency Duration (min) | Sweat Output (min) | Sweat Output (uL) | Normal Cutoff 5th (10th) Percentile |
|---|---|---|---|---|---|---|
| L | Forearm | 2 | 10 | -99 | 0.00 | F: 0.08 (0.13) |
| L | Proximal Leg | 2 | 10 | 3.2 | 0.13 | F: 0.19 (0.31) |
| L | Distal Leg | 2 | 10 | -99 | 0.00 | F: 0.14 (0.23) |
| L | Foot | 2 | 10 | 4.0 | 0.10 | F: 0.07 (0.14) |


Comments on Sudomotor Test: QSART responses were reduced or absent at all

---

PAGE 124/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1349**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 12/9/2019

## 12/09/2019 - Diagnostic in Department of Neurology in Scottsdale, Arizona (continued)

**Imaging (continued)**

sites, except the foot, where it was normal.

### DEEP BREATHING & VALSALVA MANEUVER RESPONSES

|  |  | Result |
|---|---|---|
| Normal Cutoff |  |  |
| Deep Breathing<br>> 10 | Heart Rate Range (bpm) | 5.7 |
| Valsalva Maneuver<br>> 1.36 | Valsalva Ratio | 2.12 |

Comments on Deep Breathing:
Heart rate responses to deep breathing were reduced.

Comments on Valsalva maneuver:
(A) Heart rate responses to the Valsalva maneuver were normal.
(B) Beat-to-beat blood pressure responses to the Valsalva maneuver were normal.

### BLOOD PRESSURE AND HEART RATE RESPONSES TO TILT

|  | BP (mmHg) | Heart Rate (BPM) |
|---|---|---|
| Supine | 98/75 | 78 |
| Tilt 1 min | 102/75 | 90 |
| Tilt 3 min | 117/80 | 97 |
| Tilt 5 min | 107/79 | 103 |
| Tilt 7 min | 108/83 | 109 |
| Tilt 9 min | 113/76 | 123 |
| Tilt -1 min | 123/78 | 95 |

Comments on Tilt: Patient was tilted for 10 minutes. Orthostatic hypotension was not detected. Heart rate response was not excessive, initially. The patient reported chest tightness, dyspnea, paresthesia and requested the study to be terminated early. The patient was noted to appear anxious and tachypneic during the final few minutes of the study at which point, heart rate response was excessive.

-99 = missing value

Acknowledged by: Snyder, Diana L, M.D. on 12/12/19 1702

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **339 - NEU AUTO** | MC NEU AUTO | Unknown | Unknown | 12/13/16 1339 - Present |

**Lincoln/Marcus 1350**



Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 12/9/2019

Sex: F

## 12/09/2019 - Diagnostic in Department of Neurology in Scottsdale, Arizona (continued)

**Imaging (continued)**

### Indications

Nausea [R11.0 (ICD-10-CM)]
Lightheadedness [R42 (ICD-10-CM)]

### Signed

Electronically signed by Khoury, Julie A, M.D. on 12/10/19 at 1446 MST

### All Reviewers List

Snyder, Diana L, M.D. on 12/12/2019  5:02 PM
Snyder, Diana L, M.D. on 12/10/2019 11:58 AM

---

**Lincoln/Marcus 1351**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 127/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 11/22/2019

## 11/22/2019 - Ancillary Procedure in Department of Gastroenterology, Arizona

### Imaging

#### Imaging

**Esophagus, Entire Esophagus Upper GI endoscopy-Gastroenterology Image Exam [2222575326526] (Final result)**

Esophagus, Entire Esophagus Upper GI endoscopy-Gastroenterology
Image Exam [2222575326526]                    Resulted: 11/22/19 1419, Result status: Final result

Order status: Completed                         Filed by: Silent, Scheduling  11/22/19 1419
Performed: 11/22/19 1305 - 11/22/19 1305        Accession number: IIMS54445734
Resulting lab: IIMS
Narrative:
This order has been created and auto-finalized to support the import of
images acquired without order. The clinical documentation to support these
images can be found on the encounter that produced images.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 408 - IIMS | IIMS | Unknown | NA | 07/08/17 0405 - Present |

PAGE 127/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1352**

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 11/22/2019, D/C: 11/22/2019



**MAYO CLINIC**

### 11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona

**Reason for Visit**

**Visit Diagnoses**
- Nausea [R11.0]
- Reflux Esophagitis [K21.0]

**Clinical Notes**

**H&P**

**H&P by Han, Ga-Ram, M.D. at 11/22/2019 12:30 PM**

| | | |
|---|---|---|
| Author: Han, Ga-Ram, M.D. | Service: GIH (Gastroenterology and Hepatology) | Author Type: Resident Unlicensed DEA |
| Filed: 11/22/2019  1:37 PM | Date of Service: 11/22/2019 12:30 PM | Status: Addendum |

Editor: Han, Ga-Ram, M.D. (Resident Unlicensed DEA)
Related Notes: Original Note by Han, Ga-Ram, M.D. (Resident Unlicensed DEA) filed at 11/22/2019  1:36 PM

ASSESSMENT / PLAN

Patient Name: Leslie S Marcus
MRN: 12-300-675
Upper Endoscopy Procedure
Department : DIVISION OF GASTROENTEROLOGY IN SCOTTSDALE, ARIZONA

SUBJECTIVE
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anemia | 05/2019 |
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Chronic Idiopathic Constipation | |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Fibrillation Atrial (HCC) | |
| • Gastroesophageal Reflux Disease NOS | |
| • Migraine Headache | |
| • Nausea And Vomiting | |
| • Neuropathy | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Reflux Esophagitis<br>*LA Grade C* | 04/2019 |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History<br>*in all 4 extremities* | |

**Lincoln/Marcus 1353**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/22/2019, D/C: 11/22/2019

---

**11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH  ABLATION | Right | 6/12/2019 |

*Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*

| • CATH ASD REPAIR | N/A | 6/12/2019 |

*Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*

• HYSTERECTOMY
*Total hysterectomy -no ovaries*

**OB History**

No obstetric history on file.

**Social History**

**Socioeconomic History**
- Marital status:          Life Partnership
     Spouse name:          None
- Number of children:      None
- Years of education:      None
- Highest education level: Bachelor's degree (e.g., BA, AB, BS)

**Occupational History**
- None

**Social Needs**
- Financial resource strain:    Not very hard
- Food insecurity:
     Worry:                Never true
     Inability:            Never true
- Transportation needs:
     Medical:              No
     Non-medical:          No

**Tobacco Use**
- Smoking status:          Former Smoker
     Packs/day:            0.00
     Years:                14.00
     Pack years:           0.00
- Smokeless tobacco:       Never Used
- Tobacco comment: 1 pack per week x 15 years

**Substance and Sexual Activity**
- Alcohol use:             No
     Frequency:            Never
     Drinks per session:   1 or 2
     Binge frequency:      Never
     *Comment: none*

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 126

**Lincoln/Marcus 1354**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/22/2019, D/C: 11/22/2019

## 11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)

### Clinical Notes (continued)

- Drug use:                          Yes
    - Types:                          Marijuana
    - *Comment: Helps with nausea*
- Sexual activity:                    Yes
    - Partners:                       Male
    - Birth control/protection:       Post-menopausal

### Lifestyle

- Physical activity:
    - Days per week:                  5 days
    - Minutes per session:            30 min
- Stress:                             Rather much

### Relationships

- Social connections:
    - Talks on phone:                 Twice a week
    - Gets together:                  Once a week
    - Attends religious service:      Never
    - Active member of club or        No
      organization:
    - Attends meetings of clubs       Never
      or organizations:
    - Relationship status:            Living with partner
- Intimate partner violence:
    - Fear of current or ex           None
      partner:
    - Emotionally abused:             None
    - Physically abused:              None
    - Forced sexual activity:         None

### Other Topics                       Concern

- None

### Social History Narrative

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

Ambulatory Infusion Pump/Implanted Medical Device-
Peripheral IV Catheter  11/22/19 22 G Left Forearm (Active)

Peripheral IV Catheter  11/22/19 22 G Left Forearm (Active)
*11/22/19 1325 Forearm*
*Placed by External Staff?:*
*IV Change Due:*
*Size (Gauge): 22 G*
*Length (Inches):*
*Orientation: Left*
*Site Prep: Chlorhexidine (Preferred)*
*Technique:*

**Lincoln/Marcus 1355**



Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Adm: 11/22/2019, D/C: 11/22/2019

## 11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)

### Clinical Notes (continued)

*Placed by: r. Proczka*
*Insertion attempts: 2*
*Removal Reason :*
*Removal Status:*
 Nothing was implanted during the procedure

OBJECTIVE
Weight: 63.5 kg
Pain Score: 0 - No pain
Consents Obtained: **written**
The benefits, risks, and alternatives to the procedure and the potential need for sedation or anesthesia as well as the names, roles and responsibilities of healthcare team members performing significant interventional tasks were discussed with the patient and/or decision maker: **yes**
Procedure / Reason for visit: **Evaluation of esophagus for history of LA grade C esophagitis and nonspecific GI symptoms including nausea, emesis, bloating and reflux**
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history and problem list. **yes**
Review of systems: **pertinent ROS negative**
Mallampati: **I - soft palate, uvula, fauces, pillars visible**
Heart: **normal**
Lung: **normal**
ASA physical exam: **class 2 - patient with mild systemic disease**
Sedation plan: **moderate sedation**
**Patient seen, evaluated and approved for sedation**

**Baseline Behavior:**
**Abdominal Exam**: Gastrointestinal (WDL): Within Defined Limits
**Dental Information:**

Electronically Signed by Han, Ga-Ram, M.D. on 11/22/2019  1:36 PM
Electronically Signed by Han, Ga-Ram, M.D. on 11/22/2019  1:37 PM

### Procedures

**GI**

**EGD (EsophagoGastroDuodenoscopy) Restricted [2222571672389] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| — | — | — | 11/22/19 1302 |

**EGD (EsophagoGastroDuodenoscopy) Restricted [2222571672389]**    Resulted: 11/22/19 1408, Result status: Final result

Ordering provider: Snyder, Diana L, M.D.  11/22/19 1218    Order status: Completed
Filed by: Interface, Mc In Oru From Provation 609305    Collected by: 11/22/19 1302
11/22/19 1408
Resulting lab: MAYO PROVATION

**Lincoln/Marcus 1356**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/22/2019, D/C: 11/22/2019



## MAYO CLINIC

**11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)**

**Procedures (continued)**

**Physicians**

| Panel Physicians | Referring Physician | Case Authorizing Physician |
|---|---|---|
| Ruff, Kevin C, M.D. (Primary) | Snyder, Diana L, M.D. | |

**Upper GI Endoscopy [2222575326517] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 994460 | — | — | 11/22/19 1302 |

**Upper GI Endoscopy [2222575326517]**                    Resulted: 11/22/19 1408, Result status: Final result

Ordering provider: Snyder, Diana L, M.D.  11/22/19 1302          Order status: Completed
Filed by: Interface, Mc In Oru From Provation 609305             Collected by: 11/22/19 1302
11/22/19 1408
Resulting lab: MAYO PROVATION
Narrative:
AZ-MC-01-GI
GI
Patient Name: Leslie Marcus
MRN: 12300675
Date of Birth:
Age: 48
Gender: Female
Procedure Date: 11/22/2019
Procedure:           Upper GI endoscopy
Providers:          Kevin C. Ruff, MD, Ga-ram Han, MD (Surgical
                Resident), Diana L. Snyder, MD (Ordering Provider)
Referring Provider:    Diana L. Snyder, MD
Pre-op Diagnoses:      Follow-up of esophagitis
Recommendation:
    - Patient has a contact number available for emergencies. The signs and
    symptoms of potential delayed complications were discussed with the
    patient. Return to normal activities tomorrow. Written discharge
    instructions were provided to the patient.
    - Patient's sedation for a repeat study will require Anesthesia staff
    assistance.
Findings:
    The examined esophagus was normal.
    Esophagogastric landmarks were identified: the Z-line was found at 38
    cm, the gastroesophageal junction was found at 38 cm and the site of
    hiatal narrowing was found at 41 cm from the incisors.
    A 3 cm hiatal hernia was present.
    The gastric body and gastric antrum were normal.
    The examined duodenum was normal.
Procedural Details:
    The patient was seen, evaluated, and history reviewed. Airway and heart
    and lung exams were performed and were satisfactory for planned sedation
    care.
    The risks, benefits and alternatives for the procedure and sedation were
    discussed and informed consent was obtained. A procedural pause was

---

**Lincoln/Marcus 1357**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/22/2019, D/C: 11/22/2019

**11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)**

**Procedures (continued)**

conducted in the presence of assisting personnel to verify the correct patient identity and procedure to be performed. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Gastroscope was introduced under direct vision through the mouth, and advanced to the second part of duodenum. The upper GI endoscopy was somewhat difficult due to the patient's agitation. The patient tolerated the procedure poorly due to the patient's excessive discomfort during the procedure.

Complications:        No immediate complications. Estimated blood loss: None.

Sedation:
Moderate (conscious) sedation was administered by the endoscopy nurse and supervised by the endoscopist. The patient's oxygen saturation, heart rate, blood pressure and response to care were monitored. Total physician intraservice time was 21 minutes.

Attending Participation: I was present and participated during the entire procedure, including non-key portions.

Kevin C. Ruff, MD
11/22/2019 2:08:04 PM
This report has been signed electronically.
Number of Addenda: 0
Note Initiated On: 11/22/2019 1:02 PM
Impression:
Post-op Diagnoses:
    - Normal esophagus.
    - Esophagogastric landmarks identified.
    - 3 cm hiatal hernia.
    - Normal gastric body and antrum.
    - Normal examined duodenum.
    - No specimens collected.
Acknowledged by: Snyder, Diana L, M.D. on 11/25/19 1248


Image results for this order (below)

**Lincoln/Marcus 1358**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/22/2019, D/C: 11/22/2019

## 11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)

### Procedures (continued)

 AZ-MC-01-GI
GI

| Patient Name: | Leslie Marcus | MRN: | 12300675 |
| Date of Birth: | | Age: | 48 |
| Gender: | Female | Procedure Date: | 11/22/2019 |

**Procedure:** Upper GI endoscopy
**Providers:** Kevin C. Ruff, MD, Ga-ram Han, MD (Surgical Resident), Diana L. Snyder, MD (Ordering Provider)
**Referring Provider:** Diana L. Snyder, MD
**Pre-op Diagnoses:** Follow-up of esophagitis

**Post-op Diagnoses:**

- Normal esophagus.
- Esophagogastric landmarks identified.
- 3 cm hiatal hernia.
- Normal gastric body and antrum.
- Normal examined duodenum
- No specimens collected.

**Recommendation:**

- Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Patient's sedation for a repeat study will require Anesthesia staff assistance.

**Findings:**

The examined esophagus was normal.

Esophagogastric landmarks were identified: the Z-line was found at 38 cm, the gastroesophageal junction was found at 38 cm and the site of hiatal narrowing was found at 41 cm from the incisors.

A 3 cm hiatal hernia was present.

The gastric body and gastric antrum were normal.

The examined duodenum was normal.

**Procedural Details:**

The patient was seen, evaluated, and history reviewed. Airway and heart and lung exams were performed and were satisfactory for planned sedation care.
The risks, benefits and alternatives for the procedure and sedation were discussed and informed consent was obtained. A procedural pause was conducted in the presence of assisting personnel to verify the correct patient identity and procedure to be performed. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Gastroscope was introduced under direct vision through the mouth, and advanced to the second part of duodenum. The upper GI endoscopy was somewhat difficult due to the patient's agitation. The patient tolerated the procedure poorly due to the patient's excessive discomfort during the procedure.

Powered by Provation MD                                           Page 1 of 2

**Lincoln/Marcus 1359**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/22/2019, D/C: 11/22/2019

## 11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)

### Procedures (continued)



| Patient Name: | Leslie Marcus | MRN: | 12300675 |
|---|---|---|---|
| Date of Birth: | | Age: | 48 |
| Gender: | Female | Procedure Date: | 11/22/2019 |

**Complications:**  No immediate complications. Estimated blood loss: None.

**Sedation:**

Moderate (conscious) sedation was administered by the endoscopy nurse and supervised by the endoscopist. The patient's oxygen saturation, heart rate, blood pressure and response to care were monitored. Total physician intraservice time was 21 minutes

**Attending Participation:**  I was present and participated during the entire procedure, including non-key portions.

**Images:**



Upper Gastrointestinal Tract



2nd Portion of the Duodenum : Normal



Gastric Cardia : Hiatal hernia



Lower Third of the Esophagus : Normal

Kevin C. Ruff, MD
Finalized Date: 11/22/2019 2:08:04 PM
This report has been signed electronically.

**Number of Addenda:**   0

**Note Initiated On:**   11/22/2019 1:02:08 PM

Powered by ProVation MD

Page 2 of 2

PAGE 135/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1360**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/22/2019, D/C: 11/22/2019

## 11/22/2019 - Upper Endoscopy Procedure in Division of Gastroenterology in Scottsdale, Arizona (continued)

**Procedures (continued)**

### Indications

Nausea [R11.0 (ICD-10-CM)]
Reflux Esophagitis [K21.0 (ICD-10-CM)]

### All Reviewers List

Snyder, Diana L, M.D. on 11/26/2019  4:37 PM
Snyder, Diana L, M.D. on 11/25/2019 12:48 PM

**Vitals** from 11/19/2019 to 6/18/2021

| Date/Time | Temp | Resp | BP | SpO2 | Weight | Who |
|---|---|---|---|---|---|---|
| 11/22/19 1455 | — | 16 | 112/81 | 98 % | — | AP |
| 11/22/19 1435 | — | — | — | 98 % | — | AP |
| 11/22/19 1430 | — | 13 | 102/67 | 97 % | — | AP |
| 11/22/19 1420 | — | 17 | 96/74 | 95 % | — | AP |
| 11/22/19 1415 | — | 16 | 100/68 | 96 % | — | AP |
| 11/22/19 1410 | — | 12 | 106/69 | 98 % | — | AP |
| 11/22/19 1405 | — | 16 | 90/65 | 100 % | — | AB |
| 11/22/19 1400 | — | 17 | 111/81 | 100 % | — | AB |
| 11/22/19 1355 | — | 16 | 108/65 | 100 % | — | AB |
| 11/22/19 1350 | — | 16 | 101/66 | 99 % | — | AB |
| 11/22/19 1345 | — | 18 | 111/65 | 100 % | — | AB |
| 11/22/19 1340 | — | 16 | 106/71 | 100 % | — | AB |
| 11/22/19 1323 | 36 °C | 16 | 115/71 | 100 % | 63.5 kg | AB |
| 11/22/19 1319 | 36 °C | — | — | — | — | AB |

**Lincoln/Marcus 1361**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/21/2019, D/C: 11/21/2019

## 11/21/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona

**Reason for Visit**

### Visit Diagnosis

- Anemia [D64.9]

**Labs**

### Lab

#### Cancer Antigen 125 (CA 125) [2222571672387] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E621029575:1 | Blood | Blood, Venous | 11/21/19 1401 |

Cancer Antigen 125 (CA 125) [2222571672387] (Abnormal)          Resulted: 11/21/19 1852, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/21/19 1346          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301            Collected by: 11/21/19 1401
11/21/19 1852
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Engle, Richard L, M.D. on 11/22/19 0756
McNeil, Karen J, L.P.N. on 11/22/19 1125

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cancer Ag 125 (CA 125), S | 50 | <46 U/mL | H ^ | ARZ |
| Comment: | | | | |

----ADDITIONAL INFORMATION----
The testing method is an electrochemiluminescence
assay manufactured by Roche Diagnostics Inc. and
performed on the Cobas system.

Values obtained with different assay methods or kits
may be different and cannot be used interchangeably.

Test results cannot be interpreted as absolute evidence
for the presence or absence of malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/22/2019 11:25 AM

| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 134 |
|---|---|---|---|

**Lincoln/Marcus 1362**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 11/21/2019, D/C: 11/21/2019

## 11/21/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

**Labs (continued)**

Engle, Richard L, M.D. on 11/22/2019  7:56 AM

Lincoln/Marcus 1363



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/14/2019

---

### 11/14/2019 - Appointment in Department of Radiology in Phoenix, Arizona

**Imaging**

**Imaging**

**DX Ankle Left 2 Views [2222571672381] (Final result)**

**DX Ankle Left 2 Views [2222571672381]**          Resulted: 11/14/19 2005, Result status: Final result

Ordering provider: Genthon, Alissa A, M.D.  11/14/19 1950     Order status: Completed
Resulted by: Long, Jeremiah R, M.D.                      Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                                         11/14/19 2008
Performed: 11/14/19 1950 - 11/14/19 1958                 Accession number: 12941454
Resulting lab: POWERSCRIBE360
Narrative:
EXAM:  DX ANKLE LEFT 2 VIEWS

COMPARISON: Radiographs of the left foot from 11/14/2019

Impression:
There is no fracture or dislocation. Ankle mortise and talar dome
are intact.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Long, Jeremiah R, M.D. on 11/14/19 at 2005 MST

---

**Lincoln/Marcus 1364**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 11/14/2019

## 11/14/2019 - Appointment in Department of Radiology in Phoenix, Arizona

### Imaging

#### Imaging

##### DX Foot Left 3+ Views [2222571672373] (Final result)

| DX Foot Left 3+ Views [2222571672373] | Resulted: 11/14/19 1942, Result status: Final result |
|---|---|
| Ordering provider: Genthon, Alissa A, M.D. 11/14/19 1920 | Order status: Completed |
| Resulted by: Long, Jeremiah R, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 11/14/19 1946 |
| Performed: 11/14/19 1924 - 11/14/19 1935 | Accession number: 12941406 |
| Resulting lab: POWERSCRIBE360 | |

Narrative:
EXAM: DX FOOT LEFT 3+ VIEWS

COMPARISON: None

Impression:
There is no fracture or dislocation. There is minimal first
metatarsophalangeal joint space narrowing. A small plantar calcaneal spur is
present.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**
Electronically signed by Long, Jeremiah R, M.D. on 11/14/19 at 1942 MST

**Lincoln/Marcus 1365**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

## 11/14/2019 - ED in Mayo Clinic Hospital Emergency Department

### Reason for Visit

#### Chief Complaint

- Foot Pain (fell at appt in Scottsdale campus. left foot fell asleep while waiting and got up and fell. +swelling to top of left foot)

#### Visit Diagnosis

| Name | Code | Qualifier | Is ED? |
|---|---|---|---|
| Other Sprain Left Foot Initial (primary) | S93.692A | Active | Yes |

### Clinical Notes

#### ED Provider Notes

##### ED Provider Notes by Genthon, Alissa A, M.D. at 11/14/2019 7:25 PM

Author: Genthon, Alissa A, M.D.          Service: ED (Emergency Medicine)       Author Type: Physician
Filed: 11/15/2019 4:04 PM              Date of Service: 11/14/2019 7:25 PM    Status: Signed
Editor: Genthon, Alissa A, M.D. (Physician)

## SUBJECTIVE

## CHIEF COMPLAINT/REASON FOR VISIT

Foot Pain (fell at appt in Scottsdale campus. left foot fell asleep while waiting and got up and fell. +swelling to top of left foot)

## HISTORY OF PRESENT ILLNESS

48 y.o. female with medical problems including motor vehicle accident 12/2017 with subsequent herniated discs and back pain requiring injections, atrial fibrillation 8/2018 s/p ablation 12/2018 and placed on Eliquis with subsequent iron deficiency anemia requiring iron infusions, asthma, depression, esophagitis, hx of PE/DVT 4/2019 who presents from the clinic after falling and injuring her left foot and left ankle. She states she has pain with dorsiflexion and describes some tingling in her toes but no numbness. She immediately noticed a bruise on the top of her foot but did not take any ibuprofen or Tylenol. She was sent here from clinic to obtain x-rays.

Patient denies any head strike or LOC. Denies chest pain or shortness of breath. Denies abdominal pain or back pain.

## REVIEW OF SYSTEMS

Constitutional: Negative for activity change, chills, diaphoresis, fatigue and fever.
HENT: Negative for ear pain, hearing loss, sore throat and voice change.
Respiratory: Negative for hemoptysis, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, blood in stool, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria, flank pain, frequency and hematuria.
Musculoskeletal: Negative for arthralgias, back pain and gait problem.
Skin: Negative for pallor, rash and wound.
Neurological: Negative for dizziness, seizures, speech difficulty, light-headedness, numbness, headaches and loss of

**Lincoln/Marcus 1366**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

## 11/14/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Clinical Notes (continued)**

balance.
Psychiatric/Behavioral: Negative for agitation, depression and homicidal ideas.

## OBJECTIVE

Initial Vitals

| Temperature | Pulse Rate | Heart Rate | Resp Rate | Blood Pressure | SpO2 |
|---|---|---|---|---|---|
| 11/14/19 1837 | 11/14/19 1837 | -- | 11/14/19 1837 | 11/14/19 1837 | 11/14/19 1837 |
| 36.2 °C | 98 | | 18 | 111/75 | 100 % |

| Pain Score |
|---|
| 11/14/19 1838 |
| 7 |

## PHYSICAL EXAMINATION

Constitutional: She appears not lethargic. No distress.
HENT:
Mouth/Throat: Oropharynx is clear and moist. Mucous membranes are dry. No tonsillar exudate.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light. Extraocular Movements: EOM normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: No bradycardia present.  Exam reveals no friction rub.
No murmur heard.Capillary refill: takes less than 3 seconds,
Pulmonary/Chest: Effort normal and breath sounds normal. No tachypnea. No respiratory distress.
Musculoskeletal: Normal range of motion. Tenderness, deformity and edema present.
   Comments: **+ ecchymosis and tenderness tenderness to palpation over extensor surface of the left foot without any swelling around the lateral medial malleolus.  She does have some pain with passive range of motion at the left ankle.**
Neurological: She is alert and oriented to person, place, and time. She is not disoriented. No cranial nerve deficit.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

## ASSESSMENT/PLAN
48F with ankle pain and foot pain after a twisting injury concern for fx vs sprain.

**Lincoln/Marcus 1367**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

---

**11/14/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)**

**Clinical Notes (continued)**

Plan:
-XR L foot/ankle
-tylenol/motrin
-likely walking boot and home

ED COURSE
-xrays neg, patient placed in boot and encouraged to follow up with PCP in 1-2 weeks.

**Final Diagnoses:** as of Nov 15 1600
Other Sprain Left Foot Initial

Genthon, Alissa A, M.D.
11/15/19 1604

Electronically Signed by Genthon, Alissa A, M.D. on 11/15/2019  4:04 PM

---

**Imaging**

**Imaging**

**DX Ankle Left 3+ Views [2222571672377] (Discontinued)**

| DX Ankle Left 3+ Views [2222571672377] | Resulted: 11/14/19 1950, Result status: In process |
|---|---|
| Ordering provider: Genthon, Alissa A, M.D.  11/14/19 1950 | Order status: Canceled |
| Discontinued by: Tracy, Lindsey M, R.T.(R) 11/14/19 2003 | Filed by: Baker, Jordan D, R.T.(R)  11/14/19 1950 |
| [(Order Changed) Non-Significant, all others] | |
| Performed: 11/14/19 1950 - 11/14/19 1958 | Resulting lab: 2697 MSK LOS ARZ |

**DX Ankle Left 2 Views [2222571672381] (Final result)**

| DX Ankle Left 2 Views [2222571672381] | Resulted: 11/14/19 2005, Result status: Final result |
|---|---|
| Ordering provider: Genthon, Alissa A, M.D.  11/14/19 1950 | Order status: Completed |
| Resulted by: Long, Jeremiah R, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 11/14/19 2008 |
| Performed: 11/14/19 1950 - 11/14/19 1958 | Accession number: 12941454 |
| Resulting lab: POWERSCRIBE360 | |
| Narrative: | |
| EXAM:  DX ANKLE LEFT 2 VIEWS | |

COMPARISON: Radiographs of the left foot from 11/14/2019

---

**Lincoln/Marcus 1368**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

---

### 11/14/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Imaging (continued)**

Impression:
There is no fracture or dislocation. Ankle mortise and talar dome
are intact.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**
Electronically signed by Long, Jeremiah R, M.D. on 11/14/19 at 2005 MST

---

**DX Foot Left 3+ Views [2222571672373] (Final result)**

| DX Foot Left 3+ Views [2222571672373] | Resulted: 11/14/19 1942, Result status: Final result |
|---|---|
| Ordering provider: Genthon, Alissa A, M.D.  11/14/19 1920 | Order status: Completed |
| Resulted by: Long, Jeremiah R, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 11/14/19 1946 |
| Performed: 11/14/19 1924 - 11/14/19 1935 | Accession number: 12941406 |
| Resulting lab: POWERSCRIBE360 | |

Narrative:
EXAM:  DX FOOT LEFT 3+ VIEWS

COMPARISON: None

Impression:
There is no fracture or dislocation. There is minimal first
metatarsophalangeal joint space narrowing. A small plantar calcaneal spur is
present.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**
Electronically signed by Long, Jeremiah R, M.D. on 11/14/19 at 1942 MST

---

**Vitals** from 11/11/2019 to 6/18/2021

---

**Lincoln/Marcus 1369**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 145/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

---

### 11/14/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Vitals (continued)** from 11/11/2019 to 6/18/2021

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Who |
|---|---|---|---|---|---|---|
| 11/14/19 2045 | — | 97 | 18 | 113/78 | 97 % | MM |
| 11/14/19 1837 | 36.2 °C | 98 | 18 | 111/75 | 100 % | JS |

**Documents**

**Work/School Excuse**

**Document on 11/14/2019  8:36 PM: Work/School Excuse**

Document (below)

---

PAGE 145/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1370**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

## 11/14/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Documents (continued)**

Work/School Excuse Letter



5777 E MAYO BLVD
PHOENIX AZ 85054-4502
480-515-6296

November 14, 2019

Patient:       **Leslie S Marcus**
Date of Birth:
Date of Visit:   **11/14/2019**

To Whom It May Concern:

Leslie Marcus was seen and treated in our emergency department on 11/14/2019.
She may return to work in 2 days.

Additional Information:

GENTHON, ALISSA A, M.D.

PAGE 146/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1371**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 147/471    Fax Server

![Mayo Clinic logo]

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

**11/14/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)**

**Documents (continued)**

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 144

PAGE 147/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1372**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 11/14/2019, D/C: 11/14/2019



**MAYO CLINIC**

---

## 11/14/2019 - CT Neck Imaging Exam in Department of Radiology in Scottsdale, Arizona

**Reason for Visit**

### Visit Diagnosis

- Lymphadenopathy Cervical [R59.0]

**Imaging**

### Imaging

#### CT Neck Soft Tissue with IV Contrast [2222571605057] (Final result)

| CT Neck Soft Tissue with IV Contrast [2222571605057] | Resulted: 11/14/19 2035, Result status: Final result |
|---|---|

Ordering provider: Hinni, Michael L, M.D.  11/14/19 1530      Order status: Completed
Resulted by: Patel, Ameet C, M.D.                             Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                                             11/14/19 2038
Performed: 11/14/19 1713 - 11/14/19 1727                     Accession number: 12844378
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: CT NECK SOFT TISSUE WITH IV CONTRAST

COMPARISON: None

TECHNIQUE:  Routine CT scan of the neck with intravenous contrast.

FINDINGS:
Several bilateral level 2B and to a lymph nodes are symmetric and appear to have
fatty hila consistent with benign reactive lymph nodes. No masses. Remainder
neck unremarkable.

C4-C5 level has mild right facet and uncovertebral hypertrophy with trace right
foraminal narrowing. Remainder negative.

Impression:
A few scattered benign-appearing subtly prominent level 2A and 2B
lymph nodes, likely reactive. Otherwise negative.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Patel, Ameet C, M.D. on 11/14/19 at 2035 MST

---

**Documents**

### Radiology - Screening Form

#### Scan on 11/16/2019  3:16 PM

Scan (below)

---

**Lincoln/Marcus 1373**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 149/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

**11/14/2019 - CT Neck Imaging Exam in Department of Radiology in Scottsdale, Arizona (continued)**

Documents (continued)



*Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
**Route to scanning.**


TO BE SCANNED



| (complete fields or place patient label here) | |
| --- | --- |
| MRN: 12–300–675 | CSN: 2000312179077 |
| Marcus, Leslie S | |
| DOB: 5/27/1971 (48 yrs)   Female   Enctr Dt: 11/14/2019 | |

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

Are you known to be pregnant?
☐ Yes  ☒ No
Is there a chance you could be pregnant?
☐ Yes  ☐ No
If yes, do you want to take a pregnancy test? *
☐ Yes  ☒ No        *TAH BSO*
* You will be financially responsible for what your health insurance does not cover.
Are you breastfeeding?
☐ Yes  ☒ No

| Patient Signature | Date (mm-dd-yyyy) |
| --- | --- |
| | 11/18/19 |

Are you younger than 18 years of age?
☐ Yes  ☐ No
With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them.

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
| --- | --- | --- |
| | | |

**For Departmental Use Only**

Pregnancy Test
☐ Indeterminate or Positive
☐ Negative
☒ Declined

| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| --- | --- |
| | 11/14/19 |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| --- | --- |
| | 11/14/19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.

RADSCN

©2017 Mayo Foundation for Medical Education and Research                MC1036-26



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

---

**11/14/2019 - CT Neck Imaging Exam in Department of Radiology in Scottsdale, Arizona (continued)**

**Documents (continued)**

Scan on 11/16/2019 3:06 PM
Scan (below)

### MAYO CLINIC — *Outpatient CT Screening*

MRN: 12-300-675     CSN: 2000312179077
Marcus, Leslie S
DOB:        (48 yrs)  Female   Enctr Dt: 11/14/2019

Your CT may require the injection of **x-ray "dye"** (iodinated...
complete this form in its entirety.

| Name | Leslie Marcus | Medical Record Number | 12-300-675 |
|---|---|---|---|
| Age | 48 | Gender | Female | Height (inches) | 5'5 | Weight (pounds) | 137 |

| | | | |
|---|---|---|---|
| 1. | Have you had **x-ray "dye"** (iodinated contrast media) before? | ☒ Yes ☐ No | |
| 2. | Have you ever had a **reaction to x-ray "dye"** (iodinated contrast media)? If yes, what kind of reaction did you have? _____ If yes, did you take medication for today's CT to prevent such a reaction? If yes, what and when? _____ | ☐ Yes ☒ No   ☐ Yes ☐ No ☒ N/A | |
| 3. | Do you have any **allergies?** If yes, what? corticosteroids. medical tape | ☒ Yes ☐ No | |
| 4. | Did you **eat** any food or **drink** any thick liquids (e.g. milk, orange juice with pulp, or tomato juice) in the last four hours? If yes, what and when? _____ | ☐ Yes ☒ No | |
| 5. | Are you female 10 through 55 years of age? If yes, did you fill out the Pre-Exam Pregnancy Assessment form? | ☒ Yes ☐ No ☒ N/A   ☐ Yes ☐ No | |
| 6. | Do you have **two normally functioning kidneys?** Are you on dialysis? Do you have a single kidney or kidney transplant? Have you had a **kidney stone** in the past? Comments _____ | ☒ Yes ☐ No   ☐ Yes ☒ No ☐ N/A   ☐ Yes ☒ No   ☐ Yes ☒ No | |
| 7. | For Females:  In the past **two years**, have you had **cancer or surgery** involving your kidneys, ureters, bladder, ovaries, uterus or cervix? For Males:  In the past **two years**, have you had **cancer or surgery** involving your kidneys, ureters, bladder or prostate? If yes, specify _____ | ☐ Yes ☒ No ☐ N/A   ☐ Yes ☒ No ☐ N/A | |
| 8. | Do you have **diabetes?** | ☐ Yes ☒ No | |
| 9. | Do you take **metformin** or a medication that contains metformin (e.g. Actoplus Met®, Advandamet®, Fortamet®, Glucophage®, Glucovance®, Glumetza®, Janumet®, Metaglip® or Riomet®) **for diabetes or any other medical condition?** | ☐ Yes ☒ No | |
| 10. | Do you have **heart problems**, (e.g. congestive heart failure [CHF] or coronary artery disease [CAD])? If yes, specify AFIB with Tachacardia Do you have coronary artery stents or bypass grafts (CABGs)? | ☒ Yes ☐ No   ☐ Yes ☐ No | |
| 11. | Do you have asthma or other **lung** problems? asthma - If yes, specify _____ | ☒ Yes ☐ No | |
| 12. | Do you have an **implanted medical device** (e.g. an IV infusion port (PowerPort), pacemaker, implantable cardioverter defibrillator [ICD], neurostimulator, or pain pump)? If yes, specify _____ | ☐ Yes ☒ No | |

Completed by: ☒ Patient ☐ Other

Signature _____  Date 11/13/19  Time 832
Printed Name Leslie Marcus

Reviewed by: ☒ Radiology Nurse (with contrast) and/or ☐ Technologist (v
Signature _____  Radiology Screening Form   Date 11/14/19  Time 1645
Printed Name

MCS14551rev0217

---

**Lincoln/Marcus 1375**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 151/471    Fax Server

**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/14/2019, D/C: 11/14/2019

**11/14/2019 - CT Neck Imaging Exam in Department of Radiology in Scottsdale, Arizona (continued)**

**Documents (continued)**

PAGE 151/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1376**



Marcus, Leslie S
MRN: 12-300-675, DOB:　　　　Sex: F
Visit date: 11/14/2019

## 11/14/2019 - Emergency Response in ARZ MER

### Reason for Visit

#### Chief Complaint

- Fall

### Vitals

#### Vital Signs                                      Most recent update: 11/14/2019  4:57 PM

| BP | Pulse | Resp | SpO2 |
|---|---|---|---|
| 109/78 | 98 | 16 | 99% |

#### Pain Information (Last Filed)

| Score | Location | Edu? |
|---|---|---|
| 3 | None | None |

PAGE 152/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1377**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 11/14/2019

## 11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona

**Reason for Visit**

### Visit Diagnoses
- Nausea [R11.0]
- **Reflux Esophagitis (primary) [K21.0]**
- Lightheadedness [R42]

**Clinical Notes**

### Consults - Outpatient

#### Consults - Outpatient by Snyder, Diana L, M.D. at 11/14/2019  2:00 PM

| | | |
|---|---|---|
| Author: Snyder, Diana L, M.D. | Service: GIH (Gastroenterology and Hepatology) | Author Type: Fellow |
| Filed: 11/15/2019  7:18 AM | Encounter Date: 11/14/2019 | Status: Signed |
| Editor: Snyder, Diana L, M.D. (Fellow) | | Cosigner: Miller, Laurence J, M.D. at 11/15/2019  9:36 AM |

**REFERRING PROVIDER:**

Anderson, Gretchen S, APRN, M.S.N.
5777 E Mayo Blvd
Phoenix, AZ 85054-4502

**CHIEF COMPLAINT:**
Evaluation for nausea, iron deficiency anemia

**HISTORY OF PRESENT ILLNESS:**

Ms. Leslie Marcus is a 48 y.o. female with medical problems including motor vehicle accident 12/2017 with subsequent herniated discs and back pain requiring injections, atrial fibrillation 8/2018 s/p ablation 12/2018 and placed on Eliquis with subsequent iron deficiency anemia requiring iron infusions, asthma, depression, esophagitis, hx of PE/DVT 4/2019 who presents to the Gastroenterology clinic for further evaluation of nausea.

The patient is issues began about a year ago when she got in to a motor vehicle accident and subsequently had back pain requiring steroid injections.  She developed atrial fibrillation that she says was secondary to a rare side effect from the steroid that required 2 ablations to control.  She had multiple admissions with atrial fibrillation with RVR and hypotension.  She was being treated with Eliquis 2.5 b.i.d. and during this treatment developed PE and DVT in April and was changed to 5 b.i.d. Since then she has not had any further clotting issues.

In terms of the nausea that started after this accident it has been occurring on a daily basis whether she eats or does not eat.  The vomiting happens about 3-4 times per week and typically about 30 min after eating or drinking liquids.  She is not having any dysphagia or odynophagia with it.  She is having early satiety that contributes as well as some bloating.  She is not having any abdominal pain. She has had chronic constipation that is been going on her whole life prior to this issue over the past year.  She will take Dulcolax most days of the week and have a bowel movement every 1-2 days.  She has not taken any other medications for constipation. She is not having any fevers or chills. No weight loss.  Interestingly she notes she has gained 40 lb over the past year since this is happen even though she has difficulty eating with the symptoms.  She is taking mirtazapine for sleep.  She noticed the dairy does

PAGE 153/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1378**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/14/2019

## 11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)

### Clinical Notes (continued)

make her symptoms worse, has not had any issues with gluten, wheat or fructose. In terms of reflux she is having persistent symptoms including regurgitation sour taste and heartburn most days of the week. Tums have not helped this. She has a taking Protonix 40 mg daily before eating and this has not helped. She never took it twice a day after she was diagnosed with LA grade C esophagitis below in April. She did tell me that her biopsies were negative for H pylori since I do not have the records from this. No other infections that have occurred in the last year. She does have lightheadedness dizziness some syncope in this is been independent of the issues with atrial fibrillation she states. She said she was researching whether she could have pots. She is not taking any medications for nausea just CBD oil and ginger. In addition she was taking Zofran but then there was question whether was causing hypotension, but it was at the same time she was admitted to the outside hospital with atrial fibrillation with RVR. She said that Phenergan does not work as well but has some affect. EKG at Mayo has a normal QT.

In terms iron deficiency anemia she feels lot better after the IV iron. She had EGD and colonoscopy as noted below. In addition she is getting repeat labs with Hematology team in 6 months. Her iron studies have normalized after the 5 IV sessions. She has not noted any hematemesis, hematochezia, melena in the past or while being on Eliquis. The only GI family history is a maternal uncle with colorectal cancer and then a cousin with some kind of small bowel cancer. She has no IBD or celiac disease in the family. She is celiac labs that are pending from her PCP at Mayo.

**Mayo records reviewed:**
Hgb 11.7 on 11/13/19 with MCV of 88. PLT 322. Hgb was 10.9 on 10/21/19 Hgb has been low since checks in May of 2019. Hgb was 12.2 5/4/19 then 9-11 in subsequent checks. CT abdomen pelvis without IV contrast 6/13/19 negative liver and spleen. CT angio chest 6/11/19 with mild thickening circumferentially of mid and distal esophagus possibly related to reflux esophagitis without focal lesion. TSH 2.3.

Seen in outpatient hematology 11/13 for IDA and DVT. Unclear etiology for IDA, but improved with IV iron and repeat labs in 6 months. Long term eliquis for unproked VTE.

**Review of outside records from Care Everywhere HonorHealth:**
EGD 1/26/19: localized mild erythema antrum biopsied
Colonoscopy 4/15/19: poor prep large amount stool, recommended repeat colonoscopy next day with extended prep Colonoscopy 4/16/19: discontinuous areas of nonbleeding ulcerated mucosa with no stigmata of bleeding in the cecum that was biopsied. Normal TI. 4 mm polyp rectosigmoid removed. Nonbleeding internal hemorrhoids. Path: report not Available in care everywhere.

Iron studies 9/18/19: iron 117, TIBC 385, ferritin low 11, iron sat 30% from 4/13/19: TIBC 389 iron 76 ferritin 10.8. CRP 4/16/19 0.6. Sed 20. hgb 11 since April in outside records. Baseline was 12-13 going back to 2017.

## ALLERGIES:

| Allergies | |
| --- | --- |
| Allergen | Reactions |
| • Iodine | Hives |
| *Topical iodine only. Pt has tolerated CT contrast in the past with no reaction.* | |
| • Zofran [Ondansetron Hcl] | Hypotension |

| | | | |
| --- | --- | --- | --- |
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 151 |

**Lincoln/Marcus 1379**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/14/2019

## 11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)

### Clinical Notes (continued)

- Adhesive                                      Rash
- Corticosteroids (Glucocorticoids)            Palpitations

## CURRENT MEDICATIONS:

Current Outpatient Medications:
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
- apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
- atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.  , Disp: , Rfl:
- azelastine (ASTELIN) 137 mcg/spray (0.1 %) nasal spray, Administer 1 spray into each nostril 2 (two) times a day. Use in each nostril as directed, Disp: 30 mL, Rfl: 3
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
- clonazePAM (KlonoPIN) 1 mg tablet, Take 1 tablet (1 mg total) by mouth 2 (two) times a day., Disp: 30 tablet, Rfl: 3
- ipratropium (ATROVENT) 0.03 % nasal spray, Administer 2 sprays into affected nostril(s)., Disp: , Rfl:
- metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
- mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME, Disp: 30 tablet, Rfl: 0
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
- pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding, Disp: 90 tablet, Rfl: 3
- SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
- UNABLE TO FIND, CBD Oil, Disp: , Rfl:
- venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1

## PAST MEDICAL HISTORY:

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| - Anxiety Generalized Disorder | |
| - Arrhythmia | |
| - Asthma NOS | As a child |
| - Defect Coagulation (HCC) | |
| - Depressive Disorder | |
| - Fibrillation Atrial (HCC) | |
| - Gastroesophageal Reflux Disease NOS | |
| - Migraine Headache | |
| - Osteopenia | 2 decades ago |
| - Other Specified Health Status | |
| - Pulmonary Embolism NOS | |
| - Tachycardia Supraventricular (HCC) | |
| - Thrombosis Deep Vein Personal History | |

**Lincoln/Marcus 1380**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 11/14/2019

## 11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

*in all 4 extremities*

## PAST SURGICAL HISTORY:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH  ABLATION | Right | 6/12/2019 |
| *Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS* | | |
| • CATH ASD REPAIR | N/A | 6/12/2019 |
| *Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS* | | |
| • HYSTERECTOMY | | |

## FAMILY HISTORY

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) | Sister | 47 |
| *identical twin sister* | | |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | |
| • Kidney disease | Sister | |
| • Other (Other) | Sister | |
| *Autoimmune* | | |

## SOCIAL HISTORY

Social History

Socioeconomic History
- Marital status:          Life Partnership
    Spouse name:        Not on file
- Number of children:    Not on file
- Years of education:     Not on file
- Highest education level:   Bachelor's degree (e.g., BA, AB, BS)

**Lincoln/Marcus 1381**



Marcus, Leslie S
MRN: 12-300-675, DOB:       Sex: F
Visit date: 11/14/2019

## 11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

### Occupational History
- Not on file

### Social Needs
- Financial resource strain:    Not very hard
- Food insecurity:
    - Worry:                    Never true
    - Inability:                Never true
- Transportation needs:
    - Medical:                  No
    - Non-medical:              No

### Tobacco Use
- Smoking status:               Former Smoker
    - Years:                    14.00
- Smokeless tobacco:            Never Used
- Tobacco comment: 1 pack per week x 15 years

### Substance and Sexual Activity
- Alcohol use:                  No
    - Frequency:                Never
    - Drinks per session:       1 or 2
    - Binge frequency:          Never
    - *Comment: none*
- Drug use:                     Yes
    - Types:                    Marijuana
    - *Comment: Helps with nausea*
- Sexual activity:              Yes
    - Partners:                 Male
    - Birth control/protection: Post-menopausal

### Lifestyle
- Physical activity:
    - Days per week:            5 days
    - Minutes per session:      30 min
- Stress:                       Rather much

### Relationships
- Social connections:
    - Talks on phone:           Twice a week
    - Gets together:            Once a week
    - Attends religious service: Never
    - Active member of club or  No
      organization:
    - Attends meetings of clubs  Never
      or organizations:
    - Relationship status:      Living with partner
- Intimate partner violence:
    - Fear of current or ex     Not on file
      partner:

**Lincoln/Marcus 1382**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/14/2019

---

**11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

**Other Topics**                    **Concern**
- Not on file

**Social History Narrative**

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

**REVIEW OF SYSTEMS:**
10 pt ROS completed and negative other than HPI

**PHYSICAL EXAMINATION:**

VITAL SIGNS

BP: 110/70 HR 80s
GENERAL: Awake, alert, no apparent distress
EAR NOSE THROAT: No scleral icterus tenderness in epigastric area, lymphadenopathy right cervical she has a CT that is scheduled
CARDIOVASCULAR: Regular rate and rhythm, s1 and s2 are present, no significant lower extremity edema
PULMONARY: Clear to auscultatation bilaterally, normal respiratory effort
GASTROENTEROLOGY: Soft, mild non distended, normoactive bowel sounds
SKIN: No rash, no jaundice
MUSCULOSKELETAL: No joint effusions or erythema
NEUROLOGY: Moves all extremities spontaneously
PSYCHIATRY: A&O x3, appropriate affect and cognition

**DIAGNOSTIC FINDINGS:**

I have reviewed laboratory, imaging, and other diagnostic studies.
Relevant findings are as follows:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 7.2 | 11/13/2019 |
| HGB | 11.7 | 11/13/2019 |
| HCT | 36.7 | 11/13/2019 |
| MCV | 88.0 | 11/13/2019 |
| PLT | 322 | 11/13/2019 |

**Lab Results**

---

Lincoln/Marcus 1383



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 11/14/2019

**11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

| Component | Value | Date |
|---|---|---|
| NA | 141 | 10/21/2019 |
| K | 4.3 | 10/21/2019 |
| CL | 106 | 10/21/2019 |
| HCO3 | 26 | 10/21/2019 |
| CREATININE | 0.90 | 10/21/2019 |
| EGFR | 76 | 10/21/2019 |
| BUN | 8.4 | 10/21/2019 |
| ANIONGAP | 9 | 10/21/2019 |
| GLUCOSE | 90 | 10/21/2019 |
| CALCIUM | 9.5 | 10/21/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| INR | 1.1 | 06/12/2019 |
| INR | 1.3 | 05/04/2019 |
| PT | 12.2 | 06/12/2019 |
| PT | 14.2 (H) | 05/04/2019 |

**ASSESSMENT/PLAN:**

Ms. Leslie Marcus is a 48 y.o. female with medical problems including motor vehicle accident 12/2017 with subsequent herniated discs and back pain requiring injections, atrial fibrillation 8/2018 s/p ablation 12/2018 and placed on Eliquis with subsequent iron deficiency anemia requiring iron infusions, asthma, depression, esophagitis, hx of PE/DVT 4/2019 who presents to the Gastroenterology clinic for further evaluation of nausea.

I explained to her that there are many etiologies for nausea including within the GI tract and outside the GI tract. Certainly a common cause of this could be the esophagitis that she has.  She was diagnosed with LA grade C esophagitis in April an outside EGD that was reviewed in still had evidence of thickening in the esophagus under CT chest angio that was done in June.  She is taking the Protonix daily.  In addition she is having early satiety and bloating and could have gastroparesis after the traumatic event with a motor vehicle accident.  She does not have any other risk factors for this including no opioid use or diabetes.  No recent infections over this time course.  Celiac disease also in the differential and she has celiac labs pending from her primary care doctor.  In addition a motility disorder associated with POTS since she is getting lightheadedness syncope and has symptoms of long-term constipation as well as possible gastroparetic symptoms.  The reassuring sinus she has not lost weight with all of this. In addition she has had CT chest abdomen pelvis without any malignancy noted. Her thyroid test is also normal.

In terms of iron deficiency anemia she had an upper endoscopy and colonoscopy that did not show clear source for this.  She has not had a small bowel evaluation such as a video capsule, but at this point given the fact that she responded well to the IV iron and her iron studies normalized without any evidence of bleeding I do not think we have to pursue this right now.  Especially since her other symptoms are affecting her quality of life primarily.  She has not had any overt bleeding on the higher dose of the Eliquis and her hemoglobin has improved to 11.7 with normal iron

**Lincoln/Marcus 1384**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:               Sex: F
Visit date: 11/14/2019

---

**11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

studies. She also had a hysterectomy so menstrual bleeding to not be contributing to this.

Impressions:
# chronic nausea and vomiting
# early satiety
# abdominal bloating
# chronic constipation
# lightheadedness
# atrial fibrillation on Eliquis as well as unprovoked DVT
# iron deficiency anemia since May of 2019 after starting Eliquis
# LA grade C esophagitis in April 2019 as well as thickening on CT June 2019

Recommendations:
-EGD while on Eliquis to evaluate for healing of the esophagitis, at this point it is too soon after unprovoked DVT to hold the Eliquis so we will get a good examination while on the medication
-agree with celiac serologies that have been ordered with the primary care provider
-gastric and small bowel emptying study
-autonomic reflex scan, she has appoint with Neurology schedule
-continue Protonix 40 daily for now
-discussed MiraLax and Swiss Kriss for constipation
-agree with her repeat iron studies with Hematology in 6 months
-will obtain pathology records from her outside colonoscopy
-Compazine ordered for nausea QTC is normal

Diana Snyder, M.D.

The patient was seen with Dr. Miller

Electronically Signed by Snyder, Diana L, M.D. on 11/15/2019  7:18 AM
Electronically Signed by Miller, Laurence J, M.D. on 11/15/2019  9:36 AM

---

**Progress Notes**

**Progress Notes**

**Progress Notes by Miller, Laurence J, M.D. at 11/14/2019  2:00 PM**

| Author: Miller, Laurence J, M.D. | Service: GIH (Gastroenterology and Hepatology) | Author Type: Physician |
|---|---|---|
| Filed: 11/15/2019  7:18 AM | Encounter Date: 11/14/2019 | Status: Signed |
| Editor: Miller, Laurence J, M.D. (Physician) | | |

---

**Lincoln/Marcus 1385**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/14/2019

## MAYO CLINIC

**11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)**

**Progress Notes (continued)**

**Outpatient Supervisory Note**

Leslie S Marcus
12-300-675

**Referring Physician:** Gretchen S Anderson, APRN, M.S.N.

**Chief Complaint/Reason for Consult:**
Nausea, esophagitis, and GI blood loss on any anticoagulants.

**History of Present Illness:**

Ms. Leslie Marcus is a 48 y.o. female who presents for evaluation of nausea and what was described as grade C esophagitis on upper endoscopy in April with an iron deficiency anemia from GI blood loss while on Eliquis. This complex history has been nicely summarized by Dr. Snyder. Clearly, the grade C esophagitis needs to be re-evaluated with EGD and I agree with her plan to try to do this without interfering with the Eliquis, limiting our biopsies. She also gives a history that includes early satiety, abdominal bloating, and chronic constipation. It is also important to rule out a dysmotility state and to see what we can do to reduce those symptoms. I am pleased at least that she has been able to maintain actually increase her weight with what sounds like very limited oral intake. It will be important to try to wean her from regular use of stimulant laxatives and Dr. Snyder as discussed milder approaches that will be healthier for her in the long run. We will pursue this in a stepwise manner and see whether we can improve her GI symptoms without disrupting the need for continuing use of Eliquis.

Her abdominal examination is quite benign without significant tenderness and with normal bowel sounds, without palpable masses or organomegaly.

I have interviewed the patient and agree with Dr Snyder's assessment and plan.

**Assessment/Plan:**
#1 Nausea
#2 Reflux Esophagitis
#3 Lightheadedness

**Recommendations:**
Plan as outlined by Dr. Snyder including EGD and motility studies. We will also review her outside GI studies. We will modify the management of her constipation see whether we wean her off of regular use of stimulant laxatives and replace these with bulk agents and a gentle our approach.

The rest of the plan is per Dr. Snyder's note dated today.

Laurence Miller, M.D.

PAGE 161/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1386**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 162/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/14/2019

**11/14/2019 - Comprehensive Visit in Division of Gastroenterology and Hepatology in Scottsdale, Arizona (continued)**

**Progress Notes (continued)**

Electronically Signed by Miller, Laurence J, M.D. on 11/15/2019  7:18 AM

PAGE 162/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1387**



Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 11/13/2019                       Sex: F

## MAYO CLINIC

## 11/13/2019 - Comprehensive Visit in Division of Hematology and Medical Oncology

**Reason for Visit**

**Visit Diagnosis**

| Name | Code | Qualifier |
| --- | --- | --- |
| Atrial Fibrillation | I48.91 | Active |

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Mountjoy, Luke J, D.O. at 11/13/2019 9:00 AM**

| | | |
| --- | --- | --- |
| Author: Mountjoy, Luke J, D.O. | Service: ONC Hematology and Oncology | Author Type: Fellow |
| Filed: 11/13/2019 10:36 AM | Encounter Date: 11/13/2019 | Status: Attested |
| Editor: Mountjoy, Luke J, D.O. (Fellow) | | Cosigner: Camoriano, John K, M.D. at 11/13/2019 12:39 PM |

**Attestation signed by Camoriano, John K, M.D. at 11/13/2019 12:39 PM**

I agree with the impression and plans from Dr. Mountjoy. The 2 primary questions for us from a hematology standpoint are:

1. The nature of her DVT/PE in April 2019. Is she on the correct therapy and has her evaluaton been complete enough and how long will see need to be on the AC? She WAS on eliquis when she got her clot in April. She had been placed on it for the purpose of managing clotting risk due to atrial fibrillation. She has been advised to stay on it for the atrial fibrillation risk indefinitely so obviously there is ALREADY a reasons for long-term AC without invoking her DVT/PE. What IS interesting are TWO aspects to her clotting. 1. First, it was multifocal, existing in left subclavian, left peroneal vein and left brachiocephalic vein as well as her lung (PE). Why so many places at once? I suspect that this was due to the probability that 10-14 days prior to her clotting, she had the dennervation procedure on her back pain and this involved full anticoagulation, tissue injury, IV placement (probably in the left arm) and then immobility for a few days after that surgery followed by 2 plane flights, each lasting two hours on the same day with a 2 hour layover in the airport. Why she and others rankle at the notion her clot was provoked by these factors is unclear to me. Virchows triad involves 3 factors; immobility, tissue injury and her elevated factor VIII level of 217. She had all three going on in April 2019. 2. The other peculiarity is that she was ON eliquis, albeit 2.5 mg bid, when she got the clot. One would have hoped that to be adequate for control of clotting but it obviously was not. For that reason her dose was doubled to 5 mg bid after a brief window of heparin. She has remained free of clots on this higher dose of Eliquis.

2. The second question for us was related to her iron deficiency. That seems more straighforward. She had documented GI blood loss via gastritis, it was treated, her iron was restored IV and now her anemia and MCV are normal as is her serum iron. If her anemia or iron deficiency recurs then we can see her again to address the possibility of iron malabsorption. She did not have a biopsy of the small bowel during her last EGD.

We will dismiss from our followup but can see again if recurrent iron deficiency or clotting occurs.

**Attending:**
Dr. Camoriano

**Referring Provider:**
Barbara Novais

**Lincoln/Marcus 1388**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 11/13/2019

---

**11/13/2019 - Comprehensive Visit in Division of Hematology and Medical Oncology (continued)**

**Clinical Notes (continued)**

---

**Reason For Consult:**
History of DVT and atrial fibrillation currently on Eliquis

**History of Present Illness:**
Leslie S Marcus is a 48 y.o. female who presents for evaluation of iron deficiency anemia and history of venous thromboembolism.  She has a rather complicated medical history that I will attempt to outline over time.

Other will wife healthy with no overt issues other than endometriosis and was status post hysterectomy but doing well. She was on estrogen therapy around this time.

December 2017:  Motor vehicle accident resulting in multiple torn and strained ligaments, but no overt fractures. Resulted in severe chronic back pain.  Shortly after this time started corticosteroid injections to the spine.  After she received a course of corticosteroid injections as when she started having several issues.

Fall of 2018:  Developed atrial fibrillation in December of 2018 underwent ablation procedure.  At this time it appears that she was started on Eliquis, she was on courses of flecainide, but ultimately de escalated to metoprolol.  She stopped her estrogen therapy at this time.

Spring of 2019:  With still working as a contractor developing military housing and was flying multiple times a month to different parts of the country.  During this time was still having severe back pain.  Was evaluated by Phoenix Spine. Underwent a denervation surgery to the spine at the end of March of 2019. Per the patient, remained on Eliquis through the surgery.  Approximately 810-14 days later was flying from North Dakota.  She started developing nausea and vomiting.  Presented to on her health emergency department where she was found to have multiple DVTs and pulmonary embolisms.  Ultrasound revealed a right AC vein thrombosis, right basilic vein thrombosis, left subclavian thrombosis, left peroneal thrombosis.  She was discharged from the hospital with readmission a couple weeks later to Mayo Clinic where she was found to be in recurrent atrial fibrillation.  She was started on a heparin infusion at this time at which point she developed anemia.  Iron studies during this time showed iron deficiency.  Because of this she underwent endoscopy and colonoscopy that revealed some esophagitis.  Discharged on pantoprazole

Fall of 2019:  Because of delay seen Mayo Clinic Hematology she establish with outside hematology.  She was given a course of IV iron and received her last dose towards the end of October of 2019 approximately.  This did help some of her fatigue, but her symptoms still persist.

There were some concerns from Mayo Clinic providers of potential occult cancer that could have put the patient at risk for thrombosis.  Of note, patient had endoscopy, colonoscopy, CT abdomen pelvis, and CT chest in the last 5 months. A CA 125 was ordered for today and is 52. Patient does not have a family history of malignancy outside of her aunt.

She is still struggling with a multitude of symptoms including, but not limited to fatigue, nausea, dizziness, feelings of slurred speech, weakness, weight gain.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |

---

**Lincoln/Marcus 1389**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/13/2019

## 11/13/2019 - Comprehensive Visit in Division of Hematology and Medical Oncology (continued)

**Clinical Notes (continued)**

- Defect Coagulation (HCC)
- Depressive Disorder
- Fibrillation Atrial (HCC)
- Gastroesophageal Reflux Disease NOS
- Migraine Headache
- Osteopenia                                                    2 decades ago
- Other Specified Health Status
- Pulmonary Embolism NOS
- Tachycardia Supraventricular (HCC)
- Thrombosis Deep Vein Personal History
  *in all 4 extremities*


**Medications**
Reviewed and updated in the EHR

**Allergies**

| Allergen | Reactions |
|---|---|
| • Iodine | Hives |

*Topical iodine only. Pt has tolerated CT contrast in the past with no reaction.*

| | |
|---|---|
| • Zofran [Ondansetron Hcl] | Hypotension |
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |


reports that she has quit smoking. She quit after 14.00 years of use. She has never used smokeless tobacco. She reports current drug use. Drug: Marijuana. She reports that she does not drink alcohol.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) | Sister | 47 |
| *identical twin sister* | | |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | |
| • Kidney disease | Sister | |
| • Other (Other) | Sister | |
| *Autoimmune* | | |

**Review Of Systems:**

PAGE 165/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1390**



MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 11/13/2019

Sex: F

---

**11/13/2019 - Comprehensive Visit in Division of Hematology and Medical Oncology (continued)**

**Clinical Notes (continued)**

10 point comprehensive ROS negative unless mentioned above.

**Objective:**
Vitals BP 110/78 (BP Location: Left arm)  | Pulse 87  | Temp 36.9 °C (Oral)
Physical Exam **deferred due to extensive conversation with patient, review of outside records, counseling, and coordination of care**

**Assessment/Plan:**
1. Iron deficiency anemia
2. Atrial fibrillation
3. History of DVT/PE

In terms of her iron deficiency, the exact etiology is not fully understood.  She has had a hysterectomy in does not have a history of excess bleeding, endoscopy and colonoscopy negative for overt signs of bleeding, but she did have esophagitis and had been on anticoagulation. It is possible she had some occult bleeding during this time. It is possible she has had some possible malabsorption causing iron deficiency as well. She was started on a proton pump inhibitor around this time.  She did get a course of IV iron that shows resolution in her anemia and her iron deficiency.

In terms of her atrial fibrillation, she was originally started on Eliquis as undergone two ablations for this.  Will defer management to cardiology.

In terms of her history of DVT/PE.  Approximately 10-14 days prior to her clots she had spinal surgery and then subsequently got on a airplane to fly to North Dakota.  Per the patient, she did not stop her Eliquis during surgery, but it is likely that a short break was needed.  This was compounded by the need for general anesthesia, immobilization, spinal surgery, and then being immobile on an airplane.  It is likely the embolism was provoked in nature.

There had been concerns that an occult cancer was the culprit for the clots, however, in the last 6 months patient has had an EGD, colonoscopy, CT chest abdomen pelvis, is status post hysterectomy several years ago, and is up-to-date on her mammograms.  It is unlikely that an occult cancer has been missed.

A CA 125 was ordered and is mildly elevated at 52, I am not quite sure what to do with this number outside of a marker when treating someone for ovarian or endometrial cancer.  However, the test is elevated.  Would recommend repeating in approximately 6 weeks, if it is rising further than a repeat CT abdomen would be needed.

Our formal recommendations are for remaining on the Eliquis for provoked VTE with chronic atrial fibrillation, and potential history of clotting while on Eliquis.  It appears that when she had her original clot she was on 2.5 mg of Eliquis, but is subsequently on treatment doses of 5 mg b.i.d..  Would recommend repeating iron studies in approximately 6 months, if these are worsening then  another course of IV iron could be given.

Patient was seen and staffed with Dr. Camoriano

Electronically Signed by Mountjoy, Luke J, D.O. on 11/13/2019 10:36 AM
Electronically Signed by Camoriano, John K, M.D. on 11/13/2019 12:39 PM

---

**Lincoln/Marcus 1391**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 167/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/13/2019

### 11/13/2019 - Comprehensive Visit in Division of Hematology and Medical Oncology (continued)

**Vitals**

**Vital Signs**                                              Most recent update: 11/13/2019  9:05 AM

| BP | Pulse | Temp |
|---|---|---|
| 110/78 (BP Location: Left arm) | 87 | 36.9 °C (Oral) |

PAGE 167/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1392**

Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnoses
- Abnormal Thyroid Blood Test [R94.6]
- Other Specified Nonscarring Hair Loss [L65.8]
- Atrial Fibrillation [I48.91]
- Anemia [D64.9]
- Nausea [R11.0]
- Fatigue [R53.83]
- Night Sweats [R61]
- Atrial Fibrillation Paroxysmal [I48.0]

### Labs

#### Lab

##### S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222570706782] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:1 | Blood | Blood, Venous | 11/13/19 0820 |

**S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222570706782]**       Resulted: 11/13/19 0951, Result status: Final result

Ordering provider: Roust, Lori R, M.D. 11/13/19 0806      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301      Collected by: 11/13/19 0820
11/13/19 0952
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by: Roust, Lori R, M.D. on 11/16/19 1110

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH, Sensitive, S | 2.3 | 0.3 - 4.2 mIU/L | — | MCA PHX Campus |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

**Indications**

Abnormal Thyroid Blood Test [R94.6 (ICD-10-CM)]

**All Reviewers List**

Roust, Lori R, M.D. on 11/16/2019 11:10 AM

##### T4 (Thyroxine), Free [2222570706786] (Final result)

**Specimen Information**

**Lincoln/Marcus 1393**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 169/471    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:3 | Blood | Blood, Venous | 11/13/19 0820 |

**T4 (Thyroxine), Free [2222570706786]**          Resulted: 11/13/19 0946, Result status: Final result

Ordering provider: Roust, Lori R, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0820
11/13/19 0946
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by: Roust, Lori R, M.D. on 11/16/19 1110

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T4 (Thyroxine), Free, S | 0.9 | 0.9 - 1.7 ng/dL | — | MCA PHX Campus |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

#### Indications

Abnormal Thyroid Blood Test [R94.6 (ICD-10-CM)]

#### All Reviewers List

Roust, Lori R, M.D. on 11/16/2019 11:10 AM

### ACTH (Adrenocorticotropic Hormone) [2222570706788] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:4 | Blood | Blood, Venous | 11/13/19 0820 |

**ACTH (Adrenocorticotropic Hormone) [2222570706788]**          Resulted: 11/14/19 1232, Result status: Final result

Ordering provider: Roust, Lori R, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0820
11/14/19 1232
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Roust, Lori R, M.D. on 11/16/19 1110

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Adrenocorticotropic Hormone, P | 9.6 | 7.2-63 (a.m. collection) pg/mL | — | SDSC |

**Lincoln/Marcus 1394**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019


MAYO CLINIC

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**Indications**

Other Specified Nonscarring Hair Loss [L65.8 (ICD-10-CM)]

**All Reviewers List**

Roust, Lori R, M.D. on 11/16/2019 11:10 AM

**Cortisol [2222570706790] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:5 | Blood | Blood, Venous | 11/13/19 0820 |

**Cortisol [2222570706790]**                    Resulted: 11/13/19 0913, Result status: Final result

Ordering provider: Roust, Lori R, M.D.  11/13/19 0806        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 11/13/19 0820
11/13/19 0913
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Roust, Lori R, M.D. on 11/16/19 1110

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cortisol AM Result | 12 | 4.8 - 20 mcg/dL | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Other Specified Nonscarring Hair Loss [L65.8 (ICD-10-CM)]

**All Reviewers List**

Roust, Lori R, M.D. on 11/16/2019 11:10 AM

**Metanephrines, Fractionated, Free [2222570706792] (Final result)**

**Specimen Information**

---

PAGE 170/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1395**

Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



# MAYO CLINIC

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:6 | Blood | Blood, Venous | 11/13/19 0820 |

**Metanephrines, Fractionated, Free [2222570706792]**          Resulted: 11/15/19 0918, Result status: Final result

Ordering provider: Roust, Lori R, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0820
11/15/19 0919
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Roust, Lori R, M.D. on 11/16/19 1110

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Normetanephrine, Free | 0.57 | <0.90 nmol/L | — | SDSC |
| Metanephrine, Free | <0.20 | <0.50 nmol/L | — | SDSC |

Comment:

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

#### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

#### All Reviewers List

Roust, Lori R, M.D. on 11/16/2019 11:10 AM

### CRP (C-Reactive Protein) [2222570706794] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:7 | Blood | Blood, Venous | 11/13/19 0820 |

**CRP (C-Reactive Protein) [2222570706794]**          Resulted: 11/13/19 0951, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0820
11/13/19 0951
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by

**Lincoln/Marcus 1396**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein (CRP), S | <3.0 | <=8.0 mg/L | — | MCA PHX Campus |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

### Indications

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019 3:14 PM
Engle, Richard L, M.D. on 11/19/2019 2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019 2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019 7:18 AM

## Sedimentation Rate [2222570706796] (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:8 | Blood | Blood, Venous | 11/13/19 0820 |

**Sedimentation Rate [2222570706796]**                    Resulted: 11/13/19 1021, Result status: Final result

Ordering provider: Engle, Richard L, M.D. 11/13/19 0806        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0820
11/13/19 1021
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sedimentation Rate, B | 9 | 0 - 29 mm/1 h | — | ARZ |

**Lincoln/Marcus 1397**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

**11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

**Iron and Total Iron-Binding Capacity [2222570706812] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:16 | Blood | Blood, Venous | 11/13/19 0820 |

Iron and Total Iron-Binding Capacity [2222570706812] (Abnormal)          Resulted: 11/13/19 0951, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0820
11/13/19 0951
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 72 | 35 - 145 mcg/dL | — | MCA PHX Campus |
| Total Iron Binding Capacity | 238 | 250 - 400 mcg/dL | L ⌄ | MCA PHX Campus |
| Percent Saturation | 30 | 14 - 50 % | — | MCA PHX Campus |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1051 - MCA PHX | MAYO CLINIC | Unknown | 5881 E Mayo Blvd 1st | 08/27/18 0758 - Present |

**Lincoln/Marcus 1398**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

| Campus | ARIZONA MAYO CLIN BLDG- PHX CAMPUS | FI PHOENIX AZ 85054 |
|---|---|---|

**Indications**

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

**Lipid Panel [2222570706816] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:18 | Blood | Blood, Venous | 11/13/19 0820 |

**Lipid Panel [2222570706816]**                    Resulted: 11/13/19 0951, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 11/13/19 0820
11/13/19 0951
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total, S | 164 | mg/dL | — | MCA PHX Campus |
| Comment: | | | | |

----REFERENCE VALUE----
Desirable: < 200
Borderline high: 200 - 239
High: > or = 240

| Triglycerides, S | 92 | mg/dL | — | MCA PHX Campus |
|---|---|---|---|---|
| Comment: | | | | |

----REFERENCE VALUE----
Normal: <150
Borderline high: 150-199
High: 200-499

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 171

**Lincoln/Marcus 1399**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

Very high: > or =500

| | | | | |
|---|---|---|---|---|
| Cholesterol, HDL, S | 72 | >=50 mg/dL | — | MCA PHX Campus |
| Calculated LDL | 74 | mg/dL | — | MCA PHX Campus |

Comment:

----REFERENCE VALUE----
Desirable: <100
Above Desirable: 100-129
Borderline high: 130-159
High: 160-189
Very high: > or =190

| | | | | |
|---|---|---|---|---|
| Non HDL Cholesterol | 92 | mg/dL | — | MCA PHX Campus |

Comment:

----REFERENCE VALUE----
Desirable: <130
Above Desirable: 130-159
Borderline high: 160-189
High: 190-219
Very high: > or =220

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

### Indications

Fibrillation Atrial Paroxysmal (HCC) [I48.0 (ICD-10-CM)]

### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

### Cancer Antigen 125 (CA 125) [2222570706820] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:20 | Blood | Blood, Venous | 11/13/19 0820 |

Cancer Antigen 125 (CA 125) [2222570706820] (Abnormal)          Resulted: 11/13/19 0951, Result status: Final result

**Lincoln/Marcus 1400**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0820
11/13/19 0951
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cancer Ag 125 (CA 125), S | 52 | <46 U/mL | H * | MCA PHX Campus |
| Comment: | | | | |

----ADDITIONAL INFORMATION----
The testing method is an electrochemiluminescence
assay manufactured by Roche Diagnostics Inc. and
performed on the Cobas system.

Values obtained with different assay methods or kits
may be different and cannot be used interchangeably.

Test results cannot be interpreted as absolute evidence
for the presence or absence of malignant disease.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]

#### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

#### Ammonia [2222570706822] (Final result)

##### Specimen Information

| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 173 |
|---|---|---|---|

**Lincoln/Marcus 1401**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:21 | Blood | Blood, Venous | 11/13/19 0820 |

**Ammonia [2222570706822]**  Resulted: 11/13/19 0939, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 11/13/19 0820
11/13/19 0940
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ammonia, B | <25 | 0 - 59 mcg/dL | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]

#### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

### T3 (Triiodothyronine), Free [2222570706784] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:2 | Blood | Blood, Venous | 11/13/19 0819 |

**T3 (Triiodothyronine), Free [2222570706784]**  Resulted: 11/14/19 1100, Result status: Final result

Ordering provider: Roust, Lori R, M.D.  11/13/19 0806      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 11/13/19 0819
11/14/19 1101
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Roust, Lori R, M.D. on 11/16/19 1110

**Lincoln/Marcus 1402**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T3 (Triiodothyronine), Free, S | 2.9 | 2.8 - 4.4 pg/mL | — | SDSC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

#### Indications

Abnormal Thyroid Blood Test [R94.6 (ICD-10-CM)]

#### All Reviewers List

Roust, Lori R, M.D. on 11/16/2019 11:10 AM

### Carbohydrate Antigen 19-9 (CA 19-9) [2222570706802] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:11 | Blood | Blood, Venous | 11/13/19 0819 |

**Carbohydrate Antigen 19-9 (CA 19-9) [2222570706802]**          Resulted: 11/13/19 1102, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0819
11/13/19 1102
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Carbohydrate Ag 19-9, S | 4 | <35 U/mL | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Method is Beckman DXI. Values obtained with different
assay methods or kits may be different and cannot be
used interchangeably. Test results cannot be interpreted
as absolute evidence for the presence or absence of
malignant disease.

**Lincoln/Marcus 1403**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



## MAYO CLINIC

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

---

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

---

**CEA (Carcinoembryonic Antigen) [2222570706804] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:12 | Blood | Blood, Venous | 11/13/19 0819 |

**CEA (Carcinoembryonic Antigen) [2222570706804]**     Resulted: 11/13/19 1102, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301     Collected by: 11/13/19 0819
11/13/19 1102
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Carcinoembryonic Ag (CEA), S | 1.0 | 0.0 - 3.0 ng/mL | — | ARZ |
| Comment: | | | | |

----ADDITIONAL INFORMATION----
Method is Beckman DXI. Values obtained with different
assay methods or kits may be different and cannot be
used interchangeably. Test results cannot be interpreted
as absolute evidence for the presence or absence of
malignant disease.

---

**Lincoln/Marcus 1404**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

### Indications

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

### AFP (Alpha-Fetoprotein), Tumor Marker [2222570706806] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:13 | Blood | Blood, Venous | 11/13/19 0819 |

**AFP (Alpha-Fetoprotein), Tumor Marker [2222570706806]**          Resulted: 11/13/19 1102, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 11/13/19 0819
11/13/19 1102
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alpha-Fetoprotein, Tumor Marker, S | 3.5 | 0.0 - 5.9 ng/mL | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
The testing method is an immunoenzymatic assay
manufactured by Beckman Coulter Inc. and performed
on the UniCel DxI 800.

Values obtained with different assay methods or
kits may be different and cannot be used
interchangeably.

**Lincoln/Marcus 1405**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

Test results cannot be interpreted as absolute
evidence for the presence or absence of
malignant disease.

Alpha-Fetoprotein values are not interpretable in
pregnant females for the investigation of
malignant disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

**CBC with Differential, Blood [2222570706808] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:14 | Blood | Blood, Venous | 11/13/19 0819 |

**CBC with Differential, Blood [2222570706808]**                    Resulted: 11/13/19 0829, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301           Collected by: 11/13/19 0819
11/13/19 0829
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

---

**Lincoln/Marcus 1406**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 182/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Hemoglobin | 11.7 | 11.6 - 15.0 g/dL | — | MCA PHX Campus |
| Hematocrit | 36.7 | 35.5 - 44.9 % | — | MCA PHX Campus |
| Erythrocytes | 4.17 | 3.92 - 5.13 x10(12)/L | — | MCA PHX Campus |
| MCV | 88.0 | 78.2 - 97.9 fL | — | MCA PHX Campus |
| RBC Distrib Width | 15.9 | 12.2 - 16.1 % | — | MCA PHX Campus |
| Platelet Count | 322 | 157 - 371 x10(9)/L | — | MCA PHX Campus |
| Leukocytes | 7.2 | 3.4 - 9.6 x10(9)/L | — | MCA PHX Campus |
| Neutrophils | 3.96 | 1.56 - 6.45 x10(9)/L | — | MCA PHX Campus |
| Lymphocytes | 2.33 | 0.95 - 3.07 x10(9)/L | — | MCA PHX Campus |
| Monocytes | 0.57 | 0.26 - 0.81 x10(9)/L | — | MCA PHX Campus |
| Eosinophils | 0.28 | 0.03 - 0.48 x10(9)/L | — | MCA PHX Campus |
| Basophils | 0.08 | 0.01 - 0.08 x10(9)/L | — | MCA PHX Campus |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

**Ferritin [2222570706810] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:15 | Blood | Blood, Venous | 11/13/19 0819 |

**Ferritin [2222570706810]**                    Resulted: 11/13/19 1102, Result status: Final result

---

**Lincoln/Marcus 1407**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



# MAYO CLINIC

---

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

---

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301
11/13/19 1102
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

Order status: Completed
Collected by: 11/13/19 0819

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin, S | 191 | 11 - 307 mcg/L | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

#### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

### Reticulocytes [2222570706814] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:17 | Blood | Blood, Venous | 11/13/19 0819 |

#### Reticulocytes [2222570706814]

Resulted: 11/13/19 0829, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301
11/13/19 0829
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

Order status: Completed
Collected by: 11/13/19 0819

---

**Lincoln/Marcus 1408**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



**MAYO CLINIC**

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Reticulocytes, B | 1.49 | 0.60 - 2.71 % | — | MCA PHX Campus |
| Absolute Reticulocyte | 62.1 | 30.4 - 110.9 x10(9)/L | — | MCA PHX Campus |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

#### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

---

### Celiac Disease Comprehensive Cascade [2222570706818] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:19 | Blood | Blood, Venous | 11/13/19 0819 |

**Celiac Disease Comprehensive Cascade [2222570706818]**        Resulted: 11/18/19 1441, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 11/13/19 0819
11/18/19 1441
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Narrative:
Specimen Information:

Specimen ID: 10178123334:271773739
Specimen Type: Blood
Specimen Collection Start Date: 11/13/2019  8:19 AM
Specimen Received Date: 11/14/2019 10:35 AM

Specimen ID: Z000E0RKQ:271773741

---

**Lincoln/Marcus 1409**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 185/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

---

## 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

Specimen Type: Blood
Specimen Collection Start Date: 11/13/2019  8:19 AM
Specimen Received Date: 11/14/2019  9:29 AM
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HLA-DQA1 Locus Molecular | 03:01,05 | Not Applicable | — | MCR |
| HLA-DQB1 Locus Molecular | 03:01,03:02 | Not Applicable | — | MCR |
| Comment: DQ Serologic Equivalent: 7,8 | | | | |
| Celiac Gene Pairs Present? | Yes | — | — | MCR |
| Comment: Method: Molecular typing of HLA antigens performed using reverse SSOP and/or SSP methods, reported as serological equivalents and low to medium resolution molecular values. | | | | |
| Immunoglobulin A (IgA), S | 326 | 61 - 356 mg/dL | — | SDSC |
| Celiac Disease Interpretation | -- | — | — | SDSC |
| Result: Permissive genes present, although serology is negative. Celiac disease unlikely. However, approximately 10% of patients with celiac disease are seronegative. Also, patients who are adhering to a gluten-free diet may be seronegative. | | | | |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **16 - MCR** | MAYO CLINIC LABORATORIES - ROCHESTER MAIN CAMPUS | William G. Morice, II, M.D., Ph.D. | 200 First Street SW Rochester MN 55905 | 01/18/16 1045 - 01/21/20 1404 |
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]

#### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

---

PAGE 185/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1410**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



## MAYO CLINIC

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

**Nucleated RBC [2222570706824] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:24 | Blood | — | 11/13/19 0819 |

**Nucleated RBC [2222570706824]**              Resulted: 11/13/19 0829, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 11/13/19 0819
11/13/19 0829
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | MCA PHX Campus |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1051 - MCA PHX Campus | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

**tTG (Tissue Transglutaminase), Antibody, IgA [2222570706829] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:28 | Blood | — | 11/13/19 0819 |

**tTG (Tissue Transglutaminase), Antibody, IgA [2222570706829]**      Resulted: 11/14/19 1901, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 11/13/19 0819
11/14/19 1901
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by

**Lincoln/Marcus 1411**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

Engle, Richard L, M.D. on 11/19/19 0719
McNeil, Karen J, L.P.N. on 11/19/19 1016

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Tissue Transglutaminase Ab, IgA, S | <1.2 | <4.0 (Negative) U/mL | — | SDSC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

#### All Reviewers List

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:19 AM

**Microbiology**

**Cocci IgM and IgG (QL) [2222570706798] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:9 | Blood | Blood, Venous | 11/13/19 0819 |

Cocci IgM and IgG (QL) [2222570706798] (Abnormal)          Resulted: 11/14/19 1434, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0819
11/14/19 1434
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0718
McNeil, Karen J, L.P.N. on 11/19/19 1016

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Coccidioides, IgM, EIA, S | Positive | Negative | A ! | ARZ |

Comment:
All positive Cocci by EIA will be tested at MAYO CLINIC
LABORATORIES, ROCHESTER, MINNESOTA by Complement Fixation
(CF)and Immunodiffusion(ID).

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 184

**Lincoln/Marcus 1412**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 11/13/2019, D/C: 11/13/2019



## MAYO CLINIC

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Coccidioides, IgG, EIA, S | Negative | Negative | — | ARZ |
| Specimen Type | SERUM | — | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **422 - ARZ** | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:18 AM

**QuantiFERON-Tb Gold Plus, Blood [2222570706800] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:10 | Blood | Blood, Venous | 11/13/19 0819 |

**QuantiFERON-Tb Gold Plus, Blood [2222570706800]**          Resulted: 11/15/19 1857, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0819
11/15/19 1858
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Narrative:
Specimen Information:

Specimen ID: 10178123329:271773734
Specimen Type: Blood
Specimen Collection Start Date: 11/13/2019  8:19 AM
Specimen Received Date: 11/15/2019  9:13 AM

Specimen ID: 10178123330:271773735
Specimen Type: Blood
Specimen Collection Start Date: 11/13/2019  8:19 AM
Specimen Received Date: 11/15/2019  9:13 AM

Specimen ID: 10178123331:271773736

---

**Lincoln/Marcus 1413**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

Specimen Type: Blood
Specimen Collection Start Date: 11/13/2019  8:19 AM
Specimen Received Date: 11/15/2019  9:13 AM

Specimen ID: 10178123332:271773737
Specimen Type: Blood
Specimen Collection Start Date: 11/13/2019  8:19 AM
Specimen Received Date: 11/15/2019  9:13 AM
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0719
McNeil, Karen J, L.P.N. on 11/19/19 1016

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| QuantiFERON-TB Gold Plus Result | Negative | Negative | — | SDSC |

Comment:
No interferon-gamma response to M. tuberculosis antigens
was detected. Infection with M. tuberculosis is unlikely.
A single negative result does not exclude infection with
M. tuberculosis. In patients at high risk for M.tuberculosis
infection, a second test should be considered in accordance
with the 2017 ATS/IDSA/CDC Clinical Practice Guidelines
for Diagnosis of Tuberculosis in Adults and Children
[Lewinsohn DM et. al. Clin. Infect. Dis. 2017;64(2):111-115].

The reference range for the 'TB1 Ag minus Nil Result'
and 'TB2 Ag minus Nil Result' is an Interferon-gamma level
<0.35 IU/mL.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TB1 Ag minus Nil Result | 0.14 | IU/mL | — | SDSC |
| TB2 Ag minus Nil Result | 0.23 | IU/mL | — | SDSC |
| Mitogen minus Nil Result | 8.38 | IU/mL | — | SDSC |
| Nil Result | 0.07 | IU/mL | — | SDSC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Fatigue [R53.83 (ICD-10-CM)]
Night Sweats [R61 (ICD-10-CM)]

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM

**Lincoln/Marcus 1414**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 190/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 11/13/2019, D/C: 11/13/2019

---

### 11/13/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:19 AM

**Coccidioides Ab [2222570706832] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E613011076:29 | Blood | — | 11/13/19 0819 |

**Coccidioides Ab [2222570706832]**                    Resulted: 11/18/19 1452, Result status: Final result

Ordering provider: Engle, Richard L, M.D.  11/13/19 0806          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 11/13/19 0819
11/18/19 1453
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by
Engle, Richard L, M.D. on 11/19/19 0719
McNeil, Karen J, L.P.N. on 11/19/19 1016

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Coccidioides Ab, CompF, S | Negative | Negative | — | SDSC |
| Coccidioides, IgG, ImmDiff, S | Negative | Negative | — | SDSC |
| Coccidioides, IgM, ImmDiff, S | Negative | Negative | — | SDSC |

Comment:
A negative complement fixation and immunodiffusion (CF/ID) result does not
exclude the diagnosis of coccidioidomycosis.  Repeat testing by CF/ID in 2-3
weeks if clinically indicated.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **313 - SDSC** | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**All Reviewers List**

McNeil, Karen J, L.P.N. on 11/19/2019  3:14 PM
Engle, Richard L, M.D. on 11/19/2019  2:50 PM
McNeil, Karen J, L.P.N. on 11/19/2019  2:44 PM
Engle, Richard L, M.D. on 11/19/2019 10:38 AM
McNeil, Karen J, L.P.N. on 11/19/2019 10:16 AM
Engle, Richard L, M.D. on 11/19/2019  7:19 AM

---

**Lincoln/Marcus 1415**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 11/12/2019

## 11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

#### Chief Complaint

- Other (consultation)

#### Visit Diagnoses

- **Anemia (primary) [D64.9]**
- Nausea [R11.0]
- Fatigue [R53.83]
- Night Sweats [R61]
- Atrial Fibrillation Paroxysmal [I48.0]
- Sinusitis Chronic [J32.9]
- Embolus Pulmonary Iatrogenic [I26.99]
- Adjustment Disorder With Depressed Mood [F43.21]
- Asthma [J45.909]
- Rhinitis Chronic [J31.0]

### Clinical Notes

#### H&P

##### H&P by Engle, Richard L, M.D. at 11/12/2019 11:00 AM

Author: Engle, Richard L, M.D.          Service: FAM (Family Medicine)       Author Type: Physician
Filed: 11/12/2019  1:03 PM              Encounter Date: 11/12/2019          Status: Addendum
Editor: Engle, Richard L, M.D. (Physician)
Related Notes: Original Note by Engle, Richard L, M.D. (Physician) filed at 11/12/2019 12:56 PM

Chief Complaint
Patient presents with
- Other
    consultation

HPI:  Very pleasant 48-year-old presents accompanied by her husband and is seen on behalf of her PCP Gretchen Anderson NP.  She presents for a 2nd primary care opinion on a multitude of symptoms.

She last felt well 12/17/2017.  The very next day she was in a motor vehicle accident.  She was rear-ended and her vehicle was totaled.  She suffered a back injury and initially sought chiropractic care.  Eventually she was seen in several different pain clinics and diagnosed with herniated discs.  She underwent two rounds of epidural steroids as well as PRP and SI joint injections.  We do not have those records.

In August of 2018 she went into atrial fibrillation with rapid ventricular response.  She was seen by Cardiology at Honor Health.  These records are available under the "Care everywhere" tab in Epic as are many of her subsequent records.  She underwent an ablation procedure 12/26/2018 at Honor Health and subsequently underwent a 2nd ablation at Mayo Clinic in April of 2019 after establishing care here..

She was placed on Eliquis and subsequently developed an iron deficiency anemia.  She underwent several EGDs which revealed esophagitis and some nonbleeding gastritis.  She was placed on Protonix but she is no longer taking that medication.  The iron deficiency anemia was somewhat refractory and she has had a total of 5 iron infusions most recently last week from an outside hematologist.  She also underwent colonoscopy where a single hyperplastic polyp

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 188

**Lincoln/Marcus 1416**



MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/12/2019

---

### 11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

was removed.  She had some cecal nonbleeding ulceration which was nonspecific on biopsy and may have been secondary to the prep.  The etiology of the iron deficiency anemia was never definitively established while active.

The patient is been continuously nauseated with occasional vomiting since her automobile accident and epidural steroids.  Outside gastroenterology had implied it was secondary to her cardiac issues.  She has been noted to have a thickened patulous esophagus on CT chest.

She also has issues with chronic allergies that have required multifactorial drug treatment.  She still is chronically congested and has signs and symptoms of eustachian tube dysfunction.  This also may have been coincident with the MVA and steroid treatments.

The patient has also suffered from significant night sweats.  She had a TAHBSO for benign disease remotely about 12 years ago.  Estrogen replacement therapy was discontinued at the time she developed DVT//PE so it is conceivable her night sweats may be hormonally based.  She had some enlarged cervical adenopathy with benign ultrasound characteristics.  ENT declined to consider biopsy recently.

In June of 2019 the patient also was hospitalized at Honor Health for multiple lower and upper extremity thromboses and pulmonary emboli.  It was felt to be "provoked" on the basis of a recent 2 hour airplane flight.  Coagulopathy panel was negative at that time and available under the "Care everywhere" tab.  The patient flew regularly as part of her employment including much longer flights and never had previous problems with either DVT or PE.  She has been on Eliquis since that time.  At this point the issue must be considered unprovoked.

Coincident with one of her hospitalizations she became confused and her ammonia level rose to 53. (<35).  That was never explained.

Her illness has totally upended her life and she is anxious and depressed.  She is under the care of Psychiatry. Current PHQ=23//GAD=19

**Allergies**

| Allergen | Reactions |
|---|---|
| • Iodine | Hives |
| *Topical iodine only. Pt has tolerated CT contrast in the past with no reaction.* | |
| • Zofran [Ondansetron Hcl] | Hypotension |
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

Current Outpatient Medications:
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning. , Disp: , Rfl:
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, Take 1 tablet (1 mg total) by mouth 2 (two) times a day., Disp: 30 tablet, Rfl: 3
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With

---

6/18/2021 9:33 AM MST        User:  113763        Release ID: 121402727        Page 189

**Lincoln/Marcus 1417**





Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/12/2019

### 11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
• mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME, Disp: 30 tablet, Rfl: 0
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1
• azelastine (ASTELIN) 137 mcg/spray (0.1 %) nasal spray, Administer 1 spray into each nostril 2 (two) times a day. Use in each nostril as directed, Disp: 30 mL, Rfl: 3
• ipratropium (ATROVENT) 0.03 % nasal spray, Administer 2 sprays into affected nostril(s)., Disp: , Rfl:
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding, Disp: 90 tablet, Rfl: 3

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) *identical twin sister* | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | |
| • Kidney disease | Sister | |
| • Other (Other) *Autoimmune* | Sister | |

### Social History

#### Socioeconomic History
• Marital status:          Life Partnership
   Spouse name:          Not on file
• Number of children:     Not on file
• Years of education:     Not on file
• Highest education level:  Bachelor's degree (e.g., BA, AB, BS)

#### Occupational History
• Not on file

#### Social Needs
• Financial resource strain:  Not very hard
• Food insecurity:

PAGE 193/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1418**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 11/12/2019

---

**11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Worry: | Never true |
| Inability: | Never true |

- Transportation needs:

| | |
|---|---|
| Medical: | No |
| Non-medical: | No |

**Tobacco Use**

- Smoking status:          Former Smoker

| | |
|---|---|
| Years: | 14.00 |

- Smokeless tobacco:       Never Used
- Tobacco comment: 1 pack per week x 15 years

**Substance and Sexual Activity**

- Alcohol use:             No

| | |
|---|---|
| Frequency: | Never |
| Drinks per session: | 1 or 2 |
| Binge frequency: | Never |
| *Comment: none* | |

- Drug use:                Yes

| | |
|---|---|
| Types: | Marijuana |
| *Comment: Helps with nausea* | |

- Sexual activity:         Yes

| | |
|---|---|
| Partners: | Male |
| Birth control/protection: | Post-menopausal |

**Lifestyle**

- Physical activity:

| | |
|---|---|
| Days per week: | 5 days |
| Minutes per session: | 30 min |

- Stress:                  Rather much

**Relationships**

- Social connections:

| | |
|---|---|
| Talks on phone: | Twice a week |
| Gets together: | Once a week |
| Attends religious service: | Never |
| Active member of club or organization: | No |
| Attends meetings of clubs or organizations: | Never |
| Relationship status: | Living with partner |

- Intimate partner violence:

| | |
|---|---|
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

**Other Topics**                Concern

- Not on file

**Social History Narrative**

Lincoln/Marcus 1419



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 11/12/2019

## 11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Fibrillation Atrial (HCC) | |
| • Gastroesophageal Reflux Disease NOS | |
| • Migraine Headache | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History *in all 4 extremities* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH  ABLATION | Right | 6/12/2019 |
| *Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS* | | |
| • CATH ASD REPAIR | N/A | 6/12/2019 |
| *Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS* | | |
| • HYSTERECTOMY | | |

**Immunization History**

| Administered | Date(s) Administered |
|---|---|
| • PCV13 | 01/20/2019 |

**Lincoln/Marcus 1420**


MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/12/2019

---

**11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)**

**Clinical Notes (continued)**

Constitutional:  Positive for fatigue and night sweats.
   See also patient generated longitudinal symptom flow sheet sent for scanning to OSM folder
Skin:  Positive for skin rash and change in mole or skin spot.
ENT:  Positive for difficulty hearing, persistent hoarse voice and sinus congestion.
Respiratory:  Positive for dyspnea, sleep disturbances due to breathing and wheezing.
Cardiovascular:  Positive for swelling in the legs or feet and shortness of breath when lying flat.
Gastrointestinal:  Positive for constipation, diarrhea, heartburn and nausea.
Genitourinary:  Positive for decreased libido.
Hematologic:  Positive for abnormal lumps or bumps.
Musculoskeletal:  Positive for muscle pain/stiffness.
Neurological:  Positive for loss of consciousness, light-headedness, loss of balance or tendency to fall easily and
headaches.
Psychiatric/Behavioral:  Positive for decreased libido, stop breathing, choking, or gasping while asleep, little interest or
pleasure in doing things over past two weeks, feeling down, depressed, or hopeless over past two weeks, not being
able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

The following systems were negative: Eyes

Blood pressure 112/71, pulse 97, temperature 36.7 °C, temperature source Oral, resp. rate 18, height 165.1 cm,
weight 63.6 kg, SpO2 98 %, not currently breastfeeding. Body mass index is 23.33 kg/m².

PHYSICAL EXAM:

Constitutional
  Appearance: Normal appearance.
HENT
  Nose:
  Comments: Auscultatory findings of nasal congestion with sniff
Cardiovascular
  Rate and Rhythm: Normal rate.
Pulmonary
  Effort: Pulmonary effort is normal.
Neurological
  Mental Status: She is alert.
Psychiatric
  Thought Content: Thought content normal.

---

PAGE 196/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1421**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 11/12/2019

## 11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

IMPRESSION:

**#1 Anemia**
Most likely related to NOAC associated gastrointestinal bleeding.  Check celiac serology.  Mayo Clinic GI consult pending.  She may need repeat EGD and biopsy given CT findings.  Resume Protonix at this time.
**#2 Nausea**
Of unclear etiology at this time and may be multifactorial. May need evaluation of esophageal motility
**#3 Fatigue**
May be both metabolic and psychiatric.
**#4 Night Sweats**
Of unclear etiology as it may be related to occult malignancy or estrogen deficiency
**#5 Fibrillation Atrial Paroxysmal (HCC)**
Under care Division of Cardiology.  The patient has been cutting back on her metoprolol suppressive therapy and has had occasional daytime tachycardia given she is only taking the metoprolol tartrate at bedtime.  Cutting back on the metoprolol has not improved her constitutional symptoms
**#6 Sinusitis Chronic**
Given her chronic "allergy" symptoms chronic sinusitis and/or fungal sinusitis must be considered.  CT sinus ordered.
**#7 Embolus Pulmonary Iatrogenic (HCC)**
No clear provocation for DVT and PE based on history.  Previous coagulation tests were unremarkable.  We discussed evaluation for occult malignancy.  A Hematology-Oncology consult is pending tomorrow.
**#8 Adjustment Disorder With Depressed Mood**
Under care department of Psychiatry. Pharmacogenomics panel obtained.
**#9 Asthma (HCC)**
Continue current inhalers
**#10 Rhinitis Chronic**
Discontinue Singulair as possibly contributory to her symptoms and start Astelin nasal spray in its place.  Check CT sinus to rule out chronic disease that would be contributory

Plan   Laboratory below to be added to tomorrow morning's lab draw prior to Hematology-Oncology consultation.  Check CT sinus and mammography.  Hold atorvastatin as potentially unnecessary and contributory to symptoms.  Hold Singulair as trial.  Further follow-up to be determined.  Patient expressed understanding of our discussion and plan.This note was dictated with Fluency Direct voice recognition software

Orders Placed This Encounter
Procedures
- Cocci IgM and IgG (QL)
- QuantiFERON-Tb Gold Plus, Blood
- BI Breast Screening Bilateral with Tomosynthesis
- CT Sinuses without IV Contrast
- CRP (C-Reactive Protein)
- Sedimentation Rate
- Carbohydrate Antigen 19-9 (CA 19-9)
- CEA (Carcinoembryonic Antigen)

6/18/2021 9:33 AM MST            User:  113763            Release ID: 121402727            Page 194

**Lincoln/Marcus 1422**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 11/12/2019

---

### 11/12/2019 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

- AFP (Alpha-Fetoprotein), Tumor Marker
- CBC with Differential, Blood
- Ferritin
- Iron and Total Iron-Binding Capacity
- Reticulocytes
- Lipid Panel
- Celiac Disease Comprehensive Cascade
- Cancer Antigen 125 (CA 125)
- Ammonia

Electronically Signed by Engle, Richard L, M.D. on 11/12/2019 12:51 PM
Electronically Signed by Engle, Richard L, M.D. on 11/12/2019 12:56 PM
Electronically Signed by Engle, Richard L, M.D. on 11/12/2019  1:03 PM

**Vitals**

**Vital Signs**                                                Most recent update: 11/12/2019 10:49 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 112/71 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | 97 | 36.7 °C (Oral) | 18 | 165.1 cm |

| Wt | SpO2 | BMI |
|---|---|---|
| 63.6 kg | 98% | 23.33 kg/m² |

---

**Lincoln/Marcus 1423**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 11/6/2019, D/C: 11/6/2019

## 11/06/2019 - Specimen Container Pick-Up in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Scottsdale, Arizona

### Reason for Visit

#### Visit Diagnosis
- Other Specified Nonscarring Hair Loss [L65.8]

### Labs

#### Lab

##### Cortisol, Saliva [2222560610852] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E606034175:1 | Saliva | Salivary Gland | 11/12/19 2223 |

**Cortisol, Saliva [2222560610852]**    Resulted: 11/15/19 1525, Result status: Final result

Ordering provider: Roust, Lori R, M.D.  11/06/19 1516    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 11/12/19 2223
11/15/19 1526
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Roust, Lori R, M.D. on 11/16/19 1110

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Midnight Cortisol | <50 | <100 ng/dL | — | SDSC |
| Comment: | | | | |

----ADDITIONAL INFORMATION----
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**Indications**
Other Specified Nonscarring Hair Loss [L65.8 (ICD-10-CM)]

**All Reviewers List**
Roust, Lori R, M.D. on 11/16/2019 11:10 AM

**Lincoln/Marcus 1424**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/6/2019

# MAYO CLINIC

## 11/06/2019 - Comprehensive Visit in Division of Endocrinology in Scottsdale, Arizona

### Reason for Visit

#### Chief Complaint
- Other (abnormal weight gain)

#### Visit Diagnoses
- Abnormal Weight Gain [R63.5]
- **Atrial Fibrillation (primary) [I48.91]**
- Abnormal Thyroid Blood Test [R94.6]
- Other Specified Nonscarring Hair Loss [L65.8]

### Clinical Notes

#### Consults - Outpatient

##### Consults - Outpatient by Roust, Lori R, M.D. at 11/6/2019 3:30 PM

| | | |
|---|---|---|
| Author: Roust, Lori R, M.D. | Service: END (Endocrinology) | Author Type: Physician |
| Filed: 11/16/2019 12:10 PM | Encounter Date: 11/6/2019 | Status: Signed |
| Editor: Roust, Lori R, M.D. (Physician) | | |

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 48 y.o. female who presents for evaluation of Other (abnormal weight gain).

**HISTORY OF PRESENT ILLNESS**
The patient is referred because of concerns about "abnormal weight gain". Of note her current weight is excellent with a BMI of 22 and current weight of 138 lb. She describes a weight gain of "40 lb" for no particular reason. She is really not able to describe when this occurred and in looking back in her EMR, synopsis shows that her weight has consistently been between 67 kg and 62.5 kg over the last 6 months that she has been a patient here. If anything her weight has been trending down over that six-month period. Reviewing Care Everywhere shows that even back as far as 2015 her weight has consistently been around 60 kg. She has concern about adrenal insufficiency. She did have a steroid injection in her back following motor vehicle accident in December 2017. She has had some hair loss. Her symptoms include nausea, restless leg syndrome, swelling in her legs. She has also had some depression and anxiety issues. She has been told her thyroid is enlarged. She is concerned about autoimmune issues because she has a twin sister who has some type of undefined or mixed connective tissue disease. Of note on review of her medications reveals that she is taking Remeron which can increase appetite and cause weight gain, she also uses CBD extract and has a THC cookie nightly. Her review of systems shows multiple symptoms in nearly all systems in addition to the specific complaints that she described above.

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler | Inhale 2 puffs every 4 (four) hours as needed. | | |
| • apixaban (ELIQUIS) 5 mg tablet | Take 1 tablet (5 mg total) by mouth 2 (two) times a day. | 60 tablet | 11 |

PAGE 200/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1425**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 11/6/2019

## 11/06/2019 - Comprehensive Visit in Division of Endocrinology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

| Medication | Instructions | | |
|---|---|---|---|
| • atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth every morning. | | |
| • CANNABIDIOL, CBD, EXTRACT ORAL | Take by mouth daily. | | |
| • clonazePAM (KlonoPIN) 1 mg tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times a day. | 30 tablet | 3 |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol). | 180 tablet | 3 |
| • mirtazapine (REMERON) 45 mg tablet | TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME | 30 tablet | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet by mouth daily. | | 0 |
| • SYMBICORT 160-4.5 mcg/actuation inhaler | Inhale 2 puffs 2 (two) times a day as needed. | | 0 |
| • UNABLE TO FIND | CBD Oil | | |
| • venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule | Take 1 capsule (150 mg total) by mouth daily with breakfast. | 30 capsule | 1 |

No current facility-administered medications on file prior to visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Fibrillation Atrial (HCC) | |
| • Gastroesophageal Reflux Disease NOS | |
| • Migraine Headache | |
| • Neuropathy | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History | |

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 198 |

**Lincoln/Marcus 1426**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/6/2019

## 11/06/2019 - Comprehensive Visit in Division of Endocrinology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

*in all 4 extremities*

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH ABLATION | Right | 6/12/2019 |

*Procedure: ABLATION - PVI; Surgeon: Srivathsan, Komandoor, M.D.; Location: ARZ PXMH CCL HRS*

| | | |
|---|---|---|
| • CATH ASD REPAIR | N/A | 6/12/2019 |

*Procedure: 3D Mapping - Carto; Surgeon: Srivathsan, Komandoor, M.D.; Location: ARZ PXMH CCL HRS*

• HYSTERECTOMY

**Social History**

**Socioeconomic History**
- Marital status:              Life Partnership
     Spouse name:         Not on file
- Number of children:     Not on file
- Years of education:      Not on file
- Highest education level:   Bachelor's degree (e.g., BA, AB, BS)

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:   Not very hard
- Food insecurity:
     Worry:                 Never true
     Inability:             Never true
- Transportation needs:
     Medical:               No
     Non-medical:           No

**Tobacco Use**
- Smoking status:         Former Smoker
     Years:                 14.00
- Smokeless tobacco:      Never Used
- Tobacco comment: 1 pack per week x 15 years

**Substance and Sexual Activity**
- Alcohol use:             No
     Frequency:             Never
     Drinks per session:    1 or 2
     Binge frequency:       Never
     *Comment: none*
- Drug use:                Yes
     Types:                 Marijuana
     *Comment: Helps with nausea*
- Sexual activity:         Yes

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 199 |

**Lincoln/Marcus 1427**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 11/6/2019

## 11/06/2019 - Comprehensive Visit in Division of Endocrinology in Scottsdale, Arizona (continued)

### Clinical Notes (continued)

| | |
|---|---|
| Partners: | Male |
| Birth control/protection: | Post-menopausal |

### Lifestyle

- Physical activity:

| | |
|---|---|
| Days per week: | 5 days |
| Minutes per session: | 30 min |

- Stress:  Rather much

### Relationships

- Social connections:

| | |
|---|---|
| Talks on phone: | Twice a week |
| Gets together: | Once a week |
| Attends religious service: | Never |
| Active member of club or organization: | No |
| Attends meetings of clubs or organizations: | Never |
| Relationship status: | Living with partner |

- Intimate partner violence:

| | |
|---|---|
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

### Other Topics                Concern

- Not on file

### Social History Narrative

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive)  *identical twin sister* | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | |
| • Kidney disease | Sister | |
| • Other (Other)  *Autoimmune* | Sister | |

**Lincoln/Marcus 1428**



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Visit date: 11/6/2019

**11/06/2019 - Comprehensive Visit in Division of Endocrinology in Scottsdale, Arizona (continued)**

Clinical Notes (continued)

**REVIEW OF SYSTEMS**
Constitutional:  Positive for fatigue and night sweats.
Skin:  Positive for skin rash and change in mole or skin spot.
ENT:  Positive for difficulty hearing, persistent hoarse voice and sinus congestion.
Respiratory:  Positive for dyspnea, sleep disturbances due to breathing and wheezing.
Cardiovascular:  Positive for swelling in the legs or feet and shortness of breath when lying flat.
Gastrointestinal:  Positive for constipation, diarrhea, heartburn and nausea.
Genitourinary:  Positive for decreased libido.
Hematologic:  Positive for abnormal lumps or bumps.
Musculoskeletal:  Positive for muscle pain/stiffness.
Neurological:  Positive for loss of consciousness, light-headedness, loss of balance or tendency to fall easily and headaches.
Psychiatric/Behavioral:  Positive for decreased libido, stop breathing, choking, or gasping while asleep, little interest or pleasure in doing things over past two weeks, feeling down, depressed, or hopeless over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

The following systems were negative: Eyes

OBJECTIVE

**PHYSICAL EXAM**
Orthostatic vital signs:
Supine: blood pressure 110/80, heart rate 96
Seated: blood pressure 118/78, heart rate 96
Standing: blood pressure 104/80, heart rate 96
Vitals signs reviewed.
Constitutional
  General: She is not in acute distress.
  Appearance: Normal appearance. She is normal weight.
Neck
  Musculoskeletal: Neck supple.
  Comments: Thyroid feels normal without nodularity
Cardiovascular
  Comments: No edema
Pulmonary
  Effort: Pulmonary effort is normal. No respiratory distress.
Skin
  General: Skin is warm and dry.
  Comments: No cushingoid changes
Neurological
  Mental Status: She is alert.

**Lincoln/Marcus 1429**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/6/2019

### 11/06/2019 - Comprehensive Visit in Division of Endocrinology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

ASSESSMENT / PLAN
**#1 Abnormal Weight Gain**
Will check her adrenal function and thyroid function, but clinically I do not see any abnormalities that would explain weight gain.  Additionally she has really not had significant weight change recently.  There may very well be some medications that have contributed to some weight gain these can be addressed with her primary provider (Remeron).
-    Endocrinology - General consult (clinic)
**#2 Fibrillation Atrial (HCC)**
Her heart rate was elevated when she first came for the appointment with the initial vital signs showing a heart rate of around 115 beats per minute.  Even after sitting for the duration of the appointment her heart rate remained at 96 on my exam, but it was regular.  Will check her thyroid and metanephrines
-    Metanephrines, Fractionated, Free; Future; Expected date: 11/07/2019
**#3 Abnormal Thyroid Blood Test**
Her free T4 in August was actually a little bit on the low side at 0.8. The TSH was not elevated.  Repeat free T4 was normal. TPO antibodies were negative.  Will check 1 more time to confirm no thyroid abnormality.
-    S-TSH (Thyroid-Stimulating Hormone - Sensitive); Future; Expected date: 11/07/2019
-    T3 (Triiodothyronine), Free; Future; Expected date: 11/07/2019
-    T4 (Thyroxine), Free; Future; Expected date: 11/07/2019
**#4 Other Specified Nonscarring Hair Loss**
Will check adrenal function as noted below.
-    ACTH (Adrenocorticotropic Hormone); Future; Expected date: 11/07/2019
-    Cortisol; Future; Expected date: 11/07/2019
-    Cortisol, Saliva; Future; Expected date: 11/07/2019

Margin code: 99243;  TT with pt 40 min, >50% counseling


Electronically Signed by Roust, Lori R, M.D. on 11/16/2019 12:10 PM


**Vitals**

**Vital Signs**                                                              Most recent update: 11/6/2019  2:18 PM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 118/86 (BP Location: Left arm) | 113 | 167 cm | 62.7 kg | 22.48 kg/m² |

**Lincoln/Marcus 1430**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 11/4/2019



**11/04/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona**

**Reason for Visit**

**Chief Complaint**

- Consult

**Visit Diagnosis**

- Lymphadenopathy Cervical [R59.0]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Heyes, Richard C, M.B.B.S. at 11/4/2019 10:30 AM**

| | | |
|---|---|---|
| Author: Heyes, Richard C, M.B.B.S. | Service: ENT (Otorhinolaryngology Head and Neck Surgery) | Author Type: Resident Unlicensed DEA |
| Filed: 11/5/2019 11:06 AM | Encounter Date: 11/4/2019 | Status: Attested |
| Editor: Heyes, Richard C, M.B.B.S. (Resident Unlicensed DEA) | | Cosigner: Hinni, Michael L, M.D. at 11/5/2019 11:06 AM |

**Attestation signed by Hinni, Michael L, M.D. at 11/5/2019 11:06 AM**

Please see the note below. I too met the patient, took history, examined the patient, and agree completely with the findings and treatment recommendations.

Her exam is normal. An US is normal. During her repeat neck examination I pointed out her carotid bulbs, the jugular low digastric lymph nodes which are palpably within normal limits, the submandibular glands, and the hyoid bone. We discussed the musculoskeletal tension dysphonia and perhaps dysphagia that she has and its treatment. Unloading the tension in her peri laryngeal musculature might alleviate her symptoms. She is insistent that she does not have pain but that she feels something that is abnormal and that it makes her nauseated. I cannot explain this. We offered to take a closer look with a CT scan. The patient is vocal in her concerned that where not listening to her and is very anxious. We will contact her with the results of the scan which I expect to be normal. And we will continue to suggest that she treat the conditions that we have been able call. I wish that I could be more helpful as she seems very disappointed with the consultation today.

ATTENDING
Dr. Michael Hinni

REFERRAL SOURCE
Cable, Alexandria E, P.A.-C.
5777 E Mayo Blvd
Phoenix, AZ 85054-4502

CHIEF COMPLAINT
Right-sided neck mass

HPI
Leslie S Marcus is a 48-year-old lady who presents on the referral of our colleague Alexandria Cable PA-C for evaluation of a right-sided neck mass which has been evaluated by ultrasonography and reported as an 8 x 21 x 14

**Lincoln/Marcus 1431**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 11/4/2019

## 11/04/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

mm lymph node which appears benign and reactive.  She complains of symptoms of pain when turning her neck to the right, globus, choking sensation, occasional hoarseness, nausea related to her throat sensation which can be triggered by palpation. She denies any significant dysphagia, odynophagia, hemoptysis or other head and neck symptom of concern.  She reports moderate weight gain over the last year so.  Other than inability to regulate her temperature she does not report any specific B symptoms.

She reports that all of her current health issues began approximately 2 years ago following a prescription of high-dose steroids following a road traffic accident.  She reports that she is not especially concerned that the lump is cancerous.

MEDICATION

Current Outpatient Medications:
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.  , Disp: , Rfl:
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, Take 1 tablet (1 mg total) by mouth 2 (two) times a day., Disp: 30 tablet, Rfl: 3
• diphenhydrAMINE (BENADRYL) 50 mg capsule, Take 1 capsule (50 mg) 1 hour prior to exam., Disp: 1 capsule, Rfl: 0
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
• mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 2
• mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME, Disp: 30 tablet, Rfl: 0
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth 2 (two) times a day before breakfast and dinner., Disp: 60 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1

ALLERGIES
Allergies

| Allergen | Reactions |
| --- | --- |
| • Iodine | Hives |
| *Topical iodine only. Pt has tolerated CT contrast in the past with no reaction.* | |
| • Zofran [Ondansetron Hcl] | Hypotension |
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

PAST MEDICAL HISTORY

**Lincoln/Marcus 1432**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 11/4/2019

## 11/04/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Fibrillation Atrial (HCC) | |
| • Gastroesophageal Reflux Disease NOS | |
| • Migraine Headache | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History | |
| *in all 4 extremities* | |

## PAST SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH  ABLATION | Right | 6/12/2019 |
| *Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS* | | |
| • CATH ASD REPAIR | N/A | 6/12/2019 |
| *Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS* | | |
| • HYSTERECTOMY | | |

## FAMILY HISTORY

**Family History:**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | |
| • Kidney disease | Sister | |
| • Other | Sister | |
| *Autoimmune* | | |

**Lincoln/Marcus 1433**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 11/4/2019

---

### 11/04/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

---

## SOCIAL HISTORY
Social History

### Socioeconomic History
- Marital status:              Life Partnership
  - Spouse name:               Not on file
- Number of children:          Not on file
- Years of education:          Not on file
- Highest education level:     Bachelor's degree (e.g., BA, AB, BS)

### Occupational History
- Not on file

### Social Needs
- Financial resource strain:   Not very hard
- Food insecurity:
  - Worry:                     Never true
  - Inability:                 Never true
- Transportation needs:
  - Medical:                   No
  - Non-medical:               No

### Tobacco Use
- Smoking status:              Former Smoker
  - Years:                     14.00
- Smokeless tobacco:           Never Used
- Tobacco comment: 1 pack per week x 15 years

### Substance and Sexual Activity
- Alcohol use:                 No
  - Frequency:                 Never
  - Drinks per session:        1 or 2
  - Binge frequency:           Never
  - *Comment: none*
- Drug use:                    Yes
  - Types:                     Marijuana
  - *Comment: Helps with nausea*
- Sexual activity:             Yes
  - Partners:                  Male
  - Birth control/protection:  Post-menopausal

### Lifestyle
- Physical activity:
  - Days per week:             5 days
  - Minutes per session:       30 min
- Stress:                      Rather much

### Relationships
- Social connections:
  - Talks on phone:            Twice a week

---

| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 206 |
|---|---|---|---|

**Lincoln/Marcus 1434**

Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Visit date: 11/4/2019



## 11/04/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

### Clinical Notes (continued)

| | |
|---|---|
| Gets together: | Once a week |
| Attends religious service: | Never |
| Active member of club or organization: | No |
| Attends meetings of clubs or organizations: | Never |
| Relationship status: | Living with partner |

- Intimate partner violence:

| | |
|---|---|
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |

| Other Topics | Concern |
|---|---|

- Not on file

### Social History Narrative

- Not on file

REVIEW OF SYSTEMS
A comprehensive review of systems was performed and negative other than findings mentioned in the HPI.

PHYSICAL EXAM
There were no vitals taken for this visit.
GEN: NAD, AOx3, cooperative and conversant.
HEAD: Atraumatic, normocephalic.
EYES: PERRL, EOMI, Sclera anicteric.
NOSE: Healthy appearing mucosa on anterior rhinoscopy.
MOUTH: Moist mucous membranes, healthy appearing mucosa throughout. No abnormality identified on digital examination of the oropharynx or with mirror evaluation of the base of tongue and vallecula.
NECK: Soft and supple without lymphadenopathy, thyroid normal to palpation. There is a small and unconcerning soft and mobile level 2 lymph node on the right.
RESP: Normal effort without evidence of accessory muscle use.
NEURO: CN II-XII intact

IMPRESSION/REPORT/PLAN
Ms. Marcus presents with a constellation of signs and symptoms which are not concerning for head and neck cancer. She is clearly having a difficult time with her health as can be elucidated by reviewing her medical record we are glad that she has chosen Mayo Clinic in to address her health in a comprehensive a multi-system fashion. We discussed that our role is to evaluate whether what she can feel in her neck is sinister and whether there is a treatment in recommend for her symptoms.

We discussed that clinically and radiologically her right level 2 lesion has no features concerning for malignancy. We discussed that we cannot rational eyes a connection between this mass which has been radiologically described as a benign lymph node and her symptoms. We reviewed her flexible laryngoscopy from her previous visit with Ms. Cable and he does show a significant amount of muscle tension. Ms. Cable have discussed this with the patient previously

Lincoln/Marcus 1435

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 11/4/2019



**11/04/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)**

**Clinical Notes (continued)**

he and recommended follow-up with 1 of our specialist SLPs.  We reiterated this recommendation.  Unfortunately Ms. Marcus continues to not wish to seek this treatment which we believe could be very beneficial to her otolaryngological symptoms.

Regretfully our consultation ended with the patient leaving the exam room and a brisk fashion. We discussed options for further evaluation prior to her leaving which include CT neck with contrast.  She reported to be agreeable to undergoing this investigation.  We will request this and call her with the results.

The patient was seen and examined today by Dr. Hinni.

Electronically Signed by Hinni, Michael L, M.D. on 11/5/2019 11:06 AM
Electronically Signed by Heyes, Richard C, M.B.B.S. on 11/5/2019 11:06 AM

---

**Lincoln/Marcus 1436**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 10/24/2019

**MAYO CLINIC**

## 10/24/2019 - Office Visit in Department of Psychiatry and Psychology in Phoenix, Arizona

**Reason for Visit**

### Visit Diagnosis
- Anxiety Generalized Disorder (primary) [F41.1]

**Progress Notes**

### Progress Notes

#### Progress Notes by Martin, Kari A, M.D. at 10/24/2019 8:00 AM

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY Medical Psychiatry | Author Type: Physician |
| Filed: 10/24/2019 8:57 AM | Encounter Date: 10/24/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

See dictated note.

Electronically Signed by Martin, Kari A, M.D. on 10/24/2019 8:57 AM

#### Progress Notes signed by Martin, Kari A, M.D. at 10/25/2019 4:02 PM

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 10/25/2019 4:02 PM | Encounter Date: 10/24/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

SUBJECTIVE
Established patient office visit, L5. Total time 40 minutes, greater than 50% spent counseling.

**HISTORY OF PRESENT ILLNESS**
Mrs. Marcus is a pleasant 48-year-old woman, whom I initially evaluated July 18, 2019. She has a complicated medical history. She presented with a PHQ-9 score of 24, a GAD-7 score of 18. She was intolerant of a trial of sertraline. Subsequently I placed her on venlafaxine. She presents today on venlafaxine XR 150 mg a day, mirtazapine 45 mg at night (increased at our last appointment September 3), Klonopin 1 mg at night. She is also on Rick Simpson oil CBD/THC.

Her self-report measures are grossly elevated. Her PHQ-9 score is 24. Her GAD-7 score is 20. She denies any acute suicidal ideation. She is very frustrated with her care. She recently went to Annapolis for a boat show. She returned with the flu and lower extremity swelling. She attempted to get in with her primary care physician, was directed to our ED. In the ED, she had negative ultrasounds on October 21st for DVT. She continues to have swelling and flu-like symptoms. She has been unable to get in with her primary care provider here at Mayo. Subsequently, she has returned to her HonorHealth primary care physician. Supportive counseling was provided.

I reviewed the ePharmacy consult and the OneOme testing. She is an intermediate metabolizer at 2D6 and 2C19. She is rapid at 1A2 and normal at 3A4. She is very concerned that some of her side effects are related to metoprolol. We did discuss having a 1-on-1 Pharmacy consult.

We discussed pharmacotherapy and elected to increase her Effexor to 225 mg a day. She also was unaware of her visits in Health Psychology, and I rescheduled her visits with biofeedback and CBT.

**Medications, allergies, problem list** reviewed and updated. She reports allergy to Zofran

Lincoln/Marcus 1437



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 10/24/2019

## 10/24/2019 - Office Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)

**Progress Notes (continued)**

OBJECTIVE
MENTAL STATUS EXAMINATION:
She is alert and oriented. Sensorium is clear. She is well groomed, well dressed. Good eye contact. Speech is clear, fluent, and nonpressured. Thought processes are linear, directable, and logical. Mood is frustrated. Affect appropriate. No aggression or disinhibition. No perceptual disturbances, paranoia, or delusions. No suicidal or homicidal ideation. Judgment and insight are intact.

ASSESSMENT / PLAN
The patient presents to Psychiatry in followup. Her self-report measures are elevated. We discussed pharmacotherapy options. I will increase her Effexor XR to 225 mg a day. She will continue on mirtazapine 45 mg at night and Klonopin 1 mg at night.

We have discussed potential health sequelae of cannabis, neuropsychiatric effects of cannabis, and potential for cannabis to contribute treatment-resistant depression. The patient feels the Rick Simpson oil and cannabis benefit outweighs the risk.

I did refer her to Integrative Medicine. She is open to general wellness interventions. She practices behavioral interventions.

I will refer her to Health Psychology for CBT and biofeedback. She was not notified of her previous appointments.

She agrees to contact me in a week with an update. Future medication options include potentially resuming the Prozac which she previously tolerated with benefit. I appreciate the pharmacist's input on any other potential options. I will schedule a 1-on-1 Pharmacy consult for a comprehensive visit. She has specific concerns related to metoprolol and its contribution to her physical state.

FINAL IMPRESSION:
**#1 Major depression, severe, recurrent**
**#2 Panic attacks**
**#3 Generalized anxiety disorder**
**#4 Chronic insomnia**
**#5 Cannabis use**

I will see the patient in followup in a month.

DD: 10/24/2019 10:57:39 CT
DT: 10/24/2019 20:48:51 CT
Job ID: 858986518/mat

Electronically Signed by Martin, Karl A, M.D. on 10/25/2019 4:02 PM

**Lincoln/Marcus 1438**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 10/24/2019

**10/24/2019 - Office Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)**

Progress Notes (continued)

Lincoln/Marcus 1439

Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Visit date: 10/21/2019



MAYO CLINIC

## 10/21/2019 - Appointment in Department of Radiology in Phoenix, Arizona

### Imaging

#### Imaging

##### US Lower Extremity Veins Bilateral [2222560610829] (Final result)

###### US Lower Extremity Veins Bilateral [2222560610829]    Resulted: 10/21/19 2316, Result status: Final result

Ordering provider: Traub, Stephen J, M.D.  10/21/19 1705
Resulted by:
Frederick, Ross P, M.D.
Radiologist, Arz
Patel, Maitray D, M.D.
Performed: 10/21/19 1713 - 10/21/19 1810
Resulting lab: POWERSCRIBE360
Narrative:

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
10/21/19 2319

Accession number: 12706569

EXAM: US LOWER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

CLINICAL INFORMATION:  48-year-old female with history of bilateral lower
extremity DVT.

COMPARISON:  Ultrasound lower extremity veins 5/4/2019

FINDINGS:  Color Doppler venous ultrasound evaluation of both lower extremities
shows patent common femoral, femoral, and popliteal veins. No evidence of deep
venous thrombosis.  Calf veins are unremarkable as best as can be imaged.

Impression:
Negative for deep vein thrombosis.

I have personally reviewed the images and agree with this interpretation.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

#### Signed

Electronically signed by Patel, Maitray D, M.D. on 10/21/19 at 2316 MST

**Lincoln/Marcus 1440**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 10/21/2019, D/C: 10/21/2019

## 10/21/2019 - ED in Mayo Clinic Hospital Emergency Department

**Reason for Visit**

### Chief Complaints

- Night Sweats
- Foot Swelling (HX. OF DVTS AND PE'S FLEW TO EST COAST LAST WEEK. )
- Diarrhea
- Fever (OFF/ON)
- Chills

### Visit Diagnosis

| Name | Code | Is ED? |
|---|---|---|
| Swelling Leg (primary) | M79.89 | Yes |

**Clinical Notes**

### ED Provider Notes

#### ED Provider Notes by Chantler, Edmundo L, M.D. at 10/21/2019  7:07 PM

| | | |
|---|---|---|
| Author: Chantler, Edmundo L, M.D. | Service: ED (Emergency Medicine) | Author Type: Physician |
| Filed: 11/4/2019 11:29 PM | Date of Service: 10/21/2019  7:07 PM | Status: Addendum |
| Editor: Chantler, Edmundo L, M.D. (Physician) | | |
| Related Notes: Original Note by Chantler, Edmundo L, M.D. (Physician) filed at 10/21/2019  7:15 PM | | |

Care of patient transferred to me by Traub.
Disposition pending labs.

Patient pending discharge with labs.  Labs are back and look good.  Patient be discharged per Dr. Traub plan

VITAL SIGNS
BP 107/83 (BP Location: Left arm;Upper, Patient Position: Semi-recumbent)  | Pulse 80  | Temp 36.4 °C (Temporal)  |
Resp 20  | Ht 165.1 cm  | Wt 62.5 kg  | SpO2 98%  | BMI 22.93 kg/m²

**Final Diagnoses:** as of Oct 21 1907
Swelling Leg

Chantler, Edmundo L, M.D.
10/21/19 1909

Chantler, Edmundo L, M.D.
10/21/19 1915

Chantler, Edmundo L, M.D.
11/04/19 2329

**Lincoln/Marcus 1441**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 10/21/2019, D/C: 10/21/2019

### 10/21/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Clinical Notes (continued)**

Electronically Signed by Chantler, Edmundo L, M.D. on 10/21/2019  7:09 PM
Electronically Signed by Chantler, Edmundo L, M.D. on 10/21/2019  7:15 PM
Electronically Signed by Chantler, Edmundo L, M.D. on 11/4/2019 11:29 PM

**ED Provider Notes by Traub, Stephen J, M.D. at 10/21/2019  6:02 PM**

| | | |
|---|---|---|
| Author: Traub, Stephen J, M.D. | Service: ED (Emergency Medicine) | Author Type: Physician |
| Filed: 11/16/2019  8:40 PM | Date of Service: 10/21/2019  6:02 PM | Status: Signed |
| Editor: Traub, Stephen J, M.D. (Physician) | | |

## SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
Night Sweats; Foot Swelling (HX. OF DVTS AND PE'S FLEW TO EST COAST LAST WEEK. ); Diarrhea; Fever (OFF/ON); and Chills

**HISTORY OF PRESENT ILLNESS**
Patient presents complaining of extremity swelling.  The patient states that she has history of DVTs and PEs, and she is currently on Eliquis.  She notes that she has had diarrhea and fever off and on she notes that she has also been flying to these codes.  She presents concerned about the possibility of DVT; she has no chest pain shortness of breath.  She does note, however, that when she previously had DVT she had in all 4 extremities simultaneously.

**REVIEW OF SYSTEMS**

Constitutional: Negative for fatigue and fever.
HENT: Negative for sore throat.
Eyes: Negative for discharge.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain.
Endocrine: Negative for heat intolerance.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for arthralgias.
Skin: Negative for rash.
Neurological: Negative for weakness.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for confusion.

## OBJECTIVE

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 214 |

**Lincoln/Marcus 1442**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 10/21/2019, D/C: 10/21/2019

## MAYO CLINIC

**10/21/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)**

**Clinical Notes (continued)**

Initial Vitals [10/21/19 1630]

| Temperature | Pulse Rate | Heart Rate | Resp Rate | Blood Pressure | SpO2 |
|---|---|---|---|---|---|
| 36.4 °C | 98 | — | 16 | (!) 172/85 | 100 % |

Pain
Score
—

## PHYSICAL EXAMINATION

HENT:
Mouth/Throat: Oropharynx is clear and moist. Mucous membranes are moist.
Eyes: EOM are normal. Extraocular Movements: EOM normal.
Neck: Neck supple.
Cardiovascular: Regular rhythm.
Pulmonary/Chest: Breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
  Comments: **Minimal bilateral lower extremity edema his.  Symmetric.**
Neurological: She is alert.
Skin: Skin is warm.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

## ASSESSMENT/PLAN

Impression and Plan
The patient presents with concern for DVT.  We will check basic labs, check bilateral lower extremity ultrasound, then reassess.

**ED Course** as of Oct 21, 1824
Mon Oct 21, 2019
1822      Ultrasound negative bilaterally

**Lincoln/Marcus 1443**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 10/21/2019, D/C: 10/21/2019

---

## 10/21/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Clinical Notes (continued)**

**Final Diagnoses:** as of Oct 21 1934
Swelling Leg

Traub, Stephen J, M.D.
11/16/19 2040

Electronically Signed by Traub, Stephen J, M.D. on 11/16/2019  8:40 PM

---

**Imaging**

### Imaging

#### US Lower Extremity Veins Bilateral [2222560610829] (Final result)

**US Lower Extremity Veins Bilateral [2222560610829]**           Resulted: 10/21/19 2316, Result status: Final result

Ordering provider: Traub, Stephen J, M.D.  10/21/19 1705     Order status: Completed
Resulted by:                                                  Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
Frederick, Ross P, M.D.                                       10/21/19 2319
Radiologist, Arz
Patel, Maitray D, M.D.
Performed: 10/21/19 1713 - 10/21/19 1810                      Accession number: 12706569
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: US LOWER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

CLINICAL INFORMATION:  48-year-old female with history of bilateral lower
extremity DVT.

COMPARISON:  Ultrasound lower extremity veins 5/4/2019

FINDINGS:  Color Doppler venous ultrasound evaluation of both lower extremities
shows patent common femoral, femoral, and popliteal veins. No evidence of deep
venous thrombosis.  Calf veins are unremarkable as best as can be imaged.

Impression:
Negative for deep vein thrombosis.

I have personally reviewed the images and agree with this interpretation.

**Testing Performed By**

---

**Lincoln/Marcus 1444**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 10/21/2019, D/C: 10/21/2019

---

### 10/21/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Imaging (continued)**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Patel, Maitray D, M.D. on 10/21/19 at 2316 MST

---

## Labs

### Lab

#### CBC with Differential [2222560610827] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E521040188:1 | Blood | Blood, Venous | 10/21/19 1828 |

CBC with Differential [2222560610827] (Abnormal)                    Resulted: 10/21/19 1837, Result status: Final result

Ordering provider: Traub, Stephen J, M.D.  10/21/19 1705          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301             Collected by: 10/21/19 1828
10/21/19 1838
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 10.9 | 11.6 - 15.0 g/dL | L ❣ | ARZ |
| Hematocrit | 34.6 | 35.5 - 44.9 % | L ❣ | ARZ |
| Erythrocytes | 4.12 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 84.0 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 16.1 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 307 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 7.7 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 3.28 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 3.38 | 0.95 - 3.07 x10(9)/L | H ❣ | ARZ |
| Monocytes | 0.55 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.36 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.08 | 0.01 - 0.08 x10(9)/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC | Unknown | 5777 E Mayo Blvd | 08/03/16 0855 - Present |

6/18/2021 9:33 AM MST         User:  113763         Release ID: 121402727         Page 217

**Lincoln/Marcus 1445**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 10/21/2019, D/C: 10/21/2019

---

### 10/21/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Labs (continued)**

ARIZONA LAB                          Phoenix AZ 85054

**BMP (Basic Metabolic Panel) [2222560610828] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E521040188:2 | Blood | Blood, Venous | 10/21/19 1828 |

**BMP (Basic Metabolic Panel) [2222560610828]**                    Resulted: 10/21/19 1905, Result status: Final result

Ordering provider: Traub, Stephen J, M.D.  10/21/19 1705          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301             Collected by: 10/21/19 1828
10/21/19 1905
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.3 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 106 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 26 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 9 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 8.4 | 6 - 21 mg/dL | — | ARZ |
| Creatinine, S | 0.90 | 0.59 - 1.04 mg/dL | — | ARZ |
| eGFR-Non Black | 76 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | 87 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.5 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 90 | 70 - 140 mg/dL | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Nucleated RBC [2222560610831] (Final result)**

**Lincoln/Marcus 1446**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 10/21/2019, D/C: 10/21/2019



**MAYO CLINIC**

---

### 10/21/2019 - ED in Mayo Clinic Hospital Emergency Department (continued)

**Labs (continued)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E521040188:4 | Blood | — | 10/21/19 1828 |

**Nucleated RBC [2222560610831]**                    Resulted: 10/21/19 1837, Result status: Final result

Ordering provider: Traub, Stephen J, M.D.  10/21/19 1705       Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 10/21/19 1828
10/21/19 1838
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

---

**Vitals** from 10/18/2019 to 6/18/2021

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight | Who |
|---|---|---|---|---|---|---|---|
| 10/21/19 1901 | — | 80 | 20 | 107/83 | 98 % | — | AG |
| 10/21/19 1636 | — | — | — | 128/85 | — | — | LS |
| 10/21/19 1630 | 36.4 °C | 98 | 16 | (!) 172/85 | 100 % | 62.5 kg | LS |

---

**Lincoln/Marcus 1447**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/16/2019

### 09/16/2019 - Medication Management in Department of Pharmacy in Scottsdale, Arizona

**Reason for Visit**

**Chief Complaint**
- Medication Question

**Visit Diagnosis**
- Depressive Disorder [F32.9]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Kekic, Adrijana, Pharm.D., R.Ph. at 9/16/2019  8:00 AM**

Author: Kekic, Adrijana, Pharm.D., R.Ph.      Service: PHR (Pharmacy)      Author Type: Pharmacist
Filed: 9/16/2019  7:45 AM      Encounter Date: 9/16/2019      Status: Signed
Editor: Kekic, Adrijana, Pharm.D., R.Ph. (Pharmacist)

SUBJECTIVE

**REASON FOR CONSULT**
Patient was referred by Dr. Kari Martin to review pharmacogenomics test results.

**HISTORY OF PRESENT ILLNESS**
This patient was not personally interviewed or examined. The history and examination findings are based on the clinical documentation provided and/or discussion with a physician or provider who had personally interviewed and examined the patient.
Application of these or other clinical recommendations should always be subject to provider discretion and clinical discussions with patient going forward.

OBJECTIVE
**LABS**
Please see pharmacogenomic test results dated 09/08/19 in the electronic health record.

Current medications

Current Outpatient Medications:
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.  , Disp: , Rfl:
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, Take 1 tablet (1 mg total) by mouth 2 (two) times a day., Disp: 30 tablet, Rfl: 3
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
• mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 2
• mirtazapine (REMERON) 45 mg tablet, Take 1 tablet (45 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 1
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth 2 (two) times a day before

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 220

**Lincoln/Marcus 1448**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM    PAGE 224/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 9/16/2019

Sex: F

---

**09/16/2019 - Medication Management in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

breakfast and dinner., Disp: 60 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1


ASSESSMENT / PLAN


**1. Recommendations based on pharmacogenomics for current drug therapy**

Metoprolol
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). If tolerated, continue with current dose.

Mirtazapine
Metabolism is difficult to predict. Metabolized by several CYPs, including major pathways CYP1A2 (rapid metabolizer), CYP2D6 (intermediate) and CYP3A4 (normal). If tolerated, continue.

Pantoprazole
Predicted metabolism by CYP2C19 is reduced. If tolerated, continue.

Venlafaxine
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). Increased exposure to plasma drug levels is possible. Be alert to increased risk of side effects, including hypertension. If tolerated, continue.


**2. Potential drug-drug-gene interactions**
Currently not taking strong CYPs inhibitors, such as bupropion, ciprofloxacin, clarithromycin, fluvoxamine, itraconazole, ketoconazole, paroxetine, certain antivirals, etc.
Propafenone is a weak CYP1A2 and CYP2D6 inhibitor.
No major pheno-conversion identified.

Plan: continue with current dosing, based on other patient specific factors.


**3. General comments regarding antidepressants**

Genes of interest to psychotropic agents with relevant findings:
CYP2C19 *1/*2 genotype (intermediate metabolizer phenotype)
CYP2D6 *1/*4 genotype (intermediate metabolizer phenotype)
COMT GG genotype
HTR2A GG genotype
GRIK4 TT genotype
SRC6A4 L/L

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 221

**Lincoln/Marcus 1449**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 225/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 9/16/2019

**09/16/2019 - Medication Management in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

SSRIs/SNRIs
Reduced metabolism is predicted for SSRIs metabolized by CYP2D6: fluoxetine, fluvoxamine, paroxetine.
Increased exposure and risk of side effects is possible.
Plan: Initiate at standard / labeling dose. Monitor for side effects.

Reduced metabolism is predicted for SSRs metabolized by CYP2C19: citalopram, escitalopram, sertraline.
Plan: initiate at standard labeling dose. Be alert to potentially increased risk of side effect.

TCAs
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Others
Vortioxetine
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Bupropion, buspirone
Standard dose and monitoring is recommended based on indication and other patient specific factors.

Please refer to PGx report for comprehensive list of genes affected by genetic variants. Also refer to PGx pharmacist for medications specific questions.

Due to polypharmacy and complexity of current medication therapy, patient would be a good candidate for face to face visit for initial PGx consult and follow up via MTM consult. In addition, there are other PGx relevant finding on her report other than those related to psychotropic medications that I would be happy to further discuss with the patient.

Above recommendations were communicated to the referring provider via an electronically routed chart.

The patient's current medication list has been reviewed and evaluated with respect to these pharmacogenomics results.  Future medications may be of significance for these results, and medications metabolized through these pathways should be closely monitored.

Reference
Www.uptodate.com
Www.pharmgkb.org
OneOme

Direct time with the patient: 0min. Econsult. No charge.

Adrijana Kekic, PharmD
Pharmacogenomic Pharmacist
480-342-1500
9/16/19

Electronically Signed by Kekic, Adrijana, Pharm.D., R.Ph. on 9/16/2019  7:45 AM

**Lincoln/Marcus 1450**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 226/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/16/2019

**09/16/2019 - Medication Management in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

PAGE 226/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1451**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 9/12/2019

## MAYO CLINIC

---

### 09/12/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona

**Reason for Visit**

#### Visit Diagnoses
- Lymphadenopathy Cervical [R59.0]
- **Dysphonia (primary) [R49.0]**

---

**Clinical Notes**

#### Consults - Outpatient

##### Consults - Outpatient by Cable, Alexandria E, P.A.-C. at 9/12/2019 9:30 AM

| | | |
|---|---|---|
| Author: Cable, Alexandria E, P.A.-C. | Service: ENT (Otorhinolaryngology Head and Neck Surgery) | Author Type: Physician Assistant |
| Filed: 9/12/2019 12:59 PM | Encounter Date: 9/12/2019 | Status: Signed |
| Editor: Cable, Alexandria E, P.A.-C. (Physician Assistant) | | |

REFERRAL SOURCE:
Gretchen S Anderson, AP*

REASON FOR CONSULTATION:
Cervical lymphadenopathy

SUBJECTIVE
HISTORY OF PRESENT ILLNESS:
Leslie S Marcus is a 48 y.o. female who presents to the ORL clinic today for evaluation of right level II cervical lymphadenopathy that has been present for approximately one year that she states has become larger. Recently she reported this to her primary care provider who ordered an US that was conducted on 08/27/2019 and revealed normal thyroid parenchyma.  A slightly enlarged level 2 lymph node was noted on the right measuring 8 x 21 x 14 mm.  It was felt to be consistent with benign reactive lymph node.  There was no other pathologically enlarged lymph nodes in the neck.  The patient feels as if this lymph node is causing her hoarseness and "choking me out" when she turns her head a certain way.  Patient notes having nausea, that worsens when this area is touched.  She does have a history of tobacco use for 15 years smoking approximately 1 pack per week, quitting 5 years ago.  She denies any dysphagia, odynophagia, hemoptysis, unintentional weight loss, or other head/neck/oral lesions of concern.  Patient denies any postnasal drainage or heartburn symptoms.  She presents today for further evaluation.

ALLERGIES:
Allergies

| Allergen | Reactions |
|---|---|
| • Iodine | Hives |
| *Topical iodine only. Pt has tolerated CT contrast in the past with no reaction.* | |
| • Zofran [Ondansetron Hcl] | Hypotension |
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

CURRENT MEDICATIONS:

Current Outpatient Medications:
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as

---

**Lincoln/Marcus 1452**



Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Visit date: 9/12/2019

**09/12/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)**

**Clinical Notes (continued)**

needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.  , Disp: , Rfl:
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, Take 1 tablet (1 mg total) by mouth 2 (two) times a day., Disp: 30 tablet, Rfl: 3
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
• mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 2
• mirtazapine (REMERON) 45 mg tablet, Take 1 tablet (45 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 1
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth 2 (two) times a day before breakfast and dinner., Disp: 60 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1

PAST MEDICAL/ SURGICAL HISTORY:
Past Medical history:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Fibrillation Atrial (HCC) | |
| • Gastroesophageal Reflux Disease NOS | |
| • Migraine Headache | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History *in all 4 extremities* | |

Past Surgical history:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH  ABLATION | Right | 6/12/2019 |
| *Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS* | | |
| • CATH ASD REPAIR | N/A | 6/12/2019 |

6/18/2021 9:33 AM MST    User:  113763    Release ID: 121402727    Page 225

**Lincoln/Marcus 1453**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/12/2019

## 09/12/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

*Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*
- HYSTERECTOMY

**FAMILY HISTORY:**
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma | Sister | |
| • Kidney disease | Sister | |
| • Other | Sister | |
| *Autoimmune* | | |

**SOCIAL HISTORY:**
Social History

Socioeconomic History
- Marital status:          Life Partnership
   Spouse name:          Not on file
- Number of children:     Not on file
- Years of education:     Not on file
- Highest education level:  Bachelor's degree (e.g., BA, AB, BS)

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not very hard
- Food insecurity:
   Worry:          Never true
   Inability:          Never true
- Transportation needs:
   Medical:          No
   Non-medical:          No

Tobacco Use
- Smoking status:          Former Smoker
   Years:          14.00
- Smokeless tobacco:          Never Used
- Tobacco comment: 1 pack per week x 15 years

**Lincoln/Marcus 1454**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 9/12/2019

---

**09/12/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)**

**Clinical Notes (continued)**

**Substance and Sexual Activity**

- Alcohol use:            No
    - Frequency:          Never
    - Drinks per session: 1 or 2
    - Binge frequency:    Never
    - *Comment: none*
- Drug use:               Yes
    - Types:              Marijuana
    - *Comment: Helps with nausea*
- Sexual activity:        Yes
    - Partners:           Male
    - Birth control/protection:    Post-menopausal

**Lifestyle**

- Physical activity:
    - Days per week:      5 days
    - Minutes per session: 30 min
- Stress:                 Rather much

**Relationships**

- Social connections:
    - Talks on phone:     Twice a week
    - Gets together:      Once a week
    - Attends religious service:   Never
    - Active member of club or organization:   No
    - Attends meetings of clubs or organizations:   Never
    - Relationship status:   Living with partner
- Intimate partner violence:
    - Fear of current or ex partner:   Not on file
    - Emotionally abused:   Not on file
    - Physically abused:   Not on file
    - Forced sexual activity:   Not on file

**Other Topics          Concern**

- Not on file

**Social History Narrative**

- Not on file

OBJECTIVE
REVIEW OF SYSTEMS:
Reviewed and negative except as stated above.

PHYSICAL EXAMINATION:
Constitutional:
General appearance: Well-nourished patient in no acute distress.

---

**Lincoln/Marcus 1455**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 231/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/12/2019

## 09/12/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

### Clinical Notes (continued)

Respiratory:  No respiratory distress, stridor, or stertor.

Communication:
Speech pattern:  Normal conversational pattern.
Voice quality:  Normal conversational voice.

Head and face:
Overall appearance:  No obvious scars, lesions, or masses.
Parotid and submandibular glands:  No masses or tenderness.

Ears, nose, mouth, throat:
Ears:  Externally normal in appearance without any scars, lesions, or masses. External auditory canals are without any erythema or edema. The tympanic membranes were visualized and appeared intact, pearly gray, and translucent with no middle ear effusion noted.
Nose:  Externally normal in appearance, and appears midline. On anterior rhinoscopy the mucosa is pink, and the visible turbinates are within normal limits.
Oral cavity and oropharynx:  Oral mucosa, hard and soft palates, tongue, floor of mouth, tonsil area, and posterior pharyngeal mucosa are without any masses or lesions.  Base of tongue and tonsils soft to palpation.
Neck:  I was able to identified the left level 2 lymph node on the right.  This feels soft and mobile, measuring about 2 cm.
Thyroid:  No asymmetry, thyromegaly, or thyroid nodules on palpation.

Procedure note:  Diagnostic flexible laryngoscopy
Indication:  To evaluate the posterior nasal cavity, nasopharynx, oropharynx, and hypopharynx.
Anesthesia:  1% phenylephrine and 2% lidocaine topical spray.

Description and findings:  Verbal consent was obtained. The nares were anesthetized using phenylephrine and lidocaine nasal sprays.  The endoscope was passed gently along the inferior border of the nose bilaterally. The nasal cavities were unremarkable for any concerning masses, lesions, pus, or polyps. The scope was advanced to the nasopharynx; the eustachian tubes were visualized and free of any concerning masses or lesions. The scope was advanced to the oropharynx and hypopharynx. The supraglottic, glottic, and subglottic structures were unremarkable for any concerning masses or lesions. The vocal cords are symmetrically mobile. With phonation there is significant evidence of supraglottic squeezing noted in the anterior to posterior direction.  She was able to achieve and sustain complete glottic closure.

Assessment
IMPRESSION/REPORT/PLAN:
1. Right, cervical lymphadenopathy
2. Muscle tension dysphonia
I reviewed the above physical examination findings with the patient today.  She is a 48-year-old female with a right level 2 lymph node measuring approximately 21 mm in its largest diameter found to be consistent with a benign reactive lymph node.  There is no prior imaging to compare this to.  We discussed obtain a repeat ultrasound in approximately 2 months to see if this changes.  I also reviewed with her the option of fine-needle aspiration biopsy to further evaluate this as she states it has been present for approximately one year and becoming larger.  The patient is distressed about this lymph node as she feels that it chokes her with turning her head and makes her nauseated. We discussed a referral to our surgical team to discuss possible removal and she would like to proceed. Patient noted to

PAGE 231/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1456**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/12/2019

### 09/12/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

have evidence of muscle tension dysphonia for which we discussed a speech language pathology voice assessment to determine if she is a candidate for voice therapy. The patient defers at this time, but will contact me if she wishes to pursue this in the future. All questions and concerns were answered for her today. She is in agreement with this plan.

Electronically Signed by Cable, Alexandria E, P.A.-C. on 9/12/2019 12:59 PM

---

**Lincoln/Marcus 1457**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

## 09/05/2019 - CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnosis
- Shortness Of Breath [R06.02]

### Imaging

#### Imaging

##### CT Chest with IV Contrast [2222531668556] (Final result)

**CT Chest with IV Contrast [2222531668556]**          Resulted: 09/05/19 1830, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  09/05/19 1547     Order status: Completed
Resulted by: Jensen, Eric A, M.D.          Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                          09/05/19 1833
Performed: 09/05/19 1747 - 09/05/19 1756     Accession number: 11864821
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: CT CHEST WITH IV CONTRAST

ADDITIONAL HISTORY:  None

TECHNIQUE: CT Chest with intravenous contrast according to routine protocol.

COMPARISON: 6/11/2019 chest CT

FINDINGS:
Since 6/11/2019, the pre-existing findings of minimal small airway disease in the upper lungs have improved on the right and resolved on the left. No new airway abnormality or consolidation.

No pericardial or pleural effusions.

Stable small esophageal hiatal hernia. The esophagus is somewhat patulous throughout its course and fluid-filled suggesting some degree of dysmotility. Mild stable circumferential mural thickening of the mid and lower esophagus suggests some element of chronic esophagitis.

The pulmonary veins are widely patent without findings to suggest pulmonary vein stenosis status post ablation procedure. No pneumothorax.

No thoracic adenopathy.

No skeletal lesions or fractures.

Impression:
No acute abnormality. Similar findings of esophageal dysmotility and superimposed probable esophagitis.

Acknowledged by: O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 09/08/19 1752

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

PAGE 233/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1458**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

---

**09/05/2019 - CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Imaging (continued)**

| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |
|---|---|---|---|---|

**Signed**

Electronically signed by Jensen, Eric A, M.D. on 9/5/19 at 1830 MST

**All Reviewers List**

O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 9/8/2019  5:52 PM

---

**Documents**

**Radiology - Screening Form**

**Scan on 9/11/2019  6:23 PM**

Scan (below)

---

**Lincoln/Marcus 1459**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 235/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

# MAYO CLINIC

---

**09/05/2019 - CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

Documents (continued)

---

### MAYO CLINIC — *Outpatient CT Screening*

MRN: 12-300-675
Marcus, Leslie S    CSN: 2008296217480

Your CT may require the injection of **x-ray "dye"** (iodinated c... complete this form in its entirety.

| Name: LESLIE MARCUS | | | Medical Record Number: | |
|---|---|---|---|---|
| Date of Birth: | Age: 48 | Gender: Female | Height (inches): 5'4" | Weight (pounds): 142 |

| # | Question | Response |
|---|---|---|
| 1. | Have you had **x-ray "dye"** (iodinated contrast media) before? | ☒ Yes ☐ No |
| 2. | Have you ever had a **reaction to x-ray "dye"** (iodinated contrast media)? | ☐ Yes ☒ No |
| | If yes, what kind of reaction did you have? | |
| | If yes, did you take medication for today's CT to prevent such a reaction? | ☐ Yes ☒ No ☐ N/A |
| | If yes, what and when? | |
| 3. | Do you have any **allergies**? | ☒ Yes ☐ No |
| | If yes, what? corticosteroids/medical tape | |
| 4. | Did you **eat** any food or **drink** any thick liquids (e.g. milk, orange juice with pulp, or tomato juice) in the last four hours? | ☐ Yes ☒ No |
| | If yes, what and when? | |
| 5. | Are you female 10 through 55 years of age? | ☒ Yes ☐ No ☐ N/A |
| | If yes, did you fill out the Pre-Exam Pregnancy Assessment form? | ☒ Yes ☐ No |
| 6. | Do you have **two normally functioning kidneys**? | ☒ Yes ☐ No |
| | Are you on dialysis? | ☐ Yes ☒ No ☐ N/A |
| | Do you have a single kidney or kidney transplant? | ☐ Yes ☒ No |
| | Have you had a **kidney stone** in the past? | ☐ Yes ☒ No |
| | Comments | |
| 7. | For Females: In the past **two years**, have you had **cancer or surgery** involving your kidneys, ureters, bladder, ovaries, uterus or cervix? | ☐ Yes ☒ No ☐ N/A |
| | For Males: In the past **two years**, have you had **cancer or surgery** involving your kidneys, ureters, bladder or prostate? | ☐ Yes ☐ No ☐ N/A |
| | If yes, specify | |
| 8. | Do you have **diabetes**? | ☐ Yes ☒ No |
| 9. | Do you take **metformin** or a medication that contains metformin (e.g. Actoplus Met®, Avandamet®, Fortamet®, Glucophage®, Glucovance®, Glumetza®, Janumet®, Metaglip® or Riomet®) **for diabetes or any other medical condition**? | ☐ Yes ☒ No |
| 10. | Do you have **heart** problems, (e.g. congestive heart failure [CHF] or coronary artery disease [CAD])? | ☐ Yes ☒ No |
| | If yes, specify | |
| | Do you have coronary artery stents or bypass grafts (CABGs)? | ☐ Yes ☒ No |
| 11. | Do you have asthma or other **lung** problems? | ☐ Yes ☒ No |
| | If yes, specify | |
| 12. | Do you have an **implanted medical device** (e.g. an IV infusion port (PowerPort), pacemaker, implantable cardioverter defibrillator [ICD], neurostimulator, or pain pump)? | ☐ Yes ☒ No |
| | If yes, specify | |

Completed by: ☒ Patient  ☐ Other

Signature: [signature]    Date: 09/05/19  Time: 3:51

Printed Name: LESLIE MARCUS

Reviewed by: ☒ Radiology Nurse (with contrast) and/or  ☐ Technologist (without or with contrast)

Signature: [signature]    Date: 9-5-19  Time: 1641

Printed Name: Ashley Sailer

---

PAGE 235/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1460**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

**09/05/2019 - CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

**Scan on 9/6/2019 7:18 PM**

Scan (below)

MAYO CLINIC
*Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
**Route to scanning.**

**TO BE SCANNED**

(complete fields or place patient label here)

MRN: 12-300-675          CSN: 2000296217480
Marcus, Leslie S
DOB:      (48 yrs)   Female   Enctr Dt: 9/5/2019

2000296217480



This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

Are you known to be pregnant?
☐ Yes  ☒ No
Is there a chance you could be pregnant?
☐ Yes  ☒ No
If yes, do you want to take a pregnancy test? *
☐ Yes  ☒ No
   * You will be financially responsible for what your health insurance does not cover.
Are you breastfeeding?
☐ Yes  ☒ No

| Patient Signature | Date (mm-dd-yyyy) |
|---|---|
| | 09/05/19 |

Are you younger than 18 years of age?
☐ Yes  ☒ No
   With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them.

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
|---|---|---|
| | | |

**For Departmental Use Only**

Pregnancy Test
☐ Indeterminate or Positive
☐ Negative
☒ Declined

| A.  Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| Ashley Saliba, RN | 9-5-19 |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| Ashley Saliba | |

| B.  Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| Tricia J. Annoreno, R.T.(R)(CT) | 9-5-19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.



RADSCN

©2017 Mayo Foundation for Medical Education and Research                                       I        MC1038-26

PAGE 236/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1461**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 237/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

**09/05/2019 - CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

PAGE 237/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1462**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona**

**Reason for Visit**

### Visit Diagnosis

- Depressive Disorder [F32.9]

### Labs

#### Lab

##### OneOme RightMed PGx test- Sent out Lab [2222531668554] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E403015206:1 | Swab | Cheek, Right | 09/03/19 0932 |

**OneOme RightMed PGx test- Sent out Lab [2222531668554]**   Resulted: 09/08/19 1807, Result status: Final result

Ordering provider: Martin, Kari A, M.D.  09/03/19 0913       Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 09/03/19 0932
09/08/19 1807
Resulting lab: ONEOME, LLC
Acknowledged by: Martin, Kari A, M.D. on 09/09/19 0711

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| OneOme Laboratory Comments | See Comment | — | — | Y203 |

Comment:
General Lab Comments: Interpretive Guidance -  The reported CYP2D6 genotype was inferred based on allelic frequency data and the ethnicity provided to OneOme at time of sample collection. Without additional testing (e.g. parental/offspring or sequencing), it is not possible to discriminate a *1/*4 (intermediate metabolizer phenotype) from the *4M/*10 genotype (poor to intermediate metabolizer phenotype), which has been described in certain Hispanic and Latino groups. Please contact OneOme for additional information.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CYP1A2 phenotype | Rapid | — | — | Y203 |
| CYP1A2 genotype | *1D/*1F | — | — | Y203 |

Comment:
Increased activity. Drugs converted to active metabolite(s) may have increased exposure. Active drugs converted to inactive metabolite(s) may have decreased exposure.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CYP2B6 phenotype | Intermediate to Normal | — | — | Y203 |
| CYP2B6 genotype | *1/*5 | — | — | Y203 |

Comment:
Decreased activity. Drugs converted to active metabolite(s) may have reduced exposure. Active drugs converted to inactive metabolite(s) may have increased exposure.

PAGE 238/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1463**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

---

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| CYP2C9 phenotype | Normal | — | — | Y203 |
| CYP2C9 genotype | *1/*1 | — | — | Y203 |
| Comment: Normal activity. Drugs metabolized at a normal rate. | | | | |
| CYP2C cluster phenotype | Variant present | — | — | Y203 |
| CYP2C cluster genotype | rs12777823 GA | — | — | Y203 |

Comment
Variant of CYP2C rs12777823 is associated with altered
clearance of a certain medication, independent of the impact
of CYP2C9*2 and *3. Impact of this variant has only been
observed in individuals of West African ancestry. CYP2C
rs12777823, together with CYP4F2, CYP2C9, and VKORC1, may
affect treatment management of a certain medication.

| | | | | |
|---|---|---|---|---|
| CYP2C19 phenotype | Intermediate | — | — | Y203 |
| CYP2C19 genotype | *1/*2 | — | — | Y203 |

Comment
Decreased activity. Drugs converted to active metabolite(s)
may have reduced exposure. Active drugs converted to
inactive metabolite(s) may have increased exposure.

| | | | | |
|---|---|---|---|---|
| CYP2D6 phenotype | Intermediate | — | — | Y203 |
| CYP2D6 genotype | *1/*4 | — | — | Y203 |

Comment:
Decreased activity. Drugs converted to active metabolite(s)
may have reduced exposure. Active drugs converted to
inactive metabolite(s) may have increased exposure.

| | | | | |
|---|---|---|---|---|
| CYP3A4 phenotype | Normal | — | — | Y203 |
| CYP3A4 genotype | *1/*1 | — | — | Y203 |
| Comment: Normal activity. Drugs metabolized at a normal rate. | | | | |
| CYP3A5 phenotype | Poor | — | — | Y203 |
| CYP3A5 genotype | *3/*3 | — | — | Y203 |

Comment:
This CYP3A5 genotype is associated with the phenotype most
prevalent in studies used to define standard dosing
guidelines.

| | | | | |
|---|---|---|---|---|
| CYP4F2 phenotype | Normal activity | — | — | Y203 |
| CYP4F2 genotype | *1/*1 | — | — | Y203 |

Comment
Genotype consistent with normal activity of the CYP4F2
enzyme, which catalyzes the metabolism of vitamin K, in
counterpoint to the activity of VKORC1. CYP4F2, together
with CYP2C9, VKORC1, and a variant in CYP2C Cluster, may
affect treatment management of a certain medication.

| | | | | |
|---|---|---|---|---|
| COMT phenotype | High activity | — | — | Y203 |
| COMT genotype | rs4680 GG | — | — | Y203 |

Comment:
The COMT GG (Val/Val) genotype is predicted to yield higher

---

PAGE 239/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1464**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE 240/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

---

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Labs (continued)**

COMT activity than the AA (Met/Met) or GA (Val/Met) genotypes at rs4680.

| | | | | |
|---|---|---|---|---|
| DPYD phenotype | DPD activity score: 2 | — | — | Y203 |
| DPYD genotype | *1/*1 | — | — | Y203 |

Comment:
Genotype consistent with normal dihydropyrimidine dehydrogenase (DPD) activity with an activity score of 2, or a normal metabolizer phenotype.

| | | | | |
|---|---|---|---|---|
| DRD2 phenotype | Normal receptor expression | — | — | Y203 |
| DRD2 genotype | rs1799978 AA | — | — | Y203 |

Comment:
Homozygous wild-type dopamine receptor D2 (DRD2) rs1799978 AA genotype is consistent with normal receptor expression.

| | | | | |
|---|---|---|---|---|
| F2 phenotype | Normal risk | — | — | Y203 |
| F2 genotype | rs1799963 GG | — | — | Y203 |

Comment:
Normal risk of thrombosis associated with Factor II (prothrombin). Other genetic and clinical factors contribute to the risk for thrombosis.

| | | | | |
|---|---|---|---|---|
| F5 phenotype | Normal risk | — | — | Y203 |
| F5 genotype | rs6025 GG | — | — | Y203 |

Comment:
Normal risk of thrombosis associated with Factor V. Other genetic and clinical factors contribute to the risk for thrombosis.

| | | | | |
|---|---|---|---|---|
| GRIK4 phenotype | Altered receptor function | — | — | Y203 |
| GRIK4 genotype | rs1954787 TT | — | — | Y203 |

Comment:
Homozygous variant glutamate ionotropic receptor kainate type subunit 4 (GRIK4) genotype is consistent with altered receptor function.

| | | | | |
|---|---|---|---|---|
| HLA-A phenotype | Normal risk | — | — | Y203 |
| HLA-A genotype | Negative | — | — | Y203 |

Comment:
Negative for the presence of the HLA-A*31:01 allele. Normal risk of hypersensitivity induced by certain medications, and possibly others of structural similarity. Hypersensitivity and severe cutaneous reactions may occur regardless of the presence of the HLA-A*31:01 allele, in particular the presence of the HLA-B*15:02 allele is associated with severe

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 237

**Lincoln/Marcus 1465**



Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

## 09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

cutaneous reactions induced by certain medications.

| | | | | |
|---|---|---|---|---|
| HLA-B phenotype | Normal risk | — | — | Y203 |
| HLA-B genotype | Negative | — | — | Y203 |

Comment
Negative for presence of the HLA-B*15:02, HLA-B*57:01, and HLA-B*58:01 alleles. Normal risk of hypersensitivity, severe cutaneous reactions, and severe hepatotoxicity induced by certain medications. Hypersensitivity, severe cutaneous reactions, and severe hepatotoxicity may occur regardless of the presence of HLA-B*15:02, HLA-B*57:01, or HLA-B*58:01 alleles. In particular, the presence of the HLA-A*31:01 allele is associated with hypersensitivity reactions induced by a certain medication, and possibly other medications of structural similarity.

| | | | | |
|---|---|---|---|---|
| HTR2A phenotype | Intron 2 genotype GG | — | — | Y203 |
| HTR2A genotype | rs7997012 GG | — | — | Y203 |

Comment.
Homozygous variant HTR2A (5-hydroxytryptamine receptor 2A) genotype is consistent with altered HTR2A receptor function.

| | | | | |
|---|---|---|---|---|
| HTR2C phenotype | Normal influence | — | — | Y203 |
| HTR2C genotype | rs3813929 CC | — | — | Y203 |

Comment:
Homozygous wild-type HTR2C [5-hydroxytryptamine (serotonin) receptor 2C] genotype is associated with a normal influence on weight gain related to certain medications. The HTR2C gene is located on the X chromosome. In patients with only one X, result should read rs3813929 C;-.

| | | | | |
|---|---|---|---|---|
| IL28B (IFNL4) phenotype | Variant present | — | — | Y203 |
| IL28B (IFNL4) genotype | rs12979860 CT | — | — | Y203 |

Comment.
Genotype consistent with a reduced likelihood of hepatitis C sustained virologic response (SVR) with certain treatment options.

| | | | | |
|---|---|---|---|---|
| NUDT15 phenotype | Normal risk | — | — | Y203 |
| NUDT15 genotype | rs11685523 2 CC | — | — | Y203 |

Comment:
Genotype consistent with normal NUDT15 activity and is not associated with an increased risk of thiopurine-induced toxicities. Reduced metabolizer phenotypes of TPMT are associated with an increased risk of thiopurine-induced toxicities, independent of NUDT15 activity.

6/18/2021 9:33 AM MST    User:  113763    Release ID: 121402727    Page 238

**Lincoln/Marcus 1466**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

Labs (continued)

| | | | | |
|---|---|---|---|---|
| OPRM1 phenotype | Asn/Asn isoform | — | — | Y203 |
| OPRM1 genotype | rs1799971 AA | — | — | Y203 |

Comment:
OPRM1 Asn/Asn (AA) genotype consistent with normal mu-1 opioid receptor function, and normal to increased sensitivity to the effects of certain substrates has been observed when compared to OPRM1 Asn/Asp (AG) or Asp/Asp (GG) genotypes at rs1799971. Normal to increased sensitivity has not been consistently observed in this genotype for all substrates that activate the mu-1 receptor.

| | | | | |
|---|---|---|---|---|
| SLC6A4 phenotype | Typical to increased expression | — | — | Y203 |
| SLC6A4 genotype | L/L (La/La) | — | — | Y203 |

Comment:
Genotype consistent with a typical to increased expression of the SLC6A4 transporter compared to other genotypes. This genotype was shown to exhibit different phenotypes in East Asian populations, as opposite outcomes were observed for this genotype in East Asian populations when compared to Caucasian populations.

| | | | | |
|---|---|---|---|---|
| SLCO1B1 phenotype | Normal function | — | — | Y203 |
| SLCO1B1 genotype | *1B/*1B | — | — | Y203 |

Comment:
SLCO1B1 genotype consistent with normal function of the OATP1B1 transporter.

| | | | | |
|---|---|---|---|---|
| TPMT phenotype | Normal metabolizer | — | — | Y203 |
| TPMT genotype | *1/*1 | — | — | Y203 |

Comment:
TPMT genotype consistent with a normal metabolizer phenotype and is not associated with an increased risk of thiopurine-induced toxicities. Impaired NUDT15 activity is associated with an increased risk of thiopurine-induced toxicities, independent of TPMT phenotype.

| | | | | |
|---|---|---|---|---|
| UGT1A1 phenotype | SEE BELOW | — | — | Y203 |

Comment: Intermediate metabolizer (Heterozygous *28)

| | | | | |
|---|---|---|---|---|
| UGT1A1 genotype | *1/*28 | — | — | Y203 |

Comment:
Genotype consistent with decreased UGT1A1 enzyme activity, or an intermediate metabolizer phenotype, and is associated with an increased risk of certain drug-induced toxicities.

| | | | | |
|---|---|---|---|---|
| VKORC1 phenotype | Intermediate activity | — | — | Y203 |

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 239

**Lincoln/Marcus 1467**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 243/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

## 09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| VKORC1 genotype | rs9923231 GA | — | — | Y203 |

Comment:
Genotype consistent with intermediate activity of the
vitamin K epoxide reductase enzyme, associated with the
c.-1639GA (rs9923231) variant. VKORC1, together with CYP2C9,
CYP4F2, and a variant in CYP2C Cluster, may affect treatment
management of a certain medication.

| | | | | |
|---|---|---|---|---|
| Laboratory methods | See Comment | — | — | Y203 |

Comment:
Analytical results were produced using tests developed and
validated by OneOme, LLC, a clinical laboratory located at
807 Broadway Street NE Suite 100, Minneapolis, MN 55413.
These tests have not been cleared or approved by the U.S.
Food and Drug Administration. OneOme is certified under
CLIA-88 and accredited by the College of American
Pathologists as qualified to perform high-complexity
testing. This test is used for clinical purposes and should
not be regarded as investigational or for research.
Genomic DNA was analyzed by PCR-based Thermo Fisher
TaqMan(R) and/or LGC Biosearch BHQ(R) probe-based methods to
interrogate the variant locations listed in the Test results
table above. In addition, CYP2D6 copy number status was
assessed at sites within the promoter, intron 2, intron 6,
and exon 9. The test detects CYP2D6 deletions,
duplications/multiplications, and hybrid alleles, but cannot
differentiate duplications in the presence of a deletion.
Haplotypes, or combinat
ions of inherited variants on a
chromosome, are annotated according to legacy nomenclature
for the genes and alleles in the table below. Less frequent
haplotypes or novel alleles may be reported when
appropriate.
CYP1A2 - *1C, *1D, *1E, *1F, *1J, *1K, *1L, *1V, *1W
CYP2B6 - *4, *5, *6, *7, *9, *16, *18
CYP2C9 - *2, *3, *4, *5, *6, *8, *11
CYP2C19 - *2, *3, *4, *4B, *10, *17
CYP2D6 - *2A, *2, *3, *4, *4J, *4M, *4N, *5, *6, *6C, *7,
*8, *9, *10, *11, *12, *13, *14A, *14B, *15, *17, *18, *19,
*29, *31, *34, *35, *36, *39, *41, *42, *59, *61, *63, *64,
*68, *69, *70, *91, *109
CYP3A4 - *1B, *22
CYP3A5 - *3, *6, *7
CYP4F2 - *3
DPYD - *2A, *13
SLCO1B1 - *5, *15, *17, *21
TPMT - *2, *3A, *3B, *3C, *4
UGT1A1 - *6, *28
The test does not detect all known and unknown variations in
the genes tested, nor does absence of a detectable variant
(designated as *1 for genes encoding drug metabolizing
enzymes) rule out the presence of other, non-detected
variants.

6/18/2021 9:33 AM MST        User: 113763        Release ID: 121402727        Page 240

**Lincoln/Marcus 1468**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

## 09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

### Labs (continued)

As with other common SNP genotyping techniques, these assays cannot differentiate between the maternal and paternal chromosomes. In cases where observed variants are associated with more than one haplotype, OneOme infers and reports the most likely diplotype based on published allele frequency and/or ethnicity data. Inferences with potential clinical impact are reported in the Report and laboratory comments section.

The variant detection methods validated by OneOme provide >99.9% accuracy; however, PCR may be subject to general interference by factors such as reaction inhibitors and low quality or quantity of extracted DNA. When present, these interferents typically yield no result rather than an inaccurate one. Very infrequent mutations or polymorphisms occurring in primer- or probe-binding regions may also affect testing and could produce an erroneous result or assay failure. Variant locations tested by the assay but not assigned a genotype call are reported as "No Call." Test r
esults and clinical interpretation may be inaccurate for individuals who have undergone or are receiving non-autologous blood transfusions, tissue, and/or organ transplant therapies. Although extremely rare, results could also be impacted by other factors not addressed above, such as laboratory error.

Due to the complexity of interpreting some genetic test results, such as those that may carry a probabilistic risk of disease, patients and providers should consider the benefits of consulting with a trained genetic counseling professional, physician, or pharmacogenomic specialist.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **385 - Y203** | ONEOME, LLC | Unknown | 807 Broadway St NE, Suite 100 Minneapolis MN 55413-2332 | 06/28/17 2027 - Present |

### Indications

Depressive Disorder [F32.9 (ICD-10-CM)]

### All Reviewers List

Martin, Kari A, M.D. on 9/9/2019  7:11 AM

### Documents

**Lincoln/Marcus 1469**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

## 09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Documents (continued)**

**Lab – Send Out Lab Results**

**Scan on 9/9/2019 11:36 AM**

Scan (below)

**Lincoln/Marcus 1470**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 246/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**



## RightMed® gene report

### Patient and report summary

Patient name: LESLIE S MARCUS
Patient date of birth: 1975-05-27
OneOme report date: 2019-09-08

Ordering provider: KARI ANN MARTIN
Ordering facility: Mayo Clinic Laboratories - Mayo Internal
Report type: Original
Order reference ID: 5403035205

### Report and laboratory comments

Interpretive guidance
The reported CYP2D6 genotype was inferred based on allele frequency data and the ethnicity provided to OneOme at time of sample collection. Without additional testing (e.g. parents/offspring or sequencing), it is not possible to discriminate a *1/*4 (intermediate metabolizer phenotype) from the *4M/*1v genotype (poor to intermediate metabolizer phenotype) which has been described in certain Hispanic and Latino groups. Please contact OneOme for additional information.

### Gene and phenotype summary

| Gene | Genotype | | Phenotype summary / Metabolic status |
|---|---|---|---|
| CYP1A2 | *1V/*1F | | **Rapid** Increased activity. Drugs converted to active metabolites may have increased exposure. Active drugs converted to inactive metabolite(s) may have decreased exposure. |
| CYP2B6 | *1/*6 | | **Intermediate to Normal** Decreased activity. Drugs converted to active metabolite(s) may have reduced exposure. Active drugs converted to inactive metabolite(s) may have increased exposure. |
| CYP2C19 | *1/*1 | | **Normal** Normal activity. Drugs metabolized at a normal rate. |
| CYP2C9 | *1/*2 | | **Intermediate** Decreased activity. Drugs converted to active metabolite(s) may have reduced exposure. Active drugs converted to inactive metabolite(s) may have increased exposure. |
| CYP2C Cluster | rs12777823: G/A | | **Variant present** Variant of CYP2C rs12777823 is associated with a reduced clearance of warfarin in individuals. Please read the impact of CYP2C19 and the impact of this variant has only been described in individuals of which African ancestry. CYP2C rs12777823 together with CYP4F2, CYP2C9, and VKORC1 may affect warfarin dosage in certain individuals. |
| CYP2D6 | *1/*4 | | **Intermediate** Decreased activity. Drugs converted to active metabolite(s) may have reduced exposure. Active drugs converted to inactive metabolite(s) may have increased exposure. |

Lab director: Leonard R. Harding, PhD    |    CLIA: 54D2008945    |    NY: 9805PH0582/    |    CAP: 5452670    |    NY PFI: 9008

PAGE 246/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1471**



Marcus, Leslie S
MRN: 12-300-675, DOB:
Adm: 9/3/2019, D/C: 9/3/2019                Sex: F

---

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**

---

### ONEOME

#### Gene and phenotype summary (cont.)

| Gene | Allele | | Phenotype |
|---|---|---|---|
| CYP3A4 | *1/*1 | | **Normal** Normal activity. Drugs metabolized at a normal rate. |
| CYP3A5 | *3/*3 | | **Poor** This CYP3A5 genotype is associated with the phenotype most prevalent in studies used to define standard dosing guidelines. |
| CYP4F2 | *1/*1 | | **Normal activity** Genotype consistent with normal activity of the CYP4F2 enzyme, which catalyzes the metabolism of vitamin K. In comparison to the activity of VKORC1, CYP4F2, together with CYP2C9, VKORC1, and a variant in CYP4F2 cluster, may affect warfarin management of a warfarin treatment. |
| COMT | rs4680 GG | ⚠ | **High activity** The COMT GG (rs4680) genotype is predicted to yield higher COMT activity than the AA (Met/Met) or GA (Val/Met) genotypes at rs4680. |
| DPYD | *1/*1 | | **DPD activity score: 2** Genotype consistent with normal dihydropyrimidine dehydrogenase (DPD) activity with an activity score of 2, or a normal phenotype / metabolizer. |
| DRD2 | rs1799978 AA | | **Normal receptor expression** Homozygous wild type dopamine receptor D2 (DRD2) rs1799978 AA genotype is consistent with normal receptor expression. |
| F2 | rs1799963 GG | | **Normal risk** Normal risk of thrombosis associated with factor II genetic testing. Other genetic and clinical factors contribute to the risk for thrombosis. |
| F5 | rs6025 GG | | **Normal risk** Normal risk of thrombosis associated with Factor V (Other genetic and clinical factors contribute to the risk for thrombosis). |
| GRIK4 | rs1954787 TT | ⚠ | **Altered receptor function** Homozygous variant glutamate ionotropic receptor kainate type subunit 4 (GRIK4) genotype is associated with altered receptor function. |
| HLA-A | Negative | | **Normal risk** Negative for the presence of the HLA-A*31:01 allele. Normal risk of hypersensitivity induced by certain medications, and possibly others of structural similarity. Hypersensitivity or Stevens-Johnson reactions have occurred regardless of the presence of the HLA-A*31:01 allele, is associated the presence of the HLA-B*15:02 allele is associated with severe cutaneous reactions induced by certain medications. |
| HLA-B | Negative | | **Normal risk** Negative for presence of the HLA-B*15:02, HLA-B*57:01, and HLA-B*58:01 alleles. Normal risk of hypersensitivity, severe cutaneous reactions, and severe hepatotoxicity induced by certain medications. Hypersensitivity, severe cutaneous reactions and severe hepatotoxicity may occur regardless of the presence of HLA-B*15:02, HLA-B*57:01, or HLA-B*58:01 alleles. In particular, the presence of the HLA-B*58:01 allele is associated with hypersensitivity reactions induced by allopurinol treatment and possibly other medications of structural similarity. |

PAGE 247/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1472**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM  PAGE 248/471   Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

# MAYO CLINIC



## 09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Documents (continued)**

### ONEOME

**Gene and phenotype summary (cont.)**

| | | | |
|---|---|---|---|
| HTR2A | rs7997012 GG | | **Intron 2 genotype G/G** — Homozygous variant HTR2A (5-hydroxytryptamine receptor 2A) genotype in association with altered HTR2A receptor function. |
| HTR2C | rs6318929 CC | | **Normal influence** — Homozygous wild-type HTR2C (5-hydroxytryptamine receptor 2C) genotype is associated with a normal influence on weight gain related to certain medications. The HTR2C gene is located on the X chromosome; in patients with only one X, results should read rs6318929 C/. |
| HNF1A | rs... | | **Variant present** — Genotype consistent with a reduced likelihood of reaching LDL cholesterol via statin through reduced SVR with certain medications. |
| NUDT15 | rs... CC | | **Normal risk** — Genotype consistent with normal NUDT15 activity and is not associated with an increased risk of thiopurine-induced toxicities. Reduced function phenotypes of NUDT15 are associated with an increased risk of thiopurine-induced toxicities, independent of the TPMT activity. |
| CYP4F2 | rs2108622 AA | | **Asn/Asn isoform** — CYP4F2 isoform (AA) genotype consistent with normal metabolism and potential for increased sensitivity to the effects of certain medications, consistent when compared to CYP4F2 Lys/Arg (AA) or Lys/Lys (GG) genotypes (rs2108622). No reduced metabolism has not been consistently observed in this genotype for all substrates that activate the enzyme. |
| SLC6A4 | L/L (L/L s) | | **Typical to increased expression** — Genotype consistent with a typical to increased expression of the SLC6A4 transporter compared to other genotypes. This genotype was studied in European and phenotypes in East Asian populations as adequate outcomes were observed for this genotype in East Asian populations which compared the Caucasian populations. |
| SLCO1B1 | *1/*1 | | **Normal function** — SLCO1B1 genotype consistent with normal function of the OATP1B1 transporter. |
| TPMT | *1/*1 | | **Normal metabolizer** — TPMT genotype consistent with normal metabolizer phenotype and is not associated with an increased risk of thiopurine-induced toxicities, since low NUDT15 activity is associated with an increased risk of thiopurine-induced toxicities, independent of TPMT phenotype. |
| UGT1A1 | *1/*28 | | **Intermediate metabolizer (Heterozygous *28)** — Genotype consistent with reduced UGT1A enzyme activity of an intermediate metabolizer phenotype, and is associated with an increased risk of certain drug-induced toxicities. |
| VKORC1 | rs9923231 GA | | **Intermediate activity** — Genotype consistent with intermediate activity of the vitamin K epoxide reductase enzyme, associated with the c.-1639G>A (rs9923231) variant. VKORC1, together with CYP2C9, CYP4F2, and a variant in CYP2C cluster, may affect treatment management of warfarin. |

Questions about this report... Client services call... Patient code...  Page 1/2
Laboratory director R. Holding PhD    CLIA...    NPI...    CAP...    NY...

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 245

PAGE 248/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1473**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 249/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**



CYP phenotype abbreviations

| | |
|---|---|
| PM | Poor metabolizer |
| IM | Intermediate metabolizer |
| NM | Normal metabolizer |
| RM | Rapid metabolizer |
| UM | Ultrarapid metabolizer |

PAGE 249/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1474**



Marcus, Leslie S
MRN: 12-300-675, DOB:　　　　Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**



Test information

Test return

CYP2A2　*1D/*1F

CYP2B6　*1/*5

CYP2C9　*1/*1

CYP2C19　*1/*2

CYP2C Cluster　rs12777823 GA

CYP2D6　*1/*4

CYP3A4　*1/*1

CYP3A5　*3/*3

CYP4F2　*1/*1

COMT　rs4680 GG

OPRM1　*1/*1

DPD2　rs1799978 AA

F2　rs1799963 GG

**Lincoln/Marcus 1475**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**

ONEOME

Test results (cont.)

[genetic test result data, illegible]

PAGE 251/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1476**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**



### Methodology and limitations

Analytical results were produced using tests developed and validated by OneOme, LLC, a clinical laboratory located at 807 Broadway Street NE Suite 100, Minneapolis, MN 55413. These tests have not been cleared or approved by the U.S. Food and Drug Administration. OneOme is certified under CLIA-88 and accredited by the College of American Pathologists as qualified to perform high-complexity testing. This test is used for clinical purposes and should not be regarded as investigational or for research.

Genomic DNA was analyzed by PCR using Thermo Fisher TaqMan® and/or LGC Bioresearch BHQ® probe-based methods to interrogate the variant locations listed in the Test Results table above. In addition, CYP2D6 copy number status was assessed at sites within the promoter, intron 2, intron 6, and exon 9. The test detects CYP2D6 deletions, duplications/multiplications, and hybrid alleles, but cannot determine duplications in the presence of a deletion.

Haplotypes, or combinations of inherited variants on a chromosome, are annotated according to star (*) nomenclature for the genes and alleles in the table below. Less frequent haplotypes or novel alleles may be reported when appropriate.

| CYP2A6 | *1, *2, *5, *7, *9, *10, *35, *12, *38 |
| CYP2B6 | *4, *5, *6, *9, *18, *22, *28 |
| CYP2C8 | *2, *3, *4, *5, *6, *7 |
| CYP2C9 | *2, *3, *5, *6, *8, *11, *12 |
| CYP2D6 | *2A, *3, *4, *5, *6, *7, *8, *9, *10, *11, *12, *14A, *14B, *15, *17, *18, *19, *20, *29, *30, *31, *35, *36, *38, *40, *41, *42, *49, *56, *59 ... *4xN, *6xN, *10xN, *17xN, *29xN ... |
| CYP3A4 | *1B, *22 |
| CYP3A5 | *3, *6, *7 |
| CYP4F2 | *3 |
| DPYD | *2A, *13 |
| SLCO1B1 | *5, *15, *17, *21 |
| TPMT | *2, *3A, *3B, *3C, *4 |
| UGT1A1 | *6, *28 |

The test does not detect all known and unknown variations in the gene(s) tested, but does absence of a detectable variant (designated as *1 for genes encoding drug metabolizing enzymes) rule out the presence of other, non-detected variants.

As with other common SNP genotyping techniques, these assays cannot differentiate between the maternal and paternal chromosomes in cases where observed variants are associated with more than one haplotype. OneOme infers and reports the most likely haplotype based on published allele frequency and/or ethnicity data. Inferences with potential clinical impact are reported in the Report and laboratory comments section.

The variant detection methods validated by OneOme provide >99.9% accuracy. However, PCR may be subject to general interference by factors such as reaction inhibitors and low quality or quantity of extracted DNA. When present, these interferences typically yield no result rather than an inaccurate one. Very infrequent variants or polymorphisms occurring in primer or probe-binding regions may also affect testing and could produce an erroneous result or assay failure. Variant locations tested by the assay but not assigned a genotype call are reported as "No Call." Test results and clinical interpretation may be inaccurate for individuals who have undergone or are receiving non-autologous blood transfusions, tissue, and/or bone marrow transplant therapies. Although extremely rare, results could also be impacted by other factors not addressed above, such as laboratory error.

Due to the complexity of interpreting some genetic test results, such as those that may carry a probabilistic risk of disease, patients and providers should consider the benefits of consulting with a trained genetic counseling professional, physician, or pharmacogenomic specialist. For additional support, contact OneOme through the website or by calling 844-404-6046.

Questions about this report?... Report version: ... Report date of visit: 09/03/2019 ... Report ordered: ... Page 7/8
Laboratory director: R. Howard, PhD ... CLIA: ... NPI: ... CAP: ... NY: ...

Lincoln/Marcus 1477

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019



**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**



OneOme liability disclaimer

The clinical annotations provided by OneOme are intended solely for use by a medical professional and do not constitute medical advice by OneOme. The treating provider remains ultimately responsible for all diagnosis and treatment decisions for the patient. OneOme disclaims liability for any errors, omissions or inadequacies in any translation or interpretation of a report by a third party, including without limitation direct, indirect, incidental, special, consequential or exemplary damages, whether such damages arise in contract, negligence, tort, under statute, in equity, at law or otherwise. Information included in this report is based upon scientific literature and does not take into account other genetic variants and environmental or social factors that may impact each patient. Other factors not included in this report include, but are not limited to, environmental factors (e.g., smoking), health factors (e.g., diet), social and familial factors, various medical conditions, and drug-to-drug interactions. Administration of any medication requires careful therapeutic monitoring regardless of the phenotype or genotype-derived interaction reported. As a matter of practice, OneOme will routinely update its pharmacogenomic database as new information becomes available to the scientific community. Clinical annotations, including phenotype summaries, are therefore dependent on the date of generation and/or the database version used to generate that report.

**Lincoln/Marcus 1478**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 254/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

---

**09/03/2019 - Specimen Collection in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)**

**Documents (continued)**

---

PAGE 254/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1479**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

## 09/03/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnosis

- Abnormal Laboratory Results [R68.89]

### Labs

#### Lab

##### S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531668550] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E403014164:1 | Blood | Blood, Venous | 09/03/19 0907 |

**S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531668550]**    Resulted: 09/03/19 1136, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, M.S.N.    Order status: Completed
09/03/19 0853
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 09/03/19 0907
09/03/19 1136
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 09/03/19 2030
Sabino, Myra S, L.P.N. on 09/04/19 0902

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH, Sensitive, S | 1.9 | 0.3 - 4.2 mIU/L | — | MCA PHX Campus |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

**Indications**

Abnormal Laboratory Results [R68.89 (ICD-10-CM)]

**All Reviewers List**

Sabino, Myra S, L.P.N. on 9/4/2019  9:02 AM
Anderson, Gretchen S, APRN, M.S.N. on 9/3/2019  8:30 PM

##### T4 (Thyroxine), Free [2222531668552] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E403014164:2 | Blood | Blood, Venous | 09/03/19 0907 |

**Lincoln/Marcus 1480**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 256/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                 Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

---

### 09/03/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Clinic Building, in Phoenix, Arizona (continued)

**Labs (continued)**

**T4 (Thyroxine), Free [2222531668552]**          Resulted: 09/03/19 1136, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, M.S.N.     Order status: Completed
09/03/19 0853
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301     Collected by: 09/03/19 0907
09/03/19 1136
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 09/03/19 2030
Sabino, Myra S, L.P.N. on 09/04/19 0902

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T4 (Thyroxine), Free, S | 1.1 | 0.9 - 1.7 ng/dL | — | MCA PHX Campus |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

**Indications**

Abnormal Laboratory Results [R68.89 (ICD-10-CM)]

**All Reviewers List**

Sabino, Myra S, L.P.N. on 9/4/2019  9:02 AM
Anderson, Gretchen S, APRN, M.S.N. on 9/3/2019  8:30 PM

---

**Lincoln/Marcus 1481**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/3/2019

## 09/03/2019 - Office Visit in Department of Psychiatry and Psychology in Phoenix, Arizona

**Reason for Visit**

**Visit Diagnosis**
- **Depressive Disorder (primary) [F32.9]**

**Progress Notes**

**Progress Notes**

**Progress Notes by Martin, Kari A, M.D. at 9/3/2019  8:00 AM**

| Author: Martin, Kari A, M.D. | Service: PSY Medical Psychiatry | Author Type: Physician |
|---|---|---|
| Filed: 9/3/2019  8:45 AM | Encounter Date: 9/3/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

See dictated note.

Electronically Signed by Martin, Kari A, M.D. on 9/3/2019  8:45 AM

**Progress Notes signed by Martin, Kari A, M.D. at 9/3/2019 12:16 PM**

| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
|---|---|---|
| Filed: 9/3/2019 12:16 PM | Encounter Date: 9/3/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

**SUBJECTIVE**
Established patient office visit, L4; total time 25 minutes.

**HISTORY OF PRESENT ILLNESS**
Ms. Marcus is a pleasant 48-year-old woman whom I initially evaluated on July 18, 2019, as a referral to Psychiatry for evaluation of anxiety and depression. She presented with severe symptoms. Her PHQ-9 score was 24. Her GAD-7 score was 18. She presented on mirtazapine and clonazepam. I initiated sertraline. Unfortunately, she was unable to tolerate sertraline. On August 19, I transitioned her from sertraline to venlafaxine.

She presents today in followup. She informs me that her baseline nausea has intensified. She has low appetite, and she is primarily eating ginger. She did resume CBD gummies and Rick Simpson oil in the day along with a pot cookie at night. She continues on the mirtazapine 30 mg at night, Klonopin 1 mg at night. She notes no appreciable benefit in her mood. She denies any suicidal ideation. Her PHQ-9 and GAD-7 remain elevated in the severe range. No mood cycling or psychosis. She describes irritability, impaired frustration tolerance, anxiety, feeling wound up constantly, some panic-like symptoms with hyperventilation.

I did refer her to Health Psychology for biofeedback and cognitive behavioral therapy. Her appointments are scheduled for September 12 and October 14.

She established care with Gretchen Anderson in Primary Medicine.

**Medications, allergies, problem list** reviewed and updated.

**OBJECTIVE**
MENTAL STATUS EXAMINATION:

| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 254 |
|---|---|---|---|

**Lincoln/Marcus 1482**



Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 9/3/2019                              Sex: F

### 09/03/2019 - Office Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)

**Progress Notes (continued)**

She is alert and oriented. Sensorium is clear. There is no fluctuation of consciousness. She is well-groomed, well-dressed. Speech is clear, fluent, and nonpressured. Thought processes are linear, directable, and logical. Mood irritable. Affect appropriate, engaged. She has good insight into her psychological condition. No aggression or disinhibition. No perceptual disturbances, paranoia, or delusions. No suicide or homicidal ideation. No evidence of a thought disorder. Judgment and insight are intact.

ASSESSMENT / PLAN

The patient presents to Psychiatry in followup. She reports increased nausea. She has been on Effexor XR 150 mg a day for two weeks. In addition, she resumed Rick Simpson oil, CBD, and edible marijuana cookies. We discussed potential adverse medical and neuropsychological effects of cannabis. We also discussed that cannabis may lower the efficacy of antidepressant medications. At this time, she prefers to continue on the cannabis.

I advised her to continue on Effexor XR 150 mg a day for now. I will increase her mirtazapine to 45 mg at night. I asked her to contact me next week with an update.

She is scheduled for biofeedback and cognitive behavioral therapy in September and October 2019.

We will order pharmacogenomic/OneOme testing today to help with future medication decision-making.

I will see her in followup in a month.

FINAL IMPRESSION:
**#1 Major depression, recurrent, severe, without psychosis**
**#2 Panic attacks**
**#3 Generalized anxiety disorder**
**#4 Chronic insomnia**
**#5 Cannabis use**

DD: 09/03/2019 10:50:10 CT
DT: 09/03/2019 12:36:53 CT
Job ID: 852748673/dmh

Electronically Signed by Martin, Karl A, M.D. on 9/3/2019 12:16 PM

**Lincoln/Marcus 1483**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 8/27/2019, D/C: 8/27/2019

## 08/27/2019 - Ultrasound Head Neck Exam in Department of Radiology in Phoenix, Arizona

**Reason for Visit**

**Visit Diagnosis**
- Localized Enlarged Lymph Nodes [R59.0]

**Imaging**

**Imaging**

**US Thyroid [2222531668542] (Final result)**

| **US Thyroid [2222531668542]** | Resulted: 08/27/19 0951, Result status: Final result |
|---|---|
| Ordering provider: Anderson, Gretchen S, APRN, M.S.N. 08/27/19 0903 | Order status: Completed |
| Resulted by: Eversman, William G, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 08/27/19 0954 |
| Performed: 08/27/19 0904 - 08/27/19 0924 | Accession number: 12087280 |
| Resulting lab: POWERSCRIBE360 | |

Narrative:
EXAM: US THYROID

COMPARISON:  None.

FINDINGS:

The thyroid parenchyma appears normal.

Slightly enlarged level II lymph node on the right. The lymph node measures 8 mm in short axis, 21 mm in length, and 14 mm in width. This is most consistent with a benign reactive lymph node.

No pathologically enlarged lymph nodes are seen in the neck, with evaluation of levels II-V.

THYROID MEASUREMENTS:
Right lobe length: 4.6 cm
Right lobe AP: 0.9 cm
Right lobe transverse: 1.8 cm
Left lobe length: 3.3 cm
Left lobe AP: 0.9 cm
Left lobe transverse: 1.4 cm
Isthmus AP: 0.2 cm

COMMENTS:  The thyroid nodule descriptions and categories are based on the Thyroid Nodule Care Process Model established by the Mayo Clinic Endocrine Oncology Specialty Council.
https://askmayoexpert.mayoclinic.org/topic/clinical-answers/cnt-20132037/sec-203 7778  ACR TI-RADS link:
https://www.acr.org/Clinical-Resources/Reporting-and-Data-Systems/TI-RADS

Impression:
1. Normal thyroid.
2. Benign reactive lymph node at level II on the right. This should be of no clinical significance.

| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 256 |

**Lincoln/Marcus 1484**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 8/27/2019, D/C: 8/27/2019



## 08/27/2019 - Ultrasound Head Neck Exam in Department of Radiology in Phoenix, Arizona (continued)

**Imaging (continued)**

Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/28/19 2135
Gomez, Brittany M, L.P.N. on 08/29/19 0833

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Eversman, William G, M.D. on 8/27/19 at 0951 MST

**All Reviewers List**

Anderson, Gretchen S, APRN, M.S.N. on 8/29/2019  3:56 PM
Gomez, Brittany M, L.P.N. on 8/29/2019  8:33 AM
Anderson, Gretchen S, APRN, M.S.N. on 8/28/2019  9:35 PM

**Lincoln/Marcus 1485**

Marcus, Leslie S
MRN: 12-300-675, DOB:                  Sex: F
Visit date: 8/19/2019



## MAYO CLINIC

---

### 08/19/2019 - Lab in ARZ PX LMP

**Reason for Visit**

### Visit Diagnosis

- Anemia [D64.9]

---

**Labs**

### Lab

#### Iron and Total Iron-Binding Capacity [2222531668534] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E319035398:1 | Blood | Blood, Venous | 08/14/19 1655 |

Iron and Total Iron-Binding Capacity [2222531668534] (Abnormal)       Resulted: 08/19/19 1522, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,       Order status: Completed
M.S.N.  08/19/19 1454
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 08/14/19 1655
08/19/19 1522
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/20/19 1419
Polyard, Ruth L, L.P.N. on 08/20/19 1701

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 23 | 35 - 145 mcg/dL | L | ARZ |
| Total Iron Binding Capacity | 346 | 250 - 400 mcg/dL | — | ARZ |
| Percent Saturation | 7 | 14 - 50 % | L | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Anemia [D64.9 (ICD-10-CM)]

**All Reviewers List**

Polyard, Ruth L, L.P.N. on 8/20/2019  5:01 PM
Anderson, Gretchen S, APRN, M.S.N. on 8/20/2019  2:19 PM

#### Ferritin [2222531668535] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E319035398:2 | Blood | Blood, Venous | 08/14/19 1655 |

---

**Lincoln/Marcus 1486**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 262/471    Fax Server



## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 8/19/2019

---

### 08/19/2019 - Lab in ARZ PX LMP (continued)

**Labs (continued)**

Ferritin [2222531668536] (Abnormal)                          Resulted: 08/20/19 1113, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,      Order status: Completed
M.S.N.  08/19/19 1454
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 08/14/19 1655
08/20/19 1113
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/20/19 1419
Polyard, Ruth L, L.P.N. on 08/20/19 1701

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin, S | 5 | 11 - 307 mcg/L | L | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/20/2019  5:01 PM
Anderson, Gretchen S, APRN, M.S.N. on 8/20/2019  2:19 PM

### Vitamin B12 Assay [2222531668536] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E319035398:3 | Blood | Blood, Venous | 08/14/19 1655 |

**Vitamin B12 Assay [2222531668536]**                       Resulted: 08/20/19 1113, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,      Order status: Completed
M.S.N.  08/19/19 1454
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 08/14/19 1655
08/20/19 1113
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/20/19 1419
Polyard, Ruth L, L.P.N. on 08/20/19 1701

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 Assay, S | 781 | 180 - 914 ng/L | — | ARZ |

---

**Lincoln/Marcus 1487**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 8/19/2019

## 08/19/2019 - Lab in ARZ PX LMP (continued)

### Labs (continued)

Comment:

----ADDITIONAL INFORMATION----
In patients being evaluated for vitamin B12 deficiency who
have intrinsic factor blocking antibodies (IFBA), false
elevations of B12 may occur due to IFBA interference thus
potentially obscuring a physiological deficiency of B12.
If observed B12 concentrations are discordant with clinical
presentation, measurement of methylmalonic acid (MMA) should
be considered.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

### Indications

Anemia [D64.9 (ICD-10-CM)]

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/20/2019  5:01 PM
Anderson, Gretchen S, APRN, M.S.N. on 8/20/2019  2:19 PM

**Lincoln/Marcus 1488**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 8/15/2019

## 08/15/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnoses

- **Atrial Fibrillation (primary) [I48.91]**
- Flutter Atrial [I48.92]
- Anticoagulant Therapy [Z79.01]

### Progress Notes

#### Progress Notes

##### Progress Notes by Hendrick, Susan E, P.A.-C. at 8/15/2019 3:00 PM

| | | |
|---|---|---|
| Author: Hendrick, Susan E, P.A.-C. | Service: CVD (Cardiovascular Diseases) | Author Type: Physician Assistant |
| Filed: 8/15/2019 4:36 PM | Encounter Date: 8/15/2019 | Status: Signed |
| Editor: Hendrick, Susan E, P.A.-C. (Physician Assistant) | | |

He **PRIMARY ELECTROPHYSIOLOGIST:**
Dr. K. Srivathsan

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
Management of atrial arrhythmias. Multiple medical complaints. Review of testing.

**CARDIOVASCULAR AND RELEVANT HISTORY**
1. Atrial fibrillation, paroxysmal pattern, diagnosed August 2018, ablation December 2018 at Honor Health.
2. Antiarrhythmic drug history: Failure of flecanide with recurrences, subsequently on propafenone. Discontinued July 2019.
3. Pulmonary embolus with deep vein thrombosis, April 2019, on Eliquis.
4. Atypical atrial flutter May 2019, associated with migraine and syncope, ablation June 2019 with ablation also of an atrial tachycardia focus.
5. Hyperlipidemia.
6. Migraine history.
7. Chronic anemia.
8. CT pulmonary veins June 2019, no pulmonary vein stenosis.
9. Sniff test July 2019 with normal diaphragmatic excursion bilaterally.
10. Pulmonary function test July 2019 with mild airway obstruction, significant improvement with bronchodilator.
11. Echocardiogram July 2019, LVEF 62%, no valvular heart disease.
12. Holter monitor July 2019, sinus rhythm, no arrhythmias, pauses or bradycardia. Ectopic beats less than 1%. No report of atrial fibrillation or flutter.
13. CT chest pending September.
14. Ultrasound of the neck pending per primary care.

**HISTORY OF PRESENT ILLNESS**
Leslie S Marcus is a 48 y.o. female with the above cardiovascular history, last seen in clinic in early July. We discontinued propafenone at that time following her ablation for atypical atrial flutter with Dr. Srivathsan in June. She had been complaining of multiple medical complaints. These included: Dyspnea on exertion times many years, changes in voice, lower extremity edema, increase of 40 lb in weight, right neck pain and complaints of not being able

**Lincoln/Marcus 1489**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 8/15/2019



## MAYO CLINIC

### 08/15/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

**Progress Notes (continued)**

to breathe when turning her neck to the right. We arranged for multiple testing, results as noted above and plan to return to clinic to review.

The patient comes to the clinic today for review. In the interim, she saw Psychiatry here in consult about a month ago, addition of Zoloft, recommendations for biofeedback and CBT therapy. Also recommended to discontinue cannabis, patient declined. Patient believes she had 2 episodes of arrhythmia. One occurred last week when they were out for the day in the heat bloating, at elevation and she noted heart rate most of the day in the 160-170 bpm. The 2nd occasion was with exercise, heart rate noted in the 160s. Of note, she did not exercise the day of the Holter monitor and maximum heart rate there was recorded as 145 bpm. Patient reports that her symptoms have been actually were since the addition of Zoloft, Dr. Srivathsan today recommends Effexor or Pristiq, will be contacting Dr. Martin in Psychiatry regarding change of medications if she agrees. Patient denies any other cardiovascular symptoms.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, medical history and problem list.

## REVIEW OF SYSTEMS
Pertinent positives and negatives as documented in the HPI, all other systems reviewed are negative.

OBJECTIVE
Vitals:

|  | 08/15/19 1513 | 08/15/19 1625 |
|---|---|---|
| BP: | | 103/64 |
| Pulse: | | 101 |
| Weight: | 64 kg | |
| Height: | 164 cm | |

Body mass index is 23.8 kg/m².

## PHYSICAL EXAMINATION

Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Neck: No JVD present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Exam reveals no friction rub.
S1, S2 with no S3 or S4 gallops.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Judgment and thought content normal.

## DIAGNOSTICS
ECG: ECG today shows sinus rhythm at 87 bpm.

| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 262 |
|---|---|---|---|

**Lincoln/Marcus 1490**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 266/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 8/15/2019

## 08/15/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

**Progress Notes (continued)**

ASSESSMENT / PLAN

**#1 Fibrillation Atrial (HCC)**
**#2 Flutter Atrial (HCC)**
**#3 Anticoagulant Therapy**

Patient with history of atrial fibrillation and flutter, no documented recurrences, no evidence on Holter monitor for recurrent atrial arrhythmias.  She is experiencing some faster heart rates, will send recordings to Dr. Srivathsan from her smart watch.  He will review and call her if there are any concerns.  In the interim, we have discontinued antiarrhythmic medications at the last visit and no further changes to medications today.  Recommended to stop cannabis use as this will increase heart rate approximately 20 bpm if taken on a daily basis.

Multiple medical complaints as documented above, no evidence for cardiac etiology based on testing as noted.  We will await the results from CT of the chest.  She is also getting an ultrasound of the neck through primary care.  If the CT is negative, will discharge patient from the arrhythmia Clinic, further follow-ups as indicated only.

This was a visit of approximately 25 minutes today with greater than 50% of time involved in patient education, counselling, and coordination of care.

The patient's assessment and plan will be reviewed with Dr. K. Srivathsan.

**Susan Hendrick, P.A.-C., 8/15/2019**

Electronically Signed by Hendrick, Susan E, P.A.-C. on 8/15/2019  4:36 PM

**Procedures**

**ECG**

**ECG 12 Lead [2222504516099] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 08/15/19 1507 |

**ECG 12 Lead [2222504516099]**                        Resulted: 08/15/19 1642, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  08/14/19 0758    Order status: Completed
Resulted by: Simper, David, M.D.                       Filed by: Interface, Mc In Oru From Muse 609303  08/15/19
                                                        1642
Collected by: 08/15/19 1507                             Resulting lab: MUSE
Lab Technician: TODD REYNOLDS
Impression:
Normal sinus rhythm
Normal ECG
When compared with ECG of 08-JUL-2019 14:51,
No significant change was found

PAGE 266/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1491**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 267/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 8/15/2019

## 08/15/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

### Procedures (continued)

Acknowledged by: Hendrick, Susan E, P.A.-C. on 08/16/19 0812

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 87 | BPM | — | MUSE |
| PR Interval | 116 | ms | — | MUSE |
| QRSD Interval | 82 | ms | — | MUSE |
| QT Interval | 348 | ms | — | MUSE |
| QTC Interval | 418 | ms | — | MUSE |
| P Axis | 61 | degrees | — | MUSE |
| R Axis | 49 | degrees | — | MUSE |
| T Wave Axis | 28 | degrees | — | MUSE |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

**Indications**

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

**All Reviewers List**

Hendrick, Susan E, P.A.-C. on 8/16/2019  8:12 AM

## Vitals

### Vital Signs
Most recent update: 8/15/2019  4:26 PM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 103/64 | 101 | 164 cm | 64 kg | 23.80 kg/m² |

## Documents

### Diagnostic Report - ECG

#### Scan on 8/15/2019  3:09 PM

Scan (below)

PAGE 267/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1492**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 8/15/2019

**MAYO CLINIC**

---

## 08/15/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

### Documents (continued)



MARCUS, LESLIE                    ID:12300675          15-AUG-2019  15:07:26              MAYO CLINIC-AZPXPC  ROUTINE RECORD

|  |  |  |  |  |
|---|---|---|---|---|
| | (48 yr) | Vent. rate | 87 | BPM | Normal sinus rhythm |
| Female | | PR interval | 116 | ms | Normal ECG |
| | | QRS duration | 82 | ms | When compared with ECG of 08-JUL-2019 14:51, |
| Room: | | QT/QTc | 348/418 | ms | No significant change was found |
| Loc:4098 | | P-R-T axes | 61  49  28 | | |

Technician ID: 11631
Test ind:

Referred by: SUSAN HENDRICK      Confirmed By: DAVID SIMPER MD

25mm/s   10mm/mV   150Hz   9.0.9   12SL 241   CID: 82        EID:12008 EDT: 18:42 15-AUG-2019 ORDER: 504516099 ACCOUNT: 2006296354486
Page 1 of 1

---

**Lincoln/Marcus 1493**

Marcus, Leslie S
MRN: 12-300-675, DOB:    Sex: F
Adm: 8/14/2019, D/C: 8/14/2019



## MAYO CLINIC

### 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona

**Reason for Visit**

**Visit Diagnoses**
- Anemia [D64.9]
- Fatigue [R53.83]
- Gain Weight [R63.5]
- Connective Tissue Mixed Disorder [M35.9]
- Nausea [R11.0]

**Labs**

**Lab**

**CBC with Differential, Blood [2222531666679] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:1 | Blood | Blood, Venous | 08/14/19 1655 |

CBC with Differential, Blood [2222531666679] (Abnormal)    Resulted: 08/14/19 1832, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 1832    Collected by: 08/14/19 1655
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 9.9 | 11.6 - 15.0 g/dL | L ❤ | ARZ |
| Hematocrit | 32.1 | 35.5 - 44.9 % | L ❤ | ARZ |
| Erythrocytes | 3.75 | 3.92 - 5.13 x10(12)/L | L ❤ | ARZ |
| MCV | 85.6 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 15.1 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 355 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 5.9 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 2.34 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 2.68 | 0.95 - 3.07 x10(9)/L | — | ARZ |
| Monocytes | 0.62 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.20 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.06 | 0.01 - 0.08 x10(9)/L | — | ARZ |

**Lincoln/Marcus 1494**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

## 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

**Labs (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

Anemia [D64.9 (ICD-10-CM)]

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

### S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531666681] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:2 | Blood | Blood, Venous | 08/14/19 1655 |

**S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531666681]**          Resulted: 08/14/19 1841, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N.  08/14/19 1648
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 1841
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

Order status: Completed

Collected by: 08/14/19 1655

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH, Sensitive, S | 2.4 | 0.3 - 4.2 mIU/L | — | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

Fatigue [R53.83 (ICD-10-CM)]
Gain Weight [R63.5 (ICD-10-CM)]

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM

**Lincoln/Marcus 1495**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 271/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

## 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

**T4 (Thyroxine), Free [2222531666683] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:3 | Blood | Blood, Venous | 08/14/19 1655 |

T4 (Thyroxine), Free [2222531666683] (Abnormal)          Resulted: 08/15/19 0834, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,     Order status: Completed
M.S.N.  08/14/19 1648
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301      Collected by: 08/14/19 1655
08/15/19 0834
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T4 (Thyroxine), Free, S | 0.8 | 0.9 - 1.7 ng/dL | L ✓ | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

#### Indications

Fatigue [R53.83 (ICD-10-CM)]
Gain Weight [R63.5 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

**Rheumatoid Factor [2222531666685] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:4 | Blood | Blood, Venous | 08/14/19 1655 |

Rheumatoid Factor [2222531666685]          Resulted: 08/15/19 0827, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,     Order status: Completed
M.S.N.  08/14/19 1648

PAGE 271/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1496**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

## 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 08/14/19 1655
08/15/19 0827
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid Factor, S | <15 | <15 IU/mL | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

#### Indications

Fatigue [R53.83 (ICD-10-CM)]
Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

### Sedimentation Rate [2222531668516] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:5 | Blood | Blood, Venous | 08/14/19 1655 |

#### Sedimentation Rate [2222531668516]                Resulted: 08/14/19 1952, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,        Order status: Completed
M.S.N.  08/14/19 1648
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 08/14/19 1655
08/14/19 1952
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sedimentation Rate, B | 21 | 0 - 29 mm/1 h | — | ARZ |

**Lincoln/Marcus 1497**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

## 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Fatigue [R53.83 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

**All Reviewers List**

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

### CRP (C-Reactive Protein) [2222531668518] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:6 | Blood | Blood, Venous | 08/14/19 1655 |

**CRP (C-Reactive Protein) [2222531668518]**   Resulted: 08/14/19 1841, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N.  08/14/19 1648      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 1841      Collected by: 08/14/19 1655
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C-Reactive Protein (CRP), S | 5.3 | <=8.0 mg/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

**All Reviewers List**

**Lincoln/Marcus 1498**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

---

### 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

#### Labs (continued)

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

**ANA (Antinuclear Antibodies) [2222531668520] (Final result)**

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:7 | Blood | Blood, Venous | 08/14/19 1655 |

**ANA (Antinuclear Antibodies) [2222531668520]**          Resulted: 08/15/19 1250, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,     Order status: Completed
M.S.N.  08/14/19 1648
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301      Collected by: 08/14/19 1655
08/15/19 1251
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antinuclear Ab, S | 0.3 U | <=1.0 (Negative) | — | ARZ |

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

##### Indications

Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

##### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

**Thyroperoxidase (TPO) Antibodies [2222531668522] (Final result)**

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:8 | Blood | Blood, Venous | 08/14/19 1655 |

---

**Lincoln/Marcus 1499**


MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

## 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

**Thyroperoxidase (TPO) Antibodies [2222531668522]**          Resulted: 08/16/19 0932, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,     Order status: Completed
M.S.N.  08/14/19 1648
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 08/14/19 1655
08/16/19 0932
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Thyroperoxidase Ab, S | 2.6 | <9.0 IU/mL | — | SDSC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

#### Indications

Gain Weight [R63.5 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

### Nucleated RBC [2222531668524] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:10 | Blood | — | 08/14/19 1655 |

**Nucleated RBC [2222531668524]**          Resulted: 08/14/19 1832, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,     Order status: Completed
M.S.N.  08/14/19 1648
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 08/14/19 1655
08/14/19 1832
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1153
Polyard, Ruth L, L.P.N. on 08/19/19 1423

#### Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

**Lincoln/Marcus 1500**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 8/14/2019, D/C: 8/14/2019



**MAYO CLINIC**

---

### 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

**Labs (continued)**

| | | Range | | |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Polyard, Ruth L, L.P.N. on 8/19/2019  5:07 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019  3:04 PM
Polyard, Ruth L, L.P.N. on 8/19/2019  2:23 PM
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 11:53 AM

---

**Lincoln/Marcus 1501**


MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 8/14/2019

## 08/14/2019 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

#### Chief Complaints
- New Patient
- Annual Exam

#### Visit Diagnoses
- **Fatigue (primary) [R53.83]**
- Nausea [R11.0]
- Anemia [D64.9]
- Gain Weight [R63.5]
- Connective Tissue Mixed Disorder [M35.9]
- Localized Enlarged Lymph Nodes [R59.0]
- Depression Anxiety [F41.8]
- Loss Hair Personal History [Z87.898]
- Arrhythmia Atrial [I49.8]
- Anemia Iron Deficiency [D50.9]
- Loss Memory [R41.3]

### Progress Notes

#### Progress Notes

##### Progress Notes by Anderson, Gretchen S, APRN, FNP-BC, M.S.N. at 8/14/2019  4:00 PM

| | | |
|---|---|---|
| Author: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. | Service: FAM (Family Medicine) | Author Type: Nurse Practitioner |
| Filed: 8/17/2019 10:02 PM | Encounter Date: 8/14/2019 | Status: Signed |
| Editor: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. (Nurse Practitioner) | | |

## SUBJECTIVE

### CHIEF COMPLAINT / REASON FOR VISIT
New Patient and Annual Exam

### HISTORY OF PRESENT ILLNESS
Leslie S Marcus is a 48 y.o. year old female who presents today to establish care at Mayo Clinic Family Medicine Arrowhead. She has multiple concerns that she wishes to discuss today to establish care. She has been seen by our Cardiology and Psychiatry Department previous to this visit for her history of anxiety and atrial arrhythmia is. She seems to be quite anxious and frustrated upon initial visit. She states that she would also like long-term disability forms completed today. She is accompanied by her husband today.

December 2017 she was involved in a motor vehicle accident which led to increased low back pain. She was given several epidural steroids which eventually had led to atrial tachycardia as an atrial arrhythmia is as a result of the steroids reportedly. Since this time, she has been dealing with many symptoms which seem to progressively be getting worse. The symptoms seem to include chronic nausea, weight gain, mood changes becoming severely depressed and anxious, anemia, insomnia, and difficulty walking. She also states that her cortisol levels have increased and was reportedly started on SSRI therapy of Zoloft which has not been helping her symptoms. She does report a history of esophageal ulcers that was being managed by an outside GI provider with an upper endoscopy most recently completed approximately 6 months ago. Testing was negative for Helicobacter pylori. She does remain on Remeron which was placed for the insomnia which she reports is not working either. She has also noted to have

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 274 |

**Lincoln/Marcus 1502**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 8/14/2019

## 08/14/2019 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

### Progress Notes (continued)

severe hair loss.  She is also concerned regarding a family history with her twin sister of having positive ANA levels.  Her ANA and rheumatological factors reportedly in the past have been negative.  She is very frustrated about her symptoms and how she has been feeling.  She states that she was in a top position with management prior to the motor vehicle accident and now can barely manage herself and her family.  She does have an upcoming Hematology appointment already pre scheduled for her history of anemia.

During the visit her husband does show me an episode when they were in Idaho last weekend in which she became very dizzy with increased anxiety.  During this time on the video it shows her rocking back and forth on the bed and reportedly not being able to find her words with crying.  These episodes seem to happen twice weekly and symptoms come fluctuate from mild to severe.

She also has concerns regarding a tender right lymph node within her neck.  She states that this has been ultrasounded in the past and has been unremarkable although she is adamant that is quite painful in actually causes her some nausea.

In the community she has been seen by Neurology and Hematology with Gastroenterology.

## PAST MEDICAL HISTORY
Patient Active Problem List
Diagnosis
- Fibrillation Atrial (HCC)
- Catheter Ablation For Conduction Pathway Status Post
- Flutter Atrial (HCC)
- Anxiety Generalized Disorder
- Adjustment Disorder With Depressed Mood
- Asthma (HCC)
- Chronic Fatigue Syndrome
- Hemorrhage Gastrointestinal
- Insomnia Due To Medical Condition
- Irritable Bowel Syndrome Without Diarrhea
- Other Pulmonary Embolism Without Acute Cor Pulmonale (HCC)

Current Outpatient Medications:
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
- apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
- atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.  , Disp: , Rfl:
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
- clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY, Disp: , Rfl:
- metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
- mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 2
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 275

**Lincoln/Marcus 1503**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 8/14/2019

## 08/14/2019 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth 2 (two) times a day before breakfast and dinner., Disp: 60 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:
• venlafaxine XR (EFFEXOR-XR) 75 mg 24 hr capsule, Take 2 capsules (150 mg total) by mouth daily with breakfast. Start with 1 capsule per day for 7 days, then increase to 2 caps per day., Disp: 60 capsule, Rfl: 1

REVIEW OF SYSTEMS
Please refer to HPI

**OBJECTIVE**

Vitals:

| | 08/14/19 1542 |
|---|---|
| BP: | 98/62 |
| Pulse: | 84 |
| Resp: | 16 |
| Temp: | 37 °C |
| SpO2: | 97% |

**PHYSICAL EXAM**
Constitutional:  No apparent distress.
HEENT: Normocephalic, atraumatic.Neck:  Supple, no lymphadenoapthy.
Cardiovascular: S1, S2 Regular rate and rhythm, no murmur, rub or gallop. No lower extremity edema
Respiratory: Clear to auscultation, non-labored respirations.No tachypnea
Neck:  No thyroid megaly, palpable lymph node of the right anterior lymph node chain which was tender upon palpation.
GI:  Soft non-tender, non-distended without rebound or guarding.  Normoactive bowels.
GU: No CVA tenderness
Psychiatry:  She is often hysterical in the room with crying, depression, and elevated anxiety.  She became very angry when I declined filling out long-term disability paperwork during the visit.  She is well groomed and does make eye contact.
Musculoskeletal: ambulation is normal.
Neurovascular: Cns II-XII intact.

**ASSESSMENT / PLAN**
**#1 Fatigue**
**#2 Nausea, chronic**
**#3 Anemia with history of esophageal ulcers, last upper endoscopy January 2019**
**#4 Gain Weight**
**#5 Localized Enlarged Lymph Nodes, right side neck**

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 276

**Lincoln/Marcus 1504**



Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 8/14/2019

Sex: F

## 08/14/2019 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

### Progress Notes (continued)

**#6 Insomnia**
**#7 Depression anxiety**
**#8 Hair loss**
**#9 Atrial arrhythmias**
**#10 Difficulty walking and balancing/memory concerns**

Plan:  They bring in a spread sheet of her multiple symptoms for me to review.  When I declined completing long-term disability paperwork, she became very angry despite repeated attempts at clarifying our office policy of long-term paperwork.  She will take this back to her previous PCPs office to have completed.  It is very difficult to identify 1 single source that is causing all of these multiple symptoms although I do believe that much of it is related to uncontrolled anxiety.  She will continue to follow up with Cardiology and Psychiatry.  Due to her multiple other concerns, I will place a consult for Neurology and GI as she has a prescheduled point with Hematology.  Rheumatological labs including sed rate, CRP, rheumatoid factor, ANA, CBC, TSH, T4, TPO antibodies will be completed.  If these are abnormal with rheumatological labs will consult with Rheumatology.  I will order an ultrasound of the right-sided neck lymph node for further evaluation with a possible consideration to ENT if needed.  Based on lab results will also consider follow-up with Endocrinology due to her multiple symptoms of fatigue, hair loss, and weight gain to evaluate for any other etiologies she has been experiencing for her symptoms.

Electronically Signed by Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/17/2019 10:02 PM

## Vitals

### Vital Signs
Most recent update: 8/14/2019  3:43 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 98/62 (BP Location: Left arm, Patient Position: Sitting, Cuff Size: Regular) | 84 | 37 °C (Oral) | 16 | 165 cm |

| Wt | SpO2 | BMI |
|---|---|---|
| 65.3 kg | 97% | 23.99 kg/m² |

### Pain Information (Last Filed)

| Score | Location | Edu? |
|---|---|---|
| 0-No pain | None | Yes |

**Lincoln/Marcus 1505**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/23/2019, D/C: 7/23/2019

## 07/23/2019 - Holter Monitor Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnoses

- Atrial Fibrillation [I48.91]
- Dyspnea Multifactorial [R06.09]

### Imaging

#### Cardiac Services

##### ECG Heart rhythm monitor (Holter) [2222504516094] (Final result)

| ECG Heart rhythm monitor (Holter) [2222504516094] | Resulted: 07/30/19 1606, Result status: Final result |
|---|---|
| Ordering provider: Hendrick, Susan E, P.A.-C.  07/23/19 1031 | Order status: Completed |
| Resulted by: Scott, Luis R, M.D. | Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 07/30/19 1606 |
| Performed: 07/23/19 1031 - 07/23/19 1040 | Accession number: 11733868 |
| Resulting lab: HOLTER SENTINEL | |
| Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/31/19 0934 | |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VT Runs | 0 | count | — | HOLTER |
| VE Total Beats | 5 | count | — | HOLTER |
| VE Percent Beats | 0 | percent | — | HOLTER |
| VE Max Per Hour Time | 2019072316 0000 | — | — | HOLTER |
| VE Max Per Hour | 1 | count | — | HOLTER |
| Tachycardia Runs | 0 | count | — | HOLTER |
| SVT Runs | 0 | count | — | HOLTER |
| SVE Total Beats | 3 | count | — | HOLTER |
| SVE Percent Beats | 0 | percent | — | HOLTER |
| SVE Max Per Hour Time | 2019072312 0000 | — | — | HOLTER |
| SVE Max Per Hour | 1 | count | — | HOLTER |
| Recording Date | 2019072310 3900 | — | — | HOLTER |
| Holter Pauses | 0 | count | — | HOLTER |
| Min Heart Rate Time | 2019072403 0040 | — | — | HOLTER |
| Min Heart Rate | 72 | bpm | — | HOLTER |
| Mean Heart Rate | 92 | bpm | — | HOLTER |
| Max Heart Rate Time | 2019072409 4030 | — | — | HOLTER |
| Max Heart Rate | 145 | bpm | — | HOLTER |
| Bradycardia Runs | 0 | count | — | HOLTER |
| Analysis Date | 20,190,730 | — | — | HOLTER |
| AF Count | 0 | count | — | HOLTER |

| Procedures Performed | Chargeables |
|---|---|
| HOLTER MONITOR - IN CLINIC HOOK UP [CAR164] | |

**Lincoln/Marcus 1506**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM  PAGE 282/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 7/23/2019, D/C: 7/23/2019

## 07/23/2019 - Holter Monitor Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **220 - HOLTER** | HOLTER SENTINEL | Unknown | NA | 08/03/16 0855 - Present |

**Indications**

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

**Signed**

Electronically signed by Scott, Luis R, M.D. on 7/30/19 at 1606 MST

**All Reviewers List**

Hendrick, Susan E, P.A.-C. on 7/31/2019  9:34 AM

PAGE 282/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1507**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/19/2019, D/C: 7/19/2019

## 07/19/2019 - Fluoroscopic Sniff Test Exam in Department of Radiology in Scottsdale, Arizona

**Reason for Visit**

### Visit Diagnoses

- Atrial Fibrillation [I48.91]
- Dyspnea Multifactorial [R06.09]

## Imaging

### Imaging

#### FL Sniff Test [2222504516091] (Final result)

##### FL Sniff Test [2222504516091]                          Resulted: 07/19/19 0901, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/19/19 0818     Order status: Completed
Resulted by: Johnson, C D, M.D.                                 Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                                               07/19/19 0904
Performed: 07/19/19 0840 - 07/19/19 0845                        Accession number: 11733865
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: FL SNIFF TEST

COMPARISON:  None

TECHNIQUE:  Sniff testing under fluoroscopic observation

Impression:
The hemidiaphragms move downward in a symmetric fashion when the
patient sniffs.

Image(s) acquired. Fluoro time 0.4 minutes.


Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/19/19 1110


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Johnson, C D, M.D. on 7/19/19 at 0901 MST

**All Reviewers List**

Hendrick, Susan E, P.A.-C. on 7/19/2019 11:10 AM


## Documents

### Radiology - Screening Form

#### Scan on 7/23/2019 10:07 AM

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727                    Page 280

**Lincoln/Marcus 1508**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM  PAGE 284/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/19/2019, D/C: 7/19/2019

## 07/19/2019 - Fluoroscopic Sniff Test Exam in Department of Radiology in Scottsdale, Arizona (continued)

**Documents (continued)**

Scan (below)

 *Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
**Route to scanning.**

 **TO BE SCANNED**



(complete fields or place patient label here)

| MRN: 12 – 300 – 675 | CSN: 2000291402005 |
| Marcus, Leslie S | |
| DOB:    (48 yrs)   Female   Enctr Dt: 7/19/2019 | |

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

Are you known to be pregnant?
☐ Yes  ☒ No

Is there a chance you could be pregnant?
☐ Yes  ☒ No

If yes, do you want to take a pregnancy test? *
☐ Yes  ☒ No
  * You will be financially responsible for what your health insurance does not cover.

Are you breastfeeding?
☐ Yes  ☒ No

| Patient Signature | Date (mm-dd-yyyy) |
| | 19 July 2019 |

Are you younger than 18 years of age?
☒ Yes  ☐ No
  With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them.

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
| | | |

### For Departmental Use Only

Pregnancy Test
☐ Indeterminate or Positive
☐ Negative
☒ Declined

| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| | |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| | 7/19/19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name  Maija Erznr | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.



RADSCN

©2017 Mayo Foundation for Medical Education and Research

MC1038-26

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 281

**Lincoln/Marcus 1509**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 285/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/19/2019, D/C: 7/19/2019

**07/19/2019 - Fluoroscopic Sniff Test Exam in Department of Radiology in Scottsdale, Arizona (continued)**

**Documents (continued)**

PAGE 285/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1510**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 7/18/2019

### 07/18/2019 - Comprehensive Visit in Department of Psychiatry and Psychology in Phoenix, Arizona

**Reason for Visit**

**Visit Diagnoses**
- Insomnia [G47.00]
- Depression Anxiety [F41.8]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Martin, Kari A, M.D. at 7/18/2019 10:00 AM**

| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
|---|---|---|
| Filed: 7/18/2019 10:58 AM | Encounter Date: 7/18/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

See dictated consult.

Electronically Signed by Martin, Kari A, M.D. on 7/18/2019 10:58 AM

**Consults - Outpatient signed by Martin, Kari A, M.D. at 7/22/2019  2:53 PM**

| Author: Martin, Kari A, M.D. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Physician |
|---|---|---|
| Filed: 7/22/2019  2:53 PM | Encounter Date: 7/18/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

SUBJECTIVE
Psychiatric diagnostic evaluation with medical services.

**HISTORY OF PRESENT ILLNESS**
Ms. Marcus is a pleasant 48-year-old female with a history of atypical atrial flutter status post multiple ablations. She was most recently discharged from our facility on June 13, 2019. She has been referred to Psychiatry for severe comorbid anxiety and depression. She presents with her husband.

Her PHQ-9 score is 24. She endorses feeling depressed, loss of interest, trouble with sleep, energy, appetite, feeling bad about herself, trouble concentrating, psychomotor changes. She denies thoughts that she would be better off dead. She denies a history of suicidal gesture or intent or attempt. She denies command hallucinations to self-harm. She has had chronic insomnia, which predates her acute medical issues. She was involved in a motor vehicle accident in December and has had a constellation of health issues since that time. Her GAD-7 score is 18 for feeling nervous, not being able to control her worrying, worrying about different things, trouble relaxing, restlessness, irritability, fear that something awful might happen. She has a history of panic attacks. She describes anxiety with driving and being on the freeway. She has had to pull over. She describes avoidance phenomena. She has some reluctance to leave her home.

The patient was previously on Prozac at age 40 associated with depression experienced during a previous divorce. She found the medication helpful. She denies a history of postpartum depression. She denies a history of inpatient treatment. She denies any clearcut history of mood cycling or psychosis. She is currently on Remeron 30 mg at night with Klonopin 1 mg at night for sleep. She has been on and off Klonopin at different times. Currently, Klonopin is prescribed by her primary care physician. Even with the Remeron and Klonopin, she averages 1 night a week which

**Lincoln/Marcus 1511**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/18/2019

### 07/18/2019 - Comprehensive Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

is essentially sleepless. She is also taking CBD oil and using a marijuana cookie at night (indica). We discussed neuropsychiatric effects of cannabis. She describes chronic nausea. She feels worthless, hopeless. She has been unable to work because of her health issues. She feels it is challenging to engage with others as she has "nothing to offer." She feels physically and psychologically "terrible".

The patient is familiar with yoga, having done it for the prior 20 years. She is finding it difficult to engage in a healthy lifestyle and behavioral changes due to her emotional state and physical decline. She is very short of breath with minimal activity.

**Medications, allergies, problem list, past medical history, past surgical history**: Reviewed and updated.

**PAST PSYCH HISTORY:**
She had 1 prior contact with a psychiatrist; She felt very invalidated. She states that person accused her of being a drug addict and a hypochondriac.

**FAMILY HISTORY**
Limited information. She is estranged from much of her family of origin. She asserts that a sister has been diagnosed with bipolar disorder.

**SOCIAL HISTORY/DEVELOPMENTAL HISTORY:**
She did experience developmental abuse. She denies nightmares, flashbacks, intrusive thoughts. She has possibly some dissociative memory gaps in childhood. Her husband has observed mild heightened startle. She has had increased irritability and impaired frustration tolerance since December. She has also gained 40 pounds. Decreased focus/ concentration since her accident.

OBJECTIVE
MENTAL STATUS EXAM:
She is alert and oriented. Sensorium is clear. There is no fluctuation of consciousness. Eye contact is appropriate. She is casually dressed. Speech is clear, fluent and nonpressured. Mood/Affect: She is tearful, labile, depressed. No physical aggression. No disinhibition. No perceptual disturbances, paranoia, or delusions. She denies acute suicidal or homicidal ideation. Judgment/insight: She is cooperative and engages in the interview.

ASSESSMENT / PLAN
The patient presents to Psychiatry with severe anxiety and depression in the setting of multiple medical issues. Psychoeducation was provided. I am going to refer her for biofeedback. I will refer her to cognitive behavioral therapy. I will start her on sertraline, target dose 50 mg a day. She agrees to contact me next week with an update on her tolerability of the sertraline. Risks and side effects of the medication were reviewed. I did reach out to her cardiologist as well regarding the plan of care. Dr. Sri agreed with the Zoloft trial. I will schedule a follow-up visit with the patient.

We discussed neuropsychiatric effects of cannabis. I would recommend discontinuing cannabis in the setting of anxiety and nausea and cardiac issues. The patient, however, feels that cannabis has been helpful and would like to continue it.

FINAL IMPRESSION:

**Lincoln/Marcus 1512**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 7/18/2019



## MAYO CLINIC

**07/18/2019 - Comprehensive Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)**

**Clinical Notes (continued)**

**#1 Major depression, severe, recurrent**
**#2 Panic attacks**
**#3 Generalized anxiety disorder**
**#4 Chronic insomnia**
**#5 cannabis use**

DD: 07/18/2019 12:57:36 CT
DT: 07/18/2019 17:15:41 CT
Job ID: 846884513/lam

CC: Komandoor Srivathsan, M.D.
    Mayo Clinic
    5777 East Mayo Blvd
    Phoenix, AZ 85054

Electronically Signed by Martin, Kari A, M.D. on 7/22/2019 2:53 PM

**Lincoln/Marcus 1513**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 7/18/2019, D/C: 7/18/2019



## MAYO CLINIC

---

## 07/18/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Hospital, in Phoenix, Arizona

**Reason for Visit**

**Visit Diagnoses**
- Atrial Fibrillation [I48.91]
- Dyspnea Multifactorial [R06.09]

**Labs**

**Lab**

**CBC with Differential, Blood [2222504516079] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E218015046:1 | Blood | Blood, Venous | 07/18/19 0904 |

CBC with Differential, Blood [2222504516079] (Abnormal)            Resulted: 07/18/19 0915, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/18/19 0851    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 07/18/19 0904
07/18/19 0915
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/18/19 1638

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 10.0 | 11.6 - 15.0 g/dL | L ❤ | ARZ |
| Hematocrit | 32.9 | 35.5 - 44.9 % | L ❤ | ARZ |
| Erythrocytes | 3.83 | 3.92 - 5.13 x10(12)/L | L ❤ | ARZ |
| MCV | 85.9 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 14.7 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 316 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 6.5 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 2.84 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 2.86 | 0.95 - 3.07 x10(9)/L | — | ARZ |
| Monocytes | 0.48 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.22 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.07 | 0.01 - 0.08 x10(9)/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

---

PAGE 289/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1514**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Hospital, in Phoenix, Arizona (continued)

### Labs (continued)

#### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

#### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/18/2019  4:38 PM

### Basic Metabolic Panel [2222504516081] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E218015046:2 | Blood | Blood, Venous | 07/18/19 0904 |

Basic Metabolic Panel [2222504516081] (Abnormal)                Resulted: 07/18/19 0929, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/18/19 0851    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 07/18/19 0904
07/18/19 0929
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/18/19 1638

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 5.1 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 105 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 27 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 9 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 23.3 | 6 - 21 mg/dL | H ^ | ARZ |
| Creatinine, S | 1.02 | 0.59 - 1.04 mg/dL | — | ARZ |
| eGFR-Non Black | 65 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | 75 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.4 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 89 | 70 - 140 mg/dL | — | ARZ |

**Lincoln/Marcus 1515**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/18/2019, D/C: 7/18/2019



## 07/18/2019 - Blood Test in Department of Laboratory Medicine and Pathology, Mayo Hospital, in Phoenix, Arizona (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

**All Reviewers List**

Hendrick, Susan E, P.A.-C. on 7/18/2019  4:38 PM

### Nucleated RBC [2222504516083] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E218015046:4 | Blood | — | 07/18/19 0904 |

**Nucleated RBC [2222504516083]**                    Resulted: 07/18/19 0915, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/18/19 0851    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 07/18/19 0904
07/18/19 0915
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/18/19 1638

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Hendrick, Susan E, P.A.-C. on 7/18/2019  4:38 PM

**Lincoln/Marcus 1516**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 292/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 - Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnoses

- Atrial Fibrillation [I48.91]
- Dyspnea Multifactorial [R06.09]

### Imaging

#### PFT

##### Pulmonary Function Tests [2222504516077] (Final result)

###### Pulmonary Function Tests [2222504516077]    Resulted: 07/19/19 1549, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/18/19 0759    Order status: Completed
Resulted by: Viggiano, Robert W, M.D.    Filed by: Viggiano, Robert W, M.D.  07/19/19 1549
Performed: 07/18/19 0838 - 07/18/19 0838    Accession number: 11733848
Resulting lab: MAYO BREEZE SUITE
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/19/19 1640

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| FVC | 3.39 | L | — | BREEZE |
| FVC% | 91 | % | — | BREEZE |
| PostFVC | 3.90 | L | — | BREEZE |
| FVCLLN | 3.11 | L | — | BREEZE |
| FEV1 | 2.13 | L | — | BREEZE |
| FEV1% | 71 | % | — | BREEZE |
| PostFEV1 | 2.80 | L | — | BREEZE |
| PostFEV1%Change | 31 | % | — | BREEZE |
| FEV1LLN | 2.47 | L | — | BREEZE |
| FEV1/FVC | 63 | % | — | BREEZE |
| FEV1/FVCLLN | 68 | % | — | BREEZE |
| FEF 25-75 | 1.28 | L/sec | — | BREEZE |
| FEF25-75% | 43 | % | — | BREEZE |
| FEF25-75LLN | 1.60 | L/sec | — | BREEZE |
| SVC | 3.47 | L | — | BREEZE |
| DLCO | 17.53 | ml/min/mmHg | — | BREEZE |
| DLCO% | 74 | % | — | BREEZE |
| DLCOlln | 18.73 | ml/min/mmHg | — | BREEZE |
| DLCOc | 19.98 | ml/min/mmHg | — | BREEZE |
| DLCOc% | 85 | % | — | BREEZE |

Image results for this order (below)

PAGE 292/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1517**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## MAYO CLINIC

---

**07/18/2019 - Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona (continued)**

**Imaging (continued)**

---

**12300675**                              **PULMONARY LABORATORY**
**MARCUS, LESLIE S**                       **MAYO CLINIC ARIZONA**

Account: 2000291773521            Test Date: 07/18/2019  08:02:33 AM        Room: 5
48 y.o.   Female   Race: C    Wt: 67.0 Kgs       BMI: 24.5    Ht: 165.5 Cms        Arm Span:
Referring Provider: HENDRICK, SUSAN, PA-C Reviewing Physician: VIGCIANO, ROBERT, MD  Tech:UPTAIN, N.(ALISIA), RCP

**FeNO (ppb) =NR**          **Adults -** Upper Limit Normal 39 ppb  **Children -** Upper Limit Normal 37 ppb
                                             **< 12 Years**

DLCO CORRECTED HGB 10.0 DRAWN 7/18/19

|  | PREDICTED | | CONTROL | | POST-DILATOR** | | CHALLENGE** | |
|---|---|---|---|---|---|---|---|---|
|  | **Pred** | **LLN** | **Actual** | **% Pred** | **Actual** | **% Chng** | **Actual** | **% Chng** |
| -- LUNG VOLUMES -- | | | | | | | | |
| TLC (Pleth) (L) | 5.25 | 4.20 | 6.14 | 117 | | | | |
| SVC (L) | 3.72 | 3.11 | 3.47 | 93 | | | | |
| RV (Pleth) (L) | 1.71 | 1.37 | *2.68 | *156 | | | | |
| RV/TLC (Pleth) (%) | 34 | 27 | ^44 | ^128 | | | | |
| | | | | | | | | |
| -- SPIROMETRY -- | | | | | | | | |
| FVC (L) | 3.72 | 3.11 | 3.39 | 91 | 3.90 | +15 | | |
| FEV1 (L) | 2.96 | 2.47 | ^2.13 | ^71 | 2.80 | +31 | | |
| FEV1/FVC (%) | 81 | 68 | ^63 | ^77 | 72 | +14 | | |
| FEF 25-75% (L/sec) | 2.90 | 1.60 | *1.28 | ^43 | 2.61 | +104 | | |
| FEF Max (L/sec) | 6.97 | 5.23 | ^4.98 | ^71 | 6.29 | +26 | | |
| MVV (L/min) | 106 | 89 | ^78 | ^73 | | | | |
| | | | | | | | | |
| -- DIFFUSION -- | | | | | | | | |
| DLCOunc (ml/min/mmHg) | 23.41 | 18.73 | ^17.03 | ^73 | | | | |
| DLCOcor (ml/min/mmHg) | 23.41 | 18.73 | 19.98 | 85 | | | | |
| VA (L) | 5.25 | 4.38 | 5.77 | 109 | | | | |
| | | | | | | | | |
| - AIRWAYS RESISTANCE - | | | | | | | | |
| Raw (cmH2O/L/s) | 1.86 | 1.55 | *3.72 | ^169 | | | | |
| Gaw (L/s/cmH2O) | 1.03 | 0.86 | ^0.27 | ^26 | | | | |
| sRaw (cmH2O*s) | < 4.76 | 3.97 | 17.06 | | | | | |
| sGaw (1/cmH2O*s) | 0.20 | 0.17 | ^0.06 | ^29 | | | | |

| -- OXIMETRY -- | **Rest** | **Exercise** |
|---|---|---|
| SaO2 (%) | 99 | 99 |
| Pulse | 77 | 104 |

---

**Lincoln/Marcus 1518**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 - Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona (continued)

### Imaging (continued)

12300675                                PULMONARY LABORATORY
MARCUS, LESLIE S                        MAYO CLINIC ARIZONA

Account: 2000291773521          Test Date: 07/18/2019 08:02:33 AM         Room: 5
48 y.o.    Female   Race: C    Wt: 67.0 Kgs     BMI: 24.5    Ht: 165.5 Cms     Arm Span:
Referring Provider: HENDRICK, SUSAN, PA-C  Reviewing Physician: VIGGIANO, ROBERT, MD  Tech:UPTAIN, N.(ALISIA), RCP



PF Interpretation:

INTERPRETATION:
The FEV1/FVC is reduced. The FEV1 is mildly reduced. The FVC is normal. The TLC by body plethysmography is normal. The corrected
DLco is normal. Following administration of bronchodilators, there is a significant response.

CONCLUSION:  There is mild airways obstruction with significant improvement following inhaled bronchodilator
The corrected diffusing capacity is normal
««This interpretation has been electronically signed:  VIGGIANO, ROBERT, MD 07/18/2019  03:26:23 PM»»

**Lincoln/Marcus 1519**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 - Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona (continued)

### Imaging (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **308 - BREEZE** | MAYO BREEZE SUITE | Unknown | NA | 08/03/16 0855 - Present |

#### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

#### Signed

Electronically signed by Viggiano, Robert W, M.D. on 7/19/19 at 1549 MST

#### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/19/2019  4:40 PM

**Vitals** from 7/15/2019 to 6/18/2021

| Date/Time | Weight | Who |
|---|---|---|
| 07/18/19 0834 | 67 kg | NU |

PAGE 295/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1520**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnoses
- Atrial Fibrillation [I48.91]
- Dyspnea Multifactorial [R06.09]

### Imaging

#### Echocardiography

##### Echo Transthoracic (TTE) [2222504516075] (Final result)

**Echo Transthoracic (TTE) [2222504516075]**          Resulted: 07/12/19 1448, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/12/19 1333     Order status: Completed
Resulted by: Marcotte, Francois, M.D.     Filed by: Interface, Mc In Oru Cardiology Generic 1 609313
07/12/19 1448

Performed: 07/12/19 1337 - 07/12/19 1443     Accession number: 11733843
Resulting lab: MC CV EIMS
Narrative:

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Normal left ventricular chamber size, mass index and systolic & diastolic function (LVEF 62%)
2. Normal sized atria.
3. Normal right ventricular size and systolic function.
4. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg).
5. Normal inferior vena cava size with normal inspiratory collapse (>50%).
6. No significant valvular heart disease.
7. Normal ascending aorta dimension.
8. No atrial level shunt by color flow imaging.
9. No pericardial effusion.
10. Compared to the report of 06/13/2019 no significant change has occurred.

Findings
Echocardiographic images interpreted at MCA - Hospital campus.  Color flow and spectral Doppler performed in part to assess valvular heart disease.  Status post catheter ablation (06/12/2019).  LEFT VENTRICLE: Normal left ventricular chamber size.  Normal left ventricular wall thickness.  Calculated 2-D biplane volumetric left ventricular ejection fraction 62 %.  No regional wall motion abnormalities.  Normal left ventricular diastolic function.  RIGHT VENTRICLE: Normal right ventricular size.  Normal right ventricular systolic function.  Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg).  ATRIA: Normal left atrial size.  Left atrial volume index 33 ml/m^2.  Normal right atrial size.  CARDIAC VALVES: Trileaflet aortic valve.  Normal aortic valve.  No aortic valve regurgitation.  Normal mitral valve.  No mitral valve regurgitation.  Normal pulmonary valve.  Normal pulmonary valve systolic velocity.  No pulmonary valve regurgitation.  Normal tricuspid valve.  Mild tricuspid valve regurgitation.  OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%).  Normal ascending aorta dimension.  No atrial level shunt by color flow imaging.  No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location.  No pericardial effusion.  Compared to the report of 06/13/2019 no significant change has occurred.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"

**Lincoln/Marcus 1521**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

---

## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Imaging (continued)

Acknowledged by: O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 07/15/19 1320

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 62 | — | — | EIMS |
| Mid-Ascending Aorta | 34 | — | — | EIMS |
| LV Mass Index | 72 | — | — | EIMS |
| LV End-Diastolic Diameter | 45 | — | — | EIMS |
| LV End-Systolic Diameter | 29 | — | — | EIMS |
| LV End-Diastolic Volume | 95 | — | — | EIMS |
| LV End-Systolic Volume | 36 | — | — | EIMS |
| E Velocity | 0.5 | — | — | EIMS |
| A Velocity | 0.4 | — | — | EIMS |
| E/A | 1.25 | — | — | EIMS |
| eVelocity Medial | 0.12 | — | — | EIMS |
| eVelocity Lateral | 0.14 | — | — | EIMS |
| E/eMedial | 4.2 | — | — | EIMS |
| E/eLateral | 3.6 | — | — | EIMS |
| Left ventricular stroke volume | 34 | — | — | EIMS |
| Cardiac Output | 4.57 | — | — | EIMS |
| Cardiac Index | 2.67 | — | — | EIMS |
| LV Interventricular Septal Wall Thickness | 9 | — | — | EIMS |
| LV Posterior Wall Thickness | 8 | — | — | EIMS |
| Relative Wall Thickness | 36 | — | — | EIMS |
| 4-Chamber Base | 34 | — | — | EIMS |
| Tapse | 21 | — | — | EIMS |
| Tricuspid Annular S' | 0.14 | — | — | EIMS |
| TR Vmax | 2.31 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |
| RV Systolic Pressure | 26 | — | — | EIMS |
| AV mean gradient | 2 | — | — | EIMS |
| Aortic valve area | 2.71 | — | — | EIMS |
| Dimensionless Index | 0.86 | — | — | EIMS |
| LA Volume Index | 33 | — | — | EIMS |

**Procedures Performed**                              **Chargeables**

(TTE) 2D ECHO DOPPLER COLOR [ECH430]

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

**Indications**

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

**Signed**

Electronically signed by Marcotte, Francois, M.D. on 7/12/19 at 1448 MST

---

PAGE 297/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1522**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Imaging (continued)

**All Reviewers List**

O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 7/15/2019  1:20 PM

### Documents

**Diagnostic Report - Echo**

**Scan on 7/12/2019  2:48 PM**

Scan (below)

PAGE 298/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1523**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE 299/471    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 7/12/2019, D/C: 7/12/2019



## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Documents (continued)

| | | |
|---|---|---|
| 12-300-675 | Echocardiography Laboratory | Performed 12 Jul 2019 |
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 12 Jul 2019 |
| Born:        Sex: F 48 | Final Report | Page 1 of 4 |

Responsible Consultant: Marcotte, Francois (79)1 5441

### Demographics

Height: 164.1 cm    Weight: 65.3 kg    BSA: 1.71 m²        BMI: 24.25
Procedure Start Time: 07/12/2019 01:38 PM        Location: MCA Hospital
Patient Class: OP
Referring Provider: Hendrick, Susan E., P.A.-C.        Indication for Study: Unspecified atrial fibrillation (HCC);Other forms of dyspnea

### Procedure

Type: MCA Adult TTE
Components: 2-D, Color Flow Doppler, Doppler, M-Mode, TDI (Tissue Doppler Imaging)

### Referral Diagnosis

Atrial fibrillation.
Shortness of breath (dyspnea).

### Hemodynamics

Heart Rate: 83 BPM
Blood Pressure: 116 / 73 mmHg
ECG:
  Sinus rhythm

### Media Details

Server #Prosolv

### Final Impressions

1. Normal left ventricular chamber size, mass index and systolic & diastolic function (LVEF 62%)
2. Normal sized atria.
3. Normal right ventricular size and systolic function.
4. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg).
5. Normal inferior vena cava size with normal inspiratory collapse (>50%).
6. No significant valvular heart disease.
7. Normal ascending aorta dimension.
8. No atrial level shunt by color flow imaging.
9. No pericardial effusion.
10. Compared to the report of 06/13/2019 no significant change has occurred.

### Findings

Echocardiographic images interpreted at MCA – Hospital campus. Color flow and spectral Doppler performed in part to assess valvular heart disease. Status post catheter ablation (06/12/2019). LEFT VENTRICLE: Normal left ventricular chamber size. Normal left ventricular wall thickness. Calculated 2-D biplane volumetric left ventricular ejection fraction 62 % No regional wall motion abnormalities. Normal left ventricular diastolic function. RIGHT VENTRICLE: Normal right ventricular size. Normal right ventricular systolic function. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg). ATRIA: Normal left atrial size. Left atrial volume index 33 ml/m². Normal right atrial size. CARDIAC VALVES: Trileaflet aortic valve. Normal aortic valve. No aortic valve regurgitation. Normal mitral valve. No mitral valve regurgitation. Normal pulmonary valve. Normal pulmonary valve systolic velocity. No pulmonary valve regurgitation. Normal tricuspid valve. Mild tricuspid valve regurgitation. OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%). Normal ascending aorta dimension. No atrial level shunt by color flow imaging. No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location. No pericardial effusion. Compared to the report of 06/13/2019 no significant change has occurred.

### Measurements

| | Value | Normals |
|---|---|---|
| **Right Ventricle** | | |
| 2D: | | |
| Basal RV Diameter (d) 4 chamber (mm) | 34 | 24 - 42 |
| **Ventricular Septum** | | |
| 2D: | | |
| Thickness (d)(mm) | 9 | 8 - 11 |
| **Posterior Wall** | | |
| 2D: | | |
| Thickness (d)(mm) | 8 | 8 – 12 |

CONTINUED ON NEXT PAGE                MCI383 4

---

6/18/2021 9:33 AM MST        User: 113763        Release ID: 121402727        Page 296

PAGE 299/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1524**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/12/2019, D/C: 7/12/2019



MAYO CLINIC

## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Documents (continued)**

12-300-675                    Echocardiography Laboratory        Performed 12 Jul 2019
Marcus, Ms. Leslie S             MAYO CLINIC ARIZONA          Printed 12 Jul 2019
Born:          Sex: F 48            Final Report                Page 2  of 4

**Measurements**                      **Value (Continued)**

| | Value | Normals |
|---|---|---|
| **Left Ventricle** | | |
| 2D: | | |
| Dimension (d) (mm) | 45 | 38 – 52 |
| Dimension (s) (mm) | 29 | 23  35 |
| LV Mass (g) | 122 | |
| LV Mass index (g/m²) | 72 | |
| Relative Wall Thickness (2D)(%) | 36 | |
| Volume (d) by Method of Discs (ml) | 95 | |
| Volume (s) by Method of Discs (ml) | 36 | |
| EF by Method of Discs(%) | 62 | |
| Volume Index (d) by Method of Discs(ml/m²) | 56 | |
| Stroke Volume by Method of Discs (ml) | 59 | |
| Stroke Volume Index by Method of Discs(ml/m²) | 35 | |
| 4 chamber volume (d) by Method of Discs(ml) | 93 | |
| 4 chamber volume (s) by Method of Discs(ml) | 34 | |
| 2 chamber volume (d) by Method of Discs(ml) | 101 | |
| 2 chamber volume (s) by Method of Discs(ml) | 39 | |
| 2 chamber EF by Method of Discs (%) | 62 | |
| 4 chamber EF by Method of Discs (%) | 64 | |
| **Left Atrium** | | |
| Volume by Method of Disks | | |
| 4 Chamber Maximum Volume(ml) | 56 | |
| 2 Chamber Maximum Volume(ml) | 58 | |
| Biplane Maximum Volume(ml) | 57 | |
| Biplane Volume (maximum) Index (ml/m²) | 33 | 16  34 |
| **Right Atrium** | | |
| 2D: | | |
| Volume by MOD (s)(ml) | 37 | |
| Volume Index by MOD (s)(ml/m²) | 22 | |
| **Tricuspid Valve** | | |
| M  MODE: | | |
| Annulus Systolic Excursion by M Mode (TAPSE)(mm) | 21 | 20 – 22 |
| **Thoracic Aorta** | | |
| ASCENDING 2D: | | |
| Mid ascending aorta diameter(mm) | 34 | |
| **Left Ventricular Outflow Tract** | | |
| PWD: | | |
| Mean gradient (mmHg) | 2 | |

CONTINUED ON NEXT PAGE                    MC1383  4

PAGE 300/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1525**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Documents (continued)

| 12-300-675 | Echocardiography Laboratory | Performed 12 Jul 2019 |
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 12 Jul 2019 |
| Born:        Sex: F 48 | Final Report | Page 3 of 4 |

### Measurements

**Value (Continued)**

| | Value | Normals |
|---|---|---|
| **Aortic Valve Systolic** | | |
| HEMODYNAMICS: | | |
| LVOT velocity (m/sec) | 1.0 | |
| LVOT TVI (cm) | 18.4 | |
| AV velocity (m/sec) | 1.1 | 0.5 – 1.8 |
| AV TVI (cm) | 21.5 | |
| LVOT/AV velocity ratio | 0.91 | |
| LVOT/AV TVI ratio | 0.86 | |
| AV mean gradient (mmHg) | 2 | |
| AV mean gradient (corrected) (mmHg) | 0 | |
| VALVE AREA: | | |
| LVOT diameter(cm) | 2.0 | |
| LV stroke volume (ml) | 58 | |
| LV stroke volume index(ml/m²) | 34 | 32 – 58 |
| Valve area (velocity)(cm²) | 2.86 | |
| Valve area (TVI)(cm²) | 2.71 | |
| CARDIAC OUTPUT: | | |
| HR at stroke volume acquisition (BPM) | 79 | |
| Cardiac Output(l/min) | 4.57 | |
| Cardiac Index(l/min/m²) | 2.67 | 2.5 – 4.2 |
| **Mitral Valve Diastolic** | | |
| HEMODYNAMICS (PWD): | | |
| E velocity (m/sec) | 0.5 | 0.4 – 1.0 |
| A velocity(m/sec) | 0.4 | 0.3 – 0.6 |
| E/A ratio | 1.25 | 0.8   2.4 |
| Deceleration time(msec) | 205 | 131 – 223 |
| Medial annulus e' velocity(m/sec) | 0.12 | |
| Lateral annulus e' velocity(m/sec) | 0.14 | |
| E/e' (medial) | 4.2 | |
| E/e' (lateral) | 3.6 | |
| **Pulmonary Valve Systolic** | | |
| VALVE AREA: | | |
| RVOT peak velocity(m/sec) | 0.6 | |
| RVOT TVI(cm) | 10.6 | |
| **Tricuspid Valve Diastolic** | | |
| HEMODYNAMICS (PWD): | | |
| Lateral annulus e' velocity(m/sec) | 0.10 | |
| Lateral annulus systolic velocity (m/sec) | 0.14 | 0.14 – 0.15 |
| **Tricuspid Valve Systolic** | | |
| HEMODYNAMICS: | | |
| Regurgitant velocity(m/sec) | 2.31 | |
| Regurgitant MIG(mmHg) | 21 | |
| RIGHT HEART PRESSURE: | | |
| RA pressure (estimated)(mmHg) | 5 | |
| RV systolic pressure(mmHg) | 26 | |
| **Extracardiac Vessels** | | |
| PULMONARY VEINS (General): | | |
| Late systolic velocity(m/sec) | 0.5 | |

CONTINUED ON NEXT PAGE                    MC1383  4

PAGE 301/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1526**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

---

## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Documents (continued)

| 12-300-675 | Echocardiography Laboratory | Performed 12 Jul 2019 |
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 12 Jul 2019 |
| Born:          Sex: F 48 | Final Report | Page 4 of 4 |

#### Measurements

| | Value (Continued) | |
| --- | --- | --- |
| | Value | Normals |
| Diastolic velocity(m/sec) | 0.7 | 0.3 – 0.7 |

#### Serial Studies

| General | 07/12/19 | 06/13/19 | 05/05/19 |
| --- | --- | --- | --- |
| BSA(m²) | 1.71 | 1.73 | 1.70 |
| BMI(kg/m²) | 24.25 | 24.32 | 23.41 |
| Heart Rate(BPM) | 83 | 85 | 75 |
| BP Systolic(mmHg) | 116 | 127 | 108 |
| BP Diastolic(mmHg) | 73 | 89 | 72 |
| IVSd (2D)(mm) | 9 | | 7 |
| LVPWd (2D)(mm) | 8 | | 6 |
| LVIDd (2D)(mm) | 45 | 42 | 45 |
| EF % (Biplane)(%) | 62 | | |
| SV Index(ml/m²) | 34 | | 36 |
| Cardiac Index(l/min/m²) | 2.67 | | 2.72 |
| LV Mass Index (2D)(g/m²) | 72 | | 51 |
| LA Vol Index (Simpson's)(ml/m²) | 33 | | 26 |
| E/A Ratio | 1.25 | | 1.25 |
| MV DT(msec) | 205 | | avg 227 |
| E/e' Ratio | 4.2 | | 5.0 |
| RV Pressure(mmHg) | 26 | | 25 |

#### Roles

| Role | Name | Electronically Authenticated By | Date/Time |
| --- | --- | --- | --- |
| Adult Cardiac Sonographer | Andrus, Heather L RDCS | | |
| Consultant | Marcotte, Francois MD | Marcotte, Francois MD | 07/12/2019 04:48 PM |
| Epic – Begin Exam | Andrus, Heather L RDCS | | |

END OF REPORT                    MC1183 4

---

**Lincoln/Marcus 1527**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 303/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

**07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

**Documents (continued)**

PAGE 303/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1528**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/8/2019

### 07/08/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona

**Reason for Visit**

**Visit Diagnoses**
- **Atrial Fibrillation (primary) [I48.91]**
- Dyspnea Multifactorial [R06.09]
- Flutter Atrial [I48.92]

**Progress Notes**

**Progress Notes**

**Progress Notes by Hendrick, Susan E, P.A.-C. at 7/8/2019 3:00 PM**

| | | |
|---|---|---|
| Author: Hendrick, Susan E, P.A.-C. | Service: CVD (Cardiovascular Diseases) | Author Type: Physician Assistant |
| Filed: 7/19/2019 4:40 PM | Encounter Date: 7/8/2019 | Status: Signed |
| Editor: Hendrick, Susan E, P.A.-C. (Physician Assistant) | | |

**PRIMARY ELECTROPHYSIOLOGIST:**
Dr. K. Srivathsan

SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
Management of paroxysmal atrial fibrillation.

**CARDIOVASCULAR AND RELEVANT HISTORY**
1. Atrial fibrillation, paroxysmal pattern, diagnosed August 2018, ablation December 2018 at Honor Health.
2. Antiarrhythmic drug history: Failure of flecanide with recurrences, currently propafenone. Discontinued with taper starting today.
3. Pulmonary embolus with deep vein thrombosis, April 2019, on Eliquis.
4. Atypical atrial flutter May 2019, associated with migraine and syncope.
5. Hyperlipidemia.
6. Migraine history.
7. Chronic anemia.

**HISTORY OF PRESENT ILLNESS**
Leslie S Marcus is a 48 y.o. female with the above cardiovascular history. She presented here to the hospital in early May with atypical atrial flutter, rates as high as 200 bpm. Her Rythmol was initially increased and patient underwent repeat ablation on June 12th with focus of atypical atrial flutter and atrial tachycardia. Pulmonary veins were noted to be isolated at baseline. Flecainide was reduced in dose on discharge.

Patient comes to the arrhythmia Clinic today for follow-up. She monitors her heart rate, believe she has been primarily in sinus rhythm with rates in the 80s. She has felt palpitations on perhaps 2 or 3 occasions, a sensation of "beating out of my neck" and she believes the heart rate at these times is in the 120s. Right femoral catheterization site has healed well. She has multiple complaints today however. She reports that she is "short of breath 24/7", this having been present for the last 2 years. She reports being completely out of breath if she walks to the door. Since August of 2018 she feels that she cannot get a deep breath and that her voice is "not my real voice". She has gained 40 lb. She has a previous history of motor vehicle accident in 2017. Following this, she had an adverse reaction to corticosteroids. She reports that since the previous ablation, her right neck hurts all the time and she feels that, if she

**Lincoln/Marcus 1529**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/8/2019

## 07/08/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

**Progress Notes (continued)**

turns her neck to the right, she cannot breathe. She feels that there is "something there" but imaging including MRI and ultrasound at Honor Health have not shown any etiology. However, she reports that there were "clots there". She reports swelling in the legs and feet most of the time. She is very distraught and frustrated in describing all the symptoms and feels that they have not been appropriately addressed in the past.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, medical history and problem list.

## REVIEW OF SYSTEMS
Pertinent positives and negatives as documented in the HPI, all other systems reviewed are negative.

OBJECTIVE
Vitals:

|  | 07/08/19 1456 | 07/08/19 1604 |
|---|---|---|
| BP: |  | 133/80 |
| Pulse: |  | 83 |
| Weight: | 65.3 kg |  |
| Height: | 164 cm |  |

Body mass index is 24.28 kg/m².

## PHYSICAL EXAMINATION

Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Neck: No JVD present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Exam reveals no friction rub.
S1, S2 with no S3 or S4 gallops.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Judgment and thought content normal.

## DIAGNOSTICS
ECG: ECG today shows sinus rhythm at 82 bpm, QRS duration 92 milliseconds, QTC 436 milliseconds.

ASSESSMENT / PLAN

**#1 Fibrillation Atrial (HCC)**
**#2 Dyspnea Multifactorial**
**#3 Flutter Atrial (HCC)**

**Lincoln/Marcus 1530**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 7/8/2019

### 07/08/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

**Progress Notes (continued)**

Patient with history of atrial arrhythmias as documented above, post recent ablation in mid June. She does appear to be primarily maintaining sinus rhythm although complains of some palpitations and fast heart rates. ECG today does show sinus rhythm with normal rate. She continues on Eliquis for now, no issues regarding bruising or bleeding. Patient is to continue this for 2 months following the ablation, then may discontinue it. She is to reduce propafenone to 1/2 dose for 4 days, then stop.

Significant complaints of dyspnea. CT of the pulmonary veins done on June 11th prior to her repeat ablation here, no pulmonary vein stenosis noted. Patient is very frustrated regarding her symptoms and lack of etiology. I did review the case in detail with Dr. Srivathsan. Plan is as follows: Sniff test, CT chest, pulmonary function test, echocardiogram, Holter monitor. Will also repeat labs for hemoglobin and basic metabolic panel. Return to clinic to review.

It is noted that she has follow-up soon with primary care as well as appointment with Psychology.

This was a visit of approximately 40 minutes today with greater than 50% of time involved in patient education, counselling, and coordination of care.

The patient's assessment and plan was reviewed with Dr. K. Srivathsan.

**Susan Hendrick, P.A.-C., 7/19/2019**

Electronically Signed by Hendrick, Susan E, P.A.-C. on 7/19/2019 4:40 PM

**Procedures**

**ECG**

**ECG 12 Lead [2222504516065] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 07/08/19 1451 |

**ECG 12 Lead [2222504516065]**                                    Resulted: 07/08/19 1709, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/05/19 1042    Order status: Completed
Resulted by: Svatikova, Anna, M.D., Ph.D.    Filed by: Interface, Mc In Oru From Muse 609303  07/08/19 1709

Collected by: 07/08/19 1451    Resulting lab: MUSE
Lab Technician: TODD REYNOLDS
Impression:
Normal sinus rhythm
Nonspecific T wave abnormality Inferior leads
Abnormal ECG
When compared with ECG of 13-JUN-2019 07:20,
No significant change was found
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/09/19 0705

**Lincoln/Marcus 1531**



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 7/8/2019

### 07/08/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

**Procedures (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 82 | BPM | — | MUSE |
| PR Interval | 140 | ms | — | MUSE |
| QRSD Interval | 92 | ms | — | MUSE |
| QT Interval | 374 | ms | — | MUSE |
| QTC Interval | 436 | ms | — | MUSE |
| P Axis | 54 | degrees | — | MUSE |
| R Axis | 40 | degrees | — | MUSE |
| T Wave Axis | 29 | degrees | — | MUSE |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **305 - MUSE** | MUSE | Unknown | NA | 08/03/16 0855 - Present |

**Indications**

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

**All Reviewers List**

Hendrick, Susan E, P.A.-C. on 7/9/2019  7:05 AM

**Vitals**

**Vital Signs**                                                          Most recent update: 7/19/2019  4:04 PM

| BP | Pulse | Ht | Wt | BMI |
|---|---|---|---|---|
| 133/80 | 83 | 164 cm | 65.3 kg | 24.28 kg/m² |

**Documents**

**Diagnostic Report - ECG**

**Scan on 7/8/2019  2:54 PM**

Scan (below)

**Lincoln/Marcus 1532**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/8/2019

### 07/08/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

**Documents (continued)**



PAGE 308/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1533**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 6/13/2019

## 06/13/2019 - Appointment in Division of Cardiovascular Diseases in Phoenix, Arizona

### Imaging

#### Echocardiography

##### Transthoracic Echocardiogram [2222504023808] (Final result)

**Transthoracic Echocardiogram [2222504023808]**                Resulted: 06/13/19 1046, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D.  06/13/19 0030       Order status: Completed
Resulted by: Freeman, William K, M.D.                         Filed by: Interface, Mc In Oru Cardiology Generic 1 609313
                                                              06/13/19 1046
Performed: 06/13/19 0737 - 06/13/19 0819                      Accession number: 11518062
Resulting lab: MC CV EIMS
Narrative:

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Limited echocardiogram performed to evaluate for pericardial effusion one day status post
ablation.
2. Status post catheter ablation (06/12/2019).
3. No pericardial effusion.
4. Normal left ventricular chamber size.
5. Estimated ejection fraction range 60 % - 65 %.

Findings
Echocardiographic images interpreted at MCA - Hospital campus.  RIGHT VENTRICLE:  Normal right
ventricular size.  Normal right ventricular function.  OTHER ECHO FINDINGS:  Normal inferior
vena cava size.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"
Acknowledged by: Ladia, Vatsal M, M.D. on 06/13/19 1324

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 60 | — | — | EIMS |
| LV End-Diastolic Diameter | 42 | — | — | EIMS |
| LV End-Systolic Diameter | 26 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |

**Procedures Performed**                          **Chargeables**
(TTE) 2D LIMITED ONLY [ECH429]

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **213 - EIMS** | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

**Signed**
Electronically signed by Freeman, William K, M.D. on 6/13/19 at 1046 MST

**All Reviewers List**
Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM

**Lincoln/Marcus 1534**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM    PAGE 310/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 6/13/2019

**06/13/2019 - Appointment in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

**Imaging (continued)**

PAGE 310/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1535**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 6/13/2019

## 06/13/2019 - Appointment in Department of Radiology in Phoenix, Arizona

### Imaging

#### Imaging

##### CT Abdomen Pelvis without IV Contrast [2222504023805] (Final result)

**CT Abdomen Pelvis without IV Contrast [2222504023805]**          Resulted: 06/13/19 0758, Result status: Final result

| | |
|---|---|
| Ordering provider: Murphy, Katie M, M.B., B.Ch., B.A.O. 06/12/19 2344 | Order status: Completed |
| Resulted by: Czaplicki, Christopher D, M.D. Radiologist, Arz Silva, Alvin C, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 06/13/19 0801 |
| Performed: 06/13/19 0106 - 06/13/19 0113 | Accession number: 11515690 |
| Resulting lab: POWERSCRIBE360 | |

Narrative:
EXAM:  CT ABDOMEN PELVIS WITHOUT IV CONTRAST

CLINICAL INFORMATION:  Evaluate for retroperitoneal hematoma. Recent catheter ablation.

COMPARISON:  None

TECHNIQUE:  No oral or IV contrast.

FINDINGS:  Soft tissue stranding in the right groin from recent catheter directed therapy. No hematoma within the groin soft tissues or retroperitoneum.

Vicarious excretion of contrast within the gallbladder.

Negative appearance of the liver and spleen on this noncontrast evaluation.

Negative noncontrast kidneys, pancreas and adrenal gland.

No retroperitoneal or pelvic adenopathy. Small layering ascites within the pelvis

No aggressive appearing osseous lesions.

Trace right pleural effusion. Bibasilar atelectasis.

Impression:
1. No large right groin or retroperitoneal hematoma.

I have personally reviewed the images and agree with this interpretation.
Acknowledged by: Murphy, Katie M, M.B., B.Ch., B.A.O. on 06/14/19 1452

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Silva, Alvin C, M.D. on 6/13/19 at 0758 MST

**All Reviewers List**

**Lincoln/Marcus 1536**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 312/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 6/13/2019

## 06/13/2019 - Appointment in Department of Radiology in Phoenix, Arizona (continued)

**Imaging (continued)**

Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/14/2019  2:52 PM

PAGE 312/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

Lincoln/Marcus 1537



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 6/12/2019

## 06/12/2019 - Appointment in Department of Radiology in Phoenix, Arizona

### Imaging

#### Imaging

##### DX Chest Portable 1 View [2222503955946] (Final result)

**DX Chest Portable 1 View [2222503955946]**                    Resulted: 06/12/19 1617, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D.  06/12/19 1516          Order status: Completed
Resulted by: Panse, Prasad M, M.D.                               Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                                                 06/12/19 1620
Performed: 06/12/19 1605 - 06/12/19 1614                         Accession number: 11514847
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: DX CHEST PORTABLE 1 VIEW

COMPARISON: None

Impression:
No lobar consolidations, pleural effusions or pneumothorax. Cardiac
silhouette is grossly normal, accounting for portable technique. No priors.


Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2035



**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Panse, Prasad M, M.D. on 6/12/19 at 1617 MST

**All Reviewers List**

Ladia, Vatsal M, M.D. on 6/12/2019  8:35 PM

**Lincoln/Marcus 1538**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/12/2019



## 06/12/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnosis
- Atrial Fibrillation [I48.91]

### Imaging

#### Echocardiography

##### Echo Transesophageal (TEE) [2222503189772] (Final result)

**Echo Transesophageal (TEE) [2222503189772]**          Resulted: 06/12/19 1425, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D.  06/12/19 0620          Order status: Completed

Resulted by: Appleton, Christopher P, M.D.          Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 06/12/19 1425

Performed: 06/12/19 0620 - 06/15/19 1456          Accession number: 11502944
Resulting lab: MC CV EIMS
Narrative:

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Transesophageal echocardiogram performed at the request of the primary service consultant in the EP lab prior to atrial fib ablation and under general anesthesia
2. Normal LV size, normal wall thickness LV ejection fraction 60%
3. Normal trileaflet aortic valve with normal coronary artery origins
4. Normal mitral valve with trivial regurgitation
5. Normal LA appendage size and function. No evidence for sludge clot or slow flow
6. Prominent atrial septal foramen ovale pocket; could not demonstrate right-to-left shunt by bubble study although they were both suboptimal
7. Normal right heart size function with trivial TR

Comments
Normal heart for 48-year-old white female at rest.  Patient in sinus rhythm throughout study without ectopy

For the complete report, see the Order-Level Documents below.

"See PDF For Result"
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 1532

| Procedures Performed | Chargeables |
| --- | --- |
| (TEE) 2D WITH COLOR AND DOPPLER [ECH416] | |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

#### Signed
Electronically signed by Appleton, Christopher P, M.D. on 6/12/19 at 1425 MST

#### All Reviewers List

| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 311 |
| --- | --- | --- | --- |

**Lincoln/Marcus 1539**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/12/2019



## 06/12/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Imaging (continued)**

Srivathsan, Komandoor, M.D. on 6/12/2019  3:32 PM

**Documents**

**Diagnostic Report - Echo**

**Scan on 6/12/2019  2:25 PM**

Scan (below)

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 312

**Lincoln/Marcus 1540**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/12/2019



**MAYO CLINIC**

## 06/12/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Documents (continued)**

| | | |
|---|---|---|
| 12-300-675 | Echocardiography Laboratory | Performed 12 Jun 2019 |
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 12 Jun 2019 |
| Born:          Sex: F 48 | Final Report | Page 1 of 1 |

Responsible Consultant: Appleton , Christopher P 1-7765

**Demographics**

Height: 164.6 cm    Weight: 63.5 kg    BSA: 1.7 m²                    BMI: 23.44
Procedure Start Time: 06/12/2019 06:20 AM          Location: MCA Hospital
Patient Class: OP
Referring Provider: Srivathsan, Komandoor, M.D.          Indication for Study: Unspecified atrial fibrillation (HCC)

**Procedure**

Type: MCA Adult TEE
Components: 2-D, 3-D, Color Flow Doppler, Doppler, IV Agitated Saline, IV Conscious Sedation, IV Start, Pulse Oximetry

**Hemodynamics**

Heart Rate: 75 BPM
Blood Pressure: 118 / 75 mmHg
ECG:

**Media Details**

**Final Impressions**

1. Transesophageal echocardiogram performed at the request of the primary service consultant in the EP lab prior to atrial fib ablation and under general anesthesia
2. Normal LV size, normal wall thickness LV ejection fraction 60%
3. Normal trileaflet aortic valve with normal coronary artery origins
4. Normal mitral valve with trivial regurgitation
5. Normal LA appendage size and function. No evidence for sludge clot or slow flow
6. Prominent atrial septal foramen ovale pocket; could not demonstrate right to left shunt by bubble study although they were both suboptimal
7. Normal right heart size function with trivial TR

**Comments**

Normal heart for 48-year-old white female at rest. Patient in sinus rhythm throughout study without ectopy

**Roles**

| Role | Name | Electronically Authenticated By | Date/Time |
|---|---|---|---|
| Consultant | Appleton , Christopher P MD | Appleton , Christopher P MD | 06/12/2019 04:25 PM |

END OF REPORT                    MC1183-4

---

**Lincoln/Marcus 1541**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/12/2019

**06/12/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

**Documents (continued)**

PAGE 317/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1542**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor

**Reason for Visit**

### Visit Diagnoses
- Atrial Fibrillation [I48.91]
- **Catheter Ablation For Conduction Pathway Status Post (primary) [Z98.890]**
- Flutter Atrial [I48.92]

### Hospital Problems

| Name | Code | Date Noted | Date Resolved | Present on Admission? |
|------|------|-----------|---------------|----------------------|
| Atrial Fibrillation (primary) | I48.91 | 05/04/2019 | — | — |
| Catheter Ablation For Conduction Pathway Status Post | Z98.890 | 06/12/2019 | — | Exempt from POA reporting |
| Flutter Atrial | I48.92 | 06/12/2019 | — | Unknown |

**Clinical Notes**

### H&P

**H&P by Abrich, Victor A, M.D. at 6/12/2019 8:36 AM**

| | | |
|--|--|--|
| Author: Abrich, Victor A, M.D. | Service: CVD Heart Rhythm | Author Type: Fellow |
| Filed: 6/12/2019 8:46 AM | Date of Service: 6/12/2019 8:36 AM | Status: Signed |
| Editor: Abrich, Victor A, M.D. (Fellow) | | |

## HOSPITAL HISTORY AND PHYSICAL

**REASON FOR ADMISSION:** Atypical atrial flutter ablation.

**HISTORY OF PRESENT ILLNESS:**
Ms. Leslie Marcus is a 48 y.o. female with a history of paroxysmal atrial fibrillation status post ablation in December 2018. She was hospitalized at Mayo Clinic in May 2018 after presenting to the emergency department in an atypical atrial flutter. She had previously been on flecainide and was having symptoms on a daily basis. After seeing Dr. Srivathsan in the hospital, she was switched to propafenone 425 mg b.i.d. and has not had any recurrent symptoms. Unfortunately, she now gets short of breath with exertion which she attributes to an inability increase her heart rate while on medication. She has presented today for an ablation procedure.

**PAST MEDICAL HISTORY:**
Past Medical History:

| Diagnosis | Date |
|-----------|------|
| | |

- Atrial fibrillation status post ablation (Dec. 2018)
- Atypical atrial flutter.
- Gastroesophageal Reflux Disease
- Pulmonary Embolism
- DT
  *in all 4 extremities*

**MEDICATIONS:**
Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|-----------|-----|-----------|----------|---------|---------------------|

**Lincoln/Marcus 1543**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

| Medication | Instructions | | | | Provider |
|---|---|---|---|---|---|
| apixaban (ELIQUIS) 5 mg tablet | Take 5 mg by mouth 2 (two) times a day. | | | Yes | Provider, Historical |
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth every morning. | | | Yes | Provider, Historical |
| CANNABIDIOL, CBD, EXTRACT ORAL | Take by mouth daily. | | | Yes | Provider, Historical |
| clonazePAM (KlonoPIN) 1 mg tablet | TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | 4/22/19 | | Yes | Provider, Historical |
| metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 1 tablet (25 mg total) by mouth 2 (two) times a day. | 5/31/19 | 6/30/19 | Yes | Srivathsan, Komandoor, M.D. |
| mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet | Take 1 tablet (30 mg total) by mouth at bedtime. | 5/16/19 | 6/15/19 | Yes | Tashman, Yasemin S, M.D. |
| pantoprazole (PROTONIX) 40 mg EC tablet | Take 40 mg by mouth 2 (two) times a day. | | | Yes | Provider, Historical |
| sucralfate (CARAFATE) 100 mg/mL suspension | Take 10ml PO QID | | | Yes | Provider, Historical |
| propafenone (RYTHMOL SR) 425 mg 12 hr capsule | Take 1 capsule (425 mg total) by mouth every 12 (twelve) hours. | 5/6/19 | 6/5/19 | | Gough, Michele L, APRN, FNP-BC, M.S.N. |

**FAMILY HISTORY:**

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |

**SOCIAL HISTORY:**
Previously smoked 1 pack per week for 15 years. Uses CBD oil for anxiety.

**REVIEW OF SYSTEMS:** A 12-point review of systems was negative except as per History of Present Illness.

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 316

**Lincoln/Marcus 1544**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

**VITAL SIGNS:**
Blood pressure 110/81, temperature 36.8 °C, temperature source Oral, resp. rate 16, height 165.1 cm, weight 63.9 kg, SpO2 99 %, not currently breastfeeding. Body mass index is 23.44 kg/m².

**PHYSICAL EXAM:**
General: This is a 48 y.o. female lying in bed, currently in no acute distress.
Neck: JVP 6 cm H2O.
Heart: Regular rate and rhythm, normal S1/S2, no murmurs, no S3/S4.
Lungs: Clear breath sounds bilaterally. No wheezes, rales, or rhonchi.
Abdomen: Soft, non-tender, non-distended. Positive bowel sounds.
Extremities: No peripheral edema.
Skin: Warm and well perfused.

**LABS**
Recent Results (from the past 24 hour(s))
CBC without Differential
Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Hemoglobin | 11.4 (L) |
| Hematocrit | 36.2 |
| Erythrocytes | 4.16 |
| MCV | 87.0 |
| RBC Distrib Width | 14.0 |
| Platelet Count | 365 |
| Leukocytes | 6.6 |

BMP (Basic Metabolic Panel)
Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Potassium, S | 4.6 |
| Sodium, S | 141 |
| Chloride, S | 106 |
| Bicarbonate, S | 26 |
| Anion Gap | 9 |
| Bld Urea Nitrog(BUN), S | 14.7 |
| Creatinine, S | 0.97 |
| eGFR-Non Black | 69 |
| eGFR-Black | 80 |
| Calcium, Total, S | 9.6 |
| Glucose, S | 91 |

APTT (Activated Partial Thromboplastin Time)
Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Activated Partial Thrombopl Time, P | 25 |

PT (Prothrombin Time) with INR

**Lincoln/Marcus 1545**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

---

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Prothrombin Time, P | 12.2 |
| INR | 1.1 |

### ASSESSMENT / PLAN

**1. Atypical atrial flutter.** We will plan on doing a high density left atrial map and checking the status of the pulmonary veins.  We will then plan on inducing atrial flutter and targeting it for ablation.  We discussed risks of the procedure, including a 1-2% risk of bleeding, vascular access site complications, or pericardial effusion requiring drainage, a <1% risk of stroke/transient ischemic attack or air embolism causing myocardial infarction or stroke, and a 0.1% risk of atrioesophageal fistula, pulmonary vein stenosis, and death. She has provided both verbal and written consent to proceed. She will be admitted to the hospital after the procedure for extended recovery.

Victor Abrich, M.D.
06/12/19

Electronically Signed by Abrich, Victor A, M.D. on 6/12/2019  8:46 AM

**Op Note/Surgical Log**

**Brief Op Note**

| Srivathsan, Komandoor, M.D. | Brief Op Note | Date of Service:  6/12/2019  3:07 PM |
| --- | --- | --- |
| | Signed | |

CVD (Cardiovascular Diseases)

Related encounter: Admission (Discharged) from 6/12/2019 in Mayo Clinic Hospital, Fourth Floor

**Associated Documents**
Brief Operative/Procedure Note - Scan on 6/12/2019  3:06 PM (below)

---

PAGE 321/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1546**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Op Note/Surgical Log (continued)**

---

| CSN: 2000281081006 | POST-PROCEDURE NOTE | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | | Page 1 of 8 |

| AGE: 48 Years | DOB: | GENDER: F | REFERRING PHYSICIAN: | Srivathsan, Komandoor |
|---|---|---|---|---|
| HEIGHT: 164 cm | WEIGHT: 63.5 kg | BSA: 1.69 m2 | RESIDENT: | Appleton, Christopher ; |
| PROCEDURE START TIME: 09:54:59 | | | | Abrich, Victor ; Ladia, Vatsal |
| | | | RESPONSIBLE PHYSICIAN: | Srivathsan, Komandoor |

**PROCEDURE TYPES**
1. ABLATION - PVI
2. 3D MAPPING - CARTO

**PRE-PROCEDURE DIAGNOSIS**
1. Unspecified atrial fibrillation (HCC)

**SHEATHS**

| Size | Unit | Access/Insertion | Inserted By |
|---|---|---|---|
| 8 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 4 | French | Right femoral artery | |
| 11 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |

**CATHETERS**

| Size | Unit | Catheter Type | Catheter Location |
|---|---|---|---|
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH PENTARAY NAV 4-4-4 | Left atrium |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |

**DIAGNOSTIC/ABLATION BASIC INTERVALS**

Basic Interval:                                Time: 12-Jun-2019 09:10:33

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| 764 | 78 | 39 | 56 | 43 | 116 | 93 | 348 | 398 | |

Basic Interval:  Post                          Time: 12-Jun-2019 14:28:21

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| | 86 | 39 | 56 | 43 | 121 | 75 | 352 | | |

**DIAGNOSTIC/ABLATION REFACTORY PERIODS**

Study:   Baseline                          Type:  Refractory Period
Time: 12-Jun-2019 11:30:30 Pacing Site: Atrial, ERP

| Drive(msec) | Type | Value |
|---|---|---|
| 600 | | = 170 |

**DIAGNOSTIC/ABLATION AV NODAL CONDUCTION**

Study:   Baseline                          Type:  AV Nodal Conduction

---

**Lincoln/Marcus 1547**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 323/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Op Note/Surgical Log (continued)**

CSN: 2000281081006                 POST-PROCEDURE NOTE
MRN: 12-300-675                    MAYO CLINIC - ARIZONA                      12-Jun-2019
MARCUS, LESLIE                                                               Page 2 of 8

**DECREMENTAL PACINGS (cont):**

Time: 12-Jun-2019 11:21:58 Pacing Site: AV Wenckebach

| Drive(msec) | Type | Value |
|---|---|---|
| | | 370 |

**DIAGNOSTIC/ABLATION ABLATION SUMMARY**

**Detailed Procedure Time**

| | | | |
|---|---|---|---|
| Catheter Insertion(min): | | Baseline Study(min): | |
| Ablation(min): | | Wait Before Testing(min): | |
| Post Ablation Testing(min): | | Total Procedure Time(min): | |
| Total Energy Delivery Time(sec): | | Total Number Of Ablations: | 179 |
| Total Ablation Time(mm:ss): | 15:42 | Average Power(Watts): | |
| Average Temp(degrees Celsius): | | Average Impedance(Ohms): | |
| Average Impedance Drop(Ohms/sec): | | Total Irrigation Fluid(ml): | 830 |

**RADIATION DOSE DATA**

Procedure cumulative skin dose (mGy): 359.60
Procedure cumulative dose area product (Gy-cm**2): 4.40
Fluoro Time (Min): 20.00

**INTRA-PROCEDURE MEDICATIONS**

Drug
LIDOCAINE 10 MG/ML (1 %) INJECTION SOLUTION 45 mL
HEPARIN 1,000 UNITS/500 ML NACL 9.9 % TABLE SOLUTION OSM 500 mL
HEPARIN (PORCINE) 2,000 UNIT/1,000 ML IN 0.9% NACL (WRAPPER FOR ARZ) 7000 mL
LACTATED RINGERS FIXED RATE 1000 ml /hr

**STAFF LIST**

| | |
|---|---|
| Srivathsan, Komandoor MD | Assigned Physician |
| Schroeder, Barbie L RT(R), RT(R)(CI) | CCL/HRS Rad Tech |
| Willhite, Julie RT(R), CV | CCL/HRS Rad Tech |
| Sortman, Debbie RN | Circulator |
| Crandall, Mary RN | Circulator |
| Appleton, Christopher MD | Fellow |
| Abrich, Victor MD | Fellow |
| Ladia, Vatsal MD | Fellow |
| Campbell, Kimberley RN, RN-BC | Monitoring Technician |
| Srivathsan, Komandoor MD | Referring Physician |
| Palmer, Jason RCES | Scrub Technician |

**PROCEDURE LOG**

| Time | Description |
|---|---|
| 06:18:20 | In Facility: Pre-proc: Arrived |
| 06:30:34 | In Preprocedure: Pre-proc: Pre Procedure |
| 07:30:00 | Schroeder, Barbara L., R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 07:30:00 | Sortman, Deborah L., R.N. - In: Role: Circulator |
| 08:05:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 08:05:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 08:05:00 | Willhite, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 08:24:54 | Protocol: AFIB |
| 08:38:31 | Preprocedure Complete: Pre-proc |
| 08:47:00 | Anesthesia Start: Anesthesia |
| 08:49:52 | In Room: Intra-proc: Procedure |
| 08:50:00 | Anesthesia Present: Anesthesia present for the case and responsible for sedation care. |

PAGE 323/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1548**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 324/471   Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Op Note/Surgical Log (continued)

CSN: 2000281081006
MRN: 12-300-675
MARCUS, LESLIE

POST-PROCEDURE NOTE
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 3 of 8

PROCEDURE LOG (cont):

| Time | Description |
|---|---|
| 08:50:36 | Note: Completed 'radiology pre-exam pregnancy assessment' form on chart. Patient denies pregnancy, declines pregnancy test. |
| 08:51:58 | Patient Prep Checklist: Patient on table.   Additional padding added to pressure points.   Vitals monitors applied.   Grounding pads applied.   Wrist restraints in place.   Legs restraints in place.   Defibrillator pads applied.   SCDs in place.   NPO status verified.   Anticoagulation status verified.   Emergency equipment available. |
| 08:52:39 | Patient Verifications:   Patient is verified with two identifiers across all systems. Verified the procedure consent is signed. |
| 08:53:38 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. The prep site was allowed to dry for 3 minutes.   The patient was draped in sterile fashion. |
| 08:59:53 | pre case 12 lead EKG, sinus |
| 09:00:03 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Flush lines |
| 09:00:03 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: for Flush Lines |
| 09:00:26 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush lines |
| 09:00:29 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush Line |
| 09:00:31 | heparin 1,000 Units/500 mL NaCl 0.9% table solution: 500 mL Given Rate: 0 Route: miscellaneous Comment: For Transduced A-line for Anesthesia |
| 09:00:34 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Back Table Flush |
| 09:00:52 | looks like accelerated junctional |
| 09:00:58 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Ablation Flush |
| 09:05:37 | Physician Called: Physician called. Page Dr Appleton who will be preforming TEE pre-procedure |
| 09:06:00 | ETT Placed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906   Mask Ventilation: Easy mask  ETT Type: Standard ETT Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |
| 09:06:32 | Cardiac: Cardiac Cardiac Rhythm: |
| 09:06:55 | Pulses: Pulses Left Pedal Pulse:   ; Right Pedal Pulse:   ; Left Posterior Tibial Pulse:   ; Right Posterior Tibial Pulse: |
| 09:08:00 | GI Tubes (Adults)  Orogastric Placed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908   GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:08:00 | Peripheral IV Catheter  06/12/19 20 G Right Antecubital Placed: Placement Date/Time: 06/12/19 0908   Size (Gauge): 20 G  Orientation: Right  Location: Antecubital |
| 09:09:00 | GI Tubes (Adults)  Orogastric Removed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908   GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:10:33 | *****Basic Interval***** |
| 09:10:33 | Intervals: Baseline sinus |
| 09:10:33 | RR: 764 |
| 09:10:33 | HR: 78 |
| 09:10:33 | PR: 116 |
| 09:10:33 | QRS: 93 |
| 09:10:33 | QT: 348 |
| 09:12:59 | Appleton, Christopher P, M.D. - In: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:16:53 | TEE: TEE TEE Probe:   ; Comments: |
| 09:19:52 | TEE: TEE Comments: |
| 09:29:32 | TEE: TEE Comments: |
| 09:31:00 | Indwelling Urinary Catheter Non-latex 12 Fr. Placed: Placement Date/Time: 06/12/19 0931   Placed by: Kim C., RN  Hand Hygiene Performed Prior to Insertion: Yes  Sterile technique followed?: Yes  Catheter Type: Non-latex  Tube Size (Fr.): 12 Fr.  Catheter Balloon Size: 5 mL  Urine Returned: (c) Yes |
| 09:31:55 | Indwelling Urinary Catheter Non-latex 12 Fr. Assessment: Daily Assessment of Need:   ; Securement Method:   ; Collection Container:   ; Line Necessity Reviewed With:   ; Site Assessment: |
| 09:32:00 | Specimens Collected: Urinalysis with Microscopic: Urine, Catheter - ID: E112015715:6Type: Urine |
| 09:33:36 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. |
| 09:37:03 | TEE: TEE TEE Probe: |

**Lincoln/Marcus 1549**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Op Note/Surgical Log (continued)

CSN: 2000281081006                    POST-PROCEDURE NOTE
MRN: 12-300-675                       MAYO CLINIC - ARIZONA                        12-Jun-2019
MARCUS, LESLIE                                                                     Page 4 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 09:38:27 | Site Prep: The groin and right neck was/were The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 09:39:16 | Appleton, Christopher P, M.D. - Out: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:50:00 | Abrich, Victor A, M.D. - In: Role: Other Assistant Service: Electrophysiology (Panel 1) |
| 09:50:00 | Ladia, Vatsal M, M.D. - In: Role: First Assistant Service: Electrophysiology (Panel 1) |
| 09:53:14 | Timeout: Pre-procedure: Verified by Sortman, Deborah L, R.N. at 6/12/2019 9:53 AM |
| 09:54:35 | Timeout: Fire Safety: Verified by Sortman, Deborah L, R.N. at 6/12/2019 9:54 AM |
| 09:54:59 | Procedure Start: Intra-proc: Procedure Start |
| 09:54:59 | Procedure Start - ABLATION - PVI: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 09:54:59 | Srivathsan, Komandoor, M.D. - In: Role: Primary Service: Electrophysiology (Panel 1) |
| 09:55:41 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 15 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 09:56:03 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 09:57:13 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein and right internal jugular vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Wire inserted and Visualized under Fluoroscopy-By Dr Abrich |
| 09:59:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Placed: Removal Date/Time: 06/12/19 1450 Placement Date/ Time: 06/12/19 0959 Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Internal Jugular Sheath Size:... |
| 10:00:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - Out: Role: CCL/HRS Rad Tech |
| 10:02:47 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Access preformed By Dr Ladia- Wire inserted for sheath insertion |
| 10:07:32 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. by Dr Abrich- Second puncture. Wire inserted for Sheath insertion |
| 10:11:26 | Fluoroscopy: Fluoroscopy of Wire insertion Preformed to Right Groin. Images obtained. |
| 10:14:42 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed by Dr Abrich- Third Access. Wire inserted for Sheath insertion |
| 10:15:27 | Fluoroscopy: Fluoroscopy of Wire insertion in Right Femoral Vein. Images obtained. |
| 10:19:58 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral artery. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed By Dr Abrich |
| 10:20:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - In: Role: CCL/HRS Rad Tech |
| 10:20:04 | Sheaths: Cath Eng Shth 8fx12 - Sheath inserted in the right femoral vein. Number of sheaths = 2. |
| 10:20:24 | Sheaths: Cath Eng Shth 4fx12 - Sheath inserted in the right femoral artery |
| 10:20:40 | Sheaths: Shth Pnn Dfl Str 11fx2.5x16 - Sheath inserted in the right femoral vein. |
| 10:21:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Placed: Removal Date/Time: 06/12/19 1449 Placement Date/ Time: 06/12/19 1021 Arterial or Venous access: Arterial Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: 4 Fr. At... |
| 10:22:00 | Intake/Output: Lactated Ringers Fixed Rate - Volume (mL): |
| 10:22:00 | Lactated Ringers Fixed Rate: Rate/Dose Change Rate: 1,000 ml./hr Route: intravenous |
| 10:22:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Placed: Removal Date/Time: 06/12/19 1451 Placement Date/ Time: 06/12/19 1022 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: (c) 8 Fr. Attached to: Hepariniz... |
| 10:23:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Placed: Removal Date/Time: 06/12/19 1452 Placement Date/ Time: 06/12/19 1023 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: R... |
| 10:24:01 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter inserted at the coronary sinus. By Dr Ladia |
| 10:30:34 | CS cannulated |
| 10:32:49 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter inserted. Advanced under Fluoroscopy by Dr Ladia |
| 10:36:03 | *****Vein Velocities***** |
| 10:36:03 | LSPV(m/s): 0.6/0.6 |

PAGE 325/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1550**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Op Note/Surgical Log (continued)

---

CSN: 2000281081006              POST-PROCEDURE NOTE
MRN: 12-300-675                 MAYO CLINIC - ARIZONA                      12-Jun-2019
MARCUS, LESLIE                                                            Page 5 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 10:36:03 | LIPV(m/s): 0.5/0.5 |
| 10:36:03 | RSPV(m/s): 0.4/0.4 |
| 10:36:03 | RIPV(m/s): 0.3/0.3 |
| 10:39:28 | Note: Heparin given by CRNA |
| 10:40:38 | PAC, CS 9,10 early |
| 10:44:52 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:45:16 | Sheaths: Shth Swr SH 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:47:38 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 10:48:44 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. Needle not used, Sheath went through and advanced |
| 10:49:16 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle removed. |
| 10:51:44 | Sheaths: Shth Swr SH 8.5fx63 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:52:43 | Sheaths: Shth Agls Med 8.5fx71 - Sheath inserted in the right femoral vein. |
| 10:54:20 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter inserted at the left atrium.Placed just inside of the sheath |
| 10:55:11 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. |
| 10:57:33 | Sheaths: Shth Swr SH 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:58:42 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 11:01:51 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. |
| 11:03:45 | EP Catheter: Cath Pentaray Nav 4-4-4 - EP catheter inserted at the left atrium. |
| 11:05:37 | LSPV baseline; looks isolated |
| 11:06:24 | not PV signal |
| 11:06:36 | 3D Mapping in Progress: With Carto and Pacing- Vein isolation will be checked |
| 11:07:24 | LIPV baseline; looks isolated |
| 11:08:19 | RSPV baseline has possible potential |
| 11:09:17 | intermittent capture RSPV 17,18 |
| 11:09:56 | RIPV baseline: looks isolated |
| 11:10:00 | Willhite, Julie R, R.T.(R), CV - Out: Role: CCI /HRS Rad Tech |
| 11:13:18 | pentaray in LV |
| 11:17:00 | NOVAC |
| 11:19:00 | Note: left atrial mean pressure is 1 |
| 11:19:20 | HR 97 bpm; 5/***/1 P2; Temp 36.3 °C |
| 11:19:20 | Hemodynamic Measurements: Vitals Heart Rate:  ; Systolic Pressure:  ; Diastolic Pressure:  ; Mean Pressure: |
| 11:20:28 | Campbell, Kimberley, R.N., RN-BC - Out: Role: Primary monitor |
| 11:21:58 | AV Wenckebach @ S1=370 |
| 11:25:35 | Note: Isuprel ordered by physician. |
| 11:26:47 | Block? |
| 11:27:32 | NS AT interesting. |
| 11:28:30 | Initiation |
| 11:28:33 | Term |
| 11:30:30 | Atrial ERP=170 @ S1=600 |
| 11:31:30 | Isuprel on |
| 11:31:51 | Note: Isuprel turned on by CRNA |
| 11:43:27 | Will map PAC |
| 11:45:33 | 3D Mapping in Progress: PVC Activation mapping with Pentaray |
| 11:50:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 11:51:54 | Pacing from Pentaray 3-4 closer to septal MA (0900-1000) |
| 11:54:19 | Note: 2 ACT ran simultaneously to confirm results |
| 11:54:24 | Initiation with 500/240/240 TCL 234 |
| 11:54:27 | Sustained TCL 234 |
| 11:55:55 | Degenerated and term. |
| 11:58:34 | Re initiated 500/240/240 tcl 240 |
| 12:02:21 | Term' |
| 12:03:11 | Term |
| 12:03:42 | Term |

---

PAGE 326/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1551**

Marcus, Leslie S
MRN: 12-300-675, DOB:　　　　Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Op Note/Surgical Log (continued)

```
CSN: 2000281081006                    POST-PROCEDURE NOTE
MRN: 12-300-675                       MAYO CLINIC - ARIZONA               12-Jun-2019
MARCUS, LESLIE                                                           Page 6 of 8
```

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 12:06:24 | Palmer, Jason K, RCES - Out: Role: Scrub Person |
| 12:06:57 | Crandall, Mary T, R.N. - In: Role: Circulator |
| 12:07:04 | Sortman, Deborah L, R.N. - Out: Role: Circulator |
| 12:11:06 | start TC |
| 12:14:43 | start TC |
| 12:35:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 12:36:00 | Crandall, Mary T, R.N. - Out: Role: Circulator |
| 12:38:24 | Mark |
| 12:39:00 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
| | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
| | Shock was delivered at 12:38. |
| | Post cardioversion rhythm: sinus rhythm. |
| | Post-cardioversion rate: 100 BPM. |
| 12:40:00 | Sortman, Deborah L, R.N. - In: Role: Circulator |
| 12:47:00 | Willhite, Julie R, R.T (R), CV - In: Role: CCL/HRS Rad Tech |
| 12:47:59 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - Out: Role: CCL/HRS Rad Tech |
| 12:53:36 | Mark |
| 12:53:45 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
| | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
| | Shock was delivered at 12:53. |
| | Post cardioversion rhythm: sinus rhythm. |
| | Post-cardioversion rate: 97 BPM. |
| 12:57:53 | pacemap PAC |
| 12:59:42 | 12 noon mitral annulus: different activation sequence |
| 13:01:35 | PAC |
| 13:05:03 | terminated |
| 13:16:10 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
| | Pre-cardioversion rate: 130 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
| | Shock was delivered at 13:16. |
| | Post cardioversion rhythm: sinus rhythm. |
| | Post-cardioversion rate: 101 BPM. |
| 13:16:21 | Mark |
| 13:23:45 | Note: Ablation continues by Dr Srivathsan |
| 13:43:03 | conducting; mitral line not blocked |
| 13:51:09 | Isuprel @ 0.05 |
| 13:51:57 | Block? |
| 13:53:51 | Initiation w/ triples. |
| 13:53:55 | Term |
| 13:54:26 | Isuprel OFF. |
| 13:54:56 | Start roof |
| 13:55:23 | Note: Re-Ablating Roof Line |
| 14:11:53 | Note: Heparin Off- VO per Dr Srivathsan- CRNA confirmed |
| 14:11:58 | Catheters pulled back into RA. |
| 14:12:32 | HIS on ABL AH-56-H-11-HV-43 |
| 14:17:51 | CS lesions |
| 14:20:55 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: Flush bag for Ablation (second bag) |
| 14:21:29 | Note: Hepain re-started- VO by Dr Srivathsan |
| 14:22:53 | Note: Heparin off per Dr Srivathsan |
| 14:24:56 | NO VAC |
| 14:25:30 | Note: Post ICE imaging preformed by Dr Srivathsan |
| 14:25:42 | *****Vein Velocities***** POST |
| 14:25:42 | LSPV(m/s): 0.3/0.6 |
| 14:25:42 | LIPV(m/s): 0.6/0.8 |

**Lincoln/Marcus 1552**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Op Note/Surgical Log (continued)

CSN: 2000281081006
MRN: 12-300-675
MARCUS, LESLIE

POST-PROCEDURE NOTE
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 7 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 14:25:42 | RSPV(m/s): 0.3/0.5 |
| 14:25:43 | RIPV(m/s): 0.3/0.5 |
| 14:28:21 | *****Basic Interval***** |
| 14:28:21 | Intervals: Post |
| 14:28:21 | RR: |
| 14:28:21 | HR: 86 |
| 14:28:21 | AA: 693 |
| 14:28:21 | PR: 121 |
| 14:28:21 | PA: 39 |
| 14:28:22 | AH: 56 |
| 14:28:22 | HIS Duration: 11 |
| 14:28:22 | HV: 43 |
| 14:28:22 | QRS: 75 |
| 14:28:22 | QT: 352 |
| 14:28:28 | Note: VO for Protamine 40 mg IV -Dr Srivathsan to CRNA |
| 14:28:56 | All Catheters Removed: Pentaray removed from the Atrium and left in the sheath for sheath removal |
| 14:29:09 | post case 12 lead EKG |
| 14:29:25 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter removed. |
| 14:29:35 | ------------------------------------------------------- |
| 14:29:36 | *****Ablation Summary***** |
| 14:29:36 | Total # Of Ablations: 179 |
| 14:29:36 | Total Ablation Time: 15:42 |
| 14:29:44 | Total Irrigation Fluid: 830 |
| 14:29:44 | Case End |
| 14:29:46 | Ablation Catheter: Cath Abl Thrmcl St DF - Ablation catheter removed at the left atrium.Left in sheath for sheath pull |
| 14:30:18 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter removed at the coronary sinus. |
| 14:30:50 | Procedure Finish: Intra-proc |
| 14:30:50 | Procedure End - 3D Mapping - Carto: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 14:30:50 | Srivathsan, Komandoor, M.D. - Out: Role: Primary Service: Electrophysiology (Panel 1) |
| 14:30:55 | Family Updated: Family updated on the progress of the procedure. |
| 14:38:00 | Intake/Output: Lactated Ringers Fixed Rate  -  Volume (mL): |
| 14:38:00 | Lactated Ringers Fixed Rate: Anesthesia Volume Adjustment Rate: 0 Route: Intravenous |
| 14:42:04 | Radiation Tracking: Panel 1: Srivathsan, Komandoor, M.D. Radiation (mGy) = 359.600 Fluoro Time (min) = 20.0 DAP (Gy-cm2) = 4.401 |
| 14:42:52 | Verified: Verify-Willhite, Julie R. R.T.(R), CV |
| 14:43:46 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 14:44:06 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 14:49:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Removed: Removal Date/Time: 06/12/19 1449  Placement Date/Time: 06/12/19 1021  Arterial or Venous access: Arterial  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: 4 Fr.  At... |
| 14:50:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Removed: Removal Date/Time: 06/12/19 1450  Placement Date/Time: 06/12/19 0959  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Internal Jugular  Sheath Size... |
| 14:51:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Removed: Removal Date/Time: 06/12/19 1451  Placement Date/Time: 06/12/19 1022  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: (c) 8 Fr.  Attached to: Hepariniz... |
| 14:52:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Removed: Removal Date/Time: 06/12/19 1452  Placement Date/Time: 06/12/19 1023  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: R... |
| 15:07:05 | Complications: Complications Complications: |
| 15:07:14 | Disposition: Disposition Disposition: |
| 15:07:42 | Non-OR to PACU: Intra-proc: Recovery |
| 15:08:00 | ETT Removed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906  Mask Ventilation: Easy mask  ETT Type: Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |

**Lincoln/Marcus 1553**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Op Note/Surgical Log (continued)**

CSN: 2000281081006          POST-PROCEDURE NOTE
MRN: 12-300-675            MAYO CLINIC - ARIZONA                    12-Jun-2019
MARCUS, LESLIE                                                     Page 8 of 8

---

PAGE 329/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1554**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Op Note/Surgical Log (continued)**

---

Last signed by:      Srivathsan, Komandoor, M.D. at 6/12/2019  3:07 PM
Electronically signed by Srivathsan, Komandoor, M.D. at 6/12/2019  3:07 PM

| | | |
|---|---|---|
| Abrich, Victor A, M.D. | Brief Op Note | Date of Service:  6/12/2019  6:49 AM |
| Fellow | Signed | |
| CVD Heart Rhythm | | |

Related encounter: Admission (Discharged) from 6/12/2019 in Mayo Clinic Hospital, Fourth Floor

Procedure: **ABLATION - PVI**      Case Time: **6/12/2019  8:49 AM**      Surgeon: **Srivathsan, Komandoor, M.D.**

## IMMEDIATE POST-PROCEDURE NOTE

**Procedures Performed:**
**1. Atypical atrial flutter ablation.**
**2. Redo atrial fibrillation ablation.**

Surgeon(s):
Srivathsan, Komandoor, M.D.
Appleton, Christopher P, M.D.
Abrich, Victor A, M.D.
Ladia, Vatsal M, M.D.

**Anesthesia Type:**
Monitored Anesthesia Care

**Pre-Operative Diagnosis:**
Atypical atrial flutter

Brief Operative Note Details
Post-operative diagnosis:
Atypical atrial flutter originating near the RSPV status post bilateral WACA, mitral2 isthmus line, septal line, and roof line.

Procedure: Pulmonary veins isolated at baseline. EP study performed, induced an atrial tachycardia vs micro-reentrant atrial flutter with earliest activation near the anterior side of the RSPV. Right WACA performed and septal line performed, terminating atrial flutter. Atrial fibrillation was inducible. Left WACA performed along mitral isthmus line, and roof line. Epicardial ablation performed in CS to complete mitral isthmus.

Plan: 6 hours bedrest, ECG, CXR, echo in AM, PPI BID, propafenone 325 mg BID.

**Specimens:**

---

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 327 |

**Lincoln/Marcus 1555**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 331/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**MAYO CLINIC**

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Op Note/Surgical Log (continued)**

* No specimens in log *

**Lines, Drains and Airways:**

Indwelling Urinary Catheter Non-latex 12 Fr. (Active)
*06/12/19 0931*
Placed by: Kim C., RN
Placed by External Staff?:
Hand Hygiene Performed Prior to Insertion: Yes
Sterile technique followed?: Yes
Catheter Type: Non-latex
Tube Size (Fr.): 12 Fr.
Catheter Balloon Size: 5 mL
Urine Returned: Yes
Removal Reason:

| | | |
|---|---|---|
| Site Assessment | Clean;Skin intact | 6/12/2019 9:31 AM |
| Collection Container | Standard drainage bag | 6/12/2019 9:31 AM |
| Securement Method | Securing device | 6/12/2019 9:31 AM |
| Daily Assessment of Need | Chemically paralyzed/sedated | 6/12/2019 9:31 AM |
| Line Necessity Reviewed With | Drs. Srivathsan, and Ladia | 6/12/2019 9:31 AM |

[REMOVED] GI Tubes (Adults)  Orogastric (Removed)
*06/12/19 0908*
Placed by External Staff?:
Placed by:
GI Tube Type: Orogastric
GI Tube Size: 18 Fr
Length (cm):
Removal Reason:
*Removed 06/12/19 0909*

**Estimated Blood Loss:**
No blood loss documented.

**Implants:**
* No implants in log *

**Medications:**

Intra-op Medications

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 06/12/2019 0956 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE) | 10 mL | subcutaneous | Given | Abrich, V |
| 06/12/2019 0955 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE) | 15 mL | subcutaneous | Given | Abrich, V |
| 06/12/2019 | heparin 1,000 Units/500 mL | 500 | miscell | Given | Schroeder, B |

---

**Lincoln/Marcus 1556**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Op Note/Surgical Log (continued)**

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 0900 | **NaCl 0.9% table solution** | mL | aneous | | |
| 06/12/2019 1420 | **heparin table flush 2,000 units/1,000 mL in 0.9% NaCl** | 1,000 mL | miscell aneous | Given | Willhite, J |
| 06/12/2019 0900 | **heparin table flush 2,000 units/1,000 mL in 0.9% NaCl** | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | **heparin table flush 2,000 units/1,000 mL in 0.9% NaCl** | 1,000 mL | miscell aneous | Given | Palmer, J |
| 06/12/2019 0900 | **heparin table flush 2,000 units/1,000 mL in 0.9% NaCl** | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | **heparin table flush 2,000 units/1,000 mL in 0.9% NaCl** | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | **heparin table flush 2,000 units/1,000 mL in 0.9% NaCl** | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | **heparin table flush 2,000 units/1,000 mL in 0.9% NaCl** | 1,000 mL | miscell aneous | Given | Schroeder, B |

Victor Abrich, M.D.

Electronically signed by Abrich, Victor A, M.D. at 6/12/2019  2:46 PM

**Progress Notes**

**Progress Notes**

**Progress Notes by Alland, Michelle L, APRN, M.S.N., FNP-C at 6/13/2019  9:20 AM**

| | | |
|---|---|---|
| Author: Alland, Michelle L, APRN, M.S.N., FNP-C | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
| Filed: 6/13/2019 11:29 AM | Date of Service: 6/13/2019  9:20 AM | Status: Signed |
| Editor: Alland, Michelle L, APRN, M.S.N., FNP-C (Nurse Practitioner) | | Cosigner: Srivathsan, Komandoor, M.D. at 6/13/2019 11:41 AM |

#### CARDIOLOGY INPATIENT PROGRESS NOTE

**SUBJECTIVE**
Ms. Marcus was seen and examined on morning rounds.  She is s/p EP study and ablation.  Had significant back pain last night - CT abd was performed which showed no evidence of acute bleed.  Her pain is resolved this morning, and attributes it largely to the bedrest restriction.  She c/o migraine type headache this morning.  No chest pain or dyspnea.

**TELEMETRY**
NSR rate 80s.

**Lincoln/Marcus 1557**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Progress Notes (continued)

**Medications**

**Scheduled**

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| atorvastatin tablet 20 mg (LIPITOR) | 20 mg, oral, QAM | Given: 06/13 0911 |
| mirtazapine disintegrating tablet 30 mg (REMERON SOL-TAB) | 30 mg, oral, Daily at bedtime | Given: 06/12 2148 |
| pantoprazole DR tablet 40 mg (PROTONIX) | 40 mg, oral, BID | Given: 06/13 0912 |
| propafenone 12 hr capsule 225 mg (RYTHMOL SR) | 225 mg, oral, Q12H SCH | Given: 06/13 0910 |
| sucralfate suspension 1 g (CARAFATE) | 1 g, oral, Before meals & bedtime | Ordered |

**Continuous**

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| heparin (porcine) 100 Units/mL in D5W 250 mL infusion | 14 Units/kg/hr, IV, Continuous | Rate/Dose Change: 06/13 0920 |
| Lactated Ringers Fixed Rate | 125 mL/hr, IV, Continuous | Continued from OR: 06/12 1516 |

**PRN**

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen tablet 500 mg (TYLENOL) | 500 mg, oral, Q6H PRN | Given: 06/12 2307 |
| docusate sodium capsule 100 mg (COLACE) | 100 mg, oral, BID PRN | Ordered |
| naloxone injection 0.2 mg (NARCAN) | 0.2 mg, IV, PRN | Ordered |
| promethazine injection 6.25 mg (PHENERGAN) | 6.25 mg, IV, Q6H PRN | Given: 06/13 0526 |

## INTAKE/OUTPUT
Past 24 hours:

Intake/Output Summary (Last 24 hours) at 6/13/2019 1120
Last data filed at 6/13/2019 0920

|  | Gross per 24 hour |
|---|---|
| Intake | 1045.38 ml |
| Output | 2220 ml |
| **Net** | -1174.62 ml |

**Lincoln/Marcus 1558**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

---

Admission Weight: 63.9 kg
Today's weight: 66.3 kg
Body mass index is 24.32 kg/m².

**VITAL SIGNS**
Temperature: [36.2 °C-36.6 °C] 36.5 °C
Heart Rate: [78-104] 98
Resp Rate: [9-19] 16
Blood Pressure: (68-127)/(55-89) 127/89
SpO2: [95 %-100 %] 98 %
Flow Rate (L/min): [3 L/min-7 L/min] 3 L/min
Weight: [66.3 kg] 66.3 kg
BMI (Calculated): [24.3 kg/m²] 24.3 kg/m²
Pulse Rate: [78-98] 87

**PHYSICAL EXAMINATION**
General: Awake and alert, oriented x3.
Heart: Regular rate and rhythm. No murmur. No JVD.
Lungs: Clear to auscultation. No crackles or wheezing.
Abdomen: Soft, non-distended. Positive bowel sounds x4 quadrants.
Extremities: No lower extremity edema.
Skin: Warm and dry. R femoral and R IJ sites are soft, no evidence of bleeding or hematoma.
Neuro: No focal deficit appreciated.

**DIAGNOSTICS**
I personally reviewed all radiology and labs from the past 24 hrs.
Recent Results (from the past 24 hour(s))
Activated Clotting Time, i-STAT Celite, POCT
    Collection Time: 06/12/19 11:33 AM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 232 (H) |

Activated Clotting Time, i-STAT Celite, POCT
    Collection Time: 06/12/19 11:55 AM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 257 (H) |

Activated Clotting Time, i-STAT Celite, POCT
    Collection Time: 06/12/19 11:55 AM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 211 (H) |

Activated Clotting Time, i-STAT Celite, POCT
    Collection Time: 06/12/19 12:34 PM

| Result | Value |
| --- | --- |

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 331

**Lincoln/Marcus 1559**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

Activated Clotting    253 (H)
Time, POCT
Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19  1:02 PM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 262 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19  1:41 PM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 253 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19  2:44 PM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 122 |

APTT (Activated Partial Thromboplastin Time)
Collection Time: 06/12/19  9:34 PM

| Result | Value |
| --- | --- |
| Activated Partial Thrombopl Time, P | 25 |

Hemoglobin
Collection Time: 06/12/19 11:14 PM

| Result | Value |
| --- | --- |
| Hemoglobin | 8.9 (L) |

APTT Mixing Study, Plasma
Collection Time: 06/13/19  3:59 AM

| Result | Value |
| --- | --- |
| APT Dilution 1:1 | 39.2 |
| Path Interpretation | See Comment |
| APT Normal Control | 30.7 |
| Patient APTT | 52.9 (H) |

Hematocrit
Collection Time: 06/13/19  3:59 AM

| Result | Value |
| --- | --- |
| Hematocrit | 29.8 (L) |

Heparin Anti-Xa Assay
Collection Time: 06/13/19  4:02 AM

| Result | Value |
| --- | --- |
| Heparin Anti-Xa, P | 0.46 |

APTT (Activated Partial Thromboplastin Time)
Collection Time: 06/13/19  4:02 AM

| Result | Value |
| --- | --- |
| Activated Partial Thrombopl Time, P | 49 (H) |

**Lincoln/Marcus 1560**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

Ct Cardiac Angiogram Pulmonary Veins With Iv
Result Date: 6/11/2019
Impression: 1. Normal pulmonary venous return to the left atrium with early branching from the right superior, right inferior and left inferior pulmonary veins. 2. Mild bronchitis without consolidative pneumonia. 3. Circumferential thickening of the mid and distal esophagus possibly related to mild reflux esophagitis.

### 6/12/2019, EP study/ablation by Dr. Srivathsan:

PREOPERATIVE DIAGNOSIS:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy.
2. History of atrial fibrillation status post pulmonary vein isolation 12/2018 at outside facility.

POSTOPERATIVE DIAGNOSIS:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular premature atrial complexes status post successful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

PROCEDURE:
1. Comprehensive electrophysiologic evaluation including transeptal catheterization, insertion and repositioning of multiple electrode catheters with induction or attempted induction of an arrhythmia with atrial recording and pacing, when possible, right ventricular pacing and recording, His bundle recording with intracardiac catheter ablation of arrhythmogenic focus, with treatment of atrial fibrillation by ablation by pulmonary vein isolation (93656).
2. Intracardiac catheter ablation of a discrete mechanism of arrhythmia which is distinct from the primary ablated mechanism, including repeat diagnostic maneuvers, to treat a spontaneous or induced arrhythmia (93655).
3. Programmed stimulation and pacing after intravenous drug infusion (93623).
4. Intracardiac electrophysiology 3-D mapping (93613).
5. Intracardiac echo (93662).
6. Arterial line catheterization (36620).
7. Fluoroscopy.
8. Cardioversion - External (92960).
9. Coronary sinus venogram.

### ASSESSMENT / PLAN

Ms. Marcus is a 48 y.o. female with history of afib s/p PVI ablation 12/2018 at outside facility, DVT/PE (unclear etiology), dyslipidemia, and migraines.  She was hospitalized at Mayo Clinic in May 2018 after presenting to the emergency department in an atypical atrial flutter.  She had previously been on flecainide and was having symptoms on a daily basis.  After seeing Dr. Srivathsan in the hospital, she was switched to propafenone 425 mg b.i.d. and has not had any recurrent symptoms.  Unfortunately, she now gets short of breath with exertion which she attributes to an inability increase her heart rate while on medication.  She therefore presented today for an ablation procedure.

**#1 Fibrillation Atrial, atypical atrial flutter, PACs**
**#2 Catheter Ablation For Conduction Pathway Status Post** (PVI via R and L WACA, with mitral isthmus line and anterior roof line, with mitral isthmus ablation and line connecting R SPV to mitral annulus).
-R femoral (V and A) and R IJ sites WNL.
-CT abd last night done for severe back pain: no bleeding identified. Back pain resolved today.
-telemetry monitoring. Currently NSR
-IV heparin initiated last night.
-in AM: limited TTE. If no evidence of effusion, d/c IV heparin and resume apixaban

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 333 |

**Lincoln/Marcus 1561**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

-PPI x6 weeks.
-propafenone to continue at dose of 225mg bid
-likely for d/c home later today

**#3 Acute-on-chronic normocytic aneima**
-baseline Hgb was around 12; dropped to 8.9 overnight
-no sources of bleeding identified.
-Suspect there could be an aspect of dilution effect, will give small dose IV lasix, as she did receive around 2L of IV fluids yesterday intra-procedurally.
-will recheck CBC this afternoon for stability

**# Headache**
-Toradol ordered for pain management

Michelle Alland, APRN, M.S.N., FNP-C
06/13/19
Pager 127-5333

Electronically Signed by Alland, Michelle L, APRN, M S N., FNP-C on 6/13/2019 11:29 AM
Electronically Signed by Srivathsan, Komandoor, M.D. on 6/13/2019 11:41 AM

---

**Progress Notes by Feldman, Angela L, Pharm.D., R.Ph. at 6/13/2019  8:01 AM**

| | | |
|---|---|---|
| Author: Feldman, Angela L, Pharm.D., R.Ph. | Service: PHR (Pharmacy) | Author Type: Pharmacist |
| Filed: 6/13/2019  8:01 AM | Date of Service: 6/13/2019  8:01 AM | Status: Signed |
| Editor: Feldman, Angela L, Pharm.D., R.Ph. (Pharmacist) | | |

APTT at 49
Goal  50-80
Current rate 12 u/k/h- increase by 2 units to 14 u/k/h
Next aptt 6/13 at 1400

Electronically Signed by Feldman, Angela L, Pharm.D., R.Ph. on 6/13/2019  8:01 AM

---

**Progress Notes by Murphy, Katie M, M.B., B.Ch., B.A.O. at 6/12/2019 11:50 PM**

Lincoln/Marcus 1562



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

| | | |
|---|---|---|
| Author: Murphy, Katie M, M.B., B.Ch., B.A.O. | Service: CVD (Cardiovascular Diseases) | Author Type: Fellow |
| Filed: 6/13/2019 1:21 AM | Date of Service: 6/12/2019 11:50 PM | Status: Addendum |
| Editor: Murphy, Katie M, M.B., B.Ch., B.A.O. (Fellow) | | |
| Related Notes: Original Note by Murphy, Katie M, M.B., B.Ch., B.A.O. (Fellow) filed at 6/12/2019 11:56 PM | | |

Came to review patient due to abdominal and back pain
Pain is in band around back and stomach, 10/10
Patient says is similar to back pain before back surgery and that she also had pain after her last ablation

Pulse 88 BP 105/72

No bruising
No back tenderness
Some mild generalized abdominal tenderness
Groin site intact, no palpable hematoma

Hgb repeated, is 8.9 from 11.4
Patient is on fluids

Given pain and drop in Hgb I think it's reasonable to rule out a retroperitoneal hematoma with a CT, although pain does sound similar to prior musculoskeletal pain.

Pain is somewhat improved after tylenol and dilaudid (Patient declined oxycodone due to prior itch)

Will follow

Katie Murphy, M.B., B.Ch., B.A.O.

Addendum: CT negative for hematoma.

Electronically Signed by Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/12/2019 11:56 PM
Electronically Signed by Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/13/2019 1:21 AM

---

**Progress Notes by Fletcher, Jared, Pharm.D., R.Ph. at 6/12/2019 7:36 PM**

| | | |
|---|---|---|
| Author: Fletcher, Jared, Pharm.D., R.Ph. | Service: PHR (Pharmacy) | Author Type: Pharmacist |
| Filed: 6/12/2019 7:47 PM | Date of Service: 6/12/2019 7:36 PM | Status: Addendum |
| Editor: Fletcher, Jared, Pharm.D., R.Ph. (Pharmacist) | | |
| Related Notes: Original Note by Fletcher, Jared, Pharm.D., R.Ph. (Pharmacist) filed at 6/12/2019 7:36 PM | | |

**Pharmacy Consult - Heparin Infusion with aPTT Management (Low Intensity)**

Hospital Pharmacy has been consulted for inpatient heparin infusion management using aPTTs for monitoring

Indication for Heparin Therapy: Following invasive procedures or other patients deemed high risk for bleeding complications

---

**Lincoln/Marcus 1563**



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

Relevant PMH: Hysterectomy
Recent direct oral Factor Xa inhibitor use: Yes; Apixaban
If so, last dose date/time: 5mg on 6/10
Ordering Md: Dr. Ladia

**Baseline labs** (Aptt = 25 on 6/12)

**Heparin Dosing Initiation:**
Initial Loading Dose:
No loading dose

Initial Infusion:
12 units/kg/hr

**Plan:**
No Heparin loading dose will be administered.
Heparin infusion will start at a rate of 12 units/kg/hr.
The goal aptt for the Low Intensity nomogram is: 50 - 80 seconds (AZ, RST)
Next aPTT level order time (Date & Time): 6/12 @ 0245, follow up level 6 hours after that to acquire 2nd level, then levels q24h.

Pharmacy will manage heparin based upon the Heparin IV Monitoring by aPTT guidance document in AskMayoExpert.

Jared Fletcher, Pharm.D., R.Ph.

Electronically Signed by Fletcher, Jared, Pharm.D., R.Ph. on 6/12/2019  7:36 PM
Electronically Signed by Fletcher, Jared, Pharm.D., R.Ph. on 6/12/2019  7:47 PM

**Progress Notes by Alland, Michelle L, APRN, M.S.N., FNP-C at 6/12/2019  4:08 PM**

| | | |
|---|---|---|
| Author: Alland, Michelle L, APRN, M.S.N., FNP-C | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
| Filed: 6/12/2019  6:06 PM | Date of Service: 6/12/2019  4:08 PM | Status. Signed |
| Editor: Alland, Michelle L, APRN, M.S.N., FNP-C (Nurse Practitioner) | | Cosigner: Srivathsan, Komandoor, M.D. at 6/13/2019  8:17 AM |

### CARDIOLOGY INPATIENT PROGRESS NOTE

**SUBJECTIVE**

---

**Lincoln/Marcus 1564**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

Ms. Marcus was seen and examined following EP study and ablation for atypical aflutter, atrial tachycardia.  Currently drowsy/groggy but arouses to verbal stimuli.

**TELEMETRY**
NSR rate 80s.

**Medications**

**Continuous**

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| Lactated Ringers Fixed Rate | 125 mL/hr, IV, Continuous | Ordered |

**PRN**

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| droperidol injection 0.625 mg (INAPSINE) | 0.625 mg, IV, Q6H PRN | Ordered |
| fentaNYL injection 25 mcg (SUBLIMAZE) | 25 mcg, IV, Q5 Min PRN | Given: 06/12 1551 |
| heparin 1,000 Units/500 mL NaCl 0.9% table solution | 500 mL, , PRN | Given: 06/12 0900 |
| heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL, misc, PRN | Given: 06/12 1420 |
| HYDROmorphone injection 0.2 mg (DILAUDID) | 0.2 mg, IV, Q5 Min PRN | Ordered |
| lidocaine 10 mg/mL (1 %) injection (XYLOCAINE) | 10 mL, , PRN | Given: 06/12 1444 |
| promethazine injection 6.25 mg (PHENERGAN) | 6.25 mg, IV, Q6H PRN | Given: 06/12 1605 |
| scopolamine base 1 mg over 3 days 1 patch (TRANSDERM SCOP) | 1 patch, TD, Once PRN | Medication Applied: 06/12 0831 |

**INTAKE/OUTPUT**
Past 24 hours:

Intake/Output Summary (Last 24 hours) at 6/12/2019 1608
Last data filed at 6/12/2019 1513

| | Gross per 24 hour |
|---|---|
| Intake | 1895.02 ml |
| Output | 2070 ml |
| **Net** | -174.98 ml |

Admission Weight: 63.9 kg

---

PAGE 340/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1565**



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

Today's weight: 63.9 kg
Body mass index is 23.44 kg/m².

**VITAL SIGNS**
Temperature: [36.4 °C-36.8 °C] (P) 36.4 °C
Heart Rate: [79-95] 84
Resp Rate: [11-19] 19
Blood Pressure: (105-116)/(65-81) 105/72
SpO2: [99 %-100 %] 99 %
Height: [165.1 cm] 165.1 cm
Weight: [63.9 kg] 63.9 kg
BSA (Calculated - sq m): [1.71 sq meters] 1.71 sq meters
BMI (Calculated): [23.4 kg/m²] 23.4 kg/m²
Pulse Rate: [84-98] 84

**PHYSICAL EXAMINATION**
General: Droswy, but arousable to verbal stimuli.
Heart: Regular rate and rhythm. No murmur. No JVD.
Lungs: Clear to auscultation. No crackles or wheezing. Unable to listen posteriorly due to bedrest restrictions.
Abdomen: Soft, non-distended. Positive bowel sounds x4 quadrants.
Extremities: No lower extremity edema.
Skin: Warm and dry. R femoral and R IJ sites are soft, no evidence of bleeding or hematoma. Pressure dressing to R femoral site.

**DIAGNOSTICS**
I personally reviewed all radiology and labs from the past 24 hrs.
Recent Results (from the past 24 hour(s))
CBC without Differential
    Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Hemoglobin | 11.4 (L) |
| Hematocrit | 36.2 |
| Erythrocytes | 4.16 |
| MCV | 87.0 |
| RBC Distrib Width | 14.0 |
| Platelet Count | 365 |
| Leukocytes | 6.6 |

BMP (Basic Metabolic Panel)
    Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Potassium, S | 4.6 |
| Sodium, S | 141 |
| Chloride, S | 106 |
| Bicarbonate, S | 26 |
| Anion Gap | 9 |
| Bld Urea | 14.7 |

---

**Lincoln/Marcus 1566**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

Nitrog(BUN), S
Creatinine, S            0.97
eGFR-Non Black           69
eGFR-Black               80
Calcium, Total, S        9.6
Glucose, S               91

APTT (Activated Partial Thromboplastin Time)
Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Activated Partial Thrombopl Time, P | 25 |

PT (Prothrombin Time) with INR
Collection Time: 06/12/19  6:39 AM

| Result | Value |
| --- | --- |
| Prothrombin Time, P | 12.2 |
| INR | 1.1 |

Urinalysis with Microscopic: Urine, Catheter
Collection Time: 06/12/19  9:32 AM

| Result | Value |
| --- | --- |
| Clarity | CLEAR |
| Color | STRAW |
| pH, U | 6.0 |
| Specific Gravity | 1.020 |
| Glucose | NEG |
| Protein | NEG |
| Bilirubin | NEG |
| Urobilinogen | <0.2 |
| Hemoglobin, QL | NEG |
| Ketones | NEG |
| Leukocyte Esterase | NEG |
| Nitrite, U | NEG |
| Urine RBC | 1-2 |
| White Blood Cells | <1 |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19 11:01 AM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 183 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19 11:17 AM

| Result | Value |
| --- | --- |
| Activated Clotting Time, POCT | 216 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19 11:33 AM

| Result | Value |
| --- | --- |

**Lincoln/Marcus 1567**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

Activated Clotting        232 (H)
Time, POCT
Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19 11:55 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 257 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19 11:55 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 211 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19 12:34 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 253 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19  1:02 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 262 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19  1:41 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 253 (H) |

Activated Clotting Time, i-STAT Celite, POCT
Collection Time: 06/12/19  2:44 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 122 |

Ct Cardiac Angiogram Pulmonary Veins With Iv
Result Date: 6/11/2019
Impression: 1. Normal pulmonary venous return to the left atrium with early branching from the right superior, right inferior and left inferior pulmonary veins. 2. Mild bronchitis without consolidative pneumonia. 3. Circumferential thickening of the mid and distal esophagus possibly related to mild reflux esophagitis.

**6/12/2019, EP study/ablation by Dr. Srivathsan:**

**Lincoln/Marcus 1568**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM    PAGE 344/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

PREOPERATIVE DIAGNOSIS:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy.
2. History of atrial fibrillation status post pulmonary vein isolation 12/2018 at outside facility.

POSTOPERATIVE DIAGNOSIS:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular premature atrial complexes status post successful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

PROCEDURE:
1. Comprehensive electrophysiologic evaluation including transseptal catheterization, insertion and repositioning of multiple electrode catheters with induction or attempted induction of an arrhythmia with atrial recording and pacing, when possible, right ventricular pacing and recording, His bundle recording with intracardiac catheter ablation of arrhythmogenic focus, with treatment of atrial fibrillation by ablation by pulmonary vein isolation (93656).
2. Intracardiac catheter ablation of a discrete mechanism of arrhythmia which is distinct from the primary ablated mechanism, including repeat diagnostic maneuvers, to treat a spontaneous or induced arrhythmia (93655).
3. Programmed stimulation and pacing after intravenous drug infusion (93623).
4. Intracardiac electrophysiology 3-D mapping (93613).
5. Intracardiac echo (93662).
6. Arterial line catheterization (36620).
7. Fluoroscopy.
8. Cardioversion - External (92960).
9. Coronary sinus venogram.

## ASSESSMENT / PLAN
Ms. Marcus is a 48 y.o. female with history of afib s/p PVI ablation 12/2018 at outside facility, DVT/PE (unclear etiology), dyslipidemia, and migraines. She was hospitalized at Mayo Clinic in May 2018 after presenting to the emergency department in an atypical atrial flutter. She had previously been on flecainide and was having symptoms on a daily basis. After seeing Dr. Srivathsan in the hospital, she was switched to propafenone 425 mg b.i.d. and has not had any recurrent symptoms. Unfortunately, she now gets short of breath with exertion which she attributes to an inability increase her heart rate while on medication. She therefore presented today for an ablation procedure.

**#1 Fibrillation Atrial, and atypical atrial flutter**
**#2 Catheter Ablation For Conduction Pathway Status Post** (PVI via R and L WACA, with mitral isthmus line and anterior roof line, with mitral isthmus ablation and line connecting R SPV to mitral annulus).
-R femoral (V and A) and R IJ sites WNL.
-telemetry monitoring. Currently NSR
-IV heparin to start this evening
-in AM: limited TTE. If no evidence of effusion, d/c IV heparin and resume apixaban
-PPI x6 weeks.
-propafenone to continue at dose of 225mg bid
-likely for d/c home tomorrow if no issues overnight

Michelle Alland, APRN, M.S.N., FNP-C
06/12/19
Pager 127-5333

**Lincoln/Marcus 1569**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

Electronically Signed by Alland, Michelle L, APRN, M.S.N., FNP-C on 6/12/2019  6:06 PM
Electronically Signed by Srivathsan, Komandoor, M.D. on 6/13/2019  8:17 AM

**Imaging**

**Echocardiography**

**Transthoracic Echocardiogram [2222504023808] (Final result)**

| **Transthoracic Echocardiogram [2222504023808]** | Resulted: 06/13/19 1046, Result status: Final result |
|---|---|

Ordering provider: Ladia, Vatsal M, M.D.  06/13/19 0030        Order status: Completed
Resulted by: Freeman, William K, M.D.                     Filed by: Interface, Mc In Oru Cardiology Generic 1 609313
                                                          06/13/19 1046
Performed: 06/13/19 0737 - 06/13/19 0819                   Accession number: 11518062
Resulting lab: MC CV EIMS
Narrative:

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Limited echocardiogram performed to evaluate for pericardial effusion one day status post
ablation.
2. Status post catheter ablation (06/12/2019).
3. No pericardial effusion.
4. Normal left ventricular chamber size.
5. Estimated ejection fraction range 60 % - 65 %.

Findings
Echocardiographic images interpreted at MCA - Hospital campus.  RIGHT VENTRICLE:  Normal right
ventricular size.  Normal right ventricular function.  OTHER ECHO FINDINGS:  Normal inferior
vena cava size.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"
Acknowledged by: Ladia, Vatsal M, M.D. on 06/13/19 1324

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 60 | — | — | EIMS |
| LV End-Diastolic Diameter | 42 | — | — | EIMS |

**Lincoln/Marcus 1570**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Imaging (continued)

| | | | | |
|---|---|---|---|---|
| LV End-Systolic Diameter | 26 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |

| Procedures Performed | Chargeables |
|---|---|
| (TTE) 2D LIMITED ONLY [ECH429] | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

### Signed

Electronically signed by Freeman, William K, M.D. on 6/13/19 at 1046 MST

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM

### Electrophysiology

#### Heart Rhythm Procedure [2222486858216] (Final result)

| Heart Rhythm Procedure [2222486858216] | Resulted: 06/12/19 1746, Result status: Final result |
|---|---|
| Ordering provider: Srivathsan, Komandoor, M.D.  05/15/19 0816 | Order status: Completed |
| Resulted by: Srivathsan, Komandoor, M.D. | Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 06/12/19 1747 |
| Performed: 06/12/19 0849 - 06/12/19 1500 | Accession number: 11256497 |

Resulting lab: HX HEALTH SYSTEM CONVERSION
Narrative:
"See PDF For Result"
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 1747

| Procedures Performed | Chargeables |
|---|---|
| ABLATION PVI [EP90] | |
| CARTO [EP187] | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - HX IMG | HX HEALTH SYSTEM CONVERSION | Unknown | Unknown | 03/02/18 0811 - Present |

### Physicians

| Panel Physicians | Referring Physician | Case Authorizing Physician |
|---|---|---|
| Srivathsan, Komandoor, M.D. (Primary) | | Srivathsan, Komandoor, M.D. |
| Appleton, Christopher P, M.D. (Other Assistant) | | |
| Abrich, Victor A, M.D. (Other Assistant) | | |

**Lincoln/Marcus 1571**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM   PAGE 347/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Imaging (continued)

Ladia, Vatsal M, M.D. (First Assistant)

**Indications**

Atrial Fibrillation (HCC) [I48.91 (ICD-10-CM)]

**Signed**

Electronically signed by Srivathsan, Komandoor, M.D. on 6/12/19 at 1746 MST

**All Reviewers List**

Srivathsan, Komandoor, M.D. on 6/12/2019  5:47 PM

### Imaging

#### CT Abdomen Pelvis without IV Contrast [2222504023805] (Final result)

| CT Abdomen Pelvis without IV Contrast [2222504023805] | Resulted: 06/13/19 0758, Result status: Final result |
|---|---|
| Ordering provider: Murphy, Katie M, M.B., B.Ch., B.A.O. 06/12/19 2344 | Order status: Completed |
| Resulted by: Czaplicki, Christopher D, M.D. Radiologist, Arz Silva, Alvin C, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 06/13/19 0801 |
| Performed: 06/13/19 0106 - 06/13/19 0113 | Accession number: 11515690 |
| Resulting lab: POWERSCRIBE360 | |

Narrative:
EXAM:  CT ABDOMEN PELVIS WITHOUT IV CONTRAST

CLINICAL INFORMATION:  Evaluate for retroperitoneal hematoma. Recent catheter
ablation.

COMPARISON:  None

TECHNIQUE:  No oral or IV contrast.

FINDINGS:  Soft tissue stranding in the right groin from recent catheter
directed therapy. No hematoma within the groin soft tissues or retroperitoneum.

Vicarious excretion of contrast within the gallbladder.

Negative appearance of the liver and spleen on this noncontrast evaluation.

Negative noncontrast kidneys, pancreas and adrenal gland.

No retroperitoneal or pelvic adenopathy. Small layering ascites within the
pelvis

No aggressive appearing osseous lesions.

Trace right pleural effusion. Bibasilar atelectasis.

Impression:
1. No large right groin or retroperitoneal hematoma.

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 344

**Lincoln/Marcus 1572**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Imaging (continued)**

I have personally reviewed the images and agree with this interpretation.
Acknowledged by: Murphy, Katie M, M.B., B.Ch., B.A.O. on 06/14/19 1452

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Silva, Alvin C, M.D. on 6/13/19 at 0758 MST

**All Reviewers List**

Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/14/2019  2:52 PM

### DX Chest Portable 1 View [2222503955946] (Final result)

| DX Chest Portable 1 View [2222503955946] | Resulted: 06/12/19 1617, Result status: Final result |
|---|---|

Ordering provider: Ladia, Vatsal M, M.D.  06/12/19 1516    Order status: Completed
Resulted by: Panse, Prasad M, M.D.                         Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                                          06/12/19 1620
Performed: 06/12/19 1605 - 06/12/19 1614                   Accession number: 11514847
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: DX CHEST PORTABLE 1 VIEW

COMPARISON: None

Impression:
No lobar consolidations, pleural effusions or pneumothorax. Cardiac
silhouette is grossly normal, accounting for portable technique. No priors.

Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2035

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Panse, Prasad M, M.D. on 6/12/19 at 1617 MST

**All Reviewers List**

Ladia, Vatsal M, M.D. on 6/12/2019  8:35 PM

**Labs**

**Lincoln/Marcus 1573**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

**Lab**

**Basic Metabolic Panel [2222504023836] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113024533:36 | Blood | Blood, Venous | 06/13/19 1218 |

**Basic Metabolic Panel [2222504023836]**  Resulted: 06/13/19 1316, Result status: Final result

Ordering provider: Alland, Michelle L, APRN, M.S.N., FNP-C    Order status: Completed
06/13/19 1141
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/13/19 1218
06/13/19 1316
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Alland, Michelle L, APRN, M.S.N., FNP-C on 06/13/19 1341

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 3.7 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 140 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 103 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 27 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 10 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 6.6 | 6 - 21 mg/dL | — | ARZ |
| Creatinine, S | 0.77 | 0.59 - 1.04 mg/dL | — | ARZ |
| eGFR-Non Black | >90 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | >90 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 8.8 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 109 | 70 - 140 mg/dL | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

**Lincoln/Marcus 1574**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019  1:41 PM

**CBC with Differential, Blood [2222504023837] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113024533:37 | Blood | Blood, Venous | 06/13/19 1218 |

CBC with Differential, Blood [2222504023837] (Abnormal)          Resulted: 06/13/19 1231, Result status: Final result

Ordering provider: Alland, Michelle L, APRN, M.S.N., FNP-C     Order status: Completed
06/13/19 1141
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301     Collected by: 06/13/19 1218
06/13/19 1231
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Alland, Michelle L, APRN, M.S.N., FNP-C on 06/13/19 1244

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 9.4 | 11.6 - 15.0 g/dL | L ⌄ | ARZ |
| Hematocrit | 29.5 | 35.5 - 44.9 % | L ⌄ | ARZ |
| Erythrocytes | 3.51 | 3.92 - 5.13 x10(12)/L | L ⌄ | ARZ |
| MCV | 84.0 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 14.1 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 272 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 7.7 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 3.49 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 3.15 | 0.95 - 3.07 x10(9)/L | H ⌃ | ARZ |
| Monocytes | 0.61 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.35 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.06 | 0.01 - 0.08 x10(9)/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019  1:41 PM
Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019 12:44 PM

---

**Lincoln/Marcus 1575**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



## MAYO CLINIC

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

#### Nucleated RBC [2222504023841] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113024533:39 | Blood | — | 06/13/19 1218 |

**Nucleated RBC [2222504023841]**                Resulted: 06/13/19 1231, Result status: Final result

Ordering provider: Alland, Michelle L, APRN, M.S.N., FNP-C    Order status: Completed
06/13/19 1141
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/13/19 1218
06/13/19 1231
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Alland, Michelle L, APRN, M.S.N., FNP-C on 06/13/19 1244

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019  1:41 PM
Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019 12:44 PM

#### Heparin Anti-Xa Assay [2222504023810] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113002606:28 | Blood | Blood, Venous | 06/13/19 0402 |

**Heparin Anti-Xa Assay [2222504023810]**                Resulted: 06/13/19 0420, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D.  06/13/19    Order status: Completed
0359
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/13/19 0402
06/13/19 0420
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/13/19 0817

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Heparin Anti-Xa, P | 0.46 | IU/mL | — | ARZ |

Comment:
UFH therapeutic range:
0.30-0.70 IU/mL

---

**Lincoln/Marcus 1576**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

(Sample obtained 6 hours following initiation or dose adjustment)
LMWH therapeutic range:
0.50-1.00 IU/mL for twice daily dosing
1.00-2.00 IU/mL for once daily dosing
LMWH prophylactic range: 0.10-0.30 IU/mL
(Sample obtained 4-6 hours following subcutaneous injection)

----ADDITIONAL INFORMATION----
Heparin Anti-Xa is used to measure heparin concentrations
in patients receiving low molecular weight heparin (LMWH)
or unfractionated heparin (UFH).

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/13/2019  8:54 AM
Srivathsan, Komandoor, M.D. on 6/13/2019  8:17 AM

### APTT (Activated Partial Thromboplastin Time) [2222504023822] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113011987:32 | Blood | Blood, Venous | 06/13/19 0402 |

APTT (Activated Partial Thromboplastin Time) [2222504023822]
(Abnormal)                                              Resulted: 06/13/19 0748, Result status: Final result
Ordering provider: Feldman, Angela L, Pharm.D., R.Ph.       Order status: Completed
06/13/19 0732
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 06/13/19 0402
06/13/19 0748
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/13/19 0817

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Partial Thrombopl Time, P | 49 | 25 - 37 sec | H * | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

---

**Lincoln/Marcus 1577**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

#### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/13/2019  8:54 AM
Srivathsan, Komandoor, M.D. on 6/13/2019  8:17 AM

### APTT Mixing Study, Plasma [2222504023797] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113002606:22 | Blood | Blood, Venous | 06/13/19 0359 |

APTT Mixing Study, Plasma [2222504023797] (Abnormal)          Resulted: 06/13/19 0852, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D.  06/12/19 2216          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/13/19 0853          Collected by: 06/13/19 0359
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/13/19 0854

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| APT Dilution 1:1 | 39.2 | sec | — | ARZ |
| Path Interpretation | See Comment | — | — | ARZ |

Comment:
The results of this mixing study are indeterminate as it appears that the sample was drawn while the patient was receiving heparin anticoagulation. However, the patient's baseline PTT is normal (25 sec) and therefore the most likely cause of a prolonged PTT in this setting is heparin.
Interpreted by:  Jill Adamski  MD, PhD

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| APT Normal Control | 30.7 | sec | — | ARZ |
| Patient APTT | 52.9 | 25.0 - 37.0 sec | H * | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/13/2019  8:54 AM

### Hematocrit [2222504023802] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113002606:24 | Blood | Blood, Venous | 06/13/19 0359 |

**Lincoln/Marcus 1578**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

**Hematocrit [2222504023802] (Abnormal)**                    Resulted: 06/13/19 0416, Result status: Final result

Ordering provider: Murphy, Katie M, M.B., B.Ch., B.A.O.          Order status: Completed
06/12/19 2252
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/13/19 0359
06/13/19 0416
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Murphy, Katie M, M.B., B.Ch., B.A.O. on 06/14/19 1453

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hematocrit | 29.8 | 35.5 - 44.9 % | L ♥ | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/14/2019  2:53 PM

---

**Hemoglobin [2222504023801] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113003159:23 | Blood | Blood, Venous | 06/12/19 2314 |

**Hemoglobin [2222504023801] (Abnormal)**                    Resulted: 06/12/19 2328, Result status: Final result

Ordering provider: Murphy, Katie M, M.B., B.Ch., B.A.O.          Order status: Completed
06/12/19 2252
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 2314
06/12/19 2328
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Murphy, Katie M, M.B., B.Ch., B.A.O. on 06/14/19 1453

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 8.9 | 11.6 - 15.0 g/dL | L ♥ | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

**Lincoln/Marcus 1579**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 355/471    Fax Server



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/14/2019  2:53 PM

**APTT (Activated Partial Thromboplastin Time) [2222503955976] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112040567:18 | Blood | Blood, Venous | 06/12/19 2134 |

**APTT (Activated Partial Thromboplastin Time) [2222503955976]**    Resulted: 06/12/19 2221, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 1856    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/12/19 2134
06/12/19 2221
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/13/19 1324

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Partial Thrombopl Time, P | 25 | 25 - 37 sec | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM

**Urinalysis with Microscopic: Urine, Catheter [2222503583769] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112015715:6 | Urine | Urine, Catheter | Campbell, Kimberley, R.N., RN-BC 06/12/19 0932 |

**Urinalysis with Microscopic: Urine, Catheter [2222503583769]**    Resulted: 06/12/19 0954, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D. 06/12/19 0850    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: Campbell, Kimberley, R.N., RN-BC 06/12/19
06/12/19 0954    0932
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 1001

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Clarity | CLEAR | — | — | ARZ |

---

**Lincoln/Marcus 1580**



## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Color | STRAW | — | — | ARZ |
| pH, U | 6.0 | 4.5 - 8.0 | — | ARZ |
| Specific Gravity | 1.020 | 1.002 - 1.030 | — | ARZ |
| Glucose | NEG | NEG mg/dL | — | ARZ |
| Protein, U | NEG | NEG mg/dL | — | ARZ |
| Bilirubin | NEG | NEG | — | ARZ |
| Urobilinogen | <0.2 | NORMAL mg/dL | — | ARZ |
| Hemoglobin, QL | NEG | NEG | — | ARZ |
| Ketones | NEG | NEG mg/dL | — | ARZ |
| Leukocyte Esterase | NEG | NEG | — | ARZ |
| Nitrite, U | NEG | NEG | — | ARZ |
| Urine RBC | 1-2 | 0 - 2 /hpf | — | ARZ |
| White Blood Cells | <1 | 0 - 3 /hpf | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Srivathsan, Komandoor, M.D. on 6/13/2019  8:54 AM
Srivathsan, Komandoor, M.D. on 6/13/2019  8:17 AM
Srivathsan, Komandoor, M.D. on 6/12/2019 10:01 AM

**CBC without Differential [2222503189785] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:1 | Blood | Blood, Venous | 06/12/19 0639 |

CBC without Differential [2222503189785] (Abnormal)            Resulted: 06/12/19 0651, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 0632        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 06/12/19 0639
06/12/19 0651
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2035

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 11.4 | 11.6 - 15.0 g/dL | L ⌄ | ARZ |
| Hematocrit | 36.2 | 35.5 - 44.9 % | — | ARZ |
| Erythrocytes | 4.16 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 87.0 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 14.0 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 365 | 157 - 371 x10(9)/L | — | ARZ |

**Lincoln/Marcus 1581**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Leukocytes | 6.6 | 3.4 - 9.6 x10(9)/L | — | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM
Ladia, Vatsal M, M.D. on 6/12/2019  8:35 PM

### BMP (Basic Metabolic Panel) [2222503189786] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:2 | Blood | Blood, Venous | 06/12/19 0639 |

#### BMP (Basic Metabolic Panel) [2222503189786]      Resulted: 06/12/19 0712, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D.  06/12/19 0632      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 06/12/19 0639
06/12/19 0712
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2035

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.6 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 106 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 26 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 9 | 7 - 15 | | ARZ |
| Bld Urea Nitrog(BUN), S | 14.7 | 6 - 21 mg/dL | — | ARZ |
| Creatinine, S | 0.97 | 0.59 - 1.04 mg/dL | — | ARZ |
| eGFR-Non Black | 69 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | 80 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

**Lincoln/Marcus 1582**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.6 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 91 | 70 - 140 mg/dL | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM
Ladia, Vatsal M, M.D. on 6/12/2019  8:35 PM

### APTT (Activated Partial Thromboplastin Time) [2222503189787] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:3 | Blood | Blood, Venous | 06/12/19 0639 |

**APTT (Activated Partial Thromboplastin Time) [2222503189787]**          Resulted: 06/12/19 0703, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D.  06/12/19 0632          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 0639
06/12/19 0703
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2035

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Partial Thrombopl Time, P | 25 | 25 - 37 sec | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM
Ladia, Vatsal M, M.D. on 6/12/2019  8:35 PM

### PT (Prothrombin Time) with INR [2222503189788] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:4 | Blood | Blood, Venous | 06/12/19 0639 |

**Lincoln/Marcus 1583**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 359/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

**PT (Prothrombin Time) with INR [2222503189788]**          Resulted: 06/12/19 0703, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D.  06/12/19 0632          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 0639
06/12/19 0703
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2035

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time, P | 12.2 | 9.4 - 12.5 sec | — | ARZ |
| INR | 1.1 | 0.9 - 1.1 | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Standard intensity warfarin therapeutic range: 2.0 to 3.0
High intensity warfarin therapeutic range: 2.5 to 3.5

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM
Ladia, Vatsal M, M.D. on 6/12/2019  8:35 PM

**Point of Care Testing-Docked Device**

**Activated Clotting Time, i-STAT Celite, POCT [2222503955944] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112034625:17 | — | — | 06/12/19 1444 |

**Activated Clotting Time, i-STAT Celite, POCT [2222503955944]**          Resulted: 06/12/19 1448, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1444          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 1444
06/12/19 1448
Resulting lab: MAYO CLINIC ARIZONA LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 122 | 84 - 139 sec | — | ARZ |

---

PAGE 359/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1584**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Activated Clotting Time, i-STAT Celite, POCT [2222503770076] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112031711:16 | — | — | 06/12/19 1341 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770076]
(Abnormal)                                    Resulted: 06/12/19 1347, Result status: Final result
Ordering provider: Rals, Generic  06/12/19 1341      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301  Collected by: 06/12/19 1341
06/12/19 1348
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 253 | 84 - 139 sec | H ^ | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Activated Clotting Time, i-STAT Celite, POCT [2222503770072] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112029422:15 | — | — | 06/12/19 1302 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770072]
(Abnormal)                                    Resulted: 06/12/19 1308, Result status: Final result
Ordering provider: Rals, Generic  06/12/19 1302      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301  Collected by: 06/12/19 1302
06/12/19 1308
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 262 | 84 - 139 sec | H ^ | ARZ |

---

**Lincoln/Marcus 1585**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, i-STAT Celite, POCT [2222503770069] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112028137:14 | — | — | 06/12/19 1234 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770069]
(Abnormal)                                      Resulted: 06/12/19 1246, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1234          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/12/19 1234
06/12/19 1246
Resulting lab: MAYO CLINIC ARIZONA LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 253 | 84 - 139 sec | H ^ | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, i-STAT Celite, POCT [2222503770064] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112025708:12 | — | — | 06/12/19 1155 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770064]
(Abnormal)                                      Resulted: 06/12/19 1202, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1155          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/12/19 1155
06/12/19 1202
Resulting lab: MAYO CLINIC ARIZONA LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 257 | 84 - 139 sec | H ^ | ARZ |

**Lincoln/Marcus 1586**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, i-STAT Celite, POCT [2222503770066] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112026770:13 | — | — | 06/12/19 1155 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770066]
(Abnormal)                                          Resulted: 06/12/19 1218, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1155                Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 1155
06/12/19 1219
Resulting lab: MAYO CLINIC ARIZONA LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 211 | 84 - 139 sec | H ^ | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, i-STAT Celite, POCT [2222503770062] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112024609:11 | — | — | 06/12/19 1133 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770062]
(Abnormal)                                          Resulted: 06/12/19 1143, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1133                Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 1133
06/12/19 1143
Resulting lab: MAYO CLINIC ARIZONA LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 232 | 84 - 139 sec | H ^ | ARZ |

**Lincoln/Marcus 1587**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, i-STAT Celite, POCT [2222503770057] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112023594:10 | — | — | 06/12/19 1117 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770057]
(Abnormal)                          Resulted: 06/12/19 1124, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1117          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/12/19 1117
06/12/19 1125
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 216 | 84 - 139 sec | H ^ | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, i-STAT Celite, POCT [2222503770059] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112023592:9 | — | — | 06/12/19 1101 |

Activated Clotting Time, i-STAT Celite, POCT [2222503770059]
(Abnormal)                          Resulted: 06/12/19 1124, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1101          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/12/19 1101
06/12/19 1125
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 183 | 84 - 139 sec | H ^ | ARZ |

**Lincoln/Marcus 1588**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 364/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Procedures**

**ECG**

**ECG 12 Lead for 3 days [2222504023807] (Final result)**

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 06/13/19 0720 |

**ECG 12 Lead for 3 days [2222504023807]**                     Resulted: 06/13/19 1058, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D.  06/13/19 0030          Order status: Completed
Resulted by: Unzek, Samuel, M.D.                                 Filed by: Interface, Mc In Oru From Muse 609303  06/13/19 1058

Collected by: 06/13/19 0720                                      Resulting lab: MUSE
Lab Technician: MEGAN BAILEY
Impression:
Normal sinus rhythm
Normal ECG
When compared with ECG of 12-JUN-2019 15:40,
Nonspecific T wave abnormality now evident in inferior leads
Acknowledged by: Ladia, Vatsal M, M.D. on 06/13/19 1324

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 87 | BPM | — | MUSE |
| PR Interval | 142 | ms | — | MUSE |
| QRSD Interval | 92 | ms | — | MUSE |
| QT Interval | 366 | ms | — | MUSE |
| QTC Interval | 440 | ms | — | MUSE |
| P Axis | 71 | degrees | — | MUSE |
| R Axis | 48 | degrees | — | MUSE |
| T Wave Axis | 36 | degrees | — | MUSE |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

#### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019  1:24 PM

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 361

**Lincoln/Marcus 1589**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Procedures (continued)**

**ECG 12 Lead Once on Admission [2222503955947] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| — | — | — | 06/12/19 1540 |

**ECG 12 Lead Once on Admission [2222503955947]**  Resulted: 06/12/19 1702, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 1516    Order status: Completed
Resulted by: Unzek, Samuel, M.D.    Filed by: Interface, Mc In Oru From Muse 609303 06/12/19 1702

Collected by: 06/12/19 1540    Resulting lab: MUSE
Lab Technician: TARI COLLIER
Impression:
Normal sinus rhythm
Normal ECG
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2035

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Ventricular Rate ECG/Min | 87 | BPM | — | MUSE |
| PR Interval | 132 | ms | — | MUSE |
| QRSD Interval | 82 | ms | — | MUSE |
| QT Interval | 364 | ms | — | MUSE |
| QTC Interval | 438 | ms | — | MUSE |
| P Axis | 67 | degrees | — | MUSE |
| R Axis | 67 | degrees | — | MUSE |
| T Wave Axis | 65 | degrees | — | MUSE |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **305 - MUSE** | MUSE | Unknown | NA | 08/03/16 0855 - Present |

**All Reviewers List**

Ladia, Vatsal M, M.D. on 6/12/2019 8:35 PM

**Vitals** from 6/10/2019 to 6/18/2021

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight | Who |
|-----------|------|-------|------|-----|------|--------|-----|
| 06/13/19 1154 | 36.5 °C | — | 16 | 114/81 | 100 % | — | LM |
| 06/13/19 0748 | 36.5 °C | — | 16 | 127/89 | 98 % | — | MB |
| 06/13/19 0415 | — | — | — | — | — | 66.3 kg | RH |
| 06/13/19 0400 | 36.6 °C | — | 16 | 109/71 | — | — | RH |
| 06/13/19 0000 | 36.6 °C | — | 16 | 125/85 | 95 % | — | RH |
| 06/12/19 2115 | — | — | — | — | 96 % | — | RH |
| 06/12/19 2100 | 36.6 °C | — | 16 | 105/72 | 98 % | — | RH |
| 06/12/19 2045 | — | — | — | — | 95 % | — | RH |

**Lincoln/Marcus 1590**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Vitals (continued)** from 6/10/2019 to 6/18/2021

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight | Who |
|---|---|---|---|---|---|---|---|
| 06/12/19 2030 | — | — | — | — | 96 % | — | RH |
| 06/12/19 2015 | — | — | — | 110/82 | 97 % | — | RH |
| 06/12/19 2000 | — | — | — | (!) 68/55 | 100 % | — | RH |
| 06/12/19 1945 | — | — | — | — | 99 % | — | RH |
| 06/12/19 1930 | — | — | — | 95/60 | 99 % | — | RH |
| 06/12/19 1915 | — | — | — | 90/58 | 99 % | — | BG |
| 06/12/19 1900 | — | — | — | 104/67 | 98 % | — | BG |
| 06/12/19 1845 | — | — | — | 104/63 | 100 % | — | BG |
| 06/12/19 1830 | — | 87 | 12 | 99/67 | 98 % | — | BG |
| 06/12/19 1815 | — | 78 | (!) 9 | 97/67 | 100 % | — | MW |
| 06/12/19 1800 | 36.2 °C | 81 | 13 | 105/71 | 100 % | — | MW |
| 06/12/19 1745 | — | 80 | 12 | (!) 89/73 | 100 % | — | MW |
| 06/12/19 1730 | — | 83 | 14 | 110/81 | 100 % | — | AR |
| 06/12/19 1715 | — | 80 | 12 | 115/80 | 100 % | — | AR |
| 06/12/19 1700 | — | 80 | 11 | 105/82 | 100 % | — | AR |
| 06/12/19 1645 | — | 84 | 12 | 104/71 | 100 % | — | AR |
| 06/12/19 1630 | 36.2 °C | 82 | 11 | 101/72 | 100 % | — | AR |
| 06/12/19 1615 | — | 81 | 15 | 104/75 | 99 % | — | AR |
| 06/12/19 1600 | — | 84 | 19 | 105/72 | 99 % | — | AR |
| 06/12/19 1545 | — | 88 | 11 | 110/74 | 99 % | — | AR |
| 06/12/19 1530 | — | 90 | 11 | 116/70 | 99 % | — | AR |
| 06/12/19 1516 | 36.4 °C | 98 | 12 | 110/65 | 100 % | — | AR |
| 06/12/19 0700 | 36.8 °C | — | 16 | 110/81 | 99 % | 63.9 kg | KM |

**Documents (group 1 of 2)**

**Brief Operative/Procedure Note**

**Scan on 6/12/2019  3:06 PM**

Scan (below)

**Lincoln/Marcus 1591**

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

---

| CSN: 2000281081006 | POST-PROCEDURE NOTE | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | | Page 1 of 8 |

| AGE: 48 Years | DOB: | GENDER: F | REFERRING PHYSICIAN: | Srivathsan, Komandoor |
|---|---|---|---|---|
| HEIGHT: 164 cm | WEIGHT: 63.5 kg | BSA: 1.69 m2 | RESIDENT: | Appleton, Christopher ; Abrich, Victor ; Ladia, Vatsal |
| PROCEDURE START TIME: 09:54:59 | | | RESPONSIBLE PHYSICIAN: | Srivathsan, Komandoor |

### PROCEDURE TYPES
1. ABLATION - PVI
2. 3D MAPPING - CARTO

### PRE-PROCEDURE DIAGNOSIS
1. Unspecified atrial fibrillation (HCC)

### SHEATHS

| Size | Unit | Access/Insertion | Inserted By |
|---|---|---|---|
| 8 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 4 | French | Right femoral artery | |
| 11 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |

### CATHETERS

| Size | Unit | Catheter Type | Catheter Location |
|---|---|---|---|
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH PENTARAY NAV 4-4-4 | Left atrium |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |

### DIAGNOSTIC/ABLATION BASIC INTERVALS
**Basic Interval:**          Time: 12-Jun-2019 09:10:33

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| 764 | 78 | 39 | 56 | 43 | 116 | 93 | 348 | 398 | |

**Basic Interval: Post**          Time: 12-Jun-2019 14:28:21

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| | 86 | 39 | 56 | 43 | 121 | 75 | 352 | | |

### DIAGNOSTIC/ABLATION REFRACTORY PERIODS
**Study:** Baseline          **Type:** Refractory Period
Time: 12-Jun-2019 11:30:30 Pacing Site: Atrial, ERP

| Drive(msec) | Type | Value |
|---|---|---|
| 600 | | = 170 |

### DIAGNOSTIC/ABLATION AV NODAL CONDUCTION
**Study:** Baseline          **Type:** AV Nodal Conduction

---

**Lincoln/Marcus 1592**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

---

| CSN: 2000281081006 | POST-PROCEDURE NOTE | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | | Page 2 of 8 |

**DECREMENTAL PACINGS (cont):**

Time: 12-Jun-2019 11:21:58 Pacing Site: AV Wenckebach

| Drive(msec) | Type | Value |
|---|---|---|
| | | 370 |

**DIAGNOSTIC/ABLATION ABLATION SUMMARY**

**Detailed Procedure Time**

| | | | |
|---|---|---|---|
| Catheter Insertion(min): | | Baseline Study(min): | |
| Ablation(min): | | Wait Before Testing(min): | |
| Post Ablation Testing(min): | | Total Procedure Time(min): | |
| Total Energy Delivery Time(sec): | | Total Number Of Ablations: | 179 |
| Total Ablation Time(mm:ss): | 15:42 | Average Power(Watts): | |
| Average Temp(degrees Celsius): | | Average Impedance(Ohms): | |
| Average Impedance Drop(Ohms/sec): | | Total Irrigation Fluid(ml): | 830 |

**RADIATION DOSE DATA**

Procedure cumulative skin dose (mGy): 359.60
Procedure cumulative dose area product (Gy-cm**2): 4.40
Fluoro Time (Min): 20.00

**INTRA-PROCEDURE MEDICATIONS**

**Drug**

LIDOCAINE 10 MG/ML (1 %) INJECTION SOLUTION 45 mL
HEPARIN 1,000 UNITS/500 ML NACL 0.9 % TABLE SOLUTION OSM 500 mL
HEPARIN (PORCINE) 2,000 UNIT/1,000 ML IN 0.9% NACL (WRAPPER FOR ARZ) 7000 mL
LACTATED RINGERS FIXED RATE 1000 ml /hr

**STAFF LIST**

| | |
|---|---|
| Srivathsan, Komandoor MD | Assigned Physician |
| Schroeder, Barbie L RT(R), RT(R)(CI) | CCL/HRS Rad Tech |
| Willhite, Julie RT(R), CV | CCL/HRS Rad Tech |
| Sortman, Debbie RN | Circulator |
| Crandall, Mary RN | Circulator |
| Appleton, Christopher MD | Fellow |
| Abrich, Victor MD | Fellow |
| Ladia, Vatsal MD | Fellow |
| Campbell, Kimberley RN, RN-BC | Monitoring Technician |
| Srivathsan, Komandoor MD | Referring Physician |
| Palmer, Jason RCES | Scrub Technician |

**PROCEDURE LOG**

| Time | Description |
|---|---|
| 06:18:20 | In Facility: Pre-proc: Arrived |
| 06:30:34 | In Preprocedure: Pre-proc: Pre Procedure |
| 07:30:00 | Schroeder, Barbara L., R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 07:30:00 | Sortman, Deborah L., R.N. - In: Role: Circulator |
| 08:05:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 08:05:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 08:05:00 | Willhite, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 08:24:54 | Protocol: AFIB |
| 08:38:31 | Preprocedure Complete: Pre-proc |
| 08:47:09 | Anesthesia Start: Anesthesia |
| 08:49:52 | In Room: Intra-proc: Procedure |
| 08:50:00 | Anesthesia Present: Anesthesia present for the case and responsible for sedation care. |

---

**Lincoln/Marcus 1593**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**MAYO CLINIC**

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

CSN: 2000281081006              POST-PROCEDURE NOTE
MRN: 12-300-675                MAYO CLINIC - ARIZONA              12-Jun-2019
MARCUS, LESLIE                                                  Page 3 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 08:50:36 | Note: Completed 'radiology pre-exam pregnancy assessment' form on chart. Patient denies pregnancy, declines pregnancy test. |
| 08:51:58 | Patient Prep Checklist: Patient on table.   Additional padding added to pressure points.  Vitals monitors applied.  Grounding pads applied.  Wrist restraints in place.  Legs restraints in place.  Defibrillator pads applied.  SCDs in place.  NPO status verified.  Anticoagulation status verified.  Emergency equipment available. |
| 08:52:39 | Patient Verifications:  Patient is verified with two identifiers across all systems. Verified the procedure consent is signed. |
| 08:53:38 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 08:59:53 | pre case 12 lead EKG, sinus |
| 09:00:01 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Flush lines |
| 09:00:03 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: for Flush Lines |
| 09:00:26 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush lines |
| 09:00:29 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush Line |
| 09:00:31 | heparin 1,000 Units/500 mL NaCl 0.9% table solution: 500 mL Given Rate: 0 Route: miscellaneous Comment: For Tranduced A-line for Anesthesia |
| 09:00:34 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Back Table Flush |
| 09:00:52 | looks like accelerated junctional |
| 09:00:58 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Ablation Flush |
| 09:05:37 | Physician Called: Physician called. Page Dr Appleton who will be preforming TEE pre-procedure |
| 09:06:00 | ETT Placed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906   Mask Ventilation: Easy mask  ETT Type: Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |
| 09:06:32 | Cardiac: Cardiac Cardiac Rhythm: |
| 09:06:55 | Pulses: Pulses Left Pedal Pulse:   ; Right Pedal Pulse:   ; Left Posterior Tibial Pulse:   ; Right Posterior Tibial Pulse: |
| 09:08:00 | GI Tubes (Adults)  Orogastric Placed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908   GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:08:00 | Peripheral IV Catheter  06/12/19 20 G Right Antecubital Placed: Placement Date/Time: 06/12/19 0908  Size (Gauge): 20 G  Orientation: Right  Location: Antecubital |
| 09:09:00 | GI Tubes (Adults)  Orogastric Removed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908   GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:10:33 | *****Basic Interval***** |
| 09:10:33 | Intervals: Baseline sinus |
| 09:10:33 | RR: 764 |
| 09:10:33 | HR: 78 |
| 09:10:33 | PR: 116 |
| 09:10:33 | QRS: 93 |
| 09:10:33 | QT: 348 |
| 09:12:59 | Appleton, Christopher P, M.D. - In: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:16:53 | TEE: TEE TEE Probe:   ; Comments: |
| 09:19:52 | TEE: TEE Comments: |
| 09:29:32 | TEE: TEE Comments: |
| 09:31:00 | Indwelling Urinary Catheter Non-latex 12 Fr. Placed: Placement Date/Time: 06/12/19 0931   Placed by: Kim C., RN  Hand Hygiene Performed Prior to Insertion: Yes  Sterile technique followed?: Yes  Catheter Type: Non-latex  Tube Size (Fr.): 12 Fr.  Catheter Balloon Size: 5 mL  Urine Returned: (c) Yes |
| 09:31:55 | Indwelling Urinary Catheter Non-latex 12 Fr. Assessment: Daily Assessment of Need:   ; Securement Method:   ; Collection Container:   ; Line Necessity Reviewed With:   ; Site Assessment: |
| 09:32:00 | Specimens Collected: Urinalysis with Microscopic: Urine, Catheter - ID: E112015715:6Type: Urine |
| 09:33:36 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. |
| 09:37:03 | TEE: TEE TEE Probe: |

**Lincoln/Marcus 1594**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

| | | |
|---|---|---|
| CSN: 2000281081006 | POST-PROCEDURE NOTE | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | | Page 4 of 8 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 09:38:27 | Site Prep: The groin and right neck was/were The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 09:39:16 | Appleton, Christopher P, M.D. - Out: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:50:00 | Abrich, Victor A, M.D. - In: Role: Other Assistant Service: Electrophysiology (Panel 1) |
| 09:50:00 | Ladia, Vatsal M, M.D. - In: Role: First Assistant Service: Electrophysiology (Panel 1) |
| 09:53:14 | Timeout: Pre-procedure: Verified by Sortman, Deborah L, R.N. at 6/12/2019  9:53 AM |
| 09:54:35 | Timeout: Fire Safety: Verified by Sortman, Deborah L, R.N. at 6/12/2019  9:54 AM |
| 09:54:59 | Procedure Start: Intra-proc: Procedure Start |
| 09:54:59 | Procedure Start - ABLATION - PVI: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 09:54:59 | Srivathsan, Komandoor, M.D. - In: Role: Primary Service: Electrophysiology (Panel 1) |
| 09:55:41 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 15 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 09:56:03 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 09:57:13 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein and right internal jugular vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Wire inserted and Visualized under Fluoroscopy-By Dr Abrich |
| 09:59:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Placed: Removal Date/Time: 06/12/19 1459  Placement Date/Time: 06/12/19 0959  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Internal Jugular  Sheath Size:... |
| 10:00:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - Out: Role: CCL/HRS Rad Tech |
| 10:02:47 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Access preformed By Dr Ladia- Wire inserted for sheath insertion |
| 10:07:32 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. by Dr Abrich- Second puncture. Wire inserted for Sheath insertion |
| 10:11:26 | Fluoroscopy: Fluoroscopy of Wire insertion Preformed to Right Groin.  Images obtained. |
| 10:14:42 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed by Dr Abrich- Third Access. Wire inserted for Sheath insertion |
| 10:15:27 | Fluoroscopy: Fluoroscopy of Wire insertion in Right Femoral Vein.  Images obtained. |
| 10:19:58 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral artery. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed By Dr Abrich |
| 10:20:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 10:20:04 | Sheaths: Cath Eng Shth 8fx12 - Sheath inserted in the right femoral vein.  Number of sheaths = 2. |
| 10:20:24 | Sheaths: Cath Eng Shth 4fx12 - Sheath inserted in the right femoral artery. |
| 10:20:40 | Sheaths: Shth Pnn Dil Str 11fx2.5x10 - Sheath inserted in the right femoral vein. |
| 10:21:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Placed: Removal Date/Time: 06/12/19 1449  Placement Date/Time: 06/12/19 1021  Arterial or Venous access: Arterial  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: 4 Fr.  At... |
| 10:22:00 | Intake/Output: Lactated Ringers Fixed Rate  -  Volume (mL): |
| 10:22:00 | Lactated Ringers Fixed Rate: Rate/Dose Change Rate: 1,000 mL/hr Route: intravenous |
| 10:22:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Placed: Removal Date/Time: 06/12/19 1451  Placement Date/Time: 06/12/19 1022  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: (c) 8 Fr.  Attached to: Hepariniz... |
| 10:23:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Placed: Removal Date/Time: 06/12/19 1452  Placement Date/Time: 06/12/19 1023  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: R... |
| 10:24:01 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter inserted at the coronary sinus. By Dr Ladia |
| 10:30:34 | CS cannulated |
| 10:32:49 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter inserted. Advanced under Fluoroscopy by Dr Ladia |
| 10:36:03 | *****Vein Velocities***** |
| 10:36:03 | LSPV(m/s): 0.6/0.6 |

---

**Lincoln/Marcus 1595**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

| CSN: 2000281081006 | POST-PROCEDURE NOTE | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | | Page 5 of 8 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 10:36:03 | LIPV(m/s): 0.5/0.5 |
| 10:36:03 | RSPV(m/s): 0.4/0.4 |
| 10:36:03 | RIPV(m/s): 0.3/0.3 |
| 10:39:28 | Note: Heparin given by CRNA |
| 10:40:38 | PAC, CS 9,10 early |
| 10:44:52 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:45:16 | Sheaths: Shth Swr SH 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:47:38 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 10:48:44 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. Needle not used, Sheath went through and advanced |
| 10:49:16 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle removed. |
| 10:51:44 | Sheaths: Shth Swr SH 8.5fx63 - Sheath exchanged in the right femoral vein.  By Dr Ladia |
| 10:52:43 | Sheaths: Shth Agls Med 8.5fx71 - Sheath inserted in the right femoral vein. |
| 10:54:20 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter inserted at the left atrium.Placed just inside of the sheath |
| 10:55:11 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. |
| 10:57:33 | Sheaths: Shth Swr SH 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:58:42 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 11:01:51 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. |
| 11:03:45 | EP Catheter: Cath Pentaray Nav 4-4-4 - EP catheter inserted at the left atrium. |
| 11:05:37 | LSPV baseline; looks isolated |
| 11:06:24 | not PV signal |
| 11:06:36 | 3D Mapping in Progress: With Carto and Pacing- Vein isolation will be checked |
| 11:07:24 | LIPV baseline: looks isolated |
| 11:08:19 | RSPV baseline has possible potential |
| 11:09:17 | intermittent capture RSPV 17,18 |
| 11:09:56 | RIPV baseline: looks isolated |
| 11:10:00 | Willhite, Julie R, R.T.(R), CV - Out: Role: CCI /IRS Rad Tech |
| 11:13:18 | pentaray in LV |
| 11:17:00 | NOVAC |
| 11:19:00 | Note: left atrial mean pressure is 1 |
| 11:19:20 | HR 97 bpm; 5/***/1 P2; Temp 36.3 °C |
| 11:19:20 | Hemodynamic Measurements: Vitals Heart Rate:   ; Systolic Pressure:   ; Diastolic Pressure:   ; Mean Pressure: |
| 11:20:28 | Campbell, Kimberley, R.N., RN-BC - Out: Role: Primary monitor |
| 11:21:58 | AV Wenckebach @ S1=370 |
| 11:25:35 | Note: Isuprel ordered by physician. |
| 11:26:47 | Block? |
| 11:27:32 | NS AT interesting. |
| 11:28:30 | Initiation |
| 11:28:33 | Term |
| 11:30:30 | Atrial ERP=170 @ S1=600 |
| 11:31:30 | Isuprel on |
| 11:31:51 | Note: Isuprel turned on by CRNA |
| 11:43:27 | Will map PAC |
| 11:45:33 | 3D Mapping in Progress: PVC Activation mapping with Pentaray |
| 11:50:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 11:51:54 | Pacing from Pentaray 3-4 closer to septal MA (0900-1000) |
| 11:54:19 | Note: 2 ACT ran simultaneously to confirm results |
| 11:54:24 | Initiation with 500/240/240 TCL 234 |
| 11:54:27 | Sustained TCL 234 |
| 11:55:55 | Degenerated and term. |
| 11:58:34 | Re initiated 500/240/240 tcl 240 |
| 12:02:21 | Term' |
| 12:03:11 | Term |
| 12:03:42 | Term |

---

PAGE 371/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1596**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

Documents (group 1 of 2) (continued)

CSN: 2000281081006                    POST-PROCEDURE NOTE
MRN: 12-300-675                       MAYO CLINIC - ARIZONA              12-Jun-2019
MARCUS, LESLIE                                                          Page 6 of 8

PROCEDURE LOG (cont):

| Time | Description |
|------|-------------|
| 12:06:24 | Palmer, Jason K, RCES - Out: Role: Scrub Person |
| 12:06:57 | Crandall, Mary T, R.N. - In: Role: Circulator |
| 12:07:04 | Sortman, Deborah L. R.N. - Out: Role: Circulator |
| 12:11:06 | start TC |
| 12:14:43 | start TC |
| 12:35:00 | Palmer, Jason K. RCES - In: Role: Scrub Person |
| 12:36:00 | Crandall, Mary T, R.N. - Out: Role: Circulator |
| 12:38:24 | Mark |
| 12:39:00 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
|          | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
|          | Shock was delivered at 12:38. |
|          | Post cardioversion rhythm: sinus rhythm. |
|          | Post-cardioversion rate: 100 BPM. |
| 12:40:00 | Sortman, Deborah L, R.N. - In: Role: Circulator |
| 12:47:00 | Willhite, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 12:47:59 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - Out: Role: CCL/HRS Rad Tech |
| 12:53:36 | Mark |
| 12:53:45 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
|          | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
|          | Shock was delivered at 12:53. |
|          | Post cardioversion rhythm: sinus rhythm. |
|          | Post-cardioversion rate: 97 BPM. |
| 12:57:53 | pacemap PAC |
| 12:59:42 | 12 noon mitral annulus, different activation sequence |
| 13:01:35 | PAC |
| 13:05:03 | terminated |
| 13:16:10 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
|          | Pre-cardioversion rate: 130 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
|          | Shock was delivered at 13:16. |
|          | Post cardioversion rhythm: sinus rhythm. |
|          | Post-cardioversion rate: 101 BPM. |
| 13:16:21 | Mark |
| 13:23:45 | Note: Ablation continues by Dr Srivathsan |
| 13:43:03 | conducting; mitral line not blocked |
| 13:51:09 | Isuprel @ 0.05 |
| 13:51:57 | Block? |
| 13:53:51 | Initiation w/ triples. |
| 13:53:55 | Term |
| 13:54:26 | Isuprel OFF. |
| 13:54:56 | Start roof |
| 13:55:23 | Note: Re-Ablating Roof Line |
| 14:11:53 | Note: Heparin Off- VO per Dr Srivathsan- CRNA confirmed |
| 14:11:58 | Catheters pulled back into RA. |
| 14:12:32 | HIS on ABL AH-56-H-11-HV-43 |
| 14:17:51 | CS lesions |
| 14:20:55 | heparin table flush 2,000 units/1,000 ml . in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: Flush |
|          | bag for Ablation (second bag) |
| 14:21:29 | Note: Heparin re-started- VO by Dr Srivathsan |
| 14:22:53 | Note: Heparin off per Dr Srivathsan |
| 14:24:56 | NO VAC |
| 14:25:30 | Note: Post ICE imaging preformed by Dr Srivathsan |
| 14:25:42 | *****Vein Velocities***** POST |
| 14:25:42 | LSPV(m/s): 0.3/0.6 |
| 14:25:42 | LIPV(m/s): 0.6/0.8 |

**Lincoln/Marcus 1597**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

```
CSN: 2000281081006                    POST-PROCEDURE NOTE
MRN: 12-300-675                       MAYO CLINIC - ARIZONA                         12-Jun-2019
MARCUS, LESLIE                                                                      Page 7 of 8
```

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 14:25:42 | RSPV(m/s): 0.3/0.5 |
| 14:25:43 | RIPV(m/s): 0.3/0.5 |
| 14:28:21 | *****Basic Interval***** |
| 14:28:21 | Intervals: Post |
| 14:28:21 | RR: |
| 14:28:21 | RR: 86 |
| 14:28:21 | AA: 693 |
| 14:28:21 | PR: 121 |
| 14:28:21 | PA: 39 |
| 14:28:22 | AH: 56 |
| 14:28:22 | HIS Duration: 11 |
| 14:28:22 | HV: 43 |
| 14:28:22 | QRS: 75 |
| 14:28:22 | QT: 352 |
| 14:28:28 | Note: VO for Protamine 40 mg IV -Dr Srivathsan to CRNA |
| 14:28:56 | All Catheters Removed: Pentaray removed from the Atrium and left in the sheath for sheath removal |
| 14:29:09 | post case 12 lead EKG |
| 14:29:25 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter removed. |
| 14:29:35 | --------------------------------------------------------- |
| 14:29:36 | *****Ablation Summary***** |
| 14:29:36 | Total # Of Ablations: 179 |
| 14:29:36 | Total Ablation Time: 15:42 |
| 14:29:44 | Total Irrigation Fluid: 830 |
| 14:29:44 | Case End |
| 14:29:46 | Ablation Catheter: Cath Abl Thrmcl St DF - Ablation catheter removed at the left atrium.Left in sheath for sheath pull |
| 14:30:18 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter removed at the coronary sinus. |
| 14:30:50 | Procedure Finish: Intra-proc |
| 14:30:50 | Procedure End - 3D Mapping - Carto: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 14:30:50 | Srivathsan, Komandoor, M.D. - Out: Role: Primary Service: Electrophysiology (Panel 1) |
| 14:30:55 | Family Updated: Family updated on the progress of the procedure. |
| 14:38:00 | Intake/Output: Lactated Ringers Fixed Rate  -  Volume (mL): |
| 14:38:00 | Lactated Ringers Fixed Rate: Anesthesia Volume Adjustment Rate: 0 Route: intravenous |
| 14:42:04 | Radiation Tracking: Panel 1: Srivathsan, Komandoor, M.D. Radiation (mGy) = 359.600 Fluoro Time (min) = 20.0 DAP (Gy-cm2) = 4.461 |
| 14:42:52 | Verified: Verify-Willhite, Julie R. R.T.(R), CV |
| 14:43:46 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 14:44:06 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 14:49:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Removed: Removal Date/Time: 06/12/19 1449  Placement Date/Time: 06/12/19 1021  Arterial or Venous access: Arterial  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: 4 Fr.  At... |
| 14:50:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Removed: Removal Date/Time: 06/12/19 1450  Placement Date/Time: 06/12/19 0959  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Internal Jugular  Sheath Size:... |
| 14:51:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Removed: Removal Date/Time: 06/12/19 1451  Placement Date/Time: 06/12/19 1022  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: (c) 8 Fr.  Attached to: Hepariniz... |
| 14:52:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Removed: Removal Date/Time: 06/12/19 1452  Placement Date/Time: 06/12/19 1023  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: R... |
| 15:07:05 | Complications: Complications Complications: |
| 15:07:14 | Disposition: Disposition Disposition: |
| 15:07:42 | Non-OR to PACU: Intra-proc: Recovery |
| 15:08:00 | ETT Removed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906  Mask Ventilation: Easy mask ETT Type: Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |

---

**Lincoln/Marcus 1598**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

CSN: 2000281081006          POST-PROCEDURE NOTE
MRN: 12-300-675             MAYO CLINIC - ARIZONA                12-Jun-2019
MARCUS, LESLIE                                                  Page 8 of 8

---

**Lincoln/Marcus 1599**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

#### Diagnostic Report - Cardiology

##### Scan on 6/13/2019 10:39 PM

Scan (below)



### *ECG Tracings and Strips*

*Poor Quality Image*



Marcus, Leslie S
DOB: 5/27/1971 (48 yrs) Female
MRN: 12-300-675  CSN: 2000281081006
Enctr Dt: 6/12/2019

Number (above) and Name





Diagnostic Report - Cardiology

MCS6968rev071911

PAGE 375/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1600**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**



*ECG Tracings and Strips*





Use
Removable
Magic
Tape ONLY



MCS6968rev071911

PAGE 376/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1601**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

#### Diagnostic Report - Cath/EP

##### Scan on 6/12/2019  4:59 PM

Scan (below)

---

| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 1 of 11 |

| AGE: 48 Years | DOB: | GENDER: F | REFERRING PHYSICIAN: | Srivathsan, Komandoor |
|---|---|---|---|---|
| HEIGHT: 164 cm | WEIGHT: 63.5 kg | BSA: 1.69 m2 | RESIDENT: | Appleton, Christopher ; Abrich, Victor ; Ladha, Vatsal |
| PROCEDURE START TIME: 09:54:59 | | | RESPONSIBLE PHYSICIAN: | Srivathsan, Komandoor |

**PROCEDURE TYPES**
1. ABLATION - PVI
2. 3D MAPPING - CARTO

**PRE-PROCEDURE DIAGNOSIS**
1. Unspecified atrial fibrillation (HCC)

**HRS NOTE**
PREOPERATIVE INDICATION:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy.

PREOPERATIVE DIAGNOSIS:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy.
2. History of atrial fibrillation status post pulmonary vein isolation 12/2018 at outside facility.

POSTOPERATIVE DIAGNOSIS:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular premature atrial complexes status post successful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

PROCEDURE:
1. Comprehensive electrophysiologic evaluation including transseptal catheterization, insertion and repositioning of multiple electrode catheters with induction or attempted induction of an arrhythmia with atrial recording and pacing, when possible, right ventricular pacing and recording, His bundle recording with intracardiac catheter ablation of arrhythmogenic focus, with treatment of atrial fibrillation by ablation by pulmonary vein isolation (93656)
2. Intracardiac catheter ablation of a discrete mechanism of arrhythmia which is distinct from the primary ablated mechanism, including repeat diagnostic maneuvers, to treat a spontaneous or induced arrhythmia (93655).
3. Programmed stimulation and pacing after intravenous drug infusion (93623).
4. Intracardiac electrophysiology 3-D mapping (93613).
5. Intracardiac echo (93662).
6. Arterial line catheterization (36620).
7. Fluoroscopy.
8. Cardioversion - External (92960)
9. Coronary sinus venogram.

DESCRIPTION OF PROCEDURE:
Procedure Duration: 4 hours 35 minutes.
Fluoroscopy Time: 20 minutes.

Medications:
1. Heparin IV with an ACT targeted to 250 seconds using i-STAT.
2. Protamine 40 mg IV.
3. Isoproterenol 0.05 to 0.2 ucg/kg/min

Anesthesia: General, please see anesthesia record.
Complications: None apparent at the time of the procedure.

---

PAGE 377/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1602**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM   PAGE 378/471    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 2 of 11 |

Description of Procedure: Mrs. Marcus was brought to the Electrophysiology Laboratory, prepped and draped in the usual sterile fashion. Vascular access was obtained using a Micropuncture needle via the modified Seldinger technique under ultrasound guidance. The following sheaths were inserted, and the following catheters were advanced under fluoroscopic guidance.

1. An 8-French sheath was placed in the right femoral vein. This was exchanged over a long wire for an SL1 sheath for transseptal puncture. Following transseptal puncture, the sheath was exchanged over a long wire for an Agilis sheath. Through the Agilis sheath, a 3.5-mm bidirectional (D/F) irrigated-tip ablation catheter was advanced to the left atrium for mapping and ablation.
2. An 8-French sheath was placed in the right femoral vein. This was exchanged over a long wire for an SL1 sheath for transseptal puncture. Following transseptal puncture, a PentaRay catheter was advanced through the sheath to the left atrium for mapping.
3. An 11-French sheath was placed in the right femoral vein, through which the intracardiac echo probe CARTOSound was advanced to the right atrium.
4. An 8-French sheath was placed in the right internal jugular vein, through which a CS orbiter catheter was advanced to the coronary sinus.
5. A 4 French sheath was placed in the right femoral artery, through which blood pressure was monitored throughout the procedure.

At the end of the procedure, all catheters were removed and hemostasis was achieved by manual pressure after correcting the ACT to below 180 seconds.

Results:
Sinus Node Function: Sinus node function was not formally evaluated but was probably normal.
Atrial Function: Atrial function was abnormal due to a history of paroxysmal atrial fibrillation.

Arrhythmias
1. Clinical PACs. During programmed atrial stimulation (500/240/240) on isoproterenol, we were consistently able to reproduce premature atrial contractions with a surface ECG showing biphasic p waves in lead II, III and aVF, isoelectric in aV1, negative in aVR with a biphasic negative/positive in v1. Intracardiac electrogram showed proximal to distal activation was noted in the coronary sinus. These were mapped with activation mapping during programmed atrial stimulation and pace mapping to the anteroseptal mitral annulus at 10 O'clock position.

2. Atrial arrhythmia: During programmed atrial stimulation with up to two extra stimuli (500/240/240) on high dose isoproterenol we were able to induce atrial arrhythmia with an average atrial cycle length of 225-240 msec with a wobble and average ventricular cycle length of 376 msec. The surface ECG showed biphasic positive P-waves in lead II, III and aVF, negative P-waves in aVR and v1. Intracardiac electrogram showed proximal to distal activation in coronary sinus catheter. Simultaneous activation mapping was performed with PentaRay catheter which showed early meets late zone near the right superior vein wide area circumferential ablation from previous ablation. Due to wobble in the tachycardia and extreme short cycle length attempts for delivering extra atrial stimulus to reset the tachycardia were not successful. This tachycardia terminated while connecting the right superior pulmonary vein to the anteroseptal mitral annulus at 10 O'clock position. This tachycardia was not inducible with subsequent programmed stimulation.

3. Atrial fibrillation: During ablation near the right superior pulmonary vein patient developed atrial fibrillation with an average atrial cycle length of 158 milliseconds and average ventricular cycle length of 352 milliseconds. This rhythm lasted for about 3 minutes before it was cardioverted with external synchronized direct current cardioversion at 150 joules.

Ablation:
Pulmonary vein isolation: Using the 3-D CARTO mapping system, surrogate geometry of the left atrium was achieved using CARTOSound echocardiographic images with additional fast anatomic mapping of the pulmonary veins using the PentaRay catheter. At baseline right superior pulmonary vein was reconnected the left atrium, other veins remained isolated. Voltage mapping was performed which showed healthy left atrial tissue. Programmed stimulation was performed and we were able to induce and localize premature atrial contractions and atrial tachycardia as described above. Activation mapping was performed with the tachycardia which showed early meets late zone near the right superior pulmonary vein, however, due to fluctuating cycle length entrainment maneuvers were not performed. We performed a short line from the right superior pulmonary vein to the carina; however arrhythmia was inducible following that. We then performed wide area circumferential ablation of the right-sided pulmonary veins. We used 50 watts for 6 seconds on posterior wall and roof and 12 seconds for anterior wall at each lesion. During this ablation patient developed atrial fibrillation and she was successfully cardioverted with a 150 J synchronized cardioversion. We were able to induce atrial arrhythmia #1 and this was successfully cardioverted with a 150 J synchronized cardioversion.

PAGE 378/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1603**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 3 of 11 |

Focus was then turned to the premature atrial contractions. Activation mapping and pace mapping was performed which confirm the location at anteroseptal mitral annulus. Ablation was performed here at 50 watts for 12 seconds at each lesion. We were still able to induce the atrial arrhythmia as above. Then we connected this ablation set to the right sided ablation line near right superior pulmonary vein. Approximately half of the way into this line the atrial arrhythmia was terminated and was not re-inducible. Ablation for this line was performed at 50 watts for 12 seconds at each lesion.

After this on further decremental atrial pacing we were able to induce atrial fibrillation and hence we performed wide area circumferential ablation around the left pulmonary veins, anterior roof line and mitral isthmus line. Ablation was performed here at 50 watts for 15- 20 seconds at lesion from the mitral annulus at 3 o'clock position to left inferior pulmonary vein. The roof line was created with power output of 50 watts for 6 seconds at each lesion. We then created another voltage map to evaluate the lines created and voltage was below 0.1 mV in these areas suggestive of successful lesions. Differential pacing showed conduction through the mitral isthmus and epicardial ablation was performed from the coronary sinus at a power output of 15 watts for 15 second at each lesion site. The mitral isthmus block was observed when programmed atrial stimulation was performed with extras but not at baseline pacing.

A total of 179 radiofrequency ablation lesions were created totaling 942 seconds.

AV node Function: AV node function was normal with Wenckebach cycle length of 370 milliseconds and AH interval of 56 msec.
His-Purkinje System: The His-Purkinje system was not formally evaluated, however it was normal with no intra or infra – Hisian block with an HV interval of 43 msec.
Ventricular Function: Ventricular function was not formally evaluated.
VA Conduction: Retrograde VA conduction was absent at two different pacing cycle length.

Transseptal Puncture:
Transseptal puncture was performed by advancing the SL1 sheath over a long wire to the superior vena cava and right atrium. The guidewire was then withdrawn. The Baylis transseptal needle was advanced to within 1 cm to the tip of the long sheath. The long sheath was withdrawn under fluoroscopic guidance and until there was sudden displacement denoting engagement of the fossa ovalis. The tip of the transseptal catheter was documented in position by intracardiac echocardiogram. Manual pressure and radiofrequency energy was applied and the needle was extended into the left atrium, confirmed by intracardiac echocardiogram. Over the needle, the dilator was advanced and the sheath was advanced over the dilator. A long wire was then placed in the left superior pulmonary vein. Transseptal access was similarly obtained for a second long sheath. Left atrial pressure was measured to be 2 mmHg. Heparin was administered with a target ACT of 250 seconds by i-STAT.

Intracardiac Echo:
Intracardiac echocardiogram was used to facilitate transseptal puncture, to evaluate for pericardial effusion, and to measure pulmonary vein velocities. At the conclusion of ablation, no pericardial effusion was present.

Pulmonary Vein Velocities Pre-Ablation:
LIPV: 0.5 m/sec, 0.5 m/sec.
LSPV: 0.6 m/sec, 0.6 m/sec
RIPV: 0.3 m/sec, 0.3 m/sec.
RSPV: 0.4 m/sec, 0.4 m/sec.

Pulmonary Vein Velocities Post-Ablation:
LIPV: 0.6 m/sec, 0.8 m/sec.
LSPV: 0.3 m/sec, 0.6 m/sec
RIPV: 0.5 m/sec, 0.5 m/sec.
RSPV: 0.3 m/sec, 0.5 m/sec.

Impression:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular premature atrial complexes status post successful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

PAGE 379/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1604**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 4 of 11 |

Recommendations:
1. Bed rest for 6 hours.
2. Begin anticoagulation with heparin 6 hours from removal of the sheaths.
3. Portable chest x-ray and ECG now.
4. Limited echocardiogram in the morning to check for pericardial effusion. If no effusion is present, start oral anticoagulation.
5. Continue PPIs BID for 6 weeks.

### SHEATHS

| Size | Unit | Access/Insertion | Inserted By |
|---|---|---|---|
| 8 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 4 | French | Right femoral artery | |
| 11 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |

### CATHETERS

| Size | Unit | Catheter Type | Catheter Location |
|---|---|---|---|
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH PENTARAY NAV 4-4-4 | Left atrium |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |

### DIAGNOSTIC/ABLATION BASIC INTERVALS

**Basic Interval:**      **Time:** 12-Jun-2019 09:10:33

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| 764 | 78 | 39 | 56 | 43 | 116 | 93 | 348 | 398 | |

**Basic Interval:** Post      **Time:** 12-Jun-2019 14:28:21

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| | 86 | 39 | 56 | 43 | 121 | 75 | 352 | | |

### DIAGNOSTIC/ABLATION REFACTORY PERIODS

**Study:** Baseline      **Type:** Refractory Period
Time: 12-Jun-2019 11:30:30 Pacing Site: Atrial, ERP

| Drive(msec) | Type | Value |
|---|---|---|
| 600 | | – 170 |

### DIAGNOSTIC/ABLATION AV NODAL CONDUCTION

**Study:** Baseline      **Type:** AV Nodal Conduction
Time: 12-Jun-2019 11:21:58 Pacing Site: AV Wenckebach

| Drive(msec) | Type | Value |
|---|---|---|
| | | 370 |

PAGE 380/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1605**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 5 of 11 |

### DIAGNOSTIC/ABLATION ABLATION SUMMARY
**Detailed Procedure Time**

| | | | |
|---|---|---|---|
| Catheter Insertion(min): | | Baseline Study(min): | |
| Ablation(min): | | Wait Before Testing(min): | |
| Post Ablation Testing(min): | | Total Procedure Time(min): | |
| Total Energy Delivery Time(sec): | | Total Number Of Ablations: | 179 |
| Total Ablation Time(mm:ss): | 15:42 | Average Power(Watts): | |
| Average Temp(degrees Celsius): | | Average Impedance(Ohms): | |
| Average Impedance Drop(Ohms/sec): | | Total Irrigation Fluid(ml): | 830 |

### RADIATION DOSE DATA
Procedure cumulative skin dose (mGy): 359.60
Procedure cumulative dose area product (Gy-cm**2): 4.40
Fluoro Time (Min): 20.00

### INTRA-PROCEDURE MEDICATIONS
**Drug**
LIDOCAINE 10 MG/ML (1 %) INJECTION SOLUTION 45 mL
HEPARIN 1,000 UNITS/500 ML NACL 0.9 % TABLE SOLUTION OSM 500 mL
HEPARIN (PORCINE) 2,000 UNIT/1,000 ML IN 0.9% NACL (WRAPPER FOR ARZ) 7000 mL
LACTATED RINGERS FIXED RATE 1000 mL/hr

### STAFF LIST
| | |
|---|---|
| Srivathsan, Komandoor MD | Assigned Physician |
| Schroeder, Barbie L RT(R), RT(R)(CI) | CCL/HRS Rad Tech |
| Willhite, Julie RT(R), CV | CCL/HRS Rad Tech |
| Sortman, Debbie RN | Circulator |
| Crandall, Mary RN | Circulator |
| Appleton, Christopher MD | Fellow |
| Abrich, Victor MD | Fellow |
| Ladia, Vatsal MD | Fellow |
| Campbell, Kimberley RN, RN-BC | Monitoring Technician |
| Srivathsan, Komandoor MD | Referring Physician |
| Palmer, Jason RCES | Scrub Technician |

### ELECTRONICALLY SIGNED BY
| | |
|---|---|
| Srivathsan, Komandoor MD | 12-Jun-2019 17:46 |
| Ladia, Vatsal MD | 12-Jun-2019 17:00 |

### PROCEDURE LOG
| Time | Description |
|---|---|
| 06:18:20 | In Facility: Pre-proc: Arrived |
| 06:30:34 | In Preprocedure: Pre-proc: Pre Procedure |
| 07:30:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 07:30:00 | Sortman, Deborah L., R.N. - In: Role: Circulator |
| 08:05:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 08:05:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 08:05:00 | Willhite, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 08:24:54 | Protocol: AFIB |
| 08:38:31 | Preprocedure Complete: Pre-proc |
| 08:47:09 | Anesthesia Start: Anesthesia |
| 08:49:52 | In Room: Intra-proc: Procedure |
| 08:50:00 | Anesthesia Present: Anesthesia present for the case and responsible for sedation care. |

**Lincoln/Marcus 1606**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 6 of 11 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 08:50:36 | Note: Completed 'radiology pre-exam pregnancy assessment' form on chart. Patient denies pregnancy, declines pregnancy test. |
| 08:51:58 | Patient Prep Checklist: Patient on table.   Additional padding added to pressure points.   Vitals monitors applied.   Grounding pads applied.   Wrist restraints in place.  Legs restraints in place.   Defibrillator pads applied.  SCDs in place.   NPO status verified.  Anticoagulation status verified.  Emergency equipment available. |
| 08:52:39 | Patient Verifications:  Patient is verified with two identifiers across all systems. Verified the procedure consent is signed. |
| 08:53:38 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 08:59:53 | pre case 12 lead EKG, sinus |
| 09:00:01 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Flush lines |
| 09:00:03 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: for Flush Lines |
| 09:00:26 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush lines |
| 09:00:29 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush Line |
| 09:00:31 | heparin 1,000 Units/500 mL NaCl 0.9% table solution: 500 mL Given Rate: 0 Route: miscellaneous Comment: For Tranduced A-line for Anesthesia |
| 09:00:34 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Back Table Flush |
| 09:00:52 | looks like accelerated junctional |
| 09:00:58 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Ablation Flush |
| 09:05:37 | Physician Called: Physician called. Page Dr Appleton who will be preforming TEE pre-procedure |
| 09:06:00 | ETT Placed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906   Mask Ventilation: Easy mask  ETT Type: Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |
| 09:06:32 | Cardiac: Cardiac Cardiac Rhythm: |
| 09:06:55 | Pulses: Pulses Left Pedal Pulse:   ; Right Pedal Pulse:   ; Left Posterior Tibial Pulse:   ; Right Posterior Tibial Pulse: |
| 09:08:00 | GI Tubes (Adults)  Orogastric Placed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908   GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:08:00 | Peripheral IV Catheter  06/12/19 20 G Right Antecubital Placed:  Placement Date/Time: 06/12/19 0908   Size (Gauge): 20 G  Orientation: Right  Location: Antecubital |
| 09:09:00 | GI Tubes (Adults)  Orogastric Removed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908   GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:10:33 | *****Basic Interval***** |
| 09:10:33 | Intervals: Baseline sinus |
| 09:10:33 | RR: 764 |
| 09:10:33 | HR: 78 |
| 09:10:33 | PR: 116 |
| 09:10:33 | QRS: 93 |
| 09:10:33 | QT: 348 |
| 09:12:59 | Appleton, Christopher P, M.D. - In: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:16:53 | TEE: TEE TEE Probe:   ; Comments: |
| 09:19:52 | TEE: TEE Comments: |
| 09:29:32 | TEE: TEE Comments: |
| 09:31:00 | Indwelling Urinary Catheter Non-latex 12 Fr. Placed: Placement Date/Time: 06/12/19 0931   Placed by: Kim C., RN  Hand Hygiene Performed Prior to Insertion: Yes  Sterile technique followed?: Yes  Catheter Type: Non-latex  Tube Size (Fr.): 12 Fr.  Catheter Balloon Size: 5 mL  Urine Returned: (c) Yes |
| 09:31:55 | Indwelling Urinary Catheter Non-latex 12 Fr. Assessment: Daily Assessment of Need:   ; Securement Method:   ; Collection Container:   ; Line Necessity Reviewed With:   ; Site Assessment: |
| 09:32:00 | Specimens Collected: Urinalysis with Microscopic: Urine, Catheter - ID: E112015715:6Type: Urine |
| 09:33:36 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. |
| 09:37:03 | TEE: TEE TEE Probe: |

---

**Lincoln/Marcus 1607**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

---

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 7 of 11 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 09:38:27 | Site Prep: The groin and right neck was/were The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 09:39:16 | Appleton, Christopher P, M.D. - Out: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:50:00 | Abrich, Victor A, M.D. - In: Role: Other Assistant Service: Electrophysiology (Panel 1) |
| 09:50:00 | Ladia, Vatsal M, M.D. - In: Role: First Assistant Service: Electrophysiology (Panel 1) |
| 09:53:14 | Timeout: Pre-procedure: Verified by Sortman, Deborah L, R.N. at 6/12/2019  9:53 AM |
| 09:54:35 | Timeout: Fire Safety: Verified by Sortman, Deborah L, R.N. at 6/12/2019  9:54 AM |
| 09:54:59 | Procedure Start: Intra-proc: Procedure Start |
| 09:54:59 | Procedure Start - ABLATION - PVI: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 09:54:59 | Srivathsan, Komandoor, M.D. - In: Role: Primary Service: Electrophysiology (Panel 1) |
| 09:55:41 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 15 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 09:56:03 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 09:57:13 | Access Site: Set Mcr Vasc Trnsls Stf 5FX10 - Sheath was inserted in the right femoral vein and right internal jugular vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Wire inserted and Visualized under Fluoroscopy-By Dr Abrich |
| 09:59:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Placed: Removal Date/Time: 06/12/19 1459  Placement Date/ Time: 06/12/19 0959  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Internal Jugular  Sheath Size:... |
| 10:00:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - Out: Role: CCL/HRS Rad Tech |
| 10:02:47 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Access preformed By Dr Ladia- Wire inserted for sheath insertion |
| 10:07:32 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. by Dr Abrich- Second puncture. Wire inserted for Sheath insertion |
| 10:11:26 | Fluoroscopy: Fluoroscopy of Wire insertion Preformed to Right Groin. Images obtained. |
| 10:14:42 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed by Dr Abrich- Third Access. Wire inserted for Sheath insertion |
| 10:15:27 | Fluoroscopy: Fluoroscopy of Wire insertion in Right Femoral Vein. Images obtained. |
| 10:19:58 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral artery. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed By Dr Abrich |
| 10:20:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 10:20:04 | Sheaths: Cath Eng Shth 8fx12 - Sheath inserted in the right femoral vein.  Number of sheaths = 2. |
| 10:20:24 | Sheaths: Cath Eng Shth 4fx12 - Sheath inserted in the right femoral artery. |
| 10:20:40 | Sheaths: Shth Pnn Dil Str 11fx2.5x10 - Sheath inserted in the right femoral vein. |
| 10:21:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Placed: Removal Date/Time: 06/12/19 1449  Placement Date/ Time: 06/12/19 1021  Arterial or Venous access: Arterial  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: 4 Fr.  At... |
| 10:22:00 | Intake/Output: Lactated Ringers Fixed Rate  -  Volume (mL): |
| 10:22:00 | Lactated Ringers Fixed Rate: Rate/Dose Change Rate: 1,000 mL/hr Route: intravenous |
| 10:22:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Placed: Removal Date/Time: 06/12/19 1451  Placement Date/ Time: 06/12/19 1022  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: (c) 8 Fr.  Attached to: Hepariniz... |
| 10:23:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Placed: Removal Date/Time: 06/12/19 1452  Placement Date/ Time: 06/12/19 1023  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: R... |
| 10:24:01 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter inserted at the coronary sinus. By Dr Ladia |
| 10:30:34 | CS cannulated |
| 10:32:49 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter inserted. Advanced under Fluoroscopy by Dr Ladia |
| 10:36:03 | *****Vein Velocities***** |
| 10:36:03 | LSPV(m/s): 0.6/0.6 |

---

**Lincoln/Marcus 1608**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM  PAGE 384/471    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

CSN: 2000281081006                ELECTROPHYSIOLOGY TESTING
MRN: 12-300-675                   MAYO CLINIC - ARIZONA                12-Jun-2019
MARCUS, LESLIE                    FINAL REPORT                        Page 8 of 11

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 10:36:03 | LIPV(m/s): 0.5/0.5 |
| 10:36:03 | RSPV(m/s): 0.4/0.4 |
| 10:36:03 | RIPV(m/s): 0.3/0.3 |
| 10:39:28 | Note: Heparin given by CRNA |
| 10:40:38 | PAC, CS 9,10 early |
| 10:44:52 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:45:16 | Sheaths: Shth Swr SH 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:47:38 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 10:48:44 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. Needle not used. Sheath went through and advanced |
| 10:49:16 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle removed. |
| 10:51:44 | Sheaths: Shth Swr SH 8.5fx63 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:52:43 | Sheaths: Shth Agls Med 8.5fx71 - Sheath inserted in the right femoral vein. |
| 10:54:20 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter inserted at the left atrium.Placed just inside of the sheath |
| 10:55:11 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. |
| 10:57:33 | Sheaths: Shth Swr SH 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:58:42 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 11:01:51 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. |
| 11:03:45 | EP Catheter: Cath Pentaray Nav 4-4-4 - EP catheter inserted at the left atrium. |
| 11:05:37 | LSPV baseline; looks isolated |
| 11:06:24 | not PV signal |
| 11:06:36 | 3D Mapping in Progress: With Carto and Pacing- Vein isolation will be checked |
| 11:07:24 | LIPV baseline: looks isolated |
| 11:08:19 | RSPV baseline has possible potential |
| 11:09:17 | intermittent capture RSPV 17,18 |
| 11:09:56 | RIPV baseline: looks isolated |
| 11:10:00 | Willhite, Julie R, R.T.(R). CV - Out: Role: CCL/IRS Rad Tech |
| 11:13:18 | pentaray in LV |
| 11:17:00 | NOVAC |
| 11:19:00 | Note: left atrial mean pressure is 1 |
| 11:19:20 | HR 97 bpm; 5/***/1 P2; Temp 36.3 °C |
| 11:19:20 | Hemodynamic Measurements: Vitals Heart Rate:   ; Systolic Pressure:   ; Diastolic Pressure:   : Mean Pressure: |
| 11:20:28 | Campbell, Kimberley, R.N., RN-BC - Out: Role: Primary monitor |
| 11:21:58 | AV Wenckebach @ S1=370 |
| 11:25:35 | Note: Isuprel ordered by physician. |
| 11:26:47 | Block? |
| 11:27:32 | NS AT interesting. |
| 11:28:30 | Initiation |
| 11:28:33 | Term |
| 11:30:30 | Atrial ERP-170 @ S1-600 |
| 11:31:30 | Isuprel on |
| 11:31:51 | Note: Isuprel turned on by CRNA |
| 11:43:27 | Will map PAC |
| 11:45:33 | 3D Mapping in Progress: PVC Activation mapping with Pentaray |
| 11:50:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 11:51:54 | Pacing from Pentaray 3-4 closer to septal MA (0900-1000) |
| 11:54:19 | Note. 2 ACT ran simultaneously to confirm results |
| 11:54:24 | Initiation with 500/240/240 TCL 234 |
| 11:54:27 | Sustained TCL 234 |
| 11:55:55 | Degenerated and term. |
| 11:58:34 | Re initiated 500/240/240 tcl 240 |
| 12:02:21 | Term' |
| 12:03:11 | Term |
| 12:03:42 | Term |

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 381

PAGE 384/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1609**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM   PAGE 385/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

Documents (group 1 of 2) (continued)

| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 9 of 11 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 12:06:24 | Palmer, Jason K, RCES - Out: Role: Scrub Person |
| 12:06:57 | Crandall, Mary T, R.N. - In: Role: Circulator |
| 12:07:04 | Sortman, Deborah L. R.N. - Out: Role: Circulator |
| 12:11:06 | start TC |
| 12:14:43 | start TC |
| 12:35:00 | Palmer, Jason K. RCES - In: Role: Scrub Person |
| 12:36:00 | Crandall, Mary T, R.N. - Out: Role: Circulator |
| 12:38:24 | Mark |
| 12:39:00 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
|  | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
|  | Shock was delivered at 12:38. |
|  | Post cardioversion rhythm: sinus rhythm. |
|  | Post-cardioversion rate: 100 BPM. |
| 12:40:00 | Sortman, Deborah L, R.N. - In: Role: Circulator |
| 12:47:00 | Willhite, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 12:47:59 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - Out: Role: CCL/HRS Rad Tech |
| 12:53:36 | Mark |
| 12:53:45 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
|  | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
|  | Shock was delivered at 12:53. |
|  | Post cardioversion rhythm: sinus rhythm. |
|  | Post-cardioversion rate: 97 BPM. |
| 12:57:53 | pacemap PAC |
| 12:59:42 | 12 noon mitral annulus; different activation sequence |
| 13:01:35 | PAC |
| 13:05:03 | terminated |
| 13:16:10 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
|  | Pre-cardioversion rate: 130 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
|  | Shock was delivered at 13:16. |
|  | Post cardioversion rhythm: sinus rhythm. |
|  | Post-cardioversion rate: 101 BPM. |
| 13:16:21 | Mark |
| 13:23:45 | Note. Ablation continues by Dr Srivathsan |
| 13:43:03 | conducting; mitral line not blocked |
| 13:51:09 | Isuprel @ 0.05 |
| 13:51:57 | Block? |
| 13:53:51 | Initiation w/ triples. |
| 13:53:55 | Term |
| 13:54:26 | Isuprel OFF. |
| 13:54:56 | Start roof |
| 13:55:23 | Note: Re-Ablating Roof Line |
| 14:11:53 | Note: Heparin Off- VO per Dr Srivathsan- CRNA confirmed |
| 14:11:58 | Catheters pulled back into RA. |
| 14:12:32 | HIS on ABL AH-56-H-11-HV-43 |
| 14:17:51 | CS lesions |
| 14:20:55 | heparin table flush 2,000 units/1,000 ml. in 0.9% NaCl 1,000 mL. Given Rate: 0 Route: miscellaneous Comment: Flush bag for Ablation (second bag) |
| 14:21:29 | Note: Heparin re-started- VO by Dr Srivathsan |
| 14:22:53 | Note: Heparin off per Dr Srivathsan |
| 14:24:56 | NO VAC |
| 14:25:30 | Note: Post ICE imaging preformed by Dr Srivathsan |
| 14:25:42 | *****Vein Velocities***** POST |
| 14:25:42 | LSPV(m/s): 0.3/0.6 |
| 14:25:42 | LIPV(m/s): 0.6/0.8 |

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 382

**Lincoln/Marcus 1610**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

---

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 1 of 2) (continued)

---

```
CSN: 2000281081006               ELECTROPHYSIOLOGY TESTING
MRN: 12-300-675                  MAYO CLINIC - ARIZONA              12-Jun-2019
MARCUS, LESLIE                   FINAL REPORT                       Page 10 of 11
```

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 14:25:42 | RSPV(m/s): 0.3/0.5 |
| 14:25:43 | RIPV(m/s): 0.3/0.5 |
| 14:28:21 | *****Basic Interval***** |
| 14:28:21 | Intervals: Post |
| 14:28:21 | RR: |
| 14:28:21 | HR: 86 |
| 14:28:21 | AA: 693 |
| 14:28:21 | PR: 121 |
| 14:28:21 | PA: 39 |
| 14:28:22 | AH: 56 |
| 14:28:22 | HIS Duration: 11 |
| 14:28:22 | HV: 43 |
| 14:28:22 | QRS: 75 |
| 14:28:22 | QT: 352 |
| 14:28:28 | Note: VO for Protamine 40 mg IV -Dr Srivathsan to CRNA |
| 14:28:56 | All Catheters Removed: Pentaray removed from the Atrium and left in the sheath for sheath removal |
| 14:29:09 | post case 12 lead EKG |
| 14:29:25 | ICE Catheter: Cath Sndstar Eco 10ft Repro - ICE catheter removed. |
| 14:29:35 | ------------------------------------------------- |
| 14:29:36 | *****Ablation Summary***** |
| 14:29:36 | Total # Of Ablations: 179 |
| 14:29:36 | Total Ablation Time: 15:42 |
| 14:29:44 | Total Irrigation Fluid: 830 |
| 14:29:44 | Case End |
| 14:29:46 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter removed at the left atrium.Left in sheath for sheath pull |
| 14:30:18 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter removed at the coronary sinus. |
| 14:30:50 | Procedure Finish: Intra-proc |
| 14:30:50 | Procedure End - 3D Mapping - Carto: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 14:30:50 | Srivathsan, Komandoor, M.D. - Out: Role: Primary Service: Electrophysiology (Panel 1) |
| 14:30:55 | Family Updated: Family updated on the progress of the procedure. |
| 14:38:00 | Intake/Output: Lactated Ringers Fixed Rate - Volume (mL): |
| 14:38:00 | Lactated Ringers Fixed Rate: Anesthesia Volume Adjustment Rate: 0 Route: intravenous |
| 14:42:04 | Radiation Tracking: Panel 1: Srivathsan, Komandoor, M.D. Radiation (mGy) = 359.600 Fluoro Time (min) = 20.0 DAP (Gy-cm2) = 4.461 |
| 14:42:52 | Verified: Verify-Willhite, Julie R. R.T.(R), CV |
| 14:43:46 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 14:44:06 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 14:49:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Removed: Removal Date/Time: 06/12/19 1449 Placement Date/Time: 06/12/19 1021 Arterial or Venous access: Arterial Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: 4 Fr. At... |
| 14:50:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Removed: Removal Date/Time: 06/12/19 1450 Placement Date/Time: 06/12/19 0959 Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Internal Jugular Sheath Size:... |
| 14:51:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Removed: Removal Date/Time: 06/12/19 1451 Placement Date/Time: 06/12/19 1022 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: (c) 8 Fr. Attached to: Hepariniz... |
| 14:52:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Removed: Removal Date/Time: 06/12/19 1452 Placement Date/Time: 06/12/19 1023 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: R... |
| 15:07:05 | Complications: Complications Complications: |
| 15:07:14 | Disposition: Disposition Disposition: |
| 15:07:42 | Non-OR to PACU: Intra-proc Recovery |
| 15:08:00 | ETT Removed: Removal Date/Time: 06/12/19 1508 Placement Date/Time: 06/12/19 (c) 0906 Mask Ventilation: Easy mask ETT Type: Standard ETT Tube Size: 7.5 mm Cuffed: Yes Blade Size: Miller 2 Location: Oral |

---

PAGE 386/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1611**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## MAYO CLINIC

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

Documents (group 1 of 2) (continued)

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 11 of 11 |

**Lincoln/Marcus 1612**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**

PAGE 388/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1613**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 2 of 2)**

### Diagnostic Report - ECG

#### Scan on 6/13/2019  7:23 AM

Scan (below)



#### Scan on 6/12/2019  3:43 PM

Scan (below)

**Lincoln/Marcus 1614**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 2 of 2) (continued)



### Diagnostic Report - Echo

#### Scan on 6/13/2019 10:46 AM

Scan (below)

**Lincoln/Marcus 1615**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## MAYO CLINIC

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**

---

| 12-300-675 | Echocardiography Laboratory | Performed 13 Jun 2019 |
|---|---|---|
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 13 Jun 2019 |
| Born:          Sex: F 48 | Final Report | Page 1 of 2 |

Responsible Consultant: Freeman, William K 1 5280

**Demographics**

Height: 165.1 cm    Weight: 66.3 kg    BSA: 1.73 m²                BMI: 24.32
Procedure Start Time: 06/13/2019 07:37 AM        Location: MCA Hospital
Patient Class: OP
Referring Provider: Ladia, Vatsal M., M.D.          Indication for Study: Check for pericardial effusion post atrial
fibrillation ablation

**Procedure**

Type: MCA Adult TTE
Components: 2-D Limited

**Referral Diagnosis**

Pericardial effusion.
One day post ablation

**Hemodynamics**

Heart Rate: 85 BPM
Blood Pressure: 127 / 89 mmHg
ECG:
    Sinus rhythm

**Media Details**

Server #Prosolv

**Final Impressions**

1. Limited echocardiogram performed to evaluate for pericardial effusion one day status post ablation.
2. Status post catheter ablation (06/12/2019).
3. No pericardial effusion.
4. Normal left ventricular chamber size.
5. Estimated ejection fraction range 60 % – 65 %.

**Findings**

Echocardiographic images interpreted at MCA – Hospital campus.  RIGHT VENTRICLE:  Normal right ventricular size.  Normal
right ventricular function.  OTHER ECHO FINDINGS:  Normal inferior vena cava size.

**Measurements**

| | Value | Value |
|---|---|---|
| | Value | Normals |
| **Left Ventricle** | | |
| 2D: | | |
| Dimension (d) (mm) | 42 | 38 – 52 |
| Dimension (s) (mm) | 26 | 23 – 35 |
| **Tricuspid Valve Systolic** | | |
| RIGHT HEART PRESSURE: | | |
| RA pressure (estimated)(mmHg) | 5 | |

**Serial Studies**

| General | 06/13/19 | 05/05/19 |
|---|---|---|
| BSA(m²) | 1.73 | 1.76 |
| BMI(kg/m²) | 24.32 | 23.41 |
| Heart Rate(BPM) | 85 | 75 |
| BP Systolic(mmHg) | 127 | 108 |
| BP Diastolic(mmHg) | 89 | 72 |
| IVSd (2D)(mm) | | 7 |
| LVPWd (2D)(mm) | | 6 |
| LVIDd (2D)(mm) | 42 | 45 |
| SV Index(ml/m²) | | 36 |
| Cardiac Index(l/min/m²) | | 2.72 |
| LV Mass Index (2D)(g/m²) | | 51 |
| LA Vol Index (Simpson's)(ml/m²) | | 26 |
| E/A Ratio | | 1.25 |
| MV DT(msec) | | avg 227 |

CONTINUED ON NEXT PAGE                          MC1383 4

---

PAGE 391/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1616**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



## MAYO CLINIC

---

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

Documents (group 2 of 2) (continued)

---

| 12-300-675 | | Echocardiography Laboratory | Performed 13 Jun 2019 |
| Marcus, Ms. Leslie S | | MAYO CLINIC ARIZONA | Printed 13 Jun 2019 |
| Born: | Sex: F 48 | Final Report | Page 2 of 2 |

**General (Continued)**

| General | 06/13/19 | 05/05/19 |
|---|---|---|
| E/e' Ratio | | 5.0 |
| RV Pressure(mmHg) | | 25 |

**Roles**

| Role | Name | Electronically Authenticated By | Date/Time |
|---|---|---|---|
| Adult Cardiac Sonographer | Radavich, Michael S RDCS | | |
| Advanced Clinical Sonographer (Review) | Lusk, Joan RDCS | | |
| Consultant | Freeman, William K MD | Freeman, William K MD | 06/13/2019 12:45 PM |

END OF REPORT                    MC1383 4

---

PAGE 392/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1617**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**

### Radiology - Screening Form

#### Scan on 6/13/2019 10:35 PM

Scan (below)



*Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
**Route to scanning.**

**TO BE SCANNED**



Marcus, Leslie S
DOB: 5/27/1971 (48 yrs) Female
MRN: 12-300-675 CSN: 2000281081006
Enctr Dt: 6/12/2019

(If applicable)

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

| | |
|---|---|
| Are you known to be pregnant?  ☐ Yes  ☒ No | |
| Is there a chance you could be pregnant?  ☐ Yes  ☒ No | |
| If yes, do you want to take a pregnancy test? *  ☐ Yes  ☒ No | |
| * You will be financially responsible for what your health insurance does not cover. | |
| Are you breastfeeding?  ☐ Yes  ☒ No | |
| Patient Signature | Date *(mm-dd-yyyy)* 06/12/19 |
| Are you younger than 18 years of age?  ☐ Yes  ☐ No | |
| With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them. | |
| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date *(mm-dd-yyyy)* |

**For Departmental Use Only**

| | |
|---|---|
| Pregnancy Test  ☐ Indeterminate or Positive  ☐ Negative  ☒ Declined | |
| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date *(mm-dd-yyyy)* 6/12/19 |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date *(mm-dd-yyyy)* |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.





RADSCN

©2017 Mayo Foundation for Medical Education and Research

MC1038-26

**Lincoln/Marcus 1618**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Documents (group 2 of 2) (continued)**

**Lincoln/Marcus 1619**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

## 06/11/2019 - CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnosis

- Arrhythmia [I49.9]

### Imaging

#### Imaging

##### CT Cardiac Angiogram Pulmonary Veins with IV [2222503189769] (Final result)

**CT Cardiac Angiogram Pulmonary Veins with IV [2222503189769]**          Resulted: 06/11/19 1803, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D.  06/11/19 1457

Resulted by: Cummings, Kristopher W, M.D.

Performed: 06/11/19 1732 - 06/11/19 1749
Resulting lab: POWERSCRIBE360
Narrative:

Order status: Completed

Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 06/11/19 1806

Accession number: 11256730

EXAM: CT CARDIAC ANGIOGRAM PULMONARY VEINS WITH IV CONTRAST

ADDITIONAL HISTORY: None

TECHNIQUE: CT Cardiac Angiography utilizing intravenous contrast performed according to pulmonary vein protocol including arterial and delayed venous phases.

3-D images, including volume rendered reconstructions, were performed on an independent 3-D workstation under physician supervision to clarify relevant pulmonary vein anatomy and, when relevant, to assist in pre-ablation planning.

COMPARISON: None

FINDINGS:

Left atrium and Pulmonary Veins:

Left atrial size, AP dimension: 20 mm. No filling defects are seen within the left atrium or left atrial appendage to suggest thrombus.

Right superior pulmonary vein ostium: 11 mm x 21 mm with early branching 5 mm from the ostium

Right Inferior pulmonary vein ostium: 14 mm x 14 mm with early branching 4 mm from the ostium

Left superior pulmonary vein ostium: 14 mm x 17 mm with no early branch

Left inferior pulmonary vein ostium: 7 mm x 16 mm with immediate ostial branching

Mild thickening circumferentially of the mid and distal esophagus possibly related to reflux esophagitis without focal lesion. Heart normal in size without pericardial effusion. No mediastinal or hilar lymphadenopathy. Limited visualization of the upper abdomen normal. No osseous lesion is seen.

Mild areas of bronchial wall thickening within the upper lobes right greater

**Lincoln/Marcus 1620**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019



## 06/11/2019 - CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)

### Imaging (continued)

than left likely related to mild small airways disease. No consolidative
pneumonia.

Impression:

1. Normal pulmonary venous return to the left atrium with early branching from
the right superior, right inferior and left inferior pulmonary veins.
2. Mild bronchitis without consolidative pneumonia.
3. Circumferential thickening of the mid and distal esophagus possibly related
to mild reflux esophagitis.

Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 0952

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

### Signed

Electronically signed by Cummings, Kristopher W, M.D. on 6/11/19 at 1803 MST

### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/12/2019  9:52 AM

### Documents

#### Radiology - Screening Form

##### Scan on 6/12/2019  5:39 PM

Scan (below)

**Lincoln/Marcus 1621**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE 397/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

**06/11/2019 - CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)**

Documents (continued)

---

**MAYO CLINIC**

*Outpatient CT Screening*

Your CT may require the injection of **x-ray "dye"** (iodinated c
complete this form in its entirety.

MRN: 12-300-675
Marcus, Leslie S
DOB: 5/27/1971 (48 yrs)  Female  Enctr Dt: 6/11/2019
CSN: 2000283085805
2000283085805

| Name LESLIE Marcus | | | | Medical Record Number | |
|---|---|---|---|---|---|
| Date of Birth | Age 48 | Gender F | | Height (inches) 5'5" | Weight (pounds) 140 |

| | | | |
|---|---|---|---|
| 1. | Have you had **x-ray "dye"** (iodinated contrast media) before? | ☒ Yes ☐ No | |
| 2. | Have you ever had a **reaction to x-ray "dye"** (iodinated contrast media)? | ☐ Yes ☒ No | |
| | If yes, what kind of reaction did you have? _____ | | |
| | If yes, did you take medication for today's CT to prevent such a reaction? | ☐ Yes ☐ No ☐ N/A | |
| | If yes, what and when? _____ | | |
| 3. | Do you have any **allergies**? CORTICOSTEROIDS Iodine Zofran | ☒ Yes ☐ No | |
| | If yes, what? | | |
| 4. | Did you **eat** any food or **drink** any thick liquids (e.g. milk, orange juice with pulp, or tomato juice) in the last four hours? | ☐ Yes ☒ No | |
| | If yes, what and when? _____ | | |
| 5. | Are you female 10 through 55 years of age? | ☒ Yes ☐ No ☐ N/A | |
| | If yes, did you fill out the Pre-Exam Pregnancy Assessment form? | ☐ Yes ☒ No | |
| 6. | Do you have **two normally functioning kidneys**? | ☒ Yes ☐ No | |
| | Are you on dialysis? | ☐ Yes ☒ No ☐ N/A | |
| | Do you have a single kidney or kidney transplant? | ☐ Yes ☒ No | |
| | Have you had a **kidney stone** in the past? | ☐ Yes ☒ No | |
| | Comments _____ | | |
| 7. | For Females: in the past **two years**, have you had **cancer or surgery** involving your kidneys, ureters, bladder, ovaries, uterus or cervix? | ☐ Yes ☒ No ☐ N/A | |
| | For Males: In the past **two years**, have you had **cancer or surgery** involving your kidneys, ureters, bladder or prostate? | ☐ Yes ☒ No ☐ N/A | |
| | If yes, specify _____ | | |
| 8. | Do you have **diabetes**? | ☐ Yes ☒ No | |
| 9. | Do you take **metformin** or a medication that contains metformin (e.g. Actoplus Met®, Advandamet®, Fortamet®, Glucophage®, Glucovance®, Glumetza®, Janumet®, Metaglip® or Riomet®) **for diabetes or any other medical condition?** | ☐ Yes ☒ No | |
| 10. | Do you have **heart problems**, (e.g. congestive heart failure [CHF] or coronary artery disease [CAD])? | ☒ Yes ☐ No | |
| | If yes, specify AFIB W/ tachacardia | | |
| | Do you have coronary artery stents or bypass grafts (CABGs)? | ☐ Yes ☒ No | |
| 11. | Do you have asthma or other **lung problems**? asthma | ☒ Yes ☐ No | |
| | If yes, specify _____ | | |
| 12. | Do you have an **implanted medical device** (e.g. an IV infusion port (PowerPort), pacemaker, implantable cardioverter defibrillator [ICD], neurostimulator, or pain pump)? | ☐ Yes ☒ No | |
| | If yes, specify _____ | | |

Completed by: ☒ Patient ☐ Other

| Signature | Date 06/11/19 | Time 301 |
|---|---|---|
| Printed Name Leslie Marcus | | |

Reviewed by: ☒ Radiology Nurse (with contrast) and/or ☐ Technologist (without or with contrast)

| Signature Ashley Saliba, RN | Date 6/11/19 | Time 350 PM |
|---|---|---|
| Printed Name Ashley Saliba | Radiology - Screening Form | |

MCS14551rev0217

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 394

PAGE 397/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1622**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019



**06/11/2019 - CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

**Scan on 6/12/2019 5:32 PM**

Scan (below)

  *Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
Route to scanning.

**TO BE SCANNED**


(complete fields or place patient label here)
MRN: 12-300-675
Marcus, Leslie S
DOB: 5/27/1971 (48 yrs)   Female   CSN: 2000283085805
Enctr Dt: 6/11/2019
2000283085805

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

Are you known to be pregnant?
☐ Yes  ☒ No
Is there a chance you could be pregnant?
☐ Yes  ☒ No
If yes, do you want to take a pregnancy test? *
☐ Yes  ☒ No
    * You will be financially responsible for what your health insurance does not cover.
Are you breastfeeding?
☐ Yes  ☒ No

| Patient Signature | Date (mm-dd-yyyy) |
|---|---|
| | 06 11 2019 |

Are you younger than 18 years of age?
☐ Yes  ☒ No
    With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them.

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
|---|---|---|
| | | |

**For Departmental Use Only**

Pregnancy Test
☐ Indeterminate or Positive
☐ Negative
☒ Declined

| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| Ashley Saliba, RN | 06/11/2019 |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| Ashley Saliba | |

| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| | 6/11/19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.


RADSCN

©2017 Mayo Foundation for Medical Education and Research

MC1038-26

PAGE 398/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1623**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

---

**06/11/2019 - CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

---

PAGE 399/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1624**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/11/2019, D/C: 6/11/2019



**MAYO CLINIC**

---

## 06/11/2019 - AIC US IV ASSIST in Department of Infusion Therapy in Phoenix, Arizona

**Imaging**

### Procedural Imaging

#### Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756] (Final result)

**Vascular Access US IV Assist: No upper extremity site restrictions
[2222503189756]**                    Resulted: 06/11/19 1336, Result status: Final result

Ordering provider: Naqvi, Tasneem Z, M.B.B.S., M.D.,        Order status: Completed
MBA/HCM  06/11/19 1255
Filed by: Hearn, Melysha D, R.N.  06/11/19 1338          Performed: 06/11/19 1255 - 06/11/19 1255
Accession number: 11500178
Narrative:
Hearn, Melysha D, R.N.    6/11/2019  1:38 PM
Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 6/11/2019 1:36 PM
Performed by: Hearn, Melysha D, R.N.
Authorized by: Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM

Pre-procedure details:
  Indication: IV access needed
  Provider performed due to:  Complicated insertion
  Location:  Upper extremity
  Upper extremity:  Left anterior forearm
  Skin preparation:  Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method:  None
Procedure details:
  Ultrasound guidance: yes
  Images saved: yes
  Size (gauge):  20 G (insyte 1.16in)
  Number of attempts:  1
Post-procedure details:
  Assessment: free fluid flow
  Procedure completed successfully: yes
  Complications: no immediate complications
Post-procedure diagnoses:
Arrhythmia

**Indications**
  Arrhythmia [I49.9 (ICD-10-CM)]

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 397

**Lincoln/Marcus 1625**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

## 06/11/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

### Reason for Visit

#### Visit Diagnosis
- **Arrhythmia (primary) [I49.9]**

### Clinical Notes

#### Sedation Note

##### Sedation Note by Atwal, Danish, M.D. at 6/11/2019 1:40 PM

| | | |
|---|---|---|
| Author: Atwal, Danish, M.D. | Service: CVD (Cardiovascular Diseases) | Author Type: Fellow |
| Filed: 6/11/2019 4:11 PM | Date of Service: 6/11/2019 1:40 PM | Status: Signed |
| Editor: Atwal, Danish, M.D. (Fellow) | | |

**Presedation Assessment**

**Patient:** Leslie S Marcus

Consents Obtained: **written**
The benefits, risks, and alternatives to the procedure and the potential need for sedation or anesthesia as well as the names, roles and responsibilities of healthcare team members performing significant interventional tasks were discussed with the patient and/or decision maker: **yes**
Procedure / Reason for visit: **Pre A Fib ablation**
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history and problem list. **yes**
Review of systems: **pertinent ROS negative**
Mallampati: **II - soft palate, uvula, fauces visible**
Heart: **normal**
Lung: **normal**
ASA physical exam: **class 2 - patient with mild systemic disease**
Sedation plan: **moderate sedation**
**Patient seen, evaluated and approved for sedation**

Electronically Signed by Atwal, Danish, M.D. on 6/11/2019 4:11 PM

### Op Note/Surgical Log

#### Procedures

| | | |
|---|---|---|
| Hearn, Melysha D, R.N. | Procedures | Date of Service: 6/11/2019 1:36 PM |
| Registered Nurse | Signed | |
| NSG (Nursing Services) | | |

Related encounter: Trans-Esophageal Echocardiogram Testing from 6/11/2019 in Division of Cardiovascular Diseases in Phoenix, Arizona

##### Procedure Orders
Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756] ordered by Naqvi, Tasneem Z,

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 398 |

**Lincoln/Marcus 1626**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

## 06/11/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Op Note/Surgical Log (continued)**

M.B.B.S., M.D., MBA/HCM

**Post-procedure Diagnoses**
Arrhythmia [I49.9]

**Vascular Access US IV Assist: No upper extremity site restrictions**
Date/Time: **6/11/2019 1:36 PM**
Performed by: **Hearn, Melysha D, R.N.**
Authorized by: **Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM**

Pre-procedure details:
  Indication: **IV access needed**
  Provider performed due to: **Complicated insertion**
  Location: **Upper extremity**
  Upper extremity: **Left anterior forearm**
  Skin preparation: **Chlorhexidine**
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method: **None**
Procedure details:
  Ultrasound guidance: **yes**
  Images saved: **yes**
  Size (gauge): **20 G (insyte 1.16in)**
  Number of attempts: **1**
Post-procedure details:
  Assessment: **free fluid flow**
  Procedure completed successfully: **yes**
  Complications: **no immediate complications**

Electronically signed by Hearn, Melysha D, R.N at 6/11/2019 1:38 PM

**Imaging**

**Echocardiography**

**Echo Transesophageal (TEE) [2222503189744] (Discontinued)**

| Echo Transesophageal (TEE) [2222503189744] | Resulted: 06/11/19 1219, Result status: In process |
|---|---|
| Ordering provider: Srivathsan, Komandoor, M.D. 06/11/19 1206 | Order status: Canceled |
| Discontinued by: Buono, Ronald J, R.D.C.S. 07/12/19 1248 [Duplicate] | Filed by: Layman, Amber S, R.N. 06/11/19 1219 |
| Resulting lab: MC CV EIMS | |

**Lincoln/Marcus 1627**

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 6/11/2019, D/C: 6/11/2019



## MAYO CLINIC

---

### 06/11/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Imaging (continued)**

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

**Indications**

Arrhythmia [I49.9 (ICD-10-CM)]

**Procedural Imaging**

**Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756] (Final result)**

Vascular Access US IV Assist: No upper extremity site restrictions
[2222503189756]                    Resulted: 06/11/19 1336, Result status: Final result

Ordering provider: Naqvi, Tasneem Z, M.B.B.S., M.D.,        Order status: Completed
MBA/HCM  06/11/19 1255
Filed by: Hearn, Melysha D, R.N.  06/11/19 1338        Performed: 06/11/19 1255 - 06/11/19 1255
Accession number: 11500178
Narrative:
Hearn, Melysha D, R.N.    6/11/2019  1:38 PM
Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 6/11/2019 1:36 PM
Performed by: Hearn, Melysha D, R.N.
Authorized by: Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM

Pre-procedure details:
  Indication: IV access needed
  Provider performed due to:  Complicated insertion
  Location:  Upper extremity
  Upper extremity:  Left anterior forearm
  Skin preparation:  Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method:  None
Procedure details:
  Ultrasound guidance: yes
  Images saved: yes
  Size (gauge):  20 G (insyte 1.16in)
  Number of attempts:  1
Post-procedure details:
  Assessment: free fluid flow
  Procedure completed successfully: yes
  Complications: no immediate complications
Post-procedure diagnoses:
Arrhythmia

**Indications**

Arrhythmia [I49.9 (ICD-10-CM)]

---

**Lincoln/Marcus 1628**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

**MAYO CLINIC**

## 06/11/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Imaging (continued)**

**Vitals** from 6/8/2019 to 6/18/2021

| Date/Time | Pulse | Resp | BP | SpO2 | Who |
|---|---|---|---|---|---|
| 06/11/19 14:26:27 | — | 14 | 118/74 | 100 % | AL |
| 06/11/19 14:25:02 | 75 | 14 | — | 99 % | AL |
| 06/11/19 1425 | — | — | 118/74 | — | AL |
| 06/11/19 14:20:03 | 78 | 13 | — | 100 % | AL |
| 06/11/19 14:15:03 | 72 | 14 | — | 100 % | AL |
| 06/11/19 1415 | — | — | 99/68 | — | AL |
| 06/11/19 14:10:03 | 72 | 13 | — | 100 % | AL |
| 06/11/19 14:05:03 | 64 | 18 | — | 100 % | AL |
| 06/11/19 14:04:03 | 70 | — | — | 100 % | AL |
| 06/11/19 14:00:03 | — | 20 | — | — | AL |
| 06/11/19 1400 | — | — | 105/69 | — | AL |
| 06/11/19 13:55:03 | 81 | 19 | — | 100 % | AL |
| 06/11/19 13:50:03 | 82 | 14 | — | 100 % | AL |
| 06/11/19 1350 | — | — | 102/66 | — | AL |
| 06/11/19 13:45:03 | 77 | 12 | — | 100 % | AL |
| 06/11/19 13:41:34 | — | 11 | — | — | AL |
| 06/11/19 13:41:18 | — | — | 114/72 | — | AL |
| 06/11/19 13:40:04 | 82 | — | — | 100 % | AL |
| 06/11/19 13:39:34 | 90 | — | — | 100 % | AL |
| 06/11/19 13:35:04 | — | 11 | — | — | AL |
| 06/11/19 13:30:04 | — | 17 | — | — | AL |
| 06/11/19 13:25:04 | — | 16 | — | — | AL |
| 06/11/19 13:20:04 | — | 16 | — | — | AL |
| 06/11/19 13:15:04 | — | (!) 9 | — | — | AL |
| 06/11/19 13:10:04 | — | 13 | — | — | AL |
| 06/11/19 13:05:05 | — | 12 | — | — | AL |
| 06/11/19 13:00:05 | — | 11 | — | — | AL |
| 06/11/19 12:57:58 | — | — | (!) 114/93 | — | AL |
| 06/11/19 12:55:05 | — | 10 | — | — | AL |
| 06/11/19 12:50:05 | — | 18 | — | — | AL |
| 06/11/19 12:47:35 | 79 | — | — | 100 % | AL |
| 06/11/19 12:45:05 | 76 | 22 | — | 100 % | AL |
| 06/11/19 12:40:05 | 80 | 15 | — | 100 % | AL |
| 06/11/19 1240 | — | — | 122/87 | 100 % | AL |
| 06/11/19 12:39:05 | 81 | 14 | — | 94 % | AL |

**Lincoln/Marcus 1629**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 405/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 6/11/2019

---

### 06/11/2019 - Clinical Documentation Only in Division of Cardiovascular Diseases in Phoenix, Arizona

**Documents**

**Diagnostic Report - Cardiology**

**Scan on 6/11/2019  5:43 PM**

Scan (below)





Marcus, Leslie S
DOB:          (48 yrs) Female
MRN: 12-300-675  CSN: 2000282918407
Enctr Dt: 6/11/2019
Number (above) and Name







MCS6968rev071911

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 402

**Lincoln/Marcus 1630**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM    PAGE 406/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 6/11/2019

**06/11/2019 - Clinical Documentation Only in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

**Documents (continued)**

PAGE 406/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1631**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 5/16/2019



## MAYO CLINIC

### 05/16/2019 - Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona

**Reason for Visit**

**Visit Diagnoses**
- Insomnia [G47.00]
- **Depression Anxiety (primary) [F41.8]**

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Tashman, Yasemin S, M.D. at 5/16/2019  1:30 PM**

| | | |
|---|---|---|
| Author: Tashman, Yasemin S, M.D. | Service: SLM Sleep Medicine | Author Type: Physician |
| Filed: 5/16/2019  2:37 PM | Encounter Date: 5/16/2019 | Status: Signed |
| Editor: Tashman, Yasemin S, M.D. (Physician) | | |

**REASON FOR REFERRAL:**

**HISTORY OF PRESENT ILLNESS**
Ms. Marcus is a lovely 47 y.o. female who presents to Mayo Sleep Disorders Center for sleep initiation insomnia. The patient was referred by Barbara S Novais, APRN,*. The patient comes alone.  She has a past medical history significant for atrial fibrillation on Eliquis, DVTs and pulmonary emboli, anxiety.  The following is a review of her history:

She has been an insomniac her entire life.  Her insomnia was aggravated in December 2017 after a car accident.  She had stopped on the 101 and a car hit her from behind.  She developed a constellation of health issues after the car accident.  She had back pain and reacted adversely to the steroid injections.  She was diagnosed with atrial fibrillation and has been on anticoagulation with Eliquis.  After flying on an airplane she developed multiple DVTs and pulmonary emboli.  She feels the car accident ruined her life.  She is extremely worried about losing her job as a regional manager for military housing.  She is also worried about losing her health insurance.

She does endorse snoring.  She denies choking gasping or witnessed apneas.  She has a history of surgical menopause.  She was placed on estrogen therapy but that was discontinued after her DVTs and pulmonary emboli.

Her support system includes her boyfriend.

She has tried Lunesta and Ambien.
Currently she is taking clonazepam 1.5 mg q.h.s. but it does not work.

Epworth sleepiness scale:  2

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**CURRENT MEDICATIONS:**

Current Medications:
- apixaban (ELIQUIS) 5 mg tablet, Take 5 mg by mouth 2 (two) times a day.
- atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily.

**Lincoln/Marcus 1632**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/16/2019

## 05/16/2019 - Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

• clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 1 tablet (25 mg total) by mouth 2 (two) times a day.
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 40 mg by mouth 2 (two) times a day.
• propafenone (RYTHMOL SR) 425 mg 12 hr capsule, Take 1 capsule (425 mg total) by mouth every 12 (twelve) hours.
• sucralfate (CARAFATE) 100 mg/mL suspension, Take 10ml PO QID
• mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime.

### ALLERGIES:
Allergies

| Allergen | Reactions |
|---|---|
| • Corticosteroids (Glucocorticoids) | Palpitations |
| • Tape [Adhesive] | Rash |
| • Zofran [Ondansetron Hcl] | Other (see comments) |
| *No reaction listed* | |

### Past Medical History:
 has a past medical history of Fibrillation Atrial (HCC); Gastroesophageal Reflux Disease NOS; Pulmonary Embolism NOS; Tachycardia Supraventricular (HCC); and Thrombosis Deep Vein Personal History.

### PAST SURGICAL HISTORY:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • HYSTERECTOMY | | |

### Social History:
 reports that she has quit smoking. She has never used smokeless tobacco. She reports that she uses drugs. She reports that she does not drink alcohol.
She took a leave of absence from work on May 3, 2019.  She was working as a regional manager for military housing.

### Family History:
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |

---

| 6/18/2021 9:33 AM MST | User: 113763 | Release ID: 121402727 | Page 405 |
|---|---|---|---|

**Lincoln/Marcus 1633**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/16/2019

## 05/16/2019 - Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)

Clinical Notes (continued)

### REVIEW OF SYSTEMS
A complete review of systems was performed and is otherwise unremarkable.

### PHYSICAL EXAM
Vitals:

|  | 05/16/19 1332 |
|---|---|
| BP: | 123/83 |
| BP Location: | Left arm |
| Patient Position: | Sitting |
| Cuff Size: | Regular |
| Pulse: | 72 |
| SpO2: | 100% |
| Weight: | 63.5 kg |
| Height: | 164.5 cm |

General: Pleasant, cooperative, no acute distress

Face:
Infraorbital darkening:  No
Mouth breathing:  No
Elongated midface:  No

Nasal airways:
Symmetry of nares:  Yes
Nasal valve collapse:  No
Nasal septal deviation:  No
Turbinate hypertrophy:  No

Mouth
Friedman score:  3
Tonsil size:  1
High narrow hard palate:  No
Large uvula:  Yes
Malocclusion class: 1
Overjet:  1 mm
Overbite:  No
Crossbite:  No
Open bite:  No
Teeth marks on inside of cheeks:  No
Scalloping of tongue:  No
Worn occlusive surface:  No
Macroglossia:  No
Mandibular retrognathia:  No

Lincoln/Marcus 1634



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/16/2019

---

### 05/16/2019 - Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

Maxillary deficiency: No

Neck circumference: 32 cm

Respiratory: CTAB.

Cardiovascular: RRR

Gastrointestinal: Bowel sounds present. No tenderness to palpation.

Extremities: No clubbing, cyanosis or edema.

Skin: No rash or significant lesions noted.

Musculoskeletal: Gait normal. Digits and nails normal. Inspection and range of movement of cervical spine normal. Normal strength of neck muscles.


ASSESSMENT
1. Sleep Initiation Insomnia
2. Depression
3. Atrial fibrillation on anticoagulation


PLAN

For the sleep initiation insomnia the patient will take mirtazapine 30 mg at bedtime
She will decrease clonazepam use
She will be referred to psychiatry for evaluation of her depression and initiation of an SSRI
Follow up prn

40 min with the patient greater than half in counseling

Yasemin Tashman, M.D.


Electronically Signed by Tashman, Yasemin S, M.D. on 5/16/2019 2:37 PM


**Vitals**

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 407

**Lincoln/Marcus 1635**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/16/2019

---

**05/16/2019 - Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)**

**Vitals (continued)**

**Vital Signs**                                                    Most recent update: 5/16/2019  1:33 PM

| BP | Pulse | Ht | Wt | SpO2 |
|---|---|---|---|---|
| 123/83 (BP Location: Left arm, Patient Position: Sitting, Cuff Size: Regular) | 72 | 164.5 cm | 63.5 kg | 100% |
| BMI 23.47 kg/m² | | | | |

---

**Lincoln/Marcus 1636**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/5/2019

## 05/05/2019 - Appointment in Division of Cardiovascular Diseases in Phoenix, Arizona

### Imaging

#### Echocardiography

##### Echo Transthoracic (TTE) [2222486798403] (Final result)

###### Echo Transthoracic (TTE) [2222486798403]                    Resulted: 05/05/19 1257, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1945          Order status: Completed
Resulted by: Arsanjani, Reza, M.D.                              Filed by: Interface, Mc In Oru Cardiology Generic 1 609313
                                                               05/05/19 1258

Performed: 05/05/19 1006 - 05/05/19 1215                        Accession number: 11160078
Resulting lab: MC CV EIMS
Narrative:

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Normal left ventricular chamber size.  Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

Findings
Echocardiographic images interpreted at MCA - Hospital campus.  Color flow and spectral Doppler performed in part to assess valvular heart disease.  No previous studies available for comparison.  LEFT VENTRICLE: Normal left ventricular chamber size.  Normal left ventricular systolic function.  Calculated 2-D monoplane volumetric left ventricular ejection fraction 62 %.  No regional wall motion abnormalities.  Normal left ventricular wall thickness.  Normal left ventricular diastolic function.  RIGHT VENTRICLE: Normal right ventricular size.  Normal right ventricular systolic function.  Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).  ATRIA: Normal left atrial size.  Left atrial volume index 26 ml/m^2.  Normal right atrial size.  CARDIAC VALVES: Trileaflet aortic valve.  Normal aortic valve.  No aortic valve regurgitation.  Normal mitral valve.  Trivial mitral valve regurgitation.  Normal pulmonary valve.  Normal pulmonary valve systolic velocity.  Trivial pulmonary valve regurgitation.  Normal tricuspid valve.  Mild tricuspid valve regurgitation.  OTHER ECHO FINDINGS:  Normal inferior vena cava size with normal inspiratory collapse (>50%).  Normal ascending aorta dimension.  Normal abdominal aorta Doppler flow pattern.  No atrial level shunt by color flow imaging.  No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location.  No pericardial effusion.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 62 | — | — | EIMS |
| Mid-Ascending Aorta | 33 | — | — | EIMS |

---

**Lincoln/Marcus 1637**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 5/5/2019

## 05/05/2019 - Appointment in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Imaging (continued)

| | | | | |
|---|---|---|---|---|
| LV Mass Index | 51 | — | — | EIMS |
| LV End-Diastolic Diameter | 45 | — | — | EIMS |
| LV End-Systolic Diameter | 25 | — | — | EIMS |
| E Velocity | 0.5 | — | — | EIMS |
| A Velocity | 0.4 | — | — | EIMS |
| E/A | 1.25 | — | — | EIMS |
| eVelocity Medial | 0.10 | — | — | EIMS |
| eVelocity Lateral | 0.13 | — | — | EIMS |
| E/eMedial | 5.0 | — | — | EIMS |
| E/eLateral | 3.8 | — | — | EIMS |
| Left ventricular stroke volume | 36 | — | — | EIMS |
| Cardiac Output | 4.63 | — | — | EIMS |
| Cardiac Index | 2.72 | — | — | EIMS |
| LV Interventricular Septal Wall Thickness | 7 | — | — | EIMS |
| LV Posterior Wall Thickness | 6 | — | — | EIMS |
| Relative Wall Thickness | 27 | — | — | EIMS |
| 4-Chamber Base | 33 | — | — | EIMS |
| Tricuspid Annular S' | 0.13 | — | — | EIMS |
| TR Vmax | 2.21 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |
| RV Systolic Pressure | 25 | — | — | EIMS |
| AV mean gradient | 2 | — | — | EIMS |
| Aortic valve area | 2.67 | — | — | EIMS |
| Dimensionless Index | 0.85 | — | — | EIMS |
| LA Volume Index | 26 | — | — | EIMS |

**Procedures Performed**                    **Chargeables**
(TTE) 2D ECHO DOPPLER COLOR [ECH430]

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

### Signed
Electronically signed by Arsanjani, Reza, M.D. on 5/5/19 at 1257 MST

---

**Lincoln/Marcus 1638**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM   PAGE 414/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/5/2019, D/C: 5/5/2019

## 05/05/2019 - AIC US IV ASSIST in Department of Infusion Therapy in Phoenix, Arizona

### Imaging

#### Procedural Imaging

**Vascular Access US IV Assist: No upper extremity site restrictions [2222486798419] (Final result)**

**Vascular Access US IV Assist: No upper extremity site restrictions
[2222486798419]**                              Resulted: 05/04/19 2242, Result status: Final result

Ordering provider: Unzek, Samuel, M.D.  05/04/19 2230       Order status: Completed
Filed by: Bailie, Conor H, R.N.  05/04/19 2242              Performed: 05/04/19 2230 - 05/04/19 2230
Accession number: 11159296
Narrative:
Bailie, Conor H, R.N.    5/4/2019 10:42 PM
Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 5/4/2019 10:42 PM
Performed by: BAILIE, CONOR H
Authorized by: UNZEK, SAMUEL

Pre-procedure details:
  Indication: IV access needed
  Provider performed due to:  Nurse unable to complete
  Location:  Upper extremity
  Upper extremity:  Left anterior forearm
  Skin preparation:  Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method:  None
Procedure details:
  Ultrasound guidance: yes
  Images saved: no
  Size (gauge):  22 G (Diffusix)
  Number of attempts:  1
Post-procedure details:
  Assessment: free fluid flow and no signs of infiltration
  Procedure completed successfully: yes
  Complications: no immedicate complications
Comments:
  Performed by D. Ramirez, RN
Post-procedure diagnoses:
Atrial Fibrillation (HCC)

#### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

PAGE 414/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1639**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/4/2019

## 05/04/2019 - Appointment in Department of Radiology in Phoenix, Arizona

### Imaging

#### Imaging

##### US Upper Extremity Veins Bilateral [2222486798431] (Final result)

**US Upper Extremity Veins Bilateral [2222486798431]**                          Resulted: 05/05/19 0720, Result status: Final result

Ordering provider: Lai, Kin Chung, M.D.  05/04/19 2321          Order status: Completed
Resulted by:                                                   Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
Jamison, Dale K, M.D., Ph.D.                                   05/05/19 0724
Radiologist, Arz
Chen, Frederick, M.D.
Performed: 05/04/19 2325 - 05/05/19 0016                        Accession number: 11159348
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: US UPPER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

COMPARISON:  None available.

FINDINGS:  The deep venous system of both upper extremities were evaluated with
color and spectral Doppler, including the internal jugular, subclavian, and
axillary veins. There is no evidence of deep venous thrombosis.

The basilic and cephalic veins to the level of the elbow show no significant
abnormalities.

Impression:
IMPRESSION:  Bilateral upper extremities are negative for deep venous
thrombosis.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **216 - PS360** | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Chen, Frederick, M.D. on 5/5/19 at 0720 MST

**Lincoln/Marcus 1640**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/4/2019

## 05/04/2019 - Appointment in Department of Radiology in Phoenix, Arizona

**Imaging**

### Imaging

#### US Lower Extremity Veins Bilateral [2222486798413] (Final result)

| US Lower Extremity Veins Bilateral [2222486798413] | Resulted: 05/05/19 0720, Result status: Final result |
|---|---|

Ordering provider: Lai, Kin Chung, M.D.  05/04/19 2047 — Order status: Completed
Resulted by: — Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 05/05/19 0723
Jamison, Dale K, M.D., Ph.D.
Radiologist, Arz
Chen, Frederick, M.D.
Performed: 05/04/19 2150 - 05/04/19 2208 — Accession number: 11159217
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: US LOWER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

CLINICAL INFORMATION:  Clinical concern for deep venous thrombosis.

COMPARISON:  None available.

FINDINGS:  Color Doppler venous ultrasound evaluation of both lower extremities shows patent common femoral, femoral, and popliteal veins. No evidence of deep venous thrombosis.  Calf veins are unremarkable as best as can be imaged.

Impression:
IMPRESSION:  Bilateral lower extremities are negative for deep venous thrombosis.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Chen, Frederick, M.D. on 5/5/19 at 0720 MST

**Lincoln/Marcus 1641**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor

### Reason for Visit

#### Chief Complaints

- Anxiety (HIGH HR X MULTIPLE HRS, ACUTE ON CHRONIC , HX A FIB WITH RVR)
- Shortness of Breath (ONGOING)
- Syncope (1400 TODAY, SLOWER TO RESPOND SINCE THEN)
- Nausea (CHRONIC)

#### Visit Diagnoses

| Name | Code | Qualifier | Is ED? |
|------|------|-----------|--------|
| Atrial Fibrillation (primary) | I48.91 | Active | Yes |
| Insomnia | G47.00 | — | No |

#### Hospital Problem

| Name | Code | Date Noted | Date Resolved | Present on Admission? |
|------|------|------------|---------------|------------------------|
| Atrial Fibrillation (primary) | I48.91 | 05/04/2019 | — | Yes |

### Clinical Notes

#### Consults

##### Consults by Walker, Chantel N, M.S.N., R.N. at 5/6/2019 11:20 AM

Author: Walker, Chantel N, M.S.N., R.N.    Service: CM Care Management    Author Type: Case Manager
Filed: 5/6/2019 11:25 AM    Date of Service: 5/6/2019 11:20 AM    Status: Signed
Editor: Walker, Chantel N, M.S.N., R.N. (Case Manager)

**Discharge Planning Assessment**

SUBJECTIVE
**Referral Data**
Referral Source: RN Case Manager
Referral Reason: Discharge Planning
Who was present during the interview?: Patient, Significant other
Interpreter Services Used: No

**Patient Information**
Primary Caregiver: Self
Accompanied by/Relationship: Clay, signficant other
Support System: Immediate family

**Legal Information**
Legal Decision Maker: Self

**Caregiver Information**

**Services Requested**

OBJECTIVE

**Lincoln/Marcus 1642**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 418/471    Fax Server



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

**Functional Status (ADLs)**
Functional Status: Independent
Assistive Devices: Other (Comment) (nebulizer)
Type of Residence: Private residence
Level of Assistance: Independent
Dressing: Independent
Feeding: Independent
Bathing: Independent
Grooming: Independent
Toileting: Independent
Behavior: Oriented
Communication: Understands English, Talks

**Environmental Supports**
Home Environment: House
Anticipated Modifications to the Patient's Home: None

**Anticipated Needs/Assistive Devices**
ADL Anticipated Needs: None
Equipment Anticipated Needs: None
Transportation Needs: Support from family, Independent to drive

**Finance/Insurance**
Primary insurance: AETNA OPEN ACCESS MANAGED CHOICE
Secondary insurance: N/A
Income Source: Employed

**Discharge Planning**
Barriers To Discharge: None
Strengths: Support of immediate family, Ability to acquire knowledge, Attitude of family, Attitude of self
Type of Residence: Private residence
Support Systems: Significant other
Assistance Recommended after Discharge: None
Home Care Services: No
Anticipated Discharge Destination: Home or Self Care
Does the patient need discharge transport arranged?: No

ASSESSMENT / PLAN

**Plan**
Pt is a 47 y.o. independent female who is employed full-time and resides in a single family home with her significant other, Clay. PCP is Dr. Frank Cibulka with Honor Health. Pt reported she has a nebulizer, denied having HH; dialysis or a recent admission to SNF/rehab at the time of this admission.

Pt and Clay informed of CM role. Pt reported she may be resigning from her job soon and asked what insurances are contracted with Mayo; recommended pt and Clay speak with admitting for details.

6/18/2021 9:33 AM MST        User: 113763        Release ID: 121402727        Page 415

**Lincoln/Marcus 1643**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

No d/c needs identified at this time; CM will remain available to assist with d/c needs if they arise.

Signed by:
Chantel Walker, M.S.N., R.N. 5/6/2019

Electronically Signed by Walker, Chantel N, M.S.N., R.N. on 5/6/2019 11:25 AM

### Consults by Srivathsan, Komandoor, M.D. at 5/5/2019 10:48 AM

Author: Srivathsan, Komandoor, M.D.       Service: CVD (Cardiovascular Diseases)       Author Type: Physician
Filed: 5/5/2019 10:52 AM                  Date of Service: 5/5/2019 10:48 AM          Status: Signed
Editor: Srivathsan, Komandoor, M.D. (Physician)
   Consult Orders
   1. Cardiology consult (hospital) - EP/Arrhythmia [2222486858186] ordered by Novais, Barbara S, APRN, ANP-BC, M.S.N. at
   05/05/19 0857

### CHIEF COMPLAINT / REASON FOR VISIT

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation
December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

Patient has been having consistent rapid heartbeat that began approximately 1 week ago.  States her heart rate has
been approx. 140 and up to 200 today.  Associated with lightheadedness, chest tightness, and difficulty breathing,
nausea. States she gets short of breath with minimal exertion.  She contacted her cardiologist who informed her this
is normal and she needs to go the ED if heart rate is >200 for >2 hrs.  She also experienced several time "passing
out" today 5-10 times. Responded to verbal stimuli by her significant other. Almost lasts for couple seconds.  Has
been out of town when symptoms started ,she flew back to Phoenix yesterday night.  Also experiencing severe
frontal headache started while she was driving to the ER. She is coming to Mayo instead of Honor Health as she did
not like it over there.

 Atrial fibrillation started in August 2018. States she had herniated disk for which she received steroids, epidural,
never block.  Patient believes that with triggers her Afib.  She has been following at HonorHealth.  She subsequently
underwent ablation in December 18. Patient states her palpitations has not been resolved and she frequently
experiences rapid heartbeat which usually happens during the night at around daily basis and
subsides spontaneously.  Has been taking flecainide which was switched to propafenone because "it did not help".
 She also reports history of PE in April for which resumed eliquis.  States she is supposed to be on Eliquis prior to the
episode of PE but has not been taking it regularly until the PE episode.

Social hx : takes CBD "helps with tremor"
Family hx :  Noncontributory
Surgical history:  Hysterectomy 12 years ago
Medications: refer to MAR
Allergies:  No known drug allergy

---

**Lincoln/Marcus 1644**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

**HISTORY OF PRESENT ILLNESS**
**Anxiety**
Symptoms include chest pain and shortness of breath.
**Shortness of Breath**
Associated symptoms include chest pain, leg swelling and syncope. Pertinent negatives include no abdominal pain or fever.
**Syncope**
Associated symptoms include chest pain and light-headedness. Pertinent negatives include no abdominal pain, fever or slurred speech.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
Constitutional:  Positive for fatigue. Negative for fever and loss of appetite.
Skin:  Negative for change in mole or skin spot.
Eyes:  Positive for visual problems.
ENT:  Negative for difficulty hearing and persistent hoarse voice.
Respiratory:  Positive for dyspnea.
Cardiovascular:  Positive for chest pain, pressure or tightness, swelling in the legs or feet, syncope and rapid or fluttering heart beat.
Gastrointestinal:  Positive for diarrhea. Negative for abdominal (belly) pain or cramping.
Genitourinary:  Negative for difficulty urinating and pain with urination.
Hematologic:  Negative for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal:  Positive for muscle pain/stiffness.
Neurological:  Positive for loss of consciousness and light-headedness. Negative for seizures and slurred speech.

OBJECTIVE

Recent Results (from the past 24 hour(s))
CBC with Differential, Blood
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Hemoglobin | 12.2 |
| Hematocrit | 36.4 |
| Erythrocytes | 4.43 |
| MCV | 82.2 |
| RBC Distrib Width | 13.2 |
| Platelet Count | 472 (H) |
| Leukocytes | 10.3 (H) |

**Lincoln/Marcus 1645**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| Neutrophils | 3.93 |
| Lymphocytes | 4.76 (H) |
| Monocytes | 0.87 (H) |
| Eosinophils | 0.54 (H) |
| Basophils | 0.17 (H) |

Basic Metabolic Panel
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Potassium, S | 4.2 |
| Sodium, S | 140 |
| Chloride, S | 106 |
| Bicarbonate, S | 22 |
| Anion Gap | 12 |
| Bld Urea Nitrog(BUN), S | 18.7 |
| Creatinine, S | 1.06 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 72 |
| Calcium, Total, S | 10.2 (H) |
| Glucose, S | 98 |

Troponin T, 5th Generation
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Troponin T, 5th gen | <6 |

Prothrombin Time (PT/INR)
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Prothrombin Time, P | 14.2 (H) |
| INR | 1.3 |

Nucleated RBC
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Nucleated RBC | 0.0 |

**PHYSICAL EXAM**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal heart sounds. She exhibits no edema. Exam reveals no gallop and no friction rub. No murmur heard.
Pulmonary/Chest: No respiratory distress. She has no wheezes. She exhibits no tenderness.

**Lincoln/Marcus 1646**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE 422/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.

ASSESSMENT / PLAN

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

1. Atypical atrial flutter post AF ablation

2. Recent unexplained DVT/PE

3. Syncope from rapid heart rates

4. Thermal regulatory issues likely related to estrogen deficiency

Plan:

Repeat AF ablation and atypical flutter ablation with high density mapping

In the meantime increase Rythmol to 425 b.i.d. with observation in-house to make sure she can tolerate this does

We discussed the side effects of Rythmol including dysgeusia, minor tremor and twice light vision disturbance

We discussed about the length of ablation, the efficacy of the procedure and potential complications that includes but not limited to stroke, heart attack, cardiac perforation and rare possibility of atrial esophageal fistula in addition to bleeding complications from access sites.

Patient acknowledged the risks and wishes to undergo the procedure.

Electronically Signed by Srivathsan, Komandoor, M.D. on 5/5/2019 10:52 AM

**Discharge Summary**

**Discharge Summary by Gough, Michele L, APRN, FNP-BC, M.S.N. at 5/6/2019 12:02 PM**

| | | |
|---|---|---|
| Author: Gough, Michele L, APRN, FNP-BC, M.S.N. | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
| Filed: 5/6/2019 1:14 PM | Date of Service: 5/6/2019 12:02 PM | Status: Attested |
| Editor: Gough, Michele L, APRN, FNP-BC, M.S.N. (Nurse Practitioner) | | Cosigner: Unzek, Samuel, M.D. at 5/6/2019 4:23 PM |

PAGE 422/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1647**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

**Attestation signed by Unzek, Samuel, M.D. at 5/6/2019  4:23 PM**
I have seen and examined this patient with the Cardiology 1 service.  Please see note from nurse practitioner for further details.


## CARDIOLOGY HOSPITAL DISCHARGE SUMMARY


**DATE OF ADMISSION:** 5/4/2019

**DATE OF DISCHARGE:** 05/06/19

Discharge Provider: No att. providers found
Discharge Provider Team: ARZ Cardiology 1


**DISMISSAL DIAGNOSES**
Principal Problem:
  Fibrillation Atrial (HCC)/Atypical flutter
Hx of migraine headaches.
Hx of DVT/PE
Hx of previous PVI ablation 12/2018


**HOSPITAL COURSE**
Admission Weight: 66.9 kg
Dismissal Weight: 63.8 kg
BMI: Body mass index is 23.41 kg/m².

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post cryo PVI ablation December 2018, DVTs/PEs (unclear etiology), dyslipidemia and migraines who presented to the ED due to persistent rapid heart beat and syncopal episodes.

In the ER a 12 lead EKG showed atypical atrial flutter with rapid ventricular response.  She was initially started on a cardizem gtt.  Cardiology was consulted and cardizem was discontinued.  Instead she was kept on her propafenone and metoprolol tartrate was added at 25 mg po bid.  Ultrasounds of the upper and lower extremities were negative for venous thrombosis.

An electrophysiology consultation was obtained and it was recommended to increase her propafenone SR to 425 mg bid which was done 5/5/19.  Pt remained in NSR yesterday and on the day of discharge.  She is tolerating the increased dose of propafenone well.  QRS duration has remained stable.  Pt will have outpatient repeat ablation scheduled per Dr. Srivathsan next available.  Pt was deemed stable to be discharged to home.  She is on Eliquis BID for anticoagulation.  Due to her history of venous thrombosis, an outpatient hematology consultation was ordered.

**Lincoln/Marcus 1648**

## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

**DIAGNOSTIC TESTS**

Final Impressions

1. Normal left ventricular chamber size.  Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

**TEST RESULTS PENDING AT DISCHARGE:**

Pending Labs

| Order | Current Status |
| --- | --- |
| Carboxy-Tetrahydrocannabinol (THC) Confirmation, Urine | In process |

|  | Marcus, Leslie S |
| --- | --- |
| **Home Medication Instructions** | HAR:1029315741 |
|  | Printed on:05/06/19 1311 |

| Medication Information |  |  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| apixaban (ELIQUIS) 5 mg tablet<br>Take 5 mg by mouth 2 (two) times a day. |  |  |  |  |  |  |  |  |
| atorvastatin (LIPITOR) 20 mg tablet<br>Take 20 mg by mouth every morning. |  |  |  |  |  |  |  |  |
| CANNABIDIOL, CBD, EXTRACT ORAL<br>Take by mouth daily. |  |  |  |  |  |  |  |  |
| clonazePAM (KlonoPIN) 1 mg tablet<br>TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY |  |  |  |  |  |  |  |  |
| metoprolol tartrate (LOPRESSOR) 25 mg tablet<br>Take 1 tablet (25 mg total) by mouth 2 (two) times a day. |  |  |  |  |  |  |  |  |

---

**Lincoln/Marcus 1649**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| mirtazapine (REMERON SOL-TAB) 15 mg disintegrating tablet<br>Take 15 mg by mouth as needed. | | | | | | | | |
| pantoprazole (PROTONIX) 40 mg EC tablet<br>Take 40 mg by mouth 2 (two) times a day. | | | | | | | | |
| propafenone (RYTHMOL SR) 425 mg 12 hr capsule<br>Take 1 capsule (425 mg total) by mouth every 12 (twelve) hours. | | | | | | | | |
| sucralfate (CARAFATE) 100 mg/mL suspension<br>Take 10ml PO QID | | | | | | | | |

**DISCHARGE DISPOSITION:** Home or Self Care [1]

**CONDITION ON DISCHARGE**: Stable.

**DIET AT DISCHARGE:** Cardiac, low sodium

**FOLLOW-UP APPOINTMENTS**
No future appointments.

**RECOMMENDATIONS FOR FOLLOW-UP APPOINTMENTS**
Outpatient Atrial fibrillation ablation next available.

**PRIMARY PROVIDER**
No care team member to display
No primary care provider on file.
Primary Care Provider Phone Number: None
Primary Care Provider Fax Number: None

**MARGIN CODE**
I personally spent total time of 60 minutes with >50% spent with counseling/coordination of care, independent from other providers on our team.

Michele Gough, APRN, FNP-BC, M.S.N.
18083

Electronically Signed by Gough, Michele L, APRN, FNP-BC, M.S.N. on 5/6/2019  1:14 PM
Electronically Signed by Unzek, Samuel, M.D. on 5/6/2019  4:23 PM

**Lincoln/Marcus 1650**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

### ED Procedure Note

**ED Procedure Note by Torres, Marcella, M.D. at 5/4/2019  5:49 PM**

| | | |
|---|---|---|
| Author: Torres, Marcella, M.D. | Service: ED (Emergency Medicine) | Author Type: Physician |
| Filed: 5/4/2019  5:50 PM | Date of Service: 5/4/2019  5:49 PM | Status: Signed |
| Editor: Torres, Marcella, M.D. (Physician) | | |

Procedure Orders
1. Critical Care [2222486785439] ordered by Torres, Marcella, M.D.

## Procedure
## Critical Care
Performed by: **TORRES, MARCELLA**
Authorized by: **TORRES, MARCELLA**

Critical care provider statement:
  Critical care total time (minutes):  **40**
  Critical care time was exclusive of:  **Separately billable procedures and treating other patients**
  Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions:
**Cardiac arrhythmia**
  Critical care was time spent personally by me on the following activities:  **Development of treatment plan with patient or surrogate, discussions with consultants, evaluation of patient's response to treatment, examination of patient, obtaining history from patient or surrogate, ordering and performing treatments and interventions, ordering and review of laboratory studies and re-evaluation of patient's condition**
  I assumed direction of critical care for this patient from another provider in my specialty: **no**

Torres, Marcella, M.D.
05/04/19 1750

Electronically Signed by Torres, Marcella, M.D. on 5/4/2019  5:50 PM

### ED Provider Notes

**ED Provider Notes by Torres, Marcella, M.D. at 5/4/2019  4:45 PM**

| | | |
|---|---|---|
| Author: Torres, Marcella, M.D. | Service: ED (Emergency Medicine) | Author Type: Physician |
| Filed: 5/4/2019  6:20 PM | Date of Service: 5/4/2019  4:45 PM | Status: Signed |
| Editor: Torres, Marcella, M.D. (Physician) | | |

**Lincoln/Marcus 1651**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

## SUBJECTIVE

### CHIEF COMPLAINT/REASON FOR VISIT

Anxiety (HIGH HR X MULTIPLE HRS, ACUTE ON CHRONIC , HX A FIB WITH RVR); Shortness of Breath (ONGOING); Syncope (1400 TODAY, SLOWER TO RESPOND SINCE THEN); and Nausea (CHRONIC)

### HISTORY OF PRESENT ILLNESS

Patient is a 47-year-old female with history of atrial fibrillation status post ablation on December 26th of last year. She normally receives her care on Honor Health. Patient was recently hospitalized with tachycardia and shortness of breath and was diagnosed with pulmonary emboli. She was initiated on Eliquis. She states that she has been having difficulty getting follow up with her cardiologist. She is currently on Rythmol. She states that she takes her medication in the morning. She has had ongoing issues with palpitations and heart rate up into the high 100s. She states that this has been going on intermittently for the past week and today her heart rate has been fast all day. She is feeling short of breath and very anxious. She also states that she is feeling nauseated. She is not have any chest or abdominal pain. She has not had any nausea, vomiting, diarrhea. She states that her cardiologist told her that was okay of her heart rate was over 200 for a few hours. She also states that she was told not to take an extra dose of her Rythmol when she does have palpitations.

### REVIEW OF SYSTEMS

All other systems reviewed and are negative.

## OBJECTIVE

Initial Vitals

| Temperature | Pulse Rate | Heart Rate | Resp Rate | Blood Pressure | SpO2 |
|---|---|---|---|---|---|
| 05/04/19 1624 | 05/04/19 1624 | 05/04/19 1645 | 05/04/19 1624 | 05/04/19 1624 | 05/04/19 1624 |
| **37 °C** | **60** | (!) 187 | **18** | **124/78** | **100 %** |

| Pain Score |
|---|
| 05/04/19 1624 |
| **0 - No pain** |

### PHYSICAL EXAMINATION

---

**Lincoln/Marcus 1652**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

Constitutional: She appears well-developed. She is cooperative. She appears distressed.
**Very anxious appearing female, she is conversant.**
HENT: Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: EOM and lids are normal. Pupils are equal, round, and reactive to light.
Neck: Full passive range of motion without pain and phonation normal.
Cardiovascular: Intact distal pulses and normal peripheral perfusion. Tachycardia (She is irregularly irregular with heart rate in the 160s. I do not appreciate a murmur.) present.
Pulmonary/Chest: Effort normal and breath sounds normal. No tachypnea. No respiratory distress. She exhibits no retraction.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time. She has normal sensation, normal strength and intact cranial nerves. Normal speech.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment normal.
Nursing note and vitals reviewed.

**ASSESSMENT/PLAN**

Impression and Plan

Patient is a 47-year-old female history of atrial fibrillation and pulmonary emboli currently on Eliquis and Rythmol. She presents with ongoing problems with palpitations. On arrival she is markedly tachycardic. An IV will be established. She will be initiated on diltiazem. Labs will be drawn. I will speak with her cardiologist..

ECG results:abnormal EKG with the following comments: Narrow based tachycardia 167 beats per minute. It is somewhat irregular.

**ED Course** as of May 04 1820
Sat May 04, 2019
1722    Laboratory evaluation is not worrisome. She remains tachycardic after a bolus of Cardizem. She will therefore be started on a Cardizem drip. I will speak with Cardiology service.
1820    Patient has been seen by Cardiology service they will admit her for further management.

**Final Diagnoses:** as of May 04 1820

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 425

**Lincoln/Marcus 1653**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

Fibrillation Atrial (HCC)

 disposition and hospital
Condition is fair
Final diagnosis is 1. Atrial fibrillation with rapid ventricular response

Torres, Marcella, M.D.
05/04/19 1820

Electronically Signed by Torres, Marcella, M.D. on 5/4/2019  6:20 PM

**H&P**

**H&P by Mihyawi, Nawfal, M.D. at 5/4/2019  6:22 PM**

| | | |
|---|---|---|
| Author: Mihyawi, Nawfal, M.D. | Service: CVD (Cardiovascular Diseases) | Author Type: Resident Unlicensed DEA |
| Filed: 5/5/2019  9:23 AM | Date of Service: 5/4/2019  6:22 PM | Status: Attested Addendum |
| Editor: Mihyawi, Nawfal, M.D. (Resident Unlicensed DEA) | | |
| Related Notes: Original Note by Mihyawi, Nawfal, M.D. (Resident Unlicensed DEA) filed at 5/4/2019  7:52 PM | | |
| Cosigner: Unzek, Samuel, M.D. at 5/5/2019 11:36 AM | | |

**Attestation signed by Unzek, Samuel, M.D. at 5/5/2019 11:36 AM**

I have seen and discussed this patient with Cardiology 1 service.  Please see note from resident for further details.

Briefly Ms. Marcus is a 47-year-old female with a past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and recent pulmonary embolism/DVT that has been complaining of palpitations x1 week found to be in atypical flutter/atrial tachycardia.  On propafenone 325 twice a day. Metoprolol 25 mg was added to her regimen yesterday.  Her rhythm is back to normal.  Electrophysiology recommended to increase her propafenone does.  Will keep her in-house to see if she tolerates it.  Based on EPs recommendation.  She will need a hematology consult for her pulmonary embolism/DVT workup.

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

Patient has been having consistent rapid heartbeat that began approximately 1 week ago.  States her heart rate has been approx. 140 and up to 200 today.  Associated with lightheadedness, chest tightness, and difficulty breathing, nausea. States she gets short of breath with minimal exertion.  She contacted her cardiologist who informed her this is normal and she needs to go the ED if heart rate is >200 for >2 hrs.  She also experienced several time "passing out" today 5-10 times. Responded to verbal stimuli by her significant other. Almost lasts for couple seconds.  Has been out of town when symptoms started ,she flew back to Phoenix yesterday night.  Also experiencing severe frontal

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 426

**Lincoln/Marcus 1654**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

headache started while she was driving to the ER. She is coming to Mayo instead of Honor Health as she did not like it over there.

Atrial fibrillation started in August 2018. States she had herniated disk for which she received steroids, epidural, never block. Patient believes that with triggers her Afib. She has been following at HonorHealth. She subsequently underwent ablation in December 18. Patient states her palpitations has not been resolved and she frequently experiences rapid heartbeat which usually happens during the night at around daily basis and subsides spontaneously. Has been taking flecainide which was switched to propafenone because "it did not help". She also reports history of PE in April for which resumed eliquis. States she is supposed to be on Eliquis prior to the episode of PE but has not been taking it regularly until the PE episode.

Social hx : takes CBD "helps with tremor"
Family hx :  Noncontributory
Surgical history:  Hysterectomy 12 years ago
Medications: refer to MAR
Allergies:  No known drug allergy

### HISTORY OF PRESENT ILLNESS
**Anxiety**
Symptoms include chest pain and shortness of breath.

**Shortness of Breath**
Associated symptoms include chest pain, leg swelling and syncope. Pertinent negatives include no abdominal pain or fever.
**Syncope**
Associated symptoms include chest pain and light-headedness. Pertinent negatives include no abdominal pain, fever or slurred speech.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

### REVIEW OF SYSTEMS
Constitutional:  Positive for fatigue. Negative for fever and loss of appetite.
Skin:  Negative for change in mole or skin spot.
Eyes:  Positive for visual problems.
ENT:  Negative for difficulty hearing and persistent hoarse voice.
Respiratory:  Positive for dyspnea.
Cardiovascular:  Positive for chest pain, pressure or tightness, swelling in the legs or feet, syncope and rapid or fluttering heart beat.
Gastrointestinal:  Positive for diarrhea. Negative for abdominal (belly) pain or cramping.
Genitourinary:  Negative for difficulty urinating and pain with urination.
Hematologic:  Negative for abnormal lumps or bumps and bruises or bleeds easily.

---

6/18/2021 9:33 AM MST         User:  113763         Release ID: 121402727         Page 427

Lincoln/Marcus 1655



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

Musculoskeletal:  Positive for muscle pain/stiffness.
Neurological:  Positive for loss of consciousness and light-headedness. Negative for seizures and slurred speech.

OBJECTIVE
Recent Results (from the past 24 hour(s))
CBC with Differential, Blood
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Hemoglobin | 12.2 |
| Hematocrit | 36.4 |
| Erythrocytes | 4.43 |
| MCV | 82.2 |
| RBC Distrib Width | 13.2 |
| Platelet Count | 472 (H) |
| Leukocytes | 10.3 (H) |
| Neutrophils | 3.93 |
| Lymphocytes | 4.76 (H) |
| Monocytes | 0.87 (H) |
| Eosinophils | 0.54 (H) |
| Basophils | 0.17 (H) |

Basic Metabolic Panel
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Potassium, S | 4.2 |
| Sodium, S | 140 |
| Chloride, S | 106 |
| Bicarbonate, S | 22 |
| Anion Gap | 12 |
| Bld Urea Nitrog(BUN), S | 18.7 |
| Creatinine, S | 1.06 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 72 |
| Calcium, Total, S | 10.2 (H) |
| Glucose, S | 98 |

Troponin T, 5th Generation
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Troponin T, 5th gen | <6 |

Prothrombin Time (PT/INR)
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Prothrombin Time, P | 14.2 (H) |
| INR | 1.3 |

---

6/18/2021 9:33 AM MST          User:  113763          Release ID: 121402727          Page 428

**Lincoln/Marcus 1656**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

Nucleated RBC
Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Nucleated RBC | 0.0 |

## PHYSICAL EXAM

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal heart sounds. She exhibits no edema. Exam reveals no gallop and no friction rub. No murmur heard.
Pulmonary/Chest: No respiratory distress. She has no wheezes. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.

## ASSESSMENT / PLAN

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

#Palpitations likely atrial tachycardia vs Afib with RVR
#Paroxysmal afib s/p ablation december 2018
#Recent PE

- EKG shows possible atrial tachycardia vs afib with RVR. Tele is not consistent as rhythm becomes regular when HR goes up to 150, in between it shows subtle irregularity which likely explains Afib. HR did not respond to valsalva maneuvers. However, she would benefit from AV blocking agent such as Diltiazem which already started in the ED.
- CHADVASC score 3 ( female and PE) will continue home Eliquis. Patient has been adherent with Eliquis after she had the PE.
- Will obtain TTE
- Repeat EKG
- Continuous Tele
- Obtain records from Honor Health

#Migraine
- Compazine 5 mg iv once

#Sleeping problems
- resume Olanzapine at night

- Diet - regular

**Lincoln/Marcus 1657**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

- DVT - Eliquis

Staffed with the fellow Dr. Ashraf

Nawfal Mihyawi
17383
Cards 2

> Electronically Signed by Mihyawi, Nawfal, M.D. on 5/4/2019  7:52 PM
> Electronically Signed by Mihyawi, Nawfal, M.D. on 5/5/2019  9:23 AM
> Electronically Signed by Unzek, Samuel, M.D. on 5/5/2019 11:36 AM

**Op Note/Surgical Log**

**Procedures**

| | | |
|---|---|---|
| Bailie, Conor H, R.N. | Procedures | Date of Service: 5/4/2019 10:42 PM |
| Registered Nurse | Signed | |

NSG Infusion Therapy

**Procedure Orders**
Vascular Access US IV Assist: No upper extremity site restrictions [2222486798419] ordered by Unzek, Samuel, M.D.

**Post-procedure Diagnoses**
Atrial Fibrillation (HCC) [I48.91]

**Vascular Access US IV Assist: No upper extremity site restrictions**
Date/Time: **5/4/2019 10:42 PM**
Performed by: **BAILIE, CONOR H**
Authorized by: **UNZEK, SAMUEL**

Pre-procedure details:
 Indication: **IV access needed**
 Provider performed due to: **Nurse unable to complete**
 Location: **Upper extremity**
 Upper extremity: **Left anterior forearm**
 Skin preparation: **Chlorhexidine**
Sedation/Anesthesia (see MAR for exact dosages):
 Anesthesia method: **None**
Procedure details:
 Ultrasound guidance: **yes**
 Images saved: **no**
 Size (gauge): **22 G (Diffusix)**
 Number of attempts: **1**
Post-procedure details:

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 430

**Lincoln/Marcus 1658**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## MAYO CLINIC

---

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Op Note/Surgical Log (continued)**

 Assessment: **free fluid flow** and **no signs of infiltration**
 Procedure completed successfully: **yes**
 Complications: **no immedicate complications**
Comments:
 **Performed by D. Ramirez, RN**

Electronically signed by Bailie, Conor H, R.N. at 5/4/2019 10:42 PM

**Progress Notes**

**Progress Notes**

**Progress Notes by Gough, Michele L, APRN, FNP-BC, M.S.N. at 5/6/2019 11:19 AM**

| Author: Gough, Michele L, APRN, FNP-BC, M.S.N. | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 5/6/2019 11:25 AM | Date of Service: 5/6/2019 11:19 AM | Status: Signed |
| Editor: Gough, Michele L, APRN, FNP-BC, M.S.N. (Nurse Practitioner) | | |

Unzek, Samuel, M.D.

### CARDIOLOGY INPATIENT PROGRESS NOTE

**SUBJECTIVE**
Feels well.  No palpitations or chest pain.  Converted to NSR yesterday on higher dose of propafenone.

**INTAKE/OUTPUT**
Past 24 hours:  No intake or output data in the 24 hours ending 05/06/19 1119

Admission Weight: 66.9 kg
Today's weight: 63.8 kg
Body mass index is 23.41 kg/m².

**VITAL SIGNS**
Temperature:  [36.4 °C-36.8 °C] 36.7 °C
Heart Rate:  [73-113] 77
Resp Rate:  [16] 16
Blood Pressure: (90-111)/(56-73) 95/71
SpO2:  [95 %-98 %] 98 %

**CURRENT MEDICATION**

Medications

Scheduled

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|

---

| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 431 |

**Lincoln/Marcus 1659**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM  PAGE 435/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Progress Notes (continued)

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| **apixaban tablet 5 mg (ELIQUIS)** | 5 mg, oral, BID | Given: 05/06 0854 |
| **atorvastatin tablet 20 mg (LIPITOR)** | 20 mg, oral, Daily at bedtime | Given: 05/05 2128 |
| **metoprolol tartrate tablet 25 mg (LOPRESSOR)** | 25 mg, oral, BID | Given: 05/06 0854 |
| **pantoprazole DR tablet 40 mg (PROTONIX)** | 40 mg, oral, BID before breakfast and dinner | Given: 05/06 0712 |
| **propafenone 12 hr capsule 425 mg (RYTHMOL SR)** | 425 mg, oral, Q12H SCH | Given: 05/06 0857 |
| **sodium chloride 0.9 % injection 3 mL** | 3 mL, IV, Q12H SCH | Given: 05/06 0855 |
| **sucralfate suspension 1 g (CARAFATE)** | 1 g, oral, Q6H | Given: 05/06 0916 |

PRN

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| **acetaminophen tablet 1,000 mg (TYLENOL)** | 1,000 mg, oral, Q4H PRN | Ordered |
| **clonazePAM tablet 1 mg (KlonoPIN)** | 1 mg, oral, BID PRN | Given: 05/05 2136 |
| **sodium chloride 0.9 % injection 10 mL** | 10 mL, IV, PRN | Ordered |
| **sodium chloride 0.9 % injection 2-10 mL** | 2-10 mL, IV, PRN | Ordered |
| **sodium chloride 0.9 % injection 3 mL** | 3 mL, IV, PRN | Ordered |

## PHYSICAL EXAMINATION
General: Alert and oriented, in no apparent distress.
Heart: RRR. No murmur.
Lungs: Clear to auscultation bilaterally and throughout. On room air. No cough.
Abdomen: Soft, non-distended, non-tender to palpation throughout. Positive bowel sounds.
Skin: Warm, dry.
Extremities: No peripheral edema, positive peripheral pulses, no clubbing or cyanosis.

## DIAGNOSTICS
I personally reviewed all radiology and labs from the past 24 hrs.
Recent Results (from the past 24 hour(s))
Basic Metabolic Panel
    Collection Time: 05/06/19  4:10 AM

| Result | Value |
|---|---|
| Potassium, S | 4.5 |
| Sodium, S | 141 |
| Chloride, S | 105 |
| Bicarbonate, S | 23 |
| Anion Gap | 13 |
| Bld Urea Nitrog(BUN), S | 16.1 |

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 432

**Lincoln/Marcus 1660**

Mayo Clinic Fax 6     6/18/2021 12:26:40 PM    PAGE 436/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

| | |
|---|---|
| Creatinine, S | 1.13 (H) |
| eGFR-Non Black | 58 (L) |
| eGFR-Black | 67 |
| Calcium, Total, S | 9.4 |
| Glucose, S | 93 |

ECHO:1. Normal left ventricular chamber size.  Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

## ASSESSMENT / PLAN

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

1. Atypical atrial flutter
-EP consulted
-increase SR propafanone to 425 mg po BID
-continue metoprolol 25 mg po bid
-EKG today with stable QRS duration.
-outpt ablation with Dr. Srivathsan ( orders placed)/

2.  Atrial tachycardia

3. Recent unexplained DVT/PE at Honor Health
4/13/19 bilateral upper extremity venous US
-nonocclusive thrombus R AC vein & caudal aspect R basilic vein
-nonocclusive thrombus L subclavian vein
4/13/19 US lower extremities
-DVT L peroneal vein
4/12/19 CTA Chest
-small PEs right and left lower lobes
-placed on eliquis thereafter
-US at our facility negative for thrombus
-outpt hematology consult orders placed

4. Syncope from rapid heart rates

| | | | |
|---|---|---|---|
| 6/18/2021 9:33 AM MST | User:  113763 | Release ID: 121402727 | Page 433 |

PAGE 436/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1661**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

5.  H/o afib s/p PVI cryoablation12/26/18 at Honor Health with Dr. Bhutto
 -previously also tried flecainide
-most recently on propafanone

6. Thermal regulatory issues likely related to estrogen deficiency

7. Insomnia
-outpt sleep medicine consult orders placed

Disposition
DC to home today with outpt ablation thereafter

Michele Gough, APRN, FNP-BC, M.S.N.
18083
05/06/19
ARZ Cardiology 1

Electronically Signed by Gough, Michele L, APRN, FNP-BC, M.S.N. on 5/6/2019 11:25 AM

**Progress Notes by Novais, Barbara S, APRN, ANP-BC, M.S.N. at 5/5/2019 11:15 AM**

Author: Novais, Barbara S, APRN, ANP-     Service: CVD (Cardiovascular Diseases)     Author Type: Nurse Practitioner
BC, M.S.N.
Filed: 5/5/2019 11:27 AM          Date of Service: 5/5/2019 11:15 AM          Status: Attested Addendum
Editor: Novais, Barbara S, APRN, ANP-BC, M.S.N. (Nurse Practitioner)
Related Notes: Original Note by Novais, Barbara S, APRN, ANP-BC, M.S.N. (Nurse Practitioner) filed at 5/5/2019 11:26 AM
Cosigner: Unzek, Samuel, M.D. at 5/5/2019 11:40 AM
**Attestation signed by Unzek, Samuel, M.D. at 5/5/2019 11:40 AM**

I have seen and discussed this patient with the Cardiology 1 service.  Please see note from nurse
practitioner for further details.

Unzek, Samuel, M.D.

### CARDIOLOGY INPATIENT PROGRESS NOTE

**SUBJECTIVE**
Still with palpitations over night.  Poor sleep.  Nervous about flying.  Would like to switch care to Mayo.

**INTAKE/OUTPUT**
Past 24 hours:

**Lincoln/Marcus 1662**



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

Intake/Output Summary (Last 24 hours) at 05/05/19 1115
Last data filed at 05/05/19 0800

|  | Gross per 24 hour |
|---|---|
| Intake | 1077.08 ml |
| Output | 1400 ml |
| Net | -322.92 ml |

Admission Weight: 66.9 kg
Today's weight: 63.8 kg
Body mass index is 23.41 kg/m².

**VITAL SIGNS**
Temperature: [36.4 °C-37 °C] 36.4 °C
Heart Rate: [84-167] 84
Resp Rate: [13-18] 16
Blood Pressure: (85-134)/(56-106) 108/71
SpO2: [93 %-100 %] 98 %
Height: [165.1 cm] 165.1 cm
Weight: [63.8 kg-66.9 kg] 63.8 kg
BSA (Calculated - sq m): [1.75 sq meters] 1.75 sq meters
BMI (Calculated): [23.4 kg/m²-24.5 kg/m²] 23.4 kg/m²
Pulse Rate: [60-168] 155

**CURRENT MEDICATION**

Medications
Scheduled

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| apixaban tablet 5 mg (ELIQUIS) | 5 mg, oral, BID | Given: 05/05 0805 |
| atorvastatin tablet 20 mg (LIPITOR) | 20 mg, oral, Daily at bedtime | Given: 05/04 2135 |
| metoprolol tartrate tablet 25 mg (LOPRESSOR) | 25 mg, oral, BID | Given: 05/05 0805 |
| pantoprazole DR tablet 40 mg (PROTONIX) | 40 mg, oral, BID before breakfast and dinner | Given: 05/05 0849 |
| propafenone 12 hr capsule 425 mg (RYTHMOL SR) | 425 mg, oral, Q12H SCH | Ordered |
| sodium chloride 0.9 % injection 3 mL | 3 mL, IV, Q12H SCH | Given: 05/05 0806 |
| sucralfate suspension 1 g (CARAFATE) | 1 g, oral, Q6H | Given: 05/05 0813 |

PRN

---

**Lincoln/Marcus 1663**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen tablet 1,000 mg (TYLENOL) | 1,000 mg, oral, Q4H PRN | Ordered |
| clonazePAM tablet 1 mg (KlonoPIN) | 1 mg, oral, BID PRN | Given: 05/04 2135 |
| sodium chloride 0.9 % injection 10 mL | 10 mL, IV, PRN | Ordered |
| sodium chloride 0.9 % injection 2-10 mL | 2-10 mL, IV, PRN | Ordered |
| sodium chloride 0.9 % injection 3 mL | 3 mL, IV, PRN | Ordered |

**PHYSICAL EXAMINATION**
General: Alert and oriented, in no apparent distress.
Heart: tachycardic. No murmur.
Lungs: Clear to auscultation bilaterally and throughout. On room air. No cough.
Abdomen: Soft, non-distended, non-tender to palpation throughout. Positive bowel sounds.
Skin: Warm, dry.
Extremities: No peripheral edema, positive peripheral pulses, no clubbing or cyanosis.

**DIAGNOSTICS**
I personally reviewed all radiology and labs from the past 24 hrs.
Recent Results (from the past 24 hour(s))
CBC with Differential, Blood
    Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Hemoglobin | 12.2 |
| Hematocrit | 36.4 |
| Erythrocytes | 4.43 |
| MCV | 82.2 |
| RBC Distrib Width | 13.2 |
| Platelet Count | 472 (H) |
| Leukocytes | 10.3 (H) |
| Neutrophils | 3.93 |
| Lymphocytes | 4.76 (H) |
| Monocytes | 0.87 (H) |
| Eosinophils | 0.54 (H) |
| Basophils | 0.17 (H) |

Basic Metabolic Panel
    Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Potassium, S | 4.2 |
| Sodium, S | 140 |
| Chloride, S | 106 |
| Bicarbonate, S | 22 |
| Anion Gap | 12 |

---

6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 436

**Lincoln/Marcus 1664**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

| | |
|---|---|
| Bld Urea Nitrog(BUN), S | 18.7 |
| Creatinine, S | 1.06 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 72 |
| Calcium, Total, S | 10.2 (H) |
| Glucose, S | 98 |

**Troponin T, 5th Generation**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Troponin T, 5th gen | <6 |

**Prothrombin Time (PT/INR)**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Prothrombin Time, P | 14.2 (H) |
| INR | 1.3 |

**Nucleated RBC**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Nucleated RBC | 0.0 |

**Drug Screen Urine**
Collection Time: 05/04/19  8:22 PM

| Result | Value |
|---|---|
| Amphetamines | Negative |
| Barbiturates | Negative |
| Benzodiazepines | Negative |
| Tetrahydrocannabinol, Screen, U | Positive (A) |
| Cocaine U | Negative |
| Ethanol, Screen U | Negative |
| Methadone Metabolite | Negative |
| Opiates, Screen, U | Negative |
| Oxycodone | Negative |

**Basic Metabolic Panel**
Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Potassium, S | 4.1 |
| Sodium, S | 141 |
| Chloride, S | 108 (H) |
| Bicarbonate, S | 24 |
| Anion Gap | 9 |
| Bld Urea Nitrog(BUN), S | 13.5 |
| Creatinine, S | 1.05 (H) |
| eGFR-Non Black | 63 |

**Lincoln/Marcus 1665**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Progress Notes (continued)**

| | |
|---|---|
| eGFR-Black | 73 |
| Calcium, Total, S | 9.2 |
| Glucose, S | 96 |

**CBC with Differential, Blood**
Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Hemoglobin | 11.4 (L) |
| Hematocrit | 34.9 (L) |
| Erythrocytes | 4.14 |
| MCV | 84.3 |
| RBC Distrib Width | 13.5 |
| Platelet Count | 388 (H) |
| Leukocytes | 7.0 |
| Neutrophils | 2.40 |
| Lymphocytes | 3.15 (H) |
| Monocytes | 0.73 |
| Eosinophils | 0.55 (H) |
| Basophils | 0.12 (H) |

**Magnesium**
Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Magnesium, S | 2.0 |

**Nucleated RBC**
Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Nucleated RBC | 0.0 |

## ASSESSMENT / PLAN

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

1. Atypical atrial flutter
-EP consulted
-increase SR propafanone to 425 mg po BID
-continue metoprolol 25 mg po bid
-monitor over night in hospital with EKG in am
-anticipate outpt ablation with Dr. Srivathsan
-echo pending

2.  Atrial tachycardia

3. Recent unexplained DVT/PE at Honor Health
4/13/19 bilateral upper extremity venous US
-nonocclusive thrombus R AC vein & caudal aspect R basilic vein
-nonocclusive thrombus L subclavian vein

**Lincoln/Marcus 1666**



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

4/13/19 US lower extremities
-DVT L peroneal vein
4/12/19 CTA Chest
-small PEs right and left lower lobes
-placed on eliquis thereafter
-US at our facility negative for thrombus
-outpt hematology consult orders placed

4. Syncope from rapid heart rates

5.  H/o afib s/p PVI cryoablation12/26/18 at Honor Health with Dr. Bhutto
 -previously also tried flecainide
-most recently on propafanone

6. Thermal regulatory issues likely related to estrogen deficiency

7.  Insomnia
-outpt sleep medicine consult orders placed

Disposition
Anticipate dc tomorrow with outpt ablation thereafter

Barbara Novais, APRN, ANP-BC, M.S.N.
1-7242
05/05/19
ARZ Cardiology 1

Electronically Signed by Novais, Barbara S, APRN, ANP-BC, M.S.N. on 5/5/2019 11:26 AM
Electronically Signed by Novais, Barbara S, APRN, ANP-BC, M.S.N. on 5/5/2019 11:27 AM
Electronically Signed by Unzek, Samuel, M.D. on 5/5/2019 11:40 AM

**Imaging**

**Echocardiography**

**Echo Transthoracic (TTE) [2222486798403] (Final result)**

| Echo Transthoracic (TTE) [2222486798403] | Resulted: 05/05/19 1257, Result status: Final result |
|---|---|
| Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1945 | Order status: Completed |
| Resulted by: Arsanjani, Reza, M.D. | Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 05/05/19 1258 |
| Performed: 05/05/19 1006 - 05/05/19 1215 | Accession number: 11160078 |
| Resulting lab: MC CV EIMS | |
| Narrative: | |

**Lincoln/Marcus 1667**



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Imaging (continued)

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Normal left ventricular chamber size.  Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

Findings
Echocardiographic images interpreted at MCA - Hospital campus.  Color flow and spectral Doppler performed in part to assess valvular heart disease.  No previous studies available for comparison.  LEFT VENTRICLE: Normal left ventricular chamber size.  Normal left ventricular systolic function.  Calculated 2-D monoplane volumetric left ventricular ejection fraction 62 %.  No regional wall motion abnormalities.  Normal left ventricular wall thickness.  Normal left ventricular diastolic function.  RIGHT VENTRICLE: Normal right ventricular size.  Normal right ventricular systolic function.  Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).  ATRIA: Normal left atrial size.  Left atrial volume index 26 ml/m^2.  Normal right atrial size.  CARDIAC VALVES: Trileaflet aortic valve.  Normal aortic valve.  No aortic valve regurgitation.  Normal mitral valve.  Trivial mitral valve regurgitation.  Normal pulmonary valve.  Normal pulmonary valve systolic velocity.  Trivial pulmonary valve regurgitation.  Normal tricuspid valve.  Mild tricuspid valve regurgitation. OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%). Normal ascending aorta dimension.  Normal abdominal aorta Doppler flow pattern.  No atrial level shunt by color flow imaging.  No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location.  No pericardial effusion.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 62 | — | — | EIMS |
| Mid-Ascending Aorta | 33 | — | — | EIMS |
| LV Mass Index | 51 | — | — | EIMS |
| LV End-Diastolic Diameter | 45 | — | — | EIMS |
| LV End-Systolic Diameter | 25 | — | — | EIMS |
| E Velocity | 0.5 | — | — | EIMS |
| A Velocity | 0.4 | — | — | EIMS |
| E/A | 1.25 | — | — | EIMS |
| eVelocity Medial | 0.10 | — | — | EIMS |
| eVelocity Lateral | 0.13 | — | — | EIMS |
| E/eMedial | 5.0 | — | — | EIMS |
| E/eLateral | 3.8 | — | — | EIMS |

**Lincoln/Marcus 1668**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Imaging (continued)

| | | | | |
|---|---|---|---|---|
| Left ventricular stroke volume | 36 | — | — | EIMS |
| Cardiac Output | 4.63 | — | — | EIMS |
| Cardiac Index | 2.72 | — | — | EIMS |
| LV Interventricular Septal Wall Thickness | 7 | — | — | EIMS |
| LV Posterior Wall Thickness | 6 | — | — | EIMS |
| Relative Wall Thickness | 27 | — | — | EIMS |
| 4-Chamber Base | 33 | — | — | EIMS |
| Tricuspid Annular S' | 0.13 | — | — | EIMS |
| TR Vmax | 2.21 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |
| RV Systolic Pressure | 25 | — | — | EIMS |
| AV mean gradient | 2 | — | — | EIMS |
| Aortic valve area | 2.67 | — | — | EIMS |
| Dimensionless Index | 0.85 | — | — | EIMS |
| LA Volume Index | 26 | — | — | EIMS |

| Procedures Performed | Chargeables |
|---|---|
| (TTE) 2D ECHO DOPPLER COLOR [ECH430] | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

### Signed

Electronically signed by Arsanjani, Reza, M.D. on 5/5/19 at 1257 MST

### Imaging

#### US Upper Extremity Veins Left [2222486798426] (Discontinued)

**US Upper Extremity Veins Left [2222486798426]**                           Result status: In process

Ordering provider: Lai, Kin Chung, M.D.  05/04/19 2321          Order status: Canceled
Discontinued by: Terry, Nicole L, R.V.T., R.D.M.S. 05/05/19     Filed by: Terry, Nicole L, R.V.T., R.D.M.S.  05/04/19 2326
0017 [(Order Changed) Non-Significant, all others]
Performed: 05/04/19 2325 - 05/05/19 0016                        Resulting lab: 3300 US LOS ARZ

#### US Upper Extremity Veins Bilateral [2222486798431] (Final result)

**US Upper Extremity Veins Bilateral [2222486798431]**              Resulted: 05/05/19 0720, Result status: Final result

Ordering provider: Lai, Kin Chung, M.D.  05/04/19 2321          Order status: Completed
Resulted by:                                                   Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
Jamison, Dale K, M.D., Ph.D.                                   05/05/19 0724
Radiologist, Arz
Chen, Frederick, M.D.
Performed: 05/04/19 2325 - 05/05/19 0016                        Accession number: 11159348
Resulting lab: POWERSCRIBE360
Narrative:

**Lincoln/Marcus 1669**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Imaging (continued)

EXAM: US UPPER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

COMPARISON:  None available.

FINDINGS:  The deep venous system of both upper extremities were evaluated with color and spectral Doppler, including the internal jugular, subclavian, and axillary veins. There is no evidence of deep venous thrombosis.

The basilic and cephalic veins to the level of the elbow show no significant abnormalities.

Impression:
IMPRESSION:  Bilateral upper extremities are negative for deep venous thrombosis.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

### Signed

Electronically signed by Chen, Frederick, M.D. on 5/5/19 at 0720 MST

### US Lower Extremity Veins Bilateral [2222486798413] (Final result)

| US Lower Extremity Veins Bilateral [2222486798413] | Resulted: 05/05/19 0720, Result status: Final result |
|---|---|

Ordering provider: Lai, Kin Chung, M.D.  05/04/19 2047          Order status: Completed
Resulted by:          Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
Jamison, Dale K, M.D., Ph.D.          05/05/19 0723
Radiologist, Arz
Chen, Frederick, M.D.
Performed: 05/04/19 2150 - 05/04/19 2208          Accession number: 11159217
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: US LOWER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

CLINICAL INFORMATION:  Clinical concern for deep venous thrombosis.

COMPARISON:  None available.

FINDINGS:  Color Doppler venous ultrasound evaluation of both lower extremities shows patent common femoral, femoral, and popliteal veins. No evidence of deep venous thrombosis.  Calf veins are unremarkable as best as can be imaged.

Impression:
IMPRESSION:  Bilateral lower extremities are negative for deep venous thrombosis.

**Lincoln/Marcus 1670**


**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Chen, Frederick, M.D. on 5/5/19 at 0720 MST

**Procedural Imaging**

**Vascular Access US IV Assist: No upper extremity site restrictions [2222486798419] (Final result)**

Vascular Access US IV Assist: No upper extremity site restrictions
[2222486798419]                                  Resulted: 05/04/19 2242, Result status: Final result

Ordering provider: Unzek, Samuel, M.D. 05/04/19 2230      Order status: Completed
Filed by: Bailie, Conor H, R.N. 05/04/19 2242             Performed: 05/04/19 2230 - 05/04/19 2230
Accession number: 11159296
Narrative:
Bailie, Conor H, R.N.    5/4/2019 10:42 PM
Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 5/4/2019 10:42 PM
Performed by: BAILIE, CONOR H
Authorized by: UNZEK, SAMUEL

Pre-procedure details:
  Indication: IV access needed
  Provider performed due to:  Nurse unable to complete
  Location:  Upper extremity
  Upper extremity:  Left anterior forearm
  Skin preparation:  Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method:  None
Procedure details:
  Ultrasound guidance: yes
  Images saved: no
  Size (gauge):  22 G (Diffusix)
  Number of attempts:  1
Post-procedure details:
  Assessment: free fluid flow and no signs of infiltration
  Procedure completed successfully: yes
  Complications: no immedicate complications
Comments:
   Performed by D. Ramirez, RN
Post-procedure diagnoses:
Atrial Fibrillation (HCC)

---

**Lincoln/Marcus 1671**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Imaging (continued)**

#### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

## Labs

### Lab

#### Basic Metabolic Panel [2222486858197] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E006001473:17 | Blood | Blood, Venous | 05/06/19 0410 |

Basic Metabolic Panel [2222486858197] (Abnormal)          Resulted: 05/06/19 0504, Result status: Final result

Ordering provider: Novais, Barbara S, APRN, ANP-BC, M.S.N.    Order status: Completed
05/05/19 1617
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 05/06/19 0410
05/06/19 0504
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.5 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 105 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 23 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 13 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 16.1 | 6.0 - 21.0 mg/dL | — | ARZ |
| Creatinine, S | 1.13 | 0.59 - 1.04 mg/dL | H ^ | ARZ |
| eGFR-Non Black | 58 | >=60 mL/min/BSA | L ⌄ | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| eGFR-Black | 67 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Calcium, Total, S | 9.4 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 93 | 70 - 140 mg/dL | — | ARZ |

---

**Lincoln/Marcus 1672**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Basic Metabolic Panel [2222486798399] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E005001458:8 | Blood | Blood, Venous | 05/05/19 0424 |

Basic Metabolic Panel [2222486798399] (Abnormal)          Resulted: 05/05/19 0523, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1945        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 05/05/19 0424
05/05/19 0523
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.1 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 108 | 98 - 107 mmol/L | H ♠ | ARZ |
| Bicarbonate, S | 24 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 9 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 13.5 | 6.0 - 21.0 mg/dL | — | ARZ |
| Creatinine, S | 1.05 | 0.59 - 1.04 mg/dL | H ♠ | ARZ |
| eGFR-Non Black | 63 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | 73 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.2 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 96 | 70 - 140 mg/dL | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC | Unknown | 5777 E Mayo Blvd | 08/03/16 0855 - Present |

**Lincoln/Marcus 1673**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Labs (continued)**

ARIZONA LAB                                    Phoenix AZ 85054

### CBC with Differential, Blood [2222486798400] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E005001458:9 | Blood | Blood, Venous | 05/05/19 0424 |

CBC with Differential, Blood [2222486798400] (Abnormal)                  Resulted: 05/05/19 0539, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1945          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 05/05/19 0424
05/05/19 0539
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 11.4 | 11.6 - 15.0 g/dL | L ❤ | ARZ |
| Hematocrit | 34.9 | 35.5 - 44.9 % | L ❤ | ARZ |
| Erythrocytes | 4.14 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 84.3 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 13.5 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 388 | 157 - 371 x10(9)/L | H ✱ | ARZ |
| Leukocytes | 7.0 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 2.40 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 3.15 | 0.95 - 3.07 x10(9)/L | H ▲ | ARZ |
| Monocytes | 0.73 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.55 | 0.03 - 0.48 x10(9)/L | H ▲ | ARZ |
| Basophils | 0.12 | 0.01 - 0.08 x10(9)/L | H ▲ | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Magnesium [2222486798411] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E005001458:11 | Blood | Blood, Venous | 05/05/19 0424 |

---

**Lincoln/Marcus 1674**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

#### Labs (continued)

**Magnesium [2222486798411]**                     Resulted: 05/05/19 0523, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1957      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 05/05/19 0424
05/05/19 0523
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium, S | 2.0 | 1.7 - 2.3 mg/dL | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

---

**Nucleated RBC [2222486798434] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E005001458:16 | Blood | — | 05/05/19 0424 |

**Nucleated RBC [2222486798434]**                   Resulted: 05/05/19 0539, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1945      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 05/05/19 0424
05/05/19 0539
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

---

**Drug Screen Urine [2222486798409] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004012029:10 | Urine | Urine, Clean Catch | 05/04/19 2022 |

Drug Screen Urine [2222486798409] (Abnormal)            Resulted: 05/04/19 2303, Result status: Final result

---

**Lincoln/Marcus 1675**



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1957       Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 05/04/19 2022
05/04/19 2303
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Amphetamines | Negative | Negative | — | ARZ |
| Barbiturates | Negative | Negative | — | ARZ |
| Benzodiazepines | Negative | Negative | — | ARZ |
| Tetrahydrocannabinol, U | Positive | Negative | A ! | ARZ |

Comment:
Confirmation by Mass Spectrometry sent to MAYO CLINIC
LABORATORIES, ROCHESTER, MINNESOTA.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cocaine, U | Negative | Negative | — | ARZ |
| Ethanol, Screen U | Negative | Negative | — | ARZ |
| Methadone Metabolite | Negative | Negative | — | ARZ |
| Opiates, Screen, U | Negative | Negative | — | ARZ |
| Oxycodone | Negative | Negative | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Carboxy-Tetrahydrocannabinol (THC) Confirmation, Urine [2222486798421] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004012029:13 | Urine | — | 05/04/19 1957 |

**Carboxy-Tetrahydrocannabinol (THC) Confirmation, Urine [2222486798421]**         Resulted: 05/07/19 0916, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1957       Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 05/04/19 1957
05/07/19 0917
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Mihyawi, Nawfal, M.D. on 05/21/19 1200

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Carboxy-THC- by GC/MS | 131 | Cutoff: 3.0 ng/mL | — | SDSC |
| Carboxy-THC Interpretation | Positive. | — | — | SDSC |

Comment:

----ADDITIONAL INFORMATION----

**Lincoln/Marcus 1676**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 452/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

This report is intended for use in clinical monitoring and management of patients. It is not intended for use in employment-related testing.
This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

**All Reviewers List**

Mihyawi, Nawfal, M.D. on 5/21/2019 12:00 PM

**CBC with Differential, Blood [2222486785422] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:1 | Blood | Blood, Venous | 05/04/19 1648 |

CBC with Differential, Blood [2222486785422] (Abnormal)       Resulted: 05/04/19 1702, Result status: Final result
Ordering provider: Torres, Marcella, M.D. 05/04/19 1644      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 05/04/19 1648
05/04/19 1702
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 12.2 | 11.6 - 15.0 g/dL | — | ARZ |
| Hematocrit | 36.4 | 35.5 - 44.9 % | — | ARZ |
| Erythrocytes | 4.43 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 82.2 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 13.2 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 472 | 157 - 371 x10(9)/L | H ^ | ARZ |
| Leukocytes | 10.3 | 3.4 - 9.6 x10(9)/L | H ^ | ARZ |
| Neutrophils | 3.93 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 4.76 | 0.95 - 3.07 x10(9)/L | H ^ | ARZ |
| Monocytes | 0.87 | 0.26 - 0.81 x10(9)/L | H ^ | ARZ |
| Eosinophils | 0.54 | 0.03 - 0.48 x10(9)/L | H ^ | ARZ |
| Basophils | 0.17 | 0.01 - 0.08 | H ^ | ARZ |

---

**Lincoln/Marcus 1677**



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Labs (continued)

x10(9)/L

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Basic Metabolic Panel [2222486785423] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:2 | Blood | Blood, Venous | 05/04/19 1648 |

Basic Metabolic Panel [2222486785423] (Abnormal)              Resulted: 05/04/19 1724, Result status: Final result

Ordering provider: Torres, Marcella, M.D.  05/04/19 1644        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301           Collected by: 05/04/19 1648
05/04/19 1725
Resulting lab: MAYO CLINIC ARIZONA LAB

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.2 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 140 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 106 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 22 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 12 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 18.7 | 6.0 - 21.0 mg/dL | — | ARZ |
| Creatinine, S | 1.06 | 0.59 - 1.04 mg/dL | H * | ARZ |
| eGFR-Non Black | 63 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | 72 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 10.2 | 8.6 - 10.0 mg/dL | H * | ARZ |
| Glucose, S | 98 | 70 - 140 mg/dL | — | ARZ |

---

**Lincoln/Marcus 1678**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



## MAYO CLINIC

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Troponin T, 5th Generation [2222486785424] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:3 | Blood | Blood, Venous | 05/04/19 1648 |

**Troponin T, 5th Generation [2222486785424]**          Resulted: 05/04/19 1719, Result status: Final result

Ordering provider: Torres, Marcella, M.D.  05/04/19 1644          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 05/04/19 1648
05/04/19 1719
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin T, 5th gen | <6 | <=10 ng/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Prothrombin Time (PT/INR) [2222486785425] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:4 | Blood | Blood, Venous | 05/04/19 1648 |

**Prothrombin Time (PT/INR) [2222486785425] (Abnormal)**          Resulted: 05/04/19 1710, Result status: Final result

Ordering provider: Torres, Marcella, M.D.  05/04/19 1644          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 05/04/19 1648
05/04/19 1710
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time, P | 14.2 | 9.4 - 12.5 sec | H * | ARZ |
| INR | 1.3 | 0.9 - 1.1 | — | ARZ |
| Comment: | | | | |

----ADDITIONAL INFORMATION----

---

**Lincoln/Marcus 1679**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



## MAYO CLINIC

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Labs (continued)**

Standard intensity warfarin therapeutic range: 2.0 to 3.0
High intensity warfarin therapeutic range: 2.5 to 3.5

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Nucleated RBC [2222486785427] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:7 | Blood | — | 05/04/19 1648 |

**Nucleated RBC [2222486785427]**                                    Resulted: 05/04/19 1702, Result status: Final result

Ordering provider: Torres, Marcella, M.D.  05/04/19 1644        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301           Collected by: 05/04/19 1648
05/04/19 1702
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Procedures**

**ECG**

**ECG 12 Lead [2222486858200] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 05/06/19 0656 |

**ECG 12 Lead [2222486858200]**                                    Resulted: 05/06/19 1159, Result status: Final result

Ordering provider: Novais, Barbara S, APRN, ANP-BC, M.S.N.    Order status: Completed
05/06/19 0030
Resulted by: Simper, David, M.D.                              Filed by: Interface, Mc In Oru From Muse 609303  05/06/19

---

**Lincoln/Marcus 1680**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Procedures (continued)

1159
Resulting lab: MUSE

Collected by: 05/06/19 0656
Lab Technician: TARI COLLIER
Impression:
Sinus rhythm with Premature supraventricular complexes
Otherwise normal ECG
When compared with ECG of 05-MAY-2019 06:14,
Nonspecific T wave abnormality no longer evident in Inferior leads

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 80 | BPM | — | MUSE |
| PR Interval | 156 | ms | — | MUSE |
| QRSD Interval | 92 | ms | — | MUSE |
| QT Interval | 382 | ms | — | MUSE |
| QTC Interval | 440 | ms | — | MUSE |
| P Axis | 78 | degrees | — | MUSE |
| R Axis | 68 | degrees | — | MUSE |
| T Wave Axis | 59 | degrees | — | MUSE |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

### ECG 12 Lead [2222486798436] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 05/05/19 0614 |

#### ECG 12 Lead [2222486798436]

Resulted: 05/05/19 0938, Result status: Final result

Ordering provider: Lai, Kin Chung, M.D. 05/05/19 0550
Resulted by: Srivathsan, Komandoor, M.D.

Order status: Completed
Filed by: Interface, Mc In Oru From Muse 609303 05/05/19 0938

Collected by: 05/05/19 0614
Lab Technician: MEGAN BAILEY
Impression:
Sinus rhythm with Premature atrial complexes (multiple)
Otherwise normal ECG
When compared with ECG of 04-MAY-2019 20:09,
Premature atrial complexes are now present
Vent. rate has decreased BY  58 BPM
Nonspecific T wave abnormality no longer evident in Anterolateral leads

Resulting lab: MUSE

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 82 | BPM | — | MUSE |

**Lincoln/Marcus 1681**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Procedures (continued)**

| | | | | |
|---|---|---|---|---|
| PR Interval | 112 | ms | — | MUSE |
| QRSD Interval | 84 | ms | — | MUSE |
| QT Interval | 374 | ms | — | MUSE |
| QTC Interval | 436 | ms | — | MUSE |
| P Axis | 60 | degrees | — | MUSE |
| R Axis | 54 | degrees | — | MUSE |
| T Wave Axis | 18 | degrees | — | MUSE |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **305 - MUSE** | MUSE | Unknown | NA | 08/03/16 0855 - Present |

**ECG 12 Lead [2222486798405] (Edited Result - FINAL)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 05/04/19 2009 |

Resulted: 05/05/19 1008, Result status: Edited
Result - FINAL

**ECG 12 Lead [2222486798405]**

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1956
Resulted by: Srivathsan, Komandoor, M.D.

Order status: Completed
Filed by: Interface, Mc In Oru From Muse 609303  05/05/19 1008
Resulting lab: MUSE

Collected by: 05/04/19 2009
Lab Technician: ELENA GARDNER
Impression:
Supraventricular tachycardia
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 04-MAY-2019 16:34,
ST no longer depressed in Inferior leads
Non-specific change in ST segment in Anterolateral leads
T wave inversion no longer evident in Inferior leads

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 140 | BPM | — | MUSE |
| QRSD Interval | 84 | ms | — | MUSE |
| QT Interval | 330 | ms | — | MUSE |
| QTC Interval | 503 | ms | — | MUSE |
| R Axis | 19 | degrees | — | MUSE |
| T Wave Axis | 48 | degrees | — | MUSE |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **305 - MUSE** | MUSE | Unknown | NA | 08/03/16 0855 - Present |

**Lincoln/Marcus 1682**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Procedures (continued)**

**ECG 12 Lead [2222486785412] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| — | — | — | 05/04/19 1634 |

**ECG 12 Lead [2222486785412]**  Resulted: 05/05/19 0947, Result status: Final result

Ordering provider: Torres, Marcella, M.D.  05/04/19 1629
Resulted by: Srivathsan, Komandoor, M.D.

Collected by: 05/04/19 1634
Lab Technician: PHILLIP MCALISTER
Impression:
Sinus tachycardia
ST and T wave abnormality, consider inferior ischemia
Abnormal ECG
No previous ECGs available

Order status: Completed
Filed by: Interface, Mc In Oru From Muse 609303  05/05/19 0947
Resulting lab: MUSE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Ventricular Rate ECG/Min | 167 | BPM | — | MUSE |
| PR Interval | 112 | ms | — | MUSE |
| QRSD Interval | 78 | ms | — | MUSE |
| QT Interval | 288 | ms | — | MUSE |
| QTC Interval | 480 | ms | — | MUSE |
| P Axis | 91 | degrees | — | MUSE |
| R Axis | 52 | degrees | — | MUSE |
| T Wave Axis | -136 | degrees | — | MUSE |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| **305 - MUSE** | MUSE | Unknown | NA | 08/03/16 0855 - Present |

**Procedures**

**Critical Care [2222486785439] (Final result)**

**Critical Care [2222486785439]**  Resulted: 05/04/19 1749, Result status: Final result

Ordering provider: Torres, Marcella, M.D.  05/04/19 1749
Filed by: Torres, Marcella, M.D.  05/04/19 1750
Narrative:
Torres, Marcella, M.D.    5/4/2019  5:50 PM
Critical Care
Performed by: TORRES, MARCELLA
Authorized by: TORRES, MARCELLA

Order status: Completed

---

**Lincoln/Marcus 1683**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Procedures (continued)**

Critical care provider statement:
  Critical care total time (minutes): 40
  Critical care time was exclusive of: Separately billable procedures and treating other patients
  Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions: Cardiac arrhythmia
  Critical care was time spent personally by me on the following activities: Development of treatment plan with patient or surrogate, discussions with consultants, evaluation of patient's response to treatment, examination of patient, obtaining history from patient or surrogate, ordering and performing treatments and interventions, ordering and review of laboratory studies and re-evaluation of patient's condition
   I assumed direction of critical care for this patient from another provider in my specialty: no

**Vitals** from 5/3/2019 to 6/18/2021

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight | Who |
|---|---|---|---|---|---|---|---|
| 05/06/19 0845 | 36.7 °C | — | 16 | 95/71 | 98 % | — | HG |
| 05/06/19 0415 | 36.6 °C | — | 16 | 93/61 | 97 % | — | SB |
| 05/06/19 0100 | 36.4 °C | — | 16 | 93/56 | 95 % | — | SB |
| 05/05/19 2115 | 36.5 °C | — | 16 | 90/56 | 98 % | — | SB |
| 05/05/19 1500 | 36.8 °C | — | — | 111/73 | 97 % | — | DR |
| 05/05/19 1100 | 36.8 °C | 77 | 16 | 102/69 | 98 % | — | DR |
| 05/05/19 0800 | 36.4 °C | (!) 155 | 16 | 108/71 | 98 % | — | DR |
| 05/05/19 0558 | — | — | — | (!) 85/57 | — | — | SE |
| 05/05/19 0345 | 36.4 °C | — | 14 | 90/56 | 100 % | — | SE |
| 05/04/19 2338 | 36.5 °C | — | 16 | 97/84 | 97 % | — | SE |
| 05/04/19 2000 | — | — | — | — | — | 63.8 kg | SE |
| 05/04/19 1945 | 36.6 °C | — | 16 | 103/80 | 95 % | — | SE |
| 05/04/19 1930 | — | 69 | 14 | (!) 134/106 | 99 % | — | PS |
| 05/04/19 1915 | — | (!) 146 | 15 | — | 93 % | — | PS |
| 05/04/19 1900 | — | (!) 150 | 14 | 97/61 | 95 % | — | PS |
| 05/04/19 1830 | — | 75 | 17 | 119/86 | 97 % | — | PS |
| 05/04/19 1800 | — | (!) 142 | 16 | 116/80 | 96 % | — | PS |
| 05/04/19 1756 | — | (!) 151 | 18 | — | 98 % | — | PS |
| 05/04/19 1730 | — | (!) 129 | 17 | 105/85 | 98 % | — | PS |
| 05/04/19 1700 | — | (!) 137 | 16 | 117/79 | 97 % | — | PS |
| 05/04/19 1659 | — | (!) 154 | 13 | — | 98 % | — | PS |
| 05/04/19 1657 | — | — | — | — | — | 66.9 kg | GG |
| 05/04/19 1645 | — | (!) 168 | 13 | (!) 131/91 | 97 % | — | PS |
| 05/04/19 1624 | 37 °C | 60 | 18 | 124/78 | 100 % | — | TP |

**Documents (group 1 of 2)**

---

**Diagnostic Report - Cardiology**

**Scan on 5/6/2019 10:11 PM**

Scan (below)

---

**Lincoln/Marcus 1684**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

Documents (group 1 of 2) (continued)



*ECG Tracings and Strips*



Marcus, Leslie S
DOB:          (47 yrs) Female
MRN: 12-300-675  CSN: 200C:80934489
Enctr Dt: 5/4/2019

Number (above) and Name

Poor Quality Image







Diagnostic Report - Cardiolog

MCS6968rev071911

**Lincoln/Marcus 1685**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM  PAGE 461/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**

### Scan on 5/5/2019 1:23 PM

Scan (below)

MAYO CLINIC  *ECG Tracings and Strips*

Marcus, Leslie S
DOB:         (47 yrs) Female
MRN: **12-300-675** CSN: 2000280934489
Enctr Dt: 5/4/2019

Number (above) and Name

ED04 MARCUS, LESLIE 12300675 25.0 mm/s HR 151 Irregular HR PVC 0 QTc -?- dQTc -?- QT -?- SpO2 97 Pulse (SpO2) 124 Perf 2.2 NBP 131/91

afib - RVR (P)

Use
Removable
Magic
Tape ONLY

Diagnostic Report - Cardiology



6/18/2021 9:33 AM MST          User: 113763          Release ID: 121402727          Page 458

**Lincoln/Marcus 1686**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM    PAGE 462/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**

PAGE 462/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1687**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 2 of 2)**

### Diagnostic Report - ECG

#### Scan on 5/6/2019  6:58 AM
Scan (below)



#### Scan on 5/5/2019  6:18 AM
Scan (below)

**Lincoln/Marcus 1688**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM   PAGE 464/471   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                 Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**



**Scan on 5/4/2019  8:13 PM**

Scan (below)

PAGE 464/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1689**



Marcus, Leslie S
MRN: 12-300-675, DOB:                 Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 2 of 2) (continued)



MARCUS, LESLIE                          ID:12300675          04-MAY-2019 20:09:58              MAYO CLINIC-AZ4W   ROUTINE RECORD

|                  | (47 yr) |                |         |     |
|------------------|---------|----------------|---------|-----|
| Female           |         | Vent. rate     | 140     | BPM |
|                  |         | PR interval    | *       | ms  |
| Room:404         |         | QRS duration   | 84      | ms  |
| Loc:4005         |         | QT/QTc         | 330/503 | ms  |
|                  |         | P-R-T axes     | * 19    | 48  |

Supraventricular tachycardia
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 04-MAY-2019 16:34,
ST no longer depressed in Inferior leads
Non-specific change in ST segment in Anterolateral leads
T wave inversion no longer evident in Inferior leads

Technician ID: 11613
Test ind:Atrial Fibrillation

Comments:                    Comments2:          Referred by: NAWFAL MIHYAWI          Confirmed By: KOMANDOOR SRIVATHSAN MD
                                                 Comments:                              Comments2:

25mm/s    10mm/mV    150Hz    8.0 SP2    12SL 241    CID: 35          EID:12022 EDT: 12:08 05-MAY-2019 ORDER: 486798405 ACCOUNT: 2000280934489

Page 1 of 1

### Scan on 5/4/2019  4:34 PM

Scan (below)

PAGE 465/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1690**

Mayo Clinic Fax 6    6/18/2021 12:26:40 PM    PAGE 466/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Documents (group 2 of 2) (continued)



| MARCUS, LESLIE | | ID:12300675 | 04-MAY-2019 16:34:40 | MAYO CLINIC-AZED ROUTINE RECORD |
| --- | --- | --- | --- | --- |
| (47 yr) | Vent. rate | 167 BPM | Sinus tachycardia | |
| Female | PR interval | 112 ms | ST and T wave abnormality, consider inferior ischemia | |
| | QRS duration | 78 ms | Abnormal ECG | |
| Room:ED WR | QT/QTc | 288/480 ms | No previous ECGs available | |
| Loc:4088 | P-R-T axes | 91 52 224 | | |

Technician ID: 11287
Test ind:Other -

Referred by: STEPHEN TRAUB    Confirmed By: KOMANDOOR SRIVATHSAN MD

25mm/s   10mm/mV   150Hz   8.0 SP2   12SL 241   CID: 23
EID:12022 EDT: 11:47 05-MAY-2019 ORDER: 486785412 ACCOUNT: 2000280934489
Page 1 of 1

### Diagnostic Report - Echo

#### Scan on 5/5/2019 12:57 PM

Scan (below)

PAGE 466/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1691**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

Documents (group 2 of 2) (continued)

---

| 12-300-675 | Echocardiography Laboratory | Performed 5 May 2019 |
|---|---|---|
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 5 May 2019 |
| Born:        Sex: F 47 | Final Report | Page 1  of 4 |

Responsible Consultant: Arsanjani, Reza 1  8685

### Demographics

**Height:** 165.1 cm    **Weight:** 63.8 kg    **BSA:** 1.7 m²              **BMI:** 23.41
**Procedure Start Time:** 05/05/2019 10:06 AM    **Location:** MCA Hospital
**Patient Class:** IP
**Referring Provider:** Srivathsan, Komandoor, M.D.         **Indication for Study:** afib with RVR

### Procedure

Type: MCA Adult TTE
Components: 2–D, Color Flow Doppler, Doppler, M–Mode, TDI (Tissue Doppler Imaging)

### Referral Diagnosis

Atrial fibrillation.

### Hemodynamics

**Heart Rate:** 75 BPM
**Blood Pressure:** 108 / 72 mmHg
**ECG:**
  Sinus rhythm with paroxysmal atrial fibrillation

### Media Details

Server #Prosolv

### Final Impressions

1. Normal left ventricular chamber size.  Calculated 2–D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

### Findings

Echocardiographic images interpreted at MCA – Hospital campus.  Color flow and spectral Doppler performed in part to assess valvular heart disease.  No previous studies available for comparison.  LEFT VENTRICLE:  Normal left ventricular chamber size. Normal left ventricular systolic function.  Calculated 2–D monoplane volumetric left ventricular ejection fraction 62 %.  No regional wall motion abnormalities.  Normal left ventricular wall thickness.  Normal left ventricular diastolic function.  RIGHT VENTRICLE:  Normal right ventricular size.  Normal right ventricular systolic function.  Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).  ATRIA:  Normal left atrial size.  Left atrial volume index 26 ml/m².  Normal right atrial size.  CARDIAC VALVES:  Trileaflet aortic valve.  Normal aortic valve.  No aortic valve regurgitation.  Normal mitral valve.  Trivial mitral valve regurgitation.  Normal pulmonary valve.  Normal pulmonary valve systolic velocity.  Trivial pulmonary valve regurgitation.  Normal tricuspid valve.  Mild tricuspid valve regurgitation.  OTHER ECHO FINDINGS:  Normal inferior vena cava size with normal inspiratory collapse (>50%).  Normal ascending aorta dimension.  Normal abdominal aorta Doppler flow pattern.  No atrial level shunt by color flow imaging.  No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location.  No pericardial effusion.

### Measurements

|  | Value | | |
|---|---|---|---|
|  | Value | Normals | |
| **Right Ventricle** | | | |
| 2D: | | | |
| Basal RV Diameter (d) 4 chamber (mm) | 33 | 24   42 | |
| **Ventricular Septum** | | | |
| 2D: | | | |
| Thickness (d)(mm) | 7 * | 8 – 11 | |
| **Posterior Wall** | | | |
| 2D: | | | |
| Thickness (d)(mm) | 6 * | 8 – 12 | |
| **Left Ventricle** | | | |
| 2D: | | | |
| Dimension (d) (mm) | 45 | 38 – 52 | |
| Dimension (s) (mm) | 25 | 23 – 35 | |

CONTINUED ON NEXT PAGE                          MC1183  4

---

**Lincoln/Marcus 1692**

Mayo Clinic Fax 6      6/18/2021 12:26:40 PM  PAGE 468/471    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

Documents (group 2 of 2) (continued)

| 12-300-675<br>Marcus, Ms. Leslie S<br>Born:          Sex: F 47 | Echocardiography Laboratory<br>MAYO CLINIC ARIZONA<br>Final Report | Performed 5 May 2019<br>Printed 5 May 2019<br>Page 2  of 4 |
|---|---|---|

**Measurements** — Value (Continued)

| | Value | Normals |
|---|---|---|
| LV Mass (g) | 87 | |
| LV Mass index (g/m²) | 51 | |
| Relative Wall Thickness (2D)(%) | 27 | |
| 4 chamber volume (d) by Method of Discs(ml) | 76 | |
| 4 chamber volume (s) by Method of Discs(ml) | 29 | |
| 4 chamber EF by Method of Discs (%) | 62 | |
| **Left Atrium** | | |
| Volume by Method of Disks | | |
| 4 Chamber Maximum Volume(ml) | 45 | |
| 2 Chamber Maximum Volume(ml) | 45 | |
| Biplane Maximum Volume(ml) | 45 | |
| Biplane Volume (maximum) Index (ml/m²) | 26 | 16 – 34 |
| **Right Atrium** | | |
| 2D: | | |
| Volume by MOD (s)(ml) | 34 | |
| Volume Index by MOD (s)(ml/m²) | 20 | |
| **Thoracic Aorta** | | |
| ASCENDING 2D: | | |
| Mid ascending aorta diameter(mm) | 33 | |
| **Left Ventricular Outflow Tract** | | |
| PWD: | | |
| Mean gradient (mmHg) | [avg] 2 | |
| **Aortic Valve Systolic** | | |
| HEMODYNAMICS: | | |
| LVOT velocity (m/sec) | [avg] 0.9 | |
| LVOT TVI (cm) | [avg] 19.4 | |
| AV velocity (m/sec) | [avg] 1.0 | 0.5 – 1.8 |
| AV TVI (cm) | [avg] 22.8 | |
| LVOT/AV velocity ratio | 0.90 | |
| LVOT/AV TVI ratio | 0.85 | |
| AV mean gradient (mmHg) | [avg] 2 | |
| AV mean gradient (corrected) (mmHg) | 0 | |
| VALVE AREA: | | |
| LVOT diameter(cm) | 2.0 | |
| LV stroke volume (ml) | 61 | |
| LV stroke volume index(ml/m²) | 36 | 32 – 58 |
| Valve area (velocity)(cm²) | 2.83 | |
| Valve area (TVI)(cm²) | 2.67 | |
| CARDIAC OUTPUT: | | |
| HR at stroke volume acquisition (BPM) | 76 | |
| Cardiac Output(l/min) | 4.63 | |
| Cardiac Index(l/min/m²) | 2.72 | 2.5  4.2 |
| **Mitral Valve Diastolic** | | |
| HEMODYNAMICS (PWD): | | |
| E velocity (m/sec) | [avg] 0.5 | 0.4 – 1.0 |
| A velocity(m/sec) | [avg] 0.4 | 0.3 – 0.6 |

CONTINUED ON NEXT PAGE                MCH83 4

---

PAGE 468/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1693**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**

| 12-300-675 | Echocardiography Laboratory | Performed 5 May 2019 |
|---|---|---|
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 5 May 2019 |
| Born:          Sex: F 47 | Final Report | Page 3 of 4 |

### Measurements

Value (Continued)

| | Value | Normals |
|---|---|---|
| E-A ratio | 1.25 | 0.8 - 2.4 |
| Deceleration time(msec) | [avg] 227 * | 131   223 |
| Medial annulus e' velocity(m/sec) | [avg] 0.10 | |
| Lateral annulus e' velocity(m/sec) | [avg] 0.13 | |
| E/e' (medial) | 5.0 | |
| E/e' (lateral) | 3.8 | |

**Pulmonary Valve Systolic**
VALVE AREA:

| | | |
|---|---|---|
| RVOT peak velocity(m/sec) | [avg] 0.4 | |
| RVOT TVI(cm) | [avg] 9.7 | |

**Tricuspid Valve Diastolic**
HEMODYNAMICS (PWD):

| | | |
|---|---|---|
| E velocity (m/sec) | [avg] 0.4 | 0.4 - 1.0 |
| Lateral annulus e' velocity(m/sec) | 0.08 | |
| Lateral annulus systolic velocity (m/sec) | 0.13 * | 0.14 - 0.15 |
| E/e' (lateral) | 5.0 | |

**Tricuspid Valve Systolic**
HEMODYNAMICS:

| | |
|---|---|
| Regurgitant velocity(m/sec) | [avg] 2.21 |
| Regurgitant MIG(mmHg) | 20 |

RIGHT HEART PRESSURE:

| | |
|---|---|
| RA pressure (estimated)(mmHg) | 5 |
| RV systolic pressure(mmHg) | 25 |

**Extracardiac Vessels**
PULMONARY VEINS
(General):

| | | |
|---|---|---|
| Late systolic velocity(m/sec) | [avg] 0.3 | |
| Diastolic velocity(m/sec) | [avg] 0.3 | 0.3   0.7 |

### Serial Studies

| General | 05/05/19 |
|---|---|
| BSA(m²) | 1.70 |
| BMI(kg/m²) | 23.41 |
| Heart Rate(BPM) | 75 |
| BP Systolic(mmHg) | 108 |
| BP Diastolic(mmHg) | 72 |
| IVSd (2D)(mm) | 7 |
| LVPWd (2D)(mm) | 6 |
| LVIDd (2D)(mm) | 45 |
| SV Index(ml/m²) | 36 |
| Cardiac Index(l/min/m²) | 2.72 |
| LV Mass Index (2D)(g/m²) | 51 |
| LA Vol Index (Simpson's)(ml/m²) | 26 |
| E/A Ratio | 1.25 |
| MV DT(msec) | avg 227 |
| E/e' Ratio | 5.0 |
| RV Pressure(mmHg) | 25 |

### Roles

CONTINUED ON NEXT PAGE                    MCH85 4

---

**Lincoln/Marcus 1694**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

### 05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**

| 12-300-675 | | Echocardiography Laboratory | Performed 5 May 2019 |
|---|---|---|---|
| Marcus, Ms. Leslie S | | MAYO CLINIC ARIZONA | Printed 5 May 2019 |
| Born: | Sex: F 47 | Final Report | Page 4  of 4 |

**Roles (Continued)**

| Role | Name | Electronically Authenticated By | Date/Time |
|---|---|---|---|
| Adult Cardiac Sonographer | Schlick, Bobbi RDCS | | |
| Consultant | Arsanjani, Reza MD | Arsanjani, Reza MD | 05/05/2019 02:57 PM |
| Epic  Begin Exam | Schlick, Bobbi RDCS | | |

END OF REPORT                                    MC1383  4

---

PAGE 470/471 * RCVD AT 6/18/2021 1:26:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Mayo Clinic Fax 6 * ANI:15075386000 * DURATION (mm-ss):29

**Lincoln/Marcus 1695**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 - ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Documents (group 2 of 2) (continued)**

**Lincoln/Marcus 1696**

| DIAGNOSIS | DATE | DISEASE SYMPTOMS | PATIENT SYMPTOMS | |
|---|---|---|---|---|
| **PAROXYSMAL ATRIAL FIBRILATION** | 10.25.2018 | | | |
| **ARTERIAL FIBRILATION** | 05.04.2019 | Shortness of breath<br>Lightheadedness<br>Rapid pulse rate<br>Heart palpitations — a racing, uncomfortable or irregular heartbeat or a sensation of "flopping" in the chest<br>Chest pain<br>Fainting (syncope) | Chest pain<br>Dizziness<br>Fatigue<br>Weakness<br>Inability to exercise<br>Fast heart rate w palpitations<br>Shortness of breath | Fainting |

## APPOINTMENTS/ HOSPITAL VISITS

| | | | |
|---|---|---|---|
| CATHETER ABLATION FOR CONDUCTION PATHWAY STATUS POST | 12.26.2018 thru 12.27.2018 | first heart ablation chryogenic w Honor did not work | hospital in-patient |
| IRREGLAR HEARTBEAT | 01.17.2019 thru 01.26.2019 | SOMC cardiac cath | hospital  in-patient |
| STRESS TEST | 02.30.2019 | | doctor visit |
| NEW HEART DOCTOR | 03.07.2019 | | doctor visit |
| CHEST PAIN | 03.10.2019 | | hospital visit |
| CHEST PAIN | 04.12.2019 | | hospital visit |
| TACHACARDIA | 04.13.2019 thru 04.16.2019 | | hospital in-patient |
| TACHACARDIA | 05.05.2019 thru 05.07.2019 | | hospital in-patient |
| CATHETER ABLATION FOR CONDUCTION PATHWAY STATUS POST | 06.12.2019 | second heart ablation that worked-MAYO | hospital in-patient |
| FLUTTER ARTERIAL | 06.12.2019 | | hospital visit |
| FOLLOW UP AFTER HOSPITAL VISIT | 06.17.2019 | | doctor visit |
| ELECTROCARDIOGRAM | 07.08.2019 | | clininc visit |
| FOLLOW UP W HEART | 07.08.2019 | | doctor visit |
| ECHO | 07.12.2019 | | clininc visit |
| HALTER MONITOR | 07.23.2019 thru 07.28.2019 | | doctor visit |
| FOLLOW UP ON HALTER MONITOR | 08.07.2019 | | doctor visit |
| CHEST PAIN | 08.15.2019 | | doctor visit |
| AFIB | 01.27.2020 | | doctor visit |

**Lincoln/Marcus 1697**



FRIDAY 1045AM H~~tonia.


## Lincoln
### Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

June 16, 2021

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on October 17, 2019, the change in definition will occur on October 17, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by June 23, 2021:

    X   Activities Questionnaire Form
    X   Authorization – Medical
    X   Claimant Information Form
    X   Claimant Supplementary Statement
    X   Authorization
    __  Other

If you have any questions regarding this matter, please contact me.

1 of 2

**Lincoln/Marcus 1698**

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

Attachments:    Activities Questionnaire Form
                Authorization - Medical
                Claimant Information Form
                Claimant Supplementary Statement
                Authorization

**Lincoln/Marcus 1699**

**ACTIVITIES QUESTIONNAIRE**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

**Return To:** Charles Martin

*page 1 of 3*

**EMPLOYEE/CLAIMANT NAME:** Leslie Marcus

**CLAIM NO:** 9303113                    **DATE OF BIRTH:**

**EMPLOYER/SPONSOR:** Balfour Beatty Investments

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ＞2 HRS    stand 75-10 MINUTES walk 7 1 MINUTE

How many hours a day do you: 11 AM - 9PM

sit 5 +/- HRS    stand ＞1 HOUR    walk ＞1 HOUR    Lay down 3+/- HRS

Do you take a nap during the day?

Yes    X    BUT I ~~REE~~ DONT SLEEP I JUST lay down

If Yes, for how long? 3 hrs +/-    At what time of the day? VARIES ON ACTIVITY - I can only do short BURSTS OF energy/activity.

How many hours a day do you spend in bed? 14 +/-

Do you require any assistive devices such as a:

cane _____ walker _____ crutches _____ wheelchair _____ other FOR SUPPORT OR HOLD ONTO MY KNEES. HOLD ONTO ITEMS when I walk

How long are you able to sit in a car? 2 HRS +/-

Do you hold a valid driver's license?

Yes    X    No _____

If No, please explain: I have my LICENSE BUT I have NOT driven SINCE 2019.

If Yes, how long are you able to drive a car? I donot drive

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
TEXT.

Do you have children?

Yes X    No _____    If Yes, what are their dates of birth 16 SepTeMBER 10919

Do you need help caring for your children?

Yes _____    No X - he is 21, an adult, he helps me.

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____    No X    If Yes, please explain _____

How many times a ~~day~~ WEEK do you leave the house during the week? 1-2 days / week

On the weekends? 0-1 days depending oN week Activity / how I feel

How often do you run errands? never. I ride in the car about 1 or 2x A week when my partner picks up Mediactions & go thru drive thru just to leave the house.

**Lincoln/Marcus 1700**



**ACTIVITIES QUESTIONNAIRE**
page 2 of 3

How often do you get outdoors? _I try to sit in my backyard every day_

Are you left or right hand dominant?         Left _____   Right __X__

Are you able to work in your garden?         Yes _____   No __X__

Are you able to work on your house?          Yes _____   No __X__

Are you able to wash your car?               Yes _____   No __X__

How much time is spent daily on your home computer?
_____ None   __X__ 0-1 hours   _____ 1-2 hours   _____ 2-3 hours   _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None   _____ 0-1 hours   _____ 1-2 hours   __X__ 2-3 hours   _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
__X__ Pay bills   _____ Read news/articles   _____ Use search engines   __X__ Send emails

_____ Visit chat rooms   _____ Photos   Other: _____

What computer software applications do you utilize. Please check all that apply:  _NOW? None._

_____ Word processing (Word)   _____ Spreadsheets (Excel)   _____ Database (Access)   _____ Graphics

_____ Photo software (Photoshop)   _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes __X__ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | me / BF / SON | I order oN LINE / BF & SON P/u and uNpAck |
| Carrying groceries into the house | BF / SON | I cannot carry grocERLES IN |
| Cooking meals | ME / BF | YES- HOME CHEF- PRepped meals oN LINE |
| Cleaning after meals | me / BF / SON | YES- I can oNly du in short bursts |
| Cleaning bathrooms | ME / BF | YES- can only do partial clean in 1 day |
| Vacuuming | BF | I cannot do at all. |
| Doing the laundry | ME / BF / SON | I fold. MY BF carries to MACHINES & BACK TO CLoset |
| Opening and responding to mail | ME / BF | Yes to understand bills |
| Managing your finances | ME / BF | yes to set up Autopays |
| Balancing your checkbook | NO oNE. | ITS JUST NOT doNE. |
| Bathing yourself | me | yes. I have to sit oN THE FLOOR To shower takes very long time, typically NEED 2 HOURS To REcover. |
| Styling your own hair | NO oNE. | I do not style my hair |
| Getting dressed | me | hold onto something / sit on floor |
| Going up and down stairs | ME | yes. I can do 2-3 steps o A TIME & STOP & REST |

Have you been confined to a hospital within the last 12 months?  Yes _____   No __X__

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Marcus 1701**



**ACTIVITIES QUESTIONNAIRE**
*page 3 of 3*

How often do you travel or take vacation? ONCE OR TWICE a year

Where do you go? How do you get there (transportation method)? short local trips via car or airplane to see family (once in the past 3 years)

Are you able to pursue your hobbies?    Yes ___    No X

If Yes, please describe hands too shaky to paint, Im too tired to do yoga and Im too stressed to meditate

Do you participate in an exercise program?    Yes ___    No X

If Yes, please describe I HAVE PEM (POST external malaise)

Do you do any Volunteer work?    Yes ___    No X     i wish i could.

If Yes:

how many hours per day? _____

how many hours per week? _____

for whom? _____

Are you working for wages?    Yes ___    No X

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

lost ability to do anything for more than a couple of minutes @ a time, i have severe short term memory loss, lack of new info retention, pain thru out my body, i pass out 3-4x/week, i experience chronic headaches, ringing in my ears and nausea to the point i vomit 5/6x week all day everyday, lack of energy, shortened ability to speak or follow conversation, i cannot bend or carry anything nor do i drive. i ve lost ability to multi task, have chronic sinusitis, lost all ability to handle mental or physical stress on any level. my entire body is attacking me, i feel like i am carrying a elephant on my shoulder w/ the trunk wrapped around my neck

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

no routine. i wake up whenever my body feels its ready to wake up. i typically (per dr. recommendation) for a couple of hours in silence to recover from sleeping. if i shower, i spend the rest of the day sitting on the couch. if i dont shower, i try to do housework in bursts (10 min each 3 rest) and conserve energy for making dinner. i purchase from home chef as i cannot be creative or do anything complex that takes more than an hour. i try to sit outside everyday. after dinner- sit on couch and go to bed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Clay CORNWELL    _____

**\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.**

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Leslie Marcus    Date: 17 June 2021

**Lincoln/Marcus 1702**

 **Lincoln** Financial Group®

## CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

**Return To:** Charles Martin

**EMPLOYEE/CLAIMANT NAME:** Leslie Marcus

**CLAIM NO:** 9303113

**EMPLOYER/SPONSOR:** Balfour Beatty Investments          **DATE OF BIRTH:**

### TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from **01/01/2021** to present. *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: TONIA GRAHAM (WELLNESS FOR LIFE)
Specialty: EHLERS-danlos / CHRONIC fatigue SYNDROME
Address: 20449 N. LAKE PLEASANT ROAD #101
PEORIA, AZ 85382
Telephone No.: (623) 322.0099 Fax No.: (   )

Name: AZ NEUROLOGY ASSOCIATES - DR. Syal
Specialty: NEUROLOGY / EPILEPSY / VAGUS NERVE
Address: 14420 W. MEEKER BLVD.
SUN CITY WEST, AZ 85375
Telephone No.: (623) 377 7410 Fax No.: (   )

Name: ERIC REBICH
Specialty: cervical SPINE SURGEON (ORTHO)
Address: 10450 W MCDowell RD #102
AVONDALE AZ 85392.
Telephone No.: (623) 846 7614 Fax No.: (   )

Name:
Specialty:
Address:

Telephone No.: (   ) Fax No.: (   )

### MEDICAL INSURANCE CARRIER(S):

Name: BLUE CROSS BLUE SHIELD
Specialty:
Address: PO BOX 2924
PHOENIX AZ 85062
Telephone No.: (800) 810. 2583 Fax No.: (   )

Name:
Specialty:
Address:

Telephone No.: (   ) Fax No.: (   )

### PHARMACY(S):

Name: WALGREENS
Specialty:
Address: 3361 N LITCHFIELD ROAD
GOODYEAR AZ 85395
Telephone No.: (623) 935 1314 Fax No.: (   )

Name:
Specialty:
Address:

Telephone No.: (   ) Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Marcus 1703**

SIGNATURE: _____ DATE: 17 JUNE 2021 _____

IMAGING:

BANNER HEALTH Imaging:
- ULTRASOUND OF KIDNEYS
- SINUS CT
- XRAY CERVICAL SPINE
- cervical SPINE MRI

STAND UP MRI OF ARIZONA:

- BRAIN MRI

**Lincoln/Marcus 1704**

# CLAIMANT SUPPLEMENTARY STATEMENT



**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

Return to:  Charles Martin

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Leslie Marcus | **CLAIM #:** 9303113 |
| **EMPLOYER:** Balfour Beatty Investments | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle Int.) MARCUS, LESLIE S | Social Security # | Email Address |
|---|---|---|
| Street Address | City | |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status SINGLE. |
|---|---|---|
| Spouse's Full Name and Date of Birth | Number of Children ① | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  CLAY CORNWELL    Relationship to you?  BOYFRIEND    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.  NO.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.  NO.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?  NO.

Do you hold a professional license? If yes, for what purpose?  YES. AZ RE BROKERS LICENSE - HELD INACTIVE IN the State.

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.  NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.  NO.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.  NO.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or  State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit  (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:**  LESLIE MARCUS

DATE:  17 JUNE 2021    **EMPLOYEE'S SIGNATURE:**

**Lincoln/Marcus 1705**