

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   LESLIE MARCUS

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative   _~~~~~~_   Date: 17 June 2021

Date of Birth: __   _____   Claim Number: __9303113__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2020

EXHIBIT
__C, part 4__

**Lincoln/Marcus 1706**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _LESLIE MARCUS_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _~signature~_  Date: _16 JUNE 2021_

Date of Birth: _ | _____ Claim Number: _9303113_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

Lincoln/Marcus 1707

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

### Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 01/22/2021 08:30AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |
| | Insurance # : CDC851936353 | | |
| | Policy/Group # : 26078 | | |
| | Prescription: OPTUM_IRX - Member is eligible. | | |

### Chief Complaint

Weight loss

labs

### Patient's Care Team

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in 01/22/2021 08:32 am | **Pulse:** 82 bpm 01/22/2021 08:35 am | **RR:** 16 01/22/2021 08:35 am |
| **T:** 97.7 F° 01/22/2021 08:35 am | **Wt:** 111.6 lbs 01/22/2021 08:35 am | **BMI:** 18.6 01/22/2021 08:35 am |
| **BP:** 94/60 01/22/2021 08:35 am | **O2Sat:** 95% 01/22/2021 08:35 am | |

### Allergies

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 12/28/20 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clonazePAM 1 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed for 30 days. | 01/12/21 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 01/11/21 | filled |
| **Eliquis 5 mg tablet**<br>1 tab bid | 12/26/20 | filled |
| **folic acid 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 01/12/21 | filled |
| **ipratropium bromide 0.03 % nasal spray** | 10/28/19 | filled |
| **Linzess 72 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 12/28/20 | filled |

**Lincoln/Marcus 1708**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **montelukast 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME OR DINNER | 12/24/20 | filled |
| **ondansetron HCL 8 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed for 30 days. | 01/12/21 | prescribed |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | 01/12/21 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR SHORTNESS OF BREATH AND RELIEF OF ASTHMA SYMPTOMS | 01/10/21 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Discussed Family History
Father            - Heart disease
Sister            - Connective tissue nevus of skin
                  - Bipolar disorder

Social History

Discussed Social History
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)

**Lincoln/Marcus 1709**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020

### Surgical History

Reviewed Surgical History
- Excision of cyst of ovary - Left- age 21
- Hysterectomy - 01/01/2005 - total abd and BSO

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

### GYN History

GYN History not reviewed (last reviewed 10/26/2020)

### Obstetric History

Reviewed Obstetric History

### Past Medical History

Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

### Documents for Discussion

**Discussed the following documents:**
- VENOUS BLOOD DRAW - 01/22/21
  Results:
  - Needle Gage: 23 g
  - Location: right ac
  Result Note: 1 tiger, right ac, pt tolerated well, SQ TG
- MRI, CERVICAL SPINE, W/O CONTRAST - 12/26/20
- URINALYSIS, DIPSTICK - 12/24/20
  Results:
  - LEUKOCYTES: +
  - NITRITE: NEG
  - UROBILINOGEN: NORM
  - PROTEIN: NEG
  - PH: 5
  - BLOOD: NEG
  - SPECIFIC GRAVITY: 1.020
  - KETONE: NEG
  - BILIRUBIN: NEG
  - GLUCOSE: NEG
  - LOT NUMBER: 2019100801
  - EXPIRATION DATE: 10/07/2021
  - PERFORMED BY: GC
- IRON + TIBC + FERRITIN, SERUM - 12/23/20

- TSH + FREE T4, SERUM - 12/23/20

- CBC W/ AUTO DIFF - 12/23/20

- URINALYSIS, DIPSTICK - 12/23/20

- VENOUS BLOOD DRAW - 12/23/20
  Results:
  - Needle Gage: 23 g
  - Location: left ac
  Result Note: 7 tigers, 3 lavs, left ac, pt tolerated well, SQ TG
- US, DUPLEX, ABDOMEN, COMPLETE - 01/13/21
- NEUROSURGERY REFERRAL - evaluation and treatment for cervical neck pain along with POTS syndrome. - 01/12/21

**Lincoln/Marcus 1710**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

### HPI

established pt here with boyfriend c/o feels she might have experienced a TIA on monday- was standing talking with her son. felt her left side in her leg tingling in leg then went to left hip felt pain then pain traveled to head feeling like bolt of lightening. she was having issue with finding words, had weak grip, no drooping in face, symptoms resolved in about 30 minutes, with weakness and headache lasting for 24 hours.

CA125- 11/13/19 52, 52- 53 1/20/20 she is concerned with elevation

vit B 781 8/20

GFR- 90 in June 2019 76, 74, 57 july 2020. she is pending renal ultrasound - scheduled today.

has been having low blood pressures 69/46, after getting out of shower. 83/61, has not been on midodrine in past. did have positive tilt table.

female issue- intercourse has been painful. was bleeding after. pink with wiping. very tender- inside clitoris is hard white bump.

### ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no ear pain or discharge and no sinus pressure. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no sinusitis, sore throat, or ringing in the ears.

**Cardiovascular:** Cardiovascular: no chest pain. Cardiovascular: normal heart rate.

**Respiratory:** Respiratory: no cough or wheezing. Respiratory: no chest tightness or pain with respiration and normal respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea** and **diarrhea**.

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and**neck pain** (**remote hx trauma post car accident.**) and moves all extremities well.

**Integumentary:** Skin: no rashes, swelling, or skin lumps.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Psychiatric:** Psych: no depression, stress, or loss of interest and**anxiety** and **insomnia**.

**Endocrine:** Endocrine: **fatigue**, normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

### Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **too thin**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Lincoln/Marcus 1711**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Oropharynx: moist mucous membranes.

**Neck:** Neck: supple.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan

**1. Increased cancer antigen 125**
   R97.1: Elevated cancer antigen 125 [CA 125]
- CA 125, SERUM

**2. Decreased renal function**
   R94.4: Abnormal results of kidney function studies
- CMP, SERUM OR PLASMA
- VENOUS BLOOD DRAW

VENOUS BLOOD DRAW
- Results:
    - **Location: right ac**
    - **Needle Gage: 23 g**
    - Result Note: 1 tiger, right ac, pt tolerated well, SQ TG

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 01/22/2021.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 01/22/2021 at 9:11am

**Lincoln/Marcus 1712**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

| Patient | | Appt. Date/Time | 03/09/2021 11:00AM |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Service Dept.** | Main Office |
| **DOB** | | | |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |
| | Insurance # : CDC851936353 | | |
| | Policy/Group # : 26078 | | |
| | Prescription: OPTUM_IRX - Member is eligible. | | |

### Chief Complaint

medication refill

f/u

### Patient's Care Team

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Gynecologist:** CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038 NPI: 1255405619
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

03/09/2021 10:07 am

| **Ht:** 5 ft 5 in | **Pulse:** 61 bpm | **RR:** 14 |
|---|---|---|
| **T:** 98.1 F° | **Wt:** 105 lbs | **BMI:** 17.5 |
| **BP:** 89/56 | **O2Sat:** 99% | |

### Allergies

Reviewed Allergies

**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

### Medications

Medications not reviewed (last reviewed 01/22/2021)

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 02/13/21 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clindamycin 2 % vaginal cream**<br>INSERT 1 APPLICATORFUL VAGINALLY EVERY NIGHT AT BEDTIME FOR 7 DAYS | 02/17/21 | filled |
| **clonazePAM 1 mg tablet**<br>Take 1 tablet(s) twice a day by oral route as needed for 30 days. | 01/12/21 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 03/10/21 | filled |
| **Eliquis 5 mg tablet**<br>1 tab bid | 02/20/21 | filled |
| **folic acid 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 03/10/21 | filled |
| **ipratropium bromide 21 mcg (0.03 %) nasal spray** | 10/28/19 | filled |

**Lincoln/Marcus 1713**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **Linzess 72 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 12/28/20 | filled |
| **metroNIDAZOLE 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY | 02/09/21 | filled |
| **midodrine 2.5 mg tablet**<br>START WITH 1 TABLET EVERY 12 HOURS FOR 2 DAYS THEN INCREASE TO 1 TABLET EVERY 8 HOURS | 02/26/21 | filled |
| **montelukast 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME OR DINNER | 02/20/21 | filled |
| **ondansetron HCL 8 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED | 03/10/21 | filled |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | 03/12/21 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR SHORTNESS OF BREATH AND RELIEF OF ASTHMA SYMPTOMS | 01/10/21 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Intervertebral disc degeneration of cervical spine without prolapsed disc - Onset: 03/09/2021
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Discussed Family History
Father          - Heart disease
Sister           - Connective tissue nevus of skin
                  - Bipolar disorder

Social History

Discussed Social History
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N

**Lincoln/Marcus 1714**

## MARCUS, LESLIE (id #1100, dob:

Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020

### Surgical History

Reviewed Surgical History
- Excision of cyst of ovary - Left- age 21
- Hysterectomy - 01/01/2005 - total abd and BSO

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

### GYN History

Reviewed GYN History

### Obstetric History

Reviewed Obstetric History

### Past Medical History

Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

### HPI

established pt here with boyfriend,

she did take 1 midodrine vomited shortly after.

had clitoris biopsy- was told likely not cancer. request for labs to be drawn.


she feels sick if she eats in the morning.

any movement of walking causes her to feel nauseate. she can lay down and is not nauseated. any movement of bending down or looking up or down with head causes her to feel nauseated.

has persistent tinnitus R>L.


unable to tolerate vit d capsules

### ROS

**Constitutional:** Constitutional: **lethargy**, **malaise**, and **exercise intolerance** and no fever.

**Lincoln/Marcus 1715**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and **sinus problems**. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and **ringing in the ears**.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite.

**Genitourinary:** Genitourinary: no hematuria or increased frequency.

**Musculoskeletal:** Musculoskeletal: **neck pain** (**remote hx trauma post car accident.**).

**Integumentary:** Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

**Neurologic:** Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and **dizziness**.

**Psychiatric:** Psych: no depression and **anxiety**.

**Endocrine:** Endocrine: **fatigue**.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

Patient is a 49-year-old female.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and **anxious**. Orientation: to time, place, and person. Memory: recent memory normal and **remote memory abnormal**.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Sensation: **abnormal**; **decrease sensation unable to differeciate between sharp and dull.** Coordination and Cerebellum: **romberg**; **immediate dizziness with feeling of nausea with extending head.**.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as

**Lincoln/Marcus 1716**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

### 1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
- ANA (ANTINUCLEAR ANTIBODIES) TITER + PATTERN, IFA, SERUM
- ANTITHROMBIN ACTIVITY, PLASMA
- LUPUS ANTICOAGULANT, PLASMA
- PROTEIN C + PROTEIN S, FUNCTIONAL PANEL, PLASMA
- FACTOR V ACTIVITY, PLASMA
- PROTHROMBIN (FACTOR II) G20210 MUTATION, BLOOD
- ANTIPHOSPHOLIPID ANTIBODY PANEL, SERUM

### 2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism

### 3. Postural orthostatic tachycardia syndrome -

retry midodrine with food.

I95.1: Orthostatic hypotension

### 4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
- ORTHOPEDIC REFERRAL -    Schedule Within: provider's discretion    Note to Provider: pt will be bring MRI cervical spine on disc.

  Urgency: next available                      Reason for Referral: evaluation and treatment for

  Appointment Time: call pt to schedule appointment Start Date: 03/09/2021

  End Date: 03/09/2022                          Visits Approved: 12

  Prior CT, MRI or X-ray Studies?: Y

### 5. Decreased renal function
R94.4: Abnormal results of kidney function studies
- CMP, SERUM OR PLASMA
- VENOUS BLOOD DRAW

### 6. Dizziness
R42: Dizziness and giddiness

### 7. Romberg's sign positive
R29.818: Other symptoms and signs involving the nervous system
- MRI BRAIN WO -    Note to Imaging Facility: needs to be stand up MRI

  Patient Position: standing                    Additional Clinical Indicators: + rombergs

  Clinical Indication: concern with possible chiari malformation                Does the patient have any stents?: N

  Height (ft.): 5 ft 5 in                       History of Hypertension: N

  Is patient on blood thinners?: Y              Over 60, or history of Kidney Disease?: Y

  Pill Cam in the last 30 days: N               Possibility of Pregnancy?: N

  Rule Out: chiari malformation                 Scheduling: asap

  Weight (lbs): 105

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 03/24/2021.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 03/24/2021 at 7:42am

**Lincoln/Marcus 1717**

# Leslie Marcus



MRN 00000272
Age 50
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

---

Insurance Information

BCBS: policy #CDC851936353, group 26078

Chronic Conditions

**F43.21 (Adjustment disorder with depressed mood)**
**J45.909 (Unspecified asthma, uncomplicated)**
**Q79.6 (Ehlers-Danlos syndrome)**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**D50.9 (Iron deficiency anemia, unspecified)**
**K58.1 (Irritable bowel syndrome with constipation)**
**D89.40 (Mast cell activation, unspecified)**
**I95.1 (Orthostatic hypotension)**
**I48.91 (Unspecified atrial fibrillation)**

Allergies

**corticosteroids** (reaction: tachycardia)

**Lincoln/Marcus 1718**

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg**, schedule: nonscheduled, 60 tablets for 30 days (5 refills) / Take 1 tablet by mouth twice a day
**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**
**Children's Zyrtec Allergy (cetirizine) tablet,disintegrating 10 mg**, schedule: nonscheduled
**clindamycin 2%**
**clonazepam (clonazepam) tablet 1 mg**, schedule: 4, 60 tablets for 30 days / Take 1 tablet by mouth twice a day as needed
**desvenlafaxine succinate (desvenlafaxine succinate) tablet extended release 24 hr 50 mg**, schedule: nonscheduled, 30 tablets for 30 days (5 refills) / Take 1 tablet by mouth once a day
**Eliquis (apixaban) tablet 5 mg**, schedule: nonscheduled
**folic acid (folic acid) tablet 1 mg**, schedule: nonscheduled, 90 tablets for 90 days (1 refill) / Take 1 tablet by mouth once a day
**ipratropium bromide (ipratropium bromide) spray,non-aerosol 21 mcg (0.03 %)**, schedule: nonscheduled
**Linzess (linaclotide) capsule 72 mcg**, schedule: nonscheduled
**metronidazole in NaCl (iso-os) (metronidazole in nacl (iso-os)) piggyback 500 mg/100 mL**, schedule: nonscheduled
**midodrine (midodrine) tablet 2.5 mg**, schedule: nonscheduled
**montelukast (montelukast) tablet 10 mg**, schedule: nonscheduled
**ondansetron (ondansetron) tablet,disintegrating 8 mg**, schedule: nonscheduled
**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation**, schedule: nonscheduled
**trazodone (trazodone) tablet 100 mg**, schedule: nonscheduled, 30 tablets for 30 days (5 refills) / Take 1 tablet by mouth at bedtime
**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation**, schedule: nonscheduled

Past Surgeries

**Excision of ovary cyst**
**Hysterectomy** (2005)

Social History

**Occupation**: unemployed
**Marital Status**: married
**Tobacco use**: No / **Quit in**: since 20 / **Years**: 15 years
**Alcohol**: No
**Caffeine**: No
**Recreational drugs**: Yes (marijuana)
**Special diet**: Yes (regular/only eats dinner)
**Regular exercise**: No

Family History

**Bipolar :** Sibling
**Connective tissue nevus of skin :** Sibling
**Heart Disease:** Father

**Lincoln/Marcus 1719**

**Tonia Graham:**                                                                                                            May 22 2021
Chief Complaint: medication refill and dizzy spells.

Patient's Care Team
Allergist/Immunologist: KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226
NPI: 1154312858
Gynecologist: CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038
NPI: 1255405619
Notes: Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- may

Allergies
CORTICOSTEROIDS (GLUCOCORTICOIDS): Tachycardia
Medications: reviewed
acetaZOLAMIDE 125 mg tablet 1 tab bid
azelastine 137 mcg (0.1 %) nasal spray aerosol
clonazePAM 1 mg tablet
Take 1 tablet(s) twice a day by oral route as needed for 30 days.
desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr- needs early fill (vacation release)
Eliquis 5 mg tablet 1 tab bid
folic acid 1 mg tablet TAKE 1 TABLET BY MOUTH EVERY DAY
ipratropium bromide 21 mcg (0.03 %) nasal spray
Linzess 72 mcg capsule: TAKE 1 CAPSULE BY MOUTH EVERY DAY
midodrine 2.5 mg tablet 1 TABLET EVERY 12 HOURS FOR 2 DAYS 1 tab q 8hrs
montelukast 10 mg tablet 1 tab qd
ondansetron HCL 8 mg tablet 1 tab q 8 hrs prn
Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler
traZODone 100 mg tablet 1 tab q HS
Ventolin HFA 90 mcg/actuation aerosol inhaler 2 puffs q 4-6 hrs prn wheezing
ZyrTEC 10 mg tablet alternates with zyrtec D once every 3-4 days. 1 tab qd
Vaccines: moderna 2nd 5/16, 1st 4/18
Problems: Reviewed
cervical spine without prolapsed disc - Onset: 03/09/2021
Asthma - Onset: 10/26/2020
Mast cell activation syndrome - Onset: 10/26/2020
Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
PE and DVT- 4/12/2019
Iron deficiency anemia - Onset: 10/26/2020
Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
Ehlers-Danlos syndrome - Onset: 10/26/2020
CFS- 2/6/2019
CO2 - breathing dysregulation- 7/10/2019
Adjustment disorder with depressed mood - Onset: 10/26/2020
Central Sensitization-
Fibromyalgia- 2/6/2020
PTSD- childhood upbringing. 1/30/20
Family History reviewed
Father- Heart disease- alive current age 87
Mother- unknown
Sister- ( twin to pt) Connective tissue nevus of skin,
older sister - Bipolar disorder
Social History

**Lincoln/Marcus 1720**

Discussed Social History
Internal Medicine
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker- has not restarted.
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020
Surgical History
Reviewed Surgical History
Excision of cyst of ovary - Left- age 21
Hysterectomy - 01/01/2005 - total abd and BSO
Heart Ablation 2018, 2019
Denervation of lumbar spine 2019
GYN History- total hysterectomy 2005
OB - P1, G1, AB 0 Son 21 years- in college
Past Medical History: Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.
HPI
established pt here with boyfriend,
she has been able to tolerate taking midodrine 2 times per day.
remains chronically nauseated. has tried protonix gained weight 50 pounds
initially she was 114 #, gained 157 #, was vomiting on protonix and nauseated.
has had 2 colonoscopy and endoscopies. she does not feel nauseated in her stomach- feels like she is gagging all the time.
went- Dr. Reibach - thinks this is her vagus nerve issue. he sent referral to neurology Dr. Syal AZ neurology associates
still having nausea with looking down and up with neck causes severe nausea- has feeling of adhesion on right side of neck.
has persistent tinnitus R>L. describes as everything underwater, feels swishing sounds along with feeling pain.
unable to tolerate vit d capsules
ROS
Constitutional: lethargy, malaise, and exercise intolerance and no fever.
Eyes: no irritation, dry eyes, or vision change.

**Lincoln/Marcus 1721**

ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and normal appetite.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, +headaches- chronic, or loss of consciousness and +dizziness. ( migraines have been resolved for years).
Psych: + depression and anxiety.-
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam
Patient is a 49-year-old female.
Psychiatric: Insight: good judgement. Mental Status: active and alert and anxious. Orientation: to time, place, and person.
Memory: recent memory normal and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear.
Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender. pt felt severe nausea with feeling of thyroid.
Lungs: no dyspnea. no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.
Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.
Abdomen: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.
Musculoskeletal: normal motor strength. normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation: abnormal; decrease sensation
Skin: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
continue on Xarelto.

2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism
continue xarelto.
3. Postural orthostatic tachycardia syndrome -
continue midodrine 2.5 mg every 12 hours may need to increase to tid

**Lincoln/Marcus 1722**

I95.1: Orthostatic hypotension

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
since she is not "pain" loss of function will hold on further evaluation.
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
CMP

6. Dizziness
R42: Dizziness and giddiness
follow up with neurology referral Dr. Syal- June 1st.

7.Anxiety and depression
clonazepam 1 mg
reviewed AZPMP- last fill 4/27/21 #60 tabs
8. insomnia
has tried Remeron- does not recall. sleep aids - wire her. lunesta, ambien,
she has issue with benadryl causing her to be fully awake.
9. chronic constipation-
improved with Linzess

Return to Office
pending Disability for longterm- Lincoln /liberty mutual
recheck cmp for GFR
Electronically Signed by Tonia Graham on 05/11/2021 3:14pm

**Lincoln/Marcus 1723**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

### Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 10/26/2020 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |
| | Insurance # : CDC851936353 | | |
| | Policy/Group # : 26078 | | |
| | Prescription: OPTUM_IRX - Member is eligible. | | |

### Chief Complaint

fatigue, Establish care

### Patient's Care Team

**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

10/26/2020 04:06 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in | **Pulse:** | 73 bpm | **RR:** | 16 |
| **T:** | 97.7 F° | **Wt:** | 121.2 lbs | **BMI:** | 20.2 |
| **BP:** | 101/65 | **O2Sat:** | 97% | | |

### Allergies

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS)**: Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet**<br>**Internal Note:** psych | 09/15/20 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clonazePAM 1 mg tablet**<br>**Internal Note:** Dr. Frank Cibulka | 08/18/20 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr**<br>**Internal Note:** psych | 10/15/20 | filled |
| **Eliquis 5 mg tablet**<br>1 tab bid | 10/28/20 | filled |
| **ipratropium bromide 0.03 % nasal spray** | 10/28/19 | filled |
| **Linzess 145 mcg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/02/20 | dispensed |
| **Linzess 290 mcg capsule**<br>Take 1 capsule(s) every day by oral route. | 11/02/20 | dispensed |
| **montelukast 10 mg tablet** | 10/28/20 | filled |

**Lincoln/Marcus 1724**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **ondansetron HCL 8 mg tablet** | 10/11/20 | filled |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet** | 11/01/20 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 10/29/20 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Reviewed Family History
Father             - Heart disease
Sister             - Connective tissue nevus of skin
                   - Bipolar disorder

Social History

Reviewed Social History
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco

**Lincoln/Marcus 1725**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)

### Surgical History

Reviewed Surgical History
- Hysterectomy - 01/01/2005

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

### GYN History

Reviewed GYN History

### Obstetric History

Reviewed Obstetric History

### Past Medical History

Reviewed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

### HPI

new pt to establish care here with significant other Clay, c/o hx chronic fatigue. she was having back injections after she had car accident 12/2017- had 2 rounds of injections with PRP on 3 round of injection summer 2018 she had severe reaction to injection - tachycardia and she was hospitalized with in 5 days of injection. went to honor health ER.

she had acupuncture in sept 28th had severe fatigue reaction. feels she has not recovered from this fatigue. she went back to her Mayo specialist (integrative) had fever low grade with runny nose. was spit tested for covid was negative. feels weak and malnourished. she does not feel she can get back to her baseline.

fluoxetine- depression affected her sex drive made depression worse.

venlafaxine- didn't work to help depression

trazadone- stopped night terrors from occuring.

she weaned herself off pantoprazole- remains severely nauseated daily. take zofran 8 mg tid. hx bleeding ulcers first endo, second endoscopy- "red marks". negative H.pylori

colonoscopy- neg had few polyps non -cancerous.

car accident while sitting on 101 freeway- was seen by Dr. Fineman - with Mayo- felt she had stroke- was having low blood pressure.

she gets dizzy all the time. does not drive because of the dizziness. had hx low iron was placed on IV infusion last Halloween.

smell of food nauseates her.

she stopped PPI and beta blocker since she was feeling overly nauseated. get sick with any carbohydrate.

she does to have routine bowel movement does not have bowel movement without dulcolax.

### ROS

**Constitutional:** Constitutional: no fever or significant weight change and happy/content, good appetite, normal activity level, and **fatigue**.

**Eyes:** Eyes: no eye pain, redness, itchiness, swelling, or discharge; no blurry vision; and normal movement.

**ENMT:** ENMT: no ear pain or discharge and no drooling, congestion, hoarseness, hearing loss, sinus pressure, facial swelling, sore throat, or mouth lesions.

**Lincoln/Marcus 1726**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**Cardiovascular:** Cardiovascular: no chest pain and normal heart rate.

**Chest/Breasts:** Breasts: no lumps, tenderness, or discharge.

**Respiratory:** Respiratory: no cough, wheezing, chest tightness, or pain with respiration and normal respiration.

**Gastrointestinal:** GI: no vomiting, constipation, difficulty swallowing, abdominal pain, blood in stools, or mucous in stool and **nausea** and **diarrhea**.

**Genitourinary:** GU: no discharge, blood in urine, pain with urination, increase in frequency of urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and moves all extremities well.

**Skin:** Skin: no skin dryness, lesions, growths, or lumps and no pain, itchiness, flaking, redness, rash, hives, swelling, bruising, or insect bites.

**Neurological symptoms:** Neuro: no numbness, weakness, tingling, burning, headache, dizziness, shooting pain, or loss of consciousness.

**Psychiatric:** Psych: no depression, stress, or loss of interest and**anxiety** and **insomnia**.

**Endocrine:** Endocrine: normal drinking and no temperature intolerance.

**Allergic/Immunologic:** Allergy/Immunologic: no sneezing or runny nose.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly. Hernia: none palpable.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: no contractures, malalignment, tenderness, or bony abnormalities and normal movement of all extremities. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

**Lincoln/Marcus 1727**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

**MARCUS, LESLIE (id #1100, dob:**

Assessment / Plan

was on HRT

**1. Chronic idiopathic constipation**
   K59.04: Chronic idiopathic constipation
   • Linzess 145 mcg capsule - Take 1 capsule(s) every day by oral route.    Dispense Quantity: 4 capsule(s)    Dispensed
   • Linzess 290 mcg capsule - Take 1 capsule(s) every day by oral route.    Dispense Quantity: 8 capsule(s)    Dispensed

**2. Nausea**
   R11.0: Nausea
   • MEDICAL RECORD REQUEST -    Note to Provider: pt seen by various providers through clinic and hospital. please send records pt establishing with our practice as PCP. thank you

**3. Posttraumatic stress disorder** -

   from childhood- causing night terrors- controlled trazadone.

   F43.10: Post-traumatic stress disorder, unspecified

**Discussion Notes**

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 11/02/2020.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 11/02/2020 at 2:22pm

**Lincoln/Marcus 1728**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

Last amended by Tonia L. Graham, FNP-BC on 12/14/2020 at 6:23pm

### Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 11/02/2020 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |

Med Primary: BCBS-AZ (PPO)
    Insurance # : CDC851936353
    Policy/Group # : 26078
    Prescription: OPTUM_IRX - Member is eligible.

### Chief Complaint

medication refill

### Patient's Care Team

**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in 11/02/2020 03:22 pm | **Pain Scale:** 0 11/02/2020 03:23 pm | **Pulse:** 56 bpm 11/02/2020 03:23 pm |
| **RR:** 12 11/02/2020 03:23 pm | **T:** 97.9 F° 11/02/2020 03:23 pm | **Wt:** 121 lbs 11/02/2020 03:23 pm |
| **BMI:** 20.1 11/02/2020 03:23 pm | **BP:** 110/71 11/02/2020 03:23 pm | **O2Sat:** 97% 11/02/2020 03:23 pm |

### Allergies

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS)**: Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 11/07/20 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clonazePAM 1 mg tablet**<br>**Internal Note:** Dr. Frank Cibulka | 08/18/20 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 11/12/20 | filled |
| **Eliquis 5 mg tablet**<br>1 tab bid | 10/28/20 | filled |
| **ipratropium bromide 0.03 % nasal spray** | 10/28/19 | filled |
| **Linzess 72 mcg capsule**<br>Take 1 capsule(s) every day by oral route for 30 days. | 11/03/20 | filled |
| **montelukast 10 mg tablet** | 10/28/20 | filled |
| **ondansetron HCL 8 mg tablet**<br>TK 1 T PO Q 8 H PRN NV | 11/08/20 | filled |

**Lincoln/Marcus 1729**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet** | 11/01/20 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 11/11/20 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

### Vaccines

None recorded.

### Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

### Family History

Family History not reviewed (last reviewed 10/26/2020)
Father                   - Heart disease
Sister                   - Connective tissue nevus of skin
                         - Bipolar disorder

### Social History

Social History not reviewed (last reviewed 10/26/2020)
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)

**Lincoln/Marcus 1730**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

### Surgical History

Surgical History not reviewed (last reviewed 10/26/2020)
- Hysterectomy - 01/01/2005

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

### GYN History

GYN History not reviewed (last reviewed 10/26/2020)

### Obstetric History

Obstetric History not reviewed (last reviewed 10/26/2020)

### Past Medical History

Past Medical History not reviewed (last reviewed 10/26/2020)
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

### HPI

established pt f/u here with husband c/o feeling fatigued from cleaning house.

she did notice when she was cleaning and needing to look up she would feel dizzy and nausea feeling like she would pass out. she realized has not been looking. has had multiple unexplained episodes of syncope.

additionally has nasal congestion and runny nose with sinus pressure for years. has been treated for sinus infection 2-3 months ago augmentin. was unable to complete antibiotic course since she was vomiting.

does not sleep on right side with her head turned since she feels like she is choking.

hx migraines- for several years. avoid certain activities that trigger her headache.

neck pain is progressively worse over the past several years. has numbness and tingling radiating down both arms , wakes up from numbness reposition herself to resolve symptom. has noticed weakness in grip over the past several months.

### ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no ear pain or discharge and no drooling, congestion, hoarseness, difficulty hearing, sinus pressure, or facial swelling. Mouth/Throat: no sore throat or mouth ulcers.

**Cardiovascular:** Cardiovascular: no chest pain. Cardiovascular: normal heart rate.

**Respiratory:** Respiratory: no cough or wheezing. Respiratory: no chest tightness or pain with respiration and normal respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea** and **diarrhea**.

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and moves all extremities well.

**Integumentary:** Skin: no skin dryness, lesions, growths, or lumps and no rashes, pain, flaking, redness, swelling, breast lump, or insect bites.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Psychiatric:** Psych: no depression, stress, or loss of interest and **anxiety** and **insomnia**.

**Lincoln/Marcus 1731**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**Endocrine:** Endocrine: **fatigue**, normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

**Chest/Breasts:** Breasts: no tenderness or discharge.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TM mobility normal, and **middle ear fluid**. Nose: no lesions on external nose or septal deviation, **nasal discharge** and **discharge--rhinorrhea**, **sinus tenderness**, and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: **tender** and **pain with motion** and supple, FROM, trachea midline, and no masses; **pain with axial load worse to with turning to left > right.**. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: **abnormal**; **+ Rombergs**. Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor; **grip weaker > left**.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

**Female full body (back):**

**Lincoln/Marcus 1732**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

**MARCUS, LESLIE (id #1100, dob:**



Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

**1. Irritable bowel syndrome characterized by constipation**-

Sample given

pt will call if works for 90 day supply.

K58.1: Irritable bowel syndrome with constipation
- Linzess 72 mcg capsule - Take 1 capsule(s) every day by oral route for 30 days.    Qty: 30 capsule(s)    Refills: 1
  Pharmacy: WALGREENS DRUG STORE #07582

**Lincoln/Marcus 1733**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

### 2. Chronic sinusitis
J32.9: Chronic sinusitis, unspecified
- CT SINUS WITHOUT CONTRAST

| | |
|---|---|
| Authorization #: A145781171 | Contrast Route (if applicable): Radiologist Discretion |
| Height (ft.): 5 ft 5 in | Over 55, or history of Kidney Disease?: N |
| Possibility of Pregnancy?: N | Prior Authorization #: A145781171 |
| Rule Out: sinusitis | Weight (lbs): 121 |

### 3. Chronic neck pain
M54.2: Cervicalgia
- XR, CERVICAL SPINE, 2 OR 3 VIEW

### 4. Postural orthostatic tachycardia syndrome
I95.1: Orthostatic hypotension
- MEDICAL RECORD REQUEST -    To be performed on or around 11/19/2020   Note to Provider: please send records for continuity of care, establishing with new pcp. thank you

### Discussion Notes

need labs from mayo clinic.

MRI-

Return to Office
None recorded.

Amendment Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 12/14/2020.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 11/20/2020 at 12:35pm
Amendment closed by Tonia L. Graham, FNP-BC on 12/14/2020 at 6:23pm

**Lincoln/Marcus 1734**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

Last amended by Tonia L. Graham, FNP-BC on 12/18/2020 at 1:07pm

### Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 11/30/2020 11:30AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |

Insurance # : CDC851936353
Policy/Group # : 26078
Prescription: OPTUM_IRX - Member is eligible. details

### Chief Complaint

skin problem/rash

poss blood clot

### Patient's Care Team

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in 11/30/2020 11:36 am | **Pain Scale:** 5 11/30/2020 11:38 am | **Pulse:** 74 bpm 11/30/2020 11:38 am |
| **RR:** 16 11/30/2020 11:38 am | **T:** 97.9 F° 11/30/2020 11:38 am | **Wt:** 116.6 lbs 11/30/2020 11:38 am |
| **BMI:** 19.4 11/30/2020 11:38 am | **BP:** 95/61 11/30/2020 11:38 am | **O2Sat:** 94% 11/30/2020 11:38 am |

### Allergies

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS)**: Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 11/07/20 | filled |
| **amoxicillin 875 mg-potassium clavulanate 125 mg tablet** | 12/09/20 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **azithromycin 500 mg tablet**<br>Take 1 tablet(s) every day by oral route for 7 days. | 11/20/20 | filled |
| **cefdinir 300 mg capsule**<br>TK 1 C PO Q 12 H FOR 10 DAYS | 11/30/20 | filled |
| **clonazePAM 1 mg tablet** | 11/16/20 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 11/12/20 | filled |
| **Eliquis 5 mg tablet**<br>1 tab bid | 11/25/20 | filled |

**Lincoln/Marcus 1735**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **ipratropium bromide 0.03 % nasal spray** | 10/28/19 | filled |
| **Linzess 72 mcg capsule**<br>TK 1 C PO QD | 11/30/20 | filled |
| **montelukast 10 mg tablet**<br>TK 1 T PO D HS OR DINNER | 11/25/20 | filled |
| **ondansetron HCL 8 mg tablet**<br>TK 1 T PO Q 8 H PRN NV | 12/08/20 | filled |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet** | 11/01/20 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 11/24/20 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Family History not reviewed (last reviewed 10/26/2020)
Father              - Heart disease
Sister              - Connective tissue nevus of skin
                    - Bipolar disorder

Social History

Social History not reviewed (last reviewed 10/26/2020)
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N

**Lincoln/Marcus 1736**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)

## Surgical History

Surgical History not reviewed (last reviewed 10/26/2020)
  ● Hysterectomy - 01/01/2005

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

## GYN History

GYN History not reviewed (last reviewed 10/26/2020)

## Obstetric History

Obstetric History not reviewed (last reviewed 10/26/2020)

## Past Medical History

Past Medical History not reviewed (last reviewed 10/26/2020)
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

## Documents for Discussion

**Discussed the following documents:**
● CT, SINUSES, W/O CONTRAST - 11/11/20
● HISTORIC MEDICAL RECORDS - 11/14/20
● Patient Portal - Health History Form - Adult Female - 11/02/20

## HPI

here with friend Tegan f/u sinus infection.

having lightheadedness and tearing from eye. feeling still underwater.

has been taking Linzess take every other day. when she takes daily this causes explosive diarrhea.

she does see allergist-

additionally she continues to feel sensation in throat lump when she turns her neck. she is unable to lay on right side without having numbness in arm and hand. mva 2017 stopped and car was rear-ended pushing her vehicle into the car in front of her. she was restrained, no LOC. went to local ER. had injections in 2018 with steroids for persisting back pain- lumbar region.

review of previous medical records. had EMG upper in 1/2020 for paresthesia. was neg for large fiber peripheral neuropathy.

had hx a-trial fib with ablation 6/2019. along with blood clots- PE with eliquis treatment. had failed tilt-table test

mammogram-12/2019 neg

endoscopy-11/22/19- hiatal hernia 3 cm

ct neck 11/14/2019 shows C4-5 mild right facet and uncovertebral hypertrophy with rigth foraminal narrowing.

**Lincoln/Marcus 1737**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

had + cocci11/13/19 Igm EIA, Ab/IgM/ IgG were negative

hx: iron def anemia- ideology- not identified. had endoscopy- was on protonix for esphogitis, and colonoscopy with hyperplastic polyp removed.

TAHBSO- 2009 approx. slight elevated CA125 52 was on HRT until DVTs and PE HRT was discontinued.

insomnia- tried ambein and lunesta, clonazepam 1.5 mg, remeron 30 mg qHS,

use CBD daily

TTE- 5/5/2019 no wall abnormalities, mild tricuspid valve regurgitation. est R vent sys 25 mmHg completed at Mayo.

upper and lower doppler- 5/4/2019 neg for DVTs

ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no drooling, hoarseness, difficulty hearing, ear discharge, or facial swelling and**congestion**, **ear pain**, and **sinus pressure**. Mouth/Throat: no sore throat or mouth ulcers.

**Cardiovascular:** Cardiovascular: no chest pain. Cardiovascular: normal heart rate.

**Respiratory:** Respiratory: no cough or wheezing. Respiratory: no chest tightness or pain with respiration and normal respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea** and **diarrhea**.

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and**neck pain** (**remote hx trauma post car accident.**) and moves all extremities well.

**Integumentary:** Skin: no skin dryness, lesions, growths, or lumps and no rashes, pain, flaking, redness, swelling, breast lump, or insect bites.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Psychiatric:** Psych: no depression, stress, or loss of interest and**anxiety** and **insomnia**.

**Endocrine:** Endocrine: **fatigue**, normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

**Chest/Breasts:** Breasts: no tenderness or discharge.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**Lincoln/Marcus 1738**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**ENMT:** Ears: no lesions on external ear, EACs clear, TM mobility normal, and**middle ear fluid**. Nose: no lesions on external nose or septal deviation, **nasal discharge** and **discharge--rhinorrhea**, **sinus tenderness**, and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: **tender** and **pain with motion** and supple, FROM, trachea midline, and no masses;**pain with axial load worse to with turning to left > right.**. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment, tenderness, or bony abnormalities and normal movement of all extremities. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact;**+ Rombergs**. Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

## Assessment / Plan

**1. Irritable bowel syndrome characterized by constipation**-

Sample given

pt will call if works for 90 day supply.

K58.1: Irritable bowel syndrome with constipation
- Linzess 72 mcg capsule - Take 1 capsule(s) every day by oral route for 30 days.    Qty: 30 capsule(s)    Refills: 5
  Pharmacy: WALGREENS DRUG STORE #07582

**2. Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified
- ENT REFERRAL -    Schedule Within: provider's discretion    Note to Provider: evaluation and treatment for sinus infection. hx adverse reaction to steroids--

  Urgency: next available asap    Reason for Referral: evaluation and treatment for chronic sinusitis. second round of antibiotics.

  Start Date: 11/30/2020    End Date: 11/30/2021

  Prior CT, MRI or X-ray
  Studies?: Y
- cefdinir 300 mg capsule - Take 1 capsule(s) every 12 hours by oral route for 10 days.    Qty: 20 capsule(s)    Refills: 0
  Pharmacy: WALGREENS DRUG STORE #07582

**Discussion Notes**

referral ENT follow up.

Return to Office
- Tonia L. Graham, FNP-BC for ESTABLISHED PATIENT 30 at Main Office on 12/23/2020 at 09:00 AM

## Amendment Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 12/18/2020.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 12/14/2020 at 6:05pm
Amendment closed by Tonia L. Graham, FNP-BC on 12/18/2020 at 7:40am
Amendment closed by Tonia L. Graham, FNP-BC on 12/18/2020 at 1:07pm

**Lincoln/Marcus 1739**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**Patient**

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 12/23/2020 09:00AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |
| | Insurance # : CDC851936353 | | |
| | Policy/Group # : 26078 | | |
| | Prescription: OPTUM_IRX - Member is eligible. | | |

### Chief Complaint

sinus symptoms

### Patient's Care Team

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Gynecologist:** CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038 NPI: 1255405619
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

None recorded.

### Allergies

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 04/05/21 | filled |
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS OR 20 MINUTES BEFORE EXERCISE AS NEEDED | 04/24/21 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clindamycin 2 % vaginal cream**<br>INSERT 1 APPLICATORFUL VAGINALLY EVERY NIGHT AT BEDTIME FOR 7 DAYS | 02/17/21 | filled |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 04/27/21 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 05/08/21 | filled |
| **Eliquis 5 mg tablet**<br>1 tab bid | 04/21/21 | filled |
| **folic acid 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 05/08/21 | filled |
| **ipratropium bromide 21 mcg (0.03 %) nasal spray** | 10/28/19 | filled |
| **lidocaine 4 % topical cream** | 04/15/21 | filled |

**Lincoln/Marcus 1740**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| APPLY TO AFFECTED AREA TOPICALLY EVERY 6 HOURS AS NEEDED FOR FOR PAIN | | |
| **Linzess 72 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 04/29/21 | filled |
| **metroNIDAZOLE 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY | 02/09/21 | filled |
| **midodrine 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | 04/29/21 | filled |
| **montelukast 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME AND DINNER | 04/29/21 | filled |
| **ondansetron HCL 8 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED | 05/01/21 | filled |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Qvar RediHaler 80 mcg/actuation HFA breath activated aerosol**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY. RINSE MOUTH AFTER USE | 04/26/21 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | 04/09/21 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Intervertebral disc degeneration of cervical spine without prolapsed disc - Onset: 03/09/2021
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

## Family History

Discussed Family History
Father          - Heart disease
Sister          - Connective tissue nevus of skin
                - Bipolar disorder

## Social History

Discussed Social History
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High

**Lincoln/Marcus 1741**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020

### Surgical History

Surgical History not reviewed (last reviewed 10/26/2020)
- Excision of cyst of ovary - Left- age 21
- Hysterectomy - 01/01/2005 - total abd and BSO

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

### GYN History

GYN History not reviewed (last reviewed 10/26/2020)

### Obstetric History

Reviewed Obstetric History

### Past Medical History

Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

### Documents for Discussion

**Discussed the following documents:**
- XR, CERVICAL SPINE, 2 OR 3 VIEW - 11/30/20
- Patient Portal - Health History Form - Adult Female - 12/23/20

### HPI

pt here with SO,

continues to have sinus pressure. has been present for several days. feeling worse.

additionally, having issue with IBS mostly constipation. has to take stool softener and laxative to have BM, often feels abd bloating.

### ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no drooling, hoarseness, difficulty hearing, ear discharge, or facial swelling and **congestion**, **ear pain**, and **sinus pressure**. Mouth/Throat: no sore throat or mouth ulcers.

**Cardiovascular:** Cardiovascular: no chest pain. Cardiovascular: normal heart rate.

**Respiratory:** Respiratory: no cough or wheezing. Respiratory: no chest tightness or pain with respiration and normal

**Lincoln/Marcus 1742**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea** and **diarrhea**.

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and**neck pain** (**remote hx trauma post car accident.**) and moves all extremities well.

**Integumentary:** Skin: no skin dryness, lesions, growths, or lumps and no rashes, pain, flaking, redness, swelling, breast lump, or insect bites.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Psychiatric:** Psych: no depression, stress, or loss of interest and**anxiety** and **insomnia**.

**Endocrine:** Endocrine: **fatigue**, normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

**Chest/Breasts:** Breasts: no tenderness or discharge.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TM mobility normal, and**middle ear fluid**. Nose: no lesions on external nose or septal deviation, **nasal discharge** and **discharge--rhinorrhea**, **sinus tenderness**, and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: **tender** and **pain with motion** and supple, FROM, trachea midline, and no masses;**pain with axial load worse to with turning to left > right.**. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, no CVA tenderness, and**suprapubic tenderness**. Liver: non-tender. Spleen: non-tender. Hernia: none palpable.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves:**abnormal**; **+ Rombergs**. Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor; **grip weaker > left**.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

**Lincoln/Marcus 1743**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**Back:** Thoracolumbar Appearance: normal curvature.

**Female full body (back):**



Assessment / Plan

**1. Chronic sinusitis**
  J32.9: Chronic sinusitis, unspecified
  • moxifloxacin 400 mg tablet - Take 1 tablet(s) every day by oral route for 14 days.    Qty: 14 tablet(s)    Refills: 0
    Pharmacy: WALGREENS DRUG STORE #07582

**2. Unintentional weight loss** -


  R63.4: Abnormal weight loss
  • CMP, SERUM OR PLASMA

**Lincoln/Marcus 1744**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

- CBC W/ AUTO DIFF
- TSH + FREE T4, SERUM
- ESR (ERYTHROCYTE SEDIMENTATION RATE), BLOOD
- URINALYSIS, DIPSTICK

**3. Iron deficiency anemia**
D50.9: Iron deficiency anemia, unspecified
- IRON + TIBC + FERRITIN, SERUM
- VENOUS BLOOD DRAW

**4. Mast cell activation syndrome**
D89.40: Mast cell activation, unspecified

**5. Asthma**
J45.909: Unspecified asthma, uncomplicated
- MAGNESIUM, SERUM OR PLASMA

**6. Irritable bowel syndrome characterized by constipation-**

Sample given Linzess- 72 mg qd

pt will call if works for 90 day supply.

K58.1: Irritable bowel syndrome with constipation
- VITAMIN B12 + FOLATE, SERUM OR BLOOD

**7. Endocrine/metabolic screening**
Z13.228: Encounter for screening for other metabolic disorders
- HBA1C (HEMOGLOBIN A1C), BLOOD
- T3, FREE, SERUM OR PLASMA
- VITAMIN D, 25-HYDROXY, TOTAL, SERUM
- THYROID PEROXIDASE (TPO) AB, SERUM
- LIPID PANEL W/ DIRECT LDL, SERUM

**8. Leukocytes in urine**
R82.79: Other abnormal findings on microbiological examination of urine
- CULTURE, URINE + SENSITIVITY

**9. Adjustment disorder with depressed mood**
F43.21: Adjustment disorder with depressed mood
- clonazepam 1 mg tablet - To be submitted on or around 01/12/2021    Take 1 tablet(s) twice a day by oral route as needed for 30 days.    Qty: 60 tablet(s)    Refills: 1    Pharmacy: WALGREENS DRUG STORE #07582
- trazodone 100 mg tablet - To be submitted on or around 01/12/2021    Take 1 tablet(s) every day by oral route at bedtime for 30 days.    Qty: 30 tablet(s)    Refills: 1    Pharmacy: WALGREENS DRUG STORE #07582

**10. Postural orthostatic tachycardia syndrome**
I95.1: Orthostatic hypotension
- ondansetron HCl 8 mg tablet - To be submitted on or around 01/12/2021    Take 1 tablet(s) every 8 hours by oral route as needed for 30 days.    Qty: 30 tablet(s)    Refills: 2    Pharmacy: WALGREENS DRUG STORE #07582

VENOUS BLOOD DRAW
- Results:
  - **Needle Gage: 23 g**
  - **Location: left ac**
    - Result Note: 7 tigers, 3 lavs, left ac, pt tolerated well, SQ TG

URINALYSIS, DIPSTICK
- Results:
  - **LEUKOCYTES: +cells/u l**
  - **NITRITE: NEG**
  - **UROBILINOGEN: NORMu mol/l**
  - **PROTEIN: NEGg/l**
  - **PH: 5**
  - **BLOOD: NEG**
  - **SPECIFIC GRAVITY: 1.020**
  - **KETONE: NEGmmol/l**
  - **BILIRUBIN: NEG**
  - **GLUCOSE: NEGmmol/l**
  - **LOT NUMBER: 2019100801**
  - **EXPIRATION DATE: 10/07/2021**

**Lincoln/Marcus 1745**

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2654

## MARCUS, LESLIE (id #1100, dob:

**- PERFORMED BY: GC**

**Patient Instructions**

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 05/25/2021.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 05/25/2021 at 5:14pm

**Lincoln/Marcus 1746**

Fax Server            6/17/2021 1:34:08 PM   PAGE    1/063   Fax Server



## Fax Transmission

**Date:** 6/17/21

**To:** LINCOLN FINANCIAL DISABILITY AND LIFE CLAIMS

**Phone Number:** 800-291-0112
**Fax Number:** 603-430-1754

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter. Please make sure you upload the misdirected fax with your report.

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

PAGE 1/63 * RCVD AT 6/17/2021 4:34:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):57-43

**Lincoln/Marcus 1747**

Fax Server                6/17/2021 1:34:08 PM    PAGE    2/063    Fax Server

 HONORHEALTH™

| | | |
|---|---|---|
| HonorHealth Medical Group | Marcus, Leslie S | |
| Arcadia | MRN: 3220726, DOB: | , Sex: F |
| 3311 N 44TH ST | Visit date: 10/25/2018 | |
| PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 10/25/18 1015**

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 10/25/18 1929 | Encounter Date: 10/25/2018 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

**Allergies as of 10/25/2018 - Review Complete 10/25/2018**

| Allergen | Reaction | Noted |
|---|---|---|
| • Corticosteroids | | 10/25/2018 |

No outpatient medications have been marked as taking for the 10/25/18 encounter
(Office Visit) with Frank E Cibulka, MD.

**Subjective:**

**Patient ID:** Leslie S Marcus is a 47 y.o. female.

Chief Complaint
Patient presents with
  • Cough
    *Patient is here today for a cough, fatigue and discuss abnormal labs she had done with gyn.*

Pt has had a Long Painful Disconcerting depression Run of health Problems
the Problems Started When she was a restrained driver on the freeway and hit from behind then hit the car
in font of her
she Did go to the hospital and ha had Back injuries With treatment s including epidurals And One
Stimulated atrial fibrillation and She is On a number of meds and it is not Quite clear if she has atrial fib Or
SVT
she would lie a new cardiologist
  She is having Chronic pain with lack and inability to Be active With weight gain And this is al very
depressing to her
she has pain with activity work and driving Her life has Been turned upside down.
She has developd a cough that Is non productive And dry only at night And she can not sleep

**Cough**
This is a new problem. The current episode started 1 to 4 weeks ago. The problem has been gradually
worsening. Episode frequency: night itme The cough is non-productive. Associated symptoms include
rhinorrhea. Pertinent negatives include no shortness of breath or wheezing. The symptoms are aggravated by
lying down. She has tried rest for the symptoms. The treatment provided no relief.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |

Generated by 5608 at 6/17/21 1:33 PM                                   Page 1

**Lincoln/Marcus 1748**

Fax Server              6/17/2021 1:34:08 PM   PAGE   3/063   Fax Server

**HONOR**HEALTH™

| HonorHealth Medical Group | Marcus, Leslie S |
|---|---|
| Arcadia | MRN: 3220726, DOB:          , Sex: F |
| 3311 N 44TH ST | Visit date: 10/25/2018 |
| PHOENIX AZ 85018-6461 | |

**Progress Notes by Frank E Cibulka, MD at 10/25/18 1015 (continued)**

| | |
|---|---|
| • Weight gain | WEIGHT GAIN |
| • Notalgia | BACKACHE |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |

Review of Systems
Constitutional: Positive for activity change, fatigue and unexpected weight change.
HENT: Positive for rhinorrhea.
Respiratory: Positive for cough. Negative for apnea, chest tightness, shortness of breath and wheezing.
Cardiovascular: Positive for palpitations.
Musculoskeletal: Positive for arthralgias, back pain, gait problem and neck pain.
Neurological: Positive for weakness.
Hematological:
   **Elevated Platelets By her gyn**
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance.

**Objective:**

BP 110/80 | Pulse 67 | Temp 97.1 °F (36.2 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 144 lb (65.3 kg) | SpO2 99% | BMI 23.96 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Mucosal edema and rhinorrhea present.
Mouth/Throat: Posterior oropharyngeal erythema present.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, S1 normal, S2 normal, normal heart sounds and normal pulses No murmur heard.
**A skipped bat Bout every 8 th beat May be due to inspiraton**
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Musculoskeletal:
**sevee back pain with lack of activity**
Skin: Skin is warm.

**Assessment & Plan**

Generated by 5608 at 6/17/21 1:33 PM                                    Page 2

**Lincoln/Marcus 1749**



| | HonorHealth Medical Group | Marcus, Leslie S | |
|---|---|---|---|
| | Arcadia | MRN: 3220726, DOB: | Sex: F |
| | 3311 N 44TH ST | Visit date: 10/25/2018 | |
| | PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 10/25/18 1015 (continued)**

Leslie was seen today for cough.

Diagnoses and all orders for this visit:

**Cough**
- XR Chest 2 Views AP Or PA And Lateral

**Paroxysmal atrial fibrillation**
- Ambulatory referral to Cardiology

**Elevated platelet count**
- CBC with Differential; Future
- Fibrinogen; Future
- Von Willebrand Panel; Future
- Factor 5 Leiden; Future

**Other acute back pain**
Comments:
due to MVA and herniated discs

**Weight gain**

**Functional gait abnormality**

**Adjustment disorder with depressed mood**
Comments:
due the health changes form MVA

**Other orders**
- HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet; Take 1 tablet by mouth at bedtime as needed for Pain. for cough suppression. Recommend 1/2 pill at bedtime.
- ipratropium (ATROVENT) 0.03 % nasal spray; 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip

**Patient Instructions**
Labs
hydrocodone  1/2 at night for cough

Rest,fluids,decrease irritants,humidification
Tylenol or Advil for  Fever
medications as discussed or  Prescribed
Return to clinic or  call  if no improvment or increased concern.
For cough--dextromethorphan
Thick phlegm--guaefensin 2 pills 2 x a day with  A glass of water
Drainage--sudafed 30mg 1-2 x a day
Fans off at night

atrovent 2 puffs in each nostril up to 3 x a day
I would start at night time
For  5 days  I want you to take  Afrin 12 hour at night then use the atrovent

Generated by 5608 at 6/17/21  1:33 PM                                                          Page  3

**Lincoln/Marcus 1750**

**HONOR**HEALTH.

HonorHealth Medical Group    Marcus, Leslie S
Arcadia                      MRN: 3220726, DOB:        , Sex: F
3311 N 44TH ST               Visit date: 10/25/2018
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 10/25/18 1015 (continued)
Stop the Afrin after 5 days!!

New referral for cardiology

CXR  To make sure no pneumonia

No flu shot

Greater than 70% of the visit was spent in discussion . counseling.
Agreed with the plan
50+ min

Return if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD at 10/25/18 1929

Generated by 5608 at 6/17/21  1:33 PM                                     Page  4

**Lincoln/Marcus 1751**

**HONOR**HEALTH™

| | |
|---|---|
| HonorHealth Medical Group | Marcus, Leslie S |
| Arcadia | MRN: 3220726, DOB:        , Sex: F |
| 3311 N 44TH ST | Visit date: 10/25/2018 |
| PHOENIX AZ 85018-6461 | |

---

**Progress Notes by Frank E Cibulka, MD at 05/20/19 1315**

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 05/20/19 1722 | Encounter Date: 5/20/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

**Allergies as of 05/20/2019 - Review Complete 05/20/2019**

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

**Outpatient Medications Marked as Taking for the 5/20/19 encounter (Office Visit) with Frank E Cibulka, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 25 mg by mouth 2 (two) times daily. | | |

**Subjective:**

**Patient ID:** Leslie S Marcus is a 47 y.o. female.

No chief complaint on file.

Pt is here with her  Sig other
 she is continuing to suffer and struggle  Form he initial  abnormalities  And  continue to have  Cardiac abnormalities  With severe  Fatigue  And lethargy
 she is very  Stressed and has an abnormal mood  Associated  with the  Significant  Changes in her  Life including  Not being  Able to work and  Exercise
 she has recently been dx with  PE  With travel  And is on a blood thinner  And is  Pending  Cardiac ablation  At the Mayo clinic
She really is  Inept at this time and  Is very despondent.
Her sleep is  Marginally improved on the Remeron , we will refill for her
She is titrating the clonazepam and is almost fully off .

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |

---

**Lincoln/Marcus 1752**

**HONORHEALTH™**

| | |
|---|---|
| HonorHealth Medical Group | Marcus, Leslie S |
| Arcadia | MRN: 3220726, DOB:          Sex: F |
| 3311 N 44TH ST | Visit date: 5/20/2019 |
| PHOENIX AZ 85018-6461 | |

Progress Notes by Frank E Cibulka, MD at 05/20/19 1315 (continued)

- Cough — COUGH
- Functional gait abnormality — FUNCTIONAL GAIT ABNORMALITY
- Adjustment disorder with depressed mood — ADJUSTMENT DISORDER WITH DEPRESSED MOOD
- Atrial tachycardia — ATRIAL TACHYCARDIA
- SVT (supraventricular tachycardia) — SUPRAVENTRICULAR TACHYCARDIA
- Chronic midline low back pain with left-sided sciatica — CHRONIC LOW BACK PAIN
- Epigastric pain — EPIGASTRIC PAIN
- Chronic fatigue — FATIGUE
- Anxiety as acute reaction to exceptional stress — ANXIETY
- Nausea — NAUSEA
- Insomnia due to medical condition — INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION
- Chronic allergic rhinitis — ALLERGIC RHINITIS
- Pulmonary embolus — PULMONARY EMBOLISM
- Sinus tachycardia — SINUS TACHYCARDIA
- GI bleed — GASTROINTESTINAL HEMORRHAGE
- Chest pain — CHEST PAIN
- Rectal bleeding — RECTAL HEMORRHAGE
- Atrial fibrillation — ATRIAL FIBRILLATION

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue.
Cardiovascular:
 **Atrial fibrillation, getting worse
 on anti arrhythmics**
Gastrointestinal: Negative.
Musculoskeletal: Positive for arthralgias, back pain, neck pain and neck stiffness.
Skin: Negative.
Allergic/Immunologic: Positive for environmental allergies.
Neurological: Positive for dizziness and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, decreased concentration, dysphoric mood and sleep disturbance.
Negative for behavioral problems, confusion, hallucinations, self-injury and suicidal ideas. The patient is nervous/anxious. The patient is not hyperactive.

**Objective:**

BP 122/78 | Pulse 71 | Temp 97.2 °F (36.2 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 141 lb (64 kg) | SpO2 98% | BMI 23.46 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.

Generated by 5608 at 6/17/21  1:33 PM                                    Page 6

**Lincoln/Marcus 1753**

**HONOR**HEALTH™

| | |
|---|---|
| HonorHealth Medical Group<br>Arcadia<br>3311 N 44TH ST<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Visit date: 5/20/2019 |

**Progress Notes by Frank E Cibulka, MD at 05/20/19 1315 (continued)**

Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and normal heart sounds. An irregularly irregular rhythm present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Musculoskeletal:
**Pt with decreased tone  Of the generalized  musculature  and in the extremities**
Skin: Skin is warm and dry.
**bruising**
Psychiatric: Her mood appears anxious. Her speech is tangential. Cognition and memory are normal. She exhibits a depressed mood.

**Assessment & Plan**

Diagnoses and all orders for this visit:

**Paroxysmal atrial fibrillation**

**Other acute pulmonary embolism without acute cor pulmonale**
-    Ambulatory referral to Hematology / Oncology
-    Ambulatory referral to Hematology / Oncology

**Anxiety as acute reaction to exceptional stress**

**Insomnia due to medical condition**

**Adjustment disorder with depressed mood**

**Chronic bilateral back pain, unspecified back location**

**Other orders**
-    atorvastatin (LIPITOR) 20 mg tablet; Take 1 tablet (20 mg total) by mouth at bedtime.
-    mirtazapine (REMERON) 30 mg tablet; Take 1 tablet (30 mg total) by mouth at bedtime.

**Patient Instructions**
We did discuss starting her on a SSRI, but  She can not take  Due to interactions  With some of her meds
 she will see the EP and  Is going to have a cardiac ablation
Hopefully , this will allow her  Heart to  Have  A regular beat and  Get off the  Meds
 she will continue with activity but is unable  Due to meds sn severe fatigue
 she  Is on a blood thinner  Due to her having  PE  And is not a  Candidate for travel at this time  As it has precipitated  PE's.
Her stamina is  Poor .
She is going to have the ablation then  Will ned to monitor  The efficacy and  Then  Adjust mends and then
Advance activity

She has  Severe adjustment  Disorder  And  Has  Sleep abnormalities and the  Remeron is  Helpful  But difficulty to treat the  Change in mood.

Generated by 5608 at 6/17/21  1:33 PM                                                Page 7

**Lincoln/Marcus 1754**

**HONOR**HEALTH™  HonorHealth Medical Group   Marcus, Leslie S
Arcadia                      MRN: 3220726, DOB:          Sex: F
3311 N 44TH ST               Visit date: 5/20/2019
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 05/20/19 1315 (continued)

I have  Recommended no  Work for at least  3 months.
At that time  Will reevaluate where she is at and her  Status.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
45+ min

Return in about 3 months (around 8/20/2019), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD at 05/20/19 1722

**Lincoln/Marcus 1755**



| HonorHealth Medical Group | Marcus, Leslie S |
|---|---|
| Arcadia | MRN: 3220726, DOB:          , Sex: F |
| 3311 N 44TH ST | Visit date: 5/20/2019 |
| PHOENIX AZ 85018-6461 | |

### Progress Notes by Frank E Cibulka, MD at 09/05/19 1400

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 09/06/19 0617 | Encounter Date: 9/5/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

**Allergies as of 09/05/2019 - Review Complete 09/05/2019**

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

**Outpatient Medications Marked as Taking for the 9/5/19 encounter (Office Visit) with Frank E Cibulka, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg TABS tablet | Take by mouth 2 (two) times daily. | | |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 mg by mouth 2 (two) times daily. | | |
| • venlafaxine (EFFEXOR XR) 150 mg 24 hr capsule | Take 150 mg by mouth. | | |

### Subjective:

**Patient ID:** Leslie S Marcus is a 48 y.o. female.

**Chief Complaint**
Patient presents with
• Follow-up
  *Patient is here today to follow up from mayo clinic and update dr cibulka on everything that has been going on.*

Pt is here after having ablation  To treat her  atrial fibrillation
it  Was  Successful.
she had  Imaging of the neck and  Has some LAD
she is scheduled  To see ENT
  She is  significantly  Fatigues  And it is multifactorial  But primarily form  The  Severe  Iron deficiency anemia.
She currently is not working  As she was  Let  Go  By her previous employer.
Her stress is still prominent

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |

Generated by 5608 at 6/17/21  1:33 PM

Page 9

**Lincoln/Marcus 1756**

**HONOR**HEALTH.

HonorHealth Medical Group    Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:           Sex: F
3311 N 44TH ST              Visit date: 9/5/2019
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 09/05/19 1400 (continued)

| | |
|---|---|
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |

Review of Systems
Constitutional: Positive for activity change and fatigue.
Respiratory: Negative.
Cardiovascular: Positive for palpitations (improved atral fib afer her cardiac ablation).
Musculoskeletal: Positive for arthralgias.
Skin: Negative.
Hematological: Positive for adenopathy (in the right cervical neck area).
  **Anemia**
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**

BP 108/62 | Pulse 85 | Temp 98 °F (36.7 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 143 lb (64.9 kg) | SpO2 97% | BMI 23.80 kg/m²
Physical Exam

Generated by 5608 at 6/17/21  1:33 PM                                    Page 10

**Lincoln/Marcus 1757**



| | HonorHealth Medical Group | Marcus, Leslie S | |
|---|---|---|---|
| | Arcadia | MRN: 3220726, DOB: | Sex: F |
| | 3311 N 44TH ST | Visit date: 9/5/2019 | |
| | PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 09/05/19 1400 (continued)**

Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. Thyromegaly present.
Cardiovascular: Normal rate and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Lymphadenopathy:
  She has cervical adenopathy (I was not able to identiufy on palpitation and exam).
Psychiatric: Her mood appears anxious. She exhibits a depressed mood.

## Assessment & Plan

Leslie was seen today for follow-up.

Diagnoses and all orders for this visit:

**Iron deficiency anemia, unspecified iron deficiency anemia type**
-    Ambulatory referral to Hematology / Oncology

**Anxiety as acute reaction to exceptional stress**

**Paroxysmal atrial fibrillation**
    Comments:
        s/p ablation

**Chronic fatigue**

**Patient Instructions**
Pt S/p an ablation As her Cardiac abnormalities see to be Improving Or are At least stabilizing.
 sh is Significantly Anemic With Iron deficiency
I have Referred her to a hematologist For an evaluation As I think She would Improve With iron transfusion.
She is Pending A visit With an ENT As she Apparently has Some Lymphadenopathy. I really did not
appreciate Significant LAD in the neck.
reviewed Notes For the mayo.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
40+ min

**Lincoln/Marcus 1758**

**HONOR**HEALTH™

| | |
|---|---|
| HonorHealth Medical Group<br>Arcadia<br>3311 N 44TH ST<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:        Sex: F<br>Visit date: 9/5/2019 |

**Progress Notes by Frank E Cibulka, MD at 09/05/19 1400 (continued)**

Return in about 3 months (around 12/5/2019), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD at 09/06/19 0617

**Lincoln/Marcus 1759**



| | HonorHealth Medical Group | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH. | Arcadia<br>3311 N 44TH ST<br>PHOENIX AZ 85018-6461 | MRN: 3220726, DOB:          Sex: F<br>Visit date: 9/5/2019 |

**Consults by David Yunsung Cho, MD at 09/18/19 0915**

| Author: David Yunsung Cho, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 09/23/19 1542 | Encounter Date: 9/18/2019 | Status: Signed |
| Editor: David Yunsung Cho, MD (Physician) | | |



# Virginia G. Piper
# Cancer Care Network

**Name**: Leslie S Marcus
**MRN**: 3220726
**Date of Birth**:          Age: 48 y.o.
**Hematologist/Oncologist**: David Yunsung Cho, MD
**Primary Care Physician**: Frank E Cibulka, MD
**Chief Complaint**: No chief complaint on file.

**Date of Service**: 9/18/2019

**Subjective:**
**History of Present Illness:**

Leslie S Marcus is a 48 y.o. female patient with DVT, depression, AF, GI bleed, who presents with anemia.

Patient had lab work at Mayo Clinic. On 8/14/19, Hgb was 9.9 g/dl, MCV 85, PLT355, WBC 5.9, ferritin 5, iron sat 7. Of note, had a SIFE done 4/18/19 which was negative for an M protein

Patient was found to have a PE in April 2019. She was admitted for blood in her stool She was found to have a PE (provoked, recent travel and hospitalization). She was also found to have a left sublcavian thrombus and left peroneal vein thrombosis. She was discharged on Eliuqis. She had an EGD 4/14/19 which show chronic gastritis, grade C reflux esophagitis. Colonoscopy showed mucosal ulceration and non bleeding hemorrhoids. She was cleared for anticoagulation. At that time, her Hgb was 11.3 g/dl. SIFE show no monoclonal proteins. Of note, PT gene mutation, Cardiolipin Ab and beta 2 glycoprotein Abs were normal/negative.

Had a 2 hour flight prior to VTE. Hospitalized Janury 2019 for 9 days due to AF, A-Tach. Has been on Estradiol since hysterectomy. Stopped Estradiol September 2019.

Been dealing with GI symptoms since 7/2018. Dealing with persistent nausea since 7/2019 Never had a blood transfusion.

Dealt with AF since 8/2018. Had another ablation 7/2019.

Hd prior MVA December 2017. After that had a loto f pains , required steroid injections. Since then feels she's been doing worse.

At age 21, had left ovary due t . States colon was "ripped"

States twin sister has CTD.

Generated by 5608 at 6/17/21 1:33 PM                                    Page 13

**Lincoln/Marcus 1760**



| | VPCCN OSBORN | Marcus, Leslie S | |
|---|---|---|---|
| | 3501 N SCOTTSDALE RD #300 | MRN: 3220726, DOB: | ; Sex: F |
| | SCOTTSDALE AZ 85251-5638 | Acct #: 10192490623 Visit date: 9/18/2019 | |

Consults by David Yunsung Cho, MD at 09/18/19 0915 (continued)

Hysterectomy at Age 38 for endometriosis.

**Hematology/Oncology History:**

**Other Medical History:**

**Interval History:**
Leslie S Marcus presents today for follow up.

Generally notes dizziness, lightheadedness. Feels nauseous all the time. No stomach pain. No burning. Mostly constipated, but has been chronic. Does have bloating.

Not eating much because of nausea

Having pica (ice cravings) and restless for the past year.

Cannot tolerate iron. Was told to start at Mayo Clinic but causes GI disturbances.

Has had concerns of right lymph node tenderness

**Medications:**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg TABS tablet | Take by mouth 2 (two) times daily. | | |
| • atorvastatin (LIPITOR) 20 mg tablet | Take 1 tablet (20 mg total) by mouth at bedtime. | 90 tablet | 1 |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 mg by mouth 2 (two) times daily. | | |
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 12.3 mg by mouth 2 (two) times daily. | | 2 |
| • mirtazapine (REMERON) 30 mg tablet | Take 1.5 tablets (45 mg total) by mouth at bedtime. | 45 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | |
| • pantoprazole (PROTONIX) 40 mg tablet | Take 1 tablet (40 mg total) by mouth every 12 (twelve) hours. | 90 tablet | 0 |

Generated by 5608 at 6/17/21 1:33 PM                                    Page 14

**Lincoln/Marcus 1761**

**HONOR**HEALTH.™

| | VPCCN OSBORN | Marcus, Leslie S | |
|---|---|---|---|
| | 3501 N SCOTTSDALE RD #300 | MRN: 3220726, DOB: | , Sex: F |
| | | Acct #: 10192490623 | |
| | SCOTTSDALE AZ 85251-5638 | Visit date: 9/18/2019 | |

Consults by David Yunsung Cho, MD at 09/18/19 0915 (continued)

- venlafaxine (EFFEXOR XR)     Take 150 mg by
  150 mg 24 hr capsule       mouth.

No current facility-administered medications for this visit.

## Review of Systems
- **General**    Denies recent: Weight changes, weakness, or loss of appetite.
- **EENT**    Denies recent: Vision problems, ear pain, sinus congestion, or sore throat.
- **Respiratory**    Denies recent: Cough, congestion, or shortness of breath
- **Cardiac**    Denies recent: Chest pain/pressure or palpitations.
- **GI**    Denies recent: Abd. Pain, nausea/vomiting, diarrhea/constipation, or melena/hematochezi
- **GU**    Denies recent: Kidney problems, dysuria, urgency, frequency, or hematuria
- **MS**    Denies recent: Muscle aches, back pain, or joint pain/swelling
- **Neuro**    Denies recent: Headaches, strokes, or seizures
- **Psych**    Denies recent: Depression, anxiety, chemical abuse/dependency
- **Endo**    Denies recent: Diabetes or thyroid disease, no temperature intolerance
- **Derm**    Denies recent: Rashes or skin problems
- **Heme/Onc**    Denies recent: Anemia, or cancer

## Most Recent Vitals:
There were no vitals taken for this visit.

## Physical Exam
- **General**    Well developed, well nourished, no acute distress
- **Eyes**    Pupils equal, round.
- **Head**    Normocephalic, atraumatic
- **Nose**    Patent without discharge
- **Mouth/Throat**    Pharynx clear without erythema or exudate
- **Neck**    Soft and supple without lymphadenopathy or thyromegaly
- **Chest/Breast**    Non-tender to palpation
- **Lungs**    Clear to auscultation, no crackles, rhonchi, or wheezes
- **Heart**    Normal S1 S2, no murmurs, clicks, or gallops
- **Abdomen**    Soft, non-tender, non-distended, no palpable HSM or masses, + bowel sounds
- **Musculoskeletal**    Appears to have normal range of motion x 4 extremities, no joint swelling. No pedal edema
- **Lymphatic**    No lymphadenopathy
- **Neuro**    Alert, orientedx3, DTR:
- **Derm**    No rashes, No sacral decubiti
- **Vascular**    JVD: No, Pulses: intact

## Past Medical History

Past Medical History:
Diagnosis                            Date

**Lincoln/Marcus 1762**

**HONOR**HEALTH™

VPCCN OSBORN
3501 N SCOTTSDALE RD
#300
SCOTTSDALE AZ 85251-
5638

Marcus, Leslie S
MRN: 3220726, DOB:
Acct #: 10192490623
Visit date: 9/18/2019

, Sex: F

Consults by David Yunsung Cho, MD at 09/18/19 0915 (continued)

- Anxiety
- Atrial fibrillation
- Depression
- Disc disorder
  *bulding discs of back*
- Endometriosis
- History of blood clots

## Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • COLONOSCOPY W/ INTERVENTION, BIOPSY, POLYP, (ENDO) *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/16/2019 |
| • COLONOSCOPY (ENDO) *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/15/2019 |
| • EGD W/ INTERVENTION, BIOPSY (ENDO) *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/14/2019 |
| • EGD W/ INTERVENTION, BIOPSY (ENDO) *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 1/26/2019 |
| • A FIB ABLATION WITH TEE AND MAPPING *Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH* | N/A | 12/26/2018 |
| • HYSTERECTOMY | | |

## Allergies:

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | Rash |
| • Corticosteroids *A fib* | Palpitations |
| • Zofran [Ondansetron] *Dizziness and flushing* | Other (See Comments) |

## Social History:

Social History

Tobacco Use
- Smoking status:       Former Smoker
- Smokeless tobacco:    Never Used

Substance Use Topics
- Alcohol use:          No

Family History

| Problem | Relation | Age of Onset |
|---|---|---|

Generated by 5608 at 6/17/21  1:33 PM                                    Page 16

**Lincoln/Marcus 1763**

**HONOR**HEALTH.™ | VPCCN OSBORN 3501 N SCOTTSDALE RD #300 SCOTTSDALE AZ 85251-5638 | Marcus, Leslie S MRN: 3220726, DOB: Acct #: 10192490623 Visit date: 9/18/2019 | , Sex: F

---

Consults by David Yunsung Cho, MD at 09/18/19 0915 (continued)

- Heart disease                    Father

## Social History

Substance and Sexual Activity
Alcohol Use                    No

## Social History

Substance and Sexual Activity
Drug Use                       Yes
- Types:                       Marijuana
  *Comment: PRN for back pain*

## Social History

Tobacco Use
Smoking Status                 Former Smoker
Smokeless Tobacco              Never Used


**Labs**:
**Hematology Results**
No results found for requested labs within last 30 days.

**Renal Results**
No results found for requested labs within last 30 days.

**Liver Results**
No results found for requested labs within last 30 days.

**Coagulation Results**
No results found for requested labs within last 30 days.

**Tumor Markers Results:**
No results found for requested labs within last 30 days.

**Thyroid Results**
No results found for requested labs within last 30 days.

**Vitamin D:**
No results found for requested labs within last 30 days.

**HgA1c Result:**
No results found for requested labs within last 30 days.

**Iron Results:**
No results found for requested labs within last 30 days.

---

Generated by 5608 at 6/17/21  1:33 PM                                    Page 17

**Lincoln/Marcus 1764**

**HONOR**HEALTH™

| | |
|---|---|
| VPCCN OSBORN 3501 N SCOTTSDALE RD #300 SCOTTSDALE AZ 85251- 5638 | Marcus, Leslie S MRN: 3220726, DOB:        , Sex: F Acct #: 10192490623 Visit date: 9/18/2019 |

Consults by David Yunsung Cho, MD at 09/18/19 0915 (continued)

**Cultures:**
No results found for requested labs within last 30 days.


All abnormal labs not clinically significant.

**Imaging:**
**Echo Complete**
- RVSP is 25mmHg. no evidence PE
- Low normal left ventricular ejection fraction estimated. Ejection fraction: 55%.
- Trace mitral valve regurgitation.
- Mild tricuspid valve regurgitation.


**Pathology:**

**Assessment:**
Leslie S Marcus is a 48 y.o. female  atient with DVT, depression, AF, GI bleed,  who presents with anemia.

1. Anemia
- Due to iron deficiency
- Unclear etiology as she has no heavy menses (hysterectomy at age 38) and GI work up 4/2019 was negative

2. DVT and Bilateral PE, found 4/2019
- Appeaser to be provoked from recent travel and hospitalization 1/2019

**Plan:**
1. Anemia
- Check CBC, iron panel, B12, folate, LDH, retic, haptoglobin
- If iron stores low, Plan IV iron as patient cannot tolerate oral iron.   If she receives IV iron, will recheck iron stores about 6-8 weeks after completion of treatment

2. VE
- Continue Eliquis 5 mg q12.
- Reviewed management and prognosis of provoked venous thromboembolic disease.  For provoked events, generally recommend a finite period of anticoagulation as risk of recurrence is low after 3 months.  With her history of PE, would plan at least 6 months Can consider de-escalation to prophylactic dose (per EINSTEIN-CHOICE study) or ASA after the finite duration of therapeutic dose.  Recommendations are consistent with ACCP guidelines.
- There is a cost concern and can plan coumadin if needed

RTO 2 weeks to review above.



Thank you for the opportunity to participate in your patient's care. Please feel free to contact me if any questions or concerns arise.

**Lincoln/Marcus 1765**

**HONOR**HEALTH.

| | |
|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:        ; Sex: F<br>Acct #: 10192490623<br>Visit date: 9/18/2019 |

Consults by David Yunsung Cho, MD at 09/18/19 0915 (continued)

David Yunsung Cho

Electronically signed by David Yunsung Cho, MD at 09/23/19 1542

PAGE 20/63 * RCVD AT 6/17/2021 4:34:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):57-43

**Lincoln/Marcus 1766**



| | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:        , Sex: F<br>Acct #: 10192490623<br>Visit date: 9/18/2019 |

**Progress Notes by David Yunsung Cho, MD at 10/02/19 1045**

| Author: David Yunsung Cho, MD | Service: — | Author Type: Physician |
| Filed: 10/02/19 1142 | Encounter Date: 10/2/2019 | Status: Signed |
| Editor: David Yunsung Cho, MD (Physician) | | |



# Virginia G. Piper
# Cancer Care Network

**Name**: Leslie S Marcus
**MRN**: 3220726
**Date of Birth**:           Age: 48 y.o.
**Hematologist/Oncologist**: David Yunsung Cho, MD
**Primary Care Physician**: Frank E Cibulka, MD
**Chief Complaint**: No chief complaint on file.

Date of Service: 10/2/2019

**Subjective:**
**History of Present Illness:**

Leslie S Marcus is a 48 y.o. female patient with DVT, depression, AF, GI bleed, who presents with anemia.

Patient had lab work at Mayo Clinic. On 8/14/19, Hgb was 9.9 g/dl, MCV 85, PLT355, WBC 5.9, ferritin 5, iron sat 7. Of note, had a SIFE done 4/18/19 which was negative for an M protein

Patient was found to have a PE in April 2019. She was admitted for blood in her stool She was found to have a PE (provoked, recent travel and hospitalization). She was also found to have a left sublcavian thrombus and left peroneal vein thrombosis. She was discharged on Eliuqis. She had an EGD 4/14/19 which show chronic gastritis, grade C reflux esophagitis. Colonoscopy showed mucosal ulceration and non bleeding hemorrhoids. She was cleared for anticoagulation. At that time, her Hgb was 11.3 g/dl. SIFE show no monoclonal proteins. Of note, PT gene mutation, Cardiolipin Ab and beta 2 glycoprotein Abs were normal/negative.

Had a 2 hour flight prior to VTE. Hospitalized Janury 2019 for 9 days due to AF, A-Tach. Has been on Estradiol since hysterectomy. Stopped Estradiol September 2019.

Been dealing with GI symptoms since 7/2018. Dealing with persistent nausea since 7/2019 Never had a blood transfusion.

Dealt with AF since 8/2018. Had another ablation 7/2019.

Hd prior MVA December 2017. After that had a loto f pains , required steroid injections. Since then feels she's been doing worse.

At age 21, had left ovary due t . States colon was "ripped"

PAGE 21/63 * RCVD AT 6/17/2021 4:34:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):57-43

**Lincoln/Marcus 1767**

 **HONOR**HEALTH.™

| | |
|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:        ; Sex: F<br>Acct #: 10192741160<br>Visit date: 10/2/2019 |

**Progress Notes by David Yunsung Cho, MD at 10/02/19 1045 (continued)**

States twin sister has CTD.

Hysterectomy at Age 38 for endometriosis.

**Hematology/Oncology History:**

**Other Medical History:**

**Interval History:**
Leslie S Marcus presents today for follow up.

Generally notes dizziness, lightheadedness. Feels nauseous all the time. No stomach pain. No burning. Mostly constipated, but has been chronic. Does have bloating.

Not eating much because of nausea

Having pica (ice cravings) and restless for the past year.

Cannot tolerate iron. Was told to start at Mayo Clinic but causes GI disturbances.

Has had concerns of right lymph node tenderness

**Medications:**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg TABS tablet | Take by mouth 2 (two) times daily. | | |
| • atorvastatin (LIPITOR) 20 mg tablet | Take 1 tablet (20 mg total) by mouth at bedtime. | 90 tablet | 1 |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 mg by mouth 2 (two) times daily. | | |
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 12.3 mg by mouth 2 (two) times daily. | | 2 |
| • mirtazapine (REMERON) 30 mg tablet | Take 1.5 tablets (45 mg total) by mouth at bedtime. | 45 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | |
| • pantoprazole (PROTONIX) 40 mg tablet | Take 1 tablet (40 mg total) by mouth every | 90 tablet | 0 |

Generated by 5608 at 6/17/21 1:33 PM                                                Page 21

**Lincoln/Marcus 1768**

**HONORHEALTH™**

| VPCCN OSBORN 3501 N SCOTTSDALE RD #300 SCOTTSDALE AZ 85251-5638 | Marcus, Leslie S MRN: 3220726, DOB: ; Sex: F Acct #: 10192741160 Visit date: 10/2/2019 |
|---|---|

---

Progress Notes by David Yunsung Cho, MD at 10/02/19 1045 (continued)

|  | 12 (twelve) hours. |  |
|---|---|---|
| • venlafaxine (EFFEXOR XR) 75 mg 24 hr capsule | TK 2 CS PO QD WITH BREAKFAST. START 1 C PO FOR 7 DAYS THEN INCREASE TO 2 CS | 0 |
| • VENTOLIN HFA 108 (90 Base) MCG/ACT inhaler | INL 2 PUFFS PO Q 4 TO 6 H PRF SOB AND RELIEF OF ASTHMA SYMPTOMS | 5 |

No current facility-administered medications for this visit.

**Review of Systems**
- **General**      Denies recent: Weight changes, weakness, or loss of appetite.
- **EENT**      Denies recent: Vision problems, ear pain, sinus congestion, or sore throat.
- **Respiratory**      Denies recent: Cough, congestion, or shortness of breath
- **Cardiac**      Denies recent: Chest pain/pressure or palpitations.
- **GI**      Denies recent: Abd. Pain, nausea/vomiting, diarrhea/constipation, or melena/hematochezi
- **GU**      Denies recent: Kidney problems, dysuria, urgency, frequency, or hematuria
- **MS**      Denies recent: Muscle aches, back pain, or joint pain/swelling
- **Neuro**      Denies recent: Headaches, strokes, or seizures
- **Psych**      Denies recent: Depression, anxiety, chemical abuse/dependency
- **Endo**      Denies recent: Diabetes or thyroid disease, no temperature intolerance
- **Derm**      Denies recent: Rashes or skin problems
- **Heme/Onc**      Denies recent: Anemia, or cancer

**Most Recent Vitals:**
Blood pressure 90/60, pulse 90, temperature 98.4 °F (36.9 °C), temperature source Tympanic, resp. rate 16, height 5' 5" (1.651 m), weight 64.4 kg (142 lb), SpO2 96 %.

**Physical Exam**
- **General**      Well developed, well nourished, no acute distress
- **Eyes**      Pupils equal, round.
- **Head**      Normocephalic, atraumatic
- **Nose**      Patent without discharge
- **Mouth/Throat**      Pharynx clear without erythema or exudate
- **Neck**      Soft and supple without lymphadenopathy or thyromegaly
- **Chest/Breast**      Non-tender to palpation
- **Lungs**      Clear to auscultation, no crackles, rhonchi, or wheezes
- **Heart**      Normal S1 S2, no murmurs, clicks, or gallops
- **Abdomen**      Soft, non-tender, non-distended, no palpable HSM or masses, + bowel sounds
- **Musculoskeletal**      Appears to have normal range of motion x 4 extremities, no joint swelling. No pedal edema
- **Lymphatic**      No lymphadenopathy

---

**Lincoln/Marcus 1769**

**HONOR**HEALTH.™

| | | |
|---|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Acct #: 10192741160<br>Visit date: 10/2/2019 | , Sex: F |

**Progress Notes by David Yunsung Cho, MD at 10/02/19 1045 (continued)**

- **Neuro**     Alert, orientedx3, DTR:
- **Derm**      No rashes, No sacral decubiti
- **Vascular**  JVD: No, Pulses: intact

## Past Medical History

Past Medical History:

| Diagnosis | Date |
|---|---|
| - Anxiety | |
| - Atrial fibrillation | |
| - Depression | |
| - Disc disorder<br>   *bulding discs of back* | |
| - Endometriosis | |
| - History of blood clots | |

## Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| - COLONOSCOPY W/ INTERVENTION, BIOPSY, POLYP, (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/16/2019 |
| - COLONOSCOPY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/15/2019 |
| - EGD W/ INTERVENTION, BIOPSY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/14/2019 |
| - EGD W/ INTERVENTION, BIOPSY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 1/26/2019 |
| - A FIB ABLATION WITH TEE AND MAPPING<br>  *Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH* | N/A | 12/26/2018 |
| - HYSTERECTOMY | | |

## Allergies:

Allergies

| Allergen | Reactions |
|---|---|
| - Adhesive | Rash |
| - Corticosteroids<br>  *A fib* | Palpitations |
| - Zofran [Ondansetron]<br>  *Dizziness and flushing,blood pressure dropped* | Other (See Comments) |

## Social History:

---

**Lincoln/Marcus 1770**

| HONORHEALTH™ | VPCCN OSBORN 3501 N SCOTTSDALE RD #300 SCOTTSDALE AZ 85251-5638 | Marcus, Leslie S MRN: 3220726, DOB: Acct #: 10192741160 Visit date: 10/2/2019 | , Sex: F |
|---|---|---|---|

**Progress Notes by David Yunsung Cho, MD at 10/02/19 1045 (continued)**

**Social History**

Tobacco Use
- Smoking status:        Former Smoker
- Smokeless tobacco:     Never Used

Substance Use Topics
- Alcohol use:           No

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart disease | Father | |
| • Other | Sister | |
| • Colorectal Cancer | Maternal Aunt | |
| • Stomach cancer | Maternal Grandmother | |
| • Colorectal Cancer | Maternal Grandfather | |

**Social History**

Substance and Sexual Activity
Alcohol Use              No

**Social History**

Substance and Sexual Activity
Drug Use                 Yes
- Types:                 Marijuana
  Comment: PRN for back pain

**Social History**

Tobacco Use
Smoking Status           Former Smoker
Smokeless Tobacco        Never Used

**Labs:**
**Hematology Results**
Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| Hematocrit | 36.4 (9/18/2019) | 36.0 - 48.0 % | Not in Time Range |
| Hemoglobin | 11.6 (L) (9/18/2019) | 12.0 - 16.0 g/dL | Not in Time Range |
| Lymphs | 48 (9/18/2019) | % | Not in Time Range |
| MCV | 82.7 (9/18/2019) | 81.0 - 99.0 fL | Not in Time Range |
| Neutrophils Absolute | 2.18 (9/18/2019) | 1.48 - 8.72 10³/uL | Not in Time Range |
| Neutrophils | 39 (9/18/2019) | % | Not in Time Range |
| Platelets | 383 (9/18/2019) | 130 - 450 K/uL | Not in Time Range |
| WBC | 5.5 (9/18/2019) | 4.0 - 10.9 10³/uL | Not in Time Range |

**Lincoln/Marcus 1771**



| | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:       ; Sex: F<br>Acct #: 10192741160<br>Visit date: 10/2/2019 |
|---|---|---|

Progress Notes by David Yunsung Cho, MD at 10/02/19 1045 (continued)

## Renal Results
### Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| BUN | 15 (9/18/2019) | 6 - 24 mg/dL | Not in Time Range |
| Calcium | 9.3 (9/18/2019) | 8.7 - 10.2 mg/dL | Not in Time Range |
| Chloride | 104 (9/18/2019) | 96 - 106 mmol/L | Not in Time Range |
| CO2 | 20 (9/18/2019) | 20 - 29 mmol/L | Not in Time Range |
| Creatinine | 0.97 (9/18/2019) | 0.57 - 1.00 mg/dL | Not in Time Range |
| eGFR MDRD Af Amer | 80 (9/18/2019) | >59 mL/min/1.73 | Not in Time Range |
| eGFR MDRD Non Af Amer | 69 (9/18/2019) | >59 mL/min/1.73 | Not in Time Range |
| Potassium | 4.8 (9/18/2019) | 3.5 - 5.2 mmol/L | Not in Time Range |
| Sodium | 140 (9/18/2019) | 134 - 144 mmol/L | Not in Time Range |

## Liver Results
### Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| A/G Ratio | 1.4 (9/18/2019) | 1.2 - 2.2 | Not in Time Range |
| Albumin, Serum | 4.2 (9/18/2019) | 3.5 - 5.5 g/dL | Not in Time Range |
| Alkaline Phosphatase | 108 (9/18/2019) | 39 - 117 IU/L | Not in Time Range |
| ALT | 19 (9/18/2019) | 0 - 32 IU/L | Not in Time Range |
| AST | 24 (9/18/2019) | 0 - 40 IU/L | Not in Time Range |
| Bilirubin, Total | <0.2 (9/18/2019) | 0.0 - 1.2 mg/dL | Not in Time Range |
| Globulin, Total | 3.1 (9/18/2019) | 1.5 - 4.5 g/dL | Not in Time Range |
| Total Protein | 7.3 (9/18/2019) | 6.0 - 8.5 g/dL | Not in Time Range |

## Coagulation Results
No results found for requested labs within last 30 days.

## Tumor Markers Results:
No results found for requested labs within last 30 days.

## Thyroid Results
### Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| TSH | 3.150 (9/18/2019) | 0.450 - 4.500 uIU/mL | Not in Time Range |

## Vitamin D:
No results found for requested labs within last 30 days.

## HgA1c Result:
No results found for requested labs within last 30 days.

## Iron Results:
### Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| Folate | 8.3 (9/18/2019) | >3.0 ng/mL | Not in Time Range |
| Iron | 117 (9/18/2019) | 27 - 159 ug/dL | Not in Time Range |
| TIBC | 385 (9/18/2019) | 250 - 450 ug/dL | Not in Time Range |

**Lincoln/Marcus 1772**

**HONOR**HEALTH.

| | |
|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:      ; Sex: F<br>Acct #: 10192741160<br>Visit date: 10/2/2019 |

---

**Progress Notes by David Yunsung Cho, MD at 10/02/19 1045 (continued)**

**Cultures:**
No results found for requested labs within last 30 days.


All abnormal labs not clinically significant.

**Imaging:**
**Echo Complete**
· RVSP is 25mmHg. no evidence PE
· Low normal left ventricular ejection fraction estimated. Ejection
fraction: 55%.
· Trace mitral valve regurgitation.
· Mild tricuspid valve regurgitation.


**Pathology:**

**Assessment:**
Leslie S Marcus is a 48 y.o. female  atient with DVT, depression, AF, GI bleed,  who presents with anemia.

1. Anemia
- Due to iron deficiency
- Unclear etiology as she has no heavy menses (hysterectomy at age 38) and GI work up 4/2019 was negative

2. DVT and Bilateral PE, found 4/2019
- Appeaser to be provoked from recent travel and hospitalization 1/2019

**Plan:**
1. Anemia
- Work up negative thus far
- Unclear etiology of iron deficiency
- Start Venofer today

2. VTE
- Continue Eliquis 5 mg q12.
- Reviewed management and prognosis of provoked venous thromboembolic disease.  For provoked events,
generally recommend a finite period of anticoagulation as risk of recurrence is low after 3 months.  With her
history of PE, would plan at least 6 months Can consider de-escalation to prophylactic dose (per EINSTEIN-
CHOICE study) or ASA after the finite duration of therapeutic dose.  Recommendations are consistent with
ACCP guidelines.
- There is a cost concern and can plan coumadin if needed
- Patient is concerned about risk of recurrence, prefers to continue with full dose therapy.  Can plan for total 18
months if she can afford it.

RTO 8 weeks for OV/labs


Thank you for the opportunity to participate in your patient's care. Please feel free to contact me if any

---

Generated by 5608 at 6/17/21  1:33 PM                                      Page 26

**Lincoln/Marcus 1773**

**HONOR**HEALTH.

VPCCN OSBORN
3501 N SCOTTSDALE RD
#300
SCOTTSDALE AZ 85251-
5638

Marcus, Leslie S
MRN: 3220726, DOB:          ; Sex: F
Acct #: 10192741160
Visit date: 10/2/2019

Progress Notes by David Yunsung Cho, MD at 10/02/19 1045 (continued)
questions or concerns arise.

David Yunsung Cho

Electronically signed by David Yunsung Cho, MD at 10/02/19 1142

**Lincoln/Marcus 1774**

| **HONOR**HEALTH™ | VPCCN OSBORN 3501 N SCOTTSDALE RD #300 SCOTTSDALE AZ 85251-5638 | Marcus, Leslie S MRN: 3220726, DOB: Acct #: 10192741160 Visit date: 10/2/2019 | Sex: F |

---

**Progress Notes by Frank E Cibulka, MD at 10/28/19 1130**

| Author: Frank E Cibulka, MD | Service: — | Author Type: **Physician** |
| Filed: 10/28/19 1843 | Encounter Date: 10/28/2019 | Status: **Signed** |
| Editor: Frank E Cibulka, MD (Physician) | | |

**Allergies as of 10/28/2019 - Review Complete 10/28/2019**

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

**Outpatient Medications Marked as Taking for the 10/28/19 encounter (Office Visit) with Frank E Cibulka, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • venlafaxine (EFFEXOR XR) 150 mg 24 hr capsule | Take 150 mg by mouth. | | |

## Subjective:

**Patient ID:** Leslie S Marcus is a 48 y.o. female.

Chief Complaint
Patient presents with
- Follow-up
    *Patient is here today to follow up from seeing hematologist.*
- URI
    *3 weeks with congestion,nausea,vomitting,diarrhea and not feeling well.*

## URI

This is a new problem. The current episode started 1 to 4 weeks ago (she has had for 3 weeks after retruning from Annapolis). The problem has been gradually worsening. Associated symptoms include congestion, diarrhea, ear pain, nausea, a plugged ear sensation, rhinorrhea, sinus pain, sneezing, a sore throat, swollen glands and vomiting (phlegm). Pertinent negatives include no coughing, headaches, joint pain or wheezing. Associated symptoms comments: Feel swollen everywhere. She has tried steam (dayquil and nyquil) for the symptoms. The treatment provided mild relief.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • | |

---

Generated by 5608 at 6/17/21 1:33 PM                                    Page 28

**Lincoln/Marcus 1775**

**HONOR**HEALTH.

| | |
|---|---|
| HonorHealth Medical Group | Marcus, Leslie S |
| Arcadia | MRN: 3220726, DOB:          Sex: F |
| 3311 N 44TH ST | Visit date: 10/28/2019 |
| PHOENIX AZ 85018-6461 | |

**Progress Notes by Frank E Cibulka, MD at 10/28/19 1130 (continued)**

| | |
|---|---|
| Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |

Review of Systems
Constitutional: Positive for activity change, appetite change, chills, diaphoresis and fatigue.
HENT: Positive for congestion, ear pain, rhinorrhea, sinus pain, sneezing and sore throat.
Respiratory: Negative for cough and wheezing.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for diarrhea, nausea and vomiting (phlegm).
Musculoskeletal: Negative for joint pain.
Neurological: Negative for headaches.
Hematological: Bruises/bleeds easily (on the blood thinner).

**Objective:**

BP 102/62  | Pulse (!) 103  | Temp 97.6 °F (36.4 °C) (Temporal)  | Resp 16  | Ht 5' 5" (1.651 m)  | Wt 141 lb (64 kg)  | SpO2 96%  | BMI 23.46 kg/m²
Physical Exam

**Lincoln/Marcus 1776**



| | HonorHealth Medical Group | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH.™ | Arcadia<br>3311 N 44TH ST<br>PHOENIX AZ 85018-6461 | MRN: 3220726, DOB:        , Sex: F<br>Visit date: 10/28/2019 |

**Progress Notes by Frank E Cibulka, MD at 10/28/19 1130 (continued)**

Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane mobility is abnormal. A middle ear effusion is present.
Left Ear: Tympanic membrane mobility is normal. A middle ear effusion is present.
Nose: Mucosal edema and rhinorrhea present. Right sinus exhibits maxillary sinus tenderness and frontal sinus tenderness. Left sinus exhibits maxillary sinus tenderness and frontal sinus tenderness.
Mouth/Throat: Posterior oropharyngeal erythema present.
Neck: Thyromegaly present.



1: Small palpable  LN  It has  been evaluated
And is benign on workup

Cardiovascular: Normal rate and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.

## Assessment & Plan

Leslie was seen today for follow-up and uri.

Diagnoses and all orders for this visit:

**Rhinosinusitis**

**Iron deficiency anemia, unspecified iron deficiency anemia type**

**Paroxysmal atrial fibrillation**

**ETD (Eustachian tube dysfunction), bilateral**

**Other orders**
- azithromycin (ZITHROMAX Z-PAK) 250 mg tablet; Take 2 tablets (500 mg) on  Day 1,  followed by 1 tablet (250 mg) once daily on Days 2 through 5.
- guaiFENesin-codeine (ROBITUSSIN AC) 100-10 MG/5ML syrup; Take 5 mLs by mouth every 8 (eight) hours as needed for Cough.
- ipratropium (ATROVENT) 0.03 % nasal spray; 2 sprays by Nasal route 3 (three) times daily. As needed

Generated by 5608 at 6/17/21  1:33 PM                                Page 30

**Lincoln/Marcus 1777**



| HonorHealth Medical Group | Marcus, Leslie S | |
|---|---|---|
| Arcadia | MRN: 3220726, DOB: | Sex: F |
| 3311 N 44TH ST | Visit date: 10/28/2019 | |
| PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 10/28/19 1130 (continued)**

for runny nose,rhinitis and post nasal drip
- predniSONE (DELTASONE) 20 mg tablet; Take 2 tablets (40 mg total) by mouth daily for 10 days.

**Patient Instructions**

Zpak X  1 if you  Get  Better in  3 days  It was a bacterial infection
if not then it's a virus  And  Will take about  7-10  Days
also need to think  About  Weather changes  And allergens

If you  Don't  Feel better in  5-7  Days  I may recommend  An oral steroid
I will give you  A script  You can pick up if  Not improving, prednisone  20 mg  2 in the Am with food for  10 days
Common side effects;hunger, irritability and  insomnia

Atrovent  Nasal spray ,  This  Dries up the post nasal drainage  With really no side effects
I think you  Should  Take  2 puffs in each nostril in the AM  And   30-60 minutes  before  Bed
hold nose  And pop ears  100 x a day
humidifier on at night  And fans off.

Take  10 ml  At night  For cough suppression.

Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
25+ min

Return if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD at 10/28/19 1843

**Lincoln/Marcus 1778**



| HonorHealth Medical Group | Marcus, Leslie S |
|---|---|
| Arcadia | MRN: 3220726, DOB:     , Sex: F |
| 3311 N 44TH ST | Visit date: 10/28/2019 |
| PHOENIX AZ 85018-6461 | |

**Progress Notes by David Yunsung Cho, MD at 12/03/19 1100**

| Author: David Yunsung Cho, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 12/03/19 1209 | Encounter Date: 12/3/2019 | Status: Signed |
| Editor: David Yunsung Cho, MD (Physician) | | |

# HONORHEALTH

# Virginia G. Piper
# Cancer Care Network

**Name**: Leslie S Marcus
**MRN**: 3220726
**Date of Birth**:        Age: 48 y.o.
**Hematologist/Oncologist**: David Yunsung Cho, MD
**Primary Care Physician**: Frank E Cibulka, MD
**Chief Complaint**: No chief complaint on file.

**Date of Service:** 12/3/2019

**Subjective:**
**History of Present Illness:**

Leslie S Marcus is a 48 y.o. female patient with DVT, depression, AF, GI bleed, who presents with anemia.

Patient had lab work at Mayo Clinic. On 8/14/19, Hgb was 9.9 g/dl, MCV 85, PLT355, WBC 5.9, ferritin 5, iron sat 7. Of note, had a SIFE done 4/18/19 which was negative for an M protein

Patient was found to have a PE in April 2019. She was admitted for blood in her stool She was found to have a PE (provoked, recent travel and hospitalization). She was also found to have a left sublcavian thrombus and left peroneal vein thrombosis. She was discharged on Eliuqis. She had an EGD 4/14/19 which show chronic gastritis, grade C reflux esophagitis. Colonoscopy showed mucosal ulceration and non bleeding hemorrhoids. She was cleared for anticoagulation. At that time, her Hgb was 11.3 g/dl. SIFE show no monoclonal proteins. Of note, PT gene mutation, Cardiolipin Ab and beta 2 glycoprotein Abs were normal/negative.

States paternal GF passed from PE. 2 sisters had a DVT, mother had DVT and father had PE.

Had a 2 hour flight prior to VTE. Hospitalized Janury 2019 for 9 days due to AF, A-Tach. Has been on Estradiol since hysterectomy. Stopped Estradiol September 2019.

Been dealing with GI symptoms since 7/2018. Dealing with persistent nausea since 7/2019 Never had a blood transfusion.
Dealt with AF since 8/2018. Had another ablation 7/2019.

Hd prior MVA December 2017. After that had a loto f pains , required steroid injections. Since then feels she's been doing worse.

At age 21, had left ovary due . States colon was "ripped"

**Lincoln/Marcus 1779**



| | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 10193361591<br>Visit date: 12/3/2019 |

---

**Progress Notes by David Yunsung Cho, MD at 12/03/19 1100 (continued)**

States twin sister has CTD.

Hysterectomy at  Age 38 for endometriosis.

**Hematology/Oncology History:**
- Venofer x 5, completed 11/7/19

**Other Medical History:**

**Interval History:**
Leslie S Marcus presents today for follow up.

Energy improved with Venofer.

3 weeks ago, was at Mayo.  States Hgb was 11.7 g/dl

Generally notes dizziness, lightheadedness. Not improved.  Feels nauseous all the time.  No stomach pain.
No burning.  Mostly constipated, but has been chronic.  Does have bloating.

Check CA 125 found to be elevated at 50 on 11/21/19.

Having pica (ice cravings) and restless for the past year.

Cannot tolerate iron.  Was told to start at Mayo Clinic but causes GI disturbances.

Has had concerns of right lymph node tenderness

**Medications:**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg TABS tablet | Take 1 tablet (5 mg total) by mouth 2 (two) times daily. | 60 tablet | 5 |
| • atorvastatin (LIPITOR) 20 mg tablet | TAKE 1 TABLET(20 MG) BY MOUTH AT BEDTIME | 90 tablet | 0 |
| • azelastine (ASTELIN) 0.1 % nasal spray | INL 1 SPRAY IEN BID | | 3 |
| • azithromycin (ZITHROMAX Z-PAK) 250 mg tablet | Take 2 tablets (500 mg) on  Day 1, followed by 1 tablet (250 mg) once daily on Days 2 through 5. | 6 tablet | 0 |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 mg by mouth 2 (two) times daily. | | |

---

Generated by 5608 at 6/17/21  1:33 PM                                                    Page 33

**Lincoln/Marcus 1780**

| **HONOR**HEALTH™ | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:        , Sex: F<br>Acct #: 10193361591<br>Visit date: 12/3/2019 |
|---|---|---|

Progress Notes by David Yunsung Cho, MD at 12/03/19 1100 (continued)

| Medication | Instructions | Qty | |
|---|---|---|---|
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | |
| • guaiFENesin-codeine (ROBITUSSIN AC) 100-10 MG/5ML syrup | Take 5 mLs by mouth every 8 (eight) hours as needed for Cough. | 240 mL | 0 |
| • ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 30 mL | 2 |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 25 mg by mouth daily. | | 2 |
| • mirtazapine (REMERON) 45 mg tablet | | | 1 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | |
| • pantoprazole (PROTONIX) 40 mg tablet | Take 1 tablet (40 mg total) by mouth every 12 (twelve) hours. | 90 tablet | 0 |
| • venlafaxine (EFFEXOR XR) 150 mg 24 hr capsule | Take 150 mg by mouth. | | |
| • VENTOLIN HFA 108 (90 Base) MCG/ACT inhaler | INL 2 PUFFS PO Q 4 TO 6 H PRF SOB AND RELIEF OF ASTHMA SYMPTOMS | | 5 |

No current facility-administered medications for this visit.

## Review of Systems

| | |
|---|---|
| • **General** | Denies recent: Weight changes, weakness, or loss of appetite. |
| • **EENT** | Denies recent: Vision problems, ear pain, sinus congestion, or sore throat. |
| • **Respiratory** | Denies recent: Cough, congestion, or shortness of breath |
| • **Cardiac** | Denies recent: Chest pain/pressure or palpitations. |
| • **GI** | Denies recent: Abd. Pain, nausea/vomiting, diarrhea/constipation, or melena/hematochezi |
| • **GU** | Denies recent: Kidney problems, dysuria, urgency, frequency, or hematuria |
| • **MS** | Denies recent: Muscle aches, back pain, or joint pain/swelling |
| • **Neuro** | Denies recent: Headaches, strokes, or seizures |
| • **Psych** | Denies recent: Depression, anxiety, chemical abuse/dependency |
| • **Endo** | Denies recent: Diabetes or thyroid disease, no temperature intolerance |
| • **Derm** | Denies recent: Rashes or skin problems |
| • **Heme/Onc** | Denies recent: Anemia, or cancer |

## Most Recent Vitals:

Blood pressure 124/60, pulse 84, temperature 97.9 °F (36.6 °C), temperature source Tympanic, resp. rate 16,

Generated by 5608 at 6/17/21  1:33 PM                                    Page 34

**Lincoln/Marcus 1781**

**HONOR**HEALTH.

| | |
|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD #300<br>SCOTTSDALE AZ 85251-5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:        , Sex: F<br>Acct #: 10193361591<br>Visit date: 12/3/2019 |

Progress Notes by David Yunsung Cho, MD at 12/03/19 1100 (continued)
height 5' 5" (1.651 m), SpO2 97 %.

## Physical Exam
- **General**         Well developed, well nourished, no acute distress
- **Eyes**            Pupils equal, round.
- **Head**            Normocephalic, atraumatic
- **Nose**            Patent without discharge
- **Mouth/Throat**    Pharynx clear without erythema or exudate
- **Neck**            Soft and supple without lymphadenopathy or thyromegaly
- **Chest/Breast**    Non-tender to palpation
- **Lungs**           Clear to auscultation, no crackles, rhonchi, or wheezes
- **Heart**           Normal S1 S2, no murmurs, clicks, or gallops
- **Abdomen**         Soft, non-tender, non-distended, no palpable HSM or masses, + bowel sounds
- **Musculoskeletal** Appears to have normal range of motion x 4 extremities, no joint swelling. No pedal edema
- **Lymphatic**       No lymphadenopathy
- **Neuro**           Alert, orientedx3, DTR:
- **Derm**            No rashes, No sacral decubiti
- **Vascular**        JVD: No, Pulses: intact

## Past Medical History

Past Medical History:

| Diagnosis | Date |
|---|---|
| - Anxiety | |
| - Atrial fibrillation | |
| - Depression | |
| - Disc disorder<br>  *bulding discs of back* | |
| - Endometriosis | |
| - History of blood clots | |

## Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| - COLONOSCOPY W/ INTERVENTION, BIOPSY, POLYP, (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/16/2019 |
| - COLONOSCOPY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/15/2019 |
| - EGD W/ INTERVENTION, BIOPSY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 4/14/2019 |
| - EGD W/ INTERVENTION, BIOPSY (ENDO)<br>  *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 1/26/2019 |
| - A FIB ABLATION WITH TEE AND MAPPING | N/A | 12/26/2018 |

Generated by 5608 at 6/17/21  1:33 PM                                           Page 35

**Lincoln/Marcus 1782**

| HONORHEALTH™ | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Acct #: 10193361591<br>Visit date: 12/3/2019 | , Sex: F |
|---|---|---|---|

**Progress Notes by David Yunsung Cho, MD at 12/03/19 1100 (continued)**

 *Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH*
- HYSTERECTOMY

## Allergies:

### Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | Rash |
| • Corticosteroids<br> *A fib* | Palpitations |
| • Zofran [Ondansetron]<br> *Dizziness and flushing,blood pressure dropped* | Other (See Comments) |

## Social History:

### Social History

**Tobacco Use**
- Smoking status:    Former Smoker
- Smokeless tobacco:  Never Used

**Substance Use Topics**
- Alcohol use:     No

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart disease | Father | |
| • Other | Sister | |
| • Colorectal Cancer | Maternal Aunt | |
| • Stomach cancer | Maternal Grandmother | |
| • Colorectal Cancer | Maternal Grandfather | |

### Social History

**Substance and Sexual Activity**

| Alcohol Use | No |
|---|---|

### Social History

**Substance and Sexual Activity**

| Drug Use | Yes |
|---|---|

- Types:    Marijuana
 *Comment: PRN for back pain*

### Social History

**Tobacco Use**

| Smoking Status | Former Smoker |
|---|---|
| Smokeless Tobacco | Never Used |

**Lincoln/Marcus 1783**

**HONOR**HEALTH™

VPCCN OSBORN
3501 N SCOTTSDALE RD
#300
SCOTTSDALE AZ 85251-
5638

Marcus, Leslie S
MRN: 3220726, DOB:            ; Sex: F
Acct #: 10193361591
Visit date: 12/3/2019

Progress Notes by David Yunsung Cho, MD at 12/03/19 1100 (continued)

Labs:
**Hematology Results**
Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| Hematocrit | 35.3 (L) (12/3/2019) | 36.0 - 48.0 % | Not in Time Range |
| Hemoglobin | 11.5 (L) (12/3/2019) | 12.0 - 16.0 g/dL | Not in Time Range |
| Lymphs | 37 (12/3/2019) | % | Not in Time Range |
| MCV | 86.3 (12/3/2019) | 81.0 - 99.0 fL | Not in Time Range |
| Neutrophils Absolute | 3.56 (12/3/2019) | 1.48 - 8.72 $10^3$/uL | Not in Time Range |
| Neutrophils | 51 (12/3/2019) | % | Not in Time Range |
| Platelets | 316 (12/3/2019) | 130 - 450 K/uL | Not in Time Range |
| WBC | 7.0 (12/3/2019) | 4.0 - 10.9 $10^3$/uL | Not in Time Range |

**Renal Results**
No results found for requested labs within last 30 days.

**Liver Results**
No results found for requested labs within last 30 days.

**Coagulation Results**
No results found for requested labs within last 30 days.

**Tumor Markers Results:**
No results found for requested labs within last 30 days.

**Thyroid Results**
No results found for requested labs within last 30 days.

**Vitamin D:**
No results found for requested labs within last 30 days.

**HgA1c Result:**
No results found for requested labs within last 30 days.

**Iron Results:**
No results found for requested labs within last 30 days.

**Cultures:**
No results found for requested labs within last 30 days.

All abnormal labs not clinically significant.

**Imaging:**
**Echo Complete**

Generated by 5608 at 6/17/21 1:33 PM                                    Page 37

**Lincoln/Marcus 1784**

**HONOR**HEALTH™

| | |
|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:              ; Sex: F<br>Acct #: 10193361591<br>Visit date: 12/3/2019 |

Progress Notes by David Yunsung Cho, MD at 12/03/19 1100 (continued)

· RVSP is 25mmHg. no evidence PE
· Low normal left ventricular ejection fraction estimated. Ejection
fraction: 55%.
· Trace mitral valve regurgitation.
· Mild tricuspid valve regurgitation.


**Pathology:**

**Assessment:**
Leslie S Marcus is a 48 y.o. female atient with DVT, depression, AF, GI bleed, who presents with anemia.

1. Anemia
- Due to iron deficiency
- Unclear etiology as she has no heavy menses (hysterectomy at age 38) and GI work up 4/2019 was negative

2. DVT and Bilateral PE, found 4/2019
- Appeaser to be provoked from recent travel and hospitalization 1/2019

**Plan:**
1. Anemia
- Work up negative thus far
- Unclear etiology of iron deficiency
- s/p Venofer x 5
- If iron stores are still low, will replan IV Iron.
- Check CTA. Has an elevated CA125 which can cause PE, and will need to rule out.

2. VTE
- Continue Eliquis 5 mg q12.
- Reviewed management and prognosis of provoked venous thromboembolic disease. For provoked events, generally recommend a finite period of anticoagulation as risk of recurrence is low after 3 months. With her history of PE, would plan at least 6 months Can consider de-escalation to prophylactic dose (per EINSTEIN-CHOICE study) or ASA after the finite duration of therapeutic dose. Recommendations are consistent with ACCP guidelines.
- There is a cost concern and can plan coumadin if needed
- Patient is concerned about risk of recurrence, prefers to continue with full dose therapy. Can plan for total 18 months if she can afford it, esp with family history. Afterwards, can go to Eliquis 2.5 mg12 or ASA.

3. CA125
- CT A/P in light of abdominal pain and nausea

RTO 2 months for OV/labs




Thank you for the opportunity to participate in your patient's care. Please feel free to contact me if any questions or concerns arise.


David Yunsung Cho

Generated by 5608 at 6/17/21 1:33 PM                                         Page 38

**Lincoln/Marcus 1785**

**HONOR**HEALTH™ | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Acct #: 10193361591<br>Visit date: 12/3/2019 | ; Sex: F

Progress Notes by David Yunsung Cho, MD at 12/03/19 1100 (continued)

---

Electronically signed by David Yunsung Cho, MD at 12/03/19 1209

**Lincoln/Marcus 1786**



| | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 10193361591<br>Visit date: 12/3/2019 |

## Progress Notes by Frank E Cibulka, MD at 01/27/20 0845

| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 01/27/20 1752 | Encounter Date: 1/27/2020 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

### Allergies as of 01/27/2020 - Review Complete 01/27/2020

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 1/27/20 encounter
(Office Visit) with Frank E Cibulka, MD.

### Subjective:

**Patient ID:** Leslie S Marcus is a 48 y.o. female.

Chief Complaint
Patient presents with
  • Fatigue
       *pt is here to follow up on this- Mayo recently diagnosed with Lyme disease but then told her it was a false
       positive- she would like to discuss*

Pt is here after  continued  Work up at the mayo clinic
I did review notes  She is currently having neuro workup as she had  positive  ELISA  Test  will await  Full
testing
She is fatigued  Wt minimal ability to  perform ADL's
She feels  Terrible  And hr life  Is  A shell of  What it had  Been

### Fatigue

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs daily. The
problem has been gradually worsening. Associated symptoms include arthralgias and fatigue. Exacerbated by:
actiity. She has tried walking, sleep, rest, relaxation, position changes, oral narcotics, NSAIDs, ice, heat,
eating, acetaminophen and drinking for the symptoms. The treatment provided no relief.

### Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |

Generated by 5608 at 6/17/21  1:33 PM                                              Page 40

**Lincoln/Marcus 1787**

**HONOR**HEALTH™

HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB:          Sex: F
3311 N 44TH ST | Visit date: 1/27/2020
PHOENIX AZ 85018-6461

### Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)

| | |
|---|---|
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |
| • Tingling in extremities | PARESTHESIA |

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue.
HENT: Negative.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**

BP 108/78 | Pulse 69 | Temp 97.6 °F (36.4 °C) (Tympanic) | Resp 15 | Ht 5' 5" (1.651 m) | Wt 146 lb 6.4 oz (66.4 kg) | SpO2 96% | Breastfeeding No | BMI 24.36 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears listless. She appears distressed.

Generated by 5608 at 6/17/21 1:33 PM                                Page 41

**Lincoln/Marcus 1788**

**HONOR**HEALTH™

| | |
|---|---|
| HonorHealth Medical Group<br>Arcadia<br>3311 N 44TH ST<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:        Sex: F<br>Visit date: 1/27/2020 |

**Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)**

HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Neurological: She appears listless.
Psychiatric: Her speech is normal. Judgment normal. Her mood appears anxious. She is slowed. Cognition and memory are normal. She exhibits a depressed mood.

## Assessment & Plan

Leslie was seen today for fatigue.

Diagnoses and all orders for this visit:

**Adjustment disorder with depressed mood**

**Iron deficiency anemia, unspecified iron deficiency anemia type**

**Paroxysmal atrial fibrillation**

**Anxiety as acute reaction to exceptional stress**

**Chronic fatigue**

**Insomnia due to medical condition**

**Tingling in extremities**

**Other orders**
-   azithromycin (ZITHROMAX) 250 mg tablet; Take 1 tablet (250 mg total) by mouth daily for 10 days.

**Patient Instructions**
Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
50+ min

We discussed her  Visit  And reviewed the notes  Form her visits  To the  Mayo
She  Has  A positive  Elisa  test  With negative  HIV  And  The  Lyme looks negative.
She is still having  Fatigue  Lack of  stamina

Generated by 5608 at 6/17/21  1:33 PM                                    Page 42

PAGE 43/63 * RCVD AT 6/17/2021 4:34:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):57-43

**Lincoln/Marcus 1789**

Fax Server                6/17/2021 1:34:08 PM   PAGE   44/063    Fax Server



| | HonorHealth Medical Group | Marcus, Leslie S | |
|---|---|---|---|
| | Arcadia | MRN: 3220726, DOB: | Sex: F |
| | 3311 N 44TH ST | Visit date: 1/27/2020 | |
| | PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)**

 her  Mood  Is still very depressed
She is on meds
 Her  Heart is  Finally unde  control with meds
 She feels  terrible  An her  ADL's are compromised.

This is a very unfortunate  Female  Who had  A MVA  Turn her world upside down
 we will try  Azithromycin  250 mg  Once a day for  10 days
 we are  Doing this  As she felt  Better  When she took  A  Zpak
 we will see if this  helps
 I have also signed  A medical marijuana  Slip

We will send in her  disability form  As  We  Will have  A  Date of  4 months  For  Possible  RTW.

At this time  She is unable  To perform  PT or  OT  At least until hr  Workup  Is  complete

Return in about 4 weeks (around 2/24/2020).

Electronically signed by Frank E Cibulka, MD at 01/27/20 1752

PAGE 44/63 * RCVD AT 6/17/2021 4:34:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Fax Server * ANI:1623879555 * DURATION (mm-ss):57-43

**Lincoln/Marcus 1790**



| HONORHEALTH | HonorHealth Medical Group<br>Arcadia<br>3311 N 44TH ST<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Visit date: 1/27/2020 |
|---|---|---|

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015**

| Author: David Yunsung Cho, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 02/05/20 1038 | Encounter Date: 2/5/2020 | Status: Signed |
| Editor: David Yunsung Cho, MD (Physician) | | |

**HONORHEALTH**

# Virginia G. Piper
# Cancer Care Network

**Name**: Leslie S Marcus
**MRN**: 3220726
**Date of Birth**:          Age:  48 y.o.
**Hematologist/Oncologist**: David Yunsung Cho, MD
**Primary Care Physician**: Frank E Cibulka, MD
**Chief Complaint**: No chief complaint on file.

**Date of Service:** 2/5/2020

**Subjective:**
**History of Present Illness:**

Leslie S Marcus is a 48 y.o. female patient with DVT, depression, AF, GI bleed, who presents with anemia.

Patient had lab work at Mayo Clinic.  On 8/14/19, Hgb was 9.9 g/dl, MCV 85, PLT355, WBC 5.9, ferritin 5, iron sat 7.  Of note, had a SIFE done 4/18/19 which was negative for an M protein

Patient was found to have a PE in April 2019.  She was admitted for blood in her stool  She was found to have a PE (provoked, recent travel and hospitalization).  She was also found to have a left sublcavian thrombus and left peroneal vein thrombosis.  She was discharged on Eliuqis.  She had an EGD 4/14/19 which show chronic gastritis, grade C reflux esophagitis. Colonoscopy showed mucosal ulceration and non bleeding hemorrhoids. She was cleared for anticoagulation.  At that time, her Hgb was 11.3 g/dl. SIFE show no monoclonal proteins. Of note, PT gene mutation, Cardiolipin Ab and beta 2 glycoprotein Abs were normal/negative.

States paternal GF passed from PE.  2 sisters had a DVT, mother had DVT and father had PE.

Had a 2 hour flight prior to VTE.   Hospitalized Janury 2019 for 9 days due to AF, A-Tach.  Has been on Estradiol since hysterectomy.   Stopped Estradiol September 2019.

Been dealing with GI symptoms since 7/2018.  Dealing with persistent nausea since 7/2019  Never had a blood transfusion.
Dealt with AF since 8/2018.  Had another ablation 7/2019.

Hd prior MVA December 2017.  After that had a loto f pains , required steroid injections.  Since then feels she's been doing worse.

At age 21, had left ovary due  .  States colon was "ripped"

---

Generated by 5608 at 6/17/21  1:33 PM                                                      Page 44

**Lincoln/Marcus 1791**

 **HONOR**HEALTH.™

| | | |
|---|---|---|
| VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Acct #: 10200350535<br>Visit date: 2/5/2020 | Sex: F |

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)**

States twin sister has CTD.

Hysterectomy at Age 38 for endometriosis.

**Hematology/Oncology History:**
- Venofer x 5, completed 11/7/19

**Other Medical History:**
- CT A/P 12/12/19 negative

**Interval History:**
Leslie S Marcus presents today for follow up.

Energy improved with Venofer.

3 weeks ago, was at Mayo. Seen by neurologist myalgic encephalomyelitis.

States Hgb was 11.7 g/dl

Generally notes dizziness, lightheadedness. Not improved. Feels nauseous all the time. No stomach pain. No burning. Mostly constipated, but has been chronic. Does have bloating.

Check CA 125 found to be elevated at 50 on 11/21/19. CT A/P is negative.

Having pica (ice cravings) and restless legs, still present but less than prior.

Cannot tolerate iron. Was told to start at Mayo Clinic but causes GI disturbances.

**Medications:**

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg TABS tablet | Take 1 tablet (5 mg total) by mouth 2 (two) times daily. | 60 tablet | 5 |
| • atorvastatin (LIPITOR) 20 mg tablet | TAKE 1 TABLET(20 MG) BY MOUTH AT BEDTIME | 90 tablet | 0 |
| • azelastine (ASTELIN) 0.1 % nasal spray | INL 1 SPRAY IEN BID | | 3 |
| • azithromycin (ZITHROMAX) 250 mg tablet | Take 1 tablet (250 mg total) by mouth daily for 10 days. | 10 tablet | 0 |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 mg by mouth 2 (two) times daily. | | |

Generated by 5608 at 6/17/21 1:33 PM                                    Page 45

**Lincoln/Marcus 1792**

**HONOR**HEALTH.™

| | | |
|---|---|---|
| VPCCN OSBORN | Marcus, Leslie S | |
| 3501 N SCOTTSDALE RD | MRN: 3220726, DOB: | Sex: F |
| #300 | Acct #: 10200350535 | |
| SCOTTSDALE AZ 85251- | Visit date: 2/5/2020 | |
| 5638 | | |

Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)

| Medication | Instructions | Qty 1 | Qty 2 | Refills |
|---|---|---|---|---|
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | | |
| • ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 30 mL | | 2 |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 25 mg by mouth daily. | | | 2 |
| • mirtazapine (REMERON) 30 mg tablet | TAKE 1 AND 1/2 TABLETS(45 MG) BY MOUTH AT BEDTIME | 45 tablet | | 0 |
| • mirtazapine (REMERON) 45 mg tablet | | | | 1 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | | |
| • pantoprazole (PROTONIX) 40 mg tablet | Take 1 tablet (40 mg total) by mouth every 12 (twelve) hours. | 90 tablet | | 0 |
| • VENTOLIN HFA 108 (90 Base) MCG/ACT inhaler | INL 2 PUFFS PO Q 4 TO 6 H PRF SOB AND RELIEF OF ASTHMA SYMPTOMS | | | 5 |

No current facility-administered medications for this visit.

**Review of Systems**
- **General**     Denies recent: Weight changes, weakness, or loss of appetite.
- **EENT**     Denies recent: Vision problems, ear pain, sinus congestion, or sore throat.
- **Respiratory**     Denies recent: Cough, congestion, or shortness of breath
- **Cardiac**     Denies recent: Chest pain/pressure or palpitations.
- **GI**     Denies recent: Abd. Pain, nausea/vomiting, diarrhea/constipation, or melena/hematochezi
- **GU**     Denies recent: Kidney problems, dysuria, urgency, frequency, or hematuria
- **MS**     Denies recent: Muscle aches, back pain, or joint pain/swelling
- **Neuro**     Denies recent: Headaches, strokes, or seizures
- **Psych**     Denies recent: Depression, anxiety, chemical abuse/dependency
- **Endo**     Denies recent: Diabetes or thyroid disease, no temperature intolerance
- **Derm**     Denies recent: Rashes or skin problems
- **Heme/Onc**     Denies recent: Anemia, or cancer

**Most Recent Vitals:**
not currently breastfeeding.

**Physical Exam**

Generated by 5608 at 6/17/21 1:33 PM            Page 46

**Lincoln/Marcus 1793**

**HONOR**HEALTH™

| | | |
|---|---|---|
| VPCCN OSBORN | Marcus, Leslie S | |
| 3501 N SCOTTSDALE RD #300 | MRN: 3220726, DOB: | Sex: F |
| SCOTTSDALE AZ 85251-5638 | Acct #: 10200350535 | |
| | Visit date: 2/5/2020 | |

**Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)**

| | |
|---|---|
| · **General** | Well developed, well nourished, no acute distress |
| · **Eyes** | Pupils equal, round. |
| · **Head** | Normocephalic, atraumatic |
| · **Nose** | Patent without discharge |
| · **Mouth/Throat** | Pharynx clear without erythema or exudate |
| · **Neck** | Soft and supple without lymphadenopathy or thyromegaly |
| · **Chest/Breast** | Non-tender to palpation |
| · **Lungs** | Clear to auscultation, no crackles, rhonchi, or wheezes |
| · **Heart** | Normal S1 S2, no murmurs, clicks, or gallops |
| · **Abdomen** | Soft, non-tender, non-distended, no palpable HSM or masses, + bowel sounds |
| · **Musculoskeletal** | Appears to have normal range of motion x 4 extremities, no joint swelling. No pedal edema |
| · **Lymphatic** | No lymphadenopathy |
| · **Neuro** | Alert, orientedx3, DTR: |
| · **Derm** | No rashes, No sacral decubiti |
| · **Vascular** | JVD: No, Pulses: intact |

## Past Medical History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| · Anxiety | |
| · Atrial fibrillation | |
| · Depression | |
| · Disc disorder | |
| *bulding discs of back* | |
| · Endometriosis | |
| · History of blood clots | |

## Past Surgical History:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| · COLONOSCOPY W/ INTERVENTION, BIOPSY, POLYP, (ENDO) | Left | 4/16/2019 |
| *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | | |
| · COLONOSCOPY (ENDO) | Left | 4/15/2019 |
| *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | | |
| · EGD W/ INTERVENTION, BIOPSY (ENDO) | Left | 4/14/2019 |
| *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | | |
| · EGD W/ INTERVENTION, BIOPSY (ENDO) | Left | 1/26/2019 |
| *Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | | |
| · A FIB ABLATION WITH TEE AND MAPPING | N/A | 12/26/2018 |
| *Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH* | | |
| · HYSTERECTOMY | | |

---

**Lincoln/Marcus 1794**

**HONOR**HEALTH™

VPCCN OSBORN
3501 N SCOTTSDALE RD
#300
SCOTTSDALE AZ 85251-
5638

Marcus, Leslie S
MRN: 3220726, DOB:
Acct #: 10200350535
Visit date: 2/5/2020

, Sex: F

Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)

## Allergies:

### Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | Rash |
| • Corticosteroids | Palpitations |
| _A fib_ | |
| • Zofran [Ondansetron] | Other (See Comments) |
| _Dizziness and flushing, blood pressure dropped_ | |

## Social History:

### Social History

#### Tobacco Use
| | |
|---|---|
| • Smoking status: | Former Smoker |
| • Smokeless tobacco: | Never Used |

#### Substance Use Topics
| | |
|---|---|
| • Alcohol use: | No |

#### Family History
| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart disease | Father | |
| • Other | Sister | |
| • Colorectal Cancer | Maternal Aunt | |
| • Stomach cancer | Maternal Grandmother | |
| • Colorectal Cancer | Maternal Grandfather | |

### Social History

#### Substance and Sexual Activity
| | |
|---|---|
| Alcohol Use | No |

### Social History

#### Substance and Sexual Activity
| | |
|---|---|
| Drug Use | Yes |
| • Types: | Marijuana |
| _Comment: PRN for back pain_ | |

### Social History

#### Tobacco Use
| | |
|---|---|
| Smoking Status | Former Smoker |
| Smokeless Tobacco | Never Used |

**Lincoln/Marcus 1795**

**HONOR**HEALTH.

VPCCN OSBORN
3501 N SCOTTSDALE RD
#300
SCOTTSDALE AZ 85251-
5638

Marcus, Leslie S
MRN: 3220726, DOB:         ; Sex: F
Acct #: 10200350535
Visit date: 2/5/2020

Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)

Labs:

**Hematology Results**

Results in Past 30 Days

| Result Component | Current Result | Ref Range | Previous Result |
|---|---|---|---|
| Hematocrit | 40.9 (2/5/2020) | 36.0 - 48.0 % | Not in Time Range |
| Hemoglobin | 13.5 (2/5/2020) | 12.0 - 16.0 g/dL | Not in Time Range |
| Lymphs | 37 (2/5/2020) | % | Not in Time Range |
| MCV | 88.3 (2/5/2020) | 81.0 - 99.0 fL | Not in Time Range |
| Neutrophils Absolute | 3.30 (2/5/2020) | 1.48 - 8.72 $10^3$/uL | Not in Time Range |
| Neutrophils | 52 (2/5/2020) | % | Not in Time Range |
| Platelets | 368 (2/5/2020) | 130 - 450 K/uL | Not in Time Range |
| WBC | 6.3 (2/5/2020) | 4.0 - 10.9 $10^3$/uL | Not in Time Range |

**Renal Results**

No results found for requested labs within last 30 days.

**Liver Results**

No results found for requested labs within last 30 days.

**Coagulation Results**

No results found for requested labs within last 30 days.

**Tumor Markers Results:**

No results found for requested labs within last 30 days.

**Thyroid Results**

No results found for requested labs within last 30 days.

**Vitamin D:**

No results found for requested labs within last 30 days.

**HgA1c Result:**

No results found for requested labs within last 30 days.

**Iron Results:**

No results found for requested labs within last 30 days.

**Cultures:**

No results found for requested labs within last 30 days.

All abnormal labs not clinically significant.

**Imaging:**

**Echo Complete**

· RVSP is 25mmHg. no evidence PE
· Low normal left ventricular ejection fraction estimated. Ejection
fraction: 55%.
· Trace mitral valve regurgitation.
· Mild tricuspid valve regurgitation.

Generated by 5608 at 6/17/21  1:33 PM

Page 49

**Lincoln/Marcus 1796**



| | | |
|---|---|---|
| **HONOR**HEALTH™ | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 10200350535<br>Visit date: 2/5/2020 |

Progress Notes by David Yunsung Cho, MD at 02/05/20 1015 (continued)

**Pathology:**

**Assessment:**
Leslie S Marcus is a 48 y.o. female  atient with DVT, depression, AF, GI bleed,  who presents with anemia.

1. Anemia
- Due to iron deficiency
- Unclear etiology as she has no heavy menses (hysterectomy at age 38) and GI work up 4/2019 was negative

2. DVT and Bilateral PE, found 4/2019
- Appeaser to be provoked from recent travel and hospitalization 1/2019

**Plan:**
1. Anemia
- Work up negative thus far
- Unclear etiology of iron deficiency
- s/p Venofer x 5
- If iron stores are still low, will replan IV Iron.


2. VTE
- Continue Eliquis 5 mg q12.
- Reviewed management and prognosis of provoked venous thromboembolic disease.  For provoked events, generally recommend a finite period of anticoagulation as risk of recurrence is low after 3 months.  With her history of PE, would plan at least 6 months Can consider de-escalation to prophylactic dose (per EINSTEIN-CHOICE study) or ASA after the finite duration of therapeutic dose.  Recommendations are consistent with ACCP guidelines.
- There is a cost concern and can plan coumadin if needed
- Patient is concerned about risk of recurrence, prefers to continue with full dose therapy.  Can plan for total 18 months if she can afford it, esp with family history.  Afterwards, can go to Eliquis 2.5 mg12 or ASA.

3. CA125
- CT A/P negative

RTO 3 months for OV/labs




Thank you for the opportunity to participate in your patient's care. Please feel free to contact me if any questions or concerns arise.


David Yunsung Cho


Electronically signed by David Yunsung Cho, MD at 02/05/20 1038


Generated by 5608 at 6/17/21  1:33 PM                                          Page 50

**Lincoln/Marcus 1797**

Fax Server             6/17/2021 1:34:08 PM  PAGE  52/063   Fax Server

**HONOR**HEALTH.™

| | VPCCN OSBORN<br>3501 N SCOTTSDALE RD<br>#300<br>SCOTTSDALE AZ 85251-<br>5638 | Marcus, Leslie S<br>MRN: 3220726, DOB:     , Sex: F<br>Acct #: 10200350535<br>Visit date: 2/5/2020 |
|---|---|---|

## Progress Notes by Frank E Cibulka, MD at 02/06/20 1045

Author: Frank E Cibulka, MD          Service: —                Author Type: Physician
Filed: 02/06/20 1703              Encounter Date: 2/6/2020      Status: Signed
Editor: Frank E Cibulka, MD (Physician)

### Allergies as of 02/06/2020 - Review Complete 02/06/2020

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 2/6/20 encounter (Office Visit) with Frank E Cibulka, MD.

### Subjective:

**Patient ID:** Leslie S Marcus is a 48 y.o. female.

**Chief Complaint**
Patient presents with
  • Advice Only
      *Patient is here today for a 2nd opinion on her recent dx from mayo clinic.*

Leslie  And I reviewed her notes  Form the Mayo  integrative  Medicine  evaluation
We both agree with the  evaluation  And findings
 it has been a long  Hoard road  And  She is now  To the point of  having to realize  Things are  Not going to be the same
 this  Does not  Mean they  Cant improve  And  Be even better  But  return to previous  Health is not likely
This is very hard  To deal with  And is against her  general  philosophy of hard  Work  And  No excuses.
she has  Picked up the  Recommended  Naltrexone  And will start

### Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |

Generated by 5608 at 6/17/21 1:33 PM                                    Page 51

**Lincoln/Marcus 1798**

**HONOR**HEALTH™

HonorHealth Medical Group   Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:          Sex: F
3311 N 44TH ST              Visit date: 2/6/2020
PHOENIX AZ 85018-6461

**Progress Notes by Frank E Cibulka, MD at 02/06/20 1045 (continued)**

| | |
|---|---|
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Myalgic encephalomyelitis | CHRONIC FATIGUE SYNDROME |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |
| • Tingling in extremities | PARESTHESIA |
| • Hypermobile joints | FINDING OF RANGE OF JOINT MOVEMENT |
| • PTSD (post-traumatic stress disorder) | POSTTRAUMATIC STRESS DISORDER |
| • Autonomic neuropathy | AUTONOMIC NEUROPATHY |

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and unexpected weight change.
Respiratory: Positive for shortness of breath.
Cardiovascular: Positive for palpitations (treated a fib).
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for weakness.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**

BP 104/62  | Pulse 81  | Temp 97 °F (36.1 °C) (Temporal)  | Resp 16  | Ht 5' 5" (1.651 m)  | Wt 147 lb (66.7 kg)  | SpO2 97%  | BMI 24.46 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.

Generated by 5608 at 6/17/21  1:33 PM                                         Page 52

**Lincoln/Marcus 1799**



| HonorHealth Medical Group | Marcus, Leslie S | |
|---|---|---|
| Arcadia | MRN: 3220726, DOB: | Sex: F |
| 3311 N 44TH ST | Visit date: 2/6/2020 | |
| PHOENIX AZ 85018-6461 | | |

Progress Notes by Frank E Cibulka, MD at 02/06/20 1045 (continued)

Eyes: Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
**DOE**
Musculoskeletal:
   Comments: **General weakness and loss of  Stamina with  neurlagia**
Neurological: She is alert.
Psychiatric: Her speech is normal. She exhibits a depressed mood.

**Assessment & Plan**

Leslie was seen today for advice only.

Diagnoses and all orders for this visit:

**Myalgic encephalomyelitis**

**Autonomic neuropathy**

**PTSD (post-traumatic stress disorder)**

**Hypermobile joints**

**Anxiety as acute reaction to exceptional stress**

**Weight gain**

**Patient Instructions**
Reviewed the mayo report which was extensive!
Long  discussion about the findings  And what  They mean and the  treatment and discussed the options.

She will continue  With the  Naltrexone at this time as she just  Obtained it
  She will also  perform the  Methods  Recommended including to minimize activity which is very hard  To Accept

I have recommended  "The Great Divorce " by C.S Lewis

Our  Discussion was  Extensive
Greater than 70% of the visit was spent in discussion . counseling.
Agreed with the plan
50+ min

Return in about 3 months (around 5/6/2020), or if symptoms worsen or fail to improve.

Generated by 5608 at 6/17/21  1:33 PM                                              Page 53

**Lincoln/Marcus 1800**

**HONOR**HEALTH.

HonorHealth Medical Group    Marcus, Leslie S
Arcadia                      MRN: 3220726, DOB:        , Sex: F
3311 N 44TH ST               Visit date: 2/6/2020
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 02/06/20 1045 (continued)

Electronically signed by Frank E Cibulka, MD at 02/06/20 1703

**Lincoln/Marcus 1801**

Fax Server          6/17/2021 1:34:08 PM   PAGE   56/063   Fax Server



| HonorHealth Medical Group | Marcus, Leslie S |
|---|---|
| Arcadia | MRN: 3220726, DOB:          , Sex: F |
| 3311 N 44TH ST | Visit date: 2/6/2020 |
| PHOENIX AZ 85018-6461 | |

**Progress Notes by Frank E Cibulka, MD at 03/30/20 1300**

| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 03/30/20 1522 | Encounter Date: 3/30/2020 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

## TELEPHONE VISIT NOTE

**Telephone Visit Consent**: Patient contacted to initiate a telephone encounter. Prior to continuing visit, patient was verified using two factors. The patient was reminded that all clinical decision making is being based upon the conversation without a physical exam. It is discussed that further evaluation may be needed. Patient confirms understanding and consents to telephone encounter.

The visit was performed in patient's preferred language by this provider.

## Chief Complaint

Chief Complaint
Patient presents with

- Anxiety
  Patient is having alot of panic attacks. she was tested for covid19 and was negative but she has been having panic attacks.

## Subjective

**Patient ID:** Leslie S Marcus is a 48 y.o. female.
**Anxiety**
The primary symptoms include dysphoric mood and somatic symptoms. The current episode started more than 1 month ago. This is a chronic problem.
Somatic symptoms include fatigue.
The onset of the illness is precipitated by a stressful event and emotional stress. The degree of incapacity that she is experiencing as a consequence of her illness is severe. Sequelae of the illness include an inability to work, harmed interpersonal relations and an inability to care for self. Additional symptoms of the illness include anhedonia, insomnia, appetite change, unexpected weight change, fatigue, agitation, psychomotor retardation, feelings of worthlessness, attention impairment, distractible and poor judgment. Additional symptoms of the illness do not include flight of ideas or inflated self-esteem. She does not admit to suicidal ideas. She does not have a plan to attempt suicide. She does not contemplate harming herself. She has not already injured self. She does not contemplate injuring another person. She has not already injured another person.

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and unexpected weight change.
Cardiovascular:
   **Autonomic neuropathy**
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for weakness.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. Negative for self-injury and suicidal ideas. The patient is nervous/anxious and has insomnia.

PAGE 56/63 * RCVD AT 6/17/2021 4:34:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):57-43

**Lincoln/Marcus 1802**

**HONOR**HEALTH™ | HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB: | , Sex: F
3311 N 44TH ST | Visit date: 3/30/2020
PHOENIX AZ 85018-6461

Progress Notes by Frank E Cibulka, MD at 03/30/20 1300 (continued)

## Medications

Outpatient Medications Marked as Taking for the 3/30/20 encounter
(Office Visit) with Frank E Cibulka, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaZOLAMIDE (DIAMOX) 125 mg tablet | Take 125 mg by mouth 2 (two) times daily. | | |

## Physical Exam

There were no vitals taken for this visit.
**Physical Exam**
Neurological:
   Mental Status: She is alert.

## Assessment & Plan

Leslie was seen today for anxiety.

Diagnoses and all orders for this visit:

**Anxiety as acute reaction to exceptional stress**

**PTSD (post-traumatic stress disorder)**

**Autonomic neuropathy**
   Comments:
     improving  with diamox  and bystolic

**Iron deficiency anemia, unspecified iron deficiency anemia type**
   Comments:
     improved

**Insomnia due to medical condition**

**Patient Instructions**
I di review her  Notes  Form the Mayo
 essentially she  Had a change  To Prozac  From  Effexor
she is also on naltrexone
her anemia is improved  , no iron infusion is needed.
she is  Sleeping okay but  Is much more anxious  With the  covid-19. She  Does not go out
she was tested  For  covid - 19  And was negative  At Mayo.

Generated by 5608 at 6/17/21  1:33 PM | Page 56

**Lincoln/Marcus 1803**

**HONOR**HEALTH™

| | |
|---|---|
| HonorHealth Medical Group | Marcus, Leslie S |
| Arcadia | MRN: 3220726, DOB: |
| 3311 N 44TH ST | Visit date: 3/30/2020 |
| PHOENIX AZ 85018-6461 | Sex: F |

Progress Notes by Frank E Cibulka, MD at 03/30/20 1300 (continued)

I discussed options for her  Increased  Severe anxiety.
Changing  To  Paxil, adding  Buspar.
Ultimately we will  Add Wellbutrin XL  150 mg in the AM  To help with  Focus  Add  Pep.
She will continue on the Prozac  40 mg.

I would like to se her in  3 weeks  Either  Video , phone  But  Preferably in person

she can use  1/2 of the clonazepam  1-2  X during the day.

33 min  Total on the phone

Return in about 3 weeks (around 4/20/2020), or if symptoms worsen or fail to improve.

**Duration of TeleHealth visit:** 33 minutes

Electronically signed by Frank E Cibulka, MD at 03/30/20 1522

**Lincoln/Marcus 1804**



**HONOR**HEALTH.

| HonorHealth Medical Group | Marcus, Leslie S |
| Arcadia | MRN: 3220726, DOB:              , Sex: F |
| 3311 N 44TH ST | Visit date: 3/30/2020 |
| PHOENIX AZ 85018-6461 | |

---

**Progress Notes by Frank E Cibulka, MD at 07/14/20 0930**

Author: Frank E Cibulka, MD          Service: —                          Author Type: Physician
Filed: 07/14/20 1029                  Encounter Date: 7/14/2020            Status: Signed
Editor: Frank E Cibulka, MD (Physician)

## VIDEO VISIT NOTE

**Video Visit Consent:** Patient contacted to initiate a video encounter. Prior to continuing visit, patient was verified using two factors. Patient was advised of the security and privacy risks associated with using Doxy.me and agrees to continue.
Additionally, patient is reminded that all clinical decision making is being based upon the conversation and limited physical exam. It is discussed that further evaluation may be needed due to the limited nature of video visits. Patient confirms understanding and consents to telemedicine encounter.

This video visit is conducted by the provider from medical office.

## Chief Complaint

Chief Complaint
Patient presents with
- Medication Refill
    *Patient would like to discus Zofran*

## Subjective

**Patient ID:** Leslie S Marcus is a 49 y.o. female.
I did review her Past Visit With the mayo clinic
She was Placed on Zofran for Nausea and her sx and QOL Has improved Significantly but Was Told they could not continue to prescribe. Sh has had no side effects And is not allergic To it and I tried to remove form her Allergy list

She is also having some psychological issue as and would like to speak to a Psychologist
She has Lots of Psych issues due to her Disease and the change Of her Life , her new normal

She is currently long term disability and I do not see her returning Form her disability

**Nausea**
This is a chronic problem. The current episode started more than 1 month ago. The problem occurs daily. The problem has been gradually worsening. Associated symptoms include arthralgias, myalgias, nausea and weakness. The symptoms are aggravated by stress. Treatments tried: zofran. The treatment provided significant relief.

Review of Systems
Constitutional: Positive for activity change, appetite change (she is on keto and no real weight chnage but her cholesterol increased and her GFR decreased) and unexpected weight change.
Respiratory: Negative.
Cardiovascular:
    **Had Atrial fib**

---

Generated by 5608 at 6/17/21 1:33 PM                                    Page 58

**Lincoln/Marcus 1805**



| | HonorHealth Medical Group | Marcus, Leslie S | |
|---|---|---|---|
| | Arcadia | MRN: 3220726, DOB: | Sex: F |
| | 3311 N 44TH ST | Visit date: 7/14/2020 | |
| | PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 07/14/20 0930 (continued)**

Gastrointestinal: Positive for nausea.

Musculoskeletal: Positive for arthralgias and myalgias.

Neurological: Positive for weakness.

Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

## Medications

Outpatient Medications Marked as Taking for the 7/14/20 encounter (Video Visit) with Frank E Cibulka, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaZOLAMIDE (DIAMOX) 125 mg tablet | Take 125 mg by mouth 2 (two) times daily. | | |
| • atorvastatin (LIPITOR) 20 mg tablet | TAKE 1 TABLET(20 MG) BY MOUTH AT BEDTIME | 90 tablet | 0 |
| • azelastine (ASTELIN) 0.1 % nasal spray | INL 1 SPRAY IEN BID | | 3 |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • BYSTOLIC 2.5 MG tablet | TAKE ONE-HALF TABLET BY MOUTH DAILY INSTEAD OF METOPROLOL | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. | 60 tablet | 3 |
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | |
| • ELIQUIS 5 MG TABS tablet | TAKE 1 TABLET(5 MG) BY MOUTH TWICE DAILY | 60 tablet | 5 |
| • FLUoxetine (PROZAC) 20 mg capsule | TK 1 C PO QD | | |
| • ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 30 mL | 2 |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 25 mg by mouth daily. | | 2 |
| • mirtazapine (REMERON) 45 mg tablet | TK 1 T PO QHS | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | |
| • NALTREXONE HCL PO | Take 0.5 mg by | | |

**Lincoln/Marcus 1806**