**HONOR**HEALTH™

| HonorHealth Medical Group | Marcus, Leslie S | |
| Arcadia | MRN: 3220726, DOB: | Sex: F |
| 3311 N 44TH ST | Visit date: 7/14/2020 | |
| PHOENIX AZ 85018-6461 | | |

**Progress Notes by Frank E Cibulka, MD at 07/14/20 0930 (continued)**

mouth.

- non formulary (MEDICATION NAME IN INSTRUCTIONS) — Take 1 each by mouth daily.
- [DISCONTINUED] ondansetron (ZOFRAN) 8 mg tablet — Take 8 mg by mouth Three times daily as needed.

## Physical Exam

There were no vitals taken for this visit.
**Physical Exam**
Constitutional:
  Appearance: Normal appearance. She is not ill-appearing.
HENT:
  Head: Normocephalic and atraumatic.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Musculoskeletal:
  Comments: **Chronic fatigue**
**She is sore  With any activity**
**She is swimming**
Neurological:
  General: No focal deficit present.
  Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.
  Motor: Weakness present.
Psychiatric:
  Mood and Affect: Mood is depressed.

Gen: No acute distress., HEENT: atraumatic, normocephalic., Respiratory: Breathing is unlabored.  Speaking in full sentences, Psych: Normal affect and mood. and Neuro: Grossly nonfocal.  Awake and alert.

## Assessment & Plan

Leslie was seen today for medication refill.

Diagnoses and all orders for this visit:

**Nausea**

**Anxiety as acute reaction to exceptional stress**
  -   Ambulatory referral to Psychology

**PTSD (post-traumatic stress disorder)**
  -   Ambulatory referral to Psychology

EXHIBIT

C, part 5

**Lincoln/Marcus 1807**

Fax Server            6/17/2021 1:34:08 PM    PAGE   62/063    Fax Server



| | | |
|---|---|---|
| HonorHealth Medical Group | Marcus, Leslie S | |
| Arcadia | MRN: 3220726, DOB: | Sex: F |
| 3311 N 44TH ST | Visit date: 7/14/2020 | |
| PHOENIX AZ 85018-6461 | | |

Progress Notes by Frank E Cibulka, MD at 07/14/20 0930 (continued)

**Autonomic neuropathy**

**CFS (chronic fatigue syndrome)**

**Other orders**
- ondansetron (ZOFRAN) 4 mg tablet; Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed for up to 7 days for Nausea.

**Patient Instructions**
Zofran 4 mg up to 3 X a day.
Activity as tolerated.
Reviewed her old records.

She is still fully disabled.

I do not think this will improve.

I would like her to stop the keto diet.

Refer to Dr. Choca

Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
40+ min

Return in about 4 weeks (around 8/11/2020), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD at 07/14/20 1029

PAGE 62/63 * RCVD AT 6/17/2021 4:34:04 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/4 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):57-43

**Lincoln/Marcus 1808**



HonorHealth Medical Group   Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:              Sex: F
3311 N 44TH ST              Visit date: 7/14/2020
PHOENIX AZ 85018-6461

## END OF REPORT

**Lincoln/Marcus 1809**



## Fax Transmission

**Date:** 6/17/21

**To:** LINCOLN FINANCIAL DISABILITY AND LIFE CLAIMS

**Phone Number:** 800-291-0112
**Fax Number:** 603-430-1754

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

---

If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 1810**



| | SOMC Osborn Medical | Marcus, Leslie S | |
|---|---|---|---|
| **HONOR**HEALTH™ | Center | MRN: 3220726, DOB: | Sex: F |
| | 7400 E. Osborn Road | Acct #: 2223801 | |
| | Scottsdale AZ 85251-6432 | Adm: 12/26/2018, D/C: 12/27/2018 | |

## Discharge Summaries

### Discharge Summary by Jayna Sumiko Ling, NP at 12/27/18 1000

| Author: Jayna Sumiko Ling, NP | Service: Electrophysiology | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 12/27/18 1029 | Date of Service: 12/27/18 1000 | Creation Time: 12/27/18 1000 |
| Status: Attested | Editor: Jayna Sumiko Ling, NP (Nurse Practitioner) | |

Related Notes: Original Note by Jayna Sumiko Ling, NP (Nurse Practitioner) filed at 12/27/18 1012
Cosigner: Thomas A Mattioni, MD at 12/27/18 1124

Attestation signed by Thomas A Mattioni, MD at 12/27/18 1124

EP Attending Addendum Note

Patient was seen and examined. All questions answered.
Patient has been hemodynamically stable overnight, remaining in SR s/p PVI yesterday. She is ready for home, pending results of post-procedure echo this morning. Out-patient follow-up has been arranged.

Thomas A Mattioni, MD



**HONOR HEALTH OSBORN**

**Arizona Arrhythmia Consultants**

Name: Leslie S Marcus
MRN: 3220726
Date of Birth:            Age: 47 y.o.
Primary Care Physician: Frank E Cibulka, MD
Phone: 480-882-7360

Discharge Summary

**Admission Date/Time: 12/26/2018  6:17 AM**
**Discharge Date: 12/27/18**

**Reason for Admission:**
Leslie S Marcus is a 47 y.o. female with PAF s/p Cryo PVI with Dr. Bhutto 12/26/18. No procedural complications noted.

**Medications**

Marcus, Leslie S

Generated by 5608 at 6/17/21  1:42 PM                                                    Page 1

**Lincoln/Marcus 1811**

 **HONOR**HEALTH™

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:        , Sex: F<br>Acct #: 2223801<br>Adm: 12/26/2018, D/C: 12/27/2018 |

Discharge Summaries (continued)

Discharge Summary by Jayna Sumiko Ling, NP at 12/27/18 1000 (continued)

| Home Medication Instructions | HAR:2223801 |
|---|---|
| | Printed on:12/27/18 1000 |

| Medication Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| apixaban (ELIQUIS) 2.5 mg TABS tablet<br>Take 5 mg by mouth daily. | | | | | | | |
| atorvastatin (LIPITOR) 20 mg tablet<br>Take 20 mg by mouth at bedtime. | | | | | | | |
| flecainide (TAMBOCOR) 50 mg tablet<br>50 mg 2 (two) times daily. 1 tablet bid | | | | | | | |
| gabapentin (NEURONTIN) 300 mg capsule<br>300 mg 3 (three) times daily. 600mg daily and will<br>increase to 900mg next week | | | | | | | |
| HYDROcodone-acetaminophen (NORCO) 5-325 mg<br>per tablet<br>Take 1 tablet by mouth at bedtime as needed for<br>Pain. for cough suppression. Recommend 1/2 pill at<br>bedtime. | | | | | | | |
| ipratropium (ATROVENT) 0.03 % nasal spray<br>2 sprays by Nasal route 3 (three) times daily. As<br>needed for runny nose,rhinitis and post nasal drip | | | | | | | |
| metoprolol succinate (TOPROL XL) 25 mg 24 hr<br>tablet<br>1 tablet daily | | | | | | | |
| SYMBICORT 160-4.5 MCG/ACT inhaler<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY<br><br>Protonix 40mg daily x 1 month | | | | | | | |

Consult
None

Physical Examination:
Vital signs: Blood pressure 112/76, pulse 87, temperature 98.7 °F (37.1 °C), temperature source Oral, resp.
rate 18, height 5' 5" (1.651 m), weight 68.4 kg (150 lb 11.2 oz), SpO2 96 %.
Gen: NAD, WDWN
HEENT: Normocephalic, Atraumatic, Normal hair pattern, No JVD

Generated by 5608 at 6/17/21  1:42 PM                                               Page  2

**Lincoln/Marcus 1812**

Fax Server            6/17/2021 1:45:13 PM   PAGE   4/190   Fax Server



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH™ | 7400 E. Osborn Road | MRN: 3220726, DOB:        , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 2223801 |
| | | Adm: 12/26/2018, D/C: 12/27/2018 |

Discharge Summaries (continued)

Discharge Summary by Jayna Sumiko Ling, NP at 12/27/18 1000 (continued)

**CV:** RRR no murmur rubs or gallops
**Pulm:** Clear to auscultation bilaterally, Normal chest expansion
**Abd:** Soft non-tender non-distended
**Ext:** No edema No deformity
**Neuro:** Alert and oriented X3, CN II-XII grossly intact
**Psych:** Appropriate mood and affect
**Procedure Site:**

Labs:
**Recent Labs**

| | 12/26/18 0652 |
|---|---|
| MCH | 29.0 |
| MCV | 86.9 |
| HCT | 34.1* |
| K | 3.7 |
| CREATININE | 1.0 |
| BUN | 16 |
| WBC | 6.9 |
| HGB | 11.4* |
| PLTCT | 308 |
| INR | 0.96 |

**Radiology:**

**ECG:**

PAGE 4/190 * RCVD AT 6/17/2021 4:45:09 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):206-58

**Lincoln/Marcus 1813**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH™ | 7400 E. Osborn Road | MRN: 3220726, DOB:        , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 2223801 |
| | | Adm: 12/26/2018, D/C: 12/27/2018 |

## Discharge Summaries (continued)

### Discharge Summary by Jayna Sumiko Ling, NP at 12/27/18 1000 (continued)



## PROBLEM LIST
### Patient Active Problem List

| Diagnosis | Code | SNOMED CT(R) |
|---|---|---|
| • Other and unspecified hyperlipidemia | E78.5 | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | F41.1 | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | J45.909 | |
| • Irritable bowel syndrome | K58.9 | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | M81.8 | OSTEOPOROSIS |
| • Headache(784.0) | R51 | |
| • Weight gain | R63.5 | WEIGHT GAIN |
| • Notalgia | M54.9 | BACKACHE |
| • Elevated platelet count | R79.89 | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | I48.0 | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | R05 | COUGH |
| • Functional gait abnormality | R26.89 | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with | F43.21 | ADJUSTMENT DISORDER |

Generated by 5608 at 6/17/21  1:42 PM

PAGE 5/190 * RCVD AT 6/17/2021 4:45:09 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):206-58

**Lincoln/Marcus 1814**



| HONORHEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 2223801 Adm: 12/26/2018, D/C: 12/27/2018 |
|---|---|---|

## Discharge Summaries (continued)

**Discharge Summary by Jayna Sumiko Ling, NP at 12/27/18 1000 (continued)**

depressed mood                                    WITH DEPRESSED MOOD

**Hospital Course: patient complaining of pleuritic chest pain this am,**

**Plan**
Limited echo to eval for possible effusion given pleuritic chest pain complaints.
CXR
Toradol now. Attempt tramadol for pain. Instead of narcs.
If normal echo then okay for home later today.
F/up with Dr. Bhutto in 1 month

Jayna Ling, NP
Arizona Arrhythmia Consultants
3225 N Civic Center Plz, Suite 1
Scottsdale, AZ 85251
Phone 480-246-3000
Fax 480-246-3100
www.AACHeart.com

Electronically signed by Jayna Sumiko Ling, NP on 12/27/18 1003
Electronically signed by Jayna Sumiko Ling, NP on 12/27/18 1007
Electronically signed by Jayna Sumiko Ling, NP on 12/27/18 1012
Electronically signed by Jayna Sumiko Ling, NP on 12/27/18 1029
Electronically signed by Thomas A Mattioni, MD on 12/27/18 1124

## H&P Notes

H&P by Junaid Bhutto, MD at 12/26/18 0839

| Author: | Junaid Bhutto, MD | Author Type: | Physician | Filed: | 12/26/18 1029 |
|---|---|---|---|---|---|
| Note Status: | Addendum | Cosign: | Cosign Not Required | Date of Service: | 12/26/18 0839 |
| Creation Time: | 12/26/18 0839 | | | | |
| Editor: | Junaid Bhutto, MD (Physician) | | | | |

**Lincoln/Marcus 1815**

 HONORHEALTH™

| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 2223801<br>Adm: 12/26/2018, D/C: 12/27/2018 |

H&P Notes (continued)



ARIZONA ARRHYTHMIA CONSULTANTS

### CARDIAC ELECTROPHYSIOLOGY HISTORY AND PHYSICAL
### UPDATE

Name: Leslie S Marcus
MRN: 3220726
Date of Birth:          Age:  47 y.o.
Attending Physician: Junaid Bhutto, MD
Admission Date/Time: 12/26/2018  6:17 AM
Date of service: 12/26/2018

### HISTORY OF PRESENT ILLNESS

Patient is a 47 y.o., female with PAF, here for PVI with cryoballoon technique.

**See Consult note dated 11/19/18. This was reviewed and current . No new findings on history or repeat physical exam.**

### MEDICATIONS PRIOR TO ADMISSION

Medications Prior to Admission

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 2.5 mg TABS tablet | Take 5 mg by mouth daily. | | |
| • atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth at bedtime. | | |
| • flecainide (TAMBOCOR) 50 mg tablet | 50 mg 2 (two) times daily. 1 tablet bid | | |
| • gabapentin (NEURONTIN) 300 mg capsule | 300 mg 3 (three) times daily. 600mg daily and will increase to 900mg next week | | |
| • ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 30 mL | 2 |
| • metoprolol succinate (TOPROL | 1 tablet daily | | |

Generated by 5608 at 6/17/21  1:42 PM                                                   Page  6

**Lincoln/Marcus 1816**

| **HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 2223801<br>Adm: 12/26/2018, D/C: 12/27/2018 |
|---|---|---|

**H&P Notes (continued)**

| | | | |
|---|---|---|---|
| XL) 25 mg 24 hr tablet | | | |
| • HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet | Take 1 tablet by mouth at bedtime as needed for Pain. for cough suppression. Recommend 1/2 pill at bedtime. | 20 tablet | 0 |
| • SYMBICORT 160-4.5 MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH TWICE DAILY | 1 Inhaler | 3 |

## ALLERGIES

**Allergies**

| Allergen | Reactions |
|---|---|
| • Corticosteroids<br>  *A fib* | |

Otherwise the patient has no known iodine, or food allergies.  There is no latex allergy.

## PHYSICAL EXAMINATION

| Vital Signs | Temp: 97.3 °F (36.3 °C)<br>Temp Source: Oral<br>Heart Rate: 60<br>Resp: 16<br>BP: 99/68<br>SpO2: 97 % |
|---|---|
| General | The patient is well developed, well nourished, NAD. |
| HEENT | The patient is normocephalic, atraumatic. |
| Neck | The neck was supple.  No apparent masses. Carotids 2+/2, no bruits, no JVD |
| Respiratory: | Normal respiratory effort .  Clear to ausculation bilaterally without rales, rhonchi, or wheezes. |
| Heart: | RRR, normal S1,S2, no S3 gallop, no murmurs, clicks, or rubs. |
| Gastrointestinal: | Soft, non tender, without organomegaly, bowel sounds present. |
| Musculoskeletal: | Normal ROM all extremities |
| Extremities: | No clubbing, cyanosis, edema, DP, PT pulses 2+/2. |
| Skin: | No rashes, masses, or indurations. |
| Neurologic/ Psychiatric: | Awake,alert, oriented x 3, grossly intact no focal deficits. |

## LABORATORIES

Generated by 5608 at 6/17/21  1:42 PM                                              Page  7

**Lincoln/Marcus 1817**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH™ | 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 2223801 |
| | | Adm: 12/26/2018, D/C: 12/27/2018 |

### H&P Notes (continued)

Reviewed/Pending : See results review section

**Chemistries:**
**Recent Labs**

| | 12/26/18 0652 |
|---|---|
| NA | 138 |
| K | 3.7 |
| CL | 105 |
| CO2 | 28 |
| BUN | 16 |
| CREATININE | 1.0 |
| GLU | 94 |
| CA | 8.9 |

No results for input(s): MG in the last 72 hours.

**Cardiac:**
No results for input(s): CK, CKMB, TROP in the last 72 hours.
No results for input(s): BNP in the last 72 hours.
No results for input(s): CHOL, HDL, LDL, TRIG in the last 72 hours.

**Hematology:**
**Recent Labs**

| | 12/26/18 0652 |
|---|---|
| WBC | 6.9 |
| HGB | 11.4* |
| HCT | 34.1* |
| PLTCT | 308 |

**Coagulation:**
**Recent Labs**

| | 12/26/18 0652 |
|---|---|
| PRO | 12.7 |
| INR | 0.96 |

### RADIOLOGY

Chest X-Ray: Reviewed/Pending, See results review section

### CARDIAC TESTING

ECG:Reviewed/Pending, See results review section
Echocardiogram:Reviewed/Pending, See results review section

Generated by 5608 at 6/17/21  1:42 PM                        Page  8

**Lincoln/Marcus 1818**

 **HONOR**HEALTH.

SOMC Osborn Medical
Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:            , Sex: F
Acct #: 2223801
Adm: 12/26/2018, D/C: 12/27/2018

H&P Notes (continued)

## ASSESSMENT AND PLAN

- **TEE**
- **AF cryo PVI ablation**

**Procedure details, Risks and Benefits reviewed in detail again. The patient (and family) understand and agree to procedure. Paper consent signed and in the chart. (media section)**

Junaid Bhutto, MD
12/26/2018
8:39 AM

Showing 1 note, more notes may be available.

## OP Notes

Brief Op Note by Junaid Bhutto, MD at 12/26/18 0841

| Author: | Junaid Bhutto, MD | Author Type: | Physician | Filed: | 12/26/18 1028 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 12/26/18 0841 |
| Creation Time: | 12/26/18 0841 | | | | |
| Editor: | Junaid Bhutto, MD (Physician) | | | | |

### A FIB ABLATION WITH TEE AND MAPPING  Procedure

**Progress Note**

Leslie S Marcus
12/26/2018

**All items MUST be fully completed**

**Pre-op Diagnosis:** Paroxysmal atrial fibrillation [I48.0]

**Post-op Diagnosis:** PAF

**Procedure(s) performed:** Procedure(s):
A FIB ABLATION WITH TEE AND MAPPING

Generated by 5608 at 6/17/21  1:42 PM

**Lincoln/Marcus 1819**

**HONOR**HEALTH™ | SOMC Osborn Medical Center | Marcus, Leslie S
7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F
Scottsdale AZ 85251-6432 | Acct #: 2223801
| Adm: 12/26/2018, D/C: 12/27/2018

OP Notes (continued)

**Laterality:** Bilateral

**Surgeon(s)/Physician(s):**    * Junaid Bhutto, MD - Primary

**Name of Assistants(s):** None

**Anesthesia type:** General

**Estimated Blood Loss:** Minimal

**Blood Products Administered:** Did not receive any intraoperative transfusion

**Complications:** None

**Specimen(s) removed:**
Specimens (From admission, onward)
None


**Intentional Packing Info:**


**Grafts/Implants/Medical Device(s):** * No implants in log *

**Drains:** None

Urethral Catheter Indwelling 16 Fr. (Active)
| | | |
|---|---|---|
| Urine Color | Yellow | 12/26/2018 7:18 AM |
| Urine Appearance | Clear | 12/26/2018 7:18 AM |

**Findings:** Same as Post-op Diagnosis

**Debridement:** No Debridement

**Closing:** N/A

**Date:** 12/26/2018 **Time:** 10:28 AM **Physician** Junaid Bhutto

**Per Medical Staff Rules and Regs: This brief post procedure progress note must be documented immediately following surgery and before the patient is transferred to the next level of care (e.g. before the patient leaves the post anesthesia care area)**


Op Note by Junaid Bhutto, MD at 12/26/18 0841

| Author: | Junaid Bhutto, MD | Author Type: | Physician | Filed: | 12/26/18 1028 |
|---|---|---|---|---|---|
| Note | Signed | Cosign: | Cosign Not Required | Date of | 12/26/18 0841 |

Generated by 5608 at 6/17/21 1:42 PM | Page 10

**Lincoln/Marcus 1820**



SOMC Osborn Medical
Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:        , Sex: F
Acct #: 2223801
Adm: 12/26/2018, D/C: 12/27/2018

OP Notes (continued)

| | |
|---|---|
| Status: | Service: |
| Creation Time: | 12/26/18 0841 |
| Editor: | Junaid Bhutto, MD (Physician) |





## HONOR HEALTH OSBORN

### ELECTROPHYSIOLOGY PROCEDURE NOTE

**Date of Service: 12/26/2018**
**Patient:** Leslie S Marcus
**MRN:** 3220726
**Age:** 47 y.o.
**Sex:** female

**Procedure:**
1. TEE
2. 3D mapping of Right and Left atrium
3. Cryoablation of AF with PVI of 4 PVs.
4. Intracardiac echocardiogram

**H&P Status:** Reviewed

**Indication:**
1. Paroxysmal AF

**Attending:** Junaid Bhutto, MD

**Medications:** Sedation per Anesthesia

**Access:** Venous (Femoral vein x 3 on right, Femoral vein x 1 on left)

**Findings/Results:**
1. No intracardiac thrombus on TEE
2. Successful Transseptal Puncture under Intracardiac Echo guidance
3. Patient anticoagulated to an ACT of 350 - 450 sec
4. Four Pulmonary veins mapped

Generated by 5608 at 6/17/21 1:42 PM                                    Page 11

**Lincoln/Marcus 1821**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:        , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 2223801 |
| | | Adm: 12/26/2018, D/C: 12/27/2018 |

OP Notes (continued)

5. Four Pulmonary veins isolated with cryoablation. Entrance and exit block confirmed in each vein.

### Atrial Fibrillation Cryoablation

The patient underwent an extensive cryoablation of the left atrium for recurrent paroxysmal atrial fibrillation. The patient was placed under general anesthesia and a transesophageal echocardiogram was performed that excluded a cardiac thrombus.
A temperature probe was placed via the oropharynx into the esophagus, for temperature monitoring of the esophagus during RF delivery and Cryoablation.
Using intracardiac echo catheter (ICE) guidance a single transeptal puncture was performed and an SL1 catheter was placed in the LA with a variable loop Lasso placed in the SL1 sheath. Left atrial placement was confirmed by ICE. The patient was started on IV heparin with a bolus and infusion after transseptal puncture and ACTs monitored frequently to a level of 350-400s. All 4 PVs were mapped. A pre-procedure CT showed 4 distinct pulmonary veins.
A 3-D map of the left atrium was created with mapping of the pulmonary veins using ESI and intracardiac mapping. The patient had two right pulmonary veins, superior and inferior (RSPV, RIPV) and two left pulmonary veins (LIPV/LSPV) .
The SL1 was exchanged for a FlexCath sheath and a Cryoballoon was placed into the left atrium. The 4 PVs were sequentially ablated with loss of PV potentials in all 4 veins and exit block. A Temperature probe was used through the case with normal temperatures. At the conclusion of the ablations lesions in the left atrium, the catheter/sheath was removed as a unit from the left atrium. Heparin was stopped and reversed with protamine.

**Closure:** Figure of eight stitch on bilateral groins.

**Complications:** Noneapparent

**A/P:**
1. Bedrest x 6 hours.
2. Anticoagulation: ELiquis
3. AAD: Flecainide
4. Rate control: Cardizem
5. Protonix 40 mg daily x 1 month starting tomorrow.

**Please see procedure log for EP study measurements.**

Junaid Bhutto, MD
Arizona Arrhythmia Consultants
3225 Civic Center Plaza, Suite 1
Scottsdale, AZ  85251
480.246.3000
 www.aacheart.com

Procedure Notes

Procedures filed by Default Authenticator Edi at 12/07/18 1506

Generated by 5608 at 6/17/21  1:42 PM                                    Page 12

**Lincoln/Marcus 1822**

**HONOR**HEALTH.™

| | | | |
|---|---|---|---|
| SOMC Osborn Medical Center | Marcus, Leslie S | | |
| 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F | |
| Scottsdale AZ 85251-6432 | Acct #: 2223801 | | |
| | Adm: 12/26/2018, D/C: 12/27/2018 | | |

Procedure Notes (continued)

| | | | | | |
|---|---|---|---|---|---|
| Author: | Default Authenticator Edi | Author Type: | | Filed: | 12/07/18 1506 |
| Completion Status: | Authenticated | Availability: | Available | Document ID: | OB42244746 |
| Note Status: | Signed | Date of Service: | 12/26/18 0000 | Creation Time: | 12/07/18 1506 |
| Editor: | Interface, Transcription Incoming | | | | |

**Transcription Details: Physician Orders**

| | | | | | |
|---|---|---|---|---|---|
| Dictated By: | Not found | Dictated Date: | 12/07/18 | Dictated Time: | 1317 |
| Transcribed By: | Not found | Transcribed Date: | Not found | Transcribed Time: | Not found |

Procedure Orders
1. PHYSICIAN ORDERS [171257326] ordered by Default Authenticator Edi at 12/26/18 0000

Scan on 12/7/2018 1317: A FIB (below)

---

**Lincoln/Marcus 1823**



| HONORHEALTH. | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:            Sex: F<br>Acct #: 2223801<br>Adm: 12/26/2018, D/C: 12/27/2018 |

## Procedure Notes (continued)

12/87/18  13:82:42  HonorHealth        ->          Honor Health        Page 882

12/26/18 ☾ 8 am w/ JB SHO

**AAC**  Arizona Arrhythmia Consultants, PLC          **PROCEDURE PLAN**

Phone 480-246-3000 Fax 480-246-3100          **"BLUE SHEET"**

Patient Name: _Leslie MARCUS_    DOB _____

Phone number: _____    Date of Clinic __11 / 19 / 18__

Referring Physician: _____    ☑ Civic Center ☐ North Office ☐ Prescott Valley

**Diagnosis:** PAF

| | | | **Device** | **WHEN SCHEDULED:** |
|---|---|---|---|---|
| EP STUDY | ☐ 1 Wire ☐ 2 wire ☐ 3-4 Wire | | ☐ New Implant | ☐ Lead Revision |
| | | | ☐ Generator Change | ☐ Extraction |
| ABLATION | ☐ AFL | Mapping | ☐ Temporary Pacemaker | ☐ Upgrade |
| | ☐ PVI Atrial Fib/Focal Fib | ☐ ESI | ☐ NIPS (DFT TESTING) | ☐ LAA Closure Dev |
| | ☐ RVOT | ☐ BIOSENSE | ☐ Fluoroscopy of | ☐ Venogram |
| | ☐ Ischemic V-Tach | ☐ CRYO | | ☐ Removal |
| | ☐ Idiopathic VT | ☐ TEE | | |
| | ☐ SVT | | | |
| | ☐ AV Node | | | |

*PVI (AFIB) RFA - PT **MUST** HAVE ECHO & NUCLEAR STESS TEST WITHIN 18 MONTHS **BEFORE** PT CAN BE SCHEDULED.

☐ Tilt Table

☐ Cardioversion    ☐ TEE/Cardioversion

| | |
|---|---|
| ☐ SC PM | ☐ CRT P |
| ☐ DC PM | ☐ CRT D |
| ☐ SC ICD | ☐ SQ ICD |
| ☐ DC ICD | ☐ ILR |

**ADMIT FOR MEDICATION**

☐ Tikosyn (Dofetilide)

☐ Betapace (Sotalol)

☐ Other _____

Rep to call: ☐ Rotation ☐ Biotronik ☐ BSI ☐ St Jude ☐ Medtronic ☐ ELA

Reason for non rotation request _____

☑ Anesthesia to be scheduled _____

**INSTUCTIONS:**

☐ PT/INR > 2.0  ☐ Check 1-2 day before  ☐ Weekly x 4

☐ Coumadin/Warfarin - Stop 1-5 days prior _____

☐ Pradaxa - Stop 2 days prior

☐ Eliquis - Stop 2 days prior

☐ Xarelto - Stop 2 days prior

☐ DC _____

☑ NO MEDS TO STOP

☐ Meds to stop, day of procedure/For 24 hours (circle one) (ACE & ARB) _____

**Hospital:**

☑ Scottsdale – Osborn   ☐ Deer Valley

☐ Scottsdale – Shea    ☐ JCL North Mtn

☐ Scottsdale – TPK

**Provider to do Procedure:**

| ☐ TAM | ☐ MSZ | ☑ JB |
| ☐ DWR | ☐ SP | ☐ ANY |

---

**Special Instructions**

☐ On Coumadin to be regulated by: _____

☐ New on Coumadin to be regulated by: _____

☐ Diabetic

☐ Allergy to: Contrast or Iodine

**Research:**

Research Patient ☐ Y ☐ N  Study: _____

☐ Needs Pre Screen EKG

**Scheduling Information**

☐ Pt. will call when ready

☐ Pending ERI/Date reached ERI

☐ Within _____ days/weeks (circle one)

☐ ASAP

---

Ordering Doctor or NPP _____          Recorded by authorized scheduler _____

**Research:**

Instructions:  no auth needed        PT Contacted: _____

☐ AUTH SHEET DONE   11/26/18 MB

Arizona Arrhythmia Consultants, PLC

**Lincoln/Marcus 1824**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 2223801 |
| | | Adm: 12/26/2018, D/C: 12/27/2018 |

### Procedure Notes (continued)

12/87/18   13:87:56   HonorHealth        ->            Honor Health      Page 884

**Arizona Arrhythmia Consultants, PLC**

Thomas Mattioni, M.D.        CPT:      ,93320,93325
David Riggio, M. D.                              9331z
Michael Zawaneh, M.D.
Sushmitha Patibandla, M.D.
Junaid Bhutto, M.D.

Phone 480-246-3000   Fax 480-246-3100

Marcus, Leslie

## PHYSICIAN'S ORDERS
TEE

Patient Status:  ☐ Inpatient  ☐ Outpatient  ☐ Outpatient in a bed
        (for assistance in determining status contact Case Management)

1.  Consent Transesophageal echocardiogram.
2.  If patient is categorized as out-patient, patient is allowed to use their own home medications.
3.  NPO after midnight.
4.  IV 0.9% Normal Saline 20 cc/hr.
5.  Versed 1 vial at bedside.
6.  BMP, CBC, PT/INR.
7.  EKG.

Junaid Bhutto, MD                              Date _____

**Lincoln/Marcus 1825**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 2223801 | |
| | | Adm: 12/26/2018, D/C: 12/27/2018 | |

**Procedure Notes (continued)**

12/07/18  13:00:17  HonorHealth        ->        Honor Health    Page 005

### Arizona Arrhythmia Consultants, PLC

Thomas Mattioni, M.D.
David Riggio, M. D.
Michael Zawaneh, M.D.
Sushmitha Patibandla, M.D.
Junaid Bhutto, M.D.

Phone 480-246-3000    Fax 480-246-3100

Marcus Leslie

93455, 93056, 93657
93682, 90623, 93604
93613, 93642 93312
63380, 93325

**PHYSICIAN'S ORDERS**
Electrophysiology Study -
Radiofrequency Ablation for
Atrial Fibrillation

Patient Status:  ☐ Inpatient  ☐ Outpatient  ☐ Outpatient in a bed
(for assistance in determining status contact Case Management)

1. Consent for Electrophysiology Study, Radiofrequency Ablation, possible Permanent Pacemaker Insertion, possible Transseptal Catheterization, possible Intracardiac Echo.
2. Transesophageal Echo.
3. If patient is categorized as out-patient, patient is allowed to use their own home medications.
4. NPO after midnight.
5. IV Saline/Heparin lock.
6. EKG
7. BMP, CBC, INR.
8. Serum Pregnancy test for women of childbearing age.
9. Foley catheterization
10. Arterial Line Insertion per Anesthesiologist preference

Junaid Bhutto, M.D.                                Date

JB EPS RFA AFL orders 2011.doc
Confidential    Page 1  1/7A/2011

Procedures filed by Default Authenticator Edi at 12/07/18 1506

| Author: | Default Authenticator Edi | Author Type: | | Filed: | 12/07/18 1506 |
|---|---|---|---|---|---|
| Completion Status: | Authenticated | Availability: | Available | Document ID: | OB42247780 |
| Note Status: | Signed | Date of Service: | 12/26/18 0000 | Creation Time: | 12/07/18 1506 |
| Editor: | Interface, Transcription Incoming | | | | |

Generated by 5608 at 6/17/21  1:42 PM                                Page 16

**Lincoln/Marcus 1826**

**HONOR**HEALTH™    SOMC Osborn Medical   Marcus, Leslie S
                    Center                MRN: 3220726, DOB:          , Sex: F
                    7400 E. Osborn Road   Acct #: 2223801
                    Scottsdale AZ 85251-6432   Adm: 12/26/2018, D/C: 12/27/2018

Procedure Notes (continued)

**Transcription Details: Physician Orders**

| Dictated By: | Not found | Dictated Date: | 12/07/18 | Dictated Time: | 1502 |
|---|---|---|---|---|---|
| Transcribed By: | Not found | Transcribed Date: | Not found | Transcribed Time: | Not found |

Procedure Orders:
1. PHYSICIAN ORDERS [171257327] ordered by Default Authenticator Edi at 12/26/18 0000

Scan on 12/7/2018 1502: MED ADMIT (below)

**Lincoln/Marcus 1827**

 **HONOR**HEALTH™

| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 2223801 |
| | Adm: 12/26/2018, D/C: 12/27/2018 |

### Procedure Notes (continued)

12/87/18   13:13:12   HonorHealth          ->            Honor Health      Page 812

---

ARIZONA
ARRHYTHMIA
CONSULTANTS

**EPS/Ablations –**

Patient Name: _Leslie Marcus_
Today's Date: _11/26_
Procedure Date: _12/26/18 @ 8am_

Hospital – Case# _162478_
SHO: _Corina, 11/29 @ 9:58 pm_          Deer Valley: _____
SHEA: _____                              North Mountain: _____
TPK: _____

**AFIB - PVI (without CRYO) –**
Anesthesia: _____
Device Rep: _____
Mapping Rep: _____

**AFIB - PVI (with CRYO) –**
Anesthesia: _Avi, 11/29 @ 4:14 pm_
Mapping Rep (ESI): _Emailed Jim, 11/29 @ 4:06 pm_
CRYO Rep: _Emailed Matt, 11/29 @ 4:07 pm_
Intra Cardiac Ultrasound Rep: _Emailed Shane, 11/29 @ 4:08 pm_

**SVT/ Ischemic VT/ Idiopathic VT /ATach/ AV Node /AFL/Venogram –**
Anesthesia: _____
Mapping Rep: _____
Device Rep: _____

**Watchman (LAA Closure Device)–**
Anesthesia: _____
Device Rep: _____

Confirmed with patient: _11/29 @ 4:03 / patient requested email. ys_

---

### Procedures by Patty Kilduff at 12/26/18 0933

| Author: | Patty Kilduff | Author Type: | Respiratory Therapist | Filed: | 12/26/18 0935 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 12/26/18 0933 |
| Creation Time: | 12/26/18 0933 | | | | |
| Editor: | Patty Kilduff (Respiratory Therapist) | | | | |

**Lincoln/Marcus 1828**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 2223801 |
| | | Adm: 12/26/2018, D/C: 12/27/2018 |

**Procedure Notes (continued)**

Procedure Orders:
1. Insert arterial line [178384325] ordered by Junaid Bhutto, MD at 12/26/18 0927

Aline order verified, chart reviewed. Pt has no arm restrictions. Allen's test was performed and indicated good collateral blood flow.   Right radial  artery scanned from wrist to elbow and found to be pulsatile all the way up. right Ulnar artery was visualized with ultrasound and was patent/Pulsatile. Aline was inserted with ultrasound guidance X 1 attempt into right radial artery.

Area was prepped with a vigorous Chloraprep scrub for 30 seconds and allowed to dry completely. Sterile technique was used for procedure including: hand hygiene, mask, hat, sterile gloves, sterile probe cover, and area draped with sterile towels. Aline draws and flushes without issue.  Good waveform noted. Line zeroed and flushed. Optimal cap refill noted.

Patty Kilduff RRT, VA-BC

Procedures filed by Default Authenticator Edi at 01/09/19 1401

| Author: | Default Authenticator Edi | Author Type: | | Filed: | 01/09/19 1401 |
|---|---|---|---|---|---|
| Completion Status: | Authenticated | Availability: | Available | Document ID: | OB42799989 |
| Note Status: | Signed | Date of Service: | 12/26/18 0000 | Creation Time: | 01/09/19 1401 |
| Editor: | Interface, Transcription Incoming | | | | |

**Transcription Details: Physician Orders**

| Dictated By: | Not found | Dictated Date: | 01/09/19 | Dictated Time: | 1303 |
|---|---|---|---|---|---|
| Transcribed By: | Not found | Transcribed Date: | Not found | Transcribed Time: | Not found |

Procedure Orders:
1. PHYSICIAN ORDERS [178390978] ordered by Default Authenticator Edi at 12/26/18 0000

Scan on 1/9/2019 1303 (below)

**Lincoln/Marcus 1829**

Fax Server                    6/17/2021 1:45:13 PM   PAGE   21/190    Fax Server

 **HONOR**HEALTH.™

| | | |
|---|---|---|
| SOMC Osborn Medical Center | Marcus, Leslie S | |
| 7400 E. Osborn Road | MRN: 3220726, DOB: | , Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 2223801 | |
| | Adm: 12/26/2018, D/C: 12/27/2018 | |

Procedure Notes (continued)



**Lincoln/Marcus 1830**

**HONOR**HEALTH.™

SOMC Osborn Medical
Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 2223801
Adm: 12/26/2018, D/C: 12/27/2018

## Procedure Notes (continued)



.  12/87/18  13:87:56  HonorHealth          →          Honor Health       Page 8H4

*Arizona Arrhythmia Consultants, PLC*

Thomas Mattioni, M.D.      CPT: .   93320,93325
David Riggio, M. D.                    93312
Michael Zawaneh, M.D.
Sushmitha Patibandla, M.D.
Junaid Bhutto, M.D.

*Phone 480-246-3000   Fax 480-246-3100*

Marcus, Leslie S
DOB:        (47 yrs) Sex: F  MRN:3220726
DOS:12/26/2018 Loc:SOMC CATH PL/NONE
ADM: BHUTTO, JUNAID
ATT: Junaid Bhutto, MD  CSN: 130579611

**PHYSICIAN'S ORDERS**
TEE

Patient Status:  ☐ Inpatient   ☐ Outpatient   ☐ Outpatient in a bed
(for assistance in determining status contact Case Management)

1.  Consent Transesophageal echocardiogram.
2.  If patient is categorized as out-patient, patient is allowed to use their own home medications.
3.  NPO after midnight.
4.  IV 0.9% Normal Saline 20 cc/hr.
5.  Versed 1 vial at bedside.
6.  BMP, CBC, PT/INR.
7.  EKG.

Junaid Bhutto, MD                          Date

**Lincoln/Marcus 1831**

Fax Server          6/17/2021 1:45:13 PM   PAGE   23/190    Fax Server



| | SOMC Osborn Medical | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH™ | Center | MRN: 3220726, DOB:          , Sex: F |
| | 7400 E. Osborn Road | Acct #: 2223801 |
| | Scottsdale AZ 85251-6432 | Adm: 12/26/2018, D/C: 12/27/2018 |

**Procedure Notes (continued)**

. 12/87/18 13:88:17 HonorHealth    →          Honor Health    Page 005

**Arizona Arrhythmia Consultants, PLC**

Thomas Mattioni, M.D.
David Riggio, M.D.
Michael Zawaneh, M.D.
Sushmitha Patibandla, M.D.
Junaid Bhutto, M.D.

Phone 480-246-3000   Fax 480-246-3100

Marcus Leslie

93655, 93656, 93657
93622, 93623. 93669
93613. 93665. 93312
93320. 93325

**PHYSICIAN'S ORDERS**
Electrophysiology Study
Radiofrequency Ablation for
Atrial Fibrillation

Patient Status:  ☐ Inpatient  ☐ Outpatient  ☐ Outpatient in a bed
(for assistance in determining status contact Case Management)

1. Consent for Electrophysiology Study, Radiofrequency Ablation, possible Permanent Pacemaker Insertion, possible Transseptal Catheterization, possible Intracardiac Echo.
2. Transesophageal Echo.

3. If patient is categorized as out-patient, patient is allowed to use their own home medications

4. NPO after midnight.

5. IV Saline/Heparin lock.

6. EKG

7. BMP, CBC, INR.

8. Serum Pregnancy test for women of childbearing age.

9. Foley catheterization

10. Arterial Line Insertion per Anesthesiologist preference

Junaid Bhutto                                    Date

JB EPS RFA AFL orders 2011 doc
Confidential    Page 1 11/9/2011

**Lab Results**

Resulted: 12/26/18 0703, Result status: Final

**CBC (Abnormal)**                                                                    result

Ordering provider: Junaid Bhutto, MD  12/26/18 0635        Resulting lab: HONORHEALTH SCOTTSDALE OSBORN
                                                                                          MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/26/18 0652 |

Generated by 5608 at 6/17/21  1:42 PM                                          Page 22

**Lincoln/Marcus 1832**



| | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 2223801<br>Adm: 12/26/2018, D/C: 12/27/2018 |

## Lab Results (continued)

Resulted: 12/26/18 0703, Result status: Final result

### CBC (Abnormal) (continued)

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.9 | 4.0 - 10.9 10³/uL | — | SOLab |
| RBC | 3.93 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 11.4 | 12.0 - 16.0 g/dL | L ❤ | SOLab |
| Hematocrit | 34.1 | 36.0 - 48.0 % | L ❤ | SOLab |
| MCV | 86.9 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 29.0 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 33.3 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 13.0 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 39.8 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 308 | 130 - 450 K/uL | — | SOLab |
| MPV | 8.3 | 7.4 - 12.4 fL | — | SOLab |

Resulted: 12/26/18 0706, Result status: Final result

### HCG, Urine, Qualitative (Normal)

Ordering provider: Junaid Bhutto, MD  12/26/18 0635          Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine, Clean Catch | 12/26/18 0652 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Pregnancy Test, Urine | Negative | Negative | — | SOLab |

Resulted: 12/26/18 0718, Result status: Final result

### Basic Metabolic Panel (Abnormal)

Ordering provider: Junaid Bhutto, MD  12/26/18 0635          Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

eGFR, estimated Glomerular Filtration Rate, is calculated from creatinine using the Modification of Diet in Renal Disease (MDRD) equation for patients 18 years and above and the Bedside Schwartz equation for patients under 18 years of age. The MDRD equation was not validated in patients over 75 years of age, but the value may still be clinically useful. The MDRD equation has not been validated for extreme body size or muscle mass (e.g. obese, malnourished, amputees, paraplegics or muscle wasting diseases, pregnancy).

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/26/18 0652 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 138 | 136 - 144 mmol/L | — | SOLab |
| Potassium | 3.7 | 3.6 - 5.0 mmol/L | — | SOLab |

Generated by 5608 at 6/17/21  1:42 PM                                    Page 23

**Lincoln/Marcus 1833**



| HONORHEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 2223801 Adm: 12/26/2018, D/C: 12/27/2018 |
|---|---|---|

## Lab Results (continued)

Resulted: 12/26/18 0718, Result status: Final result

**Basic Metabolic Panel (Abnormal) (continued)**

| Chloride | 105 | 101 - 111 mmol/L | — | SOLab |
|---|---|---|---|---|
| CO2 | 28 | 22 - 32 mmol/L | — | SOLab |
| Anion Gap | 5 | 7 - 16 | L ⌄ | SOLab |
| Calcium | 8.9 | 8.9 - 10.3 mg/dL | — | SOLab |
| Glucose | 94 | 60 - 139 mg/dL | — | SOLab |
| BUN | 16 | 8 - 20 mg/dL | — | SOLab |
| Creatinine | 1.0 | 0.4 - 1.0 mg/dL | — | SOLab |
| eGFR (Non-African American) | 59 | >60 mL/min/1.73m2 | L ⌄ | SOLab |
| eGFR (African American) | >60 | >60 mL/min/1.73m2 | — | SOLab |

Resulted: 12/26/18 0726, Result status: Final result

**Protime-INR (Normal)**

Ordering provider: Junaid Bhutto, MD  12/26/18 0635          Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:
Suggested INR ranges for stable oral anticoagulation only:

Prevention of venous thrombosis and pulmonary embolism: 2.0 - 3.0
Prevention of arterial thrombo-embolism including mechanical valve patients: 2.0 - 3.5

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/26/18 0652 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 12.7 | 12.0 - 15.0 seconds | — | SOLab |
| INR | 0.96 | 0.88 - 1.16 | — | SOLab |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230600500 - SOLab** | HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR | Sharon D Gburek, MD | 7400 East Osborn Road Scottsdale AZ 85251 | 10/13/17 1740 - Present |

## Micro Lab Results

**Micro Lab Results**
None

## Pathology Lab Results

**Pathology Lab Results**
None

Generated by 5608 at 6/17/21  1:42 PM                    Page 24

**Lincoln/Marcus 1834**

**HONOR**HEALTH™    SOMC Osborn Medical Center    Marcus, Leslie S
7400 E. Osborn Road    MRN: 3220726, DOB:          Sex: F
Scottsdale AZ 85251-6432    Acct #: 2223801
Adm: 12/26/2018, D/C: 12/27/2018

Pathology Lab Results (continued)

**RADIOLOGY REPORTS**

Resulted: 12/27/18 1221, Result status: Final result

**XR Chest Portable [178390974]**

Ordering provider: Jayna Sumiko Ling, NP  12/27/18 1029    Resulted by: Sean Perini, MD
Performed: 12/27/18 1048 - 12/27/18 1057    Accession number: RIS3554470
Resulting lab: SMIL
Narrative:
CHEST

HISTORY:  Pleurisy

COMPARISON:  None

VIEWS:  Chest single view.

FINDINGS:

Heart size is within normal limits. Pulmonary vasculature is normal in caliber. No focal infiltrate is seen in the lungs. There is no pleural effusion. No pneumothorax.

Impression:
IMPRESSION:
No evidence of acute intrathoracic disease.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 105004 - Unknown | SMIL | Unknown | Unknown | 09/11/14 1321 - Present |

**ECG/EMG Results**

Resulted: 12/26/18 0712, Result status: Final result

**ECG 12 lead [177992715]**

Ordering provider: Junaid Bhutto, MD  12/26/18 0635    Resulting lab: JCL MUSE
Narrative:
Sinus bradycardia
Otherwise normal ECG
No previous ECGs available
Confirmed by VILLEGAS, BERNARD (2551) on 12/26/2018 11:08:02 AM

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | — | 12/26/18 0712 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 58 | BPM | — | — |
| Atrial Rate | 58 | BPM | — | — |
| QRS-Interval | 92 | ms | — | — |
| QT-Interval | 436 | ms | — | — |
| QTc | 428 | ms | — | — |
| Calculated P Axis | 22 | degrees | — | — |

Generated by 5608 at 6/17/21  1:42 PM                                      Page 25

**Lincoln/Marcus 1835**



| HONORHEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:        Sex: F Acct #: 2223801 Adm: 12/26/2018, D/C: 12/27/2018 |
|---|---|---|

## ECG/EMG Results (continued)

Resulted: 12/26/18 0712, Result status: Final result

**ECG 12 lead [177992715] (continued)**

| Component | Value | | Flag | Lab |
|---|---|---|---|---|
| Calculated R Axis | 42 | degrees | — | — |
| Calculated T Axis | 37 | degrees | — | — |

Resulted: 12/26/18 0712, Result status: Preliminary result

**ECG 12 lead [177992715]**

Ordering provider: Junaid Bhutto, MD  12/26/18 0635          Resulting lab: JCL MUSE
Narrative:
Sinus bradycardia
Otherwise normal ECG
No previous ECGs available

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | — | 12/26/18 0712 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 58 | BPM | — | — |
| Atrial Rate | 58 | BPM | — | — |
| QRS-Interval | 92 | ms | — | — |
| QT-Interval | 436 | ms | — | — |
| QTc | 428 | ms | — | — |
| Calculated P Axis | 22 | degrees | — | — |
| Calculated R Axis | 42 | degrees | — | — |
| Calculated T Axis | 37 | degrees | — | — |

Resulted: 12/26/18 1430, Result status: Final result

**Electrocardiogram, 12-lead [178384307]**

Ordering provider: Junaid Bhutto, MD  12/26/18 0847          Resulting lab: JCL MUSE
Narrative:
Normal sinus rhythm
Low voltage QRS
Borderline ECG
When compared with ECG of 26-DEC-2018 07:12,
No significant change was found
Confirmed by VILLEGAS, BERNARD (2551) on 12/27/2018 11:58:36 AM

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | — | 12/26/18 1430 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 75 | BPM | — | — |
| Atrial Rate | 75 | BPM | — | — |
| QRS-Interval | 78 | ms | — | — |
| QT-Interval | 402 | ms | — | — |
| QTc | 448 | ms | — | — |
| Calculated P Axis | 54 | degrees | — | — |
| Calculated R Axis | 48 | degrees | — | — |
| Calculated T Axis | 37 | degrees | — | — |

**Lincoln/Marcus 1836**



| | | |
|---|---|---|
| **HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 2223801<br>Adm: 12/26/2018, D/C: 12/27/2018 |

**ECG/EMG Results (continued)**

Resulted: 12/26/18 1430, Result status: Final result

Electrocardiogram, 12-lead [178384307] (continued)

Resulted: 12/26/18 1430, Result status: Preliminary result

Electrocardiogram, 12-lead [178384307]

Ordering provider: Junaid Bhutto, MD  12/26/18 0847        Resulting lab: JCL MUSE

Narrative:
Normal sinus rhythm
Low voltage QRS
Borderline ECG
When compared with ECG of 26-DEC-2018 07:12,
No significant change was found

Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | — | 12/26/18 1430 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 75 | BPM | — | — |
| Atrial Rate | 75 | BPM | — | — |
| QRS-Interval | 78 | ms | — | — |
| QT-Interval | 402 | ms | — | — |
| QTc | 448 | ms | — | — |
| Calculated P Axis | 54 | degrees | — | — |
| Calculated R Axis | 48 | degrees | — | — |
| Calculated T Axis | 37 | degrees | — | — |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **4021 - MUSE** | JCL MUSE | Unknown | Unknown | 03/09/12 1007 - Present |

**Lincoln/Marcus 1837**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

## Discharge Summaries

### Discharge Summary by Alvin Mathew, DO at 01/26/19 1344

| Author: Alvin Mathew, DO | Service: Hospitalist | Author Type: Physician |
|---|---|---|
| Filed: 01/26/19 1346 | Date of Service: 01/26/19 1344 | Creation Time: 01/26/19 1344 |
| Status: Signed | Editor: Alvin Mathew, DO (Physician) | |



AFFILIATED HOSPITALISTS

## Discharge Summary

**PATIENT NAME:** Leslie S Marcus
**MRN:** 3220726
**DATE OF BIRTH:**          Age: 47 y.o.
**PRIMARY CARE PHYSICIAN:** Frank E Cibulka, MD
**PHONE:** 480-882-7360

### DISCHARGE DIAGNOSES:
Principal Problem:
 SVT (supraventricular tachycardia) POA: Yes
Active Problems:
 Paroxysmal atrial fibrillation POA: Yes
 Atrial tachycardia POA: Yes
 Chronic midline low back pain with left-sided sciatica POA: Yes
 Epigastric pain POA: Yes
Resolved Problems:
 * No resolved hospital problems. *

### HOSPITAL ADMISSION:
47 y.o. female With history of A. fib status post Cryoablation of AF with PVI of 4 PVs on 12/26/18, chronic back pain, depression Presented to the ER with husband for evaluation of syncopal episode. As per patient she was driving to her cardiologist's office secondary to symptoms of palpitation, cough, dizziness and had a syncopal episode while she was in the car and had decided to come to the ER. Patient has been complaining of upper respiratory symptoms including cough nasal congestion, feeling fatigued since last Thursday, associated with symptoms of nausea, also loose stools over the period of time. She has also been feeling forgetful with no other neurological deficits. She denies having any fever chills. Patient had a Cryoablation of AF with PVI of 4 PVs on 12/26 with Dr. bhutto with successful conversion to sinus rhythm. On arrival to the ER she was found to have heart rate of 175 with SVT and had received 2 doses of IV adenosine 12 mg with conversion to sinus rhythm with tachycardia. Patient was started on IV Cardizem drip as per cardiology recommendation with heart rate varying from 110-165

**Lincoln/Marcus 1838**



| HONORHEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB: , Sex: F Acct #: 40190170128 Adm: 1/17/2019, D/C: 1/26/2019 |

Discharge Summaries (continued)

Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)

**HOSPITAL COURSE:**
cute SVT-with syncopal episode
- AT vs Atypical Aflutter
-Heart rate 175 on admission status post 2 doses of IV adenosine 12 mg with conversion to sinus rhythm with tachycardia
- IV Cardizem drip Discontinued secondary to hypotension.
-Status post TEE, DC CV on 1/17 with conversion to sinus rhythm.
-TSH normal
- Currently on IV amiodarone drip, will switch to po amiodarone
- CT chest w c - Scattered clustered micronodules and areas of groundglass density involving the right lung , check cocci serology
-EP to follow.
-BP low--using pressors and midodrine
--off pressors and improved
-to be transferred out of ICU, cardiology has reduced metoprolol dose
--BP has remained stable

Acute onset dyspnea--related to SVT, upper respiratory symptoms
- not hypoxic
-Continue with heart rate control
-SVN as needed

Upper respiratory symptoms-with nasal congestion
-Influenza swab negative, follow-up respiratory panel-p
-Started on Flonase, SVN as needed
- symptoms better
--possible nodular infiltrates on CT chest, clinically better.

Leukocytosis-possibly reactive
-No active fever, flu negative, check UA
-Will monitor off IV antibiotics
-IV fluids

Proximal A. fib-
-Status post Cryoablation of AF with PVI of 4 PVs on 12/26
-Currently on Eliquis 5 mg twice daily,  Toprol 25 mg
- dc flecanide, switched to amiodarone
--switched to multaq
--eliquis switched to lovenox incase needs GI procedure


Hypokalemia- replace and monitor

Chronic back pain--related to motor vehicle trauma
- with L sciatica pain
-On gabapentin, Norco as needed

Constipation/nausea with eating.  Increase bowel care as patient has not had a BM she states for several days.

Generated by 5608 at 6/17/21  1:42 PM                                    Page 29

**Lincoln/Marcus 1839**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

### Discharge Summaries (continued)

**Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)**

Reviewed CT and does have some stool throughout colon after reviewing images.
Can try relistor as well. GI is on case.


Chronic gastritis on EGD to do PPI and carafate

Discussed with patient and husband by bedside regarding management plan.



**DISPOSITION:** Home or Self Care

#### Surgical/Procedural Cases on this Admission

| Case IDs | Date | Procedure | Surgeon | Location | Status |
|---|---|---|---|---|---|
| 866313 | 1/17/19 | TEE IN CATH | Thomas A Mattioni, MD | SOMC CARDIAC CATH | Can |
| 884111 | 1/26/19 | EGD W/ INTERVENTION, BIOPSY (ENDO) | Deepa K Shah, MD | SOMC ENDOSCOPY | Sch |

#### Bedside Procedures on this Admission (From admission, onward)

| Start | | | | Ordered |
|---|---|---|---|---|
| 01/17/19 2255 | **Insert arterial line** Once | | | 01/17/19 2254 |
| | Start | | Status | |
| | 01/17/19 2255 | | Final result | |
| 01/17/19 1610 | **Insert arterial line** Once | | | 01/17/19 1609 |
| | Start | | Status | |
| | 01/17/19 1610 | | Final result | |


**PATIENT INSTRUCTIONS:**



**Your Medications**

**Lincoln/Marcus 1840**

**HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019

## Discharge Summaries (continued)

Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)

### START taking these medications

| | Morning | Noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **bisacodyl** 5 mg EC tablet<br>Instructions: Take 1 tablet (5 mg total) by mouth daily for 30 days.<br>Commonly known as: DULCOLAX<br>Start taking on: **1/27/2019** | [ ] | [ ] | [ ] | [ ] | [ ] |
| **DSS** 100 MG Caps<br>Instructions: Take 1 capsule (100 mg total) by mouth daily.<br>Start taking on: **1/27/2019** | [ ] | [ ] | [ ] | [ ] | [ ] |
| **midodrine** 10 mg tablet<br>Instructions: Take 1 tablet (10 mg total) by mouth 3 (three) times daily with meals for 30 days.<br>Commonly known as: PROAMATINE | [ ] | [ ] | [ ] | [ ] | [ ] |
| **sucralfate** 1 g tablet<br>Instructions: Take 1 tablet (1 g total) by mouth 4 (four) times daily before meals and at bedtime.<br>Commonly known as: CARAFATE | [ ] | [ ] | [ ] | [ ] | [ ] |

### CONTINUE taking these medications

| | Morning | Noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **apixaban** 5 mg Tabs tablet<br>Instructions: Take 5 mg by mouth 2 (two) times daily.<br>Commonly known as: ELIQUIS | [ ] | [ ] | [ ] | [ ] | [ ] |
| **atorvastatin** 20 mg tablet<br>Instructions: Take 20 mg by mouth at bedtime.<br>Commonly known as: LIPITOR | [ ] | [ ] | [ ] | [ ] | [ ] |

**Lincoln/Marcus 1841**

**HONOR**HEALTH.™
SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 40190170128
Adm: 1/17/2019, D/C: 1/26/2019

## Discharge Summaries (continued)

Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)

| | Morning | Noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **estradiol** 1 mg tablet<br>Instructions: Take 1 mg by mouth daily.<br>Commonly known as: ESTRACE | [ ] | [ ] | [ ] | [ ] | [ ] |
| **flecainide** 100 mg tablet<br>Instructions: Take 1 tablet (100 mg total) by mouth every 12 (twelve) hours.<br>Commonly known as: TAMBOCOR | [ ] | [ ] | [ ] | [ ] | [ ] |
| **HYDROcodone-acetaminophen** 5-325 mg per tablet<br>Instructions: Take 0.5 tablets by mouth at bedtime as needed for up to 7 days (cough suppression).<br>Commonly known as: NORCO | [ ] | [ ] | [ ] | [ ] | [ ] |
| **ipratropium** 0.03 % nasal spray<br>Instructions: 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip<br>Commonly known as: ATROVENT | [ ] | [ ] | [ ] | [ ] | [ ] |
| **pantoprazole** 40 mg tablet<br>Instructions: Take 1 tablet (40 mg total) by mouth daily.<br>Commonly known as: PROTONIX | [ ] | [ ] | [ ] | [ ] | [ ] |
| **SYMBICORT** 160-4.5 MCG/ACT inhaler<br>Instructions: INHALE 2 PUFFS BY MOUTH TWICE DAILY<br>Generic drug: budesonide-formoterol | [ ] | [ ] | [ ] | [ ] | [ ] |

STOP taking these medications
**metoprolol succinate** 25 mg 24 hr tablet
Commonly known as: TOPROL XL

---

Generated by 5608 at 6/17/21  1:42 PM

Page 32

**Lincoln/Marcus 1842**

 **HONOR**HEALTH.™ | SOMC Osborn Medical Center | Marcus, Leslie S

| | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

Discharge Summaries (continued)

Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)

### Where to Get Your Medications

These medications were sent to Walgreens Drug Store 07582 - LITCHFIELD PARK, AZ - 13014 W CAMELBACK RD AT NWC OF DYSART & CAMELBACK

13014 W CAMELBACK RD, LITCHFIELD PARK AZ 85340-9401

Phone: 623-935-0528
- bisacodyl 5 mg EC tablet
- DSS 100 MG Caps
- flecainide 100 mg tablet
- HYDROcodone-acetaminophen 5-325 mg per tablet
- midodrine 10 mg tablet
- sucralfate 1 g tablet

### Follow-up Information

Junaid Bhutto, MD, Call.
Specialties: Cardiology, Electrophysiology
Contact information:
3225 N Civic Center Plaza #1
Scottsdale AZ 85251
480-246-3000

**Labs:**
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.6 | 01/26/2019 |
| HGB | 11.3 (L) | 01/26/2019 |
| HCT | 33.6 (L) | 01/26/2019 |
| PLTCT | 282 | 01/26/2019 |
| MCV | 85.2 | 01/26/2019 |
| LYMPH | 63 | 01/26/2019 |
| ANC | 0.80 (L) | 01/26/2019 |

Generated by 5608 at 6/17/21 1:42 PM

**Lincoln/Marcus 1843**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

## Discharge Summaries (continued)

### Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)

**Lab Results**

| Component | Value | Date |
|---|---|---|
| BUN | 21 (H) | 01/26/2019 |
| CREATININE | 1.2 (H) | 01/26/2019 |
| K | 3.8 | 01/26/2019 |
| NA | 137 | 01/26/2019 |
| CL | 105 | 01/26/2019 |
| CO2 | 23 | 01/26/2019 |
| MG | 2.1 | 01/26/2019 |
| CA | 8.3 (L) | 01/26/2019 |
| PHOS | 4.6 | 01/26/2019 |
| GFRAA | 58 (L) | 01/26/2019 |
| GFRNONAA | 48 (L) | 01/26/2019 |
| LACTATE | 1.1 | 01/21/2019 |
| POCLA | 1.00 | 01/17/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 16 | 01/26/2019 |
| AST | 15 | 01/26/2019 |
| ALK | 55 | 01/26/2019 |
| ALB | 3.2 (L) | 01/26/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ESR | 13 | 07/11/2017 |
| LACTATE | 1.1 | 01/21/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TROP | <0.03 | 01/23/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.980 | 01/18/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| INR | 1.07 | 01/17/2019 |
| APTT | 29.3 | 01/17/2019 |

No results found for: HGBA1C, MICROALBUR
No results found for: BC
No results found for: LABAERO, MRSA, MRSACX, WOUNDAERCX
**Culture Urine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 01/17/2019 | No growth - final. | | Final |

**Lincoln/Marcus 1844**

 SOMC Osborn Medical Center | Marcus, Leslie S
7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F
Scottsdale AZ 85251-6432 | Acct #: 40190170128
Adm: 1/17/2019, D/C: 1/26/2019

Discharge Summaries (continued)

Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)

**Radiology:**
Us Abdomen Complete

Result Date: 1/24/2019
COMPLETE ABDOMINAL ULTRASOUND HISTORY: Epigastric pain COMPARISON: None TECHNIQUE: Multiple transverse and longitudinal sonographic images were obtained of the upper abdomen. FINDINGS: Normal liver echotexture without focal lesions. The gallbladder shows no evidence of cholelithiasis, wall thickening, or pericholecystic fluid. No evidence of intrahepatic or extrahepatic biliary ductal dilatation. The common duct measures up to 5 mm. Where seen, the pancreas is without focal abnormality. The spleen is of normal size and echotexture. The right kidney measures 10.1 cm in length and the left kidney measures 8.6 cm in length. Echotexture is normal. No evidence of hydronephrosis, calculi, or masses. The abdominal aorta is of normal caliber. The IVC appears patent. No free fluid is seen in the upper abdomen.

IMPRESSION: No evidence of cholelithiasis, acute cholecystitis, or biliary ductal dilatation.

HonorHealth IP PENDING LABORATORY AND RADIOLOGY RESULTS (From admission to next 4h)
    None

**DISCHARGE VITALS:**
Temp: 97.9 °F (36.6 °C)
Heart Rate: (!) 94
Resp: 14
BP: 92/56
Arterial Line BP: 97/61
Arterial Line MAP (mmHg): 74 mmHg
SpO2: 98 %
General appearance - alert, well appearing, and in no distress
Mental status - alert, oriented to person, place, and time
Eyes - pupils equal and reactive, extraocular eye movements intact
Nose - normal and patent, no erythema, discharge or polyps
Mouth - mucous membranes moist, pharynx normal without lesions
Neck - supple, no significant adenopathy
Chest - clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry
Heart - normal rate, regular rhythm, normal S1, S2, no murmurs, rubs, clicks or gallops
Abdomen - soft, nontender, nondistended, no masses or organomegaly
Back exam - full range of motion, no tenderness, palpable spasm or pain on motion
Neurological - alert, oriented, normal speech, no focal findings or movement disorder noted
Musculoskeletal - no joint tenderness, deformity or swelling
Extremities - peripheral pulses normal, no pedal edema, no clubbing or cyanosis

Total time spent for discharge on date of discharge: >30 minutes.

**SIGNED:**

Generated by 5608 at 6/17/21 1:42 PM                                    Page 35

**Lincoln/Marcus 1845**

**HONOR**HEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          , Sex: F Acct #: 40190170128 Adm: 1/17/2019, D/C: 1/26/2019

**Discharge Summaries (continued)**

Discharge Summary by Alvin Mathew, DO at 01/26/19 1344 (continued)

Alvin Mathew
1/26/2019
1:46 PM

Electronically signed by Alvin Mathew, DO on 01/26/19 1346

**ED Provider Notes**

Lindsey Ann Bayer, DO 1/19/2019 12:27

Scottsdale Emergency Associates The Valley LeadER

**ED PROVIDER NOTE**
Date of Service: 1/17/2019
Time Seen: 10:58 AM
Provider: Lindsey Ann Bayer, DO

**CHIEF COMPLAINT**

**Chief Complaint**
Patient presents with

• Loss of Consciousness
   pt vomited x4 last night, 3 weeks ago had a heart ablation, "passed out in car",
   :loses track of thoughts", feels sob, sufficating", pt is crying in triage

**HISTORY OF PRESENT ILLNESS**

The history is provided by the spouse and the patient.

This patient is a 47 y.o. female who presents to the ED accompanied by her husband for evaluation s/p syncopal episode. History is limited per patient as in distress. Her husband states that as they were on their way to the cardiologist's office she had an episode in which she passed out. She lost consciousness, and then regained consciousness intermittently. Of note the patient had an ablation procedure three weeks ago for paroxysmal a-fib. She states that she is currently experiencing chest pain which is "normal" for her, but that as of Friday she feels as if her chest is "being crushed." She currently states that she is short of breath. Patient was diagnosed with SVT/a fib by her cardiologist Dr. Bhutto. She is taking all of her medications as prescribed, with the exception of gabapentin which she is taking as an abortive for pain. He does state that she has been sick and nauseous for nine to twelve months, and that she has trouble keeping food down.

The patient states that she experiences harsh coughs while lying down, and that she can't breathe while sleeping on her side. Of consequence, her husband states that she is sleeping upright.

Generated by 5608 at 6/17/21  1:42 PM                                    Page 36

**Lincoln/Marcus 1846**

**HONOR**HEALTH™  | SOMC Osborn Medical Center | Marcus, Leslie S
---|---|---
 | 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F
 | Scottsdale AZ 85251-6432 | Acct #: 40190170128
 |  | Adm: 1/17/2019, D/C: 1/26/2019

ED Provider Notes (continued)

Her husband denies diarrhea, which is irregular for her, or fever.
There are no other complaints. There are no other exacerbating or alleviating factors.
There are no other reported associated signs or symptoms.


PCP: Frank E Cibulka, MD
Cardiologist: Junaid Bhutto, MD

## PAST MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Atrial fibrillation | |
| • Depression | |
| • Disc disorder | |
| *bulding discs of back* | |
| • Endometriosis | |
| • History of blood clots | |

## FAMILY MEDICAL HISTORY

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart disease | Father | |

## PAST SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • A FIB ABLATION WITH TEE AND MAPPING | N/A | 12/26/2018 |
| *Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH* | | |
| • HYSTERECTOMY | | |

## SOCIAL HISTORY

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Former Smoker |
| • Smokeless tobacco: | Never Used |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | No |
| • Drug use: | Yes |
| Types: | Marijuana |
| *Comment: PRN for back pain* | |

## MEDICATIONS

**Prior to Admission medications**

Generated by 5608 at 6/17/21  1:42 PM                                      Page 37

**Lincoln/Marcus 1847**

Fax Server                6/17/2021 1:45:13 PM   PAGE   39/190   Fax Server



**HONOR**HEALTH.™

SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:            Sex: F
Acct #: 40190170128
Adm: 1/17/2019, D/C: 1/26/2019

ED Provider Notes (continued)

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| apixaban (ELIQUIS) 2.5 mg TABS tablet | Take 5 mg by mouth daily. | | | | Historical Provider, MD |
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth at bedtime. | | | | Historical Provider, MD |
| flecainide (TAMBOCOR) 100 mg tablet | Take 1 tablet (100 mg total) by mouth every 12 (twelve) hours. | 12/27/18 | | | Jayna Sumiko Ling, NP |
| flecainide (TAMBOCOR) 50 mg tablet | 50 mg 2 (two) times daily. 1 tablet bid | 10/16/18 | | | Historical Provider, MD |
| gabapentin (NEURONTIN) 300 mg capsule | 300 mg 3 (three) times daily. 600mg daily and will increase to 900mg next week | 10/17/18 | | | Historical Provider, MD |
| HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet | Take 1 tablet by mouth at bedtime as needed for Pain. for cough suppression. Recommend 1/2 pill at bedtime. | 10/25/18 | 10/25/19 | | Frank E Cibulka, MD |
| ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 10/25/18 | 10/25/19 | | Frank E Cibulka, MD |
| metoprolol succinate (TOPROL XL) 25 mg 24 hr tablet | 1 tablet daily | 10/16/18 | | | Historical Provider, MD |
| pantoprazole (PROTONIX) 40 mg tablet | Take 1 tablet (40 mg total) by mouth daily. | 12/27/18 | | | Jayna Sumiko Ling, NP |
| SYMBICORT 160-4.5 MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH TWICE DAILY | 11/7/18 | | | Frank E Cibulka, MD |

Generated by 5608 at 6/17/21  1:42 PM                                                              Page 38

PAGE 39/190 * RCVD AT 6/17/2021 4:45:09 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):206-58

**Lincoln/Marcus 1848**

**HONOR**HEALTH.™

| | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

ED Provider Notes (continued)

**ALLERGIES**

Allergies
Allergen                              Reactions
- Corticosteroids
    A fib

## REVIEW OF SYSTEMS

Review of Systems
Constitutional: Positive for appetite change.
Respiratory: Positive for cough, chest tightness and shortness of breath.
Cardiovascular: Positive for chest pain and palpitations.
Gastrointestinal: Positive for nausea and vomiting.
Neurological: Positive for syncope.
All other systems reviewed and are negative.

## PHYSICAL EXAM

Triage vitals were reviewed.
ED Triage Vitals [01/17/19 1038]
Temp                97.6 °F (36.4 °C)
Heart Rate          (!) 123
Resp                (!) 24
BP                  97/58
SpO2                100 %

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.  Non-toxic appearance.
**Anxious. Hyperventilating at times**
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Regular rhythm and intact distal pulses. Tachycardia present.
Pulmonary/Chest: Breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema or tenderness.
Neurological: She is alert and oriented to person, place, and time. She has normal strength. No cranial nerve deficit or sensory deficit.
Skin: Skin is warm and dry. No erythema.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

Generated by 5608 at 6/17/21  1:42 PM                                    Page 39

**Lincoln/Marcus 1849**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH. | 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

ED Provider Notes (continued)

## INTERVENTIONS & DIAGNOSTIC INVESTIGATIONS

### MEDICATIONS ADMINISTERED DURING THIS ED VISIT:

Medications

diltiaZEM (CARDIZEM) 125 mg in sodium chloride
0.9 % 125 mL (1 mg/mL) infusion (0 mg/hr
Intravenous Paused 1/17/19 1525)
naLOXone (NARCAN) 0.4 mg/mL injection 0.4 mg
(not administered)
saline (OCEAN) nasal spray 2 spray (not
administered)
sodium chloride 0.9% infusion ( Intravenous
Stopped 1/18/19 2000)
apixaban (ELIQUIS) tablet 5 mg (5 mg Oral Given
1/19/19 0951)
atorvastatin (LIPITOR) tablet 20 mg (20 mg Oral
Given 1/18/19 2108)
gabapentin (NEURONTIN) capsule 300 mg (300 mg
Oral Given 1/19/19 0745)
HYDROcodone-acetaminophen (NORCO) 5-325 mg
per tablet 1 tablet (not administered)
metoprolol succinate (TOPROL XL) 24 hr tablet 25
mg (25 mg Oral Given 1/19/19 1008)
pantoprazole (PROTONIX) EC tablet 40 mg (40 mg
Oral Given 1/19/19 0951)
ondansetron (ZOFRAN) 2 mg/mL injection 4 mg
(not administered)
ipratropium (ATROVENT) 0.02 % nebulizer
solution 0.5 mg (not administered)
acetaminophen (TYLENOL) tablet 650 mg (not
administered)
sodium chloride 0.9% infusion ( Intravenous
Anesthesia Volume Adjustment 1/17/19 1740)
amiodarone (NEXTERONE) 360 mg in dextrose 200
mL (1.8 mg/mL) infusion (premix) (0 mg/min
Intravenous Stopped 1/18/19 1800)
metoprolol (LOPRESSOR) 5 MG/5ML injection (
Canceled Entry 1/17/19 2104)
phenylephrine (NEO-SYNEPHRINE) 20 mg in
sodium chloride 0.9 % 250 mL (0.08 mg/mL)
infusion (12 mcg/min Intravenous Rate/Dose
Change 1/19/19 1057)
LORazepam (ATIVAN) 2 mg/mL injection 1 mg (1
mg Intravenous Given 1/19/19 0956)
adenosine (ADENOCARD) 3 mg/mL injection (not
administered)
adenosine (ADENOCARD) 3 mg/mL injection (not
administered)
LORazepam (ATIVAN) 2 mg/mL injection (not
administered)

Generated by 5608 at 6/17/21  1:42 PM                                    Page 40

**Lincoln/Marcus 1850**



| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | Adm: 1/17/2019, D/C: 1/26/2019 |

ED Provider Notes (continued)

ondansetron (ZOFRAN) 2 mg/mL injection (not administered)

sodium chloride 0.9 % infusion (not administered)

sodium chloride 0.9 % infusion (not administered)

amiodarone (NEXTERONE) 360 mg in dextrose 200 mL (1.8 mg/mL) infusion (premix) ADS Med (not administered)

amiodarone (NEXTERONE) 150 mg in dextrose 100 mL (1.5 mg/mL) bolus (premix) ADS Med (not administered)

metoprolol (LOPRESSOR) 5 MG/5ML injection (not administered)

sodium chloride 0.9% infusion (not administered)

amiodarone (PACERONE) tablet 200 mg (200 mg Oral Given 1/19/19 0950)

amiodarone (PACERONE) tablet 200 mg (not administered)

sodium chloride 0.9 % BOLUS 1,000 mL (0 mLs Intravenous Stopped 1/17/19 1159)

adenosine (ADENOCARD) 3 mg/mL injection 6 mg (6 mg Intravenous Given 1/17/19 1103)

adenosine (ADENOCARD) 3 mg/mL injection 12 mg (12 mg Intravenous Given 1/17/19 1105)

LORazepam (ATIVAN) 2 mg/mL injection 1 mg (1 mg Intravenous Given 1/17/19 1110)

sodium chloride 0.9 % BOLUS 1,000 mL (0 mLs Intravenous Stopped 1/17/19 1430)

diltiaZEM (CARDIZEM) injection 10 mg (10 mg Intravenous Given 1/17/19 1115)

ondansetron (ZOFRAN) 2 mg/mL injection 4 mg (4 mg Intravenous Given 1/17/19 1128)

LORazepam (ATIVAN) 2 mg/mL injection 1 mg (1 mg Intravenous Given 1/17/19 1144)

diltiaZEM (CARDIZEM) injection 10 mg (10 mg Intravenous Given 1/17/19 1246)

sodium chloride 0.9 % BOLUS 1,000 mL (0 mLs Intravenous Stopped 1/17/19 1500)

metoprolol (LOPRESSOR) injection 5 mg (5 mg Intravenous Given 1/17/19 1724)

amiodarone (NEXTERONE) 150 mg in dextrose 100 mL (1.5 mg/mL) bolus (premix) (0 mg Intravenous Stopped 1/17/19 1736)

metoprolol (LOPRESSOR) injection 5 mg (5 mg Intravenous Given 1/17/19 1948)

potassium chloride (KLOR-CON M) CR tablet 40 mEq (40 mEq Oral Given 1/18/19 0622)
  Or
potassium bicarbonate-citric acid (EFFER-K) disintegrating tablet 40 mEq ( Oral See Alternative 1/18/19 0622)

iopamidol (ISOVUE-370) 76 % injection 80 mL (80

Generated by 5608 at 6/17/21 1:42 PM

Page 41

**Lincoln/Marcus 1851**



| HONORHEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

**ED Provider Notes (continued)**
mLs Intravenous Given 1/18/19 1249)

---

**EKG**

**EKG performed at 1039 Interpreted by Lindsey Ann Bayer, DO:**
**Date:** 1/17/2019
**Rate/Rhythm:** Sinus Tachycardia at 119 BPM
**Axis:** Normal
**Intervals:** Normal
**Blocks:** None
**ST/T-Waves:** No ST or T-Wave changes concerning for ischemia or infarction
**Normal EKG.**

**EKG Interpreted by Lindsey Ann Bayer, DO:**
**Date:** 1/17/2019
**Rate/Rhythm:** Supraventricular Tachycardia at 175 BPM
**Axis:** Normal
**Intervals:** Normal
**Blocks:** None
**Non-Specific EKG, Non-Specific ST-T changes.**

---

**PROCEDURES / CRITICAL CARE**

**Critical Care Time:**
I spent approximately **40** minutes of critical care time with the patient directly caring for them, interpreting tests, and discussing the care of the patient to prevent emergent complications. This is exclusive of any separately billable procedures.

---

**PULSE OXIMETRY / CARDIAC MONITORING**

PULSE OXIMETRY is 100% on Room Air which is interpreted as Normal by me.

CARDIAC MONITOR interpreted by me at 11:34 shows a-fib vs. svt at a rate of 170 BPM

---

**RADIOLOGY STUDIES**

*Any radiology studies ordered and resulted by the time of disposition or turnover were reviewed by me.*

---------------- INTERPRETATIONS BY ED PROVIDER: -----------------

| X-ray of: | **Chest** |
| **Number of views:** | *1 view* |

Generated by 5608 at 6/17/21  1:42 PM                                    Page 42

**Lincoln/Marcus 1852**

 **HONOR**HEALTH™

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:    , Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

**ED Provider Notes (continued)**

**Interpreted by:**     *Lindsey Ann Bayer, DO (ED Physician)*
**Interpretation:**     *Normal mediastinum. Normal cardiac silhouette. No infiltrate.*

------------------ INTERPRETATIONS BY RADIOLOGIST: ------------------

**X-ray of:**          **Chest**
**Number of views:**   *1 view*
**Interpreted by:**    *Ronald Newbold, MD*
**Interpretation:**    *No acute findings.*

## LABORATORY STUDIES

*Any labs ordered and resulted by the time of disposition or turnover were reviewed by me.*

**Labs Reviewed**
**CBC WITH DIFFERENTIAL - Abnormal**

| Result | Value |
|---|---|
| WBC | 17.4 (*) |
| RBC | 4.95 |
| Hemoglobin | 14.3 |
| Hematocrit | 42.0 |
| MCV | 84.8 |
| MCH | 29.0 |
| MCHC | 34.2 |
| RDW | 13.3 |
| RDW-SD | 39.8 |
| Platelets | 432 |
| MPV | 8.3 |
| Neutrophils | 72 |
| Lymphs | 21 |
| Monocytes | 6 |
| Basophils | 1 |
| Eosinophils | 1 |
| nRBC | <1.0 |
| Neutrophils Absolute | 12.40 (*) |
| Lymphocytes Absolute | 3.60 |
| Monocytes Absolute | 1.10 |
| Eosinophils Absolute | 0.10 |
| Basophils Absolute | 0.20 |
| Nucleated RBC Absolute | 0.000 |

**UA WITH MICRO, CULT IF INDICATED - Abnormal**

| | |
|---|---|
| Color, Urine | Yellow |
| Clarity, Urine | Clear |
| Glucose, Urine | Negative |
| Bilirubin, Urine | Negative |

Generated by 5608 at 6/17/21 1:42 PM                                    Page 43

**Lincoln/Marcus 1853**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:         , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

**ED Provider Notes (continued)**

| | |
|---|---|
| Ketones, Urine | 20 (*) |
| Specific Gravity, Urine | 1.013 |
| Blood, Urine | Negative |
| pH, Urine | 5.0 |
| Protein, Urine | Negative |
| Urobilinogen, Urine | <2.0 |
| Nitrite, Urine | Negative |
| Leukocyte Esterase, Urine | Small (*) |
| Culture Indicated? | Yes |
| WBC, Urine | 3 |
| RBC, Urine | 2 |
| Bacteria, Urine | None Seen |
| Squamous Epithelial, Urine | 1 |
| Mucus, Urine | Occasional (*) |

POCT LYT-ICA-GLU-BUN-CR-HGB-HCT - Abnormal

| | |
|---|---|
| POC Sodium | 138 |
| POC Potassium | 4.7 |
| POC Chloride | 102 |
| POC TCO2 | 26.0 |
| POC Glucose | 93 |
| POC Ionized Calcium | 1.13 |
| POC BUN | 30 (*) |
| POC Creatinine | 1.1 |
| POC Hematocrit | 48 |
| POC Anion Gap | 16 |
| POC Hemoglobin | 16.3 |

INFLUENZA A/B IFA SCREEN - Normal

| | |
|---|---|
| Influenza A IFA Screen | Not Detected |
| Influenza B IFA Screen | Not Detected |

TROPONIN I - Normal

| | |
|---|---|
| Troponin I | <0.03 |

PROTIME-INR - Normal

| | |
|---|---|
| Prothrombin Time | 13.8 |
| INR | 1.07 |

APTT - Normal

| | |
|---|---|
| aPTT | 29.3 |

MAGNESIUM - Normal

| | |
|---|---|
| Magnesium | 2.2 |

TSH W/ REFLEX TO FREE T4 - Normal

| | |
|---|---|
| TSH | 1.181 |

RESP VIRUS PANEL DFA

POCT LACTATE

| | |
|---|---|
| POC Lactic Acid | 1.00 |
| Allens Test | N/A |

| | |
|---|---|
| Generated by 5608 at 6/17/21 1:42 PM | Page 44 |

**Lincoln/Marcus 1854**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:  | Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 | |
| | | Adm: 1/17/2019, D/C: 1/26/2019 | |

**ED Provider Notes (continued)**

| Sample | VEN |
|---|---|
| Site | OTHER |
| Patient Temperature | 98.2 |

POCT LYT, CA, GLU, BUN, CR

## ED COURSE

TIMELINE

**10:58 AM**
Upon initial evaluation, H&P are performed. Informed the patient of plan for further evaluation and treatment including labs, CXR, and ECG. Patient is in agreement with plans.

EKG with rhythm that appears to be SVT. Patient placed on pacer pads and monitor. Given 6 mg of adenosine and then 12 mg. Both times rate slowed to a sinus tachycardia in low 110s however shortly after went back up to 160s-170s. No flutter or fib visualized with slow rate. Will start on diltiazem and plan to consult EP. Given ativan for anxiety symptoms as well.

**11:18 AM**
Discussed this case with Dr. Riggio, regarding patient history, HPI, physical exam, ED course, ED findings, and treatment plan. Dr. Riggio kindly agrees to consult on patient's case upon admission to Tele on a diltiazem drip.

**12:05 PM**
The patient is revisited at this time and is resting in the gurney in no acute distress. Informed patient of results of workup thus far. Discussed plan and consultation with cardiology. Recommended admission to the hospital for further evaluation and treatment. The patient demonstrates agreement and understanding with this plan. All other questions were answered and concerns addressed.

**12:45 PM**
Dr. Matthew Biju present in ED. Due to patient's HR still being uncontrolled he recommends ICU admission.

**1:03 PM**
Discussed this case with Dr. Till, Intensivist, regarding patient history, HPI, physical exam, ED course, ED findings, and treatment plan. Dr. Till kindly accepts this patient for admission to the ICU.

**3:00 PM**
Patient's blood pressure has continued to trend down. Given additional fluid bolus and diltiazem gtt paused without much improvement. Dr. Riggo and Matione, EP are now present in ED. Patient has been drowsy unsure whether related to blood pressure as once aroused she is answering questions appropriately. She has no focal neurologic deficits. EP would like to cardiovert patient in ED but after first performing a TEE.

**Lincoln/Marcus 1855**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:     , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

**ED Provider Notes (continued)**

Patient will go to have CT brain first.  They will have anesthesia come to ED to assist.

**5:00 PM**

Patient successfully converted to sinus rhythm.

REPEAT VITALS

**ED Vitals**

| Date/Time | Temp | Pulse | SpO2 Pulse Rate | Resp | BP | SpO2 | Weight | Wh o |
|---|---|---|---|---|---|---|---|---|
| 01/17/19 1814 | 97 °F (36.1 °C) | 105 ! | -- | 16 | -- | 96 % | -- | DC |
| 01/17/19 1800 | -- | 97 ! | -- | 18 | -- | 96 % | -- | EJ |
| 01/17/19 1754 | -- | 91 ! | 93 | 14 | -- | 98 % | -- | EJ |
| 01/17/19 1741 | -- | 78 | 76 | 21 ! | -- | 96 % | -- | EJ |
| 01/17/19 1737 | -- | 87 | 80 | 20 | -- | 98 % | -- | EJ |
| 01/17/19 1728 | -- | 118 ! | 145 | 25 ! | -- | 96 % | -- | EJ |
| 01/17/19 1724 | -- | 145 ! | 145 | 29 ! | -- | 94 % | -- | EJ |
| 01/17/19 1719 | -- | 144 ! | 145 | 33 ! | -- | 97 % | -- | EJ |
| 01/17/19 1719 | -- | -- | -- | -- | 105/59 | -- | 63.5 kg (140 lb) | MM S |
| 01/17/19 1717 | -- | 145 ! | 145 | 30 ! | -- | 97 % | -- | EJ |
| 01/17/19 1714 | -- | 145 ! | 145 | 28 ! | -- | 96 % | -- | EJ |
| 01/17/19 1712 | -- | 144 ! | 144 | 14 | -- | 96 % | -- | EJ |
| 01/17/19 1709 | -- | 149 ! | 148 | 14 | -- | 98 % | -- | EJ |
| 01/17/19 1703 | -- | 150 ! | 150 | 12 | -- | 98 % | -- | EJ |
| 01/17/19 1659 | -- | 151 ! | 151 | 15 | -- | 97 % | -- | EJ |
| 01/17/19 1652 | -- | 152 ! | 152 | 19 | -- | 98 % | -- | EJ |
| 01/17/19 1635 | -- | 156 ! | 155 | 23 ! | -- | 99 % | -- | EJ |
| 01/17/19 1634 | -- | 155 ! | 154 | 14 | -- | 98 % | -- | EJ |

**Lincoln/Marcus 1856**

**HONOR**HEALTH™

SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 40190170128
Adm: 1/17/2019, D/C: 1/26/2019

**ED Provider Notes (continued)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/17/19 1623 | -- | 158 ! | 156 | 10 ! | 89/62 ! | 95 % | -- | EJ | |
| 01/17/19 1608 | -- | 155 ! | 154 | 17 | 80/58 ! | 96 % | -- | EJ | |
| 01/17/19 1548 | -- | 127 ! | 154 | 14 | 75/50 ! | 97 % | -- | EJ | |
| 01/17/19 1531 | -- | 129 ! | 154 | 14 | 75/51 ! | 96 % | -- | EJ | |
| 01/17/19 1518 | -- | 134 ! | 159 | 15 | 77/51 ! | 93 % | -- | EJ | |
| 01/17/19 1505 | -- | 118 ! | 115 | 19 | -- | 95 % | -- | EJ | |
| 01/17/19 1501 | -- | 138 ! | 161 | 22 ! | 84/50 ! | 94 % | -- | EJ | |
| 01/17/19 1446 | -- | 128 ! | 156 | 21 ! | 79/49 ! | 93 % | -- | EJ | |
| 01/17/19 1434 | -- | 121 ! | 63 | 19 | 100/47 ! | 95 % | -- | EJ | |
| 01/17/19 1418 | -- | 100 ! | 96 | 15 | 87/58 ! | 96 % | -- | EJ | |
| 01/17/19 1346 | -- | 101 ! | 101 | 14 | 102/47 ! | 96 % | -- | EJ | |
| 01/17/19 1323 | -- | 104 ! | 73 | 21 ! | -- | 94 % | -- | EJ | |
| 01/17/19 1316 | -- | -- | -- | -- | 102/73 | -- | -- | EJ | |
| 01/17/19 1300 | -- | 111 ! | 55 | 16 | -- | 96 % | -- | EJ | |
| 01/17/19 1254 | -- | 99 ! | 99 | 17 | 95/61 | 96 % | -- | EJ | |
| 01/17/19 1246 | -- | 165 ! | -- | -- | -- | -- | -- | SP | |
| 01/17/19 1225 | -- | 109 ! | 155 | 20 | -- | 99 % | -- | EJ | |
| 01/17/19 1224 | -- | 160 ! | 161 | 11 ! | -- | 98 % | -- | EJ | |
| 01/17/19 1216 | -- | 119 ! | 73 | 15 | 93/67 | 98 % | -- | EJ | |
| 01/17/19 1203 | -- | 151 ! | 33 | 14 | -- | 98 % | -- | EJ | |
| 01/17/19 1156 | -- | 111 ! | 74 | 19 | -- | 94 % | -- | EJ | |
| 01/17/19 1153 | -- | 146 ! | 37 | 23 ! | -- | 97 % | -- | EJ | |
| 01/17/19 1147 | -- | 134 ! | 144 | 13 | 93/63 | 100 % | -- | EJ | |
| 01/17/19 1134 | -- | 132 ! | 112 | 17 | -- | 100 % | -- | EJ | |
| 01/17/19 1133 | -- | 166 ! | 172 | 18 | 106/76 | 95 % | -- | EJ | |

**Lincoln/Marcus 1857**

**HONOR**HEALTH™

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
SOMC Osborn Medical Center / 7400 E. Osborn Road / Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 40190170128
Adm: 1/17/2019, D/C: 1/26/2019

### ED Provider Notes (continued)

| Date/Time | Temp | | | | BP | SpO2 | Weight | Init |
|---|---|---|---|---|---|---|---|---|
| 01/17/19 1129 | -- | 168 ! | -- | -- | 105/60 | -- | -- | EJ |
| 01/17/19 1120 | -- | 115 ! | 58 | 9 ! | -- | 100 % | -- | EJ |
| 01/17/19 1116 | -- | 172 ! | 171 | 18 | 105/60 | 100 % | -- | EJ |
| 01/17/19 1115 | -- | 154 ! | -- | -- | 105/60 | -- | -- | EJ |
| 01/17/19 1106 | -- | 113 ! | 170 | 20 | -- | 100 % | -- | EJ |
| 01/17/19 1105 | -- | 173 ! | 173 | 11 ! | 94/60 | 100 % | -- | EJ |
| 01/17/19 1103 | -- | 119 ! | 119 | -- | -- | 100 % | -- | EJ |
| 01/17/19 1038 | 97.6 °F (36.4 °C) | 123 ! | -- | 24 ! | 97/58 | 100 % | 63.5 kg (140 lb) | PB |

### MEDICAL DECISION MAKING

**ED Course** as of Jan 19 1227

**Thu Jan 17, 2019**

1132    This is a 47 female with history of paroxysmal atrial fibrillation status post ablation 12/26 who presents after syncopal episode. The husband assists with the history as patient is a poor historian currently. He reports since Friday she has had some chest pressure. The patient is also complained of shortness of breath when sleeping on her right side. She had 4 episodes of vomiting last night and has felt hot and cold chills. She also reports a cough. She is complaining of pressure-like chest pain currently. The husband states they were on their way to see Dr. Bhutto, her electrophysiologist this morning however she had a syncopal episode in the car therefore they brought her here. Initial EKG shows sinus tachycardia with a rate of 119. When she was brought back into the room her heart rate went to the 170s-80s. It was regular and looked like SVT. She was connected to the cardiac monitor and adenosine 6 followed by 12 given. She did drop into a sinus tachycardia. However both times went back up to the 170s-180s rate. Will obtain labs including chest x-ray influenza and UA to rule out infectious etiology contributing. I have spoken with Dr. Riggio, EP who recommends

**Lincoln/Marcus 1858**

**HONOR**HEALTH™

SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          Sex: F
Acct #: 40190170128
Adm: 1/17/2019, D/C: 1/26/2019

**ED Provider Notes (continued)**

dilt drip and admission. [LB]

**ED Course User Index**

[LB] Lindsey Ann Bayer, DO

MIPS

None

**CLINICAL IMPRESSION**

SNOMED CT(R)

1. **Atrial tachycardia**          ATRIAL TACHYCARDIA

**DISPOSITION**

DISPOSITIONED TO...

Admit to ICU.

**Lindsey Ann Bayer, DO**
HonorHealth

Documentation assistance was provided for Lindsey Ann Bayer, DO by scribe Aaron Tran. I have personally performed the history, physical exam, all consultations, and the medical decision making pertaining to the patient. I have reviewed and agree with the scribe documentation.

Lindsey Ann Bayer, DO
01/19/19 1227

Electronically signed by Lindsey Ann Bayer, DO at 01/19/19 1227

**H&P Notes**

H&P by Biju Benny Mathew, MD at 01/17/19 1340

| Author: | Biju Benny Mathew, MD | Author Type: | Physician | Filed: | 01/17/19 1351 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 01/17/19 1340 |
| Creation Time: | 01/17/19 1340 | | | | |

Generated by 5608 at 6/17/21  1:42 PM                              Page 49

**Lincoln/Marcus 1859**

 **HONOR**HEALTH™

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

**H&P Notes (continued)**

Editor:    Biju Benny Mathew, MD
(Physician)



AFFILIATED HOSPITALISTS

NAME: Leslie S Marcus
MRN: 3220726
DATE OF BIRTH:              Age:  47 y.o.
PRIMARY CARE PHYSICIAN: Frank E Cibulka, MD
PHONE:  480-882-7360

### History and Physical

ADMISSION DATE/TIME: 1/17/2019 10:40 AM

**CHIEF COMPLAINT:**
Loss of Consciousness (pt vomited x4 last night, 3 weeks ago had a heart ablation, "passed out in car", :loses track of thoughts", feels sob, sufficating", pt is crying in triage)

**HPI:**

Patient is a 47 y.o. female With history of A. fib status post Cryoablation of AF with PVI of 4 PVs on 12/26/18, chronic back pain, depression Presented to the ER with husband for evaluation of syncopal episode.  As per patient she was driving to her cardiologist's office secondary to symptoms of palpitation, cough, dizziness and had a syncopal episode while she was in the car and had decided to come to the ER.  Patient has been complaining of upper respiratory symptoms including cough nasal congestion, feeling fatigued since last Thursday, associated with symptoms of nausea, also loose stools over the period of time.  She has also been feeling forgetful with no other neurological deficits.  She denies having any fever chills.  Patient had a Cryoablation of AF with PVI of 4 PVs on 12/26 with Dr. bhutto with successful conversion to sinus rhythm.  On arrival to the ER she was found to have heart rate of 175 with SVT and had received 2 doses of IV adenosine 12 mg with conversion to sinus rhythm with tachycardia. Patient was started on IV Cardizem drip as per cardiology recommendation with heart rate varying from 110-165.  On examination patient complains of palpitation, shortness of breath, nasal congestion, feeling weak.  Patient will be admitted for management of SVT cardiology evaluation and possible cardioversion.

PCP is confirmed as: Frank E Cibulka, MD

**PAST MEDICAL AND SURGICAL HISTORY:**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Atrial fibrillation | |
| • Depression | |

Generated by 5608 at 6/17/21  1:42 PM                                             Page 50

**Lincoln/Marcus 1860**



| | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          , Sex: F Acct #: 40190170128 Adm: 1/17/2019, D/C: 1/26/2019 |
|---|---|---|

**H&P Notes (continued)**

- Disc disorder
  *bulding discs of back*
- Endometriosis
- History of blood clots

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • A FIB ABLATION WITH TEE AND MAPPING   *Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH* | N/A | 12/26/2018 |
| • HYSTERECTOMY | | |

## MEDICATIONS:

**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| apixaban (ELIQUIS) 2.5 mg TABS tablet | Take 5 mg by mouth daily. | | | | Historical Provider, MD |
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth at bedtime. | | | | Historical Provider, MD |
| flecainide (TAMBOCOR) 100 mg tablet | Take 1 tablet (100 mg total) by mouth every 12 (twelve) hours. | 12/27/18 | | | Jayna Sumiko Ling, NP |
| flecainide (TAMBOCOR) 50 mg tablet | 50 mg 2 (two) times daily. 1 tablet bid | 10/16/18 | | | Historical Provider, MD |
| gabapentin (NEURONTIN) 300 mg capsule | 300 mg 3 (three) times daily. 600mg daily and will increase to 900mg next week | 10/17/18 | | | Historical Provider, MD |
| HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet | Take 1 tablet by mouth at bedtime as needed for Pain. for cough suppression. Recommend 1/2 pill at bedtime. | 10/25/18 | 10/25/19 | | Frank E Cibulka, MD |
| ipratropium (ATROVENT) 0.03 % nasal spray | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip | 10/25/18 | 10/25/19 | | Frank E Cibulka, MD |
| metoprolol succinate (TOPROL XL) 25 mg 24 hr tablet | 1 tablet daily | 10/16/18 | | | Historical Provider, MD |
| pantoprazole | Take 1 tablet (40 | 12/27/18 | | | Jayna Sumiko Ling, NP |

Generated by 5608 at 6/17/21  1:42 PM                                              Page 51

**Lincoln/Marcus 1861**

**HONOR**HEALTH™

| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:            Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

### H&P Notes (continued)

| (PROTONIX) 40 mg tablet | mg total) by mouth daily. | | |
| SYMBICORT 160-4.5 MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH TWICE DAILY | 11/7/18 | Frank E Cibulka, MD |

### ALLERGIES:

Allergies

| Allergen | Reactions |
| --- | --- |
| • Corticosteroids<br>   *A fib* | |

### SOCIAL AND FAMILY HISTORY:

Social Hx:

Social History

Socioeconomic History

| | |
| --- | --- |
| • Marital status: | Single |
|    Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Social Needs

| | |
| --- | --- |
| • Financial resource strain: | Not on file |
| • Food insecurity - worry: | Not on file |
| • Food insecurity - inability: | Not on file |
| • Transportation needs - medical: | Not on file |
| • Transportation needs - non-medical: | Not on file |

Occupational History

• Not on file

Tobacco Use

| | |
| --- | --- |
| • Smoking status: | Former Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity

| | |
| --- | --- |
| • Alcohol use: | No |
| • Drug use: | Yes |
|    Types: | Marijuana |
|    *Comment: PRN for back pain* | |
| • Sexual activity: | Yes |
|    Partners: | Male |

Other Topics                    Concern

• Not on file

Social History Narrative

• Not on file

---

**Lincoln/Marcus 1862**



| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | Adm: 1/17/2019, D/C: 1/26/2019 |

### H&P Notes (continued)

Family Hx:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart disease | Father | |

Reviewed with patient, no significant family history.

## REVIEW OF SYSTEMS:

Review of systems as per chief complaint and history of present illness as noted. All other review of systems were performed and noted to be negative.

## PHYSICAL EXAM:

### VITAL SIGNS:

Temp: 97.6 °F (36.4 °C)
Temp Source: Oral
Heart Rate: (!) 101
Resp: 14
BP: (!) 102/47
MAP (mmHg): 61
SpO2: 96 %

### PHYSICAL EXAM:

Physical Examination: General appearance - alert, well appearing, feeling anxious
Mental status - alert, oriented to person, place, and time
Eyes - pupils equal and reactive, extraocular eye movements intact
Nose - normal and patent, no erythema, discharge or polyps
Mouth - mucous membranes moist, pharynx normal without lesions
Chest - clear to auscultation, no wheezes, rales or rhonchi, symmetric air entry
Heart - irregular , tachycardia  normal S1, S2, no murmurs, rubs, clicks or gallops
Abdomen - soft, nontender, nondistended, no masses or organomegaly
Neurological - alert, oriented, normal speech, no focal findings or movement disorder noted
Musculoskeletal - no joint tenderness, deformity or swelling
Extremities - peripheral pulses normal, trace pedal edema, no clubbing or cyanosis
Skin - normal coloration and turgor, no rashes, no suspicious skin lesions noted

## DATA:

### LABS:
### CBC:
**Recent Labs**

| | 01/17/19 1052 |
|---|---|
| WBC | 17.4* |
| HGB | 14.3 |
| PLTCT | 432 |

### CMP:
**Recent Labs**

**Lincoln/Marcus 1863**

**HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:        Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019

H&P Notes (continued)

|  | 01/17/19<br>1054 |
| --- | --- |
| CREATININE | 1.1 |

Lab Results

| Component | Value | Date |
| --- | --- | --- |
| WBC | 17.4 (H) | 01/17/2019 |
| HGB | 14.3 | 01/17/2019 |
| HCT | 42.0 | 01/17/2019 |
| PLTCT | 432 | 01/17/2019 |
| MCV | 84.8 | 01/17/2019 |
| LYMPH | 21 | 01/17/2019 |
| ANC | 12.40 (H) | 01/17/2019 |

RADIOLOGY: No results found.

REVIEWED: CT

ECG FINDINGS:
ASSESSMENT/PLAN:
Principal Problem:
   SVT (supraventricular tachycardia) POA: Yes
Active Problems:
   Paroxysmal atrial fibrillation POA: Yes
   Atrial tachycardia POA: Unknown
   Chronic midline low back pain with left-sided sciatica POA: Yes
Resolved Problems:
   * No resolved hospital problems. *

Acute SVT-with syncopal episode
-Heart rate 175 on admission status post 2 doses of IV adenosine 12 mg with conversion to sinus rhythm with tachycardia
-Started on IV Cardizem drip on 15 mg
-EP consulted plan for cardioversion
-Initial troponin negative
-TSH normal

Acute onset dyspnea–related to SVT, upper respiratory symptoms
- not hypoxic
-Continue with heart rate control
-SVN as needed

Upper respiratory symptoms-with nasal congestion
-Influenza swab negative, follow-up respiratory panel
-Started on Flonase, SVN as needed

Leukocytosis-possibly reactive
-No active fever, flu negative, check UA
-Will monitor off IV antibiotics

Generated by 5608 at 6/17/21  1:42 PM                                                Page 54

**Lincoln/Marcus 1864**

Fax Server              6/17/2021 1:45:13 PM   PAGE   56/190    Fax Server

 | SOMC Osborn Medical | Marcus, Leslie S |
| Center | MRN: 3220726, DOB:          Sex: F |
| 7400 E. Osborn Road | Acct #: 40190170128 |
| Scottsdale AZ 85251-6432 | Adm: 1/17/2019, D/C: 1/26/2019 |

### H&P Notes (continued)

-IV fluids

Proximal A. fib-
-Status post Cryoablation of AF with PVI of 4 PVs on 12/26
-Currently on Eliquis 5 mg twice daily, Flagyl 900 mg twice daily, Toprol 25 mg

Chronic back pain—related to motor vehicle trauma
- with L sciatica pain
-On gabapentin, Norco as needed

Discussed with patient and husband by bedside regarding management plan.


DVT prophylaxis - SCD and eliquis
Code Status - Full Code
Disposition - admit to ICU

### Admission Information

| Provider | Service | Admission Date | Expected D/C Date |
|---|---|---|---|
|  | Critical Care | 1/17/2019 |  |

**Actual LOS**

0 days


Current Patient Class:   Observation

Biju Benny Mathew, MD
1/17/2019
1:51 PM

Medical decision making complexity: high
Total time: 60




Showing 1 note, more notes may be available.

### OP Notes

Brief Op Note by David W Riggio, MD at 01/17/19 1736

| Author: | David W Riggio, MD | Author Type: | Physician | Filed: | 01/17/19 1738 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 01/17/19 1736 |
| Creation Time: | 01/17/19 1736 |  |  |  |  |
| Editor: | David W Riggio, MD (Physician) |  |  |  |  |

Generated by 5608 at 6/17/21  1:42 PM                                      Page 55

**Lincoln/Marcus 1865**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:         Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

OP Notes (continued)

## TEE IN CATH, CARDIOVERSION CATH LAB  Procedure Note

Leslie S Marcus
1/17/2019

**All items MUST be fully completed**

**Pre-op Diagnosis:** SVT post ablation

**Post-op Diagnosis:** Same

**Procedure(s) performed:** Procedure(s):
TEE IN CATH
CARDIOVERSION CATH LAB

**Laterality:**Not Applicable

**Surgeon(s)/Physician(s):**   * Thomas A Mattioni, MD - Primary

**Name of Assistants(s):** None

**Anesthesia type:** General

**Estimated Blood Loss:** Minimal

**Blood Products Administered:** Did not receive any intraoperative transfusion

**Complications:** None

**Specimen(s) removed:**
Specimens (From admission, onward)
   None

**Intentional Packing Info:**

**Grafts/Implants/Medical Device(s):** * No implants in log *

**Drains:** None

**Findings:** Other: No Mass or thrombus in LAA

Generated by 5608 at 6/17/21  1:42 PM                                      Page 56

**Lincoln/Marcus 1866**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:        , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | | Adm: 1/17/2019, D/C: 1/26/2019 |

**OP Notes (continued)**

Debridement: No Debridement

Closing: N/A

Date: 1/17/2019 **Time:** 5:36 PM **Physician** David W Riggio

**Per Medical Staff Rules and Regs: This brief post procedure progress note must be documented immediately following surgery and before the patient is transferred to the next level of care (e.g. before the patient leaves the post anesthesia care area)**

Op Note by Deepa K Shah, MD at 01/26/19 1032

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 01/26/19 1044 |
|---|---|---|---|---|---|
| Note Status: | Addendum | Cosign: | Cosign Not Required | Date of Service: | 01/26/19 1032 |
| Creation Time: | 01/26/19 1038 | | | | |
| Editor: | Deepa K Shah, MD (Physician) | | | | |

EGD with biopsy:
See Provations for details
Mild gastritis, status post antral biopsies to exclude H. pylori
No ulcers

**Plan:**
Continue PPI
Maximize medications for constipation
Still suspect nausea is related to cardiac medications
Encourage oral intake
Resume Eliquis, as no further GI interventions are planned

Deepa Shah, MD, FACG
Honor Health Gastroenterology
(480)882-5740

**Procedure Notes**

Procedures by Crystal Anderson, RRT at 01/17/19 1646

| Author: | Crystal Anderson, RRT | Author Type: | Respiratory Therapist | Filed: | 01/17/19 1647 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 01/17/19 1646 |

Generated by 5608 at 6/17/21 1:42 PM

**Lincoln/Marcus 1867**

**HONOR**HEALTH™

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

**Procedure Notes (continued)**

| | |
|---|---|
| Creation Time: | 01/17/19 1646 |
| Editor: | Crystal Anderson, RRT (Respiratory Therapist) |

Procedure Orders:
1. Insert arterial line [181022255] ordered by Lindsey Ann Bayer, DO at 01/17/19 1609

Aline order verified, chart reviewed. Pt has no arm restrictions. Allen's test was performed and indicated good collateral blood flow. Right radial artery scanned from wrist to elbow and found to be pulsatile all the way up. right Ulnar artery was visualized with ultrasound and was patent/Pulsatile. Aline was inserted with ultrasound guidance X1 attempt into radial artery.

1% lidocaine was administered to the site. Area was prepped with a vigorous Chloraprep scrub for 30 seconds and allowed to dry completely. Sterile technique was used for procedure including: hand hygiene, mask, hat, sterile gloves, sterile probe cover, and area draped with sterile towels.Aline draws and flushes without issue. Good waveform noted. Line zeroed and flushed. Optimal cap refill noted.

Procedures by Michael Hipwell V, RRT at 01/18/19 0003

| | | | | | |
|---|---|---|---|---|---|
| Author: | Michael Hipwell V, RRT | Author Type: | Respiratory Therapist | Filed: | 01/18/19 0139 |
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 01/18/19 0003 |
| Creation Time: | 01/18/19 0003 | | | | |
| Editor: | Michael Hipwell V, RRT (Respiratory Therapist) | | | | |

Procedure Orders:
1. Insert arterial line [181069811] ordered by Tyler J Glenn, MD at 01/17/19 2254

Aline order verified, chart reviewed. Pt has no arm restrictions. Allen's test was performed and indicated good collateral blood flow. Left radial artery scanned from wrist to elbow and found to be pulsatile all the way up. left Ulnar artery was visualized with ultrasound and was patent/Pulsatile. Aline was inserted with ultrasound guidance X2 attempt into left radial artery.

Prior to insertion, the insertion site and surrounding skin was cleansed with soap and water.
1% lidocaine was administered to the site. Area was prepped with a vigorous Chloraprep scrub for 30 seconds and allowed to dry completely. Sterile technique was used for procedure including: hand hygiene, mask, hat, sterile gloves, sterile probe cover, and area draped with sterile towels. Patient wore hat and mask during placement as well. Aline draws and flushes without issue. Good waveform noted. Line zeroed and flushed. Optimal cap refill noted.

**Lincoln/Marcus 1868**

 **HONOR**HEALTH.

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

**Procedure Notes (continued)**

Time Out Done with: RN Chris Nnaji



Procedures by Arturo Vasquez, RRT at 01/19/19 1917

| Author: | Arturo Vasquez, RRT | Author Type: | Respiratory Therapist | Filed: | 01/19/19 1918 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 01/19/19 1917 |
| Creation Time: | 01/19/19 1917 | | | | |
| Editor: | Arturo Vasquez, RRT (Respiratory Therapist) | | | | |

PIV inserted via ultrasound guidance X 1 attempt into the  Left forearm  vein, at a depth of <1.5cm.  20 gauge PIV placed successfully with no complications. RN aware line ok for use.Arturo Vasquez, RRT-CVCS

**Lincoln/Marcus 1869**

**HONOR**HEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:    , Sex: F Acct #: 40190170128 Adm: 1/17/2019, D/C: 1/26/2019

### Procedure Notes (continued)

Procedures signed by Deepa K Shah, MD at 01/26/19 1047

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 01/26/19 1047 |
|---|---|---|---|---|---|
| Completion Status: | Authenticated | Availability: | Available | Document ID: | PROVATION141694 |
| Note Status: | Signed | Date of Service: | 01/26/19 1015 | Creation Time: | 01/26/19 1047 |
| Editor: | Deepa K Shah, MD (Physician) | | | | |

**Transcription Details: Upper GI Endoscopy**

| Dictated By: | Deepa K Shah, MD | Dictated Date: | Not found | Dictated Time: | Not found |
|---|---|---|---|---|---|
| Transcribed By: | Not found | Transcribed Date: | 01/26/19 | Transcribed Time: | 1015 |
| Authorized By: | Deepa K Shah, MD | Authorization Date: | 01/26/19 | Authorization Time: | 1047 |

Procedure Orders:
1. UPPER GI ENDOSCOPY [182109573] ordered by Deepa K Shah, MD at 01/26/19 1015

```
Osborn
GI
Patient Name: Leslie Marcus
Procedure Date: 1/26/2019 10:15 AM
MRN: 3220726
Account Number: 131748586
Date of Birth: 5/27/1971
Admit Type: Inpatient
Age: 47
Attending MD: Deepa Shah , MD
Blood Products Administered: No
Grafts/Implants: No
Procedure:                              Upper GI endoscopy
Pre Procedure Diagnosis/Indications:   Nausea, Hx of esophageal ulcers
Providers:                             Deepa Shah, MD (Doctor), Valerie
                                       Softley, RN (Nurse), Jon Denney,
                                       Technician (Technician), Thomas

A.

                                       Nyberg, MD (Anesthesiologist)
Medicines:                             Monitored Anesthesia Care
Complications:                         No immediate complications.
Procedure:                             Pre-Anesthesia Assessment:
                                       - Prior to the procedure, a
History

                                       and Physical was performed, and
```

Generated by 5608 at 6/17/21 1:42 PM                                    Page 60

**Lincoln/Marcus 1870**

**HONOR**HEALTH.™

| | | |
|---|---|---|
| SOMC Osborn Medical Center | Marcus, Leslie S | |
| 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40190170128 | |
| | Adm: 1/17/2019, D/C: 1/26/2019 | |

Procedure Notes (continued)

allergies

the

patient

last

procedure.

risks

to

consent,

and

tolerated

Findings:

in

patient medications and

were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and

sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The

has taken Eliquis (apixaban),

dose was 2 days prior to

ASA Grade Assessment: III - A patient with severe systemic disease. After reviewing the

and benefits, the patient was deemed in satisfactory condition

undergo the procedure.
After obtaining informed

the endoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The endoscope was introduced through the mouth,

advanced to the second part of duodenum. The upper GI endoscopy was accomplished without difficulty. The patient

the procedure well.

Localized mild inflammation characterized by erythema was found

the gastric antrum. Biopsies were taken with a cold forceps for

Generated by 5608 at 6/17/21  1:42 PM                                                    Page 61

**Lincoln/Marcus 1871**

**HONOR**HEALTH™

| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:        Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 |

## Procedure Notes (continued)

Helicobacter pylori testing.

Post Procedure Diagnosis/Impressions: — Chronic gastritis. Biopsied.

Estimated Blood Loss: Estimated blood loss: none.

Recommendation: — Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient.

Return to normal activities tomorrow. Written discharge instructions

were provided to the patient.
— Return patient to hospital

ward for ongoing care.
— Resume previous diet.
— Continue present medications.
— No specific findings on EGD to explain current symptoms of

nausea
— Still suspect nausea is

related to cardiac medications +/- constipation
— No ulcers
— Continue PPI
— Resume diet

Attending Participation:
I personally performed the entire procedure.
Deepa Shah MD
Deepa Shah, MD
1/26/2019 10:47:50 AM
This report has been signed electronically.
Number of Addenda: 0
Note Initiated On: 1/26/2019 10:15 AM

## Lab Results

Resulted: 01/17/19 1102, Result status: Final

CBC with Differential (Abnormal)                                                          result

Ordering provider: Lindsey Ann Bayer, DO  01/17/19 1048    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

**Lincoln/Marcus 1872**

 **HONOR**HEALTH.

| | | |
|---|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40190170128<br>Adm: 1/17/2019, D/C: 1/26/2019 | |

Lab Results (continued)

Resulted: 01/17/19 1102, Result status: Final result

**CBC with Differential (Abnormal) (continued)**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/17/19 1052 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 17.4 | 4.0 - 10.9 10³/uL | H ^ | SOLab |
| RBC | 4.95 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 14.3 | 12.0 - 16.0 g/dL | — | SOLab |
| Hematocrit | 42.0 | 36.0 - 48.0 % | — | SOLab |
| MCV | 84.8 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 29.0 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 34.2 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 13.3 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 39.8 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 432 | 130 - 450 K/uL | — | SOLab |
| MPV | 8.3 | 7.4 - 12.4 fL | — | SOLab |
| Neutrophils | 72 | % | — | SOLab |
| Lymphs | 21 | % | — | SOLab |
| Monocytes | 6 | % | — | SOLab |
| Basophils | 1 | % | — | SOLab |
| Eosinophils | 1 | % | — | SOLab |
| nRBC | <1.0 | /100 WBCs | — | SOLab |
| Neutrophils Absolute | 12.40 | 1.48 - 8.72 10³/uL | H ^ | SOLab |
| Lymphocytes Absolute | 3.60 | 0.40 - 5.45 10³/uL | — | SOLab |
| Monocytes Absolute | 1.10 | <=1.31 10³/uL | — | SOLab |
| Eosinophils Absolute | 0.10 | <=0.65 10³/uL | — | SOLab |
| Basophils Absolute | 0.20 | 0.00 - 0.33 10³/uL | — | SOLab |
| Nucleated RBC Absolute | 0.000 | <=0.020 10³/uL | — | SOLab |

Resulted: 01/17/19 1117, Result status: Final result

**Protime-INR (Normal)**

Ordering provider: Lindsey Ann Bayer, DO  01/17/19 1048      Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:
Suggested INR ranges for stable oral anticoagulation only:

Prevention of venous thrombosis and pulmonary embolism: 2.0 - 3.0
Prevention of arterial thrombo-embolism including mechanical valve patients: 2.0 - 3.5

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/17/19 1052 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 13.8 | 12.0 - 15.0 | — | SOLab |

Generated by 5608 at 6/17/21  1:42 PM                                              Page 63

**Lincoln/Marcus 1873**

**HONOR**HEALTH.™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40190170128 Adm: 1/17/2019, D/C: 1/26/2019

## Lab Results (continued)

Resulted: 01/17/19 1117, Result status: Final result

**Protime-INR (Normal) (continued)**

| | | seconds | | |
|---|---|---|---|---|
| INR | 1.07 | 0.88 - 1.16 | — | SOLab |

Resulted: 01/17/19 1118, Result status: Final result

**aPTT (Normal)**

Ordering provider: Lindsey Ann Bayer, DO 01/17/19 1048     Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/17/19 1052 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| aPTT | 29.3 | 22.0 - 35.0 seconds | — | SOLab |

Resulted: 01/17/19 1129, Result status: Final result

**Troponin I (Normal)**

Ordering provider: Lindsey Ann Bayer, DO 01/17/19 1048     Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:
TROPONIN I INTERPRETATION:

Negative:     <0.04 ng/mL
Indeterminate:   0.04 - 0.49 ng/mL
Positive Cut-off >0.50 ng/mL

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/17/19 1052 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.03 | 0.00 - 0.03 ng/mL | — | SOLab |

Resulted: 01/17/19 1142, Result status: Final result

**TSH with Reflex to Free T4 (Normal)**

Ordering provider: Lindsey Ann Bayer, DO 01/17/19 1048     Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/17/19 1052 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.181 | 0.450 - 5.330 uIU/mL | — | SOLab |

Generated by 5608 at 6/17/21  1:42 PM                                                Page 64

**Lincoln/Marcus 1874**



| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40190170128 |
| | Adm: 1/17/2019, D/C: 1/26/2019 |

## Lab Results (continued)

Resulted: 01/17/19 1144, Result status: Final result

**Magnesium (Normal)**

Ordering provider: Lindsey Ann Bayer, DO  01/17/19 1048     Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/17/19 1052 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 2.2 | 1.8 - 2.5 mg/dL | — | SOLab |

Resulted: 01/17/19 1450, Result status: Final result

**UA with Micro, Cult if indicated (Abnormal)**

Ordering provider: Lindsey Ann Bayer, DO  01/17/19 1135     Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

When red blood cells are observed but the chemical exam is negative for blood, Ascorbic Acid interference is suspected. Ascorbic acid at higher concentration in urine samples can lead to false negative blood in urine.

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine, Clean Catch | 01/17/19 1421 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, Urine | Yellow | Colorless, Light Yellow, Yellow, Dark Yellow, Straw | — | SOLab |
| Clarity, Urine | Clear | Clear | — | SOLab |
| Glucose, Urine | Negative | Negative mg/dL | — | SOLab |
| Bilirubin, Urine | Negative | Negative | — | SOLab |
| Ketones, Urine | 20 | Negative mg/dL | A ! | SOLab |
| Specific Gravity, Urine | 1.013 | 1.007 - 1.026 | — | SOLab |
| Blood, Urine | Negative | Negative | — | SOLab |
| pH, Urine | 5.0 | 5.0 - 8.0 | — | SOLab |
| Protein, Urine | Negative | Negative mg/dL | — | SOLab |
| Urobilinogen, Urine | <2.0 | <2.0 mg/dL | — | SOLab |
| Nitrite, Urine | Negative | Negative | — | SOLab |
| Leukocyte Esterase, Urine | Small | Negative | A ! | SOLab |
| Culture Indicated? | Yes | — | — | SOLab |
| WBC, Urine | 3 | 0 - 5 /HPF | — | SOLab |
| RBC, Urine | 2 | 0 - 2 /HPF | — | SOLab |
| Bacteria, Urine | None Seen | None Seen /HPF | — | SOLab |
| Squamous Epithelial, Urine | 1 | 0 - 5 /HPF | — | SOLab |
| Mucus, Urine | Occasional | None Seen /LPF | A ! | SOLab |

Resulted: 01/17/19 1801, Result status: Final result

**Rainbow Draw**

Ordering provider: Sandra Lynn Till, DO  01/17/19 1623     Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Generated by 5608 at 6/17/21  1:42 PM                                                      Page 65

**Lincoln/Marcus 1875**