| HONORHEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 |

### ED Provider Notes (continued)

| | | |
|---|---|---|
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth at bedtime. | Historical Provider, MD |
| clonazePAM (KLONOPIN) 1 mg tablet | Take 1 tablet (1 4/1/19 mg total) by mouth 2 (two) times daily as needed for Anxiety. | Frank E Cibulka, MD |
| COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | Historical Provider, MD |
| docusate sodium 100 MG CAPS | Take 1 capsule 1/27/19 (100 mg total) by mouth daily. | Alvin Mathew, DO |
| flecainide (TAMBOCOR) 100 mg tablet | Take 1 tablet 1/26/19 (100 mg total) by mouth every 12 (twelve) hours. | Alvin Mathew, DO |
| SYMBICORT 160-4.5 MCG/ACT inhaler | INHALE 2 11/7/18 PUFFS BY MOUTH TWICE DAILY | Frank E Cibulka, MD |

## ALLERGIES

### Allergies

| Allergen | Reactions |
|---|---|
| • Corticosteroids A fib | |
| • Zofran [Ondansetron] Dizziness and flushing | Other (See Comments) |

## REVIEW OF SYSTEMS

Review of Systems
Constitutional: Negative for activity change and appetite change.
HENT: Negative for congestion and ear pain.
Eyes: Negative for pain and visual disturbance.
Respiratory: Positive for shortness of breath. Negative for cough and chest tightness.
Cardiovascular: Positive for chest pain. Negative for palpitations.
 **Positive for elevated heart rate.**
Gastrointestinal: Positive for blood in stool. Negative for abdominal distention.
Endocrine: Negative for cold intolerance and heat intolerance.
Genitourinary: Negative for dysuria, flank pain and hematuria.
Allergic/Immunologic: Negative for environmental allergies and food allergies.

EXHIBIT

__C, part 7__

**Lincoln/Marcus 1933**

 **HONOR**HEALTH™

| SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | Adm: 4/12/2019, D/C: 4/18/2019 | |

**ED Provider Notes (continued)**

Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Negative for adenopathy.
Psychiatric/Behavioral: Positive for sleep disturbance. The patient is nervous/anxious.

### PHYSICAL EXAM

Triage vitals were reviewed.

**ED Triage Vitals**

| | | |
|---|---|---|
| Temp | 04/12/19 1836 | **98.2 °F (36.8 °C)** |
| Heart Rate | 04/12/19 1351 | (!) 145 |
| Resp | 04/12/19 1351 | (!) 24 |
| BP | 04/12/19 1351 | 98/53 |
| SpO2 | 04/12/19 1351 | 99 % |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Neck supple. No tracheal deviation present.
Cardiovascular: Regular rhythm. Tachycardia present. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
Abdominal: Soft. She exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: She exhibits no edema or tenderness.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
**Normal motor upper and lower extremities bilaterally, normal sensation upper and lower extremities bilaterally. Nonfocal cerebellar testing bilaterally.**
Skin: Skin is warm and dry. No rash noted.
Psychiatric:
**Extremely anxious appearing. Unable to sit still. Sitting in fetal position.**
Nursing note and vitals reviewed.

### INTERVENTIONS & DIAGNOSTIC INVESTIGATIONS

### MEDICATIONS ADMINISTERED DURING THIS ED VISIT:

Medications
promethazine (PHENERGAN) 25 mg in sodium chloride 0.9 % 51 mL IVPB (not administered)
morphine 4 mg/mL injection 4 mg (not administered)
enoxaparin (LOVENOX) injection 60 mg (not administered)

**Lincoln/Marcus 1934**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| **HONOR**HEALTH™ | 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | Adm: 4/12/2019, D/C: 4/18/2019 | |

**ED Provider Notes (continued)**

sodium chloride 0.9 % BOLUS 1,000 mL (1,000 mLs Intravenous New Bag 4/12/19 1457)
LORazepam (ATIVAN) 2 mg/mL injection 2 mg (2 mg Intramuscular Given 4/12/19 1408)
sodium chloride 0.9 % BOLUS 1,000 mL (1,000 mLs Intravenous New Bag 4/12/19 1421)
LORazepam (ATIVAN) 2 mg/mL injection 1 mg (1 mg Intravenous Given 4/12/19 1456)
promethazine (PHENERGAN) 25 mg in sodium chloride 0.9 % 51 mL IVPB (0 mg Intravenous Stopped 4/12/19 1611)
diphenhydrAMINE (BENADRYL) 50 mg/mL injection 25 mg (25 mg Intravenous Given 4/12/19 1523)
morphine 4 mg/mL injection 4 mg (4 mg Intravenous Given 4/12/19 1523)
iopamidol (ISOVUE-370) 76 % injection 80 mL (80 mLs Intravenous Given 4/12/19 1638)

### EKG

Sinus tachycardia at 131 BPM. QTc 463 m/s. No ST elevation or depression. Intervals and axis are normal.

### PROCEDURES / CRITICAL CARE

**Critical Care Time:**
I spent approximately **30** minutes of critical care time with the patient directly caring for them, interpreting tests, and discussing the care of the patient to prevent emergent complications. This is exclusive of any separately billable procedures.

### PULSE OXIMETRY / CARDIAC MONITORING

PULSE OXIMETRY is 98% on Room Air which is interpreted as Normal by me.

### RADIOLOGY STUDIES

*Any radiology studies ordered and resulted by the time of disposition or turnover were reviewed by me.*

------------------ INTERPRETATIONS BY ED PROVIDER: ------------------

| | |
|---|---|
| **X-ray of:** | Chest |
| **Number of views:** | *1 view* |
| **Interpreted by:** | *Pedro Roque, MD (ED Physician)* |
| **Interpretation:** | Normal heart size. Normal mediastinum. No infiltrates. No effusions. No rib fractures. No pneumothorax. |

------------------ INTERPRETATIONS BY RADIOLOGIST: ------------------

**Lincoln/Marcus 1935**

**HONOR**HEALTH.

SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 40191020262
Adm: 4/12/2019, D/C: 4/18/2019

**ED Provider Notes (continued)**

| | |
|---|---|
| **X-ray of:** | **Chest** |
| **Number of views:** | *1 view* |
| **Interpreted by:** | *read by radiologist Sarah Palestrant, MD;* |
| **Interpretation:** | IMPRESSION: |
| | 1. No acute findings. |

| | |
|---|---|
| **Study:** | CTA THORAX - PULMONARY ARTERIES |
| **Interpreted by:** | *read by radiologist Sean Perini, MD:* |
| **Interpretation:** | IMPRESSION: |

Very small pulmonary embolism involving branches of the right and left lower lobes.

Tree-in-bud type reticular and nodular opacities in the right lung improved compared with prior. This may be postinflammatory or related to chronic small airways disease. Recurrent mild infiltrate not excluded.

Diffusely mildly thick-walled esophagus. This could reflect an esophagitis in the appropriate clinical setting. Clinical correlation and follow-up suggested.

**LABORATORY STUDIES**

*Any labs ordered and resulted by the time of disposition or turnover were reviewed by me.*

Labs Reviewed
**CBC WITH DIFFERENTIAL - Abnormal**

| Result | Value |
|---|---|
| WBC | 11.4 (*) |
| RBC | 4.76 |
| Hemoglobin | 13.4 |
| Hematocrit | 39.5 |
| MCV | 82.9 |
| MCH | 28.1 |
| MCHC | 33.9 |
| RDW | 14.0 |
| RDW-SD | 41.1 |
| Platelets | 518 (*) |
| MPV | 8.1 |
| Neutrophils | 46 |
| Lymphs | 43 |
| Monocytes | 9 |
| Basophils | 1 |
| Eosinophils | 1 |
| nRBC | <1.0 |
| Neutrophils Absolute | 5.30 |
| Lymphocytes Absolute | 5.00 |
| Monocytes Absolute | 1.00 |

Generated by 5608 at 6/17/21  1:42 PM                                    Page 126

**Lincoln/Marcus 1936**

Fax Server            6/17/2021 1:45:13 PM   PAGE 128/190    Fax Server



| | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:        , Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 |

**ED Provider Notes (continued)**

| | |
|---|---|
| Eosinophils Absolute | 0.10 |
| Basophils Absolute | 0.20 |
| Nucleated RBC Absolute | 0.000 |

**BASIC METABOLIC PANEL - Abnormal**

| | |
|---|---|
| Sodium | 134 (*) |
| Potassium | 4.0 |
| Chloride | 98 (*) |
| CO2 | 20 (*) |
| Anion Gap | 16 |
| Calcium | 9.7 |
| Glucose | 98 |
| BUN | 17 |
| Creatinine | 1.3 (*) |
| eGFR (Non-African American) | 44 (*) |
| eGFR (African American) | 53 (*) |

**HEPATIC FUNCTION PANEL - Abnormal**

| | |
|---|---|
| Total Protein | 8.9 (*) |
| Albumin | 4.5 |
| Globulin, Total | 4.4 (*) |
| A/G Ratio | 1.0 (*) |
| Bilirubin, Total | 0.6 |
| Bilirubin, Direct | 0.1 |
| Alkaline Phosphatase | 96 |
| AST | 36 |
| ALT | 23 |

**UA WITH MICRO, CULT IF INDICATED - Abnormal**

| | |
|---|---|
| Color, Urine | Straw |
| Clarity, Urine | Clear |
| Glucose, Urine | Negative |
| Bilirubin, Urine | Negative |
| Ketones, Urine | 5 (*) |
| Specific Gravity, Urine | 1.002 (*) |
| Blood, Urine | Negative |
| pH, Urine | 6.0 |
| Protein, Urine | Negative |
| Urobilinogen, Urine | <2.0 |
| Nitrite, Urine | Negative |
| Leukocyte Esterase, Urine | Moderate (*) |
| Culture Indicated? | Yes |
| WBC, Urine | 6 (*) |
| RBC, Urine | 2 |
| Bacteria, Urine | None Seen |
| Squamous Epithelial, Urine | 1 |

**D-DIMER, QUANTITATIVE - Abnormal**

Generated by 5608 at 6/17/21  1:42 PM                                  Page 127

PAGE 128/190 * RCVD AT 6/17/2021 4:45:09 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):206-58

**Lincoln/Marcus 1937**

**HONORHEALTH**

| | |
|---|---|
| SOMC Osborn Medical Center | Marcus, Leslie S |
| 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | Adm: 4/12/2019, D/C: 4/18/2019 |

**ED Provider Notes (continued)**

D-Dimer, Quantitative   2.12 (*)

DRUGS OF ABUSE SCREEN, URINE - Abnormal

| | |
|---|---|
| Amphetamine Screen, Urine | Negative |
| Barbiturate Screen, Urine | Negative |
| Benzodiazepine Screen, Urine | Negative |
| THC Screen, Urine | Positive (*) |
| Cocaine Screen, Urine | Negative |
| Opiate Screen, Urine | Negative |
| PCP Screen, Urine | Negative |

LIPASE - Normal

Lipase   46

PROTIME-INR - Normal

| | |
|---|---|
| Prothrombin Time | 13.6 |
| INR | 1.05 |

HCG, SERUM, QUALITATIVE - Normal

hCG, Beta Subunit, Serum, Qualitative   Negative

CULTURE URINE

AMMONIA

TYPE AND SCREEN

| | |
|---|---|
| ABO Group and Rh Type | A Rh POS |
| Antibody Screen | NEGATIVE |

ABO/RH

## ED COURSE

**TIMELINE**

**2:02 PM**

Upon initial evaluation, H&P are performed. Informed the patient of plan for further evaluation and treatment including CXR, EKG, UA, lab studies, and Ativan. Patient is in agreement with plans. All questions and concerns are addressed.

**2:42 PM**

Revisited patient. She is still hyperventilating in the fetal position. Reporting tingling in all extremities and nausea. She request anti-emetic other than Zofran, as it drops her BP. Will order Phenergan. HR improved. Clearly sinus rhythm on monitor.

**3:16 PM**

Revisited patient. She is complaining of migraine headache. She has a history of similar. Will order medication for symptom management. AZ PMP was queried and results were reviewed by ED provider. Narcotic score 300. Sedative score 411. Stimulant score 0. NarxCheck Overdose risk score was 350. Moderate narcotic utilization.

**Lincoln/Marcus 1938**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

**ED Provider Notes (continued)**

**3:49 PM**

Patient appears much improved. She is feeling better. Migraine is now mild. Will give one more dose of Ativan. D-dimer is elevated. CTA chest ordered to rule out PE. She is in agreement.

**5:14 PM**

Revisited patient. She is now reporting that she has had diarrhea recently and was concerned when she saw blood in the toilet bowl after having a BM on the plane today. Rectal exam performed at this time with female RN as chaperone during entire exam after obtaining verbal consent. Exam shows guaiac negative brown stool. No blood, Melena, or hemorrhoids. She continues to be concerned about her ammonia level. Will order for ammonia level. She also reports worsening nausea and headache after CTA scan. Updated her on work-up results and plan for admission to the hospital for further evaluation and treatment. The patient demonstrates agreement and understanding with this plan. All other questions were answered and concerns addressed.

**5:23 PM**

Discussed this case with Dr. Puente, hospitalist, regarding patient history, HPI, physical exam, ED course, ED findings, and treatment plan. Dr. Puente kindly accepts this patient for admission to Tele.

REPEAT VITALS

**ED Vitals**

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight | Who |
|---|---|---|---|---|---|---|---|
| 04/12/19 1724 | -- | 112 ! | 13 | -- | 98 % | -- | DG |
| 04/12/19 1705 | -- | 121 ! | 19 | -- | -- | -- | DG |
| 04/12/19 1617 | -- | 128 ! | 12 | 107/84 | 97 % | -- | DG |
| 04/12/19 1610 | -- | 138 ! | 21 ! | 108/79 | 96 % | -- | DG |
| 04/12/19 1523 | -- | 128 ! | 21 ! | 112/80 | 94 % | -- | DG |
| 04/12/19 1504 | -- | 122 ! | 16 | 101/84 | 98 % | -- | DG |
| 04/12/19 1455 | -- | 124 ! | 16 | 106/84 | 98 % | -- | DG |
| 04/12/19 1440 | -- | 130 ! | 26 ! | 109/87 | 100 % | -- | DG |
| 04/12/19 1420 | -- | 126 ! | 21 ! | 117/86 | 96 % | -- | DG |
| 04/12/19 1351 | -- | 145 ! | 24 ! | 98/53 | 99 % | 63.5 kg (140 lb) | MB |

**Lincoln/Marcus 1939**



| | | |
|---|---|---|
| **HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

ED Provider Notes (continued)

## MEDICAL DECISION MAKING

Patient is a 47-year-old female with a history of pulmonary embolism, who now comes in with tachycardia and chest pain. The patient was tachycardic to the 140s upon arrival, severely anxious, sinus rhythm both on the cardiac monitor as well as on the EKG. She has a history of SVT and is on flecainide. However overall presentation is not consistent with a supraventricular rhythm or atrial tachycardia. Is clearly a sinus rhythm. Therefore etiology was pursued. She is afebrile, no other signs of sepsis. She only has a mild leukocytosis. She received IV fluids, multiple doses of IV Ativan however without complete resolution. Given this fact I have obtained a d-dimer which is elevated just over 2.0. CTA of the chest was notable for small pulmonary emboli.

Indigestion in direct contradistinction to the above chief complaint, the patient has no rectal bleeding. She noted some bloody diarrhea after getting off the plane earlier within the past day, however rectal exam was negative for any blood, it was notable for brown stools, guaiac negative. No melena. For this reason, I will treat with systemic anticoagulation, Lovenox.

MIPS

None

## CLINICAL IMPRESSION

| | | SNOMED CT(R) |
|---|---|---|
| 1. | **PE (pulmonary thromboembolism)** | PULMONARY THROMBOEMBOLISM |
| 2. | Persistent tachycardia | TACHYCARDIA |

## DISPOSITION

DISPOSITIONED TO...

Admit to Tele

**Pedro Jose Roque, MD**
HonorHealth

Documentation assistance was provided for Pedro Jose Roque, MD by scribe Savannah Farley. I have personally performed the history, physical exam, all consultations, and the medical decision making pertaining to the patient. I have reviewed and agree with the scribe documentation.

Pedro Jose Roque, MD

Generated by 5608 at 6/17/21 1:42 PM                                                    Page 130

**Lincoln/Marcus 1940**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:              Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

**ED Provider Notes (continued)**
04/13/19 0617

Electronically signed by Pedro Jose Roque, MD at 04/13/19 0617

**H&P Notes**

H&P by Karla America Puente-Shultz, MD at 04/12/19 1839

| Author: | Karla America Puente-Shultz, MD | Author Type: | Physician | Filed: | 04/12/19 2306 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 04/12/19 1839 |
| Creation Time: | 04/12/19 1839 | | | | |
| Editor: | Karla America Puente-Shultz, MD (Physician) | | | | |



AFFILIATED HOSPITALISTS

NAME: Leslie S Marcus
MRN: 3220726
DATE OF BIRTH:              Age: 47 y.o.
PRIMARY CARE PHYSICIAN: Frank E Cibulka, MD
PHONE: 480-882-7360

**History and Physical**

ADMISSION DATE/TIME: 4/12/2019 1:53 PM

**CHIEF COMPLAINT:**
Anxiety.

**HPI:**

Patient is a 47 y.o. female
female with PMH of atrial fibrillation and anxiety who presented to the ER with rapid heart rate, difficultly breathing, and intermittent chest pain. The patient appears very anxious and is hyperventilating. She has not been feeling well for the past 4 days while she was visiting North Dakota. She reports having a rapid heart rate which would cause her to have difficulty sleeping and feel anxious. Her anxieties worsened as she was flying in from North Dakota today so immediately came to the ED after landing. She treated herself with a clonazepam earlier today. Per medical records, the patient was admitted for tachycardia in January 2019. She underwent an ablation for atrial fibrillation on 12/26/18 by Dr. Bhutto and is currently being treated with flecainide. She reports a history of blood clots but not PE. She reports a history of altered mental status secondary to elevated ammonia levels and she is concerned that she may have an elevated ammonia now. She denies being on opioids, anticoagulants, or seizure medication. History is limited secondary to her anxiety distress. She has history of migraine headaches in past. She is

**Lincoln/Marcus 1941**

 **HONOR**HEALTH™ | SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432 | Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 40191020262
Adm: 4/12/2019, D/C: 4/18/2019

H&P Notes (continued)

somewhat guarded in her responses and refers me to her previous records as she states shes been asked the same questions several times today. She is still quite anxious on arrival to floor

PCP is confirmed as: Dr Frank Cibulka

## PAST MEDICAL AND SURGICAL HISTORY:

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Atrial fibrillation | |
| • Depression | |
| • Disc disorder<br>*bulding discs of back* | |
| • Endometriosis | |
| • History of blood clots | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • EGD W/ INTERVENTION, BIOPSY (ENDO)<br>*Performed by Deepa K Shah, MD at SOMC ENDOSCOPY* | Left | 1/26/2019 |
| • A FIB ABLATION WITH TEE AND MAPPING<br>*Performed by Junaid Bhutto, MD at SOMC CARDIAC CATH* | N/A | 12/26/2018 |
| • HYSTERECTOMY | | |

## MEDICATIONS:

**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet | Take 10 mg by mouth at bedtime. | | | Yes | Historical Provider, MD |
| apixaban (ELIQUIS) 5 mg TABS tablet | Take 5 mg by mouth 2 (two) times daily. | | | | Historical Provider, MD |
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth at bedtime. | | | | Historical Provider, MD |
| clonazePAM (KLONOPIN) 1 mg tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. | 4/1/19 | | | Frank E Cibulka, MD |
| COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | | | Historical Provider, MD |
| docusate sodium 100 MG | Take 1 capsule | 1/27/19 | | | Alvin Mathew, DO |

Generated by 5608 at 6/17/21 1:42 PM                                    Page 132

**Lincoln/Marcus 1942**

**HONOR**HEALTH™

| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | Adm: 4/12/2019, D/C: 4/18/2019 |

### H&P Notes (continued)

| | | | |
|---|---|---|---|
| CAPS | (100 mg total) by mouth daily. | | |
| flecainide (TAMBOCOR) 100 mg tablet | Take 1 tablet (100 mg total) by mouth every 12 (twelve) hours. | 1/26/19 | Alvin Mathew, DO |
| SYMBICORT 160-4.5 MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH TWICE DAILY | 11/7/18 | Frank E Cibulka, MD |

### ALLERGIES:

**Allergies**

| Allergen | Reactions |
|---|---|
| • Corticosteroids *A fib* | |
| • Zofran [Ondansetron] *Dizziness and flushing* | Other (See Comments) |

### SOCIAL AND FAMILY HISTORY:

Social Hx:

**Social History**

**Socioeconomic History**
- Marital status:            Single
  - Spouse name:            Not on file
- Number of children:        Not on file
- Years of education:        Not on file
- Highest education level:   Not on file

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:  Not on file
- Food insecurity:
  - Worry:                  Not on file
  - Inability:              Not on file
- Transportation needs:
  - Medical:                Not on file
  - Non-medical:            Not on file

**Tobacco Use**
- Smoking status:            Former Smoker
- Smokeless tobacco:         Never Used

**Substance and Sexual Activity**
- Alcohol use:               No
- Drug use:                  Yes
  - Types:                  Marijuana
  - *Comment: PRN for back pain*
- Sexual activity:           Yes
  - Partners:               Male

**Lincoln/Marcus 1943**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F | |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | Adm: 4/12/2019, D/C: 4/18/2019 | |

**H&P Notes (continued)**

Lifestyle
- Physical activity:
  - Days per week:                Not on file
  - Minutes per session:          Not on file
- Stress:                          Not on file

Relationships
- Social connections:
  - Talks on phone:               Not on file
  - Gets together:                Not on file
  - Attends religious service:    Not on file
  - Active member of club or      Not on file
    organization:
  - Attends meetings of clubs     Not on file
    or organizations:
  - Relationship status:          Not on file
- Intimate partner violence:
  - Fear of current or ex         Not on file
    partner:
  - Emotionally abused:           Not on file
  - Physically abused:            Not on file
  - Forced sexual activity:       Not on file

Other Topics                       Concern
- Not on file

Social History Narrative
- Not on file


Family Hx:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Heart disease | Father | |

denies FH  history of hypercoagulability

## REVIEW OF SYSTEMS:

Review of systems as per chief complaint, and history of present illness noted.  All other review of systems were performed and noted to be negative.

## PHYSICAL EXAM:

**VITAL SIGNS:**
Temp: 98.2 °F (36.8 °C)
Temp Source: Oral
Heart Rate: (!) 116
Resp: 16
BP: (!) 129/94
MAP (mmHg): 88
SpO2: 100 %
O2 (L/min): 2 L/min

**PHYSICAL EXAM:**

Generated by 5608 at 6/17/21  1:42 PM                                    Page 134

**Lincoln/Marcus 1944**



| | | |
|---|---|---|
| **HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

**H&P Notes (continued)**

**General:** Anxious caucasian female
**Eyes:** anicteric sclera; PERRL
**HENT:** normocephalic, atraumatic, oropharynx clear with moist mucous membranes and no mucosal ulcerations; normal hard and soft palate
**Neck:** trachea midline; normal ROM; no LAD; supple
**Lungs:** clear to auscultation; no crackles; no rhonchi; no wheezes
**Heart:** midly tachycardic; normal S1 and S2; no murmur; no rubs; no gallops
**Abdomen:** normal bowel sounds; no pain; no distension; no HSM or masses
**Extremities:** no edema; no cyanosis; no joint swelling
**Neuro:** CN II-XII grossly intact; 5/5 BUE and BLE strength
**Back:** no CVA tenderness; no flank pain; no spinal tenderness
**Skin:** warm; dry; normal turgor; no rashes; no lesions

**DATA:**

**LABS:**
**CBC:**
**Recent Labs**

| | 04/12/19<br>1409 |
|---|---|
| WBC | 11.4* |
| HGB | 13.4 |
| PLTCT | 518* |

**CMP:**
**Recent Labs**

| | 04/12/19<br>1409 |
|---|---|
| GLU | 98 |
| BUN | 17 |
| NA | 134* |
| K | 4.0 |
| CL | 98* |
| CO2 | 20* |
| CREATININE | 1.3* |
| GFRNONAA | 44* |
| GFRAA | 53* |
| AST | 36 |
| ALT | 23 |
| TP | 8.9* |
| ALB | 4.5 |
| GLOB | 4.4* |
| AG | 1.0* |
| TBIL | 0.6 |
| CA | 9.7 |

**COAGS:**

**Lincoln/Marcus 1945**

 | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019

H&P Notes (continued)

### Recent Labs

|     | 04/12/19 1409 |
| --- | --- |
| INR | 1.05 |
| PRO | 13.6 |

**MICRO:** No results found for: STREPBCULT, VIRUSCULTURE, BC, STREPACULT, CUR, STCULT

**RADIOLOGY:** Cta Chest (pe)

Result Date: 4/12/2019
CTA THORAX - PULMONARY ARTERIES  HISTORY:  Clinical concern for pulmonary embolism COMPARISON:  1/18/19 TECHNIQUE:  Intravenous low osmolar contrast.  Coronal and sagittal reformations including 3D maximum intensity projections. FINDINGS:  Small filling defects are identified within branches of the right and left lower lobes compatible with a very small pulmonary embolism. Heart size is normal. No dissection of the aorta is evident. Tree-in-bud type reticular and nodular opacities are seen within the anterior medial right middle lobe, the right lower lobe, and the right apex.  These are likely infectious or inflammatory given their clustered distribution and improvement compared with 1/18/19.  There is some additional reticular opacity in the bilateral lung bases likely reflect atelectasis. No pleural effusion. Esophagus appears diffusely mildly thick-walled although this appearance is slightly improved compared with prior. IMPRESSION: Very small pulmonary embolism involving branches of the right and left lower lobes. Tree-in-bud type reticular and nodular opacities in the right lung improved compared with prior.  This may be postinflammatory or related to chronic small airways disease. Recurrent mild infiltrate not excluded. Diffusely mildly thick-walled esophagus.  This could reflect an esophagitis in the appropriate clinical setting.  Clinical correlation and follow-up suggested. SEAN PERINI 4/12/2019 4:55 PM

X-ray Chest 1 View Portable

Result Date: 4/12/2019
CHEST HISTORY:  Chest pain COMPARISON:  Chest radiograph 1/19/2019 VIEWS:  Chest single view. FINDINGS: Normal heart size.  No pulmonary vascular congestion. The questioned right apical pulmonary nodule identified on prior exam is poorly conspicuous on today's study. There is no focal consolidation, pleural effusion or pneumothorax. IMPRESSION: 1.  No acute findings. SARAH PALESTRANT 4/12/2019 2:25 PM

**ECG FINDINGS:**

**ASSESSMENT/PLAN:**
 Active Problems:
  PE (pulmonary thromboembolism) POA: Unknown
 Resolved Problems:
  * No resolved hospital problems. *
 1.-ACteu pulmonary embolism
 -tiny but apparently symptomatic
 -give lovenox
 -suggest hem / onc eval for hypercoag eval
 -has been on eliquis in pat - no longer on it

**Lincoln/Marcus 1946**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

**H&P Notes (continued)**

   -check lower extremity doppler to rule out DVT

   2.-H/O atrial fibrillation s/p ablation
   -currently seeing Dr Bhutto
   -cont tambocor

   3.-Anxiety disorder
   -taking clonazepam
   - anxiety playing a role in some of her symptomatology

   4.-Reactive airway disease-
   Cont singulair

   5.-DVT prophylaxis
   SCDs

   6.-Patient type inpatient

   7.-ELOS 2-3 days

**Admission Information**

| Provider | Service | Admission Date | Expected D/C Date |
|---|---|---|---|
| Karla America Puente-Shultz, MD | Telemetry | 4/12/2019 | |

| Actual LOS |
|---|
| 0 days |

Current Patient Class:   Inpatient

Karla America Puente-Shultz, MD
4/12/2019
6:43 PM

Showing 1 note, more notes may be available.

**OP Notes**

Op Note by Deepa K Shah, MD at 04/14/19 0949

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 04/14/19 0957 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 04/14/19 0949 |
| Creation Time: | 04/14/19 0955 | | | | |
| Editor: | Deepa K Shah, MD | | | | |

Generated by 5608 at 6/17/21  1:42 PM                                     Page 137

**Lincoln/Marcus 1947**



|  | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 |
|---|---|---|

OP Notes (continued)
                    (Physician)

**EGD with Biopsy:**
See Provations for details
Mild gastritis status post antral biopsies to exclude H. pylori
Grade B esophagitis with distal esophageal ulcers

**Plan:**
Protonix 40 mg p.o. twice daily for 3 months
Carafate 1 g 4 times daily solution
Inpatient colonoscopy tomorrow
Clear liquid diet today
Bowel prep this evening

Deepa Shah, MD, FACG
Honor Health Gastroenterology
(480)882-7386

Op Note by Deepa K Shah, MD at 04/15/19 1134

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 04/15/19 1140 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 04/15/19 1134 |
| Creation Time: | 04/15/19 1139 | | | | |
| Editor: | Deepa K Shah, MD (Physician) | | | | |

Incomplete colonoscopy, due to poor prep:
See Provations for details
Poor prep
Exam only up to 30 cm

**Plan:**
Due to need for initiation of anticoagulation due to her DVT and PE, she will need to be reprepped for colonoscopy tomorrow.
Clear liquid diet today.
1 gallon of Nulytely prep tonight.
Reattempt at colonoscopy tomorrow.
N.p.o. after midnight except medications.

Deepa Shah, MD, FACG
Honor Health Gastroenterology
(480)882-7386

Generated by 5608 at 6/17/21  1:42 PM                                    Page 138

**Lincoln/Marcus 1948**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| **HONOR**HEALTH™ | 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | Adm: 4/12/2019, D/C: 4/18/2019 | |

**OP Notes (continued)**

Op Note by Deepa K Shah, MD at 04/16/19 1030

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 04/16/19 1100 |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Date of Service: | 04/16/19 1030 |
| Creation Time: | 04/16/19 1051 | | | | |
| Editor: | Deepa K Shah, MD (Physician) | | | | |

**Colonoscopy with cold bx forceps polypectomy & bx:**
See Provations for Details
Few scattered ulcerations in cecum, s/p bx
Normal terminal ileum s/p bx
4 mm rectosigmoid polyp removed with cold bx forceps
Mild internal hemorrhoids

**Plan:**
Await pathology
No findings on colonoscopy on explain rectal bleeding
No contraindications from GI standpoint to start anticoagulation for PE/DVTs
GI issues are stable. Will sign off. Please re-call if needed.
Resume diet. No further GI work up is planned.

Deepa Shah, MD, FACG
Honor Health Gastroenterology
(480)882-7386

**Procedure Notes**

Procedures signed by Deepa K Shah, MD at 04/14/19 1004

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 04/14/19 1004 |
|---|---|---|---|---|---|
| Completion Status: | Authenticated | Availability: | Available | Document ID: | PROVATION149942 |
| Note Status: | Signed | Date of Service: | 04/14/19 0924 | Creation Time: | 04/14/19 1004 |
| Editor: | Deepa K Shah, MD (Physician) | | | | |

**Transcription Details: Upper GI Endoscopy**

| Dictated By: | Deepa K Shah, MD | Dictated Date: | Not found | Dictated Time: | Not found |
|---|---|---|---|---|---|
| Transcribed By: | Not found | Transcribed Date: | 04/14/19 | Transcribed Time: | 0924 |
| Authorized | Deepa K Shah, MD | Authorizatio | 04/14/19 | Authorizatio | 1004 |

Generated by 5608 at 6/17/21 1:42 PM                                                 Page 139

**Lincoln/Marcus 1949**

| HONORHEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:        Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 |
|---|---|---|

Procedure Notes (continued)

| By: | n Date: | n Time: |
|---|---|---|

Procedure Orders:
1. UPPER GI ENDOSCOPY [191708176] ordered by Deepa K Shah, MD at 04/14/19 0924

Osborn
GI
Patient Name: Leslie Marcus
Procedure Date: 4/14/2019 9:24 AM
MRN: 3220726
Account Number: 133995309
Date of Birth:
Admit Type: Inpatient
Age: 47
Attending MD: Deepa Shah , MD
Blood Products Administered: No
Grafts/Implants: No

| Procedure: | Upper GI endoscopy |
|---|---|
| Pre Procedure Diagnosis/Indications: | Epigastric abdominal pain, Suspected gastro-esophageal |
| reflux | |
| | disease, PE, DVT, need for anticoagulation |
| Providers: | Deepa Shah, MD (Doctor), Carla Lindquist, RN CGRN (Nurse), |
| Henry | |
| | Ferrer, Technician (Technician), Edward Wintergalen, MD |
| (Anesthesia | |
| | Staff) |
| Medicines: | Monitored Anesthesia Care |
| Complications: | No immediate complications. |
| Procedure: | Pre-Anesthesia Assessment: |
| | - Prior to the procedure, a |
| History | |
| | and Physical was performed, and patient medications and |
| allergies | |
| | were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and |
| the | |
| | sedation options and risks were |

**Lincoln/Marcus 1950**

**HONOR**HEALTH.

| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | Adm: 4/12/2019, D/C: 4/18/2019 |

**Procedure Notes (continued)**

discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents. ASA Grade Assessment: II — A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.

After obtaining informed consent, the endoscope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Endoscope was introduced through the mouth, and advanced to the second part of duodenum. The upper GI endoscopy was accomplished without difficulty. The patient tolerated the procedure well.

Findings:
    Localized mild inflammation characterized by erythema was found in the gastric antrum. Biopsies were taken with a cold forceps for Helicobacter pylori testing.
    LA Grade C (one or more mucosal breaks continuous between tops of 2 or more mucosal folds, less than 75% circumference) esophagitis with no bleeding was found.
    A 4 cm hiatal hernia was present, from 36-40 cm.
Post Procedure Diagnosis/Impressions: — Chronic gastritis. Biopsied.

**Lincoln/Marcus 1951**



| | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 |
|---|---|---|

**Procedure Notes (continued)**

|  |  |
|---|---|
| | – LA Grade C reflux esophagitis. |
| | – 4 cm hiatal hernia. |
| Estimated Blood Loss: | Estimated blood loss: none. |
| Recommendation: | – Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. |
| Return | to normal activities tomorrow. Written discharge instructions |
| were | |
| | provided to the patient. |
| | – Return patient to hospital |
| ward | |
| | for ongoing care. |
| | – Resume previous diet. |
| | – Continue present medications. |
| | – protonix 40 mg po bid |
| | – Carafate 1 gm qid |
| | – Colonoscopy tomorrow |

Attending Participation:
    I personally performed the entire procedure.
Deepa Shah MD
Deepa Shah, MD
4/14/2019 10:04:03 AM
This report has been signed electronically.
Number of Addenda: 0
Note Initiated On: 4/14/2019 9:24 AM

Procedures signed by Deepa K Shah, MD at 04/15/19 1148

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 04/15/19 1148 |
|---|---|---|---|---|---|
| Completion Status: | Authenticated | Availability: | Available | Document ID: | PROVATION149965 |
| Note Status: | Signed | Date of Service: | 04/15/19 1119 | Creation Time: | 04/15/19 1148 |
| Editor: | Deepa K Shah, MD (Physician) | | | | |

**Transcription Details: Colonoscopy**

| Dictated By: | Deepa K Shah, MD | Dictated Date: | Not found | Dictated Time: | Not found |
|---|---|---|---|---|---|
| Transcribed By: | Not found | Transcribed Date: | 04/15/19 | Transcribed Time: | 1119 |

Generated by 5608 at 6/17/21  1:42 PM                                   Page 142

**Lincoln/Marcus 1952**

**HONOR**HEALTH™ | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019

### Procedure Notes (continued)

| Authorized By: | Deepa K Shah, MD | Authorizatio n Date: | 04/15/19 | Authorizatio n Time: | 1148 |

Procedure Orders:
1. COLONOSCOPY [191789732] ordered by Deepa K Shah, MD at 04/15/19 1119

Osborn
GI
Patient Name: Leslie Marcus
Procedure Date: 4/15/2019 11:19 AM
MRN: 3220726
Account Number: 133995309
Date of Birth:
Admit Type: Inpatient
Age: 47
Attending MD: Deepa Shah , MD
Blood Products Administered: No
Grafts/Implants: No

| | |
|---|---|
| Procedure: | Colonoscopy (Incomplete) due to poor preparation |
| Pre Procedure Diagnosis/Indications: for | Rectal bleeding, DVT/PE, need for anticoagulation |
| Providers: | Deepa Shah, MD (Doctor), Kathryn Coulombe (Nurse), KENNEDY BRUNKHORST, Technician (Technician), Timothy H. Beger, |
| MD | (Anesthesia Staff) |
| Medicines: | Monitored Anesthesia Care |
| Complications: | No immediate complications. |
| Procedure: | Pre-Anesthesia Assessment: |
| | – Prior to the procedure, a |
| History | |
| | and Physical was performed, and patient medications and |
| allergies | |
| | were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and |
| the | |
| | sedation options and risks were discussed with the patient. All questions were answered, and |

**Lincoln/Marcus 1953**

Fax Server          6/17/2021 1:45:13 PM   PAGE 145/190    Fax Server

**HONOR**HEALTH™

| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
|  | Adm: 4/12/2019, D/C: 4/18/2019 |

Procedure Notes (continued)

patient

anticoagulant

Grade

benefits,

undergo

consent,

direct

procedure,

were

scope

colon

aborted.

without

tolerated

of

The

Findings:
A large amount of stool was found in the rectum, in the

informed consent was obtained. Prior Anticoagulants: The

has taken no previous

or antiplatelet agents. ASA

Assessment: III - A patient with severe systemic disease. After reviewing the risks and

the patient was deemed in satisfactory condition to

the procedure.
After I obtained informed

the scope was passed under

vision. Throughout the

the patient's blood pressure, pulse, and oxygen saturations

monitored continuously. The endoscope was introduced through the anus with the intention of advancing to the cecum. The

was advanced to the sigmoid

before the procedure was

Medications were given. The colonoscopy was performed

difficulty. The patient

the procedure well. The quality

the bowel preparation was poor.

rectum was photographed.

Generated by 5608 at 6/17/21 1:42 PM                                    Page 144

PAGE 145/190 * RCVD AT 6/17/2021 4:45:09 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/2 * DNIS:6034301754 * CSID:Fax Server * ANI:16238795559 * DURATION (mm-ss):206-58

**Lincoln/Marcus 1954**

**HONOR**HEALTH™

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:        Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

**Procedure Notes (continued)**

recto-sigmoid colon and in the proximal sigmoid colon, precluding visualization.

Post Procedure Diagnosis/Impressions: - Preparation of the colon was poor.

- Stool in the rectum, in the recto-sigmoid colon and in the proximal sigmoid colon.
- No specimens collected.

Estimated Blood Loss:    Estimated blood loss: none.

Recommendation:    - Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient.

Return

to normal activities tomorrow. Written discharge instructions

were

provided to the patient.
- Return patient to hospital

ward

for ongoing care.
- Clear liquid diet.
- Continue present medications.
- Repeat colonoscopy tomorrow because the bowel preparation

was

suboptimal.

Attending Participation:
    I personally performed the entire procedure.
Deepa Shah MD
Deepa Shah, MD
4/15/2019 11:48:39 AM
This report has been signed electronically.
Number of Addenda: 0
Note Initiated On: 4/15/2019 11:19 AM

Procedures signed by Deepa K Shah, MD at 04/16/19 1109

| Author: | Deepa K Shah, MD | Author Type: | Physician | Filed: | 04/16/19 1109 |
|---|---|---|---|---|---|
| Completion Status: | Authenticated | Availability: | Available | Document ID: | PROVATION150019 |
| Note Status: | Signed | Date of Service: | 04/16/19 1006 | Creation Time: | 04/16/19 1109 |
| Editor: | Deepa K Shah, MD | | | | |

Generated by 5608 at 6/17/21 1:42 PM                                Page 145

**Lincoln/Marcus 1955**

Fax Server                6/17/2021 1:45:13 PM   PAGE 147/190    Fax Server

**HONOR**HEALTH.™

| SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 |

Procedure Notes (continued)
             (Physician)

**Transcription Details: Colonoscopy**

| Dictated By: | Deepa K Shah, MD | Dictated Date: | Not found | Dictated Time: | Not found |
| Transcribed By: | Not found | Transcribed Date: | 04/16/19 | Transcribed Time: | 1006 |
| Authorized By: | Deepa K Shah, MD | Authorizatio n Date: | 04/16/19 | Authorizatio n Time: | 1109 |

Procedure Orders:
1. COLONOSCOPY [191789753] ordered by Deepa K Shah, MD at 04/16/19 1006


Osborn
GI
Patient Name: Leslie Marcus
Procedure Date: 4/16/2019 10:06 AM
MRN: 3220726
Account Number: 133995309
Date of Birth:
Admit Type: Inpatient
Age: 47
Attending MD: Deepa Shah , MD
Blood Products Administered: No
Grafts/Implants: No
Procedure:                              Colonoscopy
Pre Procedure Diagnosis/Indications:   Rectal bleeding, Need for
                                        anticoagulation, PE
Providers:                             Deepa Shah, MD (Doctor), Sharon
                                        Ceccarelli, RN (Nurse), Renee
Marty
                                        (Nurse), Lizette Taylor,
Technician
                                        (Technician), James A. Gilbert,
MD
                                        (Anesthesia Staff)
Medicines:                             Monitored Anesthesia Care
Complications:                         No immediate complications.
Procedure:                             Pre-Anesthesia Assessment:
                                        - Prior to the procedure, a
History
                                        and Physical was performed, and
                                        patient medications and
allergies
                                        were reviewed. The patient's

Generated by 5608 at 6/17/21  1:42 PM                                    Page 146

**Lincoln/Marcus 1956**

**HONOR**HEALTH™ | SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432 | Marcus, Leslie S
MRN: 3220726, DOB:          Sex: F
Acct #: 40191020262
Adm: 4/12/2019, D/C: 4/18/2019

**Procedure Notes (continued)**

the

patient

anticoagulant

Grade

benefits,

undergo

consent,

direct

procedure,

were

cecum,

orifice

without

tolerated

of

tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and

sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The

has taken no previous

or antiplatelet agents. ASA

Assessment: II – A patient with mild systemic disease. After reviewing the risks and

the patient was deemed in satisfactory condition to

the procedure.
After I obtained informed

the scope was passed under

vision. Throughout the

the patient's blood pressure, pulse, and oxygen saturations

monitored continuously. The endoscope was introduced through the anus and advanced to the

identified by appendiceal

and ileocecal valve. The colonoscopy was performed

difficulty. The patient

the procedure well. The quality

the bowel preparation was good.

**Lincoln/Marcus 1957**

Fax Server         6/17/2021 1:45:13 PM   PAGE 149/190    Fax Server

**HONOR**HEALTH™ | SOMC Osborn Medical Center | Marcus, Leslie S |
7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F
Scottsdale AZ 85251-6432 | Acct #: 40191020262
Adm: 4/12/2019, D/C: 4/18/2019

## Procedure Notes (continued)

The

ileocecal valve, appendiceal orifice, and rectum were photographed.

Findings:

Discontinuous areas of nonbleeding ulcerated mucosa with no stigmata of recent bleeding were present in the cecum. This was biopsied with a cold forceps for histology.

The terminal ileum appeared normal. This was biopsied with a cold forceps for histology.

A 4 mm polyp was found in the recto-sigmoid colon. The polyp was sessile. The polyp was removed with a cold biopsy forceps.

Resection and retrieval were complete.

Non-bleeding internal hemorrhoids were found during retroflexion. The hemorrhoids were small.

Post Procedure Diagnosis/Impressions: - Mucosal ulceration. Biopsied.
- The examined portion of the

ileum

was normal. Biopsied.
- One 4 mm polyp at the recto-sigmoid colon, removed

with a

cold biopsy forceps. Resected

and

retrieved.
- Non-bleeding internal

hemorrhoids.

Estimated Blood Loss:         Estimated blood loss: none.

Recommendation:         - Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient.

Return

to normal activities tomorrow. Written discharge instructions

were

provided to the patient.
- Resume regular diet.
- Continue present medications.
- Repeat colonoscopy date to be determined after pending

Generated by 5608 at 6/17/21 1:42 PM         Page 148

**Lincoln/Marcus 1958**

 **HONOR**HEALTH™

| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

**Procedure Notes (continued)**

pathology

                                        results are reviewed for surveillance based on pathology results.
                                        - It is possible that she had bleeding from her internal hemorrhoids
                                        - Ok to start anticoagulation

from

                                        GI perspective
                                        - GI issues are stable. Will

sign

                                        off.

Attending Participation:
    I personally performed the entire procedure.
Deepa Shah MD
Deepa Shah, MD
4/16/2019 11:09:24 AM
This report has been signed electronically.
Number of Addenda: 0
Note Initiated On: 4/16/2019 10:06 AM

Procedures filed by Default Authenticator Edi at 04/23/19 1647

| Author: | Default Authenticator Edi | Author Type: | | Filed: | 04/23/19 1647 |
|---|---|---|---|---|---|
| Completion Status: | Authenticated | Availability: | Available | Document ID: | OB44908216 |
| Note Status: | Signed | Date of Service: | 04/12/19 0000 | Creation Time: | 04/23/19 1647 |
| Editor: | Interface, Transcription Incoming | | | | |

**Transcription Details: Procedure Report Scan**

| Dictated By: | Not found | Dictated Date: | 04/23/19 | Dictated Time: | 1635 |
|---|---|---|---|---|---|
| Transcribed By: | Not found | Transcribed Date: | Not found | Transcribed Time: | Not found |

Procedure Orders:
1. PROCEDURE REPORT SCAN [192038348] ordered by Default Authenticator Edi at 04/12/19 0000

Scan on 4/23/2019 1635 (below)

---

Generated by 5608 at 6/17/21  1:42 PM                              Page 149

**Lincoln/Marcus 1959**



| | | | |
|---|---|---|---|
| **SOMC Osborn Medical Center**<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | | **Marcus, Leslie S**<br>MRN: 3220726, DOB:<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 | **Sex: F** |

**Procedure Notes (continued)**

Osborn
GI

| | | | |
|---|---|---|---|
| **Patient Name:** | Leslie Marcus | **Procedure Date:** | 4/15/2019 11:19 AM |
| **MRN:** | 3220726 | **Account Number:** | 133995309 |
| **Date of Birth:** | | **Admit Type:** | Inpatient |
| **Age:** | 47 | **Attending MD:** | Deepa Shah, MD |
| **Blood Products Administered:** | No | **Grafts/Implants:** | No |

**Procedure:**   Colonoscopy (Incomplete) due to poor preparation

**Pre Procedure Diagnosis/Indications:**   Rectal bleeding, DVT/PE, need for anticoagulation

**Providers:**   Deepa Shah, MD (Doctor), Kathryn Coulombe (Nurse), KENNEDY BRUNKHORST, Technician (Technician), Timothy H. Beger, MD (Anesthesia Staff)

**Medicines:**   Monitored Anesthesia Care

**Complications:**   No immediate complications.

**Procedure:**   Pre-Anesthesia Assessment.
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents. ASA Grade Assessment: III - A patient with severe systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.
After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The endoscope was introduced through the anus with the intention of advancing to the cecum. The scope was advanced to the sigmoid colon before the procedure was aborted. Medications were given. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was poor. The rectum was photographed.

**Findings:**

- A large amount of stool was found in the rectum, in the recto-sigmoid colon and in the proximal sigmoid colon, precluding visualization.

Powered by ProvisionMD

Page 1 of 3

**Lincoln/Marcus 1960**



| | |
|---|---|
| **HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:        , Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

**Procedure Notes (continued)**



**HONOR**HEALTH™   Osborn
*GI*

| Patient Name: | Leslie Marcus | Procedure Date: | 4/15/2019 11:19 AM |
|---|---|---|---|
| MRN: | 3220726 | Account Number: | 133995309 |
| Date of Birth: | | Admit Type: | Inpatient |
| Age: | 47 | Attending MD: | Deepa Shah, MD |
| Blood Products Administered: | No | Grafts/Implants: | No |

Add'l Images:

The Colon

Sigmoid Colon : Stool

Sigmoid Colon

Sigmoid Colon

Powered by Provation MD

Page 2 of 3

**Lincoln/Marcus 1961**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:        , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

## Procedure Notes (continued)



Osborn
GI

| Patient Name: | Leslie Marcus | Procedure Date: | 4/15/2019 11:19 AM |
|---|---|---|---|
| MRN: | 3220726 | Account Number: | 133995309 |
| Date of Birth: | | Admit Type: | Inpatient |
| Age: | 47 | Attending MD: | Deepa Shah, MD |
| Blood Products Administered: | No | Grafts/Implants: | No |

Post Procedure Diagnosis/Impressions:
- Preparation of the colon was poor.
- Stool in the rectum, in the recto-sigmoid colon and in the proximal sigmoid colon
- No specimens collected.

Estimated Blood Loss:   Estimated blood loss: none.

Recommendation:
- Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Return patient to hospital ward for ongoing care.
- Clear liquid diet.
- Continue present medications.
- Repeat colonoscopy tomorrow because the bowel preparation was suboptimal.

Attending Participation:

I personally performed the entire procedure

Deepa Shah MD

Deepa Shah, MD
Signed Date: 4/15/2019 11:48:39 AM
This report has been signed electronically.
Number of Addenda:   0
Note Initiated On:   4/15/2019 11:19:30 AM

Powered by Provation MD

Page 3 of 3

## Lab Results

Resulted: 04/12/19 1433, Result status: Final
result

### CBC/PLT with Differential (Abnormal)

Ordering provider: Pedro Jose Roque, MD 04/12/19 1355   Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1409 |

Generated by 5608 at 6/17/21  1:42 PM                                            Page 152

**Lincoln/Marcus 1962**



| | | |
|---|---|---|
| **HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/12/19 1433, Result status: Final result

### CBC/PLT with Differential (Abnormal) (continued)

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.4 | 4.0 - 10.9 10³/uL | H ^ | SOLab |
| RBC | 4.76 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 13.4 | 12.0 - 16.0 g/dL | — | SOLab |
| Hematocrit | 39.5 | 36.0 - 48.0 % | — | SOLab |
| MCV | 82.9 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 28.1 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 33.9 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 14.0 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 41.1 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 518 | 130 - 450 K/uL | H ^ | SOLab |
| MPV | 8.1 | 7.4 - 12.4 fL | — | SOLab |
| Neutrophils | 46 | % | — | SOLab |
| Lymphs | 43 | % | — | SOLab |
| Monocytes | 9 | % | — | SOLab |
| Basophils | 1 | % | — | SOLab |
| Eosinophils | 1 | % | — | SOLab |
| nRBC | <1.0 | /100 WBCs | — | SOLab |
| Neutrophils Absolute | 5.30 | 1.48 - 8.72 10³/uL | — | SOLab |
| Lymphocytes Absolute | 5.00 | 0.40 - 5.45 10³/uL | — | SOLab |
| Monocytes Absolute | 1.00 | <=1.31 10³/uL | — | SOLab |
| Eosinophils Absolute | 0.10 | <=0.65 10³/uL | — | SOLab |
| Basophils Absolute | 0.20 | 0.00 - 0.33 10³/uL | — | SOLab |
| Nucleated RBC Absolute | 0.000 | <=0.020 10³/uL | — | SOLab |

Resulted: 04/12/19 1442, Result status: Final result

### hCG, Serum, Qualitative (Normal)

Ordering provider: Pedro Jose Roque, MD 04/12/19 1355    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1410 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| hCG, Beta Subunit, Serum, Qualitative | Negative | Negative | — | SOLab |

Resulted: 04/12/19 1448, Result status: Final result

### Protime-INR (Normal)

Ordering provider: Pedro Jose Roque, MD 04/12/19 1355    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

---

**Lincoln/Marcus 1963**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/12/19 1448, Result status: Final result

### Protime-INR (Normal) (continued)

Suggested INR ranges for stable oral anticoagulation only:

Prevention of venous thrombosis and pulmonary embolism: 2.0 - 3.0
Prevention of arterial thrombo-embolism including mechanical valve patients: 2.0 - 3.5

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1409 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 13.6 | 12.0 - 15.0 seconds | — | SOLab |
| INR | 1.05 | 0.88 - 1.16 | — | SOLab |

Resulted: 04/12/19 1453, Result status: Final result

### Basic Metabolic Panel (Abnormal)

Ordering provider: Pedro Jose Roque, MD  04/12/19 1355    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

eGFR, estimated Glomerular Filtration Rate, is calculated from creatinine using the Modification of Diet in Renal Disease (MDRD) equation for patients 18 years and above and the Bedside Schwartz equation for patients under 18 years of age. The MDRD equation was not validated in patients over 75 years of age, but the value may still be clinically useful. The MDRD equation has not been validated for extreme body size or muscle mass (e.g. obese, malnourished, amputees, paraplegics or muscle wasting diseases, pregnancy).

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1409 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 134 | 136 - 144 mmol/L | L ⌄ | SOLab |
| Potassium | 4.0 | 3.6 - 5.0 mmol/L | — | SOLab |
| Chloride | 98 | 101 - 111 mmol/L | L ⌄ | SOLab |
| CO2 | 20 | 22 - 32 mmol/L | L ⌄ | SOLab |
| Anion Gap | 16 | 7 - 16 | — | SOLab |
| Calcium | 9.7 | 8.9 - 10.3 mg/dL | — | SOLab |
| Glucose | 98 | 60 - 139 mg/dL | — | SOLab |
| BUN | 17 | 8 - 20 mg/dL | — | SOLab |
| Creatinine | 1.3 | 0.4 - 1.0 mg/dL | H ⌃ | SOLab |
| eGFR (Non-African American) | 44 | >60 mL/min/1.73m2 | L ⌄ | SOLab |
| eGFR (African American) | 53 | >60 mL/min/1.73m2 | L ⌄ | SOLab |

Resulted: 04/12/19 1453, Result status: Final result

### Hepatic Function Panel (Abnormal)

Ordering provider: Pedro Jose Roque, MD  04/12/19 1355    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN

**Lincoln/Marcus 1964**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/12/19 1453, Result status: Final
result

### Hepatic Function Panel (Abnormal) (continued)

MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1409 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total Protein | 8.9 | 6.1 - 7.9 g/dL | H ^ | SOLab |
| Albumin | 4.5 | 3.5 - 5.0 g/dL | — | SOLab |
| Globulin, Total | 4.4 | 2.0 - 3.9 g/dL | H ^ | SOLab |
| A/G Ratio | 1.0 | 1.1 - 2.5 | L ⌄ | SOLab |
| Bilirubin, Total | 0.6 | 0.4 - 2.0 mg/dL | — | SOLab |
| Bilirubin, Direct | 0.1 | <=0.5 mg/dL | — | SOLab |
| Alkaline Phosphatase | 96 | 38 - 126 IU/L | — | SOLab |
| AST | 36 | 15 - 41 IU/L | — | SOLab |
| ALT | 23 | 14 - 54 IU/L | — | SOLab |

Resulted: 04/12/19 1453, Result status: Final
result

### Lipase (Normal)

Ordering provider: Pedro Jose Roque, MD  04/12/19 1355    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN
MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1409 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 46 | 22 - 51 IU/L | — | SOLab |

Resulted: 04/12/19 1501, Result status: Final
result

### D-Dimer, Quantitative (Abnormal)

Ordering provider: Pedro Jose Roque, MD  04/12/19 1406    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN
MEDICAL CTR

Narrative:
Per the test manufacturer, studies have shown that an FEU of less than 0.50 ug/ml (FEU) correlates with a negative
predictive value for the exclusion of thrombosis in the 95-100% range.
The presence of rheumatoid factor at a level greater than 50 IU/ml may lead to an over-estimation of the D-Dimer level.

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1409 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| D-Dimer, Quantitative | 2.12 | 0.00 - 0.50 ug/mL FEU | H ^ | SOLab |

Generated by 5608 at 6/17/21  1:42 PM

Page 155

**Lincoln/Marcus 1965**

**HONOR**HEALTH™

| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/12/19 1532, Result status: Final result

**UA with Micro, Cult if indicated (Abnormal)**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1355    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

When red blood cells are observed but the chemical exam is negative for blood, Ascorbic Acid interference is suspected. Ascorbic acid at higher concentration in urine samples can lead to false negative blood in urine.

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine, Clean Catch | 04/12/19 1410 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, Urine | Straw | Colorless, Light Yellow, Yellow, Dark Yellow, Straw | — | SOLab |
| Clarity, Urine | Clear | Clear | — | SOLab |
| Glucose, Urine | Negative | Negative mg/dL | — | SOLab |
| Bilirubin, Urine | Negative | Negative | — | SOLab |
| Ketones, Urine | 5 | Negative mg/dL | A ! | SOLab |
| Specific Gravity, Urine | 1.002 | 1.007 - 1.026 | L ⌄ | SOLab |
| Blood, Urine | Negative | Negative | — | SOLab |
| pH, Urine | 6.0 | 5.0 - 8.0 | — | SOLab |
| Protein, Urine | Negative | Negative mg/dL | — | SOLab |
| Urobilinogen, Urine | <2.0 | <2.0 mg/dL | — | SOLab |
| Nitrite, Urine | Negative | Negative | — | SOLab |
| Leukocyte Esterase, Urine | Moderate | Negative | A ! | SOLab |
| Culture Indicated? | Yes | — | — | SOLab |
| WBC, Urine | 6 | 0 - 5 /HPF | A ! | SOLab |
| RBC, Urine | 2 | 0 - 2 /HPF | — | SOLab |
| Bacteria, Urine | None Seen | None Seen /HPF | — | SOLab |
| Squamous Epithelial, Urine | 1 | 0 - 5 /HPF | — | SOLab |

Resulted: 04/12/19 1552, Result status: Final result

**Drugs of Abuse Screen, Urine (Abnormal)**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1456    Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

Results of this test are not confirmed and should be considered presumptive.
Results should not be used for non-medical purposes.

Cut-off Values for Positive Interpretation:

Amphetamine/Metamphetamine - 1000 ng/dl
Barbiturates          200 ng/dl
Benzodiazepines          200 ng/dl
Cannabinoids          50 ng/dl
Cocaine          300 ng/dl
Opiates          300 ng/dl
PCP          25 ng/dl

Specimen Collection

**Lincoln/Marcus 1966**

Fax Server              6/17/2021 1:45:13 PM   PAGE 158/190    Fax Server

| HONORHEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:                Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |
|---|---|---|

## Lab Results (continued)

Resulted: 04/12/19 1552, Result status: Final result

### Drugs of Abuse Screen, Urine (Abnormal) (continued)

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine, Clean Catch | 04/12/19 1410 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Amphetamine Screen, Urine | Negative | Negative | — | SOLab |
| Barbiturate Screen, Urine | Negative | Negative | — | SOLab |
| Benzodiazepine Screen, Urine | Negative | Negative | — | SOLab |
| THC Screen, Urine | Positive | Negative | A ! | SOLab |
| Cocaine Screen, Urine | Negative | Negative | — | SOLab |
| Opiate Screen, Urine | Negative | Negative | — | SOLab |
| PCP Screen, Urine | Negative | Negative | — | SOLab |

Resulted: 04/12/19 1802, Result status: Final result

### Ammonia (Normal)

Ordering provider: Pedro Jose Roque, MD  04/12/19 1716   Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

Reference range listed is for venous serum/plasma. Arterial serum/plasma may recover slightly higher values.

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 1724 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ammonia | 23 | 9 - 35 umol/L | — | SOLab |

Resulted: 04/12/19 2100, Result status: Final result

### Troponin I (Normal)

Ordering provider: Karla America Puente-Shultz, MD   Resulting lab: HONORHEALTH SCOTTSDALE OSBORN
04/12/19 1904                                         MEDICAL CTR
Narrative:
TROPONIN I INTERPRETATION:

Negative:      <0.04 ng/mL
Indeterminate:   0.04 - 0.49 ng/mL
Positive Cut-off >0.50 ng/mL

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/12/19 2004 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.03 | 0.00 - 0.03 ng/mL | — | SOLab |

Resulted: 04/13/19 0050, Result status: Final result

### CBC (Abnormal)

Generated by 5608 at 6/17/21  1:42 PM                                    Page 157

**Lincoln/Marcus 1967**

 **HONOR**HEALTH™

| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/13/19 0050, Result status: Final result

### CBC (Abnormal) (continued)

Ordering provider: Karla America Puente-Shultz, MD
04/13/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 0033 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 8.9 | 4.0 - 10.9 10³/uL | — | SOLab |
| RBC | 3.82 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 11.1 | 12.0 - 16.0 g/dL | L ⌄ | SOLab |
| Hematocrit | 32.2 | 36.0 - 48.0 % | L ⌄ | SOLab |
| MCV | 84.1 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 29.0 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 34.4 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 14.2 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 42.0 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 405 | 130 - 450 K/uL | — | SOLab |
| MPV | 7.8 | 7.4 - 12.4 fL | — | SOLab |

Resulted: 04/13/19 0108, Result status: Final result

### Troponin I (Normal)

Ordering provider: Karla America Puente-Shultz, MD
04/13/19 0002
Narrative:
TROPONIN I INTERPRETATION:

Negative:        <0.04 ng/mL
Indeterminate:   0.04 - 0.49 ng/mL
Positive Cut-off >0.50 ng/mL

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 0033 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.03 | 0.00 - 0.03 ng/mL | — | SOLab |

Resulted: 04/13/19 0111, Result status: Final result

### Lipid Panel

Ordering provider: Karla America Puente-Shultz, MD
04/13/19 0002
Narrative:

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Clinical validity of these results depends on a 12 hour fast and no alcohol intake for 24 hours prior to sample collection.

---

Generated by 5608 at 6/17/21  1:42 PM

**Lincoln/Marcus 1968**

Fax Server          6/17/2021 1:45:13 PM   PAGE 160/190    Fax Server



| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

Lab Results (continued)

Resulted: 04/13/19 0111  Result status: Final

**Lipid Panel (continued)** result

LIPID PANEL INTERPRETATION:

CHOLESTEROL(mg/dL)
  <19 years:
    Desireable <170
    Borderline High 170-199
    High >200
  Adult:
    Desirable <200
    Borderline 200 – 239
    Higher Risk  >240

TRIGLYCERIDES (mg/dL):
  Birth–9 Yrs:
    Male:   30-104
    Female: 33-115
  10-14 Yrs:
    Male:   33-129
    Female: 38-135
  15-19 Yrs:
    Males:  38-152
    Females: 40-136
  Adult:
   <150 Normal
   150-199 Borderline High
   200-499 High
   >500 Higher Risk

HDL (mg/dL):
  Birth – 4 yrs.:  n/a
  5 – 14 yrs.:
    Males:   38-76
    Females: 37-75
  15 – 19 yrs.:
    Males:   31-65
    Females: 36-76
  Adult:
   >60 – Desirable
   <40 – Higher Risk

VLDL (mg/dL):
  Desirable <35 (Adult and Pediatric)

LDL (mg/dL):
  2 – 20  yrs:
    <110  Desirable
    110 – 129 Borderline
    >130 Higher Risk
  Adult:
    < 100 Desirable
    100 – 129 Near Optimal/Above Optimal
    130 – 159 Borderline High

Generated by 5608 at 6/17/21  1:42 PM                              Page 159

**Lincoln/Marcus 1969**

 SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 40191020262
Adm: 4/12/2019, D/C: 4/18/2019

## Lab Results (continued)

Resulted: 04/13/19 0111, Result status: Final result

**Lipid Panel (continued)**

160 – 189 High
190+ Very High

CHOLESTEROL RISK FACTOR (CHOLESTEROL/HDL RATIO):
Adult and Pediatric
Goal: < 5.1:1 Ratio
Optimum: 3.5:1 Ratio

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 0033 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total | 191 | <=199 mg/dL | — | SOLab |
| HDL Cholesterol | 67 | Desirable: > 60 mg/dL | — | SOLab |
| Triglycerides | 39 | <150 mg/dl | — | SOLab |
| LDL Cholesterol (Calculated) | 116.2 | mg/dL | — | SOLab |
| LDL/HDL Ratio | 1.7 | 0.0 - 3.0 | — | SOLab |
| Risk Factor | 2.9 | — | — | SOLab |
| VLDL Cholesterol | 8 | mg/dL | — | SOLab |

Resulted: 04/13/19 0112, Result status: Final result

**Basic Metabolic Panel (Abnormal)**

Ordering provider: Karla America Puente-Shultz, MD
04/13/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

eGFR, estimated Glomerular Filtration Rate, is calculated from creatinine using the Modification of Diet in Renal Disease (MDRD) equation for patients 18 years and above and the Bedside Schwartz equation for patients under 18 years of age. The MDRD equation was not validated in patients over 75 years of age, but the value may still be clinically useful. The MDRD equation has not been validated for extreme body size or muscle mass (e.g. obese, malnourished, amputees, paraplegics or muscle wasting diseases, pregnancy).

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 0033 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 138 | 136 - 144 mmol/L | — | SOLab |
| Potassium | 3.8 | 3.6 - 5.0 mmol/L | — | SOLab |
| Chloride | 107 | 101 - 111 mmol/L | — | SOLab |
| CO2 | 27 | 22 - 32 mmol/L | — | SOLab |
| Anion Gap | 4 | 7 - 16 | L ⌄ | SOLab |
| Calcium | 8.6 | 8.9 - 10.3 mg/dL | L ⌄ | SOLab |
| Glucose | 103 | 60 - 139 mg/dL | — | SOLab |
| BUN | 15 | 8 - 20 mg/dL | — | SOLab |
| Creatinine | 1.1 | 0.4 - 1.0 mg/dL | H ^ | SOLab |

**Lincoln/Marcus 1970**

Fax Server          6/17/2021 1:45:13 PM  PAGE 162/190    Fax Server

| HONORHEALTH | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |
|---|---|---|

## Lab Results (continued)

Resulted: 04/13/19 0112, Result status: Final result

### Basic Metabolic Panel (Abnormal) (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| eGFR (Non-African American) | 53 | >60 mL/min/1.73m2 | L ⌄ | SOLab |
| eGFR (African American) | >60 | >60 mL/min/1.73m2 | — | SOLab |

Resulted: 04/13/19 1039, Result status: Final result

### Ammonia (Normal)

Ordering provider: Kimberly Linnae Collier, MD 04/13/19 0903

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

Reference range listed is for venous serum/plasma. Arterial serum/plasma may recover slightly higher values.

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1015 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ammonia | 27 | 9 - 35 umol/L | — | SOLab |

Resulted: 04/13/19 1232, Result status: Final result

### Iron, TIBC and %SAT (Normal)

Ordering provider: John L Bibb, MD 04/13/19 1100

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1147 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 76 | 28 - 170 ug/dL | — | SOLab |
| TIBC | 389 | 250 - 450 ug/dL | — | SOLab |
| Transferrin Sat % | 20 | 9 - 55 % | — | SOLab |

Resulted: 04/13/19 1232, Result status: Final result

### Ferritin (Abnormal)

Ordering provider: John L Bibb, MD 04/13/19 1100

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1147 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin | 10.8 | 11.0 - 306.8 ng/mL | L ⌄ | SOLab |

---

**Lincoln/Marcus 1971**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| **HONOR**HEALTH™ | 7400 E. Osborn Road Scottsdale AZ 85251-6432 | MRN: 3220726, DOB: ___  Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 | |

## Lab Results (continued)

Resulted: 04/15/19 0505, Result status: Final result

### CBC (Abnormal)

Ordering provider: Kimberly Linnae Collier, MD  04/15/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/15/19 0451 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.1 | 4.0 - 10.9 10³/uL | — | SOLab |
| RBC | 4.15 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 11.8 | 12.0 - 16.0 g/dL | L ⅴ | SOLab |
| Hematocrit | 34.6 | 36.0 - 48.0 % | L ⅴ | SOLab |
| MCV | 83.3 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 28.5 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 34.2 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 14.0 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 41.1 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 393 | 130 - 450 K/uL | — | SOLab |
| MPV | 7.7 | 7.4 - 12.4 fL | — | SOLab |

Resulted: 04/15/19 0529, Result status: Final result

### Basic Metabolic Panel (Abnormal)

Ordering provider: Kimberly Linnae Collier, MD  04/15/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:

eGFR, estimated Glomerular Filtration Rate, is calculated from creatinine using the Modification of Diet in Renal Disease (MDRD) equation for patients 18 years and above and the Bedside Schwartz equation for patients under 18 years of age. The MDRD equation was not validated in patients over 75 years of age, but the value may still be clinically useful. The MDRD equation has not been validated for extreme body size or muscle mass (e.g. obese, malnourished, amputees, paraplegics or muscle wasting diseases, pregnancy).

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/15/19 0451 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 138 | 136 - 144 mmol/L | — | SOLab |
| Potassium | 3.8 | 3.6 - 5.0 mmol/L | — | SOLab |
| Chloride | 104 | 101 - 111 mmol/L | — | SOLab |
| CO2 | 26 | 22 - 32 mmol/L | — | SOLab |
| Anion Gap | 8 | 7 - 16 | — | SOLab |
| Calcium | 8.7 | 8.9 - 10.3 mg/dL | L ⅴ | SOLab |
| Glucose | 93 | 60 - 139 mg/dL | — | SOLab |
| BUN | 9 | 8 - 20 mg/dL | — | SOLab |
| Creatinine | 0.9 | 0.4 - 1.0 mg/dL | — | SOLab |

Generated by 5608 at 6/17/21  1:42 PM

**Lincoln/Marcus 1972**

Fax Server          6/17/2021 1:45:13 PM   PAGE 164/190    Fax Server



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | Adm: 4/12/2019, D/C: 4/18/2019 | |

## Lab Results (continued)

Resulted: 04/15/19 0529, Result status: Final result

**Basic Metabolic Panel (Abnormal) (continued)**

| eGFR (Non-African American) | >60 | >60 mL/min/1.73m2 | — | SOLab |
| eGFR (African American) | >60 | >60 mL/min/1.73m2 | — | SOLab |

Resulted: 04/15/19 1039, Result status: Final result

**Protein C Activity (Abnormal)**

Ordering provider: John L Bibb, MD  04/13/19 1100          Resulting lab: HONORHEALTH SCOTTSDALE SHEA MEDICAL CENTER

Narrative:
PIVKA-protein C (PIVKA: Protein induced by vitamin K antagonists) that is present in the plasma of patients receiving oral anticoagulant therapy may interfere with testing.

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1148 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Protein C Activity | 58 | 79 - 134 % | L ⌄ | SSLab |

Resulted: 04/16/19 0508, Result status: Final result

**CBC (Abnormal)**

Ordering provider: Kimberly Linnae Collier, MD  04/16/19 0002          Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/16/19 0440 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.0 | 4.0 - 10.9 10³/uL | — | SOLab |
| RBC | 3.97 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 11.3 | 12.0 - 16.0 g/dL | L ⌄ | SOLab |
| Hematocrit | 33.3 | 36.0 - 48.0 % | L ⌄ | SOLab |
| MCV | 83.8 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 28.4 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 33.9 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 14.3 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 42.0 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 382 | 130 - 450 K/uL | — | SOLab |
| MPV | 7.9 | 7.4 - 12.4 fL | — | SOLab |

Resulted: 04/16/19 0531, Result status: Final result

**Basic Metabolic Panel (Abnormal)**

Ordering provider: Kimberly Linnae Collier, MD  04/16/19 0002          Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

---

**Lincoln/Marcus 1973**

 **HONOR**HEALTH™

| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/16/19 0531, Result status: Final result

### Basic Metabolic Panel (Abnormal) (continued)

Narrative:

eGFR, estimated Glomerular Filtration Rate, is calculated from creatinine using the Modification of Diet in Renal Disease (MDRD) equation for patients 18 years and above and the Bedside Schwartz equation for patients under 18 years of age. The MDRD equation was not validated in patients over 75 years of age, but the value may still be clinically useful. The MDRD equation has not been validated for extreme body size or muscle mass (e.g. obese, malnourished, amputees, paraplegics or muscle wasting diseases, pregnancy).

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/16/19 0440 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 139 | 136 - 144 mmol/L | — | SOLab |
| Potassium | 3.9 | 3.6 - 5.0 mmol/L | — | SOLab |
| Chloride | 106 | 101 - 111 mmol/L | — | SOLab |
| CO2 | 25 | 22 - 32 mmol/L | — | SOLab |
| Anion Gap | 8 | 7 - 16 | — | SOLab |
| Calcium | 9.0 | 8.9 - 10.3 mg/dL | — | SOLab |
| Glucose | 88 | 60 - 139 mg/dL | — | SOLab |
| BUN | 7 | 8 - 20 mg/dL | L▼ | SOLab |
| Creatinine | 0.9 | 0.4 - 1.0 mg/dL | — | SOLab |
| eGFR (Non-African American) | >60 | >60 mL/min/1.73m2 | — | SOLab |
| eGFR (African American) | >60 | >60 mL/min/1.73m2 | — | SOLab |

Resulted: 04/16/19 1156, Result status: Final result

### C-Reactive Protein (Normal)

Ordering provider: Kimberly Linnae Collier, MD  04/16/19 1134

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/16/19 0440 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CRP | 0.6 | 0.0 - 0.9 mg/dL | — | SOLab |

Resulted: 04/16/19 1311, Result status: Final result

### Sedimentation Rate, Automated (Normal)

Ordering provider: Kimberly Linnae Collier, MD  04/16/19 1134

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/16/19 0440 |

Components

**Lincoln/Marcus 1974**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | Adm: 4/12/2019, D/C: 4/18/2019 | |

## Lab Results (continued)

Resulted: 04/16/19 1311, Result status: Final result

### Sedimentation Rate, Automated (Normal) (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sed Rate | 20 | 0 - 20 mm/hr | — | SOLab |

Resulted: 04/16/19 2216, Result status: Final result

### Antithrombin III Activity

Ordering provider: John L Bibb, MD  04/13/19 1100          Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1148 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antithrombin III Activity | 93 | 80 - 120 % normal | — | SOSJC |

Comment:

The major differential diagnosis of a hereditary ATIII deficiency includes consumption (i.e. recent thrombosis or DIC), heparin therapy, and nephrotic range proteinuria. An elevated ATIII is not clinically significant.
TEST PERFORMED AT:  05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA  92675-2042
Medical Director: I Maramica MD, PhD, MBA

Resulted: 04/16/19 2233, Result status: Final result

### Protein S Activity

Ordering provider: John L Bibb, MD  04/13/19 1100          Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1148 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Protein S Activity | 72 | 60 - 140 % normal | — | SOSJC |

Comment:

Decreased levels of Protein S activity may be found in patients with hereditary deficiency, warfarin therapy, vitamin k deficiency, liver disease, DIC, or recent thrombosis as well as after surgery. In addition, it may be physiologic in pregnancy. An elevated Protein S activity is not clinically significant. Only deficiencies are associated with an increased thrombotic risk.
TEST PERFORMED AT:  05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway

**Lincoln/Marcus 1975**

 **HONOR**HEALTH™ | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019

## Lab Results (continued)

Resulted: 04/16/19 2233, Result status: Final result

**Protein S Activity (continued)**
San Juan Capistrano, CA 92675-2042
Medical Director: I Maramica MD, PhD, MBA

Resulted: 04/17/19 0029, Result status: Final result

**CBC (Abnormal)**
Ordering provider: Kimberly Linnae Collier, MD 04/17/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

### Specimen Collection

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 04/17/19 0025 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| WBC | 6.2 | 4.0 - 10.9 10³/uL | — | SOLab |
| RBC | 3.95 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 11.0 | 12.0 - 16.0 g/dL | L ⌄ | SOLab |
| Hematocrit | 32.9 | 36.0 - 48.0 % | L ⌄ | SOLab |
| MCV | 83.4 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 27.9 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 33.5 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 13.9 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 40.7 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 368 | 130 - 450 K/uL | — | SOLab |
| MPV | 7.6 | 7.4 - 12.4 fL | — | SOLab |

Resulted: 04/17/19 0117, Result status: Final result

**Basic Metabolic Panel (Abnormal)**
Ordering provider: Kimberly Linnae Collier, MD 04/17/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Narrative:
eGFR, estimated Glomerular Filtration Rate, is calculated from creatinine using the Modification of Diet in Renal Disease (MDRD) equation for patients 18 years and above and the Bedside Schwartz equation for patients under 18 years of age. The MDRD equation was not validated in patients over 75 years of age, but the value may still be clinically useful. The MDRD equation has not been validated for extreme body size or muscle mass (e.g. obese, malnourished, amputees, paraplegics or muscle wasting diseases, pregnancy).

### Specimen Collection

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 04/17/19 0025 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Sodium | 137 | 136 - 144 mmol/L | — | SOLab |
| Potassium | 3.8 | 3.6 - 5.0 mmol/L | — | SOLab |
| Chloride | 106 | 101 - 111 mmol/L | — | SOLab |
| CO2 | 25 | 22 - 32 mmol/L | — | SOLab |

Generated by 5608 at 6/17/21 1:42 PM                              Page 166

**Lincoln/Marcus 1976**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| **HONOR**HEALTH.™ | 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F | |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | Adm: 4/12/2019, D/C: 4/18/2019 | |

## Lab Results (continued)

Resulted: 04/17/19 0117, Result status: Final result

### Basic Metabolic Panel (Abnormal) (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Anion Gap | 6 | 7 - 16 | L ⌄ | SOLab |
| Calcium | 8.6 | 8.9 - 10.3 mg/dL | L ⌄ | SOLab |
| Glucose | 86 | 60 - 139 mg/dL | — | SOLab |
| BUN | 13 | 8 - 20 mg/dL | — | SOLab |
| Creatinine | 1.0 | 0.4 - 1.0 mg/dL | — | SOLab |
| eGFR (Non-African American) | 59 | >60 mL/min/1.73m2 | L ⌄ | SOLab |
| eGFR (African American) | >60 | >60 mL/min/1.73m2 | — | SOLab |

Resulted: 04/17/19 0616, Result status: Final result

### Cortisol

Ordering provider: Kimberly Linnae Collier, MD  04/17/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE SHEA MEDICAL CENTER

Narrative:

Reference ranges have not been established for this test on this specimen type. The test result should be integrated into the clinical context for interpretation.

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/17/19 0025 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cortisol, Total | 7.5 | AM: 6.7-22.6; PM: 0.0-9.9 ug/dL | — | SSLab |

Resulted: 04/17/19 1611, Result status: Final result

### Cardiolipin Antibody

Ordering provider: John L Bibb, MD  04/13/19 1100

Resulting lab: QUEST SAN JUAN CAPISTRANO

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1148 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cardiolipin Ab IgA | <11 | APL | — | SOSJC |
| Cardiolipin Ab IgG | <14 | GPL | — | SOSJC |
| Cardiolipin Ab IgM | <12 | MPL | — | SOSJC |

Comment:
The antiphospholipid antibody syndrome (APS) is a clinical-pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive antiphospholipid antibodies (IgM or IgG ACA >40 MPL/GPL,IgM or IgG anti-b2GPI antibodies or a lupus anticoagulant). International consensus guidelines for APS suggest waiting at least 12 weeks before retesting to confirm antibody

**Lincoln/Marcus 1977**

 **HONOR**HEALTH™

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/17/19 1611  Result status: Final result

**Cardiolipin Antibody (continued)**

persistence. The Systemic Lupus International Collaborating Clinics immunological classification criteria for systemic lupus erythematosus (SLE) include testing for isotype IgA, which has yet to be incorporated into APS criteria. Low level antiphospholipid antibodies may sometimes be detected in the setting of infection, drug therapy or aging.

Cardiolipin Ab (IgA)

Value    Interpretation
-----    --------------
< or = 11  Negative
   12-20  Indeterminate
   21-80  Low to Medium Positive
    >80  High Positive

Cardiolipin Ab (IgG)

Value    Interpretation
-----    --------------
< or = 14  Negative
   15-20  Indeterminate
   21-80  Low to Medium Positive
    >80  High Positive

>40 GPL is a risk factor for thrombosis and pregnancy loss.

Cardiolipin Ab (IgM)

Value    Interpretation
-----    --------------
< or = 12  Negative
   13-20  Indeterminate
   21-80  Low to Medium Positive
    >80  High Positive

>40 MPL is a risk factor for thrombosis and pregnancy loss.

TEST PERFORMED AT:  05D0643352
 Quest Diagnostics Nichols Institute
 33608 Ortega Highway
 San Juan Capistrano, CA  92675-2042
 Medical Director: I Maramica MD, PhD, MBA

---

Generated by 5608 at 6/17/21  1:42 PM                                    Page 168

**Lincoln/Marcus 1978**

 **HONOR**HEALTH.

| | | |
|---|---|---|
| SOMC Osborn Medical Center | Marcus, Leslie S | |
| 7400 E. Osborn Road | MRN: 3220726, DOB: , Sex: F | |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | Adm: 4/12/2019, D/C: 4/18/2019 | |

## Lab Results (continued)

Resulted: 04/17/19 1743, Result status: Final result

**Beta-2 Glycoprotein, IGG, IGA, IGM**

Ordering provider: John L Bibb, MD 04/13/19 1100      Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1148 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| B2-Glycoprotein I IgG Ab | <9 | < OR = 20 SGU | — | SOSJC |
| B2-Glycoprotein I IgM Ab | <9 | < OR = 20 SMU | — | SOSJC |
| B2-Glycoprotein I IgA Ab | <9 | < OR = 20 SAU | — | SOSJC |

Comment:
The antiphospholipid antibody syndrome (APS) is a clinical-pathologic correlation that includes a clinical event (e.g. thrombosis, pregnancy loss, thrombocytopenia) and persistent positive antiphospholipid antibodies (IgM or IgG ACA >40 MPL/GPL,IgM or IgG anti-b2GPI antibodies or a lupus anticoagulant). International consensus guidelines for APS suggest waiting at least 12 weeks before retesting to confirm antibody persistence. The Systemic Lupus International Collaborating Clinics immunological classification criteria for systemic lupus erythematosus (SLE) include testing for isotype IgA, which has yet to be incorporated into APS criteria. Low level antiphospholipid antibodies may sometimes be detected in the setting of infection, drug therapy or aging.
TEST PERFORMED AT: 05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA 92675-2042
Medical Director: I Maramica MD, PhD, MBA

Resulted: 04/18/19 0338, Result status: Final result

**CBC (Abnormal)**

Ordering provider: Kimberly Linnae Collier, MD 04/18/19 0002      Resulting lab: HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/18/19 0310 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.1 | 4.0 - 10.9 10⁹/uL | — | SOLab |
| RBC | 4.01 | 3.50 - 5.40 10^6/uL | — | SOLab |
| Hemoglobin | 11.3 | 12.0 - 16.0 g/dL | L ✓ | SOLab |
| Hematocrit | 33.3 | 36.0 - 48.0 % | L ✓ | SOLab |

**Lincoln/Marcus 1979**



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:          , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/18/19 0338, Result status: Final result

### CBC (Abnormal) (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| MCV | 83.2 | 81.0 - 99.0 fL | — | SOLab |
| MCH | 28.2 | 27.0 - 34.0 PG | — | SOLab |
| MCHC | 33.9 | 31.0 - 37.0 g/dL | — | SOLab |
| RDW | 14.3 | 11.5 - 14.5 % | — | SOLab |
| RDW-SD | 41.6 | 36.4 - 46.3 SD FL | — | SOLab |
| Platelets | 349 | 130 - 450 K/uL | — | SOLab |
| MPV | 8.1 | 7.4 - 12.4 fL | — | SOLab |

Resulted: 04/18/19 0702, Result status: Final result

### IgG, IgA, IgM (Normal)

Ordering provider: John L Bibb, MD  04/18/19 0002

Resulting lab: HONORHEALTH SCOTTSDALE SHEA MEDICAL CENTER

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/18/19 0310 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| IgG | 989 | 791-1,643 mg/dL | — | SSLab |
| IgA | 290 | 66 - 436 mg/dL | — | SSLab |
| IgM | 132 | 43 - 279 mg/dL | — | SSLab |

Resulted: 04/19/19 0756, Result status: Final result

### ANA Screen (IFA) W/Reflex To Titer/Pattern/ANAchoice Cascade

Ordering provider: Kimberly Linnae Collier, MD  04/16/19 1134

Resulting lab: QUEST SAN JUAN CAPISTRANO

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/17/19 0025 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Screen, IFA | NEGATIVE | NEGATIVE | — | SOSJC |

Comment:
ANA IFA is a first line screen for detecting the presence of up to approximately 150 autoantibodies in various autoimmune diseases. A negative ANA IFA result suggests ANA-associated autoimmune diseases are not present at this time and does not reflex further.

Visit Physician FAQs for interpretation of all antibodies in the Cascade, prevalence, and association with diseases at http://education.QuestDiagnostics.com/faq/FAQ177

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Pattern | TNP | — | — | SOSJC |

Comment: Test Not Performed. Reflex testing not required.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ANA Titer | TNP | titer | — | SOSJC |

Comment:
Test Not Performed. Reflex testing not required.

**Lincoln/Marcus 1980**

Fax Server            6/17/2021 1:45:13 PM   PAGE 172/190    Fax Server



| | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB:        , Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | Adm: 4/12/2019, D/C: 4/18/2019 |

Lab Results (continued)

ANA Screen (IFA) W/Reflex To Titer/Pattern/ANAchoice Cascade (continued)                    Resulted: 04/19/19 0756  Result status: Final result

Reference Ranges for Anti-Nuclear Ab Titer:

    <1:40     Negative
    1:40-1:80  Low Antibody Level
    >1:80     Elevated Antibody Level
DNA (ds) Antibody                    TNP        IU/mL        —            SOSJC
Comment:
                            Reference Range:
                            < OR = 4  NEGATIVE
                            5-9    INDETERMINATE
                            > OR = 10 POSITIVE

    Test Not Performed. Reflex testing not required.
Sm Antibody                          TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Sm/RNP Antibody                      TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Chromatin (Nucleosomal) Ab           TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
RNP Antibody                         TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Sjogren's Antibody (SS-A)            TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Sjogren's Antibody (SS-B)            TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Scl-70 Antibody                      TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Jo-1 Antibody                        TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Ribosomal P Antibody                 TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Centromere B Antibody                TNP        <1.0 NEGATIVE  —          SOSJC
                                                AI
    Comment: Test Not Performed. Reflex testing not required.
Interpretation                       SEE NOTE   —             —          SOSJC
    Comment:

    NOT APPLICABLE
    TEST PERFORMED AT:  05D0643352
    Quest Diagnostics Nichols Institute
    33608 Ortega Highway
    San Juan Capistrano, CA  92675-2042
    Medical Director: I Maramica MD, PhD, MBA

Generated by 5608 at 6/17/21  1:42 PM                                        Page 171

**Lincoln/Marcus 1981**



| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

**ANA Screen (IFA) W/Reflex To Titer/Pattern/ANAchoice Cascade (continued)**          Resulted: 04/19/19 0756, Result status: Final result

Resulted: 04/19/19 1209, Result status: Final result

**Lupus Anticoagulant**

Ordering provider: John L Bibb, MD  04/13/19 1100          Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1148 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lupus Anticoagulant | SEE NOTE | NOT DETECTED | — | SOSJC |

Comment:
This interpretation is based
on the following test results:

| | | | | |
|---|---|---|---|---|
| PTT-LA Screen | TNP | < OR = 40 seconds | — | SOSJC |

Comment:
Test Not Performed. Test request cancelled. No charge.

DUE TO TEST UPDATE, THIS TEST WAS MANUALLY ACCESSIONED.  REFER TO
ACCESSION 93065585

For more information on this test, go to:
http://education.questdiagnostics.com/faq/FAQ01v2
(This link is being provided for informational/educational purposes
only.)

| | | | | |
|---|---|---|---|---|
| dRVVT Screen | SEE NOTE | < OR = 45 seconds | — | SOSJC |

Comment:
TEST PERFORMED AT:  05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA  92675-2042
Medical Director: I Maramica MD, PhD, MBA

Resulted: 04/20/19 1240, Result status: Final result

**Protein Electrophoresis, Total (Abnormal)**

Ordering provider: John L Bibb, MD  04/18/19 0002          Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/18/19 0310 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Protein, Total | 6.0 | 6.1 - 8.1 g/dL | L ⌄ | SOSJC |
| Albumin | 3.2 | 3.8 - 4.8 g/dL | L ⌄ | SOSJC |
| Alpha 1 Globulin | 0.3 | 0.2 - 0.3 g/dL | — | SOSJC |
| Alpha 2 Globulin | 0.7 | 0.5 - 0.9 g/dL | — | SOSJC |
| Beta 1 Globulin | 0.4 | 0.4 - 0.6 g/dL | — | SOSJC |

**Lincoln/Marcus 1982**

**HONOR**HEALTH.

| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | Adm: 4/12/2019, D/C: 4/18/2019 |

Lab Results (continued)

Resulted: 04/20/19 1240, Result status: Final result

**Protein Electrophoresis, Total (Abnormal) (continued)**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Beta 2 Globulin | 0.4 | 0.2 - 0.5 g/dL | — | SOSJC |
| Gamma Globulin | 1.0 | 0.8 - 1.7 g/dL | — | SOSJC |
| Interpretation | SEE NOTE | — | — | SOSJC |

Comment:

Evaluation reveals an isolated decrease in albumin. This pattern may be suggestive of decreased protein synthesis or protein loss. Consider ordering prealbumin quantitation.
TEST PERFORMED AT:  05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA  92675-2042
Medical Director: I Maramica MD, PhD, MBA

Resulted: 04/20/19 1356, Result status: Final result

**Immunofixation With Quantitation Of IgA, IgG, IgM**

Ordering provider: John L Bibb, MD  04/18/19 0002          Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/18/19 0604 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Interpretation | SEE NOTE | — | — | SOSJC |

Comment:

Reference Range:
No Monoclonal Proteins
Detected

No monoclonal proteins detected by immunofixation studies.

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| IgA | 318 | 81 - 463 mg/dL | — | SOSJC |
| IgG | 1079 | 694 - 1618 mg/dL | — | SOSJC |
| IgM | 134 | 48 - 271 mg/dL | — | SOSJC |

Comment:

TEST PERFORMED AT:  05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA  92675-2042
Medical Director: I Maramica MD, PhD, MBA

Resulted: 04/20/19 1823, Result status: Final result

**Kappa/Lambda Light Chains**

Ordering provider: John L Bibb, MD  04/18/19 0002          Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/18/19 0604 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Generated by 5608 at 6/17/21  1:42 PM          Page 173

**Lincoln/Marcus 1983**



| | | SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|---|---|
| | | 7400 E. Osborn Road | MRN: 3220726, DOB:        , Sex: F |
| | | Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | | | Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/20/19 1823, Result status: Final result

### Kappa/Lambda Light Chains (continued)

| | | | | |
|---|---|---|---|---|
| Kappa | 243 | 176 - 443 mg/dL | — | SOSJC |
| Lambda | 166 | 91 - 240 mg/dL | — | SOSJC |
| Kappa/Lambda Ratio | 1.46 | 1.29 - 2.55 | — | SOSJC |

Comment:

This assay provides a measurement of the total kappa and the total
lambda light chains, ie., the amount of free (unattached) light chain
in circulation and the amount of light chain linked to heavy chain in
intact immunoglobulin molecules. Assays for serum free light chain
only, kappa and lambda with ratio, may be more useful in evaluating
and managing light chain gammopathies including those associated with
myeloma, lymphoproliferative disorders, and amyloidosis.
TEST PERFORMED AT: 05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA 92675-2042
Medical Director: I Maramica MD, PhD, MBA

Resulted: 04/30/19 0839, Result status: Final result

### Prothrombin Gene Mutation

Ordering provider: John L Bibb, MD  04/13/19 1100        Resulting lab: QUEST SAN JUAN CAPISTRANO

Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/13/19 1147 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin (Factor II) | SEE NOTE | — | — | SOSJC |

Comment:
RESULT: G20210A variant not detected

The G20210A mutation [AF478696.1: g.21538G>A (c.*97G>A)] in the
Prothrombin/Factor II gene is the second most common inherited risk
factor for thrombosis occurring in approximately 2% of Caucasians.
Presence of the mutation is associated with an elevation of
prothrombin levels to about 30% above normal in heterozygotes and to
70% above normal in homozygotes.

Prothrombin (G20210A) mutations are detected by amplification of their
selected gene regions by polymerase chain reaction (PCR) and
fluorescent probe hybridization to the targeted region, followed by
melting curve analysis with a real time PCR system. Although rare,
false positive or false negative results may occur. All results should
be interpreted in context of clinical findings, relevant history, and
other laboratory data.

Health care providers, please contact your local Quest Diagnostics'
genetic counselor or call 1-866-GENEINFO (866-436-3463) for assistance
with
interpretation of these results.

---

**Lincoln/Marcus 1984**



| SOMC Osborn Medical Center | Marcus, Leslie S |
|---|---|
| 7400 E. Osborn Road | MRN: 3220726, DOB:          Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 |
| | Adm: 4/12/2019, D/C: 4/18/2019 |

## Lab Results (continued)

Resulted: 04/30/19 0839. Result status: Final result

**Prothrombin Gene Mutation (continued)**

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

TEST PERFORMED AT:  05D0643352
Quest Diagnostics Nichols Institute
33608 Ortega Highway
San Juan Capistrano, CA  92675-2042
Medical Director: I Maramica MD, PhD, MBA

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1230600500 - SOLab** | HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR | Sharon D Gburek, MD | 7400 East Osborn Road Scottsdale AZ 85251 | 10/13/17 1740 - Present |
| **1230600700 - SSLab** | HONORHEALTH SCOTTSDALE SHEA MEDICAL CENTER | Sharon D Gburek, MD | 9003 East Shea Boulevard Scottsdale AZ 85260 | 10/13/17 1740 - Present |
| **1230699901 - SOSJC** | QUEST SAN JUAN CAPISTRANO | Jon M. Nakamoto, MD | Quest Diagnostics Nichols Institute 33608 Ortega Highway SAN JUAN CAPISTRANO CA 92690 | 10/05/15 1316 - Present |

## Micro Lab Results

### Micro Lab Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Culture Urine [191625938]** | | | | Collected: 04/12/19 1410 |
| Order Status: Completed | | Lab Status: Final result | | Updated: 04/13/19 2122 |
| Specimen: Urine, Clean Catch | | | | |
| | **Culture Urine** | 50,000 - 100,000 cfu/mL Mixed flora, no further workup indicated | | |

## Pathology Lab Results

### Pathology Lab Results

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **Pathology Specimen [191708165]** | | | | Collected: 04/14/19 0951 |
| Order Status: Completed | | Lab Status: Final result | | Updated: 04/15/19 1559 |
| Specimen: Biopsy from Gastric, Antrum | | | | |
| | **Case Report** | -- | | |
| | | Surgical Pathology Report | | Case: SO19-01829 |
| | | Authorizing Provider:  Deepa K Shah, MD 0951 | | Collected:          04/14/2019 |

**Lincoln/Marcus 1985**



| | | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|---|
| | | 7400 E. Osborn Road | MRN: 3220726, DOB:        Sex: F | |
| | | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | | Adm: 4/12/2019, D/C: 4/18/2019 | |

## Pathology Lab Results (continued)

Pathology Lab Results (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| | | Ordering Location:    HonorHealth SOMC Endoscopy Received: 04/15/2019 0812 | | |
| | | Pathologist:        Denise M Haynik, DO | | |
| | | Specimen:   Gastric, Antrum, Gastric antrum biopsy | | |
| | **FINAL DIAGNOSIS** | -- | | |

A. Gastric antrum, biopsy:
- No pathologic diagnosis.
- Negative for H. pylori.

| | Embedded Images | -- | | |
|---|---|---|---|---|
| | Clinical Information | -- | | |

Chest pain [R07.9], rule out H pylori.

| | Gross Description | -- | | |
|---|---|---|---|---|

A. Received in formalin labeled "antrum" are two tan fragments of mucosal tissue measuring 0.1 and 0.2 cm. The tissues are filtered and entirely submitted in cassette A1.

Grossed by RLR

| | Microscopic Description | -- | | |
|---|---|---|---|---|

Microscopic examination has been performed on all slides. The pathologic diagnosis encompasses the essential microscopic findings of this case. Interpretation performed at HonorHealth Shea Medical Center. 9003 E. Shea Boulevard - Scottsdale, Arizona.

| | Additional Information | -- | | |
|---|---|---|---|---|

If immunohistochemistry or in situ hybridization was used the following applies: This test was developed and its performance characteristic determined by Scottsdale Pathology Associates. It has not been cleared or approved by the U. S. Food and Drug Administration. The FDA does not require this test to go through premarket FDA review. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high complexity clinical laboratory testing. This assay has not been validated on decalcified tissues. Results should be interpreted with caution given the likelihood of false negativity on decalcified specimens. All special stains used have adequate controls.

| **Pathology Specimen [191789750]** | | | Collected: 04/16/19 1034 | |
|---|---|---|---|---|
| Order Status: Completed | | Lab Status: Final result | Updated: 04/17/19 1450 | |

Specimen: Biopsy from Colon, Cecum; Biopsy from Small Intestine, Ileum; Biopsy from Colon, Sigmoid

| | **Case Report** | -- | | |
|---|---|---|---|---|
| | | Surgical Pathology Report | Case: SO19-01861 | |

Generated by 5608 at 6/17/21 1:42 PM                                                                 Page 176

**Lincoln/Marcus 1986**



| | SOMC Osborn Medical Center | Marcus, Leslie S | |
|---|---|---|---|
| | 7400 E. Osborn Road | MRN: 3220726, DOB: | Sex: F |
| | Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | | Adm: 4/12/2019, D/C: 4/18/2019 | |

## Pathology Lab Results (continued)

Pathology Lab Results (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

Authorizing Provider: Deepa K Shah, MD        Collected:      04/16/2019 1034

Ordering Location:    HonorHealth SOMC Endoscopy Received: 04/16/2019 1219

Pathologist:        Cory Richard Fraser, MD

Specimens:   A) - Colon, Cecum, Cecum biopsy
B) - Small Intestine, Ileum, Ileum biopsy
C) - Colon, Sigmoid, Rectal-sigmoid polyp, 4mm

**FINAL DIAGNOSIS** --

**A. Colon, cecal ulcer, biopsy:**
**-Colonic mucosa with no significant diagnostic alterations (multiple levels examined).**

**B. Small intestine, ileum, biopsy:**
**-Ileal mucosa with no significant diagnostic alterations.**

**C. Colon, rectosigmoid polyp, polypectomy:**
**-Hyperplastic polyp.**

**Embedded Images** --

**Clinical Information** --

Rectal bleeding, K62.5. Rule out Crohn's.

**Gross Description** --

A. Received in formalin labeled "cecum ulcer biopsy" is a single fragment of tan-white soft tissue, 0.9 cm in greatest dimension. The specimen is filtered by mesh bag, inked green and entirely submitted in cassette A1.

B. Received in formalin labeled "ileum biopsy" is a single fragment of tan-white soft tissue, 0.5 cm in greatest dimension. The specimen is filtered into a mesh bag, inked blue and entirely submitted in cassette B1.

C. Received in formalin labeled "rectal-sigmoid colon polyp" are multiple fragments of white soft tissue, 1.0 x 0.3 x 0.2 cm in aggregate. The specimen is filtered into a mesh bag, inked yellow and entirely submitted in cassette C1.

Grossed by WG

**Microscopic Description** --

Microscopic examination has been performed on all slides. The pathologic diagnosis encompasses the essential microscopic findings of this case. Interpretation performed at HonorHealth Shea Medical Center. 9003 E. Shea Boulevard - Scottsdale, Arizona.

**Additional Information** --

If immunohistochemistry or in situ hybridization was used the following applies: This test was developed and its performance characteristic determined by Scottsdale Pathology Associates. It

**Lincoln/Marcus 1987**

**HONOR**HEALTH.™    SOMC Osborn Medical Center    Marcus, Leslie S
7400 E. Osborn Road    MRN: 3220726, DOB:          , Sex: F
Scottsdale AZ 85251-6432    Acct #: 40191020262
                            Adm: 4/12/2019, D/C: 4/18/2019

## Pathology Lab Results (continued)

Pathology Lab Results (continued)

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

has not been cleared or approved by the U. S. Food and Drug Administration. The FDA does not require this test to go through premarket FDA review. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments (CLIA) as qualified to perform high complexity clinical laboratory testing. This assay has not been validated on decalcified tissues. Results should be interpreted with caution given the likelihood of false negativity on decalcified specimens. All special stains used have adequate controls.

## RADIOLOGY REPORTS

Resulted: 04/12/19 1425, Result status: Final result

**X-ray Chest 1 View Portable [182109616]**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1401    Resulted by: Sarah Palestrant, MD
Performed: 04/12/19 1403 – 04/12/19 1414    Accession number: RIS3821805
Resulting lab: SMIL
Narrative:
CHEST

HISTORY:  Chest pain

COMPARISON:  Chest radiograph 1/19/2019

VIEWS:  Chest single view.

FINDINGS:

Normal heart size.  No pulmonary vascular congestion.
The questioned right apical pulmonary nodule identified on prior exam is poorly conspicuous on today's study.  There is no focal consolidation, pleural effusion or pneumothorax.

IMPRESSION:
1. No acute findings.

SARAH PALESTRANT 4/12/2019 2:25 PM

Resulted: 04/12/19 1655, Result status: Final result

**CTA Chest (PE) [191625940]**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1547    Resulted by: Sean Perini, MD
Performed: 04/12/19 1624 – 04/12/19 1634    Accession number: RIS3822279
Resulting lab: SMIL
Narrative:
CTA THORAX - PULMONARY ARTERIES

HISTORY:  Clinical concern for pulmonary embolism

COMPARISON:  1/18/19

TECHNIQUE:  Intravenous low osmolar contrast.  Coronal and sagittal reformations including 3D maximum intensity projections.

FINDINGS:

**Lincoln/Marcus 1988**

**HONOR**HEALTH.

| | | |
|---|---|---|
| SOMC Osborn Medical Center | Marcus, Leslie S | |
| 7400 E. Osborn Road | MRN: 3220726, DOB: | , Sex: F |
| Scottsdale AZ 85251-6432 | Acct #: 40191020262 | |
| | Adm: 4/12/2019, D/C: 4/18/2019 | |

## RADIOLOGY REPORTS (continued)

Resulted: 04/12/19 1655, Result status: Final result

### CTA Chest (PE) [191625940] (continued)

Small filling defects are identified within branches of the right and left lower lobes compatible with a very small pulmonary embolism.

Heart size is normal.

No dissection of the aorta is evident.

Tree-in-bud type reticular and nodular opacities are seen within the anterior medial right middle lobe, the right lower lobe, and the right apex. These are likely infectious or inflammatory given their clustered distribution and improvement compared
with 1/18/19. There is some additional reticular opacity in the bilateral lung bases likely reflect atelectasis.

No pleural effusion.

Esophagus appears diffusely mildly thick-walled although this appearance is slightly improved compared with prior.


IMPRESSION:

Very small pulmonary embolism involving branches of the right and left lower lobes.

Tree-in-bud type reticular and nodular opacities in the right lung improved compared with prior. This may be postinflammatory or related to chronic small airways disease. Recurrent mild infiltrate not excluded.

Diffusely mildly thick-walled esophagus. This could reflect an esophagitis in the appropriate clinical setting. Clinical correlation and follow-up suggested.

SEAN PERINI 4/12/2019 4:55 PM


Resulted: 04/13/19 1834, Result status: Final result

### US Duplex Venous Bilateral Arms [191708149]

Ordering provider: John L Bibb, MD  04/13/19 1100        Resulted by: Glenn Clyde Cook, MD
Performed: 04/13/19 1700 - 04/13/19 1823              Accession number: RIS3824052
Resulting lab: SMIL
Narrative:
BILATERAL UPPER EXTREMITY VENOUS DOPPLER ULTRASOUND

HISTORY: Right upper extremity thrombosis

COMPARISON: None

TECHNIQUE: Multiple transverse and longitudinal sonographic images were obtained including color Doppler and spectral waveforms to evaluate for thrombus.

FINDINGS:

On the right the internal jugular vein, the subclavian vein, axillary, brachial veins are patent. The cephalic vein is compressible without evidence of clot. Nonocclusive thrombus is present in the antecubital vein and in the basilic vein just above the
antecubital fossa. Basilic vein more superiorly is widely patent.

On the left internal jugular vein is patent. Small amount of nonocclusive thrombosis present in the left subclavian vein.

**Lincoln/Marcus 1989**

| HONORHEALTH. | SOMC Osborn Medical Center 7400 E. Osborn Road Scottsdale AZ 85251-6432 | Marcus, Leslie S MRN: 3220726, DOB:          Sex: F Acct #: 40191020262 Adm: 4/12/2019, D/C: 4/18/2019 |
|---|---|---|

### RADIOLOGY REPORTS (continued)

Resulted: 04/13/19 1834. Result status: Final result

**US Duplex Venous Bilateral Arms [191708149] (continued)**
The axillary, basilic, brachial, and cephalic veins are patent.

Impression:
IMPRESSION:

Nonocclusive thrombus in the right antecubital vein and in the caudal aspect of the right basilic vein.

Nonocclusive thrombus in the left subclavian vein.

GLENN COOK 4/13/2019 6:34 PM

Resulted: 04/13/19 1837, Result status: Final result

**US Duplex Venous Bilateral Legs [191625961]**

| Ordering provider: Karla America Puente-Shultz, MD 04/12/19 1901 Performed: 04/13/19 1620 – 04/13/19 1700 Resulting lab: SMIL | Resulted by: Glenn Clyde Cook, MD Accession number: RIS3824051 |
|---|---|

Narrative:
BILATERAL LOWER EXTREMITY VENOUS DOPPLER ULTRASOUND

HISTORY: Swelling

COMPARISON: None

TECHNIQUE: Multiple transverse and longitudinal sonographic images were obtained including color Doppler images and spectral Doppler waveforms.

FINDINGS:
The common femoral, femoral, popliteal, and greater saphenous veins demonstrate normal compressibility. Normal color Doppler flow and spectral Doppler waveforms within these veins.

Visualized calf veins on the right are patent. The left anterior tibial and posterior tibial veins are patent. Occlusive thrombus is evident in the left peroneal vein.

No focal fluid collections.

Impression:
IMPRESSION:

Deep vein thrombosis of the left peroneal vein.

GLENN COOK 4/13/2019 6:37 PM

Resulted: 04/14/19 1436, Result status: Final result

**CT Brain WO Contrast [191789710]**

| Ordering provider: Kimberly Linnae Collier, MD  04/14/19 1300 Performed: 04/14/19 1410 – 04/14/19 1422 Resulting lab: SMIL | Resulted by: Steven Matthew Wise, MD Accession number: RIS3825269 |
|---|---|

Narrative:
CT HEAD WITHOUT CONTRAST

---

**Lincoln/Marcus 1990**

**HONOR**HEALTH™

| | |
|---|---|
| SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:        , Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

RADIOLOGY REPORTS (continued)

Resulted: 04/14/19 1436. Result status: Final result

**CT Brain WO Contrast [191789710] (continued)**

HISTORY:  Severe headache.  Forgetfulness.

COMPARISON:  CT head from 01/19/2019.

TECHNIQUE:  No contrast.

FINDINGS:

No acute intracranial hemorrhage, mass effect, or edema.   No midline shift. The ventricles are within normal limits in size and configuration.

Mild nasal thickening in the right maxillary sinus.  Mild mucosal thickening in the ethmoid air cells.  Mastoid air cells are clear.

IMPRESSION:

1. No acute intracranial abnormality.

STEVEN WISE 4/14/2019 2:36 PM

Resulted: 04/14/19 1443, Result status: Final result

**CTA Neck Carotid [191789707]**

| | |
|---|---|
| Ordering provider: Kimberly Linnae Collier, MD  04/14/19 1300 | Resulted by: Steven Matthew Wise, MD |
| Performed: 04/14/19 1410 - 04/14/19 1421 | Accession number: RIS3825268 |
| Resulting lab: SMIL | |

Narrative:
CTA NECK WITHOUT AND WITH CONTRAST

HISTORY:  Speech issues.  Forgetfulness.

COMPARISON:  Correlation made to CT chest exams from 4/12/2019 and 1/18/2019.

TECHNIQUE: Intravenous low osmolar contrast, .  Noncontrast and arterial phases.  Coronal and sagittal reformations. 3-D reformations on independent workstation.

FINDINGS:

CTA of the neck: The aortic arch and proximal great vessels are patent.  Left vertebral artery arises directly from the aortic arch, an anatomic variant.

The bilateral carotid systems are patent without evidence of flow-limiting stenosis.

The vertebral arteries are patent bilaterally without evidence of flow-limiting stenosis or dissection.

Cervical spondylosis.  Small calcified granuloma in the left upper lobe.  Clustered micronodules and tree-in-bud opacities in the right upper lobe, improved compared to January 2019.  Findings are compatible with improving infection. Visualized esophageal wall appears thickened.

**Lincoln/Marcus 1991**



| | SOMC Osborn Medical | Marcus, Leslie S |
|---|---|---|
| | Center | MRN: 3220726, DOB:          , Sex: F |
| | 7400 E. Osborn Road | Acct #: 40191020262 |
| | Scottsdale AZ 85251-6432 | Adm: 4/12/2019, D/C: 4/18/2019 |

## RADIOLOGY REPORTS (continued)

Resulted: 04/14/19 1443, Result status: Final result

**CTA Neck Carotid [191789707] (continued)**

Impression:
IMPRESSION:

1. No evidence of flow-limiting stenosis or dissection within the arteries of the neck.
2. Clustered micronodules and tree-in-bud opacities in the right upper lobe, improved compared to January 2019, compatible with improving infection.
3. Thickening of the wall of the visualized esophagus, compatible with the patient's known esophagitis.

Measurement of carotid stenosis is based on criteria described in the North American Symptomatic Carotid Endarterectomy Trial (NASCET). NASCET criteria for estimating stenosis compares the normal distal ICA diameter with the stenotic proximal ICA diameter.

STEVEN WISE 4/14/2019 2:43 PM

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **105004 - Unknown** | SMIL | Unknown | Unknown | 09/11/14 1321 - Present |

## ECG/EMG Results

Resulted: 04/12/19 1349, Result status: Final result

**ECG 12 lead [182109592] (Abnormal)**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1346    Resulting lab: JCL MUSE
Narrative:
Diffuse artifact
Probable Sinus tachycardia
Nonspecific ST and T wave abnormality
Abnormal ECG
When compared with ECG of 25-JAN-2019 09:58,
Non-specific change in ST segment in Inferior leads
Non-specific change in ST segment in Anterolateral leads
Confirmed by TENAGLIA MD, ALAN (1226) on 4/12/2019 8:44:03 PM

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | — | 04/12/19 1349 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 138 | BPM | — | — |
| Atrial Rate | 138 | BPM | — | — |
| QRS-Interval | 70 | ms | — | — |
| QT-Interval | 376 | ms | — | — |
| QTc | 569 | ms | H ^ | — |
| Calculated R Axis | 78 | degrees | — | — |
| Calculated T Axis | 76 | degrees | — | — |

Resulted: 04/12/19 1349, Result status: Preliminary result

**ECG 12 lead [182109592] (Abnormal)**

Generated by 5608 at 6/17/21  1:42 PM

**Lincoln/Marcus 1992**

 **HONOR**HEALTH™  SOMC Osborn Medical Center
7400 E. Osborn Road
Scottsdale AZ 85251-6432

Marcus, Leslie S
MRN: 3220726, DOB:          , Sex: F
Acct #: 40191020262
Adm: 4/12/2019, D/C: 4/18/2019

## ECG/EMG Results (continued)

Resulted: 04/12/19 1349, Result status:
Preliminary result

**ECG 12 lead [182109592] (Abnormal) (continued)**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1346    Resulting lab: JCL MUSE
Narrative:
Undetermined rhythm
ST - Marked T wave abnormality, consider inferior ischemia
Abnormal ECG
When compared with ECG of 25-JAN-2019 09:58,
Current undetermined rhythm precludes rhythm comparison, needs review
Non-specific change in ST segment in Inferior leads
Non-specific change in ST segment in Anterolateral leads

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| — | — | 04/12/19 1349 |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Ventricular Rate | 138 | BPM | — | — |
| Atrial Rate | 138 | BPM | — | — |
| QRS-Interval | 70 | ms | — | — |
| QT-Interval | 376 | ms | — | — |
| QTc | 569 | ms | H ^ | — |
| Calculated R Axis | 78 | degrees | — | — |
| Calculated T Axis | 76 | degrees | — | — |

Resulted: 04/12/19 1349, Result status:
Preliminary result

**ECG 12 lead [182109592] (Abnormal)**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1346    Resulting lab: JCL MUSE
Narrative:
Undetermined rhythm
ST - Marked T wave abnormality, consider inferior ischemia
Abnormal ECG
When compared with ECG of 25-JAN-2019 09:58,
Current undetermined rhythm precludes rhythm comparison, needs review
Non-specific change in ST segment in Inferior leads
Non-specific change in ST segment in Anterolateral leads

Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| — | — | 04/12/19 1349 |

Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Ventricular Rate | 138 | BPM | — | — |
| Atrial Rate | 138 | BPM | — | — |
| QRS-Interval | 70 | ms | — | — |
| QT-Interval | 376 | ms | — | — |
| QTc | 569 | ms | H ^ | — |
| Calculated R Axis | 78 | degrees | — | — |
| Calculated T Axis | 76 | degrees | — | — |

**Lincoln/Marcus 1993**



| | SOMC Osborn Medical Center<br>7400 E. Osborn Road<br>Scottsdale AZ 85251-6432 | Marcus, Leslie S<br>MRN: 3220726, DOB:          , Sex: F<br>Acct #: 40191020262<br>Adm: 4/12/2019, D/C: 4/18/2019 |

## ECG/EMG Results (continued)

Resulted: 04/12/19 1410, Result status: Final
result

**ECG 12 lead [182109617]**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1401    Resulting lab: JCL MUSE
Narrative:
Sinus tachycardia
Otherwise normal ECG
When compared with ECG of 12-APR-2019 13:49,
No significant change
Confirmed by TENAGLIA MD, ALAN (1226) on 4/12/2019 8:44:24 PM

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | — | 04/12/19 1410 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 131 | BPM | — | — |
| Atrial Rate | 131 | BPM | — | — |
| QRS-Interval | 72 | ms | — | — |
| QT-Interval | 314 | ms | — | — |
| QTc | 463 | ms | — | — |
| Calculated P Axis | 72 | degrees | — | — |
| Calculated R Axis | 68 | degrees | — | — |
| Calculated T Axis | 72 | degrees | — | — |

Resulted: 04/12/19 1410, Result status:
Preliminary result

**ECG 12 lead [182109617]**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1401    Resulting lab: JCL MUSE
Narrative:
Sinus tachycardia
Otherwise normal ECG
When compared with ECG of 12-APR-2019 13:49,
Previous ECG has undetermined rhythm, needs review

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| — | — | 04/12/19 1410 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate | 131 | BPM | — | — |
| Atrial Rate | 131 | BPM | — | — |
| QRS-Interval | 72 | ms | — | — |
| QT-Interval | 314 | ms | — | — |
| QTc | 463 | ms | — | — |
| Calculated P Axis | 72 | degrees | — | — |
| Calculated R Axis | 68 | degrees | — | — |
| Calculated T Axis | 72 | degrees | — | — |

Resulted: 04/12/19 1410, Result status:
Preliminary result

**ECG 12 lead [182109617]**

Ordering provider: Pedro Jose Roque, MD  04/12/19 1401    Resulting lab: JCL MUSE
Narrative:

**Lincoln/Marcus 1994**