**From:**Leslie Marcus <
**Sent:**Thu, 17 Jun 2021 13:58:33 -0700
**To:**DisabilityDocuments
**Subject:**Claim 9303113
**Attachments:**HealthSummary_Jun_17_2021 (1).zip


***This email is from an external source. Only open links and attachments from a Trusted Sender.***

ATTN: Charles Martin
Claim: 9303113
1 of 1 Mayo Medical Records Attached


--
**Leslie Marcus**

```
┌─────────────────┐
│    EXHIBIT      │
│   C, part 9     │
└─────────────────┘
```

**Lincoln/Marcus 2463**

**From:**Leslie Marcus <
**Sent:**Thu, 17 Jun 2021 13:59:44 -0700
**To:**DisabilityDocuments
**Subject:**Claim 9303113
**Attachments:**HealthSummary_Jun_17_2021.zip

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

ATTN: Charles Martin
Claim: 9303113
2 of 2 Mayo Medical Records Attached

--
**Leslie Marcus**

**Lincoln/Marcus 2464**

Last Edited 7/7/2017 4:30 PM CST

Mayo Clinic

Website: https://www.mayoclinic.org
Contact: Mayo Clinic Customer Assistance (MCCA) at 877-858-0398

Notes:
++++++++++++++++++++++++++++++++++++++++

When you download your health or visit summary documents, several files
are compressed into a single ZIP file so they can be transferred quickly.
You need to uncompress (unzip) this file before you can view your
documents. Refer to steps below for uncompressing your download.

A PDF file was included with your download and provides the easiest way to
view the contents of this document. Your download also includes a file
called INDEX.HTM which allows you to view the contents. To open the
INDEX.HTM file, unzip the entire download and then double-click to open
it. Note that this file will not display properly if you double-click the
copy in the zip. The download also includes a number of data and support
files. These files let other healthcare software applications understand
the data in the documents.

If you chose to encrypt your download, it will only remain encrypted until
you unzip it. To continue protecting your data when you are done viewing
it, locate the unzipped folder and delete it.

++++++++++++++++++++++++++++++++++++++++


Folder Contents:
++++++++++++++++++++++++++++++++++++++++

+ INDEX.HTM                   - Clinical Document viewer
+ README.TXT                    - This file
+ HTML                          - Resources for viewing INDEX.HTM and
clinical documents
    + IMAGES
        + address.png
        + LucyDrive.png
        + LucyLogo.png
        + org.png
        + PageBackground.png
        + PageFooter.png
        + PageTop.png
        + phone.png
    + STYLE
        + lucy.css
        + lucy_colors.css
+ IHE_XDM                     - Folder containing your clinical documents
    + YOURNAME1
        + DOC*.XML             - These are your actual clinical documents

**Lincoln/Marcus 2465**

```
      + METADATA.XML              - File containing information about all
of the clinical documents in this folder
+ ! My Health Summary.PDF   - PDF containing the contents of your
clinical documents
++++++++++++++++++++++++++++++++++++++++++
```

```
How to uncompress your library:
++++++++++++++++++++++++++++++++++++++++++

Windows Instructions
If your download was not encrypted:
     These steps assume that you use the features that come with your
operating system.
     You can also use another program, such as 7-Zip, to manage
compressed files.
               1. When you downloaded the document library, you selected
a location for the library. Open that location with Windows Explorer.
               2. Right-click the compressed file to open the shortcut
menu.
               3. Choose Extract All to open the Extraction Wizard.
               4. Click Next.
               5. Select a destination directory for the files. For
example, you can enter C:\Lucy to create a Lucy folder for the documents.
               6. Click Next. The files in your document library are
uncompressed and created in the location you entered.
               7. Click Finish to close the Extraction Wizard.
If your download was encrypted:
     Use a program such as WinZip to unzip the file.


MacOS Instructions
If your download was not encrypted:
     These steps assume that you use the features that come with your
operating system.
     You can also use another program, such as Stuffit Expander, to
manage compressed files.
               1. When you downloaded the document library, you selected
a location for the library. Open that location.
               2. Right-click the compressed file on your Desktop to
open the shortcut menu.
               3. Select Open. The files in your document library are
uncompressed and appear in a folder on your Desktop.
If your download was encrypted:
     Use a program such as Keka to unzip the file.


Linux Instructions
These steps are based on Ubuntu. Other distributions might have different
steps.
     1. When you downloaded the document library, you selected a location
for the library. Open that location with Archive Manager.
     2. Right-click the compressed file to open the shortcut menu.
     3. Click Extract Here. The files in your document library are
uncompressed and appear in the current working directory.
To extract files from a command line, enter unzip <filename>.zip.
```

**Lincoln/Marcus 2466**

```
If your download was encrypted:
      Use a program such as p7zip to unzip the file.

+++++++++++++++++++++++++++++++++++++++++++
```

**Lincoln/Marcus 2467**

**From:**Leslie Marcus <
**Sent:**Thu, 17 Jun 2021 13:59:44 -0700
**To:**DisabilityDocuments
**Subject:**Claim 9303113
**Attachments:**HealthSummary_Jun_17_2021.zip

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

ATTN: Charles Martin
Claim: 9303113
2 of 2 Mayo Medical Records Attached

--
**Leslie Marcus**

**Lincoln/Marcus 2468**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, June 16, 2021 10:02:49 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | dwwuhn5rw2kmawvasb8l_10665158.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 2469**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

June 16, 2021

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on October 17, 2019, the change in definition will occur on October 17, 2021.  We are currently gathering information to assess your continued eligibility for benefits beyond this date.

Please complete the following forms and return them in the envelope provided by June 23, 2021:

    <u>X</u>  Activities Questionnaire Form
    <u>X</u>  Authorization - Medical
    <u>X</u>  Claimant Information Form
    <u>X</u>  Claimant Supplementary Statement
    <u>X</u>  Authorization
    <u>  </u>  Other

If you have any questions regarding this matter, please contact me.

**Lincoln/Marcus 2470**

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

Attachments:    Activities Questionnaire Form
                Authorization - Medical
                Claimant Information Form
                Claimant Supplementary Statement
                Authorization

2  of  2

**Lincoln/Marcus 2471**

**ACTIVITIES QUESTIONNAIRE**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

**Return To:** Charles Martin

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Balfour Beatty Investments

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes_____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Marcus 2472**



How often do you get outdoors? _____

Are you left or right hand dominant?        Left _____    Right _____

Are you able to work in your garden?        Yes _____    No _____

Are you able to work on your house?        Yes _____    No _____

Are you able to wash your car?        Yes _____    No _____

How much time is spent daily on your home computer?

_____ None    _____ 0-1 hours    _____ 1-2 hours    _____ 2-3 hours    _____ 3+ hours

How much time is spent weekly on your home computer?

_____ None    _____ 0-1 hours    _____ 1-2 hours    _____ 2-3 hours    _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills    _____ Read news/articles    _____ Use search engines    _____ Send emails

_____ Visit chat rooms    _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word)    _____ Spreadsheets (Excel)    _____ Database (Access)    _____ Graphics

_____ Photo software (Photoshop)    _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?  Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Marcus 2473**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____    No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____    No _____

If Yes, please describe _____

Do you do any Volunteer work?                 Yes _____    No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                    Yes _____    No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____    Date: _____

Signature: _____

**Lincoln/Marcus 2474**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

## <u>AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION</u>

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: ___9303113___

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2020

**Lincoln/Marcus 2475**

# CLAIMANT INFORMATION FORM



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

**Return To:** Charles Martin

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments    DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2021 to present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Marcus 2476**

**SIGNATURE:** _____   **DATE:** _____

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

**Return to:** Charles Martin

---

**EMPLOYEE/CLAIMANT NAME:** Leslie Marcus    **CLAIM #:** 9303113

**EMPLOYER:** Balfour Beatty Investments    **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**                    **EMPLOYEE'S SIGNATURE:**

---

DP 409

**Lincoln/Marcus 2478**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)

Name of legal representative, if applicable (print)          Relationship

Signature of claimant or legal representative          Date:

Date of Birth: _____    Claim Number:  ___9303113___

## A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Marcus 2479**

**Medical Record Overview**

☀ ReleasePoint

Date:   June 3, 2021

Patient Name:   MARCUS, LESLIE

Records From:   Wellness for Life

RP ID: 7902171

Client ID: 9303113

(623) 322-0099

Source: L-TCMS

Request Scope:   From September 1, 2020 to Present

Req By:   C Martin
09-464263

Chart Range:   10/26/2020 - 05/11/2021

SSN:

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Oct 26 2020 | Mar 9 2021 | 39 | 2 |
| Labs/Diagnostics | Dec 23 2020 | May 11 2021 | 11 | 41 |
| Non Medical/Other | | | 3 | 52 |
| | | Total Page Count: | 53 | |

**Notes From QC:**

**Lincoln/Marcus 2480**

Progress Notes - 03/09/2021

p.30

BLACK DIAMOND MEDICAL, LLC – 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382 165-

## MARCUS, LESLIE (id #1100, dob:

**Patient**

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 03/09/2021 11:00AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |

Insurance # : CDC851936353
Policy/Group # : 26078
Prescription: OPTUM_IRX - Member is eligible.

**Chief Complaint**

medication refill

f/u

**Patient's Care Team**

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Gynecologist:** CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038 NPI: 1255405619
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

**Patient's Pharmacies**

**WALGREENS DRUG STORE #07582 (ERX):** 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549

**Vitals**

03/09/2021 10:07 am

| | | |
|---|---|---|
| Ht: 5 ft 5 in | Pulse: 61 bpm | RR: 14 |
| T: 98.1 F° | Wt: 105 lbs | BMI: 17.5 |
| BP: 89/56 | O2Sat: 99% | |

**Allergies**

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

**Medications**

Medications not reviewed (last reviewed 01/22/2021)

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 02/13/21 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clindamycin 2 % vaginal cream** INSERT 1 APPLICATORFUL VAGINALLY EVERY NIGHT AT BEDTIME FOR 7 DAYS | 02/17/21 | filled |
| **clonazePAM 1 mg tablet** Take 1 tablet(s) twice a day by oral route as needed for 30 days. | 01/12/21 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 03/10/21 | filled |
| **Eliquis 5 mg tablet** 1 tab bid | 02/20/21 | filled |
| **folic acid 1 mg tablet** TAKE 1 TABLET BY MOUTH EVERY DAY | 03/10/21 | filled |

**Lincoln/Marcus 2481**

Progress Notes - 03/09/2021

BLACK DIAMOND MEDICAL LLC • 28449 N LAKE PLEASANT RD SUITE 101, PEORIA AZ 85383 2851

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **Linzess 72 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 12/28/20 | filled |
| **metroNIDAZOLE 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY | 02/09/21 | filled |
| **midodrine 2.5 mg tablet**<br>START WITH 1 TABLET EVERY 12 HOURS FOR 2 DAYS THEN INCREASE TO 1 TABLET<br>EVERY 8 HOURS | 02/26/21 | filled |
| **montelukast 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME OR DINNER | 02/20/21 | filled |
| **ondansetron HCL 8 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED | 03/10/21 | filled |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | 03/12/21 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR SHORTNESS OF<br>BREATH AND RELIEF OF ASTHMA SYMPTOMS | 01/10/21 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Intervertebral disc degeneration of cervical spine without prolapsed disc - Onset: 03/09/2021
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation – Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Discussed Family History
Father          - Heart disease
Sister          - Connective tissue nevus of skin
                - Bipolar disorder

Social History

Discussed Social History
**Internal Medicine**

**Lincoln/Marcus 2482**

Progress Notes - 03/09/2021

ACK DIAMOND MEDICAL LLC • 76 MAIN AVE PLEASANT KS suite 101 PEORIA AZ 85381-13 H

## MARCUS, LESLIE (id #1100, dob:

Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020

Surgical History

Reviewed Surgical History
    Excision of cyst of ovary - Left- age 21
    Hysterectomy - 01/01/2005 - total abd and BSO

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

GYN History

Reviewed GYN History

Obstetric History

Reviewed Obstetric History

Past Medical History

Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

HPI

established pt here with boyfriend.

she did take 1 midodrine vomited shortly after.

had clitoris biopsy- was told likely not cancer. request for labs to be drawn.

she feels sick if she eats in the morning.

any movement of walking causes her to feel nauseate. she can lay down and is not nauseated. any movement of bending down or looking up or down with head causes her to feel nauseated.

has persistent tinnitus R>L.

unable to tolerate vit d capsules

**Lincoln/Marcus 2483**

BLACK DIAMOND MEDICAL LLC • 26440 N LAKE PLEASANT RD suite 101, PEORIA AZ 85383-2

## MARCUS, LESLIE (id #1100, dob:

**Eyes:** Eyes: no irritation, dry eyes, or vision change.

**ENMT:** Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and **sinus problems**. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and **ringing in the ears**.

**Cardiovascular:** Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.

**Respiratory:** Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite.

**Genitourinary:** Genitourinary: no hematuria or increased frequency.

**Musculoskeletal:** Musculoskeletal: **neck pain (remote hx trauma post car accident)**.

**Integumentary:** Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.

**Neurologic:** Neurologic: no weakness, numbness, seizures, headaches, or loss of consciousness and **dizziness**.

**Psychiatric:** Psych: no depression and anxiety.

**Endocrine:** Endocrine: **fatigue**.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam

Patient is a 49-year-old female.

**Psychiatric:** Insight: good judgement. Mental Status: active and alert and **anxious**. Orientation: to time, place, and person. Memory: recent memory normal and **remote memory abnormal**.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Sensation: **abnormal; decrease sensation unable to differeciate between sharp and dull**. Coordination and Cerebellum: **romberg; immediate dizziness with feeling of nausea with extending head.**.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

**Lincoln/Marcus 2484**

Progress Notes - 03/09/2021

p.34

MARCUS, LESLIE (id #1100, dob:

below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

**1. Blood coagulation disorder**
   D68.9: Coagulation defect, unspecified
   - ANA (ANTINUCLEAR ANTIBODIES) TITER + PATTERN, IFA, SERUM
   - ANTITHROMBIN ACTIVITY, PLASMA
   - LUPUS ANTICOAGULANT, PLASMA
   - PROTEIN C + PROTEIN S, FUNCTIONAL PANEL, PLASMA
   - FACTOR V ACTIVITY, PLASMA
   - PROTHROMBIN (FACTOR II) G20210 MUTATION, BLOOD
   - ANTIPHOSPHOLIPID ANTIBODY PANEL, SERUM

**2. History of pulmonary embolus**
   Z86.711: Personal history of pulmonary embolism

**3. Postural orthostatic tachycardia syndrome -**

   retry midodrine with food.

   I95.1: Orthostatic hypotension

**4. Intervertebral disc degeneration of cervical spine without prolapsed disc**
   M50.30: Other cervical disc degeneration, unspecified cervical region
   - ORTHOPEDIC REFERRAL -    Schedule Within: provider's discretion    Note to Provider: pt will be bring MRI cervical
   spine on disc.
   Urgency: next available              Reason for Referral: evaluation and treatment for
   Appointment Time: call pt to schedule appointment Start Date: 03/09/2021
   End Date: 03/09/2022                 Visits Approved: 12
   Prior CT, MRI or X-ray Studies?: Y

**5. Decreased renal function**
   R94.4: Abnormal results of kidney function studies
   - CMP, SERUM OR PLASMA
   - VENOUS BLOOD DRAW

**6. Dizziness**
   R42: Dizziness and giddiness

**7. Romberg's sign positive**
   R29.818: Other symptoms and signs involving the nervous system
   - MRI BRAIN WO -    Note to Imaging Facility: needs to be stand up MRI

| | |
|---|---|
| Patient Position: standing | Additional Clinical Indicators: + rombergs |
| Clinical Indication: concern with possible chiari malformation | Does the patient have any stents?: N |
| Height (ft.): 5 ft 5 in | History of Hypertension: N |
| Is patient on blood thinners?: Y | Over 60, or history of Kidney Disease?: Y |
| Pill Cam in the last 30 days: N | Possibility of Pregnancy?: N |
| Rule Out: chiari malformation | Scheduling: asap |
| Weight (lbs): 105 | |

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 03/24/2021.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 03/24/2021 at 7:42am

**Lincoln/Marcus 2485**

Progress Notes - 03/09/2021

p.35

# Leslie Marcus



MRN 00000272
Age 50
Female
Black Diamond Medical LLC
Birthdate:
Enrolled: 04/19/2021

Email:
Cell Phone:

**Primary doctor**
Tonia Graham, APRN

**Clinic**
Wellness For Life Family Practice
20449 N Lake Pleasant rd suite 101, PEORIA, AZ - 85382
Email: wellnessforlifeaz@gmail.com
Phone: (623) 322-0099
Fax: (623) 322-0966

Insurance Information

BCBS: policy #CDC851936353, group 26078

Chronic Conditions

**F43.21 (Adjustment disorder with depressed mood)**
**J45.909 (Unspecified asthma, uncomplicated)**
**Q79.6 (Ehlers-Danlos syndrome)**
**history of atrial fibrillation**
**M50.30 (Other cervical disc degeneration, unspecified cervical region)**
**D50.9 (Iron deficiency anemia, unspecified)**
**K58.1 (Irritable bowel syndrome with constipation)**
**D89.40 (Mast cell activation, unspecified)**
**I95.1 (Orthostatic hypotension)**

Allergies

**corticosteroids** (reaction: tachycardia)

**Lincoln/Marcus 2486**

Progress Notes - 03/09/2021

Current Medications

**acetazolamide (acetazolamide) tablet 125 mg,** schedule: nonscheduled, 60 tablets for 30 days (5 refills) / Take 1 tablet by mouth twice a day

**Azelastine 137ug/1 (AZELASTINE HYDROCHLORIDE)**

**Children's Zyrtec Allergy (cetirizine) tablet,disintegrating 10 mg,** schedule: nonscheduled

**clindamycin 2%**

**clonazepam (clonazepam) tablet 1 mg,** schedule: 4

**desvenlafaxine succinate (desvenlafaxine succinate) tablet extended release 24 hr 50 mg,** schedule: nonscheduled

**Eliquis (apixaban) tablet 5 mg,** schedule: nonscheduled

**Folic Acid 1mg/1**

**ipratropium bromide (ipratropium bromide) spray,non-aerosol 21 mcg (0.03 %),** schedule: nonscheduled

**Linzess (linaclotide) capsule 72 mcg,** schedule: nonscheduled

**metronidazole in NaCl (iso-os) (metronidazole in nacl (iso-os)) piggyback 500 mg/100 mL,** schedule: nonscheduled

**midodrine (midodrine) tablet 2.5 mg,** schedule: nonscheduled

**montelukast (montelukast) tablet 10 mg,** schedule: nonscheduled

**ondansetron (ondansetron) tablet,disintegrating 8 mg,** schedule: nonscheduled

**Symbicort (budesonide-formoterol) HFA aerosol inhaler 160-4.5 mcg/actuation,** schedule: nonscheduled

**trazodone (trazodone) tablet 100 mg,** schedule: nonscheduled, 30 tablets for 30 days (5 refills) / Take 1 tablet by mouth at bedtime

**Ventolin HFA (albuterol sulfate) HFA aerosol inhaler 90 mcg/actuation,** schedule: nonscheduled

**Lincoln/Marcus 2487**

Progress Notes - 03/09/2021

p.37

**Tonia Graham:**                                                                                        May 22 2021

Chief Complaint: medication refill and dizzy spells.

Patient's Care Team
Allergist/Immunologist: KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226
NPI: 1154312858
Gynecologist: CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038
NPI: 1255405619
Notes: Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- may

Allergies
CORTICOSTEROIDS (GLUCOCORTICOIDS): Tachycardia
Medications: reviewed
aceताZOLAMIDE 125 mg tablet 1 tab bid
azelastine 137 mcg (0.1 %) nasal spray aerosol
clonazePAM 1 mg tablet
Take 1 tablet(s) twice a day by oral route as needed for 30 days.
desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr- needs early fill (vacation release)
Eliquis 5 mg tablet 1 tab bid
folic acid 1 mg tablet TAKE 1 TABLET BY MOUTH EVERY DAY
ipratropium bromide 21 mcg (0.03 %) nasal spray
Linzess 72 mcg capsule: TAKE 1 CAPSULE BY MOUTH EVERY DAY
midodrine 2.5 mg tablet 1 TABLET EVERY 12 HOURS FOR 2 DAYS 1 tab q 8hrs
montelukast 10 mg tablet 1 tab qd
ondansetron HCL 8 mg tablet 1 tab q 8 hrs prn
Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler
traZODone 100 mg tablet 1 tab q HS
Ventolin HFA 90 mcg/actuation aerosol inhaler 2 puffs q 4-6 hrs prn wheezing
ZyrTEC 10 mg tablet alternates with zyrtec D once every 3-4 days. 1 tab qd
Vaccines: moderna 2nd 5/16, 1st 4/18
Problems: Reviewed
cervical spine without prolapsed disc - Onset: 03/09/2021
Asthma - Onset: 10/26/2020
Mast cell activation syndrome - Onset: 10/26/2020
Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
PE and DVT- 4/12/2019
Iron deficiency anemia - Onset: 10/26/2020
Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
Ehlers-Danlos syndrome - Onset: 10/26/2020
CFS- 2/6/2019
CO2 - breathing dysregulation- 7/10/2019
Adjustment disorder with depressed mood - Onset: 10/26/2020
Central Sensitization-
Fibromyalgia- 2/6/2020
PTSD- childhood upbringing. 1/30/20
Family History reviewed
Father- Heart disease- alive current age 87
Mother- unknown
Sister- ( twin to pt) Connective tissue nevus of skin,

**Lincoln/Marcus 2488**

Progress Notes - 03/09/2021

Social History
Discussed Social History
Internal Medicine
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker– has not restarted.
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020
Surgical History
Reviewed Surgical History
Excision of cyst of ovary - Left- age 21
Hysterectomy - 01/01/2005 - total abd and BSO
Heart Ablation 2018, 2019
Denervation of lumbar spine 2019
GYN History- total hysterectomy 2005
OB - P1, G1, AB 0 Son 21 years- in college
Past Medical History: Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.
HPI
established pt here with boyfriend,
she has been able to tolerate taking midodrine 2 times per day.
remains chronically nauseated. has tried protonix gained weight 50 pounds
initially she was 114 #, gained 157 #, was vomiting on protonix and nauseated.
has had 2 colonoscopy and endoscopies. she does not feel nauseated in her stomach- feels like she is gagging all the time.
went- Dr. Reibach - thinks this is her vagus nerve issue. he sent referral to neurology Dr. Syal AZ neurology associates
still having nausea with looking down and up with neck causes severe nausea- has feeling of adhesion on right side of neck.
has persistent tinnitus R>L. describes as everything underwater, feels swishing sounds along with feeling pain.
unable to tolerate vit d capsules

**Lincoln/Marcus 2489**

Progress Notes - 01/22/2021

BLACK CANYON MEDICAL LLC • 26409 N LAKE PLEASANT RD suite 101, PEORIA AZ 85383-7654

## MARCUS, LESLIE (id #1100, dob:

### Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 01/22/2021 08:30AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |
| | Insurance # : CDC851936353 | | |
| | Policy/Group # : 26078 | | |
| | Prescription: OPTUM_IRX - Member is eligible. | | |

### Chief Complaint

Weight loss

labs

### Patient's Care Team

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381. Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in 01/22/2021 08:32 am | **Pulse:** 82 bpm 01/22/2021 08:35 am | **RR:** 16 01/22/2021 08:35 am |
| **T:** 97.7 F° 01/22/2021 08:35 am | **Wt:** 111.6 lbs 01/22/2021 08:35 am | **BMI:** 18.6 01/22/2021 08:35 am |
| **BP:** 94/60 01/22/2021 08:35 am | **O2Sat:** 95% 01/22/2021 08:35 am | |

### Allergies

Reviewed Allergies

**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 12/28/20 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clonazePAM 1 mg tablet** <br> Take 1 tablet(s) twice a day by oral route as needed for 30 days. | 01/12/21 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 01/11/21 | filled |
| **Eliquis 5 mg tablet** <br> 1 tab bid | 12/26/20 | filled |
| **folic acid 1 mg tablet** <br> TAKE 1 TABLET BY MOUTH EVERY DAY | 01/12/21 | filled |
| **ipratropium bromide 0.03 % nasal spray** | 10/28/19 | filled |

**Lincoln/Marcus 2490**

Progress Notes - 01/22/2021

p.26

BLACK DIAMOND MEDICAL LLC - 20449 N LAKE PLEASANT RD unce 101, PEORIA AZ 85382-3554

## MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **montelukast 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AT BEDTIME OR DINNER | 12/24/20 | filled |
| **ondansetron HCL 8 mg tablet**<br>Take 1 tablet(s) every 8 hours by oral route as needed for 30 days. | 01/12/21 | prescribed |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | 01/12/21 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED FOR SHORTNESS<br>OF BREATH AND RELIEF OF ASTHMA SYMPTOMS | 01/10/21 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Discussed Family History
Father                     - Heart disease
Sister                     - Connective tissue nevus of skin
                           - Bipolar disorder

Social History

Discussed Social History
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N

**Lincoln/Marcus 2491**

BLACK DIAMOND MEDICAL LLC - 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-2534

## MARCUS, LESLIE (id #1100, dob:

**Patient**

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 12/23/2020 09:00AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |
| | Insurance # : CDC851936353 | | |
| | Policy/Group # : 26078 | | |
| | Prescription: OPTUM_IRX - Member is eligible. | | |

**Chief Complaint**

sinus symptoms

**Patient's Care Team**

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Gynecologist:** CYNDY CHURGIN: 201 W GUADALUPE RD STE 310, GILBERT, AZ 85233, Ph (480) 813-0944, Fax (480) 813-0038 NPI: 1255405619
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

**Patient's Pharmacies**

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

**Vitals**

None recorded.

**Allergies**

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

**Medications**

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 04/05/21 | filled |
| **albuterol sulfate HFA 90 mcg/actuation aerosol inhaler**<br>INHALE 1 TO 2 PUFFS BY MOUTH EVERY 4 TO 6 HOURS OR 20 MINUTES BEFORE EXERCISE AS NEEDED | 04/24/21 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clindamycin 2 % vaginal cream**<br>INSERT 1 APPLICATORFUL VAGINALLY EVERY NIGHT AT BEDTIME FOR 7 DAYS | 02/17/21 | filled |
| **clonazePAM 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED | 04/27/21 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 05/08/21 | filled |
| **Eliquis 5 mg tablet**<br>1 tab bid | 04/21/21 | filled |
| **folic acid 1 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 05/08/21 | filled |
| **ipratropium bromide 21 mcg (0.03 %) nasal spray** | 10/28/19 | filled |

**Lincoln/Marcus 2492**

Progress Notes – 12/23/2020

p.19

BLACK DIAMOND MEDICAL... 17 – 9044E N LAKE PLEASANT RD suite 100, PEORIA AZ 85382-ZE...

## MARCUS, LESLIE (id #1100, dob:

APPLY TO AFFECTED AREA TOPICALLY EVERY 6 HOURS AS NEEDED FOR FOR PAIN

| | | |
|---|---|---|
| **Linzess 72 mcg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | 04/29/21 | filled |
| **metroNIDAZOLE 500 mg tablet**<br>TAKE 1 TABLET BY MOUTH TWICE DAILY | 02/09/21 | filled |
| **midodrine 2.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS | 04/29/21 | filled |
| **montelukast 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME AND DINNER | 04/29/21 | filled |
| **ondansetron HCL 8 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED | 05/01/21 | filled |
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Qvar RediHaler 80 mcg/actuation HFA breath activated aerosol**<br>INHALE 2 PUFFS BY MOUTH TWICE DAILY. RINSE MOUTH AFTER USE | 04/26/21 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME | 04/09/21 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Intervertebral disc degeneration of cervical spine without prolapsed disc - Onset: 03/09/2021
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Discussed Family History
Father            - Heart disease
Sister            - Connective tissue nevus of skin
                  - Bipolar disorder

Social History

Discussed Social History
**Internal Medicine**
Able to Care for Self: Y

**Lincoln/Marcus 2493**

MARCUS, LESLIE (id #1100, dob:

**ENMT:** Ears: no lesions on external ear, EACs clear, TM mobility normal, and middle ear fluid. Nose: no lesions on external nose or septal deviation, **nasal discharge** and **discharge—rhinorrhea, sinus tenderness,** and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: **tender** and **pain with motion** and supple, FROM, trachea midline, and no masses; **pain with axial load worse to with turning to left > right..** Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment, tenderness, or bony abnormalities and normal movement of all extremities. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact; + **Rombergs.** Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan

**1. Irritable bowel syndrome characterized by constipation**

    Sample given

    pt will call if works for 90 day supply.

    K58.1: Irritable bowel syndrome with constipation
- Linzess 72 mcg capsule – Take 1 capsule(s) every day by oral route for 30 days.    Qty: 30 capsule(s)    Refills: 5
  Pharmacy: WALGREENS DRUG STORE #07582

**2. Chronic sinusitis**
    J32.9: Chronic sinusitis, unspecified
- ENT REFERRAL -    Schedule Within: provider's discretion    Note to Provider: evaluation and treatment for sinus infection. hx adverse reaction to steroids—
  Urgency: next available asap    Reason for Referral: evaluation and treatment for chronic sinusitis, second round of antibiotics.

  Start Date: 11/30/2020    End Date: 11/30/2021

  Prior CT, MRI or X-ray Studies?: Y
- cefdinir 300 mg capsule – Take 1 capsule(s) every 12 hours by oral route for 10 days.    Qty: 20 capsule(s)    Refills: 0
  Pharmacy: WALGREENS DRUG STORE #07582

**Discussion Notes**

    referral ENT follow up.

Return to Office
- Tonia L. Graham, FNP-BC for ESTABLISHED PATIENT 30 at Main Office on 12/23/2020 at 09:00 AM

Amendment Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC. 12/18/2020.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 12/14/2020 at 6:05pm
Amendment closed by Tonia L. Graham, FNP-BC on 12/18/2020 at 7:40am
Amendment closed by Tonia L. Graham, FNP-BC on 12/18/2020 at 1:07pm

**Lincoln/Marcus 2494**

Progress Notes - 11/02/2020

## MARCUS, LESLIE (id #1100, dob:

Last amended by Tonia L. Graham, FNP-BC on 12/14/2020 at 6:23pm

| Patient | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 11/02/2020 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |

Insurance # : CDC851936353
Policy/Group # : 26078
Prescription: OPTUM_IRX - Member is eligible.

### Chief Complaint

medication refill

### Patient's Care Team

Notes: Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in 11/02/2020 03:22 pm | **Pain Scale:** 0 11/02/2020 03:23 pm | **Pulse:** 56 bpm 11/02/2020 03:23 pm |
| **RR:** 12 11/02/2020 03:23 pm | **T:** 97.9 F° 11/02/2020 03:23 pm | **Wt:** 121 lbs 11/02/2020 03:23 pm |
| **BMI:** 20.1 11/02/2020 03:23 pm | **BP:** 110/71 11/02/2020 03:23 pm | **O2Sat:** 97% 11/02/2020 03:23 pm |

### Allergies

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| acetaZOLAMIDE 125 mg tablet | 11/07/20 | filled |
| azelastine 137 mcg (0.1 %) nasal spray aerosol | 11/12/19 | filled |
| clonazePAM 1 mg tablet<br>Internal Note: Dr. Frank Cibulka | 08/18/20 | filled |
| desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr | 11/12/20 | filled |
| Eliquis 5 mg tablet<br>1 tab bid | 10/28/20 | filled |
| ipratropium bromide 0.03 % nasal spray | 10/28/19 | filled |
| Linzess 72 mcg capsule<br>Take 1 capsule(s) every day by oral route for 30 days. | 11/03/20 | filled |
| montelukast 10 mg tablet | 10/28/20 | filled |

**Lincoln/Marcus 2495**

Progress Notes - 10/26/2020

MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| **Pazeo 0.7 % eye drops** | 09/09/20 | filled |
| **Stool Softener**<br>1 cap daily | 10/26/20 | entered |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 01/13/20 | filled |
| **traZODone 100 mg tablet** | 11/01/20 | filled |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler** | 11/11/20 | filled |
| **ZyrTEC 10 mg tablet**<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Family History not reviewed (last reviewed 10/26/2020)
Father          - Heart disease
Sister          - Connective tissue nevus of skin
                - Bipolar disorder

Social History

Social History not reviewed (last reviewed 10/26/2020)
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y

**Lincoln/Marcus 2496**

Progress Notes - 10/26/2020

MARCUS, LESLIE (id #1100, dob:

Surgical History

Surgical History not reviewed (last reviewed 10/26/2020)
    Hysterectomy – 01/01/2005

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

GYN History

GYN History not reviewed (last reviewed 10/26/2020)

Obstetric History

Obstetric History not reviewed (last reviewed 10/26/2020)

Past Medical History

Past Medical History not reviewed (last reviewed 10/26/2020)
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

HPI

established pt f/u here with husband c/o feeling fatigued from cleaning house.

she did notice when she was cleaning and needing to look up she would feel dizzy and nausea feeling like she would pass out. she realized has not been looking. has had multiple unexplained episodes of syncope.

additionally has nasal congestion and runny nose with sinus pressure for years. has been treated for sinus infection 2-3 months ago augmentin. was unable to complete antibiotic course since she was vomiting.

does not sleep on right side with her head turned since she feels like she is choking.

hx migraines- for several years. avoid certain activities that trigger her headache.

neck pain is progressively worse over the past several years. has numbness and tingling radiating down both arms , wakes up from numbness reposition herself to resolve symptom. has noticed weakness in grip over the past several months.

ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no ear pain or discharge and no drooling, congestion, hoarseness, difficulty hearing, sinus pressure, or facial swelling. Mouth/Throat: no sore throat or mouth ulcers.

**Cardiovascular:** Cardiovascular: no chest pain. Cardiovascular: normal heart rate.

**Respiratory:** Respiratory: no cough or wheezing. Respiratory: no chest tightness or pain with respiration and normal respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea** and **diarrhea.**

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and moves all extremities well.

**Integumentary:** Skin: no skin dryness, lesions, growths, or lumps and no rashes, pain, flaking, redness, swelling, breast lump, or insect bites.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Lincoln/Marcus 2497**

Progress Notes – 10/26/2020

**MARCUS, LESLIE (id #1100, dob:**

**Endocrine:** Endocrine: **fatigue**, normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

**Chest/Breasts:** Breasts: no tenderness or discharge.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TM mobility normal, and **middle ear fluid.** Nose: no lesions on external nose or septal deviation, **nasal discharge** and **discharge—rhinorrhea, sinus tenderness**, and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: **tender and pain with motion** and supple, FROM, trachea midline, and no masses; **pain with axial load worse to with turning to left > right.**. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: **abnormal; + Rombergs.** Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor; **grip weaker > left.**

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

**Back:** Thoracolumbar Appearance: normal curvature.

**Female full body (back):**

**Lincoln/Marcus 2498**

Progress Notes - 10/26/2020

BLACK ISLAND MEDICAL, LLC - 10949 N LAKE PLEASANT PO SITE 106, PEORIA AZ 85737-1524

## MARCUS, LESLIE (id #1100, dob:



Assessment / Plan

Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

**1. Irritable bowel syndrome characterized by constipation-**

Sample given

pt will call if works for 90 day supply.

K58.1: Irritable bowel syndrome with constipation

**Lincoln/Marcus 2499**

Progress Notes - 10/26/2020

MARCUS, LESLIE (id #1100, dob:

**2. Chronic sinusitis**
J32.9: Chronic sinusitis, unspecified
- CT SINUS WITHOUT CONTRAST
  Authorization #: A145781171 Contrast Route (if applicable): Radiologist
  Discretion

  | | |
  |---|---|
  | Height (ft.): 5 ft 5 in | Over 55, or history of Kidney Disease?: N |
  | Possibility of Pregnancy?: N | Prior Authorization #: A145781171 |
  | Rule Out: sinusitis | Weight (lbs): 121 |

**3. Chronic neck pain**
M54.2: Cervicalgia
- XR, CERVICAL SPINE, 2 OR 3 VIEW

**4. Postural orthostatic tachycardia syndrome**
I95.1: Orthostatic hypotension
- MEDICAL RECORD REQUEST -   To be performed on or around 11/19/2020   Note to Provider: please send records for continuity of care, establishing with new pcp. thank you

**Discussion Notes**

need labs from mayo clinic.

MRI-

Return to Office
None recorded.

Amendment Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 12/14/2020.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 11/20/2020 at 12:35pm
Amendment closed by Tonia L. Graham, FNP-BC on 12/14/2020 at 6:23pm

**Lincoln/Marcus 2500**

Progress Notes - 10/26/2020

BLACK DIAMOND MEDICAL LLC • 20049 N LAKE PLEASANT RD, suite 101, PEORIA, AZ 85382-6515

## MARCUS, LESLIE (id #1100, dob:

Last amended by Tonia L. Graham, FNP-BC on 12/18/2020 at 1:07pm

| Patient | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 11/30/2020 11:30AM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |

Insurance # : CDC851936353
Policy/Group # : 26078
Prescription: OPTUM_IRX - Member is eligible. details

### Chief Complaint

skin problem/rash

poss blood clot

### Patient's Care Team

**Allergist/Immunologist:** KEVIN M BOESEL MD: 13965 N 75TH AVE, PEORIA, AZ 85381, Ph (602) 843-2991, Fax (602) 978-1226 NPI: 1154312858
**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX):** 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in 11/30/2020 11:36 am | **Pain Scale:** 5 11/30/2020 11:36 am | **Pulse:** 74 bpm 11/30/2020 11:38 am |
| **RR:** 16 11/30/2020 11:38 am | **T:** 97.9 F° 11/30/2020 11:38 am | **Wt:** 116.6 lbs 11/30/2020 11:38 am |
| **BMI:** 19.4 11/30/2020 11:39 am | **BP:** 95/61 11/30/2020 11:38 am | **O2Sat:** 94% 11/30/2020 11:38 am |

### Allergies

Reviewed Allergies

**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** | 11/07/20 | filled |
| **amoxicillin 875 mg-potassium clavulanate 125 mg tablet** | 12/09/20 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **azithromycin 500 mg tablet** <br> Take 1 tablet(s) every day by oral route for 7 days. | 11/20/20 | filled |
| **cefdinir 300 mg capsule** <br> TK 1 C PO Q 12 H FOR 10 DAYS | 11/30/20 | filled |
| **clonazePAM 1 mg tablet** | 11/16/20 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** | 11/12/20 | filled |

**Lincoln/Marcus 2501**

Progress Notes - 10/26/2020

**MARCUS, LESLIE (id #1100, dob:**

| | | |
|---|---|---|
| ipratropium bromide 0.03 % nasal spray | 10/28/19 | filled |
| Linzess 72 mcg capsule<br>TK 1 C PO QD | 11/30/20 | filled |
| montelukast 10 mg tablet<br>TK 1 T PO D HS OR DINNER | 11/25/20 | filled |
| ondansetron HCL 8 mg tablet<br>TK 1 T PO Q 8 H PRN NV | 12/08/20 | filled |
| Pazeo 0.7 % eye drops | 09/09/20 | filled |
| Stool Softener<br>1 cap daily | 10/26/20 | entered |
| Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 01/13/20 | filled |
| traZODone 100 mg tablet | 11/01/20 | filled |
| Ventolin HFA 90 mcg/actuation aerosol inhaler | 11/24/20 | filled |
| ZyrTEC 10 mg tablet<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Family History not reviewed (last reviewed 10/26/2020)
Father           - Heart disease
Sister           - Connective tissue nevus of skin
                 - Bipolar disorder

Social History

Social History not reviewed (last reviewed 10/26/2020)
**Internal Medicine**
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana

**Lincoln/Marcus 2502**

Progress Notes – 10/26/2020

p.15

MARCUS, LESLIE (id #1100, dob:

Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)

Surgical History

Surgical History not reviewed (last reviewed 10/26/2020)
   Hysterectomy – 01/01/2005

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

GYN History

GYN History not reviewed (last reviewed 10/26/2020)

Obstetric History

Obstetric History not reviewed (last reviewed 10/26/2020)

Past Medical History

Past Medical History not reviewed (last reviewed 10/26/2020)
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

Documents for Discussion

Discussed the following documents:
• CT, SINUSES, W/O CONTRAST – 11/11/20
• HISTORIC MEDICAL RECORDS - 11/14/20
• Patient Portal - Health History Form - Adult Female - 11/02/20

HPI

here with friend Tegan f/u sinus infection.

having lightheadedness and tearing from eye. feeling still underwater.

has been taking Linzess take every other day. when she takes daily this causes explosive diarrhea.

she does see allergist-

additionally she continues to feel sensation in throat lump when she turns her neck. she is unable to lay on right side without having numbness in arm and hand. mva 2017 stopped and car was rear-ended pushing her vehicle into the car in front of her, she was restrained, no LOC. went to local ER. had injections in 2018 with steroids for persisting back pain- lumbar region.

review of previous medical records. had EMG upper in 1/2020 for paresthesia. was neg for large fiber peripheral neuropathy.

had hx a-trial fib with ablation 6/2019. along with blood clots- PE with eliquis treatment. had failed tilt-table test

mammogram-12/2019 neg

endoscopy-11/22/19- hiatal hernia 3 cm

**Lincoln/Marcus 2503**

Progress Notes – 10/26/2020

## MARCUS, LESLIE (id #1100, dob:

had + cocci11/13/19 Igm EIA, Ab/IgM/ IgG were negative

hx: iron def anemia- ideology- not identified. had endoscopy- was on protonix for esphogitis, and colonoscopy with hyperplastic polyp removed.

TAHBSO- 2009 approx. slight elevated CA125 52 was on HRT until DVTs and PE HRT was discontinued.

insomnia- tried ambein and lunesta, clonazepam 1.5 mg. remeron 30 mg qHS,

use CBD daily

TTE- 5/5/2019 no wall abnormalities, mild tricuspid valve regurgitation. est R vent sys 25 mmHg completed at Mayo.

upper and lower doppler- 5/4/2019 neg for DVTs

### ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no drooling, hoarseness, difficulty hearing, ear discharge, or facial swelling andcongestion, ear pain, and sinus pressure. Mouth/Throat: no sore throat or mouth ulcers.

**Cardiovascular:** Cardiovascular: no chest pain. Cardiovascular: normal heart rate.

**Respiratory:** Respiratory: no cough or wheezing. Respiratory: no chest tightness or pain with respiration and normal respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea** and **diarrhea.**

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries andneck pain **(remote hx trauma post car accident.)** and moves all extremities well.

**Integumentary:** Skin: no skin dryness, lesions, growths, or lumps and no rashes, pain, flaking, redness, swelling, breast lump, or insect bites.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Psychiatric:** Psych: no depression, stress, or loss of interest andanxiety and **insomnia.**

**Endocrine:** Endocrine: **fatigue,** normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

**Chest/Breasts:** Breasts: no tenderness or discharge.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Lincoln/Marcus 2504**

Progress Notes - 10/26/2020

BEACH MEMORIC MEDICAL LLC • 18449 N LAKE PLEASANT RD suite 160, PEORIA AZ 85382-2814

## MARCUS, LESLIE (id #1100, dob:

Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020

## Surgical History

Surgical History not reviewed (last reviewed 10/26/2020)
   Excision of cyst of ovary - Left- age 21
   Hysterectomy - 01/01/2005 - total abd and BSO

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

## GYN History

GYN History not reviewed (last reviewed 10/26/2020)

## Obstetric History

Reviewed Obstetric History

## Past Medical History

Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

## Documents for Discussion

**Discussed the following documents:**
- XR, CERVICAL SPINE, 2 OR 3 VIEW - 11/30/20
- Patient Portal - Health History Form - Adult Female - 12/23/20

## HPI

pt here with SO,

continues to have sinus pressure. has been present for several days. feeling worse.

additionally, having issue with IBS mostly constipation. has to take stool softener and laxative to have BM, often feels abd bloating.

## ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no drooling, hoarseness, difficulty hearing, ear discharge, or facial swelling and congestion, ear pain, and sinus pressure. Mouth/Throat: no sore throat or mouth ulcers.

**Lincoln/Marcus 2505**

Progress Notes – 10/26/2020

KACK GIAVEAL MEDICAL LLC – 30449 N LAKE PLEASNT RD STE 100, PEVRIA AU 80512 845

## MARCUS, LESLIE (id #1100, dob:

respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea and diarrhea.**

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and**neck pain** (remote hx trauma post car accident.) and moves all extremities well.

**Integumentary:** Skin: no skin dryness, lesions, growths, or lumps and no rashes, pain, flaking, redness, swelling, breast lump, or insect bites.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Psychiatric:** Psych: no depression, stress, or loss of interest and**anxiety and insomnia.**

**Endocrine:** Endocrine: **fatigue,** normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

**Chest/Breasts:** Breasts: no tenderness or discharge.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TM mobility normal, and**middle ear fluid.** Nose: no lesions on external nose or septal deviation, **nasal discharge** and **discharge--rhinorrhea, sinus tenderness,** and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: **tender** and **pain with motion** and supple, FROM, trachea midline, and no masses;**pain with axial load worse to with turning to left > right..** Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: soft, non-distended, no CVA tenderness, and**suprapubic tenderness.** Liver: non-tender. Spleen: non-tender. Hernia: none palpable.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment or bony abnormalities and normal movement of all extremities and **tenderness.** Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves:**abnormal; + Rombergs.** Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor; **grip weaker >**
left

**Lincoln/Marcus 2506**

Progress Notes - 10/26/2020

BLACK DIAMOND MEDICAL LLC • 20449 N LAKE PLEASANT RD suite 301  PEORIA AZ 85382-2651

## MARCUS, LESLIE (id #1100, dob:

**Back:** Thoracolumbar Appearance: normal curvature.

**Female full body (back):**



Assessment / Plan

**1. Chronic sinusitis**
  J32.9: Chronic sinusitis, unspecified
  • moxifloxacin 400 mg tablet - Take 1 tablet(s) every day by oral route for 14 days.    Qty: 14 tablet(s)    Refills: 0
    Pharmacy: WALGREENS DRUG STORE #07582

**2. Unintentional weight loss** -

**Lincoln/Marcus 2507**

Progress Notes – 10/26/2020

~~DIAMOND MEDICAL LLC~~

## MARCUS, LESLIE (id #1100, dob:

- CBC W/ AUTO DIFF
- TSH + FREE T4, SERUM
- ESR (ERYTHROCYTE SEDIMENTATION RATE), BLOOD
- URINALYSIS, DIPSTICK

### 3. Iron deficiency anemia
D50.9: Iron deficiency anemia, unspecified
- IRON + TIBC + FERRITIN, SERUM
- VENOUS BLOOD DRAW

### 4. Mast cell activation syndrome
D89.40: Mast cell activation, unspecified

### 5. Asthma
J45.909: Unspecified asthma, uncomplicated
- MAGNESIUM, SERUM OR PLASMA

### 6. Irritable bowel syndrome characterized by constipation-

Sample given Linzess- 72 mg qd

pt will call if works for 90 day supply.

K58.1: Irritable bowel syndrome with constipation
- VITAMIN B12 + FOLATE, SERUM OR BLOOD

### 7. Endocrine/metabolic screening
Z13.228: Encounter for screening for other metabolic disorders
- HBA1C (HEMOGLOBIN A1C), BLOOD
- T3, FREE, SERUM OR PLASMA
- VITAMIN D, 25-HYDROXY, TOTAL, SERUM
- THYROID PEROXIDASE (TPO) AB, SERUM
- LIPID PANEL W/ DIRECT LDL, SERUM

### 8. Leukocytes in urine
R82.79: Other abnormal findings on microbiological examination of urine
- CULTURE, URINE + SENSITIVITY

### 9. Adjustment disorder with depressed mood
F43.21: Adjustment disorder with depressed mood
- clonazepam 1 mg tablet - To be submitted on or around 01/12/2021    Take 1 tablet(s) twice a day by oral route as needed for 30 days.    Qty: 60 tablet(s)    Refills: 1    Pharmacy: WALGREENS DRUG STORE #07582
- trazodone 100 mg tablet - To be submitted on or around 01/12/2021    Take 1 tablet(s) every day by oral route at bedtime for 30 days.    Qty: 30 tablet(s)    Refills: 1    Pharmacy: WALGREENS DRUG STORE #07582

### 10. Postural orthostatic tachycardia syndrome
I95.1: Orthostatic hypotension
- ondansetron HCl 8 mg tablet - To be submitted on or around 01/12/2021    Take 1 tablet(s) every 8 hours by oral route as needed for 30 days.    Qty: 30 tablet(s)    Refills: 2    Pharmacy: WALGREENS DRUG STORE #07582

VENOUS BLOOD DRAW
- Results:
  - Needle Gage: 23 g
  - Location: left ac
  - Result Note: 7 tigers, 3 lavs, left ac, pt tolerated well, SQ TG

URINALYSIS, DIPSTICK
- Results:
  - LEUKOCYTES: +cells/u l
  - NITRITE: NEG
  - UROBILINOGEN: NORMu mol/l
  - PROTEIN: NEGg/l
  - PH: 5
  - BLOOD: NEG
  - SPECIFIC GRAVITY: 1.020
  - KETONE: NEGmmol/l
  - BILIRUBIN: NEG
  - GLUCOSE: NEGmmol/l
  - LOT NUMBER: 2019100801
  - ~~EXPIRATION DATE: 10/07/2021~~

**Lincoln/Marcus 2508**

Progress Notes - 10/26/2020

p.24

BLACK DIAMOND MEDICAL LLC - 20449 N LAKE PLEASANT RD suite 101, PEORIA AZ 85382-3654

**MARCUS, LESLIE (id #1100, dob:**

- PERFORMED BY: GC

**Patient Instructions**

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 05/25/2021

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 05/25/2021 at 5:14pm

**Lincoln/Marcus 2509**

Progress Notes – 10/26/2020

BLACK DIAMOND MEDICAL LLC – 20449 N LAKE PLEASANT RD suite 1C1, PEORIA AT 85364-2145

## MARCUS, LESLIE (id #1100, dob:

Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y
Can child swim?: Y
Is the patient ambulatory?: Yes: walks without restrictions
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)
Most Recent Tobacco Use Screening: 12/23/2020

Surgical History

Reviewed Surgical History
    Excision of cyst of ovary - Left- age 21
    Hysterectomy - 01/01/2005 – total abd and BSO

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

GYN History

GYN History not reviewed (last reviewed 10/26/2020)

Obstetric History

Reviewed Obstetric History

Past Medical History

Discussed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

Documents for Discussion

**Discussed the following documents:**
- VENOUS BLOOD DRAW - 01/22/21
        Results:
        - Needle Gage: 23 g
        - Location: right ac
        Result Note: 1 tiger, right ac, pt tolerated well, SQ TG
- MRI, CERVICAL SPINE, W/O CONTRAST - 12/26/20
- URINALYSIS, DIPSTICK - 12/24/20
        Results:
        - LEUKOCYTES: +
        - NITRITE: NEG
        - UROBILINOGEN: NORM
        - PROTEIN: NEG
        - PH: 5
        - BLOOD: NEG
        - SPECIFIC GRAVITY: 1.020
        - KETONE: NEG
        - BILIRUBIN: NEG
        - GLUCOSE: NEG
        - LOT NUMBER: 2019100801
        - EXPIRATION DATE: 10/07/2021
        - PERFORMED BY: GC
- IRON + TIBC + FERRITIN, SERUM - 12/23/20

- TSH + FREE T4, SERUM - 12/23/20

- CBC W/ AUTO DIFF - 12/23/20

- URINALYSIS, DIPSTICK - 12/23/20

- VENOUS BLOOD DRAW - 12/23/20
        Results:
        - Needle Gage: 23 g
        - Location: left ac

**Lincoln/Marcus 2510**

Progress Notes - 10/26/2020

## MARCUS, LESLIE (id #1100, dob:

### HPI

established pt here with boyfriend c/o feels she might have experienced a TIA on monday- was standing talking with her son. felt her left side in her leg tingling in leg then went to left hip felt pain then pain traveled to head feeling like bolt of lightening. she was having issue with finding words, had weak grip, no drooping in face, symptoms resolved in about 30 minutes, with weakness and headache lasting for 24 hours.

CA125- 11/13/19 52. 52- 53 1/20/20 she is concerned with elevation

vit B 781 8/20

GFR- 90 in June 2019 76, 74, 57 july 2020. she is pending renal ultrasound - scheduled today.

has been having low blood pressures 69/46, after getting out of shower. 83/61, has not been on midodrine in past. did have positive tilt table.

female issue- intercourse has been painful. was bleeding after. pink with wiping. very tender- inside clitoris is hard white bump.

### ROS

**Constitutional:** Constitutional: no fever.

**Eyes:** Eyes: no vision change. Eyes: no eye pain, redness, itchiness, swelling, or discharge and normal movement.

**ENMT:** Ears: no ear pain or discharge and no sinus pressure. Nose: no frequent nosebleeds, nose problems, or sinus problems. Mouth/Throat: no sinusitis, sore throat, or ringing in the ears.

**Cardiovascular:** Cardiovascular: no chest pain. Cardiovascular: normal heart rate.

**Respiratory:** Respiratory: no cough or wheezing. Respiratory: no chest tightness or pain with respiration and normal respiration.

**Gastrointestinal:** Gastrointestinal: no vomiting or abdominal pain and normal appetite. GI: no constipation, difficulty swallowing, blood in stools, or mucous in stool and **nausea and diarrhea.**

**Genitourinary:** Genitourinary: no hematuria or increased frequency. GU: no discharge, pain with urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and **neck pain (remote hx trauma post car accident.)** and moves all extremities well.

**Integumentary:** Skin: no rashes, swelling, or skin lumps.

**Neurologic:** Neurologic: no weakness, numbness, dizziness, headaches, or loss of consciousness. Neuro: no tingling, burning, or shooting pain.

**Psychiatric:** Psych: no depression, stress, or loss of interest and **anxiety** and **insomnia**

**Endocrine:** Endocrine: **fatigue,** normal drinking, and no temperature intolerance.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising.

**Allergic/Immunologic:** Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

**Constitutional:** Constitutional: happy/content, no significant weight change, and normal activity level.

### Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-developed, and **too thin.** Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place,

**Lincoln/Marcus 2511**

**MARCUS, LESLIE (id #1100, dob:**

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Oropharynx: moist mucous membranes.

**Neck:** Neck: supple.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR.

**Musculoskeletal::** Motor Strength and Tone: normal motor strength. Joints, Bones, and Muscles: no malalignment or bony abnormalities and normal movement of all extremities and **tenderness**. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait. Sensation: grossly intact.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan

1. **Increased cancer antigen 125**
   R97.1: Elevated cancer antigen 125 [CA 125]
   - CA 125, SERUM

2. **Decreased renal function**
   R94.4: Abnormal results of kidney function studies
   - CMP, SERUM OR PLASMA
   - VENOUS BLOOD DRAW

VENOUS BLOOD DRAW
- Results:
  - **Location: right ac**
  - **Needle Gage: 23 g**
    - Result Note: 1 tiger, right ac, pt tolerated well, SQ TG

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 01/22/2021.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 01/22/2021 at 9:11am

**Lincoln/Marcus 2512**

**Progress Notes**

p.2

BLACK DIAMOND MEDICAL, LLC · 20100 N 51ST PLEASANT RD suite 104, PEORIA AZ 85382

## MARCUS, LESLIE (id #1100, dob:

### Patient

| | | | |
|---|---|---|---|
| **Name** | MARCUS, LESLIE (49yo, F) ID# 1100 | **Appt. Date/Time** | 10/26/2020 03:00PM |
| **DOB** | | **Service Dept.** | Main Office |
| **Provider** | TONIA L. GRAHAM, FNP-BC | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) | | |
| | Insurance # : CDC851936353 | | |
| | Policy/Group # : 26078 | | |
| | Prescription: OPTUM_IRX - Member is eligible. | | |

### Chief Complaint

fatigue, Establish care

### Patient's Care Team

**Notes:** Hematology- Dr. David Cho- scottsdale
psych- Dr. Karie Martin- mayo

### Patient's Pharmacies

**WALGREENS DRUG STORE #07582 (ERX): 13014 W CAMELBACK RD, LITCHFIELD PARK, AZ 85340, Ph (623) 935-0528, Fax (623) 935-0549**

### Vitals

10/26/2020 04:06 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 5 in | **Pulse:** 73 bpm | **RR:** 16 |
| **T:** 97.7 F° | **Wt:** 121.2 lbs | **BMI:** 20.2 |
| **BP:** 101/65 | **O2Sat:** 97% | |

### Allergies

Reviewed Allergies
**CORTICOSTEROIDS (GLUCOCORTICOIDS):** Tachycardia

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **acetaZOLAMIDE 125 mg tablet** <br> **Internal Note:** psych | 09/15/20 | filled |
| **azelastine 137 mcg (0.1 %) nasal spray aerosol** | 11/12/19 | filled |
| **clonazePAM 1 mg tablet** <br> **Internal Note:** Dr. Frank Cibulka | 08/18/20 | filled |
| **desvenlafaxine succinate ER 50 mg tablet,extended release 24 hr** <br> **Internal Note:** psych | 10/15/20 | filled |
| **Eliquis 5 mg tablet** <br> 1 tab bid | 10/28/20 | filled |
| **ipratropium bromide 0.03 % nasal spray** | 10/28/19 | filled |
| **Linzess 145 mcg capsule** <br> Take 1 capsule(s) every day by oral route. | 11/02/20 | dispensed |
| **Linzess 290 mcg capsule** <br> Take 1 capsule(s) every day by oral route. | 11/02/20 | dispensed |

**Lincoln/Marcus 2513**

Progress Notes

p.3

MARCUS, LESLIE (id #1100, dob:

| | | |
|---|---|---|
| ondansetron HCL 8 mg tablet | 10/11/20 | filled |
| Pazeo 0.7 % eye drops | 09/09/20 | filled |
| Stool Softener<br>1 cap daily | 10/26/20 | entered |
| Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler | 01/13/20 | filled |
| traZODone 100 mg tablet | 11/01/20 | filled |
| Ventolin HFA 90 mcg/actuation aerosol inhaler | 10/29/20 | filled |
| ZyrTEC 10 mg tablet<br>Take 1 tablet(s) every day by oral route. | 10/26/20 | entered |

Vaccines

None recorded.

Problems

Reviewed Problems
- Asthma - Onset: 10/26/2020
- Mast cell activation syndrome - Onset: 10/26/2020
- Irritable bowel syndrome characterized by constipation - Onset: 10/26/2020
- History of atrial fibrillation - Onset: 10/26/2020 - had 2 ablation treatments for tachycardia.
- Iron deficiency anemia - Onset: 10/26/2020
- Postural orthostatic tachycardia syndrome - Onset: 10/26/2020
- Ehlers-Danlos syndrome - Onset: 10/26/2020
- Adjustment disorder with depressed mood - Onset: 10/26/2020

Family History

Reviewed Family History

| | |
|---|---|
| Father | – Heart disease |
| Sister | – Connective tissue nevus of skin |
| | – Bipolar disorder |

Social History

Reviewed Social History
Able to Care for Self: Y
Live alone or with others?: with others
Are you currently employed?: N
Education: 2 Year College
General stress level: High
Number of children: 1
Guns present in home: Y
Alcohol intake: None
Caffeine intake: None
Illicit drugs: marijuana
Diet: Regular (Notes: only eats at dinner time)
Exercise level: None
Hard of hearing or deaf in one or both ears?: N
Legally blind in one or both eyes?: N
Smoke alarm in home: Y
Tobacco Smoking Status: Former smoker
Smoker (1 PPW)
Has smoked since age: 20
Passive smoke exposure?: Y
Chewing tobacco: none
Tobacco-years of use: 15
Seat belts used routinely: Y
Sunscreen used routinely: N
swimming/diving: Y

**Lincoln/Marcus 2514**

**Progress Notes**

p.4

BLACK DIAMOND MEDICAL, LLC • 2044 IF WE ARE PLEASE NOT IF WE ARE NOT MEDICAL AT A3172 GROW

## MARCUS, LESLIE (id #1100, dob:

E-cigarette/Vape Status: Current user of electronic cigarettes (Notes: Marijuana pen)

Surgical History

Reviewed Surgical History
  Hysterectomy - 01/01/2005

Heart Ablasion 2018, 2019
Denervation of lumbar spine 2019

GYN History

Reviewed GYN History

Obstetric History

Reviewed Obstetric History

Past Medical History

Reviewed Past Medical History
Notes: chronic fatigue - has been search for answer since 2016 dx in 2019.

HPI

new pt to establish care here with significant other Clay, c/o hx chronic fatigue. she was having back injections after she had car accident 12/2017- had 2 rounds of injections with PRP on 3 round of injection summer 2018 she had severe reaction to injection - tachycardia and she was hospitalized with in 5 days of injection. went to honor health ER.

she had acupuncture in sept 28th had severe fatigue reaction. feels she has not recovered from this fatigue. she went back to her Mayo specialist (integrative) had fever low grade with runny nose. was spit tested for covid was negative. feels weak and malnourished. she does not feel she can get back to her baseline.

fluoxetine- depression affected her sex drive made depression worse.

venlafaxine- didn't work to help depression

trazadone- stopped night terrors from occuring.

she weaned herself off pantoprazole- remains severely nauseated daily. take zofran 8 mg tid. hx bleeding ulcers first endo, second endoscopy- "red marks". negative H.pylori

colonoscopy- neg had few polyps non -cancerous.

car accident while sitting on 101 freeway- was seen by Dr. Fineman - with Mayo- felt she had stroke- was having low blood pressure.

she gets dizzy all the time. does not drive because of the dizziness. had hx low iron was placed on IV infusion last Halloween.

smell of food nauseates her.

she stopped PPI and beta blocker since she was feeling overly nauseated. get sick with any carbohydrate.

she does to have routine bowel movement does not have bowel movement without dulcolax.

ROS

**Constitutional:** Constitutional: no fever or significant weight change and happy/content, good appette. normal activity level, and **fatigue**.

**Eyes:** Eyes: no eye pain, redness, itchiness, swelling, or discharge; no blurry vision; and normal movement.

**Lincoln/Marcus 2515**

Progress Notes

MARCUS, LESLIE (id #1100, dob:

**Cardiovascular:** Cardiovascular: no chest pain and normal heart rate.

**Chest/Breasts:** Breasts: no lumps, tenderness, or discharge.

**Respiratory:** Respiratory: no cough, wheezing, chest tightness, or pain with respiration and normal respiration.

**Gastrointestinal:** GI: no vomiting, constipation, difficulty swallowing, abdominal pain, blood in stools, or mucous in stool and nausea and diarrhea.

**Genitourinary:** GU: no discharge, blood in urine, pain with urination, increase in frequency of urination, voiding urgency, or vaginal discharge.

**Musculoskeletal:** Musculoskeletal: no myalgia, trauma, soft tissue swelling, joint swelling, or previous injuries and moves all extremities well.

**Skin:** Skin: no skin dryness, lesions, growths, or lumps and no pain, itchiness, flaking, redness, rash, hives, swelling, bruising, or insect bites.

**Neurological symptoms:** Neuro: no numbness, weakness, tingling, burning, headache, dizziness, shooting pain, or loss of consciousness.

**Psychiatric:** Psych: no depression, stress, or loss of interest andanxiety and insomnia.

**Endocrine:** Endocrine: normal drinking and no temperature intolerance.

**Allergic/Immunologic:** Allergy/Immunologic: no sneezing or runny nose.

Physical Exam

Patient is a 49-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOM: EOMI. Lens: clear. Sclerae: non-icteric.

**ENMT:** Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD or supraclavicular LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Percussion: no dullness, flatness, or hyperresonance. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended. Liver: non-tender and no hepatomegaly. Spleen: non-tender and no splenomegaly. Hernia: none palpable.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: no contractures, malalignment, tenderness, or bony abnormalities and normal movement of all extremities. Extremities: no cyanosis, edema, or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout. Coordination and Cerebellum: finger-to-nose intact and no tremor.

Skin: Inspection and palpation: no rash or jaundice and good turgor. Nails: normal.

**Lincoln/Marcus 2516**

**Progress Notes**

p.6

~~~ MARCUS, LESLIE (id #1100, dob:

Assessment / Plan

was on HRT

1. **Chronic idiopathic constipation**
   K59.04: Chronic idiopathic constipation
   - Linzess 145 mcg capsule – Take 1 capsule(s) every day by oral route.     Dispense Quantity: 4 capsule(s)     Dispensed
   - Linzess 290 mcg capsule – Take 1 capsule(s) every day by oral route.     Dispense Quantity: 8 capsule(s)     Dispensed

2. **Nausea**
   R11.0: Nausea
   - MEDICAL RECORD REQUEST -     Note to Provider: pt seen by various providers through clinic and hospital. please send records pt establishing with our practice as PCP. thank you

3. **Posttraumatic stress disorder -**

   from childhood- causing night terrors- controlled trazadone,

   F43.10: Post-traumatic stress disorder, unspecified

**Discussion Notes**

Return to Office
None recorded.

Encounter Sign-Off
Encounter signed-off by Tonia L. Graham, FNP-BC, 11/02/2020.

Encounter performed and documented by Tonia L. Graham, FNP-BC
Encounter reviewed & signed by Tonia L. Graham, FNP-BC on 11/02/2020 at 2:22pm

**Lincoln/Marcus 2517**

p.39

Eyes: no irritation, dry eyes, or vision change.
ENMT: Ears: no difficulty hearing. Nose: no frequent nosebleeds or nose problems and sinus problems. Mouth/Throat: no snoring, sore throat, bleeding gums, dry mouth, mouth ulcers, oral abnormalities, or teeth problems and ringing in the ears.
Cardiovascular: no shortness of breath when walking or breath when lying down and no chest pain, arm pain on exertion, known heart murmur, or ankle swelling.
Respiratory: no cough, wheezing, shortness of breath, coughing up blood, or sleep apnea.
Gastrointestinal: no vomiting or abdominal pain and normal appetite.
Genitourinary: no hematuria or increased frequency.
Musculoskeletal: neck pain (remote hx trauma post car accident.).
Skin: no rashes, psoriasis, non-healing areas, or changes in hair/nails.
Neurologic: no weakness, numbness, seizures, +headaches- chronic, or loss of consciousness and +dizziness. ( migraines have been resolved for years).
Psych: + depression and anxiety.-
Endocrine: fatigue.
Hematologic/Lymphatic no bruising.
Allergy/Immunologic: no itching, hives, runny nose, or frequent sneezing.

Physical Exam
Patient is a 49-year-old female.
Psychiatric: Insight: good judgement. Mental Status: active and alert and anxious. Orientation: to time, place, and person. Memory: recent memory normal and remote memory abnormal.
Head: normocephalic and atraumatic.
Eyes: Lids and Conjunctivae: no discharge or pallor and non-injected. Pupils: PERRLA. Corneas: grossly intact. EOMI. Lens: clear. Sclerae: non-icteric.
ENMT: Ears: no lesions on external ear, EACs clear, TMs clear, and TM mobility normal. Hearing: no hearing loss. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent and nasal passages clear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.
Neck: supple, FROM, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender. pt felt severe nausea with feeling of thyroid.
Lungs: no dyspnea, no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.
Cardiovascular: Apical Impulse: not displaced. normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits.
Abdomen: no tenderness, guarding, masses, rebound tenderness, or CVA tenderness and soft and non-distended.
Musculoskeletal: normal motor strength. normal movement of all extremities and no tenderness. Extremities: no cyanosis, edema, or varicosities.
Neurologic: Sensation: abnormal; decrease sensation
Skin: no rash or jaundice and good turgor. Nails: normal.

Assessment / Plan
Patient presented for medication refill. Patient tolerating medication well at current dose without adverse effects. Refilled as below. Discussed plan with patient, who expressed understanding. Follow up as noted below.

1. Blood coagulation disorder
D68.9: Coagulation defect, unspecified
continue on Xarelto.

2. History of pulmonary embolus
Z86.711: Personal history of pulmonary embolism

**Lincoln/Marcus 2518**

**Progress Notes**

p.40

continue midodrine 2.5 mg every 12 hours may need to increase to tid
I95.1: Orthostatic hypotension

4. Intervertebral disc degeneration of cervical spine without prolapsed disc
M50.30: Other cervical disc degeneration, unspecified cervical region
since she is not "pain" loss of function will hold on further evaluation.
5. Decreased renal function
R94.4: Abnormal results of kidney function studies
CMP

6. Dizziness
R42: Dizziness and giddiness
follow up with neurology referral Dr. Syal- June 1st.

7. Anxiety and depression
clonazepam 1 mg
reviewed AZPMP- last fill 4/27/21 #60 tabs
8. insomnia
has tried Remeron- does not recall. sleep aids - wire her. lunesta, ambien,
she has issue with benadryl causing her to be fully awake.
9. chronic constipation-
improved with Linzess

Return to Office
pending Disability for longterm- Lincoln /liberty mutual
recheck cmp for GFR
Electronically Signed by Tonia Graham on 05/11/2021 3:14pm

**Lincoln/Marcus 2519**

Labs/Diagnostics - 05/11/2021

p.41

05/12/2021 10:11:34 AM  FROM: LABCORP LCLS BULK      TO: 8662285038   LABCORP          Page 1 of 1
TO:                        **Black Diamond Medical**

## LabCorp                                                    **Patient Report**

Specimen ID: 131-610-2417-0                  Acct #: 02030710        Phone: (623) 322-0099    Rte: 00
Control ID: AH602030710

MARCUS, LESLIE                               Black Diamond Medical
                                             20449 N Lake Pleasant Rd #101
                                             Peoria AZ 85382

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 05/11/2021 0336 Local | Ordering: T GRAHAM |
| Age(y/m/d): 049/11/14 | Date received: 05/12/2021 | Referring: |
| Gender: F | Date entered: 05/12/2021 | ID: GRAHAM |
| Patient ID: NI | Date reported: 05/12/2021 1009 ET | NPI: 1699108521 |

Ordered Items
Comp. Metabolic Panel (14); Prolactin; PTH, Intact

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Comp. Metabolic Panel (14) | | | | | |
| Glucose | 71 | | mg/dL | 65-99 | 01 |
| BUN | 18 | | mg/dL | 6-24 | 01 |
| Creatinine | 1.09 | High | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 60 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 69 | | mL/min/1.73 | >59 | |

**Labcorp currently reports eGFR in compliance with the current**
recommendations of the National Kidney Foundation. Labcorp will
update reporting as new guidelines are published from the NKF-ASN
Task force.

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 17 | | | 9-23 | |
| Sodium | 139 | | mmol/L | 134-144 | 01 |
| Potassium | 3.9 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 104 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 20-29 | 01 |
| Calcium | 9.4 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 7.9 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.8 | | g/dL | 3.8-4.8 | 01 |
| Globulin, Total | 3.1 | | g/dL | 1.5-4.5 | |
| A/G Ratio | 1.5 | | | 1.2-2.2 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 88 | | IU/L | 39-117 | 01 |
| AST (SGOT) | 18 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 15 | | IU/L | 0-32 | 01 |
| Prolactin | 16.4 | | ng/mL | 4.8-23.3 | 01 |
| PTH, Intact | 24 | | pg/mL | 15-65 | 01 |

01    PDLCA    LabCorp Phoenix                              Dir: Earle Collum, MD
         5005 S 40th Street Ste 1200, Phoenix, AZ 85040-2969
         For inquiries, the physician may contact Branch: 888-322-2677 Lab: 800-788-9743

Date Issued: 05/12/21 1009 ET                **FINAL REPORT**                        Page 1 of 1

This document contains private and confidential health information protected by state and federal law.    © 1995-2021 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 615-366-0313    All Rights Reserved - Enterprise Report Version: 1.00

**Lincoln/Marcus 2520**

Labs/Diagnostics - 03/09/2021

p.43

Mar-15-2021 Mon 02:05:54 520.546.1239

002/005

**Report Status FINAL**
Route 1019
  **Wellness for Life**
  20449 N Lake Pleasant Rd
  Suite 101
  Peoria, AZ 85382

  **Tonia Graham, FNP**


Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

Patient Information:

MARCUS, LESLIE

Account: 18116
ID/MR#: 1100

Collected: 03/09/2021 12:33 PM
Received: 03/09/2021 11:29 PM
Reported: 03/15/2021 02:02 AM

**Order #: 4240097 / NL59163030**
DOB:                Age: 49Y-9M-10D
Sex: F              Fasting: Unknown
Patient Phone:

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|

**COAGULATION**

**Lupus Anticoagulant with Reflex\***

  Lupus Anticoagulant with Reflex          Cancelled

  \*Lupus Anticoagulant      No specimen received.
  with Reflex:

**Cardiolipin Antibody, IgA IgG IgM\***

| Cardiolipin Antibody, IgA | <0.5 | ≤19.9 | APL-U/mL | |
| Cardiolipin Antibody, IgG | <1.6 | ≤19.9 | GPL-U/mL | |
| Cardiolipin Antibody, IgM | <0.2 | ≤19.9 | MPL-U/mL | |

\*Cardiolipin Antibody,      IgA, IgG and IgM Result Interpretation:
IgA IgG IgM:

  < 20 Negative
  >=20 Positive

  aCL antibodies occur transiently in a variety of infectious diseases. In these cases patients
  positive for aCL antibodies should be retested following an appropriate interval. Confirmed
  active or seropositive syphilis patients can have elevated aCL antibody levels. To rule out
  syphilis, confirmatory tests should be performed.

  The results were obtained with the BioPlex 2200 Antiphospholipic Syndrome multiplex
  immunoassay. The magnitude of the reported aCL result cannot be correlated to an endpoint
  titer. Cardiolipin values obtained with different manufacturer's assay methods may not be
  used interchangeably.

**CHEMISTRY**

**Comprehensive Metabolic Panel**

| Glucose | 80\* | 65 - 99 | mg/dL | |
| Urea Nitrogen (BUN) | 18\* | 6 - 19 | mg/dL | |
| Creatinine | 1.11 | 0.60 - 1.40 | mg/dL | |
| **GFR Estimated (Non-African American)** | 58 L | ≥60 | mL/min/1.73m2 | |
| GFR Estimated (African American) | 67 | ≥60 | mL/min/1.73m2 | |
| BUN/Creatinine Ratio | 16.2 | 10.0 - 28.0 | | |
| Sodium | 138\* | 135 - 145 | mmol/L | |
| Potassium | 4.2 | 3.6 - 5.3 | mmol/L | |
| Chloride | 104\* | 98 - 108 | mmol/L | |
| Carbon Dioxide (CO2) | 25\* | 20 - 31 | mmol/L | |
| Anion Gap | 9 | 4 - 18 | | |
| Protein, Total | 7.6 | 6.3 - 8.0 | g/dL | |
| Albumin | 4.7\* | 3.8 - 5.1 | g/dL | |
| Globulin | 2.9 | 1.9 - 3.7 | g/dL | |
| Albumin/Globulin Ratio | 1.6 | 1.0 - 2.5 | | |
| Calcium | 9.4 | 8.7 - 10.4 | mg/dL | |
| Alkaline Phosphatase | 75 | 37 - 127 | IU/L | |

**MARCUS, LESLIE Order #: 4240097 / NL59163030 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, \*=Comment

Distribution #: 423384763-19728231

Autolims Version 3.4.17 On 03/15/2021

All Rights Reserved    NetLIMS

**Lincoln/Marcus 2521**

Labs/Diagnostics - 03/09/2021

p.44

Mar-15-2021 Mon 02:06:03 520.546.1239

003/005

**Report Status FINAL**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382


**Sonora Quest Laboratories**
A Subsidiary of Laboratory Sciences of Arizona

   **Tonia Graham, FNP**

Patient Information:

**MARCUS, LESLIE**

**Order #: 4240097 / NL59163030**

| | | | | |
|---|---|---|---|---|
| Account: 18116 | Collected: 03/09/2021 12:33 PM | DOB: | Age: 49Y-9M-10D | |
| ID/MR#: 1100 | Received: 03/09/2021 11:29 PM | Sex: F | Fasting: Unknown | |
| | Reported: 03/15/2021 02:02 AM | Patient Phone: 480-204-9824 | | |

| | | | | |
|---|---|---|---|---|
| Alanine Aminotransferase | 9 | 5 - 46 | IU/L | |
| Aspartate Aminotransferase | 15 | 11 - 40 | IU/L | |
| Bilirubin, Total | 0.2 | ≤1.3 | mg/dL | |

*Glucose:         Glucose reference range reflects fasting state.
*Urea Nitrogen (BUN):  Note: new reference range effective 1/25/2021.
*Sodium:         Note: new reference range effective 1/19/2021.
*Chloride:       Note: new reference range effective 1/25/2021.
*Carbon Dioxide (CO2):  Note: new reference range effective 1/26/2021.
*Albumin:        Note: new reference range effective 1/19/2021.

**ANA Screen, IFA w/Rflx to Titer and Pattern/Lupus Panel 5**

| | | | | |
|---|---|---|---|---|
| ANA Screen, IFA | NEGATIVE* | NEGATIVE | | NL |
| Rheumatoid Factor | <14 | <14 | IU/mL | NL |
| Sjogren's Antibody (SS-A) | <1.0 NEG | <1.0 NEGATIVE | AI | NL |
| Sjogren's Antibody (SS-B) | <1.0 NEG | <1.0 NEGATIVE | AI | NL |
| Sm Antibody | <1.0 NEG | <1.0 NEGATIVE | AI | NL |
| Sm/RNP Antibody | <1.0 NEG | <1.0 NEGATIVE | AI | NL |
| SCL-70 | <1.0 NEG | <1.0 NEGATIVE | AI | NL |
| Ribosomal P Antibody | <1.0 NEG | <1.0 NEGATIVE | AI | NL |
| Reticulin IgA Screen w/Reflex to Titer | NEGATIVE | NEGATIVE | | NL |
| Mitochrondrial Antibody | NEGATIVE* | NEGATIVE | | NL |
| Actin Smooth Muscle Antibody, IgG | <20* | | U | NL |
| DNA Ab (ds) Crithidia, IFA | NEGATIVE | NEGATIVE | | NL |
| C3, Serum | 87 | 83-193 | mg/dL | NL |
| C4, Serum | 26 | 15-57 | mg/dL | NL |
| Thyroid Peroxidase AB | 2 | <9 | IU/mL | NL |
| Striated Muscle Antibody | NEGATIVE* | NEGATIVE | | NL |
| Myocardial Antibody, IF | NEGATIVE* | NEGATIVE | | NL |
| Gastric Parietal Cell Antibody, Elisa | <20.0* | | U | NL |

*ANA Screen, IFA:    ANA IFA is a first line screen for detecting the presence of up to
                 approximately 150 autoantibodies in various autoimmune diseases. A
                 negative ANA IFA result suggests an ANA-associated autoimmune disease
                 is not present at this time, but is not definitive. If there is high
                 clinical suspicion for Sjogren's syndrome, testing for anti-SS-A/Ro
                 antibody should be considered. Anti-Jo-1 antibody should be considered
                 for clinically suspected inflammatory myopathies.
                 AC-0: Negative
                 International Consensus on ANA Patterns
                 https://doi.org/10.1515/cclm-2018-0052
                 For additional information, please refer to
                 http://education.QuestDiagnostics.com/faq/FAQ177
                 (This link is being provided for information/educational purposes
                 only.)

*Mitochrondrial    This test was developed and its analytical performance characteristics
Antibody:

                 have been determined by Quest Diagnostics Nichols Institute San Juan
                 Capistrano. It has not been cleared or approved by FDA. This assay has

---

**MARCUS, LESLIE Order #: 4240097 / NL59163030 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 423384763-19728231

Autolims Version 3.4.17 On 03/15/2021

All Rights Reserved    RefLIMS

**Lincoln/Marcus 2522**

Labs/Diagnostics - 03/09/2021

p.45

Mar-15-2021 Mon 02:06:16 520.546.1239

004/005

**Report Status FINAL**
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

**Tonia Graham, FNP**

Sonora Quest
Laboratories

A Subsidiary of Laboratory Sciences of Arizona

Patient Information:

**MARCUS, LESLIE**

| | | | |
|---|---|---|---|
| Account: 18116 | Collected: 03/09/2021 12:33 PM | **Order #: 4240097 / NL59163030** | |
| ID/MR#: 1100 | Received: 03/09/2021 11:29 PM | DOB: | Age: 49Y-9M-10D |
| | Reported: 03/15/2021 02:02 AM | Sex: F | Fasting: Unknown |
| | | Patient Phone: | |

been validated pursuant to the CLIA regulations and is used for clinical purposes.

**\*Actin Smooth Muscle Antibody, IgG:**

Reference Range:

    <20    NEGATIVE
    > OR = 20 POSITIVE

Antibodies recognizing actin are the main component of smooth muscle antibodies associated with autoimmune liver disease. Actin antibodies are found in approximately 75% of patients with autoimmune hepatitis (AIH) type 1, approximately 65% of patients with autoimmune cholangitis, approximately 30% of patients with primary biliary cirrhosis, and approximately 2% of healthy people. High values are closely correlated with AIH type 1.

**\*Striated Muscle Antibody:**

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

**\*Myocardial Antibody, IF:**

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute San Juan Capistrano. It has not been cleared or approved by FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

**\*Gastric Parietal Cell Antibody, Elisa:**

Reference Range:

    <=20.0    NEGATIVE
    20.1-24.9  EQUIVOCAL
    >=25.0    POSITIVE

Anti-gastric parietal cell antibodies (Anti-GPA) were previously tested for by indirect immunofluorescence (IF) using mouse stomach as a substrate. Identification of the specific antibody target as H+/K+ ATPase protein (a gastric proton pump) has led to the development of an ELISA based assay. Antibodies to this protein are present in approximately 80% of patients with pernicious anemia and a small percentage of the general adult population. The latter percentage increases with age and may reflect the presence of atrophic gastritis. A negative test does not exclude a diagnosis of pernicious anemia. A test for intrinsic factor blocking antibody (IFab) may provide serological evidence in support of the diagnosis in some of these patients.

**Tests Ordered: ANA Screen, IFA w/Rflx to Titer and Pattern/Lupus Panel 5; Phospholipid Antibody Panel; Comprehensive Metabolic Panel**

**MARCUS, LESLIE Order #: 4240097 / NL59163030 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 423334763-19728231

Autolims Version 3.4.17 On 03/15/2021

All Rights Reserved    NCRBMS

**Lincoln/Marcus 2523**

Labs/Diagnostics - 03/09/2021

p.46

Mar-15-2021 Mon 02:06:29 520.546.1239

005/005

**Report Status FINAL**
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

**Sonora Quest Laboratories**

A Subsidiary of Laboratory Sciences of Arizona

**Tonia Graham, FNP**

Patient Information:

**MARCUS, LESLIE**

Account: 18116
ED/MR#: 1100

Collected: 03/09/2021 12:33 PM
Received: 03/09/2021 11:29 PM
Reported: 03/15/2021 02:02 AM

**Order #: 4240097 / NL59163030**
DOB:                    Age: 49Y-9M-10D
Sex: F               Fasting: Unknown
Patient Phone: 480-204-9824

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| GFR Estimated (Non-African American) | 58 L | ≥60 | mL/min/1.73m2 |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
Testing noted as NL performed by: Quest Diagnostics Nichols Institute (SJC), 33608 Ortega Hwy, San Juan Capistrano, CA 92690 800.542.4657

**End of Report**

**MARCUS, LESLIE** Order #: 4240097 / NL59163030 - **FINAL Report**
L=Low, H=High, C=Critical Abnormal. CL=Critical Low, CH=Critical High. *=Comment

Distribution #: 423384763-19728231

Autolims Version 3.4.17 On 03/15/2021

All Rights Reserved    NeRIMS

**Lincoln/Marcus 2524**

Labs/Diagnostics - 01/22/2021

p.48

Jan-23-2021 Sat 06:01:56 520. 546. 1239

002/003

**Report Status FINAL**
Route 1019
  **Wellness for Life**
  20449 N Lake Pleasant Rd
  Suite 101
  Peoria, AZ 85382

  **Tonia Graham, FNP**


Sonora Quest Laboratories
A Subsidiary of Laboratory Sciences of Arizona

Patient Information:

**MARCUS, LESLIE**

Account: 18116
ID/MR#: 1100

Collected: 01/22/2021
Received: 01/23/2021  00:47 AM
Reported: 01/23/2021  05:58 AM

**Order #: 4134722 / NL57443323**
DOB:                    Age: 49Y-7M-26D
Sex: F                  Fasting: Unknown
Patient Phone: 480-204-9824

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|---|---|---|---|---|
| **CHEMISTRY** | | | | |
| CA 125 | 30 | ≤35 | U/mL | |

Values obtained with different assay methods or kits cannot be used interchangeably. If this
has occurred, re-baseline testing may be necessary. This test was performed using the Roche
Elecsys method.

CA 125 is FDA approved for use as a one time test in the detection of residual ovarian
carcinoma in patients who have undergone first-line therapy and would be considered for
diagnostic second-look procedures. An assay value of 36 U/mL or more is predictive of
residual disease, provided that alternative causes of an elevated CA 125 assay value can be
excluded.

| Comprehensive Metabolic Panel | | | |
|---|---|---|---|
| Glucose | 92* | 65 - 99 | mg/dL |
| Urea Nitrogen (BUN) | 17 | 8 - 25 | mg/dL |
| Creatinine | 1.35 | 0.60 - 1.40 | mg/dL |
| **GFR Estimated (Non-African American)** | **46 L** | ≥60 | mL/min/1.73m2 |
| **GFR Estimated (African American)** | **53 L** | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 12.6 | 10.0 - 28.0 | |
| Sodium | 136* | 135 - 145 | mmol/L |
| Potassium | 4.4 | 3.6 - 5.3 | mmol/L |
| Chloride | 106 | 95 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 23 | 19 - 31 | mmol/L |
| Anion Gap | 8 | 4 - 18 | |
| Protein, Total | 6.5* | 6.3 - 8.0 | g/dL |
| Albumin | 4.0* | 3.8 - 5.1 | g/dL |
| Globulin | 2.5 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.6 | 1.0 - 2.5 | |
| Calcium | 8.7 | 8.7 - 10.4 | mg/dL |
| Alkaline Phosphatase | 73 | 37 - 127 | IU/L |
| Alanine Aminotransferase | 9 | 5 - 46 | IU/L |
| Aspartate Aminotransferase | 13 | 11 - 40 | IU/L |
| Bilirubin, Total | <0.2* | ≤1.3 | mg/dL |

*Glucose:        Glucose reference range reflects fasting state.
*Sodium:         Note: new reference range effective 1/19/2021.
*Protein, Total: Note: new reference range effective 1/18/2021.
*Albumin:        Note: new reference range effective 1/19/2021.
*Bilirubin, Total: Note: new reference range effective 1/18/2021.

**Tests Ordered: CA 125; Comprehensive Metabolic Panel**

**MARCUS, LESLIE Order #: 4134722 / NL57443323  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 411109134-16653075

Autolims Version 3.4.17 On 01/23/2021

All Rights Reserved    ↑ NetLIMS

**Lincoln/Marcus 2525**

Labs/Diagnostics - 01/22/2021

p.49

Jan-23-2021 Sat 06:02:06 520.546.1239

003/003

**Report Status FINAL**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382



**Sonora Quest Laboratories**

A Subsidiary of Laboratory Sciences of Arizona

   **Tonia Graham, FNP**

| Patient Information: | |
|---|---|
| | **MARCUS, LESLIE** |

Account: 18116
ID/MR#: 1100

Collected: 01/22/2021
Received: 01/23/2021  00:47 AM
Reported: 01/23/2021  05:58 AM

**Order #: 4134722 / NL57443323**
DOB:                    Age: 49Y-7M-26D
Sex: F                  Fasting: Unknown
Patient Phone: 480-204-9824

| Values Outside of Reference Range | | | |
|---|---|---|---|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| GFR Estimated (Non-African American) | 46 L | ≥60 | mL/min/1.73m2 |
| GFR Estimated (African American) | 53 L | ≥60 | mL/min/1.73m2 |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721
**End of Report**

---

**MARCUS, LESLIE Order #: 4134722 / NL57443323  -  FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment        Distribution #: 41|109134-18863075

Autoilms Version 3.4.17 On 01/23/2021            All Rights Reserved        rf NetUMS

**Lincoln/Marcus 2526**

Labs/Diagnostics - 12/23/2020

p.51

Dec-24-2020 Thu 22:32:37 520.546.1239

002/005

**Report Status FINAL**
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

**Tonia Graham, FNP**



Sonora Quest Laboratories

A Subsidiary of Laboratory Sciences of Arizona

Patient Information:

**MARCUS, LESLIE**

Account: 18116
ID/MR#: 1100

Collected: 12/23/2020
Received: 12/23/2020 09:18 PM
Reported: 12/24/2020 10:26 PM

**Order #: 4067327 / NL56297530**
**DOB:**  Age: 49Y-6M-26D
Sex: F  Fasting: Unknown
Patient Phone: 480-204-9824

**ORDER COMMENT**
Time/Date of collection taken from specimen.

| TEST | RESULTS | REFERENCE RANGES | UNITS | PL |
|------|---------|------------------|-------|-----|
| **HEMATOLOGY** | | | | |
| **CBC w/ Differential, w/ Platelet** | | | | |
| WBC | 4.2 | 4.0 - 11.0 | k/mm3 | |
| RBC | 4.20 | 3.70 - 5.40 | m/mm3 | |
| Hemoglobin | 12.3 | 11.5 - 16.0 | g/dL | |
| Hematocrit | 39.2 | 35.0 - 48.0 | % | |
| MCV | 93.3 | 78.0 - 100.0 | fL | |
| MCH | 29.3 | 27.0 - 34.0 | pg | |
| MCHC | 31.4 | 31.0 - 37.0 | g/dL | |
| Platelet Count | 286 | 130 - 450 | k/mm3 | |
| RDW(sd) | 45.2 | 38.0 - 49.0 | fL | |
| RDW(cv) | 13.2 | 11.0 - 15.0 | % | |
| MPV | 10.7 | 7.5 - 14.0 | fL | |
| Segmented Neutrophils | 45.4* | | % | |
| Lymphocytes | 40.9 | | % | |
| Monocytes | 5.7 | | % | |
| Eosinophils | 5.9 | | % | |
| Basophils | 1.9 | | % | |
| Absolute Neutrophil | 1.91 | 1.60 - 9.30 | k/uL | |
| Absolute Lymphocyte | 1.72 | 0.60 - 5.50 | k/uL | |
| Absolute Monocyte | 0.24 | 0.10 - 1.60 | k/uL | |
| Absolute Eosinophil | 0.25 | 0.00 - 0.70 | k/uL | |
| Absolute Basophil | 0.08 | 0.00 - 0.20 | k/uL | |
| Immature Granulocytes | 0.2 | | % | |
| Absolute Immature Granulocytes | 0.01 | 0.00 - 0.10 | k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | 0.0 - 1.0 | % | |

*Segmented          Automated Diff
Neutrophils:

**Erythrocyte Sedimentation Rate**

| Erythrocyte Sedimentation Rate | 3 | ≤20 | mm/hr | |

Erythrocyte Sedimentation Rate (ESR) specimens are stable for 4-6 hours at room
temperature, and 24 hours if refrigerated. ESR results trend lower with increased specimen
age. Consider use of C-reactive protein (CRP) to assess acute phase responses.

| **CHEMISTRY** | | | | |
|------|---------|------------------|-------|-----|
| Magnesium | 2.1 | 1.5 - 2.5 | mg/dL | |
| **LDL Cholesterol, Direct** | **175 H** | ≤99 | mg/dL | |

**MARCUS, LESLIE Order #: 4067327 / NL56297530  - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 403556122-1839162S

Autolims Version 3.4.17 On 12/24/2020

All Rights Reserved  NetLIMS

**Lincoln/Marcus 2527**

Labs/Diagnostics - 12/23/2020

Dec-24-2020 Thu 22:32:48 520.546.1239

003/005

**Report Status FINAL**
Route 1019
   **Wellness for Life**
   20449 N Lake Pleasant Rd
   Suite 101
   Peoria, AZ 85382

   **Tonia Graham, FNP**


Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

Patient Information:
                    **MARCUS, LESLIE**

Account: 18116
ID/MR#: 1100

Collected: 12/23/2020
Received: 12/23/2020 09:18 PM
Reported: 12/24/2020 10:26 PM

Order #: 4067327 / NL56297530
DOB:                        Age: 49Y-6M-26D
Sex: F          Fasting: Unknown
Patient Phone: 480-204-9824

For moderately high risk and high risk cardiac patients, reference levels of <100 mg/dL and <70 mg/dL, respectively, should be considered. Circulation 2004; 110:227-239.

| | | | |
|---|---|---|---|
| TSH, High Sensitivity | 2.94 | 0.45 - 4.50 | mU/L |
| T4 Free Non-Dialysis | 1.1 | 0.8 - 1.7 | ng/dL |
| T3 Free Non-Dialysis | 2.4 | 2.0 - 4.8 | pg/mL |
| Ferritin | 139 | 11 - 230 | ng/mL |
| Vitamin D, 25-Hydroxy, Total | 32.9 | ≥20.0 | ng/mL |

Vitamin D, 25-OH, Total:
   <10 ng/mL      Severe Deficiency
   10 - 19 ng/mL  Mild/Moderate Deficiency
   20 - 50 ng/mL  Optimum
   51 - 150 ng/mL Increased Risk of Hypercalciuria
   >150 ng/mL     Possible Toxicity

Reference intervals apply to males and females, all ages.

Clinical decision values based on 2011 report by the Institute of Medicine (US).

| | | | |
|---|---|---|---|
| Microsomal TPO Antibody | <28.0 | ≤60.0 | U/mL |

Assay performance has not been established for neonates.

**Iron and TIBC**
| | | | |
|---|---|---|---|
| Iron | 60* | 35 - 175 | ug/dL |
| **TIBC** | **209 L** | 250 - 400 | ug/dL |
| % Saturation | 29 | 15 - 50 | % |

*Iron: The normal range is based on fasting specimens drawn before 10:00 AM. Iron levels have a diurnal fluctuation of up to 30%, peaking in the morning hours.

**Comprehensive Metabolic Panel**
| | | | |
|---|---|---|---|
| Glucose | 86* | 65 - 99 | mg/dL |
| Urea Nitrogen (BUN) | 20 | 8 - 25 | mg/dL |
| Creatinine | 1.35 | 0.60 - 1.40 | mg/dL |
| **GFR Estimated (Non-African American)** | **46 L** | ≥60 | mL/min/1.73m2 |
| **GFR Estimated (African American)** | **53 L** | ≥60 | mL/min/1.73m2 |
| BUN/Creatinine Ratio | 14.8 | 10.0 - 28.0 | |
| Sodium | 141 | 134 - 147 | mmol/L |
| Potassium | 3.8 | 3.6 - 5.3 | mmol/L |
| Chloride | 107 | 95 - 108 | mmol/L |
| Carbon Dioxide (CO2) | 25 | 19 - 31 | mmol/L |
| Anion Gap | 8 | 4 - 18 | |
| Protein, Total | 7.1 | 6.0 - 8.0 | g/dL |
| Albumin | 4.3 | 3.6 - 5.1 | g/dL |
| Globulin | 2.8 | 1.9 - 3.7 | g/dL |
| Albumin/Globulin Ratio | 1.5 | 1.0 - 2.5 | |

**MARCUS, LESLIE Order #: 4067327 / NL56297530 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 403556122-18391526

Autolims Version 3.4.17 On 12/24/2020          All Rights Reserved    NGTUMS

**Lincoln/Marcus 2528**

Labs/Diagnostics - 12/23/2020

p.53

Dec-24-2020 Thu 22:32:59 520.546.1239

004/005

**Report Status FINAL**
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

 Sonora Quest
Laboratories

A Subsidiary of Laboratory Sciences of Arizona

**Tonia Graham, FNP**

| Patient Information | |
|---|---|
| | **MARCUS, LESLIE** |

**Order #: 4067327 / NL56297530**

| Account: 18116 | Collected: 12/23/2020 | DOB: | Age: 49Y-6M-26D |
|---|---|---|---|
| ID/MR#: 1100 | Received: 12/23/2020 09:18 PM | Sex: F | Fasting: Unknown |
| | Reported: 12/24/2020 10:26 PM | Patient Phone: 480-204-9824 | |

| | | | | |
|---|---|---|---|---|
| Calcium | 9.5 | 8.7 - 10.4 | mg/dL | |
| Alkaline Phosphatase | 74 | 37 - 127 | IU/L | |
| Alanine Aminotransferase | 7 | 5 - 46 | IU/L | |
| **Aspartate Aminotransferase** | 9 L | 11 - 40 | IU/L | |
| Bilirubin, Total | 0.2 | 0.2 - 1.3 | mg/dL | |
| *Glucose: | Glucose reference range reflects fasting state. | | | |

**Lipid Panel**

| | | | |
|---|---|---|---|
| **Cholesterol** | 258 H | ≤199 | mg/dL |
| Triglyceride | 99 | ≤149 | mg/dL |
| **Cholesterol/HDL Ratio** | 4.5 H | ≤4.4 | |
| HDL Cholesterol | 57 | ≥50 | mg/dL |
| **Non-HDL Cholesterol** | 201 H | ≤129 | mg/dL |
| **LDL Cholesterol, Calculated** | 181 H * | ≤99 | mg/dL |
| VLDL Cholesterol | 20 | ≤29 | mg/dL |
| *LDL Cholesterol, Calculated: | For moderately high risk and high risk cardiac patients, reference levels of <100 mg/dL and <70 mg/dL, respectively, should be considered. Circulation 2004; 110:227-239. | | |

**Hemoglobin A1c With eAG***

| | | | |
|---|---|---|---|
| Hemoglobin A1c | 5.2* | ≤5.6 | % |
| Estimated Average Glucose (eAG) | 103 | Not Established | |

*Hemoglobin A1c: The American Diabetes Association (ADA) guidelines for interpreting Hemoglobin A1c are as follows:

| | |
|---|---|
| Non-Diabetic patient: | <=5.6% |
| Increased risk for future Diabetes: | 5.7-6.4% |
| ADA diagnostic criteria for Diabetes: | >=6.5% |

| | |
|---|---|
| Values for patients with Diabetes: | |
| Meets ADA's recommended goal for therapy: | <7.0% |
| Exceeds ADA's recommended goal: | 7.0-8.0% |
| ADA recommends reevaluation of therapy: | >8.0% |

*Hemoglobin A1c With eAG: If the presence of a hemoglobin variant is suspected, do not use % HbA1c results for diagnosis of diabetes mellitus.

In uncontrolled diabetics, high levels of Hemoglobin F (Hb F) may be present. Presence of Hb F greater than 7% of total may result in lower than expected % HbA1c.

Any cause that shortens erythrocyte survival or decreases mean erythrocyte age may reduce expected % HbA1c values even in the presence of elevated average blood glucose. Causes may include hemolytic disease, homozygous sickle cell trait, pregnancy, and recent significant/chronic blood loss. In addition, recent blood transfusions can alter expected % HbA1c values.

**Vitamin B12 and Folate**

| | | | |
|---|---|---|---|
| Vitamin B12 | 578 | 232 - 1245 | pg/mL |
| **Folate** | 2.5 L * | ≥4.0 | ng/mL |
| *Folate: | Serum for folate determinations should be collected as a fasting test. | | |

**MARCUS, LESLIE Order #: 4067327 / NL56297530 - FINAL Report**

L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 403556122-18391626

Autolims Version 3.4.17 On 12/24/2020

All Rights Reserved

**Lincoln/Marcus 2529**

Labs/Diagnostics ~ 12/23/2020

p.54

Dec-24-2020 Thu 22:33:11 520.546.1239

005/005

**Report Status FINAL**
Route 1019
**Wellness for Life**
20449 N Lake Pleasant Rd
Suite 101
Peoria, AZ 85382

**Tonia Graham, FNP**


Sonora Quest
Laboratories
A Subsidiary of Laboratory Sciences of Arizona

Patient Information:

**MARCUS, LESLIE**

Account: 18116
ID/MR#: 1100

Collected: 12/23/2020
Received: 12/23/2020  09:18 PM
Reported: 12/24/2020  10:26 PM

Order #: 4067327 / NL56297530
DOB:                          Age: 49Y-6M-26D
Sex: F                        Fasting: Unknown
Patient Phone: 480-204-9824

| TEST | RESULTS/UNITS | | PL |
|------|---------------|--|----|
| INFECTIOUS DISEASE MICROBIOLOGY | | | |

**Culture, Urine**

| | |
|--|--|
| Status: | Final |
| Source: | Urine-voided |
| Culture: | No growth |

Urine is set up at a 1::000 dilution.

Tests Ordered: Culture, Urine; Comprehensive Metabolic Panel; CBC w/ Differential, w/ Platelet; TSH, High Sensitivity; T4 Free Non-Dialysis; Erythrocyte Sedimentation Rate; Iron and TIBC; Ferritin; Magnesium; Vitamin B12 and Folate; T3 Free Non-Dialysis; Vitamin D, 25-Hydroxy, Total; Microsomal TPO Antibody; Lipid Panel; LDL Cholesterol, Direct; Hemoglobin A1c With eAG

| Values Outside of Reference Range | | | |
|-----------------------------------|---------|------------------------|------------|
| TEST | RESULTS | REFERENCE RANGES | UNITS |
| LDL Cholesterol, Direct | 175 H | ≤99 | mg/dL |
| GFR Estimated (Non-African American) | 46 L | ≥60 | mL/min/1.73m2 |
| GFR Estimated (African American) | 53 L | ≥60 | mL/min/1.73m2 |
| Aspartate Aminotransferase | 9 L | 11 - 40 | IU/L |
| Cholesterol | 258 H | ≤199 | mg/dL |
| Cholesterol/HDL Ratio | 4.5 H | ≤4.4 | |
| Non-HDL Cholesterol | 201 H | ≤129 | mg/dL |
| LDL Cholesterol, Calculated | 181 H | ≤99 | mg/dL |
| TIBC | 209 L | 250 - 400 | ug/dL |
| Folate | 2.5 L | ≥4.0 | ng/mL |

Values listed above may not include all results considered abnormal for this patient (e.g., text-only results, such as those for some pathology/cytology specimens, and results for analytes without established reference ranges will not appear). Always review the entire patient report and correlate all results with the patient's clinical condition.

Unless otherwise noted, testing performed by: Sonora Quest Laboratories, 424 S 56th St, Phoenix, AZ 85034 800.766.6721

**End of Report**

**MARCUS, LESLIE Order #: 4067327 / NL56297530 - FINAL Report**
L=Low, H=High, C=Critical Abnormal, CL=Critical Low, CH=Critical High, *=Comment

Distribution #: 403556122-18391626

Autolims Version 3.4.17 On 12/24/2020

All Rights Reserved

**Lincoln/Marcus 2530**

Non Medical/Other

p.42

Mar-15-2021 Mon 02:05:52 520.546.1239

001/005



**Sonora Quest Laboratories**

A Subsidiary of Laboratory Sciences of Arizona

1255 West Washington Street
Tempe, Arizona 85281
602.685.5000 | 800.766.6721
www.SonoraQuest.com

## Fax Transmission Cover Sheet

**Confidentiality Statement:** The information contained in this facsimile is confidential information belonging to a CLIA licensed clinical laboratory and therefore may include personal patient health information. State Law prohibits further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited. *If you have received this Fax in error, please call the number above* and return the original message to us via the U.S. Postal Service. Thank you.

**Re-disclosure Statement for Federal Substance Abuse Cases:** This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by 42 CFR Part 2. The general authorization for the release of medical and other information is not sufficient for this purpose. The federal rules restrict the use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Re-disclosure Statement For Communicable Disease/HIV Cases:** This information is provided to you from confidential records which are protected by State Law that prohibits further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

| Date: | 03/15/2021 | Time: | 02:05 |
|---|---|---|---|
| To: | Wellness for Life | Fax: | 18662285038 |
| Subject: | Laboratory Information / Patient Results (1 Reports) | | |
| From: | Sonora Quest Laboratories | Fax: | 602-685-5401 |
| Phone: | 602-685-5050 | | |

**Lincoln/Marcus 2531**

Non Medical/Other

p.47

Jan-23-2021 Sat 06:01:55 520.546.1239

001/003



**Sonora Quest Laboratories**

A Subsidiary of Laboratory Sciences of Arizona

1255 West Washington Street
Tempe, Arizona 85281
602.685.5000 | 800.766.6721
www.SonoraQuest.com

## Fax Transmission Cover Sheet

**Confidentiality Statement:** The information contained in this facsimile is confidential information belonging to a CLIA licensed clinical laboratory and therefore may include personal patient health information. State Law prohibits further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or taking of any action in reliance on the contents of this information is strictly prohibited. *If you have received this Fax in error, please call the number above* and return the original message to us via the U.S. Postal Service. Thank you.

**Re-disclosure Statement for Federal Substance Abuse Cases:** This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by 42 CFR Part 2. The general authorization for the release of medical and other information is not sufficient for this purpose. The federal rules restrict the use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Re-disclosure Statement For Communicable Disease/HIV Cases:** This information is provided to you from confidential records which are protected by State Law that prohibits further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

| Date: | 01/23/2021 | Time: | 06:01 |
|---|---|---|---|
| To: | Wellness for Life | Fax: | 18662285038 |
| Subject: | Laboratory Information / Patient Results (1 Reports) | | |
| From: | Sonora Quest Laboratories | Fax: | 602-685-5401 |
| Phone: | 602-685-5050 | | |

**Lincoln/Marcus 2532**

Non Medical/Other

p.50

Dec-24-2020 Thu 22:32:36 520.546.1239

001/005



**Sonora Quest Laboratories**

A Subsidiary of Laboratory Sciences of Arizona

1255 West Washington Street
Tempe, Arizona 85281
602.685.5000 | 800.766.6721
www.SonoraQuest.com

## Fax Transmission Cover Sheet

**Confidentiality Statement:** The information contained in this facsimile is confidential information belonging to a CLIA licensed clinical laboratory and therefore may include personal patient health information. State Law prohibits further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by law.

If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or taking of any action in reliance on the contents of this information is strictly prohibited. *If you have received this Fax in error, please call the number above* and return the original message to us via the U.S. Postal Service. Thank you.

**Re-disclosure Statement for Federal Substance Abuse Cases:** This information has been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is otherwise permitted by 42 CFR Part 2. The general authorization for the release of medical and other information is not sufficient for this purpose. The federal rules restrict the use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Re-disclosure Statement For Communicable Disease/HIV Cases:** This information is provided to you from confidential records which are protected by State Law that prohibits further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

| | | | |
|---|---|---|---|
| **Date:** | 12/24/2020 | **Time:** | 22:32 |
| **To:** | Wellness for Life | **Fax:** | 18662285038 |
| **Subject:** | Laboratory Information / Patient Results (1 Reports) | | |
| **From:** | Sonora Quest Laboratories | **Fax:** | 602-685-5401 |
| **Phone:** | 602-685-5050 | | |

**Lincoln/Marcus 2533**

# Quality Assurance Report

## Request Information

Report Date:    June 3, 2021                    RP ID: 7902171

Patient Name:   MARCUS, LESLIE

Provider Name: WELLNESS FOR LIFE FAMILY PRACTICE A

## Quality Assurance Information

Scope Requested: **From September 1, 2020 to Present**

Special Request:
   all medical records seen by Wellness for Life

Special Request Included? NO

Secondary Request Confirmed? NO

QC Notes:

Chart Reviewed By: DW

**Lincoln/Marcus 2534**

**From:**Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:**Tue, 25 May 2021 19:30:25 +0000
**To:**Stanton, Timothy
**Subject:**RE: 9303113 L Marcus

<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

Yes, we have her signed authorization forms. The hearing is scheduled for 7/9/21. The average wait for a decision post hearing is 10 weeks. Thanks.

**Melanie Lovell**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com
************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
************************************************************************

**From:** Stanton, Timothy <Timothy.Stanton@lfg.com>
**Sent:** Tuesday, May 25, 2021 2:53 PM
**To:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Subject:** 9303113 L Marcus

Good afternoon-

Can you please advise if Leslie Marcus has returned your forms and the status of the application?



| Tim Stanton | 888.437.7611 Office | Follow us on: |
| --- | --- | --- |
| Technical Claims Specialist | 14170 Extension | |
| Lincoln Financial Group | 603.430.0509 Fax | |
| P.O. Box 2578 | | |
| Omaha, NE 68172-9688 | LincolnFinancial.com | |



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Marcus 2535**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Marcus 2536**

**From:** Brigitte Hawsey <bhawsey@hubenterprises.com>
**Sent:** Tue, 25 May 2021 13:28:05 +0000
**To:** VendorReferrals
**Cc:** Heather Ross
**Subject:** Claim 9303113 Leslie Marcus Surveillance Report with video
**Attachments:** 2001001849.4.Report.pdf, 2001001849.4.Stills.pdf, 2001001849.4.Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please advise if you should need anything further.

Thank you,



Brigitte Hawsey
Client Relations Assistant
HUB Enterprises, Inc.
P 800.873.0933  ext 215 F 337.837.8903
PO Box 3162, Lafayette, LA  70502
bhawsey@hubenterprises.com

**Lincoln/Marcus 2537**

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA  70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 370451 |
|---|---|
| DATE | 05/25/21 |

**CUSTOMER**

Charles Martin
Lincoln Financial Group
PO Box 49470
Charlotte, NC 28277

Re: Leslie Marcus
Vs. Balfour Beatty Investments
Litchfield Park, AZ 85340

| TERMS:<br>Due Upon Receipt | CUSTOMER NO.<br>A110219 | JOB NO.<br>2001001849 | P.O. No. / Claim No.<br>9303113 | | |
|---|---|---|---|---|---|
| **Description** | | **Quantity** | **Unit of Measure** | **Price** | **Amount** |
| 5/10/21<br>Surveillance Hours - Operative 02293 | | 8.00 | | | 512.00 |
| 5/11/21<br>Surveillance Hours - Operative 02293 | | 8.00 | | | 512.00 |
| 5/22/21<br>Surveillance Hours - Operative 02293 | | 8.00 | | | 512.00 |
| 5/23/21<br>Surveillance Hours - Operative 02293 | | 8.00 | | | 512.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

INVESTIGATION SERVICES

| | |
|---|---|
| Sub-Total | 2,048.00 |
| Sales Tax | |
| TOTAL | $2,048.00 |

**Lincoln/Marcus 2538**



P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

May 25, 2021

**LINCOLN FINANCIAL GROUP**
100 LIBERTY WAY
DOVER, NEW HAMPSHIRE 3821

| | |
|---|---|
| Adjuster: | Brandy Pelletier |
| Insured: | Balfour Beatty Investments |
| Claim Number: | 9303113 |

# Leslie Marcus

| | |
|---|---|
| Date of Loss: | April 13, 2019 |
| Injury: | Pulmonary embolism |
| Authorization: | 32 Hours |
| Status: | Final |
| Received: | May 6, 2021 |
| Investigator: | Kevin Nesbit |
| HUB Case: | 2001001849.4 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

where risk meets resolution

**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**Lincoln/Marcus 2539**

Marcus, Leslie
May 25, 2021
Page 2 of 11



## NATURE OF ASSIGNMENT:

On May 6, 2021, HUB Enterprises received a reauthorization requesting 32 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 49-year-old female, approximately 5'5" in height and weighing approximately 140 pounds, and was believed to reside at

. The claimant is alleging a pulmonary embolism injury, as of April 13, 2019.

## PRE SURVEILLANCE INVESTIGATION:

Pre-Investigation:

- Claimant's provided address:

- Phone(s)/registrant(s) at provided: Listed to Clay Cornwell, the claimant, and Alan Clay. Landline located at
- Claimant's most current listed address via database:                                                    ,

- Property Ownership:
- Possible businesses: None located
- Aerial map: https://goo.gl/maps/XJuYvz3Pfc49Fb4V7

Social Networking:

- Facebook: https://www.facebook.com/leslie.m.kellett
    - Sister: https://www.facebook.com/sheri.marcus1
- Myspace: None located
- LinkedIn: https://www.linkedin.com/in/leslie-marcus-38ab70a1/
- Twitter: None located
- Etsy: https://www.etsy.com/shop/Bettysbeads0828
- https://www.etsy.com/people/jpgcbmsb
- Instagram: https://www.instagram.com/lesliemarcus99/

## where risk meets resolution

**Lincoln/Marcus 2540**

Marcus, Leslie
May 25, 2021
Page 3 of 11



- My Life: https://www.mylife.com/leslie-kellett/leslie_kellett?valid=true&
- Fast People search: https://www.fastpeoplesearch.com/leslie-kellett_id_G-6006928395182318365

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Monday, May 10, 2021 from 11:20 a.m. until 7:20 p.m., Tuesday, May 11, 2019 from 7:00 a.m. until 4:28 p.m., Saturday, May 22, 2021 from 7:00 a.m. until 3:00 p.m., and Sunday, May 23, 2019 from 12 p.m. until 8:00 p.m. On Monday, May 10, 2021, there was no claimant activity observed. On Tuesday, May 11, 2021 at 2:06 p.m., **VIDEO** was obtained of the claimant as she exited her gray Audi sedan and walked into the medical clinic along with the unknown male driver. Around 3:41 p.m., **VIDEO** was obtained of the claimant as she exited the medical clinic, entered the front passenger seat with the unknown male driver, and departed shortly after. The claimant was followed to her gated community and the investigator observed the claimant's vehicle as it drove through the gates. No further claimant activity was observed. On Saturday, May 22, 2021 and Sunday, May 23, 2021, there was no claimant activity observed.

**Investigative efforts were conducted on Monday, May 10, 2021, Tuesday, May 11, 2021, Saturday, May 22, 2021 and Sunday, May 23, 2021.**

## VIDEO:

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

### Monday, May 10, 2021

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

where risk meets resolution

**Lincoln/Marcus 2541**

Marcus, Leslie
May 25, 2021
Page 4 of 11



**Tuesday, May 11, 2021**

- Total claimant **VIDEO** is approximately 57 seconds.

- **VIDEO** depicts the claimant as she exited her vehicle, placed a mask on, attended her scheduled appointment, returned to the vehicle, removed her mask, entered the vehicle and rode as the passenger.

- The claimant appeared to ambulate normally with no restrictions or visible medical devices.

- **VIDEO** quality is average.

- Area video was obtained depicting our surveillance position and/or the claimant's residence.


**Saturday, May 22, 2021**

- No claimant video was obtained during this phase of the investigation.

- Area video was obtained depicting our surveillance position and/or the claimant's residence.


**Sunday, May 23, 2021**

- No claimant video was obtained during this phase of the investigation.

- Area video was obtained depicting our surveillance position and/or the claimant's residence.


**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant can be described as a 50-year-old Caucasian female approximately 5'5" in height and weighing approximately 140 pounds.


**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a single-level, stucco and brick structure with an attached double-vehicle garage.


**DIRECTIONS TO THE RESIDENCE**

https://goo.gl/maps/oDjeYETizheg3ca87


where risk meets resolution

**Lincoln/Marcus 2542**

Marcus, Leslie
May 25, 2021
Page 5 of 11



**<u>Monday, May 10, 2021</u>**

Sunny-97

10:50AM   Investigator Kevin Nesbit departed the Phoenix, Arizona area, en route to the provided residence, located at

11:20AM   Upon arrival, the Investigator observed the residence to be located in an exclusive gated community. Due to the gated entrances, indirect surveillance was established with a view of the main entrance gate to the gated community, anticipating the arrival or departure of the claimant's 2017 Honda Civic, bearing Arizona license number , believed to be blue in color. Area video was obtained.

12:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:01PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

02:06PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

03:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

04:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

05:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

06:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

07:06PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

07:20PM   Investigator Kevin Nesbit discontinued surveillance and departed, en route to the Phoenix, Arizona area. Area video was obtained.

where risk meets resolution

**Lincoln/Marcus 2543**

Marcus, Leslie
May 25, 2021
Page 6 of 11



08:20PM   Upon arrival and completion of this report, this phase of the investigation has been discontinued.

**Tuesday, May 11, 2021**

Sunny-98

06:29AM   Investigator Kevin Nesbit departed the Phoenix, Arizona area, en route to the facility for the claimant's scheduled medical appointment at Wellness for Life Family Practice, located at 20449 North Lake Pleasant Road, Suite 101, in Peoria, Arizona.

06:59AM   Upon arrival, the Investigator observed no vehicles associated with the claimant parked in the area. Direct surveillance was established with a view of the main area. Area video was obtained.

08:00AM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

09:04AM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

10:00AM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

11:00AM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

12:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

01:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

02:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

02:06PM   The claimant arrived in her 2014 gray Audi S4 sedan, bearing Arizona license number CEW0402, and **VIDEO** was obtained as she exited the front passenger's seat, walked to the facility with an unidentified male driver, placed on a mask and entered the building. She wore a gray sleeveless T-shirt and black jogging pants with a white

where risk meets resolution

**Lincoln/Marcus 2544**

Marcus, Leslie
May 25, 2021
Page 7 of 11



stripe down the sides. The claimant appeared to ambulate normally with no restrictions or visible medical devices.

02:07PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

03:00PM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

03:40PM   The claimant exited the facility and **VIDEO** was obtained as she walked to the vehicle with the male, removed her mask, entered and they departed. Mobile surveillance was established.

04:07PM   Intermittent **VIDEO** was obtained as the claimant remained seated in the vehicle while stopped in traffic.

04:27PM   The claimant arrived at her gated residence and they drove out of view. Area video was obtained. Investigator Kevin Nesbit discontinued surveillance and departed, en route to the Phoenix, Arizona area.

05:28PM   Upon arrival and completion of this report, this phase of the investigation has been discontinued.


**Saturday, May 22, 2021**

Sunny-82


06:30AM   Investigator Kevin Nesbit departed the Phoenix, Arizona area, en route to the provided residence, located at

                   .

07:00AM   Upon arrival, the Investigator observed the gated community. Indirect surveillance was established, anticipating the departure of the claimant in her 2014 gray Audi S4 sedan. Area video was obtained.

08:07AM   Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

08:43AM   Indirect surveillance was reestablished due to being approached by several law enforcement vehicles driving past the Investigator's location. The Investigator

where risk meets resolution

**Lincoln/Marcus 2545**

Marcus, Leslie
May 25, 2021
Page 8 of 11



maintained a view of the established departure previously observed utilized by the claimant.

09:00AM  Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

09:05AM  The Investigator checked the claimant's social media page (Facebook) for activity and her last post was dated May 16, 2020 which displayed a picture of her holding a vaccination card with her name on it. Underneath the picture was a caption that read "Vaccinated".

09:22AM  A vehicle similar to the claimant's vehicle traveled past the surveillance position. Mobile surveillance was established; however, it was noted that the license plate was different and indirect surveillance was reestablished.

10:00AM  Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

11:02AM  Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

11:46AM  A vehicle similar to the claimant's vehicle traveled past the surveillance position. Mobile surveillance was established; however, it was noted that the license plate was different and indirect surveillance was reestablished.

12:00PM  Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

01:00PM  Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

02:00PM  Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

03:00PM  Investigator Kevin Nesbit discontinued surveillance and departed, en route to the Phoenix, Arizona area. Area video was obtained.

04:00PM  Upon arrival and completion of this report, this phase of the investigation has been discontinued.

Marcus, Leslie
May 25, 2021
Page 9 of 11



**<u>Sunday, May 23, 2021</u>**

Sunny-84

11:30AM    Investigator Kevin Nesbit departed the Phoenix, Arizona area, en route to the provided residence, located at

12:00PM    Upon arrival, the Investigator observed the gated community. Indirect surveillance was established, anticipating the departure of the claimant in her 2014 gray Audi S4 sedan. Area video was obtained.

12:15PM    The Investigator checked the claimant's social media page (Facebook) for activity and there was no activity posted since the previous day.

01:00PM    Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

02:01PM    Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

03:00PM    Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

04:04PM    Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

04:15PM    The Investigator checked the claimant's social media page for activity (Facebook) and there was no current activity posted.

05:00PM    Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

06:00PM    Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

07:03PM    Surveillance was maintained: however, no claimant activity was observed. Area video was obtained.

08:00PM    Investigator Kevin Nesbit discontinued surveillance and departed, en route to the Phoenix, Arizona area. Dark area video was obtained.

where risk meets resolution

**Lincoln/Marcus 2547**

Marcus, Leslie
May 25, 2021
Page 10 of 11



09:00PM   Upon arrival and completion of this report, this phase of the investigation has been discontinued.


**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross

Client Relations

Amy Maloz

Case Manager

HR/AM: hg

Enclosures: **None**

where risk meets resolution

**Lincoln/Marcus 2548**

# HUB ENTERPRISES, INC.

Still Clips from Video

Claimant: Leslie Marcus              Case Number: 2001001849.4
Claim Number: 9303113



Claimant exiting the vehicle



Claimant entering the facility



Claimant exiting the vehicle



Claimant returning to the vehicle



Claimant walking to the facility



Claimant entering the vehicle

# C O N F I D E N T I A L

**Lincoln/Marcus 2549**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website  **f** Facebook

URL  https://www.facebook.com/leslie.m.kellett

Source

IP+Date  31.13.70.36 - United States 🇺🇸

Category  Social Media Profile

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2550**



**Lincoln/Marcus 2551**



Powered By COVENTBRIDGE                    Private and Confidential    -    12

**Lincoln/Marcus 2552**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225842602433079 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/16/2021 - 02:22:17 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2553**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225782156081958 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/08/2021 - 11:32:11 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2554**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225773551706854 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/07/2021 - 06:06:45 PM (UTC) | | |
| Category | Photo By | | |

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2555**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website ·  Facebook

URL · https://www.facebook.com/10225767640919088

Source

IP+Date · 31.13.70.36 - United States 🇺🇸 - 05/06/2021 - 08:41:58 PM (UTC)

Category · Photo By

Identifiers · [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence · Exact

Comments ·



**Lincoln/Marcus 2556**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225767640439076 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/06/2021 - 08:41:57 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2557**

Website   **f** Facebook                                    Subject: Leslie Susan Marcus        File No.: 202105-800.1

URL   https://www.facebook.com/10225767640319073

Source
IP+Date   157.240.11.35 - United States 🇺🇸 - 05/06/2021 - 08:41:56 PM (UTC)

Category   Photo By

Identifiers   [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence   Exact

Comments



**Lincoln/Marcus 2558**

Website   Facebook                    Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL      https://www.facebook.com/10225708184952726

Source
IP+Date  157.240.11.35 - United States 🇺🇸 - 04/28/2021 - 05:39:12 PM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2559**

| | | |
|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225702383487693 | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 04/27/2021 - 05:52:18 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2560**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website    Facebook

URL    https://www.facebook.com/10225702383287688

Source

IP+Date    31.13.70.36 - United States 🇺🇸 - 04/27/2021 - 05:52:17 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2561**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website **f** Facebook

URL    https://www.facebook.com/10225694178482573

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 04/26/2021 - 02:58:37 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



Lincoln/Marcus 2562

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225694178362570 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/26/2021 - 02:58:37 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2563**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225668330436388 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/22/2021 - 10:25:20 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2564**

| Website | Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
|---|---|---|---|

URL    https://www.facebook.com/10225582580052682

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:21 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2565**



| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582579892678 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:21 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2566**

| | | |
|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582579372665 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:19 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2567**



| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582579052657 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 04/11/2021 - 03:47:19 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2568**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582578572645 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:17 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2569**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582578452642 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:17 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2570**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus   File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225574647334369 | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 04/10/2021 - 11:07:41 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2571**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225574647214366 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/10/2021 - 11:07:41 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2572**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225560665864841 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/08/2021 - 08:08:05 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2573**



| | | | |
|---|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225560665544833 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/08/2021 - 08:08:05 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2574**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225503859844726 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/01/2021 - 12:52:20 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2575**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483561217273 | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:51:00 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2576**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483560857264 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:50:58 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2577**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483560737261 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:50:58 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2578**

Website     Facebook                Subject: Leslie Susan Marcus        File No.: 202105-800.1

URL    https://www.facebook.com/10225483560297250

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:57 AM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2579**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483559857239 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:50:55 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2580**

| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/10225483559617233 |
| Source | |
| IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:55 AM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus          File No.: 202105-800.1



**Lincoln/Marcus 2581**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483559297225 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:53 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2582**



| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483559097220 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:53 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2583**

| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225464836709172 | |

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 03/26/2021 - 05:42:37 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2584**

Website   **f** Facebook                                                Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL   https://www.facebook.com/10225464836509167

Source
IP+Date   157.240.11.35 - United States 🇺🇸 - 03/26/2021 - 05:42:37 PM (UTC)

Category   Photo By

Identifiers   [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence   Exact

Comments



**Lincoln/Marcus 2585**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225431863524863 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/21/2021 - 10:42:01 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2586**



| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225431863204855 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/21/2021 - 10:41:59 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2587**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225431862964849 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/21/2021 - 10:41:59 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2588**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225431862564839 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/21/2021 - 10:41:56 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2589**

Website   **f** Facebook                                         Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL       https://www.facebook.com/10225431862444836

Source
IP+Date   31.13.70.36 - United States 🇺🇸 - 03/21/2021 - 10:41:56 PM (UTC)

Category  Photo By

Identifiers [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2590**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225300268595072 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/05/2021 - 02:59:03 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2591**

| | | | |
|---|---|---|---|
| Website | [f] Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225172328676654 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 02/16/2021 - 07:27:15 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2592**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225158005718589 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 02/14/2021 - 10:27:07 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2593**

| | |
|---|---|
| Website | **f** Facebook |
| URL | https://www.facebook.com/10225158005438582 |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 02/14/2021 - 10:27:06 PM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus    File No.: 202105-800.1



**Lincoln/Marcus 2594**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225049606888686 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 02/02/2021 - 07:57:41 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2595**

| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website    **f** Facebook

URL    https://www.facebook.com/10225015606798705

Source

IP+Date    157.240.11.35 - United States 🇺🇸 - 01/29/2021 - 08:02:46 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments





**Leslie Susan Marcus**
Sometimes talking helps.
Friends do NOT mind
listening.

**Leslie Susan Marcus**
**Joyce Fanucci** aware. I'm
tired of listening to
myself. Just venting I
guess

**Joyce Fanucci**
**Leslie Susan Marcus**
venting is good

**Paul D Kraft**
Hang in there. It's tough times
especially for you. But,
hopefully it gets better soon.

**Leslie Susan Marcus**
**Paul D Kraft** thanks
sunshine

**Athena Benjamin**

**Rachel Wilk**
Never. You are never alone.

**Leslie Susan Marcus**
**Rachel Wilk**

THE TRUTH IS OUT THERE

**Rachel Wilk**
**Leslie Susan Marcus**

**Leslie Susan Marcus**
**Rachel Wilk** shape of
an...

**Zoe Wilk**
^^^hey yeah you were
literally never alone since
the second you existed
hehe

**Greg Sariti**
Stay Strong!!! Looks like so
many people have your back,
I'm one of them!

⌃ Hide 11 replies

**Leslie Susan Marcus**
**Greg Sariti** I know you
are and that is true. Alone
in my struggle is different
than lonely. I'm not lonely.

**James Evans III**
**Greg Sariti** is just kissing
ass after the Christmas
present you got him, the
t-shirt, " Riding with Biden
", your never alone
sweetheart!

**Greg Sariti**
**James Evans III**

**I AM THE GIRL**
who is always there for
people when they need a
friend. I'm also the girl
who faces many issues
alone, but will still do
anything to see someone
else smile.

Fuckology

**Lincoln/Marcus 2597**



| | |
|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224946886960752 |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 01/24/2021 - 02:14:18 AM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |



**Lincoln/Marcus 2599**



Website  **f** Facebook                                    Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL   https://www.facebook.com/10224946884720696

Source
IP+Date   157.240.11.35 - United States 🇺🇸 - 01/24/2021 - 02:14:17 AM (UTC)

Category   Photo By

Identifiers   [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence   Exact

Comments



**Lincoln/Marcus 2600**



Website    Facebook

URL    https://www.facebook.com/10224885322341675

Source
IP+Date    31.13.70.36 - United States 🇺🇸 - 01/15/2021 - 05:05:07 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments

Subject: Leslie Susan Marcus    File No.: 202105-800.1



Lincoln/Marcus 2601



Website   **f** Facebook                                    Subject: Leslie Susan Marcus            File No.: 202105-800.1

URL      https://www.facebook.com/10224885322061668

Source
IP+Date   157.240.11.35 - United States 🇺🇸 - 01/15/2021 - 05:05:06 PM (UTC)

Category   Photo By

Identifiers   [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence   Exact

Comments



**Lincoln/Marcus 2602**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224865197238560 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 01/12/2021 - 05:29:49 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2603**

| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224842237104571 | |
| Source | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 01/09/2021 - 08:43:22 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2604**



**Lincoln/Marcus 2605**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224821567787851 | | |
| Source | | | |
| IP+Date | 157.240.11.35 - United States 🇺🇸 - 01/06/2021 - 08:16:46 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2606**



**Lincoln/Marcus 2607**



**Lincoln/Marcus 2608**

Website  f Facebook

Subject: Leslie Susan Marcus       File No.: 202105-800.1

URL  https://www.facebook.com/10224745484285811

Source
IP+Date  157.240.11.35 - United States 🇺🇸 - 12/27/2020 - 06:02:55 PM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2609**



**Lincoln/Marcus 2610**

| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/10224730206623879 |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/25/2020 - 07:09:04 PM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus    File No.: 202105-800.1



| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224730201423749 | |
| Source | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 12/25/2020 - 07:08:25 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2612**

Website      Facebook                          Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL         https://www.facebook.com/10224730201103741

Source
IP+Date     31.13.70.36 - United States 🇺🇸 - 12/25/2020 - 07:08:25 PM (UTC)

Category    Photo By

Identifiers [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2613**

| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224730200303721 | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 12/25/2020 - 07:08:23 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2614**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224730200223719 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/25/2020 - 07:08:23 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2615**

Website **f** Facebook                                      Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL    https://www.facebook.com/10224688911351523

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 12/20/2020 - 11:14:08 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2616**

Website  **f** Facebook                                    Subject: Leslie Susan Marcus        File No.: 202105-800.1

URL  https://www.facebook.com/10224665591768548

Source
IP+Date  157.240.11.35 - United States 🇺🇸 - 12/17/2020 - 05:24:14 PM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Leslie Susan Marcus**
December 17, 2020 · 🌐

Today marks 3 years that a jackass hit me on the freeway leaving me permanently disabled with so many diagnoses. I will never get better. I still grieve for my past life and miss working horribly. Last Christmas I had heart surgery as a gift and this year I'm having an MRI of my cervical spine to check for Chiari Malformation. Yay December 26th!!!

😮😢👍 45                          46 Comments

👍 Like                    ↗ Share

**Ashley Knupp**
I have 2 friends that have Chiari Malformation, both of them had the surgery to fix it.

**Leslie Susan Marcus**
**Ashley Knupp** craniotomies? Wow. I can't believe you know 2 people with this. I'm struggling to find doctors who do

**Ashley Knupp**
**Leslie Susan Marcus** yes, I know it is crazy. I can get information from them for you.                    👍 1

**Leslie Susan Marcus**
**Ashley Knupp** thank you love I'm seeing a specialist now

**Ashley Knupp**
**Leslie Susan Marcus** oh awesome! That surgery is crazy. I helped out my one friend after hers.          👍 1

**Ashley Knupp**
Please keep me updated!          👍 1

**Leslie Susan Marcus**
**Ashley Knupp** it's bad right? After 2 heart surgeries now my brains are falling into my spinal column?

**Ashley Knupp**
**Leslie Susan Marcus** yes lady!! I don't like it at all!!

**Leslie Susan Marcus**
**Ashley Knupp** me either. Scared. Again.

**Lincoln/Marcus 2617**



**Lincoln/Marcus 2618**



Cara Hillyard
Leslie, I am so sorry to hear that you're going through all of this! I sincerely hope there will be a treatment that will provide some relief. Then maybe your inside feelings will match the prettiness outside. Xo

Leslie Susan Ma... · 1 Reply

Lincoln/Marcus 2619

| | | |
|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus   File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224660817889204 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/17/2020 - 01:07:22 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2620**



Website  **f** Facebook                                    Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL  https://www.facebook.com/10224651262810333

Source
IP+Date  157.240.11.35 - United States 🇺🇸 - 12/15/2020 - 07:10:52 PM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2621**

| Website | f Facebook | | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
|---|---|---|---|---|

URL https://www.facebook.com/10224628955972676

Source
IP+Date   31.13.70.36 - United States 🇺🇸 - 12/12/2020 - 11:22:49 PM (UTC)

Category   Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2622**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224608845789934 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/10/2020 - 01:04:56 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2623**

| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/10224608845269921 |
| Source | |
| IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/10/2020 - 01:04:54 AM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus     File No.: 202105-800.1



**Lincoln/Marcus 2624**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224608845109917 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/10/2020 - 01:04:54 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2625**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224431354552764 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 11/15/2020 - 05:55:43 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2626**



Clay's mustache was hilarious

😆 1

**Sheri Marcus**
I have always said if I got to choose a decade to live in, it would be the twenties.

**Leslie Susan Marcus**
**Sheri Marcus** me too!! We had the choice of any decade and chose the 20s:)

❤ 1

**Debbie Orgill**
Hey beauties🌹

👍 1

**James Evans III**
No masks ?

**Leslie Susan Marcus**
**James Evans III** not for pictures

**Rob Stevens**
Super spreaders!!!!!!!!!!!!!!lmao you know I can't pass this opportunity up!!!

😆 1

**Teagan LeAnn**
**Rob Stevens** I'm happy to inform you that no one caught covid at the party. It has been over 14 days, in contact with everyone and no one was sick!

😮😆 2

**Jim Gress**
Happy b   👍 2

**David Shook**
Very good looking young women

👍 1

**Lincoln/Marcus 2627**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224406425849562 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 11/12/2020 - 05:50:56 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2628**



**Lincoln/Marcus 2629**



experience

😜 2

**Laura Samojlowicz**
**Leslie Susan Marcus**
yes, online college would
be difficult, the
experience is truly 1/2 of
it

👍 1

**Laura Samojlowicz**
**Krista Pine** yes it is hard!
I was thankful for the few
weeks we had and
summer weather too. This
is going to be a hard
winter for kids as well as
adults. We need a bit of
social interaction

👍 1

**Sheri Marcus**
North Dakota is allowing COVID
positive Medical Professionals
to care for COVID positive
patients due to staffing
shortages. 😕

**Krista Pine**
**Sheri Marcus** - Yep. Out
of desperation. People
don't seem to understand
that bed capacity is only
one factor used to
measure access to
healthcare. Medical
professionals are sick and
dying. 1500 nurses so far
and counting. Our
providers do not grow on
t... **See more**

👍😜 5

**Krista Pine**
And they are killing
themselves too

👍😜 2

**Krista Pine**
Kelly Judge - seriously
WTF?

**Krista Pine**
"Recovered"

**Leslie Susan Marcus**
**Krista Pine** what are they
supposed to say? No
longer have Covid but
may have issues for the
rest of their lives?

👍 1

**Krista Pine**
No but it should be in
quotes

😆 1

**Krista Pine**
We have absolutely NO
clue what the long term
effects are from Covid. We
know other viruses,
including other
coronaviruses, can cause
lifelong health issues so
it's not a far reach to
assume this particular
coronavirus does as well.

👍 1

**Lincoln/Marcus 2630**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |

URL    https://www.facebook.com/10224312907511662

Source
IP+Date    31.13.70.36 - United States 🇺🇸 - 11/01/2020 - 01:21:25 AM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2631**

| | | |
|---|---|---|
| Website | f **Facebook** | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224312906791644 | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 11/01/2020 - 01:21:23 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2632**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224227878505990 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 10/20/2020 - 11:35:31 PM (UTC) | | |
| Category | Photos Of | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2633**



Dan Kachinski
Seasonal Disorder lol

Dan Kachinski
Ive certainly missed you 😊

Leslie Susan Marcus
Dan Kachinski you ok?
I'm like shit myself. I've
missed you too 💜

Athena Benjamin
I miss your face!!

Leslie Susan Marcus
Athena Benjamin I miss
your face!!!!

Dan Kachinski
Lovely 😊
👍 1

Carrie Muti Holland
Beautiful ❤️ ❤️
👍 1

Lincoln/Marcus 2634

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225848847189194 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/17/2021 - 03:28:00 AM (UTC) | | |
| Category | Video Uploaded | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2635**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225782157561995 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/08/2021 - 11:32:00 PM (UTC) | | |
| Category | Post Made | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2636**



| | |
|---|---|
| Website | f Facebook |
| URL | https://www.facebook.com/10225694185642752 |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/26/2021 - 09:01:00 PM (UTC) |
| Category | Post Made |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus    File No.: 202105-800.1



**Lincoln/Marcus 2638**



**Lincoln/Marcus 2639**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225668335276509 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 04/23/2021 - 04:26:00 AM (UTC) | | |
| Category | Post Made | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2640**



| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582587532869 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 09:49:00 PM (UTC) | |
| Category | Post Made | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2642**



**Lincoln/Marcus 2643**

| | | | |
|---|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225560682545258 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/09/2021 - 02:10:00 AM (UTC) | | |
| Category | Post Made | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2644**



**Lincoln/Marcus 2645**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett/about | |
| Source | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 | |
| Category | About | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |





**Lincoln/Marcus 2646**



**Lincoln/Marcus 2647**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett/photos | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 | |
| Category | Photos | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2648**

| | | | | |
|---|---|---|---|---|
| Website | Facebook | | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett/events | | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 | | | |
| Category | Events | | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | | |
| Confidence | Exact | | | |
| Comments | | | | |



**Lincoln/Marcus 2649**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett/reviews | |
| Source | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 | |
| Category | Reviews | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |





**Lincoln/Marcus 2650**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett/videos | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 | | |
| Category | Videos | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2651**

| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/Leslie-Susan-Marcus-101402154550566 | |
| Source | | |
| IP+Date | 157.240.11.35 - United States 🇺🇸 | |
| Category | Article | |
| Identifiers | [Leslie Susan Marcus], [Leslie.Susan.Marcus], [Life], [Leslie-Susan-Marcus-101402154550566], [Manually Added] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2652**



**Lincoln/Marcus 2653**





## CONFIDENTIAL INVESTIGATIVE REPORT
### May 7, 2021

| Attn: Charles Martin<br>Lincoln Financial Group<br>100 Liberty Way<br>Dover, NH 03820 | YOUR FILE NO. | 9303113 |
|---|---|---|
| | OTHER FILE NO. | Moore, C |
| | OUR FILE NO. | 202105-800.1 |
| | INSURED/EMPLOYER | Balfour Beatty Investments |
| | ASSIGNMENT OPEN | 5/5/2020 |
| TYPE OF CLAIM | Disability | |
| REPORTED INJURY | Embolism | |
| DATE OF LOSS | 04/13/2019 | |
| INVESTIGATOR | Briana Weigle | |
| DATES OF INVESTIGATION | 05/07/2021 | |

| CLAIMANT | |
|---|---|
| NAME: | Leslie Marcus |
| ADDRESS: | |
| DOB: | |

| PHOTO IDENTIFICATION |
|---|



**Lincoln/Marcus 2655**

| SUMMARY |
|---|

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, Myspace, Twitter, Google, and YouTube. **Matches were located on the following sites: Facebook, Myspace, Pinterest, LinkedIn, Google**

Please note that during our investigation, databases were reviewed for potential leads and employment/business activity, with no results.

A Facebook profile was located for the claimant. The most recent visible post appears to be 20 hours ago, posted on May 6, 2020. The claimant has multiple posts consisting of rides through Arizona, taking her dogs to the mountains to play, going sailing, decorating for the holidays, spending holidays and birthdays with family and friends, and redoing rooms in her home. The profile is public but appears to be private prior to October 2020.

A second profile was located for the claimant. It is a public page, listing the claimant as an artist. Many of the posts consist of the same photos and posts that the claimant posted on her personal profile, with a few photos of beads for advertising her business.

A Facebook associated to the claimant's sister, Sheri Marcus, was located. There is no relevant information associated to the claiamnt was found.

A LinkedIn profile was located for the claimant. The profile states that as of August 2019 – Present the claimant is currently "Taking a break from the real world." September 2015 – June 2019 the claimant listed their employment as a Regional Manager with Balfour Beatty Communities.

An Instagram was located for the claimant. The page is public with 378 posts. The most recent post was posted 1 hour ago. It appears the claimant creates jewelry with beads and sells it. There was also a website link provided on the profile. There were several posts that showed the claimant active since the DOL, including tickets to a show.

An Etsy shop for the claimant was found and advertised on the claimants Instagram page. The shop is called Bettysbeads0828 and appears to be owned by the claimant. The claimant makes and sells items including but not limited to jewelry made from beads and pendants. The page states that it was last updated on April 18, 2021.

Search criteria included variations of names, places of residence, telephone numbers and other information.



| ANALYSIS |
|---|

- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence .

- Directory assistance lists the provided phone number for the claimant                          as a mobile number registered in

- Positive matches were located on the claimant through Facebook, Pinterest, LinkedIn, Google, Myspace.

Name: Leslie Marcus
Claim Number: 9303113                                                           3

**Lincoln/Marcus 2657**

## Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of
.



Name: Leslie Marcus
Claim Number: 9303113                                          4

**Lincoln/Marcus 2658**



Name: Leslie Marcus
Claim Number: 9303113                                                    5

**Lincoln/Marcus 2659**



## Directory Assistance

An online directory assistance search revealed the claimant's phone number of as a mobile number registered in Litchfield Park, AZ.



## Social Networking

### Facebook

A Facebook profile was located for the claimant. The most recent visible post appears to be 20h ago, posted on May 6, 2020. The claimant has multiple posts consisting of rides through Arizona, taking her dogs to the mountains to play, going sailing, decorating for the holidays, spending holidays and birthdays with family and friends, and redoing rooms in her home. The profile is public but appears to be private prior to October 2020. A second profile was located for the claimant. It is a public page, listing the claimant as an artist. Many of the posts consist of the same photos and posts that the claimant posted on her personal profile, with a few photos of beads for advertising her business.

https://www.facebook.com/leslie.m.kellett





Name: Leslie Marcus
Claim Number: 9303113

8

**Lincoln/Marcus 2662**



Name: Leslie Marcus
Claim Number: 9303113

9

**Lincoln/Marcus 2663**





Name: Leslie Marcus
Claim Number: 9303113                                                     11

**Lincoln/Marcus 2665**







Name: Leslie Marcus
Claim Number: 9303113                                          14

**Lincoln/Marcus 2668**





I don't have the luxury to be an anti-vaxxer or anti-mask. My life depends on it.

Check your ableism privilege at the door.

Name: Leslie Marcus
Claim Number: 9303113

16

**Lincoln/Marcus 2670**



Name: Leslie Marcus
Claim Number: 9303113

17

**Lincoln/Marcus 2671**



Name: Leslie Marcus
Claim Number: 9303113                                                                            18

**Lincoln/Marcus 2672**



Leslie Susan Marcus
November 15, 2020 · 🌐

Happy birthday Teagan LeAnn I love you sunshine!!

Name: Leslie Marcus
Claim Number: 9303113

19

**Lincoln/Marcus 2673**



A second Facebook profile was located for the claimant :

URL : https://www.facebook.com/Leslie-Susan-Marcus-101402154550566

Name: Leslie Marcus
Claim Number: 9303113                                                        20

**Lincoln/Marcus 2674**



Name: Leslie Marcus
Claim Number: 9303113                                    21

**Lincoln/Marcus 2675**





**Leslie Susan Marcus**
December 17, 2020 · 🌐

Today marks 3 years that a jackass hit me on the freeway leaving me permanently disabled with so many diagnoses. I will never get better. I still grieve for my past life and miss working horribly. Last Christmas I had heart surgery as a gift and this year I'm having an MRI of my cervical spine to check for Chiari Malformation.
Yay December 26th!!!

Name: Leslie Marcus
Claim Number: 9303113                                                  23

**Lincoln/Marcus 2677**















Name: Leslie Marcus
Claim Number: 9303113

30

**Lincoln/Marcus 2684**



Name: Leslie Marcus
Claim Number: 9303113                                        31

**Lincoln/Marcus 2685**







Name: Leslie Marcus
Claim Number: 9303113                                    34

**Lincoln/Marcus 2688**



Name: Leslie Marcus
Claim Number: 9303113                                    35

**Lincoln/Marcus 2689**



Name: Leslie Marcus
Claim Number: 9303113

36

Lincoln/Marcus 2690







Name: Leslie Marcus
Claim Number: 9303113

39

**Lincoln/Marcus 2693**



A Facebook associated to the claimant's sister, Sheri Marcus, was located. There is no relevant information associated to the claiamnt was found.

www.facebook.com/sheri.marcus1

Name: Leslie Marcus
Claim Number: 9303113                                                                                        40



### Sheri Marcus



**About**

Overview

Work and Education

Places Lived

Contact and Basic Info

Family and Relationships

Details About Sheri

Life Events

Encaustic Painter at Sheri Marcus, Encaustic

Studied MFA painting at Academy of Art University, San Francisco
Graduated in 2008

Lives in Playa Vista, California

From Scranton, Pennsylvania

Married

**Twitter**
No profiles associated with the claimant were located.

**LinkedIn**
A LinkedIn profile was located for the claimant. The profile states that as of August 2019 – Present the claimant is currently "Taking a break from the real world." September 2015 – June 2019 the claimant listed their employment as a Regional Manager with Balfour Beatty Communities.

Name: Leslie Marcus
Claim Number: 9303113                                                    41

https://www.linkedin.com/in/leslie-marcus-38ab70a1/



Leslie Marcus · 3rd

Taking a break from the real world 💜☆ at Life

Greater Phoenix Area · 500+ connections · Contact info

Life

AZ School of Real Estate and Business

## About

Raised on the East coast, AZ summers took some getting used to. I started my career in RE after a much too long gig in Retail. I was fortunate to have found an amazing mentor in multi-family Real Estate to help teach me the core principles of the ever changing industry. In 2006 I had an opportunity to open and develop from the ground up a single family home rental business for a RE Agency. From there I was able to gain experience in creative problem solving; in that environment I transitioned to working with all aspects of running the organization including acting as the Designated Broker.

I have a very diverse career in fee management, single family home management, directing and designing construction projects,leading teams, acquisitions, sales, securitization of OPM and asset management. I am looking for the next challenge!

Name: Leslie Marcus
Claim Number: 9303113

42

**Lincoln/Marcus 2696**



## Activity

12,457 followers

Chris Shearin I never said it was. Don't fight just for the sake of fighting, it's sad
Leslie replied to a comment

Nothing to do with LinkedIn at all. I remember when this was a place to...
Leslie replied to a comment

Ben Shoffner 😊😊😊
Leslie replied to a comment

Fred Key yes you are so right, they are the ones who stormed your home a...
Leslie replied to a comment

See all activity

## Experience

**Taking a break from the real world 💜⭐**
Life
Aug 2019 – Present · 1 yr 10 mos
Self

**Regional Manager**
Balfour Beatty Communities
Sep 2015 – Jun 2019 · 3 yrs 10 mos

Regional Manager for the Northern Group housing consisting of 5,000 SF units spanning 6 MSAs and 4 states in the Air Force. Specializing in Privatized military housing, my group is currently in year 3 of the IDP of a 50 year land lease. BBC focuses on brand development and working through SMART core principals of business through the 51,000 units we manage. Award winni ...see more

**Director of Operations**
Caliber Companies
Aug 2014 – Aug 2015 · 1 yr 1 mo

Oversee many aspects of development, real estate and best business practices of an Inc. 500 Organization focusing on attracting elite individuals in the industry for the growth and maturation

Name: Leslie Marcus
Claim Number: 9303113                                                  43

**Lincoln/Marcus 2697**



**Regional Asset Manager**
Progress Residential
May 2013 – Aug 2014 · 1 yr 4 mos

Oversee all aspects of managing over 7,000 single family homes in 16 unique MSAs spanning 7 states as well as 17 ePMs. As the REIT grew the acquisitions of the single family assets in my region from 1600 to over 5000 units in over a year, I was able to increase revenue exponentially through changes in 3rd party ePMs as well as increasing occupancy to 92.66% and dec ...see more



**Director of Operations**
Current Realty Solutions
Dec 2007 – Dec 2013 · 6 yrs 1 mo
Chandler AZ

Oversee all aspects of the business and real estate operations, as the company grew the single family home division from 18 to 300 units in two years I was able to sell renovated homes profiting over $2.5m from 2010-2012. Procure multi-family site building from shell to 100% occupancy while handled problem solving for all aspects of organization. Assumed the ...see more

Show 2 more experiences ⌄

## Education



**AZ School of Real Estate and Business**
Designated Broker

**University of Scranton**
Business Administration and Management, General

## Licenses & certifications



**Designated Broker**





**YouTube**
No profiles associated with the claimant were located.

**Instagram**
An Instagram was located for the claimant. The page is public with 378 posts. The most recent post was posted 1 hour ago. It appears the claimant creates jewelry with beads and sells it. There was also a website link provided on the profile. There were several posts that showed the claimant active since the DOL, including tickets to a show.

https://www.instagram.com/lesliemarcus99/



Name: Leslie Marcus
Claim Number: 9303113                                                           47

**Lincoln/Marcus 2701**







Name: Leslie Marcus
Claim Number: 9303113                                    50

**Lincoln/Marcus 2704**









Name: Leslie Marcus

Claim Number: 9303113

54

**Lincoln/Marcus 2708**







Name: Leslie Marcus
Claim Number: 9303113                                                57

**Lincoln/Marcus 2711**





Name: Leslie Marcus
Claim Number: 9303113

59

**Lincoln/Marcus 2713**











Name: Leslie Marcus
Claim Number: 9303113                                                     62

**Lincoln/Marcus 2716**



  

  

  



Name: Leslie Marcus
Claim Number: 9303113

65

**Lincoln/Marcus 2719**



Name: Leslie Marcus
Claim Number: 9303113                                           66

**Lincoln/Marcus 2720**







Name: Leslie Marcus
Claim Number: 9303113                                                69

**Lincoln/Marcus 2723**



**Myspace**

No profiles associated with the claimant were located.

**Pinterest**

A Pinterest profile associated with the claimant's name was located.

*(Other Online Sources)*

An Etsy shop for the claimant was found and advertised on the claimants Instagram page. The shop is called Bettysbeads0828 and appears to be owned by the claimant.The claimant makes and sells items including but not limited to jewelery made from beads and pendants. The page states that it was last updated on April 18, 2021.

https://www.etsy.com/shop/Bettysbeads0828



Name: Leslie Marcus
Claim Number: 9303113

71

**Lincoln/Marcus 2725**



## News Articles

None located

**Email**

LKELLETT@ROCHESTER.RR.COM
LCARLESS@CENTURYLINK.NET
LESLIE@CRSPROPERTY.COM

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

| Enclosures |
|---|

1. None

**END OF REPORT**

Name: Leslie Marcus
Claim Number: 9303113                                                              73

**Lincoln/Marcus 2727**

# COVENTBRIDGE GROUP
## THINK TRUTH

### CONFIDENTIAL INVESTIGATIVE REPORT
**May 7, 2021**

| Attn: Charles Martin Lincoln Financial Group 100 Liberty Way Dover, NH 03820 | YOUR FILE NO. | 9303113 |
| | OTHER FILE NO. | Moore, C |
| | OUR FILE NO. | 202105-800.1 |
| | INSURED/EMPLOYER | Balfour Beatty Investments |
| | ASSIGNMENT OPEN | 5/5/2020 |
| TYPE OF CLAIM | | Disability |
| REPORTED INJURY | | Embolism |
| DATE OF LOSS | | 04/13/2019 |
| INVESTIGATOR | | Briana Weigle |
| DATES OF INVESTIGATION | | 05/07/2021 |

| CLAIMANT | |
| --- | --- |
| NAME: | Leslie Marcus |
| ADDRESS: | |
| DOB: | |

| PHOTO IDENTIFICATION |
| --- |



9485 Regency Square Blvd, Suite 200 | Jacksonville, FL 32225 | 888-932-7364 | http://coventbridge.com

**Lincoln/Marcus 2728**

| SUMMARY |
|---|

A search was completed using but not limited to database sources Google, Bing, Facebook, Pinterest, Instagram, LinkedIn, Myspace, Twitter, Google, and YouTube. **Matches were located on the following sites: Facebook, Myspace, Pinterest, LinkedIn, Google**

Please note that during our investigation, databases were reviewed for potential leads and employment/business activity, with no results.

A Facebook profile was located for the claimant. The most recent visible post appears to be 20 hours ago, posted on May 6, 2020. The claimant has multiple posts consisting of rides through Arizona, taking her dogs to the mountains to play, going sailing, decorating for the holidays, spending holidays and birthdays with family and friends, and redoing rooms in her home. The profile is public but appears to be private prior to October 2020.

A second profile was located for the claimant. It is a public page, listing the claimant as an artist. Many of the posts consist of the same photos and posts that the claimant posted on her personal profile, with a few photos of beads for advertising her business.

A Facebook associated to the claimant's sister, Sheri Marcus, was located. There is no relevant information associated to the claiamnt was found.

A LinkedIn profile was located for the claimant. The profile states that as of August 2019 – Present the claimant is currently "Taking a break from the real world." September 2015 – June 2019 the claimant listed their employment as a Regional Manager with Balfour Beatty Communities.

An Instagram was located for the claimant. The page is public with 378 posts. The most recent post was posted 1 hour ago. It appears the claimant creates jewelry with beads and sells it. There was also a website link provided on the profile. There were several posts that showed the claimant active since the DOL, including tickets to a show.

An Etsy shop for the claimant was found and advertised on the claimants Instagram page. The shop is called Bettysbeads0828 and appears to be owned by the claimant. The claimant makes and sells items including but not limited to jewelry made from beads and pendants. The page states that it was last updated on April 18, 2021.

Search criteria included variations of names, places of residence, telephone numbers and other information.

Name: Leslie Marcus
Claim Number: 9303113                                                    2

**Lincoln/Marcus 2729**

| ANALYSIS |
| --- |



- A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's residence
.

- Directory assistance lists the provided phone number for the claimant              as a mobile number registered in Litchfield Park, AZ.

- Positive matches were located on the claimant through Facebook, Pinterest, LinkedIn, Google, Myspace.

Name: Leslie Marcus
Claim Number: 9303113                                              3

## SOURCES

### Mapping

A search of Google Maps produced a satellite image and a map of the area surrounding the claimant's listed address of
.



Name: Leslie Marcus
Claim Number: 9303113                                                4

**Lincoln/Marcus 2731**



Name: Leslie Marcus
Claim Number: 9303113                                            5

**Lincoln/Marcus 2732**



**Directory Assistance**

An online directory assistance search revealed the claimant's phone number of _____ as a mobile number registered in Litchfield Park, AZ.



**Social Networking**

**Facebook**

A Facebook profile was located for the claimant. The most recent visible post appears to be 20h ago, posted on May 6, 2020. The claimant has multiple posts consisting of rides through Arizona, taking her dogs to the mountains to play, going sailing, decorating for the holidays, spending holidays and birthdays with family and friends, and redoing rooms in her home. The profile is public but appears to be private prior to October 2020. A second profile was located for the claimant. It is a public page, listing the claimant as an artist. Many of the posts consist of the same photos and posts that the claimant posted on her personal profile, with a few photos of beads for advertising her business.

https://www.facebook.com/leslie.m.kellett



### Leslie Susan Marcus

I don't have a short temper, I just have a quick reaction to bullshit 💜😄🫶💚😄👰



Name: Leslie Marcus
Claim Number: 9303113                                                                 8







Name: Leslie Marcus

Claim Number: 9303113                                                          11

**Lincoln/Marcus 2738**







Name: Leslie Marcus
Claim Number: 9303113

14

**Lincoln/Marcus 2741**



Name: Leslie Marcus
Claim Number: 9303113                                                     15

**Lincoln/Marcus 2742**



I don't have the luxury to be an anti-vaxxer or anti-mask. My life depends on it.

Check your ableism privilege at the door.

Name: Leslie Marcus
Claim Number: 9303113

16

**Lincoln/Marcus 2743**



Name: Leslie Marcus
Claim Number: 9303113                                    17

**Lincoln/Marcus 2744**



Name: Leslie Marcus
Claim Number: 9303113

18

**Lincoln/Marcus 2745**



**Leslie Susan Marcus**
November 15, 2020 · 🌐

Happy birthday Teagan LeAnn I love you sunshine!!

Name: Leslie Marcus
Claim Number: 9303113

19

**Lincoln/Marcus 2746**



A second Facebook profile was located for the claimant :

URL : https://www.facebook.com/Leslie-Susan-Marcus-101402154550566

Name: Leslie Marcus
Claim Number: 9303113                                                   20

**Lincoln/Marcus 2747**



Name: Leslie Marcus
Claim Number: 9303113

21





Name: Leslie Marcus
Claim Number: 9303113                                      23

                                        **Lincoln/Marcus 2750**









Leslie Susan Marcus
June 8, 2020 · 🌐

#pride month www.bettysbeads0828.store

👍 Like          💬 Comment          ↪ Share

Name: Leslie Marcus
Claim Number: 9303113

27

**Lincoln/Marcus 2754**



Leslie Susan Marcus
May 25, 2020 · 🌐

Good isolation day.

👍 Like        💬 Comment        ↪ Share

Name: Leslie Marcus
Claim Number: 9303113                                                28

**Lincoln/Marcus 2755**





Name: Leslie Marcus
Claim Number: 9303113                                                                30

**Lincoln/Marcus 2757**



Name: Leslie Marcus
Claim Number: 9303113

31

**Lincoln/Marcus 2758**







Name: Leslie Marcus
Claim Number: 9303113                                                    34

**Lincoln/Marcus 2761**



Leslie Susan Marcus
November 24, 2019 ·

Well. I did this today...









Name: Leslie Marcus
Claim Number: 9303113                                    39

**Lincoln/Marcus 2766**



A Facebook associated to the claimant's sister, Sheri Marcus, was located. There is no relevant information associated to the claiamnt was found.

www.facebook.com/sheri.marcus1

Name: Leslie Marcus
Claim Number: 9303113                                                        40



**Sheri Marcus**



| About | |
|---|---|
| Overview | 💼 Encaustic Painter at Sheri Marcus, Encaustic |
| Work and Education | 🎓 Studied MFA painting at Academy of Art University, San Francisco<br>Graduated in 2008 |
| Places Lived | 🏠 Lives in Playa Vista, California |
| Contact and Basic Info | 📍 From Scranton, Pennsylvania |
| Family and Relationships | ❤️ Married |
| Details About Sheri | |
| Life Events | |

<u>Twitter</u>

No profiles associated with the claimant were located.

<u>LinkedIn</u>

A LinkedIn profile was located for the claimant. The profile states that as of August 2019 – Present the claimant is currently "Taking a break from the real world." September 2015 – June 2019 the claimant listed their employment as a Regional Manager with Balfour Beatty Communities.

Name: Leslie Marcus

Claim Number: 9303113                                                    41

**Lincoln/Marcus 2768**

https://www.linkedin.com/in/leslie-marcus-38ab70a1/



## About

Raised on the East coast, AZ summers took some getting used to. I started my career in RE after a much too long gig in Retail. I was fortunate to have found an amazing mentor in multi-family Real Estate to help teach me the core principles of the ever changing industry. In 2006 I had an opportunity to open and develop from the ground up a single family home rental business for a RE Agency. From there I was able to gain experience in creative problem solving; in that environment I transitioned to working with all aspects of running the organization including acting as the Designated Broker.

I have a very diverse career in fee management, single family home management, directing and designing construction projects,leading teams, acquisitions, sales, securitization of OPM and asset management. I am looking for the next challenge!

Name: Leslie Marcus
Claim Number: 9303113                                                        42

**Lincoln/Marcus 2769**



Activity

12,457 followers

Chris Shearin I never said it was. Don't fight just for the sake of fighting, it's sad
Leslie replied to a comment

Nothing to do with LinkedIn at all. I remember when this was a place to...
Leslie replied to a comment

Ben Shoffner 😊😊😊
Leslie replied to a comment

Fred Key yes you are so right, they are the ones who stormed your home a...
Leslie replied to a comment

See all activity

Experience

Taking a break from the real world 💜⭐
Life
Aug 2019 – Present · 1 yr 10 mos
Self

Regional Manager
Balfour Beatty Communities
Sep 2015 – Jun 2019 · 3 yrs 10 mos

Regional Manager for the Northern Group housing consisting of 5,000 SF units spanning 6 MSAs and 4 states in the Air Force. Specializing in Privatized military housing, my group is currently in year 3 of the IDP of a 50 year land lease. BBC focuses on brand development and working through SMART core principals of business through the 51,000 units we manage. Award winnin ...see more

Director of Operations
Caliber Companies
Aug 2014 – Aug 2015 · 1 yr 1 mo

Oversee many aspects of development, real estate and best business practices of an Inc. 500 Organization focusing on attracting elite individuals in the industry for the growth and maturation

Name: Leslie Marcus
Claim Number: 9303113                                                        43

**Lincoln/Marcus 2770**



**Regional Asset Manager**
Progress Residential
May 2013 – Aug 2014 · 1 yr 4 mos

Oversee all aspects of managing over 7,000 single family homes in 16 unique MSAs spanning 7 states as well as 17 ePMs. As the REIT grew the acquisitions of the single family assets in my region from 1600 to over 5000 units in over a year, I was able to increase revenue exponentially through changes in 3rd party ePMs as well as increasing occupancy to 92.66% and dec ...see more



**Director of Operations**
Current Realty Solutions
Dec 2007 – Dec 2013 · 6 yrs 1 mo
Chandler AZ

Oversee all aspects of the business and real estate operations, as the company grew the single family home division from 18 to 300 units in two years I was able to sell renovated homes profiting over $2.5m from 2010-2012. Procure multi-family site building from shell to 100% occupancy while handled problem solving for all aspects of organization. Assumed the ...see more

Show 2 more experiences ⌄

## Education



**AZ School of Real Estate and Business**
Designated Broker

**University of Scranton**
Business Administration and Management, General

## Licenses & certifications



**Designated Broker**

Name: Leslie Marcus
Claim Number: 9303113                                                              44

**Lincoln/Marcus 2771**





**YouTube**
No profiles associated with the claimant were located.

Name: Leslie Marcus
Claim Number: 9303113                                             46

**Lincoln/Marcus 2773**

## Instagram

An Instagram was located for the claimant. The page is public with 378 posts. The most recent post was posted 1 hour ago. It appears the claimant creates jewelry with beads and sells it. There was also a website link provided on the profile. There were several posts that showed the claimant active since the DOL, including tickets to a show.

https://www.instagram.com/lesliemarcus99/



Name: Leslie Marcus
Claim Number: 9303113

47

**Lincoln/Marcus 2774**



Name: Leslie Marcus
Claim Number: 9303113                                                48

**Lincoln/Marcus 2775**



Case 2:24-cv-00228-ROS    Document 21-11    Filed 02/07/25    Page 315 of 380



Name: Leslie Marcus
Claim Number: 9303113

50

**Lincoln/Marcus 2777**



Name: Leslie Marcus
Claim Number: 9303113

51

**Lincoln/Marcus 2778**



Name: Leslie Marcus
Claim Number: 9303113                                    52

**Lincoln/Marcus 2779**



Name: Leslie Marcus
Claim Number: 9303113

53

**Lincoln/Marcus 2780**





Name: Leslie Marcus
Claim Number: 9303113

55

**Lincoln/Marcus 2782**



Name: Leslie Marcus
Claim Number: 9303113                                                  56

**Lincoln/Marcus 2783**



Name: Leslie Marcus
Claim Number: 9303113                                                57

**Lincoln/Marcus 2784**



Name: Leslie Marcus
Claim Number: 9303113

58

**Lincoln/Marcus 2785**



Name: Leslie Marcus
Claim Number: 9303113                                        59

**Lincoln/Marcus 2786**



Name: Leslie Marcus
Claim Number: 9303113                                          60

**Lincoln/Marcus 2787**



Name: Leslie Marcus
Claim Number: 9303113

61

**Lincoln/Marcus 2788**

  

  

  

Name: Leslie Marcus
Claim Number: 9303113

62

**Lincoln/Marcus 2789**













Name: Leslie Marcus
Claim Number: 9303113

64

**Lincoln/Marcus 2791**



Name: Leslie Marcus
Claim Number: 9303113                                                                          65

**Lincoln/Marcus 2792**



Name: Leslie Marcus
Claim Number: 9303113                                                    66

**Lincoln/Marcus 2793**



Name: Leslie Marcus
Claim Number: 9303113

67

**Lincoln/Marcus 2794**



Name: Leslie Marcus

Claim Number: 9303113

68

**Lincoln/Marcus 2795**



Name: Leslie Marcus
Claim Number: 9303113

69

**Lincoln/Marcus 2796**



**Myspace**
No profiles associated with the claimant were located.

**Pinterest**
A Pinterest profile associated with the claimant's name was located.

Name: Leslie Marcus
Claim Number: 9303113

70

**Lincoln/Marcus 2797**

### (Other Online Sources)

An Etsy shop for the claimant was found and advertised on the claimants Instagram page. The shop is called Bettysbeads0828 and appears to be owned by the claimant.The claimant makes and sells items including but not limited to jewelery made from beads and pendants. The page states that it was last updated on April 18, 2021.

https://www.etsy.com/shop/Bettysbeads0828



Name: Leslie Marcus
Claim Number: 9303113

71

**Lincoln/Marcus 2798**



**Returns & exchanges**

**I gladly accept returns, exchanges, and cancellations**

Contact me within: 3 days of delivery

Ship items back within: 7 days of delivery

Request a cancellation within: 2 days of purchase

**The following items can't be returned or exchanged**

Because of the nature of these items, unless they arrive damaged or defective, I can't accept returns for:

- Custom or personalized orders
- Perishable products (like food or flowers)
- Digital downloads
- Intimate items (for health/hygiene reasons)

**Conditions of return**

Buyers are responsible for return shipping costs. If the item is not returned in its original condition, the buyer is responsible for any loss in value.

**Questions about your order?**

Please contact me if you have any problems with your order.

## News Articles

None located

Name: Leslie Marcus

Claim Number: 9303113

72

**Lincoln/Marcus 2799**

**Email**
LKELLETT@ROCHESTER.RR.COM
LCARLESS@CENTURYLINK.NET
LESLIE@CRSPROPERTY.COM

This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from publicly available sources. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report.

**Enclosures**

1. None

**END OF REPORT**

Name: Leslie Marcus
Claim Number: 9303113                                                                 73

**Lincoln/Marcus 2800**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 | | |
| Category | Social Media Profile | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2801**



**Lincoln/Marcus 2802**



**Lincoln/Marcus 2803**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website    **f** Facebook

URL    https://www.facebook.com/10225842602433079

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 05/16/2021 - 02:22:17 AM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2804**

Website    f Facebook        Subject: Leslie Susan Marcus      File No.: 202105-800.1

URL    https://www.facebook.com/10225782156081958

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 05/08/2021 - 11:32:11 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2805**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

URL    https://www.facebook.com/10225773551706854

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 05/07/2021 - 06:06:45 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2806**

| | |
|---|---|
| Website    **f** Facebook | Subject: Leslie Susan Marcus      File No.: 202105-800.1 |

URL    https://www.facebook.com/10225767640919088

Source

IP+Date    31.13.70.36 - United States 🇺🇸 - 05/06/2021 - 08:41:58 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2807**



| | | | |
|---|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225767640439076 | | |
| Source IP+Date | 157.240.11.35 - United States - 05/06/2021 - 08:41:57 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2808**



Website    f Facebook                                  Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL    https://www.facebook.com/10225767640319073

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 05/06/2021 - 08:41:56 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2809**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225708184952726 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/28/2021 - 05:39:12 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2810**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225702383487693 | | |

Source
IP+Date   31.13.70.36 - United States 🇺🇸 - 04/27/2021 - 05:52:18 PM (UTC)

Category   Photo By

Identifiers   [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence   Exact

Comments



**Lincoln/Marcus 2811**

| | |
|---|---|
| Website | Facebook |
| URL | https://www.facebook.com/10225702383287688 |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 04/27/2021 - 05:52:17 PM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus          File No.: 202105-800.1



**Lincoln/Marcus 2812**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225694178482573 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/26/2021 - 02:58:37 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2813**



| | | |
|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225694178362570 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/26/2021 - 02:58:37 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2814**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225668330436388 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/22/2021 - 10:25:20 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2815**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582580052682 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:21 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2816**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582579892678 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:21 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2817**

| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225582579372665 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:19 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2818**

| | |
|---|---|
| Website | **f** Facebook |

Subject: Leslie Susan Marcus          File No.: 202105-800.1

| | |
|---|---|
| URL | https://www.facebook.com/10225582579052657 |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 04/11/2021 - 03:47:19 PM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |



**Lincoln/Marcus 2819**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website    Facebook

URL    https://www.facebook.com/10225582578572645

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:17 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2820**

| | |
|---|---|
| Website  **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL  https://www.facebook.com/10225582578452642 | |

Source
IP+Date   157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 03:47:17 PM (UTC)

Category   Photo By

Identifiers   [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence   Exact

Comments



**Lincoln/Marcus 2821**



Website   f   Facebook        Subject: Leslie Susan Marcus     File No.: 202105-800.1

URL   https://www.facebook.com/10225574647334369

Source

IP+Date   31.13.70.36 - United States 🇺🇸 - 04/10/2021 - 11:07:41 PM (UTC)

Category   Photo By

Identifiers   [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence   Exact

Comments



**Lincoln/Marcus 2822**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225574647214366 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/10/2021 - 11:07:41 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2823**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225560665864841 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/08/2021 - 08:08:05 PM (UTC) | |
| Category | Photo By | |

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2824**

| | | | | |
|---|---|---|---|---|
| Website | **f** Facebook | | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225560665544833 | | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/08/2021 - 08:08:05 PM (UTC) | | | |
| Category | Photo By | | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | | |
| Confidence | Exact | | | |
| Comments | | | | |



| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website  Facebook

URL  https://www.facebook.com/10225503859844726

Source
IP+Date  157.240.11.35 - United States 🇺🇸 - 04/01/2021 - 12:52:20 AM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2826**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483561217273 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:51:00 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2827**

| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/10225483560857264 |
| Source | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:50:58 AM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus          File No.: 202105-800.1



**Lincoln/Marcus 2828**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483560737261 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:50:58 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2829**

Website    **f** Facebook                Subject: Leslie Susan Marcus       File No.: 202105-800.1

URL    https://www.facebook.com/10225483560297250

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:57 AM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2830**



| | | | |
|---|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483559857239 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/29/2021 - 01:50:55 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2831**



| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225483559617233 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:55 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2832**



| | |
|---|---|
| Website | **f** Facebook |
| URL | https://www.facebook.com/10225483559297225 |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:53 AM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus          File No.: 202105-800.1



| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/10225483559097220 |
| Source | |
| IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/29/2021 - 01:50:53 AM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus    File No.: 202105-800.1



**Lincoln/Marcus 2834**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225464836709172 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/26/2021 - 05:42:37 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2835**

| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225464836509167 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/26/2021 - 05:42:37 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2836**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225431863524863 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/21/2021 - 10:42:01 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2837**

Website  f Facebook

Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL  https://www.facebook.com/10225431863204855

Source
IP+Date  31.13.70.36 - United States 🇺🇸 - 03/21/2021 - 10:41:59 PM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2838**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |

Website    Facebook

URL    https://www.facebook.com/10225431862964849

Source IP+Date    157.240.11.35 - United States 🇺🇸 - 03/21/2021 - 10:41:59 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2839**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225431862564839 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/21/2021 - 10:41:56 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2840**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225431862444836 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 03/21/2021 - 10:41:56 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2841**

| | | |
|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225300268595072 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 03/05/2021 - 02:59:03 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2842**