| | | | |
|---|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225172328676654 | | |
| Source IP+Date | 31.13.70.36 - United States - 02/16/2021 - 07:27:15 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



EXHIBIT

  C, part 10  

**Lincoln/Marcus 2843**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website    Facebook
URL    https://www.facebook.com/10225158005718589
Source
IP+Date    157.240.11.35 - United States - 02/14/2021 - 10:27:07 PM (UTC)
Category    Photo By
Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]
Confidence    Exact
Comments



**Lincoln/Marcus 2844**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225158005438582 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 02/14/2021 - 10:27:06 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2845**



| | |
|---|---|
| Website | **f** Facebook |
| URL | https://www.facebook.com/10225049606888686 |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 02/02/2021 - 07:57:41 PM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus    File No.: 202105-800.1



**Lincoln/Marcus 2846**

Website  Facebook                Subject: Leslie Susan Marcus        File No.: 202105-800.1

URL    https://www.facebook.com/10225015606798705

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 01/29/2021 - 08:02:46 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments

**Lincoln/Marcus 2847**



**Leslie Susan Marcus**
Sometimes talking helps. Friends do NOT mind listening.

**Leslie Susan Marcus**
**Joyce Fanucci** aware. I'm tired of listening to myself. Just venting I guess

**Joyce Fanucci**
**Leslie Susan Marcus**
venting is good

**Paul D Kraft**
Hang in there. It's tough times especially for you. But, hopefully it gets better soon.

**Leslie Susan Marcus**
**Paul D Kraft** thanks sunshine

**Athena Benjamin**
😭😭

**Rachel Wilk**
Never. You are never alone.

**Leslie Susan Marcus**
**Rachel Wilk**

**Rachel Wilk**
**Leslie Susan Marcus**

**Leslie Susan Marcus**
**Rachel Wilk** shape of an...

**Zoe Wilk**
^^^hey yeah you were literally never alone since the second you existed hehe 💔

**Greg Sariti**
Stay Strong!!! Looks like so many people have your back, I'm one of them!

∧ Hide 11 replies

**Leslie Susan Marcus**
**Greg Sariti** I know you are and that is true. Alone in my struggle is different than lonely. I'm not lonely.

**James Evans III**
**Greg Sariti** is just kissing ass after the Christmas present you got him, the t-shirt, " Riding with Biden ", your never alone sweetheart!

**Greg Sariti**
**James Evans III**

**Lincoln/Marcus 2848**



**Greg Sariti**
**James Evans III** and it's "Riden w/ Biden"

**Leslie Susan Marcus**
**James Evans III** I got the 85", what did you do wrong😂😂😂

**Leslie Susan Marcus**
**Greg Sariti**

**James Evans III**
**Leslie Susan Marcus** good luck with that!

**James Evans III**
Sariti has nothing, Biden can't drive the vette anymore, presidents can't drive

**Greg Sariti**
**James Evans III**

**Kelly Menichiello**
**Leslie Susan Marcus** love you💜

**Leslie Susan Marcus**
**Kelly Menichiello** love you

**Faith Joanne**
Love ya friend!!! I'm a text away if u need to talk. Same # xo

**Leslie Susan Marcus**
**Faith Joanne** thank you sunshine

**Faith Joanne**
**Leslie Susan Marcus** 😘 ❤️

**Stacey Harris**
I will do anything to see YOU smile! Next time you're in town

**Lincoln/Marcus 2849**



Website  **f** Facebook                                    Subject: Leslie Susan Marcus        File No.: 202105-800.1

URL    https://www.facebook.com/10224946886960752

Source
IP+Date  31.13.70.36 - United States 🇺🇸 - 01/24/2021 - 02:14:18 AM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2850**



| | | |
|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224946884720696 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 01/24/2021 - 02:14:17 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2851**



| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224885322341675 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 01/15/2021 - 05:05:07 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Leslie Susan Marcus**
January 15 · 🌐

1 Comment

👍 Like          ↪ Share

**Mariana Mastri-Webster**
I'm so sorry 🙁

**Orthostatic hypotension**, also known as **postural hypotension**,[2] is a medical condition wherein a person's blood pressure drops when standing up or sitting down. The drop in blood pressure may be sudden (vasovagal orthostatic hypotension), within 3 minutes (classic orthostatic hypotension) or gradual (delayed orthostatic hypotension).[3] It is defined as a fall in systolic blood pressure of at least 20 mm Hg or diastolic blood pressure of at least 10 mm Hg when a person assumes a standing position. It occurs predominantly by delayed (or absent) constriction of the lower body blood vessels, which is normally required to maintain an adequate blood pressure when changing position to standing. As a result, blood pools in the blood vessels of the legs for a longer period and less is returned to the heart, thereby leading to a reduced cardiac output and inadequate blood flow to the brain.

**Lincoln/Marcus 2852**



| | | |
|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224885322061668 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 01/15/2021 - 05:05:06 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2853**

| | | | | |
|---|---|---|---|---|
| Website |  Facebook | | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224865197238560 | | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 01/12/2021 - 05:29:49 PM (UTC) | | | |
| Category | Photo By | | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | | |
| Confidence | Exact | | | |
| Comments | | | | |



**Lincoln/Marcus 2854**

| | | | |
|---|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224842237104571 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 01/09/2021 - 08:43:22 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2855**



**Lincoln/Marcus 2856**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224821567787851 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 01/06/2021 - 08:16:46 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2857**



Bunch of losers....
👍 1

**Leslie Susan Marcus**
**Jenifer Quinn Anhar** beyond. This is Trumps legacy.
👍 1

**Jenifer Quinn Anhar**
**Leslie Susan Marcus** Yes indeed it is.

**Wendy Weisenfluh Haggerty**
A scary disgrace
👍 1

**Leslie Susan Marcus**
**Wendy Weisenfluh Haggerty** lolly are you watching?!?! This is so scary

**Wendy Weisenfluh Haggerty**
I can't stop!

**Leslie Susan Marcus**
**Wendy Weisenfluh Haggerty** me either

**Pete Schmutz**
Unfucking believable. Why no teargas when they charged the base of our democracy
👍 3

**Leslie Susan Marcus**
**Pete Schmutz** no idea I am watching them breaking windows and climbing right in
👍😮 2

**Jennifer Wint**
**Leslie Susan Marcus** because Trump won't act

**Leslie Susan Marcus**
**Jennifer Wint** national guard is on the way. Trump is done.
👍 1

**Pete Schmutz**
**Leslie Susan Marcus** how many times have we thought trump was done?!

**Leslie Susan Marcus**
**Pete Schmutz** if it's not now, it's civil war

**Pete Schmutz**
**Leslie Susan Marcus** then we may see an effort at civil war. They're not organized enough for actual civil war but I expect civil terrorism. These zealots aren't going to just stand down. They've been living for this insane moment.

**Leslie Susan Marcus**
**Pete Schmutz** I agree we need Pence to enact the 25th amendment right now.

**Sheri Marcus**
Reminder fo what capitol "security" in full military-grade riot gear looked like for Black Lives Matter protests this summer.

😢 3

**Leslie Susan Marcus**
**Sheri Marcus** disgusting

**Lincoln/Marcus 2858**



**Lincoln/Marcus 2859**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224745484285811 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/27/2020 - 06:02:55 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2860**



Lincoln/Marcus 2861

Website    Facebook                                    Subject: Leslie Susan Marcus        File No.: 202105-800.1

URL    https://www.facebook.com/10224730206623879

Source
IP+Date    157.240.11.35 - United States 🇺🇸 - 12/25/2020 - 07:09:04 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2862**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224730201423749 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 12/25/2020 - 07:08:25 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2863**



| | |
|---|---|
| Website | Facebook |
| URL | https://www.facebook.com/10224730201103741 |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 12/25/2020 - 07:08:25 PM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus          File No.: 202105-800.1



**Lincoln/Marcus 2864**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website    Facebook

URL    https://www.facebook.com/10224730200303721

Source
IP+Date    31.13.70.36 - United States 🇺🇸 - 12/25/2020 - 07:08:23 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2865**



| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224730200223719 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/25/2020 - 07:08:23 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2866**

| | | | |
|---|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224688911351523 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/20/2020 - 11:14:08 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2867**

Website    **f** Facebook                                      Subject: Leslie Susan Marcus        File No.: 202105-800.1

URL    https://www.facebook.com/10224665591768548

Source

IP+Date    157.240.11.35 - United States 🇺🇸 - 12/17/2020 - 05:24:14 PM (UTC)

Category    Photo By

Identifiers    [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence    Exact

Comments



**Lincoln/Marcus 2868**



"But you don't LOOK sick!"

"Please, tell me, what does sick look like? I'll make sure to try and get it right next time."

someecards
www.lymielou.blogspot.com

**Ashley Knupp**
Leslie Susan Marcus I'm sorry! 😢

**Scott Kroke**
Miss ya    💧 1

**Leslie Susan Marcus**
Scott Kroke I miss you too
    ❤️ 1

**Tami Duffield**
I can't stand getting MRIs with the cover over my head to keep you still, ugh!!!

↳ 🌑 Sheri Marcus ... · 12 Replies

**Zoe Wilk**
Love u 💋 💧 1

**Leslie Susan Marcus**
Zoe Wilk love you 2

**Jenifer Quinn Anhar**
xoxoxox that is crappy... sending you hugs and good energy.
    👍❤️ 2

**Leslie Susan Marcus**
Jenifer Quinn Anhar thank you 🙏

**Sheri Marcus**
Sorry sister. Sending big hugs. 😢😢😢
    ❤️ 1

**Gloria Valdez**
Leslie, despite all that you are going through. You are beautiful inside. Keeping you in my prayers and thoughts ❤️🙏
    ❤️ 1

**Leslie Susan Marcus**
Gloria Valdez thank you sunshine

**Sara Warkomski**
Love ya anyway and always.
    ❤️ 1

**Leslie Susan Marcus**
Sara Warkomski back at ya! I miss you guys.

**Tara Holycross**
2 years for me 😢
    😢 1

**Leslie Susan Marcus**
Tara Holycross it is no fun at all. I miss what's been taken.

**Stacey Harris**
Being sick just sucks. I hope you can find a new normal that doesn't suck so much. Sending big hugs❤️
    ❤️ 2

↳ 🔹 Leslie Susan Ma... · 1 Reply

**Bryan Green**
Hoping that the doctor can give you the relief you deserve.
    ❤️ 1

↳ 🔹 Leslie Susan Ma... · 1 Reply

**Tammy Masters**
I'm so sorry.., you always have my love and prayers with you.
❤️

↳ 🔹 Leslie Susan Ma... · 1 Reply

**Debbie Orgill**
😢
Sending love and ((hugs)) ❤️
    ❤️ 1

**Amy Florey**
sending hugs
    ❤️ 1

**Lincoln/Marcus 2869**



**Cara Hillyard**
Leslie, I am so sorry to hear that you're going through all of this! I sincerely hope there will be a treatment that will provide some relief. Then maybe your inside feelings will match the prettiness outside. Xo

○ 1

↳ Leslie Susan Ma... · 1 Reply

**Lincoln/Marcus 2870**

| | | |
|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus    File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224660817889204 | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/17/2020 - 01:07:22 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2871**

Website  **f** Facebook                                              Subject: Leslie Susan Marcus          File No.: 202105-800.1

URL  https://www.facebook.com/10224651262810333

Source
IP+Date  157.240.11.35 - United States 🇺🇸 - 12/15/2020 - 07:10:52 PM (UTC)

Category  Photo By

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2872**

| | | |
|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224628955972676 | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 12/12/2020 - 11:22:49 PM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2873**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224608845789934 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/10/2020 - 01:04:56 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2874**

| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/10224608845269921 |
| Source IP+Date | 157.240.11.35 - United States - 12/10/2020 - 01:04:54 AM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus          File No.: 202105-800.1



**Lincoln/Marcus 2875**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224608845109917 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 12/10/2020 - 01:04:54 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2876**

| | |
|---|---|
| Website | f Facebook |
| URL | https://www.facebook.com/10224431354552764 |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 11/15/2020 - 05:55:43 PM (UTC) |
| Category | Photo By |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus    File No.: 202105-800.1



**Lincoln/Marcus 2877**



Clay's mustache was hilarious
🙂 1

**Sheri Marcus**
I have always said if I got to choose a decade to live in, it would be the twenties.

**Leslie Susan Marcus**
**Sheri Marcus** me too!!
We had the choice of any decade and chose the 20s:)
❤ 1

**Debbie Orgill**
Hey beauties 🌹
👍 1

**James Evans III**
No masks ?

**Leslie Susan Marcus**
**James Evans III** not for pictures

**Rob Stevens**
Super spreaders!!!!!!!!!!!!!!lmao you know I can't pass this opportunity up!!!
😂 1

**Teagan LeAnn**
**Rob Stevens** I'm happy to inform you that no one caught covid at the party. It has been over 14 days, in contact with everyone and no one was sick!
👍😂 2

**Jim Gress**
Happy b  👍 2

**David Shook**
Very good looking young women
👍 1

**Lincoln/Marcus 2878**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224406425849562 | | |
| Source | | | |
| IP+Date | 157.240.11.35 - United States 🇺🇸 - 11/12/2020 - 05:50:56 PM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2879**



**Lincoln/Marcus 2880**



experience

😊 2

**Laura Samojlowicz**
**Leslie Susan Marcus**
yes, online college would be difficult, the experience is truly 1/2 of it

🔵 1

**Laura Samojlowicz**
**Krista Pine** yes it is hard! I was thankful for the few weeks we had and summer weather too. This is going to be a hard winter for kids as well as adults. We need a bit of social interaction

🔵 1

**Sheri Marcus**
North Dakota is allowing COVID positive Medical Professionals to care for COVID positive patients due to staffing shortages. 😕

**Krista Pine**
**Sheri Marcus** - Yep. Out of desperation. People don't seem to understand that bed capacity is only one factor used to measure access to healthcare. Medical professionals are sick and dying. 1500 nurses so far and counting. Our providers do not grow on t... **See more**

🔵😊 5

**Krista Pine**
And they are killing themselves too

🔵😊 2

**Krista Pine**
Kelly Judge - seriously WTF?

**Krista Pine**
"Recovered"

**Leslie Susan Marcus**
**Krista Pine** what are they supposed to say? No longer have Covid but may have issues for the rest of their lives?

🔵 1

**Krista Pine**
No but it should be in quotes

😊 1

**Krista Pine**
We have absolutely NO clue what the long term effects are from Covid. We know other viruses, including other coronaviruses, can cause lifelong health issues so it's not a far reach to assume this particular coronavirus does as well.

🔵 1

**Lincoln/Marcus 2881**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224312907511662 | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 - 11/01/2020 - 01:21:25 AM (UTC) | | |
| Category | Photo By | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2882**



| | | |
|---|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224312906791644 | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 11/01/2020 - 01:21:23 AM (UTC) | |
| Category | Photo By | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | |
| Confidence | Exact | |
| Comments | | |



**Lincoln/Marcus 2883**

| | |
|---|---|
| Website | Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10224227878505990 |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 10/20/2020 - 11:35:31 PM (UTC) |
| Category | Photos Of |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |



**Lincoln/Marcus 2884**



doing good.

**Dan Kachinski**
Seasonal Disorder lol

**Dan Kachinski**
Ive certainly missed you 🙂

**Leslie Susan Marcus**
**Dan Kachinski** you ok? I'm like shit myself. I've missed you too 💜

**Athena Benjamin**
I miss your face!!

**Leslie Susan Marcus**
**Athena Benjamin** I miss your face!!!!

**Dan Kachinski**
Lovely 🙂   👍 1

**Carrie Muti Holland**
Beautiful ❤️ ❤️   👍 1

**Lincoln/Marcus 2885**

| | | | |
|---|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225848847189194 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/17/2021 - 03:28:00 AM (UTC) | | |
| Category | Video Uploaded | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2886**

| | | | |
|---|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225782157561995 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 05/08/2021 - 11:32:00 PM (UTC) | | |
| Category | Post Made | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



Powered By COVENTBRIDGE

**Lincoln/Marcus 2887**



**Lincoln/Marcus 2888**

| | | | |
|---|---|---|---|
| Website | f Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225694185642752 | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/26/2021 - 09:01:00 PM (UTC) | | |
| Category | Post Made | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2889**



**Lincoln/Marcus 2890**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/10225668335276509 | | |
| Source IP+Date | 31.13.70.36 - United States 🇺🇸 - 04/23/2021 - 04:26:00 AM (UTC) | | |
| Category | Post Made | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2891**



**Lincoln/Marcus 2892**

| | |
|---|---|
| Website | **f** Facebook |
| URL | https://www.facebook.com/10225582587532869 |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/11/2021 - 09:49:00 PM (UTC) |
| Category | Post Made |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus    File No.: 202105-800.1



**Lincoln/Marcus 2893**



**Lincoln/Marcus 2894**

| Website | f Facebook | | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
|---|---|---|---|---|

| | |
|---|---|
| URL | https://www.facebook.com/10225560682545258 |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 - 04/09/2021 - 02:10:00 AM (UTC) |
| Category | Post Made |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |



**Lincoln/Marcus 2895**



**Lincoln/Marcus 2896**

| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/leslie.m.kellett/about |
| Source | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 |
| Category | About |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] |
| Confidence | Exact |
| Comments | |

Subject: Leslie Susan Marcus        File No.: 202105-800.1





**Lincoln/Marcus 2897**



**Lincoln/Marcus 2898**

| | |
|---|---|
| Website |  Facebook |
| URL | https://www.facebook.com/leslie.m.kellett/photos |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 |
| Category | Photos |

Subject: Leslie Susan Marcus    File No.: 202105-800.1

Identifiers  [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence  Exact

Comments



**Lincoln/Marcus 2899**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett/events | | |
| Source | | | |
| IP+Date | 31.13.70.36 - United States 🇺🇸 | | |
| Category | Events | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2900**

| | | | |
|---|---|---|---|
| Website |  Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |

Website     **f** Facebook

URL     https://www.facebook.com/leslie.m.kellett/reviews

Source

IP+Date     31.13.70.36 - United States 🇺🇸

Category     Reviews

Identifiers     [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match]

Confidence     Exact

Comments





**Lincoln/Marcus 2901**

| | | | |
|---|---|---|---|
| Website | **f** Facebook | Subject: Leslie Susan Marcus | File No.: 202105-800.1 |
| URL | https://www.facebook.com/leslie.m.kellett/videos | | |
| Source IP+Date | 157.240.11.35 - United States 🇺🇸 | | |
| Category | Videos | | |
| Identifiers | [Leslie Susan Marcus], [Pennsylvania, USA], [Balfour Beatty Communities], [Leslie.M.Kellett], [Balfour Beatty], [Positive Match] | | |
| Confidence | Exact | | |
| Comments | | | |



**Lincoln/Marcus 2902**

| | |
|---|---|
| Website **f** Facebook | Subject: Leslie Susan Marcus     File No.: 202105-800.1 |
| URL    https://www.facebook.com/Leslie-Susan-Marcus-101402154550566 | |
| Source | |
| IP+Date    157.240.11.35 - United States 🇺🇸 | |
| Category    Article | |
| Identifiers    [Leslie Susan Marcus], [Leslie.Susan.Marcus], [Life], [Leslie-Susan-Marcus-101402154550566], [Manually Added] | |
| Confidence    Exact | |
| Comments | |



**Lincoln/Marcus 2903**



**Lincoln/Marcus 2904**



**Lincoln/Marcus 2905**

**From:**Chae-Lyn.Alderman@coventbridge.com
**Sent:**Wed, 19 May 2021 14:28:02 -0400
**To:**Martin, Charles
**Cc:**Chae-Lyn.Alderman@coventbridge.com;VendorReferrals;SIU
**Subject:**9303113 Leslie Marcus Database Search
**Attachments:**LeslieMarcus9303113_2 1.pdf, Facebook preservation.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

Please find attached report and enclosure.

If you have any questions please contact Dave Foster at dave.foster@coventbridge.com.

Thanks,

Chae-Lyn Alderman

CoventBridge

888.932.7364

---

This email is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, protected by the attorney/client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, or using it in any manner. Although it has been checked for viruses and other malicious software ('malware'), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

---

**Lincoln/Marcus 2906**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, May 18, 2021 9:15:09 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | qiyzci4lcnfxfpjk3hzb_10490349.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 2907**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

May 18, 2021

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On May 18, 2021, we requested all updated medical records from Dr. Cho, Dr. Cibulka, and Wellness for Life.     This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2020 through present from any and all treating providers

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Balfour Beatty Investments's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by July 1, 2021, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by July 31, 2021, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than July 1, 2021 as required under the

1  of 2

**Lincoln/Marcus 2908**

terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

**Lincoln/Marcus 2909**

**From:**Heather Ross <heatherc@hubenterprises.com>
**Sent:**Fri, 14 May 2021 19:56:50 +0000
**To:**Martin, Charles
**Subject:**Leslie Marcus 9303113 2001001849.4


***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Charles,

We covered surveillance Monday and Tuesday

On Monday, the claimant was not observed departing the gated community

On Tuesday, the claimant arrived for the appointment at 2PM and departed at 3:40PM with a male driver.  They traveled into her gated community and out of view

We are continuing 5/22 & 5/23


**From:** Heather Ross
**Sent:** Thursday, May 6, 2021 4:29 PM
**To:** 'Martin, Charles' <Charles.Martin@lfg.com>
**Subject:** Leslie Marcus 9303113 2001001849.4

Hi Charles,

Investigator Assigned: Kevin Nesbit
Surveillance Requested: 5/10, 5/11, 5/22, 5/23

Pre-Investigation:
- Claimant's provided address:
- Phone(s)/registrant(s) at provided: Leslie Kellett:                Clay Cornwell:
- Claimant's most current listed address via database:

- Property Ownership:
- Possible businesses: 1233 N Mesa Dr Apt 2057, Mesa, AZ 85201
- Aerial map: https://goo.gl/maps/kZuWTLxkYojxXF3m7

Social Networking:
- Facebook:  https://www.facebook.com/leslie.m.kellett
    o Claimant's Sister: https://www.facebook.com/sheri.marcus1
- Myspace: None located
- LinkedIn: https://www.linkedin.com/in/leslie-marcus-38ab70a1/
- Twitter: None located
- Instagram: https://www.instagram.com/lesliemarcus99/

**Lincoln/Marcus 2910**

- FastPeopleSearch: https://www.fastpeoplesearch.com/leslie-kellett_id_G-6006928395182318365
- Other:
    - https://www.mylife.com/leslie-kellett/e436960927320
    - https://www.etsy.com/people/jpgcbmsb
    - https://www.etsy.com/shop/Bettysbeads0828

The following email addresses were listed for the claimant:
- lkellett@rochester.rr.com (100%)
- lkellett@cox.net (100%)
- lesliekellett@zwallet.com (58%)

Additional information:
- Possible phones:
    -                  (MT) (Mobile) (86%)
      (480) 899-8686 (MT) (LandLine) (66%)
      (480) 206-6980 (MT) (Mobile) (66%)
      (570) 541-0903 (ET) (Mobile) (66%)
      (480) 507-3842 (MT) (LandLine) (66%)
      (480) 507-3843 (MT) (LandLine) (66%)
      (602) 962-8139 (MT) (66%)

We are continuing



**Heather Ross**
*Client Relations Representative*
Tel: 800.873.0933 Ext. 234
Fax: 800.436.4399
hross@hubenterprises.com

**Lincoln/Marcus 2911**

**AUTHORIZATION FOR RELEASE OF LONG-TERM
DISABILITY INFORMATION**

I hereby authorize Lincoln Life Assurance Company of Boston to release information from their long-term disability file to Martin E. Keane of 100 Cummings Center, Suite 335-N, Beverly, Massachusetts 01915 for use in my appeal for Social Security disability benefits.

_____

Leslie S. Marcus

Claim #: 9303113

03/30/2020
_____
Date

**Lincoln/Marcus 2912**

**From:** Pelletier, Brandy
**Sent:** Tue, 30 Mar 2021 20:35:39 +0000
**To:** Martin, Charles
**Subject:** FW: Leslie S. Marcus, Claim Number: 9303113
**Attachments:** Marcus LTD file.pdf

FYI



Brandy Pelletier
Consultant-LTD Lead Specialist
Lincoln Financial Group
LincolnFinancial.com

888-437-7611 x 16377 Office



Registered Representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor-Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**From:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:** Tuesday, March 30, 2021 3:14 PM
**To:** Pelletier, Brandy <Brandy.Pelletier@lfg.com>
**Subject:** Leslie S. Marcus, Claim Number: 9303113

<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

Good afternoon,

A hearing has been scheduled for Ms. Marcus on July 9, 2021. Enclosed please find a signed authorization to obtain a copy of Ms. Marcus file. Please forward at your earliest convenience.

If you have any questions please do not hesitate to contact my office.  Thank you.

**Joanna Garcia for Martin E. Keane**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

**Lincoln/Marcus 2913**

**From:** Leslie Marcus <
**Sent:** Thu, 25 Mar 2021 15:10:28 -0700
**To:** DisabilityDocuments
**Subject:** CLAIM 9303113

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Mr. Martin,
I spoke with my doctor Tonia Graham and she said she hasn't heard from your office at all so I want to ensure you have all of her information:

Wellness for Life
Tonia Graham
20449 N Lake Pleasant Rd STE 101 Peoria, AZ 85382
623.322.0099 phone
623.322.0966

Please let me know if you have any questions.

--
**Leslie Marcus**

**Lincoln/Marcus 2914**

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

March 2, 2021

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Per your request, attached is a W4S for federal taxes to be taken out.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

Attachments:   W-4S 2020

1 of 1

**Lincoln/Marcus 2915**

**Form W-4S**

Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**

▶ Give this form to the third-party payer of your sick pay.
▶ Go to *www.irs.gov/FormW4S* for the latest information.

OMB No. 1545-0074

**2020**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| LESLIE S. ✗ | MARCUS | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . .   9303113

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . .   $ 200.00

Employee's signature ▶ *[signature]*        Date ▶ 03/02/21

............................................Separate here and give the top part of this form to the payer. Keep the lower part for your records. ...........................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2020 . . . . . . . . . . . . . . | 1 | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040 or Form 1040-SR), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Tax. Figure your tax on line 3 by using the **2020** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2019 Instructions for Forms 1040 and 1040-SR . | 4 | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | 5 | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2020 or paid or to be paid with 2020 estimated tax payments . . . | 7 | |
| 8 | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | 10 | 200. 00 |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party, and
• In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).
• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

For Paperwork Reduction Act Notice, see page 2.         Cat. No. 10226E         Form **W-4S** (2020)

**Lincoln/Marcus 2916**

Form W-4S (2020)                                                                     Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2020, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $24,800* |
| Head of household . . . . . . . . . . . . . . | $18,650* |
| Single or Married filing separately . . . . . . . . . | $12,400* |

\* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See the 2020 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2020 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2020 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | $0 + 10% | $0 |
| 9,875 | 40,125 | 987.50 + 12% | 9,875 |
| 40,125 | 85,525 | 4,617.50 + 22% | 40,125 |
| 85,525 | 163,300 | 14,605.50 + 24% | 85,525 |
| 163,300 | 207,350 | 33,271.50 + 32% | 163,300 |
| 207,350 | 518,400 | 47,367.50 + 35% | 207,350 |
| 518,400 | and greater | 156,235 + 37% | 518,400 |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,100 | $0 + 10% | $0 |
| 14,100 | 53,700 | 1,410 + 12% | 14,100 |
| 53,700 | 85,500 | 6,162 + 22% | 53,700 |
| 85,500 | 163,300 | 13,158 + 24% | 85,500 |
| 163,300 | 207,350 | 31,830 + 32% | 163,300 |
| 207,350 | 518,400 | 45,926 + 35% | 207,350 |
| 518,400 | and greater | 154,793.50 + 37% | 518,400 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,750 | $0 + 10% | $0 |
| 19,750 | 80,250 | 1,975 + 12% | 19,750 |
| 80,250 | 171,050 | 9,235 + 22% | 80,250 |
| 171,050 | 326,600 | 29,211 + 24% | 171,050 |
| 326,600 | 414,700 | 66,543 + 32% | 326,600 |
| 414,700 | 622,050 | 94,735+ 35% | 414,700 |
| 622,050 | and greater | 167,307.50 + 37% | 622,050 |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | $0 + 10% | $0 |
| 9,875 | 40,125 | 987.50 + 12% | 9,875 |
| 40,125 | 85,525 | 4,617.50 + 22% | 40,125 |
| 85,525 | 163,300 | 14,605.50 + 24% | 85,525 |
| 163,300 | 207,350 | 33,271.50 + 32% | 163,300 |
| 207,350 | 311,025 | 47,367.50 + 35% | 207,350 |
| 311,025 | and greater | 83,653.75 + 37% | 311,025 |

**Lincoln/Marcus 2917**

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Marcus 2918**

**From:**Leslie Marcus <
**Sent:**Tue, 9 Mar 2021 16:43:38 -0700
**To:**DisabilityDocuments
**Cc:**Leslie Marcus
**Subject:**CLAIM 9303113
**Attachments:**TAX REQUEST W4S.pdf


***This email is from an external source. Only open links and attachments from a Trusted Sender.***

ATTENTION:
CLAIM # 9303113
Charles Martin
Hi Charles,

Per our conversation, please see the attached tax changes to my disbursements.

I am uncertain how far you would like to go back, but my last Mayo Appointment was on
**10.15.2020**  via teledoc with Dr. Larry Bergstrom who told me that I am too disabled and they
cannot help me anymore.
This was after the recommendation by Dr. Bergstrom to get acupuncture at Mayo Clinic. I did so
on 09.28.2020 and within hours of receiving the acupuncture I found myself in bed unable to get
out for about 3 weeks.

As Mayo has diagnosed almost all of my issues, certainly reach out to Mayo if that is within your
time frame.  I am certain you are aware they are slow to release information.

As I need a specialist, I looked for CFS Specialists in Arizona and came across two.
I immediately made an appointment with the one who was accepting patients, I started with her
office on **10.26.2020.**

**MY NEW DOCTOR THAT IS MY PC/CFS/Ehlers-Danlos SPECIALIST that**
**disseminates all of my care:**

**Wellness for Life**
**Tonia Graham**
**20449 North Lake Pleasant Rd**
**Ste 101**
**623.322.0099 phone**
**866.228.5038 fax**

Please let me know if you need further information or documentation from me.

Much Appreciated,
Leslie

--


**Lincoln/Marcus 2919**

**Leslie Marcus**

**Lincoln/Marcus 2920**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, March 3, 2021 1:33:12 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 6q9hyngcrigpvs7odqya_10038027.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 2921**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

March 3, 2021

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under
Balfour Beatty Investments's Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of
additional information.

You are currently receiving benefits based on your inability to perform the material and substantial
duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation.
As your benefits began on October 17, 2019, the change in definition will occur on October 17,
2021.  We are currently gathering information to assess your continued eligibility for benefits
beyond this date.

Balfour Beatty Investments's LTD Policy requires that, in order to receive ongoing benefits, you
provide proof of disability within a required timeframe.  Your cooperation in providing the
requested information is essential to our claim investigation as we are unable to evaluate your
eligibility for benefits without it.  We ask that you provide us with this information no later than
April 16, 2021 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this
information.  In the absence of this information, your claim may be suspended.

If you have any questions regarding this matter, please contact me.

1  of  2

**Lincoln/Marcus 2922**

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

2  of  2

**Lincoln/Marcus 2923**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, March 2, 2021 1:02:37 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 0ednmzp3op1vtlst9zrd_10028697.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 2924**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

March 2, 2021

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Per your request, attached is a W4S for federal taxes to be taken out.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

Attachments:   W-4S 2020

1  of  1

**Lincoln/Marcus 2925**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2020**

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . .    $

Employee's signature ▶                                                                      Date ▶

...................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ...........................

### Worksheet (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | | |
|---|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2020 . . . . . . . . . . . . . | **1** | | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040 or Form 1040-SR), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| **4** | Tax. Figure your tax on line 3 by using the **2020** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2019 Instructions for Forms 1040 and 1040-SR . | **4** | | |
| **5** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . | **5** | | |
| **6** | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . | **6** | | |
| **7** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2020 or paid or to be paid with 2020 estimated tax payments . . . | **7** | | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . | **8** | | |
| **9** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| **10** | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . | **10** | | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:
• Under a plan to which your employer is a party, and
• In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:
• Must be in whole dollars (for example, $35, not $34.50).
• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**        Cat. No. 10226E        Form **W-4S** (2020)

**Lincoln/Marcus 2926**

Form W-4S (2020)                                                                                                                    Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2020, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $24,800* |
| Head of household . . . . . . . . . . . . . . . | $18,650* |
| Single or Married filing separately . . . . . . . . . . | $12,400* |

* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or a qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return. If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return. Additional standard deductions are also allowed on your separate return for your spouse who is 65 or older and/or blind if your spouse has no gross income and can't be claimed as a dependent by another taxpayer. An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See the 2020 Estimated Tax Worksheet—Line 2 Standard Deduction Worksheet in Pub. 505.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

- A married individual filing a separate return if either spouse itemizes deductions.
- A nonresident alien individual. For exceptions, see Pub. 519, U.S. Tax Guide for Aliens.
- An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax credit and credit for other dependents, higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See the Tax Credits table in Pub. 505 for more information.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2020 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2020 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | $0 + 10% | $0 |
| 9,875 | 40,125 | 987.50 + 12% | 9,875 |
| 40,125 | 85,525 | 4,617.50 + 22% | 40,125 |
| 85,525 | 163,300 | 14,605.50 + 24% | 85,525 |
| 163,300 | 207,350 | 33,271.50 + 32% | 163,300 |
| 207,350 | 518,400 | 47,367.50 + 35% | 207,350 |
| 518,400 | and greater | 156,235 + 37% | 518,400 |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $14,100 | $0 + 10% | $0 |
| 14,100 | 53,700 | 1,410 + 12% | 14,100 |
| 53,700 | 85,500 | 6,162 + 22% | 53,700 |
| 85,500 | 163,300 | 13,158 + 24% | 85,500 |
| 163,300 | 207,350 | 31,830 + 32% | 163,300 |
| 207,350 | 518,400 | 45,926 + 35% | 207,350 |
| 518,400 | and greater | 154,793.50 + 37% | 518,400 |

### Schedule Y-1—Married  filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,750 | $0 + 10% | $0 |
| 19,750 | 80,250 | 1,975 + 12% | 19,750 |
| 80,250 | 171,050 | 9,235 + 22% | 80,250 |
| 171,050 | 326,600 | 29,211 + 24% | 171,050 |
| 326,600 | 414,700 | 66,543 + 32% | 326,600 |
| 414,700 | 622,050 | 94,735+ 35% | 414,700 |
| 622,050 | and greater | 167,307.50 + 37% | 622,050 |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,875 | $0 + 10% | $0 |
| 9,875 | 40,125 | 987.50 + 12% | 9,875 |
| 40,125 | 85,525 | 4,617.50 + 22% | 40,125 |
| 85,525 | 163,300 | 14,605.50 + 24% | 85,525 |
| 163,300 | 207,350 | 33,271.50 + 32% | 163,300 |
| 207,350 | 311,025 | 47,367.50 + 35% | 207,350 |
| 311,025 | and greater | 83,653.75 + 37% | 311,025 |

**Lincoln/Marcus 2927**

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Marcus 2928**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, February 25, 2021 3:25:33 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 97l10dhiaftsjqqtemiw_10004311.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 2929**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1754

February 25, 2021

Ms. Leslie Marcus

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Martin
Technical Claims Management Specialist
Phone No.: (800) 291-0112 Ext. 14254
Secure Fax No.: (603) 430-1754

1  of  1

**Lincoln/Marcus 2930**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| BALFOUR BEATTY INVESTMENTS | LESLIE MARCUS | 9303113 |

| | | | |
|---|---|---|---|
| Referred By: | Brandy Pelletier | Claimant DOB: | |
| Referral Date: | 11/04/2020 | Job Title: | Portfolio Manager |
| Due Date: | 11/13/2020 | Medical/ Surgical Condition: | ME / CFS |
| Referral Type: | Addendum | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 05/03/2019 |
| Report Date: | 11/5/2020 | DOD: | 04/13/2019 |
| Physical Demands: | | BBD: | 10/17/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Diagnoses
*Impairing diagnoses*
- Myalgic encephalitis/chronic fatigue syndrome
    - Autonomic neuropathy
    - Fatigue
    - Sleep disorder

*Co-morbid diagnoses of significance*
- Paroxysmal atrial fibrillation
- Hypermobility syndrome
- Behavioral health diagnoses
    - Anxiety
    - Panic attacks
    - Post-traumatic stress syndrome (PTSD)

Additional Question: Please confirm the supported diagnoses. Review if there is any information to suggest somatoform disorder and if the diagnoses of hyper mobility syndrome is clinically supported. Indicate what the overall prognosis may be.

*Conclusion:* The records reasonably support that the claimant continues to have functional impairment due to ME/CFS. Given the natural history that individuals with ME/CFS show improvement in ~67% of individuals between 2 and 4 years, a 6 to 12 month interval for the next 2 years would be appropriate timeframe for review of her clinical condition.

*Analysis and support for conclusions-literature cited is from the current on line Up-To-Date.* The claimant is a 49 year old female with primary impairing diagnosis of ME/CFS and associated co-morbid diagnoses of hypermobility syndrome, asthma, paroxysmal atrial fibrillation, anxiety, panic attacks, sleep disorder, orthostatic symptoms and depression.

**Lincoln/Marcus 2931**

Her symptoms of persistent of fatigue unrelieved with rest, myalgias, unrefreshing sleep, nausea, shortness of breath, and dizziness as well as depression and anxiety are consistent with her primary diagnosis. There is not been a single unifying etiology for this condition. However, there is evidence of underlying abnormalities in the nervous system, the immune system, and metabolic functioning. Additionally, studies indicate that two-thirds or more of individuals with ME/ CFS met existing psychiatric criteria for anxiety disorders, dysthymia, or depression. The short-term prognosis for recovery from ME/CFS is generally poor, although the long-term prognosis appears to be better. In one study, the proportion of individuals with functional impairment was 73 percent at six months but only 33 percent at two to four years.

Symptoms associated with hypermobility syndrome include joint hypermobility (JHM) as well as fragility of skin and supportive connective tissues. Systemic symptoms are also present and overlap those of ME/CFS including fatigue, chronic regional or widespread pain, declining physical condition, anxiety states, and autonomic disorders related to cardiovascular system such as abnormal heart rate, dyspnea, dizziness and gastrointestinal dysfunction like nausea, diarrhea, constipation, loss of appetite. Although there is no documentation on the criteria used to diagnose her hypermobility, it appears that it has been supported as a diagnosis by her Mayo clinic providers. Due to the paucity of records regarding this diagnosis and its overlap with her other medical diagnoses, it is difficult to define a prognosis for her hypermobility syndrome specifically.

Brief overview of clinical presentation and course:
The claimant is a 49 year old female with history of paroxysmal atrial fibrillation post multiple ablations; myalgic encephalomyelitis/chronic fatigue syndrome (ME/CFS) with associated symptoms of sleep disorder, unrelenting fatigue, myalgias, and autonomic neuropathy; and behavioral health conditions including anxiety, panic attacks, and PTSD.

Records Reviewed:
*All medical records referred by Lincoln Financial Group as of today's date were reviewed, including the most recent clinical record(s) which is/are dated 7/9/2020 (Gudenkauf, pain rehabilitation);7/7/2020 (Schweda, prim care Mayo); 7/14/2020 (Cibulka, community prim care); 9/3/2020 (Martin, psych); 9/28/2020 (integrative med).*

Additional action to consider (if applicable)
*Suggest obtaining clinical records in 6 to 12 months to include records from Mayo clinic (primary care, integrative, behavioral health, PM&R, physical therapy, neurology, rheumatology if appropriate) and from community providers Dr. Cibulka and behavioral health counselor.*

*Refer back to this consultant as well as psychiatry consulting physician when above records are available.*

*-Electronically Signed 11/5/2020-*

Mary Ellen Dirlam, MD, PhD, FACP
Board Certification: Internal Medicine

**Lincoln/Marcus 2932**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Wed, 4 Nov 2020 14:12:14 +0000
**To:**Pelletier, Brandy
**Subject:**Claim Referral - Assignment Notification


Your referral request with requested specialty of Medicine - Internal or Family for claim number 9303113 has been assigned to Dr. Mary Ellen Dirlam. The anticipated due date for this request is 11/13/2020.

**Lincoln/Marcus 2933**

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 352321 |
|---|---|
| DATE | 11/03/20 |

**CUSTOMER**

Brandy Pelletier
Lincoln Financial Group
100 Liberty Way
Dover, NH 03821

Re: Leslie Marcus
Vs. Balfour Beatty Investments
Litchfield Park, AZ 85340

| TERMS: Due Upon Receipt | CUSTOMER NO. A026057 | JOB NO. 2001001849 | P.O. No. / Claim No. 9303113 | | |
|---|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | **Amount** | |
| 10/23/2020 Surveillance Hours - Operative 02293 | 8.00 | | | 512.00 | |
| 10/26/2020 Surveillance Hours - Operative 02293 | 8.00 | | | 512.00 | |
| 11/1/2020 Surveillance Hours - Operative 02293 | 8.00 | | | 512.00 | |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

INVESTIGATION SERVICES

| Sub-Total | 1,536.00 |
|---|---|
| Sales Tax | |
| TOTAL | $1,536.00 |

PAGE    1    OF    1

**Lincoln/Marcus 2934**



P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

November 3, 2020

**LINCOLN FINANCIAL GROUP**
100 LIBERTY WAY
DOVER, NEW HAMPSHIRE 3821

Adjuster:          Brandy Pelletier
Insured:           Balfour Beatty Investments
Claim Number:      9303113

# Leslie Marcus

Date of Loss:      April 13, 2019
Injury:            Pulmonary embolism
Authorization:     24 Hours
Status:            Final
Received:          October 13, 2020
Investigator:      Kevin Nesbit
HUB Case:          2001001849.2
HUB Contact:       Heather Ross

### Confidentiality Notice

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

## where risk meets resolution

**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3303; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**Lincoln/Marcus 2935**

Marcus, Leslie
November 3, 2020
Page 2 of 8



## NATURE OF ASSIGNMENT:

On October 13, 2020, HUB Enterprises received a reauthorization requesting 24 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 49-year-old female, approximately 5'5" in height and weighing approximately 140 pounds, and was believed to reside at

The claimant is alleging a pulmonary embolism injury, as of April 13, 2019.

## PRE SURVEILLANCE INVESTIGATION:

Pre-Investigation:

- Claimant's provided address:

- Phone(s)/registrant(s) at provided: Listed to Clay Cornwell, the claimant, and Alan Clay. Landline located at
- Claimant's most current listed address via database:

- Property Ownership:
- Possible businesses: None located
- Aerial map: https://goo.gl/maps/XJuYvz3Pfc49Fb4V7

Social Networking:

- Facebook: https://www.facebook.com/leslie.m.kellett
    - o Sister: https://www.facebook.com/sheri.marcus1
- Myspace: None located
- LinkedIn: https://www.linkedin.com/in/leslie-marcus-38ab70a1/
- Twitter: None located
- Etsy: https://www.etsy.com/shop/Bettysbeads0828
- https://www.etsy.com/people/jpgcbmsb
- Instagram: https://www.instagram.com/lesliemarcus99/

where risk meets resolution

**Lincoln/Marcus 2936**

Marcus, Leslie
November 3, 2020
Page 3 of 8



- My Life: https://www.mylife.com/leslie-kellett/leslie_kellett?valid=true&
- Fast People search: https://www.fastpeoplesearch.com/leslie-kellett_id_G-6006928395182318365

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Friday, October 23, 2020, Monday, October 26, 2020 and Sunday, November 1, 2020. During the course of surveillance the claimant was not observed; however, two addresses were checked the provided and a more current that she had just registered a vehicle in June with. No social media leads were found. At this time surveillance has been completed.

**Investigative efforts were conducted on Friday, October 23, 2020, Monday, October 26, 2020 and Sunday, November 1, 2020.**

## VIDEO:

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

### Friday, October 23, 2020
- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

### Monday, October 26, 2020
- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

### Sunday, November 1, 2020
- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

where risk meets resolution

**Lincoln/Marcus 2937**

Marcus, Leslie
November 3, 2020
Page 4 of 8



**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant was not observed during this investigation; however, information provided indicated she can be described as a 49-year-old female approximately 5'5" in height and weighing approximately 140 pounds.

**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a single-level, stucco and brick structure with an attached double-vehicle garage.

**DIRECTIONS TO THE RESIDENCE**

https://goo.gl/maps/ckfgCP3nUGNZq17w8

**Friday, October 23, 2020**

Sunny-90F

05:30AM  Investigator Kevin Nesbit departed the Phoenix, Arizona area, en route to the claimant's provided address located at
.

06:00AM  Upon arrival, the Investigator observed the claimant address was located in an exclusive gated community with gates entrances on the north side of the community and west side of the community. The previously observed silver Volkswagen, bearing Arizona license number            , registered to Clay Alan Cornwall, was parked in front of the residence. The spouse also has a 2007 GMC Sierra, bearing Arizona license number            , and the claimant has a 2017 Honda Civic, bearing Arizona license number            , believed to be blue in color. Dark area video was obtained.

06:02AM  Direct surveillance was established with a partial view of the side of the residence and driveway area. Dark area video was obtained.

**Lincoln/Marcus 2938**

Marcus, Leslie
November 3, 2020
Page 5 of 8



07:01AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:01AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:01AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:01PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:01PM   Area video was obtained. Investigator Kevin Nesbit discontinued surveillance and departed, en route to the Phoenix, Arizona.


**Monday, October 26, 2020**

Sunny-70F

06:30AM   Investigator Kevin Nesbit departed the Phoenix, Arizona area, en route to the claimant's provided address located at


07:00AM   Upon arrival, the Investigator observed the silver Volkswagen parked in front of the residence and appeared unmoved. Indirect surveillance was established with a view of the main departure route from the gated community. Area video was obtained.

07:57AM   A 2017 Honda Civic departed from the gated community and mobile surveillance was established; however, it was determined the vehicle was not associated with the claimant.


where risk meets resolution

**Lincoln/Marcus 2939**

Marcus, Leslie
November 3, 2020
Page 6 of 8



08:08AM  The Investigator returned to the residential area and reestablished indirect surveillance. Area video was obtained.

09:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:04AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:49AM  The Investigator departed, en route to the address the claimant's vehicle was recently registered to, located at 4444 E Paradise Village Parkway, Phoenix, Arizona.

12:45PM  Upon arrival, the Investigator observed the address was located inside the gated Paradise Park Condominiums. Shortly later, the Investigator was able to gain access and began searching for the claimant's 2017 Honda Civic.

02:00PM  After conducting a thorough search of the complex parking area, the claimant's vehicle was not located. It was learned the condominiums were privately owned and rented out by the owners. Area video was obtained and the Investigator departed, en route to the provided address.

03:00PM  Upon returning, no changes were observed. Area video was obtained. Investigator Kevin Nesbit discontinued surveillance and departed, en route to the Phoenix, Arizona area.


**Sunday, November 1, 2020**
Partly Cloudy-77F


07:30AM  Investigator Kevin Nesbit departed the Phoenix, Arizona area, en route to the possible address located at 4444 E Paradise Village Parkway, Phoenix, Arizona.

08:00AM  Upon arrival, the Investigator established indirect surveillance from across the street at a Costco parking lot with a view of the main entrance/exit to the complex. There was an east access gate that can be utilized to enter the complex also. Area video was obtained.

where risk meets resolution

**Lincoln/Marcus 2940**

Marcus, Leslie
November 3, 2020
Page 7 of 8



08:22AM   The Investigator gained access to the complex and began searching for the claimant's 2017 Honda Civic, bearing Arizona license number R5A3A7A.

08:58AM   The Investigator was unable to locate the claimant's vehicle in the complex parking area and re-established indirect surveillance with a view of the main entrance gate area.

09:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:49AM   The Investigator observed a vehicle the same make and model of the claimant's depart from the complex. Mobile surveillance was established.

11:07AM   The Investigator determined the vehicle was not the claimant's registered vehicle and returned to the indirect surveillance position.

12:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:03PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:02PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM   Area video was obtained. Investigator Kevin Nesbit discounted surveillance and departed, en route to the Phoenix, Arizona area.

where risk meets resolution

Marcus, Leslie
November 3, 2020
Page 8 of 8



**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross

Client Relations

Sherri Knippers

Case Manager

HR/SK: glj

Enclosures: **None**

where risk meets resolution

**Lincoln/Marcus 2942**



# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Leslie Marcus | |
| CLAIM NO: 9303113 | |
| EMPLOYER/SPONSOR: Balfour Beatty Investments | DATE OF BIRTH:          / |

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from <u>01/01/2020</u> to the present. *If additional space is needed, please use a separate sheet of paper.*

MAYO CLINIC PATIENT ID # 12300675

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Mayo Clinic - Kari Martin
Specialty: Phy Chiatry
Address: 5777 E. Mayo BLVD
PHOENIX AZ 85054.
Telephone No.: 480.301.4211 Fax No.: 480 301.XXXX
MEDICAL RECORDS 7282

Name: Mayo Clinic - LUCINDA HARRIS
Specialty: GASTROENTEROLOGY
Address: 5777 E. Mayo BLVD.
PHOENIX AZ 85054
Telephone No.: (480) 301-4211 Fax No.: (480) 301.7282

Name: FRANK CIBULKA - HONOR HEALTH CARE
Specialty: GP
Address: 19829 N. 27TH AVENUE
PHOENIX AZ 85027
Telephone No.: 480 882 7360 Fax No.: (    )

Name: MAYO CLINIC - DENISE SCHWERA
Specialty: GP @ Mayo only seen 1x
Address: 20199 N. 75th AVENUE
GLENDALE AZ 85308
Telephone No.: (623) 561 8262 Fax No.: (    )
or glendale looking in certain you still call MEDICAL RECORDS

**MEDICAL INSURANCE CARRIER(S):**

Name: MAYO CLINIC - Larry Bergstrom
Specialty: INTEGRATIVE MEDICINE
Address: 5777 E. Mayo BLVD.
PHOENIX AZ 85054
Telephone No.: (480) 301.4211 Fax No.: (480 301.7282

Name: Mayo Clinic - SHIRA DOBRAT
Specialty: Integrative MEDICINE
Address: 5777 E. Mayo BLVD.
PHOENIX AZ 85034
Telephone No.: (480) 301 4211 Fax No.: 480 301.7282

**PHARMACY(S):**

Name: Walgreens
Specialty: General
Address: 13014 W. Camelback RD
LITCHFIELD PARK AZ 85340
Telephone No.: 623 935 0928 Fax No.: (    )

# PLEASE see NEXT PAGE
Name: Key Health Compounding Pharmacy
Specialty: compounding
Address: 560 N Estrella Parkway SUITES B9+ B11D
GOODyear AZ 85338
Telephone No.: (623 271 8677 Fax No.: (    )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _(signature)_          DATE: 20 OCTOBER 20

**Lincoln/Marcus 2943**

→ name: Mayo Clinic - Margaret Brown
Specialty: Dietition
Address: 5777 E Mayo Blvd Phoenix AZ 85054
Telephone # 480.301.4211    Fax # 480.301.7282

→ name: mayo clinic - Richard Engle (retired passed me to
Please see Denise Schwera   info. Denise Schweda)

→ Name: Honor Health - David Cho
Specialty: Oncology & Hemotology
Address: 3501. N. Scottsale Rd.#300  Scottsdale AZ 85251
Telephone. # 623.238.7610 (direct clinic line)

→ Name: Mayo Clinic - Sanford Pineman
Specialty: Neurology.
Address: 5777 E Mayo Blvd Phoenix AZ 85054
Telephone #, 480.301.4211    Fax # 480.301.7282

→ Name; Mayo Clinic - Sheeiva Oakes.
Specialty: Department of Pharmacy
Address: 5777 E Mayo Blvd Phoenix AZ 85054
Telephone #: 480.301.4211    Fax: 480.301.7282

→ Name: Mayo Clinic - Lisa Gudenkauf
Specialty: Psychology
Address: 5777 E Mayo Blvd Phoenix AZ 85054
Telephone #: 480.301.4211    Fax: 480.301.7282

**Lincoln/Marcus 2944**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

Return to:  Brandy Pelletier

| EMPLOYEE/CLAIMANT NAME:  Leslie Marcus | CLAIM #: 9303113 |
|---|---|
| EMPLOYER: Balfour Beatty Investments | DATE OF BIRTH: |

| Full Name (Last, First, Middle In t.) MARCUS, LESLIE S. | Social Security # | Email Address |
|---|---|---|

| Street Address | City | State | Zip Code |
|---|---|---|---|

| Telephone Number (include area code) | Cell Phone Number (include area code) same | Marital Status Single |
|---|---|---|

| Spouse's Full Name and Date of Birth | Number of Children O1 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  Clay Cornwell    Relationship to you?  significant other    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.    NO.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.    NO.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?    NO.

Do you hold a professional license? If yes, for what purpose?    NO. BROKERS LICENSE IN ACTIVE WITH THE STATE

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.    NO.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.    NO.

Are you pursuing moneys from a third party, Workers' Compensation  Carrier, Insurance Co., or Individual? If yes, please explain.    NO.

Identify other income you are receiving or for which you have applied.  You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| | X | Social Security (disability or retirement) | $ | | | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| | X | Short Term Disability or  State Disability | $ | | | |
| | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | X | Workers' Compensation | $ | | | |
| | X | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | X | Other income/money/benefit  (describe) | | | | |

If my claim is overpaid, I understand and agree that  Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate.  The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive  Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME:    LESLIE MARCUS

DATE: 20 OCTOBER 20    EMPLOYEE'S SIGNATURE:

DP 409

**Lincoln/Marcus 2945**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 13, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy. We are
writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for
benefits. Please complete the forms indicated below and return them in the envelope provided by
November 12, 2020:

- Completion of the Enclosed Forms:

  _X_  LTD Forms - Standard
  ___  Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   LTD Forms - Standard

1  of  1

**Lincoln/Marcus 2946**

## ACTIVITIES QUESTIONNAIRE

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Balfour Beatty Investments

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _UP TO 2 HRS_ stand _____ walk _____

How many hours a day do you:

sit _MANY - either_ stand _less than 2._ walk _hardly @ all - I DONT LEAVE MY_
_Sit or laydown rest of the day_    _HOUSE._

Do you take a nap during the day?

Yes_____ No _X_

If Yes, for how long? _I Lay down when I need to But I cannot nap-_ At what time of the day?_____

How many hours a day do you spend in bed? _4 - 8_

Do you require any assistive devices such as a:

cane _NO_ walker _NO_ crutches _NO_ wheelchair _NO_ other_____

How long are you able to sit in a car? _LESS than 2 hrs @ A TIME_

Do you hold a valid driver's license?

Yes _X_ No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _I am not able to drive at all right Now._

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
_i dont. I live w/ my son & my BF- almost the only contact I have._

Do you have children?

Yes_X_ No _____ If Yes, what are their dates of birth _09/16/1999_

Do you need help caring for your children?

Yes _____ No _X_ _Wellsly college_

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____ No _X_ If Yes, please explain _____

How many times a day do you leave the house during the week? _0_
On the weekends? _Maybe once._
How often do you run errands? _I dont. I cant drive r.n._
Please describe what errands you most commonly run: _0 i dont._

**Lincoln/Marcus 2947**



**Lincoln**
**Financial Group®**

How often do you get outdoors? _____ 1x A WEEK _____

Are you left or right hand dominant?        Left _____    Right ✗

Are you able to work in your garden?        Yes _____    No ✗

Are you able to work on your house?         Yes _____    No ✗

Are you able to wash your car?              Yes _____    No ✗

How much time is spent daily on your home computer?
_____ None ___✗___ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours ___✗___ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:

___✗___ Pay bills ___✗___ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:

___✗___ Word processing (Word) ___✗___ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes ___✗___ No

If yes, please explain purpose and usage: __I don't have one.__

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Myself — I order online & my son picks it up - | |
| Carrying groceries into the house | My son & my BF | I cannot lift |
| Cooking meals | I try. | the one thing I try to do is cook. |
| Cleaning after meals | My son & my BF | |
| Cleaning bathrooms | My BF | |
| Vacuuming | My BF | |
| Doing the laundry | Myself | Yes - carrying the clothes to the laundry room |
| Opening and responding to mail | Myself | |
| Managing your finances | Myself | |
| Balancing your checkbook | Not done @ all. | |
| Bathing yourself | Myself | Yes - I either sit on shower floor or BF helps me. |
| Styling your own hair | Myself | No |
| Getting dressed | Myself | No |
| Going up and down stairs | Myself | Yes - only for walking up stairs I cannot do on my own. |

Have you been confined to a hospital within the last 12 months?  Yes _____    No ✗

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Marcus 2948**



**Lincoln**
**Financial Group®**

How often do you travel or take vacation? _A COUPLE OF TIMES A YEAR_

Where do you go? How do you get there (transportation method)? _drive - my BF & son_
_DRIVE & I SIT IN BACKSEAT._

Are you able to pursue your hobbies?        Yes _____    No _X_

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____    No _X_

If Yes, please describe _____

Do you do any Volunteer work?            Yes _____    No _X_

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?            Yes _____    No _X_

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_IM SO TIRED ALL OF THE TIME. MY BODY FEELS LIKE A LIVING DEAD PERSON AS WELL AS MY BRAIN FOG GETS IS SO BAD I have TROUBLE COMPREHENDING SIMPLE THINGS IVE DONE IN THE PAST. IM NAUSEATED ALL OF THE TIME_

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_LAY IN BED FOR 2-3 HOURS AFTER I WAKE UP TO RECOVER FROM NONRESTFUL SLEEP (AS TOLD TO BY MY DOCTOR) WHEN IM READY TO get up. I move to the couch and sit. It typically takes ME A COUPLE OF HOURS AFTER OUT OF BED to have energy to shower. AFTER I SHOWER, I lay down for about an hour. IF I have the energy I go get the mail or clean something small. I can only_

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
_480.204.9824_

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
_Clay cornwell - 805. 217. 0516_

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _LESLIE MARCUS_            Date: _20 OCTOBER 20_

Signature: _[signature]_

**Lincoln/Marcus 2949**

do ACTIONS FOR A SMALL period OF TIME. I REST BETWEEN. I USE HOME CHEF so the REST of THE day is preparing dinner - AFTER DINNER I WATCH TV fiL I go to BED - cooking takes A LOT OUT OF ME. SO, I guess i literally just said - I WAKE UP LAY AROUND, SHOWER, & try to cook. SO EXCITING!

Lincoln/Marcus 2950



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT :

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) **LEGUE MARCUS**

Name of legal representative, if applicable (print) _____ SELF _____   Relationship _____

Signature of claimant or legal representative _____   Date: **20|OCTOBER|20**

Date of Birth: _____   Claim Number: **9303113**

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Marcus 2951**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    LESLIE MARCUS

Name of legal representative, if applicable (print)    SUE    Relationship _____

Signature of claimant or legal representative   _(signature)_

Date of Birth: __|__ _____   Claim Number: _9303113_   Date: _20 OCTOBER 20_

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Marcus 2952**

**From:**Pelletier, Brandy
**Sent:**Tue, 27 Oct 2020 16:45:05 +0000
**To:**Heather Ross
**Subject:**RE: Leslie Marcus 9303113 2001001849.2

Yes, of course.
Thank you.

 **Brandy Pelletier**
LTD Technical Specialist II
Lincoln Financial Group

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 x
16377 Office



Registered Representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor-Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** Heather Ross <heatherc@hubenterprises.com>
**Sent:** Tuesday, October 27, 2020 12:42 PM
**To:** Pelletier, Brandy <Brandy.Pelletier@lfg.com>
**Subject:** RE: Leslie Marcus 9303113 2001001849.2

Will do!  May we please have an extension for our report to 11/3?

**From:** Pelletier, Brandy [mailto:Brandy.Pelletier@lfg.com]
**Sent:** Tuesday, October 27, 2020 11:41 AM
**To:** Heather Ross <heatherc@hubenterprises.com>
**Subject:** RE: Leslie Marcus 9303113 2001001849.2

I don't see any updated record of an address change, so yes, I would recommend using the address she used to register the vehicle with.  I'm in the process of updating her forms, but have not received them back yet to confirm otherwise.

 **Brandy Pelletier**
LTD Technical Specialist II
Lincoln Financial Group

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 x
16377 Office



Registered Representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor-Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**Lincoln/Marcus 2953**

**From:** Heather Ross <heatherc@hubenterprises.com>
**Sent:** Tuesday, October 27, 2020 12:36 PM
**To:** Pelletier, Brandy <Brandy.Pelletier@lfg.com>
**Subject:** RE: Leslie Marcus 9303113 2001001849.2

Yes ma'am, will do. Would you like us to focus on what appears to be the newer address?

**From:** Pelletier, Brandy [mailto:Brandy.Pelletier@lfg.com]
**Sent:** Tuesday, October 27, 2020 11:36 AM
**To:** Heather Ross <heatherc@hubenterprises.com>
**Subject:** RE: Leslie Marcus 9303113 2001001849.2

Hi Heather,
Thank you for the update. Despite not seeing activity yet, if we could go ahead and try on a weekend date, that would be great.  I'll take Sunday,
Thanks again.



**Brandy Pelletier**
LTD Technical Specialist II
Lincoln Financial Group

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 x
16377 Office



Registered Representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor-Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**From:** Heather Ross <heatherc@hubenterprises.com>
**Sent:** Tuesday, October 27, 2020 12:19 PM
**To:** Pelletier, Brandy <Brandy.Pelletier@lfg.com>
**Subject:** RE: Leslie Marcus 9303113 2001001849.2

Hi Brandy,

We continued with surveillance yesterday at both the provided address and the possible newer address (4444 E Paradise Village Parkway N, Phoenix, AZ, as the claimant just registered a vehicle using this address in 6/2020), but no claimant activity was observed

We do have availability to continue with a third day this upcoming Sunday. Would you like us to continue?

**From:** Pelletier, Brandy [mailto:Brandy.Pelletier@lfg.com]
**Sent:** Tuesday, October 27, 2020 6:45 AM

**Lincoln/Marcus 2954**

**To:** Heather Ross <heatherc@hubenterprises.com>
**Subject:** RE: Leslie Marcus 9303113 2001001849.2

Thanks Heather.  Are there any other weekend dates available for coverage?



**Brandy Pelletier**
LTD Technical Specialist II
Lincoln Financial Group

**Lincoln Financial Group**
LincolnFinancial.com

888-437-7611 x
16377 Office



Registered Representative of Lincoln Financial Distributors, Inc., a broker/dealer. Insurance products are issued by Lincoln affiliates. Principal office located at 130 N. Radnor-Chester Rd., Radnor, PA 19087-5221. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

---

**From:** Heather Ross <heatherc@hubenterprises.com>
**Sent:** Monday, October 26, 2020 2:51 PM
**To:** Pelletier, Brandy <Brandy.Pelletier@lfg.com>
**Subject:** Leslie Marcus 9303113 2001001849.2

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Brandy,

We covered surveillance Friday with a view of the departure route from the gated community, but no claimant activity was observed

We had this scheduled to continue Saturday/Sunday, but our investigator was unable to cover surveillance over the weekend due to a medical emergency.  We were able to re-schedule the remaining days to today-tomorrow (if active).  We identified a possible more current address of 4444 E Paradise Village Parkway N, Phoenix, AZ 85032 which we are heading to check now

May we have an extension for our report to Thursday 10/29?

---

**From:** Heather Ross
**Sent:** Wednesday, October 14, 2020 4:38 PM
**To:** brandy.pelletier@lfg.com
**Subject:** Leslie Marcus 9303113 2001001849.2

Hi Brandy,

Investigator Assigned: Kevin Nesbit
Surveillance Requested: 3 consecutive days; 2 if inactive

Pre-Investigation:
- Claimant's provided address:

**Lincoln/Marcus 2955**

- Phone(s)/registrant(s) at provided:  Listed to Clay Cornwell, the claimant, and Alan Clay. Landline located at
- Claimant's most current listed address via database:

- Property Ownership:
- Possible businesses: None located
- Aerial map:  https://goo.gl/maps/XJuYvz3Pfc49Fb4V7

Social Networking:
- Facebook:  https://www.facebook.com/leslie.m.kellett
  Sister: https://www.facebook.com/sheri.marcus1
- Myspace: None located
- LinkedIn: https://www.linkedin.com/in/leslie-marcus-38ab70a1/
- Twitter: None located
- Etsy: https://www.etsy.com/shop/Bettysbeads0828
  https://www.etsy.com/people/jpgcbmsb
- Instagram: https://www.instagram.com/lesliemarcus99/
- My Life: https://www.mylife.com/leslie-kellett/leslie_kellett?valid=true&
- Fast People search: https://www.fastpeoplesearch.com/leslie-kellett_id_G-6006928395182318365

We are continuing



**Heather Ross**
*Client Relations Representative*
Tel: 800.873.0933 Ext. 234
Fax: 800.436.4399
hross@hubenterprises.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Marcus 2956**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Marcus 2957**

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500



# CiOX
## HEALTH
# INVOICE

| Invoice #: | **0316864396** |
|---|---|
| Date: | **09/14/2020** |
| Customer #: | **2270826** |

| Ship to: |
|---|
| BRANDY PELLETIER |
| LINCOLN LIFE ASSURANCE |
| PO BOX 7213 |
| LONDON,KY 40742-7213 |

| Bill to: |
|---|
| BRANDY PELLETIER |
| LINCOLN LIFE ASSURANCE |
| PO BOX 7213 |
| LONDON,KY 40742-7213 |

| Records from: |
|---|
| MAYO CLINIC HIMS AZ |
| 13400 E SHEA BLVD |
| SCOTTSDALE,AZ 85259-5452 |

**Requested By:**    LINCOLN LIFE ASSURANCE          **DOB :**
**Patient Name:**    MARCUS LESLIE

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 25 | 1.10 | 27.50 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 49.50 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 49.50 |
| Balance Due | | | 49.50 |

**Terms: Net 30 days**    **Please remit this amount : $49.50(USD)**

------------------------------✂--------------------------------------------------------------------------

**Ciox Health**

P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: | **0316864396** |
|---|---|
| | |
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed,
by signing up  for secure electronic delivery.
Register at:  https://edelivery.cioxhealth.com

# Please return stub with payment.

Please include invoice number on check.

To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.

Email questions to collections@cioxhealth.com.

**Lincoln/Marcus 2958**

`09/04/20  09:59:27  Lincoln Financial      ->   Mayo Clinic Fax 4 Lincoln Financial Gr Page 001`



**Lincoln**
**Financial Group**®

## To:   **Mayo Clinic**
Company:
Fax:      480-301-7282
Phone:

## From:
Fax:      6033348592
Phone:

---

## NOTES:

Attn: Medical Records

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed.  If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited.  If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Friday, September 4, 2020 9:58:38 AM
**Number of pages including this cover sheet:** 06

Mayo Clinic - MARCUS, LESLIE S - DOB:       - MRN: 12300675 - HIM ROI Authorization - Scan Date: 9/4/2020

Lincoln/Marcus 2959

**09/04/20  09:59:37  Lincoln Financial      -->      Mayo Clinic Fax 4 Lincoln Financial Gr Page 002**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MAYO CLINIC
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE AZ 85239

Mayo Clinic - MARCUS, LESLIE S - DOB:          - MRN: 12300675 - HIM ROI Authorization - Scan Date: 9/4/2020

**Lincoln/Marcus 2960**

09/04/20  09:59:44  Lincoln Financial    ->    Mayo Clinic Fax 4 Lincoln Financial Gr Page 003

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 4, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:   Long Term Disability (LTD) Benefits
      Balfour Beatty Investments
      Claim #: 9303113
      Claimant: Leslie Marcus
      Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through the present

We ask that you provide this information by September 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

Mayo Clinic - MARCUS, LESLIE S - DOB:        - MRN: 12300675 - HIM ROI Authorization - Scan Date: 9/4/2020

Lincoln/Marcus 2961

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.30.2020

2 of 2

Lincoln/Marcus 2962

09/04/20  10:00:13  Lincoln Financial    →    Mayo Clinic Fax 4 Lincoln Financial Gr Page 005



**Authorization to Release Protected Health Information to a Third Party**

Form content retained in medical record.
Route to HIM Scanning.

1.

LESLIE SUSAN MARCUS

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party other than a family member or friend) such as an insurance company, employer or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**Staff Use Only**

**2. Additional Patient Information**

**3. Release Purpose**

Check appropriate box or specify in other purpose.
☐ Continuing care  ☒ Disability  ☐ Forms completion  ☒ Insurance  ☐ Legal  ☐ Workers' compensation
☐ Other, specify

**4. Release Information FROM**

Check one box and complete if applicable.
☒ Mayo Clinic
Includes all Mayo Clinic and Mayo Clinic Health System locations

☒ Other, specify organization, department, or individual (complete each line below)
FRANK CIBULKA
Street  3711 N. 44TH ST.
City  PHOENIX
State  AZ  Zip Code  85018
Phone  480. 882.7260
Fax

**5. Release/Send Information TO**

Check one box and complete each line for box checked.
☐ Mayo Clinic
Dept ___  Attn ___
☐ Fax
☒ Other, specify organization, department, or individual (complete each line below)
Lincoln Financial
Street  BRANDY FELCHER
City
State  Zip Code
Phone  800 457-7617 X 16377
Fax

This authorization will expire in 1 year from date of signature unless another date is specified.  DO NOT EXPIRE
☒ By checking this box I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☒ By checking this box I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

**6. Delivery of Information**

Preferred Method
☒ Written (copy may include completed forms)  ☒ Verbal only
Date Information Needed by

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email Address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive  ✗ Please release any and all info requested by
☐ Other, specify  Lincoln Financial / Brandy Felcher
in any way they want it

*Authorization to Release*
*Protected Health Information*
*to a Third Party (continued)*

Patient Name: LESLIE SUSAN MARCUS

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s): all    or range: all

**Document Note(s)** (check all that apply)

- [X] Behavioral health/Mental/Psychological notes
- [X] Operative/Procedure notes
- [X] Therapy notes (physical, occupational, speech)
- [X] Emergency department/Urgent care notes
- [X] Provider notes
- [X] Other, specify: all

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)

- [X] Allergy list
- [X] Immunizations
- [X] Medication list
- [X] Billing information for records checked
- [X] Laboratory results
- [X] HIV lab test results
- [X] Genetic testing
- [X] Pathology report(s)
- [X] EKG/Cardiac/Echo
- [X] Radiology record(s)
- [X] Radiology image(s), specify exam(s)/body parts

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- [X] Assessment/Evaluation
- [X] History and physical exam
- [X] Multidisciplinary notes
- [X] Facility participation in notes
- [X] Questionnaires
- [X] Treatment/Discharge summary
- [X] Treatment plans
- [X] Other, specify: all

Other, specify if applicable:

## 8. Signature and Date  The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by submitting a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

Note: A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor child, I hereby state that my parental rights have not been revoked by a court of law. Specific situations may require minor's authorization.

Signature:

Date: 28 OCT 2020

Printed Name of Person Signing (if not patient):  LESLIE MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required):
- [ ] Parent  [ ] Stepparent  [ ] Legal guardian  [ ] Foster parent  [ ] Health care power of attorney/agent  [ ] Other: self

## HIMS Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6388 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3098 |

Reminder: If sending records TO Mayo Clinic, fax records to number indicated in section 6 on page 1.

*Health Information Management Services*

Lincoln/Marcus 2964



MAYO
CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

September 14, 2020

Brandy Pelletier
Lincoln Life Assurance
Po Box 7213
London, KY  40742

RE:    Request for Records of: Ms. Leslie S Marcus
       Date of Birth:
       Date request received: 9/4/2020
       Release ID: 78368843

Dear Lincoln Life Assurance,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic, Phoenix, Arizona and Mayo Clinic, Scottsdale, Arizona. You may see duplication of immunizations and other notes and results due to the integration of historical records into the new, single Mayo Clinic electronic health record.

Some documents may not have been finalized yet by the provider and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,


Release of Information
Health Information Management Services


This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 2965**



## Mayo Clinic Health Information Management Services - Release of Information

### IMPORTANT INFORMATION

**Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.**

Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed.

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only):** Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 9/3/2020

## 09/03/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona

### Reason for Visit

Visit diagnoses:
- **Posttraumatic Stress Disorder Prolonged (primary) [F43.12]**
- Anxiety Generalized Disorder [F41.1]

### Progress Notes

#### Progress Notes

##### Progress Notes by Martin, Kari A, M.D. at 9/3/2020  3:00 PM

| | | |
|---|---|---|
| Author:  Martin, Kari A, M.D. | Service:  PSY PSI (Psychiatry and Psychology) | Author Type:  Physician |
| Filed:  9/3/2020  3:48 PM | Encounter Date:  9/3/2020 | Status:  Addendum |
| Editor:  Martin, Kari A, M.D. (Physician) | | |

Related Notes:  Original Note by Martin, Kari A, M.D. (Physician) filed at 9/3/2020  3:45 PM

SUBJECTIVE

## CHIEF COMPLAINT / REASON FOR VISIT
Leslie S Marcus is a 49 y.o. female who presents for follow-up
VIDEO visit due to COVID
Billing code: 99215004
Total time: 42 minutes; Greater than 50% spent counseling

## HISTORY OF PRESENT ILLNESS

She met with Dr. Gudenkauf on 7/09/2020 who recommended trauma counseling for PTSD prior to enrollment in the PRC.

She stopped naltrexone and Rick Simpson Oil 2 months ago. She continues on CBD.

She has chronic nausea and occasional vomiting. Her outside PCP placed her on Zofran 4 mg tid with modest relief. She'd like to increase her Zofran to 8 mg tid and try scopolamine patch. She spoke to her PCP's nurse today about these requests. She's waiting for a call back from her PCP with further directions.

 She is on a dulcolax once a week. She's lost weight down to 129 pounds. She met with the dietician yesterday who expressed concern about her weight loss.  Dr. Bergstrom recommended a GI consult. She defers GI as she's had extensive work-up in the past with intolerance to procedures and medications.

Her depressed mood is improved. She remains anxious and exhausted due to her nausea and limited po intake. She fears eating will induce nausea.

MEDICATION TRIALS: Zoloft, Effexor, Remeron

**Medications/allergies/problem list:** reviewed and updated.

OBJECTIVE

## MENTAL STATUS EXAM

Lincoln/Marcus 2967



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 9/3/2020

## 09/03/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

Alert, oriented to person, place, date. Sensorium is clear. Casually dressed and groomed. Eye contact is appropriate. Speech: normal rate and volume. Mood/affect: anxious/congruent.Thoughts linear and directable. No perceptual disturbances, paranoia or delusions  No active suicidal ideation. No homicidal ideation. The patient  is cooperative. Judgment: capacity for complex medical decision making present.

## ASSESSMENT / PLAN

**#1 Anxiety Generalized Disorder**
**#2 PTSD, prolonged**
**#3 Outside diagnosis of REM Sleep Behavior (acting out dreams, punching the air)**
**#4 Panic attacks-on Klonopin (prescribed by community PCP)**
**#4 CBD use.**
**#5 Myalgic encephalomyelitis/chronic fatigue syndrome**

1) Continue Prozac to 40 mg qd
2) Continue trazodone 100 mg qhs
3) Try melatonin 6 mg qhs
4) referral to Andrea Cuc for trauma therapy.
5) consider biofeedback-patient defers for now
6) GI consult recommended.-patient defers for now.
7) speak to PCP about switching klonopin to ativan, and taking ativan 0.5-1 mg prior to meals to relax and allow her to eat.
8) psychiatry follow-up in 1 month.

## Answers for HPI/ROS submitted by the patient on 7/9/2020

Fatigue: Yes
Weight gain of more than 10 pounds: Yes
Night sweats: Yes
No eye issues: Yes
Persistent hoarse voice: Yes
Sinus congestion: Yes
Chest pain, pressure or tightness: Yes
Rapid or fluttering heart beats: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Shortness of breath: Yes
Coughing up mucus (phlegm): Yes
Dry cough: Yes
Abdominal (belly) pain or cramping: Yes
Heartburn: Yes
Nausea: Yes
Constipation: Yes
Diarrhea: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes

Lincoln/Marcus 2968



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/3/2020

## 09/03/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

Joint swelling: **Yes**
Back pain/stiffness: **Yes**
Change in mole or skin spot: **Yes**
Headache: **Yes**
Loss of consciousness: **Yes**
Light-headedness: **Yes**
Numbness or shooting pain in hands, arms, legs or feet: **Yes**
Weakness in arms and/or legs: **Yes**
Slurred speech: **Yes**
Loss of balance or tendency to fall easily: **Yes**
Change in sexual drive (decreased libido): **Yes**
Excessive daytime sleepiness/tiredness: **Yes**
Stop breathing, choking, or gasping while asleep: **Yes**
Little interest or pleasure in doing things: **Yes**
Feeling down, depressed, or hopeless: **Yes**
Feeling nervous, anxious or on edge: **Yes**
Not being able to stop or control worrying: **Yes**
Enlarged lymph nodes: **Yes**
Bruises/bleeds easily: **Yes**
No urinary/reproductive issues: **Yes**

Electronically Signed by Martin, Kari A, M.D. on 9/3/2020  3:45 PM
Electronically Signed by Martin, Kari A, M.D. on 9/3/2020  3:48 PM

Lincoln/Marcus 2969



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/23/2020

## 07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona

### Reason for Visit

Visit diagnosis:  Anxiety Generalized Disorder [F41.1]

### Progress Notes

#### Progress Notes

##### Progress Notes by Martin, Kari A, M.D. at 7/23/2020 10:00 AM

| | | |
|---|---|---|
| Author:  Martin, Kari A, M.D. | Service:  PSY PSI (Psychiatry and Psychology) | Author Type:  Physician |
| Filed:  7/23/2020 10:42 AM | Encounter Date:  7/23/2020 | Status:  Signed |
| Editor:  Martin, Kari A, M.D. (Physician) | | |

SUBJECTIVE

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 49 y.o. female who presents for follow-up.
Video visit
Billing code: 99214004
Total time: 32 minutes; greater than 50% spent counseling

**HISTORY OF PRESENT ILLNESS**
 Ms. Marcus is seen in follow-up for depression, anxiety and PTSD. Dr. Bergstrom diagnosed her with myalgic encephalomyelitis/CRS on 1/30/200.. She has associated with POTS, gastroparesis, small fiber neuropathy, chronic fatigue syndrome. Dr. Bergstrom initialed her on low-dose naltrexone to decrease cytokine production in the CNS which may help fatigue and pain.


She is swimming and following a Mediterranean diet. Her sleep remains problematic. She is experiencing night terrors and middle insomnia.

She met with Dr. Gudenkauf to discuss the PRC. Dr. Gudenkauf recommended she engage in individual community therapy to ladders mood/anxiety/depression prior to PRC entry.

Ms. Marcus continues on CBD and THC. She's received education on CBD/thc related drug interactions and neuropsychiatric effects. She does not want to stop CBD Or THC as she feels it's been a game changer.

She is involved in some on-line support groups.

She feels "depressed" but is "hanging in there".

She is compliant with Prozac 20 mg qd, Remeron 45 mg qhs and klonopin 1 mg qhs. She met with pharmacy and had One ome testing.

| PHQ9 Score | 1/17/2020 |
|---|---|
| **PHQ-9 Total Score (max 27)** | 24 |


OBJECTIVE

---

Printed on 9/14/20  6:01 PM                                                                Page 4

Lincoln/Marcus 2970



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 7/23/2020

## 07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

Genes of interest to psychotropic agents with relevant findings:
CYP2C19 *1/*2 genotype (intermediate metabolizer phenotype)
CYP2D6 *1/*4 genotype (intermediate metabolizer phenotype)
COMT GG genotype
HTR2A GG genotype
GRIK4 TT genotype
SRC6A4 L/L

SSRIs/SNRIs
Reduced metabolism is predicted for SSRIs metabolized by CYP2D6: fluoxetine, fluvoxamine, paroxetine.
Increased exposure and risk of side effects is possible.
Plan: Initiate at standard / labeling dose. Monitor for side effects.

Reduced metabolism is predicted for SSRIs metabolized by CYP2C19: citalopram, escitalopram, sertraline.
Plan: initiate at standard labeling dose. Be alert to potentially increased risk of side effect.

TCAs
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Others
Vortioxetine
 Standard labeling dose. Be alert to potentially increased risk of side effect.

Bupropion, buspirone
Standard dose and monitoring is recommended based on indication and other patient specific factors.

## MENTAL STATUS EXAM

Alert, oriented to person, place, date. Sensorium is clear.  Casually dressed and groomed. Eye contact is appropriate.
Speech: normal rate and volume.  Mood depressed, affect mildly restricted.  Thoughts linear and directable. No
perceptual disturbances, paranoia or delusions  No active suicidal ideation. No homicidal ideation. The patient  is
cooperative. Judgment: capacity for complex medical decision making present.

## ASSESSMENT / PLAN
**#1 Anxiety Generalized Disorder**
**#2 PTSD**
**#3 REM Sleep Behavior**
**#4 Marijuana use.**
**#5 Myalgic encephalomyelitis/chronic fatigue syndrome**

1) Increase Prozac to 40 mg qd
2) D/C Remeron
3) initiate Trazodone 50-100 mg qhs
4) re: CBD/THC: major concerns with vaping and maintaining integrity of lung function but also major drug-drug
interactions to be cautious with. For what limited data available on cannabidiol, know can inhibit CYP2D6 and

Lincoln/Marcus 2971



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/23/2020

## 07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

### Progress Notes (continued)

CYP3A4, potential for interaction then with venlafaxine, apixaban and metoprolol. Can worsen anxiety as well, please refer to this great presentation from the Department of Health for additional information on CBD concerns and consider decreasing use and eventually stopping

5) patient plans to initiate community counseling to address depression/PTSD

6) Patient met with Dr. Gudenkauf. PRC recommended after patient completes individual counseling to address above issues

7) psychiatry follow-up in 1 month.

**Answers for HPI/ROS submitted by the patient on 7/9/2020**

Fatigue: Yes
Weight gain of more than 10 pounds: Yes
Night sweats: Yes
No eye issues: Yes
Persistent hoarse voice: Yes
Sinus congestion: Yes
Chest pain, pressure or tightness: Yes
Rapid or fluttering heart beats: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Shortness of breath: Yes
Coughing up mucus (phlegm): Yes
Dry cough: Yes
Abdominal (belly) pain or cramping: Yes
Heartburn: Yes
Nausea: Yes
Constipation: Yes
Diarrhea: Yes
Muscle pain/stiffness: Yes
Pain or stiffness in the joints: Yes
Joint swelling: Yes
Back pain/stiffness: Yes
Change in mole or skin spot: Yes
Headache: Yes
Loss of consciousness: Yes
Light-headedness: Yes
Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Slurred speech: Yes
Loss of balance or tendency to fall easily: Yes
Change in sexual drive (decreased libido): Yes
Excessive daytime sleepiness/tiredness: Yes
Stop breathing, choking, or gasping while asleep: Yes
Little interest or pleasure in doing things: Yes
Feeling down, depressed, or hopeless: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes
Bruises/bleeds easily: Yes

Printed on 9/14/20  6:01 PM

Lincoln/Marcus 2972



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/23/2020

## 07/23/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Progress Notes (continued)**

No urinary/reproductive issues: **Yes**

Electronically Signed by Martin, Kari A, M.D. on 7/23/2020 10:42 AM

Lincoln/Marcus 2973



Marcus, Leslie S
MRN: 12-300-675, DOB:       Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona

**Reason for Visit**

Visit diagnoses:
- **Other Encephalitis And Encephalomyelitis (primary) [G04.81]**
- Pain Musculoskeletal Widespread Chronic [R52, M79.18]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]
- Sleep Related Movement Disorder [G47.69]
- Posttraumatic Stress Disorder Prolonged [F43.12]
- Depressive Disorder [F32.9]
- Anxiety Generalized Disorder [F41.1]

**Clinical Notes**

### Consults - Outpatient

#### Consults - Outpatient by Gudenkauf, Lisa M, Ph.D., L.P. at 7/9/2020 1:00 PM

| | | |
|---|---|---|
| Author: Gudenkauf, Lisa M, Ph.D., L.P. | Service: PSY PSI (Psychiatry and Psychology) | Author Type: Psychologist Clinical |
| Filed: 7/10/2020 3:41 PM | Encounter Date: 7/9/2020 | Status: Signed |
| Editor: Gudenkauf, Lisa M, Ph.D., L.P. (Psychologist Clinical) | | |

## Pain Rehabilitation Center--Pre-candidacy Evaluation New Visit

Patient name: Leslie S Marcus
Date of Service: 7/9/20
Facility Name: MCA
Provider: Lisa Gudenkauf, Ph.D., L.P.
Collaborating Nurse Assessment: None at this time, full assessment completed by provider
Service: Psychology

**Evaluation completed:** In person, patient was seen face-to-face to complete comprehensive pain assessment, discuss PRC details and address patient's questions to assist in treatment planning. Patient was previously scheduled for PRC pre-candidacy evaluation scheduled with Dr. Bethanne Keen on 6/23/20 and with Dr. Cynthia Townsend on 7/7/20; these appointments were cancelled.

Today's session was conducted via secure video conference through Care Connect by Lisa Gudenkauf, Ph.D, L.P. Telehealth was utilized to best ensure patient safety due to current concerns about the spread of COVID-19. The patient was properly identified at the start of the telehealth appointment by name and date of birth. Patient was located at home during this visit, and she confirmed that the home address and telephone numbers listed in her medical record are correct. Additionally, she confirmed that the name of her emergency contact person and his/her phone number is correct. Patient confirmed that there was no one in the room with her. I confirmed with patient that I was in a private setting at the Scottsdale campus of Mayo Clinic Arizona. I informed the patient that I would not be recording this session, and patient agreed that she would not record this session. We also discussed that patient's insurance would be billed for this visit.

The patient confirmed receiving the telehealth information sheet "Preparation for Your Telehealth Appointment" sent via the Mayo Clinic Patient Online Services system on 7/9/20. This information details the purpose, potential benefits, process for maintaining patient confidentiality and electronic communication security, and emergency contact resources. Included with the telehealth information sheet is a copy of the Mayo Clinic document entitled "Confidentiality of Mental Health Information: Questions and Answers." We discussed limits to confidentiality including, but not limited to, my legal and ethical obligations to report certain kinds of abuse and threats about harm to self or others. I explained that Mayo Clinic's electronic health record allows all medical providers to view her clinical notes

Lincoln/Marcus 2974



## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

### Clinical Notes (continued)

about our sessions as part of our team-based approach. Patient's questions were answered to her satisfaction.

Patient verbalized understanding of the telehealth process and consented to participating in this telehealth visit.

**Informed Consent:** Before starting the assessment, the patient was provided with a written description of the limits of confidentiality for psychological services.

### History of Present Illness:

Ms. Leslie S Marcus is a 49 y.o. previously divorced, currently partnered Caucasian female.

The patient was seen at the request of Larry R Bergstrom, M.D. in GIM for a pre-candidacy evaluation for pain rehabilitation services related to chronic pain and symptoms.

Patient presented alone. I reviewed the patient's medical records to obtain available history of the patient's chronic pain, medical history and mental health history. The resulting evaluation is based on review of the patient's medical records, assessment data responses, and today's clinical interview.

Primary Pain Site(s)/Chronic Symptoms: ME/CFS, Fibromyalgia, POTS. She reports onset of health problems after she was involved in a car accident on 12/16/17 and treated with corticosteroids.

Pain History: Patient's pain has been intractable despite numerous interventions outlined by the referring provider.

### PAIN/FUNCTIONING ASSESSMENT

Based on the patient's responses on the PEG 3-item measure of pain:

Average pain in past week: (0=no pain; 10=worst pain imagined): 5/10
Pain Interference with Life Enjoyment: (0=no interference; 10=completely interferes): 10/10
Pain Interference with General Activity: (0=no interference; 10=completely interferes): 10/10
Rate Average Mood in past week: (0=no longer wish to live; 10=best mood): 1/10

Factors/Activities increasing pain: Standing for long periods of time, lying down for extended periods of time, walking even short distances, exercising, and weight gain.

The patient attempts to alleviate her worst pain in the following ways: Resting/sitting/lying down, avoiding certain activities, using relaxation, taking medications for relaxation (e.g., anxiety medications, muscle relaxants, sleep medications), using substances to help reduce pain (e.g., alcohol, marijuana), and using distraction of any kind.

### FUNCTIONING:

Patient describes adverse impact of pain on functioning, overall. Specifically, the patient has experienced a decrease in desired level of functioning in the following domains: Relationship and activities with family, activities and plans with friends, ability to volunteer if desired, household chores, yard work, recreation/hobbies, driving, exercise, sexual intimacy, sleep, and memory/attention/concentration.

Pain impacts patient's mood in the following ways: Increased irritability, anger, anxiety, depressed mood. Patient reported difficulty coping with significant changes in her life, including transitioning form a position of managing 600+ people to now being on long-term disability.

Lincoln/Marcus 2975



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

Regarding impact of pain on quality of life, patient identifies being most bothered by impact of pain on her ability to work and her identity as an active person and girlfriend.

Patient reports coping with the worst pain as follows: Attempts to redirect attention to focus on something else, pressure point therapy for hands.

Overall, the patient reports very limited activity and endorses a pain-contingent lifestyle behavior. The patient reports perceiving that 100% percent of her daily activities/plans are controlled or highly influenced by pain.

## PSYCHIATRIC HISTORY, MOOD ASSESSMENT

Patient's mental health/behavioral health history is significant for: Depression, Anxiety, and possible PTSD. Patient has a history of developmental abuse, and she reports nightmares once every other week related to this. Patient was involved in a motor vehicle collision in December 2017 with subsequent anxiety related to driving and being on the freeway, avoidance, and some reluctance to leave her home.

History of psychiatric, psychological, social work evaluations, therapy: Per Dr. Martin on 7/18/19, patient had one prior contact with a psychiatrist but felt invalidated. Patient reported previously receiving being prescribed Prozac for depression in the context of a difficult divorce at age 40, and she reported this treatment as beneficial.

Current engagement in mental health services: Patient was initially evaluated by Dr. Kari Martin in Psychiatry on 7/18/19 with three follow-up visits, most recently seen on 1/17/20, and patient underwent pharmacogenomic testing. She is currently scheduled for Psychiatry follow-up with Dr. Kari Martin on 7/23/20. Patient is currently prescribed Remeron, Prozac, and Klonopin. Patient reported that she was intending to pursue individual therapy in the community, but this was delayed by COVID-19 pandemic.

The patient's legal history/litigation:denies involvement in legal action related to pain condition and denies involvement in Worker's Compensation

## MOOD AND HEALTH BEHAVIORS

Per patient responses on the PRC Comprehensive Pain Evaluation questionnaire, patient denied use of caffeine, tobacco, or alcohol. She reported daily use of medical marijuana for sleep, pain, and nausea. THC in the form of pot cookie per night, CBD tincture.

## DEPRESSION

The patient's responses on the self-reported abbreviated Center for Epidemiological Studies-Depression Scale: 27 = moderately severe/significantly elevated depressive symptomatology
Response to item "I have thoughts that I would be better off dead or of hurting myself in some way = "0, Rare or none of the time"

## SUICIDE ASSESSMENT

Thoughts of suicide: denied - per response on depression evaluation and in interview today. She stated, "I would never. That is selfish... I am a mommy, and I would never do that to my child. Never. My child needs a mom."
Suicide risk factors include: chronic health concern, function limitation, diagnosis of major depression, divorced/separated/widowed and loss of status
Suicide protective factors include: absence of suicidal ideation, plan, intent, presences of strong interpersonal bonds to family/community, intact marriage/stable relationship , child/family responsibilities, safe and stable environment, help seeking and support through medical/mental health care relationships

Lincoln/Marcus 2976



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

Suicide Risk Level, per my evaluation today: Low, has feelings of hopelessness at times but denies thoughts of suicidal plan, intent, behavior; reports modifiable risk factors and strong protective factors.

Suicide Risk Level plan: Patient was judged to NOT be in imminent or elevated danger of harming self or others based on history, today's responses and presentation.

## ASSESSMENT/PLAN

## PSYCHOSOCIAL

Living Situation: Patient lives with her boyfriend and her 21-year-old son, who attends GCU.
Care provider for any adult or child: YES
Highest level of education completed: 3 years of college
Occupational status: On long-term disability through her work. She was a regional manger of military housing.
Patient-identified social support: Boyfriend, best friend

## SYSTEM REVIEW

Arrival: Patient was punctual
Appearance: casually and neatly dressed, adequately groomed and appeared stated age
Mental Status: alert and oriented
Cognition: normal, able to think abstractly
Judgment: appropriate, logical
Access: cooperative, engaged
Attention/concentration: normal
Eye contact: normal
Abnormal movements/Pain behaviors: no overt pain behaviors
Symptom reports: appropriate, non ruminative; described pain symptoms upon questioning
Affect: congruent, appropriate, stable/non-labile
Speech: normal; spontaneous
Mood: tearful and dysphoric but not acutely distressed
Interaction with significant other/family in session: not applicable, arrived alone

## TREATMENT BARRIER(S):

Potential barriers that could interfere with participating fully in pain rehabilitation treatment: no overt barriers indicated at time of this evaluation

## DIAGNOSES

**#1 Other Encephalitis and Encephalomyelitis** (per Dr. Bergstrom on 3/4/20)
**#2 Pain Musculoskeletal Widespread Chronic** (per problem list)
**#3 Sleep Related Movement Disorder** (per Dr. Bergstrom on 3/4/20)
**#4 Postural Tachycardia Syndrome Without Hypotension** (per Dr. Bergstrom on 3/4/20)
**#5 Posttraumatic Stress Disorder Prolonged** (per Dr. Bergstrom on 3/4/20)
**#6 Recurrent Depression vs Persistent Depressive Disorder** (per Dr. Martin on 1/17/20)
**#7 Generalized Anxiety Disorder** (per Dr. Martin on 1/17/20)
**#8 Cannabis Use** (per Dr. Martin on 1/17/20)

## IMPRESSION/REPORT:

Overall, Leslie S Marcus describes an increasingly pain-contingent lifestyle with limited consistent use of behavioral

Lincoln/Marcus 2977



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

### Clinical Notes (continued)

pain self-management techniques. The patient reports that 100% percent of her daily activities are controlled or highly influenced by pain symptoms. Patient indicates difficulty with coping overall. Additionally, as a result of chronic pain, the patient describes elements of activity avoidance, a cycle of deconditioning and/or debilitation, difficulty maintaining responsibilities, adverse impact of pain on mood, decrease in desired level of functioning, decline in quality of life and relationships and overall decreased perception of control over pain and life.

Leslie S Marcus reported that she has never been on chronic opioid therapy. The patient understands medications will be reviewed by the treatment team to make recommendations to optimize functioning.

Based on Leslie S Marcus's history, she should be encouraged to learn/enhance more adaptive and proactive pain coping techniques that are focused on improved functioning and quality of life rather than passive techniques focused on pain relief, which will likely be elusive given that pain is described as intractable and longstanding.

We discussed the rationale for behavioral pain self-management strategies, the basics of neuroscience of pain, and options for behavioral chronic pain management treatment. It appears that the patient could benefit from learning adaptive and proactive chronic pain self-management strategies to manage aspects of chronic pain and reduce the impact of pain on functioning and quality of life. We discussed the Mayo Clinic Pain Rehabilitation Center program, an intensive outpatient interdisciplinary 3-week group-based rehabilitation program for individuals with debilitating chronic pain that would assist the patient in learning strategies for coping with chronic pain, improving functional ability and overall physical strength and endurance, and learning adaptive management of pain and mood. The program incorporates cognitive behavioral therapy, physical therapy, occupational therapy, discontinuation of opioid analgesic medications, and reduction of polypharmacy, with all aspects of programming focused on functional restoration.

At this time, the patient presents as interested in intensive pain rehabilitation treatment for chronic pain. The patient expressed openness and motivation to learn how to make cognitive, behavioral, and rehabilitative lifestyle changes to better self-manage chronic pain.

I emphasized to the patient that pain rehabilitation will not guarantee pain relief; rather, the focus will be on increasing and improving adaptive use of skills to manage pain and improve functioning. Also, we discussed the idea that the program supports withdrawal from chronic opioid therapy and decreased use of polypharmacy for chronic pain management. The patient denied significant concerns regarding participation in the PRC program at this time.

### PLAN

The patient indicated understanding that per our discussion, referral from medical provider, and review of medical chart, she is considered a candidate for the Mayo Clinic Pain Rehabilitation Center. At this time, the patient expressed willingness to participate in PRC. We agreed to plan of patient initiating individual community-based therapy to address depression, anxiety, and symptoms of PTSD and to establish care prior to her participation in the PRC program to be continued after the program for maintenance of program gains. She understands that I will not place an order for the PRC program at this time, and she agreed to contact me once she has initiated community-based individual therapy.

I provided the patient with written materials regarding the Pain Rehabilitation Center and my contact information. I encouraged the patient to call the PRC with questions at (480) 342-6240. The patient indicated understanding. Should a date for PRC participation be initiated per patient interest, disclosures and expectations of the pain rehabilitation program will be reviewed in further detail, as indicated. If not already completed, prior to scheduling admission to PRC, the patient will need to complete a Fall Risk/Function Assessment for review with the PRC Physical Therapist and Occupational Therapist. Additionally, an Exercise Clearance form will need to be completed due to

Lincoln/Marcus 2978



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Visit date: 7/9/2020

## 07/09/2020 - Telemedicine in Department of Psychiatry and Psychology in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

patient's level of sedentary lifestyle and deconditioning and comorbid health concerns.

The patient has given written/verbal permission for PRC to leave messages at the phone number(s) she provided us. The patient's preferred contact phone number to discuss PRC is

Thank you for this referral to Mayo Clinic Pain Rehabilitation Pain Center (PRC).

Lisa Gudenkauf, Ph.D., L.P.

Electronically Signed by Gudenkauf, Lisa M, Ph.D., L.P. on 7/10/2020  3:41 PM

Lincoln/Marcus 2979



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona

**Reason for Visit**

Visit diagnosis:  General Medical Examination Adult [Z00.00]

**Labs**

### Lab

**Comprehensive Metabolic Panel [2222662694273] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:1 | Blood | Blood, Venous | 07/07/20 1154 |

**Comprehensive Metabolic Panel [2222662694273] (Abnormal)**          Resulted: 07/07/20 1834, Result status: Final result

Ordering provider:  Schweda, Denise C, M.D.  07/07/20 1145          Order status:  Completed
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301          Collected by:  07/07/20 1154
07/07/20 1834
Resulting lab:  MAYO CLINIC ARIZONA LAB
Acknowledged by:  Schweda, Denise C, M.D. on 07/08/20 0919

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 5.0 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 105 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 21 | 22 - 29 mmol/L | L ˅ | ARZ |
| Anion Gap | 15 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 19.3 | 6.0 - 21.0 mg/dL | — | ARZ |
| Creatinine, S | 1.13 | 0.59 - 1.04 mg/dL | H ˄ | ARZ |
| eGFR-Non Black | 57 | >=60 mL/min/BSA | L ˅ | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| eGFR-Black | 66 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Calcium, Total, S | 9.9 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 81 | 70 - 140 mg/dL | — | ARZ |
| Protein, Total, S | 7.9 | 6.3 - 7.9 g/dL | — | ARZ |
| Albumin, S | 4.7 | 3.5 - 5.0 g/dL | — | ARZ |
| Aspartate Aminotransferase (AST), S | 21 | 8 - 43 U/L | — | ARZ |
| Alkaline Phosphatase, S | 103 | 35 - 104 U/L | — | ARZ |
| Alanine Aminotransferase (ALT), S | 16 | 7 - 45 U/L | — | ARZ |
| Bilirubin, Total, S | 0.3 | <=1.2 mg/dL | — | ARZ |

Lincoln/Marcus 2980



Marcus, Leslie S
MRN: 12-300-675, DOB:         Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Indications

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

#### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020 09:19

### Lipid Panel, NON-FASTING [2222662694275] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:2 | Blood | Blood, Venous | 07/07/20 1154 |

Lipid Panel, NON-FASTING [2222662694275] (Abnormal)          Resulted: 07/07/20 1834, Result status: Final result

Ordering provider: Schweda, Denise C, M.D. 07/07/20 1145          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 07/07/20 1154
07/07/20 1834
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol, Total, S | 285 | mg/dL | H ▲ | ARZ |

Comment:

----REFERENCE VALUE----
Desirable: < 200
Borderline high: 200 - 239
High: > or = 240

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglycerides, Non-Fasting, S | 79 | <175 mg/dL | — | ARZ |
| Cholesterol, HDL, S | 75 | >=50 mg/dL | — | ARZ |
| LDL Cholesterol, Non-Fasting | 194 | mg/dL | H ▲ | ARZ |

Comment:
The markedly elevated LDL level is suggestive
of a genetic condition such as familial hypercholesterolemia
(FH) or familial defective apolipoprotein B-100 (FDB).
Molecular genetic testing for FH and FDB is available
through Mayo Clinic Laboratories: FH/ADH Genetic Reflex
Panel (test ADHP). Acquired (non-genetic) causes of markedly
increased LDL cholesterol include cholestatic liver disease
due to the presence of LpX. If a genetic form of
hypercholesterolemia is suspected, family studies
including biochemical testing for lipids (total cholesterol,
triglycerides, LDL cholesterol and HDL cholesterol) are
recommended.  Please contact the laboratory at

Lincoln/Marcus 2981



Marcus, Leslie S
MRN: 12-300-675, DOB:      Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

1-800-533-1710 or the on-line test catalog at mayocliniclaboratories.com for information about how to order these tests or to speak with a genetic counselor. Further interpretation would require clinical information.

----REFERENCE VALUE----
Desirable: <100
Above Desirable: 100-129
Borderline high: 130-159
High:
160-189
Very high: > or =190

| | | | | |
|---|---|---|---|---|
| Non HDL Cholesterol | 210 | mg/dL | H^ | ARZ |

Comment:

----REFERENCE VALUE----
Desirable: <130
Above Desirable: 130-159
Borderline high: 160-189
High: 190-219
Very high: > or =220

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020 09:19

### CBC with Differential, Blood [2222662694277] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:3 | Blood | Blood, Venous | 07/07/20 1154 |

CBC with Differential, Blood [2222662694277] (Abnormal)          Resulted: 07/07/20 1812, Result status: Final result

Ordering provider: Schweda, Denise C, M.D. 07/07/20 1145          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 07/07/20 1154
07/07/20 1813
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/07/20 1825

#### Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

Lincoln/Marcus 2982



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

| | | Range | | |
|---|---|---|---|---|
| Hemoglobin | 13.9 | 11.6 - 15.0 g/dL | — | ARZ |
| Hematocrit | 43.5 | 35.5 - 44.9 % | — | ARZ |
| Erythrocytes | 4.77 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 91.2 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 12.8 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 333 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 6.5 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 2.90 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 2.84 | 0.95 - 3.07 x10(9)/L | — | ARZ |
| Monocytes | 0.42 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.19 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.10 | 0.01 - 0.08 x10(9)/L | H $^\wedge$ | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020 09:19
Schweda, Denise C, M.D. on 7/7/2020 18:33
Schweda, Denise C, M.D. on 7/7/2020 18:25

## Hemoglobin A1c [2222662694279] (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:4 | Blood | Blood, Venous | 07/07/20 1154 |

### Hemoglobin A1c [2222662694279]                Resulted: 07/08/20 0741, Result status: Final result

Ordering provider: Schweda, Denise C, M.D. 07/07/20 1145      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301         Collected by: 07/07/20 1154
07/08/20 0748
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Lincoln/Marcus 2983


**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:       Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Hemoglobin A1c, B | 5.6 | 4.2 - 5.6 % | — | MCA PHX Campus |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **1051 - MCA PHX Campus** | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

### Indications

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020 09:19

### Thyroid Function Cascade [2222662694281] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:5 | Blood | Blood, Venous | 07/07/20 1154 |

#### Thyroid Function Cascade [2222662694281]    Resulted: 07/07/20 1834, Result status: Final result

Ordering provider: Schweda, Denise C, M.D. 07/07/20 1145    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 07/07/20 1154
07/07/20 1834
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH, Sensitive, S | 2.00 | 0.30 - 4.20 mIU/L | — | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **217 - ARZ** | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020 09:19

### Ferritin [2222662694283] (Final result)

Lincoln/Marcus 2984



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:6 | Blood | Blood, Venous | 07/07/20 1154 |

**Ferritin [2222662694283]**                    Resulted: 07/08/20 0851, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301                  Collected by:  07/07/20 1154
07/08/20 0859
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/08/20 0919

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin, S | 64 | 11 - 307 mcg/L | — | ARZ |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

**Indications**

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

**All Reviewers List**

Schweda, Denise C, M.D. on 7/8/2020 09:19

### Iron and Total Iron-Binding Capacity [2222662694285] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:7 | Blood | Blood, Venous | 07/07/20 1154 |

**Iron and Total Iron-Binding Capacity [2222662694285]**          Resulted: 07/07/20 1828, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301                  Collected by:  07/07/20 1154
07/07/20 1828
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/07/20 1833

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 98 | 35 - 145 mcg/dL | — | ARZ |
| Total Iron Binding Capacity | 277 | 250 - 400 mcg/dL | — | ARZ |
| Percent Saturation | 35 | 14 - 50 % | — | ARZ |

Lincoln/Marcus 2985



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/7/2020, D/C: 7/7/2020

## 07/07/2020 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Indications

General Medical Examination Adult [Z00.00 (ICD-10-CM)]

#### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020 09:19
Schweda, Denise C, M.D. on 7/7/2020 18:33

### Nucleated RBC [2222662694287] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F407037395:10 | Blood | — | 07/07/20 1154 |

#### Nucleated RBC [2222662694287]                Resulted: 07/07/20 1812, Result status: Final result

Ordering provider: Schweda, Denise C, M.D.  07/07/20 1145         Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301              Collected by: 07/07/20 1154
07/07/20 1813
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Schweda, Denise C, M.D. on 07/07/20 1825

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Schweda, Denise C, M.D. on 7/8/2020 09:19
Schweda, Denise C, M.D. on 7/7/2020 18:33
Schweda, Denise C, M.D. on 7/7/2020 18:25

Lincoln/Marcus 2986



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona

**Reason for Visit**

Chief complaint:  Annual Exam
Visit diagnoses:
- **General Medical Examination Adult (primary) [Z00.00]**
- Chronic Fatigue Syndrome [R53.82]
- Nausea [R11.0]
- Anxiety Generalized Disorder [F41.1]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]
- Atrial Fibrillation [I48.91]
- Embolus Pulmonary Personal History [Z86.711]
- Anemia [D64.9]

**Clinical Notes**

### H&P

**H&P by Schweda, Denise C, M.D. at 7/7/2020 11:00 AM**

Author: Schweda, Denise C, M.D.         Service: FAM (Family Medicine)      Author Type: Physician
Filed: 7/7/2020 12:41 PM                Encounter Date: 7/7/2020            Status: Signed
Editor: Schweda, Denise C, M.D. (Physician)

## CHIEF COMPLAINT / REASON FOR VISIT
GME

## HISTORY OF PRESENT ILLNESS
Ms. Leslie S Marcus is a 49 y.o. female who presents today for general medical examination.  She notes she is primarily concerned with CFS which has formally been diagnosed but is frustrating for her since there is no formal treatment.  She notes most recently that she completely stopped her PPI as of 1 month ago, had previously been taking Protonix 40 mg daily, due to concerns that it was altering her gastrointestinal flora.  She has been doing self education on CFS and read that PPIs and beta-blockers specifically cause issues.  She does not want to stop her beta-blocker due to her arrhythmia history.  She notes since stopping her PPI she has been having problems with chronic nausea which seems to affect her in her right upper anterior cervical lymph node region.

- Asthma.  Asthma action plan completed today - well-controlled, infrequent symptoms.  Has Symbicort as a controller to use when having more frequent symptoms.  Notes only uses rescue inhaler maybe 2-3 times monthly. Has never been hospitalized for asthma.  Patient feels this is the least of her concerns
- Chronic fatigue syndrome.  Patient is trying to self-educate regarding potential treatment options as other providers have advised her medical treatments are limited.  She has questions about daily B12 and Vit C injections.  Is interested in meeting with a Naturopath but COVID has limited her options to seek consultation.
- Generalized anxiety disorder with insomnia.  Meds managed by community psychiatrist.  Taking Fluoxetine 20 mg daily and Naltrexone 4.5 mg daily.  Chronically taking Clonazepam 0.5 mg and Mirtazapine 45 mg nightly for sleep.
- Paroxysmal Atrial fibrillation.  Stable on Bystolic 1.25 mg twice daily.
- History extensive DVT with numerous PE 6/2019.  Chronically on Eliquis.
- Anemia.  Previously required iron infusions.  Last lab 11/2019.
- History GI bleed due to gastric ulcer.  Not currently on PPI.  No abdominal pain.  Not on NSAIDs.
- Chronic nausea since stopping PPI.  She is certain the previously mentioned hypotension with Zofran was due to Zofran as she was ill with other issues at the time of symptoms.  Notes she had previously done fine with medication.  She would like to try it again if possible due to intolerable nausea.  Previously found some relief with cupping therapy but this is on hold due to COVID.  Tries diffusing ginger essential oils, taking ginger orally.

Lincoln/Marcus 2987



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

Immunization History

| Administered | Date(s) Administered |
|---|---|
| • PCV13 | 01/20/2019 |

## PROBLEM LIST

Patient Active Problem List

Diagnosis

- Atrial Fibrillation (HCC)
- Catheter Ablation For Conduction Pathway Status Post
- Flutter Atrial (HCC)
- Anxiety Generalized Disorder
- Adjustment Disorder With Depressed Mood
- Asthma (HCC)
- Chronic Fatigue Syndrome
- Hemorrhage Gastrointestinal
- Insomnia Due To Medical Condition
- Irritable Bowel Syndrome Without Diarrhea
- Other Pulmonary Embolism Without Acute Cor Pulmonale (HCC)
- Other Encephalitis And Encephalomyelitis (HCC)
- Other Dyspnea
- Sleep Related Movement Disorder
- Postural Tachycardia Syndrome Without Hypotension
- Neuropathy Autonomic
- Reaction Stress
- Hypermobile Ehlers Danlos Syndrome (HCC)
- Posttraumatic Stress Disorder Prolonged
- Pain Musculoskeletal Widespread Chronic

## MEDICATIONS

Current Outpatient Medications:
- acetaZOLAMIDE (DIAMOX) 125 mg tablet, Take 1 tablet (125 mg total) by mouth 2 (two) times a day., Disp: 100 tablet, Rfl: 2
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
- apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily. Tincture, no THC , Disp: , Rfl:
- clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY, Disp: 30 tablet, Rfl: 1
- FLUoxetine (PROzac) 20 mg capsule, Take 20 mg by mouth daily., Disp: , Rfl:
- mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME, Disp: 30 tablet, Rfl: 0
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
- naltrexone HCl 4.5 mg/lactose capsule, Take 1 capsule by mouth at bedtime., Disp: , Rfl:
- nebivoloL (BYSTOLIC) 2.5 mg tablet, Take 0.5 tablets (1.25 mg total) by mouth daily. Instead of metoprolol, Disp: 45 tablet, Rfl: 3

Lincoln/Marcus 2988



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

### Clinical Notes (continued)

- prochlorperazine (COMPAZINE) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. ), Disp: 30 tablet, Rfl: 0
- SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
- ondansetron (ZOFRAN) 8 mg tablet, Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea., Disp: 30 tablet, Rfl: 2

## ALLERGIES

Allergies

| Allergen | Reactions |
|---|---|
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

## PAST MEDICAL, SURGICAL, FAMILY and SOCIAL HISTORY

Reviewed and updated.

Social History

Social History Narrative

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

## ROS

Gen:      +Weight gain 40# since CFS onset 2 years ago, difficulty losing despite fasting all day and only eating one keto meal daily for dinner. No fevers or chills or recent illness. Avoiding crowds due to COVID. +Chronic fatigue. +Night sweats.
HEENT:    Negative
Neck:     +Chronic hoarse feeling in throat and tender R-sided lymph node. +Sinus congestion/chronic.
Breast:   Negative
CV:       +Chest pain/pressure - chronic.
GI:       +Nausea chronically since stopping PPI. +Heartburn. +Constipation. +Diarrhea
GU:       Negative
Pulm:     +SOB. +Cough - dry/productive.
Endo:     Negative
Heme:     +Chronic anemia, requiring iron injections in the past, does not tolerate oral iron.
MS:       +Chronic generalized pain.
Neuro:    +Lightheadedness on occasion.
Psych:    +Feeling frustrated. No suicidal thoughts or homicidal thoughts.
Skin:     Negative

## PHYSICAL EXAM

BP 109/72 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | Pulse 67 | Temp 36.8 °C (Oral) |

Printed on 9/14/20  6:01 PM                                                                 Page 23

Lincoln/Marcus 2989



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

Resp 16  | Ht 167 cm  | Wt 65.9 kg  | SpO2 98%  | BMI 23.63 kg/m²

GEN:      Alert, cooperative, no distress, appears stated age.
HEAD:     Normocephalic, without obvious abnormality, atraumatic.
EYES:     PERRLA, EOMI, conjunctiva and corneas clear, fundi benign.
EARS:     Normal TMs and external ear canals bilaterally
NOSE:     Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness.
ORAL:     Lips, oral mucosa, and tongue normal.  Teeth and gums normal.
NECK:     Supple, symmetrical, trachea midline, +R upper anterior cervical enlarged tender lymph node, no
fluctuance.  No abnormal masses.  Thyroid without enlargement, tenderness, or nodules.
BACK:     Symmetric, no abnormal curvatures, neck/back ROM normal.  No muscle spasm or tenderness.  No CVA
tenderness.
RESP:     Clear to auscultation bilaterally, respirations unlabored.
CHEST:    No chest wall tenderness or deformity.
BREAST:   Deferred.
CARDIO:   Regular rate and rhythm, S1 and S2 normal, no murmur, rub, or gallop.  No carotid bruits or elevated JVP.
Pulses brisk and symmetric, bilateral upper and lower extremities.  No lower extremity edema.
ABD:      Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly.
GU:       deferred.
EXT:      Extremities normal, atraumatic.  No cyanosis, clubbing, or edema.
SKIN:     Skin color, texture, turgor normal, no rashes or lesions.
LYMPH:    Cervical, supraclavicular, and axillary nodes normal.
NEURO:    CNII-XII intact.  Normal strength, sensation and reflexes throughout.
PSYCH:    Alert and oriented x 3.  Affect appropriate.  Insight and judgement are intact.  Articulate historian.  Well
groomed, good hygiene, appropriately dressed.  No suicidal ideation or homicidal ideation.

## LAB/RECENT TESTING
None recent


## ASSESSMENT/PLAN
### #1 General Medical Examination Adult
Encouraged diet low in cholesterol, high in fiber.  Recommend at least 150 minutes of exercise per week.  Discussed
importance of maintaining normal BMI, benefits of regular sunscreen use, dental care, and disease prevention.
Immunizations:  UTD, continue annual influenza vaccine.
Plan:  Check routine GME labs.  Well-woman care UTD through community gyn, Dr. Cyndy Churgin with recent
mammogram and Pap smear UTD.
### #2 Chronic Fatigue Syndrome
Discussed healthy nutrition and regular exercise, modifying for energy tolerance.  Patient is working on adequate
sleep.  Agree with evaluation with naturopath for discussion of alternative therapies.
### #3 Nausea
Concern for past history GI bleed/ulcer disease, urged patient to at least consider H2 blocker 1-2 times daily prn.  If
symptoms persist/recur, consider at least a low-dose PPI such as Prilosec 20 mg every other day.  Patient verbalized
understanding and will consider this plan.  Refilled Zofran, encouraged patient to try at half tablet to begin with and use
only sparingly p.r.n.
### #4 Anxiety Generalized Disorder
Anxiety stable under care of psychiatrist in the community.

Lincoln/Marcus 2990



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/7/2020

## 07/07/2020 - Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Clinical Notes (continued)**

### #5 Postural Tachycardia Syndrome Without Hypotension
Stable on current therapy.
### #6 Atrial Fibrillation (HCC)
Stable on current therapy.
### #7 Embolus Pulmonary Personal History
Stable on current therapy. Requires chronic anticoagulation for unprovoked DVT/PE.
### #8 Anemia
Check lab to monitor for history of anemia.


Dictated using Fluency Direct voice recognition software. Transcriptions are reviewed for accuracy but areas may remain. Please notify for clarification.


**Orders Placed This Encounter**
**Medications**

- ondansetron (ZOFRAN) 8 mg tablet
    Sig: Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea.
    Dispense: 30 tablet
    Refill: 2


**Orders Placed This Encounter**
**Procedures**

- Comprehensive Metabolic Panel
- Lipid Panel, NON-FASTING
- CBC with Differential, Blood
- Hemoglobin A1c
- Thyroid Function Cascade
- Ferritin
- Iron and Total Iron-Binding Capacity


Electronically Signed by Schweda, Denise C, M.D. on 7/7/2020 12:41 PM

Lincoln/Marcus 2991



# *Fax Transmission*

**Date:** 10/15/20

**To:** LINCOLN FINANCIAL GROUP

**Phone Number:** 866-213-2937
**Fax Number:** 603-334-8592

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

8/1/20 to present
Return with a letter no records from the dos requested

---

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit** www.honorhealth.ethicspoint.com **to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 2992**



10/15/20


LINCOLN FINANCIAL GROUP
P.O. Box 7213
London, KY  40742

RE:    Request to inspect, copy or obtain copy of health records
       Records of: Leslie S Marcus
       MRN: 3220726
       Date of Birth:
       Date request received: 10/15/2020


Dear LINCOLN FINANCIAL GROUP,

We regret to inform you that we are unable to process your request as the patient did not receive HonorHealth services on the service date(s) requested.

No records from the DOS requested

Should you have any questions, you may contact us at 480-882-4040, Monday through Friday, 8:00 a.m. until 4:30 p.m., Arizona Time, or write to the address below attention Medical Records.

Sincerely,


Release of Information Department

**Lincoln/Marcus 2993**

# Lincoln Financial Group Investigation Referral

Requested By:   Brandy Pelletier
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16377

**Return Report to: VendorReferrals@lfg.com**

| | | |
|---|---|---|
| Customer Name: | BALFOUR BEATTY INVESTMENTS | Date Sent: 10/13/2020 |

Funding type:   FI: **YES**   ASO: **NO**     Coverage Type:   STD: **NO**   LTD: **YES**

| | | | |
|---|---|---|---|
| Claimant Name: | LESLIE    MARCUS | Claim #: | 9303113 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| | | Claimant Tel. #: | |
| City: | | | |
| State: | | Date of Hire: | 9/14/2015 |
| Zip: | | Date of Disability: | 4/13/2019 |
| Gender: | FEMALE | Injury/Illness: | Pulmonary embolism |
| Marital Status: | U | Job Description: | |
| No. of Dependents: | 0 | | |
| Claimant's Physical Description: | (See prior investigation report via HUB in 2/2020) | | |

Describe Reason For Referral:

Claimant reports no capacity due to chronic fatigue  - DCM would like to detemrine clmt's true, day to day activities.

Instructions For Vendor:                      Vendor Chosen:      HUB ENTERPRISES

Please complete 2 consecutive days of surveillance, with at least one weekend date. If active, please continue a 3rd consecutive day.

**Lincoln/Marcus 2994**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: October 12, 2020 | |
| To:    DR FRANK CIBULKA | |
| Attn:   Medical Records | |
| Fax:    (480) 882-5866 | |
| From:  Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 2995**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 12, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 1, 2020 through the present

We ask that you provide this information by October 19, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Marcus 2996**

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2   of 2

**Lincoln/Marcus 2997**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (388) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   LESLIE MARCUS

Name of legal representative, if applicable (print) _____ Relationship  SELF

Signature of claimant or legal representative

Date of Birth: __ _____ Claim Number: 9303113 Date: 10/14/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

Lincoln/Marcus 2998

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LESLIE MARCUS

**Lincoln/Marcus 2999**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 13, 2020

Ms. Leslie Marcus

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by November 12, 2020:

- Completion of the Enclosed Forms:

    X   LTD Forms - Standard
    __  Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   LTD Forms - Standard

**Lincoln/Marcus 3000**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## <u>AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION</u>

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: ___9303113___

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Marcus 3001**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: \_\_\_ _____ Claim Number: \_\_9303113\_\_ Date: _____

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Marcus 3002**



# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to the present.  *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name:                                          Name:

Specialty:                                     Specialty:

Address:                                       Address:

Telephone No. :(   )      Fax No. :(   )       Telephone No. :(   )      Fax No. :(   )

Name:                                          Name:

Specialty:                                     Specialty:

Address:                                       Address:

Telephone No. :(   )      Fax No. :(   )       Telephone No. :(   )      Fax No. :(   )

## MEDICAL INSURANCE CARRIER(S):

Name:                                          Name:

Specialty:                                     Specialty:

Address:                                       Address:

Telephone No. :(   )      Fax No. :(   )       Telephone No. :(   )      Fax No. :(   )

## PHARMACY(S):

Name:                                          Name:

Specialty:                                     Specialty:

Address:                                       Address:

Telephone No. :(   )      Fax No. :(   )       Telephone No. :(   )      Fax No. :(   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE:                                     DATE:

**Lincoln/Marcus 3003**

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return to:** Brandy Pelletier

**EMPLOYEE/CLAIMANT NAME:** Leslie Marcus     **CLAIM #:** 9303113
**EMPLOYER:** Balfour Beatty Investments     **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name     Relationship to you?     Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**     **EMPLOYEE'S SIGNATURE:**

DP 409

**Lincoln/Marcus 3004**

## ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113                          DATE OF BIRTH:

EMPLOYER/SPONSOR: Balfour Beatty Investments

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

    sit _____    stand _____    walk _____

How many hours a day do you:

    sit _____    stand _____    walk _____

Do you take a nap during the day?

    Yes_____    No _____

    If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____    No _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car?_____

    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

    Yes_____    No _____    If Yes, what are their dates of birth _____

        Do you need help caring for your children?

    Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Marcus 3005**



How often do you get outdoors? _____

Are you left or right hand dominant?         Left _____    Right _____

Are you able to work in your garden?         Yes _____    No _____

Are you able to work on your house?          Yes _____    No _____

Are you able to wash your car?               Yes _____    No _____

How much time is spent daily on your home computer?

_____ None    _____ 0-1 hours    _____ 1-2 hours    _____ 2-3 hours    _____ 3+ hours

How much time is spent weekly on your home computer?

_____ None    _____ 0-1 hours    _____ 1-2 hours    _____ 2-3 hours    _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills    _____ Read news/articles    _____ Use search engines    _____ Send emails

_____ Visit chat rooms    _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word)    _____ Spreadsheets (Excel)    _____ Database (Access)    _____ Graphics

_____ Photo software (Photoshop)    _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?    _____ Yes    _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?  Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Marcus 3006**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____    No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____    No _____

If Yes, please describe _____

Do you do any Volunteer work?               Yes _____    No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                  Yes _____    No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____     Date: _____

Signature: _____

**Lincoln/Marcus 3007**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Mon, 12 Oct 2020 18:16:25 +0000
**To:**Pelletier, Brandy
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Medicine - Internal or Family for claim number 9303113 has been assigned to Dr. Gilbert Wager. The anticipated due date for this request is 10/12/2020.

**Lincoln/Marcus 3008**

From:           LFGNotifications@LFG.com
Sent:           Monday, October 5, 2020 11:31:58 AM
To:
CC:
BCC:
Subject:        [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus
Attachments:    hsyxbzyumnzicmbi86pc_9150662.pdf;

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3009**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 5, 2020

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On September 4, 2020 and September 21, 2020, we requested medical records from the Mayo Clinic.    This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

• Office treatment notes, test results, operative reports, prescription histories, and treatment plans from April 1, 2020 through the present from the Mayo Clinic

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Balfour Beatty Investments's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by November 18, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by December 18, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than December 18, 2020 as required under

1  of  2

**Lincoln/Marcus 3010**

the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

2  of  2

**Lincoln/Marcus 3011**

10/5/2020                           Patient Online Services - Appointments, Admissions & Notes

Name: Leslie S Marcus | DOB:

# Appointments, Admissions & Notes

## Download your Patient Appointment Guide

The Patient Appointment Guide has instructions to help you prepare for all your upcoming appointments. Please download and review.

## Upcoming Visits

Future ○
Visits

| OCT 12 2020 | Acupuncture Arrive by 11:00 AM MST Starts at 11:15 AM MST |

| OCT 15 2020 | Video Appointment at Home Kari A Martin Arrive by 9:45 AM MST Starts at 10:00 AM MST |

**Lincoln/Marcus 3012**

10/5/2020                               Patient Online Services - Appointments, Admissions & Notes

OCT  Video Appointment at
**20**  Home
2020  Lisa M G
       Arrive by 1:45 PM MST
       Starts at 2:00 PM MST

DEC  Consultation
**10**  Lucinda A Harris
2020  Arrive by 8:30 AM MST
       Starts at 9:00 AM MST

**Lincoln/Marcus 3013**

Clinical Notes - Patient Online Services



Your health and well-being are Mayo Clinic's priority. For now, we ask that you arrive at your
listed on your Patient Appointment Guide. This will help minimize the number of people in the
public lobbies as you wait to go to your appointments. These practices will help support social distancing. For the most up-to-
date information about Mayo Clinic's response to COVID-19 and how this may impact your appointments, please visit
www.mayoclinic.org/covid-19

# Clinical Notes

## 09/28/2020 – Clinical Support

Progress Notes

|  | 09/28/20 1200 |
|---|---|
| **Integrative Medicine and Health Therapy** | |
| Therapy Provided | Acupuncture |
| Seen By | Acupuncturist |
| **Integrative Treatment** | |
| Primary site | Whole body |
| Acupuncture Points | KI7,ST36,SP9,LR8,SI3,UB 62,LI4,LR3,YT |
| Treatment Start Time | 1200 |
| Treatment Stop Time | 1100 |
| Treatment Length (min) | -60 |

MC'S= MECFS (Chronic Fatigue), Nausea, Back Pain (Fibromyalgia)
Had a bad car accident in 2017. Was misdiagnosed (included wrong surgery) and mistreated with steroids which caused the MECFS, Fibro, and a variety of severe heart conditions. Had poor sleep before accident, but since accident has PTSD which include night terrors.

Energy- Exhausted all the time
Memory is very poor, sometimes even struggles with stuttering and getting the words to physically come out. Was tested for a stroke bc of that but signs of one weren't discovered.
Nausea is 24/7. She is unable to eat all day. Forces herself to eat dinner. Can only stomach very plain high quality fresh meats and veggies, everything else makes her throw up.
BM's- Always either constipation or diarrhea, nothing in between.
Neuropathy- automatic as well as peripheral (hands and feet)
Low Back Pain is severe and making everything harder recently (d/t fibro)
Emotions Any stress at all causes panic attacks and/or need to be in bed for a week to recover
Had a hysterectomy 15 years ago d/t cancerous tumors and history or severe endometriosis, was on estradiol for years until heart condition

TCM DX- KI Yang Xu w/SP Damp and LR Qi/Xue YU
Tongue- Scarlet red along sides, with white froth on top
Pulses- Weak and slippery
Needle Retention- 25 min

MyChart® licensed from Epic Systems Corporation, © 2020.
© 2020 Mayo Foundation for Medical Education and Research. All rights reserved.

Lincoln/Marcus 3014

Name: Leslie S Marcus | DOB

# AFTER VISIT SUMMARY



**Leslie S. Marcus**  MRN: 3220726

📅 7/14/2020  9:30 AM   📍 HonorHealth Medical Group Arcadia 480-882-7360

## Instructions from Frank E Cibulka, MD

Zofran 4 mg up to 3  X a day.
Activity as tolerated.
Reviewed her old records.

She is still fully disabled.

I do not think this will improve.

I would like her to stop the keto diet.

Refer to Dr. Choca

Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
40+ min

 ### Today's medication changes

◆ CHANGE how you take:

**ondansetron** (ZOFRAN) — medication strength, how much to take, when to take this, reasons to take this
Changed by: Frank E Cibulka, MD

↻ CONTINUE taking your other medications
**Review your updated medication list below.**

Accurate as of July 14, 2020 11:59 PM.

 ### Pick up these medications at WALGREENS DRUG STORE #07582 - LITCHFIELD PARK, AZ - 13014 W CAMELBACK RD AT NEC OF DYSART & CAMELBACK

ondansetron
Address:      13014 W CAMELBACK RD, LITCHFIELD PARK AZ 85340-9401
Phone:       623-935-0528

 ### Return in about 4 weeks
(around 8/11/2020), or if symptoms worsen or fail to improve.

# Today's Visit

**Lincoln/Marcus 3015**

You saw Frank E Cibulka, MD on Tuesday July 14, 2020 for: Medication Refill.
The following issues were addressed:
- Anxiety as acute reaction to exceptional stress
- PTSD (post-traumatic stress disorder)
- Disorder of autonomic nervous system
- Chronic fatigue syndrome
- Nauseous

## What's Next

You currently have no upcoming appointments scheduled.

## Basic Information

| Race | Ethnicity | Preferred Language |
|---|---|---|
| White or Caucasian | Not Hispanic or Latino | English |

## Allergies as of 7/14/2020

**Adhesive**
**Corticosteroids**
**Zofran [ondansetron]**

## 🔧 Health Maintenance

| Tests/Procedures | Completion Dates | Date Due |
|---|---|---|
| DTaP,Tdap,or Td Vaccines (1 - Tdap) | --- | **05/27/1990** |
| Mammogram **Override on 2/1/2020:** Done | 2/1/2020 (Done) | 02/01/2022 |
| Colonoscopy **Override on 4/23/2019:** Done **Override on 4/15/2019:** Done | 4/23/2019 (Done), 4/16/2019, 4/16/2019, 4/15/2019 (Done), 4/15/2019 | 04/23/2029 |
| Pneumococcal Vaccine: 65+ Years (2 of 2 - PPSV23) | 1/20/2019 | 05/27/2036 |

**Lincoln/Marcus 3016**

## Your Medication List as of July 14, 2020 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaZOLAMIDE** 125 mg tablet<br>Commonly known as: DIAMOX | Take 125 mg by mouth 2 (two) times daily. |
| **atorvastatin** 20 mg tablet<br>Commonly known as: LIPITOR | TAKE 1 TABLET(20 MG) BY MOUTH AT BEDTIME |
| **azelastine** 0.1 % nasal spray<br>Commonly known as: ASTELIN | INL 1 SPRAY IEN BID |
| **Bystolic** 2.5 mg tablet<br>Generic drug: nebivolol | TAKE ONE-HALF TABLET BY MOUTH DAILY INSTEAD OF METOPROLOL |
| **clonazePAM** 1 mg tablet<br>Commonly known as: KlonoPIN | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. |
| **COMPOUNDED MEDICATION**<br>Commonly known as: enter medication name in Admin Instructions | Med Name: cbd oils |
| **Eliquis** 5 mg Tabs tablet<br>Generic drug: apixaban | TAKE 1 TABLET(5 MG) BY MOUTH TWICE DAILY |
| **FLUoxetine** 20 mg capsule<br>Commonly known as: PROzac | TK 1 C PO QD |
| **ipratropium** 0.03 % nasal spray<br>Commonly known as: ATROVENT | 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip |
| **metoprolol tartrate** 25 mg tablet<br>Commonly known as: LOPRESSOR | Take 25 mg by mouth daily. |
| **mirtazapine** 45 mg tablet<br>Commonly known as: REMERON | TK 1 T PO QHS |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 10 mg by mouth at bedtime. |
| **NALTREXONE HCL PO** | Take 0.5 mg by mouth. |
| **non formulary**<br>Commonly known as: medication name in instructions | Take 1 each by mouth daily. |
| ⬧ CHANGE **ondansetron** 4 mg tablet<br>Commonly known as: ZOFRAN<br>Changed by: Frank E Cibulka, MD | Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed for up to 7 days for Nausea.<br>What changed:<br>• **medication strength**<br>• **how much to take**<br>• **when to take this**<br>• **reasons to take this** |
| **Symbicort** 160-4.5 MCG/ACT inhaler<br>Generic drug: budesonide-formoterol | Inhale 2 puffs into the lungs. |

**Lincoln/Marcus 3017**

**Ventolin HFA** 108 (90 Base) MCG/ACT inhaler
Generic drug: albuterol

INL 2 PUFFS PO Q 4 TO 6 H PRF SOB AND RELIEF OF ASTHMA SYMPTOMS

MyChart® licensed from Epic Systems Corporation © 1999 - 2020

**Lincoln/Marcus 3018**

10/5/2020                                   Clinical Notes - Patient Online Services





Your health and well-being are Mayo Clinic's priority. For now, we ask that you arrive at yo                                    300675
listed on your Patient Appointment Guide. This will help minimize the number of people in                                        -
public lobbies as you wait to go to your appointments. These practices will help support so
date information about Mayo Clinic's response to COVID-19 and how this may impact you
www.mayoclinic.org/covid-19

# Clinical Notes & Documents

## Clinical Notes

### 07/07/2020 - Comprehensive Visit

**H&P**

**CHIEF COMPLAINT / REASON FOR VISIT**
GME

**HISTORY OF PRESENT ILLNESS**
Ms. Leslie S Marcus is a 49 y.o. female who presents today for general medical examination.  She notes she is primarily concerned with CFS which has formally been diagnosed but is frustrating for her since there is no formal treatment.  She notes most recently that she completely stopped her PPI as of 1 month ago, had previously been taking Protonix 40 mg daily, due to concerns that it was altering her gastrointestinal flora.  She has been doing self education on CFS and read that PPIs and beta-blockers specifically cause issues.  She does not want to stop her beta-blocker due to her arrhythmia history.  She notes since stopping her PPI she has been having problems with chronic nausea which seems to affect her in her right upper anterior cervical lymph node region.

- Asthma.  Asthma action plan completed today - well-controlled, infrequent symptoms.  Has Symbicort as a controller to use when having more frequent symptoms.  Notes only uses rescue inhaler maybe 2-3 times monthly.  Has never been hospitalized for asthma.  Patient feels this is the least of her concerns
- Chronic fatigue syndrome.  Patient is trying to self-educate regarding potential treatment options as other providers have advised her medical treatments are limited.  She has questions about daily B12 and Vit C injections.  Is interested in meeting with a Naturopath but COVID has limited her options to seek consultation.
- Generalized anxiety disorder with insomnia.  Meds managed by community psychiatrist.  Taking Fluoxetine 20 mg daily and Naltrexone 4.5 mg daily.  Chronically taking Clonazepam 0.5 mg and Mirtazapine 45 mg nightly for sleep.
- Paroxysmal Atrial fibrillation.  Stable on Bystolic 1.25 mg twice daily.
- History extensive DVT with numerous PE 6/2019.  Chronically on Eliquis.
- Anemia.  Previously required iron infusions.  Last lab 11/2019.
- History GI bleed due to gastric ulcer.  Not currently on PPI.  No abdominal pain.  Not on NSAIDs.
- Chronic nausea since stopping PPI.  She is certain the previously mentioned hypotension with Zofran was due to Zofran as she was ill with other issues at the time of symptoms.  Notes she had previously done fine with medication.  She would like to try it again if possible due to intolerable nausea.  Previously found some relief with cupping therapy but this is on hold due to COVID.  Tries diffusing ginger essential oils, taking ginger orally.

**Immunization History**
Administered                                    Date(s) Administered
- PCV13                                          01/20/2019

**PROBLEM LIST**
**Patient Active Problem List**
Diagnosis
- Atrial Fibrillation (HCC)
- Catheter Ablation For Conduction Pathway Status Post
- Flutter Atrial (HCC)
- Anxiety Generalized Disorder
- Adjustment Disorder With Depressed Mood
- Asthma (HCC)
- Chronic Fatigue Syndrome
- Hemorrhage Gastrointestinal
- Insomnia Due To Medical Condition
- Irritable Bowel Syndrome Without Diarrhea

**Lincoln/Marcus 3019**

10/5/2020                                                    Clinical Notes - Patient Online Services

- Other Pulmonary Embolism Without Acute Cor Pulmonale (HCC)
- Other Encephalitis And Encephalomyelitis (HCC)
- Other Dyspnea
- Sleep Related Movement Disorder
- Postural Tachycardia Syndrome Without Hypotension
- Neuropathy Autonomic
- Reaction Stress
- Hypermobile Ehlers Danlos Syndrome (HCC)
- Posttraumatic Stress Disorder Prolonged
- Pain Musculoskeletal Widespread Chronic

**MEDICATIONS**

Current Outpatient Medications:
- acetaZOLAMIDE (DIAMOX) 125 mg tablet, Take 1 tablet (125 mg total) by mouth 2 (two) times a day., Disp: 100 tablet, Rfl: 2
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
- apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily. Tincture, no THC , Disp: , Rfl:
- clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY, Disp: 30 tablet, Rfl: 1
- FLUoxetine (PROzac) 20 mg capsule, Take 20 mg by mouth daily., Disp: , Rfl:
- mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME, Disp: 30 tablet, Rfl: 0
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
- naltrexone HCl 4.5 mg/lactose capsule, Take 1 capsule by mouth at bedtime., Disp: , Rfl:
- nebivoloL (BYSTOLIC) 2.5 mg tablet, Take 0.5 tablets (1.25 mg total) by mouth daily. Instead of metoprolol, Disp: 45 tablet, Rfl: 3
- prochlorperazine (COMPAZINE) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day.  ), Disp: 30 tablet, Rfl: 0
- SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
- ondansetron (ZOFRAN) 8 mg tablet, Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea., Disp: 30 tablet, Rfl: 2

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

**PAST MEDICAL, SURGICAL, FAMILY and SOCIAL HISTORY**
Reviewed and updated.

**Social History**

Social History Narrative
*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

**ROS**
Gen:      +Weight gain 40# since CFS onset 2 years ago, difficulty losing despite fasting all day and only eating one keto meal daily for dinner.  No fevers or chills or recent illness.  Avoiding crowds due to COVID.  +Chronic fatigue.  +Night sweats.
HEENT:    Negative
Neck:     +Chronic hoarse feeling in throat and tender R-sided lymph node.  +Sinus congestion/chronic.
Breast:   Negative
CV:       +Chest pain/pressure - chronic.
GI:       +Nausea chronically since stopping PPI.  +Heartburn.  +Constipation.  +Diarrhea
GU:       Negative
Pulm:     +SOB. +Cough - dry/productive.
Endo:     Negative
Heme:     +Chronic anemia, requiring iron injections in the past, does not tolerate oral iron.
MS:       +Chronic generalized pain.
Neuro:    +Lightheadedness on occasion.
Psych:    +Feeling frustrated.  No suicidal thoughts or homicidal thoughts.
Skin:     Negative

**PHYSICAL EXAM**
BP 109/72 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular)  | Pulse 67  | Temp 36.8 °C (Oral)  | Resp 16  | Ht 167 cm  | Wt 65.9 kg  | SpO2 98%  | BMI 23.63 kg/m²

GEN:      Alert, cooperative, no distress, appears stated age.
HEAD:     Normocephalic, without obvious abnormality, atraumatic.
EYES:     PERRLA, EOMI, conjunctiva and corneas clear, fundi benign.
EARS:     Normal TMs and external ear canals bilaterally
NOSE:     Nares normal, septum midline, mucosa normal, no drainage or sinus tenderness.
ORAL:     Lips, oral mucosa, and tongue normal.  Teeth and gums normal.
NECK:     Supple, symmetrical, trachea midline, +R upper anterior cervical enlarged tender lymph node, no fluctuance.  No abnormal masses.  Thyroid without enlargement, tenderness, or nodules.
BACK:     Symmetric, no abnormal curvatures, neck/back ROM normal.  No muscle spasm or tenderness.  No CVA tenderness.
RESP:     Clear to auscultation bilaterally, respirations unlabored.
CHEST:    No chest wall tenderness or deformity.
BREAST:   Deferred.
CARDIO:   Regular rate and rhythm, S1 and S2 normal, no murmur, rub, or gallop.  No carotid bruits or elevated JVP.  Pulses brisk and symmetric, bilateral upper and lower extremities.  No lower extremity edema.
ABD:      Soft, non-tender, bowel sounds active all four quadrants, no masses, no organomegaly.
GU:       deferred.
EXT:      Extremities normal, atraumatic.  No cyanosis, clubbing, or edema.
SKIN:     Skin color, texture, turgor normal, no rashes or lesions.
LYMPH:    Cervical, supraclavicular, and axillary nodes normal.

**Lincoln/Marcus 3020**

NEURO:    CNII-XII intact.  Normal strength, sensation and reflexes throughout.
PSYCH:    Alert and oriented x 3.  Affect appropriate.  Insight and judgement are intact.  Articulate historian.  Well groomed, good hygiene, appropriately dressed.  No suicidal ideation or homicidal ideation.

**LAB/RECENT TESTING**
None recent

**ASSESSMENT/PLAN**
**#1 General Medical Examination Adult**
Encouraged diet low in cholesterol, high in fiber.  Recommend at least 150 minutes of exercise per week.  Discussed importance of maintaining normal BMI, benefits of regular sunscreen use, dental care, and disease prevention.
Immunizations:  UTD, continue annual influenza vaccine.
Plan:  Check routine GME labs.  Well-woman care UTD through community gyn, Dr. Cyndy Churgin with recent mammogram and Pap smear UTD.
**#2 Chronic Fatigue Syndrome**
Discussed healthy nutrition and regular exercise, modifying for energy tolerance.  Patient is working on adequate sleep.  Agree with evaluation with naturopath for discussion of alternative therapies.
**#3 Nausea**
Concern for past history GI bleed/ulcer disease, urged patient to at least consider H2 blocker 1-2 times daily prn.  If symptoms persist/recur, consider at least a low-dose PPI such as Prilosec 20 mg every other day.  Patient verbalized understanding and will consider this plan.  Refilled Zofran, encouraged patient to try at half tablet to begin with and use only sparingly p.r.n.
**#4 Anxiety Generalized Disorder**
Anxiety stable under care of psychiatrist in the community.
**#5 Postural Tachycardia Syndrome Without Hypotension**
Stable on current therapy.
**#6 Atrial Fibrillation (HCC)**
Stable on current therapy.
**#7 Embolus Pulmonary Personal History**
Stable on current therapy.  Requires chronic anticoagulation for unprovoked DVT/PE.
**#8 Anemia**
Check lab to monitor for history of anemia.

Dictated using Fluency Direct voice recognition software.  Transcriptions are reviewed for accuracy but areas may remain.  Please notify for clarification.

**Orders Placed This Encounter**
Medications
  • ondansetron (ZOFRAN) 8 mg tablet
        Sig: Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea.
        Dispense:  30 tablet
        Refill:  2

**Orders Placed This Encounter**
Procedures
  • Comprehensive Metabolic Panel
  • Lipid Panel, NON-FASTING
  • CBC with Differential, Blood
  • Hemoglobin A1c
  • Thyroid Function Cascade
  • Ferritin
  • Iron and Total Iron-Binding Capacity

Clinical notes are working documents, neither full nor legally certified copies of your medical record. These notes may be updated by your care team to document and communicate care.

If you have concerns with the content of your documentation and would like to request an amendment, click here for instructions on how to make that request.

MyChart® licensed from Epic Systems Corporation, © 2020.
© 2020 Mayo Foundation for Medical Education and Research. All rights reserved.

**Lincoln/Marcus 3021**



**Name:** Leslie S. Marcus

Your health and well-being are Mayo Clinic's priority. For now, we ask that you arrive at your appointment areas at the time listed on your Patient Appointment Guide. This will help minimize the number of people in the public lobbies as you wait to go to your appointments. These practices will help support social distancing. For up-to-date information about Mayo Clinic's response to COVID-19 and how this may impact your appointments, please visit www.mayoclinic.org/covid-19

# Clinical Notes

## 09/02/2020 – Telemedicine

Progress Notes

**REASON FOR VISIT**
IBS with noted EDS and POTS

| Nervous | |
|---|---|
| - | 2/6/2019 |
| - | 1/30/2020 |
| - | 1/30/2020 |
| - | 2/6/2020 |
| Respiratory | |
| - | 12/20/2013 |
| Overview | |

Overview:
Loaded via NextGen Data Conversion. DB Orgin: SHIP   Practice ID: 0001   MRN: 000000120722

| | |
|---|---|
| - | 1/30/2020 |
| Circulatory | |
| - | 5/4/2019 |
| - | 6/12/2019 |
| - | 4/12/2019 |
| - | 1/30/2020 |
| Digestive | |
| - | 4/13/2019 |
| - | 12/20/2013 |
| Overview | |

Overview:
Loaded via NextGen Data Conversion. DB Orgin: SHIP   Practice ID: 0001   MRN: 000000120722

| Musculoskeletal | |
|---|---|
| - | 1/30/2020 |
| Other | |
| - | 6/12/2019 |
| - | 12/20/2013 |
| Overview | |

**Referring provider:** Bergstrom, Larry R, M.D.

**Visit number:** 1- Due to COVID-19 considerations, this visit was conducted via video by Margaret Brown, RDN. Patient consented to proceed with a video visit.

**PATIENT STATEMENTS**
Leslie S Marcus is a 49 y.o. female here for nutritional strategies related to POTS/EDS. Todays wt- 129 lbs- she usually weighs ~ 115 lbs but had gained weight up to 145 lbs from medications she says. She has taken herself off beta blockers and PPI she says and has been able to get her weight down to 129 lbs and she feels better she says however she is having extreme nausea 24/7 she says on a scale of 8-10 and has been in

**Lincoln/Marcus 3022**

10/5/2020                                        Clinical Notes - Patient Online Services

disagreement with her PCP about how to treat her nausea (currently wanting to take more Zofran then her PCP has recommended). She does appear to be hydrating well at 2.5-3L water per day however she does not tolerate any electrolyte drinks or flavored electrolyte drinks so she is not getting adequate sodium in her diet at this time with her POTS. We discussed adding table salt- 2 tsp/day at this time to her water spread throughout the day which she plans to do. She is only able to eat 1x per day now due to nausea and this is usually either steak or chicken and vegetables. She enquired about injecting vitamins of which I advised not to do. I have reached out to Dr Bergstrom and to her psychiatrist Dr Martin whom she sees tomorrow for help with her nausea as I am unable to be of much help at this time due to her extreme nausea.
Todays wt- 129 lbs

**Diet recall-**
Significant nausea at this time and only able to eat steak or chicken- 2 oz with vegetables (1 meal per day at this time) due to the nausea she says
Drinks- water- 2.5-3L per day but unable to tolerate any electrolyte drinks at all
ETOH- none

**NUTRITION ASSESSMENT**
**Anthropometrics:**
Ht 165.1 cm
Wt 58.6 kg
Body mass index is 21.5 kg/m².
Ideal body weight: 57 kg
Adjusted ideal body weight: 57.6 kg


Labs:
**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| GLUCOSE | 81 | 07/07/2020 11:54 AM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| HGBA1C | 5.6 | 07/07/2020 11:54 AM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CHOL | 285 (H) | 07/07/2020 11:54 AM |
| TRIG | 79 | 07/07/2020 11:54 AM |
| HDL | 75 | 07/07/2020 11:54 AM |
| LDLCALC | 194 (H) | 07/07/2020 11:54 AM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| CRP | 11.9 (H) | 01/20/2020 12:25 PM |

**Lab Results**

| Component | Value | Date/Time |
|---|---|---|
| NA | 141 | 07/07/2020 11:54 AM |
| K | 5.0 | 07/07/2020 11:54 AM |
| MG | 2.0 | 05/05/2019 04:24 AM |

**Estimated Needs:**
1500+ calories/day (25+ kcal/kg)
60+ grams/protein/day (1+ gm/kg actual body wt)
Per MD with POTS- 2.5-3L reasonable daily

**NUTRITION DIAGNOSIS**
Food and nutrition-related knowledge deficit (NB-1.1) , poor oral intake related to POTS/EDS with significant nausea as evidenced by only able to tolerate eating 1x per day at this time and weight loss of 16 lbs and has gone off PPI and beta blockers at this time she says by her own choice

**NUTRITION RELATED GOALS**
2.5-3L fuid daily recommended with POTS
Add table salt to your water and salt your food for now as you do not tolerate electrolyte drinks- NUUN tabs suggested also to try as these can be added to water
Diet as tolerated at this time
RDN to consult with Dr Bergstrom and Dr Martin re- significant nausea, weight loss, medication management for nausea and overall (next steps)

**INTERVENTION**
- Conducted Diet Recall- due to her nausea and limited food intake at this time we were unable to discuss nutritional strategies for POTS/EDS as I had hoped today other than hydration and sodium needs at this time with some strategies suggested for increasing her sodium
- Have reached out to D Bergstrom and Dr Martin for assistance with her nausea and medication management- she is to see Dr Martin tomorrow
- Answered all of patients questions to best of my ability

**MONITORING AND EVALUATION**
Encouraged patient to follow up via online portal for now.  Provided contact information and encouraged the patient to reach out with questions.

Total Time: 20 minutes

MyChart® licensed from Epic Systems Corporation, © 2020.
© 2020 Mayo Foundation for Medical Education and Research. All rights reserved.

**Lincoln/Marcus 3023**

Name: Leslie S Marcus | DOB:

# Appointments, Admissions & Notes

## Download your Patient Appointment Guide

The Patient Appointment Guide has instructions to help you prepare for all your upcoming appointments. Please download and review.

## Upcoming Visits

Future ○
Visits

| OCT 12 2020 | Acupuncture<br>Arrive by 11:00 AM MST<br>Starts at 11:15 AM MST |
|---|---|

| OCT 15 2020 | Video Appointment at Home<br>Kari A Martin<br>Arrive by 9:45 AM MST<br>Starts at 10:00 AM MST |
|---|---|

**Lincoln/Marcus 3024**

| | |
|---|---|
| OCT **20** 2020 | Video Appointment at Home<br>Lisa M G<br>Arrive by 1:45 PM MST<br>Starts at 2:00 PM MST |

| | |
|---|---|
| DEC **10** 2020 | Consultation<br>Lucinda A Harris<br>Arrive by 8:30 AM MST<br>Starts at 9:00 AM MST |

# Past Visits

Last 3 ○
Months

| | |
|---|---|
| SEP **28** 2020 | Clinical Support<br>Shira D<br>Division of Integrative Medicine in Phoenix, Arizona |
| View notes | |
| View After Visit Summary® | |

| | |
|---|---|
| SEP **3** 2020 | Telemedicine<br>Kari A Martin |
| View After Visit Summary® | |

| | |
|---|---|
| SEP **2** 2020 | Telemedicine<br>Margaret A Brown |
| View notes | |
| View After Visit Summary® | |

**Lincoln/Marcus 3025**

10/5/2020                          Patient Online Services - Appointments, Admissions & Notes

| JUL **23** 2020 | Telemedicine<br>Kari A Martin |
|---|---|
| View After Visit Summary® | |

| JUL **14** 2020 | **Video Visit**<br>F Cibulka<br>HonorHealth Medical Group<br>Arcadia |
|---|---|
| View notes | |
| View After Visit Summary® | |

| JUL **9** 2020 | Telemedicine<br>Lisa M G |
|---|---|
| View After Visit Summary® | |

| JUL **7** 2020 | Hospital Outpatient Visit<br>Department of Laboratory<br>Medicine and Pathology in<br>Glendale, Arizona |
|---|---|
| View After Visit Summary® | |

| JUL **7** 2020 | Comprehensive Visit<br>Denise C Schweda<br>Department of Family Medicine<br>in Glendale, Arizona |
|---|---|
| View notes | |
| View After Visit Summary® | |

6 Months  ○
     Ago

**Lincoln/Marcus 3026**

| MAR **30** 2020 | **Office Visit** F Cibulka HonorHealth Medical Group Arcadia |
|---|---|
| | View notes |
| | View After Visit Summary® |

| MAR **23** 2020 | **External Outreach** Richard L Engle Department of Family Medicine in Glendale, Arizona |
|---|---|
| | View notes |
| | View After Visit Summary® |

| MAR **23** 2020 | **Clinical Communication** Nurse Erich D Division of Community Internal Medicine in Rochester, Minnesota |
|---|---|
| | View notes |
| | View After Visit Summary® |

| MAR **4** 2020 | Office Visit Larry R Bergstrom Division of General Internal Medicine in Scottsdale, Arizona |
|---|---|
| | View notes |
| | View After Visit Summary® |

Oldest record loaded from 3/4/2020

**Lincoln/Marcus 3027**

10/5/2020

Name: Leslie S Marcus | DOB:

# Appointment Details



## AFTER VISIT SUMMARY

**Leslie S. Marcus**  MRN: 12-300-675

📅 7/23/2020 10:00 AM   📍 Department of Psychiatry and Psychology in Scottsdale, Arizona 480-301-7722

## Instructions



### Today's medication changes

➡️ START taking:
   **traZODone** (DESYREL)
   Started by: Kari Martin, M.D.

🔶 CHANGE how you take:
   **FLUoxetine** (PROzac)
   Changed by: Kari Martin, M.D.

❌ STOP taking:
   **mirtazapine** 45 mg tablet (REMERON)
   Stopped by: Kari Martin, M.D.

   **prochlorperazine** 10 mg tablet (COMPAZINE)
   Stopped by: Kari Martin, M.D.

Accurate as of July 23, 2020 11:59 PM.
**Review your updated medication list below.**



**Pick up these medications at WALGREENS DRUG STORE #07582 - LITCHFIELD PARK, AZ - 13014 W CAMELBACK RD AT NEC OF DYSART & CAMELBACK**

FLUoxetine • traZODone

Address:        13014 W CAMELBACK RD, LITCHFIELD PARK AZ 85340-9401
Phone:          623-935-0528

## Today's Visit



You saw Kari Martin, M.D. on Thursday July 23, 2020. The following issue was addressed: Anxiety Generalized Disorder.

**Reminder: Please bring a copy of these discharge instructions with you to your follow up appointment(s).  Refer to your Patient Appointment Guide for your preparatory instructions**

**Lincoln/Marcus 3028**

**and for your most up to date appointment information.  If you fail to come prepared, your appointment may be rescheduled.**

## Additional Information

Please give a copy of your list of medicines to your primary care provider.  Update your list of medicines when your medicines or doses change.  In case of an emergency, carry your list of medicines with you at all times. If you take other medicines not on this list, please call your primary care provider for instructions.

**Lincoln/Marcus 3029**

10/5/2020                                           Patient Online Services - Visit Summary

## Your Medication List as of July 23, 2020 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaZOLAMIDE** 125 mg tablet<br>Commonly known as: DIAMOX | Take 1 tablet (125 mg total) by mouth 2 (two) times a day. |
| **albuterol** inhaler | Inhale 2 puffs every 4 (four) hours as needed. |
| **apixaban** 5 mg tablet<br>Commonly known as: Eliquis | Take 1 tablet (5 mg total) by mouth 2 (two) times a day. |
| **CANNABIDIOL (CBD) EXTRACT ORAL** | Take by mouth daily. Tincture, no THC |
| **clonazePAM** 1 mg tablet<br>Commonly known as: KlonoPIN | TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY |
| **CHANGE** **\* FLUoxetine** 20 mg capsule<br>Commonly known as: PROzac<br>Changed by: Kari Martin, M.D. | Take 20 mg by mouth daily.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.** |
| **CHANGE** **\* FLUoxetine** 40 mg capsule<br>Commonly known as: PROzac<br>Changed by: Kari Martin, M.D. | Take 1 cap qd<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 1 tablet by mouth daily. |
| **naltrexone HCl 4.5 mg/lactose capsule** | Take 1 capsule by mouth at bedtime. |
| **nebivoloL** 2.5 mg tablet<br>Commonly known as: BYSTOLIC | Take 0.5 tablets (1.25 mg total) by mouth daily. Instead of metoprolol |
| **ondansetron** 8 mg tablet<br>Commonly known as: ZOFRAN | Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea. |
| **Symbicort** 160-4.5 mcg/actuation inhaler<br>Generic drug: budesonide-formoteroL | Inhale 2 puffs 2 (two) times a day as needed. |
| **START** **traZODone** 50 mg tablet<br>Commonly known as: DESYREL<br>Started by: Kari Martin, M.D. | Take 1 tablet (50 mg total) by mouth at bedtime. |

✥ **\* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.**

**Lincoln/Marcus 3030**

10/5/2020

Name: Leslie S Marcus | DOB:

# Appointment Details



## AFTER VISIT SUMMARY

**Leslie S. Marcus**  MRN: 12-300-675

📅 9/3/2020  3:00 PM  📍 Department of Psychiatry and Psychology in Scottsdale, Arizona 480-301-7722

## Instructions



### Today's medication changes

↪ CHANGE how you take:

**clonazePAM** (KlonoPIN)
Changed by: Kari Martin, M.D.

**FLUoxetine** (PROzac)
Changed by: Kari Martin, M.D.

**ondansetron** (ZOFRAN)
Changed by: Denise Schweda, M.D.

❌ STOP taking:

**naltrexone HCl 4.5 mg/lactose capsule**
Stopped by: Kari Martin, M.D.

**nebivoloL** 2.5 mg tablet (BYSTOLIC)
Stopped by: Kari Martin, M.D.

Accurate as of September 3, 2020 11:59 PM.
**Review your updated medication list below.**



### Pick up these medications at WALGREENS DRUG STORE #07582 - LITCHFIELD PARK, AZ - 13014 W CAMELBACK RD AT NEC OF DYSART & CAMELBACK

ondansetron

Address:        13014 W CAMELBACK RD, LITCHFIELD PARK AZ 85340-9401
Phone:          623-935-0528

## Today's Visit



You saw Kari Martin, M.D. on Thursday September 3, 2020. The following issues were addressed: Posttraumatic Stress Disorder Prolonged and Anxiety Generalized Disorder.

**Reminder: Please bring a copy of these discharge instructions with you to your follow up appointment(s).  Refer to your Patient Appointment Guide for your preparatory instructions**

**Lincoln/Marcus 3031**

**and for your most up to date appointment information.  If you fail to come prepared, your appointment may be rescheduled.**

## Additional Information

Please give a copy of your list of medicines to your primary care provider.  Update your list of medicines when your medicines or doses change.  In case of an emergency, carry your list of medicines with you at all times. If you take other medicines not on this list, please call your primary care provider for instructions.

**Lincoln/Marcus 3032**

10/5/2020                                Patient Online Services - Visit Summary

## Your Medication List as of September 3, 2020 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaZOLAMIDE** 125 mg tablet<br>Commonly known as: DIAMOX | Take 1 tablet (125 mg total) by mouth 2 (two) times a day. |
| **albuterol** inhaler | Inhale 2 puffs every 4 (four) hours as needed. |
| **apixaban** 5 mg tablet<br>Commonly known as: Eliquis | Take 1 tablet (5 mg total) by mouth 2 (two) times a day. |
| **CANNABIDIOL (CBD) EXTRACT ORAL** | Take by mouth daily. Tincture, no THC |
| CHANGE **clonazePAM** 1 mg tablet<br>Commonly known as: KlonoPIN<br>Changed by: Kari Martin, M.D. | Take 1 mg by mouth 2 (two) times a day.<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| CHANGE **FLUoxetine** 40 mg capsule<br>Commonly known as: PROzac<br>Changed by: Kari Martin, M.D. | Take 1 cap qd<br>What changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 1 tablet by mouth daily. |
| CHANGE **ondansetron** 8 mg tablet<br>Commonly known as: ZOFRAN<br>Changed by: Denise Schweda, M.D. | Take 1 tablet (8 mg total) by mouth every 8 (eight) hours as needed for nausea or vomiting.<br>What changed:<br>• **medication strength**<br>• **how much to take**<br>• **when to take this**<br>• **reasons to take this** |
| **Symbicort** 160-4.5 mcg/actuation inhaler<br>Generic drug: budesonide-formoteroL | Inhale 2 puffs 2 (two) times a day as needed. |
| **traZODone** 100 mg tablet<br>Commonly known as: DESYREL | Take 1 tablet (100 mg total) by mouth at bedtime. |

**Lincoln/Marcus 3033**

Name: Leslie S Marcus | DOB:

# Appointment Details



## AFTER VISIT SUMMARY

**Leslie S. Marcus**  MRN: 12-300-675

📅 7/9/2020  1:00 PM   📍  Department of Psychiatry and Psychology in Scottsdale, Arizona 480-301-7722

## Today's Visit



You saw LISA Gudenkauf, Ph.D., L.P. on Thursday July 9, 2020. The following issues were addressed:

- Other Encephalitis And Encephalomyelitis
- Pain Musculoskeletal Widespread Chronic
- Postural Tachycardia Syndrome Without Hypotension
- Sleep Related Movement Disorder
- Posttraumatic Stress Disorder Prolonged
- Depressive Disorder
- Anxiety Generalized Disorder

**Reminder: Please bring a copy of these discharge instructions with you to your follow up appointment(s).  Refer to your Patient Appointment Guide for your preparatory instructions and for your most up to date appointment information.  If you fail to come prepared, your appointment may be rescheduled.**

## Additional Information

Please give a copy of your list of medicines to your primary care provider.  Update your list of medicines when your medicines or doses change.  In case of an emergency, carry your list of medicines with you at all times. If you take other medicines not on this list, please call your primary care provider for instructions.

**Lincoln/Marcus 3034**

10/5/2020                                    Patient Online Services - Visit Summary

**Lincoln/Marcus 3035**

10/5/2020                                    Patient Online Services - Visit Summary

## Your Medication List as of July 9, 2020 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **acetaZOLAMIDE** 125 mg tablet<br>Commonly known as: DIAMOX | Take 1 tablet (125 mg total) by mouth 2 (two) times a day. |
| **albuterol** inhaler | Inhale 2 puffs every 4 (four) hours as needed. |
| **apixaban** 5 mg tablet<br>Commonly known as: Eliquis | Take 1 tablet (5 mg total) by mouth 2 (two) times a day. |
| **CANNABIDIOL (CBD) EXTRACT ORAL** | Take by mouth daily. Tincture, no THC |
| **clonazePAM** 1 mg tablet<br>Commonly known as: KlonoPIN | TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY |
| **FLUoxetine** 20 mg capsule<br>Commonly known as: PROzac | Take 20 mg by mouth daily. |
| **mirtazapine** 45 mg tablet<br>Commonly known as: REMERON | TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME |
| **montelukast** 10 mg tablet<br>Commonly known as: SINGULAIR | Take 1 tablet by mouth daily. |
| **naltrexone HCl 4.5 mg/lactose capsule** | Take 1 capsule by mouth at bedtime. |
| **nebivoloL** 2.5 mg tablet<br>Commonly known as: BYSTOLIC | Take 0.5 tablets (1.25 mg total) by mouth daily. Instead of metoprolol |
| **ondansetron** 8 mg tablet<br>Commonly known as: ZOFRAN | Take 1 tablet (8 mg total) by mouth 3 (three) times a day as needed for nausea. |
| **prochlorperazine** 10 mg tablet<br>Commonly known as: COMPAZINE | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. **According to our records, you may have been taking this medication differently.** |
| **Symbicort** 160-4.5 mcg/actuation inhaler<br>Generic drug: budesonide-formoteroL | Inhale 2 puffs 2 (two) times a day as needed. |

**Lincoln/Marcus 3036**

**From:**Leslie Marcus <
**Sent:**Mon, 5 Oct 2020 10:52:25 -0700
**To:**DisabilityDocuments
**Subject:**claim 9303113
**Attachments:**NEW PC VISIT Clinical Notes - Patient Online Services.pdf, Patient Online Services - Visit Summary KARI MARTIN.pdf, Patient Online Services - Visit Summary KARI MARTIN #2.pdf, MyChart - Visit Summary CIBULKA.pdf, Patient Online Services - Visit Summary PsYCH.pdf, PAST Appointments & Admissions - Patient Online Services.pdf, Appointments & Admissions - Patient Online Services.pdf, Clinical Notes - Patient Online Services.pdf, NUTRITIONIST Clinical Notes - Patient Online Services.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Attn: Brandy Pellitier

Hi Brandy,
Attached are all of the past appointments from 04/01/20- upcoming appointments. Please let me know if you have additional questions.

Much appreciated,
--
**Leslie Marcus**

CLAIM # 9303113

**Lincoln/Marcus 3037**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | September 21, 2020 |
| To: | MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 |
| Attn: | Release of Information |
| Fax: | (480) 301-7282 |
| From: | Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3038**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 21, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus
        Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are
writing in reference to Leslie Marcus's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to the Mayo Clinic, Release of
Information department.  This is the second request for this information.  Further delay may result in
an adverse claim determination.  Please submit the requested information by October 5, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-REQUEST-PROVIDER-09.04.2020

1  of  1

**Lincoln/Marcus 3039**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MAYO CLINIC
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE AZ 85239

**Lincoln/Marcus 3040**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 4, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through the present

We ask that you provide this information by September 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

**Lincoln/Marcus 3041**

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.30.2020

**Lincoln/Marcus 3042**

Mayo Clinic Fax        3/30/2020 10:44:42 AM  PAGE   9/010   Fax Server



**MAYO CLINIC** *Authorization to Release Protected Health Information to a Third Party*

Form content retained in medical record.
Route to HIMS Scanning.

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party other than a family member or friend) such as an insurance company, employer or for legal purposes, etc. Print clearly, each section needs to be completed to be valid.

**1.**

Patient Name
LESLIE SUSAN MARCUS

Birth Date

Mayo Clinic Number

**Staff Use Only**

☐ ROI to Send Records    ☐ Scan to Chart
☐ Information Released by        Date
LAN ID

**2. Additional Patient Information**

Previous or Maiden Name (if applies)

Patient Address

Daytime Phone

☐ Check this box if patient is deceased.

**3. Release Purpose**
Check appropriate box or write in other purpose.
☐ Continuing care  ☒ Disability  ☐ Forms completion  ☒ Insurance  ☐ Legal  ☐ Workers' compensation
☐ Other, specify

**4. Release Information FROM**
Check one box and complete if applicable.
☒ Mayo Clinic
Includes all Mayo Clinic and Mayo Clinic Health System locations

☒ Other, specify organization, department, or individual (complete each line below)
FRANK CIBULKA
Street  3711 N 44TH ST.
City  PHOENIX
State  AZ    ZIP Code  85018
Phone  480. 882.7260
Fax

**5. Release/Send Information TO**
Check one box and complete each line for box checked.
☐ Mayo Clinic
Dept                    Attn
Fax

☒ Other, specify organization, department, or individual (complete each line below)
LINCOLN Financial or
Street  BRANDY Fullchez
City
State    ZIP Code
Phone  800.457.7611 X16377
Fax

DO NOT EXPIRE.

This authorization will expire in 1 year from date of signature unless another date is specified.
☒ By checking this box I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☒ By checking this box I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

**6. Delivery of Information**
Release Method
☒ Written copy (may include completed forms)    ☐ Verbal only
Date Information Sent

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive    Please release any and all info requested by
☐ Other, specify                Lincoln Financial / Brandy
                                          Pellchez

Page 1 of 2

PAGE 9/10 * RCVD AT 3/30/2020 11:44:41 AM (Eastern Daylight Time) * SVR:VA1PWFAX06110 * DNIS:4035203850 * CSID:Mayo Clinic Fax * ANI:5073543650 * DURATION (mm-ss):03-13

in any way they want it

**Lincoln/Marcus 3043**

Mayo Clinic Fax       3/30/2020 10:44:42 AM  PAGE  10/010   Fax Server

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

Patient Name: LESLIE SUSAN MARCUS

Birth Date:

Mayo Clinic No.:

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s): all   or Year(s): ALL

**Document (Note)s (check all that apply)**
- [X] Behavioral health/Mental/Psychological notes
- [X] Operative/Procedure notes
- [X] Therapy notes (physical, occupational, speech)
- [X] Emergency department/Urgent care notes
- [X] Provider notes   all
- [X] Other, specify _all_

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records (check all that apply)**
- [X] Allergy list
- [X] Immunizations
- [X] Medication list
- [X] Laboratory results
- [X] HIV lab test results
- [X] Genetic testing
- [X] Pathology report(s)
- [X] EKG(s)/Cardiac/Echo
- [X] Radiology reports
- [X] Radiology image(s), specify exam(s)/body part(s)
- [X] Billing information for records checked

**Substance Abuse and Addiction Treatment Records (check all that apply)**
- [X] Assessment/Evaluation
- [X] History and physical exam
- [X] Multidisciplinary notes
- [X] Family participation invitation
- [X] Questionnaires
- [X] Treatment/Discharge summary
- [X] Treatment plans
- [X] Other, specify _all_

Other, specify if applicable _____

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- The authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (45 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situations may require minor's authorization.

Signature: _____   Date (required): 02/30/2020

Printed Name of Person Signing (if not patient): LESLIE MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required): Self.
- [ ] Parent  [ ] Stepparent  [ ] Legal guardian  [ ] Foster parent  [ ] Health care power of attorney/agent  [ ] Other _____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | SCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5221 |
| Phone 480-301-6211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-384-2621 | Phone 715-838-6398 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3098 |

**Reminder:** If sending records TO Mayo Clinic, fax records to number indicated in section 6 on page 1.

*Health Information Management Services

Page 2 of 2

MC3072-41

**Lincoln/Marcus 3044**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MAYO CLINIC
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE AZ 85239

**Lincoln/Marcus 3045**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 4, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus
        Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through the present

We ask that you provide this information by September 18, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

**Lincoln/Marcus 3046**

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.30.2020

**Lincoln/Marcus 3047**

Mayo Clinic Fax        3/30/2020 10:44:42 AM   PAGE   9/010   Fax Server



**MAYO CLINIC** *Authorization to Release Protected Health Information to a Third Party*

Form content retained in medical record.
**Route to HIMS Scanning.**

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party other than a family member or friend, such as an insurance company, employer, or for legal purposes, etc. Print clearly, each section needs to be completed to be valid.

**1.**
Patient Name *(first, middle, last)*
LESLIE SUSAN MARCUS

Birth Date _____ Room Number if applicable _____

Mayo Clinic Number _____

**Staff Use Only**
☐ ROI to Send Records   ☐ Scan to Chart
☐ Information Released by   Date _____
   LAN ID

**2. Additional Patient Information**

Previous or Maiden Name (if applies) *(first, middle, last)* _____

Previous _____   ☐ Check this box if patient is deceased.

Patient Address *(street, city, state, zip code)* _____

**3. Release Purpose**
Check appropriate box or write in other purpose.
☐ Continuing care   ☒ Disability   ☐ Forms completion   ☒ Insurance   ☐ Legal   ☐ Workers' compensation
☐ Other, specify

**4. Release Information FROM**
Check one box and complete if applicable.
☒ Mayo Clinic
   (Includes all Mayo Clinic and Mayo Clinic Health System locations)

☒ Other, specify organization, department, or individual (complete each line below)

   FRANK CIBULKA
Street   3711 N 44th St.
City   PHOENIX
State   AZ   Zip Code   85018
Phone   480.882.7360
Fax _____

**5. Release/Send Information TO**
Check one box and complete each line for box checked.
☐ Mayo Clinic
   Dept _____   Attn _____
   Fax _____

☒ Other, specify organization, department, or individual (complete each line below)

   Lincoln Financial ar
Street   BRANDY RAMIREZ
City _____
State _____   Zip Code _____
Phone   888 457-7611 x 16373
Fax _____

This authorization will expire in 1 year from date of signature *unless another date is specified:*   DO NOT EXPIRE.

☒ By checking this box I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☒ By checking this box I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

**6. Delivery of Information**
Preferred Method
☒ Written copy (may include completed forms)   ☒ Verbal only

Date Information Sent by _____
   ??????

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address _____
☐ Pick-up at a Mayo Clinic location, specify _____
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify   PLEASE release any and all info REQUESTED by

©2020 Mayo Foundation for Medical Education and Research     Page 1 of 2

Lincoln Financial / Brandy Ramirez

in any way they want it

**Lincoln/Marcus 3048**

Mayo Clinic Fax        3/30/2020 10:44:42 AM   PAGE   10/010   Fax Server

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

Patient Name: LESLIE SUSAN MARCUS

Birth Date: 2020-XX

Mayo Clinic ID:

## 7. Records or Reports to Be Released

**Timeframe to Be Released**
Date(s): all          or Year(s): all

**Document (Note)(s)** (check all that apply)
- [X] Behavioral health/Mental/Psychological notes
- [X] Operative/Procedure notes
- [X] Therapy notes (physical, occupational, speech)
- [X] Emergency department/Urgent care notes
- [X] Provider notes: all
- [X] Other, specify: all

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- [X] Allergy list
- [X] Immunizations
- [X] Medication list
- [X] Billing information for records checked
- [X] Laboratory results
- [X] HIV lab test results
- [X] Genetic testing
- [X] Pathology reports
- [X] EKG(s)/Cardiac Echo
- [X] Radiology reports
- [X] Radiology image(s), specify exam(s)/body parts

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- [X] Assessment/evaluation
- [X] History and physical exam
- [X] Multidisciplinary notes
- [X] Family participation in visitation
- [X] Questionnaires
- [X] Treatment/Discharge summary
- [X] Treatment plans
- [X] Other, specify: all

Other, specify if applicable:

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor/adult, I hereby state that my parental rights have not been revoked by a court of law. Specific situations may require minor's authorization.

Signature: [signature]                              Date: 03/30/2020

Printed Name of Person Signing (if not patient): LESLIE MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required): Self
- [ ] Parent  [ ] Stepparent  [ ] Legal guardian  [ ] Foster parent  [ ] Health care power of attorney/agent  [ ] Other

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3698 |

**Reminder:** If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

Page 2 of 2

MC2079-01-rev04-19

PAGE 10/10 * RCVD AT 3/30/2020 11:44:41 AM (Eastern Daylight Time) * SVR:NA/PWFAX/0012 * DNIS:6033345562 * CSID:Mayo Clinic Fax * ANI:1507336000 * DURATION (mm-ss):04-1

**Lincoln/Marcus 3049**

# DIRECT DEPOSIT APPLICATION


**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

Return To: **Brandy Pelletier**

| |
|---|
| **EMPLOYEE/CLAIMANT NAME: Leslie Marcus** |
| **CLAIM NO: 9303113** |
| **EMPLOYER/SPONSOR: Balfour Beatty Investments**　　　　　　**DATE OF BIRTH:** |

**CHECK ONE:** ☒ New　☒ Change

**YOUR TELEPHONE NUMBER·**

**ADDRESS:**　　　　　　　　　_ **CITY:** .　　　**STATE:** ⌐ **ZIP:**

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

---

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☒ Checking　☒ Savings　　**BANK NAME:** FIRST BANK

**9 DIGIT ABA ROUTING NUMBER:** _____　　**BANK ADDRESS:** 15891 N. LITCHFIELD RD

**YOUR ACCOUNT NUMBER:** _____　　**CITY:** Goodyear **STATE:** AZ **ZIP:** 85395

**BANK PHONE:** 623 536.5700

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**　☐ YES　☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**　☐ YES　☒ NO

---

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _(signature)_　　　　Date: 8|3|2020

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
#### Your application will be rejected unless included with the form.

**Lincoln/Marcus 3050**



**Lincoln/Marcus 3051**



Lincoln/Marcus 3052



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the necessary voided check or savings account deposit slip and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

**Lincoln/Marcus 3053**



Lincoln/Marcus 3054



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

August 3, 2020

Ms. Leslie Marcus
13765 WEST SARANO TERRACE
LITCHFIELD PARK, AZ 85340

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Per your August 3, 2020 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   Direct Deposit Application

**Lincoln/Marcus 3055**




Lincoln/Marcus 3056

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, August 3, 2020 3:40:01 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | lvh2c9rartu7b6cxaozu_8776141.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3057**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

August 3, 2020

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Per your August 3, 2020 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592


Attachments:   Direct Deposit Application

**Lincoln/Marcus 3058**

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH:

**CHECK ONE:** ☐ **New**    ☐ **Change**

**YOUR TELEPHONE NUMBER:** (          )

**ADDRESS:**                    **CITY:**                **STATE:**        **ZIP:**

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ **Checking**    ☐ **Savings**     **BANK NAME:**

**9 DIGIT ABA ROUTING NUMBER:**          **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:**          **CITY:**        **STATE:**      **ZIP:**

                         **BANK PHONE:** (    )

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ **YES**    ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ **YES**    ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK.  Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it.  I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed:                              Date:

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**Lincoln/Marcus 3059**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds     will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

**Lincoln/Marcus 3060**

# FAX – CONFIDENTIAL



**To:** **lincoln finacial group**
Company:
Fax:    866-841-1415
Phone:

**From:** **HonorHealth Medical Group Arcadia**
Fax:    480-882-5866
Phone.   482-882-7360
E-mail:

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter. Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission:**
**Number of pages including this cover sheet: 15**

**Lincoln/Marcus 3061**

Fax Server                6/12/2020 2:05:43 PM   PAGE    2/015    Fax Server

Marcus, Leslie S (MR # 3220726)
Media Information

Scan on 6/12/2020 1402 by Marisela Cardona, MA: lincoln financial group faxed form 06.12.20

Image is displayed on its own page.

PAGE 2/15 * RCVD AT 6/12/2020 5:05:39 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/1 * DNIS:8668411415 * CSID:Fax Server * ANI:7205275203 * DURATION (mm-ss):06-06

**Lincoln/Marcus 3062**

Marcus, Leslie S (MR # 3220726)

06/05/20  18:31:00  Lincoln Financial    ->        Fax Server Lincoln Financial Gr Page 001



## Lincoln
### Financial Group®

FAXED mc

**To:**    **Frank Cibulka, MD**
Company:
Fax:    (480) 882-5866
Phone:

**From:**
Fax:
Phone:

---

**NOTES:**

ATTENTION: Mari

Please give this letter to Frank Cibulka, MD for review, signature, and return. The toll free and secure return fax number is 866.841.1415. Thank you for your assistance.

Sincerely,
Mary Ellen Dirlam, MD, PhD, FACP
Board Certified Internal Medicine

---

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited. If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Friday, June 5, 2020 6:29:38 PM
**Number of pages including this cover sheet:** 03

**Lincoln/Marcus 3063**

Marcus, Leslie S (MR # 3220726)

86/05/28  18:31:12  Lincoln Financial        →         Fax Server Lincoln Financial Gr Page 002

Mary Ellen Dirlam, MD, PhD, FACP

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206

Date: 6/5/2020

Re: Disability Benefits                     041-1415
Claimant Name: Leslie Marcus
Claimant DOB:
Claim Number: 9303113

Name: Frank Cibulka, MD
Fax: (480) 882-5866

Dear Dr. Cibulka,

I am the consulting physician who was requested by the disability case manager for Ms. Marcus to review the medical records that were submitted to support her disability benefits. Attempts were made to reach you by phone on 6/2/2020 and 6/5/2020 with messages left regarding my purpose in calling. Since we were not able to connect, please review this summary of conclusions based on the currently available medical records.

Review of the medical records indicates that Ms. Marcus' primary diagnoses is currently myalgic encephalitis/chronic fatigue syndrome. As a result, the records reasonably support that she would not have the stamina, stability or strength to perform even sedentary work as of the last clinical records for review. It appears that she has had a change in her treatment regimen in March 2020. Given the natural history of the conditions, 5 to 6 months post change in regimen appears a reasonable timeframe for re-evaluation of her clinical condition. Any updated reports after March 2020 that you may have regarding her condition would be appreciated.

Ms. Marcus' disability case manager is requesting that you review and return this letter within 5 days. If needed, please make any corrections or comments in the margins of this letter or on a separate correspondence attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Thank you for your assistance.

-Electronically Signed-

Mary Ellen Dirlam, MD, PhD, FACP
Board Certified, Internal Medicine

___ No changes/comments, OR
_X_With changes/comments as noted above

                                    6/1/2020
Frank Cibulka, MD                   Date

please send
my notes with patient!

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Marcus 3064**

Marcus, Leslie S (MR # 3220726)

06/05/20  18:31:43  Lincoln Financial     ->         Fax Server Lincoln Financial Gr Page 003

Page 2 of 2

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 6/12/20  2:04 PM          Page  4 of 14

**Lincoln/Marcus 3065**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                    Encounter Date: 03/30/2020

# Marcus, Leslie S

MRN: 3220726

**Office Visit** 3/30/2020         Provider: Frank E Cibulka, MD (Family Medicine)
HonorHealth Medical Group         Primary diagnosis: Anxiety as acute reaction to exceptional stress
Arcadia                           Reason for Visit: Anxiety

## Progress Notes

Frank E Cibulka, MD (Physician) • Family Medicine

### TELEPHONE VISIT NOTE

**Telephone Visit Consent**: Patient contacted to initiate a telephone encounter. Prior to continuing visit, patient was verified using two factors. The patient was reminded that all clinical decision making is being based upon the conversation without a physical exam. It is discussed that further evaluation may be needed. Patient confirms understanding and consents to telephone encounter.

The visit was performed in patient's preferred language by this provider.

### Chief Complaint

**Chief Complaint**
Patient presents with
• Anxiety
   *Patient is having alot of panic attacks. she was tested for covid19 and was negative but she has been having panic attacks.*

### Subjective
**Patient ID:** Leslie S Marcus is a 48 y.o. female.
**Anxiety**
The primary symptoms include dysphoric mood and somatic symptoms. The current episode started more than 1 month ago. This is a chronic problem.
Somatic symptoms include fatigue.
The onset of the illness is precipitated by a stressful event and emotional stress. The degree of incapacity that she is experiencing as a consequence of her illness is severe. Sequelae of the illness include an inability to work, harmed interpersonal relations and an inability to care for self. Additional symptoms of the illness include anhedonia, insomnia, appetite change, unexpected weight change, fatigue, agitation, psychomotor retardation, feelings of worthlessness, attention impairment, distractible and poor judgment. Additional symptoms of the illness do not include flight of ideas or inflated self-esteem. She does not admit to suicidal ideas. She does not have a plan to attempt suicide. She does not contemplate harming herself. She has not already injured self. She does not contemplate injuring another person. She has not already injured another person.

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and unexpected weight change.
Cardiovascular:
   **Autonomic neuropathy**

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                    Page 1 of 4

**Lincoln/Marcus 3066**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                    Encounter Date: 03/30/2020

Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for weakness.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. Negative for self-injury and suicidal ideas. The patient is nervous/anxious and has insomnia.

## Medications

**Outpatient Medications Marked as Taking for the 3/30/20 encounter (Office Visit) with Frank E Cibulka, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaZOLAMIDE (DIAMOX) 125 mg tablet | Take 125 mg by mouth 2 (two) times daily. | | |

## Physical Exam

There were no vitals taken for this visit.
**Physical Exam**
Neurological:
  Mental Status: She is alert.

## Assessment & Plan

Leslie was seen today for anxiety.

Diagnoses and all orders for this visit:

**Anxiety as acute reaction to exceptional stress**

**PTSD (post-traumatic stress disorder)**

**Autonomic neuropathy**
    Comments:
        improving with diamox and bystolic

**Iron deficiency anemia, unspecified iron deficiency anemia type**
    Comments:
        improved

**Insomnia due to medical condition**

**Patient Instructions**
I di review her Notes Form the Mayo
essentlally she Had a change To Prozac From Effexor
she is also on naltrexone
her anemia is improved , no iron infusion is needed.
she is Sleeping okay but Is much more anxious With the covid-19. She Does not go out

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                    Page 2 of 4

**Lincoln/Marcus 3067**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                          Encounter Date. 03/30/2020

she was tested For covid - 19 And was negative At Mayo.

I discussed options for her Increased Severe anxiety.
Changing To Paxil, adding Buspar.
Ultimately we will Add Wellbutrin XL 150 mg in the AM To help with Focus Add Pep.
She will continue on the Prozac 40 mg.

I would like to se her in 3 weeks Either Video , phone But Preferably in person

she can use 1/2 of the clonazepam 1-2 X during the day.

33 min Total on the phone

Return in about 3 weeks (around 4/20/2020), or if symptoms worsen or fail to improve

**Duration of TeleHealth visit:** 33 minutes

## Other Notes

All notes

## Instructions

Return in about 3 weeks (around 4/20/2020), or if symptoms worsen or fail to improve.

I di review her Notes Form the Mayo
essentially she Had a change To Prozac From Effexor
she is also on naltrexone
her anemia is improved , no iron Infusion is needed.
she is Sleeping okay but Is much more anxious With the covid-19. She Does not go out
she was tested For covid - 19 And was negative At Mayo.

I discussed options for her Increased Severe anxiety.
Changing To Paxil, adding Buspar.
Ultimately we will Add Wellbutrin XL 150 mg in the AM To help with Focus Add Pep.
She will continue on the Prozac 40 mg.

I would like to se her in 3 weeks Either Video , phone But Preferably in person

she can use 1/2 of the clonazepam 1-2 X during the day.

33 min Total on the phone

## Additional Documentation

Encounter Info:   Billing Info, History, Allergies, Detailed Report

## Other Encounter Related Information

Allergies & Medications

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                     Page 3 of 4

**Lincoln/Marcus 3068**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                          Encounter Date: 03/30/2020

Problem List
History
Patient-Entered Questionnaires
Vitals

## Orders Placed

None

## Medication Changes

As of 3/30/2020 1:11 PM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| Mirtazapine | | | |
| Discontinued or Completed: mirtazapine (REMERON) 45 mg tablet | | | |
| Patient-reported medication | | | |
| Unchanged: mirtazapine (REMERON) 30 mg tablet | 2 | 2/10/2020 | |
| TAKE 1 AND 1/2 TABLETS(45 MG) BY MOUTH AT BEDTIME | | | |
| Discontinued or Completed: venlafaxine (EFFEXOR) 100 mg tablet | | | |
| Patient-reported medication | | | |

## Visit Diagnoses

Anxiety as acute reaction to exceptional stress F41.1, F43.0
PTSD (post-traumatic stress disorder) F43.10
Autonomic neuropathy G90.9 - improving with diamox and bystolic
Iron deficiency anemia, unspecified iron deficiency anemia type D50.9 - improved
Insomnia due to medical condition G47.01

## Level of Service

| Level of Service |
|---|
| PR PHYS/QHP TELEPHONE EVALUATION 21-30 MIN [99443] |

## All Charges for This Encounter

| Code |
|---|
| 99214 |
| Description: PR OFFICE OUTPATIENT VISIT 25 MINUTES |
| Service Date: 3/30/2020 |
| Service Provider: Frank E Cibulka, MD |
| Modifiers: GQ |
| Qty: 1 |

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                          Page 4 of 4

**Lincoln/Marcus 3069**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                                    Encounter Date: 02/06/2020

# Marcus, Leslie S

MRN: 3220726

**Office Visit** 2/6/2020        Provider: Frank E Cibulka, MD (Family Medicine)
HonorHealth Medical Group        Primary diagnosis: Myalgic encephalomyelitis
Arcadia                          Reason for Visit: Advice Only

## Progress Notes                                Frank E Cibulka, MD (Physician) · Family Medicine

**Allergies as of 02/06/2020 - Review Complete 02/06/2020**

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 2/6/20 encounter (Office Visit) with Frank E Cibulka, MD.

**Subjective:**

**Patient ID:** Leslie S Marcus is a 40 y.o. female.

**Chief Complaint**
Patient presents with
• Advice Only
    *Patient is here today for a 2nd opinion on her recent dx from mayo clinic.*

Leslie And I reviewed her notes Form the Mayo integrative Medicine evaluation
We both agree with the evaluation And findings
it has been a long Hoard road And She is now To the point of having to realize Things are Not going to be the same
this Does not Mean they Cant improve And Be even better But return to previous Health is not likely
This is very hard To deal with And is against her general philosophy of hard Work And No excuses.
she has Picked up the Recommended Naltrexone And will start

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                          Page 1 of 5

**Lincoln/Marcus 3070**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB.                     Encounter Date: 02/06/2020

| | |
|---|---|
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Myalgic encephalomyelitis | CHRONIC FATIGUE SYNDROME |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |
| • Tingling in extremities | PARESTHESIA |
| • Hypermobile joints | FINDING OF RANGE OF JOINT MOVEMENT |
| • PTSD (post-traumatic stress disorder) | POSTTRAUMATIC STRESS DISORDER |
| • Autonomic neuropathy | AUTONOMIC NEUROPATHY |

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and unexpected weight change.
Respiratory: Positive for shortness of breath.
Cardiovascular: Positive for palpitations **(treated a fib)**.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for weakness.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**
BP 104/62 | Pulse 81 | Temp 97 °F (36.1 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 147 lb (66.7 kg) | SpO2 97% | BMI 24.46 kg/m²

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                     Page 2 of 5

**Lincoln/Marcus 3071**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                          Encounter Date: 02/06/2020

<u>Physical Exam</u>
Constitutional: She appears well-developed and well-nourished. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
**DOE**
Musculoskeletal:
  Comments: **General weakness and loss of Stamina with neurlagia**
Neurological: She is alert.
Psychiatric: Her speech is normal. She exhibits a depressed mood.

**Assessment & Plan**
Leslie was seen today for advice only.

Diagnoses and all orders for this visit:

**Myalgic encephalomyelitis**

**Autonomic neuropathy**

**PTSD (post-traumatic stress disorder)**

**Hypermobile joints**

**Anxiety as acute reaction to exceptional stress**

**Weight gain**

**Patient Instructions**
Reviewed the mayo report which was extensive!
Long discussion about the findings And what They mean and the treatment and discussed the options.

She will continue With the Naltrexone at this time as she just Obtained it
  She will also perform the Methods Recommended including to minimize activity which is very hard To Accept

I have recommended "The Great Divorce " by C.S Lewis

Our Discussion was Extensive
Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
50+ min

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                          Page 3 of 5

**Lincoln/Marcus 3072**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                          Encounter Date: 02/06/2020

Return in about 3 months (around 5/6/2020), or if symptoms worsen or fail to improve.

## Other Notes

All notes

## Instructions

▦ Return in about 3 months (around 5/6/2020), or if symptoms worsen or fail to improve.

Reviewed the mayo report which was extensive!
Long  discussion about the findings  And what  They mean and the  treatment and discussed the options.

She will continue  With the  Naltrexone at this time as she just  Obtained it
 She will also  perform the  Methods  Recommended including to minimize activity which is very hard  To Accept

I have recommended  "The Great Divorce " by C.S Lewis

Our  Discussion was  Extensive
Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
50+ min

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 104/62 Pulse 81 Temp 97 °F (36.1 °C) (Temporal) Resp 16 Ht 5' 5" (1.651 m) |
| | Wt 147 lb (66.7 kg) SpO2 97% BMI 24.46 kg/m² BSA 1.75 m²   More Vitals |
| Flowsheets: | Vitals Reassessment, APACHE II, MEWT, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Other Encounter Related Information

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

## Orders Placed

None

## Medication Changes
As of 2/6/2020 10:42 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Discontinued or Completed: azithromycin (ZITHROMAX) 250 mg tablet | | | |

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                          Page 4 of 5

**Lincoln/Marcus 3073**

Marcus, Leslie S (MR # 3220726)

Marcus, Leslie S (MRN 3220726) DOB:                     Encounter Date: 02/06/2020

## Visit Diagnoses

Myalgic encephalomyelitis G93.3
Autonomic neuropathy G90.9
PTSD (post-traumatic stress disorder) F43.10
Hypermobile joints M24.9
Anxiety as acute reaction to exceptional stress F41.1, F43.0
Weight gain R63.5

## Level of Service

Level of Service
**PR OFFICE OUTPATIENT VISIT 40 MINUTES [99215]**

## All Charges for This Encounter

Code

99215
Description: PR OFFICE OUTPATIENT VISIT 40 MINUTES
Service Date: 2/6/2020
Service Provider: Frank E Cibulka, MD
Qty: 1

Printed by Marisela Cardona, MA at 6/12/20 1:59 PM                     Page 5 of 5

Document Information
**Exam Forms**
Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 6/12/20  2:04 PM                     Page 13 of 14

**Lincoln/Marcus 3074**

Marcus, Leslie S (MR # 3220726)

    lincoln financial group faxed form 06.12.20
    06/12/2020 14:02
    **Attached To:**
    Leslie S Marcus

Source Information

    Marisela Cardona, MA | Arcadia Mg

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 6/12/20  2:04 PM      Page 14 of 14

**Lincoln/Marcus 3075**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| BALFOUR BEATTY INVESTMENTS | LESLIE MARCUS | 9303113 |

| Referred By: | Brandy Pelletier | Claimant DOB: | |
|---|---|---|---|
| Referral Date: | 05/28/2020 | Job Title: | Portfolio Manager |
| Due Date: | 06/06/2020 | Medical/ Surgical Condition: | chronic fatigue; anemia (mult. comorbids) |
| Referral Type: | Addendum | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 05/03/2019 |
| Report Date: | 6/5/2020 | DOD: | 04/13/2019 |
| Physical Demands: | | BBD: | 10/17/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Other Comments
Please refer file back to Dr. Dirlam to assess the updated medical records since the original 11/2019 Int. Med CP review. This review did include successful ap contact with Dr. Cibulka, which may be warranted again to discuss the claimant's diagnoses, impairment and treatment plan. With respect to the collective medical conditions and reports via the claimant, please confirm the supported diagnoses, r/ls and the anticipated duration of any supported r/ls.

*Additional Interim Diagnoses - All medical records referred by Lincoln Financial Group as of today's date were reviewed.*

- Myalgic encephalitis/chronic fatigue syndrome (new terminology – systemic exertional intolerance disorder) (G93.3)

*Summary:* The claimant is a 49 year old female who was recently diagnosed with myalgic encephalomyelitis/chronic fatigue syndrome (ME/CFS). Her therapeutic regimen was changed in March 2020. As a result, the records reasonably support that she would not have the stamina, stability or strength to perform even sedentary work as of the last clinical records for review. Given the natural history of the condition and the recent adjustment in the claimant's therapeutic regimen, it would not be unexpected that it may take an additional 5 to 6 months to see significant improvement after change in treatment regimen. Recommendations would be to obtain interim clinical records in September 2020. I would be happy to review the records at that time and append this memo based on the updated material. Her prognosis is uncertain at this time.

*Analysis/support for conclusions: (Literature cited is from the current on line Up-To-Date unless otherwise stated.)*

**Lincoln/Marcus 3076**

ME/CFS is an illness of uncertain cause. It is a condition characterized by unexplained, persistent, and relapsing fatigue. There is evidence of underlying abnormalities in the nervous system, the immune system, and metabolic function in affected individuals. However, diagnosis can be difficult due to the lack of diagnostic tests with adequate sensitivity and specificity. Criteria include symptom of fatigue that has been present for at least six months and has moderate, substantial, or severe intensity at least one-half of the time. In addition to fatigue, other criteria include: post-exertional malaise, unrefreshing sleep, cognitive impairment, and orthostatic-related symptoms such as postural orthostatic tachycardia syndrome. The short-term prognosis for recovery is generally poor, although the long-term prognosis appears to be better. In one report, the proportion of individuals with functional impairment was 73 percent at six months or less but only 33 percent at two to four years.

Many therapies have been tried in patients with chronic fatigue syndrome (CFS), but none are curative. Thus, management is supportive and focuses on treating common symptoms and comorbid conditions, including sleep disorders, pain, depression and anxiety, memory and concentration difficulties, and dizziness and lightheadedness. Currently the claimant has been prescribed a variety of pharmacologic (naltrexone[1], alpha GPC, Diamox, Prozac, mirtazapine, clonazepam) and non-pharmacologic modalities (exercise such as Tai Chai) for symptomatic treatment. Given the natural history of the condition and the recent adjustment in the claimant's therapeutic regimen, it would not be unexpected that it may take an additional 4 to 6 months to see significant improvement.

Name: Dr. Cibulka/Mari      Phone: 1 (480) 882 7360          Fax: (480) 882-5866

- *Call to Dr. Cibulka on 6/1/2020 at 153 PM. No one answered the doctor's line phone after multiple rings and then the phone call was disconnected. Unable to leave message. Tried on 2 more occasions that day. Will try again at tomorrow.*
- *Call to Dr. Cibulka on 6/2/2020 at 1135 AM.  Message left requesting a return call regarding the claimant's current clinical status and any associated restrictions/limitations.*
- *Call to Dr. Cibulka on 6/5/2020 at 1225 PM. Doctor's line phone rang multiple times without anyone answering.  Will try again later today.*
- *Call to Dr. Cibulka on 6/5/2020 at 127 PM. Called the front desk.  Talked with front desk personnel, Alicia, who noted that the message of 6/2/2020 had been sent to Dr. Cibulka and a response had not been received.*
- *Letter of no contact sent on 6/5/2020.*

*- Electronically Signed On 6/5/2020-*

Mary Ellen Dirlam, MD, PhD, FACP
Board Certification: Internal Medicine

---

[1] The use of naltrexone for ME/CFS is an off-label use but has been seen to decrease fatigue and pain in a limited case series of 3 (*BMJ case rep 2019: Low dose naltrexone as a treatment for chronic fatigue syndrome; 10.1136/bcr-2019-232502*).

**Lincoln/Marcus 3077**

Mary Ellen Dirlam, MD, PhD, FACP

Secure fax provided by:
Lincoln Financial Group
Disability Claims
P.O. Box 7206
London, KY 40742-7206
841-1415

Date: 6/5/2020

Name: Frank Cibulka, MD
Fax: (480) 882-5866

Re: Disability Benefits
    Claimant Name: Leslie Marcus
    Claimant DOB:
    Claim Number: 9303113

Dear  Dr. Cibulka,

I am the consulting physician who was requested by the disability case manager for Ms. Marcus to review the medical records that were submitted to support her disability benefits. Attempts were made to reach you by phone on 6/2/2020 and 6/5/2020 with messages left regarding my purpose in calling.  Since we were not able to connect, please review this summary of conclusions based on the currently available medical records.

Review of the medical records indicates that Ms. Marcus' primary diagnoses is currently myalgic encephalitis/chronic fatigue syndrome. As a result, the records reasonably support that she would not have the stamina, stability or strength to perform even sedentary work as of the last clinical records for review.  It appears that she has had a change in her treatment regimen in March 2020. Given the natural history of the conditions, 5 to 6 months post change in regimen appears a reasonable timeframe for re-evaluation of her clinical condition. Any updated reports after March 2020 that you may have regarding her condition would be appreciated.

Ms. Marcus' disability case manager is requesting that you review and return this letter within 5 days.  If needed, please make any corrections or comments in the margins of this letter or on a separate correspondence attached to this letter. Please sign in the space provided and return this letter and any attachments via toll free and secure fax number to (866)841-1415.

It is my understanding that Lincoln Financial Group is willing to reimburse you for any reasonable costs incurred in responding to requests for information.


 Thank you for your assistance.

-Electronically Signed-

Mary Ellen Dirlam, MD, PhD, FACP
Board Certified, Internal Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

_____      _____
Frank Cibulka, MD         Date

**Lincoln/Marcus 3078**

Page **2** of **2**

Secure Fax provided by Lincoln Financial Group to facilitate information privacy

**Lincoln/Marcus 3079**

**From:**RightFax E-mail Gateway Ashburn <rfax@va1smtp.lfg.com>
**Sent:**Fri, 5 Jun 2020 18:32:59 -0400
**To:**Dirlam, Mary ellen
**Subject:**Your fax has been successfully sent to Frank Cibulka, MD at (480) 882-5866.

Your fax has been successfully sent to Frank Cibulka, MD at (480) 882-5866.
------------------------------------------------------------
6:30:25 PM 6/5/2020 Conversion Error Record
[00284325]
Type: application/vnd.openxmlformats-officedocument.wordprocessingml.document
G3 to TIFF #1: Success (95ms)
Aspose #1: Success (22098ms)
Field Replacement #1: Success (756ms)
Word Automation #1: Microsoft Word is not installed on this server. (44ms)

6/5/2020 6:30:31 PM Transmission Record
    Sent to (480) 882-5866 with remote ID "4808825866"
    Inbound user ID MAADI1, routing code 100
    Result: (0) Success
    Page record: 1 - 3
    Elapsed time: 01:20 on channel 3

6:30:36 PM 6/5/2020 Conversion Error Record
Successfully created cover sheet.
Type: application/x-pcl
G3 to TIFF #1: Success (54ms)
Image Optimization #1: Success (36ms)
PCL6 #1: Success (352ms)

**Lincoln/Marcus 3080**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Thu, 28 May 2020 15:21:40 +0000
**To:**Pelletier, Brandy
**Subject:**Claim Referral - Assignment Notification


Your referral request with requested specialty of Medicine - Internal or Family for claim number 9303113 has been assigned to Dr. Mary Ellen Dirlam. The anticipated due date for this request is 06/06/2020.

**Lincoln/Marcus 3081**



# *Fax Transmission*

**Date:** 5/27/20

**To:** LINCOLN FINANCIAL GROUP

**Phone Number:** 866-213-2937
**Fax Number:** 603-334-8592

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

4/1/20 to present
Return with a letter no records from the dos requested

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 3082**

Fax Server                5/27/2020 9:09:53 AM   PAGE   2/002   Fax Server



5/27/20


LINCOLN FINANCIAL GROUP
P.O. Box 7208
London, KY  40742

RE:   Request to inspect, copy or obtain copy of health records
      Records of: Leslie S Marcus
      MRN: 3220726
      Date of Birth:
      Date request received: 5/27/2020


Dear LINCOLN FINANCIAL GROUP,

We regret to inform you that we are unable to process your request as the patient did not receive HonorHealth services on the service date(s) requested.

No records from the date of service requested
4/1/20
No therapy notes

Should you have any questions, you may contact us at 480-882-4040, Monday through Friday, 8:00 a.m. until 4:30 p.m., Arizona Time, or write to the address below attention Medical Records.

Sincerely,


Release of Information Department

**Lincoln/Marcus 3083**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: May 21, 2020 | |
| To:   DR FRANK CIBULKA | |
| Attn:   Dr. Cibulka | |
| Fax:   (480) 882-5866 | |
| From:  Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3084**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

May 21, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 1, 2020 through the present.
- All physical and occupational therapy treatment notes available from November 2019 to the present (if attended); and updated LAB results (if completed).

We ask that you provide this information by June 4, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

1  of 2

**Lincoln/Marcus 3085**

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

**Lincoln/Marcus 3086**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303            PAGE  05



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (388) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___LESLIE MARCUS___

Name of legal representative, if applicable (print) _____ Relationship __SELF__

Signature of claimant or legal representative _____

Date of Birth: _____  Claim Number: __9303113__  Date: __10/14/19__

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3087**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Thu, 21 May 2020 18:53:36 +0000
**To:**Pelletier, Brandy
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Medicine - Internal or Family for claim number 9303113 has been assigned to Dr. Robert Millstein. The anticipated due date for this request is 05/21/2020.

**Lincoln/Marcus 3088**

Printed on 4/21/2020 8:43:14 PM

Marcus, Leslie S       Scan on 4/1/2020 8:27 AM by KENTON, ERNESTA M of leslie marcus ( lincoln ) arcadia.tif

03/30/20  11:05:46  Lincoln Financial       →       Fax Server Lincoln Financial Gr Page 002



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592



March 30, 2020

Dr. Frank Cibulka

RE:   Long Term Disability (LTD) Benefits
      Balfour Beatty Investments
      Claim #: 9303113
      Claimant: Leslie Marcus
      Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.



To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

- Completion of the Enclosed Forms:

  __X__  Restrictions Form
  _____  Other



We ask that you provide this information by April 13, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1 of 2

**Lincoln/Marcus 3089**

**Marcus, Leslie S      Scan on 4/1/2020 8:27 AM by KENTON, ERNESTA M of leslie marcus ( lincoln ) arcadia.tif**

---

03/30/20  11:06:06  Lincoln Financial      →          Fax Server Lincoln Financial Gr Page 003


information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  Restrictions Form
              9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019


2 of 2

**Lincoln/Marcus 3090**

**Marcus, Leslie S**      Scan on 4/1/2020 8:27 AM by KENTON, ERNESTA M of leslie marcus ( lincoln ) arcadia.tif

---

03/30/20  11:06:40  Lincoln Financial      →       Fax Server Lincoln Financial Gr Page 006

10/15/2019  12:22    480--894-1986          FEDEX OFFICE    2303         PAGE  05



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (360) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION



**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information:  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   LESLIE MARCUS

Name of legal representative, if applicable (print) _____   Relationship  SELF

Signature of claimant or legal representative _____

Date of Birth: _____   Claim Number: 9303113   Date: 10/14/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

PAGE 4/5 * RCVD AT 10/14/2019 3:33:05 PM [Eastern Daylight Time] * SVR:VA1RHFAX201/14 * DNIS:6037314243 * CSID:480--894-1986 * ANI:1602564242 * DURATION [mm-ss]:07-3

**Lincoln/Marcus 3091**

**Marcus, Leslie S        Scan on 4/1/2020 8:27 AM by KENTON, ERNESTA M of leslie marcus ( lincoln ) arcadia.tif**

03/30/20  11:06:13  Lincoln Financial      →          Fax Server Lincoln Financial Gr Page 004



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## Restrictions Form

Return To:  Brandy Pelletier
_____

| Leslie Marcus | | 9303113 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

### To be completed by physician:

1. DATE FIRST TREATED  —  _____
   DATE LAST TREATED  —  _____
   NEXT OFFICE VISIT  —  _____     **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES)
   LISTED ABOVE.    1)  For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
                     2)  For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____
   _____
   _____
   _____

4. RESTRICTIONS IMPOSED FROM _____ TO _____ .

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO
   WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   _____
   _____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _____
   _____

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____ .

**Lincoln/Marcus 3092**

**Marcus, Leslie S**    Scan on 4/1/2020 8:27 AM by KENTON, ERNESTA M of leslie marcus ( lincoln ) arcadia.tif

03/30/20  11:06:34  Lincoln Financial    →    Fax Server Lincoln Financial Gr Page 005

| Provider's Name (Please Print) | Degree _AND_ Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Marcus 3093**

**Marcus, Leslie S**      Scan on 4/1/2020 8:27 AM by KENTON, ERNESTA M of leslie marcus ( lincoln ) arcadia.tif

---

03/30/20  11:05:29  Lincoln Financial      →      Fax Server Lincoln Financial Gr Page 001



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| **Date:** March 30, 2020 | |
| **To:** DR FRANK CIBULKA | |
| **Attn:** Medical Records<br>**Disability** | |
| **Fax:** (480) 882-5866 | |
| **From:** Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| **Total Pages**<br>**(Including Cover):**   6 | |
| **RE:**<br><br>Claim #:   9303113<br>Claimant:  Leslie Marcus <br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3094**

 | HonorHealth Medical Group | Marcus, Leslie S
--- | --- | ---
| Arcadia | MRN: 3220726, DOB:        Sex: F
| 3311 N 44th Street #101 | Visit date: 2/6/2020
| PHOENIX AZ 85018-6461 |
| Progress Notes |

## Progress Notes

### Progress Notes by Frank E Cibulka, MD at 02/06/20 1045

| Author:  Frank E Cibulka, MD | Service: — | Author Type:  Physician |
| --- | --- | --- |
| Filed: 02/06/20 1703 | Encounter Date:  2/6/2020 | Status:  Signed |
| Editor:  Frank E Cibulka, MD (Physician) | | |

**Allergies as of 02/06/2020 - Review Complete 02/06/2020**

| Allergen | Reaction | Noted |
| --- | --- | --- |
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 2/6/20 encounter (Office Visit) with Frank E Cibulka, MD.

### Subjective:

**Patient ID:** Leslie S Marcus is a 48 y.o. female.

**Chief Complaint**
Patient presents with
  • Advice Only
       *Patient is here today for a 2nd opinion on her recent dx from mayo clinic.*

Leslie  And I reviewed her notes  Form the Mayo  integrative  Medicine  evaluation
We both agree with the  evaluation  And findings
 it has been a long  Hoard road  And  She is now  To the point of  having to realize  Things are  Not going to be the same
 this  Does not  Mean they  Cant improve  And  Be even better  But  return to previous  Health is not likely
This is very hard  To deal with  And is against her  general  philosophy of hard  Work  And  No excuses.
she has  Picked up the  Recommended  Naltrexone  And will start

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
| --- | --- |
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |

**Lincoln/Marcus 3095**



| | HonorHealth Medical Group | Marcus, Leslie S |
|---|---|---|
| | Arcadia | MRN: 3220726, DOB:        Sex: F |
| | 3311 N 44th Street #101 | Visit date: 2/6/2020 |
| | PHOENIX AZ 85018-6461 | |
| | Progress Notes | |

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 02/06/20 1045 (continued)

| | |
|---|---|
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Myalgic encephalomyelitis | CHRONIC FATIGUE SYNDROME |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |
| • Tingling in extremities | PARESTHESIA |
| • Hypermobile joints | FINDING OF RANGE OF JOINT MOVEMENT |
| • PTSD (post-traumatic stress disorder) | POSTTRAUMATIC STRESS DISORDER |
| • Autonomic neuropathy | AUTONOMIC NEUROPATHY |

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and unexpected weight change.
Respiratory: Positive for shortness of breath.
Cardiovascular: Positive for palpitations **(treated a fib)**.
Musculoskeletal: Positive for arthralgias and myalgias.
Neurological: Positive for weakness.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

## Objective:

BP 104/62  | Pulse 81  | Temp 97 °F (36.1 °C) (Temporal)  | Resp 16  | Ht 5' 5" (1.651 m)  | Wt 147 lb (66.7 kg)

**Lincoln/Marcus 3096**



HonorHealth Medical Group
Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:
Visit date: 2/6/2020

Sex: F

**Progress Notes (continued)**

**Progress Notes by Frank E Cibulka, MD at 02/06/20 1045 (continued)**

| SpO2 97% | BMI 24.46 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
**DOE**
Musculoskeletal:
  Comments: **General weakness and loss of  Stamina with  neurlagia**
Neurological: She is alert.
Psychiatric: Her speech is normal. She exhibits a depressed mood.

**Assessment & Plan**

Leslie was seen today for advice only.

Diagnoses and all orders for this visit:

**Myalgic encephalomyelitis**

**Autonomic neuropathy**

**PTSD (post-traumatic stress disorder)**

**Hypermobile joints**

**Anxiety as acute reaction to exceptional stress**

**Weight gain**

**Patient Instructions**
Reviewed the mayo report which was extensive!
Long  discussion about the findings  And what  They mean and the  treatment and discussed the options.

She will continue  With the  Naltrexone at this time as she just  Obtained it
  She will also  perform the  Methods  Recommended including to minimize activity which is very hard  To Accept

I have recommended  "The Great Divorce " by C.S Lewis

Our  Discussion was  Extensive

Generated by 12944 at 4/21/20  9:02 PM                                                        Page 3

**Lincoln/Marcus 3097**

 | HonorHealth Medical Group | Marcus, Leslie S
--- | --- | ---
| Arcadia | MRN: 3220726, DOB:            Sex: F
| 3311 N 44th Street #101 | Visit date: 2/6/2020
| PHOENIX AZ 85018-6461 |
| Progress Notes |

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 02/06/20 1045 (continued)

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
50+ min

Return in about 3 months (around 5/6/2020), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD on 02/06/20 1703

**Lincoln/Marcus 3098**



HonorHealth Medical Group
Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:        Sex: F
Visit date: 2/6/2020

**Lincoln/Marcus 3099**



| | | |
|---|---|---|
| HonorHealth Medical Group<br>Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461<br>Progress Notes | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Visit date: 3/30/2020 | Sex: F |

## Progress Notes

### Progress Notes by Frank E Cibulka, MD at 03/30/20 1300

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD<br>Filed: 03/30/20 1522<br>Editor: Frank E Cibulka, MD (Physician) | Service: —<br>Encounter Date: 3/30/2020 | Author Type: Physician<br>Status: Signed |

## TELEPHONE VISIT NOTE

**Telephone Visit Consent:** Patient contacted to initiate a telephone encounter. Prior to continuing visit, patient was verified using two factors. The patient was reminded that all clinical decision making is being based upon the conversation without a physical exam. It is discussed that further evaluation may be needed. Patient confirms understanding and consents to telephone encounter.

The visit was performed in patient's preferred language by this provider.

## Chief Complaint

### Chief Complaint
Patient presents with
- Anxiety
    *Patient is having alot of panic attacks. she was tested for covid19 and was negative but she has been having panic attacks.*

## Subjective
**Patient ID:** Leslie S Marcus is a 48 y.o. female.
### Anxiety
The primary symptoms include dysphoric mood and somatic symptoms. The current episode started more than 1 month ago. This is a chronic problem.
Somatic symptoms include fatigue.
The onset of the illness is precipitated by a stressful event and emotional stress. The degree of incapacity that she is experiencing as a consequence of her illness is severe. Sequelae of the illness include an inability to work, harmed interpersonal relations and an inability to care for self. Additional symptoms of the illness include anhedonia, insomnia, appetite change, unexpected weight change, fatigue, agitation, psychomotor retardation, feelings of worthlessness, attention impairment, distractible and poor judgment. Additional symptoms of the illness do not include flight of ideas or inflated self-esteem. She does not admit to suicidal ideas. She does not have a plan to attempt suicide. She does not contemplate harming herself. She has not already injured self. She does not contemplate injuring another person. She has not already injured another person.


Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and unexpected weight change.
Cardiovascular:
    **Autonomic neuropathy**
Musculoskeletal: Positive for arthralgias and gait problem.
Neurological: Positive for weakness.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. Negative for self-injury

**Lincoln/Marcus 3100**

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia                      MRN: 3220726, DOB:           Sex: F
3311 N 44th Street #101      Visit date: 3/30/2020
PHOENIX AZ 85018-6461
Progress Notes

**Progress Notes (continued)**

**Progress Notes by Frank E Cibulka, MD at 03/30/20 1300 (continued)**

and suicidal ideas. The patient is nervous/anxious and has insomnia.

**Medications**

**Outpatient Medications Marked as Taking for the 3/30/20 encounter (Office Visit) with Frank E Cibulka, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • acetaZOLAMIDE (DIAMOX) 125 mg tablet | Take 125 mg by mouth 2 (two) times daily. | | |

**Physical Exam**

There were no vitals taken for this visit.
**Physical Exam**
Neurological:
   Mental Status: She is alert.

**Assessment & Plan**

Leslie was seen today for anxiety.

Diagnoses and all orders for this visit:

**Anxiety as acute reaction to exceptional stress**

**PTSD (post-traumatic stress disorder)**

**Autonomic neuropathy**
   Comments:
      improving  with diamox  and bystolic

**Iron deficiency anemia, unspecified iron deficiency anemia type**
   Comments:
      improved

**Insomnia due to medical condition**

**Patient Instructions**

**Lincoln/Marcus 3101**

 | HonorHealth Medical Group | Marcus, Leslie S
--- | --- | ---
| Arcadia | MRN: 3220726, DOB:          Sex: F
| 3311 N 44th Street #101 | Visit date: 3/30/2020
| PHOENIX AZ 85018-6461
| Progress Notes

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 03/30/20 1300 (continued)

I di review her  Notes  Form the Mayo
essentially she  Had a change  To Prozac  From  Effexor
she is also on naltrexone
her anemia is improved  , no iron infusion is needed.
she is  Sleeping okay but  Is much more anxious  With the  covid-19. She  Does not go out
she was tested  For  covid - 19  And was negative  At Mayo.

I discussed options for her  Increased  Severe anxiety.
Changing  To  Paxil, adding  Buspar.
Ultimately we will  Add Wellbutrin XL  150 mg in the AM  To help with  Focus  Add  Pep.
She will continue on the Prozac  40 mg.

I would like to se her in  3 weeks  Either  Video , phone  But  Preferably in person

she can use  1/2 of the clonazepam  1-2  X during the day.

33 min  Total on the phone

Return in about 3 weeks (around 4/20/2020), or if symptoms worsen or fail to improve.

**Duration of TeleHealth visit:** 33 minutes

Electronically signed by Frank E Cibulka, MD on 03/30/20 1522

**Lincoln/Marcus 3102**



| HonorHealth Medical Group Arcadia 3311 N 44th Street #101 PHOENIX AZ 85018-6461 Progress Notes | Marcus, Leslie S MRN: 3220726, DOB: Visit date: 3/30/2020 | Sex: F |

---

**Result**                                                                    **mirtazapine (REMERON) 30 mg tablet (Order 227879522)**

---

mirtazapine (REMERON) 30 mg tablet [227879522]                                          Result status: No result

**Result**                                                                    **clonazePAM (KLONOPIN) 1 mg tablet (Order 227879523)**

---

clonazePAM (KLONOPIN) 1 mg tablet [227879523]                                          Result status: No result

---

## END OF REPORT

---

**Lincoln/Marcus 3103**

# ⊙ sharecare

Work Order:  EDEL 9303113 EDEL
Invoice:  UJ6DV-1
Balance Due:  $0.00

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**PO BOX 7213**
**LONDON, KY 40742-7213**

---

**05/08/2020**

**Medical Records For:**     <u>LESLIE MARCUS</u>

**To whom it may concern,**

With this letter is a CD containing medical records requested by your company. The files on the CD are encrypted so as to prevent unauthorized access to this personal health information. It is our recommendation that you store the CD and the password in separate locations to prevent unauthorized access.

**Instructions to open the file on the CD:**

1. Insert the CD in your optical drive on your PC
2. Open Explore and browse the CD
3. The encrypted file will appear in the right
4. Double-click on the file



5. Open the patient named medical record PDF file(s).
6. You will be prompted to enter a password
7. Enter the Password:     <u>UJ6DV</u>



If you have any questions, please contact:
Sharecare Health Data Services Customer Service
customerservice@sharecare.com | (800) 560-3800
8344 Clairemont Mesa Blvd., Suite 201, San Diego, CA 92111

**Lincoln/Marcus 3104**



US POSTAGE AND FEES PAID

FIRST - CLASS
May 11 2020
Mailed from ZIP 92111
2oz First - Class Pkg Svc Zone 8

CID: 275365
Commercial Plus Pricing

071S01201701

**F**

## FIRST – CLASS PKG SVC

Sharecare Health Data Services
Shipping Manager
8344 CLAIREMONT MESA BLVD STE 201
SAN DIEGO CA 92111 – 1327

**B900**

SHIP TO:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 7213
LONDON KY 40742 – 7213

### USPS TRACKING #

9400 1102 0082 9275 1729 52

Lincoln/Marcus 3105

03/31/20  11:14:20  Lincoln Financial    ->    Mayo Clinic Fax Lincoln Financial Gr Page 003



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 31, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by April 14, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

Mayo Clinic - MARCUS, LESLIE S - DOB:       - MRN: 12300675 - HIM ROI Authorization - Scan Date: 3/31/2020

**Lincoln/Marcus 3106**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 31, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by April 14, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1 of 2

**Lincoln/Marcus 3107**



**MAYO
CLINIC**

Mayo Clinic
200 First Street SW
Rochester, MN 55905

April 06, 2020

[Now Lincoln Financial] Attn: Brandy Pelletier
Liberty Mutual
Po Box 7213
London, KY  40742-7213

RE:    Request for Records of: Ms. Leslie S Marcus
       Date of Birth:
       Date request received: 4/1/2020
       Release ID: 61034459

Dear Liberty Mutual,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic, Scottsdale, Arizona. You may see duplication of immunizations and other notes and results due to the integration of historical records into the new, single Mayo Clinic electronic health record.

Some documents may not have been finalized yet by the provider and could be subject to change. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3108**



**Mayo Clinic Health Information Management Services - Release of Information**

IMPORTANT INFORMATION

| |
|---|
| **Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018. The records released will contain information from all Mayo Clinic sites.** |
| Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed. |

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only):** Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

**Thank You,**
**Health Information Management Services**

**Lincoln/Marcus 3109**



Marcus, Leslie S
MRN: 12-300-675, DOB:                  Sex: F
Visit date: 3/23/2020

## 03/23/2020 - External Outreach In Department of Family Medicine In Glendale, Arizona

### Reason for Visit

Chief complaint: Outpatient COVID-19 Testing
Visit diagnosis: Infection Upper Respiratory [J06.9]

### Labs

#### Microbiology

**SARS Coronavirus 2 RNA [2222599027084] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F023014314:1 | Varies | Nasopharynx | 03/23/20 1122 |

**SARS Coronavirus 2 RNA [2222599027084]**                 Resulted: 03/24/20 0145, Result status: Final result

Ordering provider: Engle, Richard L, M.D. 03/23/20 1122           Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301            Collected by: 03/23/20 1122
03/24/20 1248
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Leek, Krystal A on 03/24/20 1329

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS Coronavirus-2 Source | Swab, Nasopharynx | — | — | ARZ |
| SARS Coronavirus-2, PCR | Undetected | Undetected | — | ARZ |

Comment:
SARS-Co-V-2 RNA not detected.

—ADDITIONAL INFORMATION—
Testing was performed using the Abbott RealTime SARS-CoV-2 assay (Abbott
Molecular, Inc.) on the Abbott m2000 System.
This test is only approved for testing human nasopharyngeal and oropharyngeal
swab specimens under U.S. FDA emergency
use authorization (EUA). Fact sheets for this Emergency Use Authorization
(EUA) assay can be found at the following links:

For Healthcare Providers: https://www.fda.gov/media/136047/download

For Patients: https://www.fda.gov/media/136048/download

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

Infection Upper Respiratory [J06.9 (ICD-10-CM)]

**Lincoln/Marcus 3110**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/23/2020

**MAYO CLINIC**

---

**03/23/2020 - External Outreach in Department of Family Medicine in Glendale, Arizona (continued)**

**Labs (continued)**

**All Reviewers List**

Leek, Krystal A on 3/24/2020 13:29

---

**Lincoln/Marcus 3111**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 3/4/2020

---

**03/04/2020 - Office Visit in Division of General Internal Medicine in Scottsdale, Arizona**

### Reason for Visit

Visit diagnoses:
- **Other Encephalitis And Encephalomyelitis (primary) [G04.81]**
- Other Dyspnea [R06.09]
- Posttraumatic Stress Disorder Prolonged [F43.12]
- Sleep Related Movement Disorder [G47.69]
- Anxiety Generalized Disorder [F41.1]
- Postural Tachycardia Syndrome Without Hypotension [I49.8]

### Clinical Notes

#### Consults - Outpatient

**Consults - Outpatient by Bergstrom, Larry R, M.D. at 3/4/2020 4:00 PM**

Author: Bergstrom, Larry R, M.D.          Service: GIM (General Internal Medicine)    Author Type: Physician
Filed: 3/4/2020 4:54 PM                   Encounter Date: 3/4/2020                    Status: Signed
Editor: Bergstrom, Larry R, M.D. (Physician)

**Patient ID:** Ms. Marcus presents for follow up for an Integrative Medicine Consultation dated 01/30/2020.
**ASSESSMENT / PLAN**
#### #1 Myalgic encephalomyelitis/chronic fatigue syndrome
She has hyper mobile joints which is a predisposing factor to me/cfs. It is associated with POTS, gastroparesis, small fiber neuropathy, chronic fatigue syndrome, fibromyalgia, mast cell activation disorder and central sensitization. Since her last visit she has started low-dose naltrexone and is now on 2.5 mg daily. She found a web site/block of people with similar symptoms who advised her to continue up to 4.5 mg daily. She has noted she is a bit more jittery but she is tolerating it.
Alpha GPC is a dietary supplement that increases choline levels in the brain and seems to be helpful for patients with "brain fog" and fatigue doses 300 mg up to 3 times daily. She should complete her titration of low-dose naltrexone before starting it.
She started Tai Chi daily and went to the zoo over the weekend and suffered significant setback of profound fatigue. We reviewed energy management again the using the analogy of $10.25. She realizes that she over did it. I suggested she continue Tai Chi but to not attend the entire class, perhaps starting with 15 or 20 minutes to begin with depending on her response.
She has a consultation with PRC pending. The program may be helpful for chronic pain management
#### #2 Breathing dysregulation
The capneic challenge test was quite positive. She felt as normal as she has in many months breathing $CO_2$ which was very exciting for her. She will use airborne tablets as needed. I gave her prescription for Diamox 125 mg b.i.d. initially but this may be increased depending on her response.
#### #3 POTS/autonomic neuropathy
She was on metoprolol but it caused too much hypotension. She is now on Bystolic. If she has hypotension on it she could be switched to ivabradine which slows heart rate but does not lower blood pressure. Diamox is diuretic so she needs to continue to push fluids and use adequate sodium.
She was seen by Dr. Fineman in neurology who ordered some additional testing looking for underlying causes. The additional testing was negative as was an EMG. He recommended continuing SNRI antidepressants for symptom management.
#### #4 Depression
She was seen by Dr. Kari Martin who recommended increasing Effexor and continuing clonazepam. She had pharmacogenomic testing which showed reduced metabolism so she was switched to Prozac. I sent a note to Dr.

---

4/6/2020 4:29 PM CDT    User:                    Release ID:61034459    Care Everywhere ID: MAY-876-686D    Page 3
                        IDMPROD16152832

**Lincoln/Marcus 3112**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/4/2020

**MAYO CLINIC**

---

## 03/04/2020 - Office Visit in Division of General Internal Medicine in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

Martin and Dr. Oakes. About the possibility of using an SNRI antidepressant which would hopefully also help manage chronic pain. Effexor also has an interaction with apixaban.

### #5 Sleep disorder

She has active sleep, likely REM sleep disorder. She is known to thrash about, yell and be active while asleep. She takes clonazepam 1 mg, mirtazapine and cannabis at bedtime. Her symptoms are worse since she has a flare of fatigue after over exertion recently. Hopefully this will improve as she recovers and is back on an SNRI antidepressant.

### #6 GI symptoms

She has nausea, bloating possibly due to gastroparesis. The gastric emptying/small bowel transit time test is only done at 7:00 a.m. which she cannot do for variety of reasons. Will revisit this issue if symptoms persist.

Total time 45 minutes, greater than half counseling
She will continue to follow with Dr. Engle.

This document was prepared with voice recognition software technology; while reviewed prior to signature, it may contain unintended voice recognition errors that were not dictated and/or seen in editing.

**Answers for HPI/ROS submitted by the patient on 1/12/2020**

Fatigue: Yes
Weight gain of more than 10 pounds: Yes
Night sweats: Yes
No eye issues: Yes
Persistent hoarse voice: Yes
Rapid or fluttering heart beats: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Shortness of breath: Yes
Dry cough: Yes
Heartburn: Yes
Nausea: Yes
Vomiting: Yes
Constipation: Yes
Joint swelling: Yes
No skin issues: Yes
Light-headedness: Yes
Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Slurred speech: Yes
Loss of balance or tendency to fall easily: Yes
Change in sexual drive (decreased libido): Yes
Little interest or pleasure in doing things: Yes
Feeling down, depressed, or hopeless: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes

---

Lincoln/Marcus 3113

**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:               Sex: F
Visit date: 3/4/2020

**03/04/2020 - Office Visit in Division of General Internal Medicine in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

Bruises/bleeds easily: Yes
No urinary/reproductive issues: Yes

Electronically Signed by Bergstrom, Larry R, M.D. on 3/4/2020  4:54 PM

**Vitals**

**Vital Signs**                                                          Most recent update: 3/4/2020  2:56 PM

| Temp | Ht | Wt | BMI |
|------|------|------|------|
| 36.7 °C (Oral) | 167 cm | 67 kg | 24.02 kg/m² |

**Lincoln/Marcus 3114**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/4/2020

**03/04/2020 - Clinical Support in Division of General Internal Medicine in Scottsdale, Arizona**

**Reason for Visit**

Visit diagnosis: Other Dyspnea [R06.09]

**Clinical Notes**

**Procedures**

**Procedures by Breznak, Karen K, R.N. at 3/4/2020 3:00 PM**

Author: Breznak, Karen K, R.N.        Service: GIM (General Internal Medicine)   Author Type: Registered Nurse
Filed: 3/4/2020 3:51 PM               Encounter Date: 3/4/2020                   Status: Signed
Editor: Breznak, Karen K, R.N. (Registered Nurse)
Procedure Orders
1. OCC Capnic challenge test [2222599027078] ordered by Bergstrom, Larry R, M.D. at 01/30/20 1233

Pre-procedure Diagnoses
1. Other Dyspnea [R06.09]

Post-procedure Diagnoses
1. Other Dyspnea [R06.09]

**OCC Capnic challenge test**
Date/Time: 3/4/2020 2:45 PM
Performed by: **Breznak, Karen K, R.N.**
Authorized by: **Bergstrom, Larry R, M.D.**

**Aerospace Capnic Challenge Test**

Service Date: 03/04/2020

The patient was instructed to increase breathing rate in depth on room air as much as feasible and to indicate any symptoms that were to occur by recording them on the Nijmegen questionnaire. The period of deep and rapid breathing was carried out for 120 seconds with the intent of achieving a drop of 10-20 mmHg in end-tidal $CO_2$ levels. At the end of the rapid breathing period, the patient self-administered effervescent tablets until all symptoms resolved.

Nijmegen questionnaire of symptom occurrence by history (0= never, 1= sometimes, 2= rarely, 3= often, 4= very often).
Total Score **(**/16):

Chest pain: 3
Feeling tense: 4
Blurred vision: 1
Dizzy spells / lightheadedness: 4
Feeling confused: 3
Faster deeper breathing: 2
Shortness of breath: 3

**Lincoln/Marcus 3115**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/4/2020

## 03/04/2020 - Clinical Support in Division of General Internal Medicine in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

Tight feeling in the chest: 3
Bloated feeling in the stomach: 4
Tingling fingers: 4
Unable to breathe deeply: 4
Stiff fingers or arms: 2
Tight feelings around mouth: 4
Cold hands or feet: 4
Palpitations: 3
Feeling of anxiety: 4

The test was started at 14:20 with an end-tidal CO2 of 26mmHg, a breathing rate of 16 breaths/min, peripheral oxygen saturation of 98% and blood pressure of 114/72 mmHg with a pulse of 75 beats/min as a baseline.

Rapid breathing was initiated at 14:22, with a breathing rate of 42 breathes /min and terminated at 14:23 (toleratted 1 minute 2 seconds) with an end-tidal CO2 of 11 mmHg and a breathing rate of 24 breaths/min.
The patient self-administered 4 effervescent tablet(s) and reported feeling recovered at 14:42.
The end-tidal CO2 returned to 21 mmHg, a breathing rate of 18 breaths/minute.
The patient felt fully recovered after 12 minutes.

Nijmegen questionnaire of symptom intensity by provocation testing (0= none, 1= mild, 2= moderate, 3= severe, 4= very severe).
Total Score ** (**/16):

Chest pain: 3
Feeling tense: 3
Blurred vision: 0
Dizzy spells / lightheadedness: 4
Feeling confused: 3
Faster deeper breathing: 3
Shortness of breath: 3
Tight feeling in the chest: 3
Bloated feeling in the stomach: 4
Tingling fingers: 0
Unable to breathe deeply: 0
Stiff fingers or arms: 0
Tight feelings around mouth: 0
Cold hands or feet: 3
Palpitations: 0
Feeling of anxiety: 4

Interpretation:

Electronically Signed by Breznak, Karen K. R.N. on 3/4/2020 3:51 PM

**Lincoln/Marcus 3116**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 3/4/2020

**MAYO CLINIC**

## 03/04/2020 - Clinical Support in Division of General Internal Medicine in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

### Procedures

#### Procedures

##### OCC Capnic challenge test [2222599027078] (Final result)

**OCC Capnic challenge test [2222599027078]**                     Resulted: 03/04/20 1400, Result status: Final result

Ordering provider: Bergstrom, Larry R, M.D.  03/04/20 1359        Order status: Completed
Filed by: Breznak, Karen K, R.N.  03/04/20 1551
Narrative:
Breznak, Karen K, R.N.    3/4/2020  2:51 PM
OCC Capnic challenge test
Date/Time: 3/4/2020 2:45 PM
Performed by: Breznak, Karen K, R.N.
Authorized by: Bergstrom, Larry R, M.D.


Pre-procedure diagnoses:
Other Dyspnea
Post-procedure diagnoses:
Other Dyspnea


**Indications**

Other Dyspnea [R06.09 (ICD-10-CM)]

**Lincoln/Marcus 3117**



Marcus, Leslie S
MRN: 12-300-675, DOB:
Visit date: 2/18/2020

Sex: F

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

Chief complaint: Follow-up
Visit diagnoses:
- **Posttraumatic Stress Disorder Prolonged (primary) [F43.12]**
- Adjustment Disorder With Depressed Mood [F43.21]
- Atrial Fibrillation [I48.91]

### Progress Notes

#### Progress Notes

##### Progress Notes by Engle, Richard L, M.D. at 2/18/2020 12:00 PM

Author: Engle, Richard L, M.D.          Service: FAM (Family Medicine)       Author Type: Physician
Filed: 2/18/2020 12:08 PM               Encounter Date: 2/18/2020            Status: Signed
Editor: Engle, Richard L, M.D. (Physician)

### Chief Complaint

Patient presents with
- Follow-up
   *medication*

HPI: Very pleasant 48-year-old presents in follow-up of the 02/10/2020 Pharmacogenomics consult regarding possible beneficial adjustments in her medication to improve her sense of well-being.

Specifically it was recommended she transition to a more cardioselective beta-blocker to avoid cognitive and hypotensive side effects. In addition the patient does not find the Effexor beneficial and she is requesting a medication change-perhaps back to fluoxetine that she has been on previously.

### Allergies

Allergen
- Zofran [Ondansetron Hcl]
- Adhesive
- Corticosteroids (Glucocorticoids)

Reactions
Hypotension
Rash
Palpitations

Current Outpatient Medications:
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
- apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily. Tincture, no THC , Disp: , Rfl:
- clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY, Disp: 30 tablet, Rfl: 1
- mirtazapine (REMERON) 45 mg tablet, TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME, Disp: 30 tablet, Rfl: 0
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
- NON FORMULARY, Take 1 each by mouth daily. Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5 mg/day. (Patient taking differently: Take 1 each by mouth daily. Naltrexone 0.5 mg Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5

**Lincoln/Marcus 3118**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

**MAYO CLINIC**

---

### 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

mg/day. NARCAN ), Disp: 60 each, Rfl: 2

• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding, Disp: 90 tablet, Rfl: 3

• prochlorperazine (COMPAZINE) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. ), Disp: 30 tablet, Rfl: 0

• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0

• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 60 capsule, Rfl: 1

• nebivoloL (BYSTOLIC) 2.5 mg tablet, Take 0.5 tablets (1.25 mg total) by mouth daily. Instead of metoprolol, Disp: 45 tablet, Rfl: 3

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |
| • Anxiety disorder | Sister | |
| • Suicide Attempts | Sister | |
| • Asthma<br>  *identical twin sister* | Sister | 47 |
| • Kidney disease | Sister | |
| • Other (Other)<br>  *ANA, identical twin sister* | Sister | |
| • Ovarian cancer | Mother | |
| • Stomach cancer | Maternal Grandmother | |
| • Cancer | Maternal Grandfather | |
| • Dementia | Maternal Grandfather | |
| • Cancer | Paternal Grandmother | |
| • PE - Pulmonary embolism | Paternal Grandfather | |

### Social History

Socioeconomic History
• Marital status:              Life Partnership
      Spouse name:            Not on file
• Number of children:        Not on file
• Years of education:        Not on file
• Highest education level:   Bachelor's degree (e.g., BA, AB, BS)
Occupational History

---

**Lincoln/Marcus 3119**



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 2/18/2020

**MAYO CLINIC**

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

- Not on file

**Social Needs**
- Financial resource strain:     Not very hard
- Food insecurity
    - Worry:                     Never true
    - Inability:                 Never true
- Transportation needs
    - Medical:                   No
    - Non-medical:               No

**Tobacco Use**
- Smoking status:                Former Smoker
    - Packs/day:                 0.25
    - Years:                     14.00
    - Pack years:                3.50
    - Types:                     Cigarettes
- Smokeless tobacco:             Never Used
- Tobacco comment: 1 pack per week x 15 years

**Substance and Sexual Activity**
- Alcohol use:                   No
    - Frequency:                 Never
    - Drinks per session:        1 or 2
    - Binge frequency:           Never
    - *Comment: none*
- Drug use:                      Yes
    - Types:                     Marijuana
    - *Comment: Helps with nausea, 50mg*
- Sexual activity:               Yes
    - Partners:                  Male
    - Birth control/protection:  Post-menopausal

**Lifestyle**
- Physical activity
    - Days per week:             5 days
    - Minutes per session:       30 min
- Stress:                        Rather much

**Relationships**
- Social connections
    - Talks on phone:            Twice a week
    - Gets together:             Once a week
    - Attends religious service: Never
    - Active member of club or   No
      organization:
    - Attends meetings of clubs  Never
      or organizations:
    - Relationship status:       Living with partner
- Intimate partner violence

**Lincoln/Marcus 3120**



**MAYO
CLINIC**

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

| | |
|---|---|
| Fear of current or ex partner: | Not on file |
| Emotionally abused: | Not on file |
| Physically abused: | Not on file |
| Forced sexual activity: | Not on file |
| Other Topics | Concern |

• Not on file

**Social History Narrative**

*Prior to being disabled from illness she was a regional manager of military housing over 7 installations supervising 600 employees. She has an identical twin sister with an undefined connective tissue disorder.*

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anemia | 05/2019 |
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Atrial Fibrillation (HCC) | |
| • Chronic Idiopathic Constipation | |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Gastroesophageal Reflux Disease NOS | |
| • Malignant Neoplasm Of Ovary (HCC) | |
| • Malignant Neoplasm Of Uterus Endometrial (HCC) | |
| • Migraine Headache | |
| • Nausea And Vomiting | |
| • Neuropathy | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Reflux Esophagitis | 04/2019 |
| *LA Grade C* | |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History | |
| *in all 4 extremities* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |

| | | | | |
|---|---|---|---|---|
| 4/6/2020 4:29 PM CDT | User: IDMPROD16152832 | Release ID:61034459 | Care Everywhere ID: MAY-876-686D | Page 12 |

**Lincoln/Marcus 3121**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

**02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)**

Progress Notes (continued)

- CATH ABLATION                                                Right        6/12/2019
  *Procedure: ABLATION - PVI;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*
- CATH ASD REPAIR                                             N/A          6/12/2019
  *Procedure: 3D Mapping - Carto;  Surgeon: Srivathsan, Komandoor, M.D.;  Location: ARZ PXMH CCL HRS*
- HYSTERECTOMY TOTAL ABDOMINAL
  *Total hysterectomy -no ovaries*
- IR LUMBAR SPINE FACET DENERVATION                                        2019
  *L4*
- LAPAROSCOPY DIAGNOSTIC / BIOPSY / ASPIRATION / LYSIS
  *X9, fibroid cysts, ovarian cancer on one ovary which was removed w/ one of the laparoscopy surgeries*

**Immunization History**
Administered                              Date(s) Administered
- PCV13                                   01/20/2019

ROSS completed one month ago and issues are chronic at this time
Constitutional: Positive for fatigue, night sweats and weight gain of more than 10 pounds.
ENT: Positive for persistent hoarse voice.
Respiratory: Positive for dry cough and dyspnea.
Cardiovascular: Positive for swelling in the legs or feet, rapid or fluttering heart beat and shortness of breath when lying flat.
Gastrointestinal: Positive for constipation, heartburn, nausea and vomiting.
Genitourinary: Positive for decreased libido.
Hematologic: Positive for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for joint swelling.
Neurological: Positive for light-headedness, numbness or shooting pain in hands, arms, legs, or feet, loss of balance or tendency to fall easily, slurred speech and weakness in arms or legs.
Psychiatric/Behavioral: Positive for decreased libido, little interest or pleasure in doing things over past two weeks, feeling down, depressed, or hopeless over past two weeks, not being able to stop or control worrying over past two weeks and feeling nervous, anxious, or on edge in past two weeks.

The following systems were negative: Skin, Eyes

Blood pressure 104/63, pulse 79, temperature 36.8 °C, temperature source Oral, resp. rate 16, height 167 cm, weight

**Lincoln/Marcus 3122**



**MAYO
CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

---

**02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)**

**Progress Notes (continued)**

67.2 kg, SpO2 99 %, not currently breastfeeding. Body mass index is 24.1 kg/m².

PHYSICAL EXAM:

Cardiovascular
  Rate and Rhythm: Normal rate.
Neurological
  Mental Status: She is alert.
Psychiatric
  Behavior: Behavior normal.

IMPRESSION:

**#1 Posttraumatic Stress Disorder Prolonged
#2 Adjustment Disorder With Depressed Mood
#3 Atrial Fibrillation (HCC)**

**Plan** discussed the potential risks and benefits of medication change. Change metoprolol tartrate 12.5 mg b.i.d. to Bystolic 1.25 mg daily. Decrease Effexor from 300-->150 XR daily with additional medication changes or substitutions per Psychiatry. Patient expressed understanding of our discussion and plan. This note was dictated with Fluency Direct voice recognition software

No orders of the defined types were placed in this encounter.

Electronically Signed by Engle, Richard L, M.D. on 2/18/2020 12:08 PM

**Vitals**

---

4/6/2020 4:29 PM CDT    User:          Release ID:61034459    Care Everywhere ID: MAY-876-686D    Page 14
IDMPROD16152832

**Lincoln/Marcus 3123**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/18/2020

## 02/18/2020 - Office Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Vitals (continued)**

### Vital Signs

Most recent update: 2/18/2020 10:41 AM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 104/63 (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Regular) | 79 | 36.8 °C (Oral) | 16 | 167 cm |

| Wt | SpO2 | BMI |
|---|---|---|
| 67.2 kg | 99% | 24.10 kg/m² |

**Lincoln/Marcus 3124**



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/10/2020

## 02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona

**Reason for Visit**

Visit diagnosis: Anxiety Generalized Disorder [F41.1]

**Clinical Notes**

**Consults - Outpatient**

**Consults - Outpatient by Oakes, Sheena S, Pharm.D. at 2/10/2020  3:00 PM**

| Author: Oakes, Sheena S, Pharm.D. | Service: PHR (Pharmacy) | Author Type: Pharmacist |
|---|---|---|
| Filed: 2/12/2020  1:08 AM | Encounter Date: 2/10/2020 | Status: Signed |
| Editor: Oakes, Sheena S, Pharm.D. (Pharmacist) | | |

### Medication Therapy Management

**SUBJECTIVE**

Leslie S Marcus is a 48 y.o. female, who is seen today by MTM Pharmacist for comprehensive medication review. She was referred by Martin, Kari A, M.D. . The following are present at time of visit/service: patient. Patient's primary concern today is **POLYPHARMACY and PHARMACOGENOMIC REVIEW.**
Last PGx review completed by Dr.Adrijana Kekic e-consult dated 9/16/19, patient had not seen analysis by pharmacist and was curious on what results mean. Patient is on various medications, she wonders if her medical conditions make her sick or if her medication make her sick. She is concerned specifically with Metoprolol, she feels it makes her very lightheaded but takes it for rate control of atrial fibrillation and she has great amount of nausea best managed by vaping CBD and daily compazine

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

Pertinent patient lifestyle habits, preferences and beliefs, health and functional goals, health literacy, cultural factors and socioeconomic factors were assessed at this appointment with no concerns noted.

**Outpatient Medications Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler | Inhale 2 puffs every 4 (four) hours as needed. | | |
| • apixaban (ELIQUIS) 5 mg tablet | Take 1 tablet (5 mg total) by mouth 2 (two) times a day. | 60 tablet | 11 |
| • CANNABIDIOL, CBD, EXTRACT ORAL | Take by mouth daily. Tincture, no THC | | |
| • clonazePAM (KlonoPIN) 1 mg tablet | TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY | 30 tablet | 0 |
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times | 180 tablet | 3 |

**Lincoln/Marcus 3125**