

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/10/2020

MAYO CLINIC

---

**02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)**

Clinical Notes (continued)

| | | | |
|---|---|---|---|
| | a day. With propafenone (rhythmol). (Patient taking differently: Take 12.5 mg by mouth daily. ) | | |
| • mirtazapine (REMERON) 45 mg tablet | TAKE 1 TABLET(45 MG) BY MOUTH AT BEDTIME | 30 tablet | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet by mouth daily. | | 0 |
| • NON FORMULARY | Take 1 each by mouth daily. Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5 mg/day. (Patient taking differently: Take 1 each by mouth daily. Naltrexone 0.5 mg Take at bedtime May increase by one capsule every 5-7 days depending on response. Do not exceed 4.5 mg/day. ) | 60 each | 2 |
| • pantoprazole (PROTONIX) 40 mg EC tablet | Take 1 tablet (40 mg total) by mouth daily. Protect stomach and esophagus from Eliquis and bleeding | 90 tablet | 3 |
| • prochlorperazine (COMPAZINE) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for nausea or vomiting. (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. ) | 30 tablet | 0 |
| • SYMBICORT 160-4.5 mcg/actuation inhaler | Inhale 2 puffs 2 (two) times a day as | | 0 |

4/6/2020 4:29 PM CDT    User: IDMPROD16152832       Release ID:61034459    Care Everywhere ID: MAY-876-686D    Page 17

EXHIBIT

C, part 11

Lincoln/Marcus 3126



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/10/2020

**02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

needed.
- venlafaxine XR (EFFEXOR-XR)    Take 2 capsules      60 capsule   1
  150 mg 24 hr capsule            (300 mg total) by
                                  mouth daily with
                                  breakfast.

No facility-administered medications prior to visit.

**OBJECTIVE**

**Wt Readings from Last 3 Encounters:**
01/30/20      65.8 kg
01/20/20      65.8 kg
01/14/20      68.4 kg

**Pulse Readings from Last 3 Encounters:**
01/20/20      87
01/14/20      80
11/14/19      97

**BP Readings from Last 3 Encounters:**
01/20/20      125/83
01/14/20      109/68
11/22/19      112/81

Estimated Creatinine Clearance: 79.4 mL/min (by C-G formula based on SCr of 0.9 mg/dL).

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 141 | 10/21/2019 |
| K | 4.3 | 10/21/2019 |
| CL | 106 | 10/21/2019 |
| HCO3 | 26 | 10/21/2019 |
| CREATININE | 0.90 | 10/21/2019 |
| EGFR | 76 | 10/21/2019 |
| BUN | 8.4 | 10/21/2019 |
| ANIONGAP | 9 | 10/21/2019 |
| GLUCOSE | 90 | 10/21/2019 |
| CALCIUM | 9.5 | 10/21/2019 |

Please refer to original Oneome report dated 9/3/20 for complete list of pharmacogenomic results.

**Lincoln/Marcus 3127**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 2/10/2020

**MAYO
CLINIC**

**02/10/2020 - Office Visit In Department of Pharmacy In Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

## ASSESSMENT / PLAN
**Assessment:**
Pharmacotherapy was reviewed today with a patient-centered approach for indication, effectiveness, safety and convenience, taking into account pertinent health and functional status, risk factors, health data, cultural factors, health literacy and access to medications.

**Medication list discrepancies:** Medication list is up to date with no known discrepancies.
**Medication adherence:** No adherence issues were identified.
**Renal/hepatic dosing:** Medications are appropriately dosed based on current renal and hepatic function.
**Drug-drug interactions:** Drug-Drug interactions of potential clinical significance include:



### Drug-Drug: venlafaxine XR and apixaban
Concurrent use of a selective serotonin reuptake inhibitor or a serotonin-norepinephrine reuptake inhibitor (7-9) and agents that affect coagulation may result in bleeding.

**Medium**  Filtered by system settings

Details

**Drug-disease interactions:** Drug-Disease interactions of clinical significance include:
    1. <u>Light headedness and metoprolol</u> - some reduced metabolism identified with metoprolol, it is a substrate of CP2D6; **please consider nebivolol as more cardioselective beta blocker so may have improved tolerability for for patient. Ivabradine is not a beta blocker, but works on lowering heart rate without effecting blood pressure.** It is a substrate of CYP3A4, patient had normal function.
    2. <u>Nausea and vaping CBD</u> - major concerns with vaping and maintaining integrity of lung function but also major drug-drug interactions to be cautious with. For what limited data available on cannabidiol, know can inhibit CYP2D6 and CYP3A4, potential for interaction then with venlafaxine, apixaban and metoprolol. Can worsen anxiety as well, please refer to this great presentation from the Department of Health for additional information on CBD concerns and consider decreasing use and eventually stopping
https://doh.dc.gov/sites/default/files/dc/sites/doh/publication/attachments/Medical%20Cannabis%20Adverse%20Effects%20and%20Drug%20Interactions_0.pdf
**Patient has not tried aprepitant, major substrate of CYP3A4, please consider as alternative to CBD.**

**Drug gene interactions:** as noted from Adrijana's note Sept 2019
**1. Recommendations based on pharmacogenomics for current drug therapy**

Metoprolol
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). If tolerated, continue with current dose.

Mirtazapine
Metabolism is difficult to predict. Metabolized by several CYPs, including major pathways CYP1A2 (rapid metabolizer), CYP2D6 (intermediate) and CYP3A4 (normal). If tolerated, continue.

Pantoprazole
Predicted metabolism by CYP2C19 is reduced. If tolerated, continue.

**Lincoln/Marcus 3128**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/10/2020

**MAYO CLINIC**

---

## 02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)

**Clinical Notes (continued)**

Venlafaxine
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). Increased exposure to plasma drug levels is possible. Be alert to increased risk of side effects, including hypertension. If tolerated, continue.

### 2. Potential drug-drug-gene interactions
Currently not taking strong CYPs inhibitors, such as bupropion, ciprofloxacin, clarithromycin, fluvoxamine, itraconazole, ketoconazole, paroxetine, certain antivirals, etc.
Propafenone is a weak CYP1A2 and CYP2D6 inhibitor.
No major pheno-conversion identified.

Plan: continue with current dosing, based on other patient specific factors.

### 3. General comments regarding antidepressants

Genes of interest to psychotropic agents with relevant findings:
CYP2C19 *1/*2 genotype (intermediate metabolizer phenotype)
CYP2D6 *1/*4 genotype (intermediate metabolizer phenotype)
COMT GG genotype
HTR2A GG genotype
GRIK4 TT genotype
SRC6A4 L/L

SSRIs/SNRIs
Reduced metabolism is predicted for SSRIs metabolized by CYP2D6: fluoxetine, fluvoxamine, paroxetine.
Increased exposure and risk of side effects is possible.
Plan: Initiate at standard / labeling dose. Monitor for side effects.

Reduced metabolism is predicted for SSRs metabolized by CYP2C19: citalopram, escitalopram, sertraline.
Plan: initiate at standard labeling dose. Be alert to potentially increased risk of side effect.

TCAs
Standard labeling dose. Be alert to potentially increased risk of side effect.

Others
Vortioxetine
Standard labeling dose. Be alert to potentially increased risk of side effect.

Bupropion, buspirone
Standard dose and monitoring is recommended based on indication and other patient specific factors.

Please refer to PGx report for comprehensive list of genes affected by genetic variants. Also refer to PGx pharmacist for medications specific questions.

---

**Lincoln/Marcus 3129**

MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 2/10/2020

**02/10/2020 - Office Visit in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

**Plan:**
**1. Continue medication as directed**
**2. Please consider nebivolol or ivabradine as alternative to metoprolol**
**3. Please consider aprepitant as alternative to prochlorperazine and CBD**

Follow-up with pharmacist was not scheduled at this time .
Leslie expressed understanding of, and agreement with plan of care. She was provided a written summary of recommendation via patient online services.
Plan of care was communicated to the referring provider via an electronically routed chart.
Total time spent was 60 minutes, with more than 50% of the time spent on counseling, coordination of care and patient education.

Electronically Signed by Oakes. Sheena S, Pharm.D. on 2/12/2020  1:08 AM

**Lincoln/Marcus 3130**

# INVOICE



| Invoice #: | 52574438 |
|---|---|

| Inv. Date: | 4/22/2020 |
|---|---|
| Due Date: | 4/22/2020 |
| Terms: | Pre-Payment |

LIBERTY MUTUAL

PO BOX 7213

LONDON, KY 40742-7213

| Patient: | MARCUS, LESLIE |
|---|---|
| Account #: | 509363 |
| Claim/File #: | 9303113 |

Shipping:
PO BOX 7213

LONDON, KY 40742-7213

Facility: **MAYO CLINIC**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 21 | 21 | $0.00 | $0.00 |
| Basic Fee $20.00 | 1 | $20.00 | $20.00 |
| Copy Charge $1.10 Per Page, Pages 1-50 | 21 | $1.10 | $23.10 |

| | | |
|---|---|---|
| Product Total: | $ 43.10 | |
| State Tax: | | 0.00% |
| City/local Tax: | | 0.00% |
| Sales Tax: | $ 0.00 | (0.00%) |
| Shipping & Handling: | $ 1.80 | |
| | -------------------- | |
| Grand Total: | $ 44.90 | |
| Credits/Payments: | $ 44.90 | |
| | -------------------- | |
| **Amount Due:** | **$ 0.00** | **PAID IN FULL** |

<u>Please Note:</u> This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c) (5) and 2.65.

**Payment Options:**
- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

*IOD Incorporated   TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Lincoln/Marcus 3131**

# INVOICE



## PAYMENT SHEET

## PLEASE RETURN THIS WITH YOUR PAYMENT.

**MAKE PAYMENT TO:**

IOD Incorporated
PO Box 19072
Green Bay, WI 54307-9072

TaxID No. 65-0765287

| | |
|---|---|
| Invoice No: | **52574438** |
| Requester: | **LIBERTY MUTUAL** |
| Account #: | **509363** |
| Patient Name: | **MARCUS, LESLIE** |
| Amount Due: | **44.90** |

Amount Paid $    44.90

Check No    24228220

To make an online payment, please go to payportal.iodincorporated.com

*IOD Incorporated   TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Page 2 of 2**

**Lincoln/Marcus 3132**

# ℚ sharecare

8344 Clairemont Mesa Boulevard, Suite 201, San Diego, CA 92111 | hds.sharecare.com | 858.244.1811 | F: 858.430.4962

Sharecare Health Data Services, LLC ("Sharecare") is the record management service for the provider named on the enclosed invoice. We have received your request for records for the patient named on the enclosed invoice. Upon receipt of payment or guarantee of payment, we will release records accordingly.

To expedite handling or contact us, please visit our website:
hds.sharecare.com/customer-service-support/

If we do not receive a **response within 30 days** from the invoice date, the request for records will be **canceled**.

**SHDS Customer Service**

T: 858.244.1811 F: 858.430.4962  customerservicehds@sharecare.com – hds.sharecare.com

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

**Lincoln/Marcus 3133**

Retarus Faxolution

 sharecare

|  |  |
|---|---|
| Invoice Number: | UJ6DV-1 |
| Date: | 04/22/2020 |
| Customer Number: | LLACOB7-40742-7213 |
| Due: | Upon Receipt |

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON

BRANDY PELLETIER

PO BOX 7213

LONDON, KY 40742

Location: AZ57410

Facility: HONORHEALTH MEDICAL GROUP-ARCADIA

**EDEL  9303113**
**EDEL**

**Patient Name:  LESLiE MARCUS**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 16 Pages | 1 | $55.00 | $55.00 |

|  |  |
|---|---|
| Mailing Cost: | $2.74 |
| Sub Total: | $57.74 |
| Tax: | $0.00 |
| Invoice Total: | $57.74 |
| Applied: | $0.00 |
| **Balance Due:** | **$57.74** |

------------------------------------------------------------------------------

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at hds.sharecare.com

Card #: _____    Signature: _____

Expiration Date: _____

PLEASE REMIT PAYMENT TO:        TAX ID NO. 90-0998358      ** DUE UPON RECEIPT **

**Sharecare Health Data Services, LLC**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

|  |  |
|---|---|
| Invoice Number: | UJ6DV-1 |
| Date: | 04/22/2020 |
| Customer Number: | LLACOB7-40742-7213 |
| Balance Due: | 57.74 |

Page 1 of 1

**Lincoln/Marcus 3134**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: April 13, 2020 | |
| To: DR FRANK CIBULKA | |
| Attn: Medical Records | |
| Fax: (480) 882-5866 | |
| From: Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover): 4 | |
| RE:<br><br>Claim #: 9303113<br>Claimant: Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3135**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

April 13, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by April 27, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

1  of 2

**Lincoln/Marcus 3136**

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2  of  2

**Lincoln/Marcus 3137**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303              PAGE   05

 Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _LESLIE MARCUS_

Name of legal representative, if applicable (print) _____  Relationship _SELF_

Signature of claimant or legal representative _____

Date of Birth: __    _____  Claim Number: _9303113_   Date: _10/14/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3138**



**PO BOX 19072**                                                  04/06/2020
**GREEN BAY WI 54307-9072**
**Voice : 866-420-7455  Fax : 920-406-6537**

To
Company                          LIBERTY MUTUAL
Fax Number                       16033348592
Voice Number                     888-437-7611


From                             Customer Relations
Fax                              920-406-6537
Voice                            866-420-7455
Subject                          **prepaynotice**
Order #                          63613779


Notes                            Pre pay invoice


This fax and any files transmitted with it are confidential and may contain information which is legally privileged or otherwise exempt from disclosure. They are intended solely for the use of the individual or entity to whom this fax is addressed. If you are not one of the named recipients or otherwise have reason to believe that you have received this fax in error, please immediately notify the sender and return or shred these documents immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this email is strictly prohibited

**Lincoln/Marcus 3139**

# PrePay Notice

| **FIRST NOTICE** | **SECOND NOTICE** |
|---|---|
| Date Sent: 04/06/2020 | Date Sent: |

**LIBERTY MUTUAL     Acct: 509363**

**PO BOX 7213**

**LONDON, KY 40742-7213**

Patient: **MARCUS, LESLIE**

SSN: ***-**-0000

Claim/File #: **9303113**

Order #: **63613779**

Fax #: **603-344-4110**

IMG

Records requested from: **MAYO CLINIC**

Dear Requester:

IOD Incorporated has been retained by the medical facility listed above to provide release of information services. It is our policy to require payment prior to delivering the requested information. **Please note this is an estimated fee, the final amount may differ.**

| | |
|---|---|
| Service dates requested | Specific Date(s): 2/10/2020 - 3/23/2020 |
| Items requested | Specific (DDB/Insur Incl Results) |
| "PERT ITEMS" = Dictated notes, radiology reports, lab reports, special test results, etc. | |

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 21 | 21 | $0.00 | $0.00 |
| Basic Fee $20.00 | 1 | $20.00 | $20.00 |
| Copy Charge $1.10 Per Page, Pages 1-50 | 21 | $1.10 | $23.10 |
| Shipping & Handling | 1 | $1.80 | $1.80 |
| Sales Tax | 1 | $0.00 | $0.00 |
| **Pages as per Request:** | **21** | **Fee Quote as per Request:** | **$ 44.90** |
| Notes: | | | |

The requested medical information will be provided after payment in full is received. Please make payment within 20 days of the first notice to avoid cancellation of your request. If the patient authorization has expired by the time payment is received, a new authorization will be required. Please note that it may take up to 15 business days from the date your request is received for your request to be processed. If you have any questions regarding this notice, please contact Customer Relations at 866-420-7455  *  Fax 920-406-6537.

- To make a payment online via credit card, go to payportal.iodincorporated.com
- To make a payment via credit card, you can also call Customer Relations at 866-420-7455 Option 1.

To make a manual payment, please send this form and your check or money order made payable to IOD Incorporated to the address shown below. PLEASE DO NOT SEND CASH!

*IOD Incorporated TaxID No. 65-0765287*
*PO Box 19072 Green Bay, WI 54307-9072*
*Phone 866-420-7455 Option 1 * Fax 920-406-6537*

**Lincoln/Marcus 3140**

# FAX – CONFIDENTIAL



**To:** **lincoln financial group**
Company:
Fax: 603-334-8592
Phone:

**From:** **HonorHealth Medical Group Arcadia**
Fax: 480-882-5866
Phone: 482-882-7360
E-mail:

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission:**
**Number of pages including this cover sheet: 9**

**Lincoln/Marcus 3141**

Marcus, Leslie S (MR # 3220726)
Media Information

Scan on 4/1/2020 1440 by Marisela Cardona, MA: faxed lincoln financial group form 04.01.20

Image is displayed on its own page.

**Lincoln/Marcus 3142**

Fax Server                    4/1/2020 2:42:19 PM  PAGE    3/009    Fax Server

Marcus, Leslie S (MR # 3220726)

03/30/20  11:05:29  Lincoln Financial    ->        Fax Server Lincoln Financial Gr Page 001



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| **Date:** March 30, 2020 | |
| **To:** DR FRANK CIBULKA | |
| **Attn:** Medical Records<br>**Disability** | |
| **Fax:** (480) 882-5866 | |
| **From:** Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| **Total Pages**<br>(Including Cover):     6 | |
| **RE:**<br><br>Claim #:   9303113<br>Claimant: Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

PAGE 3/9 * RCVD AT 4/1/2020 5:42:15 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/7 * DNIS:6033348592 * CSID:Fax Server * ANI:9990032522 * DURATION (mm-ss):04-04

**Lincoln/Marcus 3143**

Marcus, Leslie S (MR # 3220726)

03/30/20  11:05:46  Lincoln Financial      →        Fax Server Lincoln Financial Gr Page 002

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 30, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

- Completion of the Enclosed Forms:

    X   Restrictions Form
    ___ Other

We ask that you provide this information by April 13, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1  of 2

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 4/1/20 2:41 PM            Page 3 of 8

**Lincoln/Marcus 3144**

Marcus, Leslie S (MR # 3220726)

**03/30/20  11:06:06  Lincoln Financial       ->            Fax Server Lincoln Financial Gr Page 003**

information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  Restrictions Form
              9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2 of 2

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 4/1/20 2:41 PM          Page 4 of 8

**Lincoln/Marcus 3145**

Fax Server                4/1/2020 2:42:19 PM   PAGE    6/009    Fax Server

Marcus, Leslie S (MR # 3220726)

03/30/20  11:06:13  Lincoln Financial     ->         Fax Server Lincoln Financial Gr Page 004


## Lincoln
### Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## Restrictions Form

**Return To:** Brandy Pelletier

| Leslie Marcus | | | 9303113 |
|---|---|---|---|
| Employee /Claimant Name | | Date of Birth | Claim Number |

### To be completed by physician:

1. **DATE FIRST TREATED** — 12/2017          I48.91 / I47.1 / D50.9
   **DATE LAST TREATED** — 3/30/2020
   **NEXT OFFICE VISIT** — 4-6 weeks          DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   [X] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   pt has significant deficits c̄ her current physical status. She has severe SOB, weakness + uncontrolled vasomotor SC, She has significant anxiety c̄ worsening of SC, we are adjusting her medication

4. **RESTRICTIONS IMPOSED FROM** 12/2017 **TO** forever.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ____
   She is seeing multiple specialists at Mayo clinic. She is seeing a cardiologist. She is on meds that have not been effective.

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   PTSD, Anxiety, Dyspnea c̄ hyper capnea, encephalitis (hcc); postural Tachycardia Syndrome without Hypotension

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** last notes **TO** Current.

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 4/1/20  2:41 PM          Page 5 of 8

**Lincoln/Marcus 3146**

Marcus, Leslie S (MR # 3220726)

03/30/20  11:06:34  Lincoln Financial      →        Fax Server Lincoln Financial Gr Page 005

| Provider's Name (Please Print) | MD Degree _AND_ Area of Specialty | 41-2036508 Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | 480-882-5866 Fax Number |
| City, State & Zip Code | Signature | 4/1/2020 Date |

Frank Cibulka, MD
HonorHealth Arcadia
3311 N. 44th St.
Phoenix, AZ 85018
Phone: (480) 882-7360

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 4/1/20  2:41 PM                    Page 6 of 8

**Lincoln/Marcus 3147**

Fax Server                4/1/2020 2:42:19 PM   PAGE    8/009    Fax Server

Marcus, Leslie S (MR # 3220726)

03/30/20  11:06:40  Lincoln Financial    →        Fax Server Lincoln Financial Gr Page 006

10/15/2019  12:22    480-894-1986          FEDEX OFFICE    2383          PAGE  05



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___LESLIE MARCUS_____

Name of legal representative, if applicable (print) _____ Relationship _SELF_

Signature of claimant or legal representative _____

Date of Birth: _____    Claim Number: _9303113_   Date: ___10/14/19___

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

---

PAGE 8/9 * RCVD AT 4/1/2020 5:42:15 PM [Eastern Daylight Time] * SVR:VA1PWFAX401/7 * DNIS:6033348592 * CSID:Fax Server * ANI:9990032522 * DURATION (mm-ss):04-04

**Lincoln/Marcus 3148**

Marcus, Leslie S (MR # 3220726)
   faxed lincoln financial group form 04.01.20
   04/01/2020 14:40
   **Attached To:**
   Leslie S Marcus

Source Information

   Marisela Cardona, MA | Arcadia Mg

---

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 4/1/20  2:41 PM                    Page 8 of 8

**Lincoln/Marcus 3149**

**From:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:** Thu, 2 Apr 2020 19:22:54 +0000
**To:** Pelletier, Brandy
**Subject:** Leslie S. Marcus, Claim Number: 9303113 IC filed

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Ms. Pelletier:

The Social Security Disability Initial Claim for Ms. Marcus has been filed with her local district office. Please allow four to six months for a disability decision at this level. I will notify you if a decision is rendered prior to the expiration of this period.

Please do not hesitate to call at 1-800-211-4736 if you have any questions.

Sincerely,

Kelly for Attorney Martin E. Keane
**Kelly Keane**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

*************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
*************************************************************************

**Lincoln/Marcus 3150**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


MAYO CLINIC
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE AZ 85239


**Lincoln/Marcus 3151**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 31, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by April 14, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

**Lincoln/Marcus 3152**

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-03.30.2020

2  of  2

**Lincoln/Marcus 3153**

Mayo Clinic Fax      3/30/2020 10:44:42 AM   PAGE   9/010   Fax Server



**MAYO CLINIC**

*Authorization to Release Protected Health Information to a Third Party*

Form content retained in medical record.
**Route to HIMS Scanning.**

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party other than a family member or friend such as an insurance company, employer, or for legal purposes, etc. Print clearly, each section needs to be completed to be valid.

**1.**

Patient Name *(First, Middle, Last)*
LESLIE SUSAN MARCUS

Birth Date *(mm-dd-yyyy)* | Room Number *(if applicable)*

Mayo Clinic Number

**Staff Use Only**
☐ Not to Send Records    ☐ Scan to Chart
☑ Information Released by
LAN ID                | Date *(mm-dd-yyyy)*

**2. Additional Patient Information**

Previous or Maiden Name *(if applies) (First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased.
Patient Address *(House, Street, City, State, Zip Code)*

**3. Release Purpose**
Check appropriate box or write in other purpose.
☐ Continuing care    ☒ Disability    ☐ Forms completion    ☒ Insurance    ☐ Legal    ☐ Workers' compensation
☐ Other, specify

**4. Release Information FROM**
Check one box and complete if applicable.
☒ **Mayo Clinic**
   Includes all Mayo Clinic and Mayo Clinic Health System locations
☒ **Other, specify** organization, department, or individual complete each line below
   FRANK CIBULKA
   Street  3311 N 44TH ST.
   City  PHOENIX
   State  AZ        ZIP Code  85018
   Phone  480.882.7360
   Fax

**5. Release/Send Information TO**
Check one box and complete each line for box checked.
☐ **Mayo Clinic**
   Dept.                Attn.
☐ Fax
☒ **Other,** specify organization, department, or individual (complete each line below)
   LINCOLN Financial or
   Street  BRANDY PELCHEZ
   City
   State         ZIP Code
   Phone  888 437-761 X16377
   Fax

This authorization will expire in 1 year from date of signature *unless another date is specified:* DO NOT EXPIRE.
☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☒ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

**6. Delivery of Information**
Preferred Method
☒ Written copy (may include completed forms)    ☐ Verbal only    | Date Information Sent by *(mm-dd-yyyy)*  TODAY
Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive       PLEASE release any and all info requested by
☐ Other, specify                LINCOLN Financial / Brandy
                                 Pelchez
                                 in any way they want it

**Lincoln/Marcus 3154**

Mayo Clinic Fax        3/30/2020 10:44:42 AM  PAGE  10/010   Fax Server

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

| Patient Name | LESLIE SUSAN MARCUS |
|---|---|
| Birth Date | |
| Mayo Clinic Number | |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**
Date(s) ___all___ or Visit(s) ___all___

**Document/Note(s)** (check all that apply)
- ☒ Behavioral health/Mental/Psychological notes
- ☒ Operative/Procedure notes
- ☒ Therapy notes (physical, occupational, speech)
- ☒ Emergency department/Urgent care notes
- ☒ Provider notes ___all___
- ☒ Other, specify _____

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☒ Allergy list
- ☒ Immunizations
- ☒ Medication list
- ☒ Laboratory results
- ☒ HIV lab test results
- ☒ Genetic testing
- ☐ Billing information for records checked
- ☒ Pathology reports
- ☒ EKG(s)/Cardiac Echo
- ☒ Radiology reports(s)
- ☒ Radiology image(s), specify exams/body parts

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☐ Assessment/Evaluation
- ☒ History and physical exam
- ☒ Multidisciplinary notes
- ☒ Family participation invitation
- ☒ Questionnaires
- ☒ Treatment/Discharge summary
- ☒ Treatment plans
- ☒ Other, specify ___all___

Other, specify if applicable _____

## 8. Signature and Date  The patient or legal representative must sign and date this authorization.

- The authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

Note: A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situations may require minor's authorization.

Signature (required) _____  Date (required) 03/30/2020

Printed Name of Person Signing (if not patient) (first, middle, last)
LESLIE MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required)
☐ Parent  ☐ Stepparent  ☐ Legal guardian  ☐ Foster parent  ☐ Health care power of attorney/agent  ☐ Other _____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2521 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-6902 | Fax 715-838-3638 |

**Reminder:** If sending records TO Mayo Clinic, fax records to number indicated in section 6 on page 1.
*Health Information Management Services

Page 2 of 3                                       MC0072-01

**Lincoln/Marcus 3155**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date:  March 30, 2020 | |
| To:    DR FRANK CIBULKA | |
| Attn:  Medical Records<br>**Disability** | |
| Fax:   (480) 882-5866 | |
| From:  Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3156**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 30, 2020

Dr. Frank Cibulka

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus
        Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

- Completion of the Enclosed Forms:

    X   Restrictions Form
    ___  Other

We ask that you provide this information by April 13, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1  of 2

**Lincoln/Marcus 3157**

information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   Restrictions Form
                9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2  of  2

**Lincoln/Marcus 3158**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## Restrictions Form

**Return To:**  Brandy Pelletier

| Leslie Marcus | | 9303113 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1.  **DATE FIRST TREATED** —

    **DATE LAST TREATED** —

    **NEXT OFFICE VISIT** —    **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2.  **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

    ☐  **SEDENTARY**   Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

    ☐  **LIGHT**   Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

    ☐  **MEDIUM**   Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

    ☐  **HEAVY**   Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

    ☐  **VERY HEAVY**   Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

    | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
    |---|---|---|---|

3.  **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   1)  **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**

    2)  **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4.  **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5.  **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

6.  **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7.  **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

**Lincoln/Marcus 3159**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Marcus 3160**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303              PAGE  05

 **Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (388) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _LESLIE MARCUS_

Name of legal representative, if applicable (print) _____ Relationship _SELF_

Signature of claimant or legal representative _____

Date of Birth: __    _____ Claim Number: _9303113_    Date: _10/14/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3161**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: March 30, 2020 | |
| To:  MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 | |
| Attn:  Release of Information | |
| Fax:  (480) 301-7282 | |
| From:  Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3162**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 30, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by April 13, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

**Lincoln/Marcus 3163**

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.16.2020

2  of  2

**Lincoln/Marcus 3164**

PAGE 1/3 * RCVD AT 1/16/2020 10:48:51 AM [Eastern Standard Time] * SVR:VA1PWFAX401/11 * DNIS:6033348592 * CSID:6235364987 * ANI:16235361291 * DURATION (mm-ss):01-20


**Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

January 15, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Please complete the attached authorization form needed for our medical records request.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jennifer Dimaggio
Ltd Technical Specialist
On Behalf Of: Brandy Pelletier
Phone No.: (888) 437-7611 Ext. 16377
~~Secure Fax No.: (603) 334-8592~~

Attachments:   9303113-MEDICAL-CORRESPONDENCE-01.13.2020

1  of  1

**Lincoln/Marcus 3165**

PAGE 2/3 × RCVD AT 1/16/2020 10:48:51 AM [Eastern Standard Time] × SVR:VA1PWFAX401/11 × DNIS:6023534987 × CSID:6235364987 × ANI:16235361291 × DURATION (mm-ss):01-20

## MAYO CLINIC

**Authorization to Release Protected Health Information to a Third Party**

Form content retained in medical record.
Route to HIMS Scanning.

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)* — LESLIE SUSAN MARCUS

Birth Date *(mm-dd-yyyy)* — Room Number *(if applicable)*

Mayo Clinic Number

**Staff Use Only**

☐ ROI to Send Records   ☐ Scan to Chart
☐ Information Released by LAN ID   Date *(mm-dd-yyyy)*

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)* — LESLIE SUSAN MARCUS

Patient Address *(Street, City, State, ZIP Code)*

☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.
☑ Continuing care   ☑ Disability   ☐ Forms completion   ☑ Insurance   ☑ Legal   ☐ Workers' compensation
☐ Other, specify   anything needed.

## 4. Release Information FROM

Check one box and complete if applicable.
☑ **Mayo Clinic**
   Includes all Mayo Clinic and Mayo Clinic Health System locations

☑ **Other, specify organization, department, or individual (complete each line below)**
   FRANK CIBULKA

Street   3311 N 44TH ST
City   Phoenix
State   AZ   ZIP Code   85018
Phone   480.882.7360
Fax

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☑ **Mayo Clinic**
   Dept. ___   Attn. ___
   Fax ___

☑ **Other, specify organization, department, or individual (complete each line below)**
   FRANK CIBULKA

Street   3311 N 44TH ST
City   Phoenix
State   AZ   ZIP Code   85018
Phone   480.882.7360
Fax

This authorization will expire in 1 year from date of signature *unless another date is specified:* ___

☑ By checking this box I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☑ By checking this box I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.   any needed.

## 6. Delivery of Information   any needed.

Preferred Method
☑ Written copy (may include completed forms)   ☑ Verbal only

Date Information Needed by *(mm-dd-yyyy)*

Written information will be mailed unless an alternate method is checked.
☑ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address ___
☐ Pick-up at a Mayo Clinic location, specify ___
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify ___

(ENTERPRISE: Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.)
©2016 Mayo Foundation for Medical Education and Research        Page 1 of 2        MC0072-01rev0416        HIMROI

PAGE 02/03        FEDEX OFFICE 1582        6235364987        08:51 01/16/2020

**Lincoln/Marcus 3166**

PAGE 3/3 * RCVD AT 1/16/2020 10:48:51 AM [Eastern Standard Time] * SVR:VA1PWFAX401/11 * DNIS:6033348592 * CSID:6235364987 * ANI:6235361291 * DURATION (mm-ss):01-20

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

*(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)*
LESLIE  SUSAN  MARCUS

Birth Date *(mm-dd-yyyy)*

Mayo Clinic Number

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) _____ *(mm-dd-yyyy)* or Year(s) NO LIMIT 2020 – 2030 *(yyyy)*

**Document/Note(s)** (check all that apply)
- ☒ Behavioral health/Mental/Psychological notes
- ☒ Operative/Procedure notes
- ☒ Therapy notes (physical, occupational, speech)
- ☒ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify _any needed._

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☒ Allergy list
- ☒ Immunizations
- ☒ Medication list
- ☒ Laboratory results
- ☒ HIV lab test results
- ☒ Genetic testing
- ☒ Pathology report(s)
- ☒ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☒ Radiology image(s), specify exam(s)/body part(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☒ Assessment/Evaluation
- ☐ History and physical exam
- ☒ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☒ Treatment/Discharge summary
- ☐ Treatment plans _any needed._
- ☐ Other, specify

**Other, specify if applicable** _any records requested._

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

Note: A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

Signature (required) ► *[signature]*

Date (required) *(mm-dd-yyyy)* 15 JANUARY 2020

Printed Name of Person Signing (if not patient) *(First, Middle, Last)*
LESLIE SUSAN MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required) SELF
☐ Parent  ☐ Stepparent  ☐ Legal guardian  ☐ Foster parent  ☐ Health care power of attorney/agent  ☐ Other_____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

Reminder: If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

MC90/2-01rev0419

**Lincoln/Marcus 3167**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Monday, March 30, 2020 12:57:12 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | ghqeggz377umoiz8dsku_8090661.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3168**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 30, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by April 6, 2020:

- Completion of the Enclosed Forms:

   <u>X</u>   Mayo Clinic Authorization

Please find the enclosed correspondence which was returned via the Mayo Clinic.  They have enclosed another copy of a blank Authorization to Release Information Form.  Please complete per their reqeust and return to my attention.  If you prefer to email your form, please send to:

DisabilityDocuments@lfg.com

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

1  of  2

**Lincoln/Marcus 3169**

Attachments:    9303113-MEDICAL-CORRESPONDENCE-03.30.2020

2  of  2

**Lincoln/Marcus 3170**

## MAYO CLINIC

*Fax*

---

**To:  [Now Lincoln Financial] Attn: Brandy Pelletier**          Date: **3/30/20**

Company: Liberty Mutual          Fax:   **603-334-8592**

No. of Pages (including cover sheet):  1          Phone: **888-437-7611**

Delivery Instructions:  [X]  Routine    [ ]  Urgent

Special Instructions:

---

**From: HIMS - Release of Information**          Fax:   **See below**

          Phone: **See below**

Message:

---

**You are receiving this in response to a request for medical record information.**

**Request ID:  60860573**

**If you have additional questions please contact us at the number listed below.**

**Wisconsin: (P) 715-838-6395  (F) 715-838-3058**
**Minnesota: (P) 507-668-2024  (F) 507-422-0902**
**Rochester: (P) 507-284-4594  (F) 507-284-0161**
 **Arizona: (P) 480-301-4211  (F) 480-301-9100**
 **Florida: (P) 904-953-2022  (F) 904-953-2242**

---

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3171**



## MAYO CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

March 30, 2020

Lincoln Financial
Attn: Brandy Pelletier
Po Box 7213
London, KY  40742-7213

RE:   Request for Records of: Leslie S Marcus
      Date of Birth:
      Date request received: 3/30/2020
      Release ID: 60860573

Dear Brandy Pelletier:

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

> Authorization received with request does not allow for records to be released back to Lincoln Financial Group.  Box #5 on the authorization form lists Frank Cibulka not Lincoln Financial.  Please have patient sign an updated authorization form.

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 507-594-2621, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3172**

Mayo Clinic Fax        3/30/2020 10:44:42 AM    PAGE    3/010    Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F


MAYO CLINIC

HIM ROI Authorization - Scan on 3/30/2020 10:10 AM: 465299613 [INVALID AUTH] LINCOLN FINANCIAL (below)

03/30/20  11:07:10  Lincoln Financial    →    Mayo Clinic Fax Lincoln Financial Gr Page 001


Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | March 30, 2020 |
| To: | MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 |
| Attn: | Release of Information |
| Fax: | (480) 301-7282 |
| From: | Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover): | 6 |
| RE: | Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

3/30/2020 10:39 AM CDT  User: 117048        Release ID:60860573        Care Everywhere ID: MAY-876-686D        Page 1

**Lincoln/Marcus 3173**

Mayo Clinic Fax        3/30/2020 10:44:42 AM  PAGE   4/010   Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F



03/30/20  11:07:35  Lincoln Financial    →    Mayo Clinic Fax Lincoln Financial Gr Page 002



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 30, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by April 13, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1 of 2

PAGE 4/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-15

**Lincoln/Marcus 3174**

Mayo Clinic Fax          3/30/2020 10:44:42 AM   PAGE   5/010   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F

03/30/20  11:07:56  Lincoln Financial   →   Mayo Clinic Fax Lincoln Financial Gr Page 003

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.16.2020

2  of  2

PAGE 5/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-15

**Lincoln/Marcus 3175**

Mayo Clinic Fax          3/30/2020 10:44:42 AM   PAGE   6/010   Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F



MAYO CLINIC

---

**Lincoln**
Financial Group'

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1666

January 15, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Please complete the attached authorization form needed for our medical records request.

If you have any questions regarding this matter, please contact your assigned Disability Case
Manager at the number below.

Sincerely,

Jennifer Dimaggio
Ltd Technical Specialist
On Behalf Of: Brandy Pelletier
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No: (603) 334-8592

Attachments:   9303113-MEDICAL-CORRESPONDENCE-01.13.2020

1  of 1

3/30/2020 10:39 AM CDT  User: 117048          Release ID:60860573          Care Everywhere ID: MAY-876-686D          Page 4

PAGE 6/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-15

**Lincoln/Marcus 3176**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F



## MAYO CLINIC

### Authorization to Release Protected Health Information to a Third Party

Form content retained in medical record.
Route to HIMS Scanning.

**TO BE SCANNED**

Instructions: This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes. Print clearly; each section needs to be completed to be valid.

**1.** _(complete here or place patient label here)_

Patient Name (First, Middle, Last)
LESLIE  SUSAN  MARCUS

Mayo Clinic Number

**Staff Use Only**

☐ ROI to Send Records    ☐ Scan to Chart
☐ Information Released by        Date (mm-dd-yyyy)
LAI  ID

**2. Additional Patient Information**

Previous or Maiden Name (if applies) (First, Middle, Last)
LESLIE  SUSAN  MARCUS

Daytime Phone

☐ Check this box 1 patient is deceased.

Patient Address (Street, City, State, ZIP Code)

**3. Release Purpose**

Check appropriate box or write in other purpose
☑ Continuing care   ☐ Disability   ☐ Forms completion   ☑ Insurance   ☑ Legal   ☐ Workers' compensation
☐ Other, specify   Anything needed.

**4. Release Information FROM**

Check one box and complete if applicable.
☑ Mayo Clinic
Includes all Mayo Clinic and Mayo Clinic Health System locations

☑ Other, specify organization, department, or individual (complete each line below)
FRANK  CIBULKA
Street   3311  N 44TH ST
City   Phoenix
State   AZ   ZIP Code   85018
Phone   480. 982.7360
Fax

**5. Release/Send Information TO**

Check one box and complete each line for box checked.
☑ Mayo Clinic
Dept.                Attn.
Fax

☑ Other, specify organization, department, or individual (complete each line below)
FRANK  CIBULKA
Street   3311  N 44TH ST
City   Phoenix
State   AZ   ZIP Code   85018
Phone   480.982.7360
Fax

This authorization will expire in 1 year from date of signature unless another date is specified.

☒ By checking this box I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☑ By checking this box I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.   as needed.

**6. Delivery of Information**   as needed.

Preferred Method
☑ Written copy (may include completed forms)   ☐ Verbal only

Written information will be mailed unless an alternate method is checked.
☑ Patient Portal – Mayo Clinic Patient Online Services
☑ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify

Date Information Needed By (mm-dd-yyyy)

©2019 Mayo Foundation for Medical Education and Research

Page 1 of 2          MC0072-51mm0418

**Lincoln/Marcus 3177**

Mayo Clinic Fax          3/30/2020 10:44:42 AM  PAGE  8/010    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F

**Authorization to Release
Protected Health Information
to a Third Party (continued)**

Patient Name (First, Middle, Last)
LESLIE SUSAN MARCUS

Birth Date or mm-dd-yyyy

Mayo Clinic Number

**7. Records or Reports to Be Released**

Timeframe to Be Released
Date(s) _____ or Year(s) no limit 2020 - 2030

Document/Note(s) (check all that apply)
- ☑ Behavioral Health/Mental/Psychological notes
- ☑ Operative/Procedure notes
- ☑ Therapy notes (physical, occupational, speech)
- ☑ Emergency department/Urgent care notes
- ☑ Provider notes
- ☑ Other, specify _any needed_

I understand the information to be released may include behavior and/or mental health care, and HIV test results.

Additional Records (check all that apply)
- ☑ Allergy list
- ☑ Immunizations
- ☑ Medication list
- ☑ Laboratory results
- ☑ HIV lab test results
- ☑ Genetic testing
- ☑ Pathology report(s)
- ☑ EKG(s)/Cardio/Echo
- ☑ Radiology report(s)
- ☑ Radiology image(s), specify exam(s)/body part(s)
- ☑ Billing information for records checked

Substance Abuse and Addiction Treatment Records (check all that apply)
- ☑ Assessment/Evaluation
- ☑ History and physical exam
- ☑ Multidisciplinary notes
- ☑ Family participation invitation
- ☑ Questionnaires
- ☑ Treatment/Discharge summary
- ☑ Treatment plans
- ☑ Other, specify _any needed._

Other, specify if applicable _any records requested._

**8. Signature and Date** the patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

Note: A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

Signature (required)
► _[signature]_

Date (required) (mm-dd-yyyy)
15 January 2020

Printed Name of Person Signing (if not patient) (First, Middle, Last)
LESLIE SUSAN MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required)   SELF
☐ Parent   ☐ Stepparent   ☐ Legal guardian   ☐ Foster parent   ☐ Health care power of attorney/agent   ☐ Other _____

**HIMS* Release of Information Contact Information**

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2631 | Phone 715-838-6295 |
| Fax   480-301-7252 | Fax   904-953-2242 | Fax   507-284-0161 | Fax   507-422-0902 | Fax   715-838-3058 |

Reminder: If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

Page 2 of 2                                                                MC90/7-01rev-0418

PAGE 8/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-15

**Lincoln/Marcus 3178**



## MAYO CLINIC

## *Authorization to Release Protected Health Information to a Third Party*

**TO BE SCANNED**

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* | |
|---|---|
| Birth Date *(mm-dd-yyyy)* | Room Number *(if applicable)* |
| Mayo Clinic Number | |

**Staff Use Only**

| ☐ ROI to Send Records    ☐ Scan to Chart | |
|---|---|
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

## 2. Additional Patient Information

| Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased. |
|---|---|---|
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care    ☐ Disability    ☐ Forms completion    ☐ Insurance    ☐ Legal    ☐ Workers' compensation

☐ Other, specify_____

## 4. Release Information FROM

Check one box and complete if applicable.

☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

_____

Street _____
City _____
State _____ ZIP Code_____
Phone _____
Fax _____

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept._____ Attn._____
Fax _____

☐ **Other,** specify organization, department, or individual (complete each line below)

_____

Street _____
City _____
State _____ ZIP Code_____
Phone _____
Fax _____

This authorization will expire in 1 year from date of signature *unless another date is specified:* _____

☐ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| Preferred Method | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|
| ☐ Written copy (may include completed forms)    ☐ Verbal only | |

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address _____
☐ Pick-up at a Mayo Clinic location, specify _____
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify _____

ENTERPRISE. Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.
©2019 Mayo Foundation for Medical Education and Research              Page 1 of 2              MC0072-01rev0419

**Lincoln/Marcus 3179**

## *Authorization to Release Protected Health Information to a Third Party* (continued)

*(complete fields or place patient label here)*

| |
|---|
| Patient Name *(First, Middle, Last)* |
| Birth Date *(mm-dd-yyyy)* |
| Mayo Clinic Number |

### 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s)_____  or Year(s)_____
                    *(mm-dd-yyyy)*                                              *(yyyy)*

**Document/Note(s)** (check all that apply)
- ☐ Behavioral health/Mental/Psychological notes    ☐ Emergency department/Urgent care notes
- ☐ Operative/Procedure notes    ☐ Provider notes
- ☐ Therapy notes (physical, occupational, speech)    ☐ Other, specify _____

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☐ Allergy list    ☐ Laboratory results    ☐ Pathology report(s)    ☐ Radiology image(s), specify exam(s)/body part(s)
- ☐ Immunizations    ☐ HIV lab test results    ☐ EKG(s)/Cardio/Echo
- ☐ Medication list    ☐ Genetic testing    ☐ Radiology report(s)
- ☐ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☐ Assessment/Evaluation    ☐ Family participation invitation    ☐ Treatment plans
- ☐ History and physical exam    ☐ Questionnaires    ☐ Other, specify_____
- ☐ Multidisciplinary notes    ☐ Treatment/Discharge summary

**Other,** specify if applicable _____

### 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

| Signature (required) ▶ | Date (required) *(mm-dd-yyyy)* |
|---|---|

**Printed Name** of Person Signing **(if not patient)** *(First, Middle, Last)*

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)
☐ Parent    ☐ Stepparent    ☐ Legal guardian    ☐ Foster parent    ☐ Health care power of attorney/agent    ☐ Other_____

### HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

MC0072-01rev0419

**Lincoln/Marcus 3180**

**MAYO
CLINIC**

*Fax*

---

**To: [Now Lincoln Financial] Attn: Brandy Pelletier**        Date: **3/30/20**

---

Company: Liberty Mutual        Fax:    **603-334-8592**

---

No. of Pages (including cover sheet):  1        Phone: **888-437-7611**

---

Delivery Instructions:  [X]  Routine    [ ]  Urgent

---

Special Instructions:

---

**From: HIMS - Release of Information**        Fax:    **See below**

                                              Phone: **See below**

---

Message:

**You are receiving this in response to a request for medical record information.**

**Request ID:  60860573**

**If you have additional questions please contact us at the number listed below.**

**Wisconsin: (P) 715-838-6395  (F) 715-838-3058**
**Minnesota: (P) 507-668-2024  (F) 507-422-0902**
**Rochester: (P) 507-284-4594  (F) 507-284-0161**
**   Arizona: (P) 480-301-4211  (F) 480-301-9100**
**    Florida: (P) 904-953-2022  (F) 904-953-2242**

---

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2).
The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly
permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2.
A general authorization for the release of medical or other information in NOT sufficient for this purpose.
The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3181**

Mayo Clinic Fax        3/30/2020 10:44:42 AM  PAGE    2/010  Fax Server



**MAYO CLINIC**

Mayo Clinic
200 First Street SW
Rochester, MN 55905

March 30, 2020

Lincoln Financial
Attn: Brandy Pelletier
Po Box 7213
London, KY  40742-7213

RE:    Request for Records of: Leslie S Marcus
       Date of Birth:
       Date request received: 3/30/2020
       Release ID: 60860573

Dear Brandy Pelletier:

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

Authorization received with request does not allow for records to be released back to Lincoln Financial Group.  Box #5 on the authorization form lists Frank Cibulka not Lincoln Financial.  Please have patient sign an updated authorization form.

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 507-594-2621, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3182**

Mayo Clinic Fax          3/30/2020 10:44:42 AM   PAGE   3/010   Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F


## MAYO CLINIC

HIM ROI Authorization - Scan on 3/30/2020 10:10 AM: 465299613 [INVALID AUTH] LINCOLN FINANCIAL (below)

03/30/20  11:07:18  Lincoln Financial    →    Mayo Clinic Fax Lincoln Financial Gr Page 001



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | March 30, 2020 |
| To: | MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 |
| Attn: | Release of Information |
| Fax: | (480) 301-7282 |
| From: | Brandy Pelletier<br>LTD Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover): | 6 |
| RE:<br><br>Claim #:   9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

---

**Lincoln/Marcus 3183**

Mayo Clinic Fax        3/30/2020 10:44:42 AM  PAGE   4/010   Fax Server

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F


**MAYO CLINIC**

03/30/20  11:87:35  Lincoln Financial    ->    Mayo Clinic Fax Lincoln Financial Gr Page 882


**Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

March 30, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

•   Office treatment notes, test results, prescription histories, and treatment plans from February 1, 2020 through the present

We ask that you provide this information by April 13, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

3/30/2020 10:39 AM CDT  User: 117048          Release ID:60860573          Care Everywhere ID: MAY-876-686D          Page 2

**Lincoln/Marcus 3184**

Mayo Clinic Fax          3/30/2020 10:44:42 AM    PAGE    5/010    Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F

03/30/28  11:87:56  Lincoln Financial    →    Mayo Clinic Fax Lincoln Financial Gr Page 883

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
LTD Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.16.2020

2  of  2

3/30/2020 10:39 AM CDT  User: 117048          Release ID:60860573          Care Everywhere ID: MAY-876-686D          Page 3

PAGE 5/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-15
**Lincoln/Marcus 3185**

Mayo Clinic Fax          3/30/2020 10:44:42 AM   PAGE   6/010   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F

MAYO
CLINIC

---


**Lincoln**
Financial Group,

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

January 15, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Please complete the attached authorization form needed for our medical records request.

If you have any questions regarding this matter, please contact your assigned Disability Case
Manager at the number below.

Sincerely,

Jennifer Dimaggio
Ltd Technical Specialist
On Behalf Of: Brandy Pelletier
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  9303113-MEDICAL-CORRESPONDENCE-01.13.2020

1 of 1

---

3/30/2020 10:39 AM CDT  User: 117048          Release ID:60860573          Care Everywhere ID: MAY-876-686D          Page 4

**Lincoln/Marcus 3186**

Marcus, Leslie S
MRN: 12-300-675, DOB:           . Sex: F



## MAYO CLINIC

### Authorization to Release Protected Health Information to a Third Party

Form content retained in medical record.
Route to HIMS Scanning.

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** (complete fields or place patient label here)

| | |
|---|---|
| Patient Name (First, Middle, Last) | LESLIE SUSAN MARCUS |
| Birth Date (mm-dd-yyyy) | Room Number (if applicable) |
| Mayo Clinic Number | |

**Staff Use Only**

☐ ROI to Send Records    ☐ Scan to Chart
☐ Information Released by     Date (mm-dd-yyyy)
   LAN ID

### 2. Additional Patient Information

| Previous or Maiden Name (if applies) (First, Middle, Last) | Daytime Phone | |
|---|---|---|
| LESLIE SUSAN MARCUS | | ☐ Check this box if patient is deceased. |
| Patient Address: Street, City, State, ZIP Code | | |

### 3. Release Purpose

Check appropriate box or write in other purpose.
☑ Continuing care  ☑ Disability  ☐ Forms completion  ☑ Insurance  ☑ Legal  ☐ Workers' compensation
☑ Other, specify  Anything needed.

### 4. Release Information FROM

Check one box and complete if applicable.
☑ Mayo Clinic
   Includes all Mayo Clinic and Mayo Clinic Health System locations

☑ Other, specify organization, department, or individual (complete each line below)

FRANK CIBULKA
Street  3311 N 44TH ST
City  Phoenix
State  AZ   ZIP Code  85018
Phone  480.882.7360
Fax  /

### 5. Release/Send Information TO

Check one box and complete each line for box checked.
☐ Mayo Clinic
   Dept. _____  Attn. _____
   Fax _____

☑ Other, specify organization, department, or individual (complete each line below)

FRANK CIBULKA
Street  3311 N 44TH ST
City  Phoenix
State  AZ   ZIP Code  85018
Phone  480.882.7360
Fax _____

This authorization will expire in 1 year from date of signature unless another date is specified: _____

☑ By checking this box I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☑ By checking this box I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.     any needed.

### 6. Delivery of Information

**Preferred Method**
☑ Written copy (may include completed forms)  ☑ Verbal only

Date Information Needed by (mm-dd-yyyy)

Written information will be mailed unless an alternate method is checked.
☑ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address _____
☐ Pick-up at a Mayo Clinic location, specify _____
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify _____

(HIPAA: Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.)
©2018 Mayo Foundation for Medical Education and Research    Page 1 of 2    MC0072-01rev0418    19MR0

**Lincoln/Marcus 3187**

Mayo Clinic Fax        3/30/2020 10:44:42 AM   PAGE   8/010   Fax Server



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F

## MAYO CLINIC

PAGE 3/3 · RCVD AT 1/16/2020 10:15:51 AM [Eastern Standard Time] · SVR:VA1PWFAX101/11 · DNIS:6033338802 · CSID:6235035492 · ANI:6235035492 · DURATION (mm-ss):01-30

### *Authorization to Release Protected Health Information to a Third Party* (continued)

| Patient Name (First, Middle, Last) |
|---|
| LESLIE SUSAN MARCUS |
| Birth Date or mm-dd-yyyy |
| Mayo Clinic Number |

#### 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) _____ (mm-dd-yyyy)    or Year(s) __no limit 2020 – 2030__ (yyyy)

**Document/Note(s)** (check all that apply)
- ☑ Behavioral Health/Mental/Psychological notes
- ☑ Operative/Procedure notes
- ☑ Therapy notes (physical, occupational, speech)
- ☑ Emergency department/Urgent care notes
- ☑ Provider notes
- ☑ Other, specify __any needed.__

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☑ Allergy list
- ☑ Immunizations
- ☑ Medication list
- ☑ Laboratory results
- ☑ HIV lab test results
- ☑ Genetic testing
- ☑ Pathology report(s)
- ☑ EKG(s)/Cardio/Echo
- ☑ Radiology report(s)
- ☑ Radiology image(s), specify exam(s)/body part(s)
- ☑ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☑ Assessment/Evaluation
- ☑ History and physical exam
- ☑ Multidisciplinary notes
- ☑ Family participation invitation
- ☑ Questionnaires
- ☑ Treatment/Discharge summary
- ☑ Treatment plans
- ☑ Other, specify __any needed.__

Other, specify if applicable __any records requested.__

#### 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

Signature (required)
► ~~[signature]~~

Date (required) (mm-dd-yyyy)
15 January 2020

Printed Name of Person Signing (if not patient) (First, Middle, Last)
LESLIE SUSAN MARCUS

Relationship (if Not Patient) (legal documentation of the right of access by the signing individual may be required) __SELF.__
☐ Parent  ☐ Stepparent  ☐ Legal guardian  ☐ Foster parent  ☐ Health care power of attorney/agent  ☐ Other _____

#### HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax  480-301-7282 | Fax  904-953-2242 | Fax  507-284-0161 | Fax  507-422-0902 | Fax  715-838-3058 |

Reminder: If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

Page 2 of 2                                    MC00/1-01rev0418

03/30/28  11:08:58  Lincoln Financial    →    Mayo Clinic Fax Lincoln Financial Gr Page 006

PAGE 8/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-15

**Lincoln/Marcus 3188**

Mayo Clinic Fax        3/30/2020 10:44:42 AM  PAGE  9/010  Fax Server





## *Authorization to Release Protected Health Information to a Third Party*

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.**  *(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* | |
|---|---|
| Birth Date *(mm-dd-yyyy)* | Room Number *(if applicable)* |
| Mayo Clinic Number | |

**Staff Use Only**

| ☐ ROI to Send Records    ☐ Scan to Chart | |
|---|---|
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

## 2. Additional Patient Information

| Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased. |
|---|---|---|
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care    ☐ Disability    ☐ Forms completion    ☐ Insurance    ☐ Legal    ☐ Workers' compensation
☐ Other, specify _____

## 4. Release Information FROM

Check one box and complete if applicable.

☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other,** specify organization, department, or individual (complete each line below)

_____

Street _____
City _____
State _____ ZIP Code_____
Phone _____
Fax _____

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept._____ Attn. _____
Fax _____

☐ **Other,** specify organization, department, or individual (complete each line below)

_____

Street _____
City _____
State _____ ZIP Code _____
Phone _____
Fax _____

This authorization will expire in 1 year from date of signature *unless another date is specified:* _____

☐ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| Preferred Method | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|
| ☐ Written copy (may include completed forms)    ☐ Verbal only | |

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address _____
☐ Pick-up at a Mayo Clinic location, specify _____
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify _____

ENTERPRISE: Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.
©2019 Mayo Foundation for Medical Education and Research          Page 1 of 2          MC0072-01rev0419

**Lincoln/Marcus 3189**

## *Authorization to Release Protected Health Information to a Third Party* (continued)

*(complete fields or place patient label here)*

| | |
|---|---|
| Patient Name *(First, Middle, Last)* | |
| Birth Date *(mm-dd-yyyy)* | |
| Mayo Clinic Number | |

### 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s)_____ or Year(s)_____
              *(mm-dd-yyyy)*                                                             *(yyyy)*

**Document/Note(s)** (check all that apply)
- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☐ Provider notes
- ☐ Other, specify _____

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Billing information for records checked
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify_____

**Other,** specify if applicable _____

### 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

| **Signature** (required) | **Date** (required) *(mm-dd-yyyy)* |
|---|---|
| ▶ | |

**Printed Name** of Person Signing **(if not patient)** *(First, Middle, Last)*

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)
☐ Parent   ☐ Stepparent   ☐ Legal guardian   ☐ Foster parent   ☐ Health care power of attorney/agent   ☐ Other_____

### HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.

*Health Information Management Services

MC0072-01rev0419

**Lincoln/Marcus 3190**



Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11    Page: 1

## SUBJECTIVE

Referral Source:

Ms. Marcus was referred to the Integrative Medicine and Health program by Martin, Kari A, M.D. to discuss resources for multiple health issues

1. Profound fatigue

Patient is a 48-year-old woman formally worked as the regional manager for military housing. She was in charge of over 600 people. She was in a motor vehicle accident December 19, 2017. She injured her lower back and received epidural injections and SI joint injections. Following 1 of the SI joint injection she developed atrial fibrillation which led to attempts at cardioversion and ultimately ablation. Following the episode of atrial fibrillation she developed profound fatigue, post exertional malaise, brain fog, widespread musculoskeletal pain, breathlessness, dizziness, episodes of syncope which eventually led to her being fired. She received long-term disability. She is extremely frustrated in that no one has been able to find a unifying diagnosis for her illness. Autonomic reflex testing showed a autonomic neuropathy but the apparently was normal however she was taking a beta-blocker that day. She has significant GI symptoms with bloating, constipation and is in the progress of being evaluated for gastroparesis.

2. Depression

She has sleep disturbance, appetite disturbance, concentration difficulties, diminished sex drive, poor energy and varying sense of hopelessness. She is on Effexor which she does not feel helped her depression of feeling very much. She had pharmacogenomic testing but has yet to see the pharmacist about which medications would be more helpful to her.

3. Sleep disorder

She uses cannabis, mirtazapine, clonazepam and generally sleeps through the night but never feels rested. Despite these medications her boyfriend says that she has nightmares frequently while sleeping.

4. PTSD

She has frequent panic attacks. Her childhood was very stressful. Her parents divorced when she was age 3 and she lived with her mother. She has loss of memory of most of her childhood. She knows that she was abused sexually and physically. She is completely estranged from her mother. Her siblings also have significant health issues.

5. Breathless

She feels she cannot get a deeper satisfying breath. She has had pulmonary emboli. PFTs show mild reactive airways but do not explain why she should feel short of breath chronically. Echocardiogram was normal

6. Hypercoagulable state?

She has had DVT in upper and lower extremities as well as pulmonary emboli. She does not have a recognizable hypercoagulable state. She is on Eliquis permanently.

7. Central sensitization

She has hyper sensitivity to light, sound, ordors, increased startle, inability to block out annoying sounds as well as widespread musculoskeletal pain, GI symptoms and sensitivity to medications.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

## OBJECTIVE

Constitutional

Appearance: Normal appearance. She is normal weight.

Pulmonary

Comments: Hyperventilation for 4 breaths reproduced dizziness and lightheadedness

Musculoskeletal

Comments: Hypermobility, Beighton score 3

Trigger points in the trapezius, paraspinal cervical muscles, lateral scapula posterior superior iliac spine, greater trochanters, pes anserine bursa

Neurological

General: No focal deficit present.

Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.

**Lincoln/Marcus 3191**

MAYO
CLINIC

Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11                                                                                                           Page: 2
Psychiatric
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.


**ASSESSMENT / PLAN**
**#1 Myalgic encephalomyelitis/chronic fatigue syndrome**
She has hyper mobile joints which is a predisposing risk factor. She she also meets criteria for systemic exertional intolerance disease, chronic fatigue syndrome and fibromyalgia. WPI score 5, SSS score 12 she best meets criteria for me/cfs which en compasses is the symptoms of the other diagnoses. The cause is unknown but often times comes on after some other medical event such as accident, illness, vaccinations, infections etcetera. There are no specific tests for it so the diagnosis is of exclusion. It is associated with POTS, gastroparesis, small fiber neuropathy, chronic fatigue syndrome, fibromyalgia, mast cell activation disorder. Treatment is nonspecific but directed at basic elements of health which are exercise nutrition and stress reduction. I sent her resources concerning the diagnosis.
Low-dose naltrexone decreases cytokine production in the CNS in an me/cfs which may help fatigue and pain. I gave her prescription for 0.5 mg for a compounding pharmacy. She may titrate up to a dose that is helpful to her but should not exceed 4.5 mg per day. If she finds a particular dose such as 3 mg is helpful, as the future refills could be for that size capsule. If helpful, hopefully, her primary care physician will continue the prescription
**#2 Autonomic neuropathy**
Autonomic reflex screen so showed pre ganglionic abnormalities. The tilt table was negative however she took a beta-blocker that day which likely interfered with the results. Her symptoms are very consistent with POTS. She also has symptoms consistent with gastroparesis. The gastric emptying study is pending however. Autonomic neuropathy is commonly seen with me/cfs.
She is on metoprolol because of a history of AFib and atrial flutter. She has undergone ablation but metoprolol has been continued. Metoprolol is helpful for POTS however she experiences lightheadedness likely from low blood pressure. She may do better on ivabradine which will control heart rate but not lower blood pressure.
**#3 Breathing dysregulation**
She has 2 forms. She has hyperventilation which is associated with her anxiety/panic disorder. Explained hyperventilation in detail, how to recognize the symptoms and control them through controlled breathing, paper bag breathing etcetera.
She has sighing dyspnea which is an uncomfortable sensation of being unable to get a deeper satisfying breath. I taught her a simple exercise that usually controls the symptoms within a few minutes.
I ordered a capneic test since she likely has an abnormal response to CO2.
**#4 Central sensitization**
She has amplification of all of her senses as well as intolerance of medicines, GI symptoms, musculoskeletal pain. I sent her a YouTube video link to a talk by Dr Sletten at MCJ. I am referring her for a PRC evaluation. Her pain is less than it has been in the past however she is taking Effexor which likely is decreasing the sensation of pain. The other aspects of the program may be helpful for her fatigue and stress management. Childhood psychological trauma is a predisposing factor to development of central sensitization.
**#5 PTSD**
PHQ-9 score 24/27, GAD-7 score 18/21. She apparently had a horrific childhood and has repressed memory. Cognitive behavior therapy may be helpful to adapt her thinking. The goal is to not recover memories however. I gave her a list of cognitive therapists in the West Valley.
**#6 Exercise**
I reviewed the patient's usual daily pattern of exercise and movement. She has severe post exertional malaise meaning minor exertion will cause fatigue that will last for days. The goal is to push her limits a bit each day but not so much that she has a setback the following day. We discussed the importance of energy management using the analogy of $10.25. We discussed the evidence for multiple health benefits from exercise and movement throughout the day with the goal of 30 minutes/d on average of

**Lincoln/Marcus 3192**

MAYO CLINIC

Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11                                                                                    Page: 3

some type of aerobic activity such as walking, swimming, bike, etc. because of POTS she would likely tolerate water exercise better because of the lack of the effective gravity. She has found this to be true. She could also consider a recumbent stationary bicycle. We discussed strategies she could use to incorporate exercise on a regular basis.

## #7 Nutrition

She gained 30 lb since the onset of this illness despite eating very little. We discussed the effect of stress on weight gain. It may have a relationship to I cortisol levels. I encouraged her to begin a food diary to figure out exactly how many calories she is taking in a day. I did not have time to discuss the Mediterranean diet in detail and the recommendations will vary depending on the results of the gastric emptying study. Dietary supplements were reviewed including: Adaptogens

## #8 Stress Management and Mind Body Practices

The patient rates her average stress at 10 on a 0 - 10 point scale. This stress is related mostly to physical health. Mind-body therapies decrease the effect of stress-associated sympathetic nervous system on health and include activities such as prayer, meditation, yoga, tai qi, breathing exercises, biofeedback and exercise. We discussed strategies for incorporating mind-body practices on a daily basis, and the value of using a calendar approach to make sure there is dedicated time each day to pursue these mind-body practices. I provided a DVD introduction to Tai Qi.

We discussed mindfulness activities such as observation and paced breathing. I demonstrated a breathing exercise found at XHALR.COM, settings inhale 4 seconds, hold 1 second, exhale 4 seconds, hold 2 seconds. Some find exhaling 6 seconds more helpful. The most important part of the exercise is to exhale completely but not take a full or deep breath when inhaling. I recommended she does the exercise 15 minutes/d for 2 weeks and, if helpful, to continue at least daily.

The personality traits developed when young are how we cope with life. Ms. Marcus said her childhood was extremely stressful. As an adult, she has tendencies toward people-pleasing, perfectionism and a strong sense of responsibility. These traits come from a variety of childhood experiences and, while valued in our society, may be exhausting to live by and a source of frustration for individuals with the traits who become disabled. We discussed the importance of setting boundaries, the ability to say "no", and save her energy for the most important activities. Cognitive Behavioral Therapy may be helpful and is a technique taught by a psychologist to change how we think when the old way of thinking isn't working any more. It is also helpful for PTSD symptoms and is the preferred treatment for insomnia due to rumination.

## #9 Sleep

I reviewed Ms. Marcus usual sleep pattern. She rates her sleep quality as non restorative and averages a hours of sleep at night. She is on several medications that all our to sleep but she does not feel rested. She likely has a REM sleep disorder because despite taking clonazepam she still has nightmares which she acts out. The medications are likely causing some of her daytime fatigue. Cannabis may be contributing to chronic nausea. I suggested she begin tapering cannabis and hopefully the mind fullness activities I taught her today will be helpful. We discussed resource options for sleep: relaxation therapies, supplements.

## #10 Integrative Medicine

Ms. Marcus was referred to the Integrative Medicine program to discuss an Integrative Medicine program. Integrative medicine focuses on the basic practices of health which are exercise, nutrition and stress reduction.

Physical health refers to conventional western medicine which is based on testing and measurement. Not all health problems are explained by conventional testing.

Emotional health refers to the effect of stress on health through the sympathetic nervous system and can be managed with mind-body practices such as prayer, meditation, yoga, Tai Qi, breathing, biofeedback and exercise.

Mental health reflects the effect of neurotransmitters in the brain and manifests through the target symptoms of depression which are sleep disturbance, difficulty concentrating, poor energy, changes in appetite, diminished sex drive and affects hope. Ms. Marcus has symptoms of depression despite medication. She is not actively suicidal but she has passive death thoughts..

Spiritual health is what gives life meaning. Good health is dependent on having a robust sense of meaning but these activities may become unavailable because of health and other life changes. Resilience is the ability to find new activities when the old are no longer possible or available. Ms. Marcus is struggling to find meaning, purpose and joy.

Community is the background for our lives. We need to have a supportive system. Ms. Marcus mentions have support from family We talked about making sure to make time for those relationships which are important to them.

Wellness comes through an integration of these area in conjunction with an exercise and nutrition plan.

## #11 Other Integrative Therapies

**Lincoln/Marcus 3193**


MAYO CLINIC

Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11                                                                                     Page: 4

I discussed other integrative resources available including massage, acupuncture, etc.

### #12 Hyper mobile joints

She was quite flexible when younger. She did not develop stretch marks while pregnant she has a history of easy bruisability. It is associated with premature osteoarthritis which is now limiting her range of motion. She likely meets criteria for Ehler Danlos type 3. Hypermobility is associated with widespread musculoskeletal pain, premature osteoarthritis and fatiguing conditions such as me/cfs. We discussed the importance of not over stretching.

I would be happy to see Ms. Marcus again in about 2-3 months. She may contact my secretary or use the patient portal for questions. Patient verbalized understanding of plan and recommendations.

Total visit time greater than 110 minutes, with over 50% spent counseling with the patient and coordination of care activities described above.

This document was prepared with voice recognition software technology; while reviewed prior to signature, it may contain unintended voice recognition errors that were not dictated and/or seen in editing.

**Answers for HPI/ROS submitted by the patient on 1/12/2020**

Fatigue: Yes
Weight gain of more than 10 pounds: Yes
Night sweats: Yes
No eye issues: Yes
Persistent hoarse voice: Yes
Rapid or fluttering heart beats: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Shortness of breath: Yes
Dry cough: Yes
Heartburn: Yes
Nausea: Yes
Vomiting: Yes
Constipation: Yes
Joint swelling: Yes
No skin issues: Yes
Light-headedness: Yes
Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Slurred speech: Yes
Loss of balance or tendency to fall easily: Yes
Change in sexual drive (decreased libido): Yes
Little interest or pleasure in doing things: Yes
Feeling down, depressed, or hopeless: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes
Bruises/bleeds easily: Yes
No urinary/reproductive issues: Yes

**Lincoln/Marcus 3194**

**From:**Leslie Marcus <
**Sent:**Mon, 30 Mar 2020 10:26:13 -0700
**To:**DisabilityDocuments
**Subject:**Attn: Brandy Pelliter
**Attachments:**release.pdf


<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

medical release

--
**Leslie Marcus**

**Lincoln/Marcus 3195**

Mayo Clinic Fax      3/30/2020 10:44:42 AM  PAGE    9/010   Fax Server

**MAYO CLINIC** *Authorization to Release Protected Health Information to a Third Party*

Form content retained in medical record.
**Route to HIMS Scanning.**

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)* LESLIE SUSAN MARCUS

Birth Date *mm-dd-yyyy* | Room Number *if applicable*

Mayo Clinic Number

**Staff Use Only**

☐ ROI to Send Records   ☐ Scan to Chart

☐ Information Released by LAN ID   | Date *mm-dd-yyyy*

**2. Additional Patient Information**

Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased.

Patient Address *(Street, City, State, ZIP Code)*

**3. Release Purpose**

Check appropriate box or write in other purpose.

☐ Continuing care   ☒ Disability   ☐ Forms completion   ☒ Insurance   ☐ Legal   ☐ Workers' compensation
☐ Other, specify

**4. Release Information FROM**

Check one box and complete if applicable.

☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☒ **Other, specify** organization, department, or individual (complete each line below)

FRANK CIBULKA

Street 3311 N. 44TH ST.
City PHOENIX
State AZ   ZIP Code 85018
Phone 480.882.7360.
Fax

**5. Release/Send Information TO**

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept. _____ Attn. _____
Fax

☒ **Other, specify** organization, department, or individual (complete each line below)

LINCOLN Financial OR BRANDY PELLETIER

Street
City
State
Phone 888.437.7611 X 16377
Fax

This authorization will expire in 1 year from date of signature *unless another date is specified:* DO NOT EXPIRE.

☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☒ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

**6. Delivery of Information**

Preferred Method
☒ Written copy (may include completed forms)   ☐ Verbal only

Date Information Needed by *mm-dd-yyyy*  ASAP

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify

PLEASE release any and all info REQUESTED by LINCOLN financial / Brandy Pelletier in any way they want it

MC0072-07 (060419

Page 1 of 2

PAGE 9/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-15

**Lincoln/Marcus 3196**

Mayo Clinic Fax        3/30/2020 10:44:42 AM   PAGE   10/010    Fax Server

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

(complete fields or place patient label here)

Patient Name (First, Middle, Last)
LESLIE SUSAN MARCUS

Birth Date (mm-)

Mayo Clinic Number

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) _all_ (mm-dd-yyyy)    or Year(s) _all_ (yyyy)

**Document/Note(s)** (check all that apply)

- ☒ Behavioral health/Mental/Psychological notes
- ☒ Operative/Procedure notes
- ☒ Therapy notes (physical, occupational, speech)
- ☒ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify _all_

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)

- ☒ Allergy list
- ☒ Immunizations
- ☒ Medication list
- ☒ Billing information for records checked
- ☒ Laboratory results
- ☒ HIV lab test results
- ☒ Genetic testing
- ☒ Pathology report(s)
- ☒ EKG(s)/Cardio/Echo
- ☒ Radiology report(s)
- ☒ Radiology image(s), specify exam(s)/body part(s)

**Substance Abuse and Addiction Treatment Records** (check all that apply)

- ☒ Assessment/Evaluation
- ☒ History and physical exam
- ☒ Multidisciplinary notes
- ☒ Family participation invitation
- ☒ Questionnaires
- ☒ Treatment/Discharge summary
- ☒ Treatment plans
- ☒ Other, specify _all_

Other, specify if applicable _____

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

Note: A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

Signature (required) ▶ _[signature]_        Date (required) (mm-dd-yyyy) 03/30/2020

Printed Name of Person Signing (if not patient) (First, Middle, Last)
LESLIE MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required)   Self.

☐ Parent   ☐ Stepparent   ☐ Legal guardian   ☐ Foster parent   ☐ Health care power of attorney/agent   ☐ Other _____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

Reminder: If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

Page 2 of 2                    MC0072-01rev0419

PAGE 10/10 * RCVD AT 3/30/2020 11:44:41 AM [Eastern Daylight Time] * SVR:VAIPWFAX301/12 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):04-1

**Lincoln/Marcus 3197**



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (888) 437-7611 x16377
Fax No.: (603) 334-8592

**Social Security Assistance Program Vendor  Referral**

Vendor: Doherty and Associates

Claim #: 9303113    Employer Name: BALFOUR BEATTY INVESTMENTS

Claimant Name: LESLIE  MARCUS    Claimant SSN:

Claimant Address:    Claimant DOB:

Claimant DOD: 5/3/2019

Claimant Tel. #:

City:    Marital Status: U

State:

Diagnosis: Pulmonary embolism

Spouse DOB:    Funding:    FI: YES    ASO: NO

Number of Children < 19:    SS Offset:    Primary: NO    Family: NO

Level Of Last SS Denial: Recon    Claim Status: AP

Date of Last Denial:

Documentation Submitted:

Job Description: YES    Voc/Rehab Review: NO

TE&E: YES    Copies of SS decisions: NO

Medical Evidence (hospital records, narratives, IME's, test results, etc.): YES

Document Locations
☑ Document List
☐ Correspondence
☐ Paper File

Instructions/Comments for Vendor:

Please review to help claimant with reconsideration level of SSDB.  Per clmt, she applied online for her own for initial application and was denied.

Services Requested By:    Brandy Pelletier    Date:    Friday, March 27, 2020

**Lincoln/Marcus 3198**

Marcus, Leslie S    Scan on 1/13/2020 by User: 16873 of lincoln financial group record request 01.13.20

81/86/28  15:31:13  Lincoln Financial    ->        Fax Server Lincoln Financial Gr Page 882



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-72:3
Phone No  (888) 437-76:.
Secure Fax No  (603) 334-8592

January 6, 2020

✓ Dr. Frank Cibulka
        ✓
RE:   Long Term Disability (LTD) Benefits
      Balfour Beatty Investments
      Claim #: 9303113
      Claimant: Leslie Marcus
      Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work,
when appropriate, we are requesting the following information:

 •   Office treatment notes, test results, prescription histories, and treatment plans from
      November 1, 2019 through the present
  •   Are you restricting this patient from work? _____ If yes, what is the expected return
      to work date ? _____

We ask that you provide this information by January 20, 2020. Failure to provide the requested
information may result in an adverse benefit or claim determination. The information can be faxed
to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and
amount due

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we
have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of
information to our company. This authorization specifically allows you to release medical
information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

1 of 2



**Lincoln/Marcus 3199**

Marcus, Leslie S      Scan on 1/13/2020 by User: 16873 of lincoln financial group record request 01.13.20

01/06/20  15:31:34  Lincoln Financial    ->          Fax Server Lincoln Financial Gr Page 003

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019
              9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2 of 2

Lincoln/Marcus 3200

Printed on 1/27/2020 09:00 AM

Marcus, Leslie S    Scan on 1/13/2020 by User: 16873 of lincoln financial group record request 01.13.20

01/06/20   15:38:56   Lincoln Financial    ->        Fax Server Lincoln Financial Gr Page 001



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No. (888) 437-76..
Secure Fax No. (603) 334-8592

| | |
|---|---|
| Date: | January 6, 2020 |
| To: | DR FRANK CIBULKA |
| Attn: | Release of Information **Disability Claim** |
| Fax: | (480) 882-5866 |
| From: | Brandy Pelletier Ltd Technical Specialist Phone No.: Phone No.: (888) 437-7611 Secure Fax No.: (603) 334-8592 |
| Total Pages (Including Cover): | 5 |
| RE: | |
| | Claim #:   9303113 Claimant:   Leslie Marcus Balfour Beatty Investments |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir de 1.° de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax and any attachments thereto is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 437-76.. and permanently shred the original and any copy of any fax and any printed thereof.

Lincoln/Marcus 3201

Printed on 1/27/2020 09:00 AM

Marcus, Leslie S      Scan on 1/13/2020 by User: 16873 of lincoln financial group record request 01.13.20

---

01/86/28   15:31:41  Lincoln Financial    ->        Fox Server Lincoln Financial Gr Page 884

### MAYO CLINIC — Authorization to Disclose Protected Health Information BY Mayo Clinic

Patient Name  LESLIE  MARCUS

Address _

Mayo Clinic Medical Record Number . . . . . . . . . . . . . .        Daytime Telephone Number

I hereby authorize Mayo Clinic Arizona ( Mayo Clinic") to disclose the following Protected Health information pertaining to the above-referenced patient to  Brandy Peucher

Name of Person or Entity  Lincoln Financial / Liberty Life

Address ___      . . .  PO Box 7213

City State Zip Code ___  London KY  40742

- [x] Mail OR Pick-up at
- [ ] Clinic X Shea Blvd
- [ ] Hospital (City Shea Blvd
- [ ] Date/Time

Purpose for release of information  [x] Personal  [ ] Continuing Patient Care  [x] Other  INSURANCE

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports) ___

all records.
anything requested.

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include
- For hospital records  History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed       [ ] Yes

**Note: For Radiology Imaging and Mammogram films please call 480-801-8035 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS") human immunodeficiency virus ("HIV") behavioral and/or mental health care, alcohol and/or drug abuse treatment, and genetic testing, if any such records exist

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization I must do so in writing and present my written revocation to Mayo Clinic Attention Health Information Management Services 13400 East Shea Boulevard Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization

I understand that if the information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information

I understand that this authorization will expire one (1) year from the date of signing unless specified below

Desired Expiration Date  none. this is open.

Signature                          Date  04/23/01

LESLIE MARCUS                      SELF
Print Name                         Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

Office Use Only

MES for... ct het's

---

**Lincoln/Marcus 3202**

Printed on 1/27/2020 09:00 AM

Marcus, Leslie S        Scan on 1/13/2020 by User: 16873 of lincoln financial group record request 01.13.20

01/06/20  15:32:11  Lincoln Financial  ->        Fax Server Lincoln Financial Gr Page 885

10/15/2019  12:22    402--894-1986        FEDEX OFFICE    3303        PAGE  05



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742 7213
Phone No.: (855) 437-7611
Secure Fax No.: (603) 316 8792

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information: Any physician, medical practitioner, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, government agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company is the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents.

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing any claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be collected and in accordance with the Company's standard execution policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    LESLIE MARCUS

Name of legal representative, if applicable (print) .................................    Relationship  SELF ..........

Signature of claimant or legal representative

Date of Birth ..    ........... Claim Number  9303 ...    Date .....  10/14/19 ...

A copy of this authorization will be considered as valid as the original.

rg. 1 Authorization-Standard-2018

...... ...................................    .. ... ........ ...............  ............



**Lincoln/Marcus 3203**

 HonorHealth Medical Group Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:          Sex: F
Visit date: 1/27/2020

## Progress Notes

### Progress Notes by Frank E Cibulka, MD at 01/27/20 0845

Author  Frank E Cibulka, MD          Service: —          Author Type.  Physician
Filed: 01/27/20 1752          Encounter Date:  1/27/2020          Status:  Signed
Editor.  Frank E Cibulka, MD (Physician)

Allergies as of 01/27/2020 · Review Complete 01/27/2020

| Allergen | Reaction | Noted |
|---|---|---|
| · Adhesive | Rash | 05/04/2019 |
| · Corticosteroids | Palpitations | 10/25/2018 |
| · Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 1/27/20 encounter
(Office Visit) with Frank E Cibulka, MD.

## Subjective:

Patient ID: Leslie S Marcus is a 48 y.o. female.

**Chief Complaint**
Patient presents with

· Fatigue

*pt is here to follow up on this- Mayo recently diagnosed with Lyme disease but then told her it was a false positive- she would like to discuss*

Pt is here after  continued  Work up at the mayo clinic
I did review notes  She is currently having neuro workup as she had  positive  ELISA  Test  will await  Full testing
She is fatigued  Wt minimal ability to  perform ADL's
She feels  Terrible  And hr life  Is  A shell of  What it had  Been

## Fatigue

This is a chronic problem. The current episode started more than 1 year ago. The problem occurs daily. The problem has been gradually worsening. Associated symptoms include arthralgias and fatigue. Exacerbated by: actlity. She has tried walking, sleep, rest, relaxation, position changes, oral narcotics, NSAIDs, ice, heat, eating, acetaminophen and drinking for the symptoms. The treatment provided no relief.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| · Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| · Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| · Unspecified asthma(493.90) | |
| · Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |

Generated by 70247 at 2/6/20 11:42 AM



**Lincoln/Marcus 3204**

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:          , Sex: F
3311 N 44th Street #101     Visit date: 1/27/2020
PHOENIX AZ 85018-6461
Progress Notes

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)

| | |
|---|---|
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |
| • Tingling in extremities | PARESTHESIA |

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue.
HENT: Negative.
Respiratory: Positive for shortness of breath.
Musculoskeletal: Positive for arthralgias.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Lincoln/Marcus 3205**



| | |
|---|---|
| HonorHealth Medical Group Arcadia 3311 N 44th Street #101 PHOENIX AZ 85018-6461 Progress Notes | Marcus, Leslie S MRN: 3220726, DOB:     Sex: F Visit date: 1/27/2020 |

**Progress Notes (continued)**

**Progress Notes by Frank E Cibulka, MD at 01/27/20 0846 (continued)**

**Objective:**

BP 108/78 | Pulse 69 | Temp 97.6 °F (36.4 °C) (Tympanic) | Resp 15 | Ht 5' 5" (1.651 m) | Wt 146 lb 6.4 oz (66.4 kg) | SpO2 96% | Breastfeeding No | BMI 24.36 kg/m²

Physical Exam

Constitutional: She appears well-developed and well-nourished. She appears listless. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Neurological: She appears listless.
Psychiatric: Her speech is normal. Judgment normal. Her mood appears anxious. She is slowed. Cognition and memory are normal. She exhibits a depressed mood.

**Assessment & Plan**

Leslie was seen today for fatigue.

Diagnoses and all orders for this visit:

**Adjustment disorder with depressed mood**

**Iron deficiency anemia, unspecified iron deficiency anemia type**

**Paroxysmal atrial fibrillation**

**Anxiety as acute reaction to exceptional stress**

**Chronic fatigue**

**Insomnia due to medical condition**

**Tingling in extremities**

**Other orders**
- azithromycin (ZITHROMAX) 250 mg tablet: Take 1 tablet (250 mg total) by mouth daily for 10 days.



**Lincoln/Marcus 3206**



| | HonorHealth Medical Group | Marcus, Leslie S |
|---|---|---|
| | Arcadia | MRN: 3220726, DOB: , Sex: F |
| | 3311 N 44th Street #101 | Visit date: 1/27/2020 |
| | PHOENIX AZ 85018-6461 | |
| | Progress Notes | |

**Progress Notes (continued)**

**Progress Notes by Frank E Cibulka, MD at 01/27/20 0845 (continued)**

**Patient Instructions**
Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
50+ min

We discussed her Visit And reviewed the notes Form her visits To the Mayo
She Has A positive Elisa test With negative HIV And The Lyme looks negative.
She is still having Fatigue Lack of stamina
her Mood Is still very depressed
She is on meds
 Her Heart is Finally unde control with meds
 She feels terrible An her ADL's are compromised.

This is a very unfortunate Female Who had A MVA Turn her world upside down
 we will try Azithromycin 250 mg Once a day for 10 days
 we are Doing this As she felt Better When she took A Zpak
 we will see if this helps
 I have also signed A medical marijuana Slip

We will send in her disability form As We Will have A Date of 4 months For Possible RTW.

At this time She is unable To perform PT or OT At least until hr Workup Is complete

Return in about 4 weeks (around 2/24/2020).

Electronically signed by Frank E Cibulka, MD on 01/27/20 1752



**Lincoln/Marcus 3207**



HonorHealth Medical Group    Marcus, Leslie S
Arcadia                       MRN: 3220726, DOB:     Sex: F
3311 N 44th Street #101      Visit date: 1/27/2020
PHOENIX AZ 85018-6461
Progress Notes

## END OF REPORT

**Lincoln/Marcus 3208**

# ⊙ sharecare

| | |
|---|---|
| Invoice Number: | 479357 |
| Date: | 2/11/2020 |
| Tax ID: | 90-0998358 |

Bill To:

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO Box 7213
London, KY 40742-7213

Send Medical Records To:

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON
PO Box 7213
London, KY 40742-7213

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| LESLIE MARCUS | 9303113 | Medical | 10 |

**Provider:**

Scottsdale Healthcare Hospitals dba HonorHealth -Scottsdale Shea Medical Center 9003 E Shea Blvd
Scottsdale, AZ 85260-6709

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Processing | 1 | $54.54 | $54.54 |
| | | Sub-Total: | $54.54 |
| | | Delivery Fee: | $0.46 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $55.00 |

Pay Online at https://payonline.hds.sharecare.com/

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

Please remit payment to:

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(858) 244-1811
(858) 430-4962 Fax

| | |
|---|---|
| Account Number: | B-0ZQ-TV-DOL |
| Patient Name: | LESLIE MARCUS |
| Invoice Number: | 479357 |
| Payment Terms: | Net 30 |
| Balance Due: | $55.00 |



**Lincoln/Marcus 3209**

# ⊘ sharecare

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO Box 7213
London   KY   40742-7213

479357
Feb 06 2020 6:47 PM
LESLIE MARCUS

AZ610
Feb 11 2020 12:15 AM

**CONFIDENTIAL - MEDICAL RECORDS**                    S

11

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.



**Lincoln/Marcus 3210**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date:  February 10, 2020 | |
| To:  DR FRANK CIBULKA | |
| Attn:  Dr. Cibulka<br>3rd Request | |
| Fax:  (480) 882-5866 | |
| From:  Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    9 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3211**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

February 10, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to Leslie Marcus's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Cibulka / Medical Records. This is the third request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by February 17, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-REQUEST-PROVIDER-01.27.2020

1  of 1

**Lincoln/Marcus 3212**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | January 27, 2020 |
| To: | DR FRANK CIBULKA |
| Attn: | Medical Records |
| Fax: | (480) 882-5866 |
| From: | Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover): | 7 |
| RE:<br><br>Claim #:     9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3213**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 27, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are
writing in reference to Leslie Marcus's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Cibulka's office.  This is
the second request for this information.  Further delay may result in an adverse claim determination.
Please submit the requested information by February 3, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:    9303113-REQUEST-PROVIDER-01.06.2020

1  of  1

**Lincoln/Marcus 3214**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: January 6, 2020 | |
| To:    DR FRANK CIBULKA | |
| Attn:   Release of Information<br>       **Disability Claim** | |
| Fax:    (480) 882-5866 | |
| From: Brandy Pelletier<br>      Ltd Technical Specialist<br>      Phone No.: Phone No.: (888) 437-7611<br>      Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3215**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 6, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2019 through the present
- Are you restricting this patient from work? _____ If yes, what is the expected return to work date ? _____

We ask that you provide this information by January 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

1  of 2

**Lincoln/Marcus 3216**

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019
                9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2  of 2

**Lincoln/Marcus 3217**

7N273190109

## MAYO CLINIC ℞ *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name ___LESLIE MARCUS___ Date of Birth ___

Address __

Mayo Clinic Medical Record Number _____ Daytime Telephone Number _____

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to: **Brandy Peycher**

Name of Person or Entity ___Lincoln Financial / Liberty Life___

☒ Mail OR
☒ Pick-up at

Address ___PO BOX 7213___

☐ Clinic (E. Shea Blvd)
☐ Hospital (56 ⁴/Mayo Blvd)

City, State, Zip Code ___London KY  ~~qℓ~~  40742___

☐ Date/Time ____

Purpose for release of information: ☒ Personal   ☐ Continuing Patient Care   ☒ Other ___Insurance___

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports) _____
___all records - anything requested.___

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to: Mayo Clinic Attention: Health Information Management Services  13400 East Shea Boulevard  Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization

I understand that if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless* specified below.

Desired Expiration Date ___none - this is open.___

Signature ___[signature]___    Date ___09/23/M___

Print Name ___LESLIE MARCUS___    Relationship to Patient (if not patient) ___SELF___

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

| Office Use Only |
|---|

MCS7692rev082912

**Lincoln/Marcus 3218**

10/15/2019  12:22    480--894-1986         FEDEX OFFICE    2303            PAGE  05

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___LESLIE MARCUS___

Name of legal representative, if applicable (print) _____  Relationship __SELF__

Signature of claimant or legal representative _____

Date of Birth: _____    Claim Number: __9303115__    Date: __10/14/19__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3219**

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA  70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 328843 |
|---|---|
| DATE | 01/31/20 |

**CUSTOMER**

Brandy Pelletier
Lincoln Financial Group
100 Liberty Way
Dover, NH 03821

Re: Leslie Marcus
Vs. Balfour Beatty Investments
Litchfield Park, AZ 85340

| TERMS:<br>Due Upon Receipt | CUSTOMER NO.<br>A026057 | JOB NO.<br>2001001849 | P.O. No. / Claim No.<br>9303113 | | |
|---|---|---|---|---|---|
| **Description** | **Quantity** | **Unit of Measure** | **Price** | **Amount** | |
| 01/30/20<br>Surveillance Hours - Operative 02623 | 8.00 | | | 512.00 | |
| 01/31/20<br>Surveillance Hours - Operative 02623 | 8.00 | | | 512.00 | |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

INVESTIGATION SERVICES

| | |
|---|---|
| Sub-Total | 1,024.00 |
| Sales Tax | |
| TOTAL | $1,024.00 |

**PAGE    1   OF    1**

**Lincoln/Marcus 3220**



P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

February 3, 2020

**LINCOLN FINANCIAL GROUP**
100 LIBERTY WAY
DOVER, NEW HAMPSHIRE 3821

Adjuster:        Brandy Pelletier
Insured:         Balfour Beatty Investments
Claim Number:    9303113

# Leslie Marcus

Date of Loss:      April 13, 2019
Injury:            Pulmonary embolism
Authorization:     24 Hours
Status:            Final
Received:          January 28, 2020
Investigator:      Joseph Trayer
HUB Case:          2001001849
HUB Contact:       Heather Ross

### Confidentiality Notice

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

## where risk meets resolution

**HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.**
Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**Lincoln/Marcus 3221**

Marcus, Leslie
February 3, 2020
Page 2 of 7



## NATURE OF ASSIGNMENT:

On January 28, 2020, HUB Enterprises received an assignment requesting 24 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 49-year-old female approximately 5'5" in height and weighing approximately 140 pounds, and was believed to reside at

The claimant is alleging a pulmonary embolism injury, as of April 13, 2019.

## PRE SURVEILLANCE INVESTIGATION:

Pre-surveillance:  Leslie Marcus

Pre-Investigation:

- Claimant's provided address:
- Phone(s)/registrant(s) at provided:  Clay Cornwell;                    Leslie Kellett;

- Claimant's  most  current  listed  address  via  database:

- Phone(s)/registrant(s)  at  most  current:   Clay Cornwell; (               Leslie  Kellett;

- Property Ownership:
- Possible businesses: N/A
- Aerial map: https://goo.gl/maps/XnCWcRdkgEpNVNFi6

Possible Social Media:

- Facebook: https://www.facebook.com/leslie.m.kellett
- Myspace:  N/A
    LinkedIn: https://www.linkedin.com/in/leslie-marcus-38ab70a1/
- Twitter: N/A
- Instagram: https://www.instagram.com/lesliemarcus99/
- Other:  https://www.pinterest.com/lesliekellett/

**where risk meets resolution**

**Lincoln/Marcus 3222**

Marcus, Leslie
February 3, 2020
Page 3 of 7



- https://www.etsy.com/people/jpgcbmsb
- https://www.etsy.com/shop/Bettysbeads0828

The following email addresses were listed for the claimant:

lcarless@centurylink.net

lkellett@rochester.rr.com

lesliekellett@zwallet.com

lkellett@cox.net

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Thursday, January 30, 2020 from 6:00 a.m. until 2:00 p.m. and Friday, January 31, 2030 from 6:00 a.m. until 2:00 p.m. On Thursday, January 30, 2020 a high school aged male departed the residence in a silver Volkswagen that was present at the residence. At 12:52 p.m. a blue sedan arrived at the residence and parked inside the garage. The investigator was unable to identify the driver. On Friday, January 31, 2020 the claimant was not observed. At this time surveillance is complete.

**Investigative efforts were conducted on Thursday, January 30, 2020, and Friday, January 31, 2020.**

## VIDEO:

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

### Thursday, January 30, 2020

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

*where risk meets resolution*

**Lincoln/Marcus 3223**

Marcus, Leslie
February 3, 2020
Page 4 of 7



**Friday, January 31, 2020**

- No claimant video was obtained during this phase of the investigation.

- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**REPORT OF INVESTIGATION:**

**DESCRIPTION OF CLAIMANT**

The claimant can be described as a 49-year-old female approximately 5'5" in height and weighing approximately 140 pounds.

**DESCRIPTION OF THE RESIDENCE**

The residence can be described as a single story stucco and brick structure with and attached two-car garage

**DIRECTIONS TO THE RESIDENCE**

https://goo.gl/maps/ckfgCP3nUGNZq17w8

**Thursday, January 30, 2020**

Rain-70F

06:00AM    Investigator Joseph Trayer arrived in the area of the provided address of                          and observed the residence to be located within a gated community. Both the entrance and exit gates were open and no signs were posted against trespass. The Investigator entered the community and located the residence. The residence can be described as a single story stucco and brick structure with an attached two-car garage. The number             was mounted at eye level on a column between the front door and the garage door. A silver Volkswagen, bearing Arizona license number             , registered to Clay Alan Cornwall, was parked curbside. Direct surveillance was established. Area video was obtained.

07:00AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

where risk meets resolution

**Lincoln/Marcus 3224**

Marcus, Leslie
February 3, 2020
Page 5 of 7



07:57AM  A high school aged male departed in the silver Volkswagen. Area video was obtained.

08:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM  Indirect surveillance was established. Area video was obtained.

10:47AM  The Investigator conducted a sport check of the residence and observed a tan GMC truck, bearing Arizona license number CLE6972, was parked curbside near the residence.

11:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:28PM  Emergency vehicles arrived and parked in front of the claimant's residence; however, they were there to attend to a neighbor. Area video was obtained.

12:52PM  A blue sedan arrived at the residence and parked inside the garage. The Investigator was unable to identify the driver. Area video was obtained.

01:00PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM  Area video was obtained. Investigator Joseph Trayer discontinued surveillance and departed the area.

## Friday, January 31, 2020

06:00AM  Investigator Joseph Trayer arrived at the provided address and observed the silver Volkswagen was parked at the curb. Direct surveillance was established. Area video was obtained.

07:00AM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

where risk meets resolution

**Lincoln/Marcus 3225**

Marcus, Leslie
February 3, 2020
Page 6 of 7



08:00AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:00AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:01AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:00AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:01PM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM    Area video was obtained. Investigator Joseph Trayer discontinued surveillance and departed the area.

where risk meets resolution

**Lincoln/Marcus 3226**

Marcus, Leslie
February 3, 2020
Page 7 of 7



**<u>COMMENTS:</u>**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross

Client Relations

Heather Kestler

Case Manager

HR/HK: hk

Enclosures: **None**

where risk meets resolution

**Lincoln/Marcus 3227**

MAYO CLINIC

Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11                                                                                    Page: 1

## SUBJECTIVE

Referral Source:

Ms. Marcus was referred to the Integrative Medicine and Health program by Martin, Kari A, M.D. to discuss resources for multiple health issues

1. Profound fatigue

Patient is a 48-year-old woman formally worked as the regional manager for military housing. She was in charge of over 600 people. She was in a motor vehicle accident December 19, 2017. She injured her lower back and received epidural injections and SI joint injections. Following 1 of the SI joint injection she developed atrial fibrillation which led to attempts at cardioversion and ultimately ablation. Following the episode of atrial fibrillation she developed profound fatigue, post exertional malaise, brain fog, widespread musculoskeletal pain, breathlessness, dizziness, episodes of syncope which eventually led to her being fired. She received long-term disability. She is extremely frustrated in that no one has been able to find a unifying diagnosis for her illness. Autonomic reflex testing showed a autonomic neuropathy but the apparently was normal however she was taking a beta-blocker that day. She has significant GI symptoms with bloating, constipation and is in the progress of being evaluated for gastroparesis.

2. Depression

She has sleep disturbance, appetite disturbance, concentration difficulties, diminished sex drive, poor energy and varying sense of hopelessness. She is on Effexor which she does not feel helped her depression of feeling very much. She had pharmacogenomic testing but has yet to see the pharmacist about which medications would be more helpful to her.

3. Sleep disorder

She uses cannabis, mirtazapine, clonazepam and generally sleeps through the night but never feels rested. Despite these medications her boyfriend says that she has nightmares frequently while sleeping.

4. PTSD

She has frequent panic attacks. Her childhood was very stressful. Her parents divorced when she was age 3 and she lived with her mother. She has loss of memory of most of her childhood. She knows that she was abused sexually and physically. She is completely estranged from her mother. Her siblings also have significant health issues.

5. Breathless

She feels she cannot get a deeper satisfying breath. She has had pulmonary emboli. PFTs show mild reactive airways but do not explain why she should feel short of breath chronically. Echocardiogram was normal

6. Hypercoagulable state?

She has had DVT in upper and lower extremities as well as pulmonary emboli. She does not have a recognizable hypercoagulable state. She is on Eliquis permanently.

7. Central sensitization

She has hyper sensitivity to light, sound, ordors, increased startle, inability to block out annoying sounds as well as widespread musculoskeletal pain, GI symptoms and sensitivity to medications.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

## OBJECTIVE

Constitutional

Appearance: Normal appearance. She is normal weight.

Pulmonary

Comments: Hyperventilation for 4 breaths reproduced dizziness and lightheadedness

Musculoskeletal

Comments: Hypermobility, Beighton score 3

Trigger points in the trapezius, paraspinal cervical muscles, lateral scapula posterior superior iliac spine, greater trochanters, pes anserine bursa

Neurological

General: No focal deficit present.

Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.

**Lincoln/Marcus 3228**

MAYO
CLINIC

Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11

Page: 2

Psychiatric
Mood and Affect: Mood normal.
Behavior: Behavior normal.
Thought Content: Thought content normal.
Judgment: Judgment normal.


**ASSESSMENT / PLAN**

**#1 Myalgic encephalomyelitis/chronic fatigue syndrome**

She has hyper mobile joints which is a predisposing risk factor. She she also meets criteria for systemic exertional intolerance disease, chronic fatigue syndrome and fibromyalgia. WPI score 5, SSS score 12 she best meets criteria for me/cfs which en compasses is the symptoms of the other diagnoses. The cause is unknown but often times comes on after some other medical event such as accident, illness, vaccinations, infections etcetera. There are no specific tests for it so the diagnosis is of exclusion. It is associated with POTS, gastroparesis, small fiber neuropathy, chronic fatigue syndrome, fibromyalgia, mast cell activation disorder. Treatment is nonspecific but directed at basic elements of health which are exercise nutrition and stress reduction. I sent her resources concerning the diagnosis.

Low-dose naltrexone decreases cytokine production in the CNS in an me/cfs which may help fatigue and pain. I gave her prescription for 0.5 mg for a compounding pharmacy. She may titrate up to a dose that is helpful to her but should not exceed 4.5 mg per day. If she finds a particular dose such as 3 mg is helpful, as the future refills could be for that size capsule. If helpful, hopefully, her primary care physician will continue the prescription

**#2 Autonomic neuropathy**

Autonomic reflex screen so showed pre ganglionic abnormalities. The tilt table was negative however she took a beta-blocker that day which likely interfered with the results. Her symptoms are very consistent with POTS. She also has symptoms consistent with gastroparesis. The gastric emptying study is pending however. Autonomic neuropathy is commonly seen with me/cfs.

She is on metoprolol because of a history of AFib and atrial flutter. She has undergone ablation but metoprolol has been continued. Metoprolol is helpful for POTS however she experiences lightheadedness likely from low blood pressure. She may do better on ivabradine which will control heart rate but not lower blood pressure.

**#3 Breathing dysregulation**

She has 2 forms. She has hyperventilation which is associated with her anxiety/panic disorder. Explained hyperventilation in detail, how to recognize the symptoms and control them through controlled breathing, paper bag breathing etcetera.

She has sighing dyspnea which is an uncomfortable sensation of being unable to get a deeper satisfying breath. I taught her a simple exercise that usually controls the symptoms within a few minutes.

I ordered a capneic test since she likely has an abnormal response to CO2.

**#4 Central sensitization**

She has amplification of all of her senses as well as intolerance of medicines, GI symptoms, musculoskeletal pain. I sent her a YouTube video link to a talk by Dr Sletten at MCJ. I am referring her for a PRC evaluation. Her pain is less than it has been in the past however she is taking Effexor which likely is decreasing the sensation of pain. The other aspects of the program may be helpful for her fatigue and stress management. Childhood psychological trauma is a predisposing factor to development of central sensitization.

**#5 PTSD**

PHQ-9 score 24/27, GAD-7 score 18/21. She apparently had a horrific childhood and has repressed memory. Cognitive behavior therapy may be helpful to adapt her thinking. The goal is to not recover memories however. I gave her a list of cognitive therapists in the West Valley.

**#6 Exercise**

I reviewed the patient's usual daily pattern of exercise and movement. She has severe post exertional malaise meaning minor exertion will cause fatigue that will last for days. The goal is to push her limits a bit each day but not so much that she has a setback the following day. We discussed the importance of energy management using the analogy of $10.25. We discussed the evidence for multiple health benefits from exercise and movement throughout the day with the goal of 30 minutes/d on average of

**Lincoln/Marcus 3229**



Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11                                                                                    Page: 3

some type of aerobic activity such as walking, swimming, bike, etc. because of POTS she would likely tolerate water exercise better because of the lack of the effective gravity. She has found this to be true. She could also consider a recumbent stationary bicycle. We discussed strategies she could use to incorporate exercise on a regular basis.

#### #7 Nutrition

She gained 30 lb since the onset of this illness despite eating very little. We discussed the effect of stress on weight gain. It may have a relationship to I cortisol levels. I encouraged her to begin a food diary to figure out exactly how many calories she is taking in a day. I did not have time to discuss the Mediterranean diet in detail and the recommendations will vary depending on the results of the gastric emptying study. Dietary supplements were reviewed including: Adaptogens

#### #8 Stress Management and Mind Body Practices

The patient rates her average stress at 10 on a 0 - 10 point scale. This stress is related mostly to physical health. Mind-body therapies decrease the effect of stress-associated sympathetic nervous system on health and include activities such as prayer, meditation, yoga, tai qi, breathing exercises, biofeedback and exercise. We discussed strategies for incorporating mind-body practices on a daily basis, and the value of using a calendar approach to make sure there is dedicated time each day to pursue these mind-body practices. I provided a DVD introduction to Tai Qi.

We discussed mindfulness activities such as observation and paced breathing. I demonstrated a breathing exercise found at XHALR.COM, settings inhale 4 seconds, hold 1 second, exhale 4 seconds, hold 2 seconds. Some find exhaling 6 seconds more helpful. The most important part of the exercise is to exhale completely but not take a full or deep breath when inhaling. I recommended she does the exercise 15 minutes/d for 2 weeks and, if helpful, to continue at least daily.

The personality traits developed when young are how we cope with life. Ms. Marcus said her childhood was extremely stressful. As an adult, she has tendencies toward people-pleasing, perfectionism and a strong sense of responsibility. These traits come from a variety of childhood experiences and, while valued in our society, may be exhausting to live by and a source of frustration for individuals with the traits who become disabled. We discussed the importance of setting boundaries, the ability to say "no", and save her energy for the most important activities. Cognitive Behavioral Therapy may be helpful and is a technique taught by a psychologist to change how we think when the old way of thinking isn't working any more. It is also helpful for PTSD symptoms and is the preferred treatment for insomnia due to rumination.

#### #9 Sleep

I reviewed Ms. Marcus usual sleep pattern. She rates her sleep quality as non restorative and averages a hours of sleep at night. She is on several medications that all our to sleep but she does not feel rested. She likely has a REM sleep disorder because despite taking clonazepam she still has nightmares which she acts out. The medications are likely causing some of her daytime fatigue. Cannabis may be contributing to chronic nausea. I suggested she begin tapering cannabis and hopefully the mind fullness activities I taught her today will be helpful. We discussed resource options for sleep: relaxation therapies, supplements.

#### #10 Integrative Medicine

Ms. Marcus was referred to the Integrative Medicine program to discuss an Integrative Medicine program. Integrative medicine focuses on the basic practices of health which are exercise, nutrition and stress reduction.

Physical health refers to conventional western medicine which is based on testing and measurement. Not all health problems are explained by conventional testing.

Emotional health refers to the effect of stress on health through the sympathetic nervous system and can be managed with mind-body practices such as prayer, meditation, yoga, Tai Qi, breathing, biofeedback and exercise.

Mental health reflects the effect of neurotransmitters in the brain and manifests through the target symptoms of depression which are sleep disturbance, difficulty concentrating, poor energy, changes in appetite, diminished sex drive and affects hope. Ms. Marcus has symptoms of depression despite medication. She is not actively suicidal but she has passive death thoughts..

Spiritual health is what gives life meaning. Good health is dependent on having a robust sense of meaning but these activities may become unavailable because of health and other life changes. Resilience is the ability to find new activities when the old are no longer possible or available. Ms. Marcus is struggling to find meaning, purpose and joy.

Community is the background for our lives. We need to have a supportive system. Ms. Marcus mentions have support from family We talked about making sure to make time for those relationships which are important to them.

Wellness comes through an integration of these area in conjunction with an exercise and nutrition plan.

#### #11 Other Integrative Therapies

**Lincoln/Marcus 3230**



Patient Copy

**Name:** Leslie S. Marcus
**DOB:**
**MCN:** 12-300-675

Generated on: 30-Jan-2020 23:11                                                                                                Page: 4

I discussed other integrative resources available including massage, acupuncture, etc.

**#12 Hyper mobile joints**

She was quite flexible when younger. She did not develop stretch marks while pregnant she has a history of easy bruisability. It is associated with premature osteoarthritis which is now limiting her range of motion. She likely meets criteria for Ehler Danlos type 3. Hypermobility is associated with widespread musculoskeletal pain, premature osteoarthritis and fatiguing conditions such as me/cfs. We discussed the importance of not over stretching.

I would be happy to see Ms. Marcus again in about 2-3 months. She may contact my secretary or use the patient portal for questions. Patient verbalized understanding of plan and recommendations.

Total visit time greater than 110 minutes, with over 50% spent counseling with the patient and coordination of care activities described above.

This document was prepared with voice recognition software technology; while reviewed prior to signature, it may contain unintended voice recognition errors that were not dictated and/or seen in editing.

**Answers for HPI/ROS submitted by the patient on 1/12/2020**

Fatigue: Yes
Weight gain of more than 10 pounds: Yes
Night sweats: Yes
No eye issues: Yes
Persistent hoarse voice: Yes
Rapid or fluttering heart beats: Yes
Swelling in the legs or feet: Yes
Shortness of breath when lying flat: Yes
Shortness of breath: Yes
Dry cough: Yes
Heartburn: Yes
Nausea: Yes
Vomiting: Yes
Constipation: Yes
Joint swelling: Yes
No skin issues: Yes
Light-headedness: Yes
Numbness or shooting pain in hands, arms, legs or feet: Yes
Weakness in arms and/or legs: Yes
Slurred speech: Yes
Loss of balance or tendency to fall easily: Yes
Change in sexual drive (decreased libido): Yes
Little interest or pleasure in doing things: Yes
Feeling down, depressed, or hopeless: Yes
Feeling nervous, anxious or on edge: Yes
Not being able to stop or control worrying: Yes
Enlarged lymph nodes: Yes
Bruises/bleeds easily: Yes
No urinary/reproductive issues: Yes

**Lincoln/Marcus 3231**

**From:**Leslie Marcus <
**Sent:**Fri, 31 Jan 2020 08:09:12 -0700
**To:**DisabilityDocuments
**Subject:**Leslie Marcus Claim 9303113
**Attachments:**diagnosis.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Brandy-
Attached are the final notes from Mayo with several diagnosis'. Please let me know if you kneed further information.

--
**Leslie Marcus**

**Lincoln/Marcus 3232**

# Lincoln Financial Group Investigation Referral

Requested By:    Brandy Pelletier
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16377

**Return Report to: VendorReferrals@lfg.com**

| Customer Name: | BALFOUR BEATTY INVESTMENTS | | Date Sent: | 1/28/2020 |
| --- | --- | --- | --- | --- |

Funding type:    FI: **YES**    ASO: **NO**    Coverage Type:    STD: **NO**    LTD: **YES**

| | | | |
| --- | --- | --- | --- |
| Claimant Name: | LESLIE    MARCUS | Claim #: | 9303113 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| | | Claimant Tel. #: | |
| City: | | | |
| State: | | Date of Hire: | 9/14/2015 |
| Zip: | | Date of Disability: | 4/13/2019 |
| Gender: | FEMALE | Injury/Illness: | Pulmonary embolism |
| Marital Status: | U | Job Description: | |
| No. of Dependents: | 0 | | |
| Claimant's Physical Description: | 48 YOF - physical desc. Unk | | |

Describe Reason For Referral:

DCM would like to varify clmt's day to day activity level.

Instructions For Vendor:        Vendor Chosen:    HUB ENTERPRISES

Please complete 2 consecutive days of surveillance. If active, please continue a 3rd consecutive day. Thank you

**Lincoln/Marcus 3233**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: January 27, 2020 | |
| To: DR FRANK CIBULKA | |
| Attn: Medical Records | |
| Fax: (480) 882-5866 | |
| From: Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover): 7 | |
| RE:<br><br>Claim #: 9303113<br>Claimant: Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3234**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 27, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus
        Claimant D.O.B.:

Dear Dr. Frank Cibulka:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are
writing in reference to Leslie Marcus's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Cibulka's office.  This is
the second request for this information.  Further delay may result in an adverse claim determination.
Please submit the requested information by February 3, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-REQUEST-PROVIDER-01.06.2020

1  of  1

**Lincoln/Marcus 3235**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: January 6, 2020 | |
| To:    DR FRANK CIBULKA | |
| Attn:   Release of Information<br>**Disability Claim** | |
| Fax:    (480) 882-5866 | |
| From: Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3236**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 6, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2019 through the present
- Are you restricting this patient from work? _____ If yes, what is the expected return to work date ? _____

We ask that you provide this information by January 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Marcus 3237**

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:    9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019
9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2  of 2

**Lincoln/Marcus 3238**

7N273190109

 **MAYO CLINIC** *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name  **LESLIE MARCUS**

Date of Birth

Address

Mayo Clinic Medical Record Number .......................................... . .... Daytime Telephone Number .

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health information pertaining to the above-referenced patient to. **Brandy Peycher**

Name of Person or Entity **Lincoln Financial / Liberty Life**

Address **PO BOX 7213**

City, State, Zip Code **london KY  40742**

☒ Mail  OR
☒ Pick-up at
☐ Clinic (E. Shea Blvd)
☐ Hospital (56"/Mayo Blvd)
☐ Date/Time  . ...........

Purpose for release of information:  ☒ Personal  ☐ Continuing Patient Care  ☒ Other **Insurance**

Information being requested. please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports). _____

**all Records -
anything requested.**

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical  Discharge Summary. Operative/Procedure Reports. Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:   ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS") human immunodeficiency virus ("HIV"), behavioral and/or mental health care. alcohol and/or drug abuse treatment and genetic testing. if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to. Mayo Clinic. Attention: Health Information Management Services  13400 East Shea Boulevard  Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization

I understand that if this information is disclosed to a third party. the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless* specified below.

Desired Expiration Date **none. this is open.**

Signature

Date **0923 M**

**LESLIE MARCUS**
Print Name

**SELF**
Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

|  |
|---|
| **Office Use Only** |

MCS7602revC82912

**Lincoln/Marcus 3239**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303            PAGE  05

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _LESLIE MARCUS_

Name of legal representative, if applicable (print) _____  Relationship  _SELF_

Signature of claimant or legal representative _____

Date of Birth: __ _____  Claim Number: _9303113_  Date: _10/14/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Marcus 3240**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Monday, January 27, 2020 9:12:24 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | gzoyq23xcg2k8clumnl9_7767118.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3241**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 27, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are
writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of
additional information.

On January 7, 2020 and January 27, 2020, we requested updated medical records from the Mayo
Clinic and Dr. Cibulka. This information is necessary to complete our ongoing claims investigation.
Please provide us with the following information to assist us with our review of your eligibility for
benefits:

•   Office treatment notes, test results, operative reports, prescription histories, and treatment
    plans from November 1, 2019 through the present from the Mayo Clinic and Dr. Cibulka.
    We also requested updates regarding the return to work plan.

If there are any other attending physicians or specialists, including physical therapy providers, that
we are unaware of, please have them forward all medical records pertinent to your disability within
the timeframe stated above.

Balfour Beatty Investments's LTD Policy requires that, in order to receive ongoing benefits, you
provide proof of disability within a required timeframe.  Your cooperation in providing the
requested information is essential to our claim investigation.

If we do not receive all of the requested information by March 26, 2020, 60 days from the date of
this request, your benefits will be suspended. If we do not receive all of this requested information
by April 10, 2020, 15 days from the date of suspension, your claim will be closed.

1  of  2

**Lincoln/Marcus 3242**

We ask that you provide us with this information no later than April 10, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

**Lincoln/Marcus 3243**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Monday, January 27, 2020 11:53:52 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | h0deakyiultxfjh2783u_7769183.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3244**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 27, 2020

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

It was a pleasure speaking with you today regarding your claim for Long Term Disability benefits. As requested, below is the secure email address you may use for submitting claim documentation:

disabilitydocuments@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

1  of  1

**Lincoln/Marcus 3245**



## *Fax Transmission*

**Date:** 1/27/20

**To:** LINCOLN FINANCIAL GROUP

**Phone Number:** 866-213-2937
**Fax Number:** 603-334-8592

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

No records from the dos requested
12/1/19 to present

---

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 3246**

Fax Server                1/27/2020 9:51:28 AM   PAGE   2/002    Fax Server



1/27/20


LINCOLN FINANCIAL GROUP
P.O. Box 7213
London, KY  40742

RE:    Request to inspect, copy or obtain copy of health records
       Records of: Leslie S Marcus
       MRN: 3220726
       Date of Birth:
       Date request received: 1/27/2020


Dear LINCOLN FINANCIAL GROUP,

We regret to inform you that we are unable to process your request as the patient did not
receive HonorHealth services on the service date(s) requested.

No records from the date of service requested.
11/1/19 to present

Should you have any questions, you may contact us at 623-879-5578, Monday through
Friday, 8:00 a.m. until 4:30 p.m., Arizona Time, or write to the address below attention
Medical Records.

Sincerely,


Release of Information Department

Lincoln/Marcus 3247

# FAX – CONFIDENTIAL



**To:** **lincoln financial group**

Company:

Fax: 603-334-8592

Phone:

**From:** **HonorHealth Medical Group Arcadia**

Fax: 480-882-5866

Phone: 482-882-7360

E-mail:

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission:**
**Number of pages including this cover sheet: 8**

**Lincoln/Marcus 3248**

Marcus, Leslie S (MR # 3220726)
Media Information

Scan on 1/27/2020 1414 by Marisela Cardona, MA: lincoln financial group faxed form 01.27.20

Image is displayed on its own page.

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 1/27/20  2:17 PM                Page 1 of 7

**Lincoln/Marcus 3249**

Marcus, Leslie S (MR # 3220726)

01/06/20  15:31:13  Lincoln Financial      →        Fax Server Lincoln Financial Gr Page 002

 **Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 6, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2019 through the present
- Are you restricting this patient from work? YES If yes, what is the expected return to work date ? 5/25/2020

We ask that you provide this information by January 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

1  of 2

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 1/27/20  2:17 PM          Page 2 of 7

**Lincoln/Marcus 3250**

Marcus, Leslie S (MR # 3220726)

01/06/20  15:31:34  Lincoln Financial     ->           Fax Server Lincoln Financial Gr Page 003

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019
               9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2 of 2

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 1/27/20  2:17 PM          Page 3 of 7

**Lincoln/Marcus 3251**

Marcus, Leslie S (MR # 3220726)

01/06/20  15:31:41  Lincoln Financial      →      Fax Server Lincoln Financial Gr Page 004

## MAYO CLINIC — Authorization to Disclose Protected Health Information BY Mayo Clinic

Number (above) and Name

Patient Name __LESLIE MARCUS__                              Date of Birth __

Address

Mayo Clinic Medical Record Number ____                    Daytime Telephone Number __700.704.4864__

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to: __Brandy Peucher__

Name of Person or Entity __Lincoln Financial / Liberty Life__          ☒ Mail OY
Address __PO Box 7213__                                                ☒ Pick-up at
City, State, Zip Code __London KY  of 40742__                          ☐ Clinic (E Shea Blvd)
                                                                       ☐ Hospital (567 Mayo Blvd)
                                                                       ☐ Date/Time

Purpose for release of information:  ☒ Personal  ☐ Continuing Patient Care  ☒ Other __Insurance__

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports). ____
__all records -__
__anything requested.__

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records  History and Physical  Discharge Summary, Operative/Procedure Reports. Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:     ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment  and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to. Mayo Clinic, Attention: Health Information Management Services 13400 East Shea Boulevard  Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that  if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing unless specified below.

Desired Expiration Date __none - this is open.__

Signature (signed)                           Date __00/23/01__

Print Name __LESLIE MARCUS__                 Relationship to Patient (if not patient) __SELF__

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

**Office Use Only**

MC5765rev082912

Lincoln/Marcus 3252

Marcus, Leslie S (MR # 3220726)

01/06/20  15:32:11  Lincoln Financial    ->        Fax Server Lincoln Financial Gr Page 005

10/15/2019  12:22    480--894-1986        FEDEX OFFICE     2303        PAGE  05



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____LESLIE MARCUS____

Name of legal representative, if applicable (print) _____  Relationship ___SELF___

Signature of claimant or legal representative _____

Date of Birth _____    Claim Number: 9303113    Date: ___10/14/19___

A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 1/27/20  2:17 PM        Page 5 of 7

Lincoln/Marcus 3253

Marcus, Leslie S (MR # 3220726)

01/06/20  15:30:56  Lincoln Financial     ->          Fax Server Lincoln Financial Gr Page 001

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date:  January 6, 2020 | |
| To:     DR FRANK CIBULKA | |
| Attn:   Release of Information<br>**Disability Claim** | |
| Fax:     (480) 882-5866 | |
| From:  Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):     5 | |
| RE:<br><br>Claim #:     9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Document Information
**FMLA/Disability**

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 1/27/20  2:17 PM                    Page 6 of 7

**Lincoln/Marcus 3254**

Fax Server                    1/27/2020 2:18:05 PM   PAGE    8/008    Fax Server

Marcus, Leslie S (MR # 3220726)
    lincoln financial group faxed form 01.27.20
    01/27/2020 14:14
    **Attached To:**
    Leslie S Marcus

Source Information
    Marisela Cardona, MA | Arcadia Mg

PAGE 8/8 * RCVD AT 1/27/2020 4:18:00 PM [Eastern Standard Time] * SVR:VA1PWFAX201/11 * DNIS:6033348592 * CSID:Fax Server * ANI: * DURATION (mm-ss):03-45

**Lincoln/Marcus 3255**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

| | |
|---|---|
| Date: January 16, 2020 | |
| To: | MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 |
| Attn: | |
| Fax: | (480) 301-7282 |
| From: | Jennifer Dimaggio<br>Ltd Technical Specialist<br>On Behalf Of: Brandy Pelletier<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover):    10 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.° de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3256**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

January 16, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to Leslie Marcus's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by January 24, 2020.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jennifer Dimaggio
Ltd Technical Specialist
On Behalf Of: Brandy Pelletier
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-REQUEST-PROVIDER-01.06.2020
               9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-01.16.2020

1  of  1

**Lincoln/Marcus 3257**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: January 6, 2020 | |
| To: | MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 |
| Attn: | Release of Information<br>**Disability Claim** |
| Fax: | (480) 301-7282 |
| From: | Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3258**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 6, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2019 through the present
- Are you restricting this patient from work? _____ If yes, what is the expected return to work date ? _____

We ask that you provide this information by January 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1  of 2

**Lincoln/Marcus 3259**

information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019
               9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

**Lincoln/Marcus 3260**

7N273190109

 **MAYO CLINIC** *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name __LESLIE MARCUS__

Date of Birth

Address

Mayo Clinic Medical Record Number .......................................... . .... Daytime Telephone Number .

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health information pertaining to the above-referenced patient to. __Brandy Peucher__

Name of Person or Entity __Lincoln Financial / Liberty Life__

Address __PO Box 7213__

City, State, Zip Code __London KY   ✓✗  40742__

☒ Mail  OR
☒ Pick-up at
☐ Clinic (E. Shea Blvd)
☐ Hospital (56th/Mayo Blvd)
☐ Date/Time . ..........

Purpose for release of information: ☒ Personal  ☐ Continuing Patient Care  ☒ Other __Insurance__ ...

Information being requested, please specify(i.e., Physician/Provider/Service or Dates of Service or Records/Reports). _____
__all Records - anything requested.__

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS") human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to. Mayo Clinic. Attention: Health Information Management Services, 13400 East Shea Boulevard, Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization

I understand that if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless* specified below.

Desired Expiration Date __none. this is open.__

Signature ~~(signature)~~

Date __0923 01__

__LESLIE MARCUS__
Print Name

__SELF__
Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

| Office Use Only |
|---|
| |

MCS7602revC82912

**Lincoln/Marcus 3261**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303            PAGE  05

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    LESLIE MARCUS

Name of legal representative, if applicable (print) _____ Relationship SELF

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: 9303113 Date: 10/14/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

PAGE 5/21 * RCVD AT 10/15/2019 3:23:08 PM [Eastern Daylight Time] * SVR:VA1RWFAX201/11 * DNIS:5603348503 * CSID:480--894-1986    * ANI:14808840343 * DURATION (mm-ss):07-0

**Lincoln/Marcus 3262**

PAGE 1/3 * RCVD AT 1/16/2020 10:48:51 AM [Eastern Standard Time] * SVR:VA1PWFAX401/11 * DNIS:6033348592 * CSID:6235364987 * ANI:16235361291 * DURATION (mm-ss):01-20



Lincoln
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

January 15, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Please complete the attached authorization form needed for our medical records request.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jennifer Dimaggio
Ltd Technical Specialist
On Behalf Of: Brandy Pelletier
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  9303113-MEDICAL-CORRESPONDENCE-01.13.2020

1  of  1

**Lincoln/Marcus 3263**



MAYO CLINIC

# Authorization to Release Protected Health Information to a Third Party

Form content retained in medical record.
**Route to HIMS Scanning.**

TO BE SCANNED

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)* LESLIE SUSAN MARCUS
Birth Date *(mm-dd-yyyy)* | Room Number (if applicable)
Mayo Clinic Number

**Staff Use Only**
☐ ROI to Send Records ☐ Scan to Chart
☐ Information Released by LAN ID | Date *(mm-dd-yyyy)*

## 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)* LESLIE SUSAN MARCUS
Patient Address *(Street, City, State, ZIP Code)*
☐ Check this box if patient is deceased.

## 3. Release Purpose

Check appropriate box or write in other purpose.
☒ Continuing care ☒ Disability ☐ Forms completion ☒ Insurance ☒ Legal ☐ Workers' compensation
☐ Other, specify anything needed.

## 4. Release Information FROM

Check one box and complete if applicable.
☒ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations
☒ **Other,** specify organization, department, or individual (complete each line below)
FRANK CIBULKA
Street 3311 N 44TH ST
City Phoenix
State AZ ZIP Code 85018
Phone 480.882.7360
Fax

## 5. Release/Send Information TO

Check one box and complete each line for box checked.
☒ **Mayo Clinic**
Dept. Attn.
Fax
☒ **Other,** specify organization, department, or individual (complete each line below)
FRANK CIBULKA
Street 3311 N 44TH ST
City Phoenix
State AZ ZIP Code 85018
Phone 480.882.7360
Fax

This authorization will expire in 1 year from date of signature *unless another date is specified:*
☒ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.
☒ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

any needed.

| Preferred Method | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|
| ☒ Written copy (may include completed forms) ☒ Verbal only | |

Written information will be mailed unless an alternate method is checked.
☒ Patient Portal – Mayo Clinic Patient Online Services
☒ Fax (number listed above in section 5)
☐ Email address
☐ Pick-up at a Mayo Clinic location, specify
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify

PAGE 3/3 * RCVD AT 1/16/2020 10:48:51 AM [Eastern Standard Time] * SVR:VAIPWFAX4101/11 * DNIS:6033354592 * CSID:6235364987 * ANI:16235351291 * DURATION (mm-ss):01-20

# *Authorization to Release Protected Health Information to a Third Party* (continued)

(complete fields or place patient label here)

| |
|---|
| Patient Name (First, Middle, Last) LESLIE SUSAN MARCUS |
| Birth Date (mm-dd-yyyy) |
| Mayo Clinic Number |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**
Date(s) ______ (mm-dd-yyyy) or Year(s) no Limit 2020 - 2030 (yyyy)

**Document/Note(s)** (check all that apply)
- ☒ Behavioral health/Mental/Psychological notes
- ☒ Operative/Procedure notes
- ☒ Therapy notes (physical, occupational, speech)
- ☒ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify any needed.

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☒ Allergy list
- ☒ Immunizations
- ☒ Medication list
- ☒ Laboratory results
- ☒ HIV lab test results
- ☒ Genetic testing
- ☒ Pathology report(s)
- ☒ EKG(s)/Cardio/Echo
- ☒ Radiology report(s)
- ☒ Radiology image(s), specify exam(s)/body part(s)
- ☒ Billing information for records checked

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☒ Assessment/Evaluation
- ☒ History and physical exam
- ☒ Multidisciplinary notes
- ☒ Family participation invitation
- ☒ Questionnaires
- ☒ Treatment/Discharge summary
- ☒ Treatment plans
- ☒ Other, specify any needed.

**Other**, specify if applicable any records requested.

## 8. Signature and Date

The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required) ▶ [signature]
**Date** (required) (mm-dd-yyyy) 15 January 2020

**Printed Name of Person Signing (if not patient)** (First, Middle, Last) LESLIE SUSAN MARCUS

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)
☐ Parent ☐ Stepparent ☐ Legal guardian ☐ Foster parent ☐ Health care power of attorney/agent ☐ Other SELF

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3056 |

**Reminder:** If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

MC0072-01rev0419

01/16/2020 08:51 6235364987 FEDEX OFFICE 1582 PAGE 03/03

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

January 15, 2020

Ms. Leslie Marcus

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113

Dear Ms. Leslie Marcus:

Please complete the attached authorization form needed for our medical records request.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jennifer Dimaggio
Ltd Technical Specialist
On Behalf Of: Brandy Pelletier
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  9303113-MEDICAL-CORRESPONDENCE-01.13.2020

1  of 1

**Lincoln/Marcus 3266**

PAGE 2/3 * RCVD AT 1/16/2020 10:48:51 AM [Eastern Standard Time] * SVR:VA1PWFAX401/11 * DNIS:6033348592 * CSID:6235364987 * ANI:1623536129 * DURATION (mm-ss):01-20

## MAYO CLINIC

## *Authorization to Release Protected Health Information to a Third Party*

Form content retained in medical record.
Route to HIMS Scanning.

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

Patient Name *(First, Middle, Last)*
LESLIE SUSAN MARCUS

Birth Date *(mm-dd-yyyy)*          Room Number *(if applicable)*

Mayo Clinic Number

**Staff Use Only**
- ☐ ROI to Send Records   ☐ Scan to Chart
- ☐ Information Released by   Date *(mm-dd-yyyy)*
  LAN ID

### 2. Additional Patient Information

Previous or Maiden Name (if applies) *(First, Middle, Last)*
LESLIE SUSAN MARCUS

Daytime Phone

☐ Check this box if patient is deceased.

Patient Address *(Street, City, State, ZIP Code)*

### 3. Release Purpose

Check appropriate box or write in other purpose.
- ☒ Continuing care  ☒ Disability  ☐ Forms completion  ☒ Insurance  ☒ Legal  ☐ Workers' compensation
- ☒ Other, specify   anything needed.

### 4. Release Information FROM

Check one box and complete if applicable.
- ☐ Mayo Clinic
  Includes all Mayo Clinic and Mayo Clinic Health System locations
- ☒ Other, specify organization, department, or individual (complete each line below)

  FRANK CIBULKA
  Street  3311 N 44TH ST
  City  Phoenix
  State  AZ     ZIP Code  85018
  Phone  480.882.7360
  Fax

### 5. Release/Send Information TO

Check one box and complete each line for box checked.
- ☐ Mayo Clinic
  Dept._____  Attn._____
  Fax _____
- ☒ Other, specify organization, department, or individual (complete each line below)

  FRANK CIBULKA
  Street  3311 N 44TH ST
  City  Phoenix
  State  AZ     ZIP Code  85018
  Phone  480.882.7360
  Fax

This authorization will expire in 1 year from date of signature *unless another date is specified:* _____

☒ By checking this box I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☒ By checking this box I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.    and needed.

### 6. Delivery of Information

**Preferred Method**
- ☒ Written copy (may include completed forms)  ☐ Verbal only

Date Information Needed by *(mm-dd-yyyy)*

Written information will be mailed unless an alternate method is checked.
- ☒ Patient Portal – Mayo Clinic Patient Online Services
- ☐ Fax (number listed above in section 5)
- ☐ Email address _____
- ☐ Pick-up at a Mayo Clinic location, specify _____
- ☐ CD/DVD
- ☐ USB flash/thumb drive
- ☐ Other, specify _____



ENTERPRISE: Applies to Mayo Clinic locations in Arizona, Florida, Rochester and Mayo Clinic Health System.
©2018 Mayo Foundation for Medical Education and Research          Page 1 of 2          MC0072-01rev0419          HIMROI

PAGE 02/03          FEDEX OFFICE 1582          6235364987     08:51     01/16/2020

**Lincoln/Marcus 3267**

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

(Complete fields or place patient label here)

Patient Name (First, Middle, Last)
LESLIE   SUSAN  MARCUS

Birth ~~...~~

Mayo Clinic Number

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s) _____ or Year(s) NO LIMIT 2020 – 2030
         (mm-dd-yyyy)                                    (yyyy)

**Document/Note(s)** (check all that apply)
- ☒ Behavioral health/Mental/Psychological notes
- ☒ Operative/Procedure notes
- ☒ Therapy notes (physical, occupational, speech)
- ☒ Emergency department/Urgent care notes
- ☒ Provider notes
- ☒ Other, specify ___any needed.___

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☒ Allergy list
- ☒ Immunizations
- ☒ Medication list
- ☒ Billing information for records checked
- ☒ Laboratory results
- ☒ HIV lab test results
- ☒ Genetic testing
- ☒ Pathology report(s)
- ☒ EKG(s)/Cardio/Echo
- ☒ Radiology report(s)
- ☒ Radiology image(s), specify exam(s)/body part(s)

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☒ Assessment/Evaluation
- ☒ History and physical exam
- ☒ Multidisciplinary notes
- ☒ Family participation invitation
- ☒ Questionnaires
- ☒ Treatment/Discharge summary
- ☒ Treatment plans
- ☒ Other, specify ___any needed.___

Other, specify if applicable ___any records requested.___

## 8. Signature and Date  The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

Signature (required)
▶ *[signature]*

Date (required) (mm-dd-yyyy)
15 JANUARY 2020

Printed Name of Person Signing (if not patient) (First, Middle, Last)
LESLIE SUSAN MARCUS

Relationship if Not Patient (legal documentation of the right of access by the signing individual may be required)     SELF
☐ Parent   ☐ Stepparent   ☐ Legal guardian   ☐ Foster parent   ☐ Health care power of attorney/agent   ☐ Other _____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records TO Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

MC00/2-01rev0419

Lincoln/Marcus 3268

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, January 15, 2020 7:45:25 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | iew9fx4flybhqxevx4em_7714219.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3269**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1866

January 15, 2020

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Please complete the attached authorization form needed for our medical records request.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Jennifer Dimaggio
Ltd Technical Specialist
On Behalf Of: Brandy Pelletier
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-MEDICAL-CORRESPONDENCE-01.13.2020

1  of  1

**Lincoln/Marcus 3270**



**MAYO CLINIC**

Mayo Clinic
200 First Street SW
Rochester, MN 55905

January 08, 2020

Liberty Mutual
Po Box 7213
London, KY 40742-7213

RE:    Request for Records of: Leslie S Marcus
       Date of Birth:
       Date request received: 1/6/2020
       Release ID: 51871474

Dear Liberty Mutual,

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

   - Authorization does not allow for records to be released after the date of signature. Require an updated signed Authorization.

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

---

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3271**



## MAYO CLINIC

### *Authorization to Release Protected Health Information to a Third Party*

Form content retained in medical record.
**Route to HIMS Scanning.**

**TO BE SCANNED**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.**  *(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* | |
|---|---|
| Birth Date *(mm-dd-yyyy)* | Room Number *(if applicable)* |
| Mayo Clinic Number | |

**Staff Use Only**

| ☐ ROI to Send Records     ☐ Scan to Chart | |
|---|---|
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

## 2. Additional Patient Information

| Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased. |
|---|---|---|
| Patient Address *(Street, City, State, ZIP Code)* | | |

## 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care    ☐ Disability    ☐ Forms completion    ☐ Insurance    ☐ Legal    ☐ Workers' compensation
☐ Other, specify _____

## 4. Release Information FROM

Check one box and complete if applicable.

☐ **Mayo Clinic**
Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other**, specify organization, department, or individual (complete each line below)

_____

Street _____

City _____

State _____ ZIP Code_____

Phone _____

Fax _____

## 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
Dept. _____ Attn. _____

Fax _____

☐ **Other**, specify organization, department, or individual (complete each line below)

_____

Street _____

City _____

State _____ ZIP Code_____

Phone _____

Fax _____

---

This authorization will expire in 1 year from date of signature *unless another date is specified:* _____

☐ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

## 6. Delivery of Information

| Preferred Method | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|
| ☐ Written copy (may include completed forms)    ☐ Verbal only | |

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address _____
☐ Pick-up at a Mayo Clinic location, specify _____
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify_____



**Lincoln/Marcus 3272**

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

(complete fields or place patient label here)

| |
|---|
| Patient Name *(First, Middle, Last)* |
| Birth Date *(mm-dd-yyyy)* |
| Mayo Clinic Number |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s)_____ or Year(s)_____
               *(mm-dd-yyyy)*                                   *(yyyy)*

**Document/Note(s)** (check all that apply)
- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☐ Provider notes
- ☐ Other, specify _____

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Billing information for records checked
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify_____

**Other,** specify if applicable_____

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

| Signature (required) ► | Date (required) *(mm-dd-yyyy)* |
|---|---|

**Printed Name of Person Signing (if not patient)** *(First, Middle, Last)*

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)
  ☐ Parent  ☐ Stepparent  ☐ Legal guardian  ☐ Foster parent  ☐ Health care power of attorney/agent  ☐ Other_____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

MC00/2-01rev0419

**Lincoln/Marcus 3273**



**01/08/2020**

LINCOLN FINANCIAL GROUP

PO BOX 7213

LONDON, KY 40742-7213

Patient: MARCUS, LESLIE
SSN: ***-**-0000
Claim/File #: 9303113
Order #: 63428157
Fax #: 603-334-5713

Records Requested from. MAYO CLINIC

Dear Requester of Healthcare Information.

IOD Incorporated has been retained by the above named Health Care Provider to handle release of information requests such as yours at their facility. Enclosed please find the information you requested with a copy of your request.

Please Note: This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c) (5) and 2.65.

If you have requested x-ray films or billing records, you will need to contact the radiology department or billing office to check the status of your request. If you need information regarding x-ray or billing records, please contact the Health Care Provider directly

If you have any questions regarding this notice, please contact Customer Relations at 866-420-7455 Option 1.

*IOD Incorporated Tax ID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Lincoln/Marcus 3274**

01/06/20  15:38:55  Lincoln Financial      ->      Mayo Clinic Fax Lincoln Financial Gr Page 001



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| **Date:** | January 6, 2020 |
| **To:** | MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 |
| **Attn:** | Release of Information<br>**Disability Claim** |
| **Fax:** | (480) 301-7282 |
| **From:** | Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| **Total Pages<br>(Including Cover):** | 5 |
| **RE:** | |
| | **Claim #:**   9303113<br>**Claimant:**  Leslie Marcus<br><br>**Balfour Beatty Investments** |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3275**



IOD Incorporated
PO BOX 19072
GREEN BAY WI 54307-9072
866-420-7455

Order Number          63428157

LINCOLN FINANCIAL GROUP
PO BOX 7213

LONDON, KY 40742-7213

Please Note: This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c)(5) and 2.65

**Lincoln/Marcus 3276**



Mayo Clinic
200 First Street SW
Rochester, MN 55905

January 08, 2020

Liberty Mutual
Po Box 7213
London, KY  40742-7213

RE:    Request for Records of: Leslie S Marcus
       Date of Birth:
       Date request received: 1/6/2020
       Release ID: 51871474

Dear Liberty Mutual,

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

       - Authorization does not allow for records to be released after the date of signature. Require an updated signed Authorization.

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

---

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3277**

 

**MAYO CLINIC**

## *Authorization to Release Protected Health Information to a Third Party*

**TO BE SCANNED**

Form content retained in medical record.
**Route to HIMS Scanning.**

**Instructions:** This form is to be used by a patient or legal representative to authorize the release of information to a third party (other than a family member or friend) such as an insurance company, employer, or for legal purposes, etc. Print clearly; each section needs to be completed to be valid.

**1.** *(complete fields or place patient label here)*

| Patient Name *(First, Middle, Last)* | |
|---|---|
| Birth Date *(mm-dd-yyyy)* | Room Number (if applicable) |
| Mayo Clinic Number | |

**Staff Use Only**

| ☐ ROI to Send Records   ☐ Scan to Chart | |
|---|---|
| ☐ Information Released by LAN ID | Date *(mm-dd-yyyy)* |

### 2. Additional Patient Information

| Previous or Maiden Name (if applies) *(First, Middle, Last)* | Daytime Phone | ☐ Check this box if patient is deceased. |
|---|---|---|
| Patient Address *(Street, City, State, ZIP Code)* | | |

### 3. Release Purpose

Check appropriate box or write in other purpose.

☐ Continuing care   ☐ Disability   ☐ Forms completion   ☐ Insurance   ☐ Legal   ☐ Workers' compensation
☐ Other, specify_____

### 4. Release Information FROM

Check one box and complete if applicable.

☐ **Mayo Clinic**
 Includes all Mayo Clinic and Mayo Clinic Health System locations

☐ **Other**, specify organization, department, or individual (complete each line below)

_____

Street _____
City _____
State _____ ZIP Code_____
Phone _____
Fax _____

### 5. Release/Send Information TO

Check one box and complete each line for box checked.

☐ **Mayo Clinic**
 Dept._____ Attn._____
 Fax _____

☐ **Other**, specify organization, department, or individual (complete each line below)

_____

Street _____
City _____
State _____ ZIP Code_____
Phone _____
Fax _____

This authorization will expire in 1 year from date of signature *unless another date is specified:* _____

☐ **By checking this box** I allow the ongoing exchange of information between the above parties until this authorization expires or is revoked.

☐ **By checking this box** I also authorize the release of records for future visits or stays after the date of my signature until this authorization expires or is revoked.

### 6. Delivery of Information

| Preferred Method ☐ Written copy (may include completed forms)   ☐ Verbal only | Date Information Needed by *(mm-dd-yyyy)* |
|---|---|

Written information will be mailed unless an alternate method is checked.
☐ Patient Portal – Mayo Clinic Patient Online Services
☐ Fax (number listed above in section 5)
☐ Email address _____
☐ Pick-up at a Mayo Clinic location, specify _____
☐ CD/DVD
☐ USB flash/thumb drive
☐ Other, specify_____

**Lincoln/Marcus 3278**

*Authorization to Release*
*Protected Health Information*
*to a Third Party* (continued)

*(complete fields or place patient label here)*

| | |
|---|---|
| Patient Name *(First, Middle, Last)* | |
| Birth Date *(mm-dd-yyyy)* | |
| Mayo Clinic Number | |

## 7. Records or Reports to Be Released

**Timeframe to Be Released**

Date(s)_____ or Year(s)_____
<div align="center">*(mm-dd-yyyy)*            *(yyyy)*</div>

**Document/Note(s)** (check all that apply)
- ☐ Behavioral health/Mental/Psychological notes
- ☐ Operative/Procedure notes
- ☐ Therapy notes (physical, occupational, speech)
- ☐ Emergency department/Urgent care notes
- ☐ Provider notes
- ☐ Other, specify _____

*I understand the information to be released may include behavior and/or mental health care, and HIV test results.*

**Additional Records** (check all that apply)
- ☐ Allergy list
- ☐ Immunizations
- ☐ Medication list
- ☐ Billing information for records checked
- ☐ Laboratory results
- ☐ HIV lab test results
- ☐ Genetic testing
- ☐ Pathology report(s)
- ☐ EKG(s)/Cardio/Echo
- ☐ Radiology report(s)
- ☐ Radiology image(s), specify exam(s)/body part(s)

**Substance Abuse and Addiction Treatment Records** (check all that apply)
- ☐ Assessment/Evaluation
- ☐ History and physical exam
- ☐ Multidisciplinary notes
- ☐ Family participation invitation
- ☐ Questionnaires
- ☐ Treatment/Discharge summary
- ☐ Treatment plans
- ☐ Other, specify_____

**Other,** specify if applicable_____

## 8. Signature and Date The patient or legal representative must sign and date this authorization.

- This authorization may be revoked at any time by providing a written notice of revocation to the Health Information Management Services (HIMS) Release of Information (ROI) department at the facility releasing the information, except to the extent that the Providers have already taken action in reliance on it.
- Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and may no longer be protected by the Federal Privacy Law (42 CFR Part 2) (HIPAA).
- I understand that Mayo Clinic will not condition treatment on whether I sign this authorization.
- I may request a copy of the signed authorization.
- I may be charged for copies in accordance with state law.
- I have a right to inspect and receive a copy of the material to be disclosed.

**Note:** A patient (18 years or older) must authorize the release of their own information unless patient is incapacitated or deceased. If signing for a minor patient, I hereby state that my parental rights have not been revoked by a court of law. Specific situation(s) may require minor's authorization.

**Signature** (required)
▶

**Date** (required) *(mm-dd-yyyy)*

**Printed Name** of Person Signing **(if not patient)** *(First, Middle, Last)*

**Relationship if Not Patient** (legal documentation of the right of access by the signing individual may be required)
☐ Parent   ☐ Stepparent   ☐ Legal guardian   ☐ Foster parent   ☐ Health care power of attorney/agent   ☐ Other_____

## HIMS* Release of Information Contact Information

| Arizona | Florida | Rochester | MCHS MN | MCHS WI |
|---|---|---|---|---|
| 13400 East Shea Boulevard | 4500 San Pablo Road | 200 First Street SW | 1025 Marsh Street | 1400 Bellinger Street |
| Scottsdale, AZ 85259 | Jacksonville, FL 32224 | Rochester, MN 55905 | Mankato, MN 56001 | Eau Claire, WI 54703-5211 |
| Phone 480-301-4211 | Phone 904-953-2022 | Phone 507-284-4594 | Phone 507-594-2621 | Phone 715-838-6395 |
| Fax 480-301-7282 | Fax 904-953-2242 | Fax 507-284-0161 | Fax 507-422-0902 | Fax 715-838-3058 |

**Reminder:** If sending records **TO** Mayo Clinic, fax records to number indicated in section 5 on page 1.
*Health Information Management Services

MC0072-01rev0419

**Lincoln/Marcus 3279**



**01/08/2020**

LINCOLN FINANCIAL GROUP

PO BOX 7213

LONDON, KY 40742-7213

Patient: MARCUS, LESLIE
SSN: ***-**-0000
Claim/File #: 9303113
Order #: 63428157
Fax #: 603-334-5713

Records Requested from. MAYO CLINIC

Dear Requester of Healthcare Information.

IOD Incorporated has been retained by the above named Health Care Provider to handle release of information requests such as yours at their facility. Enclosed please find the information you requested with a copy of your request.

<u>Please Note:</u> This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c)(5) and 2.65.

If you have requested x-ray films or billing records, you will need to contact the radiology department or billing office to check the status of your request. If you need information regarding x-ray or billing records, please contact the Health Care Provider directly

If you have any questions regarding this notice, please contact Customer Relations at 866-420-7455 Option 1.

*IOD Incorporated  Tax ID No. 65-0765287*
*PO Box 19072. Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Lincoln/Marcus 3280**

01/06/20   15:30:55  Lincoln Financial      ->      Mayo Clinic Fax Lincoln Financial Gr Page 001



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: January 6, 2020 | |
| To:   MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 | |
| Attn:   Release of Information<br>\*\*Disability Claim\*\* | |
| Fax:   (480) 301-7282 | |
| From:  Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3281**



IOD Incorporated
PO BOX 19072
GREEN BAY WI 54307-9072
866-420-7455

Order Number          63428157

LINCOLN FINANCIAL GROUP
PO BOX 7213

LONDON, KY 40742-7213

**Please Note:** This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2)  The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31)  The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c)(5) and 2 65

**Lincoln/Marcus 3282**

## Occupational Analysis

**Date:** 1/7/2020
**Name:** Leslie Marcus
**Claim Number:** 9303113
**Policy Holder:** Balfour Beatty Investments

An Occupational Analysis was completed to compare the job, Regional Property Manager (light), to the occupation in the National Economy, per the DOT of Manager, Property (light; 186.167-046).

Documents Reviewed:
- JD

EE's RLs per peer review completed by Dr. Mary Ellen Dirlam, MD, dated 11/13/2019:
- After discussion with the claimant's primary care physician Dr. Cibulka and review of the claimant's medical history as presented in the currently available medical records, it is reasonable to conclude that she is deconditioned.
- She will be referred to physical therapy/occupational therapy with the goal of work hardening over 6 to 8 weeks per her primary care physician. Prognosis for full recovery and return to work is good.
- I would defer the discussion of the behavioral health conditions to a consulting physician in psychiatry.

The following resources were utilized in this comparison:
- DOT

The comparison to the position with the employer to the national economy is as follows:

**Essential Duties**:
Comparable between the employer and the National Economy, per the DOT, they both provide management oversight to assigned properties. This includes preparing financial statements and status reports on properties, and handling operations such as maintenance services.

**Physical Demands**:
The employer indicates position performed as light. Job demands include:
- Regularly use hands to manipulate tools, controls, phones and computer keyboard
- Frequently stand, reach with hands and arms, climb, balance, and stoop
- Sit and stand to do clerical work
- Regularly lift and move office supplies up to 20 lbs.

The occupation is typically performed as light in the National Economy, per the DOT. National Economy demand levels include:

Per the DOT:
- <u>Frequent</u> reaching, handling, fingering, talking, hearing, near acuity
- <u>Occasional</u> climbing, stooping, crouching

**Mental/Cognitive Demands**:

Per DOT:
- Directing, controlling, or planning activities of others
- Dealing with people

**Lincoln/Marcus 3283**

**Summary**:
The employer requirements of the job are similar to that of the national requirements of the occupation. The occupation is most often performed at the light level in the National Economy, per the DOT with frequent reaching, handling, fingering, talking, hearing, near acuity; and occasional climbing, stooping, crouching. Mental/Cognitive Demands: Per DOT, directing, controlling, or planning activities of others; dealing with people.

I have not met with Ms. Marcus for the purpose of this review. All opinions are based on a review of medical records and resources listed only.

Respectfully submitted,

Electronically Signed

*Megan Provost, MA, CRC*
*Vocational Case Manager*

**Title:** Manager, Property                                              **DOT Code:** 186.167-046

Manages commercial, industrial, or residential real estate properties for clients:

**Tasks**

1. Discusses with client terms and conditions for providing management services, and drafts agreement stipulating extent and scope of management responsibilities, services to be performed, and costs for services.

2. Prepares lease or rental agreements for lessees and collects specified rents and impounds.

3. Directs bookkeeping functions, or credits client account for receipts and debits account for disbursements, such as mortgage, taxes, and insurance premium payments, management services costs, and upkeep and maintenance costs.

4. Arranges for alterations to, or maintenance, upkeep, or reconditioning of property as specified in management services or lessee's agreement.

5. Employs, or contracts for services of, security, maintenance, and groundskeeping personnel and on-site management personnel if required.

6. Purchases supplies and equipment for use on leased properties.

7. Directs preparation of financial statements and reports on status of properties, such as occupancy rates and dates of expiration of leases.

8. Directs issuance of check for monies due client.

9. Usually required to have real estate broker's license and be certified in property management.

**May Also Include:**

1. May advise client relative to financing, purchasing, or selling property.

2. May prepare periodic inventory of building contents and forward listing to owner for review.

3. May contact utility companies to arrange for transfer of service for tenants.

4. May assist with eviction of tenants in compliance with court order and directions from LAWYER (profess. & kin.) 110.107-010 and owner.

**Lincoln/Marcus 3284**

DLU:  1989

## OCCUPATIONAL REQUIREMENTS

**Title:**   Manager, Property                                          **DOT Code:**   186.167-046
**Industry:**   Real Estate

**Specific Vocational Preparation:**   Level 8 (4 to 10 years)

**General Educational Development:**   Reasoning  Grades 9-12
Mathematics  Grades 7-8
Language  Grades 9-12

**Strength:**   Light                   Lifting, Carrying, Pushing, Pulling 20 Lbs. occasionally,
frequently up to 10 Lbs., or negligible amount constantly.
Can include walking and or standing frequently even though
weight is negligible. Can include pushing and or pulling of
arm and or leg controls.

**Physical Demands:**                                    **Environmental Conditions:**

| | | | |
|---|---|---|---|
| Climbing | Occasionally | Noise Intensity Level | Moderate |
| Balancing | Never | Exposure to Weather | Occasionally |
| Stooping | Occasionally | Extreme Cold | Never |
| Kneeling | Never | Extreme Heat | Never |
| Crouching | Occasionally | Wet and/or Humid | Never |
| Crawling | Never | Vibration | Never |
| Reaching | Frequently | Atmospheric Conditions | Never |
| Handling | Frequently | Proximity to Moving Mechanical Parts | Never |
| Fingering | Frequently | Exposure to Electrical Shock | Never |
| Feeling | Never | Working in High Exposed Places | Never |
| Talking | Frequently | Exposure to Radiation | Never |
| Hearing | Frequently | Working with Explosives | Never |
| Tasting/Smelling | Never | Exposure to Toxic or Caustic Chemicals | Never |
| Near Acuity | Frequently | Other Environmental Conditions | Never |
| Far Acuity | Never | | |
| Depth Perception | Never | | |
| Accommodation | Never | | |
| Color Vision | Never | | |
| Field of Vision | Never | | |

**Work Situations:**   Directing, controlling, or planning activities of others.        **Data:**   1 Coordinating
Dealing with people.                                              **People:**   6 Speaking-
Signaling

**Things:**   7 Handling

| Aptitudes: | DOT | OAP |
|---|---|---|
| General Learning Ability | 2  (67-89 Percentile) | 3  (46 - 54 Percentile) |
| Verbal Aptitude | 2  (67-89 Percentile) | 3- (34 - 44 Percentile) |
| Numerical Aptitude | 3  (34-66 Percentile) | 3- (34 - 44 Percentile) |
| Spatial Aptitude | 4  (11-33 Percentile) | Not Included |
| Form Perception | 4  (11-33 Percentile) | Not Included |
| Clerical Aptitude | 3  (34-66 Percentile) | 3  (46 - 54 Percentile) |
| Motor Coordination | 4  (11-33 Percentile) | Not Included |
| Finger Dexterity | 4  (11-33 Percentile) | Not Included |
| Manual Dexterity | 4  (11-33 Percentile) | Not Included |

**Lincoln/Marcus 3285**

Eye-Hand-Foot Coordination                              5  (Below 11 Percentile)
Color Discrimination                                    5  (Below 11 Percentile)

**Lincoln/Marcus 3286**

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT
## Occupational Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION   (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☐ UPDATED MEDICAL WITH CLEAR R&L'S          ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)          ☐ ATTORNEY INFO (if applicable)

---

FROM:    Brandy Pelletier                      DATE:          Monday, January 6, 2020

## CLAIM BACKGROUND

---

Claimant Name:     LESLIE MARCUS               Claim Number:          9303113

☐ STD   ☑ FULLY INSURED          ( THRESHOLD $ )

☑ LTD   ☐ ASO   ☐ LIFE       Has MDS worked the claim?   ☐ YES   ☑ NO

Employer:  BALFOUR BEATTY INVESTMENTS

Change In DEF. Date:     10/16/2021

Pre-Disability Earnings:     $9,020.27   / M       Claim Service Type:     ADOP
                                          (mode)

---

**Document Locations**

☑ Document List          ☐ Correspondence          ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

Please complete OA for LTD file, thank you.

---

DP 512

**Lincoln/Marcus 3287**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | January 6, 2020 |
| To: | MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 |
| Attn: | Release of Information<br>**Disability Claim** |
| Fax: | (480) 301-7282 |
| From: | Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3288**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 6, 2020

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2019 through the present
- Are you restricting this patient from work? _____ If yes, what is the expected return to work date ? _____

We ask that you provide this information by January 20, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1  of 2

**Lincoln/Marcus 3289**

information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:    9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019
                9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2  of 2

**Lincoln/Marcus 3290**

7N273190109

## MAYO CLINIC *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name  LESLIE MARCUS

Date of Birth

Address _

Mayo Clinic Medical Record Number ........................... . .... Daytime Telephone Number

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health information pertaining to the above-referenced patient to. **Brandy Peychen**

Name of Person or Entity  **Lincoln Financial / Liberty Life**

Address  **PO BOX 7213**

City. State. Zip Code  **London KY  co 40742**

☒ Mail  **OY**
☒ Pick-up at
☐ Clinic (E. Shea Blvd)
☐ Hospital (56"/Mayo Blvd)
☐ Date/Time  . .........

Purpose for release of information:  ☒ Personal  ☐ Continuing Patient Care  ☒ Other **insurance** ...

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports) _____
........ **all records - anything requested.**

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:  ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS") human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether i sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to. Mayo Clinic. Attention: Health Information Management Services 13400 East Shea Boulevard Scottsdale. Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization

I understand that if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless* specified below.

Desired Expiration Date  **none. this is open.**

Signature

Date  **00/23/01**

Print Name  **LESLIE MARCUS**

Relationship to Patient (if not patient)  **Self**

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

| Office Use Only |
| --- |

MCS7602rev0B2912

**Lincoln/Marcus 3291**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303                PAGE  05



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (388) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)     LESLIE MARCUS

Name of legal representative, if applicable (print) _____ Relationship    SELF

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number:  9303113  Date:  10/14/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3292**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: January 6, 2020 | |
| To:   DR FRANK CIBULKA | |
| Attn:  Release of Information<br>**Disability Claim** | |
| Fax:   (480) 882-5866 | |
| From: Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3293**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

January 6, 2020

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2019 through the present
- Are you restricting this patient from work? _____ If yes, what is the expected return to work date ? _____

We ask that you provide this information by January 20, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

1  of 2

**Lincoln/Marcus 3294**

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019
                9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

**Lincoln/Marcus 3295**

7N273190109

 **MAYO CLINIC** *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name **LESLIE MARCUS**                           Date of Birth

Address

Mayo Clinic Medical Record Number ..........................  ....    Daytime Telephone Number

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to: **Brandy Pelleher**

Name of Person or Entity **Lincoln Financial / Liberty Life**        ☒ Mail **OR**
Address **PO BOX 7213**                                              ☒ Pick-up at
City, State, Zip Code **London KY    40742**                         ☐ Clinic (E. Shea Blvd)
                                                                      ☐ Hospital (5777 Mayo Blvd)
                                                                      ☐ Date/Time

Purpose for release of information:  ☒ Personal   ☐ Continuing Patient Care  ☒ Other **insurance**

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports) _____
**all Records - anything requested.**

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS") human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to Mayo Clinic, Attention: Health Information Management Services, 13400 East Shea Boulevard, Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless specified below.*

Desired Expiration Date **none. this is open.**

Signature (signature)          Date **09/23/01**

**LESLIE MARCUS**             **SELF**
Print Name                    Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

**Office Use Only**

MCS7602rev082912

**Lincoln/Marcus 3296**

10/15/2019  12:22     480--894-1986          FEDEX OFFICE     2303              PAGE   05

 **Lincoln**
**Financial Group**®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (388) 437-7611
Secure Fax No.: (603) 334-8592

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   _LESLIE MARCUS_

Name of legal representative, if applicable (print) _____ Relationship _SELF_

Signature of claimant or legal representative _____

Date of Birth: __       _____ Claim Number: _9303113_    Date: ___10/14/19___

A copy of this authorization will be considered as valid as the original.

pg. 1  Authorization-Standard-2018

**Lincoln/Marcus 3297**

# FAX – CONFIDENTIAL



**To:** **lincoln financial group**
Company:
Fax:   866-841-1415
Phone:

**From:** **HonorHealth Medical Group Arcadia**
Fax:   480-882-5866
Phone:  482-882-7360
E-mail:

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission:**
**Number of pages including this cover sheet: 5**

**Lincoln/Marcus 3298**

Marcus, Leslie S (MR # 3220726)
 Media Information

   Scan on 11/22/2019 0836 by Marisela Cardona, MA: lincoln financial group benefits letter 11.22.19

   Image is displayed on its own page.

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 11/22/19  8:37 AM          Page 1 of 4

**Lincoln/Marcus 3299**

Marcus, Leslie S (MR # 3220726)

11/13/19  18:57:87  Lincoln Financial      →        Fax Server Lincoln Financial Gr Page 881


# Lincoln
### Financial Group®

**To:**    **Frank Cibulka, MD**
Company:
Fax:      (480) 882-5866
Phone:

**From:**
Fax:
Phone:

**NOTES:**

Please give this letter to Frank Cibulka, MD for review and signature.  I would appreciate the review and retu

Sincerely,
Mary Ellen Dirlam, MD, PhD, FACP
Board Certified Internal Medicine

This facsimile transmission may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed.  If the recipient of this facsimile transmission is not the intended recipient or his or her authorized agent, the recipient is hereby notified that any dissemination, distribution, or copying of this facsimile transmission is prohibited.  If you have received this facsimile transmission in error, please notify the sender and destroy this facsimile immediately.

**Date and time of transmission:** Wednesday, November 13, 2019 6:55:44 PM
**Number of pages including this cover sheet:** 02

**Lincoln/Marcus 3300**

Marcus, Leslie S (MR # 3220726)

11/13/19  18:57:18  Lincoln Financial    ->    Fax Server Lincoln Financial Gr Page 882

**Lincoln**
**Financial Group®**

Liberty Life Assurance
Company of Boston, a Lincoln
Financial Group company

Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

Date: 11/13/19

Name: Frank Cibulka, MD
Fax: (480) 882-5866

Re: Disability Benefits
Claimant Name: Leslie Marcus
Claimant DOB:
Claim Number: 9303113

Dear Dr. Cibulka,

Thank you for returning my call on 11/11/19. I am the physician who was asked by Lincoln Financial Group to review the medical records Ms. Marcus submitted in support of her request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

As we discussed, the medical records indicate Ms. Marcus has the medical history of paroxysmal atrial fibrillation/flutter complicated by pulmonary embolism, deep venous thrombosis, and iron deficiency anemia. As a result, she has become deconditioned. In your professional opinion she currently does not have the strength, stamina, or stability to sustain even sedentary work reliably. She is being referred to physical therapy/occupational therapy with the goal of work hardening and return to work. She will be reevaluated in 6 to 8 weeks. Additionally, she has the behavioral health conditions of major depressive disorder, panic attacks, and anxiety for which she has been on medication. You believe that this is also contributing to her underlying impairment.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415. If a response is not received within 5 working days, then it is understood you agree with the summary.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Mary Ellen Dirlam, M.D., PhD, FACP
Board Certified, Internal Medicine

No changes/comments, OR
___ With changes/comments as noted above

11/21/19
Date

Document Information

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 11/22/19  8:37 AM              Page 3 of 4

**Lincoln/Marcus 3301**

```
Fax Server                11/22/2019 8:38:21 AM   PAGE   5/005   Fax Server
```

Marcus, Leslie S (MR # 3220726)

**Correspondence**
lincoln financial group benefits letter 11.22.19
11/22/2019 08:36
**Attached To:**
Leslie S Marcus

Source Information
_____

Marisela Cardona, MA | Arcadia Mg

**Lincoln/Marcus 3302**



## *Fax Transmission*

**Date:** 11/19/19

**To:** LINCOLN FINANCIAL GROUP

**Phone Number:** 866-213-2937
**Fax Number:** 603-427-1888

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

10/29/19 to present
Arcadia mg
Return with a letter no records from the dos requested

---

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of

**Lincoln/Marcus 3303**



this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 3304**



11/19/19

LINCOLN FINANCIAL GROUP
P.O. Box 7212
London, KY  40742

RE:    Request to inspect, copy or obtain copy of health records
       Records of: Leslie S Marcus
       MRN: 3220726
       Date of Birth:
       Date request received: 11/19/2019

Dear LINCOLN FINANCIAL GROUP,

We regret to inform you that we are unable to process your request as the patient did not receive HonorHealth services on the service date(s) requested.

No records from the date of service requested
10/29/19 to present

Should you have any questions, you may contact us at 623-879-5578, Monday through Friday, 8:00 a.m. until 4:30 p.m., Arizona Time, or write to the address below attention Medical Records.

Sincerely,


Release of Information Department

Lincoln/Marcus 3305

**From:**      DoNotReply@lfg.com
**Sent:**      Fri, 15 Nov 2019 17:09:27 +0000
**To:**        benefits@bbcgrp.com
**Subject:**   Claim #9303113, LESLIE MARCUS

### THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.

The above named employee has applied for long term disability benefits.  The date of disability is 4/13/2019.  The claim has been approved through 10/16/2021.  The case manager for this claim is Brandy Pelletier.  The claim number is 9303113.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

**Lincoln/Marcus 3306**

| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, November 14, 2019 11:39:40 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | 38lif62h2q0c30wlzvdx_7433297.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3307**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

November 14, 2019

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*1. For persons other thanpilots, co-pilots, and crewmembers ofanaircraft:*

*Applicableto Class 1:*

*a. i. iftheCovered Personis eligiblefor the24MonthOwnOccupationbenefit, "Disability" or "Disabled"means that duringtheEliminationPeriod and thenext 24months of DisabilitytheCovered Person, as aresult ofInjuryor Sickness, is unableto performthe Materialand SubstantialDuties ofhis OwnOccupation; and*

*ii. thereafter, theCovered Personis unableto perform, withreasonablecontinuity, the Materialand SubstantialDuties ofAnyOccupation.*

*Applicableto Class 2:*

*a. i. iftheCovered Personis eligiblefor the12MonthOwnOccupationbenefit, "Disability" or "Disabled"means that duringtheEliminationPeriod and thenext 12months of DisabilitytheCovered Person, as aresult ofInjuryor Sickness, is unableto performthe Materialand SubstantialDuties ofhis OwnOccupation; and*

**Lincoln/Marcus 3308**

*ii. thereafter, theCovered Personis unableto perform, withreasonablecontinuity, the Materialand SubstantialDuties ofAnyOccupation.*

*2. Withrespect to Covered Persons employed as pilots, co-pilots and crewmembers ofanaircraft:*

*"Disability"or "Disabled"means as aresult ofInjuryor Sickness theCovered Personis unableto performtheMaterialand SubstantialDuties ofAnyOccupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is April 13, 2019 and your benefits begin on October 17, 2019. Benefit payment will be sent under separate cover.

Although you may currently meet the definition of disability, Lincoln Life Assurance Company of Boston also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

The Long Term Disability Policy provides financial incentives for participation in a Vocational Rehabilitation Program.  In addition, failure to comply with a program, or program planning, could result in reduction or termination of benefits.  The policy contains a Rehab Incentive provision as outlined below:

*Rehabilitation Incentive Benefit*

*Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under theterms ofthis policy. To be eligiblefor a Rehabilitation Incentive Benefit, the Covered Person must:*

*1. be Disabled and receiving benefits under this policy; and*
*2. be fully participating in a Rehabilitation Program approved by Liberty.*

*Increased Monthly Benefit*

*If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 70.00%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.*

*Disability Benefits Termination*

*If the Covered Person, at any time, declines to fully participate in an approved*

**Lincoln/Marcus 3309**

*Rehabilitation Program recommended by Liberty, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, no benefit will be paid from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program*

*.*

*Discontinuation of the Rehabilitation Incentive Benefit*

*The Rehabilitation Incentive Benefit will cease:*

*1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved byLiberty;*

*2. in accordance with the provision[s] entitled "Discontinuation of the Long Term Disability Benefit"; or*

*3. When the Rehabilitation Program ends.*

*For the purpose of this provision, "Rehabilitation Program" means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered mayinclude, but are not limited to, the following:*

*1. physical therapy;*
*2. occupationa therapy;*
*3. work hardening programs;*
*4. functional capacity evaluations;*
*5. psychologicaland vocationa lcounseling;*
*6. rehabilitative employment; and*
*7. vocational rehabilitation services.*

If it is determined that you would be an appropriate candidate for Vocational Rehabilitation services you will be contacted.  In addition, if you would like more information regarding our services, please contact me.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

Your gross monthly benefit is equal to $5,412.16.  You will continue to receive this benefit provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any

**Lincoln/Marcus 3310**

LTD premiums normally due.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

MentalIllness and/or Substance Abuse Limitation

The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a combined period of 12 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end ofthecombined period of1 2months, theMonthly Benefit will be paid durig the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a combined period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

We have determined that you are disabled from iron deficiency anemia and overall poor physical condition. Our review of the medical records received also indicates that you have also been diagnosed with depressive disorder, panic attacks and anxiety. We have requested additional information to assess your restrictions and limitations related to this diagnosis.

Please be advised that if your depressive disorder, panic attacks and anxiety is determined to be disabling, you will also be subject to the above limitation.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Lincoln Life Assurance Company of Boston has the right to recover the

**Lincoln/Marcus 3311**

amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592


Attachments:   Direct Deposit Application
               W-4S 2019

5  of 5

**Lincoln/Marcus 3312**

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:**  Brandy Pelletier

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH:

**CHECK ONE:** ☐ **New**    ☐ **Change**

**YOUR TELEPHONE NUMBER:**    (      )

**ADDRESS:**                         CITY:                STATE:         ZIP:

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:**    ☐ **Checking**    ☐ **Savings**        **BANK NAME:**

**9 DIGIT ABA ROUTING NUMBER:**                 **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:**                    CITY:          STATE:          ZIP:

                                      **BANK PHONE:**    (      )

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ **YES**    ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ **YES**    ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK.  Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it.  I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed:                              Date:

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**Lincoln/Marcus 3313**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds     will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

**Lincoln/Marcus 3314**

Form **W-4S**

Department of the Treasury
Internal Revenue Service

## Request for Federal Income Tax Withholding From Sick Pay

▶ **Give this form to the third-party payer of your sick pay.**
▶ **Go to *www.irs.gov/FormW4S* for the latest information.**

OMB No. 1545-0074

**2019**

| Type or print your first name and middle initial | Last name | Your social security number |
|---|---|---|

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.)  . . . . . . . . . . . . . . . . . . . . . . .   **$**

Employee's signature ▶                                                                 Date ▶

...................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ...........................................................

### Worksheet (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | | |
|---|---|---|---|---|
| 1 | Enter amount of adjusted gross income that you expect in 2019  . . . . . . . . . . . . . . . | **1** | | |
| 2 | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. See Pub. 505 for details. If you don't plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional standard deductions for age and blindness.) **Note:** There is no deduction for personal exemptions for 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | |
| 3 | Subtract line 2 from line 1  . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| 4 | Tax. Figure your tax on line 3 by using the **2019** Tax Rate Schedule X, Y-1, Y-2, or Z on page 2. **Do not** use any tax tables, worksheets, or schedules in the 2018 Form 1040 instructions  . . . . . . | **4** | | |
| 5 | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . | **5** | | |
| 6 | Subtract line 5 from line 4  . . . . . . . . . . . . . . . . . . . . . . | **6** | | |
| 7 | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2019 or paid or to be paid with 2019 estimated tax payments  . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | | |
| 8 | Subtract line 7 from line 6  . . . . . . . . . . . . . . . . . . . . . . | **8** | | |
| 9 | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | | |
| 10 | Divide line 8 by line 9. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above | **10** | | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You aren't required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Don't use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note:** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:
• Under a plan to which your employer is a party, and
• In place of wages for any period when you're temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:
• Must be in whole dollars (for example, $35, not $34.50).
• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution:** You may be subject to a penalty if your tax payments during the year aren't at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S **is not** valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you'll receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**For Paperwork Reduction Act Notice, see page 2.**                Cat. No. 10226E                Form **W-4S** (2019)

**Lincoln/Marcus 3315**

Form W-4S (2019)                                                                                                          Page **2**

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution:** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** Itemized deductions include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 10% of your adjusted gross income. See Pub. 505 for details.

**Standard deduction.** For 2019, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $24,400* |
| Head of household . . . . . . . . . . . . . . . | $18,350* |
| Single or Married filing separately . . . . . . . . . . | $12,200* |

\* If you're age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional standard deduction for the elderly or blind.*** An additional standard deduction of $1,300 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,600 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,600 is allowed on a joint return ($2,600 on a separate return if your spouse is your dependent). If both spouses are 65 or older **and** blind, an additional $5,200 is allowed on a joint return ($5,200 on a separate return if your spouse is your dependent). An additional $1,650 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,300 if 65 or older **and** blind. See Pub. 505, Worksheet 2-4.

***Limited standard deduction for dependents.*** If you are a dependent of another person, your standard deduction is the greater of (a) $1,100 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you're 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 5—Credits

Include on this line any tax credits that you're entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled. See Pub. 505, Table 1-2, for credits.

### Line 7—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2019 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2019 Tax Rate Schedules

### Schedule X—Single

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 510,300 | 46,628.50 + 35% | 204,100 |
| 510,300 | and greater | 153,798.50 + 37% | 510,300 |

### Schedule Z—Head of household

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,850 | $0 + 10% | $0 |
| 13,850 | 52,850 | 1,385 + 12% | 13,850 |
| 52,850 | 84,200 | 6,065 + 22% | 52,850 |
| 84,200 | 160,700 | 12,962 + 24% | 84,200 |
| 160,700 | 204,100 | 31,322 + 32% | 160,700 |
| 204,100 | 510,300 | 45,210 + 35% | 204,100 |
| 510,300 | and greater | 152,320 + 37% | 510,300 |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $19,400 | $0 + 10% | $0 |
| 19,400 | 78,950 | 1,940 + 12% | 19,400 |
| 78,950 | 168,400 | 9,086 + 22% | 78,950 |
| 168,400 | 321,450 | 28,765 + 24% | 168,400 |
| 321,450 | 408,200 | 65,497 + 32% | 321,450 |
| 408,200 | 612,350 | 93,257 + 35% | 408,200 |
| 612,350 | and greater | 164,709.50 + 37% | 612,350 |

### Schedule Y-2—Married filing separately

| If line 3 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,700 | $0 + 10% | $0 |
| 9,700 | 39,475 | 970.00 + 12% | 9,700 |
| 39,475 | 84,200 | 4,543.00 + 22% | 39,475 |
| 84,200 | 160,725 | 14,382.50 + 24% | 84,200 |
| 160,725 | 204,100 | 32,748.50 + 32% | 160,725 |
| 204,100 | 306,175 | 46,628.50 + 35% | 204,100 |
| 306,175 | and greater | 82,354.75 + 37% | 306,175 |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue

law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

**Lincoln/Marcus 3316**

71317190213

Printed on 10/29/2019 01:29 PM

Page 4 of 6

Marcus, Leslie S    Scan on October 18, 2019 by Ernesta M Kenton of leslie marcus.tif

10/16/19  08:02:08  Lincoln Financial    ->    Fax Server Lincoln Financial Gr Page 004



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (855) 437-7611
Secure Fax No.: (603) 334-8592

## Restrictions Form

Return To:  Brandy Pelletier _____

| Leslie Marcus | | 9303113 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1.  DATE FIRST TREATED   —   _____   _____
    DATE LAST TREATED   —   _____   _____
    NEXT OFFICE VISIT   —   _____   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2.  For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐  SEDENTARY  Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐  LIGHT  Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐  MEDIUM  Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐  HEAVY  Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐  VERY HEAVY  Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | FREQUENTLY Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | CONSTANTLY Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3.  DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.    1)  For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
    2)  For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

_____
_____
_____
_____

4.  RESTRICTIONS IMPOSED FROM _____ TO _____ .

5.  IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____

_____
_____

6.  PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

_____
_____

7.  PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____ .



**Lincoln/Marcus 3317**

7I317190213

Printed on 10/29/2019 01:29 PM

Marcus, Leslie S    Scan on October 18, 2019 by Ernesta M Kenton of leslie marcus.tif

10/16/19  09:02:20  Lincoln Financial    →    Fax Server Lincoln Financial Gr Page 005

| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Lincoln/Marcus 3318**

71317190213

Printed on 10/29/2019 01:29 PM

Marcus, Leslie S    Scan on October 18, 2019 by Ernesta M Kenton of leslie marcus.tif

18/16/19  88:81:32  Lincoln Financial    →      Pax Server Lincoln Financial Gr Page 882



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (838) 437-7611
Secure Fax No.: (603) 334-8592

October 16, 2019

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
   ✓   Claimant: Leslie Marcus
   ✓   Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

  •  Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

    •  Completion of the Enclosed Forms:

       X  Restrictions Form
       __ Other

We ask that you provide this information by October 23, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1  of 2



**Lincoln/Marcus 3319**

71317190213

Marcus, Leslie S    Scan on October 18, 2019 by Ernesta M Kenton of leslie marcus.tif

---

10/16/19  09:01:52  Lincoln Financial    ->    Fax Server Lincoln Financial Gr Page 003

information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  Restrictions Form
              9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

Lincoln/Marcus 3320

7I317190213

Printed on 10/29/2019 01:29 PM

Marcus, Leslie S      Scan on October 18, 2019 by Ernesta M Kenton of leslie marcus.tif

10/16/19  89:02:26  Lincoln Financial    ->        Fax Server Lincoln Financial Gr Page 886

10/15/2019  12:22    480--894-1935          FEDEX OFFICE    2383         PAGE  05


## Lincoln
### Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (800) 437-7611
Secure Fax No.: (603) 334-6552

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the Information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The Information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___LESLIE MARCUS___

Name of legal representative, if applicable (print)_____  Relationship __SELF__

Signature of claimant or legal representative _____

Date of Birth _____  Claim Number __9303__  Date __10/14/19__

py of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018



**Lincoln/Marcus 3321**

7I317190213

Printed on 10/29/2019 01:29 PM

Marcus, Leslie S    Scan on October 18, 2019 by Ernesta M Kenton of leslie marcus.tif

10/16/19  09:01:16  Lincoln Financial    →    Fax Server Lincoln Financial Gr Page 001



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: October 16, 2019 | |
| To:    DR FRANK CIBULKA | |
| Attn:  Medical Records<br>**Disability** | |
| Fax:   (480) 882-5866 | |
| From:  Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.



**Lincoln/Marcus 3322**

71317190213

 **HONORHEALTH.** | HonorHealth Medical Group Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461<br>Progress Notes | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Visit date: 2/6/2019 | Sex: F

## Progress Notes

### Progress Notes by Frank E Cibulka, MD at 02/06/19 1100

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 02/06/19 1745 | Encounter Date: 2/6/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

Allergies as of 02/06/2019 - Review Complete 02/06/2019

| Allergen | Reaction | Noted |
|---|---|---|
| • Corticosteroids | | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 2/6/19 encounter (Office Visit) with Frank E Cibulka, MD.

### Subjective:

Patient ID: Leslie S Marcus is a 47 y.o. female.

Chief Complaint
Patient presents with
  • Follow-up
     *Patient is here today to follow up from seeing spine specialist and needs lab orders.*

Pt is here with her Son.
 she is looking well but With chronic Abnormalities including her Back pain and abnormalities Including herniated disc , facet Joint pain due to MVA
 they have recommended Ablation of nerve
She is also depressed and Anxious With chronic Fatigue
she has had some GI irritation
 and Her Atrial fibrillation after epidurals with An ablation with no effect at this time

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |



**Lincoln/Marcus 3323**

7I317190213

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:        Sex: F
3311 N 44th Street #101     Visit date: 2/6/2019
PHOENIX AZ 85018-6461
Progress Notes

## Progress Notes (continued)

**Progress Notes by Frank E Cibulka, MD at 02/06/19 1100 (continued)**

| | |
|---|---|
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |

Review of Systems
Constitutional: Positive for activity change, fatigue and unexpected weight change (weight is stable has gained 20-30 pounds).
Respiratory: Negative.
Cardiovascular:
     Atrial fibrillation
Musculoskeletal: Positive for arthralgias, back pain and gait problem.
Skin: Negative.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. The patient is nervous/anxious.

### Objective

BP 128/82 | Pulse 86 | Temp 96.8 °F (36 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 149 lb (67.6 kg) | SpO2 98% | BMI 24.79 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and normal heart sounds. An irregular rhythm present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Musculoskeletal:
**Chronic Back pains**
Psychiatric: Her speech is normal. Judgment normal. Her mood appears anxious. She is agitated. She exhibits a depressed mood.



**Lincoln/Marcus 3324**

71317190213

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:          Sex: F
3311 N 44th Street #101     Visit date: 2/6/2019
PHOENIX AZ 85018-6461
Progress Notes

**Progress Notes (continued)**

**Progress Notes by Frank E Cibulka, MD at 02/06/19 1100 (continued)**

**Assessment & Plan**

Leslie was seen today for follow-up.

Diagnoses and all orders for this visit:

**Anxiety as acute reaction to exceptional stress**

**Paroxysmal atrial fibrillation**

**Chronic fatigue**

**Adjustment disorder with depressed mood**

**Chronic bilateral back pain, unspecified back location**
Comments:
multiple sites

**Nausea**

**Other orders**
- clonazePAM (KLONOPIN) 1 mg tablet; Take 1 tablet (1 mg total) by mouth at bedtime as needed for Anxiety.

**Patient Instructions**
Reviewed her Medical history including her hospital Visits

We will refer to a neurologist For evaluation
I thin she is totally overwhelmed and is having Vasovagal Episodes chronically and This is fatiguing Her
I will start her With clonazepam 1 mg At night For 14 Days then stop and we will see her in 2 weeks.

She is Still pending Cardiac/EP evaluation after her ablation
reviewed the Meds
Will stop Reglan as this may have Neuro Effects
encourage activity as tolerated
if her stress improves We will add med at next visit

I really feel bad In the situation she Has ended up By no fault of her own
I hope we can Move Towards resolution.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
45+ min

Generated by 42633 at 10/29/19 1:31 PM                                    Page 3



**Lincoln/Marcus 3325**

7I317190213

 **HonorHealth Medical Group**    Marcus, Leslie S
Arcadia                      MRN: 3220726, DOB:     Sex: F
3311 N 44th Street #101      Visit date: 2/6/2019
PHOENIX AZ 85018-6461
Progress Notes

**Progress Notes (continued)**

**Progress Notes by Frank E Cibulka, MD at 02/06/19 1100 (continued)**

Return in about 2 weeks (around 2/20/2019), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD on 02/06/19 1745



**Lincoln/Marcus 3326**

71317190213

**HONORHEALTH.** HonorHealth Medical Group
Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:
Visit date: 2/6/2019

, Sex: F

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| | (Home) | L |
| | (Mobile) *Preferred* | |

## Admission Information

| Arrival Date/Time: | 02/06/2019 1039 | Admit Date/Time: | 02/06/2019 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or Physician Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Frank E Cibulka, MD | Attending Provider: | | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| None | None | None | None | HonorHealth Medical Group Arcadia |

## Laboratory Results

No results found

## Laboratory Orders

No orders found

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| | (Home) | |
| | (Mobile) *Preferred* | |

## Admission Information

| Arrival Date/Time: | 02/06/2019 1039 | Admit Date/Time: | 02/06/2019 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or Physician Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Frank E Cibulka, MD | Attending Provider: | | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| None | None | None | None | HonorHealth Medical Group Arcadia |

## Radiology Results

No matching results found

---

Generated by 42633 at 10/29/19  1:31 PM



**Lincoln/Marcus 3327**

71317190213

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia    MRN: 3220726, DOB:
3311 N 44th Street #101    Visit date: 2/20/2019    Sex: F
PHOENIX AZ 85018-6461
Progress Notes

## Progress Notes

### Progress Notes by Frank E Cibulka, MD at 02/20/19 1115

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 02/20/19 1219 | Encounter Date: 2/20/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

**Allergies as of 02/20/2019 - Review Complete 02/20/2019**

| Allergen | Reaction | Noted |
|---|---|---|
| • Corticosteroids | | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

**Outpatient Medications Marked as Taking for the 2/20/19 encounter (Office Visit) with Frank E Cibulka, MD**

| Medication | Sig | Dispense | Refill | |
|---|---|---|---|---|
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | | |

**Subjective:**

Patient ID: Leslie S Marcus is a 47 y.o. female.

**Chief Complaint**
Patient presents with
 • Follow-up

Pt is here for a follow up
the clonazepam helped her sleep with 1.5 mg
we will have her continue
se Des continue to have anxiety
She has used A tincture Of CBD oil Sh has Gotten from a friend And this has Resolved her Nausea And helped her daily anxiety
Her back pain is persistent And She may get An ablation
sh has started To Increase her Activity mainly Yoga
she does feel bad With activity likely Not getting a response for her heart
hopefully when she see the EP They can come to a plan that may Have her off the Meds
She is still pending the neurology consult

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |

Generated by 42633 at 10/29/19 1:31 PM          Page 6



**Lincoln/Marcus 3328**

7I317190213



| | |
|---|---|
| **HONORHEALTH.** | HonorHealth Medical Group Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461<br>Progress Notes |

Marcus, Leslie S
MRN: 3220726, DOB:
Visit date: 2/20/2019

Sex: F

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 02/20/19 1115 (continued)

| | |
|---|---|
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for unexpected weight change (she did lose 3 pounds).
HENT: Positive for congestion (chronic ).
Cardiovascular:
   Paroxysmal atrial fibrillation
Gastrointestinal: Positive for nausea (improved).
Musculoskeletal: Positive for arthralgias, back pain and neck pain.
Skin: Negative.
Allergic/Immunologic: Positive for environmental allergies.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

### Objective

BP 118/78 | Pulse 82 | Temp 97 °F (36.1 °C) (Temporal) | Resp 16 | Wt 146 lb (66.2 kg) | SpO2 98% | BMI 24.30 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears lethargic.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.



**Lincoln/Marcus 3329**

71317190213

 HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB: | Sex: F
3311 N 44th Street #101 | Visit date: 2/20/2019
PHOENIX AZ 85018-6461
Progress Notes

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 02/20/19 1115 (continued)

Nose: Mucosal edema (chronic) present.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Neurological: She appears lethargic.

### Assessment & Plan

Leslie was seen today for follow-up.

Diagnoses and all orders for this visit:

**Paroxysmal atrial fibrillation**

**Anxiety as acute reaction to exceptional stress**

**Insomnia due to medical condition**

**Adjustment disorder with depressed mood**

**Chronic bilateral back pain, unspecified back location**
   Comments:
      due to accident

**Chronic fatigue**

**Chronic allergic rhinitis**
   -   Ambulatory referral to Allergy

**Other orders**
   -   clonazePAM (KLONOPIN) 1 mg tablet; Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety.

.
**Patient Instructions**
After a long discussion and review of meds  Consults  And therapies, we  have seen some mild improvement
she starting   restorative yoga  And  Is very difficult
I have recommended  aerobic activity  30 min  3 x a week she will need to  Work up to this
sh has been using  tincture of CBD  With help of her anxiety and  Nausea
she has been able to sleep  And  Stop  PPI and Reglan
her  Back plan is  In waiting  As the recommendations  Are ablation of nerves  As her  Structure  Is mildly



**Lincoln/Marcus 3330**

71317190213

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia    MRN: 3220726, DOB:     Sex: F
3311 N 44th Street #101    Visit date: 2/20/2019
PHOENIX AZ 85018-6461
Progress Notes

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 02/20/19 1115 (continued)

abnormal she is gong to see the Neurologist 3/8/19.
She is also going to see the EP and hopefully Get off the flecainide
This may make her feel better
We will have her continue on the Clonazepam 1.5 mg At night As this helps Sleep

I have Discussed with her the form And Signed A form for a med Mar Card.

Greater than 70% of the visit was spent In discussion , counseling.
Agreed with the plan
45+ min

schedule to have the Growing lesion on the right Chest removed.

Return in about 6 weeks (around 4/3/2019), or if symptoms worsen or fail to improve, for she will return to have skin leson removed.

Electronically signed by Frank E Cibulka, MD on 02/20/19 1219

---

Generated by 42633 at 10/29/19 1:31 PM          Page 9



**Lincoln/Marcus 3331**

7I317190213

**HONORHEALTH.** | HonorHealth Medical Group Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461<br>Progress Notes | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Visit date: 2/20/2019 | , Sex: F

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| | (Home)<br>(Mobile) *Preferred* | |

## Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | 02/20/2019 1103 | Admit Date/Time: | 02/20/2019 | IP Adm.<br>Date/Time: | | |
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or<br>Physician<br>Referral | Admit Category: | | |
| Means of Arrival: | | Primary Service: | | Secondary<br>Service: | N/A | |
| Transfer Source: | | Service Area: | | Unit: | | |
| Admit Provider: | Frank E Cibulka,<br>MD | Attending<br>Provider: | | Referring<br>Provider: | | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| None | None | None | None | HonorHealth Medical<br>Group Arcadia |

## Laboratory Results
No results found

## Laboratory Orders
No orders found

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| | (Home)<br>(Mobile) *Preferred* | |

## Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | 02/20/2019 1103 | Admit Date/Time: | 02/20/2019 | IP Adm.<br>Date/Time: | | |
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or<br>Physician<br>Referral | Admit Category: | | |
| Means of Arrival: | | Primary Service: | | Secondary<br>Service: | N/A | |
| Transfer Source: | | Service Area: | | Unit: | | |
| Admit Provider: | Frank E Cibulka,<br>MD | Attending<br>Provider: | | Referring<br>Provider: | | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| None | None | None | None | HonorHealth Medical<br>Group Arcadia |

## Radiology Results
No matching results found



**Lincoln/Marcus 3332**

71317190213

 HonorHealth Medical Group
Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:
Visit date: 5/20/2019

Sex: F

## Progress Notes

### Progress Notes by Frank E Cibulka, MD at 05/20/19 1315

Author: Frank E Cibulka, MD
Filed: 05/20/19 1722
Editor: Frank E Cibulka, MD (Physician)

Service: —
Encounter Date: 5/20/2019

Author Type: Physician
Status: Signed

### Allergies as of 05/20/2019 - Review Complete 05/20/2019

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

### Outpatient Medications Marked as Taking for the 5/20/19 encounter (Office Visit) with Frank E Cibulka, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 25 mg by mouth 2 (two) times daily. | | |

### Subjective:

Patient ID: Leslie S Marcus is a 47 y.o. female.

No chief complaint on file.

Pt is here with her Sig other
she is continuing to suffer and struggle Form he initial abnormalities And continue to have Cardiac abnormalities With severe Fatigue And lethargy
she is very Stressed and has an abnormal mood Associated with the Significant Changes in her Life including Not being Able to work and Exercise
she has recently been dx with PE With travel And is on a blood thinner And is Pending Cardiac ablation At the Mayo clinic
She really is Inept at this time and Is very despondent.
Her sleep is Marginally improved on the Remeron , we will refill for her
She is titrating the clonazepam and is almost fully off .

### Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |

Generated by 42633 at 10/29/19 1:31 PM



**Lincoln/Marcus 3333**

7I317190213

 HonorHealth Medical Group  Marcus, Leslie S
Arcadia                       MRN: 3220726, DOB:          Sex: F
3311 N 44th Street #101       Visit date: 5/20/2019
PHOENIX AZ 85018-6461
Progress Notes

## Progress Notes (continued)

**Progress Notes by Frank E Cibulka, MD at 05/20/19 1315 (continued)**

| | |
|---|---|
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue.
Cardiovascular:
    Atrial fibrillation,getting worse
 on anti arrhythmics
Gastrointestinal: Negative.
Musculoskeletal: Positive for arthralgias, back pain, neck pain and neck stiffness.
Skin: Negative.
Allergic/Immunologic: Positive for environmental allergies.
Neurological: Positive for dizziness and weakness.
Hematological: Bruises/bleeds easily.
Psychiatric/Behavioral: Positive for agitation, decreased concentration, dysphoric mood and sleep disturbance.
Negative for behavioral problems, confusion, hallucinations, self-injury and suicidal ideas. The patient is
nervous/anxious. The patient is not hyperactive.

**Objective:**

BP 122/78 | Pulse 71 | Temp 97.2 °F (36.2 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 141 lb (64 kg)
| SpO2 98% | BMI 23.46 kg/m²



**Lincoln/Marcus 3334**

71317190213

 **HONORHEALTH.** | HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB:        , Sex: F
3311 N 44th Street #101 | Visit date: 5/20/2019
PHOENIX AZ 85018-6461
**Progress Notes**

## Progress Notes (continued)

**Progress Notes by Frank E Cibulka, MD at 05/20/19 1315 (continued)**

**Physical Exam**
Constitutional: She appears well-developed and well-nourished. She appears distressed.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and normal heart sounds. An irregularly irregular rhythm present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Musculoskeletal:
Pt with decreased tone Of the generalized musculature and in the extremities
Skin: Skin is warm and dry.
bruising
Psychiatric: Her mood appears anxious. Her speech is tangential. Cognition and memory are normal. She exhibits a depressed mood.

**Assessment & Plan**

Diagnoses and all orders for this visit:

**Paroxysmal atrial fibrillation**

**Other acute pulmonary embolism without acute cor pulmonale**
- Ambulatory referral to Hematology / Oncology
- Ambulatory referral to Hematology / Oncology

**Anxiety as acute reaction to exceptional stress**

**Insomnia due to medical condition**

**Adjustment disorder with depressed mood**

**Chronic bilateral back pain, unspecified back location**

**Other orders**
- atorvastatin (LIPITOR) 20 mg tablet; Take 1 tablet (20 mg total) by mouth at bedtime.
- mirtazapine (REMERON) 30 mg tablet; Take 1 tablet (30 mg total) by mouth at bedtime.

**Patient Instructions**
We did discuss starting her on a SSRI, but She can not take Due to interactions With some of her meds

Generated by 42633 at 10/29/19 1:31 PM                                      Page 13



**Lincoln/Marcus 3335**

71317190213

 **HONORHEALTH.** | HonorHealth Medical Group Arcadia 3311 N 44th Street #101 PHOENIX AZ 85018-6461 Progress Notes | Marcus, Leslie S MRN: 3220726, DOB: Visit date: 5/20/2019 | Sex: F

## Progress Notes (continued)

**Progress Notes by Frank E Cibulka, MD at 05/20/19 1315 (continued)**

she will see the EP and is going to have a cardiac ablation
Hopefully , this will allow her Heart to Have A regular beat and Get off the Meds
she will continue with activity but is unable Due to meds sn severe fatigue
she Is on a blood thinner Due to her having PE And is not a Candidate for travel at this time As it has precipitated PE's.
Her stamina is Poor .
She is going to have the ablation then Will ned to monitor The efficacy and Then Adjust mends and then Advance activity

She has Severe adjustment Disorder And Has Sleep abnormalities and the Remeron is Helpful But difficulty to treat the Change in mood.

I have Recommended no Work for at least 3 months.
At that time Will reevaluate where she is at and her Status.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
45+ min

Return in about 3 months (around 8/20/2019), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD on 05/20/19 1722



**Lincoln/Marcus 3336**

7I317190213

**HONORHEALTH.** | HonorHealth Medical Group | Marcus, Leslie S
--- | --- | ---
 | Arcadia | MRN: 3220726, DOB: , Sex: F
 | 3311 N 44th Street #101 | Visit date: 5/20/2019
 | PHOENIX AZ 85018-6461 |
 | Progress Notes |

## Patient Demographics

| Address | Phone | E-mail Address |
| --- | --- | --- |
| | (Home) | |
| | (Mobile) *Preferred* | |

## Admission Information

| Arrival Date/Time: | 05/20/2019 1315 | Admit Date/Time: | 05/20/2019 | IP Adm. Date/Time: | |
| --- | --- | --- | --- | --- | --- |
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or Physician Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Frank E Cibulka, MD | Attending Provider: | | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
| --- | --- | --- | --- | --- |
| None | None | None | None | HonorHealth Medical Group Arcadia |

## Laboratory Results

No results found

## Laboratory Orders

No orders found

## Patient Demographics

| Address | Phone | E-mail Address |
| --- | --- | --- |
| | (Home) | |
| | (Mobile) *Preferred* | |

## Admission Information

| Arrival Date/Time: | 05/20/2019 1315 | Admit Date/Time: | 05/20/2019 | IP Adm. Date/Time: | |
| --- | --- | --- | --- | --- | --- |
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or Physician Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | | Unit: | |
| Admit Provider: | Frank E Cibulka, MD | Attending Provider: | | Referring Provider: | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
| --- | --- | --- | --- | --- |
| None | None | None | None | HonorHealth Medical Group Arcadia |

## Radiology Results

No matching results found



**Lincoln/Marcus 3337**

71317190213

 HonorHealth Medical Group Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:
Visit date: 9/5/2019

Sex: F

## Progress Notes

### Progress Notes by Frank E Cibulka, MD at 09/05/19 1400

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 09/06/19 0617 | Encounter Date: 9/5/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

**Allergies as of 09/05/2019 - Review Complete 09/05/2019**

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

**Outpatient Medications Marked as Taking for the 9/5/19 encounter (Office Visit) with Frank E Cibulka, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • apixaban (ELIQUIS) 5 mg TABS tablet | Take by mouth 2 (two) times daily. | | |
| • budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler | Inhale 2 puffs into the lungs. | | |
| • clonazePAM (KLONOPIN) 1 mg tablet | Take 1 mg by mouth 2 (two) times daily. | | |
| • venlafaxine (EFFEXOR XR) 150 mg 24 hr capsule | Take 150 mg by mouth. | | |

## Subjective:

Patient ID: Leslie S Marcus is a 48 y.o. female.

**Chief Complaint**
Patient presents with
- Follow-up
   *Patient is here today to follow up from mayo clinic and update dr cibulka on everything that has been going on.*

Pt is here after having ablation  To treat her  atrial fibrillation
it  Was  Successful.
she had  Imaging of the neck and  Has some LAD
she is scheduled  To see ENT
 She is  significantly  Fatigues  And it is  multifactorial  But primarily form  The  Severe  Iron deficiency anemia.
She currently is not working  As she was  Let  Go  By her previous employer.
Her stress is still prominent

---



**Lincoln/Marcus 3338**

7I317190213



| | |
|---|---|
| HonorHealth Medical Group | Marcus, Leslie S |
| Arcadia | MRN: 3220726, DOB: |
| 3311 N 44th Street #101 | Visit date: 9/5/2019 |
| PHOENIX AZ 85018-6461 | Sex: F |
| Progress Notes | |

## Progress Notes (continued)

### Progress Notes by Frank E Cibulka, MD at 09/05/19 1400 (continued)

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |

Review of Systems
Constitutional: Positive for activity change and fatigue.
Respiratory: Negative.
Cardiovascular: Positive for palpitations (improved atrial fib after her cardiac ablation).
Musculoskeletal: Positive for arthralgias.
Skin: Negative.
Hematological: Positive for adenopathy (in the right cervical neck area).
 Anemia
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.



**Lincoln/Marcus 3339**

7I317190213

 **HONORHEALTH**

HonorHealth Medical Group
Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:
Visit date: 9/5/2019

Sex: F

**Progress Notes (continued)**

**Progress Notes by Frank E Cibulka, MD at 09/05/19 1400 (continued)**

**Objectives**

BP 108/62 | Pulse 85 | Temp 98 °F (36.7 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 143 lb (64.9 kg) | SpO2 97% | BMI 23.80 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. Thyromegaly present.
Cardiovascular: Normal rate and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Lymphadenopathy:
  She has cervical adenopathy (I was not able to identiufy on palpitation and exam).
Psychiatric: Her mood appears anxious. She exhibits a depressed mood.

**Assessment & Plan**

Leslie was seen today for follow-up.

Diagnoses and all orders for this visit:

**Iron deficiency anemia, unspecified iron deficiency anemia type**
  · Ambulatory referral to Hematology / Oncology

**Anxiety as acute reaction to exceptional stress**

**Paroxysmal atrial fibrillation**
  Comments:
    s/p ablation

**Chronic fatigue**

**Patient Instructions**
Pt S/p an ablation As her Cardiac abnormalities see to be Improving Or are At least stabilizing. sh is Significantly Anemic With Iron deficiency

Generated by 42633 at 10/29/19 1:31 PM                                    Page 18



**Lincoln/Marcus 3340**

71317190213

 **HONORHEALTH.**ᴛᵥ

HonorHealth Medical Group Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes

Marcus, Leslie S
MRN: 3220726, DOB:
Visit date: 9/5/2019

Sex: F

## Progress Notes (continued)

**Progress Notes by Frank E Cibulka, MD at 09/05/19 1400 (continued)**

I have Referred her to a hematologist For an evaluation As I think She would Improve With iron transfusion. She is Pending A visit With an ENT As she Apparently has Some Lymphadenopathy. I really did not appreciate Significant LAD in the neck.
reviewed Notes For the mayo.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
40+ min

Return in about 3 months (around 12/5/2019), or if symptoms worsen or fail to improve.

Electronically signed by Frank E Cibulka, MD on 09/06/19 0617



**Lincoln/Marcus 3341**

7I317190213

**HONORHEALTH.** | HonorHealth Medical Group Arcadia
3311 N 44th Street #101
PHOENIX AZ 85018-6461
Progress Notes | Marcus, Leslie S
MRN: 3220726, DOB:         , Sex: F
Visit date: 9/5/2019

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| | (Home) | |
| | (Mobile) *Preferred* | |

## Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | 09/05/2019 1408 | Admit Date/Time: | 09/05/2019 | IP Adm. Date/Time: | | |
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or Physician Referral | Admit Category: | | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A | |
| Transfer Source: | | Service Area: | | Unit: | | |
| Admit Provider: | Frank E Cibulka, MD | Attending Provider: | | Referring Provider: | | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| None | None | None | None | HonorHealth Medical Group Arcadia |

## Laboratory Results

No results found

## Laboratory Orders

No orders found

## Patient Demographics

| Address | Phone | E-mail Address |
|---|---|---|
| | (Home) | |
| | (Mobile) *Preferred* | |

## Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | 09/05/2019 1408 | Admit Date/Time: | 09/05/2019 | IP Adm. Date/Time: | | |
| Admission Type: | Elective 3 | Point of Origin: | Clinic Or Physician Referral | Admit Category: | | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A | |
| Transfer Source: | | Service Area: | | Unit: | | |
| Admit Provider: | Frank E Cibulka, MD | Attending Provider: | | Referring Provider: | | |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| None | None | None | None | HonorHealth Medical Group Arcadia |

## Radiology Results

No matching results found

## END OF REPORT

Generated by 42633 at 10/29/19  1:31 PM



**Lincoln/Marcus 3342**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| BALFOUR BEATTY INVESTMENTS | LESLIE MARCUS | 9303113 |

| | | | |
|---|---|---|---|
| Referred By: | Brandy Pelletier | Claimant DOB: | |
| Referral Date: | 10/30/2019 | Job Title: | portfolio manager |
| Due Date: | 11/14/2019 | Medical/ Surgical Condition: | pulmonary embolism, anemia, a-fib, ulcers |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 05/03/2019 |
| Report Date: | | DOD: | 04/13/2019 |
| Physical Demands: | | BBD: | 10/17/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).
*Physical medical conditions*
- Poor physical condition (Z73.6)
- Iron deficiency anemia (D50)

*Behavioral health conditions*
- Major depressive disorder (F32.9)
- Panic attacks (F41.0)
- Anxiety (F41.9)

2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).
- History of paroxysmal atrial fibrillation/atrial flutter (Z86.79)
- Pulmonary embolism (I26)
- Deep venous thrombosis (I80.2)
- Asthma (J45)
- Muscle tension dysphonia (R49.0)

3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from DOD to present, and comment on the expected duration.
a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.

**Lincoln/Marcus 3343**

After discussion with the claimant's primary care physician Dr. Cibulka and review of the claimant's medical history as presented in the currently available medical records, it is reasonable to conclude that she is deconditioned. She will be referred to physical therapy/occupational therapy with the goal of work hardening over 6 to 8 weeks per her primary care physician. Prognosis for full recovery and return to work is good. Suggest obtaining records from Dr. Cibulka and physical therapy in one month for evaluation of the claimant's clinical condition.

*I would defer the discussion of the behavioral health conditions to a consulting physician in psychiatry.*

4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?
Yes, treatment is consistent with standard of care. The claimant appears to be inherent to suggested medical therapeutic regimen.

5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?
There are no nonmedical circumstances identified in the currently available medical records for review.

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: Dr. Cibulka    Phone: 1 (480) 882 7360        Fax: (480) 882-5866
- *Called to Dr. Cibulka on 11/11/19 at 245 PM AZT. Message left requesting a return call regarding the claimant's current clinical condition.*

*Called returned on 11/12/19. Discussion with Dr. Cibulka indicates that claimant is deconditioned with additional impairment related to her iron deficiency anemia unknown etiology at her behavioral health condition. In his professional assessment, she would benefit at this time from PT/OT with the goal of work hardening. Consensus was reached that 6 to 8 weeks would be and adequate timeframe for reevaluation of her clinical condition. Additionally, she has the behavioral health conditions of major depressive disorder, panic attacks, and anxiety for which she has been on medication. You believe that this is also contributing to her underlying impairment.*

Additional Questions

LTD BBD: 10/17/2019.  CLMT IS A 48 YOF. PREVIOUSLY EMPLOYED AS A PORTFOLIO MANAGER WITH BALFOUR BEATTY INVESTMENTS (HAS SINCE BEEN TERMINATED). ORIGINAL LDW: 4/12/2019.  DOD: 4/13/2019.  SUCCESSIVE RTW ON ASSOCIATED STD: 4/29/2019 - NEW LDW: 5/3/2019.  DX: A-FIB; TACHYCARDIA; ANEMIA; PULMONARY EMBOLISM; ULCERS; LYMPH NODE ON NECK; DEPRESSION.  CLMT REPORTED THAT SHE WAS IN A MVA IN 12/2017 AND HER HEALTH HAS SUFFERED SINCE THEN.  HER BACK PAIN HAS SINCE RESOLVED, FOLLOWING AN OUTPATIENT PROCEDURE SUMMER OF 2019 THAT CUT THE NERVE IN HER LOWER LUMBAR AREA. SHE HAS HAD TWO CARDIAC PROCEDURES

**Lincoln/Marcus 3344**

FOR A-FIB, MOST RECENT IN 7/2019 AND THAT SEEMS TO BE RESOLVING. CLMT TREATS WITH PCP, DR. CIBULKA AND DR. CHO, HEMATOLOGIST.  ALL OTHER SPECIALISTS ARE WITHIN THE MAYO CLINIC.  N&P WAS INITIATED AND ALL RECORDS WERE DUE 10/28.  A RESPONSE WAS RCVD FROM THE MAYO CLINIC, AS WELL AS A RF FROM DR CIBULKA; HOWEVER, WE ARE CURRENTLY MISSING AVAILABLE RECORDS FROM DR CIBULKA AND DR CHO.  DCM WOULD LIKE TO HAVE THE AVAILABLE INFORMATION RECEIVED TO DATE REVIEWED TO DETERMINE IF WE CAN PROCESS LTD DETERMINATION.  THANK YOU.

Brief overview of clinical presentation and course:

The claimant is a 42-year-old female with a medical history of paroxysmal atrial fibrillation/flutter beginning in August 2018 which has been complicated by pulmonary embolism, deep venous thrombosis, and iron deficiency anemia. She's undergone two ablation procedures, one in December 2018 and one in June 2019. As a result, she has become deconditioned. It is Dr. Cibulka's opinion that she currently does not have the strength, stamina, or stability to sustain even sedentary work reliably. She is being referred to physical therapy/occupational therapy with the goal of work hardening and return to work. She will be reevaluated in 6 to 8 weeks. Additionally, she has the behavioral health conditions of major depressive disorder, panic attacks, and anxiety for which she has been on medication. You believe that this is also contributing to her underlying impairment.

Records Reviewed:
*All medical records referred by Lincoln Financial Group as of today's date were reviewed.*

Additional action to consider (if applicable)
 Suggest obtaining records from Dr. Cibulka and physical therapy in one month for evaluation of the claimant's clinical condition.

Refer back to:  (place an "x" where appropriate)
( X ) This consultant                                  When: one month with above records
( ) Other physician of the following specialty:       When:
( ) Nurse                                              When:
( ) Behavioral Health Consultant (LCSW, LPC)          When:

*-Electronically Signed On 11/13/19-*

Mary Ellen Dirlam, MD, PhD, FACP
Board Certification: Internal Medicine

**Lincoln/Marcus 3345**



Liberty Life Assurance
Company of Boston, a
Lincoln Financial Group
company

Group Benefits Disability
Claims
P.O. Box 7206
⊢2-7206

841-1415

Date: 11/13/19

Name: Frank Cibulka, MD
Fax: (480) 882-5866

Re: Disability Benefits
    Claimant Name: Leslie Marcus
    Claimant DOB:
    Claim Number: 9303113

Dear Dr. Cibulka,

Thank you for returning my call on 11/11/19. I am the physician who was asked by Lincoln Financial Group to review the medical records Ms. Marcus submitted in support of her request for disability benefits. I appreciated the chance to speak with you and I'm writing to summarize my understanding of our conversation.

As we discussed, the medical records indicate Ms. Marcus has the medical history of paroxysmal atrial fibrillation/flutter complicated by pulmonary embolism, deep venous thrombosis, and iron deficiency anemia. As a result, she has become deconditioned. In your professional opinion she currently does not have the strength, stamina, or stability to sustain even sedentary work reliably. She is being referred to physical therapy/occupational therapy with the goal of work hardening and return to work. She will be reevaluated in 6 to 8 weeks. Additionally, she has the behavioral health conditions of major depressive disorder, panic attacks, and anxiety for which she has been on medication. You believe that this is also contributing to her underlying impairment.

To ensure that I have accurately summarized our conversation and reached valid conclusions, I would appreciate it if you would make any corrections or comments to this letter if necessary, sign below in the space provided, and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415. If a response is not received within 5 working days, then it is understood you agree with the summary.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Mary Ellen Dirlam, M.D., PhD, FACP
Board Certified, Internal Medicine

__ No changes/comments, OR
__ With changes/comments as noted above

_____    _____
Frank Cibulka, MD            Date

**Lincoln/Marcus 3346**

7I317190176

# �sharecare

| | |
|---|---|
| Invoice Number: | 297486 |
| Date: | 11/04/2019 |
| Tax ID: | 90-0998358 |

**Bill To:**

LINCOLN FINANCIAL GROUP
PO Box 7213
London, KY 40742-7213

**Send Medical Records To:**

LINCOLN FINANCIAL GROUP
PO Box 7213
London, KY 40742-7213

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| LESLIE MARCUS | 9303113 | Medical | 26 |

| Provider: |
|---|
| Scottsdale Healthcare Hospitals dba HonorHealth Medical Group - Arcadia 3311 N 44th St Phoenix, AZ 85018-6477 |

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-30 | 26 | $1.00 | $26.00 |
| Processing | 1 | $33.00 | $33.00 |
| | | Sub-Total: | $59.00 |
| | | Delivery Fee: | $1.33 |
| | | Tax: | $0.00 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $60.33 |

Pay Online at https://myplatform.hds.sharecare.com//hds/#l/patients

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards.

**Please remit payment to:**

Main Office:
Sharecare Health Data Services, LLC
8344 Clairemont Mesa Blvd. Suite 201
San Diego, CA 92111

(800) 560-3800 Toll-free
(858) 430-4982 Fax

| | |
|---|---|
| Account Number: | B-Q1L-DJ-WUL |
| Patient Name: | LESLIE MARCUS |
| Invoice Number: | 297486 |
| Payment Terms: | Net 30 |
| Balance Due: | $60.33 |



**Lincoln/Marcus 3347**

7I317190176

## ⊘sharecare

LINCOLN FINANCIAL GROUP
PO Box 7213
London  KY  40742-7213

297486
Oct 29 2019 8:42 PM
LESLIE MARCUS

AZ57410
Nov 04 2019 4:43 PM

**CONFIDENTIAL - MEDICAL RECORDS**          S

27

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited.



**Lincoln/Marcus 3348**

# FAX – CONFIDENTIAL



**To:** **DR DIRLAM**

Company:
Fax: 866-841-1415
Phone:

**From:** **HonorHealth Medical Group Arcadia**

Fax: 480-882-5866
Phone: 482-882-7360
E-mail:

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter. Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission:**
**Number of pages including this cover sheet: 7**

**Lincoln/Marcus 3349**

Marcus, Leslie S (MRN 3220726) DOB:                           Encounter Date: 10/28/2019

**Orders Placed**

None

**Medication Changes** As of 10/28/2019 12:18 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: azithromycin (ZITHROMAX Z-PAK) 250 mg tablet** | 0 | 10/28/2019 | |
| Take 2 tablets (500 mg) on  Day 1,  followed by 1 tablet (250 mg) once daily on Days 2 through 5. | | | |
| **Added: guaiFENesin-codeine (ROBITUSSIN AC) 100-10 MG/5ML syrup** | 0 | 10/28/2019 | 10/27/2020 |
| Take 5 mLs by mouth every 8 (eight) hours as needed for Cough. - Oral | | | |
| **Added: ipratropium (ATROVENT) 0.03 % nasal spray** | 2 | 10/28/2019 | 10/27/2020 |
| 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip - Nasal | | | |
| **Added: predniSONE (DELTASONE) 20 mg tablet** | 0 | 10/28/2019 | 11/7/2019 |
| Take 2 tablets (40 mg total) by mouth daily for 10 days. - Oral | | | |
| **Mirtazapine** | | | |
| **Discontinued or Completed: mirtazapine (REMERON) 30 mg tablet** | | | |
| Unchanged: mirtazapine (REMERON) 45 mg tablet | 1 | 9/30/2019 | |
| Patient-reported medication | | | |
| | | | |
| **Venlafaxine HCl** | | | |
| **Discontinued or Completed: venlafaxine (EFFEXOR XR) 75 mg 24 hr capsule** | | | |
| Patient-reported medication | | | |
| Unchanged: venlafaxine (EFFEXOR XR) 150 mg 24 hr capsule | | 10/18/2019 | 12/17/2019 |
| Take 150 mg by mouth. - Oral | | | |
| Patient-reported medication | | | |

**Medication List at End of Visit** As of 10/28/2019 12:18 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **VENTOLIN HFA 108 (90 Base) MCG/ACT inhaler** | 5 | 9/11/2019 | |
| INL 2 PUFFS PO Q 4 TO 6 H PRF SOB AND RELIEF OF ASTHMA SYMPTOMS | | | |
| Patient-reported medication | | | |
| **apixaban (ELIQUIS) 5 mg TABS tablet** | 5 | 10/2/2019 | |
| Take 1 tablet (5 mg total) by mouth 2 (two) times daily. - Oral | | | |
| **atorvastatin (LIPITOR) 20 mg tablet** | 1 | 5/20/2019 | |
| Take 1 tablet (20 mg total) by mouth at bedtime. - Oral | | | |
| **azithromycin (ZITHROMAX Z-PAK) 250 mg tablet** | 0 | 10/28/2019 | |
| Take 2 tablets (500 mg) on  Day 1,  followed by 1 tablet (250 mg) once daily on Days 2 through 5. | | | |
| **budesonide-formoterol (SYMBICORT) 160-4.5 MCG/ACT inhaler** | | 7/29/2019 | |
| Inhale 2 puffs into the lungs. - Inhalation | | | |
| Patient-reported medication | | | |
| **clonazePAM (KLONOPIN) 1 mg tablet** | | 8/19/2019 | |
| Take 1 mg by mouth 2 (two) times daily. - Oral | | | |
| Patient-reported medication | | | |
| **COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS)** | | | |
| Med Name: cbd oils | | | |
| Patient-reported medication | | | |
| **guaiFENesin-codeine (ROBITUSSIN AC) 100-10 MG/5ML syrup** | 0 | 10/28/2019 | 10/27/2020 |
| Take 5 mLs by mouth every 8 (eight) hours as needed for Cough. - Oral | | | |
| **ipratropium (ATROVENT) 0.03 % nasal spray** | 2 | 10/28/2019 | 10/27/2020 |
| 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip - Nasal | | | |
| **metoprolol tartrate (LOPRESSOR) 25 mg tablet** | 2 | 8/31/2019 | |
| Take 25 mg by mouth daily.  - Oral | | | |
| Patient-reported medication | | | |

Printed by Sylvia Sandoval at 11/11/19  2:56 PM                           Page 1 of 6

**Lincoln/Marcus 3350**

Marcus, Leslie S (MRN 3220726) DOB:                                          Encounter Date: 10/28/2019
**Medication List at End of Visit (continued)** As of 10/28/2019 12:18 PM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| **mirtazapine (REMERON) 45 mg tablet** <br> Patient-reported medication | 1 | 9/30/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet** <br> Take 10 mg by mouth at bedtime. - Oral <br> Patient-reported medication | | | |
| **pantoprazole (PROTONIX) 40 mg tablet** <br> Take 1 tablet (40 mg total) by mouth every 12 (twelve) hours. - Oral | 0 | 4/18/2019 | |
| **predniSONE (DELTASONE) 20 mg tablet** <br> Take 2 tablets (40 mg total) by mouth daily for 10 days. - Oral | 0 | 10/28/2019 | 11/7/2019 |
| **venlafaxine (EFFEXOR XR) 150 mg 24 hr capsule** <br> Take 150 mg by mouth. - Oral <br> Patient-reported medication | | 10/18/2019 | 12/17/2019 |

## Marcus, Leslie S                                                                  MRN: 3220726

| Office Visit | Provider: Frank E Cibulka, MD (Family Medicine) |
|---|---|
| 10/28/2019 | Primary diagnosis: Rhinosinusitis |
| HonorHealth Medical Group | Reason for Visit: Follow-up, URI |
| Arcadia | |

Frank E Cibulka, MD (Physician)
**Progress Notes**                                                               Family Medicine

Allergies as of 10/28/2019 - Review Complete 10/28/2019

| Allergen | Reaction | Noted |
|---|---|---|
| • Adhesive | Rash | 05/04/2019 |
| • Corticosteroids | Palpitations | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

Outpatient Medications Marked as Taking for the 10/28/19 encounter (Office Visit) with
Frank E Cibulka, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • venlafaxine (EFFEXOR XR) 150 <br> mg 24 hr capsule | Take 150 mg by <br> mouth. | | |

## Subjective:

**Patient ID:** Leslie S Marcus is a 48 y.o. female.

Chief Complaint
Patient presents with
- Follow-up
  *Patient is here today to follow up from seeing hematologist.*
- URI
  *3 weeks with congestion,nausea,vomitting,diarrhea and not feeling well.*

### URI
This is a new problem. The current episode started 1 to 4 weeks ago (she has had for 3 weeks after retruning from Annapolis). The problem has been gradually worsening. Associated symptoms include congestion, diarrhea, ear pain, nausea, a plugged ear sensation, rhinorrhea, sinus pain, sneezing, a sore throat, swollen glands and vomiting (phlegm). Pertinent negatives include no coughing, headaches, joint pain or wheezing. Associated symptoms comments: Feel swollen everywhere. She has tried steam (dayquil and nyquil) for the

Printed by Sylvia Sandoval at 11/11/19 2:56 PM                                    Page 2 of 6

**Lincoln/Marcus 3351**

Marcus, Leslie S (MRN 3220726) DOB:

**Progress Notes (continued)**

Encounter Date: 10/28/2019
Frank E Cibulka, MD (Physician)
Family Medicine

symptoms. The treatment provided mild relief.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
| --- | --- |
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |
| • Atrial tachycardia | ATRIAL TACHYCARDIA |
| • SVT (supraventricular tachycardia) | SUPRAVENTRICULAR TACHYCARDIA |
| • Chronic midline low back pain with left-sided sciatica | CHRONIC LOW BACK PAIN |
| • Epigastric pain | EPIGASTRIC PAIN |
| • Chronic fatigue | FATIGUE |
| • Anxiety as acute reaction to exceptional stress | ANXIETY |
| • Nausea | NAUSEA |
| • Insomnia due to medical condition | INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION |
| • Chronic allergic rhinitis | ALLERGIC RHINITIS |
| • Pulmonary embolus | PULMONARY EMBOLISM |
| • Sinus tachycardia | SINUS TACHYCARDIA |
| • GI bleed | GASTROINTESTINAL HEMORRHAGE |
| • Chest pain | CHEST PAIN |
| • Rectal bleeding | RECTAL HEMORRHAGE |
| • Atrial fibrillation | ATRIAL FIBRILLATION |
| • Iron deficiency anemia | IRON DEFICIENCY ANEMIA |
| • Iron and its compounds causing adverse effect in therapeutic use, initial encounter | IRON ADVERSE REACTION |
| • ETD (Eustachian tube dysfunction), bilateral | DYSFUNCTION OF BILATERAL EUSTACHIAN TUBES |
| • Rhinosinusitis | INFLAMMATORY DISORDER OF UPPER RESPIRATORY TRACT |

Review of Systems
Constitutional: Positive for activity change, appetite change, chills, diaphoresis and fatigue.
HENT: Positive for congestion, ear pain, rhinorrhea, sinus pain, sneezing and sore throat.

Printed by Sylvia Sandoval at 11/11/19 2:56 PM                                Page 3 of 6

**Lincoln/Marcus 3352**

Marcus, Leslie S (MRN 3220726) DOB:

Encounter Date: 10/28/2019
Frank E Cibulka, MD (Physician)
Family Medicine

**Progress Notes (continued)**

Respiratory: Negative for cough and wheezing.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for diarrhea, nausea and vomiting (phlegm).
Musculoskeletal: Negative for joint pain.
Neurological: Negative for headaches.
Hematological: Bruises/bleeds easily (on the blood thinner).

**Objective:**

BP 102/62 | Pulse (!) 103 | Temp 97.6 °F (36.4 °C) (Temporal) | Resp 16 | Ht 5' 5" (1.651 m) | Wt 141 lb (64 kg) | SpO2 96% | BMI 23.46 kg/m²

Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane mobility is abnormal. A middle ear effusion is present.
Left Ear: Tympanic membrane mobility is normal. A middle ear effusion is present.
Nose: Mucosal edema and rhinorrhea present. Right sinus exhibits maxillary sinus tenderness and frontal sinus tenderness. Left sinus exhibits maxillary sinus tenderness and frontal sinus tenderness.
Mouth/Throat: Posterior oropharyngeal erythema present.
Neck: Thyromegaly present.



1: Small palpable LN it has been evaluated
And is benign on workup

Cardiovascular: Normal rate and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.

**Assessment & Plan**

Leslie was seen today for follow-up and uri.

Diagnoses and all orders for this visit:

**Rhinosinusitis**

Printed by Sylvia Sandoval at 11/11/19 2:56 PM                    Page 4 of 6

PAGE 5/7 * RCVD AT 11/11/2019 4:59:19 PM [Eastern Standard Time] * SVR:VA1PWFAX201/2 * DNIS:8668411415 * CSID:Fax Server * ANI:7205275205 * DURATION (mm-ss):05-35

**Lincoln/Marcus 3353**

Marcus, Leslie S (MRN 3220726) DOB:                                    Encounter Date: 10/28/2019
                                                                       Frank E Cibulka, MD (Physician)
**Progress Notes (continued)**                                                          Family Medicine

**Iron deficiency anemia, unspecified iron deficiency anemia type**

**Paroxysmal atrial fibrillation**

**ETD (Eustachian tube dysfunction), bilateral**

**Other orders**
- azithromycin (ZITHROMAX Z-PAK) 250 mg tablet; Take 2 tablets (500 mg) on  Day 1,  followed by 1 tablet (250 mg) once daily on Days 2 through 5.
- guaiFENesin-codeine (ROBITUSSIN AC) 100-10 MG/5ML syrup; Take 5 mLs by mouth every 8 (eight) hours as needed for Cough.
- ipratropium (ATROVENT) 0.03 % nasal spray; 2 sprays by Nasal route 3 (three) times daily. As needed for runny nose,rhinitis and post nasal drip
- predniSONE (DELTASONE) 20 mg tablet; Take 2 tablets (40 mg total) by mouth daily for 10 days.


**Patient Instructions**
Zpak  X   1 if you  Get  Better in  3 days  It was a bacterial infection
 if not then it's a virus  And  Will take about  7-10  Days
 also need to think  About  Weather changes  And allergens

If you  Don't  Feel better in  5-7  Days  I may recommend  An oral steroid
 I will give you  A script  You can pick up if  Not improving, prednisone  20 mg  2 in the Am with food for  10 days
Common side effects;hunger, irritability and  insomnia

Atrovent  Nasal spray ,  This  Dries up the post nasal drainage  With really no side effects
I think you  Should  Take  2 puffs in each nostril in the AM  And   30-60 minutes  before  Bed
 hold nose  And pop ears  100 x a day
humidifier on at night  And fans off.

Take  10 ml  At night  For cough suppression.

Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
25+ min

Return if symptoms worsen or fail to improve.

**Other Notes**

All notes

Printed by Sylvia Sandoval at 11/11/19  2:56 PM                                    Page 5 of 6

**Lincoln/Marcus 3354**

Marcus, Leslie S (MRN 3220726) DOB:                                    Encounter Date: 10/28/2019

**Visit Diagnoses**

Rhinosinusitis J32.9
Iron deficiency anemia, unspecified iron deficiency anemia type D50.9
Paroxysmal atrial fibrillation I48.0
ETD (Eustachian tube dysfunction), bilateral H69.83

**Instructions**

 Return if symptoms worsen or fail to improve.
Zpak X  1 if you  Get  Better in  3 days  It was a bacterial infection
 if not then it's a virus  And  Will take about  7-10  Days
 also need to think  About  Weather changes  And allergens

If you  Don't  Feel better in  5-7  Days  I may recommend  An oral steroid
 I will give you  A script  You can pick up if  Not improving, prednisone  20 mg  2 in the Am with food for  10 days
Common side effects;hunger, irritability and  insomnia

Atrovent  Nasal spray ,  This  Dries up the post nasal drainage  With really no side effects
I think you  Should  Take  2 puffs in each nostril in the AM  And   30-60 minutes  before  Bed
 hold nose  And pop ears  100 x a day
humidifier on at night  And fans off.

Take  10 ml  At night  For cough suppression.

Greater than 50% of the visit was spent in discussion , counseling.
Agreed with the plan
25+ min

After Visit Summary (Printed 10/28/2019)

**Additional Documentation**

| | |
|---|---|
| Vitals: | BP 102/62 Pulse **103** (Abnormal)   Temp 97.6 °F (36.4 °C) (Temporal) Resp 16 Ht 5' 5" (1.651 m) Wt 141 lb (64 kg) SpO2 96% BMI 23.46 kg/m² BSA 1.71 m²  More Vitals |
| Flowsheets: | Vitals Reassessment, Anthropometrics, MEWT, APACHE II |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

Printed by Sylvia Sandoval at 11/11/19  2:56 PM                                    Page 6 of 6

**Lincoln/Marcus 3355**

**Initial Payment Set up Worksheet**

**Claimant's Name**  Leslie Marcus  **DOB**  __

**Customer**  Balfour Beatty Investments

**LTD Claim #**  9303113  **Work State:** AZ

**Associated Claims**  _____  Type  STD  _____  Type  _____

**Benefit End date of associated claims**  10/16/2019  _____

**Contractual EP**  Greater of End of STD Benefits or 180 days

**LTD Benefit begin date**  10/17/2019  **DOD**  4/13/2019  **AGE**  47

**Max Benefit date**  5/26/2038  Age 67

**Does policy include COLA provision**  No

**Sources used to verify BME amount**

Earnings Stmnt in Doc list PPE 04/07/19 indicates Pay $2914.24/56 hrs = Hourly $52.04 x 40 hpw x 52 wks / 12 months = $9020.27 BME

**BME amount**  $9,020.27  **Benefit percentage**  60.00

**Gross modal benefit**  $5,412.16

**Benefit Begin date**  10/17/2019

**Approved thru date**  10/16/2021  24 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| n/a | _____ |
| _____ | _____ |
| _____ | _____ |

**Deductions entered**  **Effective:** _____ **Through** _____

| Type | Amount | Type | Amount |
|---|---|---|---|
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ |

**Tax Withholding**  **Federal**  _____  **State**  _____

**Completed by:**  Jackie M.  **Approved by:**  _____

**Lincoln/Marcus 3356**

**From:**Monahan, Jaqueline
**Sent:**Tue, 5 Nov 2019 13:49:43 +0000
**To:**BBC Benefits
**Subject:**RE: LTD Salary Verification - Leslie Marcus - LTD Claim 9303113
**Importance:**High


Good Morning,

Thank you for sending the Earnings Statement prior to the disability date of 04/13/19; however, the 2nd part was not confirmed:

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please respond at your earliest opportunity and let me know if you have any questions.
Thank you,
Jackie Monahan



| | | |
|---|---|---|
| **Jaqueline Monahan**<br>Service Processor II<br>Claims Payment Services<br>Lincoln Financial Group<br>100 Liberty Way<br>Dover, NH 03820 | (888) 437-7611 x16489<br>Fax (603) 334-3956<br><br>**LincolnFinancial.com** | **Follow us on:**<br> |

---

**From:** BBC Benefits <Benefits@bbcgrp.com>
**Sent:** Monday, November 4, 2019 2:09 PM
**To:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>; BBC Benefits <Benefits@bbcgrp.com>
**Subject:** RE: LTD Salary Verification - Leslie Marcus - LTD Claim 9303113

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi, please see attached

Thank you,

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

balfourbeattyinvestments.com | (in) LinkedIn



**Build to Last**
Lean. Expert. Trusted. Safe.

**Lincoln/Marcus 3357**

**From:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>
**Sent:** Friday, November 1, 2019 4:11 PM
**To:** BBC Benefits <Benefits@bbcgrp.com>
**Subject:** LTD Salary Verification - Leslie Marcus - LTD Claim 9303113

<span style="background-color:red;color:white">External Email</span>
Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Leslie Marcus, (Emp #00010869 and DOB:

Please provide the following:
- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 04/13/2019.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,
Jackie Monahan



| **Jaqueline Monahan** | (888) 437-7611 x16489 | **Follow us on:** |
| Service Processor II | Fax (603) 334-3956 | |
| Claims Payment Services | | |
| Lincoln Financial Group | **LincolnFinancial.com** |    |
| 100 Liberty Way | | |
| Dover, NH 03820 | | |

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

**Lincoln/Marcus 3358**

**From:**BBC Benefits <Benefits@bbcgrp.com>
**Sent:**Tue, 5 Nov 2019 14:42:26 +0000
**To:**Monahan, Jaqueline;BBC Benefits
**Subject:**RE: LTD Salary Verification - Leslie Marcus - LTD Claim 9303113

Per pay period 80 hours biweekly

Thank you,

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

balfourbeattyinvestments.com |  LinkedIn

![Balfour Beatty Investments logo — Build to Last. Lean. Expert. Trusted. Safe.]

---

**From:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>
**Sent:** Tuesday, November 5, 2019 8:50 AM
**To:** BBC Benefits <Benefits@bbcgrp.com>
**Subject:** RE: LTD Salary Verification - Leslie Marcus - LTD Claim 9303113
**Importance:** High

Good Morning,

Thank you for sending the Earnings Statement prior to the disability date of 04/13/19; however, the 2nd part was not confirmed:

- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please respond at your earliest opportunity and let me know if you have any questions.
Thank you,
Jackie Monahan



| **Jaqueline Monahan** | (888) 437-7611 x16489 | **Follow us on:** |
| Service Processor II | Fax (603) 334-3956 | |
| Claims Payment Services | |  |
| Lincoln Financial Group | **LincolnFinancial.com** | |
| 100 Liberty Way | | |
| Dover, NH 03820 | | |

---

**From:** BBC Benefits <Benefits@bbcgrp.com>
**Sent:** Monday, November 4, 2019 2:09 PM

**Lincoln/Marcus 3359**

**To:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>; BBC Benefits <Benefits@bbcgrp.com>
**Subject:** RE: LTD Salary Verification - Leslie Marcus - LTD Claim 9303113

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi, please see attached

Thank you,

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

balfourbeattyinvestments.com |  LinkedIn



**From:** Monahan, Jaqueline <Jaqueline.Monahan@lfg.com>
**Sent:** Friday, November 1, 2019 4:11 PM
**To:** BBC Benefits <Benefits@bbcgrp.com>
**Subject:** LTD Salary Verification - Leslie Marcus - LTD Claim 9303113

<span style="background-color:red">**External Email**</span>
Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Leslie Marcus, (Emp #00010869 and DOB:

Please provide the following:
- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 04/13/2019.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,
Jackie Monahan



**Jaqueline Monahan**
Service Processor II
Claims Payment Services
Lincoln Financial Group

(888) 437-7611 x16489
Fax (603) 334-3956

**LincolnFinancial.com**

**Follow us on:**

   

**Lincoln/Marcus 3360**

100 Liberty Way
Dover, NH 03820

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the recipient/s
named above. If you are not an intended recipient, you are hereby notified that any copying,
distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If
you have received this email in error, please notify the sender and destroy it.

Notice of Confidentiality: **This E-mail and any of its attachments may contain
Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of
companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in
relation to the contents of and attachments to this E-mail is strictly prohibited
and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the
recipient/s named above. If you are not an intended recipient, you are hereby notified that any
copying, distribution, disclosure, reliance upon or other use of the contents of this email is
strictly prohibited. If you have received this email in error, please notify the sender and destroy
it.

**Lincoln/Marcus 3361**

| CO. | FILE | DEPT. | CLOCK | CHK. NO. |
|-----|------|-------|-------|----------|
| M03 | 901101 | 031602 | | 0000161177 |

# Earnings Statement

Balfour Beatty Communities
1 Country View Rd,
Malvern, PA   19355

Period Beginning:    03/25/2019
Period Ending:       04/07/2019
Pay Date:            04/19/2019

**LESLIE S MARCUS**

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal: 01
   AZ:    3.60

| Earnings | Rate | Hours | This Period | Year to Date |
|----------|------|-------|-------------|--------------|
| Regular | | 56.00 | 2,914.24 | |
| SALARY CONTINUE | | 0.00 | 1,248.96 | |
| **Gross Pay** | | $ | 4,163.20 | 42,187.10 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | 649.06 - | 7,086.74 - |
| | Social Security Tax | 252.37 - | 2,569.76 - |
| | Medicare Tax | 59.02 - | 600.99 - |
| | AZ State Income Tax | 142.04 - | 1,448.91 - |
| | **Other** | | |
| | 401K | 124.90 - | |
| | CHECKING 1 | 2,791.29 - | |
| | Dental Pretax | 14.24 - | |
| | EXPENSE REIMBUR | -41.76 - | |
| | MEDICAL PRETAX | 85.51 - | |
| | Roth | 83.26 - | |
| | Vision | 3.27 - | |
| | **Net Pay** | $ | 0.00 |

### Important Notes

| Other Benefits and Information | This Period | Year to Date |
|--------------------------------|-------------|--------------|
| Group Term Life | 10.38 | |

Balfour Beatty Communities
1 Country View Rd
Malvern, PA   19355

| | |
|--|--|
| **Payroll check Number:** | **0000161177** |
| Period Beginning: | 03/25/2019 |
| Period Ending: | 04/07/2019 |
| Pay Date: | 04/19/2019 |
| Employee ID: | 00010869 |

Pay to the order of    **LESLIE S MARCUS**

This Amount:    **ZERO AND 00/100 DOLLARS**    **$ 0.00**

THIS IS NOT A CHECK

NON-NEGOTIABLE

**Lincoln/Marcus 3362**

**From:** Monahan, Jaqueline
**Sent:** Fri, 1 Nov 2019 20:11:01 +0000
**To:** benefits@bbcgrp.com
**Subject:** LTD Salary Verification - Leslie Marcus - LTD Claim 9303113

Good Afternoon,

I am a Payment Specialist in the Financial Services Department within Disability Claims, and I am contacting you for salary verification regarding the LTD claim for Leslie Marcus, (Emp #00010869 and DOB:

Please provide the following:
- A copy of the employee's earnings statement for the pay period ending prior to, but not including, the disability date of 04/13/2019.
- Confirm the standard number of hours this employee was scheduled to work per pay period prior to disability.

Please contact me with any questions.

Thank you,
Jackie Monahan



**Jaqueline Monahan**
Service Processor II
Claims Payment Services
Lincoln Financial Group
100 Liberty Way
Dover, NH 03820

(888) 437-7611 x16489
Fax (603) 334-3956

**LincolnFinancial.com**

**Follow us on:**

  

**Lincoln/Marcus 3363**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, October 31, 2019 12:31:14 AM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | zhl05y4qvaka0qdxm5ka_7356935.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3364**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 30, 2019

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Consulting Physician.

We anticipate a response from the reviewing Consulting Physician by November 30, 2019.  If there is an unexpected delay in receiving a response we will contact you.  Otherwise, we will proceed with our review of your claim once the response is received.  We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

**Lincoln/Marcus 3365**

# FAX – CONFIDENTIAL



**To:** **lincoln finacial group**
Company:
Fax:  603-334-8592
Phone:

**From:** **HonorHealth Medical Group Arcadia**
Fax:  480-882-5866
Phone:  482-882-7360
E-mail:

---

## NOTES:

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Date and time of transmission:**
**Number of pages including this cover sheet: 9**

**Lincoln/Marcus 3366**

Marcus, Leslie S (MR # 3220726)
Media Information

Scan on 10/21/2019 0843 by Marisela Cardona, MA: lincoln financial group 10.21.19

10/16/19  08:01:16  Lincoln Financial     →         Fax Server Lincoln Financial Gr Page 001

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date:  October 16, 2019 | |
| To:     DR FRANK CIBULKA | |
| Attn:  Medical Records  **Disability** | |
| Fax:   (480) 882-5866 | |
| From:  Brandy Pelletier  Ltd Technical Specialist  Phone No.: Phone No.: (888) 437-7611  Secure Fax No.: (603) 334-8592 | |
| Total Pages  (Including Cover):    6 | |
| RE:  Claim #:    9303113  Claimant:  Leslie Marcus  Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3367**

Marcus, Leslie S (MR # 3220726)

10/16/19  08:01:32  Lincoln Financial       →        Fax Server Lincoln Financial Gr Page 002

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 16, 2019

Dr. Frank Cibulka

RE:     Long Term Disability (LTD) Benefits
        Balfour Beatty Investments
        Claim #: 9303113
        Claimant: Leslie Marcus
        Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

- Completion of the Enclosed Forms:

    X   Restrictions Form
    ___  Other

We ask that you provide this information by October 23, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1  of 2

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 10/21/19  8:48 AM          Page 2 of 8

**Lincoln/Marcus 3368**

Marcus, Leslie S (MR # 3220726)

10/16/19  00:01:52  Lincoln Financial     ->          Fax Server Lincoln Financial Gr Page 003

information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  Restrictions Form
9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2 of 2

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 10/21/19  8:48 AM          Page 3 of 8

PAGE 4/9 * RCVD AT 10/21/2019 11:49:34 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/9 * DNIS:6033348592 * CSID:Fax Server * ANI: * DURATION (mm-ss):03-31

**Lincoln/Marcus 3369**

Marcus, Leslie S (MR # 3220726)

10/16/19  08:02:00  Lincoln Financial    →        Fax Server Lincoln Financial Gr Page 004

**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Restrictions Form**

Return To: Brandy Pelletier

| | | |
|---|---|---|
| Leslie Marcus | | 9303113 |
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

To be completed by physician:

1. DATE FIRST TREATED — 12/2017
   DATE LAST TREATED — 9/5/2019
   NEXT OFFICE VISIT — Unknown        DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☑ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES)
   LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   pt ↑ difficulty ̄c daily orthopedic actions, difficulty
   sitting. ↓ strength, ↑ pain in general to lumbar back.
   ↓ standing, etc. to perform clerk activities
   → chronic anxiety → PTSD due to accident

4. RESTRICTIONS IMPOSED FROM **10/18/19**    TO **10/18/20**.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO
   WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   Subj may return to Light Duty; office clerk
   work only

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   See ums chronic pain, anxiety, PTSD and multiple
   Specialists

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____.

**Lincoln/Marcus 3370**

Marcus, Leslie S (MR # 3220726)

10/16/19  88:82:28  Lincoln Financial    ->        Fax Server Lincoln Financial Gr Page 885

| Provider's Name (Please Print) | Degree _AND_ Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

10/14/15

Marcus, Leslie S (MR # 3220726) Printed by Marisela Cardona, MA [16873] at 10/21/19  8:48 AM            Page 6 of 8

**Lincoln/Marcus 3372**

Marcus, Leslie S (MR # 3220726)

PAGE 8/9 * RCVD AT 10/21/2019 11:49:34 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/9 * DNIS:6033348592 * CSID:Fax Server * ANI: * DURATION (mm-ss):03-31

**Lincoln/Marcus 3373**

PAGE 9/9 * RCVD AT 10/21/2019 11:49:34 AM [Eastern Daylight Time] * SVR:VA1PWFAX301/9 * DNIS:6033348592 * CSID:Fax Server * ANI: * DURATION (mm-ss):03-31

## Document Information

**FMLA/Disability**
lincoln financial group 10.21.19
10/21/2019 08:43

**Attached To:**
Leslie S Marcus

## Source Information

Marisela Cardona, MA | Arcadia Mg

---

10/16/19  08:02:26  Lincoln Financial   →      Fax Server Lincoln Financial Gr Page 006

10/15/2019  12:22    480-894-1986        FEDEX OFFICE    2303        PAGE  05



**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:
Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
 * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
 * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
 * Information concerning Social Security benefits, including any records pertaining to me and my dependents
The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    LESLIE MARCUS

Name of legal representative, if applicable (print) _____ Relationship  SELF

Signature of claimant or legal representative
Date of Birth _____ Claim Number: 9303113  Date: 10/14/19

opy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018

---

Marcus, Leslie S (MR # 3220726)

Fax Server      10/21/2019 8:49:39 AM  PAGE  9/009   Fax Server



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| **Date:** October 1, 2019 | |
| **To:**  MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 | |
| **Attn:**  Release of Information | |
| **Fax:**  (480) 301-7282 | |
| **From:**  Brandy Pelletier<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| **Total Pages**<br>**(Including Cover):**    4 | |
| **RE:**<br><br>Claim #:    9303113<br>Claimant:    Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3375**

7E291190008

■

Oct 01 2019 11:59:43 EDT Liberty Mutual Insur          MSG# 1470190310-006-1      Page 001 Of 004

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| **Date:** October 1, 2019 | |
| **To:** MAYO CLINIC HEALTH INFORMATION MANAGEMENT RELEASE OF INFORMATION 13400 EAST SHEA BLVD. SCOTTSDALE AZ 85239 | |
| **Attn:** Release of Information | |
| **Fax:** (480) 301-7282 | |
| **From:** Brandy Pelletier Technical Claims Specialist Phone No.: Phone No.: (888) 437-7611 Secure Fax No.: (603) 334-8592 | |
| **Total Pages (Including Cover):** 4 | |
| **RE:** Claim #: 9303113 Claimant: Leslie Marcus Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3376**

7E291190008

 **MAYO CLINIC**

Mayo Clinic
200 First Street SW
Rochester, MN 55905

October 11, 2019

Brandy Pelletier
Liberty Mutual
Po Box 7213
London, KY  40742-7213

RE:    Request for Records of: Ms. Leslie S Marcus
        Date of Birth:
        Date request received: 10/1/2019
        Release ID: 41240319

Dear Liberty Mutual,

In response to your recent request for medical records, enclosed is a copy of the requested information regarding care and treatment from Mayo Clinic, Scottsdale, Arizona. You may see duplication of immunizations and other notes and results due to the integration of historical records into the new, single Mayo Clinic electronic health record.

Some documents may not have been finalized yet by the provider and could be subject to change.. These copies are the most current version of the medical record as of the date and time printed.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3377**

7E291190008



**MAYO CLINIC**

### Mayo Clinic Health Information Management Services - Release of Information

#### IMPORTANT INFORMATION

| |
|---|
| **Mayo Clinic is an integrated Electronic Health Record (EHR) as of October 6, 2018, The records released will contain information from all Mayo Clinic sites.** |
| Please note the medical information from historical systems was transferred into the integrated EHR. The format of the records may be different from previous versions of records. Webpage links and links to attached documents may appear in the records and may not be active. The format change may appear to have pages missing or be sequenced inappropriately in the record packet. The missing page numbers/sequencing format does not indicate the record is incomplete. The attached is a complete copy of records per your request that were available at the time the request was processed. |

**Medical Record:** The standard Medical Record set provides report(s) from the patient's health record (electronic and legacy sources). Mayo has an integrated practice model and therefore we cannot limit your record copies to a specific treatment/illness or provider. Medical Records may display different time zones as internal timestamps use the server's time zone. Additional requests for images, photos, tracings, pathology slides, itemized billing statements or other explicit information needs to be specifically requested. If requested they may be sent separately.

**Patient Online Services Portal (Patients Only):** This secure website allows patients to view portions of their medical record, lab results, and upcoming appointments; send a message to a member of their care team; complete forms; and view and pay their bill. Patient Online Services can be accessed through their web browser or through the Mayo Clinic App. For more information, visit www.mayoclinic.org and follow the instructions provided.

**"Continued Care" Requests:** Records for continued care will be provided an abstract of the patient record which includes the most recent two years of information. If more information is needed outside of the two year timeframe, please contact HIMS to request additional information.

**Mayo Clinic CareLink Referring Physician Portal (Physicians & their Support Staff only):** Mayo Clinic CareLink is a secure, web-based platform that can be used to send and receive secure messages and place orders at Mayo Clinic. With proper patient authorization on file, it also provides real-time access to view the medical record including the patient's clinical notes, results and future appointments. Providers and their support staff can enroll in the portal by completing the sign-up form at https://carelink.mayoclinic.org, and we will be in touch with your account information in 3 to 5 business days. For more information, please contact us at carelinkservices@mayo.edu.

**Note:** This information has been disclosed to you from records whose confidentiality may be protected by Federal Law. Federal Regulations (42 CFR part 2) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

Thank You,
**Health Information Management Services**

**Lincoln/Marcus 3378**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Visit date: 9/16/2019



## MAYO CLINIC

09/16/2019 Medication Management in Department of Pharmacy in Scottsdale Arizona

### Reason for Visit

Chief complaint: Medication Question
Visit diagnosis: Depressive Disorder [F32.9]

### Clinical Notes

#### Consults - Outpatient

**Kekic, Adrijana, Pharm.D., R.Ph. at 9/16/2019 11:00 AM**

| | | |
|---|---|---|
| Author: Kekic, Adrijana, Pharm.D., R.Ph. | Service: PHR (Pharmacy) | Author Type: Pharmacist |
| Filed: 9/16/2019 10:45 AM | Encounter Date: 9/16/2019 | Status: Signed |
| Editor: Kekic, Adrijana, Pharm.D., R.Ph. (Pharmacist) | | |

**SUBJECTIVE**

**REASON FOR CONSULT**
Patient was referred by Dr. Kari Martin to review pharmacogenomics test results.

**HISTORY OF PRESENT ILLNESS**
This patient was not personally interviewed or examined. The history and examination findings are based on the clinical documentation provided and/or discussion with a physician or provider who had personally interviewed and examined the patient.
Application of these or other clinical recommendations should always be subject to provider discretion and clinical discussions with patient going forward.

**OBJECTIVE**
**LABS**
Please see pharmacogenomic test results dated 09/08/19 in the electronic health record.

Current medications

Current Outpatient Medications:
• albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning. , Disp: , Rfl:
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, Take 1 tablet (1 mg total) by mouth 2 (two) times a day., Disp: 30 tablet, Rfl: 3
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
• mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 2
• mirtazapine (REMERON) 45 mg tablet, Take 1 tablet (45 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 1
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth 2 (two) times a day before breakfast and dinner., Disp: 60 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:

**Lincoln/Marcus 3379**

■                                                                                    7E291190008


MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 9/16/2019

**09/16/2019: Medication Management in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1

## ASSESSMENT / PLAN

### 1. Recommendations based on pharmacogenomics for current drug therapy

**Metoprolol**
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). If tolerated, continue with current dose.

**Mirtazapine**
Metabolism is difficult to predict. Metabolized by several CYPs, including major pathways CYP1A2 (rapid metabolizer), CYP2D6 (intermediate) and CYP3A4 (normal). If tolerated, continue.

**Pantoprazole**
Predicted metabolism by CYP2C19 is reduced. If tolerated, continue.

**Venlafaxine**
Predicted metabolism by CYP2D6 is reduced (intermediate metabolizer). Increased exposure to plasma drug levels is possible. Be alert to increased risk of side effects, including hypertension. If tolerated, continue.

### 2. Potential drug-drug-gene interactions
Currently not taking strong CYPs inhibitors, such as bupropion, ciprofloxacin, clarithromycin, fluvoxamine, itraconazole, ketoconazole, paroxetine, certain antivirals, etc.
Propafenone is a weak CYP1A2 and CYP2D6 inhibitor.
No major pheno-conversion identified.

Plan: continue with current dosing, based on other patient specific factors.

### 3. General comments regarding antidepressants

Genes of interest to psychotropic agents with relevant findings:
CYP2C19 *1/*2 genotype (intermediate metabolizer phenotype)
CYP2D6 *1/*4 genotype (intermediate metabolizer phenotype)
COMT GG genotype
HTR2A GG genotype
GRIK4 TT genotype
SRC6A4 L/L

**SSRIs/SNRIs**
Reduced metabolism is predicted for SSRIs metabolized by CYP2D6: fluoxetine, fluvoxamine, paroxetine.

**Lincoln/Marcus 3380**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 9/16/2019

# MAYO CLINIC

**09/16/2019 Medication Management in Department of Pharmacy in Scottsdale Arizona (continued)**

## Clinical Notes (continued)

Increased exposure and risk of side effects is possible.
Plan: Initiate at standard / labeling dose. Monitor for side effects.

Reduced metabolism is predicted for SSRs metabolized by CYP2C19: citalopram, escitalopram, sertraline.
Plan: initiate at standard labeling dose. Be alert to potentially increased risk of side effect.

**TCAs**
Standard labeling dose. Be alert to potentially increased risk of side effect.

**Others**
Vortioxetine
Standard labeling dose. Be alert to potentially increased risk of side effect.

Bupropion, buspirone
Standard dose and monitoring is recommended based on indication and other patient specific factors.

Please refer to PGx report for comprehensive list of genes affected by genetic variants. Also refer to PGx pharmacist for medications specific questions.

Due to polypharmacy and complexity of current medication therapy, patient would be a good candidate for face to face visit for initial PGx consult and follow up via MTM consult. In addition, there are other PGx relevant finding on her report other than those related to psychotropic medications that I would be happy to further discuss with the patient.

Above recommendations were communicated to the referring provider via an electronically routed chart.

The patient's current medication list has been reviewed and evaluated with respect to these pharmacogenomics results. Future medications may be of significance for these results, and medications metabolized through these pathways should be closely monitored.

Reference
Www.uptodate.com
Www.pharmgkb.org
OneOme

Direct time with the patient: 0min. Econsult. No charge.

Adrijana Kekic, PharmD
Pharmacogenomic Pharmacist
480-342-1500
9/16/19

Electronically signed by Kekic, Adrijana, Pharm.D., R.Ph. at 9/16/2019 10:45 AM

**Lincoln/Marcus 3381**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/16/2019

**09/16/2019 Medication Management in Department of Pharmacy in Scottsdale, Arizona (continued)**

**Clinical Notes (continued)**

**Lincoln/Marcus 3382**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                 Sex: F
Visit date: 9/12/2019



# MAYO CLINIC

09/12/2019 Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona

## Reason for Visit

Visit diagnoses:
- Lymphadenopathy Cervical [R59.0]
- Dysphonia (primary) [R49.0]

## Clinical Notes

### Consults - Outpatient

#### Cable, Alexandria E, P.A.-C. at 9/12/2019 12:30 PM

| | | |
|---|---|---|
| Author: Cable, Alexandria E, P.A.-C. | Service: ENT (Otorhinolaryngology Head and Neck Surgery) | Author Type: Physician Assistant |
| Filed: 9/12/2019 3:59 PM | Encounter Date: 9/12/2019 | Status: Signed |
| Editor: Cable, Alexandria E, P.A.-C. (Physician Assistant) | | |

REFERRAL SOURCE:
Gretchen S Anderson, AP*

REASON FOR CONSULTATION:
Cervical lymphadenopathy

**SUBJECTIVE**
HISTORY OF PRESENT ILLNESS:
Leslie S Marcus is a 48 y.o. female who presents to the ORL clinic today for evaluation of right level II cervical lymphadenopathy that has been present for approximately one year that she states has become larger. Recently she reported this to her primary care provider who ordered an US that was conducted on 08/27/2019 and revealed normal thyroid parenchyma. A slightly enlarged level 2 lymph node was noted on the right measuring 8 x 21 x 14 mm. It was felt to be consistent with benign reactive lymph node. There was no other pathologically enlarged lymph nodes in the neck. The patient feels as if this lymph node is causing her hoarseness and "choking me out" when she turns her head a certain way. Patient notes having nausea, that worsens when this area is touched. She does have a history of tobacco use for 15 years smoking approximately 1 pack per week, quitting 5 years ago. She denies any dysphagia, odynophagia, hemoptysis, unintentional weight loss, or other head/neck/oral lesions of concern. Patient denies any postnasal drainage or heartburn symptoms. She presents today for further evaluation.

ALLERGIES:
**Allergies**

| Allergen | Reactions |
|---|---|
| • Iodine | Hives |
| *Topical iodine only. Pt has tolerated CT contrast in the past with no reaction.* | |
| • Zofran [Ondansetron Hcl] | Hypotension |
| • Adhesive | Rash |
| • Corticosteroids (Glucocorticoids) | Palpitations |

CURRENT MEDICATIONS:

Current Outpatient Medications:
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as

**Lincoln/Marcus 3383**

7E291190008


# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/12/2019

## 09/12/2019 - Comprehensive Visit in Department of Otorhinolaryngology in Phoenix Arizona (continued)

Clinical Notes (continued)

needed., Disp: , Rfl:
• apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
• atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.  , Disp: , Rfl:
• CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
• clonazePAM (KlonoPIN) 1 mg tablet, Take 1 tablet (1 mg total) by mouth 2 (two) times a day., Disp: 30 tablet, Rfl: 3
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
• mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 2
• mirtazapine (REMERON) 45 mg tablet, Take 1 tablet (45 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 1
• montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth 2 (two) times a day before breakfast and dinner., Disp: 60 tablet, Rfl: 0
• SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
• UNABLE TO FIND, CBD Oil, Disp: , Rfl:
• venlafaxine XR (EFFEXOR-XR) 150 mg 24 hr capsule, Take 1 capsule (150 mg total) by mouth daily with breakfast., Disp: 30 capsule, Rfl: 1


PAST MEDICAL/ SURGICAL HISTORY:
Past Medical history:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety Generalized Disorder | |
| • Arrhythmia | |
| • Asthma NOS | As a child |
| • Defect Coagulation (HCC) | |
| • Depressive Disorder | |
| • Fibrillation Atrial (HCC) | |
| • Gastroesophageal Reflux Disease NOS | |
| • Migraine Headache | |
| • Osteopenia | 2 decades ago |
| • Other Specified Health Status | |
| • Pulmonary Embolism NOS | |
| • Tachycardia Supraventricular (HCC) | |
| • Thrombosis Deep Vein Personal History *in all 4 extremities* | |


Past Surgical history:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • CATH ABLATION | Right | 6/12/2019 |

*Procedure: ABLATION - PVI; Surgeon: Srivathsan, Komandoor, M.D.; Location: ARZ PXMH CCL HRS*

**Lincoln/Marcus 3384**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/12/2019



## MAYO CLINIC

**09/12/2019 Comprehensive Visit in Department of Otorhinolaryngology in Phoenix Arizona (continued)**

**Clinical Notes (continued)**

- CATH ASD REPAIR                          N/A          6/12/2019
  *Procedure: 3D Mapping - Carto; Surgeon: Srivathsan, Komandoor, M.D.; Location: ARZ PXMH CCL HRS*
- HYSTERECTOMY

FAMILY HISTORY:
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Coronary artery disease | Father | |
| Hearing loss | Father | |
| Vision loss | Father | |
| Other (ANA positive) | Sister | 47 |
| Endometriosis | Sister | 56 |
| Depression | Sister | |
| Anxiety disorder | Sister | |
| Suicide Attempts | Sister | |
| Asthma | Sister | |
| Kidney disease | Sister | |
| Other | Sister | |
| *Autoimmune* | | |

SOCIAL HISTORY:
**Social History**

**Socioeconomic History**
- Marital status:           Life Partnership
    Spouse name:           Not on file
- Number of children:      Not on file
- Years of education:      Not on file
- Highest education level: Bachelor's degree (e.g., BA, AB, BS)

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:   Not very hard
- Food insecurity:
    Worry:                 Never true
    Inability:             Never true
- Transportation needs:
    Medical:               No
    Non-medical:           No

**Tobacco Use**
- Smoking status:          Former Smoker
    Years:                 14.00

---

Lincoln/Marcus 3385

7E291190008


# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/12/2019

## 09/12/2019: Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

- Smokeless tobacco:          Never Used
- Tobacco comment: 1 pack per week x 15 years

### Substance and Sexual Activity

- Alcohol use:          No
  - Frequency:          Never
  - Drinks per session:          1 or 2
  - Binge frequency:          Never
  - *Comment: none*
- Drug use:          Yes
  - Types:          Marijuana
  - *Comment: Helps with nausea*
- Sexual activity:          Yes
  - Partners:          Male
  - Birth control/protection:          Post-menopausal

### Lifestyle

- Physical activity:
  - Days per week:          5 days
  - Minutes per session:          30 min
- Stress:          Rather much

### Relationships

- Social connections:
  - Talks on phone:          Twice a week
  - Gets together:          Once a week
  - Attends religious service:          Never
  - Active member of club or organization:          No
  - Attends meetings of clubs or organizations:          Never
  - Relationship status:          Living with partner
- Intimate partner violence:
  - Fear of current or ex partner:          Not on file
  - Emotionally abused:          Not on file
  - Physically abused:          Not on file
  - Forced sexual activity:          Not on file

### Other Topics          Concern

- Not on file

### Social History Narrative

- Not on file

**OBJECTIVE**
**REVIEW OF SYSTEMS:**
Reviewed and negative except as stated above.

**Lincoln/Marcus 3386**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 9/12/2019



**MAYO CLINIC**

Clinical Notes (continued)

PHYSICAL EXAMINATION:
Constitutional:
General appearance: Well-nourished patient in no acute distress.
Respiratory: No respiratory distress, stridor, or stertor.

Communication:
Speech pattern: Normal conversational pattern.
Voice quality: Normal conversational voice.

Head and face:
Overall appearance: No obvious scars, lesions, or masses.
Parotid and submandibular glands: No masses or tenderness.

Ears, nose, mouth, throat:
Ears: Externally normal in appearance without any scars, lesions, or masses. External auditory canals are without any erythema or edema. The tympanic membranes were visualized and appeared intact, pearly gray, and translucent with no middle ear effusion noted.
Nose: Externally normal in appearance, and appears midline. On anterior rhinoscopy the mucosa is pink, and the visible turbinates are within normal limits.
Oral cavity and oropharynx: Oral mucosa, hard and soft palates, tongue, floor of mouth, tonsil area, and posterior pharyngeal mucosa are without any masses or lesions. Base of tongue and tonsils soft to palpation.
Neck: I was able to identified the left level 2 lymph node on the right. This feels soft and mobile, measuring about 2 cm.
Thyroid: No asymmetry, thyromegaly, or thyroid nodules on palpation.

Procedure note: Diagnostic flexible laryngoscopy
Indication: To evaluate the posterior nasal cavity, nasopharynx, oropharynx, and hypopharynx.
Anesthesia: 1% phenylephrine and 2% lidocaine topical spray.

Description and findings: Verbal consent was obtained. The nares were anesthetized using phenylephrine and lidocaine nasal sprays. The endoscope was passed gently along the inferior border of the nose bilaterally. The nasal cavities were unremarkable for any concerning masses, lesions, pus, or polyps. The scope was advanced to the nasopharynx; the eustachian tubes were visualized and free of any concerning masses or lesions. The scope was advanced to the oropharynx and hypopharynx. The supraglottic, glottic, and subglottic structures were unremarkable for any concerning masses or lesions. The vocal cords are symmetrically mobile. With phonation there is significant evidence of supraglottic squeezing noted in the anterior to posterior direction. She was able to achieve and sustain complete glottic closure.

Assessment
IMPRESSION/REPORT/PLAN:
1. Right, cervical lymphadenopathy
2. Muscle tension dysphonia
I reviewed the above physical examination findings with the patient today. She is a 48-year-old female with a right level 2 lymph node measuring approximately 21 mm in its largest diameter found to be consistent with a benign reactive lymph node. There is no prior imaging to compare this to. We discussed obtain a repeat ultrasound in

**Lincoln/Marcus 3387**

7E291190008

■



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 9/12/2019

**09/12/2019 Comprehensive Visit in Department of Otorhinolaryngology in Phoenix, Arizona (continued)**

**Clinical Notes (continued)**

approximately 2 months to see if this changes. I also reviewed with her the option of fine-needle aspiration biopsy to further evaluate this as she states it has been present for approximately one year and becoming larger. The patient is distressed about this lymph node as she feels that it chokes her with turning her head and makes her nauseated. We discussed a referral to our surgical team to discuss possible removal and she would like to proceed. Patient noted to have evidence of muscle tension dysphonia for which we discussed a speech language pathology voice assessment to determine if she is a candidate for voice therapy. The patient defers at this time, but will contact me if she wishes to pursue this in the future. All questions and concerns were answered for her today. She is in agreement with this plan.

    Electronically signed by Cable, Alexandria E, P.A.-C. at 9/12/2019 3:59 PM

**Lincoln/Marcus 3388**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 9/5/2019, D/C: 9/5/2019



**MAYO CLINIC**

09/05/2019 CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona

**Reason for Visit**

Visit diagnosis: Shortness Of Breath [R06.02]

## Imaging

### Imaging

#### CT Chest with IV Contrast [2222531668556] (Final result)

| CT Chest with IV Contrast [2222531668556] | Resulted: 09/05/19 1830, Result status: Final result |
|---|---|

Ordering provider: Hendrick, Susan E, P.A.-C. 09/05/19 1547   Order status: Completed
Resulted by: Jensen, Eric A, M.D.                             Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311
                                                             09/05/19 2133
Performed: 09/05/19 1747 - 09/05/19 1756                     Accession number: 11864821
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: CT CHEST WITH IV CONTRAST

ADDITIONAL HISTORY: None

TECHNIQUE: CT Chest with intravenous contrast according to routine protocol.

COMPARISON: 6/11/2019 chest CT

FINDINGS:
Since 6/11/2019, the pre-existing findings of minimal small airway disease in
the upper lungs have improved on the right and resolved on the left. No new
airway abnormality or consolidation.

No pericardial or pleural effusions.

Stable small esophageal hiatal hernia. The esophagus is somewhat patulous
throughout its course and fluid-filled suggesting some degree of dysmotility.
Mild stable circumferential mural thickening of the mid and lower esophagus
suggests some element of chronic esophagitis.

The pulmonary veins are widely patent without findings to suggest pulmonary vein
stenosis status post ablation procedure. No pneumothorax.

No thoracic adenopathy.

No skeletal lesions or fractures.

Impression:
No acute abnormality. Similar findings of esophageal dysmotility and
superimposed probable esophagitis.

Acknowledged by: O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 09/08/19 2052

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Lincoln/Marcus 3389**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

# MAYO CLINIC

**09/05/2019: CJ Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Imaging (continued)**

**Signed**

Electronically signed by Jensen, Eric A, M.D. on 9/5/19 at 1830 MST

**All Reviewers List**

O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 9/8/2019 20:52

**Documents**

**Radiology - Screening Form**

**Scan on 9/11/2019  6:23 PM**

Scan (below)

**Lincoln/Marcus 3390**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 9/5/2019, D/C: 9/5/2019



**MAYO CLINIC**

09/05/2019: CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)

**Documents (continued)**

---

### Outpatient CT Screening

**MAYO CLINIC**

Your CT may require the injection of x-ray "dye" (iodinated contrast media), complete this form in its entirety.

MRN: 12-300-675    CSN: 2000296217480
Marcus, Leslie S
DOB:    (48 yrs)  Female  Exam Dt: 9/5/2019

| Name | LESLIE MARCUS | | Medical Record Number | | |
|---|---|---|---|---|---|
| Date of Birth | Age 48 | Gender Female | Height (inches) 5'5" | Weight (pounds) 142 | |

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Have you had x-ray "dye" (iodinated contrast media) before? | ☒ Yes | ☐ No | |
| 2. | Have you ever had a reaction to x-ray "dye" (iodinated contrast media)? | ☐ Yes | ☒ No | |
| | If yes, what kind of reaction did you have? | | | |
| | If yes, did you take medication for today's CT to prevent such a reaction? | ☐ Yes | ☒ No | ☐ N/A |
| | If yes, what and when? | | | |
| 3. | Do you have any allergies? | ☒ Yes | ☐ No | |
| | If yes, what? cortncosteroids/medical tape | | | |
| 4. | Did you eat any food or drink any thick liquids (e.g. milk, orange juice with pulp, or tomato juice) in the last four hours? | ☐ Yes | ☒ No | |
| | If yes, what and when? | | | |
| 5. | Are you female 10 through 55 years of age? | ☒ Yes | ☐ No | ☐ N/A |
| | If yes, did you fill out the Pre-Exam Pregnancy Assessment form? | ☒ Yes | ☐ No | |
| 6. | Do you have two normally functioning kidneys? | ☒ Yes | ☐ No | |
| | Are you on dialysis? | ☐ Yes | ☒ No | ☐ N/A |
| | Do you have a single kidney or kidney transplant? | ☐ Yes | ☒ No | |
| | Have you had a kidney stone in the past? | ☐ Yes | ☒ No | |
| | Comments | | | |
| 7. | For Females: In the past two years, have you had cancer or surgery involving your kidneys, ureters, bladder, ovaries, uterus or cervix? | ☐ Yes | ☒ No | ☐ N/A |
| | For Males: In the past two years, have you had cancer or surgery involving your kidneys, ureters, bladder or prostate? | ☐ Yes | ☐ No | ☐ N/A |
| | If yes, specify | | | |
| 8. | Do you have diabetes? | ☐ Yes | ☒ No | |
| 9. | Do you take metformin or a medication that contains metformin (e.g. Actoplus Met®, Advandamet®, Fortamet®, Glucophage®, Glucovance®, Glumetza®, Janumet®, Metaglip® or Riomet®) for diabetes or any other medical condition? | ☐ Yes | ☒ No | |
| 10. | Do you have heart problems, (e.g. congestive heart failure [CHF] or coronary artery disease [CAD])? | ☐ Yes | ☒ No | |
| | If yes, specify | | | |
| | Do you have coronary artery stents or bypass grafts (CABGs)? | ☐ Yes | ☒ No | |
| 11. | Do you have asthma or other lung problems? | ☐ Yes | ☒ No | |
| | If yes, specify | | | |
| 12. | Do you have an implanted medical device (e.g. an IV infusion port (PowerPort), pacemaker, implantable cardioverter defibrillator [ICD], neurostimulator, or pain pump)? | ☐ Yes | ☒ No | |
| | If yes, specify | | | |

Completed by: ☒ Patient  ☐ Other

Signature                                    Date 09/05/19  Time 351

Printed Name LESLIE MARCUS

Reviewed by: ☒ Radiology Nurse (with contrast) and/or  ☐ Technologist (without or with contrast)

Signature  Ashley Saliba, RN                Date 9-5-19  Time 1641

Printed Name Ashley Saliba

MCS14551rev0217

---

**Lincoln/Marcus 3391**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

## 09/05/2019 CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)

**Documents (continued)**

### Scan on 9/6/2019 7:18 PM

Scan (below)

**Lincoln/Marcus 3392**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 9/5/2019, D/C: 9/5/2019


MAYO
CLINIC

09/05/2019 CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)

**Documents (continued)**

**MAYO CLINIC** *Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
Route to scanning.

**TO BE SCANNED**

(complete fields or place patient stick here)

| | |
|---|---|
| MRN: 12-300-675 | case: 2000296217480 |
| Marcus, Leslie S | |
| DOB: F   (49 yrs)  Female   Encir Dt: 9/5/2019 | |

2000296217480

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

Are you known to be pregnant?
☐ Yes   ☒ No
Is there a chance you could be pregnant?
☐ Yes   ☒ No
If yes, do you want to take a pregnancy test? *
☐ Yes   ☒ No
    * You will be financially responsible for what your health insurance does not cover.
Are you breastfeeding?
☐ Yes   ☒ No

| Patient Signature | Date (mm-dd-yyyy) |
|---|---|
| | 09|05|19 |

Are you younger than 18 years of age?
☐ Yes   ☒ No
    With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them.

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
|---|---|---|
| | | |

**For Departmental Use Only**

| Pregnancy Test |  |
|---|---|
| ☐ Indeterminate or Positive | |
| ☐ Negative | |
| ☒ Declined | |

| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| *Ashley Salitra, RN* | 9-5-19 |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| Ashley Salitra | |

| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| *Luisa G Carrasco, R.T.(R)(CT)* | 9-5-19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.

RADSCR

©2017 Mayo Foundation for Medical Education and Research

1       MC1035-28

**Lincoln/Marcus 3393**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:        /        Sex: F
Adm: 9/5/2019, D/C: 9/5/2019

**09/05/2019 CT Chest Imaging Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

**Lincoln/Marcus 3394**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

# MAYO CLINIC

## 09/03/2019 Blood Test in Department of Laboratory Medicine and Pathology in Phoenix, Arizona

### Reason for Visit

Visit diagnosis: Abnormal Laboratory Results [R68.89]

### Labs

#### Lab

##### S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531668550] (Final result)

###### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E403014164:1 | Blood | Blood, Venous | 09/03/19 0907 |

###### S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531668550]    Resulted: 09/03/19 1136, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, M.S.N.          Order status: Completed
09/03/19 0853
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 09/03/19 0907
09/03/19 1436
Resulting lab: MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 09/03/19 2330
Sabino, Myra S, L.P.N. on 09/04/19 1202

###### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH, Sensitive, S | 1.9 | 0.3 - 4.2 mIU/L | — | MCA PHX Campus |

###### Testing Performed By

| Lab-Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1051 - MCA PHX Campus | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

###### Indications

Abnormal Laboratory Results [R68.89 (ICD-10-CM)]

###### All Reviewers List

Sabino, Myra S, L.P.N. on 9/4/2019 12:02
Anderson, Gretchen S, APRN, M.S.N. on 9/3/2019 23:30

##### T4 (Thyroxine), Free [2222531668552] (Final result)

###### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E403014164:2 | Blood | Blood, Venous | 09/03/19 0907 |

###### T4 (Thyroxine), Free [2222531668552]    Resulted: 09/03/19 1136, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, M.S.N.          Order status: Completed

**Lincoln/Marcus 3395**

■                                                        7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 9/3/2019, D/C: 9/3/2019

## 09/03/2019 Blood Test in Department of Laboratory Medicine and Pathology in Phoenix, Arizona (continued)

### Labs (continued)

09/03/19 0853
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301         Collected by:  09/03/19 0907
09/03/19 1436
Resulting lab:  MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 09/03/19 2330
Sabino, Myra S, L.P.N. on 09/04/19 1202

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| T4 (Thyroxine), Free, S | 1.1 | 0.9 - 1.7 ng/dL | — | MCA PHX Campus |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 1051 - MCA PHX Campus | MAYO CLINIC ARIZONA MAYO CLIN BLDG- PHX CAMPUS | Unknown | 5881 E Mayo Blvd 1st Fl PHOENIX AZ 85054 | 08/27/18 0758 - Present |

#### Indications

Abnormal Laboratory Results [R68.89 (ICD-10-CM)]

#### All Reviewers List

Sabino, Myra S, L.P.N. on 9/4/2019 12:02
Anderson, Gretchen S, APRN, M.S.N. on 9/3/2019 23:30

**Lincoln/Marcus 3396**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:        , Sex: F
Visit date: 9/3/2019


**MAYO CLINIC**

09/03/2019 Office Visit in Department of Psychiatry and Psychology in Phoenix, Arizona

## Reason for Visit

Visit diagnosis: Depressive Disorder [F32.9]

## Progress Notes

### Progress Notes

**Martin, Kari A, M.D. at 9/3/2019 11:00 AM**

| Author: Martin, Kari A, M.D. | Service: PSY Medical Psychiatry | Author Type: Physician |
| Filed: 9/3/2019 11:45 AM | Encounter Date: 9/3/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

See dictated note.

Electronically signed by Martin, Kari A, M.D. at 9/3/2019 11:45 AM

**Martin, Kari A, M.D. at 9/3/2019 11:00 AM**

| Author: Martin, Kari A, M.D. | Service: PSY/PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 9/3/2019 3:16 PM | Encounter Date: 9/3/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

**SUBJECTIVE**
Established patient office visit, L4; total time 25 minutes.

**HISTORY OF PRESENT ILLNESS**
Ms. Marcus is a pleasant 48-year-old woman whom I initially evaluated on July 18, 2019, as a referral to Psychiatry for evaluation of anxiety and depression. She presented with severe symptoms. Her PHQ-9 score was 24. Her GAD-7 score was 18. She presented on mirtazapine and clonazepam. I initiated sertraline. Unfortunately, she was unable to tolerate sertraline. On August 19, I transitioned her from sertraline to venlafaxine.

She presents today in followup. She informs me that her baseline nausea has intensified. She has low appetite, and she is primarily eating ginger. She did resume CBD gummies and Rick Simpson oil in the day along with a pot cookie at night. She continues on the mirtazapine 30 mg at night, Klonopin 1 mg at night. She notes no appreciable benefit in her mood. She denies any suicidal ideation. Her PHQ-9 and GAD-7 remain elevated in the severe range. No mood cycling or psychosis. She describes irritability, impaired frustration tolerance, anxiety, feeling wound up constantly, some panic-like symptoms with hyperventilation.

I did refer her to Health Psychology for biofeedback and cognitive behavioral therapy. Her appointments are scheduled for September 12 and October 14.

She established care with Gretchen Anderson in Primary Medicine.

Medications, allergies, problem list reviewed and updated.

**OBJECTIVE**
**MENTAL STATUS EXAMINATION:**

| 10/11/2019 9:15 AM    User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 19 |

**Lincoln/Marcus 3397**

7E291190008

■


# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 9/3/2019

**09/03/2019 - Office Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)**

**Progress Notes (continued)**

She is alert and oriented. Sensorium is clear. There is no fluctuation of consciousness. She is well-groomed, well-dressed. Speech is clear, fluent, and nonpressured. Thought processes are linear, directable, and logical. Mood irritable. Affect appropriate, engaged. She has good insight into her psychological condition. No aggression or disinhibition. No perceptual disturbances, paranoia, or delusions. No suicide or homicidal ideation. No evidence of a thought disorder. Judgment and insight are intact.

**ASSESSMENT / PLAN**
The patient presents to Psychiatry in followup. She reports increased nausea. She has been on Effexor XR 150 mg a day for two weeks. In addition, she resumed Rick Simpson oil, CBD, and edible marijuana cookies. We discussed potential adverse medical and neuropsychological effects of cannabis. We also discussed that cannabis may lower the efficacy of antidepressant medications. At this time, she prefers to continue on the cannabis.

I advised her to continue on Effexor XR 150 mg a day for now. I will increase her mirtazapine to 45 mg at night. I asked her to contact me next week with an update.

She is scheduled for biofeedback and cognitive behavioral therapy in September and October 2019.

We will order pharmacogenomic/OneOme testing today to help with future medication decision-making.

I will see her in followup in a month.

FINAL IMPRESSION:
**#1 Major depression, recurrent, severe, without psychosis**
**#2 Panic attacks**
**#3 Generalized anxiety disorder**
**#4 Chronic insomnia**
**#5 Cannabis use**

DD: 09/03/2019 10:50:10 CT
DT: 09/03/2019 12:36:53 CT
Job ID: 852748673/dmh

Electronically signed by Martin, Kari A, M.D. at 9/3/2019 3:16 PM

**Lincoln/Marcus 3398**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 8/27/2019, D/C: 8/27/2019

# MAYO CLINIC

08/27/2019 - Ultrasound Head Neck Exam in Department of Radiology in Phoenix, Arizona

**Reason for Visit**

Visit diagnosis: Localized Enlarged Lymph Nodes [R59.0]

**Imaging**

Imaging

US Thyroid [2222531668542] (Final result)

| US Thyroid [2222531668542] | Resulted: 08/27/19 0951, Result status: Final result |
|---|---|
| Ordering provider: Anderson, Gretchen S, APRN, M.S.N. 08/27/19 0903 | Order status: Completed |
| Resulted by: Eversman, William G, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 08/27/19 1254 |
| Performed: 08/27/19 0904 - 08/27/19 0924 | Accession number: 12087280 |

Resulting lab: POWERSCRIBE360
Narrative:
EXAM: US THYROID

COMPARISON: None.

FINDINGS:

The thyroid parenchyma appears normal.

Slightly enlarged level II lymph node on the right. The lymph node measures 8 mm in short axis, 21 mm in length, and 14 mm in width. This is most consistent with a benign reactive lymph node.

No pathologically enlarged lymph nodes are seen in the neck, with evaluation of levels II-V.

THYROID MEASUREMENTS:
Right lobe length: 4.8 cm
Right lobe AP: 0.9 cm
Right lobe transverse: 1.8 cm
Left lobe length: 3.3 cm
Left lobe AP: 0.9 cm
Left lobe transverse: 1.4 cm
Isthmus AP: 0.2 cm

COMMENTS: The thyroid nodule descriptions and categories are based on the Thyroid Nodule Care Process Model established by the Mayo Clinic Endocrine Oncology Specialty Council.
https://askmayoexpert.mayoclinic.org/topic/clinical-answers/cnt-20132037/sec-203 7778 ACR TI-RADS link:
https://www.acr.org/Clinical-Resources/Reporting-and-Data-Systems/TI-RADS

Impression:
1. Normal thyroid.
2. Benign reactive lymph node at level II on the right. This should be of no clinical significance.

**Lincoln/Marcus 3399**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 8/27/2019, D/C: 8/27/2019

**08/27/2019: Ultrasound Head Neck Exam in Department of Radiology in Phoenix Arizona (Continued)**

**Imaging (continued)**

Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/29/19 0035
Gomez, Brittany M, L.P.N. on 08/29/19 1133

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Eversman, William G, M.D. on 8/27/19 at 0951 MST

**All Reviewers List**

Anderson, Gretchen S, APRN, M.S.N. on 8/29/2019 18:56
Gomez, Brittany M, L.P.N. on 8/29/2019 11:33
Anderson, Gretchen S, APRN, M.S.N. on 8/29/2019 00:35

**Lincoln/Marcus 3400**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Visit date: 8/19/2019



**MAYO CLINIC**

08/19/2019 Lab in ARZ PX UMP

### Reason for Visit

Visit diagnosis: Anemia [D64.9]

### Labs

#### Lab

**Iron and Total Iron-Binding Capacity [2222531668534] (Final result)**

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E319035398:1 | Blood | Blood, Venous | 08/14/19 1655 |

**Iron and Total Iron-Binding Capacity [2222531668534] (Abnormal)**     Resulted: 08/19/19 1522, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,     Order status: Completed
M.S.N. 08/19/19 1454
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301     Collected by: 08/14/19 1655
08/19/19 1822
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/20/19 1719
Polyard, Ruth L, L.P.N. on 08/20/19 2001

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Iron | 23 | 35 - 145 mcg/dL | L | ARZ |
| Total Iron Binding Capacity | 346 | 250 - 400 mcg/dL | — | ARZ |
| Percent Saturation | 7 | 14 - 50 % | L | ARZ |

##### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

##### Indications

Anemia [D64.9 (ICD-10-CM)]

##### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/20/2019 20:01
Anderson, Gretchen S, APRN, M.S.N. on 8/20/2019 17:19

**Ferritin [2222531668535] (Final result)**

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E318035398:2 | Blood | Blood, Venous | 08/14/19 1655 |

**Ferritin [2222531668535] (Abnormal)**     Resulted: 08/20/19 1113, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,     Order status: Completed

**Lincoln/Marcus 3401**

■                                                                          7E291190008


**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Visit date: 8/19/2019

## 08/19/2019 Lab in ARZ PX LMR (continued)

### Labs (continued)

M.S.N. 08/19/19 1454
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 08/14/19 1655
08/20/19 1413
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/20/19 1719
Polyard, Ruth L, L.P.N. on 08/20/19 2001

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin, S | 5 | 11 - 307 mcg/L | L | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/20/2019 20:01
Anderson, Gretchen S, APRN, M.S.N. on 8/20/2019 17:19

### Vitamin B12 Assay [2222531668536] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E319035398:3 | Blood | Blood, Venous | 08/14/19 1655 |

#### Vitamin B12 Assay [2222531668536]                    Resulted: 08/20/19 1113, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC,       Order status: Completed
M.S.N. 08/19/19 1454
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 08/14/19 1655
08/20/19 1413
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, M.S.N. on 08/20/19 1719
Polyard, Ruth L, L.P.N. on 08/20/19 2001

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B12 Assay, S | 781 | 180 - 914 ng/L | — | ARZ |
| Comment | | | | |

----ADDITIONAL INFORMATION----

**Lincoln/Marcus 3402**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 8/19/2019


MAYO CLINIC

**08/19/2019 Lab in ARZ RX LMR (continued)**

## Labs (continued)

In patients being evaluated for vitamin B12 deficiency who have intrinsic factor blocking antibodies (IFBA), false elevations of B12 may occur due to IFBA interference thus potentially obscuring a physiological deficiency of B12. If observed B12 concentrations are discordant with clinical presentation, measurement of methylmalonic acid (MMA) should be considered.

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

## Indications

Anemia [D64.9 (ICD-10-CM)]

## All Reviewers List

Polyard, Ruth L, L.P.N. on 8/20/2019 20:01
Anderson, Gretchen S, APRN, M.S.N. on 8/20/2019 17:19

**Lincoln/Marcus 3403**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

## 08/14/2019 Blood Test in Department of Laboratory Medicine and Pathology in Glendale Arizona

### Reason for Visit

Visit diagnoses:
- Anemia [D64.9]
- Fatigue [R53.83]
- Gain Weight [R63.5]
- Connective Tissue Mixed Disorder [M35.9]
- Nausea [R11.0]

### Labs

#### Lab

##### CBC with Differential, Blood [2222531666679] (Final result)

###### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:1 | Blood | Blood, Venous | 08/14/19 1655 |

###### CBC with Differential, Blood [2222531666679] (Abnormal)     Resulted: 08/14/19 1832, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648     Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 2132     Collected by: 08/14/19 1655

Resulting lab: MAYO CLINIC ARIZONA LAB

Acknowledged by

Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453

Polyard, Ruth L, L.P.N. on 08/19/19 1723

###### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 9.9 | 11.6 - 15.0 g/dL | L | ARZ |
| Hematocrit | 32.1 | 35.5 - 44.9 % | L | ARZ |
| Erythrocytes | 3.75 | 3.92 - 5.13 x10(12)/L | L | ARZ |
| MCV | 85.6 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 15.1 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 355 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 5.9 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 2.34 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 2.68 | 0.95 - 3.07 x10(9)/L | — | ARZ |
| Monocytes | 0.62 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.20 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.06 | 0.01 - 0.08 x10(9)/L | — | ARZ |

### Testing Performed By

**Lincoln/Marcus 3404**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          /          Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

## 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

### Labs (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Indications

Anemia [D64.9 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

### S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531666681] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By | |
|---|---|---|---|---|
| E314038038:2 | Blood | Blood, Venous | 08/14/19 1655 | |

#### S-TSH (Thyroid-Stimulating Hormone - Sensitive) [2222531666681]      Resulted: 08/14/19 1841, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648

Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 2141

Collected by: 08/14/19 1655

Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

#### Components



| Name | Value | | Ref | | Lab |
|---|---|---|---|---|---|
| TSH, Sensitive, S | 2.4 | 0.3 - 4.2 mIU/L | — | | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Indications

Fatigue [R53.83 (ICD-10-CM)]
Gain Weight [R63.5 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

**Lincoln/Marcus 3405**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

**08/14/2019: Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

Labs (continued)

## T4 (Thyroxine), Free [2222531666683] (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:3 | Blood | Blood, Venous | 08/14/19 1655 |

**T4 (Thyroxine), Free [2222531666683] (Abnormal)**        Resulted: 08/15/19 0834, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648            Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/15/19 1134            Collected by: 08/14/19 1855

Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

### Components

| Component | Value | Normal Range | | |
|---|---|---|---|---|
| T4 (Thyroxine), Free | 0.9 | 0.9 - 1.7 ng/dL | L | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

### Indications

Fatigue [R53.83 (ICD-10-CM)]
Gain Weight [R63.5 (ICD-10-CM)]

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

## Rheumatoid Factor [2222531666685] (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:4 | Blood | Blood, Venous | 08/14/19 1655 |

**Rheumatoid Factor [2222531666685]**        Resulted: 08/15/19 0827, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648            Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301            Collected by: 08/14/19 1655

**Lincoln/Marcus 3406**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 8/14/2019, D/C: 8/14/2019



**MAYO CLINIC**

## Labs (continued)

08/15/19 1127
Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Rheumatoid Factor, S | <15 | <15 IU/mL | — | ARZ |

### Testing Performed By

| Lab Abbreviation & Name | Director | Address | Valid Date Range |
|---|---|---|---|
| 422 - ARZ    MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

### Indications

Fatigue [R53.83 (ICD-10-CM)]
Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

## Sedimentation Rate [2222531668516] (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:5 | Blood | Blood, Venous | 08/14/19 1655 |

### Sedimentation Rate [2222531668516]                    Resulted: 08/14/19 1952, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 2252
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

Order status: Completed

Collected by: 08/14/19 1655

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sedimentation Rate, B | 21 | 0 - 29 mm/1 h | — | ARZ |

**Lincoln/Marcus 3407**

■                                                                        7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

08/14/2019 - Blood Testing Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

## Labs (continued)

### Testing Performed By

| Lab-Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

Fatigue [R53.83 (ICD-10-CM)]
Nausea [R11.0 (ICD-10-CM)]
Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

## CRP (C-Reactive Protein) [2222531668516] (Final result)

### Specimen Information

| ID | Type | Source | Collected By | |
|---|---|---|---|---|
| E314038038:6 | Blood | Blood, Venous | 08/14/19 1655 | |

### CRP (C-Reactive Protein) [2222531668516]          Resulted: 08/14/19 1841, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 2141          Collected by: 08/14/19 1655
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

### Components

| | | | | |
|---|---|---|---|---|
| C-Reactive Protein (CRP), S | 5.3 | <=0 mg/L | — | ARZ |

### Testing Performed By

| Lab-Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Indications

Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

### All Reviewers List

---

**Lincoln/Marcus 3408**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:    /    Sex: F
Adm: 8/14/2019, D/C: 8/14/2019



# MAYO CLINIC



**08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)**

## Labs (continued)

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

### ANA (Antinuclear Antibodies) [2222531668520] (Final result)

#### Specimen Information



| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:7 | Blood | Blood, Venous | 08/14/19 1655 |

**ANA (Antinuclear Antibodies) [2222531668520]**      Resulted: 08/15/19 1250, Result status: Final result

Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648

Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/15/19 1551

Collected by: 08/14/19 1655

Resulting lab: MAYO CLINIC SCOTTSDALE LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Antinuclear Ab, S | 0.3 U | <=1.0 (Negative) | — | ARZ |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 422 - ARZ | MAYO CLINIC SCOTTSDALE LAB | Robetorye, Ryan S, M.D., Ph.D. | 13400 East Shea Boulevard Phoenix AZ 85259 | 05/15/19 1047 - Present |

#### Indications

Connective Tissue Mixed Disorder (HCC) [M35.9 (ICD-10-CM)]

#### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

### Thyroperoxidase (TPO) Antibodies [2222531668522] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E314038038:8 | Blood | Blood, Venous | 08/14/19 1655 |

**Lincoln/Marcus 3409**

7E291190008

# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 8/14/2019, D/C: 8/14/2019



08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale, Arizona (continued)

## Labs (continued)

**Thyroperoxidase (TPO) Antibodies [2222531668522]**          Resulted: 08/16/19 0932, Result status: Final result

| | |
|---|---|
| Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1648 | Order status: Completed |
| Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/16/19 1232 | Collected by: 08/14/19 1655 |

Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

### Components

| Component | Value | | | |
|---|---|---|---|---|
| Thyroperoxidase Ab, S | 2.0 | <9.0 U/mL | — | SDSC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

### Indications

Gain Weight [R63.5 (ICD-10-CM)]

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

## Nucleated RBC [2222531668524] (Final result)

### Specimen Information

| Procedure Number | Specimen Type | Source | Collected By |
|---|---|---|---|
| E314038038:10 | Blood | — | 08/14/19 1655 |

**Nucleated RBC [2222531668524]**          Resulted: 08/14/19 1832, Result status: Final result

| | |
|---|---|
| Ordering provider: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. 08/14/19 1646 | Order status: Completed |
| Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 08/14/19 2132 | Collected by: 08/14/19 1655 |

Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 08/19/19 1453
Polyard, Ruth L, L.P.N. on 08/19/19 1723

### Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|

**Lincoln/Marcus 3410**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 8/14/2019, D/C: 8/14/2019

# MAYO CLINIC

## 08/14/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Glendale Arizona (continued)

### Labs (continued)

| | | | Range | | |
|---|---|---|---|---|---|
| Nucleated RBC | | 0.0 | /100 WBC | — | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Polyard, Ruth L, L.P.N. on 8/19/2019 20:07
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 18:04
Polyard, Ruth L, L.P.N. on 8/19/2019 17:23
Anderson, Gretchen S, APRN, FNP-BC, M.S.N. on 8/19/2019 14:53

**Lincoln/Marcus 3411**



7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          ,  Sex: F
Visit date: 8/14/2019

## 08/14/2019 Comprehensive Visit in Department of Family Medicine in Glendale, Arizona

### Reason for Visit

Chief complaints: New Patient and Annual Exam
Visit diagnoses:
- Fatigue (primary) [R53.83]
- Nausea [R11.0]
- Anemia [D64.9]
- Gain Weight [R63.5]
- Connective Tissue Mixed Disorder [M35.9]
- Localized Enlarged Lymph Nodes [R59.0]
- Depression Anxiety [F41.8]
- Loss Hair Personal History [Z87.898]
- Arrhythmia Atrial [I49.8]
- Anemia Iron Deficiency [D50.9]
- Loss Memory [R41.3]

### Progress Notes

#### Progress Notes

Anderson, Gretchen S, APRN, FNP-BC, M.S.N. at 8/14/2019 7:00 PM

| | | |
|---|---|---|
| Author: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. | Service: FAM (Family Medicine) | Author Type: Nurse Practitioner |
| Filed: 8/18/2019 1:02 AM | Encounter Date: 8/14/2019 | Status: Signed |
| Editor: Anderson, Gretchen S, APRN, FNP-BC, M.S.N. (Nurse Practitioner) | | |

## SUBJECTIVE

### CHIEF COMPLAINT / REASON FOR VISIT
New Patient and Annual Exam

### HISTORY OF PRESENT ILLNESS
Leslie S Marcus is a 48 y.o. year old female who presents today to establish care at Mayo Clinic Family Medicine Arrowhead. She has multiple concerns that she wishes to discuss today to establish care. She has been seen by our Cardiology and Psychiatry Department previous to this visit for her history of anxiety and atrial arrhythmia is. She seems to be quite anxious and frustrated upon initial visit. She states that she would also like long-term disability forms completed today. She is accompanied by her husband today.

December 2017 she was involved in a motor vehicle accident which led to increased low back pain. She was given several epidural steroids which eventually had led to atrial tachycardia as an atrial arrhythmia is as a result of the steroids reportedly. Since this time, she has been dealing with many symptoms which seem to progressively be getting worse. The symptoms seem to include chronic nausea, weight gain, mood changes becoming severely depressed and anxious, anemia, insomnia, and difficulty walking. She also states that her cortisol levels have increased and was reportedly started on SSRI therapy of Zoloft which has not been helping her symptoms. She does report a history of esophageal ulcers that was being managed by an outside GI provider with an upper endoscopy most recently completed approximately 6 months ago. Testing was negative for Helicobacter pylori. She does remain on Remeron which was placed for the insomnia which she reports is not working either. She has also noted to have severe hair loss. She is also concerned regarding a family history with her twin sister of having positive ANA levels. Her ANA and rheumatological factors reportedly in the past have been negative. She is very frustrated about her symptoms and how she has been feeling. She states that she was in a top position with management prior to the

**Lincoln/Marcus 3412**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:    /    Sex: F
Visit date: 8/14/2019


**MAYO CLINIC**

08/14/2019 Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

motor vehicle accident and now can barely manage herself and her family. She does have an upcoming Hematology appointment already pre scheduled for her history of anemia.

During the visit her husband does show me an episode when they were in Idaho last weekend in which she became very dizzy with increased anxiety. During this time on the video it shows her rocking back and forth on the bed and reportedly not being able to find her words with crying. These episodes seem to happen twice weekly and symptoms come fluctuate from mild to severe.

She also has concerns regarding a tender right lymph node within her neck. She states that this has been ultrasounded in the past and has been unremarkable although she is adamant that is quite painful in actually causes her some nausea.

In the community she has been seen by Neurology and Hematology with Gastroenterology.

**PAST MEDICAL HISTORY**
**Patient Active Problem List**
**Diagnosis**
- Fibrillation Atrial (HCC)
- Catheter Ablation For Conduction Pathway Status Post
- Flutter Atrial (HCC)
- Anxiety Generalized Disorder
- Adjustment Disorder With Depressed Mood
- Asthma (HCC)
- Chronic Fatigue Syndrome
- Hemorrhage Gastrointestinal
- Insomnia Due To Medical Condition
- Irritable Bowel Syndrome Without Diarrhea
- Other Pulmonary Embolism Without Acute Cor Pulmonale (HCC)


Current Outpatient Medications:
- albuterol (PROVENTIL HFA,VENTOLIN HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed., Disp: , Rfl:
- apixaban (ELIQUIS) 5 mg tablet, Take 1 tablet (5 mg total) by mouth 2 (two) times a day., Disp: 60 tablet, Rfl: 11
- atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning. , Disp: , Rfl:
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily., Disp: , Rfl:
- clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY, Disp: , Rfl:
- metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 0.5 tablets (12.5 mg total) by mouth 2 (two) times a day. With propafenone (rhythmol)., Disp: 180 tablet, Rfl: 3
- mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime., Disp: 30 tablet, Rfl: 2
- montelukast (SINGULAIR) 10 mg tablet, Take 1 tablet by mouth daily., Disp: , Rfl: 0
- pantoprazole (PROTONIX) 40 mg EC tablet, Take 1 tablet (40 mg total) by mouth 2 (two) times a day before breakfast and dinner., Disp: 60 tablet, Rfl: 0

**Lincoln/Marcus 3413**

7E291190008

■

Marcus, Leslie S
MRN: 12-300-675, DOB:        ,  Sex: F
Visit date: 8/14/2019



# MAYO CLINIC

**08/14/2019: Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)**

**Progress Notes (continued)**

- SYMBICORT 160-4.5 mcg/actuation inhaler, Inhale 2 puffs 2 (two) times a day as needed., Disp: , Rfl: 0
- UNABLE TO FIND, CBD Oil, Disp: , Rfl:
- venlafaxine XR (EFFEXOR-XR) 75 mg 24 hr capsule, Take 2 capsules (150 mg total) by mouth daily with breakfast. Start with 1 capsule per day for 7 days, then increase to 2 caps per day., Disp: 60 capsule, Rfl: 1

## REVIEW OF SYSTEMS
Please refer to HPI

## OBJECTIVE
**Vitals:**

|        | 08/14/19 1542 |
|--------|---------------|
| BP:    | 98/62         |
| Pulse: | 84            |
| Resp:  | 16            |
| Temp:  | 37 °C         |
| SpO2:  | 97%           |

## PHYSICAL EXAM
Constitutional: No apparent distress.
HEENT: Normocephalic, atraumatic.Neck: Supple, no lymphadenoapthy.
Cardiovascular: S1, S2 Regular rate and rhythm, no murmur, rub or gallop. No lower extremity edema
Respiratory: Clear to auscultation, non-labored respirations.No tachypnea
Neck: No thyroid megaly, palpable lymph node of the right anterior lymph node chain which was tender upon palpation.
GI: Soft non-tender, non-distended without rebound or guarding. Normoactive bowels.
GU: No CVA tendemess
Psychiatry: She is often hysterical in the room with crying, depression, and elevated anxiety. She became very angry when I declined filling out long-term disability paperwork during the visit. She is well groomed and does make eye contact.
Musculoskeletal: ambulation is normal.
Neurovascular: Cns II-XII intact.

## ASSESSMENT / PLAN
#1 Fatigue
#2 Nausea, chronic
#3 Anemia with history of esophageal ulcers, last upper endoscopy January 2019
#4 Gain Weight
#5 Localized Enlarged Lymph Nodes, right side neck
#6 Insomnia

**Lincoln/Marcus 3414**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:              , Sex: F
Visit date: 8/14/2019



**MAYO CLINIC**

08/14/2019 Comprehensive Visit in Department of Family Medicine in Glendale, Arizona (continued)

**Progress Notes (continued)**

**#7 Depression anxiety**
**#8 Hair loss**
**#9 Atrial arrhythmias**
**#10 Difficulty walking and balancing/memory concerns**
Plan: They bring in a spread sheet of her multiple symptoms for me to review. When I declined completing long-term disability paperwork, she became very angry despite repeated attempts at clarifying our office policy of long-term paperwork. She will take this back to her previous PCPs office to have completed. It is very difficult to identify 1 single source that is causing all of these multiple symptoms although I do believe that much of it is related to uncontrolled anxiety. She will continue to follow up with Cardiology and Psychiatry. Due to her multiple other concerns, I will place a consult for Neurology and GI as she has a prescheduled point with Hematology. Rheumatological labs including sed rate, CRP, rheumatoid factor, ANA, CBC, TSH, T4, TPO antibodies will be completed. If these are abnormal with rheumatological labs will consult with Rheumatology. I will order an ultrasound of the right-sided neck lymph node for further evaluation with a possible consideration to ENT if needed. Based on lab results will also consider follow-up with Endocrinology due to her multiple symptoms of fatigue, hair loss, and weight gain to evaluate for any other etiologies she has been experiencing for her symptoms.

Electronically signed by Anderson, Gretchen S, APRN, FNP-BC, M.S.N. at 8/18/2019  1:02 AM

**Vitals**

| Vital Signs | | | | Most recent update: 8/14/2019  3:43 PM |
|---|---|---|---|---|
| BP | Pulse | Temp | Resp | Ht |
| 98/62 (BP Location: Left arm, Patient Position: Sitting, Cuff Size: Regular) | 84 | 37 °C (Oral) | 16 | 165 cm |
| Wt | SpO2 | BMI | | |
| 65.3 kg | 97% | 23.99 kg/m² | | |

**Pain Information (Last Filed)**

| Score | | Location | | Edu? |
|---|---|---|---|---|
| 0-No pain | | None | | Yes |

**Lincoln/Marcus 3415**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 7/23/2019, D/C: 7/23/2019

## 07/23/2019 Holter Monitor Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

### Reason for Visit

Visit diagnoses:
- Fibrillation Atrial [I48.91]
- Dyspnea Multifactorial [R06.09]

### Imaging

#### Cardiac Services

##### ECG Heart rhythm monitor (Holter) [2222504516094] (Final result)

| ECG Heart rhythm monitor (Holter) [2222504516094] | Resulted: 07/30/19 1606, Result status: Final result |
|---|---|

Ordering provider: Hendrick, Susan E, P.A.-C. 07/23/19 1031     Order status: Completed
Resulted by: Scott, Luis R, M.D.                                Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 07/30/19 1906

Performed: 07/23/19 1031 - 07/23/19 1040                        Accession number: 11733868
Resulting lab: HOLTER SENTINEL
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/31/19 1234

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| VT Runs | 0 | count | — | HOLTER |
| VE Total Beats | 5 | count | — | HOLTER |
| VE Percent Beats | 0 | percent | — | HOLTER |
| VE Max Per Hour Time | 2019072316 0000 | — | — | HOLTER |
| VE Max Per Hour | 1 | count | — | HOLTER |
| Tachycardia Runs | 0 | count | — | HOLTER |
| SVT Runs | 0 | count | — | HOLTER |
| SVE Total Beats | 3 | count | — | HOLTER |
| SVE Percent Beats | 0 | percent | — | HOLTER |
| SVE Max Per Hour Time | 2019072312 0000 | — | — | HOLTER |
| SVE Max Per Hour | 1 | count | — | HOLTER |
| Recording Date | 2019072310 3900 | — | — | HOLTER |
| Holter Pauses | 0 | count | — | HOLTER |
| Min Heart Rate Time | 2019072403 0040 | — | — | HOLTER |
| Min Heart Rate | 72 | bpm | — | HOLTER |
| Mean Heart Rate Time | 92 | bpm | — | HOLTER |
| Max Heart Rate Time | 2019072409 4030 | — | — | HOLTER |
| Max Heart Rate | 145 | bpm | — | HOLTER |
| Bradycardia Runs | 0 | count | — | HOLTER |
| Analysis Date | 20,190,730 | — | — | HOLTER |
| AF Count | 0 | count | — | HOLTER |

#### Procedures Performed                                                    Chargeable

HOLTER MONITOR - IN CLINIC HOOK UP [CAR164]

#### Testing Performed By

**Lincoln/Marcus 3416**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                  Sex: F
Adm: 7/23/2019, D/C: 7/23/2019

## 07/23/2019: Holter Monitor Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Imaging (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 220 - HOLTER | HOLTER SENTINEL | Unknown | NA | 08/03/16 0855 - Present |

### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

### Signed

Electronically signed by Scott, Luis R, M.D. on 7/30/19 at 1606 MST

### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/31/2019 12:34

**Lincoln/Marcus 3417**

7E291190008

■



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 7/19/2019, D/C: 7/19/2019

## 07/19/2019 - Fluoroscopic Sniff Test Exam in Department of Radiology in Scottsdale, Arizona

### Reason for Visit

Visit diagnoses:
- Fibrillation Atrial [I48.91]
- Dyspnea Multifactorial [R06.09]

### Imaging

#### Imaging

##### FL Sniff Test [2222504516091] (Final result)

| FL Sniff Test [2222504516091] | Resulted: 07/19/19 0901, Result status: Final result |
|---|---|

| | |
|---|---|
| Ordering provider: Hendrick, Susan E, P.A.-C. 07/19/19 0818 | Order status: Completed |
| Resulted by: Johnson, C D, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 07/19/19 1204 |
| Performed: 07/19/19 0840 - 07/19/19 0845 | Accession number: 11733665 |

Resulting lab: POWERSCRIBE360
Narrative:
EXAM: FL SNIFF TEST

COMPARISON: None

TECHNIQUE:  Sniff testing under fluoroscopic observation

Impression:
The hemidiaphragms move downward in a symmetric fashion when the patient sniffs.

Image(s) acquired. Fluoro time 0.4 minutes.

Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/19/19 1410

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

### Signed

Electronically signed by Johnson, C D, M.D. on 7/19/19 at 0901 MST

### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/19/2019 14:10

### Documents

#### Radiology - Screening Form

##### Scan on 7/23/2019 10:07 AM

###### Scan (below)

| | | | | |
|---|---|---|---|---|
| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 40 |

**Lincoln/Marcus 3418**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/19/2019, D/C: 7/19/2019



**MAYO CLINIC**

═══ **07/19/2019: Fluoroscopic Shiff Test Exam in Department of Radiology in Scottsdale, Arizona (continued)** ═══

**Documents (continued)**

 

**MAYO CLINIC**

*Radiology Pre-Exam*
*Pregnancy Assessment*

Form content retained in medical record.
Route to scanning.

**TO BE SCANNED**



(complete fields or place patient label here)

MRN: 12-300-675      CSN: 2000291402005
Marcus, Leslie S
DOB:          (48 yrs)   Female   Enck Dt: 7/19/2019

2000291402005

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

| | |
|---|---|
| Are you known to be pregnant?<br>☐ Yes  ☑ No<br>Is there a chance you could be pregnant?<br>☐ Yes  ☑ No<br>If yes, do you want to take a pregnancy test? *<br>☐ Yes  ☑ No<br>  * You will be financially responsible for what your health insurance does not cover.<br>Are you breastfeeding?<br>☐ Yes  ☑ No | |
| Patient Signature | Date (mm-dd-yyyy)<br>19 July 2019 |
| Are you younger than 18 years of age?<br>☐ Yes  ☑ No<br>  With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them. | |
| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |

**For Departmental Use Only**

| Pregnancy Test<br>☐ Indeterminate or Positive<br>☐ Negative<br>☑ Declined | |
|---|---|
| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy)<br>7/19/19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name<br>Maisa Enzr | |
| If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient. | |

©2017 Mayo Foundation for Medical Education and Research

MC1003-28

**Lincoln/Marcus 3419**

7E291190008

MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 7/19/2019, D/C: 7/19/2019

**07/19/2019 Fluoroscopic Sniff Test Exam in Department of Radiology in Scottsdale, Arizona (continued)**

**Documents (continued)**

**Lincoln/Marcus 3420**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/18/2019


MAYO
CLINIC

**07/18/2019: Comprehensive Visit in Department of Psychiatry and Psychology in Phoenix, Arizona**

**Reason for Visit**

Visit diagnoses:
- Insomnia [G47.00]
- Depression Anxiety [F41.8]

**Clinical Notes**

**Consults - Outpatient**

**Martin, Kari A, M.D. at 7/18/2019 1:00 PM**

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY/PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 7/18/2019 1:58 PM | Encounter Date: 7/18/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

See dictated consult.

Electronically signed by Martin, Kari A, M.D. at 7/18/2019 1:58 PM

**Martin, Kari A, M.D. at 7/18/2019 1:00 PM**

| | | |
|---|---|---|
| Author: Martin, Kari A, M.D. | Service: PSY/PSI (Psychiatry and Psychology) | Author Type: Physician |
| Filed: 7/22/2019 3:53 PM | Encounter Date: 7/18/2019 | Status: Signed |
| Editor: Martin, Kari A, M.D. (Physician) | | |

**SUBJECTIVE**
Psychiatric diagnostic evaluation with medical services.

**HISTORY OF PRESENT ILLNESS**
Ms. Marcus is a pleasant 48-year-old female with a history of atypical atrial flutter status post multiple ablations. She was most recently discharged from our facility on June 13, 2019. She has been referred to Psychiatry for severe comorbid anxiety and depression. She presents with her husband.

Her PHQ-9 score is 24. She endorses feeling depressed, loss of interest, trouble with sleep, energy, appetite, feeling bad about herself, trouble concentrating, psychomotor changes. She denies thoughts that she would be better off dead. She denies a history of suicidal gesture or intent or attempt. She denies command hallucinations to self-harm. She has had chronic insomnia, which predates her acute medical issues. She was involved in a motor vehicle accident in December and has had a constellation of health issues since that time. Her GAD-7 score is 18 for feeling nervous, not being able to control her worrying, worrying about different things, trouble relaxing, restlessness, irritability, fear that something awful might happen. She has a history of panic attacks. She describes anxiety with driving and being on the freeway. She has had to pull over. She describes avoidance phenomena. She has some reluctance to leave her home.

The patient was previously on Prozac at age 40 associated with depression experienced during a previous divorce. She found the medication helpful. She denies a history of postpartum depression. She denies a history of inpatient treatment. She denies any clearcut history of mood cycling or psychosis. She is currently on Remeron 30 mg at night with Klonopin 1 mg at night for sleep. She has been on and off Klonopin at different times. Currently, Klonopin is prescribed by her primary care physician. Even with the Remeron and Klonopin, she averages 1 night a week which is essentially sleepless. She is also taking CBD oil and using a marijuana cookie at night (indica). We discussed

**Lincoln/Marcus 3421**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:              . Sex: F
Visit date: 7/18/2019

07/18/2019 Comprehensive Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

neuropsychiatric effects of cannabis. She describes chronic nausea. She feels worthless, hopeless. She has been unable to work because of her health issues. She feels it is challenging to engage with others as she has "nothing to offer." She feels physically and psychologically "terrible".

The patient is familiar with yoga, having done it for the prior 20 years. She is finding it difficult to engage in a healthy lifestyle and behavioral changes due to her emotional state and physical decline. She is very short of breath with minimal activity.

Medications, allergies, problem list, past medical history, past surgical history: Reviewed and updated.

**PAST PSYCH HISTORY:**
She had 1 prior contact with a psychiatrist; She felt very invalidated. She states that person accused her of being a drug addict and a hypochondriac.

**FAMILY HISTORY**
Limited information. She is estranged from much of her family of origin. She asserts that a sister has been diagnosed with bipolar disorder.

**SOCIAL HISTORY/DEVELOPMENTAL HISTORY:**
She did experience developmental abuse. She denies nightmares, flashbacks, intrusive thoughts. She has possibly some dissociative memory gaps in childhood. Her husband has observed mild heightened startle. She has had increased irritability and impaired frustration tolerance since December. She has also gained 40 pounds. Decreased focus/ concentration since her accident.

**OBJECTIVE**
**MENTAL STATUS EXAM:**
She is alert and oriented. Sensorium is clear. There is no fluctuation of consciousness. Eye contact is appropriate. She is casually dressed. Speech is clear, fluent and nonpressured. Mood/Affect: She is tearful, labile, depressed. No physical aggression. No disinhibition. No perceptual disturbances, paranoia, or delusions. She denies acute suicidal or homicidal ideation. Judgment/insight: She is cooperative and engages in the interview.

**ASSESSMENT / PLAN**
The patient presents to Psychiatry with severe anxiety and depression in the setting of multiple medical issues. Psychoeducation was provided. I am going to refer her for biofeedback. I will refer her to cognitive behavioral therapy. I will start her on sertraline, target dose 50 mg a day. She agrees to contact me next week with an update on her tolerability of the sertraline. Risks and side effects of the medication were reviewed. I did reach out to her cardiologist as well regarding the plan of care. Dr. Sri agreed with the Zoloft trial. I will schedule a follow-up visit with the patient.

We discussed neuropsychiatric effects of cannabis. I would recommend discontinuing cannabis in the setting of anxiety and nausea and cardiac issues. The patient, however, feels that cannabis has been helpful and would like to continue it.

**FINAL IMPRESSION:**

**Lincoln/Marcus 3422**



7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/18/2019

**07/18/2019 Comprehensive Visit in Department of Psychiatry and Psychology in Phoenix, Arizona (continued)**

**Clinical Notes (continued)**

**#1 Major depression, severe, recurrent**
**#2 Panic attacks**
**#3 Generalized anxiety disorder**
**#4 Chronic insomnia**
**#5 cannabis use**

DD: 07/18/2019 12:57:36 CT
DT: 07/18/2019 17:15:41 CT
Job ID: 846884513/lam

CC: Komandoor Srivathsan, M.D.
Mayo Clinic
5777 East Mayo Blvd
Phoenix, AZ 85054

Electronically signed by Martin, Kari A, M.D. at 7/22/2019 3:53 PM

**Lincoln/Marcus 3423**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Phoenix, Arizona

### Reason for Visit

Visit diagnoses:
- Fibrillation Atrial [I48.91]
- Dyspnea Multifactorial [R06.09]

### Labs

#### Lab

##### CBC with Differential, Blood [2222504516079] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E218015046:1 | Blood | Blood, Venous | 07/18/19 0904 |

**CBC with Differential, Blood [2222504516079] (Abnormal)**          Resulted: 07/18/19 0915, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C. 07/18/19 0851     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 07/18/19 0904
07/18/19 1215
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/18/19 1938

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 10.0 | 11.6 - 15.0 g/dL | L | ARZ |
| Hematocrit | 32.9 | 35.5 - 44.9 % | L | ARZ |
| Erythrocytes | 3.83 | 3.92 - 5.13 x10(12)/L | L | ARZ |
| MCV | 85.9 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 14.7 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 316 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 6.5 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 2.84 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 2.86 | 0.95 - 3.07 x10(9)/L | — | ARZ |
| Monocytes | 0.48 | 0.26 - 0.81 x10(9)/L | — | ARZ |
| Eosinophils | 0.22 | 0.03 - 0.48 x10(9)/L | — | ARZ |
| Basophils | 0.07 | 0.01 - 0.08 x10(9)/L | — | ARZ |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Indications**

**Lincoln/Marcus 3424**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 7/18/2019, D/C: 7/18/2019



**MAYO CLINIC**

## 07/18/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Phoenix, Arizona (Continued)

### Labs (continued)

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/18/2019 19:38

### Basic Metabolic Panel [2222504516081] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E218015046:2 | Blood | Blood, Venous | 07/18/19 0904 |

#### Basic Metabolic Panel [2222504516081] (Abnormal)        Resulted: 07/18/19 0929, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C. 07/18/19 0851     Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301     Collected by: 07/18/19 0904
07/18/19 1229
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/18/19 1938

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 5.1 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 105 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 27 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 9 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 23.3 | 6.0 - 21.0 mg/dL | H | ARZ |
| Creatinine, S | 1.02 | 0.59 - 1.04 mg/dL | — | ARZ |
| eGFR-Non Black | 65 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | 75 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.4 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 89 | 70 - 140 mg/dL | — | ARZ |

### Testing Performed By

**Lincoln/Marcus 3425**

■                                                                    7E291190008



MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 - Blood Test in Department of Laboratory Medicine and Pathology in Phoenix, Arizona (continued)

### Labs (continued)

| Lab- Abbreviation & Name | Director | Address | Valid Date Range |
|---|---|---|---|
| 217 - ARZ    MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

#### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/18/2019 19:38

### Nucleated RBC [2222504516083] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E218015046:4 | Blood | — | 07/18/19 0904 |

#### Nucleated RBC [2222504516083]                    Resulted: 07/18/19 0915, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C. 07/18/19 0851    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 07/18/19 0904
07/18/19 1215
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/18/19 1938

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

#### Testing Performed By

| Lab- Abbreviation & Name | Director | Address | Valid Date Range |
|---|---|---|---|
| 217 - ARZ    MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/18/2019 19:38

**Lincoln/Marcus 3426**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 - Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona

### Reason for Visit

Visit diagnoses:
- Fibrillation Atrial [I48.91]
- Dyspnea Multifactorial [R06.09]

### Imaging

#### PFT

##### Pulmonary Function Tests [2222504516077] (Final result)

| Pulmonary Function Tests [2222504516077] | Resulted: 07/19/19 1549, Result status: Final result |
|---|---|

Ordering provider: Hendrick, Susan E, P.A.-C. 07/18/19 0759    Order status: Completed
Resulted by: Viggiano, Robert W, M.D.                          Filed by: Viggiano, Robert W, M.D. 07/19/19 1849
Performed: 07/18/19 0838 - 07/18/19 0838                       Accession number: 11733848
Resulting lab: MAYO BREEZE SUITE
Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/19/19 1940

**Components**

| Component | Value | Range | Flag | Lab |
|---|---|---|---|---|
| FVC | 3.39 | L | — | BREEZE |
| FVC% | 91 | % | — | BREEZE |
| PostFVC | 3.90 | L | — | BREEZE |
| FVCLLN | 3.11 | L | — | BREEZE |
| FEV1 | 2.13 | L | — | BREEZE |
| FEV1% | 71 | % | — | BREEZE |
| PostFEV1 | 2.80 | L | — | BREEZE |
| PostFEV1%Change | 31 | % | — | BREEZE |
| FEV1LLN | 2.47 | L | — | BREEZE |
| FEV1/FVC | 63 | % | — | BREEZE |
| FEV1/FVCLLN | 68 | % | — | BREEZE |
| FEF 25-75 | 1.28 | L/sec | — | BREEZE |
| FEF25-75% | 43 | % | — | BREEZE |
| FEF25-75LLN | 1.60 | L/sec | — | BREEZE |
| SVC | 3.47 | L | — | BREEZE |
| DLCO | 17.53 | ml/min/mmHg | — | BREEZE |
| DLCO% | 74 | % | — | BREEZE |
| DLCOlln | 18.73 | ml/min/mmHg | — | BREEZE |
| DLCOc | 19.98 | ml/min/mmHg | — | BREEZE |
| DLCOc% | 85 | % | — | BREEZE |

Image results for this order (below)

**Lincoln/Marcus 3427**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

## 07/18/2019 Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona (continued)

**Imaging (continued)**

12300675                                    PULMONARY LABORATORY
MARCUS, LESLIE S                            MAYO CLINIC ARIZONA

Account: 2000291773521                 Test Date: 07/18/2019  08:02:33 AM       Room: 5
48 y.o.   Female   Race: C   Wt: 67.0 Kgs       BMI: 24.5    Ht: 165.5 Cms        Arm Span:
Referring Provider: HENDRICK, SUSAN, PA-C Reviewing Physician: VIGGIANO, ROBERT, MD  Tech:UPTAIN, N (ALISIA), RCP

FeNO (ppb) =NR        Adults - Upper Limit Normal 39 ppb  Children -  Upper Limit Normal 37 ppb
                                                < 12 Years

DLCO CORRECTED HGB 10.0 DRAWN 7/18/19

| | PREDICTED | | CONTROL | | POST-DILATOR** | | CHALLENGE** | |
|---|---|---|---|---|---|---|---|---|
| | Pred | LLN | Actual | %Pred | Actual | %Chng | Actual | %Chng |
| -- LUNG VOLUMES -- | | | | | | | | |
| TLC (Pleth) (L) | 5.25 | 4.20 | 6.14 | 117 | | | | |
| SVC (L) | 3.72 | 3.11 | 3.47 | 93 | | | | |
| RV (Pleth) (L) | 1.71 | 1.37 | | | | | | |
| RV/TLC (Pleth) (%) | 34 | 27 | | | | | | |
| -- SPIROMETRY -- | | | | | | | | |
| FVC (L) | 3.72 | 3.11 | 3.39 | 91 | 3.90 | +15 | | |
| FEV1 (L) | 2.96 | 2.47 | | | 2.80 | +31 | | |
| FEV1/FVC (%) | 81 | 68 | | | 72 | +14 | | |
| FEF 25-75% (L/sec) | 2.90 | 1.60 | | | 2.61 | +104 | | |
| FEF Max (L/sec) | 6.97 | 5.23 | | | 6.29 | +26 | | |
| MVV (L/min) | 106 | 89 | | | | | | |
| -- DIFFUSION -- | | | | | | | | |
| DLCOunc (ml/min/mmHg) | 23.41 | 18.73 | | | | | | |
| DLCOcor (ml/min/mmHg) | 23.41 | 18.73 | 19.98 | 85 | | | | |
| VA (L) | 5.25 | 4.38 | 5.77 | 109 | | | | |
| - AIRWAYS RESISTANCE - | | | | | | | | |
| Raw (cmH2O/L/s) | 1.86 | 1.55 | | | | | | |
| Gaw (L/s/cmH2O) | 1.03 | 0.86 | | | | | | |
| sRaw (cmH2O*s) | <4.76 | 3.97 | 17.06 | | | | | |
| sGaw (l/cmH2O*s) | 0.20 | 0.17 | | | | | | |

| -- OXIMETRY -- | Rest | Exercise |
|---|---|---|
| SaO2 (%) | 99 | 99 |
| Pulse | 77 | 104 |

---

**Lincoln/Marcus 3428**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/18/2019, D/C: 7/18/2019



**MAYO
CLINIC**

## 07/18/2019: Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona (Continued)

### Imaging (continued)

12300675                                    PULMONARY LABORATORY
**MARCUS, LESLIE S**                        **MAYO CLINIC ARIZONA**

Account: 2000291773521          Test Date: 07/18/2019 08:02:33 AM          Room: 5
48 y.o.    Female   Race: C   Wt 67.0 Kgs      BMI: 24.5   Ht: 165.5 Cms      Arm Span:
Referring Provider: HENDRICK, SUSAN, PA-C Reviewing Physician: VIGGIANO, ROBERT, MD Tech:UPTAIN, N (ALISIA), RCP



PF Interpretation:

INTERPRETATION:
The FEV1/FVC is reduced. The FEV1 is mildly reduced. The FVC is normal. The TLC by body plethysmography is normal. The corrected DLco is normal. Following administration of bronchodilators, there is a significant response.

CONCLUSION: There is mild airways obstruction with significant improvement following inhaled bronchodilator
The corrected diffusing capacity is normal
--This interpretation has been electronically signed: VIGGIANO, ROBERT, MD 07/18/2019 03:26:23 PM--

**Lincoln/Marcus 3429**

7E291190008

■



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 7/18/2019, D/C: 7/18/2019

**07/18/2019 - Pulmonary Lab Testing in Division of Pulmonary Medicine in Phoenix, Arizona (continued)**

## Imaging (continued)

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 308 - BREEZE | MAYO BREEZE SUITE | Unknown | NA | 08/03/16 0855 - Present |

### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

### Signed

Electronically signed by Viggiano, Robert W, M.D. on 7/19/19 at 1549 MST

### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/19/2019 19:40

## Vitals

| Date/Time | Weight | | | | |
|---|---|---|---|---|---|
| 07/18/19 0834 | 67 kg | | | | |

**Lincoln/Marcus 3430**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

# MAYO CLINIC

## 07/12/2019: Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

### Reason for Visit

Visit diagnoses:
- Fibrillation Atrial [I48.91]
- Dyspnea Multifactorial [R06.09]

### Imaging

#### Echocardiography

##### Echo Transthoracic (TTE) [2222504516075] (Final result)

| Echo Transthoracic (TTE) [2222504516075] | Resulted: 07/12/19 1448, Result status: Final result |
|---|---|

Ordering provider: Hendrick, Susan E, P.A.-C. 07/12/19 1333    Order status: Completed
Resulted by: Marcotte, Francois, M.D.    Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 07/12/19 1748

Performed: 07/12/19 1337 - 07/12/19 1443    Accession number: 11733843
Resulting lab: MC CV EIMS
Narrative:

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Normal left ventricular chamber size, mass index and systolic & diastolic function (LVEF 62%)
2. Normal sized atria.
3. Normal right ventricular size and systolic function.
4. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg).
5. Normal inferior vena cava size with normal inspiratory collapse (>50%).
6. No significant valvular heart disease.
7. Normal ascending aorta dimension.
8. No atrial level shunt by color flow imaging.
9. No pericardial effusion.
10. Compared to the report of 06/13/2019 no significant change has occurred.

Findings
Echocardiographic images interpreted at MCA - Hospital campus. Color flow and spectral Doppler performed in part to assess valvular heart disease. Status post catheter ablation (06/12/2019). LEFT VENTRICLE: Normal left ventricular chamber size. Normal left ventricular wall thickness. Calculated 2-D biplane volumetric left ventricular ejection fraction 62 %. No regional wall motion abnormalities. Normal left ventricular diastolic function. RIGHT VENTRICLE: Normal right ventricular size. Normal right ventricular systolic function. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg). ATRIA: Normal left atrial size. Left atrial volume index 33 ml/m^2. Normal right atrial size. CARDIAC VALVES: Trileaflet aortic valve. Normal aortic valve. No aortic valve regurgitation. Normal mitral valve. No mitral valve regurgitation. Normal pulmonary valve. Normal pulmonary valve systolic velocity. No pulmonary valve regurgitation. Normal tricuspid valve. Mild tricuspid valve regurgitation. OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%). Normal ascending aorta dimension. No atrial level shunt by color flow imaging. No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location. No pericardial effusion. Compared to the report of 06/13/2019 no significant change has occurred.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"

**Lincoln/Marcus 3431**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

## 07/12/2019 - Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

**Imaging (continued)**

Acknowledged by:  O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 07/15/19 1620

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 62 | — | — | EIMS |
| Mid-Ascending Aorta | 34 | — | — | EIMS |
| LV Mass Index | 72 | — | — | EIMS |
| LV End-Diastolic Diameter | 45 | — | — | EIMS |
| LV End-Systolic Diameter | 29 | — | — | EIMS |
| LV End-Diastolic Volume | 95 | — | — | EIMS |
| LV End-Systolic Volume | 36 | — | — | EIMS |
| E Velocity | 0.5 | — | — | EIMS |
| A Velocity | 0.4 | — | — | EIMS |
| E/A | 1.25 | — | — | EIMS |
| eVelocity Medial | 0.12 | — | — | EIMS |
| eVelocity Lateral | 0.14 | — | — | EIMS |
| E/eMedial | 4.2 | — | — | EIMS |
| E/eLateral | 3.6 | — | — | EIMS |
| Left ventricular stroke volume | 34 | — | — | EIMS |
| Cardiac Output | 4.57 | — | — | EIMS |
| Cardiac Index | 2.67 | — | — | EIMS |
| LV Interventricular Septal Wall Thickness | 9 | — | — | EIMS |
| LV Posterior Wall Thickness | 8 | — | — | EIMS |
| Relative Wall Thickness | 36 | — | — | EIMS |
| 4-Chamber Base | 34 | — | — | EIMS |
| Tapse | 21 | — | — | EIMS |
| Tricuspid Annular S' | 0.14 | — | — | EIMS |
| TR Vmax | 2.31 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |
| RV Systolic Pressure | 26 | — | — | EIMS |
| AV mean gradient | 2 | — | — | EIMS |
| Aortic valve area | 2.71 | — | — | EIMS |
| Dimensionless Index | 0.86 | — | — | EIMS |
| LA Volume Index | 33 | — | — | EIMS |

**Procedures Performed                                    Chargeables**
(TTE) 2D ECHO DOPPLER COLOR [ECH430]

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]
Dyspnea Multifactorial [R06.09 (ICD-10-CM)]

### Signed

Electronically signed by Marcotte, Francois, M.D. on 7/12/19 at 1448 MST

**Lincoln/Marcus 3432**



7E291190008

Marcus,, Leslie S
MRN: 12-300-675, DOB:　　　　Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

## 07/12/2019 : Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Imaging (continued)

#### All Reviewers List

O'Connor, Deandra R, APRN, AGACNP-BC, M.S.N. on 7/15/2019 16:20

#### Documents

**Diagnostic Report - Echo**

**Scan on 7/12/2019 2:48 PM**

Scan (below)

**Lincoln/Marcus 3433**

7E291190008



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Admit: 7/12/2019, D/C: 7/12/2019

---

## 07/12/2019: Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)

### Documents (continued)

---

12-300-675                          Echocardiography Laboratory          Performed 12 Jul 2019
Marcus, Ms. Leslie S                MAYO CLINIC ARIZONA                  Printed 12 Jul 2019
Born:                  Sex: F 48    Final Report                        Page 1 of 4
Responsible Consultant: Marcotte, Francois (79)1-5441

#### Demographics
Height: 164.1 cm    Weight: 65.3 kg    BSA: 1.71 m²          BMI: 24.25
Procedure Start Time: 07/12/2019 01:38 PM    Location: MCA Hospital
Patient Class: OP
Referring Provider: Hendrick, Susan E., P.A.-C.        Indication for Study: Unspecified atrial fibrillation (HCC);Other forms
of dyspnea

#### Procedure
Type: MCA Adult TTE
Components: 2-D, Color Flow Doppler, Doppler M-Mode, TDI (Tissue Doppler Imaging)

#### Referral Diagnosis
Atrial fibrillation
Shortness of breath (dyspnea)

#### Hemodynamics
Heart Rate: 83 BPM
Blood Pressure: 116 / 73 mmHg
ECG:
Sinus rhythm

#### Media Details
Server eProsolv

#### Final Impressions
1. Normal left ventricular chamber size, mass index and systolic & diastolic function (LVEF 62%).
2. Normal sized atria.
3. Normal right ventricular size and systolic function.
4. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg).
5. Normal inferior vena cava size with normal inspiratory collapse (>50%).
6. No significant valvular heart disease.
7. Normal ascending aorta dimension.
8. No atrial level shunt by color flow imaging.
9. No pericardial effusion.
10. Compared to the report of 06/13/2019 no significant change has occurred.

#### Findings
Echocardiographic images interpreted at MCA – Hospital campus. Color flow and spectral Doppler performed in part to assess valvular heart disease. Status post catheter ablation (06/13/2019). LEFT VENTRICLE: Normal left ventricular chamber size. Normal left ventricular wall thickness. Calculated 2-D biplane volumetric left ventricular ejection fraction 62%. No regional wall motion abnormalities. Normal left ventricular diastolic function. RIGHT VENTRICLE: Normal right ventricular size. Normal right ventricular systolic function. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg). ATRIA: Normal left atrial size. Left atrial volume index 33 ml/m². Normal right atrial size. CARDIAC VALVES: Trileaflet aortic valve. Normal aortic valve. No aortic valve regurgitation. Normal mitral valve. No mitral valve regurgitation. Normal pulmonary valve. Normal pulmonary valve systolic velocity. No pulmonary valve regurgitation. Normal tricuspid valve. Mild tricuspid valve regurgitation. OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%). Normal ascending aorta dimension. No atrial level shunt by color flow imaging. No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location. No pericardial effusion. Compared to the report of 06/13/2019 no significant change has occurred.

#### Measurements

| Measurement | Value | Normals |
|---|---|---|
| **Right Ventricle** | | |
| 2D: | | |
| Basal RV Diameter (d) 4 chamber (mm) | 34 | 24 – 42 |
| **Ventricular Septum** | | |
| 2D: | | |
| Thickness (d)(mm) | 9 | 8 – 11 |
| **Posterior Wall** | | |
| 2D: | | |
| Thickness (d)(mm) | 8 | 8 – 12 |

CONTINUED ON NEXT PAGE            MC1183-4

---

**Lincoln/Marcus 3434**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

# MAYO CLINIC

**Documents (continued)**

| 12-300-675<br>Marcus, Ms. Leslie S<br>Born:          Sex: F 48 | Echocardiography Laboratory<br>MAYO CLINIC ARIZONA<br>Final Report | Performed 12 Jul 2019<br>Printed 12 Jul 2019<br>Page 2 of 4 |
|---|---|---|

**Measurements**            **Value (Continued)**

| | Value | Normals |
|---|---|---|
| **Left Ventricle** | | |
| **2D:** | | |
| Dimension (d) (mm) | 45 | 38 – 52 |
| Dimension (s) (mm) | 29 | 23 – 35 |
| LV Mass (g) | 122 | |
| LV Mass index (g/m²) | 72 | |
| Relative Wall Thickness (2D)(%) | 36 | |
| Volume (d) by Method of Discs (ml) | 95 | |
| Volume (s) by Method of Discs (ml) | 36 | |
| EF by Method of Discs(%) | 62 | |
| Volume Index (d) by Method of Discs(ml/m²) | 56 | |
| Stroke Volume by Method of Discs (ml) | 59 | |
| Stroke Volume Index by Method of Discs(ml/m²) | 35 | |
| 4 chamber volume (d) by Method of Discs(ml) | 93 | |
| 4 chamber volume (s) by Method of Discs(ml) | 34 | |
| 2 chamber volume (d) by Method of Discs(ml) | 101 | |
| 2 chamber volume (s) by Method of Discs(ml) | 39 | |
| 2 chamber EF by Method of Discs (%) | 62 | |
| 4 chamber EF by Method of Discs (%) | 64 | |
| **Left Atrium** | | |
| Volume by Method of Disks | | |
| 4 Chamber Maximum Volume(ml) | 56 | |
| 2 Chamber Maximum Volume(ml) | 58 | |
| Biplane Maximum Volume(ml) | 57 | |
| Biplane Volume (maximum) Index (ml/m²) | 33 | 16 – 34 |
| **Right Atrium** | | |
| **2D:** | | |
| Volume by MOD (s)(ml) | 37 | |
| Volume Index by MOD (s)(ml/m²) | 22 | |
| **Tricuspid Valve** | | |
| **M-MODE:** | | |
| Annulus Systolic Excursion by M-Mode (TAPSE)(mm) | 21 | 20 – 22 |
| **Thoracic Aorta** | | |
| **ASCENDING 2D:** | | |
| Mid ascending aorta diameter(mm) | 34 | |
| **Left Ventricular Outflow Tract** | | |
| **PWD:** | | |
| Mean gradient (mmHg) | 2 | |

CONTINUED ON NEXT PAGE        MC1183-4

**Lincoln/Marcus 3435**

7E291190008



Marcus, Leslie S
MRNI: 12-300-675, DOB:            Sex: F
Admt: 7/12/2019, D/C: 7/12/2019

## 07/12/2019: Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix (Arizona (continued))

**Documents (continued)**

| 12-300-675 | Echocardiography Laboratory | Performed 12 Jul 2019 |
|---|---|---|
| Marcu  Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 12 Jul 2019 |
| Born:          Sex: F 48 | Final Report | Page 3 of 4 |

### Measurements / Value (Continued)

| | Value | Normals |
|---|---|---|
| **Aortic Valve Systolic** | | |
| **HEMODYNAMICS:** | | |
| LVOT velocity (m/sec) | 1.0 | |
| LVOT TVI (cm) | 18.4 | |
| AV velocity (m/sec) | 1.1 | 0.5 – 1.8 |
| AV TVI (cm) | 21.3 | |
| LVOT/AV velocity ratio | 0.91 | |
| LVOT/AV TVI ratio | 0.86 | |
| AV mean gradient (mmHg) | 2 | |
| AV mean gradient (corrected) (mmHg) | 0 | |
| **VALVE AREA:** | | |
| LVOT diameter(cm) | 2.0 | |
| LV stroke volume (ml) | 58 | |
| LV stroke volume index (ml/m²) | 34 | 32 – 58 |
| Valve area (velocity)(cm²) | 2.86 | |
| Valve area (TVI)(cm²) | 2.71 | |
| **CARDIAC OUTPUT:** | | |
| HR at stroke volume acquisition (BPM) | 79 | |
| Cardiac Output(l/min) | 4.57 | |
| Cardiac Index(l/min/m²) | 2.67 | 2.5 – 4.2 |
| **Mitral Valve Diastolic** | | |
| **HEMODYNAMICS (PWD):** | | |
| E velocity (m/sec) | 0.5 | 0.4 – 1.0 |
| A velocity(m/sec) | 0.4 | 0.3 – 0.6 |
| E-A ratio | 1.25 | 0.8 – 2.4 |
| Deceleration time(msec) | 205 | 131 – 223 |
| Medial annulus e' velocity (m/sec) | 0.12 | |
| Lateral annulus e' velocity(m/sec) | 0.14 | |
| E/e' (medial) | 4.2 | |
| E/e' (lateral) | 3.6 | |
| **Pulmonary Valve Systolic** | | |
| **VALVE AREA:** | | |
| RVOT peak velocity(m/sec) | 0.6 | |
| RVOT TVI(cm) | 10.6 | |
| **Tricuspid Valve Diastolic** | | |
| **HEMODYNAMICS (PWD):** | | |
| Lateral annulus e' velocity(m/sec) | 0.10 | |
| Lateral annulus systolic velocity (m/sec) | 0.14 | 0.14 – 0.15 |
| **Tricuspid Valve Systolic** | | |
| **HEMODYNAMICS:** | | |
| Regurgitant velocity(m/sec) | 2.31 | |
| Regurgitant MIG(mmHg) | 21 | |
| **RIGHT HEART PRESSURE:** | | |
| RA pressure (estimated)(mmHg) | 5 | |
| RV systolic pressure(mmHg) | 26 | |
| **Extracardiac Vessels** | | |
| **PULMONARY VEINS** | | |
| **(General):** | | |
| Late systolic velocity (m/sec) | 0.5 | |

CONTINUED ON NEXT PAGE                    MC1183-4

**Lincoln/Marcus 3436**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 7/12/2019, D/C: 7/12/2019


MAYO
CLINIC

07/12/2019 Echocardiogram testing in Division of Cardiovascular Diseases in Phoenix Arizona (continued)

**Documents (continued)**

| 12-300-675 | Echocardiography Laboratory | Performed 12 Jul 2019 |
| Marcus, Ms. Leslie S | MAYO CLINIC ARIZONA | Printed 12 Jul 2019 |
| Born:          Sex: F 48 | Final Report | Page 4 of 4 |

**Measurements**

**Value (Continued)**

|  | Value | Normals |
|---|---|---|
| Diastolic velocity(m-sec) | 0.7 | 0.3 – 0.7 |

**Serial Studies**

| General | 07/12/19 | 06/13/19 | 05/05/19 |
|---|---|---|---|
| BSA(m²) | 1.71 | 1.73 | 1.70 |
| BMI(kg/m²) | 24.25 | 24.32 | 23.41 |
| Heart Rate (BPM) | 83 | 85 | 75 |
| BP Systolic(mmHg) | 116 | 127 | 108 |
| BP Diastolic(mmHg) | 73 | 89 | 72 |
| IVSd (2D)(mm) | 9 |  | 7 |
| LVPWd (2D)(mm) | 8 |  | 6 |
| LVIDd (2D)(mm) | 45 | 42 | 45 |
| EF % (Biplane)(%) | 62 |  |  |
| SV Index(ml/m²) | 34 |  | 36 |
| Cardiac Index (l/min/m²) | 2.67 |  | 2.72 |
| LV Mass Index (2D)(g/m²) | 72 |  | 51 |
| LA Vol Index (Simpson's)(ml/m²) | 33 |  | 26 |
| E/A Ratio | 1.25 |  | 1.25 |
| MV DT(msec) | 205 |  | avg 227 |
| E/e' Ratio | 4.2 |  | 5.0 |
| RV Pressure(mmHg) | 26 |  | 25 |

**Roles**

| Role | Name | Electronically Authenticated By | Date/Time |
|---|---|---|---|
| Adult Cardiac Sonographer | Andrus, Heather L RDCS |  |  |
| Consultant | Marcotte, Francois MD | Marcotte, Francois MD | 07/12/2019 04:48 PM |
| Epic – Begin Exam | Andrus, Heather L RDCS |  |  |

END OF REPORT                    MC1183—4

**Lincoln/Marcus 3437**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 7/12/2019, D/C: 7/12/2019

**07/12/2019 Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

**Documents (continued)**

**Lincoln/Marcus 3438**



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/8/2019



**MAYO CLINIC**

07/08/2019 Office Visit in Division of Cardiovascular Disease in Phoenix Arizona

**Reason for Visit**

Visit diagnoses:
- Fibrillation Atrial (primary) [I48.91]
- Dyspnea Multifactorial [R06.09]
- Flutter Atrial [I48.92]

**Progress Notes**

**Progress Notes**

Hendrick, Susan E, P.A.-C. at 7/8/2019 6:00 PM

Author: Hendrick, Susan E, P.A.-C.      Service: CVD (Cardiovascular Diseases)    Author Type: Physician Assistant
Filed: 7/19/2019 7:40 PM                Encounter Date: 7/8/2019                Status: Signed
Editor: Hendrick, Susan E, P.A.-C. (Physician Assistant)

**PRIMARY ELECTROPHYSIOLOGIST:**
Dr. K. Srivathsan

**SUBJECTIVE**

**CHIEF COMPLAINT/REASON FOR VISIT**
Management of paroxysmal atrial fibrillation.

**CARDIOVASCULAR AND RELEVANT HISTORY**
1. Atrial fibrillation, paroxysmal pattern, diagnosed August 2018, ablation December 2018 at Honor Health.
2. Antiarrhythmic drug history: Failure of flecanide with recurrences, currently propafenone. Discontinued with taper starting today.
3. Pulmonary embolus with deep vein thrombosis, April 2019, on Eliquis.
4. Atypical atrial flutter May 2019, associated with migraine and syncope.
5. Hyperlipidemia.
6. Migraine history.
7. Chronic anemia.

**HISTORY OF PRESENT ILLNESS**
Leslie S Marcus is a 48 y.o. female with the above cardiovascular history. She presented here to the hospital in early May with atypical atrial flutter, rates as high as 200 bpm. Her Rythmol was initially increased and patient underwent repeat ablation on June 12th with focus of atypical atrial flutter and atrial tachycardia. Pulmonary veins were noted to be isolated at baseline. Flecainide was reduced in dose on discharge.

Patient comes to the arrhythmia Clinic today for follow-up. She monitors her heart rate, believe she has been primarily in sinus rhythm with rates in the 80s. She has felt palpitations on perhaps 2 or 3 occasions, a sensation of "beating out of my neck" and she believes the heart rate at these times is in the 120s. Right femoral catheterization site has healed well. She has multiple complaints today however. She reports that she is "short of breath 24/7", this having been present for the last 2 years. She reports being completely out of breath if she walks to the door. Since August of 2018 she feels that she cannot get a deep breath and that her voice is "not my real voice". She has gained 40 lb. She has a previous history of motor vehicle accident in 2017. Following this, she had an adverse reaction to corticosteroids. She reports that since the previous ablation, her right neck hurts all the time and she feels that, if she

**Lincoln/Marcus 3439**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 7/8/2019

**07/08/2019 - Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)**

**Progress Notes (continued)**

turns her neck to the right, she cannot breathe. She feels that there is "something there" but imaging including MRI and ultrasound at Honor Health have not shown any etiology. However, she reports that there were "clots there". She reports swelling in the legs and feet most of the time. She is very distraught and frustrated in describing all the symptoms and feels that they have not been appropriately addressed in the past.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, medical history and problem list.

## REVIEW OF SYSTEMS
Pertinent positives and negatives as documented in the HPI, all other systems reviewed are negative.

## OBJECTIVE
Vitals:

|  | 07/08/19 1456 | 07/08/19 1604 |
|---|---|---|
| BP: |  | 133/80 |
| Pulse: |  | 83 |
| Weight: | 65.3 kg |  |
| Height: | 164 cm |  |

Body mass index is 24.28 kg/m².

## PHYSICAL EXAMINATION

Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Neck: No JVD present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Exam reveals no friction rub.
S1, S2 with no S3 or S4 gallops.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Judgment and thought content normal.

## DIAGNOSTICS
ECG: ECG today shows sinus rhythm at 82 bpm, QRS duration 92 milliseconds, QTC 436 milliseconds.

## ASSESSMENT / PLAN

**#1 Fibrillation Atrial (HCC)**
**#2 Dyspnea Multifactorial**
**#3 Flutter Atrial (HCC)**

**Lincoln/Marcus 3440**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 7/8/2019



**MAYO CLINIC**

**Progress Notes (continued)**

Patient with history of atrial arrhythmias as documented above, post recent ablation in mid June. She does appear to be primarily maintaining sinus rhythm although complains of some palpitations and fast heart rates. ECG today does show sinus rhythm with normal rate. She continues on Eliquis for now, no issues regarding bruising or bleeding. Patient is to continue this for 2 months following the ablation, then may discontinue it. She is to reduce propafenone to 1/2 dose for 4 days, then stop.

Significant complaints of dyspnea. CT of the pulmonary veins done on June 11th prior to her repeat ablation here, no pulmonary vein stenosis noted. Patient is very frustrated regarding her symptoms and lack of etiology. I did review the case in detail with Dr. Srivathsan. Plan is as follows: Sniff test, CT chest, pulmonary function test, echocardiogram, Holter monitor. Will also repeat labs for hemoglobin and basic metabolic panel. Return to clinic to review.

It is noted that she has follow-up soon with primary care as well as appointment with Psychology.

This was a visit of approximately 40 minutes today with greater than 50% of time involved in patient education, counselling, and coordination of care.

The patient's assessment and plan was reviewed with Dr. K. Srivathsan.

**Susan Hendrick, P.A.-C., 7/19/2019**

Electronically signed by Hendrick, Susan E, P.A.-C. at 7/19/2019 7:40 PM

**Procedures**

**ECG**

ECG 12 Lead [2222504516065] (Final result)

Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 07/08/19 1451 |

ECG 12 Lead [2222504516065]                        Resulted: 07/08/19 1709, Result status: Final result

Ordering provider: Hendrick, Susan E, P.A.-C.  07/05/19 1042       Order status: Completed
Resulted by: Svatikova, Anna, M.D., Ph.D.                         Filed by: Interface, Mc In Oru From Muse 609303  07/08/19
                                                                 2009
Collected by: 07/08/19 1451                                      Resulting lab: MUSE
Lab Technician: TODD REYNOLDS
Impression:
Normal sinus rhythm
Nonspecific T wave abnormality Inferior leads
Abnormal ECG
When compared with ECG of 13-JUN-2019 07:20,
No significant change was found

10/11/2019 9:15 AM    User:                Release ID:41240319    Care Everywhere ID: MAY-876-686D    Page 63
                      IDMPROD19991070

**Lincoln/Marcus 3441**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 7/8/2019

## 07/08/2019 Office Visit in Division of Cardiovascular Disease in Phoenix Arizona (continued)

### Procedures (continued)

Acknowledged by: Hendrick, Susan E, P.A.-C. on 07/09/19 1005

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 82 | BPM | — | MUSE |
| PR Interval | 140 | ms | — | MUSE |
| QRSD Interval | 92 | ms | — | MUSE |
| QT Interval | 374 | ms | — | MUSE |
| QTC Interval | 436 | ms | — | MUSE |
| P Axis | 54 | degrees | — | MUSE |
| R Axis | 40 | degrees | — | MUSE |
| T Wave Axis | 29 | degrees | — | MUSE |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

#### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

#### All Reviewers List

Hendrick, Susan E, P.A.-C. on 7/9/2019 10:05

### Vitals

| Vital Signs | | | | Most recent update: 7/19/2019  4:04 PM |
|---|---|---|---|---|
| BP | Pulse | Ht | Wt | BMI |
| 133/80 | 83 | 164 cm | 65.3 kg | 24.28 kg/m² |

### Documents

#### Diagnostic Report - ECG

Scan on 7/8/2019  2:54 PM

Scan (below)

**Lincoln/Marcus 3442**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Visit date: 7/8/2019



MAYO
CLINIC

07/08/2019: Office Visit in Division of Cardiovascular Disease in Phoenix, Arizona (continued)

## Documents (continued)



**Lincoln/Marcus 3443**

7E291190008

■


MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/12/2019

06/12/2019: Trans Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

## Reason for Visit

Visit diagnosis: Fibrillation Atrial [I48.91]

## Imaging

### Echocardiography

#### Echo Transesophageal (TEE) [2222503189772] (Final result)

| Echo Transesophageal (TEE) [2222503189772] | Resulted: 06/12/19 1425, Result status: Final result |
| --- | --- |

Ordering provider: Srivathsan, Komandoor, M.D. 06/12/19 0620

Order status: Completed

Resulted by: Appleton, Christopher P, M.D.

Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 06/12/19 1725

Performed: 06/12/19 0620 - 06/15/19 1456
Resulting lab: MC CV EIMS
Narrative:

Accession number: 11502944

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Transesophageal echocardiogram performed at the request of the primary service consultant in the EP lab prior to atrial fib ablation and under general anesthesia
2. Normal LV size, normal wall thickness LV ejection fraction 60%
3. Normal trileaflet aortic valve with normal coronary artery origins
4. Normal mitral valve with trivial regurgitation
5. Normal LA appendage size and function. No evidence for sludge clot or slow flow
6. Prominent atrial septal foramen ovale pocket; could not demonstrate right-to-left shunt by bubble study although they were both suboptimal
7. Normal right heart size function with trivial TR

Comments
Normal heart for 48-year-old white female at rest. Patient in sinus rhythm throughout study without ectopy

For the complete report, see the Order-Level Documents below.

"See PDF For Result"
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 1832

##### Procedures Performed / Chargeables

(TEE) 2D WITH COLOR AND DOPPLER [ECH416]

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

#### Signed

Electronically signed by Appleton, Christopher P, M.D. on 6/12/19 at 1425 MST

#### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/12/2019 18:32

**Lincoln/Marcus 3444**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/12/2019



**06/12/2019 Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

Imaging (continued)

**Documents**

**Diagnostic Report - Echo**

Scan on 6/12/2019  2:25 PM

Scan (below)

**Lincoln/Marcus 3445**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/12/2019

06/12/2019: Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix Arizona (continued)

**Documents (continued)**

12-300-675                          Echocardiography Laboratory            Performed 12 Jun 2019
Marcus, Ms. Leslie S                MAYO CLINIC ARIZONA                    Printed 12 Jun 2019
Born:              Sex: F 48              Final Report                      Page 1 of 1
Responsible Consultant: Appleton . Christopher P 1-7765

**Demographics**
 Height: 164.6 cm    Weight: 63.5 kg    BSA: 1.7 m²                BMI: 23.44
 Procedure Start Time: 06/12/2019 06:20 AM        Location: MCA Hospital
 Patient Class: OP
 Referring Provider: Srivathsan, Komandoor, M.D.        Indication for Study: Unspecified atrial fibrillation (HCC)

**Procedure**
 Type: MCA Adult TEE
 Components: 2-D, 3-D, Color Flow Doppler, Doppler, IV Agitated Saline, IV Conscious Sedation, IV Start, Pulse Oximetry

**Hemodynamics**
 Heart Rate: 75 BPM
 Blood Pressure: 118 / 75 mmHg
 ECG:

**Media Details**

**Final Impressions**
 1. Transesophageal echocardiogram performed at the request of the primary service consultant in the EP lab prior to atrial fib
 ablation and under general anesthesia
 2. Normal LV size, normal wall thickness LV ejection fraction 60%
 3. Normal trileaflet aortic valve with normal coronary artery origins
 4. Normal mitral valve with trivial regurgitation
 5. Normal LA appendage size and function. No evidence for sludge clot or slow flow
 6. Prominent atrial septal foramen ovale pocket: could not demonstrate right-to-left shunt by bubble study although they were both
 suboptimal
 7. Normal right heart size function with trivial TR

**Comments**
 Normal heart for 48-year-old white female at rest. Patient in sinus rhythm throughout study without ectopy

**Roles**

| Role | Name | Electronically Authenticated By | Date/Time |
|---|---|---|---|
| Consultant | Appleton , Christopher P MD | Appleton , Christopher P MD | 06/12/2019 04:25 PM |

END OF REPORT                              MC1183-4

**Lincoln/Marcus 3446**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/12/2019



**MAYO CLINIC**

**06/12/2019    Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

**Documents (continued)**

**Lincoln/Marcus 3447**

■                                                                    7E291190008



MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor

### Reason for Visit

Visit diagnoses:
- Fibrillation Atrial [I48.91]
- **Catheter Ablation For Conduction Pathway Status Post (primary) [Z98.890]**
- Flutter Atrial [I48.92]

Hospital problems:
- **Fibrillation Atrial (primary) [I48.91]**
- Catheter Ablation For Conduction Pathway Status Post [Z98.890]
- Flutter Atrial [I48.92]

### Clinical Notes

#### Brief Op Note

Srivathsan, Komandoor, M.D. at 6/12/2019 6:07 PM

Author: Srivathsan, Komandoor, M.D.      Service: CVD (Cardiovascular Diseases)    Author Type: —
Filed: 6/12/2019 6:07 PM                 Date of Service: 6/12/2019 6:07 PM         Status: Signed
Editor: Srivathsan, Komandoor, M.D. (Physician)

**Lincoln/Marcus 3448**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB        , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

## Clinical Notes (continued)

Brief Operative/Procedure Note - Scan on 6/12/2019 3:06 PM (below)

CSN: 2000281081006
MRN: 12-300-675
MARCUS, LESLIE

**POST-PROCEDURE NOTE**
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 1 of 6

| AGE: 48 Years | DOB: | GENDER: F | REFERRING PHYSICIAN: | Srivathsan, Komandoor |
|---|---|---|---|---|
| HEIGHT: 164 cm | WEIGHT: 63.5 kg | BSA: 1.69 m2 | RESIDENT: | Appleton, Christopher ; |
| PROCEDURE START TIME: 09:54:59 | | | | Abrich, Victor , Ladia, Vatsal |
| | | | RESPONSIBLE PHYSICIAN: | Srivathsan, Komandoor |

### PROCEDURE TYPES
1. ABLATION - PVI
2. 3D MAPPING - CARTO

### PRE-PROCEDURE DIAGNOSIS
1. Unspecified atrial fibrillation (HCC)

### SHEATHS
| Size | Unit | Access/Insertion | Inserted By |
|---|---|---|---|
| 8 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 4 | French | Right femoral artery | |
| 11 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |

### CATHETERS
| Size | Unit | Catheter Type | Catheter Location |
|---|---|---|---|
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH PENTARAY NAV 4-4-4 | Left atrium |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |

### DIAGNOSTIC/ABLATION BASIC INTERVALS
Basic Interval:                        Time: 12-Jun-2019 09:10:33

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| 764 | 78 | 39 | 56 | 43 | 116 | 93 | 348 | 398 | |

Basic Interval: Post                     Time: 12-Jun-2019 14:28:21

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| | 86 | 39 | 56 | 43 | 121 | 75 | 352 | | |

### DIAGNOSTIC/ABLATION REFACTORY PERIODS
Study: Baseline                    Type: Refractory Period
Time: 12-Jun-2019 11:30:30 Pacing Site: Atrial, ERP

| Drive(msec) | Type | Value |
|---|---|---|
| 600 | | - 170 |

### DIAGNOSTIC/ABLATION AV NODAL CONDUCTION
Study: Baseline                    Type: AV Nodal Conduction

**Lincoln/Marcus 3449**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Clinical Notes (continued)

CSN: 2000281081006                    POST-PROCEDURE NOTE
MRN: 12-300-675                       MAYO CLINIC - ARIZONA              12-Jun-2019
MARCUS, LESLIE                                                          Page 2 of 8

**DECREMENTAL PACINGS (cont):**
Time: 12-Jun-2019 11:21:58 Pacing Site: AV Wenckebach

| Drive(msec) | Type | Value |
|---|---|---|
| | | 370 |

**DIAGNOSTIC/ABLATION ABLATION SUMMARY**
Detailed Procedure Time

| | | |
|---|---|---|
| Catheter Insertion(min): | Baseline Study(min): | |
| Ablation(min): | Wait Before Testing(min): | |
| Post Ablation Testing(min): | Total Procedure Time(min): | |
| Total Energy Delivery Time(sec): | Total Number Of Ablations: | 179 |
| Total Ablation Time(mm:ss): 15.42 | Average Power(Watts): | |
| Average Temp(degrees Celsius): | Average Impedance(Ohms): | |
| Average Impedance Drop(Ohms/sec): | Total Irrigation Fluid(ml): | 830 |

**RADIATION DOSE DATA**
Procedure cumulative skin dose (mGy): 359.60
Procedure cumulative dose area product (Gy-cm**2): 4.40
Fluoro Time (Min): 20.00

**INTRA-PROCEDURE MEDICATIONS**
Drug
LIDOCAINE 10 MG/ML (1 %) INJECTION SOLUTION 45 mL
HEPARIN 1.000 UNITS/500 ML NACL 0.9 % TABLE SOLUTION OSM 500 mL
HEPARIN (PORCINE) 2.000 UNIT/1.000 ML IN 0.9% NACL (WRAPPER FOR ARZ) 7000 mL
LACTATED RINGERS FIXED RATE 1000 mL/hr

**STAFF LIST**

| | |
|---|---|
| Srivathsan, Komandoor MD | Assigned Physician |
| Schroeder, Barbie L RT(R), RT(R)(CI) | CCL/HRS Rad Tech |
| Willhite, Julie RT(R), CV | CCL/HRS Rad Tech |
| Sortman, Debbie RN | Circulator |
| Crandall, Mary RN | Circulator |
| Appleton, Christopher MD | Fellow |
| Abrich, Victor MD | Fellow |
| Ladia, Vatsal MD | Fellow |
| Campbell, Kimberley RN, RN-BC | Monitoring Technician |
| Srivathsan, Komandoor MD | Referring Physician |
| Palmer, Jason RCES | Scrub Technician |

**PROCEDURE LOG**

| Time | Description |
|---|---|
| 06:18:20 | In Facility: Pre-proc: Arrived |
| 06:30:34 | In Preprocedure: Pre-proc: Pre Procedure |
| 07:30:00 | Schroeder, Barbara L. R.T.(R). R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 07:30:00 | Sortman, Deborah L., R.N. - In: Role: Circulator |
| 08:05:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 08:05:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 08:05:00 | Willhite, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 08:24:54 | Protocol: AFIB |
| 08:38:31 | Preprocedure Complete: Pre-proc |
| 08:47:00 | Anesthesia Start: Anesthesia |
| 08:49:52 | In Room: Intra-proc: Procedure |
| 08:50:00 | Anesthesia Present: Anesthesia present for the case and responsible for sedation care. |

**Lincoln/Marcus 3450**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:              , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

## 06/12/2019: Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Clinical Notes (continued)

CSN: 2000281031006          POST-PROCEDURE NOTE
MRN: 12-300-675            MAYO CLINIC - ARIZONA                    12-Jun-2019
MARCUS, LESLIE                                                     Page 3 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 08:50:36 | Note: Completed 'radiology pre-exam pregnancy assessment' form on chart. Patient denies pregnancy, declines pregnancy test. |
| 08:51:58 | Patient Prep Checklist: Patient on table.   Additional padding added to pressure points.   Vitals monitors applied.   Grounding pads applied.   Wrist restraints in place.   Legs restraints in place.   Defibrillator pads applied.   SCDs in place.   NPO status verified.   Anticoagulation status verified   Emergency equipment available. |
| 08:52:39 | Patient Verifications:  Patient is verified with two identifiers across all systems. Verified the procedure consent is signed. |
| 08:53:38 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 08:59:53 | pre case 12 lead EKG, sinus |
| 09:00:01 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Flush lines |
| 09:00:03 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: for Flush Lines |
| 09:00:26 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush lines |
| 09:00:29 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush Line |
| 09:00:31 | heparin 1,000 Units/500 mL NaCl 0.9% table solution 500 mL Given Rate: 0 Route: miscellaneous Comment: For Transduced A-line for Anesthesia |
| 09:00:34 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Back Table Flush |
| 09:00:52 | looks like accelerated junctional |
| 09:00:58 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Ablation Flush |
| 09:05:37 | Physician Called: Physician called. Page Dr Appleton who will be preforming TEE pre-procedure |
| 09:06:00 | ETT Placed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906  Mask Ventilation: Easy mask ETT Type  Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |
| 09:06:32 | Cardiac: Cardiac Cardiac Rhythm: |
| 09:06:55 | Pulses: Pulses Left Pedal Pulse:   : Right Pedal Pulse:   : Left Posterior Tibial Pulse:   : Right Posterior Tibial Pulse: |
| 09:08:00 | GI Tubes (Adults) Orogastric Placed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908   GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:08:00 | Peripheral IV Catheter 06/12/19 20 G Right Antecubital Placed: Placement Date/Time: 06/12/19 0908  Size (Gauge): 20 G  Orientation: Right  Location: Antecubital |
| 09:09:00 | GI Tubes (Adults) Orogastric Removed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908  GI Tube Type: Orogastric  GI Tube Size  18 Fr |
| 09:10:33 | *****Basic Interval***** |
| 09:10:33 | Intervals: Baseline sinus |
| 09:10:33 | RR: 764 |
| 09:10:33 | HR: 78 |
| 09:10:33 | PR: 116 |
| 09:10:33 | QRS: 93 |
| 09:10:33 | QT: 348 |
| 09:12:59 | Appleton, Christopher P, M.D. - In  Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:16:53 | TEE: TEE TEE Probe:   : Comments: |
| 09:19:52 | TEE: TEE Comments: |
| 09:29:32 | TEE: TEE Comments: |
| 09:31:00 | Indwelling Urinary Catheter Non-latex 12 Fr. Placed: Placement Date/Time: 06/12/19 0931  Placed by  Kim C., RN  Hand Hygiene Performed Prior to Insertion: Yes  Sterile technique followed?: Yes  Catheter Type: Non-latex  Tube Size (Fr): 12 Fr.  Catheter Balloon Size: 5 mL  Urine Returned: (c) Yes |
| 09:31:55 | Indwelling Urinary Catheter Non-latex 12 Fr. Assessment: Daily Assessment of Need:   ; Securement Method.   .  Collection Container:   : Line Necessity Reviewed With:   : Site Assessment: |
| 09:32:00 | Specimens Collected. Urinalysis with Microscopic: Urine. Catheter - ID: E112015715:6Type: Urine |
| 09:33:36 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. |
| 09:37:03 | TEE: TEE TEE Probe: |

**Lincoln/Marcus 3451**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Clinical Notes (continued)

CSN: 2000281081006
MRN: 12-300-675
MARCUS, LESLIE

POST-PROCEDURE NOTE
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 4 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 09:38:27 | Site Prep: The groin and right neck was/were The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 09:39:16 | Appleton, Christopher P., M.D. - Out: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:50:00 | Abrich, Victor A, M.D. - In: Role: Other Assistant Service: Electrophysiology (Panel 1) |
| 09:50:00 | Ladia, Vatsal M, M.D. - In: Role: First Assistant Service: Electrophysiology (Panel 1) |
| 09:53:14 | Timeout: Pre-procedure: Verified by Sortman, Deborah L, R.N. at 6/12/2019 9:53 AM |
| 09:54:35 | Timeout: Fire Safety: Verified by Sortman, Deborah L, R.N at 6/12/2019 9:54 AM |
| 09:54:59 | Procedure Start: Intra-proc: Procedure Start |
| 09:54:59 | Procedure Start - ABLATION - PVI: Physician: Srivathsan, Komandoor, M.D Service: Electrophysiology (Panel 1) |
| 09:54:59 | Srivathsan, Komandoor, M.D. - In: Role: Primary Service: Electrophysiology (Panel 1) |
| 09:55:41 | Lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 15 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 09:56:03 | Lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 09:57:13 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein and right internal jugular vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Wire inserted and Visualized under Fluoroscopy-By Dr Abrich |
| 09:59:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Placed: Removal Date/Time: 06/12/19 1450 Placement Date/Time: 06/12/19 0959  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich  Venous Vessel Location: Right Internal Jugular  Sheath Size:... |
| 10:00:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - Out: Role: CCL/HRS Rad Tech |
| 10:02:47 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Access preformed By Dr Ladia- Wire inserted for sheath insertion |
| 10:07:52 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. by Dr Abrich- Second puncture. Wire inserted for Sheath insertion |
| 10:11:26 | Fluoroscopy: Fluoroscopy of Wire insertion Preformed to Right Groin. Images obtained. |
| 10:14:42 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed by Dr Abrich- Third Access. Wire inserted for Sheath insertion |
| 10:15:27 | Fluoroscopy: Fluoroscopy of Wire insertion in Right Femoral Vein. Images obtained. |
| 10:19:58 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral artery. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed By Dr Abrich |
| 10:20:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - In: Role: CCL/HRS Rad Tech |
| 10:20:04 | Sheaths: Cath Eng Shth 8fx12 - Sheath inserted in the right femoral vein.  Number of sheaths = 2. |
| 10:20:24 | Sheaths: Cath Eng Shth 4fx12 - Sheath inserted in the right femoral artery. |
| 10:20:40 | Sheaths: Shth Pm Dil Str 11fx2.5x10 - Sheath inserted in the right femoral vein. |
| 10:21:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Placed: Removal Date/Time: 06/12/19 1449  Placement Date/Time: 06/12/19 1021  Arterial or Venous access: Arterial  Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: 4 Fr.  At... |
| 10:22:00 | Intake/Output: Lactated Ringers Fixed Rate  - Volume (mL): |
| 10:22:00 | Lactated Ringers Fixed Rate: Rate/Dose Change Rate: 1,000 mL/hr Route: intravenous |
| 10:22:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Placed: Removal Date/Time: 06/12/19 1451  Placement Date/Time: 06/12/19 1022  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: (c) 8 Fr.  Attached to: Hepariniz... |
| 10:23:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Placed: Removal Date/Time: 06/12/19 1452  Placement Date/Time: 06/12/19 1023  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: R... |
| 10:24:01 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter inserted at the coronary sinus. By Dr Ladia |
| 10:30:34 | CS cannulated |
| 10:32:49 | ICE Catheter: Cath Sochim Eco 10fr Repro - ICE catheter inserted. Advanced under Fluoroscopy by Dr Ladia |
| 10:36:03 | *****Vein Velocities***** |
| 10:36:03 | LSPV(m/s): 0.6/0.6 |

---

10/11/2019 9:15 AM    User:              Release ID:41240319    Care Everywhere ID: MAY-876-686D    Page 74
IDMPROD19991070

**Lincoln/Marcus 3452**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

**Clinical Notes (continued)**

CSN: 2000281031006                          POST-PROCEDURE NOTE
MRN: 12-300-675                             MAYO CLINIC - ARIZONA                 12-Jun-2019
MARCUS, LESLIE                                                                    Page 5 of 8

PROCEDURE LOG (cont):

| Time | Description |
|------|-------------|
| 10:36:03 | LIPV(m/s): 0.5/0.5 |
| 10:36:03 | RSPV(m/s): 0.4/0.4 |
| 10:36:03 | RIPV(m/s): 0.3/0.3 |
| 10:39:28 | Note: Heparin given by CRNA |
| 10:40:38 | PAC, CS 9,10 early |
| 10:44:52 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:45:16 | Sheaths: Shth Swr Sll 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:47:38 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle inserted. |
| 10:48:44 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle puncture performed. Needle not used. Sheath went through and advanced |
| 10:49:16 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle removed. |
| 10:51:44 | Sheaths: Shth Swr Sll 8.5fx63 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:52:43 | Sheaths: Shth Agls Med 8.5fx71 - Sheath inserted in the right femoral vein. |
| 10:54:20 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter inserted at the left atrium Placed just inside of the sheath |
| 10:55:11 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. |
| 10:57:33 | Sheaths: Shth Swr Sll 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:58:42 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle inserted. |
| 11:01:51 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle puncture performed. |
| 11:03:45 | EP Catheter: Cath Pentaray Nav 4-4-4 - EP catheter inserted at the left atrium. |
| 11:05:37 | LSPV baseline: looks isolated |
| 11:06:24 | not PV signal |
| 11:06:36 | 3D Mapping in Progress: With Carto and Pacing- Vein isolation will be checked |
| 11:07:24 | LIPV baseline; looks isolated |
| 11:08:19 | RSPV baseline has possible potential |
| 11:09:17 | intermittent capture RSPV 17,18 |
| 11:09:56 | RIPV baseline, looks isolated |
| 11:10:00 | Willhite, Julie R, R.T (R), CV - Out: Role: CCL/HRS Rad Tech |
| 11:13:18 | pentaray in LV |
| 11:17:00 | NOVAC |
| 11:19:00 | Note: left atrial mean pressure is 1 |
| 11:19:20 | HR 97 bpm: 5/***/1 P2; Temp 36.3 °C |
| 11:19:20 | Hemodynamic Measurements: Vitals Heart Rate: , Systolic Pressure: ; Diastolic Pressure: ; Mean Pressure: |
| 11:20:28 | Campbell, Kimberley, R.N., RN-BC - Out: Role: Primary monitor |
| 11:21:58 | AV Wenckebach @ S1=370 |
| 11:25:35 | Note: Isuprel ordered by physician. |
| 11:26:47 | Block? |
| 11:27:32 | NS AT interesting. |
| 11:28:30 | Initiation |
| 11:28:33 | Term |
| 11:30:30 | Atrial ERP=170 @ S1=600 |
| 11:31:30 | Isuprel on |
| 11:31:51 | Note: Isuprel turned on by CRNA |
| 11:43:27 | Will map PAC |
| 11:45:33 | 3D Mapping in Progress: PVC Activation mapping with Pentaray |
| 11:50:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 11:51:54 | Pacing from Pentaray 3-4 closer to septal MA (0900-1000) |
| 11:54:19 | Note: 2 ACT ran simultaneously to confirm results |
| 11:54:24 | Initiation with 500/240/240 ICL 234 |
| 11:54:27 | Sustained TCL 234 |
| 11:55:55 | Degenerated and term. |
| 11:58:34 | Re initiated 500/340/240 tcl 240 |
| 12:02:21 | Term' |
| 12:03:11 | Term |
| 12:03:42 | Term |

**Lincoln/Marcus 3453**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:            , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## MAYO CLINIC

06/12/2019 : Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

| CSN: 2000281081006 | POST-PROCEDURE NOTE | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | | Page 6 of 8 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 12:06:24 | Palmer, Jason K, RCES - Out: Role: Scrub Person |
| 12:06:57 | Crandall, Mary T. R.N. - In: Role: Circulator |
| 12:07:04 | Sortman, Deborah L, R.N. - Out: Role: Circulator |
| 12:11:06 | start TC |
| 12:14:43 | start TC |
| 12:35:00 | Palmer, Jason K. RCES - In: Role. Scrub Person |
| 12:36:00 | Crandall, Mary T. R.N. - Out: Role: Circulator |
| 12:38:24 | Mark |
| 12:39:00 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. Shock was delivered at 12:38. Post cardioversion rhythm: sinus rhythm. Post-cardioversion rate: 100 BPM. |
| 12:40:00 | Sortman, Deborah L. R.N. - In: Role: Circulator |
| 12:47:00 | Willhite, Julie R. R.T.(R), CV - In: Role. CCL/HRS Rad Tech |
| 12:47:59 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - Out: Role: CCL/HRS Rad Tech |
| 12:53:36 | Mark |
| 12:53:45 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. Pre-cardioversion rate. 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. Shock was delivered at 12:53. Post cardioversion rhythm: sinus rhythm. Post-cardioversion rate: 97 BPM. |
| 12:57:53 | pacemap PAC |
| 12:59:42 | 12 noon mitral annulus: different activation sequence |
| 13:01:35 | PAC |
| 13:05:03 | terminated |
| 13:16:10 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. Pre-cardioversion rate: 130 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. Shock was delivered at 13:16. Post cardioversion rhythm: sinus rhythm. Post-cardioversion rate: 101 BPM. |
| 13:16:21 | Mark |
| 13:23:45 | Note: Ablation continues by Dr Srivathsan |
| 13:43:03 | conducting: mitral line not blocked |
| 13:51:09 | Impsel @ 0.05 |
| 13:51:57 | Block? |
| 13:53:51 | Initiation w/ triplet. |
| 13:53:55 | Term |
| 13:54:26 | Impsel OFF. |
| 13:54:56 | Start roof |
| 13:55:23 | Note: Re-Ablating Roof Line |
| 14:11:53 | Note: Heparin Off- VO per Dr Srivathsan- CRNA confirmed |
| 14:11:58 | Catheters pulled back into RA. |
| 14:12:32 | HIS on ABL AH-56-H-11-HV-43 |
| 14:17:51 | CS lesions |
| 14:20:55 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: Flush bag for Ablation (second bag) |
| 14:21:29 | Note: Heparin re-started- VO by Dr Srivathsan |
| 14:22:53 | Note: Heparin off per Dr Srivathsan |
| 14:24:56 | NO VAC |
| 14:25:30 | Note: Post ICE imaging preformed by Dr Srivathsan |
| 14:25:42 | *****Vein Velocities***** POST |
| 14:25:42 | LSPV(m/s): 0.3/0.6 |
| 14:25:43 | LIPV(m/s): 0.6/0.8 |

**Lincoln/Marcus 3454**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## Clinical Notes (continued)

CSN: 2000281081006                    **POST-PROCEDURE NOTE**
MRN: 12-300-675                       MAYO CLINIC - ARIZONA              12-Jun-2019
MARCUS, LESLIE                                                          Page 7 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 14:25:42 | RSPV(m's): 0.3/0.5 |
| 14:25:43 | RIPV(m's): 0.3/0.5 |
| 14:28:21 | *****Basic Interval***** |
| 14:28:21 | Intervals: Post |
| 14:28:21 | RR: |
| 14:28:21 | HR: 86 |
| 14:28:21 | AA: 693 |
| 14:28:21 | PR: 121 |
| 14:28:21 | PA: 39 |
| 14:28:22 | AH: 56 |
| 14:28:22 | HIS Duration: 11 |
| 14:28:22 | HV: 43 |
| 14:28:22 | QRS: 75 |
| 14:28:22 | QT: 352 |
| 14:28:28 | Note: VO for Protamine 40 mg IV -Dr Srivathsan to CRNA |
| 14:28:56 | All Catheters Removed: Pentaray removed from the Atrium and left in the sheath for sheath removal |
| 14:29:09 | post case 12 lead EKG |
| 14:29:25 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter removed. |
| 14:29:35 | ——— |
| 14:29:36 | *****Ablation Summary***** |
| 14:29:36 | Total # Of Ablations: 179 |
| 14:29:36 | Total Ablation Time: 15:42 |
| 14:29:44 | Total Irrigation Fluid: 830 |
| 14:29:44 | Case End |
| 14:29:46 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter removed at the left atrium.Left in sheath for sheath pull |
| 14:30:18 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter removed at the coronary sinus. |
| 14:30:50 | Procedure Finish: Intra-proc |
| 14:30:50 | Procedure End - 3D Mapping - Carto: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 14:30:50 | Srivathsan, Komandoor, M.D. - Out' Role: Primary Service: Electrophysiology (Panel 1) |
| 14:30:55 | Family Updated. Family updated on the progress of the procedure. |
| 14:38:00 | Intake/Output: Lactated Ringers Fixed Rate - Volume (mL): |
| 14:38:00 | Lactated Ringers Fixed Rate: Anesthesia Volume Adjustment Rate: 0 Route: intravenous |
| 14:42:04 | Radiation Tracking: Panel 1: Srivathsan, Komandoor, M.D. Radiation (mGy) = 359.600 Fluoro Time (min) = 20 0 DAP (Gy-cm2) = 4.401 |
| 14:42:52 | Verified: Verify-Willhite, Julie R, R.T.(R), CV |
| 14:43:46 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 14:44:06 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 14:49:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Removed: Removal Date/Time: 06/12/19 1021 Arterial or Venous access: Arterial Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: 4 Fr. Al... |
| 14:50:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Removed: Removal Date/Time: 06/12/19 1450 Placement Date/Time: 06/12/19 0959 Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Internal Jugular Sheath Size:... |
| 14:51:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Removed: Removal Date/Time: 06/12/19 1451 Placement Date/Time: 06/12/19 1022 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: (c) 8 Fr. Attached to: Hepariniz... |
| 14:52:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Removed: Removal Date/Time: 06/12/19 1452 Placement Date/Time: 06/12/19 1023 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: R... |
| 15:07:05 | Complications: Complications Complications: |
| 15:07:14 | Disposition: Disposition Disposition: |
| 15:07:42 | Non-OR to PACU: Intra-proc. Recovery |
| 15:08:00 | ETT Removed: Removal Date/Time: 06/12/19 1508 Placement Date-Time: 06/12/19 (c) 0906 Mask Ventilation: Easy mask ETT Type: Standard ETT Tube Size: 7.5 mm Cuffed: Yes Blade Size: Miller 2 Location: Oral |

**Lincoln/Marcus 3455**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

CSN: 2000281081006                    POST-PROCEDURE NOTE
MRN: 12-300-675                       MAYO CLINIC - ARIZONA                   12-Jun-2019
MARCUS, LESLIE                                                               Page 8 of 8

**Lincoln/Marcus 3456**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019


**MAYO CLINIC**

▓▓▓▓▓▓06/12/2019 Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)▓▓▓▓▓▓

**Clinical Notes (continued)**

Electronically signed by Srivathsan, Komandoor, M.D. at 6/12/2019 6:07 PM

**Abrich, Victor A, M.D. at 6/12/2019 9:49 AM**

| | | |
|---|---|---|
| Author: Abrich, Victor A, M.D. | Service: CVD Heart Rhythm | Author Type: Fellow |
| Filed: 6/12/2019 5:46 PM | Date of Service: 6/12/2019 9:49 AM | Status: Signed |
| Editor: Abrich, Victor A, M.D. (Fellow) | | |

## IMMEDIATE POST-PROCEDURE NOTE

**Procedures Performed:**
**1. Atypical atrial flutter ablation.**
**2. Redo atrial fibrillation ablation.**

**Surgeon(s):**
Srivathsan, Komandoor, M.D.
Appleton, Christopher P, M.D.
Abrich, Victor A, M.D.
Ladia, Vatsal M, M.D.

**Anesthesia Type:**
Monitored Anesthesia Care

**Pre-Operative Diagnosis:**
Atypical atrial flutter

Brief Operative Note Details
Post-operative diagnosis:
Atypical atrial flutter originating near the RSPV status post bilateral WACA, mitral 2 isthmus line, septal line, and roof line.

Procedure: Pulmonary veins isolated at baseline. EP study performed, induced an atrial tachycardia vs micro-reentrant atrial flutter with earliest activation near the anterior side of the RSPV. Right WACA performed and septal line performed, terminating atrial flutter. Atrial fibrillation was inducible. Left WACA performed along mitral isthmus line, and roof line. Epicardial ablation performed in CS to complete mitral isthmus.

Plan: 6 hours bedrest, ECG, CXR, echo in AM, PPI BID, propafenone 325 mg BID.

**Specimens:**
* No specimens in log *

**Lines, Drains and Airways:**
Indwelling Urinary Catheter Non-latex 12 Fr. (Active)

| | | | | |
|---|---|---|---|---|
| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 79 |

**Lincoln/Marcus 3457**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

*06/12/19 0931*
Placed by: Kim C., RN
Placed by External Staff?:
Hand Hygiene Performed Prior to Insertion: Yes
Sterile technique followed?: Yes
Catheter Type: Non-latex
Tube Size (Fr.): 12 Fr.
Catheter Balloon Size: 5 mL
Urine Returned: Yes
Removal Reason:

| | | |
|---|---|---|
| Site Assessment | Clean;Skin intact | 6/12/2019 9:31 AM |
| Collection Container | Standard drainage bag | 6/12/2019 9:31 AM |
| Securement Method | Securing device | 6/12/2019 9:31 AM |
| Daily Assessment of Need | Chemically paralyzed/sedated | 6/12/2019 9:31 AM |
| Line Necessity Reviewed With | Drs. Srivathsan, and Ladia | 6/12/2019 9:31 AM |

**[REMOVED] GI Tubes (Adults) Orogastric (Removed)**
*06/12/19 0908*
Placed by External Staff?:
Placed by:
GI Tube Type: Orogastric
GI Tube Size: 18 Fr
Length (cm):
Removal Reason:
*Removed 06/12/19 0909*

**Estimated Blood Loss:**
No blood loss documented.

**Implants:**
* No implants in log *

**Medications:**
**Intra-op Medications**

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 06/12/2019 0956 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE) | 10 mL | subcuta neous | Given | Abrich, V |
| 06/12/2019 0955 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE) | 15 mL | subcuta neous | Given | Abrich, V |
| 06/12/2019 0900 | heparin 1,000 Units/500 mL NaCl 0.9% table solution | 500 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 1420 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL | miscell aneous | Given | Willhite, J |

**Lincoln/Marcus 3458**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

### 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 06/12/2019 0900 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL | miscell aneous | Given | Palmer, J |
| 06/12/2019 0900 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL | miscell aneous | Given | Schroeder, B |
| 06/12/2019 0900 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL | miscell aneous | Given | Schroeder, B |

Victor Abrich, M.D.

Electronically signed by Abrich, Victor A, M.D. at 6/12/2019 5:46 PM

**H&P**

Abrich, Victor A, M.D. at 6/12/2019 11:36 AM

| | | |
|---|---|---|
| Author: Abrich, Victor A, M.D. | Service: CVD Heart Rhythm | Author Type: Fellow |
| Filed: 6/12/2019 11:46 AM | Date of Service: 6/12/2019 11:36 AM | Status: Signed |
| Editor: Abrich, Victor A, M.D. (Fellow) | | |

## HOSPITAL HISTORY AND PHYSICAL

**REASON FOR ADMISSION:** Atypical atrial flutter ablation.

**HISTORY OF PRESENT ILLNESS:**
Ms. Leslie Marcus is a 48 y.o. female with a history of paroxysmal atrial fibrillation status post ablation in December 2018. She was hospitalized at Mayo Clinic in May 2018 after presenting to the emergency department in an atypical atrial flutter. She had previously been on flecainide and was having symptoms on a daily basis. After seeing Dr. Srivathsan in the hospital, she was switched to propafenone 425 mg b.i.d. and has not had any recurrent symptoms. Unfortunately, she now gets short of breath with exertion which she attributes to an inability increase her heart rate while on medication. She has presented today for an ablation procedure.

**PAST MEDICAL HISTORY:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Atrial fibrillation status post ablation (Dec. 2018) | |
| • Atypical atrial flutter. | |
| • Gastroesophageal Reflux Disease | |

10/11/2019 9:15 AM    User: IDMPROD19991070    Release ID:41240319    Care Everywhere ID: MAY-876-686D    Page 81

**Lincoln/Marcus 3459**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission(Discharged) in Mayo Clinic Hospital-fourth Floor (continued)

**Clinical Notes (continued)**

- Pulmonary Embolism
- DT
  *in all 4 extremities*

**MEDICATIONS:**
**Prior to Admission medications**

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| apixaban (ELIQUIS) 5 mg tablet | Take 5 mg by mouth 2 (two) times a day. | | | Yes | Provider, Historical |
| atorvastatin (LIPITOR) 20 mg tablet | Take 20 mg by mouth every morning. | | | Yes | Provider, Historical |
| CANNABIDIOL, CBD, EXTRACT ORAL | Take by mouth daily. | | | Yes | Provider, Historical |
| clonazePAM (KlonoPIN) 1 mg tablet | TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | 4/22/19 | | Yes | Provider, Historical |
| metoprolol tartrate (LOPRESSOR) 25 mg tablet | Take 1 tablet (25 mg total) by mouth 2 (two) times a day. | 5/31/19 | 6/30/19 | Yes | Srivathsan, Komandoor, M.D. |
| mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet | Take 1 tablet (30 mg total) by mouth at bedtime. | 5/16/19 | 6/15/19 | Yes | Tashman, Yasemin S, M.D. |
| pantoprazole (PROTONIX) 40 mg EC tablet | Take 40 mg by mouth 2 (two) times a day. | | | Yes | Provider, Historical |
| sucralfate (CARAFATE) 100 mg/mL suspension | Take 10ml PO QID | | | Yes | Provider, Historical |
| propafenone (RYTHMOL SR) 425 mg 12 hr capsule | Take 1 capsule (425 mg total) by mouth every 12 (twelve) hours. | 5/6/19 | 6/5/19 | | Gough, Michele L, APRN, FNP-BC, M.S.N. |

**FAMILY HISTORY:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Coronary artery disease | Father | |
| Hearing loss | Father | |
| Vision loss | Father | |

**Lincoln/Marcus 3460**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

06/12/2019 Admission(Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

- Other (ANA positive)          Sister          47
- Endometriosis                 Sister          56
- Depression                    Sister

**SOCIAL HISTORY:**
Previously smoked 1 pack per week for 15 years. Uses CBD oil for anxiety.

**REVIEW OF SYSTEMS:** A 12-point review of systems was negative except as per History of Present Illness.

**VITAL SIGNS:**
Blood pressure 110/81, temperature 36.8 °C, temperature source Oral, resp. rate 16, height 165.1 cm, weight 63.9 kg, SpO2 99 %, not currently breastfeeding. Body mass index is 23.44 kg/m².

**PHYSICAL EXAM:**
General: This is a 48 y.o. female lying in bed, currently in no acute distress.
Neck: JVP 6 cm H2O.
Heart: Regular rate and rhythm, normal S1/S2, no murmurs, no S3/S4.
Lungs: Clear breath sounds bilaterally. No wheezes, rales, or rhonchi.
Abdomen: Soft, non-tender, non-distended. Positive bowel sounds.
Extremities: No peripheral edema.
Skin: Warm and well perfused.

**LABS**
**Recent Results (from the past 24 hour(s))**
**CBC without Differential**
   Collection Time: 06/12/19  6:39 AM

| Result | Value |
|---|---|
| Hemoglobin | 11.4 (L) |
| Hematocrit | 36.2 |
| Erythrocytes | 4.16 |
| MCV | 87.0 |
| RBC Distrib Width | 14.0 |
| Platelet Count | 365 |
| Leukocytes | 6.6 |

**BMP (Basic Metabolic Panel)**
   Collection Time: 06/12/19  6:39 AM

| Result | Value |
|---|---|
| Potassium, S | 4.6 |
| Sodium, S | 141 |
| Chloride, S | 106 |
| Bicarbonate, S | 26 |
| Anion Gap | 9 |
| Bld Urea Nitrog(BUN), S | 14.7 |

**Lincoln/Marcus 3461**

7E291190008

■


MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

| | |
|---|---|
| Creatinine, S | 0.97 |
| eGFR-Non Black | 69 |
| eGFR-Black | 80 |
| Calcium, Total, S | 9.6 |
| Glucose, S | 91 |

**APTT (Activated Partial Thromboplastin Time)**
    Collection Time: 06/12/19  6:39 AM

| Result | Value |
|---|---|
| Activated Partial Thrombopl Time, P | 25 |

**PT (Prothrombin Time) with INR**
    Collection Time: 06/12/19  6:39 AM

| Result | Value |
|---|---|
| Prothrombin Time, P | 12.2 |
| INR | 1.1 |

**ASSESSMENT / PLAN**
1. Atypical atrial flutter. We will plan on doing a high density left atrial map and checking the status of the pulmonary veins. We will then plan on inducing atrial flutter and targeting it for ablation. We discussed risks of the procedure, including a 1-2% risk of bleeding, vascular access site complications, or pericardial effusion requiring drainage, a <1% risk of stroke/transient ischemic attack or air embolism causing myocardial infarction or stroke, and a 0.1% risk of atrioesophageal fistula, pulmonary vein stenosis, and death. She has provided both verbal and written consent to proceed. She will be admitted to the hospital after the procedure for extended recovery.

Victor Abrich, M.D.
06/12/19

Electronically signed by Abrich, Victor A, M.D. at 6/12/2019 11:48 AM

**Progress Notes**

**Progress Notes**

Alland, Michelle L, APRN, M.S.N., FNP-C at 6/13/2019 12:20 PM

| | | |
|---|---|---|
| Author: Alland, Michelle L, APRN, M.S.N., FNP-C | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
| Filed: 6/13/2019  2:29 PM | Date of Service: 6/13/2019 12:20 PM | Status: Signed |
| Editor: Alland, Michelle L, APRN, M.S.N., FNP-C (Nurse Practitioner) | | Cosigner: Srivathsan, Komandoor, M.D. at 6/13/2019  2:41 PM |

**CARDIOLOGY INPATIENT PROGRESS NOTE**

**Lincoln/Marcus 3462**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)**

Progress Notes (continued)

## SUBJECTIVE

Ms. Marcus was seen and examined on morning rounds. She is s/p EP study and ablation. Had significant back pain last night - CT abd was performed which showed no evidence of acute bleed. Her pain is resolved this morning, and attributes it largely to the bedrest restriction. She c/o migraine type headache this morning. No chest pain or dyspnea.

## TELEMETRY

NSR rate 80s.

## Medications

### Scheduled

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| atorvastatin tablet 20 mg (LIPITOR) | 20 mg, oral, QAM | Given: 06/13 0911 |
| mirtazapine disintegrating tablet 30 mg (REMERON SOL-TAB) | 30 mg, oral, Daily at bedtime | Given: 06/12 2148 |
| pantoprazole DR tablet 40 mg (PROTONIX) | 40 mg, oral, BID | Given: 06/13 0912 |
| propafenone 12 hr capsule 225 mg (RYTHMOL SR) | 225 mg, oral, Q12H SCH | Given: 06/13 0910 |
| sucralfate suspension 1 g (CARAFATE) | 1 g, oral, Before meals & bedtime | Ordered |

### Continuous

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| heparin (porcine) 100 Units/mL in D5W 250 mL infusion | 14 Units/kg/hr, IV, Continuous | Rate/Dose Change: 06/13 0920 |
| Lactated Ringers Fixed Rate | 125 mL/hr, IV, Continuous | Continued from OR: 06/12 1516 |

### PRN

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen tablet 500 mg (TYLENOL) | 500 mg, oral, Q6H PRN | Given: 06/12 2307 |
| docusate sodium capsule 100 mg (COLACE) | 100 mg, oral, BID PRN | Ordered |
| naloxone injection 0.2 mg (NARCAN) | 0.2 mg, IV, PRN | Ordered |
| promethazine injection 6.25 mg (PHENERGAN) | 6.25 mg, IV, Q6H PRN | Given: 06/13 0526 |

## INTAKE/OUTPUT

**Lincoln/Marcus 3463**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Progress Notes (continued)

Past 24 hours:

Intake/Output Summary (Last 24 hours) at 6/13/2019 1120
Last data filed at 6/13/2019 0920

|         | Gross per 24 hour |
|---------|-------------------|
| Intake  | 1045.38 ml        |
| Output  | 2220 ml           |
| Net     | -1174.62 ml       |

Admission Weight: 63.9 kg
Today's weight: 66.3 kg
Body mass index is 24.32 kg/m².

## VITAL SIGNS
Temperature: [36.2 °C-36.6 °C] 36.5 °C
Heart Rate: [78-104] 98
Resp Rate: [9-19] 16
Blood Pressure: (68-127)/(55-89) 127/89
SpO2: [95 %-100 %] 98 %
Flow Rate (L/min): [3 L/min-7 L/min] 3 L/min
Weight: [66.3 kg] 66.3 kg
BMI (Calculated): [24.3 kg/m²] 24.3 kg/m²
Pulse Rate: [78-98] 87

## PHYSICAL EXAMINATION
General: Awake and alert, oriented x3.
Heart: Regular rate and rhythm. No murmur. No JVD.
Lungs: Clear to auscultation. No crackles or wheezing.
Abdomen: Soft, non-distended. Positive bowel sounds x4 quadrants.
Extremities: No lower extremity edema.
Skin: Warm and dry. R femoral and R IJ sites are soft, no evidence of bleeding or hematoma.
Neuro: No focal deficit appreciated.

## DIAGNOSTICS
I personally reviewed all radiology and labs from the past 24 hrs.
Recent Results (from the past 24 hour(s))
Activated Clotting Time, i-STAT Celite, POCT
    Collection Time: 06/12/19 11:33 AM

| Result | Value |
|--------|-------|
| Activated Clotting Time, POCT | 232 (H) |

Activated Clotting Time, i-STAT Celite, POCT
    Collection Time: 06/12/19 11:55 AM

**Lincoln/Marcus 3464**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Progress Notes (continued)**

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 257 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 11:55 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 211 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 12:34 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 253 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 1:02 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 262 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 1:41 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 253 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 2:44 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 122 |

**APTT (Activated Partial Thromboplastin Time)**
Collection Time: 06/12/19 9:34 PM

| Result | Value |
|---|---|
| Activated Partial Thrombopl Time, P | 25 |

**Hemoglobin**
Collection Time: 06/12/19 11:14 PM

| Result | Value |
|---|---|
| Hemoglobin | 8.9 (L) |

**APTT Mixing Study, Plasma**
Collection Time: 06/13/19 3:59 AM

| Result | Value |
|---|---|
| APT Dilution 1:1 | 39.2 |
| Path Interpretation | See Comment |
| APT Normal Control | 30.7 |
| Patient APTT | 52.9 (H) |

**Hematocrit**

**Lincoln/Marcus 3465**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:       /        Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## MAYO CLINIC

06/12/2019 Admission(Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Progress Notes (continued)

Collection Time: 06/13/19  3:59 AM

| Result | Value |
| --- | --- |
| Hematocrit | 29.8 (L) |

**Heparin Anti-Xa Assay**

Collection Time: 06/13/19  4:02 AM

| Result | Value |
| --- | --- |
| Heparin Anti-Xa, P | 0.46 |

**APTT (Activated Partial Thromboplastin Time)**

Collection Time: 06/13/19  4:02 AM

| Result | Value |
| --- | --- |
| Activated Partial Thrombopl Time, P | 49 (H) |

Ct Cardiac Angiogram Pulmonary Veins With Iv
Result Date: 6/11/2019
Impression: 1. Normal pulmonary venous return to the left atrium with early branching from the right superior, right inferior and left inferior pulmonary veins. 2. Mild bronchitis without consolidative pneumonia. 3. Circumferential thickening of the mid and distal esophagus possibly related to mild reflux esophagitis.

### 6/12/2019, EP study/ablation by Dr. Srivathsan:

PREOPERATIVE DIAGNOSIS:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy.
2. History of atrial fibrillation status post pulmonary vein isolation 12/2018 at outside facility.

POSTOPERATIVE DIAGNOSIS:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular pressure atrial complexes status post successful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

PROCEDURE:
1. Comprehensive electrophysiologic evaluation including transseptal catheterization, insertion and repositioning of multiple electrode catheters with induction or attempted induction of an arrhythmia with atrial recording and pacing, when possible, right ventricular pacing and recording. His bundle recording with intracardiac catheter ablation of arrhythmogenic focus, with treatment of atrial fibrillation by ablation by pulmonary vein isolation (93656).
2. Intracardiac catheter ablation of a discrete mechanism of arrhythmia which is distinct from the primary ablated mechanism including repeat diagnostic maneuvers to treat a spontaneous or induced arrhythmia (93655).
3. Programmed stimulation and pacing after intravenous drug infusion (93623).
4. Intracardiac electrophysiology 3-D mapping (93613).
5. Intracardiac echo (93662).
6. Arterial line catheterization (36620).
7. Fluoroscopy.
8. Cardioversion - External (92960)
9. Coronary sinus venogram.

### ASSESSMENT / PLAN

Ms. Marcus is a 48 y.o. female with history of afib s/p PVI ablation 12/2018 at outside facility, DVT/PE (unclear etiology), dyslipidemia, and migraines. She was hospitalized at Mayo Clinic in May 2018 after presenting to the

**Lincoln/Marcus 3466**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO
CLINIC**

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)

**Progress Notes (continued)**

emergency department in an atypical atrial flutter. She had previously been on flecainide and was having symptoms on a daily basis. After seeing Dr. Srivathsan in the hospital, she was switched to propafenone 425 mg b.i.d. and has not had any recurrent symptoms. Unfortunately, she now gets short of breath with exertion which she attributes to an inability increase her heart rate while on medication. She therefore presented today for an ablation procedure.

**#1 Fibrillation Atrial, atypical atrial flutter, PACs**
**#2 Catheter Ablation For Conduction Pathway Status Post** (PVI via R and L WACA, with mitral isthmus line and anterior roof line, with mitral isthmus ablation and line connecting R SPV to mitral annulus).
-R femoral (V and A) and R IJ sites WNL.
-CT abd last night done for severe back pain: no bleeding identified. Back pain resolved today.
-telemetry monitoring. Currently NSR
-IV heparin initiated last night.
-in AM: limited TTE. If no evidence of effusion, d/c IV heparin and resume apixaban
-PPI x6 weeks.
-propafenone to continue at dose of 225mg bid
-likely for d/c home later today

**#3 Acute-on-chronic normocytic aneima**
-baseline Hgb was around 12; dropped to 8.9 overnight
-no sources of bleeding identified.
-Suspect there could be an aspect of dilution effect, will give small dose IV lasix, as she did receive around 2L of IV fluids yesterday intra-procedurally.
-will recheck CBC this afternoon for stability

**# Headache**
-Toradol ordered for pain management


Michelle Alland, APRN, M.S.N., FNP-C
06/13/19
Pager 127-5333


Electronically signed by Alland, Michelle L, APRN, M.S.N., FNP-C at 6/13/2019  2:29 PM
Electronically signed by Srivathsan, Komandoor, M.D. at 6/13/2019  2:41 PM

**Lincoln/Marcus 3467**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:            , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019: Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Progress Notes (continued)**

Feldman, Angela L, Pharm.D., R.Ph. at 6/13/2019 11:01 AM

| | | |
|---|---|---|
| Author: Feldman, Angela L, Pharm.D., R.Ph. | Service: PHR (Pharmacy) | Author Type: Pharmacist |
| Filed: 6/13/2019 11:01 AM | Date of Service: 6/13/2019 11:01 AM | Status: Signed |
| Editor: Feldman, Angela L, Pharm.D., R.Ph. (Pharmacist) | | |

APTT at 49
Goal 50-80
Current rate 12 u/k/h- increase by 2 units to 14 u/k/h
Next aptt 6/13 at 1400

Electronically signed by Feldman, Angela L, Pharm.D., R.Ph. at 6/13/2019 11:01 AM

Murphy, Katie M, M.B., B.Ch., B.A.O. at 6/13/2019 2:50 AM

| | | |
|---|---|---|
| Author: Murphy, Katie M, M.B., B.Ch., B.A.O. | Service: CVD (Cardiovascular Diseases) | Author Type: Fellow |
| Filed: 6/13/2019 4:21 AM | Date of Service: 6/13/2019 2:50 AM | Status: Addendum |
| Editor: Murphy, Katie M, M.B., B.Ch., B.A.O. (Fellow) | | |

Came to review patient due to abdominal and back pain
Pain is in band around back and stomach, 10/10
Patient says is similar to back pain before back surgery and that she also had pain after her last ablation

Pulse 88 BP 105/72

No bruising
No back tenderness
Some mild generalized abdominal tenderness
Groin site intact, no palpable hematoma

Hgb repeated, is 8.9 from 11.4
Patient is on fluids

Given pain and drop in Hgb I think it's reasonable to rule out a retroperitoneal hematoma with a CT, although pain does sound similar to prior musculoskeletal pain.

Pain is somewhat improved after tylenol and dilaudid (Patient declined oxycodone due to prior itch)

Will follow

Katie Murphy, M.B., B.Ch., B.A.O.

Addendum: CT negative for hematoma.

Electronically signed by Murphy, Katie M, M.B., B.Ch., B.A.O. at 6/13/2019 4:21 AM

| | | | |
|---|---|---|---|
| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 90 |

**Lincoln/Marcus 3468**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019


MAYO
CLINIC

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Progress Notes (continued)

Fletcher, Jared, Pharm.D., R.Ph. at 6/12/2019 10:36 PM

| | | |
|---|---|---|
| Author: Fletcher, Jared, Pharm.D., R.Ph. | Service: PHR (Pharmacy) | Author Type: Pharmacist |
| Filed: 6/12/2019 10:47 PM | Date of Service: 6/12/2019 10:36 PM | Status: Addendum |
| Editor: Fletcher, Jared, Pharm.D., R.Ph. (Pharmacist) | | |

**Pharmacy Consult - Heparin Infusion with aPTT Management (Low Intensity)**

Hospital Pharmacy has been consulted for inpatient heparin infusion management using aPTTs for monitoring

Indication for Heparin Therapy: Following invasive procedures or other patients deemed high risk for bleeding complications

Relevant PMH: Hysterectomy
Recent direct oral Factor Xa inhibitor use: Yes; Apixaban
If so, last dose date/time: 5mg on 6/10
Ordering Md: Dr. Ladia

**Baseline labs (Aptt = 25 on 6/12)**

**Heparin Dosing Initiation:**
Initial Loading Dose:
No loading dose

Initial Infusion:
12 units/kg/hr

**Plan:**
No Heparin loading dose will be administered.
Heparin infusion will start at a rate of 12 units/kg/hr.
The goal aptt for the Low Intensity nomogram is: 50 - 80 seconds (AZ, RST)
Next aPTT level order time (Date & Time): 6/12 @ 0245, follow up level 6 hours after that to acquire 2nd level, then levels q24h.

Pharmacy will manage heparin based upon the Heparin IV Monitoring by aPTT guidance document in AskMayoExpert.

Jared Fletcher, Pharm.D., R.Ph.

**Lincoln/Marcus 3469**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**MAYO CLINIC**

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

Progress Notes (continued)

Electronically signed by Fletcher, Jared, Pharm.D., R.Ph. at 6/12/2019 10:47 PM

**Alland, Michelle L, APRN, M.S.N., FNP-C at 6/12/2019 7:08 PM**

| | | |
|---|---|---|
| Author: Alland, Michelle L, APRN, M.S.N., FNP-C | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
| Filed: 6/12/2019 9:08 PM | Date of Service: 6/12/2019 7:08 PM | Status: Signed |
| Editor: Alland, Michelle L, APRN, M.S.N., FNP-C (Nurse Practitioner) | | Cosigner: Srivathsan, Komandoor, M.D. at 6/13/2019 11:17 AM |

### CARDIOLOGY INPATIENT PROGRESS NOTE

**SUBJECTIVE**
Ms. Marcus was seen and examined following EP study and ablation for atypical aflutter, atrial tachycardia. Currently drowsy/groggy but arouses to verbal stimuli.

**TELEMETRY**
NSR rate 80s.

**Medications**
Continuous

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| Lactated Ringers Fixed Rate | 125 mL/hr, IV, Continuous | Ordered |

PRN

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| droperidol injection 0.625 mg (INAPSINE) | 0.625 mg, IV, Q6H PRN | Ordered |
| fentaNYL injection 25 mcg (SUBLIMAZE) | 25 mcg, IV, Q5 Min PRN | Given: 06/12 1551 |
| heparin 1,000 Units/500 mL NaCl 0.9% table solution | 500 mL, , PRN | Given: 06/12 0900 |
| heparin table flush 2,000 units/1,000 mL in 0.9% NaCl | 1,000 mL, misc, PRN | Given: 06/12 1420 |
| HYDROmorphone injection 0.2 mg (DILAUDID) | 0.2 mg, IV, Q5 Min PRN | Ordered |
| lidocaine 10 mg/mL (1 %) injection (XYLOCAINE) | 10 mL, , PRN | Given: 06/12 1444 |
| promethazine injection 6.25 mg (PHENERGAN) | 6.25 mg, IV, Q6H PRN | Given: 06/12 1605 |
| scopolamine base 1 mg over 3 days 1 patch (TRANSDERM SCOP) | 1 patch, TD, Once PRN | Medication Applied: 06/12 0831 |

**Lincoln/Marcus 3470**



7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## MAYO CLINIC

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

### Progress Notes (continued)

**INTAKE/OUTPUT**
Past 24 hours:

Intake/Output Summary (Last 24 hours) at 6/12/2019 1608
Last data filed at 6/12/2019 1513

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 1895.02 ml |
| Output | 2070 ml |
| Net    | -174.98 ml |

Admission Weight: 63.9 kg
Today's weight: 63.9 kg
Body mass index is 23.44 kg/m².

**VITAL SIGNS**
Temperature: [36.4 °C-36.8 °C] (P) 36.4 °C
Heart Rate: [79-95] 84
Resp Rate: [11-19] 19
Blood Pressure: (105-116)/(65-81) 105/72
SpO2: [99 %-100 %] 99 %
Height: [165.1 cm] 165.1 cm
Weight: [63.9 kg] 63.9 kg
BSA (Calculated - sq m): [1.71 sq meters] 1.71 sq meters
BMI (Calculated): [23.4 kg/m²] 23.4 kg/m²
Pulse Rate: [84-98] 84

**PHYSICAL EXAMINATION**
General: Droswy, but arousable to verbal stimuli.
Heart: Regular rate and rhythm. No murmur. No JVD.
Lungs: Clear to auscultation. No crackles or wheezing. Unable to listen posteriorly due to bedrest restrictions.
Abdomen: Soft, non-distended. Positive bowel sounds x4 quadrants.
Extremities: No lower extremity edema.
Skin: Warm and dry. R femoral and R IJ sites are soft, no evidence of bleeding or hematoma. Pressure dressing to R femoral site.

**DIAGNOSTICS**
I personally reviewed all radiology and labs from the past 24 hrs.
Recent Results (from the past 24 hour(s))
CBC without Differential
    Collection Time: 06/12/19  6:39 AM
Result                    Value
    Hemoglobin            11.4 (L)

**Lincoln/Marcus 3471**

7E291190008

■



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

---

**06/12/2019 - Admission(Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)**

**Progress Notes (continued)**

| | |
|---|---|
| Hematocrit | 36.2 |
| Erythrocytes | 4.16 |
| MCV | 87.0 |
| RBC Distrib Width | 14.0 |
| Platelet Count | 365 |
| Leukocytes | 6.6 |

**BMP (Basic Metabolic Panel)**
Collection Time: 06/12/19  6:39 AM

| Result | Value |
|---|---|
| Potassium, S | 4.6 |
| Sodium, S | 141 |
| Chloride, S | 106 |
| Bicarbonate, S | 26 |
| Anion Gap | 9 |
| Bld Urea Nitrog(BUN), S | 14.7 |
| Creatinine, S | 0.97 |
| eGFR-Non Black | 69 |
| eGFR-Black | 80 |
| Calcium, Total, S | 9.6 |
| Glucose, S | 91 |

**APTT (Activated Partial Thromboplastin Time)**
Collection Time: 06/12/19  6:39 AM

| Result | Value |
|---|---|
| Activated Partial Thrombopl Time, P | 25 |

**PT (Prothrombin Time) with INR**
Collection Time: 06/12/19  6:39 AM

| Result | Value |
|---|---|
| Prothrombin Time, P | 12.2 |
| INR | 1.1 |

**Urinalysis with Microscopic: Urine, Catheter**
Collection Time: 06/12/19  9:32 AM

| Result | Value |
|---|---|
| Clarity | CLEAR |
| Color | STRAW |
| pH, U | 6.0 |
| Specific Gravity | 1.020 |
| Glucose | NEG |
| Protein | NEG |
| Bilirubin | NEG |
| Urobilinogen | <0.2 |
| Hemoglobin, QL | NEG |
| Ketones | NEG |
| Leukocyte Esterase | NEG |

---

**Lincoln/Marcus 3472**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB: 5/27/1971, Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO
CLINIC**

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Progress Notes (continued)**

| | |
|---|---|
| Nitrite, U | NEG |
| Urine RBC | 1-2 |
| White Blood Cells | <1 |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 11:01 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 183 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 11:17 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 216 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 11:33 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 232 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 11:55 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 257 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 11:55 AM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 211 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 12:34 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 253 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 1:02 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 262 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 1:41 PM

| Result | Value |
|---|---|
| Activated Clotting Time, POCT | 253 (H) |

**Activated Clotting Time, i-STAT Celite, POCT**
Collection Time: 06/12/19 2:44 PM

**Lincoln/Marcus 3473**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## MAYO CLINIC

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Progress Notes (continued)**

| Result | Value |
|--------|-------|
| Activated Clotting Time, POCT | 122 |

**Ct Cardiac Angiogram Pulmonary Veins With Iv**
Result Date: 6/11/2019
Impression: 1. Normal pulmonary venous return to the left atrium with early branching from the right superior, right inferior and left inferior pulmonary veins. 2. Mild bronchitis without consolidative pneumonia. 3. Circumferential thickening of the mid and distal esophagus possibly related to mild reflux esophagitis.

### 6/12/2019, EP study/ablation by Dr. Srivathsan:

PREOPERATIVE DIAGNOSIS:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy.
2. History of atrial fibrillation status post pulmonary vein isolation 12/2018 at outside facility.

POSTOPERATIVE DIAGNOSIS:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular premature atrial complexes status post unsuccessful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

PROCEDURE:
1. Comprehensive electrophysiologic evaluation including transseptal catheterization, insertion and repositioning of multiple electrode catheters with induction or attempted induction of an arrhythmia with atrial recording and pacing, when possible, right ventricular pacing and recording. His bundle recording with intracardiac catheter ablation of arrhythmogenic focus, with treatment of atrial fibrillation by ablation by pulmonary vein isolation (93656).
2. Intracardiac catheter ablation of a discrete mechanism of arrhythmia which is distinct from the primary ablated mechanism including repeat diagnostic maneuvers, to treat a spontaneous or induced arrhythmia (93655).
3. Programmed stimulation and pacing after intravenous drug infusion (93623).
4. Intracardiac electrophysiology 3-D mapping (93613).
5. Intracardiac echo (93662).
6. Arterial line catheterization (36620).
7. Fluoroscopy.
8. Cardioversion - External (92960).
9. Coronary sinus venogram.

### ASSESSMENT / PLAN

Ms. Marcus is a 48 y.o. female with history of afib s/p PVI ablation 12/2018 at outside facility, DVT/PE (unclear etiology), dyslipidemia, and migraines. She was hospitalized at Mayo Clinic in May 2018 after presenting to the emergency department in an atypical atrial flutter. She had previously been on flecainide and was having symptoms on a daily basis. After seeing Dr. Srivathsan in the hospital, she was switched to propafenone 425 mg b.i.d. and has not had any recurrent symptoms. Unfortunately, she now gets short of breath with exertion which she attributes to an inability increase her heart rate while on medication. She therefore presented today for an ablation procedure.

**#1 Fibrillation Atrial, and atypical atrial flutter**
**#2 Catheter Ablation For Conduction Pathway Status Post** (PVI via R and L WACA, with mitral isthmus line and anterior roof line, with mitral isthmus ablation and line connecting R SPV to mitral annulus).
-R femoral (V and A) and R IJ sites WNL.

**Lincoln/Marcus 3474**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



## MAYO CLINIC

### 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Progress Notes (continued)**

-telemetry monitoring. Currently NSR
-IV heparin to start this evening
-in AM: limited TTE. If no evidence of effusion, d/c IV heparin and resume apixaban
-PPI x6 weeks.
-propafenone to continue at dose of 225mg bid
-likely for d/c home tomorrow if no issues overnight


Michelle Alland, APRN, M.S.N., FNP-C
06/12/19
Pager 127-5333




Electronically signed by Alland, Michelle L, APRN, M.S.N., FNP-C at 6/12/2019  9:06 PM
Electronically signed by Srivathsan, Komandoor, M.D. at 6/13/2019 11:17 AM



## Imaging

### Echocardiography

#### Transthoracic Echocardiogram [2222504023808] (Final result)

| Transthoracic Echocardiogram [2222504023808] | Resulted: 06/13/19 1046, Result status: Final result |
|---|---|
| Ordering provider: Ladia, Vatsal M, M.D.  06/13/19 0030 | Order status: Completed |
| Resulted by: Freeman, William K, M.D. | Filed by: Interface, Mc In Oru Cardiology Generic 1  609313 06/13/19 1346 |
| Performed: 06/13/19 0737 - 06/13/19 0819 | Accession number: 11518062 |
| Resulting lab: MC CV EIMS | |
| Narrative: | |

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Limited echocardiogram performed to evaluate for pericardial effusion one day status post ablation.
2. Status post catheter ablation (06/12/2019).
3. No pericardial effusion.
4. Normal left ventricular chamber size.
5. Estimated ejection fraction range 60 % - 65 %.

**Lincoln/Marcus 3475**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Imaging (continued)

Findings
Echocardiographic images interpreted at MCA - Hospital campus. RIGHT VENTRICLE: Normal right
ventricular size. Normal right ventricular function. OTHER ECHO FINDINGS: Normal inferior
vena cava size.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"
Acknowledged by: Ladia, Vatsal M, M.D. on 06/13/19 1624

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 60 | — | — | EIMS |
| LV End-Diastolic Diameter | 42 | — | — | EIMS |
| LV End-Systolic Diameter | 26 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |

**Procedures Performed                          Chargeables**
(TTE) 2D LIMITED ONLY [ECH428]

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

### Signed

Electronically signed by Freeman, William K, M.D. on 6/13/19 at 1046 MST

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019 16:24

## Electrophysiology

### Heart Rhythm Procedure [2222486858216] (Final result)

| Heart Rhythm Procedure [2222486858216] | Resulted: 06/12/19 1746, Result status: Final result |
|---|---|
| Ordering provider: Srivathsan, Komandoor, M.D. 05/15/19 0816 | Order status: Completed |
| Resulted by: Srivathsan, Komandoor, M.D. | Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 06/12/19 2047 |
| Performed: 06/12/19 0849 - 06/12/19 1500 | Accession number: 11256497 |

Resulting lab: HX HEALTH SYSTEM CONVERSION
Narrative:
"See PDF For Result"
Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 2047

**Procedures Performed                          Chargeables**
ABLATION PVI [EP90]
CARTO [EP187]

| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 98 |
|---|---|---|---|---|

**Lincoln/Marcus 3476**

7E291190008

**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:        , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Imaging (continued)**

**Testing Performed By**

| Lab - Abbreviation - Name | Director | Address | Valid Date Range |
|---|---|---|---|
| 24 - HX IMG    HX HEALTH SYSTEM CONVERSION | Unknown | Unknown | 03/02/18 0811 - Present |

**Physicians**

| Panel Physicians | Referring Physician | Authorizing Physician |
|---|---|---|
| Srivathsan, Komandoor, M.D. (Primary)<br>Appleton, Christopher P, M.D. (Other Assistant)<br>Abrich, Victor A, M.D. (Other Assistant)<br>Ladia, Vatsal M, M.D. (First Assistant) | | Srivathsan, Komandoor, M.D. |

**Indications**

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

**Signed**

Electronically signed by Srivathsan, Komandoor, M.D. on 6/12/19 at 1746 MST

**All Reviewers List**

Srivathsan, Komandoor, M.D. on 6/12/2019 20:47

**Imaging**

**CT Abdomen Pelvis without IV Contrast [2222504023805] (Final result)**

| CT Abdomen Pelvis without IV Contrast [2222504023805] | Resulted: 06/13/19 0758, Result status: Final result |
|---|---|
| Ordering provider: Murphy, Katie M, M.B., B.Ch., B.A.O. 06/12/19 2344 | Order status: Completed |
| Resulted by:<br>Czaplicki, Christopher D, M.D.<br>Radiologist, Arz<br>Silva, Alvin C, M.D. | Filed by: Interface, Mc In Orm_Oru Radiology Generic 809311 06/13/19 1101 |
| Performed: 06/13/19 0106 - 06/13/19 0113<br>Resulting lab: POWERSCRIBE360<br>Narrative:<br>EXAM: CT ABDOMEN PELVIS WITHOUT IV CONTRAST | Accession number: 11515690 |

CLINICAL INFORMATION: Evaluate for retroperitoneal hematoma. Recent catheter ablation.

COMPARISON: None

TECHNIQUE: No oral or IV contrast.

FINDINGS: Soft tissue stranding in the right groin from recent catheter directed therapy. No hematoma within the groin soft tissues or retroperitoneum.

**Lincoln/Marcus 3477**

7E291190008

■



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Imaging (continued)**

Vicarious excretion of contrast within the gallbladder.

Negative appearance of the liver and spleen on this noncontrast evaluation.

Negative noncontrast kidneys, pancreas and adrenal gland.

No retroperitoneal or pelvic adenopathy. Small layering ascites within the pelvis

No aggressive appearing osseous lesions.

Trace right pleural effusion. Bibasilar atelectasis.

Impression:
1. No large right groin or retroperitoneal hematoma.

I have personally reviewed the images and agree with this interpretation.
Acknowledged by: Murphy, Katie M, M.B., B.Ch., B.A.O. on 06/14/19 1752

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Silva, Alvin C, M.D. on 6/13/19 at 0758 MST

**All Reviewers List**

Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/14/2019 17:52

**DX Chest Portable 1 View [2222603955946] (Final result)**

| DX Chest Portable 1 View [2222603955946] | Resulted: 06/12/19 1617, Result status: Final result |
|---|---|
| Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 1516<br>Resulted by: Panse, Prasad M, M.D. | Order status: Completed<br>Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 06/12/19 1920 |
| Performed: 06/12/19 1605 - 06/12/19 1614<br>Resulting lab: POWERSCRIBE360<br>Narrative:<br>EXAM: DX CHEST PORTABLE 1 VIEW | Accession number: 1151 4847 |

COMPARISON: None

Impression:
No lobar consolidations, pleural effusions or pneumothorax. Cardiac silhouette is grossly normal, accounting for portable technique. No priors.

Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2335

**Lincoln/Marcus 3478**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

## 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Imaging (continued)

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

#### Signed

Electronically signed by Panse, Prasad M, M.D. on 6/12/19 at 1617 MST

#### All Reviewers List

Ladia, Vatsal M, M.D. on 6/12/2019 23:35

### Labs

#### Lab

##### Basic Metabolic Panel [2222504023836] (Final result)

###### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113024533:36 | Blood | Blood, Venous | 06/13/19 1218 |

**Basic Metabolic Panel [2222504023836]**       Resulted: 06/13/19 1316, Result status: Final result

Ordering provider: Alland, Michelle L, APRN, M.S.N., FNP-C       Order status: Completed
06/13/19 1141
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301       Collected by: 06/13/19 1218
06/13/19 1616
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Alland, Michelle L, APRN, M.S.N., FNP-C on 06/13/19 1641

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 3.7 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 140 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 103 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 27 | 22 - 29 mmol/L | — | ARZ |
| Anion Gap | 10 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 6.6 | 6.0 - 21.0 mg/dL | — | ARZ |
| Creatinine, S | 0.77 | 0.59 - 1.04 mg/dL | — | ARZ |
| eGFR-Non Black | >90 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | >90 | >=60 | — | ARZ |

**Lincoln/Marcus 3479**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (Continued)

### Labs (continued)

mL/min/BSA

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| Calcium, Total, S | 8.8 | 8.6 - 10.0 mg/dL | — | ARZ |
|---|---|---|---|---|
| Glucose, S | 109 | 70 - 140 mg/dL | — | ARZ |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019 16:41

### CBC with Differential, Blood [2222504023837] (Final result)

#### Specimen Information

| ID | Type | Source | Collected |
|---|---|---|---|
| E113024533:37 | Blood | Blood, Venous | 08/13/19 1218 |

#### CBC with Differential, Blood [2222504023837] (Abnormal)          Resulted: 08/13/19 1231, Result status: Final result

Ordering provider: Alland, Michelle L, APRN, M.S.N., FNP-C    Order status: Completed
06/13/19 1141
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/13/19 1218
06/13/19 1531
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Alland, Michelle L, APRN, M.S.N., FNP-C on 06/13/19 1544

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 9.4 | 11.6 - 15.0 g/dL | L | ARZ |
| Hematocrit | 29.5 | 35.5 - 44.9 % | L | ARZ |
| Erythrocytes | 3.51 | 3.92 - 5.13 x10(12)/L | L | ARZ |
| MCV | 84.0 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 14.1 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 272 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 7.7 | 3.4 - 9.6 x10(9)/L | — | ARZ |
| Neutrophils | 3.49 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 3.15 | 0.95 - 3.07 x10(9)/L | H | ARZ |
| Monocytes | 0.61 | 0.26 - 0.81 | — | ARZ |

**Lincoln/Marcus 3480**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital - Fourth Floor (continued)

### Labs (continued)

| | | x10(9)/L | | | |
|---|---|---|---|---|---|
| Eosinophils | 0.35 | 0.03 - 0.48 x10(9)/L | — | ARZ | |
| Basophils | 0.08 | 0.01 - 0.08 x10(9)/L | — | ARZ | |

### Testing Performed By

| Lab: Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019 16:41
Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019 15:44

### Nucleated RBC [2222504023841] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113024533:39 | Blood | — | 06/13/19 1218 |

#### Nucleated RBC [2222504023841]                    Resulted: 06/13/19 1231, Result status: Final result

Ordering provider: Alland, Michelle L, APRN, M.S.N., FNP-C 06/13/19 1141
Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/13/19 1531
Collected by: 06/13/19 1218
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Alland, Michelle L, APRN, M.S.N., FNP-C on 06/13/19 1544

#### Components



| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

### Testing Performed By

| Lab: Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019 16:41
Alland, Michelle L, APRN, M.S.N., FNP-C on 6/13/2019 15:44

### Heparin Anti-Xa Assay [2222504023810] (Final result)

#### Specimen Information

**Lincoln/Marcus 3481**

7E291190008


## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019: Admission (Discharged) in Mayo Clinic Hospital: Fourth Floor (continued)

**Labs (continued)**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113002606:28 | Blood | Blood, Venous | 06/13/19 0402 |

**Heparin Anti-Xa Assay [2222504023810]**                Resulted: 06/13/19 0420, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D. 06/13/19 0359        Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/13/19 0720        Collected by: 06/13/19 0402

Resulting lab: MAYO CLINIC ARIZONA LAB

Acknowledged by: Srivathsan, Komandoor, M.D. on 06/13/19 1117

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Heparin Anti-Xa, P | 0.46 | IU/mL | — | ARZ |

Comment:
UFH therapeutic range:
0.30-0.70 IU/mL
(Sample obtained 6 hours following initiation or dose adjustment)
LMWH therapeutic range:
0.50-1.00 IU/mL for twice daily dosing
1.00-2.00 IU/mL for once daily dosing
LMWH prophylactic range: 0.10-0.30 IU/mL
(Sample obtained 4-6 hours following subcutaneous injection)

----ADDITIONAL INFORMATION----
Heparin Anti-Xa is used to measure heparin concentrations
in patients receiving low molecular weight heparin (LMWH)
or unfractionated heparin (UFH).

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**All Reviewers List**

Srivathsan, Komandoor, M.D. on 6/13/2019 11:54
Srivathsan, Komandoor, M.D. on 6/13/2019 11:17

**APTT (Activated Partial Thromboplastin Time) [2222504023822] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113011987:32 | Blood | Blood, Venous | 06/13/19 0402 |

**APTT (Activated Partial Thromboplastin Time) [2222504023822] (Abnormal)**        Resulted: 06/13/19 0748, Result status: Final result

Ordering provider: Feldman, Angela L, Pharm.D., R.Ph.        Order status: Completed

**Lincoln/Marcus 3482**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**


**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital - Fourth Floor (continued)**

## Labs (continued)

06/13/19 0732
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301          Collected by:  06/13/19 0402
06/13/19 1048
Resulting lab:  MAYO CLINIC ARIZONA LAB
Acknowledged by:  Srivathsan, Komandoor, M.D. on 06/13/19 1117

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Partial Thrombopl Time, P | 49 | 25 - 37 sec | H | ARZ |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/13/2019 11:54
Srivathsan, Komandoor, M.D. on 6/13/2019 11:17

### APTT Mixing Study, Plasma [2222504023797] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113002606:22 | Blood | Blood, Venous | 06/13/19 0359 |

**APTT Mixing Study, Plasma [2222504023797] (Abnormal)**          Resulted: 06/13/19 0852, Result status: Final result

Ordering provider:  Srivathsan, Komandoor, M.D. 06/12/19 2216          Order status:  Completed

Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301          Collected by:  06/13/19 0359
06/13/19 1153
Resulting lab:  MAYO CLINIC ARIZONA LAB
Acknowledged by:  Srivathsan, Komandoor, M.D. on 06/13/19 1154

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| APT Dilution 1:1 | 39.2 | sec | — | ARZ |
| Path Interpretation | See Comment | — | — | ARZ |

Comment:
The results of this mixing study are indeterminate as it appears that the
sample was drawn while the patient was receiving heparin anticoagulation.
However, the patient's baseline PTT is normal (25 sec) and therefore the most
likely cause of a prolonged PTT in this setting is heparin.
Interpreted by:  Jill Adamski MD, PhD

| | | | | |
|---|---|---|---|---|
| APT Normal Control | 30.7 | sec | — | ARZ |
| Patient APTT | 52.9 | 25.0 - 37.0 sec | H | ARZ |

**Lincoln/Marcus 3483**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:         , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital: Fourth Floor (continued)**

## Labs (continued)

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/13/2019 11:54

### Hematocrit [2222504023802] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113002606:24 | Blood | Blood, Venous | 06/13/19 0359 |

#### Hematocrit [2222504023802] (Abnormal)

Resulted: 06/13/19 0416, Result status: Final result

Ordering provider: Murphy, Katie M, M.B., B.Ch., B.A.O. 06/12/19 2252 — Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/13/19 0716 — Collected by: 06/13/19 0359

Resulting lab: MAYO CLINIC ARIZONA LAB

Acknowledged by: Murphy, Katie M, M.B., B.Ch., B.A.O. on 06/14/19 1753

##### Components



| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hematocrit | 29.8 | 35.5 - 44.9 % | L | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/14/2019 17:53

### Hemoglobin [2222504023801] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E113003159:23 | Blood | Blood, Venous | 06/12/19 2314 |

#### Hemoglobin [2222504023801] (Abnormal)

Resulted: 06/12/19 2328, Result status: Final result

Ordering provider: Murphy, Katie M, M.B., B.Ch., B.A.O. 06/12/19 2252 — Order status: Completed

**Lincoln/Marcus 3484**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

# MAYO CLINIC

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Labs (continued)

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 2314
06/13/19 0228
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Murphy, Katie M, M.B., B.Ch., B.A.O. on 06/14/19 1753

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 8.9 | 11.6 - 15.0 g/dL | L | ARZ |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Murphy, Katie M, M.B., B.Ch., B.A.O. on 6/14/2019 17:53

### APTT (Activated Partial Thromboplastin Time) [2222503955976] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112040567:18 | Blood | Blood, Venous | 06/12/19 2134 |

#### APTT (Activated Partial Thromboplastin Time) [2222503955976]          Resulted: 06/12/19 2221, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 1856          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 2134
06/13/19 0121
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/13/19 1624

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Partial Thrombopl Time, P | 25 | 25 - 37 sec | — | ARZ |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019 16:24

### Urinalysis with Microscopic: Urine, Catheter [2222503583769] (Final result)

**Lincoln/Marcus 3485**

7E291190008



Marcus, Leslie S
MRN: 112-300-675, DOB:　　　　Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Labs (continued)**

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112015715:6 | Urine | Urine, Catheter | Campbell, Kimberley, R.N., RN-BC 06/12/19 0932 |

**Urinalysis with Microscopic: Urine, Catheter [2222503583769]**　　　　Resulted: 06/12/19 0954, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D. 06/12/19 0850　　　　Order status: Completed

Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/12/19 1254　　　　Collected by: Campbell, Kimberley, R.N., RN-BC 06/12/19 0932

Resulting lab: MAYO CLINIC ARIZONA LAB

Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 1301

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Clarity | CLEAR | — | — | ARZ |
| Color | STRAW | — | — | ARZ |
| pH, U | 6.0 | 4.5 - 8.0 | — | ARZ |
| Specific Gravity | 1.020 | 1.002 - 1.030 | — | ARZ |
| Glucose | NEG | NEG mg/dL | — | ARZ |
| Protein | NEG | NEG mg/dL | — | ARZ |
| Bilirubin | NEG | NEG | — | ARZ |
| Urobilinogen | <0.2 | NORMAL mg/dL | — | ARZ |
| Hemoglobin, QL | NEG | NEG | — | ARZ |
| Ketones | NEG | NEG mg/dL | — | ARZ |
| Leukocyte Esterase | NEG | NEG | — | ARZ |
| Nitrite, U | NEG | NEG | — | ARZ |
| Urine RBC | 1-2 | 0 - 2 /hpf | — | ARZ |
| White Blood Cells | <1 | 0 - 3 /hpf | — | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Srivathsan, Komandoor, M.D. on 6/13/2019 11:54
Srivathsan, Komandoor, M.D. on 6/13/2019 11:17
Srivathsan, Komandoor, M.D. on 6/12/2019 13:01

### CBC without Differential [2222503189785] (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:1 | Blood | Blood, Venous | 06/12/19 0639 |

**CBC without Differential [2222503189785] (Abnormal)**　　　　Resulted: 06/12/19 0651, Result status: Final result

**Lincoln/Marcus 3486**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Labs (continued)

Ordering provider: Ladia, Vatsal M, M.D.  06/12/19 0632  
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/12/19 0951  
Resulting lab:  MAYO CLINIC ARIZONA LAB  
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2335

Order status: Completed  
Collected by:  06/12/19 0639

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 11.4 | 11.6 - 15.0 g/dL | L | ARZ |
| Hematocrit | 36.2 | 35.5 - 44.9 % | — | ARZ |
| Erythrocytes | 4.16 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 87.0 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 14.0 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 365 | 157 - 371 x10(9)/L | — | ARZ |
| Leukocytes | 6.6 | 3.4 - 9.6 x10(9)/L | — | ARZ |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019 16:24  
Ladia, Vatsal M, M.D. on 6/12/2019 23:35

## BMP (Basic Metabolic Panel) [2222503189786] (Final result)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:2 | Blood | Blood, Venous | 06/12/19 0639 |

**BMP (Basic Metabolic Panel) [2222503189786]**    Resulted: 06/12/19 0712, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D.  06/12/19 0632  
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/12/19 1012  
Resulting lab:  MAYO CLINIC ARIZONA LAB  
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2335

Order status: Completed  
Collected by:  06/12/19 0639

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Potassium, S | 4.6 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |
| Chloride, S | 106 | 98 - 107 mmol/L | — | ARZ |
| Bicarbonate, S | 26 | 22 - 29 mmol/L | — | ARZ |

**Lincoln/Marcus 3487**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Anion Gap | 9 | 7 - 15 | — | ARZ |
| Bld Urea Nitrog(BUN), S | 14.7 | 6.0 - 21.0 mg/dL | — | ARZ |
| Creatinine, S | 0.97 | 0.59 - 1.04 mg/dL | — | ARZ |
| eGFR-Non Black | 69 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| eGFR-Black | 80 | >=60 mL/min/BSA | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | |
|---|---|---|---|---|
| Calcium, Total, S | 9.6 | 8.6 - 10.0 mg/dL | — | ARZ |
| Glucose, S | 91 | 70 - 140 mg/dL | — | ARZ |

### Testing Performed By

| Lab Abbreviation & Name | Director | Address | Valid Date Range |
|---|---|---|---|
| 217 - ARZ    MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019 16:24
Ladia, Vatsal M, M.D. on 6/12/2019 23:35

### APTT (Activated Partial Thromboplastin Time) [2222503189787] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:3 | Blood | Blood, Venous | 06/12/19 0639 |

#### APTT (Activated Partial Thromboplastin Time) [2222503189787]          Resulted: 06/12/19 0703, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 0632
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301
06/12/19 1003
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2335

Order status: Completed
Collected by: 06/12/19 0639

#### Components

| | | | | |
|---|---|---|---|---|
| Activated Partial Thrombopl Time, P | 29 | 25 - 37 sec | — | ARZ |



**Lincoln/Marcus 3488**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Labs (continued)

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019 16:24
Ladia, Vatsal M, M.D. on 6/12/2019 23:35

### PT (Prothrombin Time) with INR [2222503189788] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112008949:4 | Blood | Blood, Venous | 06/12/19 0639 |

#### PT (Prothrombin Time) with INR [2222503189788]          Resulted: 06/12/19 0703, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 0632          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 06/12/19 0639
06/12/19 1003
Resulting lab: MAYO CLINIC ARIZONA LAB
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2335

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time, P | 12.2 | 9.4 - 12.5 sec | — | ARZ |
| INR | 1.1 | 0.9 - 1.1 | — | ARZ |

Comment

----ADDITIONAL INFORMATION----
Standard intensity warfarin therapeutic range: 2.0 to 3.0
High intensity warfarin therapeutic range: 2.5 to 3.5

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019 16:24
Ladia, Vatsal M, M.D. on 6/12/2019 23:35

### Point of Care Testing-Docked Device

**Lincoln/Marcus 3489**

■                                                                    7E291190008



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          1, Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

### 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)

**Labs (continued)**

#### Activated Clotting Time, I-STAT Celite, POCT [2222503955944] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112034625:17 | — | — | 06/12/19 1444 |

**Activated Clotting Time, I-STAT Celite, POCT [2222503955944]**     Resulted: 06/12/19 1448, Result status: Final result

Ordering provider: Rals, Generic 06/12/19 1444          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/12/19 1444
06/12/19 1748
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 122 | 84 - 139 sec | — | ARZ |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Activated Clotting Time, I-STAT Celite, POCT [2222503770076] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112031711:16 | — | — | 06/12/19 1341 |

**Activated Clotting Time, I-STAT Celite, POCT [2222503770076] (Abnormal)**     Resulted: 06/12/19 1347, Result status: Final result

Ordering provider: Rals, Generic 06/12/19 1341          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 06/12/19 1341
06/12/19 1648
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 253 | 84 - 139 sec | H | ARZ |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

#### Activated Clotting Time, I-STAT Celite, POCT [2222503770072] (Final result)

**Lincoln/Marcus 3490**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

Labs (continued)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112029422:15 | — | — | 06/12/19 1302 |

**Activated Clotting Time, I-STAT Celite, POCT [2222503770072]**
**(Abnormal)**                    Resulted: 06/12/19 1308, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1302          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301      Collected by: 06/12/19 1302
06/12/19 1608
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 252 | 84 - 139 sec | H | ARZ |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Activated Clotting Time, I-STAT Celite, POCT [2222503770069] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112028137:14 | — | — | 06/12/19 1234 |

**Activated Clotting Time, I-STAT Celite, POCT [2222503770069]**
**(Abnormal)**                    Resulted: 06/12/19 1246, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1234          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301      Collected by: 06/12/19 1234
06/12/19 1546
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 253 | 84 - 139 sec | H | ARZ |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Activated Clotting Time, I-STAT Celite, POCT [2222503770064] (Final result)**

**Lincoln/Marcus 3491**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                     Sex: F
Adm: 6/12/2019, D/C: 6/13/2019


**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Labs (continued)

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112025708:12 | — | — | 06/12/19 1155 |

### Activated Clotting Time, I-STAT Celite, POCT [2222503770064] (Abnormal)

Resulted: 06/12/19 1202, Result status: Final result

Ordering provider:  Rals, Generic  06/12/19 1155
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301
06/12/19 1502
Resulting lab:  MAYO CLINIC ARIZONA LAB

Order status:  Completed
Collected by:  06/12/19 1155

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 257 | 84 - 139 sec | H | ARZ |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 65054 | 08/03/16 0855 - Present |

### Activated Clotting Time, I-STAT Celite, POCT [2222503770066] (Final result)



### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112026770:13 | — | — | 06/12/19 1155 |

### Activated Clotting Time, I-STAT Celite, POCT [2222503770066] (Abnormal)

Resulted: 06/12/19 1218, Result status: Final result

Ordering provider:  Rals, Generic  06/12/19 1155
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301
06/12/19 1519
Resulting lab:  MAYO CLINIC ARIZONA LAB

Order status:  Completed
Collected by:  06/12/19 1155

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 211 | 84 - 139 sec | H | ARZ |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 65054 | 08/03/16 0855 - Present |

### Activated Clotting Time, I-STAT Celite, POCT [2222503770082] (Final result)



**Lincoln/Marcus 3492**



7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:      /        Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

## 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Labs (continued)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112024609:11 | — | — | 06/12/19 1133 |

#### Activated Clotting Time, I-STAT Celite, POCT [2222503770062] (Abnormal)

Resulted: 06/12/19 1143, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1133
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/12/19 1443
Resulting lab: MAYO CLINIC ARIZONA LAB

Order status: Completed
Collected by: 06/12/19 1133

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 232 | 84 - 139 sec | H | ARZ |

##### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, I-STAT Celite, POCT [2222503770057] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E112023594:10 | — | — | 06/12/19 1117 |

#### Activated Clotting Time, I-STAT Celite, POCT [2222503770057] (Abnormal)

Resulted: 06/12/19 1124, Result status: Final result

Ordering provider: Rals, Generic  06/12/19 1117
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 06/12/19 1425
Resulting lab: MAYO CLINIC ARIZONA LAB

Order status: Completed
Collected by: 06/12/19 1117

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 215 | 84 - 139 sec | H | ARZ |

##### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Activated Clotting Time, I-STAT Celite, POCT [2222503770059] (Final result)

**Lincoln/Marcus 3493**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Labs (continued)

#### Specimen Information

| ID | Type | Source | | Collected By |
|---|---|---|---|---|
| E112023592:9 | — | — | | 06/12/19 1101 |

**Activated Clotting Time, I-STAT Celite, POCT [2222503770059]
(Abnormal)**                    Resulted: 06/12/19 1124, Result status: Final result

Ordering provider:  Rals, Generic  06/12/19 1101
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301
06/12/19 1425
Resulting lab:  MAYO CLINIC ARIZONA LAB

Order status:  Completed
Collected by:  06/12/19 1101

##### Components

| Component | Value | Ref. Range | Flag | Lab |
|---|---|---|---|---|
| Activated Clotting Time, POCT | 183 | 84 - 159 sec | H | ARZ |

##### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Procedures

#### ECG

##### ECG 12 Lead for 3 days [2222504023807] (Final result)

###### Specimen Information

| ID | Type | Source | | Collected By |
|---|---|---|---|---|
| — | — | — | | 06/13/19 0720 |

**ECG 12 Lead for 3 days [2222504023807]**            Resulted: 06/13/19 1058, Result status: Final result

Ordering provider:  Ladia, Vatsal M, M.D.  06/13/19 0030
Resulted by:  Unzek, Samuel, M.D.

Collected by:  06/13/19 0720
Lab Technician:  MEGAN BAILEY
Impression:
Normal sinus rhythm
Normal ECG
When compared with ECG of 12-JUN-2019 15:40,
Nonspecific T wave abnormality now evident in Inferior leads
Acknowledged by:  Ladia, Vatsal M, M.D. on 06/13/19 1624

Order status:  Completed
Filed by:  Interface, Mc In Oru From Muse 609303  06/13/19 1358
Resulting lab:  MUSE

###### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 87 | BPM | — | MUSE |

**Lincoln/Marcus 3494**

7E291190008



MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Procedures (continued)

| | | | | |
|---|---|---|---|---|
| PR Interval | 142 | ms | — | MUSE |
| QRSD Interval | 92 | ms | — | MUSE |
| QT Interval | 366 | ms | — | MUSE |
| QTC Interval | 440 | ms | — | MUSE |
| P Axis | 71 | degrees | — | MUSE |
| R Axis | 48 | degrees | — | MUSE |
| T Wave Axis | 36 | degrees | — | MUSE |

### Testing Performed By

| Lab-Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

### All Reviewers List

Ladia, Vatsal M, M.D. on 6/13/2019 16:24

### ECG 12 Lead Once on Admission [2222503955947] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By | |
|---|---|---|---|---|
| — | — | — | 06/12/19 1540 | |

#### ECG 12 Lead Once on Admission [2222503955947]

Resulted: 06/12/19 1702, Result status: Final result

Ordering provider: Ladia, Vatsal M, M.D. 06/12/19 1516
Resulted by: Unzek, Samuel, M.D.

Order status: Completed
Filed by: Interface, Mc In Oru From Muse 609303 06/12/19 2002

Collected by: 06/12/19 1540
Lab Technician: TARI COLLIER
Impression:
Normal sinus rhythm
Normal ECG
Acknowledged by: Ladia, Vatsal M, M.D. on 06/12/19 2335

Resulting lab: MUSE

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 87 | BPM | — | MUSE |
| PR Interval | 132 | ms | — | MUSE |
| QRSD Interval | 82 | ms | — | MUSE |
| QT Interval | 364 | ms | — | MUSE |
| QTC Interval | 438 | ms | — | MUSE |
| P Axis | 67 | degrees | — | MUSE |
| R Axis | 67 | degrees | — | MUSE |
| T Wave Axis | 65 | degrees | — | MUSE |

### Testing Performed By

| Lab-Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

**Lincoln/Marcus 3495**

■                                                                    7E291190008



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Procedures (continued)

| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

#### All Reviewers List

Ladia, Vatsal M, M.D. on 6/12/2019 23:35

### Vitals

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight |
|---|---|---|---|---|---|---|
| 06/13/19 1154 | 36.5 °C | — | 16 | 114/81 | 100 % | — |
| 06/13/19 0748 | 36.5 °C | — | 16 | 127/89 | 98 % | — |
| 06/13/19 0415 | — | — | — | — | — | 66.3 kg |
| 06/13/19 0400 | 36.6 °C | — | 16 | 109/71 | — | — |
| 06/13/19 0000 | 36.6 °C | — | 16 | 125/85 | 95 % | — |
| 06/12/19 2115 | — | — | — | — | 96 % | — |
| 06/12/19 2100 | 36.6 °C | — | 16 | 105/72 | 98 % | — |
| 06/12/19 2045 | — | — | — | — | 95 % | — |
| 06/12/19 2030 | — | — | — | — | 98 % | — |
| 06/12/19 2015 | — | — | — | 110/82 | 97 % | — |
| 06/12/19 2000 | — | — | — | (!) 68/55 | 100 % | — |
| 06/12/19 1945 | — | — | — | — | 99 % | — |
| 06/12/19 1930 | — | — | — | 95/60 | 99 % | — |
| 06/12/19 1915 | — | — | — | 90/58 | 99 % | — |
| 06/12/19 1900 | — | — | — | 104/67 | 98 % | — |
| 06/12/19 1845 | — | — | — | 104/63 | 100 % | — |
| 06/12/19 1830 | — | 87 | 12 | 99/87 | 98 % | — |
| 06/12/19 1815 | — | 78 | (!) 9 | 97/67 | 100 % | — |
| 06/12/19 1800 | 36.2 °C | 81 | 13 | 105/71 | 100 % | — |
| 06/12/19 1745 | — | 80 | 12 | (!) 89/73 | 100 % | — |
| 06/12/19 1730 | — | 83 | 14 | 110/81 | 100 % | — |
| 06/12/19 1715 | — | 80 | 12 | 115/80 | 100 % | — |
| 06/12/19 1700 | — | 80 | 11 | 105/82 | 100 % | — |
| 06/12/19 1645 | — | 84 | 12 | 104/71 | 100 % | — |
| 06/12/19 1630 | 36.2 °C | 82 | 11 | 101/72 | 100 % | — |
| 06/12/19 1615 | — | 81 | 15 | 104/75 | 99 % | — |
| 06/12/19 1600 | — | 84 | 19 | 105/72 | 99 % | — |
| 06/12/19 1545 | — | 86 | 11 | 110/74 | 99 % | — |
| 06/12/19 1530 | — | 90 | 11 | 118/70 | 99 % | — |
| 06/12/19 1516 | 36.4 °C | 98 | 12 | 110/65 | 100 % | — |
| 06/12/19 0700 | 36.8 °C | — | 16 | 110/81 | 99 % | 63.9 kg |

### Documents (group 1 of 2)

#### Brief Operative/Procedure Note

Scan on 6/12/2019 3:06 PM by Srivathsan, Komandoor, M.D.

Scan (below)

**Lincoln/Marcus 3496**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



MAYO
CLINIC

06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

| | | |
|---|---|---|
| CSN: 2000281031006 | POST-PROCEDURE NOTE | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | | Page 1 of 8 |

| | | | | |
|---|---|---|---|---|
| AGE: 48 Years | DOB: | GENDER: F | REFERRING PHYSICIAN: | Srivathsan, Komandoor ; |
| HEIGHT: 164 cm | WEIGHT: 63.5 kg | BSA: 1.69 m2 | RESIDENT: | Appleton, Christopher ; Abrich, Victor ; Ladia, Vatsal |
| PROCEDURE START TIME: 09:54:59 | | | RESPONSIBLE PHYSICIAN: | Srivathsan, Komandoor |

**PROCEDURE TYPES**
1. ABLATION - PVI
2. 3D MAPPING - CARTO

**PRE-PROCEDURE DIAGNOSIS**
1. Unspecified atrial fibrillation (HCC)

**SHEATHS**

| Size | Unit | Access/Insertion | Inserted By |
|---|---|---|---|
| 8 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 4 | French | Right femoral artery | |
| 11 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |

**CATHETERS**

| Size | Unit | Catheter Type | Catheter Location |
|---|---|---|---|
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH PENTARAY NAV 4-4-4 | Left atrium |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |

**DIAGNOSTIC/ABLATION BASIC INTERVALS**

Basic Interval:                                Time: 12-Jun-2019 09:10:33

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| 764 | 78 | 39 | 56 | 43 | 116 | 93 | 348 | 398 | |

Basic Interval: Post                            Time: 12-Jun-2019 14:28:21

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| | 86 | 39 | 56 | 43 | 121 | 75 | 352 | | |

**DIAGNOSTIC/ABLATION REFACTORY PERIODS**

Study:   Baseline                              Type:  Refractory Period
Time  12-Jun-2019 11:30:30 Pacing Site: Atrial, ERP

| Drive(msec) | Type | Value |
|---|---|---|
| 600 | | = 170 |

**DIAGNOSTIC/ABLATION AV NODAL CONDUCTION**

Study:   Baseline                              Type:  AV Nodal Conduction

**Lincoln/Marcus 3497**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:            , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019: Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

CSN: 2000281081006
MRN: 12-300-675
MARCUS, LESLIE

POST-PROCEDURE NOTE
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 2 of 8

**DECREMENTAL PACINGS (cont):**

Time: 12-Jun-2019 11:21:58 Pacing Site: AV Wenckebach

| Drive(msec) | Type | Value |
|---|---|---|
| | | 370 |

**DIAGNOSTIC/ABLATION ABLATION SUMMARY**

Detailed Procedure Time

| | | | |
|---|---|---|---|
| Catheter Insertion(min): | | Baseline Study(min): | |
| Ablation(min): | | Wait Before Testing(min): | |
| Post Ablation Testing(min): | | Total Procedure Time(min): | |
| Total Energy Delivery Time(sec): | | Total Number Of Ablations: | 179 |
| Total Ablation Time(mm:ss): | 15.42 | Average Power(Watts): | |
| Average Temp(degrees Celsius): | | Average Impedance(Ohms): | |
| Average Impedance Drop(Ohms/sec): | | Total Irrigation Fluid(ml): | 830 |

**RADIATION DOSE DATA**

Procedure cumulative skin dose (mGy): 359 60
Procedure cumulative dose area product (Gy-cm**2): 4.40
Fluoro Time (Min): 20.00

**INTRA-PROCEDURE MEDICATIONS**

Drug

LIDOCAINE 10 MG/ML (1 %) INJECTION SOLUTION 45 mL
HEPARIN 1,000 UNITS/500 ML NACL 0.9 % TABLE SOLUTION OSM 500 mL
HEPARIN (PORCINE) 2,000 UNIT/1,000 ML IN 0 9% NACL (WRAPPER FOR ARZ) 7000 mL
LACTATED RINGERS FIXED RATE 1000 mL/hr

**STAFF LIST**

| | |
|---|---|
| Srivathsan, Komandoor MD | Assigned Physician |
| Schroeder, Barbie L RT(R), RT(R)(CI) | CCL/HRS Rad Tech |
| Willhite, Julie RT(R), CV | CCL/HRS Rad Tech |
| Sortman, Debbie RN | Circulator |
| Crandall, Mary RN | Circulator |
| Appleton, Christopher MD | Fellow |
| Abrich, Victor MD | Fellow |
| Ladia, Vatsal MD | Fellow |
| Campbell, Kimberley RN, RN-BC | Monitoring Technician |
| Srivathsan, Komandoor MD | Referring Physician |
| Palmer, Jason RCES | Scrub Technician |

**PROCEDURE LOG**

| Time | Description |
|---|---|
| 06:18:20 | In Facility: Pre-proc: Arrived |
| 06:30:34 | In Preprocedure: Pre-proc: Pre Procedure |
| 07:30:00 | Schroeder, Barbara L. R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 07:30:00 | Sortman, Deborah L. R.N. - In: Role: Circulator |
| 08:05:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 08:05:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 08:05:00 | Willhita, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 08:24:54 | Protocol: AFIB |
| 08:38:31 | Preprocedure Complete: Pre-proc |
| 08:47:00 | Anesthesia Start: Anesthesia |
| 08:49:52 | In Room: Intra-proc: Procedure |
| 08:50:00 | Anesthesia Present: Anesthesia present for the case and responsible for sedation care. |

**Lincoln/Marcus 3498**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



MAYO
CLINIC

**06/12/2019: Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Documents (group 1 of 2) (continued)

CSN: 2000281031006
MRN: 12-300-675
MARCUS, LESLIE

POST-PROCEDURE NOTE
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 3 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 08:50:36 | Note: Completed 'radiology pre-exam pregnancy assessment' form on chart. Patient denies pregnancy, declines pregnancy test. |
| 08:51:58 | Patient Prep Checklist: Patient on table.  Additional padding added to pressure points.  Vitals monitors applied.  Grounding pads applied.  Wrist restraints in place.  Legs restraints in place.  Defibrillator pads applied.  SCDs in place.  NPO status verified.  Anticoagulation status verified.  Emergency equipment available. |
| 08:52:39 | Patient Verifications: Patient is verified with two identifiers across all systems. Verified the procedure consent is signed. |
| 08:53:38 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 08:59:53 | pre case 12 lead EKG, sinus |
| 09:00:01 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Flush lines |
| 09:00:03 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: for Flush Lines |
| 09:00:26 | heparin table flush 2,000 units/1,000 mL in 0 9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush lines |
| 09:00:29 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush Line |
| 09:00:31 | heparin 1,000 Units/500 mL NaCl 0 9% table solution: 500 mL Given Rate: 0 Route: miscellaneous Comment: For Trunduced A-line for Anesthesia |
| 09:00:34 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Back Table Flush |
| 09:00:52 | looks like accelerated junctional |
| 09:00:58 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Ablation Flush |
| 09:05:37 | Physician Called: Physician called. Page Dr Appleton who will be preforming TEE pre-procedure |
| 09:06:00 | ETT Placed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906  Mask Ventilation: Easy mask ETT Type  Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |
| 09:06:32 | Cardiac: Cardiac Cardiac Rhythm: |
| 09:06:55 | Pulses: Pulses Left Pedal Pulse:  : Right Pedal Pulse:  : Left Posterior Tibial Pulse:  : Right Posterior Tibial Pulse: |
| 09:08:00 | GI Tubes (Adults) Orogastric Placed: Removal Date/Time  06/12/19 0909  Placement Date/Time: 06/12/19 0908  GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:08 00 | Peripheral IV Catheter 06/12/19 20 G Right Antecubital Placed: Placement Date/Time: 06/12/19 0908  Size (Gauge): 20 G  Orientation: Right  Location: Antecubital |
| 09:09 00 | GI Tubes (Adults) Orogastric Removed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908  GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:10:33 | *****Basic Interval***** |
| 09:10:33 | Intervals: Baseline sinus |
| 09:10:33 | RR: 764 |
| 09:10:33 | HR: 78 |
| 09:10:33 | PR: 116 |
| 09:10:33 | QRS: 93 |
| 09:10:33 | QT: 348 |
| 09:12:59 | Appleton, Christopher P, M.D. - In: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:16:53 | TEE: TEE TEE Probe:  : Comments: |
| 09:19:52 | TEE: TEE Comments: |
| 09:29:32 | TEE: TEE Comments: |
| 09:31:00 | Indwelling Urinary Catheter Non-latex 12 Fr. Placed: Placement Date/Time: 06/12/19 0931  Placed by: Kim C., RN  Hand Hygiene Performed Prior to Insertion: Yes  Sterile technique followed?: Yes  Catheter Type: Non-latex  Tube Size (Fr): 12 Fr.  Catheter Balloon Size: 5 mL  Urine Returned: (c) Yes |
| 09:31:55 | Indwelling Urinary Catheter Non-latex 12 Fr. Assessment: Daily Assessment of Need:  ; Securement Method:  .  . Collection Container:  ; Line Necessity Reviewed With:  : Site Assessment: |
| 09:32 00 | Specimens Collected. Urinalysis with Microscopic: Urine. Catheter - ID. E112015715.6Type: Urine |
| 09:33:36 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. |
| 09:37:03 | TEE: TEE TEE Probe: |

**Lincoln/Marcus 3499**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                     Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

CSN: 2000281081006
MRN: 12-300-675                         POST-PROCEDURE NOTE
MARCUS, LESLIE                          MAYO CLINIC - ARIZONA            12-Jun-2019
                                                                        Page 4 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 09:38 27 | Site Prep: The groin and right neck was/were The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 09:39 16 | Appleton, Christopher P., M.D. - Out: Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:50 00 | Abrich, Victor A. M.D. - In: Role: Other Assistant Service: Electrophysiology (Panel 1) |
| 09:50 00 | Ladia, Vatsal M. M.D. - In: Role: First Assistant Service: Electrophysiology (Panel 1) |
| 09:53 14 | Timeout: Pre-procedure: Verified by Sortman, Deborah L, R.N. at 6/12/2019 9:53 AM |
| 09:54 35 | Timeout: Fire Safety: Verified by Sortman, Deborah L, R.N at 6/12/2019 9:54 AM |
| 09:54 59 | Procedure Start: Intra-proc: Procedure Start |
| 09:54 59 | Procedure Start - ABLATION - PVI: Physician: Srivathsan, Komandoor, M.D Service: Electrophysiology (Panel 1) |
| 09:54 59 | Srivathsan, Komandoor, M.D. - In: Role: Primary Service: Electrophysiology (Panel 1) |
| 09:55 41 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 15 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 09:56 03 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 09:57 13 | Access Site: Set Mcr Vasc Trnsls Stf 5&10 - Sheath was inserted in the right femoral vein and right internal jugular vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel: vessel patent and images stored. Images saved electronically. Wire inserted and Visualized under Fluoroscopy-By Dr Abrich |
| 09:59 00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Placed: Removal Date/Time: 06/12/19 1450 Placement Date/Time: 06/12/19 0959 Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Internal Jugular Sheath Size:... |
| 10:00 00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - Out: Role: CCL/HRS Rad Tech |
| 10:02 47 | Access Site: Set Mcr Vasc Trnsls Stf 5&10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel: vessel patent and images stored. Images saved electronically. Access preformed By Dr Ladia- Wire inserted for sheath insertion |
| 10:07 32 | Access Site: Set Mcr Vasc Trnsls Stf 5&10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel: vessel patent and images stored. Images saved electronically. by Dr Abrich- Second puncture. Wire inserted for Sheath insertion |
| 10:11 26 | Fluoroscopy: Fluoroscopy of Wire insertion Preformed to Right Groin. Images obtained. |
| 10:14 42 | Access Site: Set Mcr Vasc Trnsls Stf 5&10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel: vessel patent and images stored. Images saved electronically. Preformed by Dr Abrich- Third Access. Wire inserted for Sheath insertion |
| 10:15 27 | Fluoroscopy: Fluoroscopy of Wire insertion in Right Femoral Vein. Images obtained. |
| 10:19 58 | Access Site: Set Mcr Vasc Trnsls Stf 5&10 - Sheath was inserted in the right femoral artery. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel: vessel patent and images stored. Images saved electronically. Preformed By Dr Abrich |
| 10:20 00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CT) - In: Role: CCL/HRS Rad Tech |
| 10:20 04 | Sheaths: Cath Eng Shth 8&12 - Sheath inserted in the right femoral vein. Number of sheaths = 2. |
| 10:20 24 | Sheaths: Cath Eng Shth 4&12 - Sheath inserted in the right femoral artery. |
| 10:20 40 | Sheaths: Shth Pm Dil Str 11f&2.5x10 - Sheath inserted in the right femoral vein. |
| 10:21 00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Placed: Removal Date/Time: 06/12/19 1449 Placement Date/Time: 06/12/19 1021 Arterial or Venous access: Arterial Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: 4 Fr. At... |
| 10:22 00 | Intake/Output: Lactated Ringers Fixed Rate - Volume (mL): |
| 10:22 00 | Lactated Ringers Fixed Rate: Rate/Dose Change Rate: 1,000 mL/hr Route: intravenous |
| 10:22 00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Placed: Removal Date/Time: 06/12/19 1451 Placement Date/Time: 06/12/19 1022 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: (c) 8 Fr. Attached to: Hepariniz... |
| 10:23 00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Placed: Removal Date/Time: 06/12/19 1452 Placement Date/Time: 06/12/19 1023 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: R... |
| 10:24 01 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter inserted at the coronary sinus. By Dr Ladia |
| 10:30 34 | CS cannulated |
| 10:32 49 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter inserted. Advanced under Fluoroscopy by Dr Ladia |
| 10:36 03 | *****Vein Velocities***** |
| 10:36 03 | LSPV(m/s): 0.6/0.6 |

**Lincoln/Marcus 3500**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**

CSN: 2000281031006
MRN: 12-300-675
MARCUS, LESLIE

POST-PROCEDURE NOTE
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 5 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 10:36:03 | LIPV(m/s): 0.5/0.5 |
| 10:36:03 | RSPV(m/s): 0.4/0.4 |
| 10:36:03 | RIPV(m/s): 0.3/0.3 |
| 10:39:28 | Note: Heparin given by CRNA |
| 10:40:38 | PAC, CS 9,10 early |
| 10:44:52 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein.  By Dr Ladia |
| 10:45:16 | Sheaths: Shth Svr SI1 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:47:38 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 10:48:44 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. Needle not used. Sheath went through and advanced |
| 10:49:16 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle removed. |
| 10:51:44 | Sheaths: Shth Svr SI1 8.5fx63 - Sheath exchanged in the right femoral vein.  By Dr Ladia |
| 10:52:43 | Sheaths: Shth Agls Med 8.5fx71 - Sheath inserted in the right femoral vein. |
| 10:54:20 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter inserted at the left atrium Placed just inside of the sheath |
| 10:55:11 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. |
| 10:57:33 | Sheaths: Shth Svr SI1 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:58:42 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle inserted. |
| 11:01:51 | Transseptal Needle: Ndl Nrg Transseptal Hf Co 71cm - Transseptal needle puncture performed. |
| 11:03:45 | EP Catheter: Cath Pentaray Nav 4-4-4 - EP catheter inserted in the left atrium. |
| 11:05:37 | LSPV baseline: looks isolated |
| 11:06:24 | not PV signal |
| 11:06:36 | 3D Mapping in Progress: With Carto and Pacing- Vein isolation will be checked |
| 11:07:24 | LIPV baseline; looks isolated |
| 11:08:19 | RSPV baseline has possible potential |
| 11:09:17 | intermittent capture RSPV 17,18 |
| 11:09:56 | RIPV baseline: looks isolated |
| 11:10:00 | Willhite, Julie R, R.T.(R), CV - Out: Role: CCL/HRS Rad Tech |
| 11:13:18 | pentaray in LV |
| 11:17:00 | NOVAC |
| 11:19:00 | Note: left atrial mean pressure is 1 |
| 11:19:20 | HR 97 bpm: S:***/1 P2: Temp 36.3 °C |
| 11:19:20 | Hemodynamic Measurements: Vitals Heart Rate:  , Systolic Pressure:  ; Diastolic Pressure:  . Mean Pressure: |
| 11:20:28 | Campbell, Kimberley, R.N,, RN-BC - Out: Role: Primary monitor |
| 11:21:58 | AV Wenckebach @ S1=370 |
| 11:25:35 | Note: Isuprel ordered by physician. |
| 11:26:47 | Block? |
| 11:27:32 | NS AT interesting. |
| 11:28:30 | Initiation |
| 11:28:33 | Term |
| 11:30:30 | Atrial ERP=170 @ S1=600 |
| 11:31:30 | Isuprel on |
| 11:31:51 | Note: Isuprel turned on by CRNA |
| 11:43:27 | Will map PAC |
| 11:45:33 | 3D Mapping in Progress: PVC Activation mapping with Pentaray |
| 11:50:00 | Campbell, Kimberley, R.N,, RN-BC - In: Role: Primary monitor |
| 11:51:54 | Pacing from Pentaray 3-4 closer to septal MA (0900-1000) |
| 11:54:19 | Note: 2 ACT ran simultaneously to confirm results |
| 11:54:24 | Initiation with 500/240/240 TCL 234 |
| 11:54:27 | Sustained TCL 234 |
| 11:55:55 | Degenerated and term. |
| 11:58:34 | Re initiard 500/340/240 tcl 240 |
| 12:02:21 | Term' |
| 12:03:11 | Term |
| 12:03:42 | Term |

**Lincoln/Marcus 3501**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

Documents (group 1 of 2) (continued)

CSN: 2000281031006                POST-PROCEDURE NOTE
MRN: 12-300-675                   MAYO CLINIC - ARIZONA               12-Jun-2019
MARCUS, LESLIE                                                       Page 6 of 8

PROCEDURE LOG (cont):

| Time | Description |
|------|-------------|
| 12:06:24 | Palmer, Jason K, RCES - Out: Role: Scrub Person |
| 12:06:57 | Crandall, Mary T. R.N. - In: Role: Circulator |
| 12:07:04 | Sortman, Deborah L. R.N. - Out: Role: Circulator |
| 12:11:06 | start TC |
| 12:14:43 | start TC |
| 12:35:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 12:36:00 | Crandall, Mary T. R.N. - Out: Role: Circulator |
| 12:38:24 | Mark |
| 12:39:00 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. Shock was delivered at 12:38. Post cardioversion rhythm: sinus rhythm. Post-cardioversion rate: 100 BPM. |
| 12:40:00 | Sortman, Deborah L. R.N. - In: Role: Circulator |
| 12:47:00 | Willhite, Julie R. R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 12:47:59 | Schroeder, Barbara L, R.T.(R), R T.(R)(CT) - Out: Role: CCL/HRS Rad Tech |
| 12:53:36 | Mark |
| 12:53:45 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. Shock was delivered at 12:53. Post cardioversion rhythm: sinus rhythm. Post-cardioversion rate: 97 BPM. |
| 12:57:53 | pacemap PAC |
| 12:59:42 | 12 noon mitral annulus: different activation sequence |
| 13:01:35 | PAC |
| 13:05:03 | terminated |
| 13:16:10 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. Pre-cardioversion rate: 130 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. Shock was delivered at 13:16. Post cardioversion rhythm: sinus rhythm. Post-cardioversion rate: 101 BPM. |
| 13:16:21 | Mark |
| 13:23:45 | Note: Ablation continues by Dr Srivathsan |
| 13:43:03 | conducting: mitral line not blocked |
| 13:51:09 | Isuprel @ 0.05 |
| 13:51:57 | Block? |
| 13:53:51 | Initiation w/ triples. |
| 13:53:55 | Term |
| 13:54:26 | Isuprel OFF. |
| 13:54:56 | Start roof |
| 13:55:23 | Note: Re-Ablating Roof Line |
| 14:11:53 | Note: Heparin Off- VO per Dr Srivathsan- CRNA confirmed |
| 14:11:58 | Catheters pulled back into RA. |
| 14:12:32 | HIS on ABL AH-56-H-11-HV-43 |
| 14:17:51 | CS lesions |
| 14:20:55 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: Flush bag for Ablation (second bag) |
| 14:21:29 | Note: Heparin re-started- VO by Dr Srivathsan |
| 14:22:53 | Note: Heparin off per Dr Srivathsan |
| 14:24:56 | NO VAC |
| 14:25:30 | Note: Post ICE imaging preformed by Dr Srivathsan |
| 14:25:42 | *****Vein Velocities***** POST |
| 14:25:42 | LSPV(m/s): 0.3/0.6 |
| 14:25:42 | LIPV(m/s): 0.6/0.8 |

**Lincoln/Marcus 3502**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



MAYO
CLINIC

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

CSN: 2000281031006
MRN: 12-300-675
MARCUS, LESLIE

POST-PROCEDURE NOTE
MAYO CLINIC - ARIZONA

12-Jun-2019
Page 7 of 8

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 14:25:42 | RSPV(m/s): 0.3/0.5 |
| 14:25:43 | RIPV(m/s): 0.3/0.5 |
| 14:28:21 | *****Basic Interval***** |
| 14:28:21 | Intervals: Post |
| 14:28:21 | RR: |
| 14:28:21 | HR: 86 |
| 14:28:21 | AA: 693 |
| 14:28:21 | PR: 121 |
| 14:28:21 | PA: 39 |
| 14:28:22 | AH: 56 |
| 14:28:22 | HIS Duration: 11 |
| 14:28:22 | HV: 43 |
| 14:28:22 | QRS: 75 |
| 14:28:22 | QT: 352 |
| 14:28:28 | Note: VO for Protamine 40 mg IV -Dr Srivathsan to CRNA |
| 14:28:56 | All Catheters Removed: Pentaray removed from the Atrium and left in the sheath for sheath removal |
| 14:29:09 | post case 12 lead EKG |
| 14:29:25 | ICE Catheter: Cath Soststar Eco 10fr Repro - ICE catheter removed. |
| 14:29:35 | ——————————— |
| 14:29:36 | *****Ablation Summary***** |
| 14:29:36 | Total # Of Ablations: 179 |
| 14:29:36 | Total Ablation Time: 15:42 |
| 14:29:44 | Total Irrigation Fluid: 830 |
| 14:29:44 | Case End |
| 14:29:46 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter removed at the left atrium. Left in sheath for sheath pull |
| 14:30:18 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter removed at the coronary sinus. |
| 14:30:50 | Procedure Finish: Intra-proc |
| 14:30:50 | Procedure End - 3D Mapping - Carto: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 14:30:50 | Srivathsan, Komandoor, M.D. - Our Role: Primary Service: Electrophysiology (Panel 1) |
| 14:30:55 | Family Updated: Family updated on the progress of the procedure. |
| 14:38:00 | Intake/Output: Lactated Ringers Fixed Rate  - Volume (mL): |
| 14:38:00 | Lactated Ringers Fixed Rate: Anesthesia Volume Adjustment Rate: 0 Route: intravenous |
| 14:42:04 | Radiation Tracking: Panel 1: Srivathsan, Komandoor, M.D. Radiation (mGy) = 359.600 Fluoro Time (min) = 20 0 DAP (Gy-cm2) = 4.401 |
| 14:42:52 | Verified: Verify-Willhita, Julie R, R.T.(R), CV |
| 14:43:46 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right: Groin |
| 14:44:06 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right: Neck |
| 14:49:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Removed: Removal Date/Time: 06/12/19 1449  Placement Date/Time: 06/12/19 1021  Arterial or Venous access: Arterial  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: 4 Fr.  At... |
| 14:50:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Removed: Removal Date/Time: 06/12/19 1450  Placement Date/Time: 06/12/19 0959  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Internal Jugular  Sheath Size:... |
| 14:51:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Removed: Removal Date/Time: 06/12/19 1451  Placement Date/Time: 06/12/19 1022  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: (c) 8 Fr.  Attached to: Hepariniz... |
| 14:52:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Removed: Removal Date/Time: 06/12/19 1452  Placement Date/Time: 06/12/19 1023  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: R... |
| 15:07:05 | Complications: Complications Complications: |
| 15:07:14 | Disposition: Disposition Disposition: |
| 15:07:42 | Non-OR to PACU: Intra-proc. Recovery |
| 15:08:00 | ETT Removed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906  Mask Ventilation: Easy mask ETT Type: Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |

**Lincoln/Marcus 3503**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Documents (group 1 of 2) (continued)

CSN: 2000281091006          POST-PROCEDURE NOTE
MRN: 12-300-675            MAYO CLINIC - ARIZONA                    12-Jun-2019
MARCUS, LESLIE                                                     Page 8 of 8

**Lincoln/Marcus 3504**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:               Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 Admission (Discharged) in Mayo Clinic Hospital (Fourth Floor) (continued)

**Documents (group 1 of 2) (continued)**

### Diagnostic Report - Cardiology

**Scan on 6/13/2019 10:39 PM**

Scan (below)

**Lincoln/Marcus 3505**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## MAYO CLINIC

**06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

Documents (group 1 of 2) (continued)



**ECG Tracings and Strips**

**Lincoln/Marcus 3506**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019


# MAYO CLINIC

**06/12/2019 - Admission (Discharged) - Mayo Clinic Hospital Fourth Floor (continued)**

Documents (group 1 of 2) (continued)

 MAYO CLINIC  *ECG Tracings and Strips*





Use
Removable
Magic
Tape ONLY



Lincoln/Marcus 3507

■

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 Admission(Discharged) in Mayo Clinic Hospital Fourth Floor(continued)**

**Documents (group 1 of 2) (continued)**

**Diagnostic Report - Cath/EP**

Scan on 6/12/2019  4:59 PM

Scan (below)

.

**Lincoln/Marcus 3508**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019


**MAYO CLINIC**

CSN: 2000281081006
MRN: 12-300-675
MARCUS, LESLIE

**ELECTROPHYSIOLOGY TESTING**
**MAYO CLINIC - ARIZONA**
**FINAL REPORT**

12-Jun-2019
Page 1 of 11

AGE: 48 Years        DOB:              GENDER: F
HEIGHT: 164 cm       WEIGHT: 63.5 kg   BSA: 1.69 m2
PROCEDURE START TIME: 09:54:59

REFERRING PHYSICIAN:    Srivathsan. Komandoor
RESIDENT:               Appleton. Christopher ;
                        Abrich. Victor ; Ladia. Varsal
RESPONSIBLE PHYSICIAN:  Srivathsan. Komandoor

**PROCEDURE TYPES**
1.   ABLATION - PVI
2.   3D MAPPING - CARTO

**PRE-PROCEDURE DIAGNOSIS**
1.   Unspecified atrial fibrillation (HCC)

**HRS NOTE**
PREOPERATIVE INDICATION:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy

PREOPERATIVE DIAGNOSIS:
1. Symptomatic recurrent atrial tachycardia refractory to medical therapy.
2. History of atrial fibrillation status post pulmonary vein isolation 12/2018 at outside facility.

POSTOPERATIVE DIAGNOSIS:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular premature atrial complexes status post successful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

PROCEDURE:
1. Comprehensive electrophysiologic evaluation including transseptal catheterization. insertion and repositioning of multiple electrode catheters with induction or attempted induction of an arrhythmia with atrial recording and pacing, when possible. right ventricular pacing and recording. His bundle recording with intracardiac catheter ablation of arrhythmogenic focus, with treatment of atrial fibrillation by ablation by pulmonary vein isolation (93656).
2. Intracardiac catheter ablation of a discrete mechanism of arrhythmia which is distinct from the primary ablated mechanism. including repeat diagnostic maneuvers, to treat a spontaneous or induced arrhythmia (93655).
3. Programmed stimulation and pacing after intravenous drug infusion (93623).
4. Intracardiac electrophysiology 3-D mapping (93613).
5. Intracardiac echo (93662).
6. Arterial line catheterization (36620).
7. Fluoroscopy.
8. Cardioversion - External (92960)
9. Coronary sinus venogram.

DESCRIPTION OF PROCEDURE:
Procedure Duration:  4 hours 35 minutes.
Fluoroscopy Time: 20 minutes.

Medications:
1. Heparin IV with an ACT targeted to 250 seconds using i-STAT.
2. Protamine 40 mg IV.
3. Isoproterenol 0.05 to 0.2 ucg/kg/min

Anesthesia: General. please see anesthesia record
Complications. None apparent at the time of the procedure.

**Lincoln/Marcus 3509**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**Documents (group 1 of 2) (continued)**

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 1 of 11 |

Description of Procedure: Mrs. Marcus was brought to the Electrophysiology Laboratory, prepped and draped in the usual sterile fashion. Vascular access was obtained using a Micropuncture needle via the modified Seldinger technique under ultrasound guidance. The following sheaths were inserted, and the following catheters were advanced under fluoroscopic guidance.

1. An 8-French sheath was placed in the right femoral vein. This was exchanged over a long wire for an SL1 sheath for transseptal puncture. Following transseptal puncture, the sheath was exchanged over a long wire for an Agilis sheath. Through the Agilis sheath, a 3.5-mm bidirectional (D-F) irrigated-tip ablation catheter was advanced to the left atrium for mapping and ablation.
2. An 8-French sheath was placed in the right femoral vein. This was exchanged over a long wire for an SL1 sheath for transseptal puncture. Following transseptal puncture, a PentaRay catheter was advanced through the sheath to the left atrium for mapping.
3. An 11-French sheath was placed in the right femoral vein, through which the intracardiac echo probe CARTOSound was advanced to the right atrium.
4. An 8-French sheath was placed in the right internal jugular vein, through which a CS orbiter catheter was advanced to the coronary sinus.
5. A 4 French sheath was placed in the right femoral artery, through which blood pressure was monitored throughout the procedure.

At the end of the procedure, all catheters were removed and hemostasis was achieved by manual pressure after correcting the ACT to below 180 seconds.

Results:
Sinus Node Function: Sinus node function was not formally evaluated but was probably normal.
Atrial Function: Atrial function was abnormal due to a history of paroxysmal atrial fibrillation.

Arrhythmias
1. Clinical PAC's. During programmed atrial stimulation (500/240/240) on isoproterenol, we were consistently able to reproduce premature atrial contractions with a surface ECG showing biphasic p waves in lead II, III and aVF, isoelectric in nVL, negative in aVR with a biphasic negative/positive in v1. Intracardiac electrogram showed proximal to distal activation was noted in the coronary sinus. These were mapped with activation mapping during programmed atrial stimulation and pace mapping to the anteroseptal mitral annulus at 10 O'clock position.

2. Atrial arrhythmia: During programmed atrial stimulation with up to two extra stimuli (500/240/240) on high dose isoproterenol we were able to induce atrial arrhythmia with an average atrial cycle length of 225-240 msec with a wobble and average ventricular cycle length of 376 msec. The surface ECG showed biphasic positive P-waves in lead II, III and aVF, negative P-waves in aVR and v1. Intracardiac electrogram showed proximal to distal activation in coronary sinus catheter. Simultaneous activation mapping was performed with PentaRay catheter which showed early meets late zone near the right superior vein with area circumferential ablation from previous ablation. Due to wobble in the tachycardia and extreme short cycle length attempts for delivering extra atrial stimulus to reset the tachycardia were not successful. This tachycardia terminated while connecting the right superior pulmonary vein to the anteroseptal mitral annulus at 10 O'clock position. This tachycardia was not inducible with subsequent programmed stimulation.

3. Atrial fibrillation: During ablation near the right superior pulmonary vein patient developed atrial fibrillation with an average atrial cycle length of 158 milliseconds and average ventricular cycle length of 352 milliseconds. This rhythm lasted for about 3 minutes before it was cardioverted with external synchronized direct current cardioversion at 150 joules.

Ablation:
Pulmonary vein isolation: Using the 3-D CARTO mapping system, surrogate geometry of the left atrium was achieved using CARTOSound echocardiographic images with additional fast anatomic mapping of the pulmonary veins using the PentaRay catheter. At baseline right superior pulmonary vein was reconnected the left atrium, other veins remained isolated. Voltage mapping was performed which showed healthy left atrial tissue. Programmed stimulation was performed and we were able to induce and localize premature atrial contractions and atrial tachycardia as described above. Activation mapping was performed with the tachycardia which showed early meets late zone near the right superior pulmonary vein, however, due to fluctuating cycle length entrainment maneuvers were not performed. We performed a short line from the right superior pulmonary vein to the carina; however arrhythmia was inducible following that. We then performed wide area circumferential ablation of the right-sided pulmonary veins. We used 50 watts for 6 seconds on posterior wall and roof and 12 seconds for anterior wall at each lesion. During this ablation patient developed atrial fibrillation and she was successfully cardioverted with a 150 J synchronized cardioversion. We were able to induce atrial arrhythmia #1 and this was successfully cardioverted with a 150 J synchronized cardioversion.

**Lincoln/Marcus 3510**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



## MAYO CLINIC

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (Continued)

Documents (group 1 of 2) (continued)

CSN: 2000281081006                ELECTROPHYSIOLOGY TESTING
MRN: 12-300-675                    MAYO CLINIC · ARIZONA                12-Jun-2019
MARCUS, LESLIE                     FINAL REPORT                        Page 5 of 11

Focus was then turned to the premature atrial contractions. Activation mapping and pace mapping was performed which confirm the location at anteroseptal mitral annulus. Ablation was performed here at 50 watts for 12 seconds at each lesion. We were still able to induce the atrial arrhythmia as above. Then we connected this ablation set to the right sided ablation line near right superior pulmonary vein. Approximately half of the way into this line the atrial arrhythmia was terminated and was not re-inducible. Ablation for this line was performed at 50 watts for 12 seconds at each lesion.

After this on further decremental atrial pacing we were able to induce atrial fibrillation and hence we performed wide area circumferential ablation around the left pulmonary veins, anterior roof line and mitral isthmus line. Ablation was performed here: at 50 watts for 15- 20 seconds at lesion from the mitral annulus at 3 o'clock position to left inferior pulmonary vein. The roof line was created with power output of 50 watts for 6 seconds at each lesion. We then created another voltage map to evaluate the lines created and voltage was below 0.1 mV in these areas suggestive of successful lesions. Differential pacing showed conduction through the mitral isthmus and epicardial ablation was performed from the coronary sinus at a power output of 15 watts for 15 second at each lesion site. The mitral isthmus block was observed when programmed atrial stimulation was performed with extras but not at baseline pacing.

A total of 179 radiofrequency ablation lesions were created totaling 942 seconds.

AV node Function: AV node function was normal with Wenckebach cycle length of 370 milliseconds and AH interval of 56 msec. His-Purkinje System: The His-Purkinje system was not formally evaluated, however it was normal with no intra or infra – Hisian block with an HV interval of 43 msec.
Ventricular Function: Ventricular function was not formally evaluated.
VA Conduction: Retrograde VA conduction was absent at two different pacing cycle length.

Transseptal Puncture:
Transseptal puncture was performed by advancing the SL1 sheath over a long wire to the superior vena cava and right atrium. The guidewire was then withdrawn. The Baylis transseptal needle was advanced to within 1 cm to the tip of the long sheath. The long sheath was withdrawn under fluoroscopic guidance and until there was sudden displacement denoting engagement of the fossa ovalis. The tip of the transseptal catheter was documented in position by intracardiac echocardiogram. Manual pressure and radiofrequency energy was applied and the needle was extended into the left atrium, confirmed by intracardiac echocardiogram. Over the needle, the dilator was advanced and the sheath was advanced over the dilator. A long wire was then placed in the left superior pulmonary vein. Transseptal access was similarly obtained for a second long sheath. Left atrial pressure was measured to be 2 mmHg. Heparin was administered with a target ACT of 250 seconds by i-STAT.

Intracardiac Echo:
Intracardiac echocardiogram was used to facilitate transseptal puncture, to evaluate for pericardial effusion, and to measure pulmonary vein velocities. At the conclusion of ablation, no pericardial effusion was present.

Pulmonary Vein Velocities Pre-Ablation:
LIPV: 0.5 m/sec, 0.5 m/sec.
LSPV: 0.6 m/sec, 0.6 m/sec.
RIPV: 0.3 m/sec, 0.3 m/sec.
RSPV: 0.4 m/sec, 0.4 m/sec.

Pulmonary Vein Velocities Post-Ablation:
LIPV: 0.6 m/sec, 0.8 m/sec.
LSPV: 0.3 m/sec, 0.6 m/sec
RIPV: 0.5 m/sec, 0.5 m/sec.
RSPV: 0.3 m/sec, 0.5 m/sec.

Impression:
1. Successful pulmonary vein isolation via left and right wide area circumferential ablations with mitral isthmus line and anterior roof line.
2. Anterior mitral annular premature atrial complexes status post successful ablation.
3. Micro-reentrant atrial tachycardia near right superior pulmonary vein status post successful ablation by a line connecting the right superior pulmonary vein to mitral annulus at 10 O'clock position.

10/11/2019 9:15 AM    User:              Release ID:41240319    Care Everywhere ID: MAY-876-686D    Page 133
                      IDMPROD19991070

**Lincoln/Marcus 3511**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019: Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**

| | | |
|---|---|---|
| CSN: 2000281081006 | ELECTROPHYSIOLOGY TESTING | 12-Jun-2019 |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | Page 4 of 11 |
| MARCUS, LESLIE | FINAL REPORT | |

Recommendations.
1. Bed rest for 6 hours.
2. Begin anticoagulation with heparin 6 hours from removal of the sheaths.
3. Portable chest x-ray and ECG now.
4. Limited echocardiogram in the morning to check for pericardial effusion. If no effusion is present, start oral anticoagulation.
5. Continue PPIs BID for 6 weeks.

**SHEATHS**

| Size | Unit | Access/Insertion | Inserted By |
|---|---|---|---|
| 8 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 4 | French | Right femoral artery | |
| 11 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |
| 8 | French | Right femoral vein | |
| 8.5 | French | Right femoral vein | |

**CATHETERS**

| Size | Unit | Catheter Type | Catheter Location |
|---|---|---|---|
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH PENTARAY NAV 4-4-4 | Left atrium |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 10 | French | CATH SNDSTAR ECO 10FR REPRO | |
| | | CATH ABL THRMCL ST DF | Left atrium |
| 7 | French | CATH DIAG STR ORBITER 7FR | Coronary sinus |

**DIAGNOSTIC/ABLATION BASIC INTERVALS**

Basic Interval:                                      Time:   12-Jun-2019 09:10:33

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| 764 | 78 | 39 | 56 | 43 | 116 | 93 | 348 | 398 | |

Basic Interval:  Post                                Time:   12-Jun-2019 14:28:21

| RR (ms) | HR (bpm) | PA (msec) | AH (msec) | HV (msec) | PR (msec) | QRS (msec) | QT (msec) | QTc (msec) | BP |
|---|---|---|---|---|---|---|---|---|---|
| | 86 | 39 | 56 | 43 | 121 | 75 | 352 | | |

**DIAGNOSTIC/ABLATION REFRACTORY PERIODS**

Study:   Baseline                                    Type:   Refractory Period
Time: 12-Jun-2019 11:30:30 Pacing Site: Atrial ERP

| Drive(msec) | Type | Value |
|---|---|---|
| 600 | | - 170 |

**DIAGNOSTIC/ABLATION AV NODAL CONDUCTION**

Study:   Baseline                                    Type:   AV Nodal Conduction
Time: 12-Jun-2019 11:21:58 Pacing Site: AV Wenckebach

| Drive(msec) | Type | Value |
|---|---|---|
| | | 370 |

**Lincoln/Marcus 3512**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

CSN: 2000281081006                    ELECTROPHYSIOLOGY TESTING
MRN: 12-300-675                       MAYO CLINIC - ARIZONA                     12-Jun-2019
MARCUS, LESLIE                        FINAL REPORT                             Page 5 of 11

## DIAGNOSTIC/ABLATION ABLATION SUMMARY
### Detailed Procedure Time

| | | | |
|---|---|---|---|
| Catheter Insertion(min): | | Baseline Study(min): | |
| Ablation(min): | | Wait Before Testing(min): | |
| Post Ablation Testing(min): | | Total Procedure Time(min): | |
| Total Energy Delivery Time(sec): | | Total Number Of Ablations: | 179 |
| Total Ablation Time(mm:ss): | 15:42 | Average Power(Watts): | |
| Average Temp(degrees Celsius): | | Average Impedance(Ohms): | |
| Average Impedance Drop(Ohms/sec): | | Total Irrigation Fluid(ml): | 830 |

## RADIATION DOSE DATA
Procedure cumulative skin dose (mGy): 359.60
Procedure cumulative dose area product (Gy-cm**2): 4.40
Fluoro Time (Min): 20.00

## INTRA-PROCEDURE MEDICATIONS
**Drug**

LIDOCAINE 10 MG/ML (1 %) INJECTION SOLUTION 45 mL
HEPARIN 1,000 UNITS/500 ML NACL 0.9 % TABLE SOLUTION OSM 500 mL
HEPARIN (PORCINE) 2,000 UNIT/1,000 ML IN 0.9% NACL (WRAPPER FOR ARZ) 7000 mL
LACTATED RINGERS FIXED RATE 1000 mL/hr

## STAFF LIST
| | |
|---|---|
| Srivathsan, Komandoor MD | Assigned Physician |
| Schroeder, Barbie L RT(R), RT(R)(CI) | CCL/HRS Rad Tech |
| Willhite, Julie RT(R), CV | CCL/HRS Rad Tech |
| Sortman, Debbie RN | Circulator |
| Crandall, Mary RN | Circulator |
| Appleton, Christopher MD | Fellow |
| Abrich, Victor MD | Fellow |
| Ladia, Vatsal MD | Fellow |
| Campbell, Kimberley RN, RN-BC | Monitoring Technician |
| Srivathsan, Komandoor MD | Referring Physician |
| Palmer, Jason RCES | Scrub Technician |

## ELECTRONICALLY SIGNED BY
| | |
|---|---|
| Srivathsan, Komandoor MD | 12-Jun-2019 17:46 |
| Ladia, Vatsal MD | 12-Jun-2019 17:00 |

## PROCEDURE LOG
| Time | Description |
|---|---|
| 06:18:20 | In Facility: Pre-proc: Arrived |
| 06:30:34 | In Preprocedure: Pre-proc: Pre Procedure |
| 07:30:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 07:30:00 | Sortman, Deborah L, R.N. - In: Role: Circulator |
| 08:05:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 08:05:00 | Palmer, Jason K. RCES - In: Role: Scrub Person |
| 08:05:00 | Willhite, Julie R, R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 08:24:54 | Protocol: AFIB |
| 08:38:31 | Preprocedure Complete: Pre-proc |
| 08:47:00 | Anesthesia Start: Anesthesia |
| 08:49:52 | In Room: Intra-proc: Procedure |
| 08:50:00 | Anesthesia Present: Anesthesia present for the case and responsible for sedation care. |

**Lincoln/Marcus 3513**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

Documents (group 1 of 2) (continued)

| CSN: 200028108100G | ELECTROPHYSIOLOGY TESTING | |
|---|---|---|
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 6 of 11 |

PROCEDURE LOG (cont):

| Time | Description |
|---|---|
| 08:50:36 | Note: Completed 'radiology pre-exam pregnancy assessment' form on chart. Patient denies pregnancy, declines pregnancy test. |
| 08:51:58 | Patient Prep Checklist: Patient on table.   Additional padding added to pressure points.  Vitals monitors applied. Grounding pads applied.  Wrist restraints in place.  Legs restraints in place.  Defibrillator pads applied.  SCDs in place. NPO status verified.  Anticoagulation status verified.  Emergency equipment available. |
| 08:52:39 | Patient Verifications: Patient is verified with two identifiers across all systems. Verified the procedure consent is signed. |
| 08:53:38 | Site Prep: The groin and right neck was/were prepped with chlorhexidine.  The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 08:59:53 | pre case 12 lead EKG, sinus |
| 09:00:01 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Flush lines |
| 09:00:03 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: for Flush Lines |
| 09:00:26 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush lines |
| 09:00:29 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For flush Line |
| 09:00:31 | heparin 1,000 Units/500 mL NaCl 0.9% table solution: 500 mL Given Rate: 0 Route: miscellaneous Comment: For Transduced A-line for Anesthesia |
| 09:00:34 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Back Table Flush |
| 09:00:52 | looks like accelerated junctional |
| 09:00:58 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1,000 mL Given Rate: 0 Route: miscellaneous Comment: For Ablation Flush |
| 09:05:37 | Physician Called: Physician called. Page Dr Appleton who will be preforming TEE pre-procedure |
| 09:06:00 | ETT Placed: Removal Date/Time: 06/12/19 1508  Placement Date/Time: 06/12/19 (c) 0906  Mask Ventilation: Easy mask  ETT Type  Standard ETT  Tube Size: 7.5 mm  Cuffed: Yes  Blade Size: Miller 2  Location: Oral |
| 09:06:32 | Cardiac: Cardiac Cardiac Rhythm: |
| 09:06:55 | Pulses: Pulses Left Pedal Pulse:  : Right Pedal Pulse:  : Left Posterior Tibial Pulse:  ; Right Posterior Tibial Pulse: |
| 09:08:00 | GI Tubes (Adults) Orogastric Placed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908  GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:08:00 | Peripheral IV Catheter 06/12/19 20 G Right Antecubital Placed: Placement Date/Time: 06/12/19 0908  Size (Gauge): 20 G  Orientation: Right  Location: Antecubital |
| 09:09:00 | GI Tubes (Adults) Orogastric Removed: Removal Date/Time: 06/12/19 0909  Placement Date/Time: 06/12/19 0908  GI Tube Type: Orogastric  GI Tube Size: 18 Fr |
| 09:10:33 | *****Basic Interval***** |
| 09:10:33 | Intervals: Baseline sinus |
| 09:10:33 | RR: 764 |
| 09:10:33 | HR: 78 |
| 09:10:33 | PR: 116 |
| 09:10:33 | QRS: 93 |
| 09:10:33 | QT: 348 |
| 09:12:59 | Appleton, Christopher P., M.D. - In  Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:16:53 | TEE: TEE TEE Probe:  : Comments: |
| 09:19:52 | TEE: TEE Comments: |
| 09:29:32 | TEE: TEE Comments: |
| 09:31:00 | Indwelling Urinary Catheter Non-latex 12 Fr. Placed: Placement Date/Time: 06/12/19 0931  Placed by: Kim C., RN Hand Hygiene Performed Prior to Insertion: Yes  Sterile technique followed?: Yes  Catheter Type: Non-latex  Tube Size (Fr): 12 Fr.  Catheter Balloon Size: 5 mL  Urine Returned: (c) Yes |
| 09:31:55 | Indwelling Urinary Catheter Non-latex 12 Fr. Assessment: Daily Assessment of Need:  ; Securement Method  . Collection Container:  ; Line Necessity Reviewed With:  : Site Assessment: |
| 09:32:00 | Specimens Collected. Urinalysis with Microscopic: Urine, Catheter - ID: E112015715.6Type: Urine |
| 09:33:36 | Site Prep: The groin and right neck was/were prepped with chlorhexidine. |
| 09:37:03 | TEE: TEE TEE Probe: |

**Lincoln/Marcus 3514**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

▓▓▓▓06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)▓▓▓▓

## Documents (group 1 of 2) (continued)

| | | |
|---|---|---|
| CSN: 2000281081006 | **ELECTROPHYSIOLOGY TESTING** | |
| MRN: 12-300-675 | **MAYO CLINIC - ARIZONA** | 12-Jun-2019 |
| MARCUS, LESLIE | **FINAL REPORT** | Page 7 of 11 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 09:38:27 | Site Prep: The groin and right neck was/were The prep site was allowed to dry for 3 minutes. The patient was draped in sterile fashion. |
| 09:39:16 | Appleton, Christopher P, M.D. - Out· Role: Other Assistant Service: Cardiovascular Diseases (Panel 1) |
| 09:50:00 | Abrich, Victor A, M.D. - In: Role: Other Assistant Service: Electrophysiology (Panel 1) |
| 09:50:00 | Ladia, Vatsal M, M.D. - In: Role· First Assistant Service: Electrophysiology (Panel 1) |
| 09:53:14 | Timeout: Pre-procedure: Verified by Sortman, Deborah L, R.N. at 6/12/2019 9:53 AM |
| 09:54:35 | Timeout: Fire Safety: Verified by Sortman Deborah L, R.N at 6/12/2019 9:54 AM |
| 09:54:59 | Procedure Start: Intra-proc: Procedure Start |
| 09:54:59 | Procedure Start - ABLATION - PVI: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 09:54:59 | Srivathsan, Komandoor, M.D. - In: Role: Primary Service: Electrophysiology (Panel 1) |
| 09:55:41 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 15 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 09:56:03 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 09:57:13 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein and right internal jugular vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Wire inserted and Visualized under Fluoroscopy-By Dr Abrich |
| 09:59:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Placed: Removal Date/Time: 06/12/19 1450 Placement Date/ Time: 06/12/19 0959  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Internal Jugular  Sheath Size:... |
| 10:00:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - Out: Role: CCL/HRS Rad Tech |
| 10:02:47 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Access preformed By Dr Ladia- Wire inserted for sheath insertion |
| 10:07:32 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. by Dr Abrich- Second puncture. Wire inserted for Sheath insertion |
| 10:11:26 | Fluoroscopy: Fluoroscopy of Wire insertion Preformed to Right Groin. Images obtained. |
| 10:14:42 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral vein. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed by Dr Abrich- Third Access. Wire inserted for Sheath insertion |
| 10:15:27 | Fluoroscopy: Fluoroscopy of Wire insertion in Right Femoral Vein. Images obtained. |
| 10:19:58 | Access Site: Set Mcr Vasc Trnsls Stf 5fx10 - Sheath was inserted in the right femoral artery. A SET MCR VASC TRNSLS STF 5FX10 was used for percutaneous access. Ultrasound guidance was used to access vessel; vessel patent and images stored. Images saved electronically. Preformed By Dr Abrich |
| 10:20:00 | Schroeder, Barbara L, R.T.(R), R.T.(R)(CI) - In: Role: CCL/HRS Rad Tech |
| 10:20:04 | Sheaths: Cath Eng Shth 8fx12 - Sheath inserted in the right femoral vein.  Number of sheaths = 2. |
| 10:20:24 | Sheaths: Cath Eng Shth 4fx12 - Sheath inserted in the right femoral artery. |
| 10:20:40 | Sheaths: Shth Prn Dil Str 11ft2.5x10 - Sheath inserted in the right femoral vein. |
| 10:21:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Placed: Removal Date/Time: 06/12/19 1449 Placement Date/ Time: 06/12/19 1021  Arterial or Venous access: Arterial  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: 4 Fr. At... |
| 10:22:00 | Intake/Output: Lactated Ringers Fixed Rate - Volume (mL): |
| 10:22:00 | Lactated Ringers Fixed Rate: Rate/Dose Change Rate: 1,000 mL/hr Route: intravenous |
| 10:22:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Placed: Removal Date/Time: 06/12/19 1451  Placement Date/ Time: 06/12/19 1022  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Placed by: Dr Abrich  Venous Vessel Location: Right Femoral  Sheath Size: (c) 8 Fr.  Attached to: Hepariniz... |
| 10:23:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Placed: Removal Date/Time: 06/12/19 1452  Placement Date/ Time: 06/12/19 1023  Arterial or Venous access: Venous  Site Prep: Chlorhexidine (Preferred)  Site Prep Agent has Completely Dried Before Insertion: Yes  Placed by: Dr Abrich  Venous Vessel Location: R... |
| 10:24:01 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter inserted at the coronary sinus. By Dr Ladia |
| 10:30:34 | CS cannulated |
| 10:32:49 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter inserted. Advanced under Fluoroscopy by Dr Ladia |
| 10:36:03 | *****Vein Velocities***** |
| 10:36:03 | LSPV(m/s): 0.6/0.6 |

**Lincoln/Marcus 3515**

7E291190008


MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 Admission(Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Documents (group 1 of 2) (continued)

CSN: 2000281081006                    ELECTROPHYSIOLOGY TESTING
MRN: 12-300-675                       MAYO CLINIC - ARIZONA                    12-Jun-2019
MARCUS, LESLIE                        FINAL REPORT                            Page 8 of 11

PROCEDURE LOG (cont):

| Time | Description |
|------|-------------|
| 10:36:03 | LIPV(m/s): 0.5/0.5 |
| 10:36:03 | RSPV(m/s): 0.4/0.4 |
| 10:36:03 | RIPV(m/s): 0.3/0.3 |
| 10:39:28 | Note: Heparin given by CRNA |
| 10:40:38 | PAC, CS 9,10 early |
| 10:44:52 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:45:16 | Sheaths: Shth Swr SI1 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:47:38 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle inserted. |
| 10:48:44 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle puncture performed. Needle not used. Sheath went through and advanced |
| 10:49:16 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle removed. |
| 10:51:44 | Sheaths: Shth Swr SI1 8.5fx63 - Sheath exchanged in the right femoral vein. By Dr Ladia |
| 10:52:43 | Sheaths: Shth Agb Med 8.5fx71 - Sheath inserted in the right femoral vein. |
| 10:54:20 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter inserted at the left atrium.Placed just inside of the sheath |
| 10:55:11 | Sheaths: Cath Eng Shth 8fx12 - Sheath exchanged in the right femoral vein. |
| 10:57:33 | Sheaths: Shth Swr SI1 8.5fx63 - Sheath inserted in the right femoral vein. |
| 10:58:42 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle inserted. |
| 11:01:51 | Transseptal Needle: Ndl Nrg Transeptal Hf Co 71cm - Transseptal needle puncture performed. |
| 11:03:45 | EP Catheter: Cath Pentaray Nav 4-4-4 - EP catheter inserted at the left atrium. |
| 11:05:37 | LSPV baseline: looks isolated |
| 11:06:24 | not PV signal |
| 11:06:36 | 3D Mapping in Progress: With Carto and Pacing- Vein isolation will be checked |
| 11:07:24 | LIPV baseline: looks isolated |
| 11:08:19 | RSPV baseline has possible potential |
| 11:09:17 | intermittent capture RSPV 17,18 |
| 11:09:56 | RIPV baseline: looks isolated |
| 11:10:00 | Willhite, Julie R, R.T.(R), CV - Out: Role: CCL/HRS Rad Tech |
| 11:13:18 | pentaray in LV |
| 11:17:00 | NOVAC |
| 11:19:00 | Note: left atrial mean pressure is 1 |
| 11:19:20 | HR 97 bpm: 5/***/1 P2: Temp 36.3 °C |
| 11:19:20 | Hemodynamic Measurements: Vitals Heart Rate:  . Systolic Pressure:  ; Diastolic Pressure:  . Mean Pressure: |
| 11:20:28 | Campbell, Kimberley, R.N., RN-BC - Out: Role: Primary monitor |
| 11:21:58 | AV Wenckebach @ S1=370 |
| 11:25:35 | Note: Isuprel ordered by physician. |
| 11:26:47 | Block? |
| 11:27:32 | NS AT interesting. |
| 11:28:30 | Initiation |
| 11:28:33 | Term |
| 11:30:30 | Atrial ERP=170 @ S1=600 |
| 11:31:30 | Isuprel on |
| 11:31:51 | Note: Isuprel turned on by CRNA |
| 11:43:27 | Will map PAC |
| 11:45:33 | 3D Mapping in Progress: PVC Activation mapping with Pentaray |
| 11:50:00 | Campbell, Kimberley, R.N., RN-BC - In: Role: Primary monitor |
| 11:51:54 | Pacing from Pentaray 3-4 closer to septal MA (0900-1000) |
| 11:54:19 | Note: 2 ACT ran simultaneously to confirm results |
| 11:54:24 | Initiation with 500/240/240 TCL 234 |
| 11:54:27 | Sustained TCL 234 |
| 11:55:55 | Degenerated and term. |
| 11:58:34 | Re initiated 500/240/240 tcl 240 |
| 12:02:21 | Term' |
| 12:03:11 | Term |
| 12:03:42 | Term |

**Lincoln/Marcus 3516**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB: 5/27/1971, Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



MAYO
CLINIC

**06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**

| | | |
|---|---|---|
| CSN: 2000281031006 | ELECTROPHYSIOLOGY TESTING | |
| MRN: 12-300-675 | MAYO CLINIC - ARIZONA | 12-Jun-2019 |
| MARCUS, LESLIE | FINAL REPORT | Page 9 of 11 |

**PROCEDURE LOG (cont):**

| Time | Description |
|---|---|
| 12:06:24 | Palmer, Jason K, RCES - Out: Role: Scrub Person |
| 12:06:57 | Crandall, Mary T. R.N. - In: Role: Circulator |
| 12:07:04 | Sortman, Deborah L, R.N. - Out: Role: Circulator |
| 12:11:06 | start TC |
| 12:14:43 | start TC |
| 12:35:00 | Palmer, Jason K, RCES - In: Role: Scrub Person |
| 12:36:00 | Crandall, Mary T. R.N. - Out: Role: Circulator |
| 12:38:24 | Mark |
| 12:39:00 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
| | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
| | Shock was delivered at 12:38. |
| | Post cardioversion rhythm: sinus rhythm. |
| | Post-cardioversion rate: 100 BPM. |
| 12:40:00 | Sortman, Deborah L, R.N. - In: Role: Circulator |
| 12:47:00 | Willhite, Julie R. R.T.(R), CV - In: Role: CCL/HRS Rad Tech |
| 12:47:59 | Schroeder, Barbara L, R.T.(R), R T.(R)(CT) - Out: Role: CCL/HRS Rad Tech |
| 12:53:36 | Mark |
| 12:53:45 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
| | Pre-cardioversion rate: 160 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
| | Shock was delivered at 12:53. |
| | Post cardioversion rhythm: sinus rhythm. |
| | Post-cardioversion rate: 97 BPM. |
| 12:57:53 | pacemap PAC |
| 12:59:42 | 12 noon mitral annulus: different activation sequence |
| 13:01:35 | PAC |
| 13:05:03 | terminated |
| 13:16:10 | Cardioversion / Defibrillation: Synchronous cardioversion for atrial fibrillation. |
| | Pre-cardioversion rate: 130 BPM. Cardioverted externally. The arrhythmia was terminated with 150 joules. |
| | Shock was delivered at 13:16. |
| | Post cardioversion rhythm: sinus rhythm. |
| | Post-cardioversion rate: 101 BPM. |
| 13:16:21 | Mark |
| 13:23:45 | Note: Ablation continues by Dr Srivathsan |
| 13:43:03 | conducting: mitral line not blocked |
| 13:51:09 | Isuprel @ 0.05 |
| 13:51:57 | Block? |
| 13:53:51 | Initiation w/ triples. |
| 13:53:55 | Term |
| 13:54:26 | Isuprel OFF. |
| 13:54:56 | Start roof |
| 13:55:23 | Note: Re-Ablating Roof Line |
| 14:11:53 | Note: Heparin Off- VO per Dr Srivathsan- CRNA confirmed |
| 14:11:58 | Catheters pulled back into RA. |
| 14:12:32 | HIS on ABL AH-56-H-11-HV-43 |
| 14:17:51 | CS lesions |
| 14:20:55 | heparin table flush 2,000 units/1,000 mL in 0.9% NaCl: 1.000 mL Given Rate: 0 Route: miscellaneous Comment: Flush bag for Ablation (second bag) |
| 14:21:29 | Note: Heparin re-started- VO by Dr Srivathsan |
| 14:22:53 | Note: Heparin off per Dr Srivathsan |
| 14:24:56 | NO VAC |
| 14:25:30 | Note: Post ICE imaging preformed by Dr Srivathsan |
| 14:25:42 | *****Vein Velocities***** POST |
| 14:25:42 | LSPV(m/s): 0.3/0.6 |
| 14:25:42 | LIPV(m/s): 0.6/0.8 |

**Lincoln/Marcus 3517**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

CSN: 2000281031006            ELECTROPHYSIOLOGY TESTING
MRN: 12-300-675               MAYO CLINIC - ARIZONA             12-Jun-2019
MARCUS, LESLIE                    FINAL REPORT             Page 10 of 11

**PROCEDURE LOG (cont):**

| Time | Description |
|------|-------------|
| 14:25:42 | RSPV(m/s): 0.3/0.5 |
| 14:25:43 | RIPV(m/s): 0.3/0.5 |
| 14:28:21 | *****Basic Interval***** |
| 14:28:21 | Intervals: Post |
| 14:28:21 | RR: |
| 14:28:21 | HR: 86 |
| 14:28:21 | AA: 693 |
| 14:28:21 | PR: 121 |
| 14:28:21 | PA: 39 |
| 14:28:22 | AH: 56 |
| 14:28:22 | HIS Duration: 11 |
| 14:28:22 | HV: 43 |
| 14:28:22 | QRS: 75 |
| 14:28:22 | QT: 352 |
| 14:28:28 | Note: VO for Protamine 40 mg IV - Dr Srivathsan to CRNA |
| 14:28:56 | All Catheters Removed: Pentaray removed from the Atrium and left in the sheath for sheath removal |
| 14:29:09 | post case 12 lead EKG |
| 14:29:25 | ICE Catheter: Cath Sndstar Eco 10fr Repro - ICE catheter removed. |
| 14:29:35 | ———————————————— |
| 14:29:36 | *****Ablation Summary***** |
| 14:29:36 | Total # Of Ablations: 179 |
| 14:29:36 | Total Ablation Time: 15:42 |
| 14:29:44 | Total Irrigation Fluid: 830 |
| 14:29:44 | Case End |
| 14:29:46 | Ablation Catheter: Cath Abl Thrmcl St Df - Ablation catheter removed at the left atrium.Left in sheath for sheath pull |
| 14:30:18 | EP Catheter: Cath Diag Str Orbiter 7fr - EP catheter removed at the coronary sinus. |
| 14:30:50 | Procedure Finish: Intra-proc |
| 14:30:50 | Procedure End - 3D Mapping - Carto: Physician: Srivathsan, Komandoor, M.D. Service: Electrophysiology (Panel 1) |
| 14:30:50 | Srivathsan, Komandoor, M.D. - Out: Role: Primary Service: Electrophysiology (Panel 1) |
| 14:30:55 | Family Updated: Family updated on the progress of the procedure. |
| 14:38:00 | Intake/Output: Lactated Ringers Fixed Rate - Volume (mL): |
| 14:38:00 | Lactated Ringers Fixed Rate: Anesthesia Volume Adjustment Rate: 0 Route: intravenous |
| 14:42:04 | Radiation Tracking: Panel 1: Srivathsan, Komandoor, M.D. Radiation (mGy) = 359.600 Fluoro Time (min) = 20.0 DAP (Gy-cm2) = 4.401 |
| 14:42:52 | Verified: Verify-Willhite, Julie R, R.T.(R), CV |
| 14:43:46 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Groin |
| 14:44:06 | lidocaine 10 mg/mL (1 %) injection (XYLOCAINE): 10 mL Given Rate: 0 Route: subcutaneous Site: Right Neck |
| 14:49:00 | Percutaneous Access Site Arterial Right Femoral 4 Fr. Removed: Removal Date/Time: 06/12/19 1449 Placement Date/Time: 06/12/19 1021 Arterial or Venous access: Arterial Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: 4 Fr. At... |
| 14:50:00 | Percutaneous Access Site Right Internal Jugular 8 Fr. Removed: Removal Date/Time: 06/12/19 1450 Placement Date/Time: 06/12/19 0959 Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: Right Internal Jugular Sheath Size:... |
| 14:51:00 | Percutaneous Access Site Venous Right Femoral 8 Fr. Removed: Removal Date/Time: 06/12/19 1451 Placement Date/Time: 06/12/19 1022 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Placed by: Dr Abrich Venous Vessel Location: Right Femoral Sheath Size: (c) 8 Fr. Attached to: Heparinix... |
| 14:52:00 | Percutaneous Access Site Venous Right Femoral 11 Fr. Removed: Removal Date/Time: 06/12/19 1452 Placement Date/Time: 06/12/19 1023 Arterial or Venous access: Venous Site Prep: Chlorhexidine (Preferred) Site Prep Agent has Completely Dried Before Insertion: Yes Placed by: Dr Abrich Venous Vessel Location: R... |
| 15:07:05 | Complications: Complications Complications: |
| 15:07:14 | Disposition: Disposition Disposition: |
| 15:07:42 | Non-OR to PACU: Intra-proc: Recovery |
| 15:08:00 | ETT Removed: Removal Date/Time: 06/12/19 1508 Placement Date/Time: 06/12/19 (c) 0906 Mask Ventilation: Easy mask ETT Type: Standard ETT Tube Size: 7.5 mm Cuffed: Yes Blade Size: Miller 2 Location: Oral |

**Lincoln/Marcus 3518**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



# MAYO CLINIC

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

CSN: 2000281081006            ELECTROPHYSIOLOGY TESTING
MRN: 12-300-675                MAYO CLINIC - ARIZONA                12-Jun-2019
MARCUS, LESLIE                    FINAL REPORT                    Page 11 of 11

**Lincoln/Marcus 3519**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

Documents (group 1 of 2) (continued)

**Lincoln/Marcus 3520**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO CLINIC**

06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Documents (group 2 of 2)

### Diagnostic Report - ECG

#### Scan on 6/13/2019 7:23 AM

Scan (below)

| MARCUS, LESLIE | | ID:12300675 | | 13-JUN-2019 07:20:38 | MAYO CLINIC-AZ4W   ROUTINE RECORD |
|---|---|---|---|---|---|

| | (48 yr) | Vent rate | 87 | BPM | Normal sinus rhythm |
| Female | | PR interval | 142 | ms | Normal ECG |
| | | QRS duration | 92 | ms | When compared with ECG of 12-JUN-2019 15:40, |
| Room 434 | | QT/QTc | 366/440 | ms | Nonspecific T wave abnormality now evident in Inferior leads |
| Loc 4005 | | P-R-T axes | 71  48 | 36 | |

Technician ID: 11002
Test ind:Post

Referred by: VATSAL LADIA

Confirmed By: SAMUEL UNZEK MD

25mm/s   10mm/mV   150Hz   8.0 SP2   12SL 241   CID: 35

EID:12009 EDT: 12:58 13-JUN-2019 ORDER: 504023807 ACCOUNT: 300028108I006
Page 1 of 1

#### Scan on 6/12/2019 3:43 PM

Scan (below)

**Lincoln/Marcus 3521**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

## 06/12/2019 - Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**



## Diagnostic Report - Echo

### Scan on 6/13/2019 10:46 AM

Scan (below)

**Lincoln/Marcus 3522**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/12/2019, D/C: 6/13/2019



**MAYO
CLINIC**

06/12/2019: Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**

12-300-675                    Echocardiography Laboratory          Performed 13 Jun 2019
Marcus, Ms. Leslie S              MAYO CLINIC ARIZONA              Printed 13 Jun 2019
Born:          Sex: F 48              Final Report                      Page 1 of 2
Responsible Consultant: Freeman, William K 1-5280

**Demographics**
   Height: 165.1 cm    Weight: 66.3 kg    BSA: 1.73 m²          BMI: 24.32
   Procedure Start Time: 06/13/2019 07:37 AM    Location: MCA Hospital
   Patient Class: OP
   Referring Provider: Ladia, Vatsal M., M.D.      Indication for Study: Check for pericardial effusion post atrial
   fibrillation ablation

**Procedure**
   Type: MCA Adult TTE
   Components: 2-D Limited

**Referral Diagnosis**
   Pericardial effusion,
   One day post ablation

**Hemodynamics**
   Heart Rate: 85 BPM
   Blood Pressure: 127 / 89 mmHg
   ECG:
     Sinus rhythm

**Media Details**
   Server #Prosolv

**Final Impressions**
   1. Limited echocardiogram performed to evaluate for pericardial effusion one day status post ablation.
   2. Status post catheter ablation (06/12/2019).
   3. No pericardial effusion.
   4. Normal left ventricular chamber size.
   5. Estimated ejection fraction range 60 % – 65 %.

**Findings**
   Echocardiographic images interpreted at MCA – Hospital campus. RIGHT VENTRICLE: Normal right ventricular size. Normal
   right ventricular function. OTHER ECHO FINDINGS: Normal inferior vena cava size.

**Measurements**                                    **Value**

                                          Value      Normals

   Left Ventricle
   2D:
     Dimension (d) (mm)                      42       38 – 52
     Dimension (s) (mm)                      26       23 – 35
   Tricuspid Valve Systolic:
   RIGHT HEART PRESSURE:
     RA pressure (estimated)(mmHg)            5


**Serial Studies**

| General | 06/13/19 | 05/05/19 |
|---|---|---|
| BSA(m²) | 1.73 | 1.70 |
| BMI(kg/m²) | 24.32 | 23.41 |
| Heart Rate(BPM) | 85 | 75 |
| BP Systolic(mmHg) | 127 | 108 |
| BP Diastolic(mmHg) | 89 | 72 |
| IVSd (2D)(mm) | | 7 |
| LVPWd (2D)(mm) | | 6 |
| LVIDd (2D)(mm) | 42 | 45 |
| SV Index(ml/m²) | | 36 |
| Cardiac Index(l/min/m²) | | 2.72 |
| LV Mass Index (2D)(g/m²) | | 51 |
| LA Vol Index (Simpson's)(ml/m²) | | 26 |
| E/A Ratio | | 1.25 |
| MV DT(msec) | | avg 227 |

                  CONTINUED ON NEXT PAGE                    MC1183-4

**Lincoln/Marcus 3523**

7E291190008

■



MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 - Admission(Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Documents (group 2 of 2) (continued)

| 12-300-675 | | Echocardiography Laboratory | Performed 13 Jun 2019 |
|---|---|---|---|
| Marcus, Ms. Leslie S | | MAYO CLINIC ARIZONA | Printed 13 Jun 2019 |
| Born: | Sex: F 48 | Final Report | Page 2 of 2 |

**General (Continued)**

| General | 06/13/19 | 05/05/19 |
|---|---|---|
| E/e' Ratio | | 5.0 |
| RV Pressure(mmHg) | | 25 |

**Roles**

| Role | Name | Electronically Authenticated By | Date/Time |
|---|---|---|---|
| Adult Cardiac Sonographer | Radavich, Michael S RDCS | | |
| Advanced Clinical Sonographer (Review) | Lusk, Joan RDCS | | |
| Consultant | Freeman, William K MD | Freeman, William K MD | 06-13-2019 12:45 PM |

END OF REPORT                    MC1183-4

10/11/2019 9:15 AM    User:             Release ID:41240319        Care Everywhere ID: MAY-876-686D       Page 146
                      IDMPROD19991070

**Lincoln/Marcus 3524**

7E291190008



MAYO
CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

06/12/2019 Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Documents (group 2 of 2) (continued)

**Radiology - Screening Form**

**Scan on 6/13/2019 10:35 PM**

Scan (below)

---

**Lincoln/Marcus 3525**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**06/12/2019 - Admission(Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Documents (group 2 of 2) (continued)**

 **MAYO CLINIC** *Radiology Pre-Exam Pregnancy Assessment*

Form content retained in medical record.
Route to scanning.

**TO BE SCANNED**



Marcus, Leslie S
(43 yrs) Female
DOB
MRN: 12-300-675  CSN: 2000281031006
Enctr Dr: 6/12/2019

This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

| |
|---|
| Are you known to be pregnant?  ☐ Yes  ☐ No |
| Is there a chance you could be pregnant?  ☐ Yes  ☐ No |
| If yes, do you want to take a pregnancy test? *  ☐ Yes  ☒ No  * You will be financially responsible for what your health insurance does not cover. |
| Are you breastfeeding?  ☐ Yes  ☒ No |

| Patient Signature | Date (mm-dd-yyyy) 06/12/19 |
|---|---|

| |
|---|
| Are you younger than 18 years of age?  ☐ Yes  ☐ No  With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them. |

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
|---|---|---|
| | | |

**For Departmental Use Only**

| Pregnancy Test |  |
|---|---|
| ☐ Indeterminate or Positive | |
| ☐ Negative | |
| ☒ Declined | |
| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) 6/12/19 |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.

©2017 Mayo Foundation for Medical Education and Research

RADSCH

MC1030-26

**Lincoln/Marcus 3526**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/12/2019, D/C: 6/13/2019

**MAYO CLINIC**

**06/12/2019 - Admission (Discharged) - Mayo Clinic Hospital Fourth Floor (continued)**

**Documents (group 2 of 2) (continued)**

**Lincoln/Marcus 3527**

7E291190008

■



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

06/11/2019 : CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona

**Reason for Visit**

Visit diagnosis: Arrhythmia [I49.9]

**Imaging**

## Imaging

### CT Cardiac Angiogram Pulmonary Veins with IV [2222503189769] (Final result)

CT Cardiac Angiogram Pulmonary Veins with IV [2222503189769]        Resulted: 06/11/19 1803, Result status: Final result

Ordering provider: Srivathsan, Komandoor, M.D. 06/11/19 1457
Resulted by: Cummings, Kristopher W, M.D.

Order status: Completed
Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 06/11/19 2106

Performed: 06/11/19 1732 - 06/11/19 1749
Resulting lab: POWERSCRIBE360
Narrative:
EXAM: CT CARDIAC ANGIOGRAM PULMONARY VEINS WITH IV CONTRAST

Accession number: 11256730

ADDITIONAL HISTORY: None

TECHNIQUE: CT Cardiac Angiography utilizing intravenous contrast performed according to pulmonary vein protocol including arterial and delayed venous phases.

3-D images, including volume rendered reconstructions, were performed on an independent 3-D workstation under physician supervision to clarify relevant pulmonary vein anatomy and, when relevant, to assist in pre-ablation planning.

COMPARISON: None

FINDINGS:

Left atrium and Pulmonary Veins:

Left atrial size, AP dimension: 20 mm. No filling defects are seen within the left atrium or left atrial appendage to suggest thrombus.

Right superior pulmonary vein ostium: 11 mm x 21 mm with early branching 5 mm from the ostium

Right inferior pulmonary vein ostium: 14 mm x 14 mm with early branching 4 mm from the ostium

Left superior pulmonary vein ostium: 14 mm x 17 mm with no early branch

Left inferior pulmonary vein ostium: 7 mm x 16 mm with immediate ostial branching

Mild thickening circumferentially of the mid and distal esophagus possibly related to reflux esophagitis without focal lesion. Heart normal in size without pericardial effusion. No mediastinal or hilar lymphadenopathy. Limited visualization of the upper abdomen normal. No osseous lesion is seen.

Mild areas of bronchial wall thickening within the upper lobes right greater than left likely related to mild small airways disease. No consolidative

**Lincoln/Marcus 3528**

7E291190008

Marcus, Leslie: S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/11/2019, D/C: 6/11/2019



## 06/11/2019 CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)

**Imaging (continued)**

pneumonia.

Impression:

1. Normal pulmonary venous return to the left atrium with early branching from
the right superior, right inferior and left inferior pulmonary veins.
2. Mild bronchitis without consolidative pneumonia.
3. Circumferential thickening of the mid and distal esophagus possibly related
to mild reflux esophagitis.

Acknowledged by: Srivathsan, Komandoor, M.D. on 06/12/19 1252

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Cummings, Kristopher W, M.D. on 6/11/19 at 1803 MST

**All Reviewers List**

Srivathsan, Komandoor, M.D. on 6/12/2019 12:52

**Documents**

**Radiology - Screening Form**

**Scan on 6/12/2019 5:39 PM**

Scan (below)

**Lincoln/Marcus 3529**

7E291190008


# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

06/11/2019 CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix Arizona (continued)

**Documents (continued)**

---

**MAYO CLINIC**

## Outpatient CT Screening

MRN 12-300-675
Marcus, Leslie S
DOB:          (48 yrs)  Female  Enctr Dt: 6/11/2019
CSN: 2000253085905

Your CT may require the injection of x-ray "dye" (iodinated c... complete this form in its entirety.

| Name | LESLIE Marcus | | | Medical Record Number | |
|---|---|---|---|---|---|
| Date of Birth | Age 48 | Gender F | Height (inches) 5'5"-11 | Weight (pounds) 140 | |

| | | | |
|---|---|---|---|
| 1. | Have you had x-ray "dye" (iodinated contrast media) before? | ☒ Yes  ☐ No | |
| 2. | Have you ever had a reaction to x-ray "dye" (iodinated contrast media)? | ☐ Yes  ☒ No | |
| | If yes, what kind of reaction did you have? _____ | | |
| | If yes, did you take medication for today's CT to prevent such a reaction? | ☐ Yes  ☐ No  ☐ N/A | |
| | If yes, what and when? _____ | | |
| 3. | Do you have any allergies?  If yes, what? IV CONTRAST Iodine ___ Zofran | ☒ Yes  ☐ No | |
| 4. | Did you eat any food or drink any thick liquids (e.g. milk, orange juice with pulp, or tomato juice) in the last four hours? | ☐ Yes  ☒ No | |
| | If yes, what and when? _____ | | |
| 5. | Are you female 10 through 55 years of age? | ☒ Yes  ☐ No  ☐ N/A | |
| | If yes, did you fill out the Pre-Exam Pregnancy Assessment form? | ☐ Yes  ☒ No | |
| 6. | Do you have two normally functioning kidneys? | ☒ Yes  ☐ No | |
| | Are you on dialysis? | ☐ Yes  ☒ No  ☐ N/A | |
| | Do you have a single kidney or kidney transplant? | ☐ Yes  ☒ No | |
| | Have you had a kidney stone in the past? | ☐ Yes  ☒ No | |
| | Comments _____ | | |
| 7. | For Females: In the past two years, have you had cancer or surgery involving your kidneys, ureters, bladder, ovaries, uterus or cervix? | ☐ Yes  ☒ No  ☐ N/A | |
| | For Males: In the past two years, have you had cancer or surgery involving your kidneys, ureters, bladder or prostate? | ☐ Yes  ☒ No  ☐ N/A | |
| | If yes, specify _____ | | |
| 8. | Do you have diabetes? | ☐ Yes  ☒ No | |
| 9. | Do you take metformin or a medication that contains metformin (e.g. Actoplus Met®, Avandamet®, Fortamet®, Glucophage®, Glucovance®, Glumetza®, Janumet®, Metaglip® or Riomet®) for diabetes or any other medical condition? | ☐ Yes  ☒ No | |
| 10. | Do you have heart problems, (e.g. congestive heart failure [CHF] or coronary artery disease [CAD])? | ☒ Yes  ☐ No | |
| | If yes, specify AFIB W/ tachacardia | | |
| | Do you have coronary artery stents or bypass grafts (CABGs)? | ☐ Yes  ☒ No | |
| 11. | Do you have asthma or other lung problems? | ☒ Yes  ☐ No | |
| | If yes, specify asthma | | |
| 12. | Do you have an implanted medical device (e.g. an IV infusion port (PowerPort), pacemaker, implantable cardioverter defibrillator [ICD], neurostimulator, or pain pump)? | ☐ Yes  ☒ No | |
| | If yes, specify _____ | | |

Completed by: ☒ Patient  ☐ Other

Signature: _____   Date: 06/11/19   Time: 301

Printed Name: Leslie Marcus

Reviewed by: ☒ Radiology Nurse (with contrast) and/or  ☐ Technologist (without or with contrast)

Signature: Ashley Salika, RN   Date: 6/11/19   Time: 350 PM

Printed Name: Ashley Salika

MC514551rev0217

---

**Lincoln/Marcus 3530**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

**06/11/2019 CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

**Scan on 6/12/2019  5:32 PM**

Scan (below)

**Lincoln/Marcus 3531**

7E291190008

■



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

## 06/11/2019 CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)

### Documents (continued)

MAYO CLINIC

**Radiology Pre-Exam Pregnancy Assessment**

Form content retained in medical record.
Route to scanning.

**TO BE SCANNED**



This test uses radiation to acquire images. Due to the potential risk of radiation exposure to an unborn child, it is important that we are aware of your pregnancy status.

Are you known to be pregnant?
☐ Yes  ☒ No

Is there a chance you could be pregnant?
☐ Yes  ☒ No

If yes, do you want to take a pregnancy test? *
☐ Yes  ☒ No
* You will be financially responsible for what your health insurance does not cover.

Are you breastfeeding?
☐ Yes  ☒ No

| Patient Signature | Date (mm-dd-yyyy) |
|---|---|
| | 06/11/2019 |

Are you younger than 18 years of age?
☐ Yes  ☒ No
With few exceptions, if you are less than 18 years old, consent for a urine pregnancy test will be obtained from your parent or legal guardian and the result will be shared with them.

| Parent or Legal Guardian Signature | Parent or Legal Guardian Printed Name | Date (mm-dd-yyyy) |
|---|---|---|
| | | |

### For Departmental Use Only

Pregnancy Test
☐ Indeterminate or Positive
☐ Negative
☒ Declined

| A. Nurse or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
|---|---|
| Ashley Saliba, RN | 06/11/2019 |
| Nurse or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |
| Ashley Saliba | |
| B. Technologist or Level 1 or 2 Trained Allied Health Staff Member Signature | Date (mm-dd-yyyy) |
| | 6/11/19 |
| Technologist or Level 1 or 2 Trained Allied Health Staff Member Printed Name | |

If the patient answers YES to ANY of the yes/no questions, signatures A and B are required and cannot be the same persons; if the patient answers NO to ALL of the yes/no questions, signature B is sufficient.



©2017 Mayo Foundation for Medical Education and Research

MC1035-67

**Lincoln/Marcus 3532**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

**06/11/2019 CT Angio Heart/Pulm Exam in Department of Radiology in Phoenix, Arizona (continued)**

**Documents (continued)**

.

**Lincoln/Marcus 3533**

7E291190008

■



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

06/11/2019 AIC US IV ASSIST Department of Infusion Therapy in Phoenix, Arizona

Imaging

## Procedural Imaging

### Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756] (Final result)

**Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756]**

Resulted: 06/11/19 1336, Result status: Final result

Ordering provider: Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM 06/11/19 1255

Order status: Completed

Filed by: Heam, Melysha D, R.N. 06/11/19 1638
Accession number: 11500178

Performed: 06/11/19 1255 - 06/11/19 1255

Narrative:
Hearn, Melysha D, R.N.    6/11/2019  1:38 PM
Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 6/11/2019 1:38 PM
Performed by: Heam, Melysha D, R.N.
Authorized by: Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM

Pre-procedure details:
 Indication: IV access needed
 Provider performed due to:  Complicated insertion
 Location:  Upper extremity
 Upper extremity:  Left anterior forearm
 Skin preparation:  Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
 Anesthesia method:  None
Procedure details:
 Ultrasound guidance: yes
 Images saved: yes
 Size (gauge):  20 G (insyte 1.16in)
 Number of attempts:  1
Post-procedure details:
 Assessment: free fluid flow
 Procedure completed successfully: yes
 Complications: no immediate complications
Post-procedure diagnoses:
Arrhythmia

## Indications

Arrhythmia [I49.9 (ICD-10-CM)]

**Lincoln/Marcus 3534**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

06/11/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona

## Reason for Visit

Visit diagnosis: Arrhythmia [I49.9]

## Clinical Notes

### Procedures

Hearn, Melysha D, R.N. at 6/11/2019 4:38 PM

Author: Hearn, Melysha D, R.N.          Service: NSG (Nursing Services)          Author Type: Registered Nurse
Filed: 6/11/2019 4:38 PM          Date of Service: 6/11/2019 4:36 PM          Status: Signed
Editor: Hearn, Melysha D, R.N. (Registered Nurse)
  Procedure Orders
  1. Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756] ordered by Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM at 06/11/19 1255

  Post-procedure Diagnoses
  1. Arrhythmia

## Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 6/11/2019 1:36 PM
Performed by: Hearn, Melysha D, R.N.
Authorized by: Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM

Pre-procedure details:
  Indication: IV access needed
  Provider performed due to: Complicated insertion
  Location: Upper extremity
  Upper extremity: Left anterior forearm
  Skin preparation: Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method: None
Procedure details:
  Ultrasound guidance: yes
  Images saved: yes
  Size (gauge): 20 G (insyte 1.16in)
  Number of attempts: 1
Post-procedure details:
  Assessment: free fluid flow
  Procedure completed successfully: yes
  Complications: no immediate complications

Electronically signed by Hearn, Melysha D, R.N. at 6/11/2019 4:38 PM

### Sedation Note

10/11/2019 9:15 AM    User: IDMPROD18991070    Release ID:41240319    Care Everywhere ID: MAY-876-686D    Page 157

**Lincoln/Marcus 3535**

7E291190008



Marcus, Leslie S
MRN: 112-300-675, DOB:          Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

## MAYO CLINIC

**06/11/2019 - Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix, Arizona (continued)**

### Clinical Notes (continued)

**Atwal, Danish, M.D. at 6/11/2019 4:40 PM**

| | | |
|---|---|---|
| Author: Atwal, Danish, M.D. | Service: CVD (Cardiovascular Diseases) | Author Type: Fellow |
| Filed: 6/11/2019 7:11 PM | Date of Service: 6/11/2019 4:40 PM | Status: Signed |
| Editor: Atwal, Danish, M.D. (Fellow) | | |

### Presedation Assessment

**Patient: Leslie S Marcus**

**Consents Obtained: written**
The benefits, risks, and alternatives to the procedure and the potential need for sedation or anesthesia as well as the names, roles and responsibilities of healthcare team members performing significant interventional tasks were discussed with the patient and/or decision maker: yes
Procedure / Reason for visit: **Pre A Fib ablation**
The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history and problem list. yes
Review of systems: **pertinent ROS negative**
Mallampati: **II - soft palate, uvula, fauces visible**
Heart: **normal**
Lung: **normal**
ASA physical exam: **class 2 - patient with mild systemic disease**
Sedation plan: **moderate sedation**
**Patient seen, evaluated and approved for sedation**

Electronically signed by Atwal, Danish, M.D. at 6/11/2019 7:11 PM

### Imaging

#### Echocardiography

##### Echo Transesophageal (TEE) [2222503189744] (Discontinued)

| Echo Transesophageal (TEE) [2222503189744] | Resulted: 06/11/19 1219, Result status: In process |
|---|---|
| Ordering provider: Srivathsan, Komandoor, M.D. 06/11/19 1206 | Order status: Canceled |
| Discontinued by: Buono, Ronald J, R.D.C.S. 07/12/19 1248 [Duplicate] | Filed by: Layman, Amber S, R.N. 06/11/19 1519 |
| Resulting lab: MC CV EIMS | |

**Testing Performed By**

| Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

Lincoln/Marcus 3536

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/11/2019, D/C: 6/11/2019



**MAYO CLINIC**

06/11/2019 Trans-Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix Arizona (continued)

## Imaging (continued)

### Indications

Arrhythmia [I49.9 (ICD-10-CM)]

### Procedural Imaging

**Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756] (Final result)**

| Vascular Access US IV Assist: No upper extremity site restrictions [2222503189756] | Resulted: 06/11/19 1336, Result status: Final result |
|---|---|
| Ordering provider: Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM 06/11/19 1255 | Order status: Completed |
| Filed by: Hearn, Melysha D, R.N. 06/11/19 1638 | Performed: 06/11/19 1255 - 06/11/19 1255 |

Accession number: 11500178
Narrative:
Hearn, Melysha D, R.N.    6/11/2019  1:38 PM
Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 6/11/2019 1:36 PM
Performed by: Hearn, Melysha D, R.N.
Authorized by: Naqvi, Tasneem Z, M.B.B.S., M.D., MBA/HCM

Pre-procedure details:
 Indication: IV access needed
 Provider performed due to: Complicated insertion
 Location: Upper extremity
 Upper extremity: Left anterior forearm
 Skin preparation: Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
 Anesthesia method: None
Procedure details:
 Ultrasound guidance: yes
 Images saved: yes
 Size (gauge): 20 G (insyte 1.16in)
 Number of attempts: 1
Post-procedure details:
 Assessment: free fluid flow
 Procedure completed successfully: yes
 Complications: no immediate complications
Post-procedure diagnoses:
Arrhythmia

### Indications

Arrhythmia [I49.9 (ICD-10-CM)]

## Vitals

| Date/Time | Pulse | Resp | BP | SpO2 |
|---|---|---|---|---|

**Lincoln/Marcus 3537**

■                                                          7E291190008



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 6/11/2019, D/C: 6/11/2019

06/11/2019 Trans Esophageal Echocardiogram Testing in Division of Cardiovascular Diseases in Phoenix Arizona (continued)

**Vitals (continued)**

| Date/Time | Pulse | Resp | BP | SpO2 |
|---|---|---|---|---|
| 06/11/19 14:26:27 | — | 14 | 118/74 | 100 % |
| 06/11/19 14:25:02 | 75 | 14 | — | 99 % |
| 06/11/19 1425 | — | — | 118/74 | — |
| 06/11/19 14:20:03 | 78 | 13 | — | 100 % |
| 06/11/19 14:15:03 | 72 | 14 | — | 100 % |
| 06/11/19 1415 | — | — | 99/68 | — |
| 06/11/19 14:10:03 | 72 | 13 | — | 100 % |
| 06/11/19 14:05:03 | 64 | 18 | — | 100 % |
| 06/11/19 14:04:03 | 70 | — | — | 100 % |
| 06/11/19 14:00:03 | — | 20 | — | — |
| 06/11/19 1400 | — | — | 105/69 | — |
| 06/11/19 13:55:03 | 81 | 19 | — | 100 % |
| 06/11/19 13:50:03 | 82 | 14 | — | 100 % |
| 06/11/19 1350 | — | — | 102/66 | — |
| 06/11/19 13:45:03 | 77 | 12 | — | 100 % |
| 06/11/19 13:41:34 | — | 11 | — | — |
| 06/11/19 13:41:18 | — | — | 114/72 | — |
| 06/11/19 13:40:04 | 82 | — | — | 100 % |
| 06/11/19 13:39:34 | 90 | — | — | 100 % |
| 06/11/19 13:35:04 | — | 11 | — | — |
| 06/11/19 13:30:04 | — | 17 | — | — |
| 06/11/19 13:25:04 | — | 16 | — | — |
| 06/11/19 13:20:04 | — | 16 | — | — |
| 06/11/19 13:15:04 | — | (!) 9 | — | — |
| 06/11/19 13:10:04 | — | 13 | — | — |
| 06/11/19 13:05:05 | — | 12 | — | — |
| 06/11/19 13:00:05 | — | 11 | — | — |
| 06/11/19 12:57:58 | — | — | (!) 114/93 | — |
| 06/11/19 12:55:05 | — | 10 | — | — |
| 06/11/19 12:50:05 | — | 18 | — | — |
| 06/11/19 12:47:35 | 79 | — | — | 100 % |
| 06/11/19 12:45:05 | 76 | 22 | — | 100 % |
| 06/11/19 12:40:05 | 80 | 15 | — | 100 % |
| 06/11/19 1240 | — | — | 122/87 | 100 % |
| 06/11/19 12:39:05 | 81 | 14 | — | 94 % |

**Lincoln/Marcus 3538**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:              , Sex: F
Visit date: 5/16/2019


**MAYO CLINIC**

**05/16/2019: Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona**

### Reason for Visit

Visit diagnoses:
- Insomnia [G47.00]
- Depression Anxiety (primary) [F41.8]

### Clinical Notes

Consults - Outpatient

Tashman, Yasemin S, M.D. at 5/16/2019 4:30 PM

Author: Tashman, Yasemin S, M.D.     Service: SLM Sleep Medicine     Author Type: Physician
Filed: 5/16/2019 5:37 PM     Encounter Date: 5/16/2019     Status: Signed
Editor: Tashman, Yasemin S, M.D. (Physician)

### REASON FOR REFERRAL:


### HISTORY OF PRESENT ILLNESS

Ms. Marcus is a lovely 47 y.o. female who presents to Mayo Sleep Disorders Center for sleep initiation insomnia. The patient was referred by Barbara S Novais, APRN,*. The patient comes alone. She has a past medical history significant for atrial fibrillation on Eliquis, DVTs and pulmonary emboli, anxiety. The following is a review of her history:

She has been an insomniac her entire life. Her insomnia was aggravated in December 2017 after a car accident. She had stopped on the 101 and a car hit her from behind. She developed a constellation of health issues after the car accident. She had back pain and reacted adversely to the steroid injections. She was diagnosed with atrial fibrillation and has been on anticoagulation with Eliquis. After flying on an airplane she developed multiple DVTs and pulmonary emboli. She feels the car accident ruined her life. She is extremely worried about losing her job as a regional manager for military housing. She is also worried about losing her health insurance.

She does endorse snoring. She denies choking gasping or witnessed apneas. She has a history of surgical menopause. She was placed on estrogen therapy but that was discontinued after her DVTs and pulmonary emboli.

Her support system includes her boyfriend.

She has tried Lunesta and Ambien.
Currently she is taking clonazepam 1.5 mg q.h.s. but it does not work.

Epworth sleepiness scale: 2

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

### CURRENT MEDICATIONS:

Current Medications:
- apixaban (ELIQUIS) 5 mg tablet, Take 5 mg by mouth 2 (two) times a day.
- atorvastatin (LIPITOR) 20 mg tablet, Take 20 mg by mouth every morning.
- CANNABIDIOL, CBD, EXTRACT ORAL, Take by mouth daily.

**Lincoln/Marcus 3539**

7E291190008



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:                 Sex: F
Visit date: 5/16/2019

05/16/2019: Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)

Clinical Notes (continued)

• clonazePAM (KlonoPIN) 1 mg tablet, TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY
• metoprolol tartrate (LOPRESSOR) 25 mg tablet, Take 1 tablet (25 mg total) by mouth 2 (two) times a day.
• pantoprazole (PROTONIX) 40 mg EC tablet, Take 40 mg by mouth 2 (two) times a day.
• propafenone (RYTHMOL SR) 425 mg 12 hr capsule, Take 1 capsule (425 mg total) by mouth every 12 (twelve) hours.
• sucralfate (CARAFATE) 100 mg/mL suspension, Take 10ml PO QID
• mirtazapine (REMERON SOL-TAB) 30 mg disintegrating tablet, Take 1 tablet (30 mg total) by mouth at bedtime.

**ALLERGIES:**
**Allergies**

| Allergen | Reactions |
|---|---|
| • Corticosteroids (Glucocorticoids) | Palpitations |
| • Tape [Adhesive] | Rash |
| • Zofran [Ondansetron Hcl] | Other (see comments) |
| *No reaction listed* | |

**Past Medical History:**
 has a past medical history of Fibrillation Atrial (HCC); Gastroesophageal Reflux Disease NOS; Pulmonary Embolism NOS; Tachycardia Supraventricular (HCC); and Thrombosis Deep Vein Personal History.

**PAST SURGICAL HISTORY:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABLATION ATRIAL FIBRILLATION | | |
| • HYSTERECTOMY | | |

**Social History:**
 reports that she has quit smoking. She has never used smokeless tobacco. She reports that she uses drugs. She reports that she does not drink alcohol.
She took a leave of absence from work on May 3, 2019. She was working as a regional manager for military housing.
**Family History:**
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Coronary artery disease | Father | |
| • Hearing loss | Father | |
| • Vision loss | Father | |
| • Other (ANA positive) | Sister | 47 |
| • Endometriosis | Sister | 56 |
| • Depression | Sister | |

**Lincoln/Marcus 3540**



7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/16/2019

**MAYO CLINIC**

05/16/2019 - Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)

**Clinical Notes (continued)**

## REVIEW OF SYSTEMS
A complete review of systems was performed and is otherwise unremarkable.

## PHYSICAL EXAM
Vitals:

|  | 05/16/19 1332 |
| --- | --- |
| BP: | 123/83 |
| BP Location: | Left arm |
| Patient Position: | Sitting |
| Cuff Size: | Regular |
| Pulse: | 72 |
| SpO2: | 100% |
| Weight: | 63.5 kg |
| Height: | 164.5 cm |

General: Pleasant, cooperative, no acute distress

Face:
Infraorbital darkening:  No
Mouth breathing:  No
Elongated midface:  No

Nasal airways:
Symmetry of nares:  Yes
Nasal valve collapse:  No
Nasal septal deviation:  No
Turbinate hypertrophy:  No

Mouth
Friedman score:  3
Tonsil size:  1
High narrow hard palate:  No
Large uvula:  Yes
Malocclusion class: 1
Overjet:  1 mm
Overbite:  No
Crossbite:  No
Open bite:  No
Teeth marks on inside of cheeks:  No
Scalloping of tongue:  No
Worn occlusive surface:  No

**Lincoln/Marcus 3541**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Visit date: 5/16/2019

**05/16/2019: Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)**

**Clinical Notes (continued)**

Macroglossia: No
Mandibular retrognathia: No
Maxillary deficiency: No

Neck circumference: 32 cm

Respiratory: CTAB.

Cardiovascular: RRR

Gastrointestinal: Bowel sounds present. No tenderness to palpation.

Extremities: No clubbing, cyanosis or edema.

Skin: No rash or significant lesions noted.

Musculoskeletal: Gait normal. Digits and nails normal. Inspection and range of movement of cervical spine normal. Normal strength of neck muscles.

ASSESSMENT
1. Sleep Initiation Insomnia
2. Depression
3. Atrial fibrillation on anticoagulation

PLAN

For the sleep initiation insomnia the patient will take mirtazapine 30 mg at bedtime
She will decrease clonazepam use
She will be referred to psychiatry for evaluation of her depression and initiation of an SSRI
Follow up prn

40 min with the patient greater than half in counseling

Yasemin Tashman, M.D.

Electronically signed by Tashman, Yasemin S, M.D. at 5/16/2019 5:37 PM

**Vitals**

| Vital Signs | Most recent update: 5/16/2019 1:33 PM |
|---|---|

| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 164 |
|---|---|---|---|---|

**Lincoln/Marcus 3542**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Visit date: 5/16/2019

## 05/16/2019: Comprehensive Visit in Division of Sleep Medicine in Phoenix, Arizona (continued)

### Vitals (continued)

| BP | Pulse | Ht | Wt | SpO2 |
|---|---|---|---|---|
| 123/83 (BP Location: Left arm, Patient Position: Sitting, Cuff Size: Regular) | 72 | 164.5 cm | 63.5 kg | 100% |

BMI
23.47 kg/m²

**Lincoln/Marcus 3543**

7E291190008

■



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/5/2019, D/C: 5/5/2019

## MAYO CLINIC

05/05/2019 AIC US IV ASSIST in Department of Infusion Therapy in Phoenix, Arizona

**Imaging**

**Procedural Imaging**

**Vascular Access US IV Assist: No upper extremity site restrictions [2222486798419] (Final result)**

| Vascular Access US IV Assist: No upper extremity site restrictions [2222488798419] | Resulted: 05/04/19 2242, Result status: Final result |
|---|---|

Ordering provider: Unzek, Samuel, M.D.  05/04/19 2230
Filed by: Bailie, Conor H, R.N.  05/05/19 0142
Accession number: 11159296

Order status: Completed
Performed: 05/04/19 2230 - 05/04/19 2230

Narrative:
Bailie, Conor H, R.N.    5/4/2019 10:42 PM
Vascular Access US IV Assist: No upper extremity site restrictions
Date/Time: 5/4/2019 10:42 PM
Performed by: BAILIE, CONOR H
Authorized by: UNZEK, SAMUEL

Pre-procedure details:
  Indication: IV access needed
  Provider performed due to: Nurse unable to complete
  Location: Upper extremity
  Upper extremity: Left anterior forearm
  Skin preparation: Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method: None
Procedure details:
  Ultrasound guidance: yes
  Images saved: no
  Size (gauge): 22 G (Diffusix)
  Number of attempts: 1
Post-procedure details:
  Assessment: free fluid flow and no signs of infiltration
  Procedure completed successfully: yes
  Complications: no immediate complications
Comments:
  Performed by D. Ramirez, RN
Post-procedure diagnoses:
Fibrillation Atrial (HCC)

**Indications**

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

**Lincoln/Marcus 3544**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            , Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

**05/04/2019 - ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor**

**Reason for Visit**

Chief complaints: Anxiety, Shortness of Breath, Syncope, and Nausea
Visit diagnoses:
- **Fibrillation Atrial (primary) [I48.91]**
- Insomnia [G47.00]
Hospital problem: Fibrillation Atrial [I48.91]

**Clinical Notes**

**Consults**

Walker, Chantel N, M.S.N., R.N. at 5/6/2019 2:20 PM

| | | |
|---|---|---|
| Author: Walker, Chantel N, M.S.N., R.N. | Service: CM Care Management | Author Type: Case Manager |
| Filed: 5/6/2019 2:25 PM | Date of Service: 5/6/2019 2:20 PM | Status: Signed |
| Editor: Walker, Chantel N, M.S.N., R.N. (Case Manager) | | |

### Discharge Planning Assessment

**SUBJECTIVE**
**Referral Data**
Referral Source: RN Case Manager
Referral Reason: Discharge Planning
Who was present during the interview?: Patient, Significant other
Interpreter Services Used: No

**Patient Information**
Primary Caregiver: Self
Accompanied by/Relationship: Clay, signficant other
Support System: Immediate family

**Legal Information**
Legal Decision Maker: Self

**Caregiver Information**

**Services Requested**

**OBJECTIVE**
**Functional Status (ADLs)**
Functional Status: Independent
Assistive Devices: Other (Comment) (nebulizer)
Type of Residence: Private residence
Level of Assistance: Independent
Dressing: Independent
Feeding: Independent
Bathing: Independent
Grooming: Independent

| | | | | |
|---|---|---|---|---|
| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 167 |

**Lincoln/Marcus 3545**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**MAYO CLINIC**

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Clinical Notes (continued)**

Toileting: Independent
Behavior: Oriented
Communication: Understands English, Talks

**Environmental Supports**
Home Environment: House
Anticipated Modifications to the Patient's Home: None

**Anticipated Needs/Assistive Devices**
ADL Anticipated Needs: None
Equipment Anticipated Needs: None
Transportation Needs: Support from family, Independent to drive

**Finance/Insurance**
Primary insurance: AETNA OPEN ACCESS MANAGED CHOICE
Secondary insurance: N/A
Income Source: Employed

**Discharge Planning**
Barriers To Discharge: None
Strengths: Support of immediate family, Ability to acquire knowledge, Attitude of family, Attitude of self
Type of Residence: Private residence
Support Systems: Significant other
Assistance Recommended after Discharge: None
Home Care Services: No
Anticipated Discharge Destination: Home or Self Care
Does the patient need discharge transport arranged?: No

**ASSESSMENT / PLAN**

**Plan**
Pt is a 47 y.o. independent female who is employed full-time and resides in a single family home with her significant other, Clay. PCP is Dr. Frank Cibulka with Honor Health. Pt reported she has a nebulizer, denied having HH; dialysis or a recent admission to SNF/rehab at the time of this admission.

Pt and Clay informed of CM role. Pt reported she may be resigning from her job soon and asked what insurances are contracted with Mayo; recommended pt and Clay speak with admitting for details.

No d/c needs identified at this time; CM will remain available to assist with d/c needs if they arise.

Signed by:
Chantel Walker, M.S.N., R.N. 5/6/2019

Electronically signed by Walker, Chantel N, M.S.N., R.N. at 5/6/2019 2:25 PM

**Lincoln/Marcus 3546**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

06/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

Srivathsan, Komandoor, M.D. at 5/5/2019 1:48 PM

| | | |
|---|---|---|
| Author: Srivathsan, Komandoor, M.D. | Service: CVD (Cardiovascular Diseases) | Author Type: Physician |
| Filed: 5/5/2019 1:52 PM | Date of Service: 5/5/2019 1:48 PM | Status: Signed |

Editor: Srivathsan, Komandoor, M.D. (Physician)
Consult Orders
1. Cardiology consult (hospital) - EP/Arrhythmia [2222486858186] ordered by Novais, Barbara S, APRN, ANP-BC, M.S.N. at 05/05/19 0857

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

Patient has been having consistent rapid heartbeat that began approximately 1 week ago. States her heart rate has been approx. 140 and up to 200 today. Associated with lightheadedness, chest tightness, and difficulty breathing, nausea. States she gets short of breath with minimal exertion. She contacted her cardiologist who informed her this is normal and she needs to go the ED if heart rate is >200 for >2 hrs. She also experienced several time "passing out" today 5-10 times. Responded to verbal stimuli by her significant other. Almost lasts for couple seconds. Has been out of town when symptoms started ,she flew back to Phoenix yesterday night. Also experiencing severe frontal headache started while she was driving to the ER. She is coming to Mayo instead of Honor Health as she did not like it over there.

Atrial fibrillation started in August 2018. States she had herniated disk for which she received steroids,, epidural, never block. Patient believes that with triggers her Afib. She has been following at HonorHealth. She subsequently underwent ablation in December 18. Patient states her palpitations has not been resolved and she frequently experiences rapid heartbeat which usually happens during the night at around daily basis and subsides spontaneously. Has been taking flecainide which was switched to propafenone because "it did not help". She also reports history of PE in April for which resumed eliquis. States she is supposed to be on Eliquis prior to the episode of PE but has not been taking it regularly until the PE episode.

Social hx : takes CBD "helps with tremor"
Family hx : Noncontributory
Surgical history: Hysterectomy 12 years ago
Medications: refer to MAR
Allergies: No known drug allergy

**HISTORY OF PRESENT ILLNESS**
**Anxiety**
Symptoms include chest pain and shortness of breath.
**Shortness of Breath**
Associated symptoms include chest pain, leg swelling and syncope. Pertinent negatives include no abdominal

**Lincoln/Marcus 3547**

7E291190008

■



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 ED (to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Clinical Notes (continued)**

pain or fever.
**Syncope**
Associated symptoms include chest pain and light-headedness. Pertinent negatives include no abdominal pain, fever or slurred speech.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

## REVIEW OF SYSTEMS
Constitutional: Positive for fatigue. Negative for fever and loss of appetite.
Skin: Negative for change in mole or skin spot.
Eyes: Positive for visual problems.
ENT: Negative for difficulty hearing and persistent hoarse voice.
Respiratory: Positive for dyspnea.
Cardiovascular: Positive for chest pain, pressure or tightness, swelling in the legs or feet, syncope and rapid or fluttering heart beat.
Gastrointestinal: Positive for diarrhea. Negative for abdominal (belly) pain or cramping.
Genitourinary: Negative for difficulty urinating and pain with urination.
Hematologic: Negative for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for muscle pain/stiffness.
Neurological: Positive for loss of consciousness and light-headedness. Negative for seizures and slurred speech.

## OBJECTIVE ::

**Recent Results (from the past 24 hour(s))**
**CBC with Differential, Blood**
    Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Hemoglobin | 12.2 |
| Hematocrit | 36.4 |
| Erythrocytes | 4.43 |
| MCV | 82.2 |
| RBC Distrib Width | 13.2 |
| Platelet Count | 472 (H) |
| Leukocytes | 10.3 (H) |
| Neutrophils | 3.93 |
| Lymphocytes | 4.76 (H) |
| Monocytes | 0.87 (H) |
| Eosinophils | 0.54 (H) |
| Basophils | 0.17 (H) |

**Basic Metabolic Panel**

**Lincoln/Marcus 3548**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO
CLINIC**

**05/04/2019: ED to Hosp Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Potassium, S | 4.2 |
| Sodium, S | 140 |
| Chloride, S | 106 |
| Bicarbonate, S | 22 |
| Anion Gap | 12 |
| Bld Urea Nitrog(BUN), S | 18.7 |
| Creatinine, S | 1.06 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 72 |
| Calcium, Total, S | 10.2 (H) |
| Glucose, S | 98 |

**Troponin T, 5th Generation**

Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Troponin T, 5th gen | <6 |

**Prothrombin Time (PT/INR)**

Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Prothrombin Time, P | 14.2 (H) |
| INR | 1.3 |

**Nucleated RBC**

Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Nucleated RBC | 0.0 |

**PHYSICAL EXAM**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal heart sounds. She exhibits no edema. Exam reveals no gallop and no friction rub. No murmur heard.
Pulmonary/Chest: No respiratory distress. She has no wheezes. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.

**Lincoln/Marcus 3549**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**MAYO CLINIC**

05/04/2019: ED to Hosp Admission(Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

## ASSESSMENT / PLAN

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

1. Atypical atrial flutter post AF ablation

2. Recent unexplained DVT/PE

3. Syncope from rapid heart rates

4. Thermal regulatory issues likely related to estrogen deficiency

Plan:

Repeat AF ablation and atypical flutter ablation with high density mapping

In the meantime increase Rythmol to 425 b.i.d. with observation in-house to make sure she can tolerate this does

We discussed the side effects of Rythmol including dysgeusia, minor tremor and twice light vision disturbance

We discussed about the length of ablation, the efficacy of the procedure and potential complications that includes but not limited to stroke, heart attack, cardiac perforation and rare possibility of atrial esophageal fistula in addition to bleeding complications from access sites.

Patient acknowledged the risks and wishes to undergo the procedure.

Electronically signed by Srivathsan, Komandoor, M.D. at 5/5/2019 1:52 PM

**Discharge Summary**

**Gough, Michele L, APRN, FNP-BC, M.S.N. at 5/6/2019 3:02 PM**

| Author: Gough, Michele L, APRN, FNP-BC, M.S.N. | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 5/6/2019 4:14 PM | Date of Service: 5/6/2019 3:02 PM | Status: Attested |
| Editor: Gough, Michele L, APRN, FNP-BC, M.S.N. (Nurse Practitioner) | | Cosigner: Unzek, Samuel, M.D. at 5/6/2019 7:23 PM |

**Lincoln/Marcus 3550**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Clinical Notes (continued)**

Attestation signed by Unzek, Samuel, M.D. at 5/6/2019 7:23 PM

I have seen and examined this patient with the Cardiology 1 service. Please see note from nurse practitioner for further details.

## CARDIOLOGY HOSPITAL DISCHARGE SUMMARY

**DATE OF ADMISSION:** 5/4/2019

**DATE OF DISCHARGE:** 05/06/19

Discharge Provider: No att. providers found
Discharge Provider Team: ARZ Cardiology 1

**DISMISSAL DIAGNOSES**
Principal Problem:
 Fibrillation Atrial (HCC)/Atypical flutter
Hx of migraine headaches.
Hx of DVT/PE
Hx of previous PVI ablation 12/2018

**HOSPITAL COURSE**
Admission Weight: 66.9 kg
Dismissal Weight: 63.8 kg
BMI: Body mass index is 23.41 kg/m².

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post cryo PVI ablation December 2018, DVTs/PEs (unclear etiology), dyslipidemia and migraines who presented to the ED due to persistent rapid heart beat and syncopal episodes.

In the ER a 12 lead EKG showed atypical atrial flutter with rapid ventricular response. She was initially started on a cardizem gtt. Cardiology was consulted and cardizem was discontinued. Instead she was kept on her propafenone and metoprolol tartrate was added at 25 mg po bid. Ultrasounds of the upper and lower extremities were negative for venous thrombosis.

An electrophysiology consultation was obtained and it was recommended to increase her propafenone SR to 425 mg bid which was done 5/5/19. Pt remained in NSR yesterday and on the day of discharge. She is tolerating the increased dose of propafenone well. QRS duration has remained stable. Pt will have outpatient repeat ablation scheduled per Dr. Srivathsan next available. Pt was deemed stable to be discharged to home. She is on Eliquis BID for anticoagulation. Due to her history of venous thrombosis, an outpatient hematology consultation was ordered.

**Lincoln/Marcus 3551**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

05/04/2019: ED to Hosp-Admission(Discharged) in Mayo Clinic Hospital: Fourth Floor (continued)

**Clinical Notes (continued)**

## DIAGNOSTIC TESTS
Final Impressions
1. Normal left ventricular chamber size.  Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

## TEST RESULTS PENDING AT DISCHARGE:
**Pending Labs**

| Order | Current Status |
|---|---|
| Carboxy-Tetrahydrocannabinol (THC) Confirmation, Urine | In process |

**Home Medication Instructions**

Marcus, Leslie S
HAR:1029315741
Printed on:05/06/19 1311

| Medication Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| apixaban (ELIQUIS) 5 mg tablet<br>Take 5 mg by mouth 2 (two) times a day. | | | | | | | | | |
| atorvastatin (LIPITOR) 20 mg tablet<br>Take 20 mg by mouth every morning. | | | | | | | | | |
| CANNABIDIOL, CBD, EXTRACT ORAL<br>Take by mouth daily. | | | | | | | | | |
| clonazePAM (KlonoPIN) 1 mg tablet<br>TAKE 1 TABLET(1 MG) BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | | | | | | |

**Lincoln/Marcus 3552**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019


**MAYO CLINIC**

**05/04/2019: ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

Clinical Notes (continued)

| metoprolol tartrate (LOPRESSOR) 25 mg tablet<br>Take 1 tablet (25 mg total) by mouth 2 (two) times a day. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| mirtazapine (REMERON SOL-TAB) 15 mg disintegrating tablet<br>Take 15 mg by mouth as needed. | | | | | | | | |
| pantoprazole (PROTONIX) 40 mg EC tablet<br>Take 40 mg by mouth 2 (two) times a day. | | | | | | | | |
| propafenone (RYTHMOL SR) 425 mg 12 hr capsule<br>Take 1 capsule (425 mg total) by mouth every 12 (twelve) hours. | | | | | | | | |
| sucralfate (CARAFATE) 100 mg/mL suspension<br>Take 10ml PO QID | | | | | | | | |

**DISCHARGE DISPOSITION:** Home or Self Care [1]

**CONDITION ON DISCHARGE:** Stable.

**DIET AT DISCHARGE:** Cardiac, low sodium

**FOLLOW-UP APPOINTMENTS**
No future appointments.

**RECOMMENDATIONS FOR FOLLOW-UP APPOINTMENTS**
Outpatient Atrial fibrillation ablation next available.

**PRIMARY PROVIDER**
No care team member to display
No primary care provider on file.
Primary Care Provider Phone Number: None
Primary Care Provider Fax Number: None

**MARGIN CODE**
I personally spent total time of 60 minutes with >50% spent with counseling/coordination of care, independent from other providers on our team.

**Lincoln/Marcus 3553**

7E291190008

■



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

Michele Gough, APRN, FNP-BC, M.S.N.
18083

Electronically signed by Gough, Michele L, APRN, FNP-BC, M.S.N. at 5/6/2019  4:14 PM
Electronically signed by Unzek, Samuel, M.D. at 5/6/2019  7:23 PM


**ED Procedure Note**

Torres, Marcella, M.D. at 5/4/2019  8:49 PM

| | | |
|---|---|---|
| Author:  Torres, Marcella, M.D. | Service:  ED (Emergency Medicine) | Author Type:  Physician |
| Filed:  5/4/2019  8:50 PM | Date of Service:  5/4/2019  8:49 PM | Status:  Signed |
| Editor:  Torres, Marcella, M.D. (Physician) | | |

Procedure Orders
1. Critical Care [2222486785439] ordered by Torres, Marcella, M.D. at 05/04/19 1749

**Procedure**
**Critical Care**
Performed by: **TORRES, MARCELLA**
Authorized by: **TORRES, MARCELLA**

Critical care provider statement:
 Critical care total time (minutes):  **40**
 Critical care time was exclusive of:  **Separately billable procedures and treating other patients**
 Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions:
**Cardiac arrhythmia**
 Critical care was time spent personally by me on the following activities:  **Development of treatment plan with
patient or surrogate, discussions with consultants, evaluation of patient's response to treatment, examination
of patient, obtaining history from patient or surrogate, ordering and performing treatments and interventions,
ordering and review of laboratory studies and re-evaluation of patient's condition**
 I assumed direction of critical care for this patient from another provider in my specialty: **no**

Torres, Marcella, M.D.
05/04/19 1750

Electronically signed by Torres, Marcella, M.D. at 5/4/2019  8:50 PM

---

**Lincoln/Marcus 3554**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                 Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Clinical Notes (continued)**

**ED Provider Notes**

**Torres, Marcella, M.D. at 5/4/2019 7:45 PM**

| | | |
|---|---|---|
| Author: Torres, Marcella, M.D. | Service: ED (Emergency Medicine) | Author Type: Physician |
| Filed: 5/4/2019 9:20 PM | Date of Service: 5/4/2019 7:45 PM | Status: Signed |
| Editor: Torres, Marcella, M.D. (Physician) | | |

## SUBJECTIVE

**CHIEF COMPLAINT/REASON FOR VISIT**
Anxiety (HIGH HR X MULTIPLE HRS, ACUTE ON CHRONIC, HX A FIB WITH RVR); Shortness of Breath (ONGOING); Syncope (1400 TODAY, SLOWER TO RESPOND SINCE THEN); and Nausea (CHRONIC)

## HISTORY OF PRESENT ILLNESS

Patient is a 47-year-old female with history of atrial fibrillation status post ablation on December 26th of last year. She normally receives her care on Honor Health. Patient was recently hospitalized with tachycardia and shortness of breath and was diagnosed with pulmonary emboli. She was initiated on Eliquis. She states that she has been having difficulty getting follow up with her cardiologist. She is currently on Rythmol. She states that she takes her medication in the morning. She has had ongoing issues with palpitations and heart rate up into the high 100s. She states that this has been going on intermittently for the past week and today her heart rate has been fast all day. She is feeling short of breath and very anxious. She also states that she is feeling nauseated. She is not have any chest or abdominal pain. She has not had any nausea, vomiting, diarrhea. She states that her cardiologist told her that was okay of her heart rate was over 200 for a few hours. She also states that she was told not to take an extra dose of her Rythmol when she does have palpitations.

## REVIEW OF SYSTEMS

All other systems reviewed and are negative.

## OBJECTIVE

Initial Vitals

| Temperature | Pulse Rate | Heart Rate | Resp Rate | Blood Pressure | SpO2 |
|---|---|---|---|---|---|
| 05/04/19 1624 | 05/04/19 1624 | 05/04/19 1645 | 05/04/19 1624 | 05/04/19 1624 | 05/04/19 1624 |
| 37 °C | 60 | (!) 167 | 18 | 124/78 | 100 % |

Pain
Score

---

**Lincoln/Marcus 3555**

■                                                                                7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:              Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Clinical Notes (continued)**

05/04/1
9 1624
0 - No
pain

## PHYSICAL EXAMINATION

Constitutional: She appears well-developed. She is cooperative. She appears distressed.
Very anxious appearing female, she is conversant.
HENT: Head: Normocephalic and atraumatic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: EOM and lids are normal. Pupils are equal, round, and reactive to light.
Neck: Full passive range of motion without pain and phonation normal.
Cardiovascular: Intact distal pulses and normal peripheral perfusion. Tachycardia (She is irregularly irregular with heart rate in the 160s. I do not appreciate a murmur.) present.
Pulmonary/Chest: Effort normal and breath sounds normal. No tachypnea. No respiratory distress. She exhibits no retraction.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time. She has normal sensation, normal strength and intact cranial nerves. Normal speech.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment normal.
Nursing note and vitals reviewed.

## ASSESSMENT/PLAN

Impression and Plan

Patient is a 47-year-old female history of atrial fibrillation and pulmonary emboli currently on Eliquis and Rythmol. She presents with ongoing problems with palpitations. On arrival she is markedly tachycardic. An IV will be established. She will be initiated on diltiazem. Labs will be drawn. I will speak with her cardiologist...

ECG results: abnormal EKG with the following comments: Narrow based tachycardia 167 beats per minute. It is somewhat irregular.

**ED Course as of May 04 1820**
**Sat May 04, 2019**
1722      Laboratory evaluation is not worrisome. She

**Lincoln/Marcus 3556**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019


**MAYO CLINIC**

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Clinical Notes (continued)**

remains tachycardic after a bolus of Cardizem.
She will therefore be started on a Cardizem
drip. I will speak with Cardiology service.

1820    Patient has been seen by Cardiology service
they will admit her for further management.

**Final Diagnoses: as of May 04 1820**
Fibrillation Atrial (HCC)

disposition and hospital
Condition is fair
Final diagnosis is 1. Atrial fibrillation with rapid ventricular response

Torres, Marcella, M.D.
05/04/19 1820

Electronically signed by Torres, Marcella, M.D. at 5/4/2019 9:20 PM

**H&P**

Mihyawi, Nawfal, M.D. at 5/4/2019 9:22 PM

| Author: Mihyawi, Nawfal, M.D. | Service: CVD (Cardiovascular Diseases) | Author Type: Resident Unlicensed DEA |
|---|---|---|
| Filed: 5/5/2019 12:23 PM | Date of Service: 5/4/2019 9:22 PM | Status: Attested Addendum |
| Editor: Mihyawi, Nawfal, M.D. (Resident Unlicensed DEA) | | Cosigner: Unzek, Samuel, M.D. at 5/5/2019 2:36 PM |

Attestation signed by Unzek, Samuel, M.D. at 5/5/2019 2:36 PM

I have seen and discussed this patient with Cardiology 1 service. Please see note from resident for further
details.
Briefly Ms. Marcus is a 47-year-old female with a past medical history of paroxysmal atrial fibrillation status
post ablation December 2018 and recent pulmonary embolism/DVT that has been complaining of
palpitations x1 week found to be in atypical flutter/atrial tachycardia. On propafenone 325 twice a day.
Metoprolol 25 mg was added to her regimen yesterday. Her rhythm is back to normal. Electrophysiology
recommended to increase her propafenone does. Will keep her in-house to see if she tolerates it. Based
on EPs recommendation. She will need a hematology consult for her pulmonary embolism/DVT workup.

**SUBJECTIVE**

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation

| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 179 |
|---|---|---|---|---|

**Lincoln/Marcus 3557**

7E291190008



**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

Patient has been having consistent rapid heartbeat that began approximately 1 week ago. States her heart rate has been approx. 140 and up to 200 today. Associated with lightheadedness, chest tightness, and difficulty breathing, nausea. States she gets short of breath with minimal exertion. She contacted her cardiologist who informed her this is normal and she needs to go the ED if heart rate is >200 for >2 hrs. She also experienced several time "passing out" today 5-10 times. Responded to verbal stimuli by her significant other. Almost lasts for couple seconds. Has been out of town when symptoms started ,she flew back to Phoenix yesterday night. Also experiencing severe frontal headache started while she was driving to the ER. She is coming to Mayo instead of Honor Health as she did not like it over there.

Atrial fibrillation started in August 2018. States she had herniated disk for which she received steroids, epidural, never block. Patient believes that with triggers her Afib. She has been following at HonorHealth. She subsequently underwent ablation in December 18. Patient states her palpitations has not been resolved and she frequently experiences rapid heartbeat which usually happens during the night at around daily basis and subsides spontaneously. Has been taking flecainide which was switched to propafenone because "it did not help". She also reports history of PE in April for which resumed eliquis. States she is supposed to be on Eliquis prior to the episode of PE but has not been taking it regularly until the PE episode.

Social hx : takes CBD "helps with tremor"
Family hx : Noncontributory
Surgical history: Hysterectomy 12 years ago
Medications: refer to MAR
Allergies: No known drug allergy

**HISTORY OF PRESENT ILLNESS**
**Anxiety**
Symptoms include chest pain and shortness of breath.

**Shortness of Breath**
Associated symptoms include chest pain, leg swelling and syncope. Pertinent negatives include no abdominal pain or fever.
**Syncope**
Associated symptoms include chest pain and light-headedness. Pertinent negatives include no abdominal pain, fever or slurred speech.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

**REVIEW OF SYSTEMS**
Constitutional: Positive for fatigue. Negative for fever and loss of appetite.

**Lincoln/Marcus 3558**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:        ⁄        Sex: F
Adm: 5/4/2019, D/C: 5/6/2019⁤



# MAYO CLINIC

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

Skin: Negative for change in mole or skin spot.
Eyes: Positive for visual problems.
ENT: Negative for difficulty hearing and persistent hoarse voice.
Respiratory: Positive for dyspnea.
Cardiovascular: Positive for chest pain, pressure or tightness, swelling in the legs or feet, syncope and rapid or fluttering heart beat.
Gastrointestinal: Positive for diarrhea. Negative for abdominal (belly) pain or cramping.
Genitourinary: Negative for difficulty urinating and pain with urination.
Hematologic: Negative for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for muscle pain/stiffness.
Neurological: Positive for loss of consciousness and light-headedness. Negative for seizures and slurred speech.

**OBJECTIVE**
**Recent Results (from the past 24 hour(s))**
**CBC with Differential, Blood**
    Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Hemoglobin | 12.2 |
| Hematocrit | 36.4 |
| Erythrocytes | 4.43 |
| MCV | 82.2 |
| RBC Distrib Width | 13.2 |
| Platelet Count | 472 (H) |
| Leukocytes | 10.3 (H) |
| Neutrophils | 3.93 |
| Lymphocytes | 4.76 (H) |
| Monocytes | 0.87 (H) |
| Eosinophils | 0.54 (H) |
| Basophils | 0.17 (H) |

**Basic Metabolic Panel**
    Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Potassium, S | 4.2 |
| Sodium, S | 140 |
| Chloride, S | 106 |
| Bicarbonate, S | 22 |
| Anion Gap | 12 |
| Bld Urea Nitrog(BUN), S | 18.7 |
| Creatinine, S | 1.06 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 72 |
| Calcium, Total, S | 10.2 (H) |

**Lincoln/Marcus 3559**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:              , Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Clinical Notes (continued)**

Glucose, S          98
**Troponin T, 5th Generation**
    Collection Time: 05/04/19  4:48 PM
**Result                     Value**
    Troponin T, 5th gen   <6
**Prothrombin Time (PT/INR)**
    Collection Time: 05/04/19  4:48 PM
**Result            Value**
    Prothrombin Time, P  14.2 (H)
    INR                  1.3
**Nucleated RBC**
    Collection Time: 05/04/19  4:48 PM
**Result            Value**
    Nucleated RBC        0.0


**PHYSICAL EXAM**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal heart sounds. She exhibits no edema. Exam reveals no gallop and no friction rub. No murmur heard.
Pulmonary/Chest: No respiratory distress. She has no wheezes. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.


**ASSESSMENT / PLAN**
Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

#Palpitations likely atrial tachycardia vs Afib with RVR
#Paroxysmal afib s/p ablation december 2018
#Recent PE

- EKG shows possible atrial tachycardia vs afib with RVR. Tele is not consistent as rhythm becomes regular when HR goes up to 150, in between it shows subtle irregularity which likely explains Afib. HR did not respond to valsalva maneuvers. However, she would benefit from AV blocking agent such as Diltiazem which already started in the ED.
- CHADVASC score 3 ( female and PE) will continue home Eliquis. Patient has been adherent with Eliquis after she had the PE.
- Will obtain TTE

**Lincoln/Marcus 3560**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

---

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)**

**Clinical Notes (continued)**

- Repeat EKG
- Continuous Tele
- Obtain records from Honor Health

#Migraine
- Compazine 5 mg iv once

#Sleeping problems
- resume Olanzapine at night

- Diet - regular
- DVT - Eliquis

Staffed with the fellow Dr. Ashraf

Nawfal Mihyawi
17383
Cards 2

Electronically signed by Mihyawi, Nawfal, M.D. at 5/5/2019 12:23 PM
Electronically signed by Unzek, Samuel, M.D. at 5/5/2019 2:36 PM

**Procedures**

**Bailie, Conor H, R.N. at 5/5/2019 1:42 AM**

| Author: Bailie, Conor H, R.N. | Service: NSG Infusion Therapy | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/5/2019 1:42 AM | Date of Service: 5/5/2019 1:42 AM | Status: Signed |
| Editor: Bailie, Conor H, R.N. (Registered Nurse) | | |

Procedure Orders
1. Vascular Access US IV Assist: No upper extremity site restrictions [2222486798419] ordered by Unzek, Samuel, M.D. at 05/04/19 2230

Post-procedure Diagnoses
1. Fibrillation Atrial (HCC)

**Vascular Access US IV Assist: No upper extremity site restrictions**
Date/Time: 5/4/2019 10:42 PM
Performed by: BAILIE, CONOR H
Authorized by: UNZEK, SAMUEL

Pre-procedure details:
Indication: IV access needed
Provider performed due to: Nurse unable to complete
Location: Upper extremity
Upper extremity: Left anterior forearm

---

**Lincoln/Marcus 3561**

■

7E291190008



## MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Clinical Notes (continued)**

Skin preparation: **Chlorhexidine**
Sedation/Anesthesia (see MAR for exact dosages):
 Anesthesia method: **None**
Procedure details:
 Ultrasound guidance: **yes**
 Images saved: **no**
 Size (gauge): **22 G (Diffusix)**
 Number of attempts: **1**
Post-procedure details:
 Assessment: **free fluid flow and no signs of infiltration**
 Procedure completed successfully: **yes**
 Complications: **no immediate complications**
Comments:
 **Performed by D. Ramirez, RN**

Electronically signed by Bailie, Conor H, R.N. at 5/5/2019 1:42 AM

**Progress Notes**

**Progress Notes**

**Gough, Michele L, APRN, FNP-BC, M.S.N. at 5/6/2019 2:19 PM**

| | | |
|---|---|---|
| Author: Gough, Michele L, APRN, FNP-BC, M.S.N. | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
| Filed: 5/6/2019 2:25 PM | Date of Service: 5/6/2019 2:19 PM | Status: Signed |
| Editor: Gough, Michele L, APRN, FNP-BC, M.S.N. (Nurse Practitioner) | | |

Unzek, Samuel, M.D.

### CARDIOLOGY INPATIENT PROGRESS NOTE

**SUBJECTIVE**
Feels well. No palpitations or chest pain. Converted to NSR yesterday on higher dose of propafenone.

**INTAKE/OUTPUT**
Past 24 hours: No intake or output data in the 24 hours ending 05/06/19 1119

Admission Weight: 66.9 kg
Today's weight: 63.8 kg
Body mass index is 23.41 kg/m².

**VITAL SIGNS**
Temperature: [36.4 °C-36.8 °C] 36.7 °C

| | | | |
|---|---|---|---|
| 10/11/2019 9:15 AM | User: IDMPROD19991070 | Release ID:41240319 | Care Everywhere ID: MAY-876-686D | Page 184 |

**Lincoln/Marcus 3562**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:           , Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Progress Notes (continued)

Heart Rate: [73-113] 77
Resp Rate: [16] 16
Blood Pressure: (90-111)/(56-73) 95/71
SpO2: [95 %-98 %] 98 %

## CURRENT MEDICATION
### Medications
#### Scheduled

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| apixaban tablet 5 mg (ELIQUIS) | 5 mg, oral, BID | Given: 05/06 0854 |
| atorvastatin tablet 20 mg (LIPITOR) | 20 mg, oral, Daily at bedtime | Given: 05/05 2128 |
| metoprolol tartrate tablet 25 mg (LOPRESSOR) | 25 mg, oral, BID | Given: 05/06 0854 |
| pantoprazole DR tablet 40 mg (PROTONIX) | 40 mg, oral, BID before breakfast and dinner | Given: 05/06 0712 |
| propafenone 12 hr capsule 425 mg (RYTHMOL SR) | 425 mg, oral, Q12H SCH | Given: 05/06 0857 |
| sodium chloride 0.9 % injection 3 mL | 3 mL, IV, Q12H SCH | Given: 05/06 0855 |
| sucralfate suspension 1 g (CARAFATE) | 1 g, oral, Q6H | Given: 05/06 0916 |

#### PRN

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen tablet 1,000 mg (TYLENOL) | 1,000 mg, oral, Q4H PRN | Ordered |
| clonazePAM tablet 1 mg (KlonoPIN) | 1 mg, oral, BID PRN | Given: 05/05 2136 |
| sodium chloride 0.9 % injection 10 mL | 10 mL, IV, PRN | Ordered |
| sodium chloride 0.9 % injection 2-10 mL | 2-10 mL, IV, PRN | Ordered |
| sodium chloride 0.9 % injection 3 mL | 3 mL, IV, PRN | Ordered |

## PHYSICAL EXAMINATION
General: Alert and oriented, in no apparent distress.
Heart: RRR. No murmur.
Lungs: Clear to auscultation bilaterally and throughout. On room air. No cough.
Abdomen: Soft, non-distended, non-tender to palpation throughout. Positive bowel sounds.
Skin: Warm, dry.
Extremities: No peripheral edema, positive peripheral pulses, no clubbing or cyanosis.

## DIAGNOSTICS
I personally reviewed all radiology and labs from the past 24 hrs.

**Lincoln/Marcus 3563**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)

### Progress Notes (continued)

**Recent Results (from the past 24 hour(s))**
**Basic Metabolic Panel**
Collection Time: 05/06/19  4:10 AM

| Result | Value |
|---|---|
| Potassium, S | 4.5 |
| Sodium, S | 141 |
| Chloride, S | 105 |
| Bicarbonate, S | 23 |
| Anion Gap | 13 |
| Bld Urea Nitrog(BUN), S | 16.1 |
| Creatinine, S | 1.13 (H) |
| eGFR-Non Black | 58 (L) |
| eGFR-Black | 67 |
| Calcium, Total, S | 9.4 |
| Glucose, S | 93 |

ECHO:1. Normal left ventricular chamber size.  Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

### ASSESSMENT / PLAN

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

1. Atypical atrial flutter
-EP consulted
-increase SR propafanone to 425 mg po BID
-continue metoprolol 25 mg po bid
-EKG today with stable QRS duration.
-outpt ablation with Dr. Srivathsan ( orders placed)/

2. Atrial tachycardia

3. Recent unexplained DVT/PE at Honor Health

**Lincoln/Marcus 3564**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

**Progress Notes (continued)**

4/13/19 bilateral upper extremity venous US
-nonocclusive thrombus R AC vein & caudal aspect R basilic vein
-nonocclusive thrombus L subclavian vein
4/13/19 US lower extremities
-DVT L peroneal vein
4/12/19 CTA Chest
-small PEs right and left lower lobes
-placed on eliquis thereafter
-US at our facility negative for thrombus
-outpt hematology consult orders placed

4. Syncope from rapid heart rates

5. H/o afib s/p PVI cryoablation12/26/18 at Honor Health with Dr. Bhutto
-previously also tried flecainide
-most recently on propafanone

6. Thermal regulatory issues likely related to estrogen deficiency

7. Insomnia
-outpt sleep medicine consult orders placed


Disposition
DC to home today with outpt ablation thereafter

Michele Gough, APRN, FNP-BC, M.S.N.
18083
05/06/19
ARZ Cardiology 1



Electronically signed by Gough, Michele L, APRN, FNP-BC, M.S.N. at 5/6/2019 2:25 PM


**Novais, Barbara S, APRN, ANP-BC, M.S.N. at 5/5/2019 2:15 PM**

| | | |
|---|---|---|
| Author: Novais, Barbara S, APRN, ANP-BC, M.S.N. | Service: CVD (Cardiovascular Diseases) | Author Type: Nurse Practitioner |
| Filed: 5/5/2019 2:27 PM | Date of Service: 5/5/2019 2:15 PM | Status: Attested Addendum |
| Editor: Novais, Barbara S, APRN, ANP-BC, M.S.N. (Nurse Practitioner) | | Cosigner: Unzek, Samuel, M.D. at 5/5/2019 2:40 PM |

**Lincoln/Marcus 3565**

■

7E291190008


**MAYO CLINIC**

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

Attestation signed by Unzek, Samuel, M.D. at 5/5/2019 2:40 PM

I have seen and discussed this patient with the Cardiology 1 service. Please see note from nurse practitioner for further details.

Unzek, Samuel, M.D.

### CARDIOLOGY INPATIENT PROGRESS NOTE

**SUBJECTIVE**
Still with palpitations over night. Poor sleep. Nervous about flying. Would like to switch care to Mayo.

**INTAKE/OUTPUT**
Past 24 hours:
Intake/Output Summary (Last 24 hours) at 05/05/19 1115
Last data filed at 05/05/19 0800

|        | Gross per 24 hour |
|--------|-------------------|
| Intake | 1077.08 ml        |
| Output | 1400 ml           |
| Net    | -322.92 ml        |

Admission Weight: 66.9 kg
Today's weight: 63.8 kg
Body mass index is 23.41 kg/m².

**VITAL SIGNS**
Temperature: [36.4 °C-37 °C] 36.4 °C
Heart Rate: [84-167] 84
Resp Rate: [13-18] 16
Blood Pressure: (85-134)/(56-106) 108/71
SpO2: [93 %-100 %] 98 %
Height: [165.1 cm] 165.1 cm
Weight: [63.8 kg-66.9 kg] 63.8 kg
BSA (Calculated - sq m): [1.75 sq meters] 1.75 sq meters
BMI (Calculated): [23.4 kg/m²-24.5 kg/m²] 23.4 kg/m²
Pulse Rate: [60-168] 155

**CURRENT MEDICATION**
**Medications**
 Scheduled

| Medication | Dose/Rate, Route, Frequency | Last Action |
|------------|------------------------------|-------------|

**Lincoln/Marcus 3566**



7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:        , Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



# MAYO CLINIC

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)

### Progress Notes (continued)

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| apixaban tablet 5 mg (ELIQUIS) | 5 mg, oral, BID | Given: 05/05 0805 |
| atorvastatin tablet 20 mg (LIPITOR) | 20 mg, oral, Daily at bedtime | Given: 05/04 2135 |
| metoprolol tartrate tablet 25 mg (LOPRESSOR) | 25 mg, oral, BID | Given: 05/05 0805 |
| pantoprazole DR tablet 40 mg (PROTONIX) | 40 mg, oral, BID before breakfast and dinner | Given: 05/05 0849 |
| propafenone 12 hr capsule 425 mg (RYTHMOL SR) | 425 mg, oral, Q12H SCH | Ordered |
| sodium chloride 0.9 % injection 3 mL | 3 mL, IV, Q12H SCH | Given: 05/05 0806 |
| sucralfate suspension 1 g (CARAFATE) | 1 g, oral, Q6H | Given: 05/05 0813 |

### PRN

| Medication | Dose/Rate, Route, Frequency | Last Action |
|---|---|---|
| acetaminophen tablet 1,000 mg (TYLENOL) | 1,000 mg, oral, Q4H PRN | Ordered |
| clonazePAM tablet 1 mg (KlonoPIN) | 1 mg, oral, BID PRN | Given: 05/04 2135 |
| sodium chloride 0.9 % injection 10 mL | 10 mL, IV, PRN | Ordered |
| sodium chloride 0.9 % injection 2-10 mL | 2-10 mL, IV, PRN | Ordered |
| sodium chloride 0.9 % injection 3 mL | 3 mL, IV, PRN | Ordered |

## PHYSICAL EXAMINATION
General: Alert and oriented, in no apparent distress.
Heart: tachycardic. No murmur.
Lungs: Clear to auscultation bilaterally and throughout. On room air. No cough.
Abdomen: Soft, non-distended, non-tender to palpation throughout. Positive bowel sounds.
Skin: Warm, dry.
Extremities: No peripheral edema, positive peripheral pulses, no clubbing or cyanosis.

## DIAGNOSTICS
I personally reviewed all radiology and labs from the past 24 hrs.
Recent Results (from the past 24 hour(s))
CBC with Differential, Blood
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Hemoglobin | 12.2 |
| Hematocrit | 36.4 |

**Lincoln/Marcus 3567**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Progress Notes (continued)

| | |
|---|---|
| Erythrocytes | 4.43 |
| MCV | 82.2 |
| RBC Distrib Width | 13.2 |
| Platelet Count | 472 (H) |
| Leukocytes | 10.3 (H) |
| Neutrophils | 3.93 |
| Lymphocytes | 4.76 (H) |
| Monocytes | 0.87 (H) |
| Eosinophils | 0.54 (H) |
| Basophils | 0.17 (H) |

**Basic Metabolic Panel**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Potassium, S | 4.2 |
| Sodium, S | 140 |
| Chloride, S | 106 |
| Bicarbonate, S | 22 |
| Anion Gap | 12 |
| Bld Urea Nitrog(BUN), S | 18.7 |
| Creatinine, S | 1.06 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 72 |
| Calcium, Total, S | 10.2 (H) |
| Glucose, S | 98 |

**Troponin T, 5th Generation**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Troponin T, 5th gen | <6 |

**Prothrombin Time (PT/INR)**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Prothrombin Time, P | 14.2 (H) |
| INR | 1.3 |

**Nucleated RBC**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Nucleated RBC | 0.0 |

**Drug Screen Urine**
Collection Time: 05/04/19  8:22 PM

| Result | Value |
|---|---|
| Amphetamines | Negative |
| Barbiturates | Negative |
| Benzodiazepines | Negative |
| Tetrahydrocannabin | Positive (A) |

**Lincoln/Marcus 3568**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019


MAYO
CLINIC

05/04/2019 ED to Hosp Admission(Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

**Progress Notes (continued)**

    ol, Screen, U

| | |
|---|---|
| Cocaine U | Negative |
| Ethanol, Screen U | Negative |
| Methadone Metabolite | Negative |
| Opiates, Screen, U | Negative |
| Oxycodone | Negative |

**Basic Metabolic Panel**
    Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Potassium, S | 4.1 |
| Sodium, S | 141 |
| Chloride, S | 108 (H) |
| Bicarbonate, S | 24 |
| Anion Gap | 9 |
| Bld Urea Nitrog(BUN), S | 13.5 |
| Creatinine, S | 1.05 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 73 |
| Calcium, Total, S | 9.2 |
| Glucose, S | 96 |

**CBC with Differential, Blood**
    Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Hemoglobin | 11.4 (L) |
| Hematocrit | 34.9 (L) |
| Erythrocytes | 4.14 |
| MCV | 84.3 |
| RBC Distrib Width | 13.5 |
| Platelet Count | 388 (H) |
| Leukocytes | 7.0 |
| Neutrophils | 2.40 |
| Lymphocytes | 3.15 (H) |
| Monocytes | 0.73 |
| Eosinophils | 0.55 (H) |
| Basophils | 0.12 (H) |

**Magnesium**
    Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Magnesium, S | 2.0 |

**Nucleated RBC**
    Collection Time: 05/05/19  4:24 AM

| Result | Value |
|---|---|
| Nucleated RBC | 0.0 |

**Lincoln/Marcus 3569**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

Progress Notes (continued)

## ASSESSMENT / PLAN

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

1. Atypical atrial flutter
-EP consulted
-increase SR propafanone to 425 mg po BID
-continue metoprolol 25 mg po bid
-monitor over night in hospital with EKG in am
-anticipate outpt ablation with Dr. Srivathsan
-echo pending

2. Atrial tachycardia

3. Recent unexplained DVT/PE at Honor Health
4/13/19 bilateral upper extremity venous US
-nonocclusive thrombus R AC vein & caudal aspect R basilic vein
-nonocclusive thrombus L subclavian vein
4/13/19 US lower extremities
-DVT L peroneal vein
4/12/19 CTA Chest
-small PEs right and left lower lobes
-placed on eliquis thereafter
-US at our facility negative for thrombus
-outpt hematology consult orders placed

4. Syncope from rapid heart rates

5. H/o afib s/p PVI cryoablation 12/26/18 at Honor Health with Dr. Bhutto
-previously also tried flecainide
-most recently on propafanone

6. Thermal regulatory issues likely related to estrogen deficiency

7. Insomnia
-outpt sleep medicine consult orders placed

Disposition
Anticipate dc tomorrow with outpt ablation thereafter

Barbara Novais, APRN, ANP-BC, M.S.N.
1-7242

**Lincoln/Marcus 3570**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



# MAYO CLINIC

**05/04/2019 ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)**

## Progress Notes (continued)

05/05/19
ARZ Cardiology 1

Electronically signed by Novais, Barbara S, APRN, ANP-BC, M.S.N. at 5/5/2019 2:27 PM
Electronically signed by Unzek, Samuel, M.D. at 5/5/2019 2:40 PM

## Imaging

### Echocardiography

#### Echo Transthoracic (TTE) [2222486798403] (Final result)

| Echo Transthoracic (TTE) [2222486798403] | Resulted: 05/05/19 1257, Result status: Final result |
|---|---|
| Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1945<br>Resulted by: Arsanjani, Reza, M.D. | Order status: Completed<br>Filed by: Interface, Mc In Oru Cardiology Generic 1 609313 05/05/19 1558 |
| Performed: 05/05/19 1006 - 05/05/19 1215<br>Resulting lab: MC CV EIMS<br>Narrative: | Accession number: 11160078 |

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Normal left ventricular chamber size. Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

Findings
Echocardiographic images interpreted at MCA - Hospital campus. Color flow and spectral Doppler performed in part to assess valvular heart disease. No previous studies available for comparison. LEFT VENTRICLE: Normal left ventricular chamber size. Normal left ventricular systolic function. Calculated 2-D monoplane volumetric left ventricular ejection fraction 62 %. No regional wall motion abnormalities. Normal left ventricular wall thickness. Normal left ventricular diastolic function. RIGHT VENTRICLE: Normal right ventricular size. Normal right ventricular systolic function. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg). ATRIA: Normal left atrial size. Left atrial volume index 26 ml/m^2. Normal right atrial size. CARDIAC VALVES: Trileaflet aortic valve. Normal aortic valve. No aortic valve regurgitation. Normal mitral valve. Trivial mitral valve regurgitation. Normal pulmonary valve. Normal pulmonary valve systolic velocity. Trivial pulmonary valve regurgitation. Normal tricuspid valve. Mild tricuspid valve regurgitation. OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%). Normal ascending aorta dimension. Normal abdominal aorta Doppler flow pattern. No atrial

**Lincoln/Marcus 3571**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 5/4/2019, D/C:: 5/6/2019

## 05/04/2019 ED (to Hosp-Admission)(Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Imaging (continued)

level shunt by color flow imaging. No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location. No pericardial effusion.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ejection Fraction | 62 | — | — | EIMS |
| Mid-Ascending Aorta | 33 | — | — | EIMS |
| LV Mass Index | 51 | — | — | EIMS |
| LV End-Diastolic Diameter | 45 | — | — | EIMS |
| LV End-Systolic Diameter | 25 | — | — | EIMS |
| E Velocity | 0.5 | — | — | EIMS |
| A Velocity | 0.4 | — | — | EIMS |
| E/A | 1.25 | — | — | EIMS |
| eVelocity Medial | 0.10 | — | — | EIMS |
| eVelocity Lateral | 0.13 | — | — | EIMS |
| E/eMedial | 5.0 | — | — | EIMS |
| E/eLateral | 3.8 | — | — | EIMS |
| Left ventricular stroke volume | 36 | — | — | EIMS |
| Cardiac Output | 4.63 | — | — | EIMS |
| Cardiac Index | 2.72 | — | — | EIMS |
| LV Interventricular Septal Wall Thickness | 7 | — | — | EIMS |
| LV Posterior Wall Thickness | 6 | — | — | EIMS |
| Relative Wall Thickness | 27 | — | — | EIMS |
| 4-Chamber Base | 33 | — | — | EIMS |
| Tricuspid Annular S' | 0.13 | — | — | EIMS |
| TR Vmax | 2.21 | — | — | EIMS |
| RA Pressure | 5 | — | — | EIMS |
| RV Systolic Pressure | 25 | — | — | EIMS |
| AV mean gradient | 2 | — | — | EIMS |
| Aortic valve area | 2.67 | — | — | EIMS |
| Dimensionless Index | 0.85 | — | — | EIMS |
| LA Volume Index | 26 | — | — | EIMS |

**Procedures Performed** / **Chargeables**

(TTE) 2D ECHO DOPPLER COLOR [ECH430]

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 213 - EIMS | MC CV EIMS | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Arsanjani, Reza, M.D. on 5/5/19 at 1257 MST

**Lincoln/Marcus 3572**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



# MAYO CLINIC

## 05/04/2019 - ED to Hosp Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)

### Imaging (continued)

**Imaging**

#### US Upper Extremity Veins Left [2222486798426] (Discontinued)

| US Upper Extremity Veins Left [2222486798426] | Result status: In process |
|---|---|
| Ordering provider: Lai, Kin Chung, M.D. 05/04/19 2321 | Order status: Canceled |
| Discontinued by: Terry, Nicole L, R.V.T., R.D.M.S. 05/05/19 0017 [(Order Changed) Non-Significant, all others] | Filed by: Terry, Nicole L, R.V.T., R.D.M.S. 05/05/19 0226 |
| Performed: 05/04/19 2325 - 05/05/19 0016 | Resulting lab: 3300 US LOS ARZ |

#### US Upper Extremity Veins Bilateral [2222486798431] (Final result)

| US Upper Extremity Veins Bilateral [2222486798431] | Resulted: 05/05/19 0720, Result status: Final result |
|---|---|
| Ordering provider: Lai, Kin Chung, M.D. 05/04/19 2321 | Order status: Completed |
| Resulted by: | Filed by: Interface, Mc In Orm_Oru Radiology Generic 609311 |
| Jamison, Dale K, M.D., Ph.D. | 05/05/19 1024 |
| Radiologist, Arz | |
| Chen, Frederick, M.D. | |
| Performed: 05/04/19 2325 - 05/05/19 0016 | Accession number: 11159348 |
| Resulting lab: POWERSCRIBE360 | |

Narrative:
EXAM: US UPPER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

COMPARISON: None available.

FINDINGS: The deep venous system of both upper extremities were evaluated with color and spectral Doppler, including the internal jugular, subclavian, and axillary veins. There is no evidence of deep venous thrombosis.

The basilic and cephalic veins to the level of the elbow show no significant abnormalities.

Impression:
IMPRESSION: Bilateral upper extremities are negative for deep venous thrombosis.

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Validate Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

**Signed**

Electronically signed by Chen, Frederick, M.D. on 5/5/19 at 0720 MST

#### US Lower Extremity Veins Bilateral [2222486798413] (Final result)

**Lincoln/Marcus 3573**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Imaging (continued)

| US Lower Extremity Veins Bilateral [2222486798413] | Resulted: 05/05/19 0720, Result status: Final result |
|---|---|

Ordering provider: Lai, Kin Chung, M.D.  05/04/19 2047
Resulted by:
Jamison, Dale K, M.D., Ph.D.
Radiologist, Arz
Chen, Frederick, M.D.
Performed: 05/04/19 2150 - 05/04/19 2208
Resulting lab: POWERSCRIBE360
Narrative:

Order status: Completed
Filed by: Interface, Mc In Orm_Orru Radiology Generic 609311
05/05/19 1023

Accession number: 11159217

EXAM: US LOWER EXTREMITY VEINS BILATERAL
Exam performed with color and spectral Doppler analysis.

CLINICAL INFORMATION: Clinical concern for deep venous thrombosis.

COMPARISON: None available.

FINDINGS: Color Doppler venous ultrasound evaluation of both lower extremities
shows patent common femoral, femoral, and popliteal veins. No evidence of deep
venous thrombosis. Calf veins are unremarkable as best as can be imaged.

Impression:
IMPRESSION: Bilateral lower extremities are negative for deep venous
thrombosis.

#### Testing Performed By

| Lab: Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - PS360 | POWERSCRIBE360 | Unknown | NA | 08/03/16 0855 - Present |

#### Signed

Electronically signed by Chen, Frederick, M.D. on 5/5/19 at 0720 MST

### Procedural Imaging

| Vascular Access US IV Assist No upper extremity site restrictions [2222486798419] (Final result) | |
|---|---|
| Vascular Access US IV Assist No upper extremity site restrictions [2222486798419] | Resulted: 05/04/19 2242, Result status: Final result |

Ordering provider: Unzek, Samuel, M.D.  05/04/19 2230
Filed by: Bailie, Conor H, R.N.  05/05/19 0142
Accession number: 11159296
Narrative:
Bailie, Conor H, R.N.    5/4/2019 10:42 PM
Vascular Access US IV Assist No upper extremity site restrictions
Date/Time: 5/4/2019 10:42 PM
Performed by: BAILIE, CONOR H

Order status: Completed
Performed: 05/04/19 2230 - 05/04/19 2230

**Lincoln/Marcus 3574**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Imaging (continued)

Authorized by: UNZEK, SAMUEL

Pre-procedure details:
  Indication: IV access needed
  Provider performed due to:  Nurse unable to complete
  Location:  Upper extremity
  Upper extremity:  Left anterior forearm
  Skin preparation:  Chlorhexidine
Sedation/Anesthesia (see MAR for exact dosages):
  Anesthesia method:  None
Procedure details:
  Ultrasound guidance: yes
  Images saved: no
  Size (gauge): 22 G (Diffusix)
  Number of attempts: 1
Post-procedure details:
  Assessment: free fluid flow and no signs of infiltration
  Procedure completed successfully: yes
  Complications: no immedicate complications
Comments:
  Performed by D. Ramirez, RN
Post-procedure diagnoses:
Fibrillation Atrial (HCC)

### Indications

Fibrillation Atrial (HCC) [I48.91 (ICD-10-CM)]

## Labs

### Lab

#### Basic Metabolic Panel [2222486858197] (Final result)

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E006001473:17 | Blood | Blood, Venous | 05/06/19 0410 |

##### Basic Metabolic Panel [2222486858197] (Abnormal)          Resulted: 05/06/19 0504; Result status: Final result

| | |
|---|---|
| Ordering provider:  Novais, Barbara S, APRN, ANP-BC, M.S.N.  05/05/19 1617 | Order status:  Completed |
| Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301 05/06/19 0504 | Collected by:  05/06/19 0410 |
| Resulting lab:  MAYO CLINIC ARIZONA LAB | |

##### Components

| Component | Value | Reference Range | Flag | |
|---|---|---|---|---|
| Potassium, S | 4.5 | 3.6 - 5.2 mmol/L | — | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | ARZ |

**Lincoln/Marcus 3575**



7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 - ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Chloride, S | 105 | 98 - 107 mmol/L | — | | ARZ |
| Bicarbonate, S | 23 | 22 - 29 mmol/L | — | | ARZ |
| Anion Gap | 13 | 7 - 15 | — | | ARZ |
| Bld Urea Nitrog(BUN), S | 16.1 | 6.0 - 21.0 mg/dL | — | | ARZ |
| Creatinine, S | 1.13 | 0.59 - 1.04 mg/dL | H | | ARZ |
| eGFR-Non Black | 58 | >=60 mL/min/BSA | L | | ARZ |

Comment

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | | |
|---|---|---|---|---|---|
| eGFR-Black | 67 | >=60 mL/min/BSA | — | | ARZ |

Comment

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | | |
|---|---|---|---|---|---|
| Calcium, Total, S | 9.4 | 8.6 - 10.0 mg/dL | — | | ARZ |
| Glucose, S | 93 | 70 - 140 mg/dL | — | | ARZ |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Basic Metabolic Panel [2222486798399] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E005001458:8 | Blood | Blood, Venous | 05/05/19 0424 |

#### Basic Metabolic Panel [2222486798399] (Abnormal)

Resulted: 05/05/19 0523, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1945
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301 05/05/19 0823
Resulting lab: MAYO CLINIC ARIZONA LAB

Order status: Completed
Collected by: 05/05/19 0424

#### Components

| Component | Value | Reference Range | Flag | | Lab |
|---|---|---|---|---|---|
| Potassium, S | 4.1 | 3.6 - 5.2 mmol/L | — | | ARZ |
| Sodium, S | 141 | 135 - 145 mmol/L | — | | ARZ |
| Chloride, S | 108 | 98 - 107 mmol/L | H | | ARZ |
| Bicarbonate, S | 24 | 22 - 29 mmol/L | — | | ARZ |
| Anion Gap | 9 | 7 - 15 | — | | ARZ |

**Lincoln/Marcus 3576**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

**Labs (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Bld Urea Nitrog(BUN), S | 13.5 | 6.0 - 21.0 mg/dL | — | | ARZ |
| Creatinine, S | 1.05 | 0.59 - 1.04 mg/dL | H | | ARZ |
| eGFR-Non Black | 63 | >=60 mL/min/BSA | — | | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | | |
|---|---|---|---|---|---|
| eGFR-Black | 73 | >=60 mL/min/BSA | — | | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | | |
|---|---|---|---|---|---|
| Calcium, Total, S | 9.2 | 8.6 - 10.0 mg/dL | — | | ARZ |
| Glucose, S | 96 | 70 - 140 mg/dL | — | | ARZ |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**CBC with Differential, Blood [2222486798400] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By | |
|---|---|---|---|---|
| E005001458:9 | Blood | Blood, Venous | 05/05/19 0424 | |

**CBC with Differential, Blood [2222486798400] (Abnormal)**    Resulted: 05/05/19 0539, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1945    Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301    Collected by: 05/05/19 0424
05/05/19 0839
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab | |
|---|---|---|---|---|---|
| Hemoglobin | 11.4 | 11.6 - 15.0 g/dL | L | ARZ | |
| Hematocrit | 34.9 | 35.5 - 44.9 % | L | ARZ | |
| Erythrocytes | 4.14 | 3.92 - 5.13 x10(12)/L | — | ARZ | |
| MCV | 84.3 | 78.2 - 97.9 fL | — | ARZ | |
| RBC Distrib Width | 13.5 | 12.2 - 16.1 % | — | ARZ | |
| Platelet Count | 388 | 157 - 371 x10(9)/L | H | ARZ | |

**Lincoln/Marcus 3577**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019: ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Leukocytes | 7.0 | 3.4 - 9.6 x10(9)/L | — | ARZ | |
| Neutrophils | 2.40 | 1.56 - 6.45 x10(9)/L | — | ARZ | |
| Lymphocytes | 3.15 | 0.95 - 3.07 x10(9)/L | H | ARZ | |
| Monocytes | 0.73 | 0.26 - 0.81 x10(9)/L | — | ARZ | |
| Eosinophils | 0.55 | 0.03 - 0.48 x10(9)/L | H | ARZ | |
| Basophils | 0.12 | 0.01 - 0.08 x10(9)/L | H | ARZ | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

## Magnesium [2222486798411] (Final result)

### Specimen Information

| ID | Type | Source | Collected By | |
|---|---|---|---|---|
| E005001458:11 | Blood | Blood, Venous | 05/05/19 0424 | |

**Magnesium [2222486798411]**      Resulted: 05/05/19 0523, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1957      Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301      Collected by: 05/05/19 0424
05/05/19 0823
Resulting lab: MAYO CLINIC ARIZONA LAB

#### Components

| Component | | | | | |
|---|---|---|---|---|---|
| Magnesium, S | 2.0 | 1.7 - 2.3 mg/dL | — | ARZ | |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

## Nucleated RBC [2222486798434] (Final result)

### Specimen Information

| ID | Type | Source | Collected By | |
|---|---|---|---|---|
| E005001458:16 | Blood | — | 05/05/19 0424 | |

**Nucleated RBC [2222486798434]**      Resulted: 05/05/19 0539, Result status: Final result

**Lincoln/Marcus 3578**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)

### Labs (continued)

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1945
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301
05/05/19 0839
Resulting lab: MAYO CLINIC ARIZONA LAB

Order status: Completed
Collected by: 05/05/19 0424

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Drug Screen Urine [2222486798409] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004012029:10 | Urine | Urine, Clean Catch | 05/04/19 2022 |

#### Drug Screen Urine [2222486798409] (Abnormal)

Resulted: 05/04/19 2303, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D.  05/04/19 1957
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301
05/05/19 0203
Resulting lab: MAYO CLINIC ARIZONA LAB

Order status: Completed
Collected by: 05/04/19 2022

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Amphetamines | Negative | Negative | — | ARZ |
| Barbiturates | Negative | Negative | — | ARZ |
| Benzodiazepines | Negative | Negative | — | ARZ |
| Tetrahydrocannabinol, Screen, U  Comment: Confirmation by Mass Spectrometry sent to MAYO CLINIC LABORATORIES, ROCHESTER, MINNESOTA. | Positive | Negative | A | ARZ |
| Cocaine U | Negative | Negative | — | ARZ |
| Ethanol, Screen U | Negative | Negative | — | ARZ |
| Methadone Metabolite | Negative | Negative | — | ARZ |
| Opiates, Screen, U | Negative | Negative | — | ARZ |
| Oxycodone | Negative | Negative | — | ARZ |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

**Lincoln/Marcus 3579**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Carboxy-Tetrahydrocannabinol (THC) Confirmation, Urine [2222486798421] (Final result)**

#### Specimen Information

| Order | Specimen Type | Source | Collected | Collected By |
|---|---|---|---|---|
| E004012029:13 | Urine | — | 05/04/19 1957 | |

**Carboxy-Tetrahydrocannabinol (THC) Confirmation, Urine [2222486798421]**          Resulted: 05/07/19 0916, Result status: Final result

Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1957          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 05/04/19 1957
05/07/19 1217
Resulting lab: MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER
Acknowledged by: Mihyawi, Nawfal, M.D. on 05/21/19 1500

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Carboxy-THC- by GC/MS | 131 | Cutoff: 3.0 ng/mL | — | SDSC |
| Carboxy-THC Interpretation Comment: | Positive. | — | — | SDSC |

----ADDITIONAL INFORMATION----
This report is intended for use in clinical monitoring and management of
patients. It is not intended for use in employment-related testing.
This test was developed and its performance characteristics determined by
Mayo Clinic in a manner consistent with CLIA requirements. This test has not
been cleared or approved by the U.S. Food and Drug Administration.

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 313 - SDSC | MAYO CLINIC SUPERIOR DRIVE SUPPORT CENTER | Unknown | 3050 Superior Dr NW Rochester MN 55905 | 08/03/16 0855 - Present |

#### All Reviewers List

Mihyawi, Nawfal, M.D. on 5/21/2019 15:00

**CBC with Differential, Blood [2222486785422] (Final result)**

#### Specimen Information

| Order | Specimen Type | Source | Collected | Collected By |
|---|---|---|---|---|
| E004010985:1 | Blood | Blood, Venous | 05/04/19 1648 | |

**CBC with Differential, Blood [2222486785422] (Abnormal)**          Resulted: 05/04/19 1702, Result status: Final result

---

**Lincoln/Marcus 3580**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Labs (continued)

Ordering provider: Torres, Marcella, M.D.  05/04/19 1644
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301
05/04/19 2002
Resulting lab:  MAYO CLINIC ARIZONA LAB

Order status:  Completed
Collected by:  05/04/19 1648

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin | 12.2 | 11.6 - 15.0 g/dL | — | ARZ |
| Hematocrit | 36.4 | 35.5 - 44.9 % | — | ARZ |
| Erythrocytes | 4.43 | 3.92 - 5.13 x10(12)/L | — | ARZ |
| MCV | 82.2 | 78.2 - 97.9 fL | — | ARZ |
| RBC Distrib Width | 13.2 | 12.2 - 16.1 % | — | ARZ |
| Platelet Count | 472 | 157 - 371 x10(9)/L | H | ARZ |
| Leukocytes | 10.3 | 3.4 - 9.6 x10(9)/L | H | ARZ |
| Neutrophils | 3.93 | 1.56 - 6.45 x10(9)/L | — | ARZ |
| Lymphocytes | 4.76 | 0.95 - 3.07 x10(9)/L | H | ARZ |
| Monocytes | 0.87 | 0.26 - 0.81 x10(9)/L | H | ARZ |
| Eosinophils | 0.54 | 0.03 - 0.48 x10(9)/L | H | ARZ |
| Basophils | 0.17 | 0.01 - 0.06 x10(9)/L | H | ARZ |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Basic Metabolic Panel [2222486785423] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:2 | Blood | Blood, Venous | 05/04/19 1648 |

**Basic Metabolic Panel [2222486785423] (Abnormal)**          Resulted: 05/04/19 1724, Result status: Final result

Ordering provider: Torres, Marcella, M.D.  05/04/19 1644
Filed by:  Interface, Mc In Orm_Oru Lab Generic 609301
05/04/19 2025
Resulting lab:  MAYO CLINIC ARIZONA LAB

Order status:  Completed
Collected by:  05/04/19 1648

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

**Lincoln/Marcus 3581**

7E291190008

■



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Labs (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Potassium, S | 4.2 | 3.6 - 5.2 mmol/L | — | ARZ | |
| Sodium, S | 140 | 135 - 145 mmol/L | — | ARZ | |
| Chloride, S | 106 | 98 - 107 mmol/L | — | ARZ | |
| Bicarbonate, S | 22 | 22 - 29 mmol/L | — | ARZ | |
| Anion Gap | 12 | 7 - 15 | — | ARZ | |
| Bld Urea Nitrog(BUN), S | 18.7 | 6.0 - 21.0 mg/dL | — | ARZ | |
| Creatinine, S | 1.06 | 0.59 - 1.04 mg/dL | H | ARZ | |
| eGFR-Non Black | 63 | >=60 mL/min/BSA | — | ARZ | |

Comment

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | | |
|---|---|---|---|---|---|
| eGFR-Black | 72 | >=60 mL/min/BSA | — | ARZ | |

Comment

----ADDITIONAL INFORMATION----
Estimated GFR calculated using the 2009 CKD_EPI creatinine
equation.

| | | | | | |
|---|---|---|---|---|---|
| Calcium, Total, S | 10.2 | 8.6 - 10.0 mg/dL | H | ARZ | |
| Glucose, S | 98 | 70 - 140 mg/dL | — | ARZ | |

**Testing Performed By**

| Lab Abbreviation-Name | Director | Address | Valid Date Range |
|---|---|---|---|
| 217 - ARZ    MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

**Troponin T, 5th Generation [2222486785424] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:3 | Blood | Blood, Venous | 05/04/19 1648 |

**Troponin T, 5th Generation [2222486785424]**        Resulted: 05/04/19 1719, Result status: Final result

Ordering provider: Torres, Marcella, M.D. 05/04/19 1644        Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301        Collected by: 05/04/19 1648
05/04/19 2019
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**



| Troponin T, 5th gen | <6 | <=10 ng/L | — | ARZ |

---

10/11/2019 9:15 AM    User: IDMPROD19991070        Release ID:41240319        Care Everywhere ID: MAY-876-686D        Page 204

**Lincoln/Marcus 3582**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                     Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

**Labs (continued)**

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Prothrombin Time (PT/INR) [2222486785425] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:4 | Blood | Blood, Venous | 05/04/19 1648 |

**Prothrombin Time (PT/INR) [2222486785425] (Abnormal)**          Resulted: 05/04/19 1710, Result status: Final result

Ordering provider: Torres, Marcella, M.D. 05/04/19 1644          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 05/04/19 1648
05/04/19 2010
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time, P | 14.2 | 9.4 - 12.5 sec | H | ARZ |
| INR | 1.3 | 0.9 - 1.1 | — | ARZ |

Comment:

----ADDITIONAL INFORMATION----
Standard intensity warfarin therapeutic range: 2.0 to 3.0
High intensity warfarin therapeutic range: 2.5 to 3.5

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

### Nucleated RBC [2222486785427] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| E004010985:7 | Blood | — | 05/04/19 1648 |

**Nucleated RBC [2222486785427]**          Resulted: 05/04/19 1702, Result status: Final result

Ordering provider: Torres, Marcella, M.D. 05/04/19 1644          Order status: Completed
Filed by: Interface, Mc In Orm_Oru Lab Generic 609301          Collected by: 05/04/19 1648
05/04/19 2002
Resulting lab: MAYO CLINIC ARIZONA LAB

**Components**

**Lincoln/Marcus 3583**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019


**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Labs (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Nucleated RBC | 0.0 | /100 WBC | — | ARZ |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 217 - ARZ | MAYO CLINIC ARIZONA LAB | Unknown | 5777 E Mayo Blvd Phoenix AZ 85054 | 08/03/16 0855 - Present |

## Procedures

### ECG

#### ECG 12 Lead [2222486858200] (Final result)

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 05/06/19 0656 |

**ECG 12 Lead [22222486858200]**                    Resulted: 05/06/19 1159, Result status: Final result

Ordering provider: Novais, Barbara S, APRN, ANP-BC, M.S.N. 05/06/19 0030

Order status: Completed

Resulted by: Simper, David, M.D.

Filed by: Interface, Mc In Oru From Muse 609303 05/06/19 1459

Collected by: 05/06/19 0656
Lab Technician: TARI COLLIER

Resulting lab: MUSE

Impression:
Sinus rhythm with Premature supraventricular complexes
Otherwise normal ECG
When compared with ECG of 05-MAY-2019 06:14,
Nonspecific T wave abnormality no longer evident in Inferior leads

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 80 | BPM | — | MUSE |
| PR Interval | 156 | ms | — | MUSE |
| QRSD Interval | 92 | ms | — | MUSE |
| QT Interval | 382 | ms | — | MUSE |
| QTC Interval | 440 | ms | — | MUSE |
| P Axis | 78 | degrees | — | MUSE |
| R Axis | 68 | degrees | — | MUSE |
| T Wave Axis | 59 | degrees | — | MUSE |

### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

**Lincoln/Marcus 3584**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

**Procedures (continued)**

| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |
|---|---|---|---|---|

**ECG 12 Lead [2222486798436] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 05/05/19 0614 |

**ECG 12 Lead [2222486798436]**                          Resulted: 05/05/19 0938, Result status: Final result

Ordering provider: Lai, Kin Chung, M.D. 05/05/19 0550     Order status: Completed
Resulted by: Srivathsan, Komandoor, M.D.                  Filed by: Interface, Mc In Oru From Muse 609303 05/05/19
                                                          1238
Collected by: 05/05/19 0614                               Resulting lab: MUSE
Lab Technician: MEGAN BAILEY
Impression:
Sinus rhythm with Premature atrial complexes (multiple)
Otherwise normal ECG
When compared with ECG of 04-MAY-2019 20:09,
Premature atrial complexes are now present
Vent. rate has decreased BY 58 BPM
Nonspecific T wave abnormality no longer evident in Anterolateral leads

**Components**

| Components | Value | | Reference Range | Flag | Lab |
|---|---|---|---|---|---|
| Ventricular Rate ECG/Min | 82 | BPM | — | | MUSE |
| PR Interval | 112 | ms | — | | MUSE |
| QRSD Interval | 84 | ms | — | | MUSE |
| QT Interval | 374 | ms | — | | MUSE |
| QTC Interval | 436 | ms | — | | MUSE |
| P Axis | 60 | degrees | — | | MUSE |
| R Axis | 54 | degrees | — | | MUSE |
| T Wave Axis | 18 | degrees | — | | MUSE |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

**ECG 12 Lead [2222486798405] (Edited Result - FINAL)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| — | — | — | 05/04/19 2009 |

                                                          Resulted: 05/05/19 1008, Result status: Edited
**ECG 12 Lead [2222486798405]**                                                          Result - FINAL

Ordering provider: Mihyawi, Nawfal, M.D. 05/04/19 1956    Order status: Completed
Resulted by: Srivathsan, Komandoor, M.D.                  Filed by: Interface, Mc In Oru From Muse 609303 05/05/19

**Lincoln/Marcus 3585**

7E291190008



# MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:                     Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 ED (To Hosp Admission (Discharged) in Mayo Clinic Hospital, Fourth Floor (continued)

### Procedures (continued)

1308
Resulting lab: MUSE

Collected by: 05/04/19 2009
Lab Technician: ELENA GARDNER
Impression:
Supraventricular tachycardia
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 04-MAY-2019 16:34,
ST no longer depressed in Inferior leads
Non-specific change in ST segment in Anterolateral leads
T wave inversion no longer evident in Inferior leads

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 140 | BPM | — | MUSE |
| QRSD Interval | 84 | ms | — | MUSE |
| QT Interval | 330 | ms | — | MUSE |
| QTC Interval | 503 | ms | — | MUSE |
| R Axis | 19 | degrees | — | MUSE |
| T Wave Axis | 48 | degrees | — | MUSE |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

### ECG 12 Lead [2222486785412] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By | |
|---|---|---|---|---|
| — | — | — | 05/04/19 1634 | |

**ECG 12 Lead [2222486785412]**          Resulted: 05/05/19 0947, Result status: Final result

Ordering provider: Torres, Marcella, M.D. 05/04/19 1629
Resulted by: Srivathsan, Komandoor, M.D.

Collected by: 05/04/19 1634
Lab Technician: PHILLIP MCALISTER
Impression:
Sinus tachycardia
ST and T wave abnormality, consider inferior ischemia
Abnormal ECG
No previous ECGs available

Order status: Completed
Filed by: Interface, Mc In Oru From Muse 609303 05/05/19 1247
Resulting lab: MUSE

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ventricular Rate ECG/Min | 167 | BPM | — | MUSE |
| PR Interval | 112 | ms | — | MUSE |

**Lincoln/Marcus 3586**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:          , Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

## 05/04/2019 ED (O Hosp-Admission) (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Procedures (continued)

| | | | | |
|---|---|---|---|---|
| QRSD Interval | 78 | ms | — | MUSE |
| QT Interval | 288 | ms | — | MUSE |
| QTC Interval | 480 | ms | — | MUSE |
| P Axis | 91 | degrees | — | MUSE |
| R Axis | 52 | degrees | — | MUSE |
| T Wave Axis | -138 | degrees | — | MUSE |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 305 - MUSE | MUSE | Unknown | NA | 08/03/16 0855 - Present |

### Procedures

#### Critical Care [2222486785439] (Final result)

| Critical Care [2222486785439] | Resulted: 05/04/19 1749, Result status: Final result |
|---|---|

Ordering provider: Torres, Marcella, M.D. 05/04/19 1749   Order status: Completed
Filed by: Torres, Marcella, M.D. 05/04/19 2050
Narrative:
Torres, Marcella, M.D.   5/4/2019 5:50 PM
Critical Care
Performed by: TORRES, MARCELLA
Authorized by: TORRES, MARCELLA

Critical care provider statement:
  Critical care total time (minutes): 40
  Critical care time was exclusive of: Separately billable procedures and treating other patients
  Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions: Cardiac arrhythmia
  Critical care was time spent personally by me on the following activities: Development of treatment plan with patient or surrogate, discussions with consultants, evaluation of patient's response to treatment, examination of patient, obtaining history from patient or surrogate, ordering and performing treatments and interventions, ordering and review of laboratory studies and re-evaluation of patient's condition
  I assumed direction of critical care for this patient from another provider in my specialty: no

### Vitals

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight |
|---|---|---|---|---|---|---|
| 05/06/19 0845 | 36.7 °C | — | 16 | 95/71 | 98 % | — |
| 05/06/19 0415 | 36.6 °C | — | 16 | 93/61 | 97 % | — |
| 05/06/19 0100 | 36.4 °C | — | 16 | 93/56 | 95 % | — |

**Lincoln/Marcus 3587**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019 ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital - Fourth Floor (continued)

### Vitals (continued)

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight |
|---|---|---|---|---|---|---|
| 05/05/19 2115 | 36.5 °C | — | 16 | 90/56 | 98 % | — |
| 05/05/19 1500 | 36.6 °C | — | — | 111/73 | 97 % | — |
| 05/05/19 1100 | 36.8 °C | 77 | 16 | 102/69 | 98 % | — |
| 05/05/19 0800 | 36.4 °C | (!) 155 | 16 | 108/71 | 98 % | — |
| 05/05/19 0558 | — | — | — | (!) 85/67 | — | — |
| 05/05/19 0345 | 36.4 °C | — | 14 | 90/56 | 100 % | — |
| 05/04/19 2338 | 36.5 °C | — | 16 | 97/84 | 97 % | — |
| 05/04/19 2000 | — | — | — | — | — | 63.8 kg |
| 05/04/19 1945 | 36.6 °C | — | 16 | 103/80 | 95 % | — |
| 05/04/19 1930 | — | 69 | 14 | (!) 134/106 | 99 % | — |
| 05/04/19 1915 | — | (!) 146 | 15 | — | 93 % | — |
| 05/04/19 1900 | — | (!) 150 | 14 | 97/61 | 95 % | — |
| 05/04/19 1830 | — | 75 | 17 | 119/86 | 97 % | — |
| 05/04/19 1800 | — | (!) 142 | 16 | 116/80 | 96 % | — |
| 05/04/19 1756 | — | (!) 151 | 18 | — | 98 % | — |
| 05/04/19 1730 | — | (!) 129 | 17 | 105/85 | 98 % | — |
| 05/04/19 1700 | — | (!) 137 | 16 | 117/79 | 97 % | — |
| 05/04/19 1659 | — | (!) 154 | 13 | — | 98 % | — |
| 05/04/19 1657 | — | — | — | — | — | 66.9 kg |
| 05/04/19 1645 | — | (!) 168 | 13 | (!) 131/91 | 97 % | — |
| 05/04/19 1624 | 37 °C | 60 | 18 | 124/78 | 100 % | — |

### Documents (group 1 of 2)

**Diagnostic Report - Cardiology**

Scan on 5/6/2019 10:11 PM

Scan (below)

**Lincoln/Marcus 3588**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:              , Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

05/04/2019 ED (o Hosp Admission (Discharged)) in Mayo Clinic Hospital Fourth Floor (continued)

**Documents (group 1 of 2) (continued)**

MAYO CLINIC  *ECG Tracings and Strips*





Marcus,Leslie S
          yo) Female
MRN: 12-300-675  CSN: 200...80934489
Enctr Dt: 5/4/2019

Number (above) and Name

Diagnostic Report - Cardiology



**Lincoln/Marcus 3589**

7E291190008

■


MAYO CLINIC

Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 ED (to Hosp Admission-Discharged) in Mayo Clinic Hospital: Fourth Floor (continued)**

**Documents (group 1 of 2) (continued)**

**Scan on 5/5/2019 1:23 PM**

Scan (below)

**Lincoln/Marcus 3590**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Round Floor (continued)**

**Documents (group 1 of 2) (continued)**

 **ECG Tracings and Strips**





Use
Removable
Magic
Tape ONLY



**Lincoln/Marcus 3591**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:            Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)**

Documents (group 1 of 2) (continued)

**Lincoln/Marcus 3592**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019



**MAYO CLINIC**

## 05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Documents (group 2 of 2)

### Diagnostic Report - ECG

#### Scan on 5/6/2019 6:58 AM

Scan (below)



#### Scan on 5/5/2019 6:18 AM

Scan (below)

**Lincoln/Marcus 3593**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

## 05/04/2019, ED (to Hosp Admission Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

### Documents (group 2 of 2) (continued)



Scan on 5/4/2019  8:13 PM

Scan (below)

**Lincoln/Marcus 3594**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**MAYO CLINIC**

**05/04/2019 ED to Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

Documents (group 2 of 2) (continued)

| MARCUS, LESLIE | | ID:12300675 | 04-MAY-2019 20:09:58 | MAYO CLINIC-AZ4W ROUTINE RECORD |
|---|---|---|---|---|

Female    (47 yr)

Room:404
Loc 4005

| Vent. rate | 140 | BPM |
| PR interval | * | ms |
| QRS duration | 84 | ms |
| QT/QTc | 330/503 | ms |
| P-R-T axes | * 19 | 48 |

Supraventricular tachycardia
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 04-MAY-2019 16.34.
ST no longer depressed in Inferior leads
Non-specific change in ST segment in Anterolateral leads
T wave inversion no longer evident in Inferior leads

Technician ID: 11013
Test ind: Atrial Fibrillation

Comments:          Comments2:          Referred by: NAWFAL MIHYAWI          Confirmed By: KOMANDOOR SRIVATHSAN MD
                                                  Comments          Comments2:

[ECG tracing with leads I, aVR, V1, V4; II, aVL, V2, V5; III, aVF, V3, V6; V1; II; V5]

25mm/s   10mm/mV   150Hz   8.0 SP2   12SL 241   CID: 35          EID.12022 EDT: 12:08 03-MAY-2019 ORDER. 4865753405 ACCOUNT. 2000280934489

Page 1 of 1

Scan on 5/4/2019 4:34 PM

Scan (below)

**Lincoln/Marcus 3595**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:                    Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

**05/04/2019: ED to Hosp. Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)**

## Documents (group 2 of 2) (continued)

| MARCUS, LESLIE | | ID:12300675 | 04-MAY-2019 16:34:40 | MAYO CLINIC-AZED  ROUTINE RECORD |
|---|---|---|---|---|
| (47 yr) | Vent. rate | 167 BPM | Sinus tachycardia | |
| Female | PR interval | 112 ms | ST and T wave abnormality, consider inferior ischemia | |
| | QRS duration | 78 ms | Abnormal ECG | |
| Room:ED WR | QT/QTc | 288/480 ms | No previous ECGs available | |
| Loc 4088 | P-R-T axes | 91 52 224 | | |

Technician ID: 11287
Test ind:Other-

Referred by: STEPHEN TRAUB            Confirmed By: KOMANDOOR SRIVATHSAN MD

25mm/s    10mm/mV    150Hz    8.0 SP2    12SL 241    CID. 23

EID.12022 EDT: 11:47 05-MAY-2019 ORDER: 486785412 ACCOUNT. 2000780934489
Page 1 of 1

## Diagnostic Report - Echo

### Scan on 5/5/2019 12:57 PM

Scan (below)

**Lincoln/Marcus 3596**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:        Sex: F
Adm: 5/4/2019,  D/C: 5/6/2019



**MAYO CLINIC**

12-300-676
Marc  , Ms. Leslie S
Born: 7        Sex: F 47

Echocardiography Laboratory
**MAYO CLINIC ARIZONA**
Final Report

Performed: 5 May 2019
Printed: 5 May 2019
Page 1  of 4

Responsible Consultant: Anamyani, Reza 1-8685

**Demographics**

Height: 165.1 cm    Weight: 63.8 kg    BSA: 1.7 m²        BMI: 23.41
Procedure Start Time: 05/05/2019 10:06 AM    Location: MCA Hospital
Patient Class: IP
Referring Provider: Srivathsan, Komandoor, M.D.    Indication for Study: afib with RVR

**Procedure**

Type: MCA Adult TTE
Components: 2-D, Color Flow Doppler. Doppler. M-Mode. TDI (Tissue Doppler Imaging)

**Referral Diagnosis**

Atrial fibrillation.

**Hemodynamics**

Heart Rate: 75 BPM
Blood Pressure: 108 / 72 mmHg
ECG:
    Sinus rhythm with paroxysmal atrial fibrillation

**Media Details**

Server #Prosolv

**Final Impressions**

1. Normal left ventricular chamber size. Calculated 2-D left ventricular ejection fraction 62 %.
2. No regional wall motion abnormalities.
3. Normal left ventricular diastolic function.
4. Normal right ventricular size and function.
5. Normal left atrial size.
6. Mild tricuspid valve regurgitation.
7. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg).
8. Normal inferior vena cava size with normal inspiratory collapse (>50%).
9. No pericardial effusion.
10. No previous studies available for comparison.

**Findings**

Echocardiographic images interpreted at MCA – Hospital campus. Color flow and spectral Doppler performed in part to assess valvular heart disease. No previous studies available for comparison. LEFT VENTRICLE: Normal left ventricular chamber size Normal left ventricular systolic function. Calculated 2-D monoplane volumetric left ventricular ejection fraction 62 %. No regional wall motion abnormalities. Normal left ventricular wall thickness. Normal left ventricular diastolic function. RIGHT VENTRICLE: Normal right ventricular size. Normal right ventricular systolic function. Estimated right ventricular systolic pressure 25 mmHg (systolic blood pressure 108 mmHg). ATRIA: Normal left atrial size. Left atrial volume index 26 ml/m². Normal right atrial size. CARDIAC VALVES: Trileaflet aortic valve. Normal aortic valve. No aortic valve regurgitation. Normal mitral valve. Trivial mitral valve regurgitation. Normal pulmonary valve. Normal pulmonary valve systolic velocity. Trivial pulmonary valve regurgitation. Normal tricuspid valve. Mild tricuspid valve regurgitation. OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%). Normal ascending aorta dimension Normal abdominal aorta Doppler flow pattern. No atrial level shunt by color flow imaging No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location. No pericardial effusion.

**Measurements**                                    **Value**

|  | Value | Normals |
|---|---|---|
| **Right Ventricle** | | |
| 2D: | | |
| Basal RV Diameter (d) 4 chamber (mm) | 33 | 24 – 42 |
| **Ventricular Septum** | | |
| 2D: | | |
| Thickness (d)(mm) | 7 * | 8 – 11 |
| **Posterior Wall** | | |
| 2D: | | |
| Thickness (d)(mm) | 6 * | 8 – 12 |
| **Left Ventricle** | | |
| 2D: | | |
| Dimension (d) (mm) | 45 | 38 – 52 |
| Dimension (s) (mm) | 25 | 23 – 35 |

CONTINUED ON NEXT PAGE            MC1183-4

**Lincoln/Marcus 3597**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

12-300-675
Marcus, Ms. Leslie S                    Echocardiography Laboratory          Performed 5 May 2019
Born: 27 May 1971    Sex: F 47          MAYO CLINIC ARIZONA                  Printed 5 May 2019
                                        Final Report                         Page 2 of 4

**Measurements**                                Value (Continued)

|                                              | Value | Normals |
|----------------------------------------------|-------|---------|
| LV Mass (g)                                  | 87    |         |
| LV Mass index (g/m²)                         | 51    |         |
| Relative Wall Thickness (2D)(%)              | 27    |         |
| 4 chamber volume (d) by Method of Discs(ml)  | 76    |         |
| 4 chamber volume (s) by Method of Discs(ml)  | 29    |         |
| 4 chamber EF by Method of Discs (%)          | 62    |         |

**Left Atrium**
Volume by Method of Disks

|                                              | Value | Normals |
|----------------------------------------------|-------|---------|
| 4 Chamber Maximum Volume(ml)                 | 45    |         |
| 2 Chamber Maximum Volume(ml)                 | 45    |         |
| Biplane Maximum Volume(ml)                   | 45    |         |
| Biplane Volume (maximum) Index (ml/m²)       | 26    | 16 – 34 |

**Right Atrium**
2D:

|                                              | Value | Normals |
|----------------------------------------------|-------|---------|
| Volume by MOD (s)(ml)                        | 34    |         |
| Volume Index by MOD (s)(ml/m²)               | 20    |         |

**Thoracic Aorta**
ASCENDING 2D:

|                                              | Value | Normals |
|----------------------------------------------|-------|---------|
| Mid ascending aorta diameter(mm)             | 33    |         |

**Left Ventricular Outflow Tract**
PWD:

|                                              | Value   | Normals |
|----------------------------------------------|---------|---------|
| Mean gradient (mmHg)                         | [avg] 2 |         |

**Aortic Valve Systolic**
HEMODYNAMICS:

|                                              | Value     | Normals   |
|----------------------------------------------|-----------|-----------|
| LVOT velocity (m/sec)                        | [avg] 0.9 |           |
| LVOT TVI (cm)                                | [avg] 19.4|           |
| AV velocity (m/sec)                          | [avg] 1.0 | 0.5 – 1.8 |
| AV TVI (cm)                                  | [avg] 22.8|           |
| LVOT/AV velocity ratio                       | 0.90      |           |
| LVOT/AV TVI ratio                            | 0.85      |           |
| AV mean gradient (mmHg)                      | [avg] 2   |           |
| AV mean gradient (corrected) (mmHg)          | 0         |           |

VALVE AREA:

|                                              | Value | Normals |
|----------------------------------------------|-------|---------|
| LVOT diameter(cm)                            | 2.0   |         |
| LV stroke volume (ml)                        | 61    |         |
| LV stroke volume index(ml/m²)                | 36    | 32 – 58 |
| Valve area (velocity)(cm²)                   | 2.83  |         |
| Valve area (TVI)(cm²)                        | 2.67  |         |

CARDIAC OUTPUT:

|                                              | Value | Normals |
|----------------------------------------------|-------|---------|
| HR at stroke volume acquisition (BPM)        | 76    |         |
| Cardiac Output(l/min)                        | 4.63  |         |
| Cardiac Index(l/min/m²)                      | 2.72  | 2.5 – 4.2 |

**Mitral Valve Diastolic**
HEMODYNAMICS (PWD):

|                                              | Value     | Normals   |
|----------------------------------------------|-----------|-----------|
| E velocity (m/sec)                           | [avg] 0.5 | 0.4 – 1.0 |
| A velocity(m/sec)                            | [avg] 0.4 | 0.3 – 0.6 |

CONTINUED ON NEXT PAGE                    MC1183-4

**Lincoln/Marcus 3598**

7E291190008

Marcus, Leslie S
MRN: 12-300-675, DOB:                Sex: F
Adm: 5/4/2019, D/C: 5/6/2019


MAYO CLINIC

**05/04/2019: ED to Hosp Admission(Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)**

## Documents (group 2 of 2) (continued)

12-300-675                         Echocardiography Laboratory          Performed 5 May 2019
Marcus, Ms. Leslie S                  MAYO CLINIC ARIZONA              Printed 5 May 2019
Born:              Sex: F 47            Final Report                    Page 3 of 4

### Measurements

**Value (Continued)**

| Measurements | Value | Normals |
|---|---|---|
| E–A ratio | 1.25 | 0.8 – 2.4 |
| Deceleration time(msec) | [avg] 227 * | 131 – 223 |
| Medial annulus e' velocity(m/sec) | [avg] 0.10 | |
| Lateral annulus e' velocity(m/sec) | [avg] 0.13 | |
| E/e' (medial) | 5.0 | |
| E/e' (lateral) | 3.8 | |

**Pulmonary Valve Systolic**
**VALVE AREA:**

| | Value | Normals |
|---|---|---|
| RVOT peak velocity(m/sec) | [avg] 0.4 | |
| RVOT TVI(cm) | [avg] 9.7 | |

**Tricuspid Valve Diastolic**
**HEMODYNAMICS (PWD):**

| | Value | Normals |
|---|---|---|
| E velocity (m/sec) | [avg] 0.4 | 0.4 – 1.0 |
| Lateral annulus e' velocity(m/sec) | 0.08 | |
| Lateral annulus systolic velocity (m/sec) | 0.13 * | 0.14 – 0.15 |
| E/e' (lateral) | 5.0 | |

**Tricuspid Valve Systolic**
**HEMODYNAMICS:**

| | Value | Normals |
|---|---|---|
| Regurgitant velocity(m/sec) | [avg] 2.21 | |
| Regurgitant MIG(mmHg) | 20 | |

**RIGHT HEART PRESSURE:**

| | Value | |
|---|---|---|
| RA pressure (estimated)(mmHg) | 5 | |
| RV systolic pressure(mmHg) | 25 | |

**Extracardiac Vessels**
**PULMONARY VEINS**
**(General):**

| | Value | Normals |
|---|---|---|
| Late systolic velocity(m/sec) | [avg] 0.3 | |
| Diastolic velocity(m/sec) | [avg] 0.3 | 0.3 – 0.7 |

### Serial Studies

| General | 05/05/19 |
|---|---|
| BSA(m²) | 1.70 |
| BMI(kg/m²) | 23.41 |
| Heart Rate(BPM) | 75 |
| BP Systolic(mmHg) | 103 |
| BP Diastolic(mmHg) | 72 |
| IVSd (2D)(mm) | 7 |
| LVPWd (2D)(mm) | 6 |
| LVIDd (2D)(mm) | 45 |
| SV Index(ml/m²) | 36 |
| Cardiac Index (L/min/m²) | 2.72 |
| LV Mass Index (2D)(g/m²) | 51 |
| LA Vol Index (Simpson's)(ml/m²) | 26 |
| E/A Ratio | 1.25 |
| MV DT(msec) | avg 227 |
| E/e' Ratio | 5.0 |
| RV Pressure(mmHg) | 25 |

### Roles

CONTINUED ON NEXT PAGE                    MC 1183–4

**Lincoln/Marcus 3599**

7E291190008

■



Marcus, Leslie S
MRN: 12-300-675, DOB:          Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

05/04/2019: ED (O/Hosp Admission (Discharged) in Mayo Clinic Hospital Fourth Floor (continued)

Documents (group 2 of 2) (continued)

| 12-300-675 | | Echocardiography Laboratory | | Performed 5 May 2019 |
| Marcus Ms. Leslie S | | MAYO CLINIC ARIZONA | | Printed 5 May 2019 |
| Born: | Sex: F 47 | Final Report | | Page 4 of 4 |

**Roles (Continued)**

| Role | Name | Electronically Authenticated By | Date/Time |
|------|------|-------------------------------|-----------|
| Adult Cardiac Sonographer | Schlick, Bobbi RDCS | | |
| Consultant | Arsanjani, Reza MD | Arsanjani, Reza MD | 05/05/2019 02:57 PM |
| Epic – Begin Exam | Schlick, Bobbi RDCS | | |

END OF REPORT                    MC1183-4

**Lincoln/Marcus 3600**

7E291190008



Marcus, Leslie S
MRN: 12-300-675, DOB:           Sex: F
Adm: 5/4/2019, D/C: 5/6/2019

05/04/2019 ED to Hosp-Admission (Discharged) in Mayo Clinic Hospital-Fourth Floor (continued)

**Documents (group 2 of 2) (continued)**

**Lincoln/Marcus 3601**



PD101310_2019_045



R code.
Pickup,
ute free

**P**

US POSTAGE AND FEES PAID
PRIORITY MAIL
Oct 14 2019
Mailed from ZIP 30005
PM Cubic .10 Zone 2

Commercial Plus Pricing



071V01249433

# PRIORITY MAIL 2–DAY

IOD
Shipping Department
P.O. Box 19072
Green Bay WI 54307

| B900 | 0004 |

SHIP TO:

**LINCOLN FINANCIAL GROUP**
**BRANDY PELLETIER**
**PO BOX 7213**
**LONDON KY 40742–7213**

## USPS TRACKING #

Part # 159474 RIT EXP 07/20

9405 5102 0549 3010 6502 65

**Lincoln/Marcus 3602**

7E291190003

# INVOICE



**LINCOLN FINANCIAL GROUP**
BRANDY PELLETIER
PO BOX 7213

LONDON, KY 40742-7213

| | |
|---|---|
| Invoice #: | **52181884** |
| Inv. Date: | 10/11/2019 |
| Due Date: | 10/21/2019 |
| Terms: | Net 10 |
| Patient | MARCUS, LESLIE |
| Account #: | 6619057 |
| Claim/File #: | 9303113 |

Shipping:
PO BOX 7213

LONDON, KY 40742-7213

Facility: **MAYO CLINIC**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 223 | 223 | $0.00 | $0.00 |
| Basic Fee $20.00 | 1 | $20.00 | $20.00 |
| Copy Charge $1.10 Per Page, Pages 1-50 | 50 | $1.10 | $55.00 |
| Copy Charge $0.80 Per Page, Pages 51-100 | 50 | $0.80 | $40.00 |
| Copy Charge $0.60 Per Page, Pages 101+ | 123 | $0.60 | $73.80 |

| | | |
|---|---|---|
| Product Total: | $ 188.80 | |
| State Tax: | | 0.00% |
| City/local Tax: | | 0.00% |
| Sales Tax: | $ 0.00 | (0.00%) |
| Shipping & Handling: | $ 8.30 | |
| Grand Total: | $ 197.10 | |
| Credits/Payments: | $ 0.00 | |
| **Amount Due:** | **$ 197.10** | |

**Please Note:** This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c) (5) and 2.65.

**Payment Options:**
- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

*IOD Incorporated   TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Lincoln/Marcus 3603**

7E291190003

# INVOICE



## PAYMENT SHEET

## PLEASE RETURN THIS WITH YOUR PAYMENT.

**MAKE PAYMENT TO:**

IOD Incorporated
PO Box 19072
Green Bay, WI 54307-9072

TaxID No. 65-0765287

| | |
|---|---|
| Invoice No: | **52181884** |
| Requester: | **LINCOLN FINANCIAL GROUP** |
| Account #: | **6619057** |
| Patient Name: | **MARCUS, LESLIE** |
| Amount Due: | **197.10** |

Amount Paid $

Check No

To make an online payment, please go to payportal.iodincorporated.com

*IOD Incorporated   TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Page 2 of 2**

**Lincoln/Marcus 3604**



**US POSTAGE AND FEES PAID**

**P** PRIORITY MAIL
Oct 14 2019
Mailed from ZIP 30005
PM Cubic .10 Zone 2

Commercial Plus Pricing

071V01249433

## PRIORITY MAIL 2–DAY

IOD
Shipping Department
P.O. Box 19072
Green Bay WI 54307

**B900**    0004

SHIP TO:

**LINCOLN FINANCIAL GROUP**
**BRANDY PELLETIER**
**PO BOX 7213**
**LONDON KY 40742–7213**

### USPS TRACKING #

Part # 159474 RIT EXP 07/20

**9405 5102 0549 3010 6502 65**

**Lincoln/Marcus 3605**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: October 16, 2019 | |
| To:  DR FRANK CIBULKA | |
| Attn:  Medical Records<br>**Disability** | |
| Fax:  (480) 882-5866 | |
| From:  Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3606**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 16, 2019

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

- Completion of the Enclosed Forms:

    X   Restrictions Form
    ___ Other

We ask that you provide this information by October 23, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical

1  of 2

**Lincoln/Marcus 3607**

information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   Restrictions Form
                    9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

2  of 2

**Lincoln/Marcus 3608**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## Restrictions Form

**Return To:** Brandy Pelletier

| Leslie Marcus | | 9303113 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

### To be completed by physician:

1. **DATE FIRST TREATED** —
   **DATE LAST TREATED** —
   **NEXT OFFICE VISIT** — **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   1)  **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**
     2)  **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

**Lincoln/Marcus 3609**

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**Lincoln/Marcus 3610**

10/15/2019  12:22    480--894-1986         FEDEX OFFICE    2303              PAGE  05



Lincoln
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___LESLIE MARCUS___

Name of legal representative, if applicable (print) _____ Relationship __SELF__

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __930311___ Date: ___10/14/19___

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3611**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date:  October 16, 2019 | |
| To:  DR DAVID CHO<br>4131 N. 24TH STREET<br>#B-102<br>PHOENIX AZ 85016 | |
| Attn:  Medical Records<br>2nd Request | |
| Fax:  (480) 946-4850 | |
| From: Brandy Pelletier<br>Ltd Technical Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3612**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 16, 2019

Dr. David Cho
4131 N. 24TH STREET
#B-102
PHOENIX, AZ 85016

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. David Cho:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to Leslie Marcus's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to Dr. Cho's office.  This is the second request for this information.  Further delay may result in an adverse claim determination. Please submit the requested information by October 23, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Ltd Technical Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-REQUEST-PROVIDER-09.18.2019
               9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-10.15.2019

<center>1  of  1</center>

<div align="right">**Lincoln/Marcus 3613**</div>


**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | September 18, 2019 |
| To: | DR DAVID CHO<br>4131 N. 24TH STREET<br>#B-102<br>PHOENIX AZ 85016 |
| Attn: | Medical Records |
| Fax: | (480) 946-4850 |
| From: | Brandy Pelletier<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover): | 3 |
| RE: | Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3614**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 18, 2019

Dr. David Cho
4131 N. 24TH STREET
#B-102
PHOENIX, AZ 85016

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. David Cho:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 18, 2019 through the present

We ask that you provide this information by October 2, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist

1 of 2

**Lincoln/Marcus 3615**

Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

**Lincoln/Marcus 3616**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (388) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ LESLIE MARCUS _____

Name of legal representative, if applicable (print) _____ Relationship SELF _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __9303113__ Date: ____10/14/19_____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3617**



# Fax

| | | | |
|---|---|---|---|
| **To:** | Brandy Pelletier | **From:** | Leslie Marcus |
| **Fax:** | 603 334 8592 | **Pages:** | 21 (inc cover) |
| **Phone:** | 888 437 7611 *16377 | **Date** | 10/15/19 |
| **Re:** | LTD Benefits | **cc:** | Name |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply   ☐ Please Recycle

Comments:

2nd transimission

**Lincoln/Marcus 3618**

*ATTN: BRANDY PELLETIER*


**Lincoln**
Financial Group®

*603.334.8592*

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 11, 2019

Ms. Leslie Marcus

RE:   Long Term Disability (LTD) Benefits
      Balfour Beatty Investments
      Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by October 18, 2019:

- Completion of the Enclosed Forms:

    X   Authorization - Medical
    ___ Other

*FROM LESLIE MARCUS -*

*CLAIM # 9303113*

If you have any questions regarding this correspondence, please contact me.

*please call to verify receipt*

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   Authorization - Medical

1 of 1

**Lincoln/Marcus 3619**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303            PAGE  03

*on DOUBLE SIDED*

## CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

**EMPLOYEE/CLAIMANT NAME:** Leslie Marcus
**CLAIM NO:** 9303113
**EMPLOYER/SPONSOR:** Balfour Beatty Investments        **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time
period from 12/01/2017 to the present.  If additional space is needed, please use a separate sheet of paper.

*all other providers are thru Mayo clinic / all same address*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Frank Cibulka
Specialty: GP / family medicine
Address: 3891 N 44th St for over 7 years
PHOENIX AZ 85018
Telephone No. (480)882-7360 Fax No. : (   )

Name: Susan Hendrick PA of Dr Smith Symon
Specialty: cardiovascular medicine. *unless noted otherwise*
Address: 5777 E Mayo Blvd.
Phx AZ - MAIN Address
480-342-2000 Fax No. : (

Name: Gretchen Anderson
Specialty: family medicine GP
Address: 20199 N 75th Ave
Glendale AZ 85308
Telephone No. (623)561-5252 Fax No. : (   )

Name: Alexandria Cable
Specialty: otolaryngology
Address: main Mayo
same    havent seen yet
Telephone No. :(   )    Fax No. :(   )

**MEDICAL INSURANCE CARRIER(S):**

Name: Lisa Gudenkauf
Specialty: Psychiatry & Psychology
Address: main mayo
~ havent seen yet.
Telephone No. : (   )    Fax No. :(   )

Name: ~~Robert Hayee~~ John Camoriano
Specialty: Hematology
Address: Mayo  Mayo
havent seen yet
Telephone No. :(   )    Fax No. :(   )

**PHARMACY(S):**

Name: Lynnetta Kansler
Specialty: Behavioral Health
Address: main mayo
havent seen yet.
Telephone No. :(   )    Fax No. :(   )

Name: Kari Martin
Specialty: psychiatry & pyschology
Address: main mayo.
Telephone No. :(   )    Fax No. :(   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the
insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under
law.

OVER→

SIGNATURE:                    DATE: 10/14/19

* Medical records for Mayo clinic phone #:

PAGE 3/21 * RCVD AT 10/15/2019 3:23:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/11 * DNIS:6033348592 * CSID:480 894 1986    * ANI:14808949343 * DURATION (mm-ss):07-0

**Lincoln/Marcus 3620**

\* LAURA MILLIKEN - Psychiatry & Psychology
    MAIN MAYO.
\* haven't seen yet
    Lindsey Stull.
    of Olaryngology
    Main Mayo.

\* Yasemin Tashman:
    Pulmonary Mediane
    Main Mayo

\* Sanford Fineman
    Dept of NEUROLOGY
    - Main mayo
    - Havent seen yet

\* Michael Hinni
    dep of ororhinolaryngology
    - main Mayo
    - havent seen yet

\* Lori Roust
    Dept of Endocrinology
    MAIN Mayo
    havent seen yet

\* Diana Snyder
    Gastroenterology
    MAIN Mayo
    - havent seen yet

_____

\* I have been to over 20 more doctors/Hospitals that are not
    currently treating but have treated since 12/01/2017 as issues
    left unresolved or resolved & moved to Mayo. Most were
    thru Honor Health ¿ Frank Cibulkas office should have all of
    my info ( inclusive of Mayos and all Hospital stays)

PAGE 4/21 * RCVD AT 10/15/2019 3:23:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/11 * DNIS:6033348592 * CSID:480 894 1986    * ANI:14808949343 * DURATION (mm-ss):07-0

**Lincoln/Marcus 3621**

 **Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _LESLIE MARCUS_

Name of legal representative, if applicable (print) _____ Relationship _SELF_

Signature of claimant or legal representative  _____

Date of Birth: __  _____  Claim Number: _9303113_  Date: _10/14/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3622**

10/15/2019  12:22    480--894-1986          FEDEX OFFICE    2303              PAGE  06

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 11, 2019

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy. We are
writing in reference to your claim for LTD benefits under the Policy.

Per your October 11, 2019 request for relevant claim documentation, we have enclosed the
following information:

  •   Copy of LTD Forms

If you have any questions regarding this information, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:  9303113-ACKNOWLEDGE-NEW CLAIM-09.13.2019

1  of  1

**Lincoln/Marcus 3623**

10/15/2019  12:22     480--894-1986            FEDEX OFFICE    2303            PAGE  07

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LESLIE MARCUS

PAGE 7/21 * RCVD AT 10/15/2019 3:23:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/11 * DNIS:6033348592 * CSID:480 894 1986     * ANI:14808949343 * DURATION (mm-ss):07-0

**Lincoln/Marcus 3624**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (883) 437-7611
Secure Fax No.: (603) 334-8592

September 13, 2019

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) and Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113 and 6209923

Dear Ms. Leslie Marcus:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible
for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty
Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits
under the Policy.

You have been receiving Short Term Disability (STD) benefits since April 20, 2019. Should your
disability continue through the maximum benefit date, STD benefits are payable through October
16, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration
under Balfour Beatty Investments's LTD Policy.  Please note that receipt of STD benefits does not
automatically mean that LTD benefits will be approved.  The provisions and requirements in the
LTD Policy differ from those of the STD Plan and may require that we request additional
information prior to making a claim determination.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability in order to
receive benefits. The Policy requires that you provide proof of disability as follows:

*Notice and Proof of Claim*

*1. Notice*

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which
the claim is based. If that is not possible, Liberty must be notified as soon as it is
reasonably*

1 of 3

**Lincoln/Marcus 3625**

*possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. Proof*

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On September 13, 2019, we requested any outstanding and updated medical information, such as office treatment notes, test results, etc. from Dr. Cibulka and the Mayo Clinic. Additionally, we intend to request the available medical records following your consultation visit with Dr. Cho on September 18, 2019. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2019 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

  X  Training Education Experience
  X  LTD Forms - Standard
  ___  Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within

2 of 3

**Lincoln/Marcus 3626**

the timeframe stated below.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 28, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:    Training Education Experience
                LTD Forms - Standard

3 of 3

PAGE 10/21 * RCVD AT 10/15/2019 3:23:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/11 * DNIS:6033348592 * CSID:480 894 1986    * ANI:14808949343 * DURATION (mm-ss):07-

**Lincoln/Marcus 3627**

## Leslie Marcus

**Regional Operations Specialist**
Phone:
Email:
LinkedIn: https://www.linkedin.com/hp/?dnr=81niVsSEFMlWPUhqU1dQus63F0ONTQR0Qhr8

**I am a visionary with extensive knowledge of the Real Estate industry. An ethical and assertive leader, who has lead as well as trained and directed up to 400 people, I truly enjoy helping others succeed. I embrace change and thrive on growth; I prioritize multiple tasks simultaneously in conjunction with high analytical skills.**

## Professional Experience

**Regional Manager @ Balfour Beatty Communities**      *2015-present*

Oversee all aspects of managing a single-family home Air force Portfolio spanning 5 states, 7 installations and 5997 units during the IDP of the Northern Group and Vandenberg
cc

> ➢ Partner with Development/HMO/Military Partners for effective communication and delivery of new product during the IDP
> ➢ Meeting all requirements set by AFCEC/JLL Operating Standards
> ➢ Meeting CEL/ASV/Incentive fee performance standards
> ➢ Interviewing and hiring new talent throughout the region
> ➢ Preparation/presentation of Quarterly Reports/MRCs
> ➢ Maintain occupancy above 95%
> ➢ Minimize opening the region to areas of the waterfall wherever possible
> ➢ Maintain 100% PMI
> ➢ Conduct Market Analysis with the ability to be flexible according to Market needs
> ➢ Review budget overages, analyze various data at a very detailed level to improve performance throughout the Region
> ➢ Oversee all expenses through payscan/budget variances as well as income throughout the growing region to maximize all monies collected
> ➢ Systems Operations including Yardi Voyager, PayScan, Google Analytics, Box accounts, as well as much more development/creation on a higher level with Excel

**Director of Operations @ Caliber Wealth Development/ Scottsdale, AZ**      *2014-2015*

Oversee many aspects of development, real estate and best business practices of an Inc. 500 Organization focusing on attracting the elite individuals in the industry for the growth and maturation of the firm.

> ➢ Effectively oversee and develop property management division taking this sector to 98% occupancy, 3.7% delinquency with a full turn of team members; placing the right people in the right places
> ➢ Dismantled ineffective systems and rebuilt structure to effectively capture 24% measured increase in productivity
> ➢ Restructure and procure profits from the brokerage division for the first time since conception
> ➢ Act as Human Resources liaison for the company
> ➢ Work diligently to meet all requirements for a publicly traded company
> ➢ Creation and utilization of higher level reporting as well as company forms, manuals and training videos
> ➢ Successfully raised 3.5M for the wealth development division through investors/contacts in the industry
> ➢ Develop and implement business systems while adjusting accordingly to market trends

**Lincoln/Marcus 3628**

**Leslie Marcus**
**Regional Operations Specialist**
Phone:                        Email:

- ➤ Interviewing and hiring all new team members while coaching emotional intelligence for best retention practices
- ➤ Conduct Market Analysis with the ability to be flexible according to Market needs
- ➤ Budget Creation based off of Proformas and P&Ls.
- ➤ Review budget overages, analyze various data at a very detailed level to improve performance
- ➤ Systems Operations including Property Ware, Sales Force, Rent Range, SmartSheets, Box accounts, Jing, SAAR as well as always taking Excel to the next level

### Regional Asset Manager @ Progress Residential / Scottsdale, AZ                          2013-2014

Oversee all aspects of managing over 5000 single family homes in 16 unique MSAs spanning 7 states as well as 17 ePMs. As the REIT grew the acquisitions of the single family assets in my region from 1600 to over 5000 units in over a year, I was able to increase revenue exponentially through changes in 3rd party ePMs as well as increasing occupancy to 92.66% and decreasing DOM to averaging 35.75 throughout the portfolio.

- ➤ Effectively oversee and develop teams of internal Asset Managers, Eastern Regional Managers as well as external Property Managers
- ➤ Ensuring through working with all Departments that we are in line with our CAP Rates as well as IRR goals
- ➤ Meeting all requirements set forth through the rating agencies to maintain and increase securitization
- ➤ Creation of systems, forms as well as spreadsheets that have become utilized Nationally
- ➤ Develop and implement business systems while adjust according to market trends through the various MSAs
- ➤ Interviewing and hiring new ePMs throughout the MSAs depending on growth in the market as well as forecasting underperformers to prepare for a smooth transition
- ➤ Conduct Market Analysis with the ability to be flexible according to Market needs
- ➤ Review budget overages, analyze various data at a very detailed level to improve performance throughout the Region
- ➤ Oversee all expenses as well as income throughout the growing region to maximize all monies collected
- ➤ Systems Operations including Yardi Voyager, Sales Force, Tableau, Rent Range, Citrix, Tribeca, Smartsheets, Box accounts, Zelman, as well as much more development/creation on a higher level with Excel

### Director of Operations @ Current Realty Solutions / Chandler, AZ                          2007-2013

Oversee all aspects of the business and real estate operations, as the company grew the single-family home division from 18 to 300 units in two years. I was able to sell renovated homes profiting over $2.5m from 2010-2012. Procure multi-family site building from shell to 100% occupancy while handled problem solving for all aspects of organization.

- ➤ Effectively oversee and develop a team of Real Estate agents
- ➤ Successfully supervise and train team of renovation experts
- ➤ Renovate and sold over 3000 homes (averaging 6 days cradle to list)
- ➤ Acquire and sell properties at Auctions while develop and implement marketing plans.
- ➤ Develop and implement business systems while adjust according to market trends.
- ➤ Conduct Market Analysis with the ability to be flexible according to Market needs
- ➤ Streamline Due Diligences while creating and implementing budgets
- ➤ Recommend and coordinate capital expense projects/new business ventures
- ➤ Negotiate with vendors and successfully saving organization over $500k for HOA fees

**Lincoln/Marcus 3629**

**Leslie Marcus**
**Regional Operations Specialist**
Phone:                              Email:

- Utilize Settlement statements to effectively reduce fees of over $200k
- Conduct all human resources functions for RE Agents, Acquisition Specialists/Drivers, Inventory Control Teams, Renovation Generals, Photographers, Staging Team, Transaction Coordinator, Controller
- Systems Operations including ARMLS, Sevrar, Cromford Report, Sure Close, Zip Forms, Docu-Sign, Backlog Reports, Running analysis of business revenue monthly/yearly
- Investor Recruiting, Communications and Relations with procuring $8M of OPM
- Preparation and Delivery of Monthly Owner Books

**District Manager@ Bernard/Allison Management Services / Phoenix. AZ**          **2002-2007**

Third Party PM Company where I supervised a Portfolio of four properties (1222 Units), developed and implemented marketing plans, Market analysis, and competitive pricing and rate adjustments. I also prepared and participated in interior and exterior due diligences as I constantly communicated with the owner.

- Prepared/delivered monthly owner books
- Organized Variance/Financial Reports Actual vs. Budgets/Computer Information Systems.
- Analyzed General Ledger/Balance Sheet
- Prepared and presented projected budgets
- Recommended/directed capital expense projects
- Directed all renovations activities.
- Vendor Communication and Negotiations
- Hiring/Firing/Coaching/Training/Developing of Team Members
- Systems Operations including Rent Roll, Skyline, ARMLS, Real Data, P.F and MRI
- Accrual and Cash Basis Sites
- Addition of Ancillary Income

## Professional Development/Education

Arizona School of Real Estate and Business- Arizona *Broker License*

University of Scranton – Business & Communication

## Activities

Volunteer at Bogle Jr. High School on a monthly basis in the art classes to bring creativity and individualism to each student.

**Lincoln/Marcus 3630**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE      2303            PAGE  14

## TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments            DATE OF BIRTH:

### Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _College_            Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _Communications Development_    Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _Designated broker AZ_

Are you currently attending any classes: ☐ Y ☒ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _Upkeep of Broker license_

Primary language spoken: _english_        Other language(s) spoken fluently: _none_

Additional Skills, Hobbies & Volunteer Work _art._

Did you serve in the Armed Forces? ☐ Y ☒ N    From: _____    To: _____

Branch of Service: _____        Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Balfour Beatty_  Department: _Operations_  From: _2015_ To: _2019_
   Job Title(s): _Regional Manager_
   Supervisory Experience ☒ Y  ☐ N            _see attached RESUME_
   Tasks/Duties/Physical Requirements (please be specific): _____

2. Company: _CALIBER_  Department: _operations_  From: _2014_ To: _2015_
   Job Title(s): _Director of operations_
   Supervisory Experience ☒ Y  ☐ N          _See attached RESUME_
   Tasks/Duties (please be specific): _____

A Lincoln Financial Group Company                                          1

Lincoln/Marcus 3631

10/15/2019  12:22   480--894-1986        FEDEX OFFICE     2303              PAGE  15

3. Company: Progress Residential  Department: operations  From: 2013 To: 2014
Job Title(s): Regional Asset Manager
Supervisory Experience ☒ Y  ☐ N   SEE ATTACHED RESUME
Tasks/Duties (please be specific): _____

4. Company: CURRENT Realty Solutions  Department: Operations  From: 2007 To: 2013
Job Title(s): director of operations
Supervisory Experience ☒ Y  ☐ N  See attached RESUME
Tasks/Duties (please be specific): _____

5. Company: Bernard Dillan  Department: operations  From: 2002 To: 2007
Job Title(s): District Manager
Supervisory Experience ☒ Y  ☐ N   SEE ATTACHED RESUME
Tasks/Duties (please be specific): _____

**Computer Utilization:**
Computer Training/Courses, Certifications: None

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☒ | Graphics Software | ☒ | ☒ |
| Internet | ☒ | ☒ | Installation/Repair Hardware | ☒ | ☒ |
| Word Processing (MS Word) | ☒ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☒ | ☒ | Project Management | ☐ | ☒ |
| Database | ☐ | ☒ | Other: _____ |  |  |
| Photo Software | ☒ | ☒ |  |  |  |

When I was working

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours
How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours
Keyboarding/Typing Experience: ☐ Yes ☒ No  If yes, WPM (words per minute) Just emails ect. No formal classes.
(We recommend- http://typingtest.com to determine WPM)
Please provide your email address: Personal: _____ .com  Work: NA.

I was fired for being sick.

SIGNATURE: _____  PHONE NO

A Lincoln Financial Group Company                                        2

**Lincoln/Marcus 3632**

10/15/2019  12:22    480--894-1986          FEDEX OFFICE    2303              PAGE  16



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____ LEGUE MARCUS _____

Name of legal representative, if applicable (print) _____ Relationship _SELF_

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: _9303113_ Date: _____ 10/14/19

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Marcus 3633**

10/15/2019  12:22    480--894-1986              FEDEX OFFICE    2303                    PAGE  17



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  LESLIE MARCUS

Name of legal representative, if applicable (print) _____  Relationship  SELF

Signature of claimant or legal representative _____

Date of Birth: __   _____   Claim Number: 9303113   Date: 10/10/19

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Marcus 3634**

10/15/2019  12:22     480--894-1986          FEDEX OFFICE     2303                    PAGE  18

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

Return to: Brandy Pelletier

| EMPLOYEE/CLAIMANT NAME: Leslie Marcus | | CLAIM #: 9303113 |
|---|---|---|
| EMPLOYER: Balfour Beatty Investments | | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) MARCUS, LESLIE S. | Social Security # | Email Address |
|---|---|---|

| Telephone Number (include area code) | Cell Phone Number (include area code) same | Marital Status single |
|---|---|---|

| Spouse's Full Name and Date of Birth n/a | Number of Children ① | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Clay Cornwell   Relationship to you? partner   Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.   NO .

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.   NO .

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
NO.

Do you hold a professional license? If yes, for what purpose?   yes.  Designated Broker.  to sell or supervise the sale of Real Estate

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.
NO .

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.
NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
NO .

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit  (describe) ____ Ø | Ø | Ø | Ø | Ø |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

| EMPLOYEE'S PRINTED NAME: | LESLIE  SUSAN  MARCUS |
|---|---|
| DATE: 10|14|19 | EMPLOYEE'S SIGNATURE: |

DP 409

**Lincoln/Marcus 3635**

10/15/2019  12:22    480--894-1986      FEDEX OFFICE    2303              PAGE  19

## ACTIVITIES QUESTIONNAIRE

 Lincoln **Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Balfour Beatty Investments

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.
How long are you able to:

sit _2 HRS_    stand _2 HRS_    walk _less than 5 min @ a time_

How many hours a day do you:

sit _8_    stand _2_    walk _2_

Do you take a nap during the day?    ✕

Yes_____    No _____

If Yes, for how long? _____    At what time of the day? _I don't nap._

How many hours a day do you spend in bed? _less than 6, I have insomnia - I try for 8_

Do you require any assistive devices such as a:

cane _no_    walker _no_    crutches _no_    wheelchair _no_    other _no_

How long are you able to sit in a car? _Less than 2 hours_

Do you hold a valid driver's license?

Yes_____X_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _Less than 2 hours_

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
_Phone or in person_

Do you have children?

Yes_____X_____    No _____    If Yes, what are their dates of birth _09/11/99_

Do you need help caring for your children?

Yes_____    No _____X_____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____X_____    If Yes, please explain _____

How many times a day do you leave the house during the week? _Less than 3_

On the weekends? _same_

How often do you run errands? _3 x per week_

Please describe what errands you most commonly run: _doctor appts, grocery store, pharmacy,_

PAGE 19/21 * RCVD AT 10/15/2019 3:23:08 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/11 * DNIS:6033348592 * CSID:480 894 1986    * ANI:14808949343 * DURATION (mm-ss):07-

**Lincoln/Marcus 3636**


**Lincoln**
**Financial Group®**

How often do you get outdoors? _____ every day _____

Are you left or right hand dominant?          Left _____     Right __X__

Are you able to work in your garden?          Yes _____     No __X__

Are you able to work on your house?           Yes _____     No __X__

Are you able to wash your car?                Yes _____     No __X__

How much time is spent daily on your home computer?
_____ None  _____ 0-1 hours  _____ 1-2 hours __X__ 2-3 hours  _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None  _____ 0-1 hours  _____ 1-2 hours  _____ 2-3 hours __X__ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
__X__ Pay bills  __X__ Read news/articles  __X__ Use search engines  __X__ Send emails
_____ Visit chat rooms  __X__ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:
__X__ Word processing (Word)  __X__ Spreadsheets (Excel)  __X__ Database (Access)  _____ Graphics
__X__ Photo software (Photoshop)  _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?  _____ Yes __X__ No  copier. no fax.

If yes, please explain purpose and usage: _just personal use as well as past business as needed for job duties working_

The following questions intend to identify whether or not you are able to *independently* conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | ME | yes |
| Carrying groceries into the house | my son/ BF | yes I cannot do |
| Cooking meals | ME | NO |
| Cleaning after meals | me | NC |
| Cleaning bathrooms | ME | yes- BATHTUBS & showers |
| Vacuuming | ROOMBA | yay Robots!! yes |
| Doing the laundry | ME | yes- cannot carry to LR |
| Opening and responding to mail | me | No |
| Managing your finances | ME | No |
| Balancing your checkbook | ME | No |
| Bathing yourself | ME | NO |
| Styling your own hair | ME | NO |
| Getting dressed | ME | NO |
| Going up and down stairs | ME | yes- cannot go upstairs. cannot |

ONLY PAST 12 MONTHS;
Have you been confined to a hospital within the last 12 months?  Yes _____  No _____

If Yes, please provide reason and hospital contact information: Mayo Clinic @ same records ovealthe # 480. 301. 8500 per heart ablation, increased O rate loosing conciience. Honor Health BANNer Scottsdale osborne  480. 882. 4000 for 1st Q ablation, back surgary, pulmonary embolisms, blood pressure too low, irregular O rate, fast heart rate, nausea, DVTS, ULcers

**Lincoln/Marcus 3637**

10/15/2019  12:22    480--894-1986        FEDEX OFFICE    2303        PAGE  21


**Lincoln**
Financial Group®

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation? _As often as I can._

Where do you go? How do you get there (transportation method)? _depends on where I go. last vaca_
_was 3 days in Annapolis, next vaca is a weekend in sedona - fly 1st,_
_ride 2nd._

Are you able to pursue your hobbies?        Yes ____    No __X__

If Yes, please describe _I can no longer meditate, do yoga, exercise,_
_socialize_

Do you participate in an exercise program?    Yes ____    No __X__

If Yes, please describe _see above. I am making_ some jewelry _to relax me._

Do you do any Volunteer work?        Yes ____    No __X__

If Yes:

how many hours per day? _____ n/a

how many hours per week? _____

for whom? _____ no

Are you working for wages?        Yes ____    No __X__

If Yes, please provide employer's name _____

Describe in your own words, what prevents you from engaging in any gainful employment.
_I am exhausted. mentally and physically desperate & broken_
_specifically - extreme exhaustion due to ANEMIA, NAUSEA ALL OF THE_
_TIME, constipated, stomach cramps, legs sore & swollen, feet_
_swollen, vomit when I eat FATIGUE, mental fogginess lack of ability_
_to provide solutions, cannot handle stress on any level, im jittery and_
_nervous with hand tremors, I get lightheaded & pass out with little exertion,_

Please describe your daily routine: (if more space is needed, please use the back of this form) heart races, short of
_depends on the day. I try to get up by 7 every_ breath from _day. I have been trying to read, do a french lesson_ walking across _(10 MIN Rosetta Stone), meditate 10 min, shower, clean 1 room_ room, I get _of my house every day. I try to cook every day (dinner)_ easily _and I AM BAKING and trying to upkeep on CURRENT events_ confused. _I go to grocery store or doctor appts at least 3x week_

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
_Clay Cornwell_

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _Leslie Marcus_        Date: _10/14/19_

Signature: _[signature]_

**Lincoln/Marcus 3638**

10/15/2019  12:22    480--894-1986              FEDEX OFFICE    2303              PAGE  05

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    LESLIE MARCUS

Name of legal representative, if applicable (print) _____  Relationship  SELF

Signature of claimant or legal representative _____

Date of Birth: __ / __ / ____    Claim Number: 9303113    Date: 10/14/19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3639**

| | |
|---|---|
| **From:** | LFGNotifications@LFG.com |
| **Sent:** | Friday, October 11, 2019 2:13:47 PM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| **Attachments:** | 6d4e9d7a186e9f559422cf83d29502b9931bf16dbe39be90_7283418.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

**Lincoln/Marcus 3640**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 11, 2019

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Per your October 11, 2019 request for relevant claim documentation, we have enclosed the following information:

• Copy of LTD Forms

If you have any questions regarding this information, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-ACKNOWLEDGE-NEW CLAIM-09.13.2019

1  of  1

**Lincoln/Marcus 3641**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LESLIE MARCUS

**Lincoln/Marcus 3642**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 13, 2019

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) and Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113 and 6209923

Dear Ms. Leslie Marcus:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since April 20, 2019. Should your disability continue through the maximum benefit date, STD benefits are payable through October 16, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Balfour Beatty Investments's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

*Notice and Proof of Claim*

*1. Notice*

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably*

1 of 3

**Lincoln/Marcus 3643**

*possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. Proof*

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On September 13, 2019, we requested any outstanding and updated medical information, such as office treatment notes, test results, etc. from Dr. Cibulka and the Mayo Clinic. Additionally, we intend to request the available medical records following your consultation visit with Dr. Cho on September 18, 2019. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2019 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

<u>X</u>   Training Education Experience
<u>X</u>   LTD Forms - Standard
<u>   </u>   Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within

**Lincoln/Marcus 3644**

the timeframe stated below.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 28, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   Training Education Experience
                     LTD Forms - Standard

3  of 3

**Lincoln/Marcus 3645**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments        DATE OF BIRTH: _____

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____        Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed:_____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken:_____ Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N    From:_____    To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y    ☐ N
   Tasks/Duties/Physical Requirements (please be specific):_____

   _____

2. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y    ☐ N
   Tasks/Duties (please be specific): _____

   _____

**Lincoln/Marcus 3646**

3. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y    ☐ N
   Tasks/Duties (please be specific): _____
   _____

4. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y    ☐ N
   Tasks/Duties (please be specific): _____
   _____

5. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y    ☐ N
   Tasks/Duties (please be specific): _____
   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

SIGNATURE: _____  PHONE NO: ( ) _____

A Lincoln Financial Group Company                                                    2

**Lincoln/Marcus 3647**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:
   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   _____

Name of legal representative, if applicable (print) _____   Relationship _____


Signature of claimant or legal representative   _____

Date of Birth: __   _____   Claim Number: __9303113___   Date: _____

### A copy of this authorization will be considered as valid as the original.

**Lincoln/Marcus 3648**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: \_\_ _____ Claim Number: \_\_9303113\_\_\_\_ Date: _____

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Marcus 3649**



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

---

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH:

---

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2017 to the present.   *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____


Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. : (___)_____ Fax No. :(___)_____          Telephone No. : (___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. : (___)_____ Fax No. :(___)_____


I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.


SIGNATURE: _____ DATE: _____


**Lincoln/Marcus 3650**

# CLAIMANT SUPPLEMENTARY STATEMENT



<div align="right">

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

</div>

**Return to:** Brandy Pelletier

| EMPLOYEE/CLAIMANT NAME: Leslie Marcus | CLAIM #: 9303113 |
|---|---|
| EMPLOYER: Balfour Beatty Investments | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

| Name | Relationship to you? | Tel #. |
|---|---|---|

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Marcus 3651**

## ACTIVITIES QUESTIONNAIRE



<div align="right">
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592
</div>

**Return To:** Brandy Pelletier

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME:  Leslie Marcus

CLAIM NO:  9303113                                      DATE OF BIRTH:

EMPLOYER/SPONSOR: Balfour Beatty Investments

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No  _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No  _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain  _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

<div align="right">

**Lincoln/Marcus 3652**
</div>



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____     Right _____

Are you able to work in your garden?          Yes _____     No _____

Are you able to work on your house?           Yes _____     No _____

Are you able to wash your car?                Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine?  _____ Yes _____ No

If yes, please explain purpose and usage:  _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**Lincoln/Marcus 3653**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                Yes _____        No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____        No _____

If Yes, please describe _____

Do you do any Volunteer work?                       Yes _____        No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                          Yes _____        No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____        Date: _____

Signature: _____

**Lincoln/Marcus 3654**

| | |
|---|---|
| **From:** | LFGNotifications@LFG.com |
| **Sent:** | Friday, October 11, 2019 2:10:42 PM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| **Attachments:** | 7705a6f40fd07e104a8a944cfcb983dedbc7422b71e4a244_7283390.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

**Lincoln/Marcus 3655**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 11, 2019

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are
writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for
benefits. Please complete the forms indicated below and return them in the envelope provided by
October 18, 2019:

   •   Completion of the Enclosed Forms:

      X   Authorization - Medical
      __  Other



If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592


Attachments:   Authorization - Medical


                           1  of  1

**Lincoln/Marcus 3656**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____  Claim Number: __9303113__  Date: _____

### A copy of this authorization will be considered as valid as the original.

pg. 1  Authorization-Standard-2018

**Lincoln/Marcus 3657**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: October 1, 2019 | |
| To:  MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 | |
| Attn:  Release of Information | |
| Fax:  (480) 301-7282 | |
| From:  Brandy Pelletier<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3658**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 1, 2019

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

• Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by October 15, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

**Lincoln/Marcus 3659**

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-EMPLOYEE/CLAIMANT-AUTHORIZATION-09.30.2019

2  of 2

**Lincoln/Marcus 3660**

7N273190109

 **MAYO CLINIC** *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name  LESLIE MARCUS                                                   Date of Birth

Address

Mayo Clinic Medical Record Number .................................. ..... Daytime Telephone Number

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health information pertaining to the above-referenced patient to. Brandy Pelleher

Name of Person or Entity  Lincoln Financial / Liberty Life

Address  PO BOX 7213

City, State, Zip Code  London KY  qℓ 40742

☒ Mail  OR
☒ Pick-up at
☐ Clinic (E. Shea Blvd)
☐ Hospital (56"/Mayo Blvd)
☐ Date/Time

Purpose for release of information:  ☒ Personal  ☐ Continuing Patient Care  ☒ Other  Insurance

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports) _____
all Records -
anything requested.

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:  ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to Mayo Clinic, Attention: Health Information Management Services, 13400 East Shea Boulevard, Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing unless specified below.

Desired Expiration Date  none · this is open.

Signature  (signature)                                 Date  06/23/01

Print Name  LESLIE MARCUS                        Relationship to Patient (if not patient)  Self

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

| Office Use Only |
|---|

MCS7602revC82912

**Lincoln/Marcus 3661**

7N273190109



## MAYO CLINIC
## *Authorization to Disclose*
## *Protected Health Information*
## **BY** *Mayo Clinic*

Number (above) and Name

Patient Name  **LESLIE MARCUS**

Date of Birth

Address ___

Mayo Clinic Medical Record Number ..................................... . ....    Daytime Telephone Number _

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to: **Brandy Pelecher**

Name of Person or Entity **Lincoln financial / Liberty Life** ................

Address **PO Box 7213**

City, State, Zip Code **london KY** **40742**

☒ Mail **OR**
☒ Pick-up at
☐ Clinic (E Shea Blvd)
☐ Hospital (56ᵗʰ/Mayo Blvd)
☐ Date/Time   . _____

Purpose for release of information:    ☒ Personal   ☐ Continuing Patient Care   ☒ Other **Insurance** ...

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports) _____

**all Records - anything requested.**

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ☐ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS") human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization.

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to Mayo Clinic, Attention: Health Information Management Services 13400 East Shea Boulevard Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless specified below.*

Desired Expiration Date  **none. this is open.**

Signature                          Date  **09/23/19**

**LESLIE MARCUS**
Print Name

**SELF**
Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211

---

**Office Use Only**

MCS7602revC82912

**Lincoln/Marcus 3662**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Wednesday, September 18, 2019 2:52:11 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| Attachments: | b91844e73065cd212bf4aace343c12f1c0d49f5316120fea_7168626.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

**Lincoln/Marcus 3663**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 18, 2019

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Enclosed, please find the correspondence for your Long Term Disability claim. We ask that you please submit the Authorization Forms as soon as possible.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:    9303113-ACKNOWLEDGE-NEW CLAIM-09.13.2019
                9303113-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-09.16.2019

**Lincoln/Marcus 3664**

```
Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
```

MS. LESLIE MARCUS

**Lincoln/Marcus 3665**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592


September 13, 2019

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) and Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113 and 6209923

Dear Ms. Leslie Marcus:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible
for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty
Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits
under the Policy.

You have been receiving Short Term Disability (STD) benefits since April 20, 2019. Should your
disability continue through the maximum benefit date, STD benefits are payable through October
16, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration
under Balfour Beatty Investments's LTD Policy.  Please note that receipt of STD benefits does not
automatically mean that LTD benefits will be approved.  The provisions and requirements in the
LTD Policy differ from those of the STD Plan and may require that we request additional
information prior to making a claim determination.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability in order to
receive benefits. The Policy requires that  you provide proof of disability as follows:

*Notice and Proof of Claim*

*1. Notice*

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which
the claim is based. If that is not possible, Liberty must be notified as soon as it is
reasonably*

1  of 3

**Lincoln/Marcus 3666**

*possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. Proof*

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On September 13, 2019, we requested any outstanding and updated medical information, such as office treatment notes, test results, etc. from Dr. Cibulka and the Mayo Clinic. Additionally, we intend to request the available medical records following your consultation visit with Dr. Cho on September 18, 2019. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2019 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

   X   Training Education Experience
   X   LTD Forms - Standard
   ___   Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within

2 of 3

**Lincoln/Marcus 3667**

the timeframe stated below.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 28, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592


Attachments:   Training Education Experience
               LTD Forms - Standard

**Lincoln/Marcus 3668**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH: _____

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____          Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____  Certificate Program completed: _____

Associates Degree: _____  College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____  Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N      From: _____  To: _____

Branch of Service: _____      Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y     ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _____
   _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience  ☐ Y     ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Lincoln Financial Group Company                                          1

**Lincoln/Marcus 3669**

3. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y      ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y      ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department:_____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y      ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (     )** _____

A Lincoln Financial Group Company                                      2

**Lincoln/Marcus 3670**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

    * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _____

Name of legal representative, if applicable (print) _____ Relationship _____


Signature of claimant or legal representative    _____

Date of Birth: __    _____ Claim Number: __9303113____ Date: _____

### A copy of this authorization will be considered as valid as the original.

**Lincoln/Marcus 3671**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

### AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __9303113____ Date: _____

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Marcus 3672**



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

---

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH:

---

### TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2017 to the present.   *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____

Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____


Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____

Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

### MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____

Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

### PHARMACY(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____

Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

---

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.


SIGNATURE: _____          DATE: _____


**Lincoln/Marcus 3673**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return to:** Brandy Pelletier

**EMPLOYEE/CLAIMANT NAME:** Leslie Marcus  **CLAIM #:** 9303113
**EMPLOYER:** Balfour Beatty Investments  **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

| Name | Relationship to you? | Tel #. |
|---|---|---|

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____  **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Marcus 3674**

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier _____

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Leslie Marcus _____

CLAIM NO: 9303113 _____     DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Balfour Beatty Investments _____

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _____     stand _____     walk _____

How many hours a day do you:

sit _____     stand _____     walk _____

Do you take a nap during the day?

Yes_____     No _____

If Yes, for how long? _____     At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____     walker_____     crutches _____     wheelchair _____     other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____     No _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____     No _____     If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes _____     No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____     No _____     If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Marcus 3675**



How often do you get outdoors? _____

Are you left or right hand dominant?　　　Left _____　　Right _____

Are you able to work in your garden?　　　Yes _____　　No _____

Are you able to work on your house?　　　Yes _____　　No _____

Are you able to wash your car?　　　Yes _____　　No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine?　_____　Yes _____　No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____　No _____

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Marcus 3676**

**Lincoln**
Financial Group®

How often do you travel or take vacation?  _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?            Yes  _____     No  _____

If Yes, please describe _____

Do you participate in an exercise program?      Yes  _____     No  _____

If Yes, please describe _____

Do you do any Volunteer work?                   Yes  _____     No  _____

If Yes:

    how many hours per day?  _____

    how many hours per week?_____

    for whom?  _____

Are you working for wages?                      Yes  _____     No  _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____     Date: _____

Signature: _____

**Lincoln/Marcus 3677**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LESLIE MARCUS

**Lincoln/Marcus 3678**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 16, 2019

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by September 30, 2019:

-   Completion of the Enclosed Forms:

    X   Authorization Form - Mayo Clinic

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-MEDICAL-CORRESPONDENCE-09.16.2019

1  of 1

**Lincoln/Marcus 3679**



### Authorization to Disclose Protected Health Information BY Mayo Clinic

Number (above) and Name

Patient Name _____ Date of Birth _____

Address _____

Mayo Clinic Medical Record Number _____ Daytime Telephone Number _____

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to:

❑ Mail
❑ Pick-up at
Name of Person or Entity _____   ❑ Clinic (E. Shea Blvd)
Address _____   ❑ Hospital (56ᵗʰ/Mayo Blvd)
City, State, Zip Code _____   ❑ Date/Time _____

Purpose for release of information:   ❑ Personal   ❑ Continuing Patient Care   ❑ Other _____

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports):

_____

_____

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results.
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ❑ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment, and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization.

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to: Mayo Clinic, Attention: Health Information Management Services, 13400 East Shea Boulevard, Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that, if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless* specified below.

Desired Expiration Date _____

_____   _____
Signature                                        Date

_____   _____
Print Name                                     Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211.

**Office Use Only**

MCS7602rev082912

**Lincoln/Marcus 3680**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date:  September 18, 2019 | |
| To:    DR DAVID CHO<br>4131 N. 24TH STREET<br>#B-102<br>PHOENIX AZ 85016 | |
| Attn:   Medical Records | |
| Fax:    (480) 946-4850 | |
| From:  Brandy Pelletier<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):     3 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3681**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 18, 2019

Dr. David Cho
4131 N. 24TH STREET
#B-102
PHOENIX, AZ 85016

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. David Cho:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 18, 2019 through the present

We ask that you provide this information by October 2, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist

1  of 2

**Lincoln/Marcus 3682**

Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

2  of 2

**Lincoln/Marcus 3683**



# *Fax Transmission*

**Date:** 9/17/19

**To:** LINCOLN FINANCIAL GROUP

**Phone Number:** 866-213-2937
**Fax Number:** 603-334-8592

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

Return with a letter authorization is not signed.

---

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 3684**



9/17/19

RE:  Leslie S Marcus
5/27/71

Medical Records Department has received your request for medical information on the above patient. We are unable to fulfill your request at this time for the following reason(s) indicated below:

Please have patient signed authorization form.


Thank you,

HonorHealth Medical Records Department

**Lincoln/Marcus 3685**

09/16/2019 4:45:51 PM -0500 MAYO FOUNDATION                          PAGE 1    OF 5


```
ATTN:

FROM:          Kung, Katherine


DATE:          September 16, 2019
SUBJECT:       WE DO NOT HAVE A DR. DAVID CHO IN HEMATOLOGY
JOB:           0105


ATTACH:        "vwuctqfdqli.pdf"
```


WE DO NOT HAVE A DR. DAVID CHO IN HEMATOLOGY

**Lincoln/Marcus 3686**

Sep 16 2019 13:29:22 EDT Liberty Mutual Insur       MSG# 1663104107-006-1      Page 001 Of 004

MRN: 12-300-675

 **Lincoln**
**Financial Group**®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

| | |
|---|---|
| Date: September 16, 2019 | |
| To: DAVID CHO<br>HEMATOLOGY<br>FOV 9/18 | |
| Attn: Medical records | |
| Fax: (480) 342-1012 | |
| From: Melissa Raitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-9351 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.° de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3687**

**Sep 16 2019 13:29:56 EDT Liberty Mutual Insur**        **MSG# 1663184187-886-1     Page 882 Of 884**

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

September 16, 2019

David Cho
Hematology
FOV 9/18

RE:   Short Term Disability (STD) Benefits
      Balfour Beatty Investments
      Claim #: 6209923
      Claimant: Leslie Marcus
      Claimant D.O.B.:

Dear David Cho:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 13, 2019 through the present

We ask that you provide this information by September 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9351 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1 of 2

**Lincoln/Marcus 3688**

09/16/2019 4:45:51 PM -0500 MAYO FOUNDATION                           PAGE 4   OF 5
SEP-16-2019 14:30 From:Fax Sleep Studies     4803421012          To:14878        Page:3/4

Sep 16 2019 13:30:33 EDT Liberty Mutual Insur        MSG# 1663104107-006-1    Page 003 Of 004

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Melissa Raitt
Disabil Claims Case Mgr I
Phone No.: (800) 210-0268 Ext. 16508
Secure Fax No.: (603) 334-9351

Attachments:  6209923-EMPLOYEE/CLAIMANT-09.06.2019

2 of 2

**Lincoln/Marcus 3689**

Sep 16 2019 13:31:06 EDT Liberty Mutual Insur        MSG# 1663104107-006-1      Page 004 Of 004



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Leslie Marcus

Name of legal representative, if applicable (print) Na                                Relationship self

Signature of claimant or legal representative    leslie marcus

Date of Birth: __          Claim Number: __6209923__   Date: 9/6/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3690**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 17 Sep 2019 20:30:15 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #6209923, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim has a date of disability of 4/13/2019.  This claim is approved through 10/16/2019.  This indicates an extension of benefits.  The case manager for this claim is Melissa Raitt.  The claim number is 6209923.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Marcus 3691**

| | |
|---|---|
| **From:** | LFGNotifications@LFG.com |
| **Sent:** | Tuesday, September 17, 2019 3:10:30 AM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Balfour Beatty Investments Claim No. 9303113 Leslie Marcus |
| **Attachments:** | af06277866fff6568e6426af336f047fa3d9313d2c0eb937_7154661.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

**Lincoln/Marcus 3692**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 16, 2019

Ms. Leslie Marcus

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by September 30, 2019:

•    Completion of the Enclosed Forms:

 X   Authorization Form - Mayo Clinic

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-MEDICAL-CORRESPONDENCE-09.16.2019

1  of  1

**Lincoln/Marcus 3693**



### Authorization to Disclose Protected Health Information BY Mayo Clinic

_____

Number (above) and Name

Patient Name _____ Date of Birth _____

Address _____

Mayo Clinic Medical Record Number _____ Daytime Telephone Number _____

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to:

❏ Mail
❏ Pick-up at

Name of Person or Entity _____

❏ Clinic (E. Shea Blvd)

Address _____

❏ Hospital (56th/Mayo Blvd)

City, State, Zip Code _____

❏ Date/Time _____

Purpose for release of information:    ❏ Personal    ❏ Continuing Patient Care    ❏ Other _____

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports): _____

_____

_____

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:

- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results.
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ❏ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment, and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization.

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to: Mayo Clinic, Attention: Health Information Management Services, 13400 East Shea Boulevard, Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that, if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing _unless_ specified below.

Desired Expiration Date _____

_____    _____
Signature                           Date

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211.

_____    _____
Print Name                          Relationship to Patient (if not patient)

```
------------------------------------------------
|              Office Use Only                 |
|                                              |
|                                              |
|                                              |
------------------------------------------------
```



MCS7602rev082912

**Lincoln/Marcus 3694**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LESLIE MARCUS

**Lincoln/Marcus 3695**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 16, 2019

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113

Dear Ms. Leslie Marcus:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by September 30, 2019:

•   Completion of the Enclosed Forms:

    X   Authorization Form - Mayo Clinic



If you have any questions regarding this correspondence, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   9303113-MEDICAL-CORRESPONDENCE-09.16.2019

**Lincoln/Marcus 3696**



*Authorization to Disclose*
*Protected Health Information*
**BY** *Mayo Clinic*

_____
Number (above) and Name

Patient Name _____ Date of Birth _____

Address _____

Mayo Clinic Medical Record Number _____ Daytime Telephone Number _____

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to:

❏ Mail

Name of Person or Entity _____

❏ Pick-up at
   ❏ Clinic (E. Shea Blvd)

Address _____

   ❏ Hospital (56ᵗʰ/Mayo Blvd)

City, State, Zip Code _____

❏ Date/Time _____

Purpose for release of information:    ❏ Personal    ❏ Continuing Patient Care    ❏ Other _____

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports): _____

_____

_____

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:

- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results.
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ❏ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment, and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization.

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to: Mayo Clinic, Attention: Health Information Management Services, 13400 East Shea Boulevard, Scottsdale, Arizona 85259. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that, if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless* specified below.

Desired Expiration Date _____

_____    _____
Signature                                                    Date

_____    _____
Print Name                                              Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211.

┌─────────────────────────────────────────────┐
│            **Office Use Only**               │
│                                               │
│                                               │
│                                               │
└─────────────────────────────────────────────┘



MCS7602rev082912

**Lincoln/Marcus 3697**

Mayo Clinic Fax          9/16/2019 8:42:05 AM  PAGE   1/002    Fax Server



**MAYO CLINIC**

# FAX

**TO:** **LIBERTY MUTUAL - ATTN BRANDY PELLETIER**
Company:
**Fax:** 603-334-8592
Phone:

**FROM:**

**NOTES:**

**Date and time of transmission: 9/16/2019 8:41:50 AM**
**Number of pages including this cover sheet: 2**

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is **confidential**. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message. Thank you.

**Lincoln/Marcus 3698**

Mayo Clinic Fax          9/16/2019 8:42:05 AM  PAGE   2/002   Fax Server



**MAYO CLINIC**

Mayo Clinic
200 First Street SW
Rochester, MN 55905

September 16, 2019

Liberty Mutual
Po Box 7213
London, KY  40742-7213

RE:   Request for Records of: Leslie S Marcus
      Date of Birth:
      Date request received: 9/13/2019
      Release ID: 39385915

Dear Liberty Mutual,

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

        - Missing the signature of patient/legal representative.

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

PAGE 2/2 * RCVD AT 9/16/2019 9:42:04 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/10 * DNIS:6033348592 * CSID:Mayo Clinic Fax * ANI:15075386000 * DURATION (mm-ss):00-44

**Lincoln/Marcus 3699**



### *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name _____ Date of Birth _____

Address _____

Mayo Clinic Medical Record Number _____ Daytime Telephone Number _____

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to:

❑ Mail
❑ Pick-up at
Name of Person or Entity _____  ❑ Clinic (E. Shea Blvd)
Address _____  ❑ Hospital (56th/Mayo Blvd)
City, State, Zip Code _____  ❑ Date/Time _____

Purpose for release of information:   ❑ Personal   ❑ Continuing Patient Care   ❑ Other _____

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports): _____

_____

_____

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
• For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results.
• For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:   ❑ Yes

**Note: For Radiology Imaging and Mammogram films please call 480-301-8055 for assistance.**

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment, and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization.

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it.  I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to: Mayo Clinic, Attention: Health Information Management Services, 13400 East Shea Boulevard, Scottsdale, Arizona 85259.  I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that, if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing *unless* specified below:

Desired Expiration Date _____

_____        _____
Signature                        Date

_____        _____
Print Name                       Relationship to Patient (if not patient)

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211.

**Office Use Only**

MCS7602rev082912

**Lincoln/Marcus 3700**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

| | |
|---|---|
| Date:  September 16, 2019 | |
| To:    DR FRANK CIBULKA | |
| Attn:  Medical records | |
| Fax:   (480) 882-5866 | |
| From:  Melissa Raitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-9351 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3701**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

September 16, 2019

Dr. Frank Cibulka

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 13, 2019 through the present

We ask that you provide this information by September 30, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-9351 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this

**Lincoln/Marcus 3702**

law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Melissa Raitt
Disabil Claims Case Mgr I
Phone No.: (800) 210-0268 Ext. 16508
Secure Fax No.: (603) 334-9351

Attachments:   6209923-EMPLOYEE/CLAIMANT-09.06.2019

**Lincoln/Marcus 3703**

DocuSign Envelope ID: 49A08777-BDF0-4DA9-8227-BC25951BDE1E



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Leslie Marcus

Name of legal representative, if applicable (print) Na                         Relationship self

Signature of claimant or legal representative   _leslie marcus_

Date of Birth: __          Claim Number: __6209923__   Date: 9/6/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3704**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

| | |
|---|---|
| Date:  September 16, 2019 | |
| To:  DAVID CHO<br>HEMATOLOGY<br>FOV 9/18 | |
| Attn:  Medical records | |
| Fax:  (480) 342-1012 | |
| From:  Melissa Raitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-9351 | |
| Total Pages<br>(Including Cover):     4 | |
| RE:<br><br>Claim #:     6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3705**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

September 16, 2019

David Cho
Hematology
FOV 9/18

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear David Cho:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

   • Office treatment notes, test results, prescription histories, and treatment plans from April 13, 2019 through the present

We ask that you provide this information by September 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-9351 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored STD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of  2

**Lincoln/Marcus 3706**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Melissa Raitt
Disabil Claims Case Mgr I
Phone No.: (800) 210-0268 Ext. 16508
Secure Fax No.: (603) 334-9351

Attachments:   6209923-EMPLOYEE/CLAIMANT-09.06.2019

**Lincoln/Marcus 3707**

DocuSign Envelope ID: 49A08777-BDF0-4DA9-8227-BC25951BDE1E



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    Leslie Marcus

Name of legal representative, if applicable (print) Na      Relationship self

Signature of claimant or legal representative    *leslie marcus* 17FBBCC98CAD484...

Date of Birth: __     Claim Number: __6209923__   Date: 9/6/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3708**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: September 13, 2019 | |
| To:    MAYO CLINIC<br>HEALTH INFORMATION MANAGEMENT<br>RELEASE OF INFORMATION<br>13400 EAST SHEA BLVD.<br>SCOTTSDALE AZ 85239 | |
| Attn:   Release of Information<br>**Patient Authorization on File** | |
| Fax:    (480) 301-7282 | |
| From:  Brandy Pelletier<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):    4 | |
| RE:<br><br>Claim #:    9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3709**

**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 13, 2019

Mayo Clinic
HEALTH INFORMATION MANAGEMENT
RELEASE OF INFORMATION
13400 EAST SHEA BLVD.
SCOTTSDALE, AZ 85239

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by September 27, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

1  of 2

**Lincoln/Marcus 3710**

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:   6209923-REQUEST-ESIGN-09.06.2019

2  of  2

**Lincoln/Marcus 3711**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __6209923____ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3712**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: September 13, 2019 | |
| To:   DR FRANK CIBULKA | |
| Attn:   Release of Information<br>**Patient Authorization on File** | |
| Fax:   (480) 882-5866 | |
| From: Brandy Pelletier<br>Technical Claims Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 | |
| Total Pages<br>(Including Cover):   4 | |
| RE:<br><br>Claim #:   9303113<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3713**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 13, 2019

Dr. Frank Cibulka

RE:    Long Term Disability (LTD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

•    Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2019 through the present

We ask that you provide this information by September 27, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Marcus allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Marcus's signature.

If you have any questions regarding this matter, please contact me.

1  of 2

**Lincoln/Marcus 3714**

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:    6209923-REQUEST-ESIGN-09.06.2019

2  of 2

**Lincoln/Marcus 3715**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _____

Name of legal representative, if applicable (print) _____ Relationship _____


Signature of claimant or legal representative   _____

Date of Birth: __      _____ Claim Number: __6209923_____ Date: _____

**A copy of this authorization will be considered as valid as the original.**


pg. 1  Authorization-Standard-2018


**Lincoln/Marcus 3716**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. LESLIE MARCUS

**Lincoln/Marcus 3717**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

September 13, 2019

Ms. Leslie Marcus


RE:    Long Term Disability (LTD) and Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 9303113 and 6209923

Dear Ms. Leslie Marcus:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Balfour Beatty Investments's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since April 20, 2019. Should your disability continue through the maximum benefit date, STD benefits are payable through October 16, 2019.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Balfour Beatty Investments's LTD Policy.  Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved.  The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that  you provide proof of disability as follows:

*Notice and Proof of Claim*

*1. Notice*

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably*

1  of 3

**Lincoln/Marcus 3718**

*possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. Proof*

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On September 13, 2019, we requested any outstanding and updated medical information, such as office treatment notes, test results, etc. from Dr. Cibulka and the Mayo Clinic. Additionally, we intend to request the available medical records following your consultation visit with Dr. Cho on September 18, 2019. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2019 through the present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

  X   Training Education Experience
  X   LTD Forms - Standard
  ___   Other

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within

**Lincoln/Marcus 3719**

the timeframe stated below.

Balfour Beatty Investments's LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than October 28, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
Phone No.: (888) 437-7611 Ext. 16377
Secure Fax No.: (603) 334-8592

Attachments:    Training Education Experience
                LTD Forms - Standard

3  of 3

**Lincoln/Marcus 3720**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: _____          Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____   Certificate Program completed: _____

Associates Degree: _____   College: number of years: _____

Bachelor's Degree: BA /BS Major: _____   Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes:  ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____   Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N     From: _____   To: _____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y   ☐ N
    Tasks/Duties/Physical Requirements (please be specific): _____

2.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y   ☐ N
    Tasks/Duties (please be specific): _____

A Lincoln Financial Group Company                                    1

**Lincoln/Marcus 3721**

3. Company: _____ Department:_____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department:_____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department:_____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

## **Computer Utilization:**

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (     )** _____

A Lincoln Financial Group Company                                                    2

**Lincoln/Marcus 3722**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __9303113__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Marcus 3723**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____  Claim Number: __9303113__  Date: _____

**A copy of this authorization will be considered as valid as the original**

**Lincoln/Marcus 3724**

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113

EMPLOYER/SPONSOR: Balfour Beatty Investments        DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/01/2017 to the present.  *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name:                                          Name:
Specialty:                                     Specialty:
Address:                                       Address:

Telephone No. :(___)_____  Fax No. :(___)_____    Telephone No. :(___)_____  Fax No. :(___)_____


Name:                                          Name:
Specialty:                                     Specialty:
Address:                                       Address:

Telephone No. :(___)_____  Fax No. :(___)_____    Telephone No. :(___)_____  Fax No. :(___)_____


**MEDICAL INSURANCE CARRIER(S):**

Name:                                          Name:
Specialty:                                     Specialty:
Address:                                       Address:

Telephone No. :(___)_____  Fax No. :(___)_____    Telephone No. :(___)_____  Fax No. :(___)_____


**PHARMACY(S):**

Name:                                          Name:
Specialty:                                     Specialty:
Address:                                       Address:

Telephone No. :(___)_____  Fax No. :(___)_____    Telephone No. :(___)_____  Fax No. :(___)_____


I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.


**SIGNATURE:** _____    **DATE:** _____

**Lincoln/Marcus 3725**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return to:**  Brandy Pelletier

**EMPLOYEE/CLAIMANT NAME:**  Leslie Marcus        **CLAIM #:** 9303113
**EMPLOYER:** Balfour Beatty Investments        **DATE OF BIRTH:**_____

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                              Relationship to you?                      Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation  Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Short Term Disability or  State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other income/money/benefit  (describe) _____ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____        **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Marcus 3726**

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Brandy Pelletier

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 9303113                              DATE OF BIRTH:

EMPLOYER/SPONSOR: Balfour Beatty Investments

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

    sit _____    stand _____    walk _____

How many hours a day do you:

    sit _____    stand _____    walk _____

Do you take a nap during the day?

    Yes_____    No _____

    If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____    No _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car?_____

    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

    Yes_____    No _____    If Yes, what are their dates of birth _____

        Do you need help caring for your children?

    Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**Lincoln/Marcus 3727**



How often do you get outdoors? _____

Are you left or right hand dominant?            Left _____    Right _____

Are you able to work in your garden?            Yes _____    No _____

Are you able to work on your house?             Yes _____    No _____

Are you able to wash your car?                  Yes _____    No _____

How much time is spent daily on your home computer?
_____ None  _____ 0-1 hours  _____ 1-2 hours  _____ 2-3 hours  _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None  _____ 0-1 hours  _____ 1-2 hours  _____ 2-3 hours  _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills  _____ Read news/articles  _____ Use search engines  _____ Send emails

_____ Visit chat rooms  _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word)  _____ Spreadsheets (Excel)  _____ Database (Access)  _____ Graphics

_____ Photo software (Photoshop)  _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?  _____ Yes  _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | | |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | | |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?  Yes _____  No _____

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Marcus 3728**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____      No _____

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____      No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____      No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                   Yes _____      No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____      Date: _____

Signature: _____

**Lincoln/Marcus 3729**



| | |
|---|---|
| Claimant Name: LESLIE  MARCUS | DOB: |
| Claim #: 9303113 | Diagnosis: I26 Pulmonary embolism, |
| Date of Disab: 4/13/2019 | Customer: BALFOUR BEATTY INVESTMENTS |
| Office: 0096 | Case Mgr: Kathryn Porter |

| | |
|---|---|
| ERISA?: ERISA | Telephone: (610) 355-8000    Fax #: (000) 000-0000 |
| Customer Name: BALFOUR BEATTY INVESTMENTS | Special Handling: see std |
| Address: 1 COUNTRY VIEW RD | |
| MALVERN, PA 193550000 | |

Document Location

☑ Document List    ☐ Correspondence    ☐ Paper File

| | | |
|---|---|---|
| Policyholder: | **Active** | Reason for Referral: |
| Claim Status: | **Own Occ** | M&N- back pain- potential cardiac or neuro condition |
| Post Appeal Claim Review: | **No** | |
| Paid Under M&N: | **Yes** | |
| Is M&N a Co-morbid: | **Yes** | |

**Lincoln/Marcus 3730**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Wed, 11 Sep 2019 17:10:13 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #9303113, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits.  The claim number is 9303113.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Marcus 3731**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __6209923__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Marcus 3732**

**Balfour Beatty**
Communities

**Job Description**

**Title:** Regional Property Manager

**FLSA Classification:** Salary, Exempt

**Supervisor:** Community VP

**Job Purpose:** The Regional Property Manager is responsible for overseeing all phases of community operations for multiple communities within an assigned portfolio. The Regional Property Manager ensures the fiscal and operational success of each of their properties and maintains a high caliber of on-site services and staff. This role would support our Military Housing portfolio.

**Typical Physical Demands:** Regularly use hands to manipulate tools, controls, phones and computer keyboard. Frequently stand, reach with hands and arms, climb, balance, and stoop. Sit and stand to do clerical work. Regularly lift and move office supplies up to 20 lbs.

**Typical Work Conditions:** Work is performed in an office environment as well as at multiple residential sites. Employee frequently interacts directly with community management and other staff members during the workday. Employee regularly must travel between communities within assigned region.

**Essential Job Functions:**

• Provides management oversight for all functions including daily operations, maintenance, financial reporting, training and development of employees, and resident relations for an assigned team comprised of multiple community managers within a portfolio.
• Ensures appropriate and adequate staffing at each community and supervises the acquisition, development and management of team members by successfully interviewing, hiring, and training. Leads and develops this team of highly motivated, skilled and productive professionals to drive company operational goals.
• Consistently reviews, evaluates and interprets market conditions and recommends adjusted rental and renewal pricing strategies as needed to drive occupancy and revenue growth.
• Ensures that web sites and collateral materials are accurate and updated.
• Monitors the consistent execution of all operational procedures and policies and recommends changes to improve overall functionality of business. Communicates changes in procedures and policies to portfolio and ensures adherence.
• Develops the annual budget for assigned properties; oversees the attainment of budgeted goals by analyzing and monitoring financial and operational results.
• Works with the Vice President and client/owner to address and resolve gaps in the financial performance of the portfolio.
• Ensures that all property operations in portfolio are in adherence and compliance with governing business documents (including but not limited to closing documents, Property Manager Agreements, or governing programs).

Balfour Beatty **Values**

Integrity I Teamwork I Excellence I Respect

**Lincoln/Marcus 3733**

**Balfour Beatty**
Communities

• Promotes client/owner satisfaction and retention through timely reporting and ongoing communication about the performance of properties; responds quickly and with urgency to address concerns, questions, and requests.
• Develops and maintains relationships with institution and/or government employees that are involved with or responsible for the assigned properties to include attending meetings, site inspections and professional venues.
• Cultivates and retains relationships with owners, partners and executives for assigned portfolio.
• Oversees regular physical property inspections throughout assigned portfolio to ensure proper maintenance and upkeep of all assets. Performs semi-annual inspections and completes written report along with action plan and follow up.

**Job Requirements/Qualifications:**

• Bachelor's degree required plus seven (7) years of supervisory experience in property management with the applicable experience for the demographics/requirements of the assigned properties comprising the portfolio with over 4000 units or an equivalent combination of education and related experience.
• Must possess or be willing to obtain either the Accredited Residential Manager (Institute of Real Estate Management) or Certified Apartment Manager (Building Owners and Management Association) designation within one (1) year of hire.
• Proficient in Microsoft Office to include Word, Excel, Power Point and Outlook; property management software (preferably Yardi and/or OneSite), and database management programs.
• Broad knowledge of multi-family operations and industry-related concepts.
• Ability to travel up to 60% throughout company footprint.
• Possession of a valid state issued Driver's License and safe driving record is required.
*Personal Characteristics*
• Excellent presentation and inter personal skills
• Strong written and verbal communication skills.
• Ability to multi-task and manage several projects and excel under tight deadlines
• Ability to work effectively and display the Company Values

**Leadership and Organizational Responsibilities:**

Requires ongoing coordination, communication and/or team problem solving within functional areas of work production or service quality as well as direct supervision over a regional management team.

**Employer's Rights:**

This job description does not list all the duties of the job.  Incumbents may be asked by their supervisor or managers to perform other duties.  Incumbents will be evaluated in part based upon their performance of the tasks listed in this job description.

Balfour Beatty **Values**                    Integrity I **Teamwork** I **Excellence** I Respect

**Lincoln/Marcus 3734**

**Balfour Beatty**
Communities

The Company has the right to revise this job description at any time.  The job description is not a contract for employment and either you or the Company may terminate employment at any time, with or without cause, with or without notice (subject to applicable laws).

**About Us:**

With experience spanning conventional apartment communities, affordable housing, distressed properties, and new construction lease-ups, Balfour Beatty Communities is a trusted partner in the area of multifamily property management.

We manage a diverse residential multifamily portfolio and maintain an extensive network of contractors and vendors to support these operations. Our team is among the best in the business, with many years of experience managing all aspects of multifamily operations, from marketing and leasing to collections, human resources, and facilities maintenance.

As experts in multifamily real estate, our customized solutions extend well beyond traditional property management to include asset management, due diligence, utilities management, risk management, environmental programs and much more.

Balfour Beatty **Values**                                    **Integrity** I **Teamwork** I **Excellence** I **Respect**

**Lincoln/Marcus 3735**

**n0088391**

_____

| | |
|---|---|
| **From:** | Raitt, Melissa |
| **Sent:** | Friday, September 06, 2019 7:51:27 AM |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | 00010869 Leslie Marcus claim 6209923 |
| **Attachments:** | image001.png;   image002.png;   image003.png;   image004.png;   image005.png; image006.png |

Good morning,


Can I please have a copy of this employee's job description?


Thank you


**Melissa Raitt**
Disability Case Manager Associate

Lincoln Financial Group Protection


**Lincoln Financial Group**
150 N. Radnor-Chester Road
Radnor, PA 19087


1-800-210-0268 Ext 16508 Office

603-334-9351 Fax


**LincolnFinancial.com**


**Lincoln/Marcus 3736**

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

**Liberty Life Assurance Company of Boston is now a Lincoln Financial Group Company**

**Lincoln/Marcus 3737**

DocuSign Envelope ID: 49A08777-BDF0-4DA9-8227-BC25951BDE1E



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-9351

**AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED
HEALTH INFORMATION**

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Leslie Marcus

Name of legal representative, if applicable (print) Na                    Relationship Self

Signature of claimant or legal representative

Date of Birth: __          Claim Number:  6209923     Date: 9/6/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Marcus 3738**

0L248190041

# Workers' Compensation
# INFORMATION FORM


**Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: John Beckett _____

EMPLOYEE/CLAIMANT NAME: Leslie Marcus _____

CLAIM NO: 6209923 _____

EMPLOYER/SPONSOR: Balfour Beatty Investments _____    DATE OF BIRTH: _____

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness.
Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness: _12\18\17_____    ✳ *noWork-related.*

2. Location of Injury (please provide complete address): _____

3. Description of Injury/Sickness (please include copy of accident report): 101 South Bonney Scott Avenue _____

_____past_____

4. Please provide the name of your Employer:  Balfour Beatty
          Company Name: _____
          Address: _____
          Supervisor Name: Raul Martinez_____ Telephone: 623 7489913

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:
          Insurance Carrier: _____unknown·_____
          Address: _____
          Telephone: ( )_____
          Claim Representative: _____

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?
                    Yes ☐        No ☒

          If "Yes":    Weekly Benefit Amount $ _____
                    Claim No.: _____

7. Are you using the services of an attorney?
                    Yes ☐        No ☒

          If "Yes":    Name: _____
                    Address: _____
                    Telephone: ( )_____

SIGNATURE: _____ DATE: _____

          ✳✳✳

DP 539D – Rev. 12/02  I was driving home from work @ injury but
    _this was not work-related - please call me with
          any questions ·

**Lincoln/Marcus 3739**

0L248190041



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 21, 2019

Ms. Leslie Marcus

RE:    Short Term Disability (STD) Benefits
        Balfour Beatty Investments
        Claim #: 6209923

Dear Ms. Leslie Marcus:

Please complete the attached forms for your escalation to Long Term Care.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

Attachments:    Agreement Concerning Benefits Form
                Reimbursement Agreement Form
                Workers' Compensation Information Form
                Authorization to Speak with Third Party

1  of  1

**Lincoln/Marcus 3740**

0L248190041

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AGREEMENT CONCERNING BENEFITS

Return To:   John Beckett

| | |
|---|---|
| Plan No: <u>09 - 464263</u> | Claim Number: <u>6209923</u> |
| Employer: <u>Balfour Beatty Investments</u> | Address |
| Claimant: <u>Leslie Marcus</u> | |
| Date of Disability: <u>04/13/2019</u> | |

In return for the advance payment of group disability benefits made to me by Balfour Beatty Investments, which may be in excess of the amount due to me under the terms of Plan number <u>09 464263</u> I, for myself, my heirs, executors,, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Balfour Beatty Investments.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Balfour Beatty Investments,, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Plan provisions.

4)    I understand that thereafter Balfour Beatty Investments is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Plan in accordance with the terms of the Plan.

I understand that Balfour Beatty Investments in reliance on the above statements and promises, has agreed to advance benefits to me.

LESLIE MARCUS
Claimant Name (please print)

_Signature_

08|26|19
Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

**Lincoln/Marcus 3741**

0L248190041

## REIMBURSEMENT AGREEMENT

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** John Beckett

Please complete, sign, and return a copy to Lincoln Financial Group.

---

*TO BE COMPLETED BY LINCOLN FINANCIAL GROUP*

Claimant Name: **Leslie Marcus**

Address:

Name of Employer: **Balfour Beatty Investments**

---

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Leslie Marcus** ) hereby agree:
(Claimant Name)

(a)  to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)  to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)  to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

08/26/19
(Date)

(Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

**Lincoln/Marcus 3742**

0L248190006

 **Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## Authorization to Speak with Family Member/Alternate Contact

| EMPLOYEE NAME: Leslie Marcus | CLAIM NO: 6209923 |
|---|---|
| CUSTOMER NAME: Balfour Beatty Investments | |
| RETURN TO: John Beckett | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Liberty Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, _Leslie Marcus_ hereby give permission to _Clay Cornwell_

to speak with Liberty Life Assurance Company of Boston on my behalf until further notice.

*do i have to do this?*

Leslie Marcus
**Claimant Name**

**Claimant Signature**

6209923
**Claim Number**

Date of Birth

08|26|19
**Date**

**Lincoln/Marcus 3743**

**n0295583**

---

| | |
|---|---|
| **From:** | BBC Benefits |
| **Sent:** | Wednesday, August 28, 2019 9:13:13 AM |
| **To:** | Beckett, John |
| **Cc:** | BBC Benefits |
| **Subject:** | RE: Leslie Marcus, Claim 6209923 |
| **Attachments:** | image006.jpg;  image007.png;  image008.png;  image009.png;  image010.png;  image011.png |

Hi John, I was informed by our Director of Insurance that a workers compensation claim was not filed for Leslie

Please let me know if you need anything else

Thank you,

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**From:** Beckett, John [mailto:John.Beckett@lfg.com]
**Sent:** Wednesday, August 28, 2019 6:12 AM
**To:** BBC Benefits <Benefits@bbcgrp.com>
**Subject:** RE: Leslie Marcus, Claim 6209923

Thanks, Jasmine!

**John Beckett**

**Lincoln/Marcus 3744**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** BBC Benefits [mailto:Benefits@bbcgrp.com]
**Sent:** Tuesday, August 27, 2019 2:56 PM
**To:** Beckett, John <John.Beckett@lfg.com>
**Cc:** BBC Benefits <Benefits@bbcgrp.com>
**Subject:** RE: Leslie Marcus, Claim 6209923

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi John, let me check and get back to you

Thank you,

**Lincoln/Marcus 3745**

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**From:** Beckett, John [mailto:John.Beckett@lfg.com]
**Sent:** Tuesday, August 27, 2019 2:41 PM
**To:** BBC Benefits <Benefits@bbcgrp.com>
**Subject:** Leslie Marcus, Claim 6209923

Hello All,

I know that Leslie was terminated on 6/2/2019 however I am reaching out to confirm she did not file for Worker's Compensation benefits prior to termination. Please advise!

Regards,

**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**LincolnFinancial.com**

**Lincoln/Marcus 3746**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

**Lincoln/Marcus 3747**

| | |
|---|---|
| **From:** | LFGNotifications@LFG.com |
| **Sent:** | Tuesday, August 27, 2019 2:45:01 PM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Balfour Beatty Investments Claim No. 6209923 Leslie Marcus |
| **Attachments:** | dd9cd193c3760ee859e362c438f5843e0fcceee291354590_7072547.pdf; |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.

Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.

Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Marcus 3748**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 27, 2019

Ms. Leslie Marcus

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923

Dear Ms. Leslie Marcus:

Please complete the attached subrogation forms at your earliest convenience.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

Attachments:    Reimbursement Agreement Form
                Authorization to Speak with Third Party

1  of 1

**Lincoln/Marcus 3749**

# REIMBURSEMENT AGREEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** John Beckett

Please complete, sign, and return a copy to Lincoln Financial Group.

---

**TO BE COMPLETED BY LINCOLN FINANCIAL GROUP**

Claimant Name: **Leslie Marcus**

Address:

Name of Employer: **Balfour Beatty Investments**

---

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Leslie Marcus** ) hereby agree:
(Claimant Name)

(a)  to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)  to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)  to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

---

(Date)     (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

**Lincoln/Marcus 3750**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

### Authorization to Speak with Family Member/Alternate Contact

EMPLOYEE NAME: Leslie Marcus                                         CLAIM NO: 6209923
CUSTOMER NAME: Balfour Beatty Investments
RETURN TO: John Beckett

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Liberty Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,_____ hereby give permission to _____
to speak with Liberty Life Assurance Company of Boston on my behalf until further notice.

Leslie Marcus
_____                    _____
Claimant Name                                Date of Birth

_____                    _____
Claimant Signature                           Date

6209923
_____
Claim Number

**Lincoln/Marcus 3751**

**n0295583**

---

**From:** Beckett, John
**Sent:** Tuesday, August 27, 2019 2:41:21 PM
**To:** benefits@bbcgrp.com
**Subject:** Leslie Marcus, Claim 6209923
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png

Hello All,


I know that Leslie was terminated on 6/2/2019 however I am reaching out to confirm she did not file for Worker's Compensation benefits prior to termination. Please advise!


Regards,


**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820


**LincolnFinancial.com**

**Follow us on:**


https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Lincoln/Marcus 3752**

**Lincoln/Marcus 3753**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS. LESLIE MARCUS

**Lincoln/Marcus 3754**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 21, 2019

Ms. Leslie Marcus


RE:     Short Term Disability (STD) Benefits
        Balfour Beatty Investments
        Claim #: 6209923

Dear Ms. Leslie Marcus:

Please complete the attached forms for your escalation to Long Term Care.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401


Attachments:   Agreement Concerning Benefits Form
               Reimbursement Agreement Form
               Workers' Compensation Information Form
               Authorization to Speak with Third Party

1  of 1

**Lincoln/Marcus 3755**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AGREEMENT CONCERNING BENEFITS

Return To:    John Beckett

Plan No: 09 - 464263                                    Claim Number: 6209923

Employer: Balfour Beatty Investments            Address

Claimant: Leslie Marcus

Date of Disability: 04/13/2019

In return for the advance payment of group disability benefits made to me by Balfour Beatty Investments, which may be in excess of the amount due to me under the terms of Plan number 09 464263   I, for myself, my heirs, executors, administrators and assigns agree:

1)    That I am not currently receiving any benefits from Social Security and/or Workers' Compensation.

2)    If I apply for Social Security benefits and/or Workers' Compensation benefits I will promptly notify Balfour Beatty Investments.

3)    If I, and/or my spouse and family receive any benefits payments, from Social Security and/or Workers' Compensation, I, and/or my spouse and family will immediately notify by Balfour Beatty Investments, of such benefit payments and pay back any overpayment resulting from this award in accordance with my Plan provisions.

4)    I understand that thereafter Balfour Beatty Investments is entitled to integrate any amounts received from Social Security and/or Workers' Compensation with the benefits payable under the Plan in accordance with the terms of the Plan.

I understand that Balfour Beatty Investments in reliance on the above statements and promises, has agreed to advance benefits to me.

Claimant Name (please print)

Address

Signature

Date

*PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.*

**Lincoln/Marcus 3756**

## REIMBURSEMENT AGREEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

**Return To:** John Beckett

Please complete, sign, and return a copy to Lincoln Financial Group.

---

*TO BE COMPLETED BY LINCOLN FINANCIAL GROUP*

Claimant Name:**Leslie Marcus**

Address:

Name of Employer:**Balfour Beatty Investments**

---

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

(   **Leslie Marcus**                                           ) hereby agree:
   (Claimant Name)

(a)    to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b)    to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c)    to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid.  The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

| | |
|---|---|
| (Date) | (Signature of injured individual or legal representative) |

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

**Lincoln/Marcus 3757**

# Workers' Compensation
# INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

Return To: John Beckett

EMPLOYEE/CLAIMANT NAME: Leslie Marcus

CLAIM NO: 6209923

EMPLOYER/SPONSOR: Balfour Beatty Investments          DATE OF BIRTH:

We received your disability claim form. The form indicates that your disability is the result of a work related Injury/Sickness. Please provide the following information and return this form to my attention in order to avoid any delay in processing.

1. Date of Injury/Sickness:

2. Location of Injury (please provide complete address):

3. Description of Injury/Sickness (please include copy of accident report):

4. Please provide the name of your Employer:

      Company Name:

      Address:

      Supervisor Name:                     Telephone:  (     )

5. Please provide the name of your Employer's Workers' Compensation Carrier or Administrator:

      Insurance Carrier:

      Address:

      Telephone:  (     )

      Claim Representative:

6. Are you collecting benefits from your Employer's Workers' Compensation Insurance Company or Administrator?

      Yes ☐          No ☐

    If "Yes":          Weekly Benefit Amount $

      Claim No.:

7. Are you using the services of an attorney?

      Yes ☐          No ☐

    If "Yes":          Name:

      Address:

      Telephone:  (     )

SIGNATURE:                               DATE:

DP 539D – Rev. 12/02

**Lincoln/Marcus 3758**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

### Authorization to Speak with Family Member/Alternate Contact

EMPLOYEE NAME: Leslie Marcus                                        CLAIM NO: 6209923

CUSTOMER NAME: Balfour Beatty Investments

RETURN TO: John Beckett

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Liberty Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, _____ hereby give permission to _____ to speak with Liberty Life Assurance Company of Boston on my behalf until further notice.

Leslie Marcus
_____                              _____
Claimant Name                                           Date of Birth


_____                              _____
Claimant Signature                                      Date

6209923
_____
Claim Number

**Lincoln/Marcus 3759**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Tue, 20 Aug 2019 18:03:25 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #6209923, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim has a date of disability of 4/13/2019.  This claim is approved through 9/10/2019.  This indicates an extension of benefits.  The case manager for this claim is John Beckett.  The claim number is 6209923.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Marcus 3760**

**n0295583**

---

| | |
|---|---|
| **From:** | Beckett, John |
| **Sent:** | Monday, August 19, 2019 8:11:30 AM |
| **To:** | Leslie Marcus |
| **Subject:** | RE: Emailing: DOC081619-002.pdf |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png |

Thank you, Leslie. At this time your claim has been extended through 9/10/19.


Regards,


**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820




**LincolnFinancial.com**

**Follow us on:**


https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group




**From:** Leslie Marcus [mailto:
**Sent:** Friday, August 16, 2019 12:24 PM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Fwd: Emailing: DOC081619-002.pdf


**Lincoln/Marcus 3761**

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi John,

I went I see a PC at Mayo on Wednesday and attached is the note she gave me. She was not willing to be specific.

Thanks,

Leslie Marcus

---------- Forwarded message ---------
From: **Clay Cornwell** <ccornwell@kitchell.com>
Date: Fri, Aug 16, 2019 at 8:32 AM
Subject: Emailing: DOC081619-002.pdf
To:                                  <

Your message is ready to be sent with the following file or link attachments:

DOC081619-002.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

--

Leslie Marcus
Sent from my iPhone

**Lincoln/Marcus 3762**



Date:        August 18, 2019

Subject:    **Nursing Memorandum**

---

*Claim#:* 6209923

*Claimant: Leslie Marcus*

*Clinical Assessment:*

Claim was last reviewed my MDS on 5/29/19, please refer to memorandum for details. In summary, clmt went oow due to abnormal heartbeats; she underwent an ablation (a procedure to scar or destroy tissue in the heart that's allowing incorrect electrical signals to cause an abnormal heartbeats) on 6/12/19 due to recurrent abnormal heartbeats. Comorbid conditions include depression and insomnia. Updated records received for review. Per the correspondence dated 5/23/19 by AP Cibulka (PCP) clmt is with persistent cardiac abnormalities and severe fatigue. AP imposes off work until 8/23/19. Per the 7/8/19 OVN by PA Hendrick (cardiology), clmt is seen in f/u for abnormal heartbeats; she reports palpitations, rapid heart rate, shortness of breath, weight gain, neck pain, and bilateral leg swelling. Exam findings reveal clmt normal heart rate and rhythm (no sign of abnormal heart beats) and otherwise unremarkable findings. Given her persistent and severe complaints, clmt is referred for multiple diagnostic studies including CT scan of the chest, sniff test, lung function studies, lab studies, heart monitor (no records) and echocardiogram. Clmt is pending f/u with PCP (no records) and psychology. PA assessed atrial fibrillation (I48.91; abnormal heart beats) and dyspnea (R06.09; shortness of breath). Per the 7/18/19 OVN by AP Martin (psychology), clmt presents for evaluation of severe anxiety and depression; she reports an inability to control worrying, irritability, anxiety, and reluctance to leave her home. MSE findings indicate clmt is tearful, depressed, and with severe anxiety and depression per screening tools completed in office. Clmt reports use of marijuana cookie nightly and is educated that psychosis is associated with marijuana use. OVN indicates clmt reports she is treating for multiple medical conditions. AP assessed severe major depression, panic attacks, insomnia, anxiety, chronic insomnia, and cannabis use; he prescribes Zoloft (treats depression) and refers clmt for biofeedback and cognitive behavioral therapy (talk therapy that aims to develop coping strategies). Based on the records received, R&Ls of less than sedentary continue to be supported through 9/10/19 (1 week after the 9/3/19 diagnostic test) to allow for f/u with providers to assess test results and additional tx plan to be established. Clmt is with persistent c/o shortness of breath, palpitations, and leg swelling. If RTW is not imminent by this duration, recommend CCM obtain updated OVNs from all treating providers beyond 7/18/19 including PCP, neurology, cardiology, psychology. Recommend CCM obtain results of diagnostic studies (lung function tests, lab studies, heart monitor, and sniff test) and treatment records (i.e. therapy and biofeedback sessions). Per s1, clmt is pending f/u with psychologist and additional diagnostic studies on 9/3/19. Once all additional records are secured, consider referral to MDS for continued review if R&Ls are unclear as the presence of depression or anxiety with medication and counseling does not in and of itself support the need for R&LS. Based on the records from

FOR INTERNAL DISTRIBUTION ONLY

**Lincoln/Marcus 3763**

psychology, R&Ls for anxiety and depression are unclear; additional records for review are warranted. CCM updated. Removed from MDS assignment.

Elizabeth, B, RN, CCM

Nurse Disability Consultant, Lincoln Financial Group

**Lincoln/Marcus 3764**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 2, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Balfour Beatty Investments's Group Disability Plan. We are writing in reference to Leslie Marcus's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Tashman. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by August 7, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

Attachments:    6209923-REQUEST-PROVIDER-07.25.2019

1  of 1

**Lincoln/Marcus 3765**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

*   Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

1 of 2

**Lincoln/Marcus 3766**

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

2 of 2

**Lincoln/Marcus 3767**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

# Marcus, Leslie S

MRN: 12-300-675

| | | |
|---|---|---|
| Hendrick, Susan E, P.A.-C. | Progress Notes 📖 | Encounter Date: 7/8/2019 |
| Physician Assistant | Signed | |
| CVD (Cardiovascular Diseases) | | |

## PRIMARY ELECTROPHYSIOLOGIST:
Dr. K. Srivathsan

## SUBJECTIVE

### CHIEF COMPLAINT/REASON FOR VISIT
Management of paroxysmal atrial fibrillation.

### CARDIOVASCULAR AND RELEVANT HISTORY
1. Atrial fibrillation, paroxysmal pattern, diagnosed August 2018, ablation December 2018 at Honor Health.
2. Antiarrhythmic drug history: Failure of flecanide with recurrences, currently propafenone. Discontinued with taper starting today.
3. Pulmonary embolus with deep vein thrombosis, April 2019, on Eliquis.
4. Atypical atrial flutter May 2019, associated with migraine and syncope.
5. Hyperlipidemia.
6. Migraine history.
7. Chronic anemia.

### HISTORY OF PRESENT ILLNESS
Leslie S Marcus is a 48 y.o. female with the above cardiovascular history. She presented here to the hospital in early May with atypical atrial flutter, rates as high as 200 bpm. Her Rythmol was initially increased and patient underwent repeat ablation on June 12th with focus of atypical atrial flutter and atrial tachycardia. Pulmonary veins were noted to be isolated at baseline. Flecainide was reduced in dose on discharge.

Patient comes to the arrhythmia Clinic today for follow-up. She monitors her heart rate, believe she has been primarily in sinus rhythm with rates in the 80s. She has felt palpitations on perhaps 2 or 3 occasions, a sensation of "beating out of my neck" and she believes the heart rate at these times is in the 120s. Right femoral catheterization site has healed well. She has multiple complaints today however. She reports that she is "short of breath 24/7", this having been present for the last 2 years. She reports being completely out of breath if she walks to the door. Since August of 2018 she feels that she cannot get a deep breath and that her voice is "not my real voice". She has gained 40 lb. She has a previous history of motor vehicle accident in 2017. Following this, she had an adverse reaction to corticosteroids. She reports that since the previous ablation, her right neck hurts all the time and she feels that, if she turns her neck to the right, she cannot breathe. She feels that there is "something there" but imaging including MRI and ultrasound at Honor Health have not shown any etiology. However, she reports that there were "clots there". She reports swelling in the legs and feet most of the time. She is very distraught and frustrated in describing all the symptoms and feels that they have not been appropriately addressed in the past.

**Lincoln/Marcus 3768**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, medical history and problem list.

## REVIEW OF SYSTEMS
Pertinent positives and negatives as documented in the HPI, all other systems reviewed are negative.

## OBJECTIVE

**Vitals:**

|        | 07/08/19 1456 | 07/08/19 1604 |
|--------|---------------|---------------|
| BP:    |               | 133/80        |
| Pulse: |               | 83            |
| Weight: 65.3 kg | | |
| Height: 164 cm | | |

Body mass index is 24.28 kg/m².

## PHYSICAL EXAMINATION

Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Neck: No JVD present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Exam reveals no friction rub.
S1, S2 with no S3 or S4 gallops.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Judgment and thought content normal.

## DIAGNOSTICS
ECG: ECG today shows sinus rhythm at 82 bpm, QRS duration 92 milliseconds, QTC 436 milliseconds.

## ASSESSMENT / PLAN

**#1 Fibrillation Atrial (HCC)**
**#2 Dyspnea Multifactorial**
**#3 Flutter Atrial (HCC)**

**Patient with history of atrial arrhythmias as documented above, post recent ablation in mid June. She does appear to be primarily maintaining sinus rhythm although complains of some palpitations and fast heart rates. ECG today does show sinus rhythm with normal rate. She continues on Eliquis for now, no issues regarding**

Lincoln/Marcus 3769

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

**bruising or bleeding. Patient is to continue this for 2 months following the ablation, then may discontinue it. She is to reduce propafenone to 1/2 dose for 4 days, then stop.**

**Significant complaints of dyspnea. CT of the pulmonary veins done on June 11th prior to her repeat ablation here, no pulmonary vein stenosis noted. Patient is very frustrated regarding her symptoms and lack of etiology. I did review the case in detail with Dr. Srivathsan. Plan is as follows: Sniff test, CT chest, pulmonary function test, echocardiogram, Holter monitor. Will also repeat labs for hemoglobin and basic metabolic panel. Return to clinic to review.**

**It is noted that she has follow-up soon with primary care as well as appointment with Psychology.**

This was a visit of approximately 40 minutes today with greater than 50% of time involved in patient education, counselling, and coordination of care.

The patient's assessment and plan was reviewed with Dr. K. Srivathsan.

**Susan Hendrick, P.A.-C., 7/19/2019**
Electronically signed by Hendrick, Susan E, P.A.-C. at 7/19/2019  4:40 PM

Office Visit on 7/8/2019    Note shared with
                            patient

Contact Number: (79)1-5977

## Visit Diagnoses

Fibrillation Atrial (HCC) I48.91
Dyspnea Multifactorial R06.09
Flutter Atrial (HCC) I48.92

**Lincoln/Marcus 3770**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

# Marcus, Leslie S

MRN: 12-300-675

| Martin, Kari A, M.D. | Consults - Outpatient | Encounter Date: 7/18/2019 |
|---|---|---|
| Physician | Signed | |
| PSY/PSI (Psychiatry and Psychology) | | |

## SUBJECTIVE

Psychiatric diagnostic evaluation with medical services.

## HISTORY OF PRESENT ILLNESS

Ms. Marcus is a pleasant 48-year-old female with a history of atypical atrial flutter status post multiple ablations. She was most recently discharged from our facility on June 13, 2019. She has been referred to Psychiatry for severe comorbid anxiety and depression. She presents with her husband.

Her PHQ-9 score is 24. She endorses feeling depressed, loss of interest, trouble with sleep, energy, appetite, feeling bad about herself, trouble concentrating, psychomotor changes. She denies thoughts that she would be better off dead. She denies a history of suicidal gesture or intent or attempt. She denies command hallucinations to self-harm. She has had chronic insomnia, which predates her acute medical issues. She was involved in a motor vehicle accident in December and has had a constellation of health issues since that time. Her GAD-7 score is 18 for feeling nervous, not being able to control her worrying, worrying about different things, trouble relaxing, restlessness, irritability, fear that something awful might happen. She has a history of panic attacks. She describes anxiety with driving and being on the freeway. She has had to pull over. She describes avoidance phenomena. She has some reluctance to leave her home.

The patient was previously on Prozac at age 40 associated with depression experienced during a previous divorce. She found the medication helpful. She denies a history of postpartum depression. She denies a history of inpatient treatment. She denies any clearcut history of mood cycling or psychosis. She is currently on Remeron 30 mg at night with Klonopin 1 mg at night for sleep. She has been on and off Klonopin at different times. Currently, Klonopin is prescribed by her primary care physician. Even with the Remeron and Klonopin, she averages 1 night a week which is essentially sleepless. She is also taking CBD oil and using a marijuana cookie at night (indica). We discussed neuropsychiatric effects of cannabis. She describes chronic nausea. She feels worthless, hopeless. She has been unable to work because of her health issues. She feels it is challenging to engage with others as she has "nothing to offer." She feels physically and psychologically "terrible".

The patient is familiar with yoga, having done it for the prior 20 years. She is finding it difficult to engage in a healthy lifestyle and behavioral changes due to her emotional state and physical decline. She is very short of breath with minimal activity.

**Medications, allergies, problem list, past medical history, past surgical history:** Reviewed and updated.

**PAST PSYCH HISTORY:**

**Lincoln/Marcus 3771**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

She had 1 prior contact with a psychiatrist; She felt very invalidated.  She states that person accused her of being a drug addict and a hypochondriac.

**FAMILY HISTORY**
Limited information.  She is estranged from much of her family of origin.  She asserts that a sister has been diagnosed with bipolar disorder.

**SOCIAL HISTORY/DEVELOPMENTAL HISTORY:**
She did experience developmental abuse.  She denies nightmares, flashbacks, intrusive thoughts.  She has possibly some dissociative memory gaps in childhood.  Her husband has observed mild heightened startle.  She has had increased irritability and impaired frustration tolerance since December.  She has also gained 40 pounds.  Decreased focus/ concentration since her accident.

**OBJECTIVE**

MENTAL STATUS EXAM:
She is alert and oriented.  Sensorium is clear.  There is no fluctuation of consciousness.  Eye contact is appropriate. She is casually dressed. Speech is clear, fluent and nonpressured.  Mood/Affect: She is tearful, labile, depressed.  No physical aggression.  No disinhibition.  No perceptual disturbances, paranoia, or delusions.  She denies acute suicidal or homicidal ideation.  Judgment/insight: She is cooperative and engages in the interview.

**ASSESSMENT / PLAN**

The patient presents to Psychiatry  with severe anxiety and depression in the setting of multiple medical issues.  Psychoeducation was provided.  I am going to refer her for biofeedback.  I will refer her to cognitive behavioral therapy.  I will start her on sertraline, target dose 50 mg a day.  She agrees to contact me next week with an update on her tolerability of the sertraline. Risks and side effects of the medication were reviewed.  I did reach out to her cardiologist as well regarding the plan of care. Dr. Sri agreed with the Zoloft trial. I will schedule a follow-up visit with the patient.

We discussed neuropsychiatric effects of cannabis.  I would recommend discontinuing cannabis in the setting of anxiety and nausea and cardiac issues.  The patient, however, feels that cannabis has been helpful and would like to continue it.

FINAL IMPRESSION:
**#1 Major depression, severe, recurrent**
**#2 Panic attacks**
**#3 Generalized anxiety disorder**
**#4 Chronic insomnia**
**#5 cannabis use**

DD:  07/18/2019 12:57:36 CT
DT:  07/18/2019 17:15:41 CT
Job ID:  846884513/lam

**Lincoln/Marcus 3772**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:


CC:  Komandoor Srivathsan,
M.D.
Mayo Clinic
5777 East Mayo Blvd
Phoenix, AZ 85054


Last signed by:  Martin, Kari A, M.D. at 7/22/2019 12:53 PM
Electronically signed by Martin, Kari A, M.D. at 7/22/2019 12:53 PM

Comprehensive
Visit on
7/18/2019

Contact Number: (79)1-7667

## Visit Diagnoses

Insomnia G47.00
Depression Anxiety F41.8

**Lincoln/Marcus 3773**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

*We have not seen Patients during those dates.*

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

*Dr. Tashman*

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

1 of 2

**Lincoln/Marcus 3774**

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 3775**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  August 7, 2019 | |
| To: | DR YASEMIN TASHMAN<br>MAYO CLINIC<br>12400 EAST SHEA BLVD<br>SCOTTSDALE AZ 85258 |
| Attn: | |
| Fax: | (480) 342-1012 |
| From: | John Beckett<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3776**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 7, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Balfour Beatty Investments's Group Disability Plan.  We are writing in reference to Leslie Marcus's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Tashman.  This is the third request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by August 13, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

Attachments:   6209923-REQUEST-PROVIDER-07.25.2019
               6209923-EMPLOYEE/CLAIMANT-07.26.2019

**Lincoln/Marcus 3777**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

DR YASEMIN TASHMAN
MAYO CLINIC
12400 EAST SHEA BLVD
SCOTTSDALE AZ 85258

**Lincoln/Marcus 3778**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

1  of 2

**Lincoln/Marcus 3779**

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 3780**

DocuSign Envelope ID: 2B23B5F9-B0F2-480D-B478-F28AE2B65115



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Leslie Marcus

Name of legal representative, if applicable (print) Leslie Marcus          Relationship self

Signature of claimant or legal representative  _leslie marcus_

Date of Birth: __        Claim Number: _6209923_   Date: 7/26/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Marcus 3781**

0W218190056



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:     Short Term Disability (STD) Benefits
        Balfour Beatty Investments
        Claim #: 6209923
        Claimant: Leslie Marcus
        Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

* Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

1  of 2

Lincoln/Marcus 3782

0W218190056

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 3783**

**\*000118\***
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7206
LONDON, KY 40742-7206

0W218190056

DR YASEMIN TASHMAN
MAYO CLINIC
12400 EAST SHEA BLVD
SCOTTSDALE AZ 85258

NIXIE        850   DE  1270      0008/02/19

RETURN  TO  SENDER
NOT  DELIVERABLE  AS  ADDRESSED
UNABLE  TO  FORWARD

BC:  40742720606      \*1679-00332-02-46



**Lincoln/Marcus 3784**

**n0295583**

| | |
|---|---|
| **From:** | Beckett, John |
| **Sent:** | Friday, August 02, 2019 7:38:07 AM |
| **To:** | Leslie Marcus |
| **Subject:** | RE: Mayo Clinic Contacts |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png |

Good Morning Leslie,

I would suggest reaching out to Dr. Cibulka, Dr. Tashman and Dr. Martin to confirm they are actively working on the requests.

The best thing to do at this point is staying on top of your providers to gather the necessary medical documentation.

Regards,

**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/co

**Lincoln/Marcus 3785**

mpany/lincoln-financial-group

**From:** Leslie Marcus [mailto:
**Sent:** Thursday, August 01, 2019 12:07 PM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Re: Mayo Clinic Contacts

Thank you,

What can I do to help?

On Thu, Aug 1, 2019 at 3:51 AM Beckett, John <John.Beckett@lfg.com> wrote:

Good morning Leslie,

At this time, benefits have not been approved beyond July 25, 2019. We are currently in the process of gathering medical documentation from Dr. Cibulka, Dr. Martin and Dr. Tashman. Medical records from Dr. Srivathsan and Susan Hendrick has already been received.

Regards,

**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**Lincoln/Marcus 3786**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Leslie Marcus [mailto:
**Sent:** Wednesday, July 31, 2019 11:56 AM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Re: Mayo Clinic Contacts

Hi John,

Just wondering the status of my coverage; I think my STD ended the 28th, what happens next?

Thank you

Leslie Marcus

On Thu, Jul 25, 2019 at 4:32 AM Beckett, John <John.Beckett@lfg.com> wrote:

Thank you so much, Leslie.

**Lincoln/Marcus 3787**

**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Leslie Marcus [mailto:
**Sent:** Wednesday, July 24, 2019 9:27 AM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Re: Mayo Clinic Contacts

*Frank Cibulka-still PC/out of Mayo network

In Mayo Network:

*Susan Hendrick/ Cardiovascular

*Komandoor Srivathsan/ Electrophysiologist who did my ablation

**Lincoln/Marcus 3788**

*Kari Martin/ Physiatrist

*Yasemin Tashman/ Sleep Disorder


On Wed, Jul 24, 2019 at 3:49 AM Beckett, John <John.Beckett@lfg.com> wrote:

Thanks for your note Leslie.


Quick question. Of the providers listed, who have you currently seen?


The only reason I am asking is I want to make sure I send my medical requests to physicians with whom you've already treated.


Regards,


**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820


**LincolnFinancial.com**

**Follow us on:**


**Lincoln/Marcus 3789**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Leslie Marcus [mailto:
**Sent:** Monday, July 22, 2019 1:24 PM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Mayo Clinic Contacts

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi John,

My appointment schedule so far, I know that I am waiting for them to schedule an additional breathing test as well as blood work and hematology, I listed the treating physician after the appointment.

Scheduled Appointments:

*07/23 10:30am for Holter Monitor Testing at Mayo Clinic Division of Cardiovascular Disease

*08/07 11:15am for Cardiac Review/ Susan Hendrick

*08/14 3:40pm first full evaluation with PC/ Gretchen Anderson

*09/03 7:45am Radiology/ Testing

*09/03 8:45am Department of Psychiatry/ Kari Martin

*11/13 8:45am Hematology/ Oncology/ John Camoriano

**Lincoln/Marcus 3790**

Mayo:

5777  E.  Mayo Blvd. Phoenix AZ 480.342.2000


Doctors:

*Frank Cibulka-still PC/out of Mayo network

In Mayo Network:

*Susan Hendrick/ Cardiovascular

*Komandoor Srivathsan/ Electrophysiologist who did my ablation

*Kari Martin/ Physiatrist

*Yasemin Tashman/ Sleep Disorder

*Gretchen Anderson/ PC haven't seen yet

*John Camoriano/ Hematologist haven't seen yet



Let me know if you need the past appointment schedule or anything else.


--

**Leslie Marcus**



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to
which it is addressed. If you are not the intended recipient of this E-mail, you are
hereby notified that any dissemination, distribution, copying, or action taken in

**Lincoln/Marcus 3791**

relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the
sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

--

Leslie Marcus
Sent from my iPhone

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

--

Leslie Marcus
Sent from my iPhone

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

--

Leslie Marcus
Sent from my iPhone

**Lincoln/Marcus 3792**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

DR YASEMIN TASHMAN
MAYO CLINIC
12400 EAST SHEA BLVD
SCOTTSDALE AZ 85258

Lincoln/Marcus 3793



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 2, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Balfour Beatty Investments's Group Disability Plan.  We are writing in reference to Leslie Marcus's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Tashman.  This is the second request for this information.  Further delay may result in an adverse claim determination. Please submit the requested information by August 7, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

Attachments:   6209923-REQUEST-PROVIDER-07.25.2019

**Lincoln/Marcus 3794**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

DR YASEMIN TASHMAN
MAYO CLINIC
12400 EAST SHEA BLVD
SCOTTSDALE AZ 85258

**Lincoln/Marcus 3795**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

1  of 2

**Lincoln/Marcus 3796**

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 3797**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  August 1, 2019 | |
| To:    DR KARI MARTIN | |
| Attn: | |
| Fax:   (480) 301-6258 | |
| From: John Beckett<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3798**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

August 1, 2019

Dr. Kari Martin

RE:     Short Term Disability (STD) Benefits
        Balfour Beatty Investments
        Claim #: 6209923
        Claimant: Leslie Marcus
        Claimant D.O.B.:

Dear Dr. Kari Martin:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Balfour Beatty Investments's Group Disability Plan.  We are writing in reference to Leslie Marcus's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Dr. Martin.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by August 7, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

Attachments:   6209923-REQUEST-PROVIDER-07.25.2019

1  of  1

**Lincoln/Marcus 3799**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: July 25, 2019 | |
| To: DR KARI MARTIN | |
| Attn: | |
| Fax: (480) 301-7282 | |
| From: John Beckett<br>Disability Case Manager<br>On Behalf Of: John Beckett<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:    Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3800**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Kari Martin

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Kari Martin:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1 of 2

**Lincoln/Marcus 3801**

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

2  of 2

**Lincoln/Marcus 3802**

**n0295583**

| | |
|---|---|
| **From:** | Beckett, John |
| **Sent:** | Thursday, August 01, 2019 6:51:39 AM |
| **To:** | Leslie Marcus |
| **Subject:** | RE: Mayo Clinic Contacts |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png |

Good morning Leslie,

At this time, benefits have not been approved beyond July 25, 2019. We are currently in the process of gathering medical documentation from Dr. Cibulka, Dr. Martin and Dr. Tashman. Medical records from Dr. Srivathsan and Susan Hendrick has already been received.

Regards,

**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Lincoln/Marcus 3803**

**From:** Leslie Marcus [mailto:
**Sent:** Wednesday, July 31, 2019 11:56 AM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Re: Mayo Clinic Contacts

Hi John,

Just wondering the status of my coverage; I think my STD ended the 28th, what happens next?

Thank you

Leslie Marcus

On Thu, Jul 25, 2019 at 4:32 AM Beckett, John <John.Beckett@lfg.com> wrote:

Thank you so much, Leslie.

**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**Lincoln/Marcus 3804**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Leslie Marcus [mailto:
**Sent:** Wednesday, July 24, 2019 9:27 AM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Re: Mayo Clinic Contacts

*Frank Cibulka-still PC/out of Mayo network

In Mayo Network:

*Susan Hendrick/ Cardiovascular

*Komandoor Srivathsan/ Electrophysiologist who did my ablation

*Kari Martin/ Physiatrist

*Yasemin Tashman/ Sleep Disorder

On Wed, Jul 24, 2019 at 3:49 AM Beckett, John <John.Beckett@lfg.com> wrote:

Thanks for your note Leslie.

Quick question. Of the providers listed, who have you currently seen?

**Lincoln/Marcus 3805**

The only reason I am asking is I want to make sure I send my medical requests to physicians with whom you've already treated.


Regards,


**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820


**LincolnFinancial.com**

**Follow us on:**


https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group


**From:** Leslie Marcus [mailto:
**Sent:** Monday, July 22, 2019 1:24 PM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Mayo Clinic Contacts


**Lincoln/Marcus 3806**

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi John,

My appointment schedule so far, I know that I am waiting for them to schedule an additional breathing test as well as blood work and hematology, I listed the treating physician after the appointment.

Scheduled Appointments:

*07/23 10:30am for Holter Monitor Testing at Mayo Clinic Division of Cardiovascular Disease

*08/07 11:15am for Cardiac Review/ Susan Hendrick

*08/14 3:40pm first full evaluation with PC/ Gretchen Anderson

*09/03 7:45am Radiology/ Testing

*09/03 8:45am Department of Psychiatry/ Kari Martin

*11/13 8:45am Hematology/ Oncology/ John Camoriano

Mayo:

5777  E.  Mayo Blvd. Phoenix AZ 480.342.2000

Doctors:

*Frank Cibulka-still PC/out of Mayo network

In Mayo Network:

*Susan Hendrick/ Cardiovascular

*Komandoor Srivathsan/ Electrophysiologist who did my ablation

**Lincoln/Marcus 3807**

*Kari Martin/ Physiatrist

*Yasemin Tashman/ Sleep Disorder

*Gretchen Anderson/ PC haven't seen yet

*John Camoriano/ Hematologist haven't seen yet

Let me know if you need the past appointment schedule or anything else.

--

**Leslie Marcus**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,
or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail
and any printout. Thank You.**

--

Leslie Marcus
Sent from my iPhone

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited

**Lincoln/Marcus 3808**

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

--

Leslie Marcus
Sent from my iPhone

Lincoln/Marcus 3809



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _____

Date of Birth: __  _____  Claim Number: __6209923__  Date: _____

**A copy of this authorization will be considered as valid as the original.**

**Lincoln/Marcus 3810**

DocuSign Envelope ID: 2B23B5F9-B0F2-480D-B478-F28AE2B65115



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   Leslie Marcus

Name of legal representative, if applicable (print) Leslie Marcus          Relationship Self

DocuSigned by:
*leslie marcus*
17FBBCC98CAD4B4...

Signature of claimant or legal representative

Date of Birth: __            Claim Number:   6209923    Date: 7/26/2019

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Marcus 3811**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: July 25, 2019 | |
| To:    DR FRANK CIBULKA | |
| Attn: | |
| Fax:    (480) 882-5866 | |
| From: John Beckett<br>Disability Case Manager<br>On Behalf Of: John Beckett<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3812**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Frank Cibulka

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Frank Cibulka:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1  of 2

**Lincoln/Marcus 3813**

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

2  of 2

**Lincoln/Marcus 3814**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  July 25, 2019 | |
| To:     DR KARI MARTIN | |
| Attn: | |
| Fax:    (480) 301-7282 | |
| From:  John Beckett<br>Disability Case Manager<br>On Behalf Of: John Beckett<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):     3 | |
| RE:<br><br>Claim #:     6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3815**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Kari Martin

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Kari Martin:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1  of 2

**Lincoln/Marcus 3816**

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

2  of 2

**Lincoln/Marcus 3817**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: July 25, 2019 | |
| To:    DR SUSAN HENDRICKS | |
| Attn: | |
| Fax:    (480) 301-7282 | |
| From:  John Beckett<br>Disability Case Manager<br>On Behalf Of: John Beckett<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3818**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Susan Hendricks

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Susan Hendricks:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1  of 2

**Lincoln/Marcus 3819**

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

2  of 2

**Lincoln/Marcus 3820**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206




DR YASEMIN TASHMAN
MAYO CLINIC
12400 EAST SHEA BLVD
SCOTTSDALE AZ 85258

**Lincoln/Marcus 3821**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Yasemin Tashman
Mayo Clinic
12400 EAST SHEA BLVD
SCOTTSDALE, AZ 85258

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Yasemin Tashman:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

  • Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus

1  of 2

**Lincoln/Marcus 3822**

carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 3823**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  July 25, 2019 | |
| To:    DR KOMANDOOR SRIVATHSAN | |
| Attn: | |
| Fax:   (480) 342-1606 | |
| From:  John Beckett<br>Disability Case Manager<br>On Behalf Of: John Beckett<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3824**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Komandoor Srivathsan

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Komandoor Srivathsan:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1  of 2

**Lincoln/Marcus 3825**

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

2  of 2

**Lincoln/Marcus 3826**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206

MS. LESLIE MARCUS

**Lincoln/Marcus 3827**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Ms. Leslie Marcus

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923

Dear Ms. Leslie Marcus:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Short Term Disability (STD) benefits under Balfour Beatty Investments's Group Disability Plan.  We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On July 25, 2019, we requested medical records  from Dr. Cibulka, Dr. Hendricks, Dr. Martin, Dr. Srivathsan and Dr. Tashman.     This information is necessary to complete our ongoing claims investigation.  Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 1, 2019 through the present  from Dr. Cibulka, Dr. Hendricks, Dr. Martin, Dr. Srivathsan, Dr. Tashman

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Balfour Beatty Investments's STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than September 9, 2019 as required under

**Lincoln/Marcus 3828**

the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

2  of 2

**Lincoln/Marcus 3829**



# FAX

**TO:**   **LIBERTY MUTUAL ATTN JOHN BECKETT DISABILITY CASE MANAGER**
Company:
Fax:   603-334-0401
Phone:

**FROM:**

**NOTES:**

**Date and time of transmission: 7/25/2019 11:14:58 AM**
**Number of pages including this cover sheet: 6**

This faxed information is intended only for the use of the individual or entity to which it is addressed and contains information that is **confidential**. Furthermore, this information may be protected by Federal law relating to confidentiality (42 CFR Part 2) prohibiting any further disclosure. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and destroy the original message. Thank you.

**Lincoln/Marcus 3830**



## MAYO CLINIC

Mayo Clinic
200 First Street SW
Rochester, MN 55905

July 25, 2019

John Beckett
Liberty Mutual
Po Box 7206
London, KY  40742-7206

RE:    Request for Records of: Leslie S Marcus
       Date of Birth:
       Date request received: 7/25/2019
       Release ID: 33968933

Dear Liberty Mutual,

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

    - Authorization is required with request.

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,

Release of Information
Health Information Management Services

---

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3831**

 *Authorization to Disclose Protected Health Information* **BY** *Mayo Clinic*

Number (above) and Name

Patient Name _____ Date of Birth _____
Address _____
Mayo Clinic Medical Record Number _____ Daytime Telephone Number _____

I hereby authorize Mayo Clinic Arizona ("Mayo Clinic") to disclose the following Protected Health Information pertaining to the above-referenced patient to:

☐ Mail*
☐ Pick-up at*
　☐ Clinic (E. Shea Blvd)
Name of Person or Entity _____
Address _____ 　☐ Hospital (56th/Mayo Blvd)
City, State, Zip Code _____ ☐ Date/Time _____

**For Medical Records**
Purpose for release of information:   ☐ Personal   ☐ Continuing Patient Care   ☐ Other _____
*Charges may apply for copies delivered directly to the patient.

Information being requested, please specify (i.e., Physician/Provider/Service or Dates of Service or Records/Reports) **(for images, see below)**:
_____
_____

If above section is not completed, responses to records requests will contain a record abstract of the most recent notes and results. This will include:
- For hospital records - History and Physical, Discharge Summary, Operative/Procedure Reports, Emergency Department Report, Consultation Report and test results.
- For clinic/outpatient records - Physician or midlevel provider visit notes, Operative/Procedure Reports and test results.

Billing statements needed:    ☐ Yes

**For Images/Films**
☐ Mail*
☐ Pick-up at*
　☐ Clinic (E. Shea Blvd)
　☐ Hospital (56th/Mayo Blvd)
Radiology Records needed (includes radiology report and image in electronic format): ☐ Date/Time _____

| Exam Date | Exam Description | Exam Date | Exam Description |
|-----------|------------------|-----------|------------------|
|           |                  |           |                  |
|           |                  |           |                  |
|           |                  |           |                  |

I understand this authorization covers records relating to communicable diseases, acquired immunodeficiency syndrome ("AIDS"), human immunodeficiency virus ("HIV"), behavioral and/or mental health care, alcohol and/or drug abuse treatment, and genetic testing, if any such records exist.

I understand that Mayo Clinic will not condition treatment on whether I sign this Authorization.

I understand that I have the right to revoke this authorization at any time except to the extent that Mayo Clinic has already taken action in reliance on it. I understand that in order to revoke this authorization, I must do so in writing and present my written revocation to the mail address below. I understand that the revocation will not apply to information that has already been released in response to this Authorization.

I understand that, if this information is disclosed to a third party, the information may no longer be protected by federal privacy regulations and may be redisclosed by the person or entity that receives the information.

I understand that this authorization will expire one (1) year from the date of signing unless specified below:

Desired Expiration Date _____

_____    _____
Signature                                Date

_____    _____
Print Name                               Relationship to Patient (if not patient)

**Mayo Clinic**
*Attention:* Health Information Management Services
13400 East Shea Blvd.
Scottsdale, AZ 85259

Any questions related to the release of information may be directed to Mayo Clinic Health Information Management Services at 480-301-4211 or Radiology Records at 480-301-8055.

MCS7602-02rev052714

**Lincoln/Marcus 3832**

Mayo Clinic Fax       7/25/2019 11:21:03 AM  PAGE   4/006   Fax Server

Jul 25 2019 07:27:22 EDT Liberty Mutual Insur        MSG# 1647940686-006-1      Page 001 Of 003



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  July 25, 2019 | |
| To:    DR KARI MARTIN | |
| Attn: | |
| Fax:    (480) 301-7282 | |
| From:  John Beckett<br>Disability Case Manager<br>On Behalf Of: John Beckett<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3833**

Mayo Clinic Fax       7/25/2019 11:21:03 AM   PAGE   5/006   Fax Server

Jul 25 2019 07:27:39 EDT Liberty Mutual Insur        MSG# 1647940686-006-1       Page 002 Of 003



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Kari Martin

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Kari Martin:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

   •   Office treatment notes, test results, prescription histories, and treatment plans from
       July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1  of  2

**Lincoln/Marcus 3834**

Mayo Clinic Fax        7/25/2019 11:21:03 AM   PAGE    6/006    Fax Server

Jul 25 2019 07:28:01 EDT Liberty Mutual Insur         MSG# 1647940686-006-1    Page 003 Of 003

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 3835**

Jul 25 2019 07:28:13 EDT Liberty Mutual Insur        MSG# 1748073375-006-1    Page 002 Of 003



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

July 25, 2019

Dr. Komandoor Srivathsan

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

Dear Dr. Komandoor Srivathsan:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2019 through the present time

We ask that you provide this information by July 31, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1 of 2

**Lincoln/Marcus 3836**

**Jul 25 2019 07:28:30 EDT Liberty Mutual Insur          MSG# 1748073375-006-1      Page 003 Of 003**

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
On Behalf Of: John Beckett
Phone No.: (800) 210-0268 Ext. 16076
Secure Fax No.: (603) 334-0401

**Lincoln/Marcus 3837**

Jul 25 2019 07:28:03 EDT Liberty Mutual Insur      MSG# 1748073375-006-1      Page 001 Of 003



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: July 25, 2019 | |
| To:    DR KOMANDOOR SRIVATHSAN | |
| Attn: | |
| Fax:    (480) 342-1606 | |
| From: John Beckett<br>Disability Case Manager<br>On Behalf Of: John Beckett<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3838**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

# Marcus, Leslie S

MRN: 12-300-675

| | | |
|---|---|---|
| Hendrick, Susan E, P.A.-C.<br>Physician Assistant<br>CVD (Cardiovascular Diseases) | Progress Notes ☑<br>Signed | Encounter Date: 7/8/2019 |

**PRIMARY ELECTROPHYSIOLOGIST:**
Dr. K. Srivathsan

## SUBJECTIVE

### CHIEF COMPLAINT/REASON FOR VISIT
Management of paroxysmal atrial fibrillation.

### CARDIOVASCULAR AND RELEVANT HISTORY
1. Atrial fibrillation, paroxysmal pattern, diagnosed August 2018, ablation December 2018 at Honor Health.
2. Antiarrhythmic drug history: Failure of flecanide with recurrences, currently propafenone. Discontinued with taper starting today.
3. Pulmonary embolus with deep vein thrombosis, April 2019, on Eliquis.
4. Atypical atrial flutter May 2019, associated with migraine and syncope.
5. Hyperlipidemia.
6. Migraine history.
7. Chronic anemia.

### HISTORY OF PRESENT ILLNESS
Leslie S Marcus is a 48 y.o. female with the above cardiovascular history. She presented here to the hospital in early May with atypical atrial flutter, rates as high as 200 bpm. Her Rythmol was initially increased and patient underwent repeat ablation on June 12th with focus of atypical atrial flutter and atrial tachycardia. Pulmonary veins were noted to be isolated at baseline. Flecainide was reduced in dose on discharge.

Patient comes to the arrhythmia Clinic today for follow-up. She monitors her heart rate, believe she has been primarily in sinus rhythm with rates in the 80s. She has felt palpitations on perhaps 2 or 3 occasions, a sensation of "beating out of my neck" and she believes the heart rate at these times is in the 120s. Right femoral catheterization site has healed well. She has multiple complaints today however. She reports that she is "short of breath 24/7", this having been present for the last 2 years. She reports being completely out of breath if she walks to the door. Since August of 2018 she feels that she cannot get a deep breath and that her voice is "not my real voice". She has gained 40 lb. She has a previous history of motor vehicle accident in 2017. Following this, she had an adverse reaction to corticosteroids. She reports that since the previous ablation, her right neck hurts all the time and she feels that, if she turns her neck to the right, she cannot breathe. She feels that there is "something there" but imaging including MRI and ultrasound at Honor Health have not shown any etiology. However, she reports that there were "clots there". She reports swelling in the legs and feet most of the time. She is very distraught and frustrated in describing all the symptoms and feels that they have not been appropriately addressed in the past.

**Lincoln/Marcus 3839**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, medical history and problem list.

## REVIEW OF SYSTEMS
Pertinent positives and negatives as documented in the HPI, all other systems reviewed are negative.

## OBJECTIVE

**Vitals:**

|         | 07/08/19 1456 | 07/08/19 1604 |
|---------|---------------|---------------|
| BP:     |               | 133/80        |
| Pulse:  |               | 83            |
| Weight: | 65.3 kg       |               |
| Height: | 164 cm        |               |

Body mass index is 24.28 kg/m².

## PHYSICAL EXAMINATION

Constitutional: She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Neck: No JVD present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Exam reveals no friction rub.
S1, S2 with no S3 or S4 gallops.
Pulmonary/Chest: Effort normal and breath sounds normal. She has no wheezes. She has no rales.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Judgment and thought content normal.

## DIAGNOSTICS
ECG: ECG today shows sinus rhythm at 82 bpm, QRS duration 92 milliseconds, QTC 436 milliseconds.

## ASSESSMENT / PLAN

**#1 Fibrillation Atrial (HCC)**
**#2 Dyspnea Multifactorial**
**#3 Flutter Atrial (HCC)**

**Patient with history of atrial arrhythmias as documented above, post recent ablation in mid June. She does appear to be primarily maintaining sinus rhythm although complains of some palpitations and fast heart rates. ECG today does show sinus rhythm with normal rate. She continues on Eliquis for now, no issues regarding**

Printed by [178837] at 7/25/19 1:23 PM                              Page 2 of 3

**Lincoln/Marcus 3840**

JUL-25-2019 13:19 From:                                    To:916033340401          Page:6/9

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

bruising or bleeding. Patient is to continue this for 2 months following the ablation, then may discontinue it. She is to reduce propafenone to 1/2 dose for 4 days, then stop.

Significant complaints of dyspnea. CT of the pulmonary veins done on June 11th prior to her repeat ablation here, no pulmonary vein stenosis noted. Patient is very frustrated regarding her symptoms and lack of etiology. I did review the case in detail with Dr. Srivathsan. Plan is as follows: Sniff test, CT chest, pulmonary function test, echocardiogram, Holter monitor. Will also repeat labs for hemoglobin and basic metabolic panel. Return to clinic to review.

It is noted that she has follow-up soon with primary care as well as appointment with Psychology.

This was a visit of approximately 40 minutes today with greater than 50% of time involved in patient education, counselling, and coordination of care.

The patient's assessment and plan was reviewed with Dr. K. Srivathsan.

**Susan Hendrick, P.A.-C., 7/19/2019**
Electronically signed by Hendrick, Susan E, P.A.-C. at 7/19/2019 4:40 PM

Office Visit on 7/8/2019     Note shared with
                             patient

Contact Number: (79)1-5977

## Visit Diagnoses

Fibrillation Atrial (HCC) I48.91
Dyspnea Multifactorial R06.09
Flutter Atrial (HCC) I48.92

**Lincoln/Marcus 3841**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

# Leslie S Marcus

(TTE) 2D Echo Doppler Color
Order# 2222504516075

Reading physician: **Marcotte, Francois, M.D.** Ordering physician: **Hendrick, Susan E, P.A.-C.**
Study date: **07/12/2019**

## Result Information

Status: Final result (Exam End: 7/12/2019 14:43)

## Patient Information

| Patient Name | MRN | DOB |
|---|---|---|
| Marcus, Leslie S | 12-300-675 | |

## Interpretation Summary

For the complete report, see the Order-Level Documents below.

Final Impressions
1. Normal left ventricular chamber size, mass index and systolic & diastolic function (LVEF 62%)
2. Normal sized atria.
3. Normal right ventricular size and systolic function.
4. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg).
5. Normal inferior vena cava size with normal inspiratory collapse (>50%).
6. No significant valvular heart disease.
7. Normal ascending aorta dimension.
8. No atrial level shunt by color flow imaging.
9. No pericardial effusion.
10. Compared to the report of 06/13/2019 no significant change has occurred.

Findings
Echocardiographic images interpreted at MCA - Hospital campus. Color flow and spectral Doppler performed in part to assess valvular heart disease. Status post catheter ablation (06/12/2019). LEFT VENTRICLE: Normal left ventricular chamber size. Normal left ventricular wall thickness. Calculated 2-D biplane volumetric left ventricular ejection fraction 62 %. No regional wall motion abnormalities. Normal left ventricular diastolic function. RIGHT VENTRICLE: Normal right ventricular size. Normal right ventricular systolic function. Estimated right ventricular systolic pressure 26 mmHg (systolic blood pressure 116 mmHg). ATRIA: Normal left atrial size. Left atrial volume index 33 ml/m^2. Normal right atrial size. CARDIAC VALVES: Trileaflet aortic valve. Normal aortic valve. No aortic valve regurgitation. Normal mitral valve. No mitral valve regurgitation. Normal pulmonary valve. Normal pulmonary valve systolic velocity. No pulmonary valve regurgitation. Normal tricuspid valve. Mild tricuspid valve regurgitation. OTHER ECHO FINDINGS: Normal inferior vena cava size with normal inspiratory collapse (>50%). Normal ascending aorta dimension. No atrial level shunt by color flow imaging. No intracardiac mass or thrombus, but the left atrial appendage cannot be visualized adequately with transthoracic echo to exclude thrombus in this location. No pericardial effusion. Compared to the report of 06/13/2019 no significant change has occurred.

For the complete report, see the Order-Level Documents below.

"See PDF For Result"

## 🗋 Order-Level Documents:

> Diagnostic Report - Echo

Printed by [178837] at 7/25/19 1:24 PM                                        Page 1 of 2

**Lincoln/Marcus 3842**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

## Document Viewer

    ⟡ All Available Patient Results

## Study Images

    ⟡ Show images in QREADS

## ⟡ Encounter

    View Encounter

## Additional Orders and Documentation

| Results Imaging | Meds | Orders Procedures | Flowsheets |
|---|---|---|---|

Encounter Info:   History, Allergies, Op Notes, Anesthesia, Perfusion Record, Pre-op, Intra-op, Sedation, Recovery, Discharge Instructions, SCIP, Billing Supply/Implant Review

Printed by [178837] at 7/25/19 1:24 PM                                    Page 2 of 2

**Lincoln/Marcus 3843**

JUL-25-2019 13:19 From:                          To:916033340401          Page:9/9

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

## ECG 12 Lead
Order: 2222504516065

Status: **Final result**   Visible to patient: **Yes (Patient Online Services)** Dx: **Fibrillation Atrial (HCC)**

|                            | Ref Range & Units | 2wk ago |
|----------------------------|-------------------|---------|
| Ventricular Rate ECG/Min   | BPM               | 82      |
| PR Interval                | ms                | 140     |
| QRSD Interval              | ms                | 92      |
| QT Interval                | ms                | 374     |
| QTC Interval               | ms                | 436     |
| P Axis                     | degrees           | 54      |
| R Axis                     | degrees           | 40      |
| T Wave Axis                | degrees           | 29      |
| Resulting Agency           |                   | MUSE    |

### Impression
Performed by: MUSE

Normal sinus rhythm
Nonspecific T wave abnormality Interior leads
Abnormal ECG
When compared with ECG of 13-JUN-2019 07:20,
No significant change was found

Specimen Collected: 07/08/19 14:51              Last Resulted: 07/08/19 17:09

&#8862; 🔹 Lab Flowsheet   🗊 Order Details   ⚚ View Encounter   🔱 Lab and Collection Details
                                                            ✉ Routing   🕘 Result History

### Scans on Order 2222504516065
> Diagnostic Report - ECG - Scan on 7/8/2019  2:54 PM

## Result Read / Acknowledged

| User                        | Time Read / Acknowledged |
|-----------------------------|--------------------------|
| Hendrick, Susan E, P.A.-C.  | 7/9/2019  7:05 AM        |

Printed by [178837] at 7/25/19 1:24 PM                          Page 1 of 1

**Lincoln/Marcus 3844**

**n0295583**

| From: | Leslie Marcus |
| --- | --- |
| Sent: | Wednesday, July 24, 2019 9:26:36 AM |
| To: | Beckett, John |
| Subject: | Re: Mayo Clinic Contacts |
| Attachments: | image004.png; image003.png; image001.png; image005.png; image002.png |

*Frank Cibulka-still PC/out of Mayo network
In Mayo Network:
*Susan Hendrick/ Cardiovascular
*Komandoor Srivathsan/ Electrophysiologist who did my ablation
*Kari Martin/ Physiatrist
*Yasemin Tashman/ Sleep Disorder

On Wed, Jul 24, 2019 at 3:49 AM Beckett, John <John.Beckett@lfg.com> wrote:

Thanks for your note Leslie.

Quick question. Of the providers listed, who have you currently seen?

The only reason I am asking is I want to make sure I send my medical requests to physicians with whom you've already treated.

Regards,

https://www.google.com/maps/search/Liberty+Way+%0D%0A+Dover,+NH+03820?entry=gmail&source=g

**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820

**Lincoln/Marcus 3845**

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Leslie Marcus [mailto:
**Sent:** Monday, July 22, 2019 1:24 PM
**To:** Beckett, John <John.Beckett@lfg.com>
**Subject:** Mayo Clinic Contacts

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi John,

My appointment schedule so far, I know that I am waiting for them to schedule an additional breathing test as well as blood work and hematology, I listed the treating physician after the appointment.

Scheduled Appointments:

*07/23 10:30am for Holter Monitor Testing at Mayo Clinic Division of Cardiovascular Disease

*08/07 11:15am for Cardiac Review/ Susan Hendrick

*08/14 3:40pm first full evaluation with PC/ Gretchen Anderson

**Lincoln/Marcus 3846**

*09/03 7:45am Radiology/ Testing

*09/03 8:45am Department of Psychiatry/ Kari Martin

*11/13 8:45am Hematology/ Oncology/ John Camoriano


Mayo:

5777  E.  Mayo Blvd. Phoenix AZ 480.342.2000


Doctors:

*Frank Cibulka-still PC/out of Mayo network

In Mayo Network:

*Susan Hendrick/ Cardiovascular

*Komandoor Srivathsan/ Electrophysiologist who did my ablation

*Kari Martin/ Physiatrist

*Yasemin Tashman/ Sleep Disorder

*Gretchen Anderson/ PC haven't seen yet

*John Camoriano/ Hematologist haven't seen yet


Let me know if you need the past appointment schedule or anything else.


--

**Leslie Marcus**


<div align="right">**Lincoln/Marcus 3847**</div>

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

--

Leslie Marcus
Sent from my iPhone

**Lincoln/Marcus 3848**

**n0295583**

| | |
|---|---|
| **From:** | Leslie Marcus |
| **Sent:** | Monday, July 22, 2019 1:23:33 PM |
| **To:** | Beckett, John |
| **Subject:** | Mayo Clinic Contacts |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi John,

My appointment schedule so far, I know that I am waiting for them to schedule an additional breathing test as well as blood work and hematology, I listed the treating physician after the appointment.

Scheduled Appointments:
*07/23 10:30am for Holter Monitor Testing at Mayo Clinic Division of Cardiovascular Disease
*08/07 11:15am for Cardiac Review/ Susan Hendrick
*08/14 3:40pm first full evaluation with PC/ Gretchen Anderson
*09/03 7:45am Radiology/ Testing
*09/03 8:45am Department of Psychiatry/ Kari Martin
*11/13 8:45am Hematology/ Oncology/ John Camoriano

Mayo:
5777  E.  Mayo Blvd. Phoenix AZ 480.342.2000

Doctors:
*Frank Cibulka-still PC/out of Mayo network
In Mayo Network:
*Susan Hendrick/ Cardiovascular
*Komandoor Srivathsan/ Electrophysiologist who did my ablation
*Kari Martin/ Physiatrist
*Yasemin Tashman/ Sleep Disorder
*Gretchen Anderson/ PC haven't seen yet
*John Camoriano/ Hematologist haven't seen yet


Let me know if you need the past appointment schedule or anything else.


--


**Leslie Marcus**



**Lincoln/Marcus 3849**



**HONORHEALTH MEDICAL GROUP ARCADIA**
**3311 N 44th Street**
**Phoenix AZ 85018-6461**
**Phone: 480-882-7360**
**Fax: 480-882-5866**

May 23, 2019

Patient:      **Leslie S Marcus**
Date of Birth:

To Whom it May Concern:

Leslie Marcus was seen in my clinic due to medical reasons.I have recommended she be off work for the next 3 months. She continues to have cardiac abnormalities with severe fatigue.She also has a cardiac ablation procedure pending. She may return to work on 08/23/2019.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Frank Cibulka,MD

**Lincoln/Marcus 3850**

0J158190123

# INVOICE



**LINCOLN FINANCIAL GROUP**

PO BOX 7206

LONDON, KY 40742

| | |
|---|---|
| **Invoice #:** | **51663759** |
| **Inv. Date:** | 5/29/2019 |
| **Due Date:** | 6/8/2019 |
| **Terms:** | Net 10 |
| **Patient:** | MARCUS, LESLIE |
| **Account #:** | 6605962 |
| **Claim/File #:** | 8947111 |

Shipping:
PO BOX 7206

LONDON, KY 40742

Facility: **MAYO CLINIC**

| Description | Quantity | Unit Price | Extension |
|---|---|---|---|
| * Note: Hard Copy Page Count: 1 | 1 | $0.00 | $0.00 |
| Basic Fee $20.00 | 1 | $20.00 | $20.00 |
| Copy Charge $1.10 Per Page, Pages 1-50 | 1 | $1.10 | $1.10 |

| | | |
|---|---|---|
| Product Total: | $ 21.10 | |
| State Tax: | | 0.00% |
| City/local Tax: | | 0.00% |
| Sales Tax: | $ 0.00 | (0.00%) |
| Shipping & Handling: | $ 0.70 | |
| | ------------------- | |
| Grand Total: | $ 21.80 | |
| Credits/Payments: | $ 0.00 | |
| | ------------------- | |
| **Amount Due:** | **$ 21.80** | |

<u>Please Note:</u> This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR 2.12(c) (5) and 2.65.

**Payment Options:**
- Use your credit card online at payportal.iodincorporated.com
- Use your credit card by phone at 866-420-7455 Option 1
- By mail; please include the payment sheet (page 2) with your check to ensure that your payment is properly applied!

*IOD Incorporated   TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Page 1 of 2**

**Lincoln/Marcus 3851**

0J158190123

# INVOICE



## PAYMENT SHEET

## PLEASE RETURN THIS WITH YOUR PAYMENT.

**MAKE PAYMENT TO:**

IOD Incorporated
PO Box 19072
Green Bay, WI 54307-9072

TaxID No. 65-0765287

| | |
|---|---|
| Invoice No: | **51663759** |
| Requester: | **LINCOLN FINANCIAL GROUP** |
| Account #: | **6605962** |
| Patient Name: | **MARCUS, LESLIE** |
| Amount Due: | **21.80** |

Amount Paid $

Check No

To make an online payment, please go to payportal.iodincorporated.com

*IOD Incorporated   TaxID No. 65-0765287*
*PO Box 19072, Green Bay WI, 54307-9072*
*Phone: 866-420-7455 Option 1 * Fax: 920-406-6537*

**Page 2 of 2**

**Lincoln/Marcus 3852**

0J158190123
May 16 2019 11:26:48 EDT Liberty Mutual Insur          MSG# 1438959619-006-1          Page 001 Of 005


# Lincoln
### Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: May 16, 2019 | |
| To:  DR. SAMUEL UNZEK | |
| Attn: | |
| Fax:  (480) 301-7282 | |
| From:  John Beckett<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    5 | |
| RE:<br><br>Claim #:    8947111<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

Welcome to Lincoln Financial Group.
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

Bienvenido a Lincoln Financial Group.
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/Marcus 3853

May 16 2019 11:26:48 EDT Liberty Mutual Insur    MSG# 1430959619-006-1    0J158190123
Page 001 Of 005

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  May 16, 2019 | |
| To:    DR. SAMUEL UNZEK | |
| Attn: | |
| Fax:   (480) 301-7282 | |
| From:  John Beckett<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):   5 | |
| RE:<br><br>Claim #:   8947111<br>Claimant:  Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3854**

0J158190123



**MAYO
CLINIC**

Mayo Clinic
200 First Street SW
Rochester, MN 55905

May 29, 2019

Lincoln Financial Group
Po Box 7206
London, KY  40742

RE:    Request for Records of: Leslie S Marcus
         Date of Birth:
         Date request received: 5/16/2019
         Release ID: 27406889

Dear Lincoln Financial Group,

We have received your request for health records. Authorizations must meet all of the required elements of the Health Insurance Portability and Accountability Act (HIPAA) and/or specific state statutes/laws. We are unable to honor your request due to the following reason(s):

         - Authorization is required with request.

If you are still in need of the requested health records, please resubmit your request with above required documentation. When applicable, we have enclosed our authorization for your use.

Should you have any questions, you may contact us at 480-301-4211, Monday through Friday, 8:00 a.m. until 5:00 p.m., or write to the address above, attention Health Information Management Services-Release of Information.

Sincerely,


Release of Information
Health Information Management Services

---

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information in NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**Lincoln/Marcus 3855**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Fri, 31 May 2019 16:39:10 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #6209923, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim has a date of disability of 4/13/2019.  This claim is approved through 7/25/2019.  This indicates an extension of benefits.  The case manager for this claim is John Beckett.  The claim number is 6209923.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Marcus 3856**

**n0295583**

---

| | |
|---|---|
| **From:** | Beckett, John |
| **Sent:** | Thursday, May 30, 2019 12:49:15 PM |
| **To:** | BBC Benefits |
| **Subject:** | RE: Leslie Marcus 8947111 * job description needed |
| **Attachments:** | image001.png;   image002.png;   image004.png;   image005.png;   image006.png; image007.jpg;   image008.png;   image009.png;   image010.png;   image011.png; image012.png; image013.png; image014.jpg |

Hi Jasmine,


The medical review was completed and based on the severity of the employee's condition as well as job duties, restrictions and limitations can be supported through 7/25/2019.


At this time, are you still interested in orchestrating an IME?


Regards,


**John Beckett**

Disability Case Manager

Lincoln Financial Group

100 Liberty Way

Dover, NH 03820



[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**


**Lincoln/Marcus 3857**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** BBC Benefits [mailto:Benefits@bbcgrp.com]
**Sent:** Friday, May 24, 2019 8:56 AM
**To:** Reny, Sarah <Sarah.Reny@lfg.com>; BBC Benefits <Benefits@bbcgrp.com>; Beckett, John <John.Beckett@lfg.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>
**Subject:** RE: Leslie Marcus 8947111 * job description needed

Got it, thanks Sarah

Can you let me know once there's a determination?

Thank you,

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**From:** Reny, Sarah [mailto:Sarah.Reny@lfg.com]
**Sent:** Friday, May 24, 2019 8:42 AM
**To:** BBC Benefits <Benefits@bbcgrp.com>; Beckett, John <John.Beckett@lfg.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>
**Subject:** RE: Leslie Marcus 8947111 * job description needed

**Lincoln/Marcus 3858**

Hi Jasmine,

Claim 8947111 has been denied because it's successive to the prior claim of 6209923 which has been reopened and is pending an extension until the clinical review has been completed.

**Sarah Reny**

Manager STD

Lincoln Financial Group

P.O. Box 7206

London, KY 40742

800.210.0268 Office

16156 Ext.

603.334.9012 Fax

**LincolnFinancial.com**

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.yout

**Lincoln/Marcus 3859**

ube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** BBC Benefits [mailto:Benefits@bbcgrp.com]
**Sent:** Friday, May 24, 2019 8:23 AM
**To:** BBC Benefits <Benefits@bbcgrp.com>; Reny, Sarah <Sarah.Reny@lfg.com>; Beckett, John <John.Beckett@lfg.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>
**Subject:** RE: Leslie Marcus 8947111 * job description needed
**Importance:** High

Sarah, I see in Liberty Mutual that this claim was denied

Can you please confirm that determination?

It was my understanding that Liberty Mutual had received the medical records and job description just yesterday to begin to make that determination

I don't want to miscommunicate to the employee a denied claim if this determination can in fact potentially change

If you could provide an update by EOD today, that would be helpful

Thank you,

**Lincoln/Marcus 3860**

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**From:** BBC Benefits
**Sent:** Thursday, May 23, 2019 10:26 AM
**To:** Reny, Sarah <Sarah.Reny@lfg.com>; BBC Benefits <Benefits@bbcgrp.com>;
Beckett, John <John.Beckett@lfg.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>
**Subject:** RE: Leslie Marcus 8947111 * job description needed

Thank you,

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**From:** Reny, Sarah [mailto:Sarah.Reny@lfg.com]
**Sent:** Thursday, May 23, 2019 9:16 AM
**To:** BBC Benefits <Benefits@bbcgrp.com>; Beckett, John <John.Beckett@lfg.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>
**Subject:** RE: Leslie Marcus 8947111 * job description needed

**Lincoln/Marcus 3861**

Good Morning Jasmine,

Are you able to forward John a copy of Leslie's job description?  We have received medical records and will be referring the file to our clinical department for comment on her conditions and her inability to perform the functions of her job.  Also, based on our review we will be reopening her prior claim for successive as the condition does relate to her prior disability.

Thanks!

**Sarah Reny**

Manager STD

Lincoln Financial Group

P.O. Box 7206

London, KY 40742

800.210.0268 Office

16156 Ext.

603.334.9012 Fax

**LincolnFinancial.com**

<div align="right"><b>Lincoln/Marcus 3862</b></div>

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** Reny, Sarah
**Sent:** Wednesday, May 15, 2019 12:06 PM
**To:** BBC Benefits <Benefits@bbcgrp.com>; Beckett, John <John.Beckett@lfg.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>
**Subject:** RE: Leslie Marcus 8947111

Hi Jasmine,

We are still waiting on medical records to support her absence from work.   In the meantime, if you haven't done so already, can you provide John with a copy of Leslie's job description?

I discussed this case with our clinical department and your request to do an IME.   Instead of an IME, it was recommended and encouraged that we refer this file to our clinical department to contact the provider to discuss the findings in the records (once received) what the employee's job entails, and if there are any restrictions and limitations.   It's unusual to just go to an IME without first having one of our clinicians look at the records and decide that would be the best course of action.   Again, we cannot do anything on this claim until we get medical records from Leslie's provider which John is actively working on.

If you are truly sure you want to move forward with an IME, we can refer that with your approval.   Again, medical records will be needed because the person reviewing the employee's case will need a full history of the condition before conducting the exam.   The timing can vary depending on where the person lives and what specialty they will need since the availability can really depend on where someone lives.   On

**Lincoln/Marcus 3863**

average I would say a month as they have to set up the appointments which are usually a couple of weeks out and then it takes a week or so for the report to come back afterwards.

An Independent Medical Evaluation (IME) is an examination conducted by a physician at Lincoln's request to assist in making a disability determination (initial or ongoing). A specialist similar to the specialty of the claimant's Attending Physician, or a specialist who would be appropriate in treating the claimant's specific disabling condition usually conducts it.

This evaluation is intended to:

● Clarify the nature of disability

● Establish consensus

● Better define the severity of impairments

● Determine work capacity

The Functional Capacity Evaluation (FCE) also referred to as a physical capacity evaluation/assessment is a structured, intensive, systematic evaluation process to determine an individual's current capacity to perform work related tasks and/or activities of daily living.   The results of this independent, non-invasive evaluation or test may be used to determine an individual's physical demand level/category, and will help identify functional deficits as well identify specific functional capabilities.   In addition, the evaluation is designed to test for maximum effort (best effort) and symptom magnification to determine if the individual is limiting his/her performance.

When scheduling a claimant for a Functional Capacity Evaluation, many states require that the claimant's AP be notified of such and actually write a prescription for the Evaluation to take place. FCE's are different than IME's as an FCE **requires** a claimant participates and demonstrates "functional capacity." Obtaining a script ensures the attending provider feels their patient is able to put forth the effort required to complete the evaluation and should not be harmed by participating.   A prescription should decrease the potential for liability for the therapist and for us in requesting this evaluation be done.

Please let me know how you'd like us to proceed in this case.

**Lincoln/Marcus 3864**

**Sarah Reny**

Manager STD

Lincoln Financial Group

P.O. Box 7206

London, KY 40742


800.210.0268 Office

16156 Ext.

603.334.9012 Fax



**LincolnFinancial.com**

**Follow us on:**


https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.yout ube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/co mpany/lincoln-financial-group



**From:** BBC Benefits [mailto:Benefits@bbcgrp.com]
**Sent:** Monday, May 13, 2019 8:40 PM
**To:** Reny, Sarah <Sarah.Reny@lfg.com>; Beckett, John <John.Beckett@lfg.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>; BBC Benefits <Benefits@bbcgrp.com>
**Subject:** Leslie Marcus 8947111
**Importance:** High


**Lincoln/Marcus 3865**

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Sarah, see attached doctor's note

Is there any update from Leslie's doctor regarding her return to work status as it relates to her job description?

Will we have an update on her STD claim soon?

Thank you,

**Jasmine Pope, PHR, SHRM-CP**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**From:** Leslie Marcus [mailto:
**Sent:** Friday, May 10, 2019 5:57 PM
**To:** Nix, Jonathan <JNix@bbcgrp.com>; Martinez, Raul <ramartinez@bbcgrp.com>; Pope, Jasmine <JPope@bbcgrp.com>
**Subject:** Return to work

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the

**Lincoln/Marcus 3866**

contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

**Lincoln/Marcus 3867**

Name: Marcus, Leslie
DCM: Beckett, John
Date: 5/29/19
Claim #: 6209923

Referral Question: [05/23/2019 - BECKETT, JOHN]EE IS A 47 YOF REGIONAL MANAGER RESPONSIBLE FOR TRAVELING AND FLYING, CLASSIFIED AS A LIGHT OCCUPATION. LDW 5/3, DOD 5/4. EE MENTIONED SHE HAS BEEN EXPERIENCING ELEVATED HEART RATE, SWEATING AND FATIGUE DUE TO TACHYCARDIAAND ATRIAL FIBRULATION. BASED ON THE MEDICAL INFORMATION ON FILE ARE RESTRICTIONS AND LIMITATIONS SUPPORTED? RECOMMEND AP TO AP CONTACT. EMPLOYER BELIEVES THE EE IS RETURNING TO WORK PRE-MATURELY (SET TO RTW ON 6/1) AND WANTS US TO MAKE SURE WE UNDERSTAND WHAT THE EMPLOYEE DOES FOR WORK TO ACCURATELY EVALUATE IF R&LS CAN BE SUPPORTED (REQUESTED JOB DESCRIPTION TODAY TO REVIEW)
12:20pm                          4/13/19-4/28/19                          48, light


Info obtained: Review of medicals from Dr. Hise and Dr. Cibulka (FM) as well as Dr. Srivathsam (Cardiovascular disease).  Medicals reviewed indicate that EE was treating for a herniated disc (HNP) in August 2018and received an epidural steroid and she believes this triggered the initiation of her a-fib (irregular heart rhythm).  IN December 2018 she underwent a cardiac ablation that did not resolve the rapid heart rhythm that generally occurs at night and in April she developed a PE (pulmonary blood clot) and is now on Eliquis but has not been taking it regularly.  She separated from the work place on 4/12/19 secondary to being hospitalized through 4/18/19.  Per S1 notes EE RTW on 4/29/19.  She separated from the work place again on 5/4/19 following ER visit at the Mayo clinic for multiple episodes of syncope secondary to persistent rapid heartbeat for past week.  She is seen in the ED by Dr. Srivathsam on 5/4/19 and following evaluation MD notes she is seen in ED for persistent rapid heart rate that began one week ago with heart rate between 140-200 bpm.  She is reporting associated symptoms of lightheadedness, chest tightness and difficulty breathing nausea and SOB (shortness of breath) with exertion.  She reports she has had 5-10 syncopal episodes today.  She flew back to Phoenix last night due to symptoms and developed a frontal headaches severe while driving to the ED today.  She is reporting she is taking CBD tincture as it is helping with tremors.  MD opines anxiety with chest pain and SOB (shortness of breath), SOB with associated chest pain, leg swelling and syncope.  MD is recommending a repeat A-fib ablation with an atypical flutter ablation with high density mapping.  He also recommends she increase Rhthmol (med for a-fib) and notes she will be inpatient for monitoring her tolerance to increased dosing.  She is admitted with fibrillation atrial (I48) and insomnia (G47).  5/23/19 Dr. Cibulka note notes EE was seen in my clinic due to medical reasons and she has been recommended to remain OOW for 3 months.  She continue to have cardiac abnormalities with severe fatigue and she has a cardiac ablation procedure pending.  She can RTW 8/23/19.  Based on medicals reviewed ongoing cardiac arrhythmias and new syncopal episodes secondary to arrhythmias it is reasonable to

**Lincoln/Marcus 3868**

support r&ls of less than sedentary capacity from 5/4/19 at least through f/u after completion of ablations.  NDC will upgrade to CM and place a call to EE to inquire about the date of the ablation and duration in the hospital on 5/5/19.  Discuss with CCM.

2:20pm
NDC placed a call to EE.  NDC s/w EE who confirmed that she was hospitalized on 5/5/19 for 48 hrs of observation for her medication increase.  NDC inquired about a possible schedule date for her pending cardiac ablation and per EE she is currently scheduled for the ablation on 7/12/19 but is on a cancelation list as MD would like to do this sooner than later due to the severity of her symptoms.  Per EE she is very fatigued and SOB with any exertion and it is only getting worse.  NDC thanked her for her assistance and wished her luck with her pending procedure and ongoing care and the call was ended.

she is being admitted

fibrillation atrial (I48) and insomnia (G47).

4/18/19 Dr. Hise (IM)
hospitalized 4/12/19-4/18/19 and can RTW on 4/29/19.
EE RTW on 4/29/19.

5/10/19 Dr. Cibulka (FM)
EE is to be OOW for medical reasons and will RTW on 6/1/19.

2/6/19 Dr. Cibulka
EE is being referred to nurology for evaluation.  MD believes she is totally overwhelmed and having vasovagal episodes chronically and this is fatiguing her.  she will begin Clonazepam for 14 days then stop and f/u in 2 weeks.

**Lincoln/Marcus 3869**

Cardiac EP evaluation pending (electrophysiology) for evaluation of her ablation.
stop Reglan, activity as tolerated if stress improves will consider at NOV>

chronic abnormalities, back pain herniated disc (HNP), facet joint pain due to MVA, recommended ablation of the nerve.
depression and anxiety with chronic fatigue and some GI irritation.
She developed A-fib following epidurals and an ablation was not effective in controlling or resolving them.

hyperlipidemia (E78), GAD (Generalized anxiety d/o F41), IBS (K58), osteoporosis (M81), asthma (J45), headaches (R51), weight gain (R63), chronic bilateral back pain (M54), a-fib (I48), functional gait abnormality (R26), adjustment d/o (F43), tachycardia (R00), epigastric pain (K21), fatigue (R53) and nausea (R11).

on exam she has an irregular heart rhythm, mood is anxious, she is agitated, exhibits a depressed mood.

MD notes anxiety with acute reaction to exceptional stress
paroxysmal A-fib, chronic fatigue, adjustment d/o with depressed mood and chronic bilateral back pain multiple sites and nausea

start Klonopin for anxiety

refer to neurology for eval, f/u 2 weeks.

2/20/19 Dr. Cibulka f/u
MD notes some improvement in symptoms.  She is beginning restorative yoga.  Now using CBD tincture and this is helping with anxiety and nausea as well as her sleep and she has been able to stop the PPI and Reglan.

she is to see neurology 3/8/19.
she is going to see EP as well and hopefully will be able to stop the medication for her arrhythmias.
continue Clonazepam
she is also scheduled to have a growing lesion on the right chest removed.  f/u 6 weeks if symptoms fail to improve.

5/5/19 Dr. Srivathsam (Cardiovascular disease)
hx of paroxysmal a-fib status post ablation in December 2018 and migraines.  Seen in ED for persistent rapid heart rate.
Started one week ago with heart rate between 140-200BPM
Lightheadedness, chest tightness and difficulty breathing nausea and SOB (shortness of breath) with exertion

**Lincoln/Marcus 3870**

She had 5-10 syncopal episodes today.  she flew back to Phoenix last night due to symptoms and developed a frontal headaches severe while driving to the ED today.  She is being seen at Mayo Clinic.

A-fib began in August 2018.  she received an epidural steroid block for a HNP and she believes this triggered the a-fib.  IN December 2018 she underwent a cardiac ablation that did not resolve the rapid heart rhythm that generally occurs at night.
PE in April and is now on Eliquis but has not been taking it regularly.

Taking CBD tincture as it is helping with tremors,

MD opines anxiety with chest pain and SOB
SOB with associated chest pain, leg swelling and syncope,
syncope lightheadedness.
MD is recommending a repeat A-fib ablation with an atypical flutter ablation with high density mapping.
Increase Rhthmol (med for a-fib) and inpatient for monitoring her tolerance to increased dosing.
she is being admitted

fibrillation atrial (I48) and insomnia (G47).

5/23/19 Dr. Cibulka
EE was seen in my clinic due to medical reasona and she has been recommended to remain OOW for 3 months.  She continue to have cardiac abnormalities with severe fatigue and she has a cardiac ablation procedure pending.
She can RTW 8/23/19.

**Lincoln/Marcus 3871**



**HONORHEALTH MEDICAL GROUP ARCADIA**
3311 N 44th Street
Phoenix AZ 85018-6461
Phone: 480-882-7360
Fax: 480-882-5866

May 10, 2019

Patient:     **Leslie S Marcus**
Date of Birth:

To Whom it May Concern:

Please excuse leslie marcus from work due to medical reasons . She may return to work on 06/01/2019.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Frank Cibulka,MD

**Lincoln/Marcus 3872**



## Fax Transmission

**Date:** 5/16/19

**To:** LINCOLN FINANCIAL GROUP

**Phone Number:** 866-213-2937
**Fax Number:** 603-334-0401

**Subject:** Request for Medical Records
**Comments:** You are receiving this in response to a request for medical record information.

---

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

**Lincoln/Marcus 3873**

 HonorHealth Medical Group    Marcus, Leslie S
Arcadia                       MRN: 3220726, DOB:            Sex: F
3311 N 44th Street #101       Visit date: 2/6/2019
PHOENIX AZ 85018-6461

**Patient Instructions by Frank E Cibulka, MD at 02/06/19 1100**

| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 02/06/19 1736 | Encounter Date: 2/6/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

Reviewed her Medical history including her hospital Visits

We will refer to a neurologist For evaluation
I thin she is totally overwhelmed and is having Vasovagal Episodes chronically and This is fatiguing Her
I will start her With clonazepam 1 mg At night For 14 Days then stop and we will see her in 2 weeks.

She is Still pending Cardiac/EP evaluation after her ablation
reviewed the Meds
Will stop Reglan as this may have Neuro Effects
encourage activity as tolerated
if her stress improves We will add med at next visit

I really feel bad In the situation she Has ended up By no fault of her own
I hope we can Move Towards resolution.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
45+ min

Electronically signed by Frank E Cibulka, MD at 02/06/19 1736

**Lincoln/Marcus 3874**

| **HONOR**HEALTH™ | HonorHealth Medical Group Arcadia 3311 N 44th Street #101 PHOENIX AZ 85018-6461 | Marcus, Leslie S MRN: 3220726, DOB:            Sex: F Visit date: 2/6/2019 |
|---|---|---|

## Progress Notes by Frank E Cibulka, MD at 02/06/19 1100

| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 02/06/19 1745 | Encounter Date: 2/6/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

Allergies as of 02/06/2019 - Review Complete 02/06/2019

| Allergen | Reaction | Noted |
|---|---|---|
| • Corticosteroids | | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

No outpatient medications have been marked as taking for the 2/6/19 encounter (Office Visit) with Frank E Cibulka, MD.

### Subjective:

**Patient ID:** Leslie S Marcus is a 47 y.o. female.

Chief Complaint
Patient presents with
• Follow-up
    *Patient is here today to follow up from seeing spine specialist and needs lab orders.*

Pt is here with her Son.
she is looking well but With chronic Abnormalities including her Back pain and abnormalities Including herniated disc , facet Joint pain due to MVA
they have recommended Ablation of nerve
She is also depressed and Anxious With chronic Fatigue
she has had some GI irritation
and Her Atrial fibrillation after epidurals with An ablation with no effect at this time

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |
| • Chronic bilateral back pain | CHRONIC BACK PAIN |
| • Elevated platelet count | PLATELET COUNT ABOVE REFERENCE RANGE |
| • Paroxysmal atrial fibrillation | PAROXYSMAL ATRIAL FIBRILLATION |
| • Cough | COUGH |
| • Functional gait abnormality | FUNCTIONAL GAIT ABNORMALITY |
| • Adjustment disorder with depressed mood | ADJUSTMENT DISORDER WITH DEPRESSED MOOD |

**Lincoln/Marcus 3875**

| HONORHEALTH™ | HonorHealth Medical Group<br>Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:     Sex: F<br>Visit date: 2/6/2019 |
|---|---|---|

**Progress Notes by Frank E Cibulka, MD at 02/06/19 1100 (continued)**

- Atrial tachycardia                           ATRIAL TACHYCARDIA
- SVT (supraventricular tachycardia)           SUPRAVENTRICULAR TACHYCARDIA
- Chronic midline low back pain with left-sided   CHRONIC LOW BACK PAIN
  sciatica
- Epigastric pain                              EPIGASTRIC PAIN
- Chronic fatigue                              FATIGUE
- Anxiety as acute reaction to exceptional stress   ANXIETY
- Nausea                                       NAUSEA

Review of Systems
Constitutional: Positive for activity change, fatigue and unexpected weight change (weight is stable  has gained  20-30 pounds).
Respiratory: Negative.
Cardiovascular:
    **Atrial fibrillation**
Musculoskeletal: Positive for arthralgias, back pain and gait problem.
Skin: Negative.
Psychiatric/Behavioral: Positive for agitation, dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**

BP 128/82  | Pulse 86  | Temp 96.8 °F (36 °C) (Temporal)  | Resp 16  | Ht 5' 5" (1.651 m)  | Wt 149 lb (67.6 kg)  | SpO2 98%  | BMI 24.79 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and normal heart sounds. An irregular rhythm present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft.
Musculoskeletal:
**Chronic  Back pains**
Psychiatric: Her speech is normal. Judgment normal. Her mood appears anxious. She is agitated. She exhibits a depressed mood.

**Assessment & Plan**

Leslie was seen today for follow-up.

Lincoln/Marcus 3876

Fax Server                    5/16/2019 2:25:15 PM   PAGE   5/014    Fax Server

 **HONORHEALTH**™ | HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB:            Sex: F
3311 N 44th Street #101 | Visit date: 2/6/2019
PHOENIX AZ 85018-6461

**Progress Notes by Frank E Cibulka, MD at 02/06/19 1100 (continued)**

Diagnoses and all orders for this visit:

### Anxiety as acute reaction to exceptional stress

### Paroxysmal atrial fibrillation

### Chronic fatigue

### Adjustment disorder with depressed mood

### Chronic bilateral back pain, unspecified back location
Comments:
multiple sites

### Nausea

### Other orders
-    clonazePAM (KLONOPIN) 1 mg tablet; Take 1 tablet (1 mg total) by mouth at bedtime as needed for Anxiety.

**Patient Instructions**
Reviewed her  Medical history including her hospital  Visits

We will refer to a neurologist  For evaluation
I thin she is totally overwhelmed and is having  Vasovagal  Episodes  chronically and  This is fatiguing  Her
I will start her  With  clonazepam  1 mg  At night  For  14  Days then stop and  we will see her in 2 weeks.

She is  Still pending  Cardiac/EP  evaluation after her  ablation
reviewed the  Meds
Will stop Reglan as this may have  Neuro  Effects
 encourage activity as tolerated
 if her  stress improves  We will add med at next visit

I really feel bad  In the situation she  Has ended up  By no fault of her own
 I hope we can  Move  Towards resolution.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
45+ min

Return in about 2 weeks (around 2/20/2019), or if symptoms worsen or fail to improve.

---

Generated by 5608 at 5/16/19  2:24 PM                                    Page  5

**Lincoln/Marcus 3877**

**HONOR**HEALTH™ | HonorHealth Medical Group Arcadia 3311 N 44th Street #101 PHOENIX AZ 85018-6461 | Marcus, Leslie S MRN: 3220726, DOB: Visit date: 2/6/2019 | Sex: F

**Progress Notes by Frank E Cibulka, MD at 02/06/19 1100 (continued)**

Electronically signed by Frank E Cibulka, MD at 02/06/19 1745

**Lincoln/Marcus 3878**

**HONOR**HEALTH™ | HonorHealth Medical Group Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Visit date: 2/6/2019 | Sex: F

---

**Telephone Encounter by Frank E Cibulka, MD at 02/11/19 1554**

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 02/11/19 1555 | Encounter Date: 2/11/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

Okay to PA  Or  assk what is coveered

Electronically signed by Frank E Cibulka, MD at 02/11/19 1555

---

**Lincoln/Marcus 3879**

 **HONOR**HEALTH™

HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB:              Sex: F
3311 N 44th Street #101 | Visit date: 2/11/2019
PHOENIX AZ 85018-6461

**Patient Instructions by Frank E Cibulka, MD at 02/20/19 1115**

Author: Frank E Cibulka, MD          Service: —                    Author Type: Physician
Filed: 02/20/19 1211                Encounter Date: 2/20/2019       Status: Addendum
Editor: Frank E Cibulka, MD (Physician)
Related Notes: Original Note by Frank E Cibulka, MD (Physician) filed at 02/20/19 1210

After a long discussion and review of meds  Consults  And therapies, we  have seen some mild improvement
 she starting   restorative yoga  And  Is very difficult
 I have recommended  aerobic activity  30 min  3 x a week she will need to  Work up to this
 sh has been using  tincture of CBD  With help of her anxiety and  Nausea
 she has been able to sleep  And  Stop  PPI and Reglan
 her  Back pian is  In waiting  As the recommendations  Are ablation of nerves  As her   Structure  Is mildly abnormal she is gong to see the  Neurologist  3/8/19.
She is also going to see the  EP  and hopefully  Get off the flecainide
This may make her feel better
  We will have her  continue on the  Clonazepam  1.5 mg  At night  As this helps  Sleep

I have  Discussed with her the form  And  Signed  A form for a med  Mar  Card.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
45+ min

schedule to have the  Growing lesion on the right  Chest removed.

Electronically signed by Frank E Cibulka, MD at 02/20/19 1210
Electronically signed by Frank E Cibulka, MD at 02/20/19 1211

**Lincoln/Marcus 3880**

| | HonorHealth Medical Group | Marcus, Leslie S |
|---|---|---|
| **HONOR**HEALTH™ | Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461 | MRN: 3220726, DOB:        Sex: F<br>Visit date: 2/20/2019 |

## Progress Notes by Frank E Cibulka, MD at 02/20/19 1115

| | | |
|---|---|---|
| Author: Frank E Cibulka, MD | Service: — | Author Type: Physician |
| Filed: 02/20/19 1219 | Encounter Date: 2/20/2019 | Status: Signed |
| Editor: Frank E Cibulka, MD (Physician) | | |

Allergies as of 02/20/2019 - Review Complete 02/20/2019

| Allergen | Reaction | Noted |
|---|---|---|
| • Corticosteroids | | 10/25/2018 |
| • Zofran [ondansetron] | Other (See Comments) | 01/22/2019 |

Outpatient Medications Marked as Taking for the 2/20/19 encounter (Office Visit) with Frank E Cibulka, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • COMPOUNDED MEDICATION (ENTER MEDICATION NAME IN ADMIN INSTRUCTIONS) | Med Name: cbd oils | | |

### Subjective:

**Patient ID:** Leslie S Marcus is a 47 y.o. female.

Chief Complaint
Patient presents with
  • Follow-up

Pt is here for a follow up
the clonazepam helped her sleep with 1.5 mg
we will  have her continue
se  Des continue to have anxiety
She has used  A tincture  Of  CBD oil  Sh has  Gotten from  a friend  And this has  Resolved her  Nausea  And helped her daily anxiety
Her  back pain is persistent  And  She may get  An ablation
sh has started  To  Increase her  Activity mainly Yoga
she does feel bad  With activity  likely  Not  getting a response  for her heart
hopefully when she see the EP  They can come to a plan that may  Have her off the  Meds
She is still pending the neurology consult

Patient Active Problem List
| Diagnosis | SNOMED CT(R) |
|---|---|
| • Other and unspecified hyperlipidemia | HYPERLIPIDEMIA |
| • Generalized anxiety disorder | GENERALIZED ANXIETY DISORDER |
| • Unspecified asthma(493.90) | |
| • Irritable bowel syndrome | IRRITABLE BOWEL SYNDROME |
| • Other osteoporosis | OSTEOPOROSIS |
| • Headache(784.0) | |
| • Weight gain | WEIGHT GAIN |

---

Generated by 5608 at 5/16/19  2:24 PM                                      Page 9

**Lincoln/Marcus 3881**

**HONORHEALTH**™ | HonorHealth Medical Group Arcadia 3311 N 44th Street #101 PHOENIX AZ 85018-6461 | Marcus, Leslie S MRN: 3220726, DOB:  Sex: F Visit date: 2/20/2019

**Progress Notes by Frank E Cibulka, MD at 02/20/19 1115 (continued)**

- Chronic bilateral back pain — CHRONIC BACK PAIN
- Elevated platelet count — PLATELET COUNT ABOVE REFERENCE RANGE
- Paroxysmal atrial fibrillation — PAROXYSMAL ATRIAL FIBRILLATION
- Cough — COUGH
- Functional gait abnormality — FUNCTIONAL GAIT ABNORMALITY
- Adjustment disorder with depressed mood — ADJUSTMENT DISORDER WITH DEPRESSED MOOD
- Atrial tachycardia — ATRIAL TACHYCARDIA
- SVT (supraventricular tachycardia) — SUPRAVENTRICULAR TACHYCARDIA
- Chronic midline low back pain with left-sided sciatica — CHRONIC LOW BACK PAIN
- Epigastric pain — EPIGASTRIC PAIN
- Chronic fatigue — FATIGUE
- Anxiety as acute reaction to exceptional stress — ANXIETY
- Nausea — NAUSEA
- Insomnia due to medical condition — INSOMNIA CO-OCCURRENT AND DUE TO MEDICAL CONDITION
- Chronic allergic rhinitis — ALLERGIC RHINITIS

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for unexpected weight change **(she did lose 3 pounds)**.
HENT: Positive for congestion (chronic ).
Cardiovascular:
   **Paroxysmal atrial fibrillation**
Gastrointestinal: Positive for nausea (improved).
Musculoskeletal: Positive for arthralgias, back pain and neck pain.
Skin: Negative.
Allergic/Immunologic: Positive for environmental allergies.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.

**Objective:**

BP 118/78 | Pulse 82 | Temp 97 °F (36.1 °C) (Temporal) | Resp 16 | Wt 146 lb (66.2 kg) | SpO2 98% | BMI 24.30 kg/m²
Physical Exam
Constitutional: She appears well-developed and well-nourished. She appears lethargic.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Mucosal edema (chronic) present.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.

Generated by 5608 at 5/16/19  2:24 PM                    Page 10

**Lincoln/Marcus 3882**

 HonorHealth Medical Group   Marcus, Leslie S
Arcadia                     MRN: 3220726, DOB:              Sex: F
3311 N 44th Street #101     Visit date: 2/20/2019
PHOENIX AZ 85018-6461

**Progress Notes by Frank E Cibulka, MD at 02/20/19 1115 (continued)**

Abdominal: Soft.
Neurological: She appears lethargic.

## Assessment & Plan

Leslie was seen today for follow-up.

Diagnoses and all orders for this visit:

**Paroxysmal atrial fibrillation**

**Anxiety as acute reaction to exceptional stress**

**Insomnia due to medical condition**

**Adjustment disorder with depressed mood**

**Chronic bilateral back pain, unspecified back location**
  Comments:
      due to accident

**Chronic fatigue**

**Chronic allergic rhinitis**
  -    Ambulatory referral to Allergy

**Other orders**
  -    clonazePAM (KLONOPIN) 1 mg tablet; Take 1 tablet (1 mg total) by mouth 2 (two) times daily as
       needed for Anxiety.

.
**Patient Instructions**
After a long discussion and review of meds  Consults  And therapies, we  have seen some mild improvement
 she starting   restorative yoga  And  Is very difficult
I have recommended  aerobic activity  30 min  3 x a week she will need to  Work up to this
sh has been using  tincture of CBD  With help of her anxiety and  Nausea
 she has been able to sleep  And  Stop  PPI and Reglan
 her  Back pian is  In waiting  As the recommendations  Are ablation of nerves  As her   Structure  Is mildly
abnormal she is gong to see the  Neurologist 3/8/19.
She is also going to see the  EP  and hopefully  Get off the flecainide
This may make her feel better
 We will have her  continue on the  Clonazepam  1.5 mg  At night  As this helps  Sleep

I have  Discussed with her the form  And  Signed  A form for a med  Mar  Card.

Greater than 70% of the visit was spent in discussion , counseling.
Agreed with the plan
45+ min

**Lincoln/Marcus 3883**

**HONOR**HEALTH™ | HonorHealth Medical Group | Marcus, Leslie S
Arcadia | MRN: 3220726, DOB: | Sex: F
3311 N 44th Street #101 | Visit date: 2/20/2019
PHOENIX AZ 85018-6461

**Progress Notes by Frank E Cibulka, MD at 02/20/19 1115 (continued)**

schedule to have the  Growing lesion on the right  Chest removed.

Return in about 6 weeks (around 4/3/2019), or if symptoms worsen or fail to improve, for she will return to have skin lesion removed.

Electronically signed by Frank E Cibulka, MD at 02/20/19 1219

Generated by 5608 at 5/16/19  2:24 PM                                        Page 12

**Lincoln/Marcus 3884**

**HONOR**HEALTH™ | HonorHealth Medical Group Arcadia<br>3311 N 44th Street #101<br>PHOENIX AZ 85018-6461 | Marcus, Leslie S<br>MRN: 3220726, DOB:<br>Visit date: 2/20/2019 | Sex: F

---

**Telephone Encounter by Frank E Cibulka, MD at 05/16/19 1316**

| | | |
|---|---|---|
| Author:  Frank E Cibulka, MD | Service:  — | Author Type:  Physician |
| Filed:  05/16/19 1318 | Encounter Date:  5/13/2019 | Status:  Signed |
| Editor:  Frank E Cibulka, MD (Physician) | | |

We will contact them  Next  Week
 I have a  Visit with Leslie on Monday, 5/20/19

Electronically signed by Frank E Cibulka, MD at 05/16/19 1318

---

**Lincoln/Marcus 3885**

**HONOR**HEALTH™ | HonorHealth Medical Group | Marcus, Leslie S | 
| Arcadia | MRN: 3220726, DOB: | Sex: F
| 3311 N 44th Street #101 | Visit date: 5/13/2019 |
| PHOENIX AZ 85018-6461 | |

## END OF REPORT

**Lincoln/Marcus 3886**

May 20 2019 12:34:20 EDT Liberty Mutual Insur        MSG# 1531643446-006-1      Page 001 OF 003



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: May 20, 2019 | |
| To: DR KOMANDOOR SRIVATHSAN | |
| Attn: | |
| Fax: (480) 342-1606 | |
| From: John Beckett<br>Disability Case Manager<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 8947111<br>Claimant: Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3887**

May 20 2019 12:34:34 EDT Liberty Mutual Insur      MSG# 1531643446-006-1    Page 002 Of 003

 Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

May 20, 2019

Dr. Komandoor Srivathsan

RE:   Short Term Disability (STD) Benefits
      Balfour Beatty Investments
      Claim #: 8947111
      Claimant: Leslie Marcus
      Claimant D.O.B.:

Dear Dr. Komandoor Srivathsan:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work,
when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from
  August 1, 2018 through the present time

We ask that you provide this information by May 27, 2019. Failure to provide the requested
information may result in an adverse benefit or claim determination. The information can be faxed
to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and
amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other
entities covered by GINA Title II from requesting or requiring genetic information of an individual
or family member of the individual, except as specifically allowed by this law. To comply with this
law, we are asking that you not provide any genetic information when responding to this request for
medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the
results of an individual's or family member's genetic tests, the fact that an individual or an
individual's family member sought or received genetic services, and genetic information of a fetus
carried by an individual or an individual's family member or an embryo lawfully held by an
individual or family member receiving assistive reproductive services.

1 of 2

**Lincoln/Marcus 3888**

**May 20 2019 12:34:49 EDT Liberty Mutual Insur          MSG# 1531643446-006-1     Page 003 Of 003**

If you have any questions regarding this matter, please contact me.

Sincerely,

John Beckett
Disability Case Manager
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0401

2 of 2

**Lincoln/Marcus 3889**

MAY-20-2019 09:44 From:                                        To:916033340401          Page:4/9

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

# Marcus, Leslie S                                    MRN: 12-300-675

**Consults** Date of Service: 5/5/2019 10:48 AM

 **Srivathsan, Komandoor, M.D.**
CVD (Cardiovascular Diseases)

Consult Orders:
1. Cardiology consult (hospital) - EP/Arrhythmia [2222486858186] ordered by Novais, Barbara S, APRN, ANP-BC, M.S.N. at 05/05/19 0857

**CHIEF COMPLAINT / REASON FOR VISIT**
Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

Patient has been having consistent rapid heartbeat that began approximately 1 week ago. States her heart rate has been approx. 140 and up to 200 today. Associated with lightheadedness, chest tightness, and difficulty breathing, nausea. States she gets short of breath with minimal exertion. She contacted her cardiologist who informed her this is normal and she needs to go the ED if heart rate is >200 for >2 hrs. She also experienced several time "passing out" today 5-10 times. Responded to verbal stimuli by her significant other. Almost lasts for couple seconds. Has been out of town when symptoms started ,she flew back to Phoenix yesterday night. Also experiencing severe frontal headache started while she was driving to the ER. She is coming to Mayo instead of Honor Health as she did not like it over there.

Atrial fibrillation started in August 2018. States she had herniated disk for which she received steroids, epidural, never block. Patient believes that with triggers her Afib. She has been following at HonorHealth. She subsequently underwent ablation in December 18. Patient states her palpitations has not been resolved and she frequently experiences rapid heartbeat which usually happens during the night at around daily basis and subsides spontaneously. Has been taking flecainide which was switched to propafenone because "it did not help". She also reports history of PE in April for which resumed eliquis. States she is supposed to be on Eliquis prior to the episode of PE but has not been taking it regularly until the PE episode.

Social hx : takes CBD "helps with tremor"
Family hx : Noncontributory
Surgical history: Hysterectomy 12 years ago
Medications: refer to MAR
Allergies: No known drug allergy

**HISTORY OF PRESENT ILLNESS**
**Anxiety**
Symptoms include chest pain and shortness of breath.
**Shortness of Breath**
Associated symptoms include chest pain, leg swelling and syncope. Pertinent negatives include no abdominal pain or fever.
**Syncope**

Printed by [172321] at 5/20/19 9:47 AM                              Page 1 of 4

**Lincoln/Marcus 3890**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

Associated symptoms include chest pain and light-headedness. Pertinent negatives include no abdominal pain, fever or slurred speech.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, family history, medical history, social history, surgical history and problem list.

## REVIEW OF SYSTEMS

Constitutional: Positive for fatigue. Negative for fever and loss of appetite.
Skin: Negative for change in mole or skin spot.
Eyes: Positive for visual problems.
ENT: Negative for difficulty hearing and persistent hoarse voice.
Respiratory: Positive for dyspnea.
Cardiovascular: Positive for chest pain, pressure or tightness, swelling in the legs or feet, syncope and rapid or fluttering heart beat.
Gastrointestinal: Positive for diarrhea. Negative for abdominal (belly) pain or cramping.
Genitourinary: Negative for difficulty urinating and pain with urination.
Hematologic: Negative for abnormal lumps or bumps and bruises or bleeds easily.
Musculoskeletal: Positive for muscle pain/stiffness.
Neurological: Positive for loss of consciousness and light-headedness. Negative for seizures and slurred speech.

## OBJECTIVE ⩗

**Recent Results (from the past 24 hour(s))**
**CBC with Differential, Blood**
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Hemoglobin | 12.2 |
| Hematocrit | 36.4 |
| Erythrocytes | 4.43 |
| MCV | 82.2 |
| RBC Distrib Width | 13.2 |
| Platelet Count | 472 (H) |
| Leukocytes | 10.3 (H) |
| Neutrophils | 3.93 |
| Lymphocytes | 4.76 (H) |
| Monocytes | 0.87 (H) |
| Eosinophils | 0.54 (H) |
| Basophils | 0.17 (H) |

**Basic Metabolic Panel**
   Collection Time: 05/04/19  4:48 PM

| Result | Value |
| --- | --- |
| Potassium, S | 4.2 |
| Sodium, S | 140 |
| Chloride, S | 106 |
| Bicarbonate, S | 22 |
| Anion Gap | 12 |

**Lincoln/Marcus 3891**

MAY-20-2019 09:44 From:                                    To:916033340401          Page:6/9

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

| | |
|---|---|
| Bld Urea Nitrog (BUN), S | 18.7 |
| Creatinine, S | 1.06 (H) |
| eGFR-Non Black | 63 |
| eGFR-Black | 72 |
| Calcium, Total, S | 10.2 (H) |
| Glucose, S | 98 |

**Troponin T, 5th Generation**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Troponin T, 5th gen | <6 |

**Prothrombin Time (PT/INR)**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Prothrombin Time, P | 14.2 (H) |
| INR | 1.3 |

**Nucleated RBC**
Collection Time: 05/04/19  4:48 PM

| Result | Value |
|---|---|
| Nucleated RBC | 0.0 |

## PHYSICAL EXAM

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal heart sounds. She exhibits no edema. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: No respiratory distress. She has no wheezes. She exhibits no tenderness.
Abdominal: Soft. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.

## ASSESSMENT / PLAN ⌄

Leslie S Marcus is a 47-year-old female with past medical history of paroxysmal atrial fibrillation status post ablation December 2018 and migraine. Patient presented to the ED due to persistent rapid heart beat.

1. Atypical atrial flutter post AF ablation

2. Recent unexplained DVT/PE

3. Syncope from rapid heart rates

.

Printed by [172321] at 5/20/19 9:47 AM                                    Page 3 of 4

**Lincoln/Marcus 3892**

Patient Name:Marcus, Leslie S (MR # 12-300-675) DOB:

4. Thermal regulatory issues likely related to estrogen deficiency

Plan:

Repeat AF ablation and atypical flutter ablation with high density mapping

In the meantime increase Rythmol to 425 b.i.d. with observation in-house to make sure she can tolerate this does

We discussed the side effects of Rythmol including dysgeusia, minor tremor and twice light vision disturbance

We discussed about the length of ablation, the efficacy of the procedure and potential complications that includes but not limited to stroke, heart attack, cardiac perforation and rare possibility of atrial esophageal fistula in addition to bleeding complications from access sites.

Patient acknowledged the risks and wishes to undergo the procedure.

Electronically signed by Srivathsan, Komandoor, M.D. at 5/5/2019 10:52 AM

ED to Hosp-Admission (Discharged)      Note shared with patient
on 5/4/2019

Contact Number: (79)1-5924

## Visit Diagnoses

Fibrillation Atrial (HCC) I48.91
Insomnia G47.00

**Lincoln/Marcus 3893**

MARCUS, LESLIE                    ID:12300675              06-MAY-2019 06:56:32                    MAYO CLINIC-AZ4W   ROUTINE RECORD

|  | (47 yr) | Vent. rate | 80 | BPM | Sinus rhythm with Premature supraventricular complexes |
| Female | | PR interval | 156 | ms | Otherwise normal ECG |
| | | QRS duration | 92 | ms | When compared with ECG of 05-MAY-2019 06:14, |
| Room:404 | | QT/QTc | 382/440 | ms | Nonspecific T wave abnormality no longer evident in Inferior leads |
| Loc:4005 | | P-R-T axes | 78  68  59 | | |

Technician ID: 11003
Test ind:Baseline/Screening

Referred by:  BARBARA NOVAIS                    Confirmed By:  DAVID SIMPER MD

25mm/s    10mm/mV    150Hz    8.0 SP2    12SL 241    CID: 24              EID:12008 EDT: 13:59 06-MAY-2019 ORDER: 486858200 ACCOUNT: 2000280934489

Page 1 of 1

**Lincoln/Marcus 3894**

MAY-20-2019 09:45 From:

To:9160333440401

Page:8/9

MARCUS, LESLIE S (MRN 12-300-675)

| | ...5 | | 4 | | 3 | | 2 | | 1 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/5/2019 0424 | | 5/5/2019 0614 | | 5/5/2019 1215 | | 5/6/2019 0410 | | 5/6/2019 0656 | |
| **CBC** | | | | | | | | | | |
| Hemoglobin | 11.4 | ▼ | | | | | | | | |
| HEMATOCRIT | 34.9 | ▼ | | | | | | | | |
| Erythrocytes | 4.14 | | | | | | | | | |
| MCV | 84.3 | | | | | | | | | |
| RBC Distrib Width | 13.5 | | | | | | | | | |
| Platelet Count | 388 | ▲ | | | | | | | | |
| White Blood Cell C... | 7.0 | | | | | | | | | |
| **DIFFERENTIAL** | | | | | | | | | | |
| Neutrophils | 2.40 | | | | | | | | | |
| Lymphocytes | 3.15 | ▲ | | | | | | | | |
| Monocytes | 0.73 | | | | | | | | | |
| Eosinophils | 0.55 | ▲ | | | | | | | | |
| Basophils | 0.12 | ▲ | | | | | | | | |
| Nucleated RBC | 0.0 | | | | | | | | | |
| **GEN CHEMISTRY** | | | | | | | | | | |
| Sodium, S | 141 | | | | | | 141 | | | |
| Potassium, S | 4.1 | | | | | | 4.5 | | | |
| Chloride, S | 108 | ▲ | | | | | 105 | | | |
| Bicarbonate, S | 24 | | | | | | 23 | | | |
| Anion Gap | 9 | | | | | | 13 | | | |
| Bld Urea Nitrog(BU... | 13.5 | | | | | | 16.1 | | | |
| Creatinine, S | 1.05 | ▲ | | | | | 1.13 | ▲ | | |
| eGFR-Non Black | 63 * | | | | | | 58 * | ▼ | | |
| eGFR-Black | 73 * | | | | | | 67 * | | | |
| Calcium, Total, S | 9.2 | | | | | | 9.4 | | | |
| Glucose, S | 86 | | | | | | 93 | | | |
| Magnesium, S | 2.0 | | | | | | | | | |
| **ECG** | | | | | | | | | | |
| ECG | | | ✳🗋 | | | | | | ✳🗋 | |
| Ventricular Rate E... | | | 82 * | | | | | | 80 * | |
| PR Interval | | | 112 * | | | | | | 156 * | |
| QRSD Interval | | | 84 * | | | | | | 92 * | |
| QT Interval | | | 374 * | | | | | | 382 * | |
| QTC Interval | | | 436 * | | | | | | 440 * | |
| P Axis | | | 60 * | | | | | | 78 * | |
| R Axis | | | 54 * | | | | | | 68 * | |
| T Wave Axis | | | 18 * | | | | | | 59 * | |
| **OTHERS** | | | | | | | | | | |
| ECHO TRANSTHORACIC... | | | | | ✳🗋 | | | | | |
| LV Interventricula... | | | | | 7 * | | | | | |
| Left Ventricle Pos... | | | | | 6 * | | | | | |
| Mid-Ascending Aorta | | | | | 33 * | | | | | |
| Relative Wall Thic... | | | | | 27 * | | | | | |

**Lincoln/Marcus 3895**

**Balfour Beatty**
Communities

**Job Description**

**Title:** Regional Property Manager

**FLSA Classification:** Salary, Exempt

**Supervisor:** Community VP

**Job Purpose:** The Regional Property Manager is responsible for overseeing all phases of community operations for multiple communities within an assigned portfolio. The Regional Property Manager ensures the fiscal and operational success of each of their properties and maintains a high caliber of on-site services and staff.  This role would support our Military Housing portfolio.

**Typical Physical Demands:** Regularly use hands to manipulate tools, controls, phones and computer keyboard. Frequently stand, reach with hands and arms, climb, balance, and stoop. Sit and stand to do clerical work. Regularly lift and move office supplies up to 20 lbs.

**Typical Work Conditions:** Work is performed in an office environment as well as at multiple residential sites. Employee frequently interacts directly with community management and other staff members during the workday. Employee regularly must travel between communities within assigned region.

**Essential Job Functions:**

• Provides management oversight for all functions including daily operations, maintenance, financial reporting, training and development of employees, and resident relations for an assigned team comprised of multiple community managers within a portfolio.
• Ensures appropriate and adequate staffing at each community and supervises the acquisition, development and management of team members by successfully interviewing, hiring, and training. Leads and develops this team of highly motivated, skilled and productive professionals to drive company operational goals.
• Consistently reviews, evaluates and interprets market conditions and recommends adjusted rental and renewal pricing strategies as needed to drive occupancy and revenue growth.
• Ensures that web sites and collateral materials are accurate and updated.
• Monitors the consistent execution of all operational procedures and policies and recommends changes to improve overall functionality of business. Communicates changes in procedures and policies to portfolio and ensures adherence.
• Develops the annual budget for assigned properties; oversees the attainment of budgeted goals by analyzing and monitoring financial and operational results.
• Works with the Vice President and client/owner to address and resolve gaps in the financial performance of the portfolio.
• Ensures that all property operations in portfolio are in adherence and compliance with governing business documents (including but not limited to closing documents, Property Manager Agreements, or governing programs).

Balfour Beatty **Values**                    Integrity | Teamwork | Excellence | Respect

**Lincoln/Marcus 3896**

**Balfour Beatty**
Communities

• Promotes client/owner satisfaction and retention through timely reporting and ongoing communication about the performance of properties; responds quickly and with urgency to address concerns, questions, and requests.
• Develops and maintains relationships with institution and/or government employees that are involved with or responsible for the assigned properties to include attending meetings, site inspections and professional venues.
• Cultivates and retains relationships with owners, partners and executives for assigned portfolio.
• Oversees regular physical property inspections throughout assigned portfolio to ensure proper maintenance and upkeep of all assets. Performs semi-annual inspections and completes written report along with action plan and follow up.

**Job Requirements/Qualifications:**

• Bachelor's degree required plus seven (7) years of supervisory experience in property management with the applicable experience for the demographics/requirements of the assigned properties comprising the portfolio with over 4000 units or an equivalent combination of education and related experience.
• Must possess or be willing to obtain either the Accredited Residential Manager (Institute of Real Estate Management) or Certified Apartment Manager (Building Owners and Management Association) designation within one (1) year of hire.
• Proficient in Microsoft Office to include Word, Excel, Power Point and Outlook; property management software (preferably Yardi and/or OneSite), and database management programs.
• Broad knowledge of multi-family operations and industry-related concepts.
• Ability to travel up to 60% throughout company footprint.
• Possession of a valid state issued Driver's License and safe driving record is required.
*Personal Characteristics*
• Excellent presentation and inter personal skills
• Strong written and verbal communication skills.
• Ability to multi-task and manage several projects and excel under tight deadlines
• Ability to work effectively and display the Company Values

**Leadership and Organizational Responsibilities:**

Requires ongoing coordination, communication and/or team problem solving within functional areas of work production or service quality as well as direct supervision over a regional management team.

**Employer's Rights:**

This job description does not list all the duties of the job. Incumbents may be asked by their supervisor or managers to perform other duties. Incumbents will be evaluated in part based upon their performance of the tasks listed in this job description.

Balfour Beatty **Values**                    Integrity I **Teamwork** I **Excellence** I Respect

**Lincoln/Marcus 3897**

**Balfour Beatty**
Communities

The Company has the right to revise this job description at any time.  The job description is not a contract for employment and either you or the Company may terminate employment at any time, with or without cause, with or without notice (subject to applicable laws).

**About Us:**

With experience spanning conventional apartment communities, affordable housing, distressed properties, and new construction lease-ups, Balfour Beatty Communities is a trusted partner in the area of multifamily property management.

We manage a diverse residential multifamily portfolio and maintain an extensive network of contractors and vendors to support these operations. Our team is among the best in the business, with many years of experience managing all aspects of multifamily operations, from marketing and leasing to collections, human resources, and facilities maintenance.

As experts in multifamily real estate, our customized solutions extend well beyond traditional property management to include asset management, due diligence, utilities management, risk management, environmental programs and much more.

Balfour Beatty **Values**

**Integrity I Teamwork I Excellence I Respect**

**Lincoln/Marcus 3898**

# FAX – CONFIDENTIAL



**To:** **liberty mutual**
Company:
Fax: 6033340401
Phone:

**From:** **HonorHealth Medical Group Arcadia**
Fax: 480-882-5866
Phone: 482-882-7360
E-mail:

---

**NOTES:**   leslie marcus

**If you received this fax in error, please call HonorHealth's Compliance Line service at 844-732-6241 or visit www.honorhealth.ethicspoint.com to report this matter.  Please make sure you upload the misdirected fax with your report.**

This facsimile message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed above.

---

**Date and time of transmission: 5/23/2019 2:07:42 PM**
**Number of pages including this cover sheet: 2**

**Lincoln/Marcus 3899**



## HONORHEALTH MEDICAL GROUP ARCADIA
### 3311 N 44th Street
### Phoenix AZ 85018-6461
### Phone: 480-882-7360
### Fax: 480-882-5866

May 23, 2019

Patient:     **Leslie S Marcus**
Date of Birth:

To Whom it May Concern:

Leslie Marcus was seen in my clinic due to medical reasons.I have recommended she be off work for the next 3 months. She continues to have cardiac abnormalities with severe fatigue.She also has a cardiac ablation procedure pending. She may return to work on 08/23/2019.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Frank Cibulka,MD

**Lincoln/Marcus 3900**

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Wed, 1 May 2019 17:24:35 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #6209923, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 4/13/2019. The claim has been approved through 4/28/2019. As of 4/29/2019 this claim is closed. The case manager for this claim is Melissa Raitt. The claim number is 6209923.

If you have further questions, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Marcus 3901**

30.04.2019 23:17:03    Retarus Faxolution    01/4

HONORHEALTH SCOTTSDALE OSBO



LINCOLN FINACIAL

'

04/30/2019

RE: Request for Release of Information for Patient:
   LESLIE MARCUS

Dear Sir/Madam,

This letter serves as notification there are one or more issues with attempting to complete
your release of information request. Please see below for specific information.

1.  Please provide a completed, HIPAA compliant AUTHORIZATION. [45 CFR 164.508]

Please review the above items and submit any required updated documentation to the
address listed in the upper right hand corner.

Thank-you,

Sharecare Health Data Services for
HONORHEALTH SCOTTSDALE OSBORN MEDICAL CTR



LKR-V-ADY3

**Lincoln/Marcus 3902**

30.04.2019 23:17:09    Retarus Faxolution    02/4
Printed on 4/30/2019 02:12 PM

Page 1 of 3

Marcus, Leslie S    Scan on 4/23/2019 by Melissa A Hickey of 005BBA33.TIF

Apr 23 2019 07:25:35 EDT Liberty Mutual Insur    MSG# 1721415840-006-1    Page 001 Of 003



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| Date: | April 23, 2019 |
|---|---|
| To: | SCOTTSDALE OSBORN HOSPITAL |
| Attn: | Medical records |
| Fax: | (480) 882-5841 |
| From: | Melissa Raitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3903**

Marcus, Leslie S      Scan on 4/23/2019 by Melissa A Hickey of 005BBA33.TIF

Apr 23 2019 07:25:52 EDT Liberty Mutual Insur      MSC# 1721415848-886-1      Page 882 Of 883

 **Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.. (800) 210-0268
Secure Fax No.. (603) 334-0401

April 23, 2019

Scottsdale Osborn Hospital

SCOTTSDALE, AZ 85251

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 12, 2019 through the present

We ask that you provide this information by April 30, 2019. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334 0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

1 of 2

**Lincoln/Marcus 3904**

30.04.2019 23:17:09    Retarus Faxolution    04/4
Printed on 4/30/2019 02:12 PM

Page 3 of 3

**Marcus, Leslie S        Scan on 4/23/2019 by Melissa A Hickey of 005BBA33.TIF**

Apr 23 2019 07:26:14 EDT Liberty Mutual Insur        MSC# 1721415848-006-1    Page 003 Of 003

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Melissa Raitt
Disabil Claims Case Mgr I
Phone No.: (800) 210-0268 Ext. 16508
Secure Fax No.: (603) 334-0401

2 of 2

**Lincoln/Marcus 3905**

**n0088391**

| | |
|---|---|
| **From:** | BBC Benefits |
| **Sent:** | Tuesday, April 30, 2019 8:25:01 AM |
| **To:** | BBC Benefits; Reny, Sarah;   Raitt, Melissa |
| **Cc:** | Braccia, Jennifer |
| **Subject:** | RE: 6209923 Leslie Marcus |
| **Attachments:** | image001.jpg |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Sarah, this employee RTW 4/29/19

Thank you,

**Jasmine Pope, PHR**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**From:** BBC Benefits
**Sent:** Thursday, April 18, 2019 4:44 PM
**To:** Reny, Sarah <Sarah.Reny@lfg.com>; Raitt, Melissa <Melissa.Raitt@lfg.com>
**Cc:** BBC Benefits <Benefits@bbcgrp.com>; Braccia, Jennifer <JBraccia@bbcgrp.com>
**Subject:** 6209923 Leslie Marcus

Hi Sarah, please see attached note for Leslie RTW full duty on 4/29/19

Thank you,

**Lincoln/Marcus 3906**

**Jasmine Pope, PHR**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

**Lincoln/Marcus 3907**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date:  April 23, 2019 | |
| To:    SCOTTSDALE OSBORN HOSPITAL | |
| Attn:  Medical records | |
| Fax:   (480) 882-5841 | |
| From:  Melissa Raitt<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (800) 210-0268<br>Secure Fax No.: (603) 334-0401 | |
| Total Pages<br>(Including Cover):    3 | |
| RE:<br><br>Claim #:    6209923<br>Claimant:   Leslie Marcus<br><br>Balfour Beatty Investments | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 210-0268 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Marcus 3908**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7206
London, KY 40742-7206
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0401

April 23, 2019

Scottsdale Osborn Hospital

SCOTTSDALE, AZ 85251

RE:    Short Term Disability (STD) Benefits
       Balfour Beatty Investments
       Claim #: 6209923
       Claimant: Leslie Marcus
       Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Leslie Marcus.

To evaluate Ms. Marcus's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from April 12, 2019 through the present

We ask that you provide this information by April 30, 2019.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-0401 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an

1  of 2

**Lincoln/Marcus 3909**

individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Melissa Raitt
Disabil Claims Case Mgr I
Phone No.: (800) 210-0268 Ext. 16508
Secure Fax No.: (603) 334-0401

2  of 2

**Lincoln/Marcus 3910**



April 18, 2019

Patient: **Leslie S Marcus**
Date of Birth:
Date of Visit: **4/12/2019**

To Whom It May Concern:

Leslie Marcus was hospitalized under my care for an acute illness from April 12 thru April 18th. She may return to work on April 29th without restriction.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Dr. Luke Hise

Lincoln/Marcus 3911

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 18 Apr 2019 16:54:19 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #6209923, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 4/13/2019. The claim has been approved through 5/10/2019. The case manager for this claim is Melissa Raitt. The claim number is 6209923.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Marcus 3912**

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

| | |
|---|---|
| **From:** | GrpMktClmOpsReporting@LibertyMutual.com |
| **Sent:** | Thu, 18 Apr 2019 16:54:12 +0000 |
| **To:** | benefits@bbcgrp.com |
| **Subject:** | Claim #6209923, LESLIE MARCUS |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits.  The claim number is 6209923.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 210-0268.

**Lincoln/Marcus 3913**

**n0088391**

| | |
|---|---|
| **From:** | Reny, Sarah |
| **Sent:** | Tuesday, April 16, 2019 1:11:00 PM |
| **To:** | BBC Benefits;   Raitt, Melissa |
| **Cc:** | Braccia, Jennifer |
| **Subject:** | RE: New Disability Claim - 6209923 - LESLIE MARCUS |
| **Attachments:** | image002.png;   image003.png;   image004.png;   image005.png;   image006.png; image007.png; image008.jpg |

Hi Jasmine,


The FMLA is created for this employee as well, 6209923.


**Sarah Reny**

Manager STD

Lincoln Financial Group

P.O. Box 7206

London, KY 40742


800.210.0268 Office

16156 Ext.

603.334.9012 Fax


[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**

**Lincoln/Marcus 3914**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**From:** BBC Benefits [mailto:Benefits@bbcgrp.com]
**Sent:** Tuesday, April 16, 2019 9:29 AM
**To:** Raitt, Melissa <Melissa.Raitt@lfg.com>; BBC Benefits <Benefits@bbcgrp.com>
**Cc:** Braccia, Jennifer <JBraccia@bbcgrp.com>; Reny, Sarah <Sarah.Reny@lfg.com>
**Subject:** RE: New Disability Claim - 6209923 - LESLIE MARCUS

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

4/12/2019

Salaried

**Please ensure a concurrent FMLA claim has been filed**

Thank you,

**Jasmine Pope, PHR**

**HRIS - Benefits Analyst – North America** | Balfour Beatty Investments

T: +1 (610)355-8254 | M: +1 (484) 577-6013 | E: jpope@bbcgrp.com

**Lincoln/Marcus 3915**

**From:** SCU [mailto:SCU@lfg.com]
**Sent:** Tuesday, April 16, 2019 9:05 AM
**To:** BBC Benefits <Benefits@bbcgrp.com>
**Cc:** Raitt, Melissa <Melissa.Raitt@lfg.com>
**Subject:** New Disability Claim - 6209923 - LESLIE MARCUS

Hello,

We have received a claim for LESLIE MARCUS, (SSN                with a reported date of disability of STD.

To assist us in processing the claim, please provide the information requested below. So that we may provide the best service possible, we ask that you provide this information within 24 hours so we may expedite the processing of the claim.

•     Reported Last Day of Work:

•     Employee is Hourly/Salary:   Salary

**Please do not respond back to this email address**.   When submitting this information, please do so to the attention of the assigned case manager, Melissa Raitt at Melissa.Raitt@Lfg.Com, or by fax directed to 1-603-334-0401.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company

**Lincoln/Marcus 3916**

This e-mail, and any attachments thereto, is intended only for the use of the addressees named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 and permanently delete the original and any copy of any e-mail and any printout thereof.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This email may contain information which is confidential and is intended only for use of the recipient/s named above. If you are not an intended recipient, you are hereby notified that any copying, distribution, disclosure, reliance upon or other use of the contents of this email is strictly prohibited. If you have received this email in error, please notify the sender and destroy it.

**Lincoln/Marcus 3917**

**n0361271**

| | |
|---|---|
| **From:** | SCU |
| **Sent:** | Tuesday, April 16, 2019 9:05:01 AM |
| **To:** | 'benefits@bbcgrp.com' |
| **Cc:** | Raitt, Melissa |
| **Subject:** | New Disability Claim - 6209923 - LESLIE MARCUS |

Hello,

We have received a claim for LESLIE MARCUS, (SSN        with a reported date of disability of STD.

To assist us in processing the claim, please provide the information requested below. So that we may provide the best service possible, we ask that you provide this information within 24 hours so we may expedite the processing of the claim.

- Reported Last Day of Work:

- Employee is Hourly/Salary:   Salary

**Please do not respond back to this email address**.  When submitting this information, please do so to the attention of the assigned case manager, Melissa Raitt at Melissa.Raitt@Lfg.Com, or by fax directed to 1-603-334-0401.

Thank you,

Screening and Creation Unit

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company

**Lincoln/Marcus 3918**

This e-mail, and any attachments thereto, is intended only for the use of the addressees named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-800-210-0268 and permanently delete the original and any copy of any e-mail and any printout thereof.

**Lincoln/Marcus 3919**