

**SCHIFFMAN LAW OFFICE, P.C.**
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@Schiffmanlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus,<br><br>                                Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance<br>Company; Balfour Beatty Investments,<br>Inc. Long Term Disability Benefit Plan,<br><br>                                Defendants. | No. 2:24-cv-00228-ROS<br><br>**JOINT REPORT ON SETTLEMENT<br>NEGOTIATIONS** |

The parties provide the Court with the status of settlement talks as outlined in the Rule 26(f) Case Management Plan (Dkt. 20). The parties have exchanged settlement offers and continue to negotiate since they believe ongoing settlement discussions may be successful. The parties are trying to work through issues that are unique to this case regarding the valuation of the benefits.  The parties do not believe they need the Court's assistance at this time.

        Dated this 26th day of February 2025.

                SCHIFFMAN LAW OFFICE, P.C.


                By: /s/ Lisa J. Counters
                        Counsel for Plaintiff

-2-

LAW OFFICES OF IWANA RADEMAEKERS, P.C.


By: /s/ Iwana Rademaekers
    Counsel for Defendant