**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus, | Case No. 2:24-cv-00228-ROS |
| Plaintiff, | |
| vs. | **SUPPLEMENT TO DEFENDANT'S RESPONSE BRIEF** |
| The Lincoln National Life Insurance Company, | |
| Defendant. | |

Defendant The Lincoln National Life Insurance Company ("Lincoln") by and through its undersigned counsel, files this supplement to its Response Brief (Document 26)[1] for the sole purpose of providing an updated link for the expired link[2] listed under May 11, 2021, that is contained in the report by HUB Enterprises, Inc.[3] in the Joint Stipulated Record (Document 21), which report and video clip are referenced

---

[1]  Exhibits A through C referenced throughout this Motion and Brief, refer to the Exhibits attached to the Joint Stipulated Record (Dkt 21), specifically, Ex. A at Dkt. 21-1, Ex. B at Dkt. 21-2, and Ex. C at Dkt. 21-3 through 21-13.

[2]  Exhibit C, Administrative Record, Lincoln/Marcus 2542 (21-11, Page 80). "Video depicts the claimant as she exited her vehicle, placed a mask on, attended her scheduled appointment, returned to the vehicle, removed her mark, entered the vehicle and rode as the passenger."

[3]  Exhibit C, Administrative Record, Lincoln/Marcus 2539-2548 (21-11, Pages 77-86).

1

in Defendant's Response Brief (Document 26, at Page 9).   The updated link is:

https://vimeo.com/ethosriskservices/review/1090581274/5b94d14a1e.

RESPECTFULLY SUBMITTED this 30th day of July 2025.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By:     /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln
National Life Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lisa J. Counters
Lisa@Schiffmanlaw.com
*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.