

SCHIFFMAN LAW OFFICE, P.C.
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@Schiffmanlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus,<br><br>                              Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance<br>Company,<br><br>                              Defendant. | No. 2:24-cv-00228-ROS<br><br>**PLAINTIFF'S MOTION TO<br>EXCEED THE PAGE LIMITS** |

Plaintiff seeks leave from the Court to exceed the Reply Brief page limit to 13 pages total. The Reply draft was over 20 pages. The Administrative Record in this matter is nearly 4,000 pages and contains multiple peer reviews and medical conditions to discuss. Counsel has worked diligently to rework and revise to bring the Reply within 11 pages.

Dated this 18th day of August 2025.

SCHIFFMAN LAW OFFICE, P.C.


By: /s/ Lisa J. Counters
        Counsel for Plaintiff