IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Lincoln Life Assurance of Boston,<br><br>                                    Defendant. | No. CV-24-00228-PHX-ROS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED THE PAGE LIMITS** |

Pursuant to Plaintiff's Motion to Exceed the Page Limits, and good cause appearing:

IT IS ORDERED granting Plaintiff's Motion to Exceed the Page Limits.

IT IS FURTHER ORDERED Plaintiff may file her Reply Brief up to 13 pages in length.