

SCHIFFMAN LAW OFFICE, P.C.
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@Schiffmanlaw.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus,<br><br>                              Plaintiff,<br><br>vs.<br><br>Lincoln National Life Insurance Company,<br><br>                              Defendant. | No. 2:24-cv-00228-ROS<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

Plaintiff requests the Court withdraw Dkt. 34, Plaintiff's Reply Brief, and Dkt. 34-1, Plaintiff's Reply Brief Exhibit 1. Plaintiff's counsel realized these documents were filed incorrectly, and subsequently, filed the documents correctly as lodged documents pending Judge Silver's approval of Plaintiff's Motion to Exceed the Page Limits. On August 20, 2025, Judge Silver granted the motion, and the documents, Dkt. 36 and Dkt. 36-1, were filed. Dkt. 34 and Dkt 34-1 are duplicitous.

Dated this 24th day of September 2025.

SCHIFFMAN LAW OFFICE, P.C.


By: /s/ Lisa J. Counters
Counsel for Plaintiff