**SCHIFFMAN LAW OFFICE, P.C.**
HELPING THE INJURED AND DISABLED SINCE 1975

Lisa Counters, 016436
4506 N 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Lisa@Schiffmanlaw.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Marcus,<br><br>                              Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company,<br><br>                              Defendant. | No. 2:24-cv-00228-ROS<br><br>**RULE 7.22 NOTICE** |

Pursuant to Local Rule 7.22(n), the Parties advise that the Motion for Judgment on Record was fully briefed on August 18, 2025. This matter has been under advisement for more than 180 days.

Dated this 27th day of March 2026.

SCHIFFMAN LAW OFFICE, P.C.

By: */s/ Lisa J. Counters*
        Lisa J. Counters
        *Attorney for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: */s/ Iwana Rademaekers*
        Iwana Rademaekers
        *Attorney for Defendant*